**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

TIMOTHY BARTON,                                          C.A. No.: 3:22-02118-X
CARNEGIE DEVELOPMENT, LLC,
WALL007, LLC,
WALL009, LLC,                                            Jury Trial Demanded
WALL010, LLC,
WALL011, LLC,
WALL012, LLC,
WALL016, LLC,
WALL017, LLC,
WALL018, LLC,
WALL019, LLC,
HAOQIANG FU (A/K/A MICHAEL FU),
STEPHEN T. WALL,

Defendants,

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

Relief Defendants.

**APPENDIX IN SUPPORT OF**
**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S**
**EXPEDITED MOTION FOR APPOINTMENT OF RECEIVER**

Plaintiff Securities and Exchange Commission submits the attached appendix in support of

its Expedited Motion for Appointment of Receiver.  The appendix contains:

| DESCRIPTION | APPENDIX NO. |
|---|---|
| **Declaration of Carol Hahn** | 001-015 |
| **Hahn Exhibits:** | |
| Ex. A:  Misuse of Funds Example | 016 |
| Ex. B:  Property Chart | 017 |
| Ex. C:  Entity List | 018 |
| **Declaration of Jason Braun** | 019-022 |
| **Braun Exhibits:** | |
| Ex. 1:  Barton-controlled entities list | 023-024 |
| Ex. 2:  Example Loan Agreement for Wall 9 | 025-032 |
| Ex. 3:  Example Loan Agreement for Wall 10 | 033-040 |
| Ex. 4:  Example Loan Agreement for Wall 11 | 041-048 |
| Ex. 5:  Example Loan Agreement for Wall 12 | 049-056 |
| Ex. 6:  Example Note Subscription Agreement for Wall 19 | 057-065 |
| Ex. 7:  Investor Presentation for Wall 10 (w/ English translation) | 066-109 |
| Ex. 8:  Investor Presentation for Wall 12  (Chinese only) | 110-142 |
| Ex. 9:  August 27, 2017 Loan Agreement Approval Email | 143-151 |
| Ex. 10:  June 27, 2017 Barton Payment Instruction Email | 152 |
| Ex. 11:  November 15, 2017 Barton Payment Instruction Email | 153 |
| Ex. 12:  January 9, 2019 Barton Payment Instruction Email[ | 154-156 |
| Ex. 13:  May 2, 2017 Lost Creek Price Email | 157-159 |
| Ex. 14:  August 29, 2016 Wall to Barton Markup Email | 160-175 |
| Ex. 15:  February 28, 2019 Wall to Fu and Barton Markup Email | 176 |
| Ex. 16:  October 24, 2016 Fu to Wall Markup Email (fwd. to Barton) | 177-180 |
| Ex. 17:  January 23, 2019 Barton Guarantee Email | 181 |
| Ex. 18:  2019 Q4 Lender Update | 182-194 |
| Ex. 19:  Lost Creek Land Sale Contract | 195-218 |
| Ex. 20:  Anastasia Land Sale Contract | 219-228 |
| Ex. 21:  Excerpts from the May 24, 2021 Inv. Testimony of Timothy Barton. | 229-256 |
| Ex. 22:   Excerpts from the July 20, 2021 Inv. Testimony of Haoqiang (Michael) Fu. | 257-268 |
| Ex. 23:  Excerpts from the January 25, 2021 Inv. Testimony of Stephen Wall | 269-274 |
| Ex. 24:  Excerpts from the March 10, 2022 Inv. Testimony of Saskya Bedoya | 275-280 |
| Ex. 25:   Excerpts from the March 9, 2022 Inv. Testimony of Hong Chen | 281-294 |
| Ex. 26:  Excerpts from the March 15, 2022 Inv. Testimony of Sun Yun | 295-311 |
| **CV of David Wallace** | 312 |

2

Dated: September 26, 2022

Respectfully submitted,

*/s/ Keefe M. Bernstein*_____
Keefe M. Bernstein
Texas Bar No. 24006839
David B. Reece
Texas Bar No. 24002810
James E. Etri
Texas Bar No. 24002061
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2607 (KMB phone)
(817) 978-4927 (facsimile)
bernsteink@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

## <u>CERTIFICATE OF SERVICE</u>

I affirm that on September 26, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

I further certify that on the same day I caused the foregoing to be served via electronic file sharing to:

Khudabuksh K. Walji, Esq.
Law Office of K. Walji, P.C.
The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
281-401-9672
k.walji@waljilaw.com

*Counsel for the Timothy Barton during the SEC's investigation*

Richard B. Roper
Holland and Knight
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214-969-1210
richard.roper@hklaw.com

*Criminal Counsel for Timothy Barton*

Eric Chartan
Bryan Cave Leighton Paisneer LLP
JP Morgan Chase Tower
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
214-721-8106
eric.chartan@bclplaw.com

*Counsel for Haoqiang (a/k/a Michael) Fu during the SEC's investigation*

Michael P. Heiskell
Johnson Vaughn & Heiskell
5601 Bridge Street, Suite 220
Fort Worth, Texas 76112
817-457-2999
mheiskell@johnson-vaughn-heiskell.com

*Counsel for Steven Wall during the SEC's investigation*

*s/ Keefe M. Bernstein*
Keefe M. Bernstein

4