# 项目介绍Project introduction

**8**
**Par**



沃斯堡高尔夫球场

Fort Worth Golf Course

➢ 举办高尔夫赛事

Host a golf tournament

➢ 举办婚礼

Hold a wedding

➢ 高端聚会

High-end party

➢ 提供个人或家庭的包月服务，尽
   情使用高尔夫球场

Provide monthly subscription service

for individuals or families, enjoy the

golf course

CONFIDENTIAL

APP101



# 项目介绍Project introduction

##  项目介绍(项目实景照)Project introduction (project photo)

 

 

CONFIDENTIAL

APP103

 **11** Par

# 财务测算报表Financial calculation report



**Wall 010**
*Fort Worth, Texas*

| Schedule 计划 | 开始日期 | 周期（月） | 结束日期 |
| --- | --- | --- | --- |
| **Construction 建设** | **Start Date** | **Duration** | **Finish Date** |
| Engineering & Design 设计和建造 | 9/1/2017 | 6 | 3/1/2018 |
| Phase I 阶段 I | 2/1/2018 | 4 | 6/1/2018 |
| Phase II 阶段 II | 5/1/2019 | 4 | 9/1/2019 |

| Sales 销售 | Start Date | Duration | Finish Date |
| --- | --- | --- | --- |
| Phase I 阶段 I | 6/1/2018 | 15 | 6/1/2019 |
| Phase II 阶段 II | 9/1/2019 | 15 | 9/1/2020 |
| Phase III- Paper Lots 阶段 III | 6/1/2019 | 1 | 6/1/2019 |

| Project Data 项目数据 | |
| --- | --- |
| Land Purchase Price 土地购买成本Acres 英亩数 | $4,400,000 |
| Acres 英亩数 | 157 |
| Cost per Acre 每英亩购买成本 | $28,025 |
| Lots per Acre 每英亩所占地块数 | 2.5 |

| | No.地块 | Lot Price 地块价格 |
| --- | --- | --- |
| Phase I 阶段 I | 129 | $58,500 |
| Phase II 阶段 II | 129 | $58,500 |
| Phase III- Paper Lots 阶段III | 129 | $18,000 |
| Total Lots 总地块数 | 387 | |

| | |
| --- | --- |
| Lot Carry Interest Rate 地块利息 | 6.00% |
| Sales Cost 销售成本 | 1.25% |

| Equity资产 | | |
| --- | --- | --- |
| Investor Equity 投资者 | 3,520,000 | 80.0% |
| Wall Equity Wall | 440,000 | 10.0% |
| PIC Equity 逸鼎 | 440,000 | 10.0% |
| Total Equity Funded 总标的 | 4,400,000 | 100.0% |

| Development Loan 开发贷款 | |
| --- | --- |
| Total Project Costs 项目总成本 | 13,461,748 |
| Principal 贷款本金 | 9,061,748 |
| Interest Rate 贷款利率 | 6.0% |
| Funding Fees 融资成本 | 1.0% |

| Project Costs | Pre-Dev | Phase I | Phase II | Total |
| --- | --- | --- | --- | --- |
| Land Cost 土地成本 | $4,400,000 | $0 | $0 | $4,400,000 |
| Development Hard Costs 开发成本 | 0 | 3,683,555 | 3,683,555 | 7,367,109 |
| Landscape & Amenities 景观和设施 | 0 | 0 | 300,000 | 300,000 |
| Engineering & Design设计和建造 | 334,825 | 334,325 | 22,500 | 691,650 |
| City Fees 城市费用 | 0 | 15,000 | 0 | 15,000 |
| General & Administrative 管理成本 | 0 | 34,675 | 59,675 | 94,350 |
| Funding Fees 融资成本 | 0 | 44,079 | 41,560 | 85,639 |
| Interest Reserve 利息准备 | 0 | 250,000 | 0 | 250,000 |
| Development Fee开发成本 | 77,400 | 90,300 | 90,300 | 258,000 |
| Total 总计 | $4,812,225 | $4,451,933 | $4,197,590 | $13,461,748 |

| Net Cash Flow | |
| --- | --- |
| Lot Sales 销售总额 | $18,266,000 |
| Sales Cost销售成本 | 228,000 |
| Development Loan Principal贷款本金 | 9,061,748 |
| Development Loan Interest 贷款利息 | 205,000 |
| Net Cash Flow净现金流 | $8,771,252 |

**APP104**



# 现金流cash flow

**Wall 010**
*Fort Worth, Texas*

**不同时期现金流（单位：千）**

**Net Cash Flow** (in thousands)
现金流 （单位：千）

| Year 年份 | 2017 | 2017 | 2018 | 2018 | 2018 | 2018 | 2019 | 2019 | 2019 | 2019 | 2020 | 2020 | 2020 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Project Quarter | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 总计 |
| Date 日期 | Sep-17 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Mar-19 | Jun-19 | Sep-19 | Dec-19 | Mar-20 | Jun-20 | Sep-20 | |
| Months 月份 | 3 | 6 | 9 | 12 | 15 | 18 | 21 | 24 | 27 | 30 | 33 | 36 | 39 | |
| **Lots Sold 售出地块数** | | | | | | | | | | | | | | |
| Phase I 阶段 I | | | | 37 | 23 | 23 | 23 | 23 | | | | | | 129 |
| Phase II 阶段 II | | | | | | | | | 37 | 23 | 23 | 23 | 23 | 129 |
| Phase III- Paper Lots 阶段 III | | | | | | | | 129 | | | | | | 129 |
| Total 总计 | 0 | 0 | 0 | 37 | 23 | 23 | 23 | 152 | 37 | 23 | 23 | 23 | 23 | 387 |
| **Average Sales Pricing per Lot** | | | | | | | | | | | | | | |
| Phase I 阶段 I | | | | $58.6 | $58.8 | $59.4 | $60.3 | $61.1 | | | | | | $59.6 |
| Phase II 阶段 II | | | | | | | | | $62.0 | $62.9 | $63.8 | $64.6 | $65.5 | $63.8 |
| Phase III- Paper Lots 阶段 III | | | | | | | | $18.0 | | | | | | $18.0 |
| **Net Cash Flow** | | | | | | | | | | | | | | |
| **Sales Revenue** | | | | | | | | | | | | | | |
| Phase I 阶段 I | 0 | 0 | 0 | 2,175 | 1,352 | 1,372 | 1,393 | 1,413 | 0 | 0 | 0 | 0 | 0 | 7,705 |
| Phase II 阶段 II | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,305 | 1,453 | 1,473 | 1,494 | 1,514 | 8,239 |
| Phase III- Paper Lots 阶段 III | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,322 | 0 | 0 | 0 | 0 | 0 | 2,322 |
| Total 总计 | 0 | 0 | 0 | 2,175 | 1,352 | 1,372 | 1,393 | 3,735 | 2,305 | 1,453 | 1,473 | 1,494 | 1,514 | 18,266 |
| Net Revenues 净收入 | 0 | 0 | 0 | 2,175 | 1,352 | 1,372 | 1,393 | 3,735 | 2,305 | 1,453 | 1,473 | 1,494 | 1,514 | 18,266 |
| **Expenses 成本** | | | | | | | | | | | | | | |
| Sales Cost 销售成本 | 0 | 0 | 0 | 27 | 17 | 17 | 17 | 47 | 29 | 18 | 18 | 19 | 19 | 228 |
| Development Loan Principal 贷款本金 | 0 | 0 | 0 | 1,395 | 867 | 867 | 867 | 867 | 1,204 | 748 | 748 | 748 | 748 | 9,062 |
| Development Loan Interest 贷款利息 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 59 | 56 | 42 | 28 | 14 | 205 |
| Total Costs 总成本 | 0 | 0 | 0 | 1,422 | 884 | 884 | 885 | 919 | 1,292 | 823 | 809 | 795 | 781 | 9,495 |
| **Net Cash Flow 净现金流** | 0 | 0 | 0 | 753 | 468 | 488 | 508 | 2,815 | 1,013 | 630 | 664 | 698 | 732 | 8,771 |
| **Cumulative Cash Flow 累计现金流** | 0 | 0 | 0 | 753 | 1,221 | 1,709 | 2,217 | 5,032 | 6,046 | 6,676 | 7,341 | 8,039 | 8,771 | |

# 13 Part 项目设计(参考图)Project design (reference picture)



CONFIDENTIAL

APP106



# 项目设计(参考图)Project design (reference picture)

CONFIDENTIAL

APP107

# 15
Part

## 项目设计(参考图)Project design (reference picture)



CONFIDENTIAL                                                                                         **APP108**



CONFIDENTIAL



美国达拉斯土地基金项目（第六期）

EXHIBIT

8

APP110

SEC-FW-04420-E-0305876

本公司对本资料所载内容的准确性、足够性、完整性及其使用的适当性等不作任何担保，任何其他人不得依赖本资料作任何其他用途。在任何情况下，我公司不就本资料中的对任何投资行为做出任何形式的担保。未经我公司许可，任何人士不得披露、引用或引述本资料的全部或部分内容。

The Company makes no warranty as to the accuracy, adequacy, completeness and appropriateness of the information contained in this material, and no other person can rely on this material for any other purpose. In no event shall we make any warranty whatsoever with respect to any investment in this material. No part of this publication may be disclosed, quoted or quoted by any person without our permission.

APP111

SEC-FW-04420-E-0305877



APP112

SEC-FW-04420-E-0305878



## 业务流程

**24个月**

勘察并优
选土地

收购并开
发土地

分配收益，
兑付本息



成立管理
公司，募
集资金

开发完成，
分期销售

APP113

SEC-FW-04420-E-0305879

# 3 Part | 项目要素

| | |
|---|---|
| 项目名称 | 美国德克萨斯州 达拉斯沃斯堡市阿利多 525万美金土地基金项目 |
| 投资目标 | 位于阿利多172英亩（1044亩）土地 |
| 投资投向 | Wall012 LLC(管理公司) |
| 产品期限 | 24个月 |
| 增信措施 | 1、开发商出10%资金做劣后； 2、PIC出10%资金做劣后； 3、开发商承担连带责任担保，确保本金100%安全。 |
| 年化收益率 | 承诺8%年化收益，10万美金起投 |
| 投资限制 | 未经全体投资人的书面批准，该众筹款项不得从事前述业务外的任何其他业务 |
| 管理费 | 不收取 |
| 认购费 | 不收取 |
| 收入分配 | 利息每年到期支付，本金到期一次性返还 |
| 转让限制 | 1、在投资封闭期内，投资人不得以任何理由撤回投资款项。<br>2、在投资封闭期内，允许投资人提出债权转让申请，经管理公司审核通过后操作。 |
| 解散清算 | 投资封闭期结束后，管理公司应按照合同条款，履行兑付本金及利息的义务。 |
| 基础货币 | 美金 |

APP114

SEC-FW-04420-E-0305880



**APP115**

SEC-FW-04420-E-0305881



Wall012 LLC 由Wall Homes创始人Stephen T. Wall先生，联合JMJ Development创始人 Timothy Barton先生共同控股，专项开发达拉斯沃斯堡土地基金项目。

**APP116**

SEC-FW-04420-E-0305882



# 公司资质







**Wall 012 LLC公司资质**

**APP117**

SEC-FW-04420-E-0305883



# 投资亮点



 美国经济持续向好

 之前已成功开发多期项目

 非预估收益，保本保息

没有任何募集和管理费用

**APP118**

SEC-FW-04420-E-0305884

 过往项目经验

| 封闭期 | 项目总额 | 管理公司 | 起息时间 | 备注 |
| --- | --- | --- | --- | --- |
| 2013~2016年 | 累计超过1000万美金 | Wall 001~006 LLC | 全部到期结算完毕 | 商业地产开发 |
| 2016~2018年 | 240万美金 | Wall 007 LLC | 2016年10月 | 债权类（土地开发一期） |
| 2017~2019年 | 345万美金 | Wall 008 LLC | 2017年2月 | 债权类（土地开发二期） |
| 2017~2019年 | 290万美金 | Wall 009 LLC | 2017年7月 | 债权类（土地开发三期） |
| 2017~2019年 | 440万美金 | Wall 010 LLC | 2017年11月 | 债权类（土地开发四期） |
| 2018~2020年 | 295万美金 | Wall 011 LLC | 2018年1月 | 债权类（土地开发五期） |

**APP119**

SEC-FW-04420-E-0305885



股东介绍

Stephen T. Wall



Wall Homes创始人兼首席
执行官（CEO）



负责控制公司的整体运营、制定经营方向，致力于把
Wall Homes打造成为豪宅品牌。



- 《专业建筑师》杂志颁布的年度最杰出CEO
- 被SMU Cox 商学院评为年度最杰出企业家
- 获得Ernst入围奖以及年度年轻企业家奖
- UTA工商管理学院咨询委员会成员
- Arlington 商会执行董事会成员
- Fort Worth建筑商协会董事会成员
- The Oakridge 学校董事长



**APP120**

SEC-FW-04420-E-0305886



**2** Part ┃ 股东介绍



**WALL HOMES**

**Wall Homes** 成立于2005年，美国德克萨斯州本地顶级开发商，公司以"用合理低廉的价格让住户享受奢华"为其理念，成为德州最值得信赖的开发商之一。



● 公司已负责建造和交付超35,000套住房
● 已成功完成超过500个社区的成功建设
● 被SMU Cox商学院选为发展最快的公司
● "建筑师"杂志颁布的年度最杰出家具建筑技术执行奖

**APP121**

SEC-FW-04420-E-0305887

3 Part 股东介绍





PIC CEO     Michael Fu
&
Wall Home CEO   Stephen T.Wall

**APP122**

SEC-FW-04420-E-0305888



# 股东介绍



Timothy Barton

 **职位**    JMJ Development的创始人



 **职责**    负责企业项目开发管理、收购、资本运作，致力于打造卓越的、世界级的项目。

 **成就**
- 完成超50亿美金的商地产业及住宅地产建设
- 已建成项目遍及美国各个州，有全国市场的建设经验
- JMJ为墨西哥的RosewoodMayakobá和Cabo Pacifica集团建设的酒店项目，荣膺美国酒店科学学院颁发的五星级钻石奖

**APP123**

SEC-FW-04420-E-0305889



# 5 Part 股东介绍





JMJ Development成立于1984年，主要从事住宅及商业综合性项目的开发、建设，项目遍布美国境内。 JMJ开发的优质项目提倡在建筑创意方面为居民和周围社区提供了优质的服务。

- 公司参与投资、开发超12,000套住房
- 公司全程参与物业开发及物业管理的项目超过19个
- 预估公司建筑总价值超50亿美金

**APP124**

SEC-FW-04420-E-0305890

 **6** Part | **股东介绍**





领导项目团队开发和销售市中心高档住宅项目

收购、开发和管理超过3,000套房产价值3.13亿美元

**1988**    **1997**    **2006**    **2015**



完成1100多套房产和45万平方英尺的商业空间设计和开发工作



完成6亿美金住宅建设，及1.61亿美金的酒店公寓开发

**APP125**

SEC-FW-04420-E-0305891

JMJ担保文件



JMJ DEVELOPMENT, LLC

9/27/2017

以下签字人，做为 JMJ 德克萨斯有限责任公司的管理者，按照公司的规章制度，同意并采纳以下决议。

公司承诺并同意以下决议：

A：JMJ 有限责任公司没有承诺将任何公司资产抵押给征何除了逸凯客户以外的人。

B．Timothy Barton 先生是该公司的唯一（100%）拥有者。

C．Timothy Barton 先生有权做出以上陈述并保证其执行。

因此，决议如下：Timothy Barton 有权授权销售和执行与上述房屋销售有关的任何文件。

特此为证，此决议已被彻实施。

_____          _____
Tim Barton                       Mark Adams
管理者                            见证人

德克萨斯州
郡：达拉斯
　　此证明即JMJ 有限责任公司管理人 Timothy Barton 先生在2017年 9 月
27日 出具。

_____
公证人
签：

SEC-FW-04420-E-0305892





SEC-FW-04420-E-0305893



JMJ公司资产负债表

**JMJ HOLDINGS**
**Consolidated Balance Sheet**
**As of July 2017**

Assets
*Current Asset*

| | |
|---|---|
| Cash | $456,175 |
| Account Receivables | $1,595,000 |

note 1 All short term receivables renew every 30 days and are callable within a 30 day notice.

| | |
|---|---|
| Prepaid Expenses | $0 |
| Working Capital Loans | $617,675 |

note 2 TR Carnegie and Lajolla working Capital revolvers callable with 30 days notice

| | |
|---|---|
| **Total Current Assets** | **$2,668,850** |

*Fixed (Long-Term) Assets*

| | |
|---|---|
| Account Receivables | $3,278,000 |

note 4 All long term receivables are stated at 12 months.

| | |
|---|---|
| Villital Towers | $8,000,000 |
| Bellwether | $24,766,400 |
| Parc at Windmill Farms | $42,988,946 |
| Aliensville | $17,178,700 |
| Long Term Investments | $3,600,000 |
| Art Work | $12,670,000 |
| (less accumulated depreciation) | ($63,000.00) |
| Other | $237,329 |
| Intangible Assets | $0 |
| **Total Fixed Assets** | **$112,656,375** |

*Other Assets*

| | |
|---|---|
| Deferred Income | $0 |
| Other | $1,543,000 |

note 5 shares in private company and is not liquid

| | |
|---|---|
| **Total Other Assets** | **$1,543,000** |
| **Total Assets** | **$116,868,225** |

Liabilities and Owners Equity
*Current Liabilities*

| | |
|---|---|
| Accounts Payable | $81,345 |
| Villita Towers | $2,100,000 |
| Bellwether | $19,331,000 |
| Parc at Windmill Farms | $36,540,600 |
| Aliensville | $15,191,700 |
| Long-term Loans | $868,311 |

note 6 Inter company note due 3/17/2019

| | |
|---|---|
| Income Tax Payable | $0 |
| Accrued Salaries and Wages | $0 |
| Unearned Revenue | $0 |
| Current portion of Long-Term Debt | $2,150,311 |

note 7 Goldmark note matures 9/19 and will be refinanced at that time

| | |
|---|---|
| **Total Liabilities** | **$76,263,267** |

*Owner's equity*

| | |
|---|---|
| Owner's Investments | $40,604,958 |
| Retained Earnings | $0 |
| Other | $0 |
| **Total Owner's Equity** | **$40,604,958** |
| **Total Liabilities and Owner's Equity** | **$116,868,225** |

To the best of my knowledge, the above statement is true and correct



Tim Barton
in capacity as Trustee

**APP128**

SEC-FW-04420-E-0305894

 项目介绍

 地理位置

➢ 位于达拉斯沃斯堡的西部

➢ 阿利多Aledo城市是个新兴城市，是德克萨斯州一个快速发展的地区，也是德克萨斯州最受欢迎的公立学校区之一

➢ 1300 Farmer Rd, Fort Worth TX 76087



APP129

SEC-FW-04420-E-0305895

 项目介绍

## 城市介绍

Aledo位于Fort Worth和Weatherford之间，位于达拉斯沃斯堡的西部，城市的西部往往是富人区。Aledo是一座充满活力的城市，Aledo ISD一直跻身得克萨斯州最佳城市之列，并且凭借其非常成功的学术和体育项目，一直是该市的主要经济引擎。Aledo拥有一个商业友好的氛围，欢迎所有企业，并在去年吸引了许多新业务。



SEC-FW-04420-E-0305896

APP131



项目介绍



Aledo ISD Housing Activity

January – October 2017 Home Sales by Transaction Type

> Aledo 学区新房的平均销售价格为358,757美元
> Aledo 学区内现有住宅的平均销售价格为355,829美元

SEC-FW-04420-E-0305897

 项目介绍

## Aledo ISD Historical Home Price Analysis



| | New Homes | Existing Homes |
|---|---|---|
| 2010 | $292,166 | $264,386 |
| 2011 | $286,975 | $282,154 |
| 2012 | $304,072 | $269,783 |
| 2013 | $325,057 | $284,486 |
| 2014 | $352,282 | $321,527 |
| 2015 | $355,183 | $324,707 |
| 2016 | $369,768 | $355,546 |
| YTD 2017 | $358,757 | $355,829 |

➢ 自2010年以来，新房的平均价格已经上涨22.8%，价格相差 66,591美元

➢ 自2010年以来，Aledo 学区的平均现房价格已上涨34.6%，价格变动为91,443美元

**APP132**

SEC-FW-04420-E-0305898

# 5 | 项目介绍
Part

## 学区介绍

➢ Aledo High School位于市区，距离项目2-3公里，

市区非常安静，在整个德州Aledo的高中被认为

是最好的高中范畴之内，被本地权威的的网站评为A+

➢ 学校非常大，周边的环境也非常的漂亮



APP133

SEC-FW-04420-E-0305899

 项目介绍

学区介绍





**APP134**

SEC-FW-04420-E-0305900

 **项目介绍**

Aledo高中非常大，一般城市的西部都是传统的富人区，大量的白人正在涌入这个城市：

➢这个城市是富人的聚集区，有很好的教学设备

➢周围环境非常漂亮，被很多漂亮的农场包围着，很多来这边置业的同时还购买了农场

➢整个市区的治安情况在整个德州属于最好的，出于安全，学区以及当地的自然环境，所以吸引了越来越多的白人涌入这个城市

**大量白人正在涌入这个城市**



**APP135**

SEC-FW-04420-E-0305901

 项目卖点

这个社区是从美丽的牧场和自然保护区发展而来。整个社区充满了河流和溪水等天然的山丘乡村景观，房屋被山间泉水、天然的岩石、连绵起伏的丘陵和树木所环绕。

- ➢ 野生动植物环绕其间。
- ➢ 地区最高处可欣赏到美丽的景色
- ➢ Aledo Independent Schools在德克萨斯州名列前茅
- ➢ 美丽的社区文化馆
- ➢ 美丽而广阔的自然公园
- ➢ 社区中心和展馆
- ➢ 立有石头纪念碑的大门
- ➢ 社区湖
- ➢ 美丽的住宅和街景

感觉置身于空旷的野外，但仅需20分钟车程可到达:
- ➢Fort Worth市区
- ➢西七娱乐街区和商业区
- ➢Sundance 广场
- ➢大学公园
- ➢Hulen 购物中心
- ➢Clearfork商店
- ➢艺术区

 紧挨着成熟的小区



**APP136**

SEC-FW-04420-E-0305902



项目介绍

# Wall 12 - Lyons Ranch Phase 2
*Aledo, Texas*

### Schedule

| Construction | Start Date | Duration | Finish Date |
|---|---|---|---|
| Engineering & Design | 4/1/2018 | 9 | 1/1/2019 |
| Phase I | 3/1/2017 | 9 | 3/1/2017 |
| Phase II | 7/1/2018 | 9 | 4/1/2019 |
| Phase III | 10/1/2018 | 9 | 7/1/2019 |
| Phase IV | 1/1/2019 | 9 | 10/1/2019 |

| Sales | Start Date | Duration | Finish Date |
|---|---|---|---|
| Phase I | 4/29/2018 | 3 | 4/1/2018 |
| Phase II | 4/1/2019 | 3 | 4/1/2019 |
| Phase III | 7/1/2019 | 3 | 7/1/2019 |
| Phase IV | 10/1/2019 | 3 | 10/1/2019 |

### Equity

| Equity | | |
|---|---|---|
| Investor Equity | 4,200,000 | 80.0% |
| Equity | 1,050,000 | 20.0% |
| Total Equity Funded | 5,250,000 | 100.0% |

### Development Loan

| Development Loan | |
|---|---|
| Total Project Costs | 11,400,166 |
| Principal | 6,150,166 |
| High Loan Balance | 5,957,420 |
| Loan (High Balance) to Cost | 53.2% |
| Interest Rate | 6.0% |
| Funding Fees | 1.0% |
| Release Pricing | 112% |

### Project Data

| Project Data | |
|---|---|
| Land Purchase Price | $5,250,000 |
| Acres | 174 |
| Cost per Acre | $30,172 |
| Lots per Acre | 3.9 |

| | No. | Lot Price |
|---|---|---|
| Phase I | 180 | $11,000 |
| Phase II | 175 | $11,000 |
| Phase III | 175 | $11,000 |
| Phase IV | 150 | $55,000 |
| Total Lots | 680 | |

### Project Costs

| Project Costs | Pre-Dev | Phase I | Phase II | Phase III | Phase IV | Total | Per Lot |
|---|---|---|---|---|---|---|---|
| Land Cost | $5,250,000 | $0 | $0 | $0 | $0 | $5,250,000 | $7,721 |
| Development Hard Costs | 0 | 0 | 0 | 0 | 4,312,759 | 4,312,759 | 6,342 |
| Landscape & Amenities | 0 | 0 | 0 | 200,000 | 0 | 200,000 | 294 |
| Engineering & Design | 182,500 | 0 | 243,125 | 0 | 0 | 425,625 | 626 |
| City Fees | 25,000 | 0 | 0 | 0 | 200,823 | 225,823 | 332 |
| General & Administrative | 0 | 56,746 | 67,170 | 67,170 | 59,289 | 250,375 | 368 |
| Funding Fees | 0 | 0 | 4,463 | 4,032 | 47,089 | 55,583 | 82 |
| Interest Reserve | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Development Fee | 136,000 | 136,000 | 136,000 | 136,000 | 136,000 | 680,000 | 1,000 |
| Total | $5,593,500 | $192,746 | $450,758 | $407,202 | $4,755,960 | $11,400,166 | $16,765 |

APP137

SEC-FW-04420-E-0305903



项目介绍

| Year | 2018 | 2018 | 2018 | 2019 | 2019 | 2019 | 2019 | 2020 | 2020 | 2020 | 2020 | 2021 | 2021 | 2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Project Quarter | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | |
| Date | Apr-18 | Jul-18 | Oct-18 | Jan-19 | Apr-19 | Jul-19 | Oct-19 | Jan-20 | Apr-20 | Jul-20 | Oct-20 | Jan-21 | Apr-21 | Jul-21 | |
| Months | 3 | 6 | 9 | 12 | 15 | 18 | 21 | 24 | 27 | 30 | 33 | 36 | 39 | 42 | |
| **Lots Sold** | | | | | | | | | | | | | | | |
| Phase I | | | | 180 | | | | | | | | | | | 180 |
| Phase II | | | | | 175 | | | | | | | | | | 175 |
| Phase III | | | | | | 175 | | | | | | | | | 175 |
| Phase IV | | | | | | | 60 | 30 | 30 | 30 | | | | | 150 |
| Total | 0 | 0 | 0 | 180 | 175 | 175 | 60 | 30 | 30 | 30 | 0 | 0 | 0 | 0 | 680 |
| **Sales Pricing per Lot** | | | | | | | | | | | | | | | |
| Phase I | $11.0 | $11.0 | $11.0 | $11.0 | $11.0 | $11.0 | $11.0 | $11.0 | $11.0 | $11.0 | $11.0 | $11.0 | $11.0 | $11.0 | $11.0 |
| Phase II | $11.0 | $11.0 | $11.0 | $11.0 | $11.1 | $11.3 | $11.4 | $11.6 | $11.8 | $11.9 | $12.1 | $12.3 | $12.4 | $12.6 | $11.4 |
| Phase III | $11.0 | $11.0 | $11.0 | $11.0 | $11.0 | $11.1 | $11.3 | $11.4 | $11.6 | $11.8 | $11.9 | $12.1 | $12.3 | $12.4 | $11.3 |
| Phase IV | $55.0 | $55.0 | $55.0 | $55.0 | $55.0 | $55.1 | $55.3 | $55.4 | $55.6 | $55.8 | $55.9 | $56.1 | $56.3 | $56.4 | $55.3 |
| **Net Cash Flow** | | | | | | | | | | | | | | | |
| Phase I | 0 | 0 | 0 | 1,980 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,980 |
| Phase II | 0 | 0 | 0 | 0 | 1,935 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,935 |
| Phase III | 0 | 0 | 0 | 0 | 0 | 1,935 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,935 |
| Phase IV | 0 | 0 | 0 | 0 | 0 | 0 | 3,313 | 1,662 | 1,667 | 1,671 | 0 | 0 | 0 | 0 | 8,313 |
| Gross Revenue | 0 | 0 | 0 | 1,980 | 1,935 | 1,935 | 3,313 | 1,662 | 1,667 | 1,671 | 0 | 0 | 0 | 0 | 14,162 |
| Sales Cost | 0 | 0 | 0 | 35 | 34 | 34 | 58 | 29 | 29 | 29 | 0 | 0 | 0 | 0 | 248 |
| Development Loan Principal | 0 | 0 | 0 | 0 | 0 | 0 | 2,971 | 1,490 | 1,495 | 1 | 0 | 0 | 0 | 0 | 5,957 |
| Development Loan Interest | 0 | 0 | 0 | 0 | 0 | 0 | 230 | 56 | 28 | 0 | 0 | 0 | 0 | 0 | 314 |
| Total Costs | 0 | 0 | 0 | 35 | 34 | 34 | 3,259 | 1,575 | 1,552 | 30 | 0 | 0 | 0 | 0 | 6,519 |
| **Net Cash Flow** | 0 | 0 | 0 | 1,945 | 1,901 | 1,901 | 54 | 86 | 115 | 1,641 | 0 | 0 | 0 | 0 | 7,643 |
| **Cumulative Cash Flow** | 0 | 0 | 0 | 1,945 | 3,846 | 5,747 | 5,801 | 5,887 | 6,002 | 7,643 | 7,643 | 7,643 | 7,643 | 7,643 | |

APP138

SEC-FW-04420-E-0305904

# 6 Part | 项目设计(参考图)



**APP139**

SEC-FW-04420-E-0305905



# 项目设计(参考图)



**APP140**

SEC-FW-04420-E-0305906