# Zoning Chart

**Chapter 4 District Regulations**          **City of Fort Worth Zoning Ordinance**

| 4.800 RESIDENTIAL USE TABLE | | One/Two-Family Districts | | | | | | | | | | Multifamily | | | | Special Districts | | In NR Table | Supple-mental Standards |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | RESIDENTIAL USES | A-2.5A | A-43 | A-21 | A-10 | A-7.5 | A-5 | AR | B | R1 | R2 | CR | C | D | UR | MH | PD | | |
| Household Living | One-family detached dwelling | P | P | P | P | P | P | P | P | P | P | P | P | P | P | | | >> | *Not > 13,000 Sq.Ft. 5.507 |
| | One-family zero lot line detached | | | | | | | P | P | P* | P* | P | P | P | P | | | >> | 6.101C |
| | One-family zero lot line attached (twin home) | | | | | | | | P | P | P | P | P | P | P | | | >> | |
| | Two-family detached | | | | | | | | P | P | P | P | P | P | P | | | >> | |
| | Duplex/two-family attached dwelling | | | | | | | | P | P | P | P | P | P | P | | | >> | |
| | One-family attached (townhouse, rowhouse) | | | | | | | | | | P* | P | P | P | P | | | >> | 6.101C |
| | Cluster housing | | | | | | | | | | P | P | P | P | P | | | >> | |
| | HUD-code manufactured housing | | | | | | | | | | | | | | | P | | | |
| | Industrialized housing | P* | P* | P* | P* | P* | P* | P* | P* | P* | P* | P* | P* | P* | P* | | | >> | 5.118B |
| | Manufactured home park | | | | | | | | | | | | | | | P | PD* | >> | 4.202B |
| | Manufactured home subdivision | | | | | | | | | | | | | | | P | | | |
| | Mobile home | | | | | | | | | | | | | | | P | | | |
| | Multifamily dwelling apartment | | | | | | | | | | | P* | P* | P* | P* | | PD* | >> | 6.506 |

**APP171**

SEC-FW-04420-E-0045498

# Sampling of Exteriors



**APP172**

# Sampling of Exteriors





**APP173**

SEC-FW-04420-E-0045500

# Sampling of Exteriors





**APP174**

SEC-FW-04420-E-0045501



**APP175**

SEC-FW-04420-E-0045502

# Re: solution for Wall18

**From:**   Steve Wall <steve.wall@carnegieproperties.net>

**To:**    傅浩强 <michael@yding.cn>, TIM Barton <tbarton@jmjdevelopment.net>

**Date:**   Thu, 28 Feb 2019 17:11:45 -0600

Michael we didn't discuss 10% at end of two years. The money on this one is so tight it will be difficult

Get Outlook for iOS

---

**From:** 傅浩强 <michael@yding.cn>
**Sent:** Thursday, February 28, 2019 4:09 PM
**To:** TIM Barton; Steve Wall
**Subject:** solution for Wall18

Hi Steve and Tim,
    Regarding Wall18, bellow is meeting minutes:
1 the actual money we need is 4.5M USD
2 in order to ease the tightness of paying the first year interest, we will increase to 5.6M
3 Michael Fu will only receive 6% of 4.5M upon total 5.6M raised. In case not full amount will be raised, all numbers will reduce by percentage accordingly.
4 Michael Fu will receive 10% of 4.5M upon two years term finishes
5 PIC will receive 20%+20% as previous deals based on 5.6M.

Pls feel free to put your comment or it will be auto considered as a deal after 24 hours. Thx


来自阿里云邮 iPhone版

**EXHIBIT**

**15**

APP176

SEC-FW-04420-E-0221528

REDACTED

From: 傅浩强 <michael@yding.cn>
Sent: Wednesday, December 28, 2016 9:10 AM
To: Steve Wall <Steve.Wall@Wall.com>; Tim Barton <tbarton@jmjdevelopment.com>
Subject: 回复：regarding our today's meeting

Also all the money goes to me not my company. Thx

来自阿里云邮 iPhone版

----------------原始邮件----------------
发件人：Steve Wall <Steve.Wall@Wall.com>
日期：2016-12-28 04:54:56
收件人：Tim Barton <TBarton@jmjdevelopment.net>
抄送：michael@yding.cn <michael@yding.cn>
主题：Re: regarding our today's meeting
This is good to me.

Thanks,
Steve

On Dec 28, 2016, at 7:50 AM, Tim Barton <TBarton@jmjdevelopment.net> wrote:

> Steve
>
> As we asked Michael to make a change about when he gets his 20% interest
>
> So I detail the original terms with a few changes
>
> My suggestion is we agree on these two deals as they were already somewhat agreed
>
> You will get your fee of 6% when fully funded
> Your 10% equity will be provided
> It will receive 20% interest and the interest will be paid at the end of 24 months unless paid earlier
> You will get the 10% of equity paid back in the end of 24 months and the tax cost will be deducted for creating the equity
>
> There will be no profits splits no 50/50 no other compensation then above
>
> Please Steve confirm this is what we all agree to be the final terms
> Michael please confirm this is the agreed terms and I will prepare a agreement
>
> Tim
>
> Sent from my BlackBerry 10 smartphone.
> _____
> From: Steve Wall
> Sent: Wednesday, December 28, 2016 6:50 AM

EXHIBIT
16

APP177

SEC-FW-04420-E-0074294

**To:** Tim Barton
**Cc:** michael@yding.cn
**Subject:** Re: regarding our today's meeting

I agree we should keep the original terms.

Thanks,
Steve

On Dec 27, 2016, at 11:11 PM, Tim Barton <TBarton@jmjdevelopment.net> wrote:

Michael

I read the black and white on the first deal email and it does say you will get same interest as investor it does not say you get principal back any where

As the first deal is in motion I would suggest what you stated in second email should be fine but there is a tax bill of approximately 75,000 to create the $245,000 so that will have to be paid from your share if everyone agrees that the Prinicipal is paid back

In regards to the second deal it was offered that you would be given 10% of profits not 50% please be reasonable securing the funds is 10% of the work the real work begins after the funds arrive and its full time and for at least 4 years so let us be clear no one is offering 50% of profits

Michael getting a fee of 6% is very fair getting 10 % of the profits is a generous bonus and then adding the equity that is created is overly generous it's fine to say increase the price the investor pays for your share but all that creates more cost and less profits for developer. There is a limit of cost that a project can bear

The two deals Steve found are able to handle it but not every deal can handle such cost and most deals can not that is why we are happy to share some profits but to have to pay everyone before we get any profit including your share is a bit aggressive

I understand Steve agreed to the process but we are trying to do $100 million of deals with you and to do that we need a formula that works for everyone on every deal

My suggestion is we agree on these two deals as they were already somewhat agreed

You will get your fee of 6% when fully funded
Your 10% equity will be provided
It will receive 20% interest  and the interest will be paid at the end of 24 months unless paid earlier
You will get the 10% of equity paid back in the end of 24 months and the tax cost will be deducted for creating the equity

There will be no profits splits no 50/50 no other compensation then above

If you and Steve confirm this I will prepare a fee letter with the above and will circulate it for Steve and you to execute

Timothy Barton
CEO
JMJ Development
P:9723859934
F:9722414484
Tbarton@jmjholdings.com
www.jmjholdings.com

On Dec 27, 2016, at 8:45 PM, "michael@yding.cn" <michael@yding.cn> wrote:

Hi Steve and Tim,
    Please refer to the bellowing email per our discussion regarding the first land deal.
BTW I agree that Michael Fu's 20% interest out of the 10% investment can be paid separately in to two quarter ends after the first investment year. E.g, according to the agreement, the full investment shoud be in place before 15th Feb 2017, so the first investment year will end on 14th Feb,2018.

**APP178**

SEC-FW-04420-E-0074295

Michael Fu will receive the 10% interest on 15th May, 2018 and the other 10% interest on 15th 8th Aug, 2018.

Also for the second land deal, Michael Fu confirm that beside the 6% commission and 10% investment, I will receive no interest for two years. After two years, Steve and Tim will show me the balance sheet and share 50% of the total profit to me.

I need to get the written confirmation from both of you before I kick off the project from 1st Jan, 2017. Thanks and best regards!

**Michael Fu**
**Chief Executive Officer**
Platinum Investment Corporation

michael@yding.cn

REDACTED

**From:** Steve Wall
**Date:** 2016-11-03 05:15
**To:** michael@yding.cn
**Subject:** RE: regarding our today's meeting
Yes. Agreed and confirmed.

**From:** michael@yding.cn [mailto:michael@yding.cn]
Sent: Monday, October 24, 2016 3:31 PM
To: Steve Wall
Subject: regarding our today's meeting

Hi Steve,
    Hope you are feeling better now! Bellowings are the meeting minutes of this morning:
1 for the current 89 acres deal, the final price will be no higher than 1.8M and Steve will inform Michael Fu the final price soon.
2 the difference between 1.8M and the price offered to customers will be shared half half between Steve and Michael Fu. The difference will be automatically inserted into this deal as 10% each from Steve and Michael according to the investor's requirement. If there is anything left, Michael will received his 50% cash after the full investment is in place. Also Michael Fu will receive same interest rate as the investors for his 10% investment.
3 for whatever investment from chinese investors, Michael Fu will receive 6% as commission into two phases:
    Phase one: 6% within 5 working days after chinese investor wires the deposit----if the deal fails at last, Michael Fu needs to return the money to Steve
    Phase two: 6% within 5 working days after chinese investor wires the rest of the investment.
4 This 6% commission will apply to any further deals unless with further written notice of change from Steve and Michael Fu.
5 for the second 145 acres deal in Fort Worth, Steve will increase the total price to 3.85M and make sure the gap from the final

**APP179**

SEC-FW-04420-E-0074296

purchasing price is no smaller than 20%. Steve will send the
revised PPT asap.
      Please reply this email as confirmation to the above terms.
Thanks and best regards!

Michael Fu
**Chief Executive Officer**
Platinum Investment Corporation

michael@yding.cn

**REDACTED**

---

**Total Control Panel**                                              Login

To: tbarton@jmjdevelopment.net      Remove this sender from my allow list
From: michael@yding.cn

You received this message because the sender is on your allow list.

**APP180**

SEC-FW-04420-E-0074297

# Re: Need approval: Tang Di _ Contract application_Wall017@200k wants to add Guarantee

| | |
|---|---|
| **From:** | Tim Barton <tbarton@jmjdevelopment.com> |
| **To:** | Hongpeng Lin <hlin@jmjdevelopment.com> |
| **Date:** | Wed, 23 Jan 2019 01:12:06 -0600 |

Ok

Sent from my BlackBerry 10 smartphone.

**From:** Hongpeng Lin
**Sent:** Wednesday, January 23, 2019 12:51 AM
**To:** Tim Barton
**Subject:** Need approval: Tang Di _ Contract application_Wall017@200k wants to add Guarantee

Hi Mr. Barton,

This investor was invested in Wall016, and she wants to have same guarantee terms for Wall017 contracts as follow: "Guarantee. JMJ Holdings, as Guarantor, hereby provides a corporate guarantee up to the principal loan amount in the event of default by Borrower."

Can I add that term back to this investor's contract?

Thank you for your time Sir.


**From:** 郭虹 <michelle( REDACTED
**Sent:** Wednesday, January 16, 2019 8:31 AM
**To:** Hongpeng Lin <HLin@jmjdevelopment.net>
**Cc:** Saskya Bedoya <SBedoya@jmjdevelopment.net>; 周霖 <lynn(         REDACTED .    Tim Barton <TBarton@jmjdevelopment.net>
**Subject:** Tang Di _ Contract application_Wall017@200k

Hello Hong,

Please kindly release Wall017 contract to attached client.

BTW, Wall017 client Yuan Yuan has not wired principal yet, so could you please change the commencing date and each year's interest due date to February 1st?

Thank you very much!

Best regards,

Michelle

**EXHIBIT 17**

APP181

SEC-FW-04420-E-0195966

# RE: Wall updates

| | |
|---|---|
| **From:** | Hongpeng Lin <hlin@jmjdevelopment.com> |
| **To:** | Krista Vassallo <kvassallo@jmjdevelopment.com> |
| **Date:** | Fri, 14 Feb 2020 10:32:57 -0600 |
| **Attachments:** | Lender Update - 2019 Q4 - Draft 4.pdf (5.24 MB) |

Hi Krista,

Attached please find the most recent update we sent to lenders last month. Please let me know if you need anything else.

Thanks

**From:** Krista Vassallo <KVassallo@jmjdevelopment.com>
**Sent:** Friday, February 14, 2020 10:26 AM
**To:** Hongpeng Lin <HLin@jmjdevelopment.com>
**Subject:** Wall updates

Hong,

Can you send me the most recent project update for Wall007 and Wall009 that was prepared and sent out to lenders?

Thank you,

Krista Vassallo
JMJ Development, LLC.
1755 Wittington Place
Suite 340
Dallas, TX 75243
P: 972-385-9934  Ext. 233
F: 972-241-4484
Email:kvassallo@jmjdevelopment.net



APP182

# LENDER UPDATE

## 2019 Q4

PRESENTED
6TH JAN 2020 MONDAY

# WALL ENTITIES

APP183

SEC-FW-04420-E-0236197

# Wall Entities
# LENDER UPDATE

The purpose of this document is to provide a 4th Quarter status update to the various lenders (the "Lenders") in the following single purpose entities ("SPE's"):

**WALL007, LLC**

Orchard Village
Fort Worth, TX
144 Acres

**WALL009, LLC**

Venus Ridge & Northstar
Venus, TX
100 Acres

**WALL010, LLC**

Lost Creek
Fort Worth, TX
170.44 Acres

**WALL011, LLC**

Khoury
Venus, TX
120 Acres

**WALL012, LLC**

Lyons Ranch Phase 1
Aledo, TX
332 Acres

**WALL016, LLC**

Lyons Ranch Phase 2
Aledo, TX
160 Acres

**WALL017, LLC**

Windmill Farms
Forney, TX
200 Acres

**WALL018, LLC**

Griffin
Venus, TX
157 Acres

**WALL019, LLC**

Bear Creek
Parker County, TX
100 Acres

## GENERAL BACKGROUND

During 2017 and 2018 the SPE's raised capital from the Lenders to acquire, entitle and develop the various parcels of land that are currently held by the respective SPE's. Following the closing and acquisition of the various parcels of land, we have set forth on a plan to work with the various city officials and engineers in an effort to plan, permit and secure the capital required to install the sewer, water, streets, sidewalks, green space, entry monuments, amenity features, etc. for each development.

Once these plans were created, we set out to secure various homebuilders in which to sell the finished single-family lots such that the homebuilders could start construction of the homes, and ultimately market and sell the homes to the ultimate homeowners. As these lots are sold, the cash proceeds are then used to pay off the construction lender, fees, interest expense, etc., and then ultimately, after all the obligations are paid, the net proceeds are used to pay back the Lenders.

Although each of the SPE's is at varying levels of development, all of the SPE's appear to be tracking with the initial Wall Entities development plans. The current status update for each of these SPE's is as follows:

**APP184**

SEC-FW-04420-E-0236198

| ENTITY NAME | PROJECT NAME | LOCATION | LAND DETAILS |
|---|---|---|---|
| WALL007, LLC | ORCHARD VILLAGE | FORT WORTH, TX | 144 ACRES |

Orchard Village is a 144 +/- acre residential development located approximately 11 miles south of Downtown Fort Worth, Texas. The development Is located in one of the most desired submarkets in the Dallas-Fort Worth area.

Housing demand in the submarket remains stable as homebuyers flock to the top-rated schools while still desiring to remain close to major thoroughfares and employment hubs.

Following its acquisition in 2017, we commenced to plat the property into four separate and distinct phases. Following the city platting process, we then secured a contract and in 2018 the SPE sold an initial phase (approximately 330-lots) to Legend Homes, a national U.S. homebuilder.

At the present time, the grading activities are taking place for the entire development, and we have secured a second homebuilder contract to acquire lots in phase 1A and 3 and build a "for rent" housing product for approximately 512 homes. Plans for these lots have already been approved by the city of Fort Worth, and a pre-construction meeting has been requested and is pending approval. The final plat is presently being revised by the Wall Entities engineer and surveyor with respect to a "zero-lot line" zoning per the builder.

Once these items are submitted, it is estimated that the process will take approximately two weeks for the Community Facilities Agreement to be approved and a pre-construction meeting to take place. Following this meeting, construction of the lots will commence, and it is estimated that it will take approximately 10-months to complete the lots, weather permitting.

As the lots are delivered to the home builder, they will start construction immediately, and are scheduled to deliver the finished homes at a rate of 50 homes per quarter, or about 2 1/2 years to complete the development.

The final phase of 1B will be 131-lots that will be developed and ultimately sold to a homebuilder. We have received offers and proposed contracts by two U.S. National homebuilders … DR Horton and Lennar Homes … and we are presently evaluating its options.



## PROJECT STATUS | AS OF 2019 Q4

| # | DETAILS | COMPLETED | IN PROGRESS | NOT DUE YET |
|---|---|---|---|---|
| 1 | First site inspection | ✓ | | |
| 2 | Preliminary evaluation | ✓ | | |
| 3 | Offering and negotiations | ✓ | | |
| 4 | Due diligence | ✓ | | |
| 5 | Contract | ✓ | | |
| 6 | Escrow payment | ✓ | | |
| 7 | Appraisal | ✓ | | |
| 8 | Cost estimate | ✓ | | |
| 9 | Preliminary Design - Water | ✓ | | |
| 10 | Preliminary Design - Power | ✓ | | |
| 11 | Preliminary Design - Drainage | ✓ | | |
| 12 | Preliminary Design - Paving | ✓ | | |
| 13 | Preliminary Design - Platting | ✓ | | |
| 14 | Preliminary Design - Grading | ✓ | | |
| 15 | Records to the bank | ✓ | | |
| 16 | Final Design / Permit | ✓ | | |
| 17 | Title Insurance | ✓ | | |
| 18 | Closing | ✓ | | |
| 19 | Construction | | ✓ | |
| 20 | Sale of paper lots | | ✓ | |

**APP185**

SEC-FW-04420-E-0236199

| ENTITY NAME | PROJECT NAME | LOCATION | LAND DETAILS |
|---|---|---|---|
| **WALL009, LLC** | **VENUS RIDGE & NORTHSTAR** | **VENUS, TX** | **100 ACRES** |



Venus, Texas is located approximately 45-minutes southwest of Dallas, and about 30-minutes southeast of Fort Worth and has an unemployment rate of 3.5%, and is predicted to have job growth in excess of 40% over the next 10-years, which is well above the national average of 33%.

We have assembled a significant holding of property in the Venus market as a result of the popular Venus Independent School District, which has an elementary, middle and high school all within a 1-mile distance from the two sites.

Venus Ridge was the first property to be acquired in Venus, and as such, is the most developed of all the Wall projects. Following its acquisition of the Venus Ridge land in 2017, we set out to plan, entitle, plat and develop the 33 single family estate lots. As the lots were being developed, we secured a home builder (Carnegie Homes) to commit to purchase all 33 of the lots. As the lots have been sold to Carnegie Homes in 2018 and 2019. The sales proceeds have been used to pay off the construction loan which was secured to develop the lots. As of the 3rd quarter, Carnegie Homes has sold 20 out of the total 33 homes.

Northstar was an additional land assemblage. Although divided into three phases, the Phase 1 plans have already been approved by the city of Venus and the special water district. We have already held pre-construction meetings and plans have been issued for construction. The final plat for Phase 1 has been approved by the City Council and will be recorded once the final construction has been completed.

In addition to the on-site activities, offsite sanitary sewer plans are currently being reviewed by the city and are pending approval. The final approval of these plans will not hold back construction of Phase 1 although final acceptance will not be granted until the offsite sewer has been completed.

With respect to the lot sales, we have solicited offers from various homebuilders and it is presently negotiating final purchase and sale agreements with Carnegie Homes and Lillian Homes.

## PROJECT STATUS | AS OF 2019 Q4

| # | DETAILS | COMPLETED | IN PROGRESS | NOT DUE YET |
|---|---|---|---|---|
| 1 | First site inspection | ✓ | | |
| 2 | Preliminary evaluation | ✓ | | |
| 3 | Offering and negotiations | ✓ | | |
| 4 | Due diligence | ✓ | | |
| 5 | Contract | ✓ | | |
| 6 | Escrow payment | ✓ | | |
| 7 | Appraisal | ✓ | | |
| 8 | Cost estimate | ✓ | | |
| 9 | Preliminary Design - Water | ✓ | | |
| 10 | Preliminary Design - Power | ✓ | | |
| 11 | Preliminary Design - Drainage | ✓ | | |
| 12 | Preliminary Design - Paving | ✓ | | |
| 13 | Preliminary Design - Platting | ✓ | | |
| 14 | Preliminary Design - Grading | ✓ | | |
| 15 | Records to the bank | ✓ | | |
| 16 | Final Design / Permit | ✓ | | |
| 17 | Title Insurance | ✓ | | |
| 18 | Closing | ✓ | | |
| 19 | Construction | | ✓ | |
| 20 | Sale of paper lots | | ✓ | |

**APP186**

**4** THE WALL ENTITIES | LENDER UPDATE | 2019 Q4

| ENTITY NAME | PROJECT NAME | LOCATION | LAND DETAILS |
|---|---|---|---|
| WALL010, LLC | LOST CREEK | FORT WORTH, TX | 170.44 ACRES |

Lost Creek is located southwest of Fort Worth with easy access to I-20. We have finished the Master Plan for the Project and are working on utility services for the project.

The project is challenging, but we are diligently working on getting access to be approved by the city and Fire Marshall. Additionally, work has been done to acquire access which would meet city regulations.

Once city approvals can be met, there are many home builders who have shown interest.



### SAMPLE EXTERIORS





### PROJECT STATUS | AS OF 2019 Q4

| # | DETAILS | COMPLETED | IN PROGRESS | NOT DUE YET |
|---|---|---|---|---|
| 1 | First site inspection | ✓ | | |
| 2 | Preliminary evaluation | ✓ | | |
| 3 | Offering and negotiations | ✓ | | |
| 4 | Due diligence | ✓ | | |
| 5 | Contract | ✓ | | |
| 6 | Escrow payment | ✓ | | |
| 7 | Appraisal | ✓ | | |
| 8 | Cost estimate | ✓ | | |
| 9 | Preliminary Design - Water | ✓ | | |
| 10 | Preliminary Design - Power | ✓ | | |
| 11 | Preliminary Design - Drainage | ✓ | | |
| 12 | Preliminary Design - Paving | ✓ | | |
| 13 | Preliminary Design - Platting | ✓ | | |
| 14 | Preliminary Design - Grading | ✓ | | |
| 15 | Records to the bank | ✓ | | |
| 16 | Final Design / Permit | ✓ | | |
| 17 | Title Insurance | ✓ | | |
| 18 | Closing | ✓ | | |
| 19 | Construction | | ✓ | |
| 20 | Sale of paper lots | | ✓ | |

APP187

SEC-FW-04420-E-0236201

| ENTITY NAME | PROJECT NAME | LOCATION | LAND DETAILS |
|---|---|---|---|
| **WALL011, LLC** | **KHOURY** | **VENUS, TX** | **128 ACRES** |

This Project is ongoing. Two master plans have been completed and the utilities are being negotiated with the city. Negotiations are also underway for support from the city for utility costs and the conversation is moving positively.

There continues to be high residential demand in the area and purchase contracts from home builders are being negotiated.



## SAMPLE EXTERIOR AND INTERIOR





## PROJECT STATUS | AS OF 2019 Q4

| # | DETAILS | COMPLETED | IN PROGRESS | NOT DUE YET |
|---|---|---|---|---|
| 1 | First site inspection | ✓ | | |
| 2 | Preliminary evaluation | ✓ | | |
| 3 | Offering and negotiations | ✓ | | |
| 4 | Due diligence | ✓ | | |
| 5 | Contract | ✓ | | |
| 6 | Escrow payment | ✓ | | |
| 7 | Appraisal | ✓ | | |
| 8 | Cost estimate | ✓ | | |
| 9 | Preliminary Design - Water | ✓ | | |
| 10 | Preliminary Design - Power | ✓ | | |
| 11 | Preliminary Design - Drainage | ✓ | | |
| 12 | Preliminary Design - Paving | ✓ | | |
| 13 | Preliminary Design - Platting | ✓ | | |
| 14 | Preliminary Design - Grading | ✓ | | |
| 15 | Records to the bank | ✓ | | |
| 16 | Final Design / Permit | ✓ | | |
| 17 | Title Insurance | ✓ | | |
| 18 | Closing | ✓ | | |
| 19 | Construction | | ✓ | |
| 20 | Sale of paper lots | | ✓ | |

**APP188**

SEC-FW-04420-E-0236202

| ENTITY NAME | PROJECT NAME | LOCATION | LAND DETAILS |
|---|---|---|---|
| WALL012, LLC | LYONS RANCH PHASE 1 | ALEDO, TX | 332 ACRES |



We have contracted to acquire approximately 469 acres +/- of land in the popular Eastern Parker County area, within the City of Fort Worth Extra-Territorial Jurisdiction ("ETJ"), for the Development of a Single-Family Subdivision. The Subdivision will be built in four total phases, and upon full build-out, will consist of up to 300-Single-Family Estate Lots and will be named "Lyons Ranch." Lyons Ranch is located at the intersection of White Settlement and Farmer Road, just north of Interstate 20.

Lyons Ranch is currently in the preliminary stage at the city of Fort Worth entitlement process. Phase 1 of the development will take place on approximately 103-acres and consist of a total of 61-single family estate lots. In addition to the development of the streets, water, lighting, wayfinding, utilities, etc., phase 1 will also consist of the development of entryway features, signage, amenity lakes, detention facilities and green space. It is envisioned that Phase I will commence construction following the final approval of the Preliminary Plat, which will require the submission of the Integrated Storm Water Management (ISWM) and Traffic Impact Assessment (TIA), and the preliminary engineered plans and specifications.

The ISWM and TIA are presently being revised by our engineers per the comments received by the city of Fort Worth. Once the studies have been approved, then the preliminary plat can be submitted for review by the Fort Worth Planning and Zoning Committee. Once the preliminary plat is approved, then the project will go into final design phase and approval by the city of Fort Worth and Parker County. The Phase 1 Lots are projected to break ground during Q2 of 2020.

## PROJECT STATUS | AS OF 2019 Q4

| # | DETAILS | COMPLETED | IN PROGRESS | NOT DUE YET |
|---|---|---|---|---|
| 1 | First site inspection | ✓ | | |
| 2 | Preliminary evaluation | ✓ | | |
| 3 | Offering and negotiations | ✓ | | |
| 4 | Due diligence | ✓ | | |
| 5 | Contract | ✓ | | |
| 6 | Escrow payment | ✓ | | |
| 7 | Appraisal | ✓ | | |
| 8 | Cost estimate | | ✓ | |
| 9 | Preliminary Design - Water | | ✓ | |
| 10 | Preliminary Design - Power | | ✓ | |
| 11 | Preliminary Design - Drainage | | ✓ | |
| 12 | Preliminary Design - Paving | | | ✓ |
| 13 | Preliminary Design - Platting | | ✓ | |
| 14 | Preliminary Design - Grading | | ✓ | |
| 15 | Records to the bank | | | ✓ |
| 16 | Final Design / Permit | | | ✓ |
| 17 | Title Insurance | | | ✓ |
| 18 | Closing | | | ✓ |
| 19 | Construction | | | ✓ |
| 20 | Sale of paper lots | | | ✓ |

SEC-FW-04420-E-0236203

| ENTITY NAME | PROJECT NAME | LOCATION | LAND DETAILS |
|---|---|---|---|
| WALL016, LLC | LYONS RANCH PHASE 2 | ALEDO, TX | 160 ACRES |

We have finalized easements for road and utility access for Lyons Ranch Phase 2. A water plant is being designed and permits for such is in process. The master plan has been completed. Once water permits and city permits are approved, construction will start the following quarter.



## SAMPLE EXTERIOR AND INTERIOR





## PROJECT STATUS | AS OF 2019 Q4

| # | DETAILS | COMPLETED | IN PROGRESS | NOT DUE YET |
|---|---|---|---|---|
| 1 | First site inspection | ✓ | | |
| 2 | Preliminary evaluation | | ✓ | |
| 3 | Offering and negotiations | | | ✓ |
| 4 | Due diligence | | | ✓ |
| 5 | Contract | | | ✓ |
| 6 | Escrow payment | | | ✓ |
| 7 | Appraisal | | | ✓ |
| 8 | Cost estimate | | | ✓ |
| 9 | Preliminary Design - Water | | | ✓ |
| 10 | Preliminary Design - Power | | | ✓ |
| 11 | Preliminary Design - Drainage | | | ✓ |
| 12 | Preliminary Design - Paving | | | ✓ |
| 13 | Preliminary Design - Platting | | | ✓ |
| 14 | Preliminary Design - Grading | | | ✓ |
| 15 | Records to the bank | | | ✓ |
| 16 | Final Design / Permit | | | ✓ |
| 17 | Title Insurance | | | ✓ |
| 18 | Closing | | | ✓ |
| 19 | Construction | | | ✓ |
| 20 | Sale of paper lots | | | ✓ |

APP190

SEC-FW-04420-E-0236204

| ENTITY NAME | PROJECT NAME | LOCATION | LAND DETAILS |
|---|---|---|---|
| WALL017, LLC | WINDMILL FARMS | FORNEY, TX | 200 ACRES |



Negotiations are ongoing for access to utilities and permits from the city. We are revising the previous master plan to accommodate additional density.

After the road plan is approved and permits are released, construction will start the following quarter.

## SAMPLE EXTERIOR AND INTERIOR





## PROJECT STATUS | AS OF 2019 Q4

| # | DETAILS | COMPLETED | IN PROGRESS | NOT DUE YET |
|---|---|---|---|---|
| 1 | First site inspection | ✓ | | |
| 2 | Preliminary evaluation | ✓ | | |
| 3 | Offering and negotiations | | ✓ | |
| 4 | Due diligence | | | |
| 5 | Contract | ✓ | | |
| 6 | Escrow payment | ✓ | | |
| 7 | Appraisal | ✓ | | |
| 8 | Cost estimate | | ✓ | |
| 9 | Preliminary Design - Water | | ✓ | |
| 10 | Preliminary Design - Power | | ✓ | |
| 11 | Preliminary Design - Drainage | | ✓ | |
| 12 | Preliminary Design - Paving | | ✓ | |
| 13 | Preliminary Design - Platting | | ✓ | |
| 14 | Preliminary Design - Grading | | ✓ | |
| 15 | Records to the bank | | ✓ | |
| 16 | Final Design / Permit | | | ✓ |
| 17 | Title Insurance | | ✓ | |
| 18 | Closing | | ✓ | |
| 19 | Construction | | | ✓ |
| 20 | Sale of paper lots | | | ✓ |

SEC-FW-04420-E-0236205

| ENTITY NAME | PROJECT NAME | LOCATION | LAND DETAILS |
|---|---|---|---|
| **WALL018, LLC** | **GRIFFIN** | **VENUS, TX** | **157 ACRES** |

The Project Master Plan is complete. We are waiting for new utility plan from the City. The City is active in creating a plan to support costs on infrastructure. We expect to have all predevelopment issues resolved by next quarter.



## SAMPLE EXTERIOR AND INTERIOR





## PROJECT STATUS | AS OF 2019 Q4

| # | DETAILS | COMPLETED | IN PROGRESS | NOT DUE YET |
|---|---|---|---|---|
| 1 | First site inspection | ✓ | | |
| 2 | Preliminary evaluation | ✓ | | |
| 3 | Offering and negotiations | ✓ | | |
| 4 | Due diligence | ✓ | | |
| 5 | Contract | ✓ | | |
| 6 | Escrow payment | ✓ | | |
| 7 | Appraisal | ✓ | | |
| 8 | Cost estimate | | ✓ | |
| 9 | Preliminary Design - Water | | ✓ | |
| 10 | Preliminary Design - Power | | ✓ | |
| 11 | Preliminary Design - Drainage | | ✓ | |
| 12 | Preliminary Design - Paving | | ✓ | |
| 13 | Preliminary Design - Platting | | ✓ | |
| 14 | Preliminary Design - Grading | | ✓ | |
| 15 | Records to the bank | | ✓ | |
| 16 | Final Design / Permit | | ✓ | |
| 17 | Title Insurance | ✓ | | |
| 18 | Closing | ✓ | | |
| 19 | Construction | | | ✓ |
| 20 | Sale of paper lots | | | ✓ |

**APP192**

SEC-FW-04420-E-0236206

| ENTITY NAME | PROJECT NAME | LOCATION | LAND DETAILS |
|---|---|---|---|
| WALL019, LLC | BEAR CREEK | PARKER COUNTY, TX | 100 ACRES |

Bear Creek was awarded full rights as a utility district and work is currently ongoing to get utility system in place.

There is strong demand from home builders and the project continues to garner interest as Bear Creek is part of the overall development that will open up the City of Aledo. There will be several more months of predevelopment before project start.



SAMPLE EXTERIOR





PROJECT STATUS | AS OF 2019 Q4

| # | DETAILS | COMPLETED | IN PROGRESS | NOT DUE YET |
|---|---|---|---|---|
| 1 | First site inspection | ✓ | | |
| 2 | Preliminary evaluation | ✓ | | |
| 3 | Offering and negotiations | ✓ | | |
| 4 | Due diligence | ✓ | | |
| 5 | Contract | ✓ | | |
| 6 | Escrow payment | | | ✓ |
| 7 | Appraisal | ✓ | | |
| 8 | Cost estimate | | ✓ | |
| 9 | Preliminary Design - Water | | | ✓ |
| 10 | Preliminary Design - Power | | | ✓ |
| 11 | Preliminary Design - Drainage | | | ✓ |
| 12 | Preliminary Design - Paving | | | ✓ |
| 13 | Preliminary Design - Platting | | | ✓ |
| 14 | Preliminary Design - Grading | | | ✓ |
| 15 | Records to the bank | | | ✓ |
| 16 | Final Design / Permit | | | ✓ |
| 17 | Title Insurance | ✓ | | |
| 18 | Closing | ✓ | | |
| 19 | Construction | | | ✓ |
| 20 | Sale of paper lots | | | ✓ |

SEC-FW-04420-E-0236207



As noted in this Lender Update, much activity and progress has taken place. However, much more is still to come. It is our belief that this update is self-explanatory, however, in the event that any Lender requires additional information, please feel free to contact a our representative by calling at 972-385-9934

13901 Midway Road
Dallas, Texas 75244

Phone: 972.385.9934
Fax: 972.241.4484

This brochure contains various performance estimates, targets and/or projections that are based upon and subject to various assumptions made as of the date such estimates, targets and/or projections were developed. All estimates are unaudited and calculated on a pro forma basis. Estimates are provided for informational purposes only. While such estimates, targets and/or projections are believed to be reasonable approximations based upon available information, no guarantee or assurances can be provided as to their accuracy. Consequently, the inclusion of the estimates, targets and/or projections herein should not be regarded as any representation that such estimates, targets and/or projections will be achieved.

This brochure makes use of stock photography. Some photography is for illustrative purposes only and persons/renderings depicted are models/examples. They are representative in nature and subject to change.

**APP194**

SEC-FW-04420-E-0236208