AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| Barton et al | ) | |
| _Defendant_ | ) | |

**Summons in a Civil Action**

**TO:** Timothy Barton

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

DATE: 09/23/2022

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)   Timothy Barton
was received by me on (*date*)   09/26/2022   .

[X]   I personally served the summons on the individual at (*place*)   Holland & Knight LLP
   1772 Routh St, Suite 1500, Dallas, TX 75201                    on (*date*)   09/26/2022 at 3:45 PM           ;  or

[  ]   I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ ,  a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

[  ]   I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

[  ]   I returned the summons unexecuted because   _____ ;  or

[  ]   other (*specify*)   _____
_____

My fees are $ _____   for travel and $ _____   for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   09/27/2022

*Jacqueline E. Tyler*
Server's signature

Jacqueline Tyler, Process Server
Printed name and title

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
Server's address

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.

                                       Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant


On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549


Received by Cavalier to be served on Timothy Barton, at 305 N. O'Connor Road, Criminal Justice Center, Irving, TX 75061.


I, Jacqueline Tyler, being duly sworn, depose and say that on September 26, 2022 at or about 3:45 PM I served Summons & Complaint; Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver; Appendix in Support of Plaintiff Securities and Exchange Commission's Expedited Motion for Appointment of Receiver personally to Timothy Barton at Holland & Knight LLP, 1722 Routh St Suite 1500 Dallas, TX 75201.


I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.


_____    09/27/2022
Jacqueline Tyler                         Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102098
Reference: 23-FWRO-001

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| | ) | |
| Barton et al | ) | |
| _Defendant_ | ) | |
| | ) | |

**Summons in a Civil Action**

**TO:** Carnegie Development LLC

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

   Keefe Bernstein
   801 Cherry Street
   Suite 1900
   Fort Worth , TX 76102

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

DATE:  09/23/2022

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) __Carnegie Development LLC__
was received by me on (*date*) __09/26/2022__ .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*) __Timothy Barton, President__ , who is designated
by law to accept service of process on behalf of (*name of organization*) __Carnegie Development LLC__
at Holland & Knight LLP, 1772 Routh St, Suite 1500, Dallas, TX 75201 on (*date*) __09/26/2022 at 3:45 PM__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __09/27/2022__

_Jacqueline E. Tyler_
Server's signature

Jacqueline Tyler
Printed name and title

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
Server's address

Additional information regarding attempted service, etc:

**Affidavit of Service**

### UNITED STATES DISTRICT COURT
### Northern District of Texas

Securities and Exchange Commission
   Plaintiff

vs.

Case Number: 3:22-cv-2118

Timothy Barton, et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Carnegie Development, LLC, at 305 N. O'Connor Road, Criminal Justice Center, Irving, TX 75061.

I, Jacqueline Tyler, being duly sworn, depose and say that on September 26, 2022 at or about 3:45 PM I served Summons & Complaint; Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Timothy Barton as President of Carnegie Development, LLC. Service occurred at Holland & Knight LLP, 1722 Routh St Suite 1500 Dallas, TX 75201.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Subscribed and sworn to in my state and county
by the affiant whose identity is known to me.

_____
Notary Public

Signed Date:_____09/27/2022_____



Matthew Foster
My Commission Expires
06/04/2023
ID No. 130319662

_____
Jacqueline Tyler
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102099
Reference: 23-FWRO-001

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| Barton et al | ) | |
| *Defendant* | ) | |
| | ) | |

**Summons in a Civil Action**

**TO:** DJD Land Partners LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  09/23/2022

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)   DJD Land Partners LLC
was received by me on (*date*)   09/26/2022   .

☐   I personally served the summons on the individual at (*place*)
_____ on (*date*) _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☒   I served the summons on (*name of individual*)   Timothy Barton, Trustee and Managing Member  , who is designated
by law to accept service of process on behalf of (*name of organization*)  DJD Land Partners LLC
at Holland & Knight LLP, 1772 Routh St, Suite 1500, Dallas, TX 75201  on (*date*)  09/26/2022 at 3:45 PM   ; or

☐   I returned the summons unexecuted because _____ ; or

☐   other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   09/27/2022

*Jacqueline E. Tyler*
Server's signature

Jacqueline Tyler
Printed name and title

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
Server's address

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.

Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant


On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549


Received by Cavalier to be served on DJD Land Partners LLC, at 305 N. O'Connor Road, Criminal Justice Center, Irving, TX 75061.


I, Jacqueline Tyler, being duly sworn, depose and say that on September 26, 2022 at or about 3:45 PM I served Summons & Complaint; Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Timothy Barton as Trustee and Managing Member of DJD Land Partners LLC. Service occurred at Holland & Knight LLP, 1722 Routh St Suite 1500 Dallas, TX 75201.


I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.


_Jacqueline E. Tyler_     09/27/2022
Jacqueline Tyler           Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102100
Reference: 23-FWRO-001

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| | ) | |
| Barton et al | ) | |
| *Defendant* | ) | |
| | ) | |

## Summons in a Civil Action

**TO:** LDG001 LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  LDG001 LLC
was received by me on (*date*)  09/26/2022  .

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on (*name of individual*)  Timothy Barton, Managing Member  , who is designated
by law to accept service of process on behalf of (*name of organization*)  LDG001 LLC
at Holland & Knight LLP, 1772 Routh St, Suite 1500, Dallas, TX 75201  on (*date*)  09/26/2022 at 3:45 PM  ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____09/27/2022_____

_Jacqueline E. Tyler_
Server's signature

Jacqueline Tyler
Printed name and title

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
Server's address

Additional information regarding attempted service, etc:

**<u>Return of Service</u>**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.

Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on LDG001 LLC, at 305 N. O'Connor Road, Criminal Justice Center, Irving, TX 75061.

I, Jacqueline Tyler, being duly sworn, depose and say that on September 26, 2022 at or about 3:45 PM I served Summons & Complaint; Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Timothy Barton as Managing Member of LDG001 LLC. Service occurred at Holland & Knight LLP, 1722 Routh St Suite 1500 Dallas, TX 75201.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_Jacqueline E. Tyler_ 09/27/2022
Jacqueline Tyler                 Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102101
Reference: 23-FWRO-001

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| | ) | |
| Barton et al | ) | |
| *Defendant* | ) | |
| | ) | |

## Summons in a Civil Action

**TO:** Stephen T Wall

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/23/2022

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  Stephen T. Wall

was received by me on (*date*)  09/26/2022  .

X  I personally served the summons on the individual at (*place*)  1011 Red Wing Ct, Mansfield, TX 76063
on (*date*)  09/26/2022 at 4:15 PM  ;  or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  09/28/2022

_____
Server's signature

Carolyn Hunt, Process Server
Printed name and title

Cavalier CPS, 823-C South King Street, Leesburg, VA 20175
Server's address

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.

                                            Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Stephen T Wall, at 1011 Red Wing Ct., Mansfield, TX 76063.

I, Carolyn Hunt, being duly sworn, depose and say that on September 26, 2022 at or about 4:15 PM I served Summons & Complaint; Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver; Appendix in Support of Plaintiff Securities and Exchange Commission's Expedited Motion for Appointment of Receiver personally to Stephen T Wall at 1011 Red Wing Ct., Mansfield, TX 76063.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____    09/27/2022
Carolyn Hunt                                  Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102110
Reference: 23-FWRO-001

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| Barton et al | ) | |
| Defendant | ) | |

## Summons in a Civil Action

**TO:** Wall007 LLC


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  Wall007 LLC

was received by me on (*date*)  09/26/2022  .

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ;  or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____ ,  a person of suitable age and discretion who resides there,

on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on (*name of individual*)  Timothy Barton, President  , who is designated

by law to accept service of process on behalf of (*name of organization*)  Wall007 LLC

at Holland & Knight LLP, 1722 Routh St, Suite 1500, Dallas, TX 75201  on (*date*)  09/26/2022 at 3:45 PM  ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: ____09/27/2022____

_____
Server's signature

_____
Jacqueline Tyler
Printed name and title

_____
Cavalier CPS, 823-C South King St, Leesburg, VA 20175
Server's address

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.

Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant


On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549


Received by Cavalier to be served on Wall007 LLC, at 305 N. O'Connor Road, Criminal Justice Center, Irving, TX 75061.


I, Jacqueline Tyler, being duly sworn, depose and say that on September 26, 2022 at or about 3:45 PM I served Summons & Complaint; Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Timothy Barton as President of Wall007 LLC. Service occurred at Holland & Knight LLP, 1722 Routh St Suite 1500 Dallas, TX 75201.


I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.


_Jacqueline E. Tyler_    09/27/2022
Jacqueline Tyler            Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102102
Reference: 23-FWRO-001

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Securities and Exchange Commission | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 3:22-cv-02118-X |
| | ) |
| Barton et al | ) |
| _Defendant_ | ) |
| | ) |

**Summons in a Civil Action**

**TO:** Wall009 LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

DATE: 09/23/2022

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  Wall009 LLC
was received by me on (*date*)  09/26/2022 .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ;  or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*)  Timothy Barton, President , who is designated
by law to accept service of process on behalf of (*name of organization*)  Wall009 LLC
at Holland & Knight LLP, 1772 Routh St, Suite 1500, Dallas, TX 75201  on (*date*)  09/26/2022 at 3:45 PM ; or

☐ I returned the summons unexecuted because _____ ;  or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  09/27/2022

_____
Server's signature

Jacqueline Tyler, Process Server
Printed name and title

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
Server's address

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.

Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant


On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549


Received by Cavalier to be served on Wall009, LLC, at 305 N. O'Connor Road, Criminal Justice Center, Irving, TX 75061.


I, Jacqueline Tyler, being duly sworn, depose and say that on September 26, 2022 at or about 3:45 PM I served Summons & Complaint; Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Timothy Barton as President of Wall009, LLC. Service occurred at Holland & Knight LLP, 1722 Routh St Suite 1500 Dallas, TX 75201.


I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.


<u>Jacqueline E. Tyler</u> <u>09/27/2022</u>
Jacqueline Tyler                    Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102103
Reference: 23-FWRO-001

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| | ) | |
| Barton et al | ) | |
| *Defendant* | ) | |
| | ) | |

**Summons in a Civil Action**

**TO:** Wall010 LLC

A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Keefe Bernstein
    801 Cherry Street
    Suite 1900
    Fort Worth , TX 76102

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/23/2022

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  Wall010 LLC
was received by me on (*date*)  09/26/2022  .

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☒  I served the summons on (*name of individual*)  Timothy Barton, President , who is designated
by law to accept service of process on behalf of (*name of organization*)  Wall010 LLC
at Holland & Knight LLP, 1722 Routh St, Suite 1500, Dallas, TX 75201  on (*date*)  09/26/2022 at 3:45 PM ; or

☐  I returned the summons unexecuted because _____ ; or

☐  other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  09/27/2022

*Jacqueline E. Tyler*
Server's signature

Jacqueline Tyler, Process Server
Printed name and title

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
Server's address

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.

                                                     Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Wall010 LLC, at 305 N. O'Connor Road, Criminal Justice Center, Irving, TX 75061.

I, Jacqueline Tyler, being duly sworn, depose and say that on September 26, 2022 at or about 3:45 PM I served Summons & Complaint; Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Timothy Barton as President of Wall010 LLC. Service occurred at Holland & Knight LLP, 1722 Routh St Suite 1500 Dallas, TX 75201.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_Jacqueline E. Tyler_    09/27/2022
Jacqueline Tyler            Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102104
Reference: 23-FWRO-001

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| Barton et al | ) | |
| *Defendant* | ) | |
| | ) | |

**Summons in a Civil Action**

**TO:** Wall011 LLC


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

DATE: 09/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) __Wall011 LLC__
was received by me on (*date*) __09/26/2022__ .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*) __Timothy Barton, President__, who is designated
by law to accept service of process on behalf of (*name of organization*) __Wall011 LLC__
__at Holland & Knight LLP, 1772 Routh St, Suite 1500, Dallas, TX 75201__ on (*date*) __09/26/2022 at 3:45 PM__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __09/27/2022__

_____
Server's signature

__Jacqueline Tyler__
Printed name and title

__Cavalier CPS, 823-C South King St, Leesburg, VA 20175__
Server's address

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.

Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant


On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549


Received by Cavalier to be served on Wall011 LLC, at 305 N. O'Connor Road, Criminal Justice Center, Irving, TX 75061.


I, Jacqueline Tyler, being duly sworn, depose and say that on September 26, 2022 at or about 3:45 PM I served Summons & Complaint; Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Timothy Barton as President of Wall011 LLC. Service occurred at Holland & Knight LLP, 1722 Routh St Suite 1500 Dallas, TX 75201.


I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.


Jacqueline Tyler                     09/27/2022
Jacqueline Tyler                            Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102105
Reference: 23-FWRO-001

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| | ) | |
| Barton et al | ) | |
| *Defendant* | ) | |
| | ) | |

**Summons in a Civil Action**

**TO:** Wall012 LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/23/2022

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  Wall012 LLC
was received by me on (*date*)   09/26/2022   .

☐   I personally served the summons on the individual at (*place*) _____
_____  on (*date*) _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☒   I served the summons on (*name of individual*)   Timothy Barton, President   , who is designated
by law to accept service of process on behalf of (*name of organization*)   Wall012 LLC
at Holland & Knight LLP, 1772 Routh St, Suite 1500, Dallas, TX 75201   on (*date*)   09/26/2022 at 3:45 PM   ; or

☐   I returned the summons unexecuted because _____ ;  or

☐   other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   09/27/2022   

_____
Server's signature

Jacqueline Tyler
Printed name and title

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
Server's address

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.

                                                    Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Wall012 LLC, at 305 N. O'Connor Road, Criminal Justice Center, Irving, TX 75061.

I, Jacqueline Tyler, being duly sworn, depose and say that on September 26, 2022 at or about 3:45 PM I served Summons & Complaint; Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Timothy Barton as President of Wall012 LLC. Service occurred at Holland & Knight LLP, 1722 Routh St Suite 1500 Dallas, TX 75201.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

                                                                    09/27/2022
                                         Jacqueline Tyler                          Date
                                          Cavalier CPS
                                          823-C S. King St.
                                          Leesburg, VA 20175
                                          Our Job Number: 2022-102106
                                          Reference: 23-FWRO-001

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| | ) | |
| Barton et al | ) | |
| _Defendant_ | ) | |
| | ) | |

## Summons in a Civil Action

**TO:** Wall016 LLC

A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

 Keefe Bernstein
 801 Cherry Street
 Suite 1900
 Fort Worth , TX 76102

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

DATE: 09/23/2022

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  Wall016 LLC
was received by me on (*date*)  09/26/2022  .

☐ I personally served the summons on the individual at (*place*)
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*)  Timothy Barton, President  , who is designated
by law to accept service of process on behalf of (*name of organization*)  Wall016 LLC
at Holland & Knight LLP, 1772 Routh St, Suite 1500, Dallas, TX 75201  on (*date*)  09/26/2022 at 3:45 PM  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  09/27/2022                    *Jacqueline E. Tyler*
_____
Server's signature

Jacqueline Tyler
_____
Printed name and title

Cavalier CPS, 823-C South St, Leesburg, VA 20175
_____
Server's address

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.

Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant


On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549


Received by Cavalier to be served on Wall016 LLC, at 305 N. O'Connor Road, Criminal Justice Center, Irving, TX 75061.


I, Jacqueline Tyler, being duly sworn, depose and say that on September 26, 2022 at or about 3:45 PM I served Summons & Complaint; Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Timothy Barton as President of Wall016 LLC. Service occurred at Holland & Knight LLP, 1722 Routh St Suite 1500 Dallas, TX 75201.


I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.


                                                                    _Jacqueline E. Tyler_  09/27/2022
                                                                     Jacqueline Tyler            Date
  Cavalier CPS
  823-C S. King St.
  Leesburg, VA 20175
  Our Job Number: 2022-102107
  Reference: 23-FWRO-001

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| | ) | |
| Barton et al | ) | |
| *Defendant* | ) | |
| | ) | |

## Summons in a Civil Action

**TO:** Wall017 LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  Wall017 LLC

was received by me on (*date*)  09/26/2022              .

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on (*name of individual*)  Timothy Barton, President              , who is designated
by law to accept service of process on behalf of (*name of organization*)  Wall 017 LLC
at Holland & Knight LLP, 1772 Routh St, Suite 1500, Dallas, TX 75201  on (*date*)  09/26/2022 at 3:45 PM          ; or

☐  I returned the summons unexecuted because _____ ; or

☐  other (*specify*) _____
_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____09/27/2022_____                _____
                                                                              *Server's signature*

                                                                              Jacqueline Tyler
                                                                              *Printed name and title*

                                                                Cavalier CPS, 823-C South King St, Leesburg, VA 20175
                                                                              *Server's address*

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.
                                           Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant


On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549


Received by Cavalier to be served on Wall017 LLC, at 305 N. O'Connor Road, Criminal Justice Center, Irving, TX 75061.


I, Jacqueline Tyler, being duly sworn, depose and say that on September 26, 2022 at or about 3:45 PM I served Summons & Complaint; Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Timothy Barton as President of Wall017 LLC. Service occurred at Holland & Knight LLP, 1722 Routh St Suite 1500 Dallas, TX 75201.


I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.


                                                                     _09/27/2022_
                                                                                                                                                                                          
Jacqueline Tyler                                               Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102108
Reference: 23-FWRO-001

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| | ) | |
| Barton et al | ) | |
| *Defendant* | ) | |
| | ) | |

**Summons in a Civil Action**

**TO:** Wall018 LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  Wall018 LLC

was received by me on (*date*)  09/26/2022          .

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ;  or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____ ,  a person of suitable age and discretion who resides there,

on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on (*name of individual*)  Timothy Barton, President _____ , who is designated

by law to accept service of process on behalf of (*name of organization*)  Wall018 LLC _____

 at Holland & Knight LLP, 1722 Routh St, Suite 1500, Dallas, TX 75201  on (*date*)  09/26/2022 at 3:45 PM _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____

_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____09/27/2022_____                    *Jacqueline E. Tyler*
                                                   _____
                                                            Server's signature

                                                   Jacqueline Tyler, Process Server
                                                   _____
                                                          Printed name and title

                                                   Cavalier CPS, 823-C South King St, Leesburg, VA 20175
                                                   _____
                                                            Server's address

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.

Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Wall018 LLC, at 305 N. O'Connor Road, Criminal Justice Center, Irving, TX 75061.

I, Jacqueline Tyler, being duly sworn, depose and say that on September 26, 2022 at or about 3:45 PM I served Summons & Complaint; Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Timothy Barton as President of Wall018 LLC. Service occurred at Holland & Knight LLP, 1722 Routh St Suite 1500 Dallas, TX 75201.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____  09/27/2022
Jacqueline Tyler          Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102109
Reference: 23-FWRO-001

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| | ) | |
| Barton et al | ) | |
| *Defendant* | ) | |
| | ) | |

**Summons in a Civil Action**

**TO:** Wall019 LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  09/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  __Wall 019 LLC_____ was

received by me on (*date*)  09/26/2022.

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____ , a person of suitable age and discretion who resides there,

on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on (*name of individual*) _____Timothy Barton, President_____ , who is designated

by law to accept service of process on behalf of (*name of organization*)  __Wall019 LLC_____

at Holland & Knight LLP, 1722 Routh St, Suite 1500, Dallas, TX 75201__ on (*date*) __09/26/2022 at 3:45PM_____ ; or

☐  I returned the summons unexecuted because  _____ ; or

☐  other (*specify*)  _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  ____09/27/2022_____

_Jacqueline E. Tyler_

_____
Server's signature

_____
Jacqueline Tyler, Process Server
Printed name and title

___Cavalier CPS, 823-C South King St, Leesburg, VA 20175___
Server's address

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.

Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Wall019 LLC, at 305 N. O'Connor Road, Criminal Justice Center, Irving, TX 75061.

I, Jacqueline Tyler, being duly sworn, depose and say that on September 26, 2022 at or about 3:45 PM I served Summons & Complaint; Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Timothy Barton as President of Wall019 LLC. Service occurred at Holland & Knight LLP, 1722 Routh St Suite 1500 Dallas, TX 75201.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_Jacqueline E. Tyler_  09/27/2022
Jacqueline Tyler                     Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102111
Reference: 23-FWRO-001