**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | |
| TIMOTHY BARTON, | C.A. No.: 3:22-02118-X |
| CARNEGIE DEVELOPMENT, LLC, | |
| WALL007, LLC, | |
| WALL009, LLC, | Jury Trial Demanded |
| WALL010, LLC, | |
| WALL011, LLC, | |
| WALL012, LLC, | |
| WALL016, LLC, | |
| WALL017, LLC, | |
| WALL018, LLC, | |
| WALL019, LLC, | |
| HAOQIANG FU (A/K/A MICHAEL FU), | |
| STEPHEN T. WALL, | |
| Defendants, | |
| DJD LAND PARTNERS, LLC, and | |
| LDG001, LLC, | |
| Relief Defendants. | |

**NOTICE OF SERVICE OF
PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
<u>EXPEDITED MOTION FOR APPOINTMENT OF RECEIVER</u>**

Plaintiff Securities and Exchange Commission ("SEC") provides the following Notice of Service of Its Expedited Motion for Appointment of Receiver, and respectfully shows the Court as follows:

1.      On September 26, 2022, the SEC filed Its Expedited Motion for Appointment of Receiver and Appendix in Support (collectively, the "Motion").  (Doc. 6-9)

2.      On September 26, 2022, the SEC, via a process server, personally served the Motion and the Summons and Complaint to Defendant Timothy Barton, and a return of service has been filed with the Court.  (Doc. 10; pg. 1-3 )[1]  No counsel has yet appeared for Mr. Barton in this case.  However, the SEC also provided an electronic copy of the Motion to Khudabuksh Walji, Mr. Barton's counsel during the SEC's pre-suit investigation, and Richard Roper, Mr. Barton's counsel in his parallel criminal case.

3.      On September 26, 2022, the SEC provided an electronic copy of the Motion to Eric Chartan, Defendant Haoqiang Fu's (a/k/a Michael Fu) counsel.  Mr. Chartan is Mr. Fu's counsel in this case and executed a waiver of service of the Summons and Complaint, which has been filed with the Court.  (Doc. 11)  Mr. Chartan has also agreed to accept the electronic copy of the Motion he was provided as service of the Motion to Fu.

4.      On September 26, 2022, the SEC, via a process server, personally served the Motion and the Summons and Complaint to Defendant Stephen Wall, and a return of service has been filed with the Court.  (Doc. 10; pg. 13-15)  No counsel has yet appeared for Mr. Wall in this case.  However, on September 26, 2022, the SEC also provided an electronic copy of the Motion to Michael P. Heiskell, Wall's counsel during the SEC's pre-suit investigation.

---

[1] The Motion, Summons, and Complaint were also served, via personal service to Mr. Barton, to Defendants Wall007, LLC, Wall009, LLC, Wall010, LLC, Wall011, LLC, Wall012, LLC, Wall016, LLC, Wall017, LLC, Wall018, LLC, Wall019, LLC, and Carnegie Development, LLC, and Relief Defendants DJD Land Partners, LLC and LDG001, LLC.  (Docs. 10; pg. 4-12, 16-42)

Dated: September 28, 2022

Respectfully submitted,

/s/ *Keefe M. Bernstein*_____
Keefe M. Bernstein
Texas Bar No. 24006839
David B. Reece
Texas Bar No. 24002810
James E. Etri
Texas Bar No. 24002061
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2607 (KMB phone)
(817) 978-4927 (facsimile)
bernsteink@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

## <u>CERTIFICATE OF SERVICE</u>

I affirm that on September 28, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

I further certify that on the same day I caused the foregoing to be served via email to:

Khudabuksh K. Walji, Esq.
Law Office of K. Walji, P.C.
The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
281-401-9672
k.walji@waljilaw.com

*Counsel for the Timothy Barton during the SEC's investigation*

Richard B. Roper
Holland and Knight
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214-969-1210
richard.roper@hklaw.com

*Criminal Counsel for Timothy Barton*

Eric Chartan
Bryan Cave Leighton Paisneer LLP
JP Morgan Chase Tower
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
214-721-8106
eric.chartan@bclplaw.com

*Counsel for Haoqiang (a/k/a Michael) Fu*

Michael P. Heiskell
Johnson Vaughn & Heiskell
5601 Bridge Street, Suite 220
Fort Worth, Texas 76112
817-457-2999
mheiskell@johnson-vaughn-heiskell.com

*Counsel for Steven Wall during the SEC's investigation*

s/ Keefe M. Bernstein
Keefe M. Bernstein