**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES & EXCHANGE COMMISSION** | § | |
| | § | |
| **v.** | § | **NO:  3:22-cv-02118-X** |
| | § | |
| | § | |
| | § | |
| **STEPHEN T. WALL** | § | |

## ENTRY OF APPEARANCE

At this time I wish to enter an appearance as retained co-counsel for the above-named

defendant in this cause.

Respectfully submitted,

/s/Michael P. Heiskell
Michael P. Heiskell
State Bar No. 09383700
**JOHNSON, VAUGHN & HEISKELL**
5601 Bridge Street, Suite 220
Fort Worth, Texas 76112
(817) 457-2999 telephone
(817) 496-1102 facsimile
E-mail: mheiskell@johnson-vaughn-heiskell.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2022, I filed the foregoing document with the clerk for
the U.S. District Court, Northern District of Texas, Dallas Division using the electronic case
filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing"
to all attorneys of record, who have consented in writing to accept this Notice as service of the
document by electronic means.

/s/Michael P. Heiskell
Michael P. Heiskell

Notice Entry of Appearance