**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **No. 3:22-CV-2118-X** |
| TIMOTHY LYNCH BARTON | § § | |
| CARNEGIE DEVELOPMENT, LLC | § | **Jury Trial Demanded** |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § | |

**DEFENDANT BARTON'S AGREED MOTION FOR EXTENSION**
**OF TIME TO ANSWER THE COMPLAINT (ECF NO. 1)**

Defendant Timothy Lynch Barton respectfully seeks an extension of time to answer or otherwise respond to the Complaint. Defendant Timothy Barton was served with the Complaint on September 26, 2022, which makes his current answer deadline October 17, 2022. Mr. Barton seeks an additional thirty days to answer, or until November 16, 2022. Mr. Barton also asks this Court to order that the answer date of the associated corporate defendants—Carnegie Development LLC, WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011 LLC, WALL012 LLC,

- 1 -

WALL016 LLC, WALL017 LLC, and WALL019 LLC—similarly be extended to November 16, 2022.  There is good cause for the requested extension, as it will provide defense counsel with an adequate opportunity to investigate the facts and better prepare a substantive answer or other response to the operative pleading.

In accordance with Local Rule 7.1, the undersigned counsel consulted with Plaintiff's counsel, who consented to the relief requested herein.  Based on the foregoing, Defendant Barton respectfully requests that this agreed motion for extension of time be granted.

Dated: October 14, 2022

Respectfully submitted,

By: */s/ Ted A. Huffman*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*application for admission pending)*
medney@huntonak.com
Sean B. O'Connell
State Bar No. 24103142 (*application for admission forthcoming)*
soconnell@huntonak.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 (*application for admission forthcoming)*
mdingman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

Ted A. Huffman
State Bar No. 24089015
thuffman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

- 2 -

- 3 -

Richard L. Roper
State Bar No. 17233700
richard.roper@hklaw.com
Javan Porter
State Bar No. 24116912
javan.porter@hklaw.com
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1345
Facsimile: (214) 999-9252

**COUNSEL FOR DEFENDANTS TIMOTHY LYNCH BARTON**

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 13, 2022, the undersigned counsel consulted with opposing counsel, who represented that Plaintiff consents to the relief sought herein.

*/s/ Richard L. Roper*
Richard L. Roper

## CERTIFICATE OF SERVICE

On October 14, 2022 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Ted A. Huffman*
Ted A. Huffman