**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **No. 3:22-CV-2118-X** |
| **TIMOTHY LYNCH BARTON** | § § | |
| **CARNEGIE DEVELOPMENT, LLC** | § | **Jury Trial Demanded** |
| **WALL007, LLC** | § | |
| **WALL009, LLC** | § | |
| **WALL010, LLC** | § | |
| **WALL011, LLC** | § | |
| **WALL012, LLC** | § | |
| **WALL016, LLC** | § | |
| **WALL017, LLC** | § | |
| **WALL019, LLC** | § | |
| **HAOQIANG FU (a/k/a MICHAEL FU)** | § | |
| **STEPHEN T. WALL** | § § | |
| *Defendants,* | § § | |
| **DJD LAND PARTNERS, LLC** | § | |
| **LDG001, LLC** | § § | |
| *Relief Defendants.* | § | |

**ORDER**

Before the Court is an Expedited Motion for Extension of Briefing Schedule for Responding to Plaintiff's Motion for Appointment of Receiver, filed by Defendant Timothy Lynch Barton. After consideration, the Motion is **GRANTED**.

It is therefore **ORDERED** that Mr. Barton's deadline to respond to Plaintiff's Motion for Appointment of Receiver ("Receivership Motion") (ECF No. 6) is extended seven days from October 17, 2022, to October 24, 2022. The deadline for the other corporate Defendants— Carnegie Development LLC, WALL007 LLC, WALL009 LLC, WALL010 LLC, WALL011

- 1 -

- 2 -

LLC, WALL012 LLC, WALL016 LLC, WALL017 LLC, and WALL019 LLC—to respond to the

Receivership Motion shall also be extended or set for the same date, October 24, 2022, so that

these parties may file a consolidated brief.

     **IT IS SO ORDERED** this _____ day of October, 2022.


                            _____

                            HON. BRANTLEY STARR
                            UNITED STATES DISTRICT JUDGE