**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES & EXCHANGE COMMISSION** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **NO:  3:22-cv-02118-X** |
| | § | |
| **TIMOTHY LYNCH BARTON** | § | |
| **CARNEGIE DEVELOPMENT, LLC** | § | |
| **WALL007, LLC** | § | |
| **WALL009, LLC** | § | |
| **WALL010, LLC** | § | |
| **WALL011, LLC** | § | |
| **WALL012, LLC** | § | |
| **WALL 016, LLC** | § | |
| **WALL 017, LLC** | § | |
| **WALL019, LLC** | § | |
| **HAOQIANG FU (a/k/a MICHAEL FU)** | § | |
| **STEPHEN T. WALL** | § | |
| | § | |
| *Defendants,* | § | |
| | § | |
| **DJD LAND PARNTERS, LLC** | § | |
| **LDG001, LLC** | § | |
| | § | |
| *Relief Defendants.* | § | |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

Defendant, Stephen T. Wall ("Defendant") submits this Motion for an Extension of the deadline to answer the Complaint ("Complaint"), and in support states as follows:

1.  Plaintiff filed the Complaint on September 23, 2022. Dkt. 1

2.  Under Rule 12(a)(4) of the Federal Rules of Civil Procedure, Defendant's deadline to file his answer to the Complaint is October 17, 2022.

Agreed Motion for Extension of Time to Answer Complaint

3. Defendant's counsel and Plaintiff's counsel have agreed to a 30-day extension to file answer to the Complaint.

4. No party will be prejudiced by the relief requested herein.

WHEREFORE, Defendant requests an extension up to November 16, 2022, for the Defendant to Answer the Complaint.

Respectfully submitted,

/s/Michael P. Heiskell
Michael P. Heiskell
State Bar No. 09383700
**JOHNSON, VAUGHN & HEISKELL**
5601 Bridge Street, Suite 220
Fort Worth, Texas 76112
(817) 457-2999 telephone
(817) 496-1102 facsimile
E-mail: mheiskell@johnson-vaughn-heiskell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2022, I filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, Dallas Division using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

/s/Michael P. Heiskell
Michael P. Heiskell

Agreed Motion for Extension of Time to Answer Complaint