## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES & EXCHANGE COMMISSION** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **NO:  3:22-cv-02118-X** |
| | § | |
| **TIMOTHY LYNCH BARTON** | § | |
| **CARNEGIE DEVELOPMENT, LLC** | § | |
| **WALL007, LLC** | § | |
| **WALL009, LLC** | § | |
| **WALL010, LLC** | § | |
| **WALL011, LLC** | § | |
| **WALL012, LLC** | § | |
| **WALL 016, LLC** | § | |
| **WALL 017, LLC** | § | |
| **WALL019, LLC** | § | |
| **HAOQIANG FU (a/k/a MICHAEL FU)** | § | |
| **STEPHEN T. WALL** | § | |
| | § | |
| *Defendants,* | § | |
| | § | |
| **DJD LAND PARNTERS, LLC** | § | |
| **LDG001, LLC** | § | |
| | § | |
| *Relief Defendants.* | § | |

## [PROPOSED] ORDER

ON THIS THE _____ day of _____, 2022, came to be heard the Unopposed Motion

for Extension of Time to Answer Complaint, and upon consideration of the same, and the Court

having been otherwise fully advised ,

    IT IS HEREBY ORDRERED THAT:

1. The Motion is Granted

2. Defendant shall have up and including November 16, 2022, to answer or otherwise

    respond to the complaint.