IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § § | |
| CARNEGIE DEVELOPMENT, LLC | § | **Jury Trial Demanded** |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § § | |

**AGREED MOTION FOR EXTENSION OF TIME FOR THE RELIEF
DEFENDANTS TO ANSWER THE COMPLAINT (ECF NO. 1)**

Relief Defendants DJD Land Partners, LLC and LDG0001, LLC (collectively, the "Relief Defendants"), affiliated with Defendant Timothy Lynch Barton ("Defendant"), have been named in this lawsuit by Plaintiff Securities and Exchange Commission. As with the other entity Defendants, Defendant respectfully seeks an extension of time for Relief Defendants to answer or otherwise respond to the Complaint so that the affiliated Barton parties may file a consolidated answer or other response to the Complaint on the same date. The Complaint was served on or

- 1 -

around September 26, 2022, which makes the current answer deadline October 17, 2022.  A thirty day extension of this deadline is sought, or until November 16, 2022.  There is good cause for the requested extension, as it will provide defense counsel with an adequate opportunity to investigate the facts and prepare a substantive answer or other consolidated response with Mr. Barton and the other entity Defendants.

In accordance with Local Rule 7.1, the undersigned counsel consulted with Plaintiff's counsel, who consented to the relief requested herein.  Based on the foregoing, Defendant respectfully requests that this agreed motion for extension of time be granted.

Dated: October 17, 2022

Respectfully submitted,

By: */s/ Ted A. Huffman*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*application for admission pending)*
medney@huntonak.com
Sean B. O'Connell
State Bar No. 24103142 *(application for admission forthcoming)*
soconnell@huntonak.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 (*application for admission forthcoming)*
mdingman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

Ted A. Huffman
State Bar No. 24089015
thuffman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

Richard L. Roper
State Bar No. 17233700
richard.roper@hklaw.com
Javan Porter
State Bar No. 24116912
javan.porter@hklaw.com
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1345
Facsimile: (214) 999-9252

**COUNSEL FOR DEFENDANTS TIMOTHY LYNCH BARTON**

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 17, 2022, the undersigned counsel consulted with opposing counsel, who represented that Plaintiff consents to the relief sought herein.

*/s/ Ted A. Huffman*
Ted A. Huffman

## CERTIFICATE OF SERVICE

On October 17, 2022 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Ted A. Huffman*
Ted A. Huffman