# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **No. 3:22-CV-2118-X** |
| **TIMOTHY LYNCH BARTON** | § | |
| **CARNEGIE DEVELOPMENT, LLC** | § | **Jury Trial Demanded** |
| **WALL007, LLC** | § | |
| **WALL009, LLC** | § | |
| **WALL010, LLC** | § | |
| **WALL011, LLC** | § | |
| **WALL012, LLC** | § | |
| **WALL016, LLC** | § | |
| **WALL017, LLC** | § | |
| **WALL019, LLC** | § | |
| **HAOQIANG FU (a/k/a MICHAEL FU)** | § | |
| **STEPHEN T. WALL** | § § | |
| *Defendants,* | § § | |
| **DJD LAND PARTNERS, LLC** | § | |
| **LDG001, LLC** | § § | |
| *Relief Defendants.* | § | |

## AGREED ORDER

Before the Court is an Agreed Motion for Extension of Time to Answer the Complaint, filed on October 17, 2022. After consideration, the Motion is **GRANTED**.

It is therefore **ORDERED** that the deadline for Relief Defendants DJD Land Partners, LLC and LDG001, LLC to answer or otherwise respond to the Complaint is extended to November 16, 2022.

**IT IS SO ORDERED** this _____ day of October, 2022.

_____
HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

**AGREED:**

By: */s/ Ted. A. Huffman*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*application for admission pending*)
medney@huntonak.com
Sean B. O'Connell
State Bar No. 24103142 (*application for admission forthcoming*)
soconnell@huntonak.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 (*application for admission forthcoming*)
mdingman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

Ted A. Huffman
State Bar No. 24089015
thuffman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

Richard L. Roper
State Bar No. 17233700
richard.roper@hklaw.com
Javan Porter
State Bar No. 24116912
javan.porter@hklaw.com
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1345
Facsimile: (214) 999-9252

**COUNSEL FOR DEFENDANT
TIMOTHY LYNCH BARTON**

By: */s/ Keefe M. Bernstein (by permission)*
Keefe M. Bernstein
Texas Bar No. 24006839
David B. Reece
Texas Bar No. 24002810
James E. Etri
Texas Bar No. 24002061
**SECURITIES AND EXCHANGE COMMISSION**
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2607 (KMB Phone)
(817)  978-4927 (facsimile)
bernsteink@sec.gov

**COUNSEL FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION**