**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | No. 3:22-CV-2118-X |
| **TIMOTHY LYNCH BARTON** | § § | |
| **CARNEGIE DEVELOPMENT, LLC** | § | **Jury Trial Demanded** |
| **WALL007, LLC** | § | |
| **WALL009, LLC** | § | |
| **WALL010, LLC** | § | |
| **WALL011, LLC** | § | |
| **WALL012, LLC** | § | |
| **WALL016, LLC** | § | |
| **WALL017, LLC** | § | |
| **WALL018, LLC** | § | |
| **WALL019, LLC** | § | |
| **HAOQIANG FU (a/k/a MICHAEL FU)** | § | |
| **STEPHEN T. WALL** | § § | |
| *Defendants,* | § § | |
| **DJD LAND PARTNERS, LLC** | § § | |
| **LDG001, LLC** | § § | |
| *Relief Defendants.* | § | |

**DEFENDANT BARTON'S EMERGENCY**
**MOTION TO MODIFY RECEIVERSHIP ORDER**

Defendant Timothy Lynch Barton moves as an emergency matter to modify the Order Appointing Receivership ("Receivership Order"), October 18, 2022, because the Court-appointed receiver currently attempts to use it to evict Mr. Barton—an innocent man who has not even answered this lawsuit—from his family home.

-1-

On October 18, 2022, this Court appointed Mr. Cort Thomas as receiver over several identified corporations associated with the Defendant Mr. Timothy Barton. Many of those corporations own hard commercial real estate assets for the receiver's examination.

On the second day of his receivership, with no notice to counsel for Mr. Barton, Mr. Thomas is standing outside the personal residence of Mr. Barton—as this motion is filed—seeking to kick him out and render him homeless. The receiver is citing his authority under paragraph 1 of the Receivership Order to "take exclusive . . . possession of any other entities that Defendant Timothy Barton directly or indirectly controls." Mr. Barton's personal residence at 4107 Rock Creek Drive, in Dallas, is owned by SF Rock Creek LLC, a limited liability corporation whose sole purpose is to own Mr. Barton's personal residence. That company is not among 27 companies specifically listed in the Court's order.

The Court did not place Mr. Barton individually into receivership. The Defendant respectfully requests that this Court amend paragraph 1 of its Order to strike the term "any other entities that Defendant Timothy Barton directly or indirectly controls, including but not limited to" and replace that phrase with the word "and." The Court should require the receiver, if he deems that an entity other than the 27 specifically identified in the order has received investor funds, to request that the Court add that entity to his receivership. At a minimum, the Court should alter its order to exempt Mr. Barton's personal residence at 4107 Rock Creek Drive in Dallas from the scope of the Mr. Thomas's receivership.

The point of the receivership is to gather commercial real estate assets for the alleged investors in this matter, not to leave the defendant homeless as he prepares to defend himself in a criminal trial. There is no reason to believe that the Court, when entering the Receivership Order, intended that the receiver have this broad power to molest Mr. Barton and his family at

their private property, while in the midst of preparing his defense to the criminal proceedings that the Department of Justice continues to pursue against him.

For the foregoing reasons, Mr. Barton respectfully requests modification of the Receivership Order as stated.

Dated: October 20, 2022

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
medney@huntonak.com
Sean B. O'Connell
State Bar No. 24103142 *(application for admission forthcoming)*
soconnell@huntonak.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 *(application for admission forthcoming)*
mdingman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

Ted A. Huffman
State Bar No. 24089015
thuffman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

**COUNSEL FOR TIMOTHY LYNCH BARTON**

## CERTIFICATE OF SERVICE

On October 20, 2022 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Ted A. Huffman*
Ted A. Huffman
