IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § | |
| CARNEGIE DEVELOPMENT, LLC | § | **Jury Trial Demanded** |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § | |
| | § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § | |
| | § | |
| *Relief Defendants.* | § | |

**ORDER**

Before the Court is an Emergency Motion to Modify Receivership Order ("Motion"), filed by Defendant Timothy Lynch Barton. After consideration, the Motion is **GRANTED**.

It is therefore **ORDERED** that the Court's Order Appointing Receiver ("Receivership Order"), dated October 18, 2022, is hereby amended as follows:

**Option 1:**   In paragraph 1 of the Receivership Order, the following language is stricken and replaced by the word "and": "any other entities that Defendant Timothy Barton directly or indirectly controls, including but not limited to."   In addition, the following sentence is added to the end of paragraph 1:   "The receiver may request that additional entities be added to his receivership upon application to the Court showing that such an additional entity received investor funds."   As amended, paragraph 1 now provides:

> This Court hereby takes exclusive jurisdiction and possession of the assets, of whatever kind and wherever situated, including all tangible and intangible property, of Wall007, LLC, Wall009, LLC, Wall010, LLC, Wall011, LLC, Wall012, LLC, Wall016, LLC, Wall017, LLC, Wall018, LLC, Wall019, LLC, Carnegie Development, LLC, DJD Land Partners, LLC, LDG001, LLC, and the following Barton-controlled entities that received investor funds, real property interests purchased with investor funds, or own property interests that were improved with or otherwise have benefited from the use of investor funds: BM318 LLC; D4DS LLC; D4FR LLC; D4KL LLC; Enoch Investments LLC; FHC Acquisition LLC; Goldmark Hospitality LLC; JMJ Acquisitions LLC; JMJ Development LLC; JMJAV LLC; JMR100 LLC; Lajolla Construction Management LLC; Mansions Apartment Homes at Marine Creek LLC; MO 2999TC, LLC; Orchard Farms Village LLC; Villita Towers LLC; and 126 Villita LLC (collectively, "Receivership Entities"). The assets of these Receivership Entities are referenced below as "Receivership Assets."  The receiver may request that additional entities be added to his receivership upon application to the Court showing that such an additional entity received investor funds.

**OR**

**Option 2:**   The Court hereby amends paragraph 1 of its order to add the following sentence:  "The Receivership assets, however, shall exclude Mr. Barton's residence at 4107 Rock Creek Drive, Dallas, Texas."

**IT IS SO ORDERED** this _____ day of October, 2022.

 

_____
HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE