AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| Barton et al | ) | |
| *Defendant* | ) | |

**Summons in a Civil Action**

**TO:** DJD Land Partners LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __DJD Lan d Partners  L C,  Registered Agent: ONE Age n Texas__
was received by me on *(date)* __10 5 2022__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Joanna Roberts, authorized recipient for ONE Agent  Texas_ , who is designated
by law to accept service of process on behalf of *(name of organization)* _DJD Land Partners LLC, at 13636 Goldmark Dr, Dallas, TX 75240_
_____ on *(date)* _10/6/2022 at 12:30pm_____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: ____10/14/2022_____

_Jacqueline C. Tyler_
_____
Server's signature

Jacqueline Tyler, Process Server
_____
Printed name and title

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
_____
Server's address

Additional information regarding attempted service, etc:

## Return of Service

### UNITED STATES DISTRICT COURT
### Northern District of Texas

Securities and Exchange Commission
  Plaintiff

vs.

Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant


On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549


Received by Cavalier to be served on DJD Land Partners LLC, Registered Agent: ONE Agent Texas, at 13636 Goldmark Dr., Dallas, TX 75240.


I, Jacqueline Tyler, being duly sworn, depose and say that on October 6, 2022 at or about 12:30 PM I served Summons & Complaint; Civil Cover Sheet; Plaintiff Securities and Exchange Commission's Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Joanna Roberts as Authorized Recipient for the Registered Agent of DJD Land Partners LLC. Service occurred at ONE Agent Texas, 13636 Goldmark Dr., Dallas, TX 75240.


I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.


_____  10-7-22
Jacqueline Tyler                 Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102685
Reference: 23-FWRO-002

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| | ) | |
| Barton et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** LDG001 LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  __LDG001 LLC, Registered Agent: ONE Agent Texas_____
was received by me on *(date)*  ___10/05/2022_____.

☐  I personally served the summons on the individual at *(place)*  _____
_____ on *(date)*  _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*  _____
_____ , a person of suitable age and discretion who resides there,
on *(date)*  _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on *(name of individual)*  _Joanna Roberts, authorized recipient for ONE Agent Texas____ , who is designated
by law to accept service of process on behalf of *(name of organization)*  _LDG001 LLC, at 13636 Goldmark Dr, Dallas, TX 75240_____
_____ on *(date)*  _10/06/2022 at 12:30pm_____ ; or

☐  I returned the summons unexecuted because  _____ ; or

☐  other *(specify)*  _____
_____

My fees are $ _____     for travel and $ _____     for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  ____10/14/2022_____

_____
Server's signature

_____
Jacqueline Tyler, Process Server
Printed name and title

_____
Cavalier CPS, 823-C South King St, Leesburg, VA 20175
Server's address

Additional information regarding attempted service, etc:

## Return of Service

### UNITED STATES DISTRICT COURT
### Northern District of Texas

Securities and Exchange Commission
   Plaintiff

vs.

Case Number: 3:22-cv-2118

Timothy Barton, et al.
   Defendant


On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549


Received by Cavalier to be served on LDG001 LLC, Registered Agent: ONE Agent Texas, at 13636 Goldmark Dr., Dallas, TX 75240.


I, Jacqueline Tyler, being duly sworn, depose and say that on October 6, 2022 at or about 12:30 PM I served Summons & Complaint; Civil Cover Sheet; Plaintiff Securities and Exchange Commission's Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Joanna Roberts as Authorized Recipient for the Registered Agent of LDG001 LLC. Service occurred at ONE Agent Texas, 13636 Goldmark Dr., Dallas, TX 75240.


I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.


_Jacqueline Tyler_    10-7-22

Jacqueline Tyler        Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102684
Reference: 23-FWRO-002

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| Barton et al | ) | |
| *Defendant* | ) | |
| | ) | |

## Summons in a Civil Action

**TO:** Wall007 LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  09/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  _Wall007 LLC, Registered Agent: ONE Agent Texas_____
was received by me on (*date*)  __10/05/2022_____ .

☐  I personally served the summons on the individual at (*place*)  _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*)  _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☒  I served the summons on (*name of individual*)  _Joanna Roberts, authorized recipient for ONE Agent  Texas_____, who is designated
by law to accept service of process on behalf of (*name of organization*) _Wall007 LLC,  at 13636 Goldmark Dr, Dallas, TX 75240_____
_____ on (*date*)_10/06/2022 at 12:30pm_____ ; or

☐  I returned the summons unexecuted because  _____ ; or

☐  other (*specify*)  _____
_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  ____10/14/2022_____

_Jacqueline E. Tyler_
_____
Server's signature

Jacqueline Tyler, Process Server
_____
Printed name and title

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
_____
Server's address

Additional information regarding attempted service, etc:

**Return of Service**

## UNITED STATES DISTRICT COURT
## Northern District of Texas

Securities and Exchange Commission
  Plaintiff

vs.                                                                                              Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant


On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549


Received by Cavalier to be served on Wall007 LLC, Registered Agent: ONE Agent Texas, at 13636 Goldmark Dr., Dallas, TX 75240.


I, Jacqueline Tyler, being duly sworn, depose and say that on October 6, 2022 at or about 12:30 PM I served Summons & Complaint; Civil Cover Sheet; Plaintiff Securities and Exchange Commission's Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Joanna Roberts as Authorized Recipient for the Registered Agent of Wall007 LLC. Service occurred at ONE Agent Texas, 13636 Goldmark Dr., Dallas, TX 75240.


I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.


_Jacqueline Tyler_    10-7-22

Jacqueline Tyler        Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102686
Reference: 23-FWRO-002

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| | ) | |
| Barton et al | ) | |
| *Defendant* | ) | |
| | ) | |

## Summons in a Civil Action

**TO:** Wall009 LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) __Wall009 LLC, Registered Agent: ONE Agent Texas_____

was received by me on (*date*) __10/05/2022_____.

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☒  I served the summons on (*name of individual*) Joanna Roberts, authorized recipient for ONE Agent Texas____, who is designated

by law to accept service of process on behalf of (*name of organization*) Wall009 LLC,  at 13636 Goldmark Dr, Dallas, TX 75240

_____ on (*date*) 10/06/2022 at 12:30pm_____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  other (*specify*) _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: ____10/14/2022_____

*Jacqueline E. Tyler*
_____
Server's signature

____Jacqueline Tyler, Process Server____
Printed name and title

____Cavalier CPS, 823-C South King St, Leesburg, VA 20175____
Server's address

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.                                                                    Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Wall009, LLC, Registered Agent: ONE Agent Texas, at 13636 Goldmark Dr., Dallas, TX 75240.

I, Jacqueline Tyler, being duly sworn, depose and say that on October 6, 2022 at or about 12:30 PM I served Summons & Complaint; Civil Cover Sheet; Plaintiff Securities and Exchange Commission's Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Joanna Roberts as Authorized Recipient for the Registered Agent of Wall009, LLC. Service occurred at ONE Agent Texas, 13636 Goldmark Dr., Dallas, TX 75240.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____  10-7-22
Jacqueline Tyler                              Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102687
Reference: 23-FWRO-002

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| | ) | |
| Barton et al | ) | |
| *Defendant* | ) | |
| | ) | |

**Summons in a Civil Action**

**TO:** Wall010 LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  Wall010 LLC, Registered Agent: ONE Agent Texas_____
was received by me on (*date*)  10/05/2022_____.

◻  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

◻  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on (*name of individual*)  Joanna Roberts, authorized recipient for ONE Agent Texas_____ , who is designated
by law to accept service of process on behalf of (*name of organization*) Wall010 LLC, at 13636 Goldmark Dr, Dallas, TX _____
75240 _____ on (*date*)  10/06/2022 at 12:30pm_____ ; or

◻  I returned the summons unexecuted because _____ ; or

◻  other (*specify*) _____
_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____10/14/2022_____

*Jacqueline E. Tyler*
_____
Server's signature

Jacqueline Tyler, Process Server
_____
Printed name and title

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
_____
Server's address

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
    Plaintiff

vs.                                                                    Case Number: 3:22-cv-2118

Timothy Barton, et al.
    Defendant


On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549


Received by Cavalier to be served on Wall010 LLC, Registered Agent: ONE Agent Texas, at 13636 Goldmark Dr., Dallas, TX 75240.


I, Jacqueline Tyler, being duly sworn, depose and say that on October 6, 2022 at or about 12:30 PM I served Summons & Complaint; Civil Cover Sheet; Plaintiff Securities and Exchange Commission's Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Joanna Roberts as Authorized Recipient for the Registered Agent of Wall010 LLC. Service occurred at ONE Agent Texas, 13636 Goldmark Dr., Dallas, TX 75240.


I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.


_Jacqueline Tyler_   _10-7-22_
Jacqueline Tyler                    Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102688
Reference: 23-FWRO-002

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| | ) | |
| Barton et al | ) | |
| *Defendant* | ) | |
| | ) | |

**Summons in a Civil Action**

**TO:** Wall011 LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  Wall011 LLC, Registered Agent: ONE Agent Texas
was received by me on (*date*)  10/05/2022                .

☐  I personally served the summons on the individual at (*place*)  _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☒  I served the summons on (*name of individual*)  Joanna Roberts, authorized recipient for ONE Agent  Texas , who is designated
by law to accept service of process on behalf of (*name of organization*)  Wall011 LLC, at 13636 Goldmark Dr, Dallas, TX 75240
_____ on (*date*)  10/06/2022 at 12:30pm               ; or

☐  I returned the summons unexecuted because  _____ ; or

☐  other (*specify*)  _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:       10/14/2022

*Jacqueline E. Tyler*
_____
Server's signature

Jacqueline Tyler, Process Server
_____
Printed name and title

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
_____
Server's address

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
   Plaintiff

vs.                                                                                          Case Number: 3:22-cv-2118

Timothy Barton, et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Wall011 LLC, Registered Agent: ONE Agent Texas, at 13636 Goldmark Dr., Dallas, TX 75240.

I, Jacqueline Tyler, being duly sworn, depose and say that on October 6, 2022 at or about 12:30 PM I served Summons & Complaint; Civil Cover Sheet; Plaintiff Securities and Exchange Commission's Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Joanna Roberts as Authorized Recipient for the Registered Agent of Wall011 LLC. Service occurred at ONE Agent Texas, 13636 Goldmark Dr., Dallas, TX 75240.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____   10-7-22
Jacqueline Tyler                                    Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102689
Reference: 23-FWRO-002

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| | ) | |
| Barton et al | ) | |
| *Defendant* | ) | |
| | ) | |

### Summons in a Civil Action

**TO:** Wall012 LLC


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

DATE:  09/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  Wall012 LLC, Registered Agent: ONE Agent Texas
was received by me on (*date*)   10/0 5/2 022          .

☐   I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on (*name of individual*)   Joanna Roberts, authorized recipient for ONE Agent  Texas   , who is designated
by law to accept service of process on behalf of (*name of organization*)  Wall012 LLC, at 13636 Goldmark Dr, Dallas, TX 75240
_____ on (*date*)   10/06/2022 at 12:30pm          ; or

☐   I returned the summons unexecuted because   _____ ;  or

☐   other (*specify*)  _____
_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____ 10/14/2022 _____

*Jacqueline C. Tyler*
_____
Server's signature

Jacqueline Tyler, Process Server
_____
Printed name and title

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
_____
Server's address

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.                                                                                          Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant


On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549


Received by Cavalier to be served on Wall012 LLC, Registered Agent: ONE Agent Texas, at 13636 Goldmark Dr., Dallas, TX 75240.


I, Jacqueline Tyler, being duly sworn, depose and say that on October 6, 2022 at or about 12:30 PM I served Summons & Complaint; Civil Cover Sheet; Plaintiff Securities and Exchange Commission's Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Joanna Roberts as Authorized Recipient for the Registered Agent of Wall012 LLC. Service occurred at ONE Agent Texas, 13636 Goldmark Dr., Dallas, TX 75240.


I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.


Jacqueline Tyler                               10-7-22
Jacqueline Tyler                                   Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102690
Reference: 23-FWRO-002

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-02118-X |
| | ) | |
| | ) | |
| Barton et al | ) | |
| *Defendant* | ) | |
| | ) | |

## Summons in a Civil Action

**TO:** Wall016 LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  09/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Wall016 LLC, Registered Agent: ONE Agent Texas
was received by me on *(date)*   10 / 05 2022              .

☐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on *(name of individual)*  Joanna Roberts, authorized recipient for ONE Agent Texas , who is designated
by law to accept service of process on behalf of *(name of organization)*  Wall016 LLC, at 13636 Goldmark Dr, Dallas, TX
75240 _____ on *(date)*  10/06/2022 at 12:30pm              ; or

☐  I returned the summons unexecuted because  _____ ; or

☐  other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: ____ 10/14/2022 ____

_____
Server's signature

Jacqueline Tyler, Process Server
Printed name and title

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
Server's address

Additional information regarding attempted service, etc:

## Return of Service

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.

Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant


On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549


Received by Cavalier to be served on Wall016 LLC, Registered Agent: ONE Agent Texas, at 13636 Goldmark Dr., Dallas, TX 75240.


I, Jacqueline Tyler, being duly sworn, depose and say that on October 6, 2022 at or about 12:30 PM I served Summons & Complaint; Civil Cover Sheet; Plaintiff Securities and Exchange Commission's Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Joanna Roberts as Authorized Recipient for the Registered Agent of Wall016 LLC. Service occurred at ONE Agent Texas, 13636 Goldmark Dr., Dallas, TX 75240.


I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.



_Jacqueline Tyler_    10-7-22
Jacqueline Tyler          Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102691
Reference: 23-FWRO-002

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission<br>*Plaintiff* | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. 3:22-cv-02118-X |
| Barton et al<br>*Defendant* | )<br>)<br>)<br>) | |

**Summons in a Civil Action**

**TO:** Wall017 LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  __Wall017 LLC, Registered Agent: ONE Agent Texas_____
was received by me on (*date*)  __10 / 030 22_____ .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*)  __Joanna Roberts, authorized recipient for ONE Agent Texas__ , who is designated
by law to accept service of process on behalf of (*name of organization*) __Wall017 LLC, at 13636 Goldmark Dr, Dallas, TX 75240_____
_____ on (*date*) __10/06/2022 at 12:30pm_____ ; or

☐ I returned the summons unexecuted because  _____ ; or

☐ other (*specify*)  _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  ____10/14/2022_____

_____
Server's signature

_____
Jacqueline Tyler, Process Server
Printed name and title

_____
Cavalier CPS, 823-C South King St, Leesburg, VA 20175
Server's address

Additional information regarding attempted service, etc:

<u>**Return of Service**</u>

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.
                                  Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Wall017 LLC, Registered Agent: ONE Agent Texas, at 13636 Goldmark Dr., Dallas, TX 75240.

I, Jacqueline Tyler, being duly sworn, depose and say that on October 6, 2022 at or about 12:30 PM I served Summons & Complaint; Civil Cover Sheet; Plaintiff Securities and Exchange Commission's Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Joanna Roberts as Authorized Recipient for the Registered Agent of Wall017 LLC. Service occurred at ONE Agent Texas, 13636 Goldmark Dr., Dallas, TX 75240.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

                                       _Jacqueline Tyler_     10-7-22

                                       Jacqueline Tyler              Date
                                         Cavalier CPS
                                         823-C S. King St.
                                         Leesburg, VA 20175
                                         Our Job Number: 2022-102692
                                         Reference: 23-FWRO-002

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Securities and Exchange Commission | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No. 3:22-cv-02118-X |
| | ) |
| | ) |
| Barton et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Wall018 LLC

A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

     Keefe Bernstein
     801 Cherry Street
     Suite 1900
     Fort Worth , TX 76102

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:   09/23/2022

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  Wall018 LLC, Registered Agent: ONE Agent Texas

was received by me on (*date*)  10/05/2022 .

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____ , a person of suitable age and discretion who resides there,

on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on (*name of individual*)  Joanna Roberts, authorized recipient for ONE Agent Texas  , who is designated

by law to accept service of process on behalf of (*name of organization*)  Wall018 LLC, at 13636 Goldmark Dr, Dallas, TX 75240

_____ on (*date*)  10/06/2022 at 12:30pm  ; or

☐  I returned the summons unexecuted because  _____ ; or

☐  other (*specify*)  _____

_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: ___10/14/2022_____

_____
Server's signature

Jacqueline Tyler, Process Server
Printed name and title

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
Server's address

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
   Plaintiff

vs.

Case Number: 3:22-cv-2118

Timothy Barton, et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Wall018 LLC, Registered Agent: ONE Agent Texas, at 13636 Goldmark Dr., Dallas, TX 75240.

I, Jacqueline Tyler, being duly sworn, depose and say that on October 6, 2022 at or about 12:30 PM I served Summons & Complaint; Civil Cover Sheet; Plaintiff Securities and Exchange Commission's Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Joanna Roberts as Authorized Recipient for the Registered Agent of Wall018 LLC. Service occurred at ONE Agent Texas, 13636 Goldmark Dr., Dallas, TX 75240.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Jacqueline Tyler            10-7-22
Jacqueline Tyler            Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102693
Reference: 23-FWRO-002

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Securities and Exchange Commission | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 3:22-cv-02118-X |
| | ) |
| Barton et al | ) |
| _Defendant_ | ) |
| | ) |

## Summons in a Civil Action

**TO:** Wall019 LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

DATE:  09/23/2022

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  __Wall019 LLC, Registered Agent: ONE Agent Texas_____
was received by me on (*date*)  __1 0/0 5/202 2_____ .

☐ I personally served the summons on the individual at (*place*)  _____
_____ on (*date*)  _____ ;  or

☐ I left the summons at the individual's residence or usual place of abode with (*name*)  _____
_____ , a person of suitable age and discretion who resides there,
on (*date*)  _____ , and mailed a copy to the individual's last known address;  or

☐ I served the summons on (*name of individual*)  __Joanna Roberts, authorized recipient for ONE Agent  Texas___ , who is designated
by law to accept service of process on behalf of (*name of organization*)  _Wall 019 LLC, at 13636 Goldmark Dr, Dallas, TX 75240_____
_____ on (*date*)  __10/06/2022 at 12:30pm_____ ;  or

☐ I returned the summons unexecuted because  _____ ;  or

☐ other (*specify*)  _____
_____

My fees are $  _____  for travel and $  _____  for services, for a total of $  _____

I declare under penalty of perjury that this information is true.

Date:  ___10/14/2022_____

_Jacqueline E. Tyler_
_____
Server's signature

Jacqueline Tyler, Process Server
_____
Printed name and title

__Cavalier CPS, 823-C South King St, Leesburg, VA 20175___
Server's address

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.

                                                Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant


On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549


Received by Cavalier to be served on Wall019 LLC, Registered Agent: ONE Agent Texas, at 13636 Goldmark Dr., Dallas, TX 75240.


I, Jacqueline Tyler, being duly sworn, depose and say that on October 6, 2022 at or about 12:30 PM I served Summons & Complaint; Civil Cover Sheet; Plaintiff Securities and Exchange Commission's Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver to Joanna Roberts as Authorized Recipient for the Registered Agent of Wall019 LLC. Service occurred at ONE Agent Texas, 13636 Goldmark Dr., Dallas, TX 75240.


I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.


Jacqueline Tyler                      10-7-22
Jacqueline Tyler                     Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102694
Reference: 23-FWRO-002