**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
   Plaintiff

vs.

                                                Case Number: 3:22-cv-2118

Timothy Barton, et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Carnegie Development, LLC, Registered Agent: Incorp Services, Inc, at 919 North Market St, Suite 950, Wilmington, DE 19801.

I, Jennifer M. Smagala, being duly sworn, depose and say that on October 20, 2022 at or about 1:36 PM I served Summons & Complaint; Civil Cover Sheet; Plaintiff Securities and Exchange Commission's Expedited Motion for Appointment of Receiver and Brief in Support; [proposed] Order Appointing Receiver; to Cheyanna Williams as Authorized Recipient for the Registered Agent of Carnegie Development, LLC. Service occurred at Incorp Services, Inc., 919 North Market St Suite 950 Wilmington, DE 19801.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____
Jennifer M. Smagala                                                          Date
Cavalier CPS
823-C S. King St.    10-20-2022
Leesburg, VA 20175
Our Job Number: 2022-103196
Reference: 23-FWRO-006

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| <u>Securities and Exchange Commission</u><br>*Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 3:22-cv-02118-X |
| <u>Barton et al</u><br>*Defendant* | ) ) ) | |

## Summons in a Civil Action

**TO:** Carnegie Development LLC

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Keefe Bernstein
    801 Cherry Street
    Suite 1900
    Fort Worth , TX 76102

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Carnegie Development, LLC c/o Registered Agent: Incorp Services, Inc.</u>
was received by me on *(date)* <u>10/20/22</u>          .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Cheyanna Williams, authorized recipient for Incorp Services, Inc.</u>, who is designated
by law to accept service of process on behalf of *(name of organization)* <u>Carnegie Development, LLC, at 919 North Market St, Suite 950</u>
<u>Wilmington, DE 19801</u>                      on *(date)* <u>10/20/22 at 1:36 PM</u>          ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: <u>10-20-2022</u>

<u>Jennifer M. Smagala</u>
Server's signature

<u>Jennifer M. Smagala, Process Server</u>
Printed name and title

<u>Cavalier CPS, 823-C South King St, Leesburg, VA 20175</u>
Server's address

Additional information regarding attempted service, etc: