AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | |
|---|---|
| Securities and Exchange Commission <br> *Plaintiff* <br> v. <br> Barton et al <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. 3:22-cv-02118-X |

## Summons in a Civil Action

**TO:** Haoqiang Fu

*also known as* Michael   Fu

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Keefe Bernstein
801 Cherry Street
Suite 1900
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/23/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:22-cv-02118-X

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Haoqiang Fu a/k/a Michael Fu _____

was received by me on *(date)*  10/12/22 _____ .

[X]   I personally served the summons on the individual at *(place)*   Haoqiang Fu a/k/a Michael Fu at 22203 Alder Bend Ln, _Spring, TX 77389_____ on *(date)*  10/17/22 at 8:58 AM _____ ; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* _____, who is designated

by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

[ ]   I returned the summons unexecuted because _____ ;  or

[ ]   other *(specify)* _____
_____

My fees are $ _____      for travel and $ _____      for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: October 17, 2022

_____
Server's signature

Greg Cox, Process Server
_____
Printed name and title

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
_____
Server's address

Additional information regarding attempted service, etc:

<u>Return of Service</u>

**UNITED STATES DISTRICT COURT**
**Northern District of Texas**

Securities and Exchange Commission
  Plaintiff

vs.
                                                    Case Number: 3:22-cv-2118

Timothy Barton, et al.
  Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Haoqiang Fu, at 22203 Alder Bend Lane, Spring, TX 77389.

I, Greg Cox, being duly sworn, depose and say that on October 17, 2022 at or about 8:58 AM I served Summons & Complaint; Civil Cover Sheet; personally to Haoqiang Fu at 22203 Alder Bend Lane, Spring, TX 77389.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

October 17, 2022
Greg Cox                                             Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-102860
Reference: 23-FWRO-004