**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, et al. | § § § | |
| *Defendants.* | § § | |

**RECEIVER'S UNOPPOSED MOTION
FOR APPROVAL OF ENGAGEMENT AGREEMENTS**

Cort Thomas, Receiver,  moves the Court for approval of engagement agreements between the Receiver and Brown Fox, PLLC, Ahuja & Clark, PLLC, and Veracity Forensics LLC. More specifically, the Receiver seeks the Court's permission to hire his law firm for assistance in performing his mandate as necessary, to retain accountants to assist with evaluating financial information related to the Receivership Entities, and to retain an IT/electronic discovery vendor to assist with the various technological needs of the receivership. In support of this Motion, the Receiver respectfully shows the Court as follows:

On October 21, 2022, this Court entered the Order Appointing Receiver [Dkt. 29] (the "Receivership Order"), which authorizes the Receiver to engage and employ persons in his discretion to assist him in carrying out his duties and responsibilities hereunder, including, but not limited to, accountants, attorneys, . . . forensic agents, traders or auctioneers, and other professionals or consultants." Receivership Order ¶ 6F.  However, the Receiver may not engage any such professionals without prior approval from the Court. Receivership Order ¶ 62.

The Receiver proposes engaging his law firm, Brown Fox, PLLC, for the limited purpose of assisting the Receiver in the performance of his mandate in the most cost-effective manner

**PAGE 1**

possible. Specifically, because the number of entities, the number of properties, the complexity of the relationships between and among the entities and lenders, and the many pending lawsuits create more work than one person could accomplish alone, the Receiver requires assistance in performing various aspects of his mandate. He will task a partner (who possesses extensive receivership experience), as well as a younger associate attorney and a paralegal to assist as necessary, but at discounted billing rates lower than his own rate. Counsel will assist in any task as necessary, including locating, securing and evaluating Receivership Records and Receivership Properties; communicating with attorneys involved in litigation adverse to the Receivership Entities and evaluating resolution of those cases; communicating with lenders, banks, creditors, vendors, and property managers; obtaining information from witnesses or former employees; and drafting or responding to motions; tracking and summarizing information from and about investors; assisting with a claims process for investors, if appropriate; and communicating with investors concerning questions surrounding the claims process. Counsel's assistance is thus essential to performing the mandate, as well as more efficient and cost-effective than the Receiver trying to perform all tasks. All tasks performed by counsel will be reflected in billing statements submitted to the Court for approval with all other fees.

Brown Fox, PLLC has agreed to substantial discounts of its regularly contracted rates for its paralegal and associate's time, which together amount to a rate reduction of approximately 20%. These rates are far below standard market rates for such services. The proposed engagement agreement (the "Engagement Agreement") with Brown Fox, PLLC is included in the supporting appendix as **Exhibit A**.

Similarly, the Receiver seeks the Court's approval of Ahuja & Clark, PLLC to provide assistance with respect evaluating financial records necessary to administer a claims process,

prepare and file tax returns for the Entities, and related financial matters as required.  For this engagement, Ahuja & Clark has discounted its standard rate by between 10 and 20%.  The proposed engagement agreement (the "A & C Engagement Agreement") with Ahuja & Clark is included in the supporting appendix as **Exhibit B**.

Finally, the Receiver asks the Court to approve his retention of Veracity Forensics LLC ("Veracity") to assist with the various information technology and electronic discovery aspects of the receivership.  For this engagement, Veracity has discounted its standard rates by approximately 12%.  The proposed engagement agreement with Veracity the ("Veracity Engagement Agreement") is included in the supporting appendix as **Exhibit C**.

In light of the foregoing, the Receiver respectfully prays for approval of the Engagement Agreement, the A & C Engagement Agreement, and the Veracity Engagement Agreement, and requests such other and further relief to which he may be justly entitled.

Respectfully submitted,

**RECEIVER**

By:  */s/ Cortney C. Thomas*
　　Cortney C. Thomas
　　　Texas Bar No. 24075153
　　　cort@brownfoxlaw.com
　　Charlene C. Koonce
　　　State Bar No. 11672850
　　　charlene@brownfoxlaw.com
　　BROWN FOX PLLC
　　8111 Preston Road, Suite 300
　　Dallas, TX  75225
　　Tel. 214.327.5000
　　Fax. 214.327.5001

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on October 26, 2022, the Receiver conferred with counsel for all parties. The SEC and all Defendants indicated that they are unopposed to the relief requested.

*/s/ Cortney C. Thomas*
Cortney C. Thomas

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this Report is being filed with the Court's electronic-filing system.