**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, et al. | § § § | |
| *Defendants.* | § | |

**ORDER GRANTING RECEIVER'S UNOPPOSED MOTION FOR
APPROVAL OF ENGAGEMENT AGREEMENTS**

The Court, having considered the Receiver's Motion for Approval of Engagement Agreements, concludes the Motion should be and hereby is **GRANTED**. Accordingly, the Receiver's engagements of Brown Fox, PLLC, Ahuja & Clark, PLLC, and Veracity Forensics LLC, and the terms of each are **APPROVED.** Fees and expenses incurred by the engaged professionals shall be paid in accordance with the terms of the Order Appointing Receiver.

SO ORDERED this _____ day of _____, 2022.