

# Peckar & Abramson

**A Professional Corporation · Attorneys & Counselors at Law**

www.pecklaw.com

8080 N. Central Expressway
Suite 1600, LB 65
Dallas, TX 75206-1819
tel. 214.523.5100
fax 214.521.4601
ifullington@pecklaw.com

New York, NY
Los Angeles, CA
Oakland, CA
Washington, D.C.
Miami, FL
Chicago, IL
Boston, MA
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX

**International**
**Alliances**

Argentina
Brazil
Canada
Chile
Colombia
El Salvador
England
France
Germany
Guatemala
India
Mexico
Peru
Uruguay

October 24, 2022

Hon. Judge Brantley Starr
United States District Court Judge
United States District Court, Northern
District of Texas
1100 Commerce Street, Room 1528
Dallas, Texas 75242

*VIA FEDEX*
*7702 8715 6042*

Re:   *Securities and Exchange Commission v. Barton, et al.*, pending in the United States District Court for the Northern District of Texas, C.A. No.: 3:22-cv-2118-X

Dear Judge Starr:

We represent Moss & Associates, LLC and MFO Venus Development, LLC and write regarding Timothy Lynch Barton, a defendant before your Honor in the case referenced above.

As the Court is aware, the Securities and Exchange Commission (the **"Commission"**) has moved Your Honor for appointment of a receiver to administer the assets of Mr. Barton and related entities.

Our clients have interests in the appointment of any receiver as it concerns the assets of Mr. Barton and the entities related to him.

We request an opportunity to be heard by the Court on the Commission's Motion for Receiver.

Respectfully,

Thomas J. Curran
Ian E. Fullington

Enclosure(s)





# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

*SEC v. Barton*
*US v. Barton*
Page 2

---

cc:  Keefe M. Bernstein, Esq.
*United States Securities and Exchange Commission*

Khadabuksh K. Walji, Esq.
Richard B. Roper, Esq.
Edwin A. Huffman, Esq.
*Counsel for Mr. Barton*