# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | C.A. No. 3:22-cv-2118-X |
| TIMOTHY BARTON, et al. | § § § | |
| *Defendants*. | § | |

## ORDER GRANTING RECEIVER'S MOTION TO SUPPLEMENT ORDER APPOINTING RECEIVER

On this date, the Court considered the Receiver's Motion to Supplement Order Appointing Receiver, together with the Response and Reply, if any. The Court concludes the Motion should be and hereby is **GRANTED**.

On October 18, 2022, the Court entered the Order Appointing Receiver ("Receivership Order") pursuant to which the Court assumed exclusive possession and control, and appointed Cortney C. Thomas as Receiver, over the following entities:

- Defendant Carnegie Development, LLC;
- Defendant WALL007, LLC;
- Defendant WALL009, LLC;
- Defendant WALL010, LLC;
- Defendant WALL011, LLC;
- Defendant WALL012, LLC;
- Defendant WALL016, LLC;
- Defendant WALL017, LLC;
- Defendant WALL018, LLC;
- Defendant WALL019, LLC;
- Relief Defendant DJD Land Partners, LLC;
- Relief Defendant LDG001, LLC;
- BM318 LLC;
- D4DS LLC;
- D4FR LLC;

1

- D4KL LLC;
- Enoch Investments LLC;
- FHC Acquisition LLC;
- Goldmark Hospitality LLC;
- JMJ Acquisitions LLC;
- JMJ Development LLC;
- JMJAV LLC;
- JMR100 LLC;
- Lajolla Construction Management LLC;
- Mansions Apartment Homes at Marine Creek LLC;
- MO 2999TC, LLC;
- Orchard Farms Village LLC;
- Villita Towers LLC;
- 126 Villita LLC; and
- All other entities controlled, directly or indirectly, by Timothy Lynch Barton.

The Order Appointing Receiver is hereby supplemented, nunc pro tunc, to expressly identify as Receivership Entities the following:

1. AVEG WW, LLC (Delaware)
2. AVG West, LLC fka JMJ Acquisitions, LLC (Texas)
3. Barton Texas Water District, LLC
4. Barton Water District, LLC (Delaware)
5. BC Acquisitions, LLC (Delaware)
6. BEE2019, LLC
7. Broadview Holdings, LLC (Texas)
8. Broadview Holdings Trust
9. BSJ Trading, LLC
10. BUILD VIOLET, LLC
11. Carnegie Development, Inc.
12. D4AT, LLC
13. D4AVEG, LLC
14. D4BM, LLC
15. D4BR, LLC (Texas)
16. D4IN, LLC (Texas)
17. D4MC, LLC (Texas)
18. D4OP, LLC
19. D4OPM, LLC (Texas)
20. D4SMC, LLC
21. D4WP, LLC
22. Dallas Real Estate Investors, LLC

23. Dallas Real Estate Lenders, LLC (Delaware)
24. Dallas Real Estate Management, LLC
25. Five Star GM, LLC (Delaware)
26. Five Star MM, LLC (Delaware)
27. FIVE STAR MM, LLC (Texas)
28. Five Star TC, LLC (Delaware)
29. Gillespie Villas, LLC
30. Glenwood (18340) Property, LLC (Delaware)
31. HR Sterling, LLC
32. Illuminate Dallas, LLC (Texas)
33. JB Special Asset, LLC
34. JMJ Acquisitions Mgmt, LLC
35. JMJ Aviation, LLC (Texas)
36. JMJ BLUES TX, LLC
37. JMJ Centre, LLC
38. JMJ Development Brasil, LTDA
39. JMJ Development, Inc.
40. JMJ Development Fund
41. JMJ Development Fund, Inc.
42. JMJ EB5 Fund, LP (Delaware)
43. JMJ EB5 Fund GP, LLC (Delaware)
44. JMJ Holdings, LLC
45. JMJ Holdings US LLC
46. JMJ Holdings USA, Inc.
47. JMJ Home Building Inc (Nevada)
48. JMJ Hospitality, LLC
49. JMJ Hospitality General Trading FZE
50. JMJ Hospitality UAE
51. JMJ Investments Limited
52. JMJ Land Acquisition, Inc (Nevada)
53. JMJ Land Development, Inc (Nevada)
54. JMJ Land Venture, LLC
55. JMJ MF Development, LLC
56. JMJ Mezzanine, Inc (Nevada)
57. JMJ Multifamily, Inc (Nevada)
58. JMJ Offshore, LTD
59. JMJ Regional Center, LLC (Delaware)
60. JMJ Residential, LLC
61. JMJ Valley Center, LLC
62. JMJ VC Management, LLC
63. JMJ148, LLC (Texas)
64. JMJAV, LLC
65. JMJD4, LLC (Delaware)

66. JMJD4Allensville LLC
67. JMJDWG, LLC (Texas)
68. JMJKH, LLC
69. LC Aledo TX, LLC
70. Lynco Ventures, LLC
71. Lynn Investments, LLC
72. Lynco Ventures, LLC
73. Mansion Apartment Homes at Marine Creek, LLC
74. MCFW, LLC
75. MCRS2019, LLC (Texas)
76. Middlebury Trust (Texas)
77. MMCYN, LLC
78. MXBA, LLC
79. MXBA Managed, LLC
80. MXBA Services, LLC
81. Myra Park 635, LLC
82. Northstar 114, LLC (Delaware)
83. Northstar PM, LLC (Delaware)
84. One Agent, LLC (Delaware)
85. One Agent Texas, LLC (Texas)
86. ONE FHC, LLC (Texas)
87. One MFD4, LLC
88. One Pass Investments, LLC (Delaware)
89. One RL Trust
90. ONE SF Residential, LLC
91. Residential MF Assets, LLC (Delaware)
92. Ridgeview Addition, LLC (Texas)
93. Riverwalk Invesco, LLC (Delaware)
94. Riverwalk Opportunity Management, LLC (Delaware)
95. Riverwalk OZFM, LLC (Delaware)
96. Riverwalk OZFV, LLV (Delaware)
97. Riverwalk QOZBJ, LLC (Delaware)
98. Riverwalk QOZBM, LLC (Delaware)
99. Riverwalk QOZBV, LLC (Delaware)
100. Seagoville Farms, LLC
101. SF Rock Creek, LLC
102. SK Carnegie, LLC
103. STL Park, LLC (Delaware)
104. The MXBA Trust
105. The Timothy L. Barton Irrevocable Life Insurance Trust
106. Titan Investments, LLC
107. TLB 2018 Trust
108. TLB 2019 Trust

109.    TLB 2020 Trust
110.    TRTX Properties, LLC
111.    TRWF, LLC
112.    TRWF LODGE, LLC
113.    Venus59, LLC (Texas)
114.    VenusBK195, LLC (Texas)
115.    VenusPark201, LLC (Delaware)
116.    WRL2019, LLC (Texas)
117.    126 Villita Towers, LLC (Delaware)
118.    2999 Acquisitions, LLC (Delaware)
119.    2999 Middlebury, LLC (Delaware)
120.    2999 Roxbury, LLC (Delaware)
121.    2999TC Acquisitions, LLC fka 2999TC, LLC
122.    2999TC Acquisitions MZ, LLC fka MO 2999TC MZ, LLC
123.    2999TC Founders, LLC (Delaware)
124.    2999TC JMJ, LLC (Delaware)
125.    2999TC JMJ, LLC (Texas)
126.    2999TC JMJ CMGR, LLC (Delaware)
127.    2999TC JMJ Equity, LLC
128.    2999TC LP, LLC (Delaware)
129.    2999TC JMJ MGR, LLC (Delaware)
130.    2999TC MM, LLC
131.    2999TC MZ, LLC (Delaware)


**SO ORDERED**, this __ day of _____,  2022.


_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE