IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>v.<br><br>TIMOTHY BARTON,<br>CARNEGIE DEVELOPMENT, LLC,<br>WALL007, LLC,<br>WALL009, LLC,<br>WALL010, LLC,<br>WALL011, LLC,<br>WALL012, LLC,<br>WALL016, LLC,<br>WALL017, LLC,<br>WALL018, LLC,<br>WALL019, LLC,<br>HAOQIANG FU (A/K/A MICHAEL FU),<br>STEPHEN T. WALL,<br><br>        Defendants,<br><br>DJD LAND PARTNERS, LLC, and<br>LDG001, LLC<br><br>        Relief Defendants | CASE NO. 3:22-CV-2118-X |

**ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION
TO INTERVENE AND TO STAY PROCEEDINGS**

Pending before the Court is the Government's Unopposed Motion to Stay to Intervene and to Stay Proceedings (the "Motion"). After review of the Motion and the entirety of the record, the Court has determined that the unopposed Motion should be, and hereby is, **GRANTED**.

**Order Granting Government's Unopposed Motion to Intervene and to Stay Proceedings—Page 1**

Therefore, it is:

ORDERED that this proceeding is stayed until otherwise ordered by the Court;

IT IS FURTHER ORDERED that nothing in this Order shall preclude the Court-appointed Receiver, Cort Thomas, from performing the duties and obligations, and from exercising the powers and rights, set forth in the Court's October 18, 2022, Order Appointing Receiver (Dkt. 29).

SO ORDERED this _____ day of November, 2022.

_____
JUDGE BRANTLEY STARR
UNITED STATES DISTRICT COURT JUDGE

**Order Granting Government's Unopposed Motion to Intervene and to Stay Proceedings—Page 2**