## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, §<br>§<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>TIMOTHY BARTON, §<br>CARNEGIE DEVELOPMENT, LLC, §<br>WALL007, LLC, §<br>WALL009, LLC, §<br>WALL010, LLC, §<br>WALL011, LLC, §<br>WALL012, LLC, §<br>WALL016, LLC, §<br>WALL017, LLC, §<br>WALL018, LLC, §<br>WALL019, LLC, §<br>HAOQIANG FU (a/k/a MICHAEL FU), §<br>STEPHEN T. WALL, §<br>§<br>Defendants, §<br>§<br>DJD LAND PARTNERS, LLC, and §<br>LDG001, LLC, §<br>§<br>Relief Defendants. § | Civil Action No. 3:22-cv-2118-X |

## NONPARTY BANK OF AMERICA, N.A.'S CERTIFIED STATEMENT

Nonparty Bank of America, N.A. ("Bank of America") files this *Certified Statement* in compliance with paragraph 15(C) of the Court's *Order Appointing Receiver* (the "**Receivership Order**").

1. The following table sets forth the information responsive to paragraph 15(C) of the Receivership Order:

| Type of Account | Account Number (Last 4) | Account Title | Balance[1] |
|---|---|---|---|
| Credit Card | 4998 | JMJ DEVELOPMENT | Balance as of October 12, 2022: $8,117.76 |
| Credit Card | 0485 | MARTINE BARTON JMJ DEVELOPMENT | Balance as of January 12, 2008: $0.00 |
| Credit Card | 1617 | TIM BARTON JMJ DEVELOPMENT | Balance as of October 12, 2022: $8,117.76 |

Respectfully submitted,
**ADAMS AND REESE LLP**

By: /s/ Evan A. Moeller
   Evan A. Moeller
   State Bar No. 24051067
   evan.moeller@arlaw.com
   Joshua A. Lesser
   State Bar No. 24116663
   joshua.lesser@arlaw.com
   LyondellBasell Tower
   1221 McKinney St., Suite 4400
   Houston, Texas 77010
   Telephone: (713) 652-5151
   Facsimile: (713) 652-5152

**Attorneys for Bank of America, N.A.**

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record through the ECF system, and upon the Receiver and counsel for the SEC by electronic mail on this 7th day of November 2022.

/s/ Evan A. Moeller
Evan A. Moeller

---

[1] Bank of America provides the statement balance closest in time to service of the Receivership Order.

## CERTIFICATION

My name is Angela Dashnaw. I am an Officer and Operations Team Lead with Bank of America, N.A. I have read the *Certified Statement* to which this Certification is attached. The facts stated in it are within my personal knowledge and are true and correct.

Signed on this 7th Day of November 2022.

Angela Dashnaw
Digitally signed by Angela Dashnaw
Date: 2022.11.07 18:02:34 -05'00'

Angela Dashnaw

3