# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Securities and Exchange Commission
Plaintiff

v.

3:22-cv-2118-X
Civil Action No.

Timothy Barton, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

HNGH Turtle Creek, LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

HNGH Turtle Creek, LLC, a non-publicly-held entity, is managed by HN Capital Partners, LLC.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

HN Capital Partners, LLC; HNGH Turtle Creek, LLC; Kane Russell Coleman Logan PC; Kirkland & Ellis, LLP

| | |
|---|---|
| Date: | 11-11-2022 |
| Signature: | s/ Erin Nealy Cox |
| Print Name: | Erin Nealy Cox |
| Bar Number: | 00794357 |
| Address: | 4550 Travis Street |
| City, State, Zip: | Dallas, TX 75205 |
| Telephone: | 214-972-1847 |
| Fax: | 214-972-1771 |
| E-Mail: | erin.nealycox@kirkland.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.