IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § § | |
| CARNEGIE DEVELOPMENT, LLC | § | **[Proposed] Order Denying Motion** |
| WALL007, LLC | § | **to Supplement Order Appointing** |
| WALL009, LLC | § | **Receiver** |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § | |

**[PROPOSED] ORDER DENYING MOTION
TO SUPPLEMENT ORDER APPOINTING RECEIVER [ECF NO. 41]**

Pending before the Court are the Receiver's Motion to Supplement Order Appointing Receiver, [ECF No. 41] ("Motion"), filed on November 1, 2022, and Interested Party Maximilien Barton's Response in Opposition, filed on November 14, 2022.

Having reviewed the parties' filings and considered the arguments, the Court finds that the Motion should be and is hereby **DENIED.**

*SO ORDERED.*

-1-

-2-

SIGNED on _____, 2022.


_____

Hon. Brantley Starr