IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § | |
| CARNEGIE DEVELOPMENT, LLC | § | **Jury Trial Demanded** |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § | |

**DEFENDANT BARTON'S RESPONSE TO THE UNITED STATES OF AMERICA'S
MOTION TO INTERVENE AND STAY [ECF NO. 44]**

Defendant Timothy L. Barton appreciates the Court's understanding and submits this response to clarify his position on the United States of America's Motion to Intervene and Stay Proceedings. Defendant Barton does not oppose a limited stay of this matter, provided that the scope of the stay is properly defined to allow the Defendant to fully address the existence and actions of the Receiver, including through seeking reconsideration or appeal of this Court's order

- 1 -

imposing a receiver.  The Defendant does oppose entry of the Government's proposed order under its current terms.

Under the Government's proposed order, the only carve out from the stay of these proceedings was for the Receiver to "perform[] the duties and exercis[e] the powers set forth" in the Receivership Order notwithstanding the stay. ECF No. 44-1. The Court should clarify the order to permit any party or intervenor to challenge to actions or existence of the Receiver. Submitted herewith is a proposed order that would impose a limited stay of these proceedings, with an exception for the work of the receiver and for any party to raise any issues relating to the receiver.  These adjusted terms of the stay are necessary to preserve fundamental fairness and to avoid a situation where the Government is able to get only what it wants out of this civil proceeding prior to its parallel criminal prosecution and then freeze the victory against any challenge.

Outside of any issues affecting the need or justification for the receiver or challenges to his actions, the Defendant supports staying other deadlines or discovery in this matter. The Defendant would note that there was miscommunication between the parties as the United States' motion [ECF No. 44], in that his counsel Richard Roper, who indicated to the government counsel that the Defendant was not going to oppose to the motion, mistakenly thought that the government counsel was going to send a draft motion to him before filing. Counsel Roper, in turn, was planning to provide that a copy to his co-counsel to review.  The government filed the motion, did not send a copy to counsel before filing, and he was not able to provide a copy to his co-counsel for his review. Thus, the Defendant asked for additional time to respond.  The Defendant was not suggesting in his response that the government counsel was at fault.

For the foregoing reasons, Defendant Timothy L. Barton respectfully requests that the Court grant the United States of America's Motion [ECF No. 44], but expressly permit any dispute germane to the receivership's operation or existence to proceed unabated, as reflected in the proposed order submitted with this response.

Dated: November 14, 2022

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 *(Admitted to NDTX)*
medney@huntonak.com
Sean B. O'Connell
State Bar No. 24103142 *(application for admission forthcoming)*
soconnell@huntonak.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 (*admitted pro hac vice*)
mdingman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

Ted A. Huffman
State Bar No. 24089015
thuffman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

– and –

Richard Roper
State Bar No. 17233700
richard.roper@hklaw.com
Javan Porter
State Bar No. 24116912
javan.porter@hklaw.com
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1345
Facsimile: (214) 999-9252

**COUNSEL FOR TIMOTHY LYNCH BARTON**

## CERTIFICATE OF SERVICE

On November 14, 2022 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*
Michael J. Edney

- 4 -