**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **No. 3:22-CV-2118-X** |
| **TIMOTHY LYNCH BARTON** | § | |
| **CARNEGIE DEVELOPMENT, LLC** | § | **Jury Trial Demanded** |
| **WALL007, LLC** | § | |
| **WALL009, LLC** | § | |
| **WALL010, LLC** | § | |
| **WALL011, LLC** | § | |
| **WALL012, LLC** | § | |
| **WALL016, LLC** | § | |
| **WALL017, LLC** | § | |
| **WALL018, LLC** | § | |
| **WALL019, LLC** | § | |
| **HAOQIANG FU (a/k/a MICHAEL FU)** | § | |
| **STEPHEN T. WALL** | § § | |
| *Defendants,* | § § | |
| **DJD LAND PARTNERS, LLC** | § | |
| **LDG001, LLC** | § § | |
| *Relief Defendants.* | § | |

## ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO INTERVENE AND TO STAY PROCEEDINGS

Pending before the Court is the Government's Unopposed Motion to Stay to Intervene and to Stay Proceedings (the "Motion"). After review of the Motion and the entirety of the record, the Court has determined that the unopposed Motion should be, and hereby is, **GRANTED**.

Therefore, it is:

ORDERED that all case deadlines and discovery in these proceedings are stayed until otherwise ordered by the Court;

IT IS FURTHER ORDERED that nothing in this Order shall preclude the Court-appointed Receiver, Cort Thomas, from performing the duties and obligations, and from exercising the powers and rights, set forth in the Court's October 18, 2022, Order Appointing Receiver (Dkt. 29).

IT IS FURTHER ORDERED that nothing in this Order shall preclude the parties from moving for relief from or contesting any issue related to the Court-appointed Receiver, including whether the Receiver should have been appointed in the first instance or there is a continuing need for the Receiver or whether there are sufficient allegations or evidence for the SEC to invoke its ancillary authorities to have sought or to maintain the Receiver's activities in this case.  For avoidance of doubt, the matters mentioned in this paragraph are explicitly excepted from any stay of these proceedings.

SO ORDERED this _____ day of November, 2022.

JUDGE BRANTLEY STARR
UNITED STATES DISTRICT COURT JUDGE