# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § | |
| CARNEGIE DEVELOPMENT, LLC | § | **Jury Trial Demanded** |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § | |

**APPENDIX IN SUPPORT OF DEFENDANT TIMOTHY BARTON'S RESPONSE TO MOTION TO SUPPLEMENT ORDER APPOINTING RECEIVER [ECF NO. 41]**

Defendant Timothy L. Barton files this Appendix in Support of his Response to Receiver's Motion to Supplement Order Appointing Receiver [ECF No. 41]. The Appendix has been consecutively paginated App. 001 –App. 043 as follows:

| APPENDIX PAGE | DOCUMENT |
|---|---|
| App. 004 –043 | Appraisal of Real Property, 4107 Rock Creek Drive |

RESPONSE APPENDIX – Page 1

App. 001

Dated: November 14, 2022

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 *(Admitted to NDTX)*
medney@huntonak.com
Sean B. O'Connell
State Bar No. 24103142 *(application for admission forthcoming)*
soconnell@huntonak.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 (*admitted pro hac vice)*
mdingman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

Ted A. Huffman
State Bar No. 24089015
thuffman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

– and –

Richard Roper
State Bar No. 17233700
richard.roper@hklaw.com
Javan Porter
State Bar No. 24116912
javan.porter@hklaw.com
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1345
Facsimile: (214) 999-9252

**COUNSEL FOR TIMOTHY LYNCH BARTON**

**RESPONSE APPENDIX – Page 2**

**App. 002**

## CERTIFICATE OF SERVICE

On November 14, 2022 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*
Michael J. Edney

Main File No. G22120

## APPRAISAL OF REAL PROPERTY

### LOCATED AT:

4107 Rock Creek Dr
Turtle Creek Park Rev Lot 32 Rock Creek Dr
Dallas, TX 75204

### FOR:

REDACTED

### AS OF:

06/01/2022

### BY:

Kristi D Garvin
Garvin Appraisals, LLC
10440 N. Central Expy, Suite 800
Dallas, TX 75231
Kristi@kdgarvin.com

App. 004

Garvin Appraisals, LLC

Main File No. G22120 | Page # 1 of 39

# Uniform Residential Appraisal Report

File # G22120

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | |
|---|---|
| Property Address 4107 Rock Creek Dr | City Dallas — State TX — Zip Code 75204 |
| Borrower Timothy Barton | Owner of Public Record Timothy L Barton — County Dallas |
| Legal Description Turtle Creek Park Rev Lot 32 Rock Creek Dr | |
| Assessor's Parcel # 00-00019-571-800-0000 | Tax Year 2022 — R.E. Taxes $ 25,078 |
| Neighborhood Name Turtle Creek Park Rev | Map Reference 00-0001-9571 — Census Tract 0006.06 |

Occupant ☐ Owner ☒ Tenant ☐ Vacant — Special Assessments $ 0 — ☐ PUD — HOA $ 0 — ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☒ Refinance Transaction ☐ Other (describe)

Lender/Client **REDACTED** — Address **REDACTED**

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). NTREIS.

## CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ — Date of Contract — Is the property seller the owner of public record? ☐ Yes ☐ No — Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One–Unit Housing Trends | | | | One–Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban | ☐ Suburban | ☐ Rural | Property Values ☐ Increasing | ☒ Stable | ☐ Declining | PRICE | AGE | One-Unit | 60 % |
| Built-Up ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | Demand/Supply ☐ Shortage | ☒ In Balance | ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | 5 % |
| Growth ☐ Rapid | ☒ Stable | ☐ Slow | Marketing Time ☒ Under 3 mths | ☐ 3-6 mths | ☐ Over 6 mths | 320 Low | 0 | Multi-Family | 10 % |
| | | | | | | 6,500 High | 105 | Commercial | 20 % |
| | | | | | | 1,700 Pred. | 23 | Other | 5 % |

Neighborhood Boundaries  Neighborhood is bound by the Dallas North Tollway to the east, Central Expressway to the west, Dallas/Highland Park border to the north, and Woodall Rogers to the south.

Neighborhood Description  The area contains a mixture of residential, multi-family, condominiums, townhomes, and commercial development. The area is situated approximately 2 to 3 miles north of the downtown dallas Central Business District. The commercial properties are considered supportive of the residential and are not considered to have any significant adverse impact on marketability of the residential properties.

Market Conditions (including support for the above conclusions)
**SEE ATTACHED ADDENDUM: MARKET CONDITIONS**

## SITE

| | |
|---|---|
| Dimensions Subject to Current Survey | Area 8986 sf — Shape Generally Rectangular — View A;Res;Bks Thru St |
| Specific Zoning Classification Z239 | Zoning Description Planned Development |

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off–site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street Asphalt | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☒ | ☐ | Alley None | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No — FEMA Flood Zone X — FEMA Map # 48113C0335K — FEMA Map Date 07/07/2014

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe
**SEE ADDENDUM: SITE**

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description materials/condition | | Interior materials/condition | |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☒ Crawl Space | | Foundation Walls Concrete/Good | | Floors HWF/Tile/Gd | |
| # of Stories 2 | | ☐ Full Basement ☒ Partial Basement | | Exterior Walls Stucco/Good | | Walls Paint/Good | |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area 592 sq.ft. | | Roof Surface Comp/Good | | Trim/Finish Wood/Good | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 100 % | | Gutters & Downspouts Metal/Good | | Bath Floor Tile/Stone/Good | |
| Design (Style) Contemp | | ☒ Outside Entry/Exit ☐ Sump Pump | | Window Type Vinyl/Good | | Bath Wainscot Tile/Paint/Good | |
| Year Built 1971 | | Evidence of ☐ Infestation | | Storm Sash/Insulated Low E/Good | | Car Storage ☐ None | |
| Effective Age (Yrs) 10 | | ☐ Dampness ☐ Settlement | | Screens Partial/Good | | ☒ Driveway # of Cars 2 | |
| Attic ☒ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities ☐ Woodstove(s) # 0 | | Driveway Surface Conc | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel Gas | | ☒ Fireplace(s) # 1 ☒ Fence Mixed | | ☐ Garage # of Cars 0 | |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck Conc ☒ Porch Conc | | ☒ Carport # of Cars 2 | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool None ☐ Other None | | ☐ Att. ☒ Det. ☐ Built-in | |

Appliances ☐ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains: 7 Rooms — 4 Bedrooms — 4.1 Bath(s) — 3,492 Square Feet of Gross Living Area Above Grade

**App. 005**

| | Main File No. G22120 | Page # 2 of 39 |

# Uniform Residential Appraisal Report

File # G22120

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| There are | 4 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 1,850,000 | | | | | to $ 2,700,000 | |
| There are | 26 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 1,500,000 | | | | | to $ 2,700,000 | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address 4107 Rock Creek Dr | | 15 Turtle Creek Bnd | | 3719 Cragmont Ave | | 3518 Springbrook St | |
| Dallas, TX 75204 | | Dallas, TX 75204 | | Dallas, TX 75205 | | Dallas, TX 75205 | |
| Proximity to Subject | | 0.10 miles NW | | 0.32 miles N | | 0.12 miles NE | |
| Sale Price | $ | | $ 2,400,000 | | $ 2,700,000 | | $ 1,615,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 615.38 sq.ft. | | $ 976.14 sq.ft. | | $ 533.53 sq.ft. | |
| Data Source(s) | | NTREIS#14760216;DOM 2 | | NTREIS#14764150;DOM 32 | | NTREIS#14666731;DOM 3 | |
| Verification Source(s) | | Compass RE Texas, LLC/Tax | | Doc#111424 | | Compass Re Texas, Llc./ Tax | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Cash;0 | | Conv;0 | | Cash;0 | |
| Date of Sale/Time | | s03/22;c02/22 | | s04/22;c03/22 | | s10/21;c09/21 | +145,350 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 8986 sf | 4558 sf | +243,540 | 8799 sf | 0 | 8250 sf | 0 |
| View | A;Res;Bks Thru St | B;Res;Creek | -75,000 | N;Res; | -25,000 | N;Res; | -25,000 |
| Design (Style) | DT2;Contemp | DT2;English | 0 | DT1;Contemp | 0 | DT2;Tudor | 0 |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 51 | 40 | 0 | 66 | 0 | 93 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | +10,000 | Total / Bdrms. / Baths | +10,000 | Total / Bdrms. / Baths | +10,000 |
| Room Count | 7 / 4 / 4.1 | 7 / 3 / 3.1 | +10,000 | 9 / 3 / 3.1 | +10,000 | 8 / 3 / 2.1 | +20,000 |
| Gross Living Area | 3,492 sq.ft. | 3,900 sq.ft. | -51,000 | 2,766 sq.ft. | +90,750 | 3,027 sq.ft. | +58,125 |
| Basement & Finished | 592sf592sfwo | 0sf | +44,400 | 0sf | +44,400 | 576sf576sfin | +1,200 |
| Rooms Below Grade | 1rr0br0.0ba1o | | 0 | | 0 | 1rr0br1.0ba0o | -10,000 |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Indiv.Units | Central H/AC | 0 | Central H/AC | 0 | Central H/AC | 0 |
| Energy Efficient Items | Windows | Windows | | Windows | | Windows | |
| Garage/Carport | 2cp2dw | 2ga2dw | -10,000 | 1ga1dw | 0 | 1gd1cp1dw | -5,000 |
| Porch/Patio/Deck | Porch/Pat/Balc | Porch/Pat/Balc | | Porch/Patio | 0 | Deck/Balc | 0 |
| Fireplace | None | 2 Fireplaces | -5,000 | 2 Fireplaces | -5,000 | 1 Fireplace | -2,500 |
| Pool/Cabana/Etc | None | Pool | -35,000 | Pool | -35,000 | Pool | -35,000 |
| Quarters | None | None | | Quarters | -50,000 | Quarters | -50,000 |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 131,940 | ☒ + ☐ - | $ 40,150 | ☒ + ☐ - | $ 107,175 |
| Adjusted Sale Price | | Net Adj. 5.5 % | | Net Adj. 1.5 % | | Net Adj. 6.6 % | |
| of Comparables | | Gross Adj. 20.2 % | $ 2,531,940 | Gross Adj. 10.0 % | $ 2,740,150 | Gross Adj. 22.4 % | $ 1,722,175 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) NTREIS/DCAD
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) NTREIS/DCAD
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 07/27/2021 | | | |
| Price of Prior Sale/Transfer | $0 | | | |
| Data Source(s) | CoreLogic | CoreLogic | CoreLogic | NTREIS/Tax Records |
| Effective Date of Data Source(s) | 06/01/2022 | 06/01/2022 | 06/01/2022 | 12/17/2021 |

Analysis of prior sale or transfer history of the subject property and comparable sales    Tax records indicate deed transfers of the subject on 8/27/2020 and 7/27/2021 for unknown amounts. There were also nominal deed transfers on 8/09/19 and 7/11/19. Per NTREIS and tax records, there were no other sales or transfers found of the subject in the 36 months prior to appraisal. Per NTREIS and tax records, no sales or transfers of comparables #1 - #3 were found in the 12 months prior to sale used in this analysis. Texas is a non disclosure state.

Summary of Sales Comparison Approach

**SEE COMPARABLES #4 THRU #5 AND MARKET DATA COMMENTS**

**App. 006**

## Uniform Residential Appraisal Report        File # G22120

**FIRREA Certification Statement:**

The appraiser certifies and agrees that this appraisal was prepared in accordance with the requirements of Title XI of the Financial Institutions, Reform, Recovery, and Enforcement Act (FIRREA) of 1989, as amended (12 U.S.C. 3331 et seq.), and any applicable implementing regulations in effect at the time the appraiser signs the appraisal certification.

**ADDITIONAL COMMENTS**

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

1) 3610 N Fitzhugh (7,500 sf lot) sold on 06/26/2020 for $675,000 ($90.00/sf; NTREIS #14275349) 2) 3612 N Fitzhugh (7,500 sf lot) sold on 06/26/2020 for $675,000 ($90.00/sf; NTREIS #14275377); 3) 4000 Stonebridge (13,155 sf lot) sold on 05/26/2020 for $950,000 ($72.22/sf; NTREIS #14319815 (In subject's development/Backs to Katy Trail); 4) 4115 Gilbert Ave (8,015 sf) sold on 01/31/2022 for $879,000 ($109.67/sf; NTREIS #14693434

| COST APPROACH | | | | |
|---|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 945,000 |
| Source of cost data   Marshall and Swift | DWELLING   3,492 Sq.Ft. @ $   275.00 | | =$ | 960,300 |
| Quality rating from cost service  Excellnt   Effective date of cost data  2022 | Basement   592 Sq.Ft. @ $   275.00 | | =$ | 162,800 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Flatwork | | =$ | 125,000 |
| Replacement costs used in the Cost Approach were obtained from Marshall | Garage/Carport   419 Sq.Ft. @ $   75.00 | | =$ | 31,425 |
| & Swift and were adjusted for the subject's finish out and features.  High land | Total Estimate of Cost-New | | =$ | 1,279,525 |
| to value ratios are commonplace in close-in neighborhoods such as the | Less   Physical   Functional   External | | | |
| subject's. A change in land use is not occurring or anticipated.  Physical | Depreciation   213,297   100,000 | | =$( | 313,297) |
| depreciation was less than typical and was calculated via an age/life method. | Depreciated Cost of Improvements | | =$ | 966,228 |
| .Functional obsolescence was charged for the difference in cost and market | "As-is" Value of Site Improvements | | =$ | 150,000 |
| value of the subject's basement improvements | | | | |
| Estimated Remaining Economic Life (HUD and VA only)   50 Years | INDICATED VALUE BY COST APPROACH | | =$ | 2,061,228 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | | |
|---|---|---|---|
| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
| Summary of Income Approach (including support for market rent and GRM)   The Income Approach was not considered as homes in the area are not typically purchased for rental properties. | | | |

**PROJECT INFORMATION FOR PUDs (if applicable)**

**App. 007**

# Uniform Residential Appraisal Report    File # G22120

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:  The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or

**App. 008**

## Uniform Residential Appraisal Report    File # G22120

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not

App. 009

## Uniform Residential Appraisal Report    File # G22120

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:   The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Kristi D Garvin | Name |
| Company Name   Garvin Appraisals, LLC | Company Name |
| Company Address   10440 N. Central Expy, Suite 800 Dallas, TX 75231 | Company Address |
| Telephone Number   214-455-3255 | Telephone Number |
| Email Address   kristi@kdgarvin.com | Email Address |
| Date of Signature and Report   06/10/2022 | Date of Signature |
| Effective Date of Appraisal   06/01/2022 | State Certification # |
| State Certification #   1360085 | or State License # |
| or State License # | State |
| or Other (describe)                State # | Expiration Date of Certification or License |
| State   TX | |
| Expiration Date of Certification or License   12/31/2023 | SUBJECT PROPERTY |

**App. 010**

Main File No. G22120 | Page # 7 of 39

# Uniform Residential Appraisal Report
File # G22120

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 4107 Rock Creek Dr | 3629 Overbrook Dr | | 2515 Thomas Ave | | | |
| | Dallas, TX 75204 | Dallas, TX 75205 | | Dallas, TX 75201 | | | |
| Proximity to Subject | | 0.25 miles NE | | 1.63 miles S | | | |
| Sale Price | $ | | $ 1,950,000 | | $ 2,150,000 | | $ |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 440.88 sq.ft. | | $ 726.84 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | NTREIS#14580579;DOM 22 | | NTREIS#14590026;DOM 134 | | | |
| Verification Source(s) | | Allie Beth Allman & Assoc./ Tax | | Doc#326243 | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | | |
| Concessions | | Cash;0 | | Cash;0 | | | |
| Date of Sale/Time | | s07/21;c06/21 | +263,250 | s10/21;c10/21 | +161,250 | | |
| Location | N;Res; | N;Res; | | N;Res; | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 8986 sf | 10986 sf | -110,000 | 7501 sf | +81,675 | | |
| View | A;Res;Bks Thru St | N;Res; | -25,000 | A;Res;Fmts ThruSt | +25,000 | | |
| Design (Style) | DT2;Contemp | DT2;Craftsman | 0 | DT2;Colonial | 0 | | |
| Quality of Construction | Q3 | Q3 | | Q3 | | | |
| Actual Age | 51 | 90 | 0 | 91 | 0 | | |
| Condition | C3 | C3 | | C3 | | | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | +10,000 | Total | Bdrms. | Baths | |
| Room Count | 7 | 4 | 4.1 | 11 | 4 | 3.0 | +15,000 | 8 | 3 | 3.0 | +15,000 | | | | |
| Gross Living Area | 3,492 sq.ft. | 4,423 sq.ft. | -116,375 | 2,958 sq.ft. | +66,750 | sq.ft. | |
| Basement & Finished | 592sf592sfwo | 0sf | +44,400 | 0sf | +44,400 | | |
| Rooms Below Grade | 1rr0br0.0ba1o | | 0 | | 0 | | |
| Functional Utility | Good | Good | | Good | | | |
| Heating/Cooling | Indiv.Units | Central H/AC | 0 | Central H/AC | 0 | | |
| Energy Efficient Items | Windows | Windows | | Windows | | | |
| Garage/Carport | 2cp2dw | 2cp2dw | | 1dw | +10,000 | | |
| Porch/Patio/Deck | Porch/Pat/Balc | Patio/Balc | 0 | Porch/Deck/Bal | 0 | | |
| Fireplace | None | 2 Fireplaces | -5,000 | 1 Fireplace | -2,500 | | |
| Pool/Cabana/Etc | None | None | | Pool | -35,000 | | |
| Quarters | None | None | | None | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 66,275 | ☒ + ☐ - | $ 376,575 | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 3.4 % | | Net Adj. 17.5 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 29.7 % $ 2,016,275 | | Gross Adj. 21.0 % $ 2,526,575 | | Gross Adj. % $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 07/27/2021 | | | |
| Price of Prior Sale/Transfer | $0 | | | |
| Data Source(s) | CoreLogic | NTREIS/Tax Records | CoreLogic | |
| Effective Date of Data Source(s) | 06/01/2022 | 12/17/2021 | 06/01/2022 | |

Analysis of prior sale or transfer history of the subject property and comparable sales    Per NTREIS and tax records, there were no transfers or sales found of comparables #4-#5 in the 12 months prior to sale used in the analysis. Texas is a non-disclosure state.

Analysis/Comments

**SEE ATTACHED ADDENDUM: MARKET DATA COMMENTS**

**App. 011**

File No.   G22120

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

## Condition Ratings and Definitions

### C1

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

### C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

### C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

### C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

### C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

### C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

Quality Ratings and Definitions

**App. 012**

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

### Quality Ratings and Definitions (continued)

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

### Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

**App. 013**

Main File No. G22120 | Page # 10 of 39

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |

**App. 014**

Main File No. G22120 | Page # 11 of 39

## Supplemental Addendum

File No. G22120

| Borrower | Timothy Barton | | | | |
|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | |
| City | Dallas | County Dallas | State TX | Zip Code 75204 | |
| Lender/Client | Athas Capital Group | | | | |

## USPAP COMPLIANCE

This appraisal form indicates it is a summary appraisal report. It has not been updated by FNMA to conform with the current USPAP. The current USPAP no longer indicates the three types of appraisals known as Self Contained, Summary, and Restricted Use and replaced them with "Appraisal Report" and "Restricted Appraisal Report". This product is an "Appraisal Report."

## PRESENT LAND USE

The "Other" refers to greenbelts, parks, schools and religious facilities. Other land use does not have a negative impact on marketability.

## PREDOMINANT VALUE

The subject is among the larger more expensive homes in the subject's area although there are other similar size homes in the development. It is the opinion of the appraiser that the subject is not an over improvement or super adequacy and that the subject's larger size will not adversely affect the marketability of the subject at the appraised value.

## HIGHEST AND BEST USE

The subject as improved is a legally permissible use based on current zoning. Also, the lot size, shape and physical condition and land to building ratio allow the present structure and indicate a good utilization of the improvements. The present use and structure as a single family residence is its financially feasible and maximally productive use.

## SITE DESCRIPTION

No apparent adverse easements or encroachments were observed. A survey is required to determine the actual presence and exact location of any easements. The site fronts and sides to residential properties and backs to Avondale, a neighborhood thru street which carries heavy traffic at times. The site slopes down to the road, with retaining walls. These influences have been considered in the analysis and reflected in the valuation.

## SQUARE FOOTAGE OF TAX RECORDS

The square footage of the subject was obtained from the appraiser measuring the subject's existing improvements. The measure square footage of the improvements almost never exactly matches the square footage in the tax records. Please note, measurements were calculated using ANSI standards.

ANSI guideline: *For detached single-family houses, the finished square footage of each level is the sum of finished areas on that level measured at floor level to the exterior finished surface of the outside walls.*

*The above-grade finished square footage of a house is the sum of finished areas on levels that are entirely above grade. The below-grade finished square footage of a house is the sum of finished areas on levels that are wholly or partly below grade.*

**App. 015**

| Main File No. G22120 | | Page # 12 of 39 |
|---|---|---|

### Supplemental Addendum

File No. G22120

| Borrower | Timothy Barton | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | | | |
| City | Dallas | | County | Dallas | State | TX | Zip Code 75204 |
| Lender/Client | REDACTED | | | | | | |

data was obtained from the Multiple Listing Service data base and verified though the Listing or Selling Real Estate agent. Parameters for the comparable search included date of sale, proximity to the subject, property type, lot size, age, condition of the improvements, quality of construction, gross living area, bedroom and bath count, parking facilities, and pool and spa improvements. No value parameters are included in the initial search which is designed to let the market determine the market value and not the pre-conceived value of the appraiser.

Search parameters were expanded beyond one mile to locate sales of similar age homes and similar gross living area. Search parameters were expanded beyond one year to locate homes in subject's more immediate area. Once the initial research was completed the appraiser picked out the most similar comparables that were the most recent and were the closest in proximity to the subject. Some of the comparables were chosen to comply with appraisal guidelines for bracketing, location proximity, percentage limitations in line items adjustments as well as net and gross adjustments and other requirements. The appraiser selected the best comparables available, depending on lender's guidelines for the subject's price range and area. Those sales not chosen were considered inferior to the subject's condition and in some cases superior to the subject in terms of quality of construction.

### MARKET DATA COMMENTS

All comparables are closed sales from the subject's market area and are considered reliable indicators of current market value. Comparables were adjusted for site/view influences and to reflect variations in gross living area, finished basement area, bath count, fireplace count, parking facilities, pool and other exterior improvements.

The market has been trending upward over the past year, with the Case Shiller Index posting appreciation rates in the 12-36% range. Per NTREIS/CoreLogic date, the subject's market area has seen increases of approximately 18% per year, or 1.5% per month. Time adjustments were made to Comparables #3, #4, and #5. The sales were adjusted 1% per month from the date of contract up to March 2022, when the market appears to have stabilized.

The site/ view adjustments were based on lot size, view amenity, number of trees, site utility, general layout, and location. The actual dollar amount used in the site/ view adjustments allows for the difference between the subject's lot and those of comparable sales. Adjustments for site size were calculated at $55.00 per square foot. No adjustments were made for differences of less than 1,000 square feet. The subject backs to a thru street. Comparable #5 fronts to a thru street. Subject's thru street influence partially offset the thru street influence of Comparables #5. Comparables #1, #2, #3, and #4 were adjusted for the subject's thru street influence. Comparable #1 was further adjusted for its creek views

Gross living area adjustments were made based on an adjustment figure of $125.00 per square foot variance. This figure represents approximately 45% of the estimated replacement cost new and is based on current market trends in the subject's area.

Adjustments for subject's finished basement improvements were calculated at $ 75.00 per square foot.

Comparable #5 is located slightly over one mile away but was included for its similar gross living

**App. 016**

Main File No. G22120    Page # 13 of 39

## Supplemental Addendum

File No. G22120

| Borrower | Timothy Barton | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | | |
| City | Dallas | County | Dallas | State | TX | Zip Code 75204 |
| Lender/Client | REDACTED | | | | | |

views, gross living area, pool improvements, and basement improvements. The appraiser is cognizant of the fact that the required adjustments and value spread do not conform to standard appraisal guidelines. Ideally, it would have been preferred to have used comparable sales which were more similar to the subject; however, this is not always possible as was the case with this report. It is the opinion of the appraiser that those sales used represent the best comparable sales data available at the time of our market research. It is further noted that the use of these sales should not affect the integrity of the market analysis or the accuracy of the estimated value.

All sales were considered in arriving at the final estimate of value. Comparables #1 - #2 were given the most weight for their most recent sale dates and proximity to the subject. Comparable #3 was given the next most weight for its proximity to the subject and similar basement improvements. Comparable #4 was given the next most weight for its same bedroom count and parking facilities, as well as proximity. Comparable #5 was given the least weight, as it is located farther away, but was included to bracket the subject for site/view influence.

## APPRAISER INDEPENDENCE

This appraiser completed this assignment with no influence on value (written or verbal) from any party connected with this assignment as referenced in the signed certification located on page 5 of the URAR (Items 16 and 18) and in compliance with Appraiser Independence Requirements (AIR) effective April 1, 2011.

## INTENDED USER

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and the Definition of Market Value. No additional Intended Users are identified by the appraiser.

## UTILITIES

Adequate electricity/utilities available and appear to be in service. Appraiser is not a home inspector.

**App. 017**

Main File No. G22120 | Page # 14 of 39

# USPAP ADDENDUM

File No. G22120

| Borrower | Timothy Barton | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | | |
| City | Dallas | County | Dallas | State TX | Zip Code | 75204 |
| Lender | REDACTED | | | | | |

**This report was prepared under the following USPAP reporting option:**

☒ Appraisal Report        This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report        This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:     Up to three months.

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

**PRIOR SERVICES**

I have performed services as an appraiser on the subject property on 12/08/2021. I have performed no other services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three year period immediately preceding acceptance of this agreement.

**App. 018**

| Main File No. G22120 | Page # 15 of 39 |
|---|---|

# Appraiser Independence Certification

I do hereby certify, I have followed the appraiser independence safeguards in compliance with Appraisal Independence and any applicable state laws I may be required to comply with.  This includes but is not limited to the following:
- I am currently licensed and/or certified by the state in which the property to be appraised is located  My license is the appropriate license for the appraisal assignment(s) and is reflected on the appraisal report.
- I certify that there have been no sanctions against me for any reason that would impair my ability to perform appraisals pursuant to the required guidelines.

I assert that no employee, director, officer, or agent of _____ REDACTED _____, or any other third party acting as joint venture partner, independent contractor, appraisal management company, or partner on behalf of _____ REDACTED _____, influenced, or attempted to influence the development, reporting, result, or review of my appraisal through coercion, extortion, collusion, compensation, inducement, intimidation, bribery, or in any other manner.

I further assert that _____ REDACTED _____ has never participated in any of the following prohibited behavior in our business relationship:

1) Withholding or threatening to withhold timely payment or partial payment for an appraisal report;

2) Withholding or threatening to withhold future business with me, or demoting or terminating or threatening to demote or terminate me;

3) Expressly or impliedly promising future business, promotions, or increased compensation for myself;

4) Conditioning the ordering of my appraisal report or the payment of my appraisal fee or salary or bonus on the opinion, conclusion, or valuation to be reached, or on a preliminary value estimate requested from me;

5) Requesting that I provide an estimated, predetermined, or desired valuation in an appraisal report prior to the completion of the appraisal report, or requesting that I provide estimated values or comparable sales at any time prior to my completion of an appraisal report;

6) Provided me an anticipated, estimated, encouraged, or desired value for a subject property or a proposed or target amount to be loaned to the borrower, except that a copy of the sales contract for purchase transactions may be provided;

7) Provided to me, or my appraisal company, or any entity or person related to me as appraiser, appraisal company, stock or other financial or non-financial benefits;

8) Any other act or practice that impairs or attempts to impair my independence, objectivity, or impartiality or violates law or regulation, including, but not limited to, the Truth in Lending Act (TILA) and Regulation Z, or the USPAP.

APPRAISER:

Signature

06/10/2022

Date

Kristi D Garvin

SUPERVISORY or CO-APPRAISER:

Signature

Date

**App. 019**

# Market Conditions Addendum to the Appraisal Report

File No. G22120

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address  4107 Rock Creek Dr     City Dallas     State TX   ZIP Code 75204

Borrower  Timothy Barton

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 12 | 5 | 9 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 2 | 1.67 | 3 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 4 | 3 | 4 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 2 | 1.8 | 1.33 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $1,800,000 | $1,590,000 | $1,825,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 25 | 32 | 12 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | $1,637,500 | $2,200,000 | $2,184,500 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 45 | 19 | 46 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 97.42 | 99.21 | 101.45 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☐ Yes | ☒ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    The data used in the grid above does not indicate there were any concessions associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some transactions that do include concessions, but have not been reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Are foreclosure sales (REO sales) a factor in the market?  ☐ Yes  ☒ No    If yes, explain (including the trends in listings and sales of foreclosed properties).
The data used in the grid above does not indicate there were any REO/Short sales or other distressed properties associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some distressed sales that were not reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Cite data sources for above information.    NTREIS was the data source used to complete the Market Conditions Addendum.  6/1/2022

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

If the subject is a unit in a condominium or cooperative project , complete the following:     Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?  ☐ Yes  ☐ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

**App. 020**

## Building Sketch

| Borrower | Timothy Barton | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | | |
| City | Dallas | County Dallas | | State TX | Zip Code 75204 | |
| Lender/Client | REDACTED | | | | | |



**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 2093 Sq ft | 10 × 6.5 = | 65 |

TOTAL Sketch by a la mode, Inc.

**App. 021**

Main File No. G22120 | Page # 18 of 39

## Subject Photo Page

| Borrower | Timothy Barton | | | | |
|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | |
| City | Dallas | County | Dallas | State TX | Zip Code 75204 |
| Lender/Client | REDACTED | | | | |



### Subject Front

4107 Rock Creek Dr
Sales Price
G.L.A.          3,492
Tot. Rooms      7
Tot. Bedrms.    4
Tot. Bathrms.   4.1
Location        N;Res;
View            A;Res;Bks Thru St
Site            8986 sf
Quality         Q3
Age             51



### Subject Rear



### Subject Street

App. 022

| Main File No. G22120 | Page # 19 of 39 |
|---|---|

## Subject Photo Page

| Borrower | Timothy Barton | | | | |
|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | |
| City | Dallas | County Dallas | State TX | Zip Code | 75204 |
| Lender/Client | REDACTED | | | | |



### Subject Side

| | |
|---|---|
| 4107 Rock Creek Dr | |
| Sales Price | |
| G.L.A. | 3,492 |
| Tot. Rooms | 7 |
| Tot. Bedrms. | 4 |
| Tot. Bathrms. | 4.1 |
| Location | N;Res; |
| View | A;Res;Bks Thru St |
| Site | 8986 sf |
| Quality | Q3 |
| Age | 51 |



### Subject Side



### Subject Street

App. 023

## Subject Photo Page

| Borrower | Timothy Barton | | | | |
|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | |
| City | Dallas | County Dallas | | State TX | Zip Code 75204 |
| Lender/Client | REDACTED | | | | |



**Courtyard**

4107 Rock Creek Dr
Sales Price
G.L.A.            3,492
Tot. Rooms     7
Tot. Bedrms.   4
Tot. Bathrms.  4.1
Location         N;Res;
View              A;Res;Bks Thru St
Site                8986 sf
Quality           Q3
Age                51



**Backs Thru St**



**Backs Thru St**

App. 024

## Subject Photo Page

| Borrower | Timothy Barton | | | | |
|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | |
| City | Dallas | County | Dallas | State TX | Zip Code 75204 |
| Lender/Client | REDACTED | | | | |



**Carport**

4107 Rock Creek Dr
Sales Price
G.L.A.          3,492
Tot. Rooms      7
Tot. Bedrms.    4
Tot. Bathrms.   4.1
Location        N;Res;
View            A;Res;Bks Thru St
Site            8986 sf
Quality         Q3
Age             51



**Walkway**



**Balcony**

App. 025

Main File No. G22120 | Page # 22 of 39

## Subject Photo Page

| Borrower | Timothy Barton | | | |
|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | |
| City | Dallas | County  Dallas | State  TX | Zip Code  75204 |
| Lender/Client | REDACTED | | | |



**Covered Patio**

4107 Rock Creek Dr
Sales Price
G.L.A.            3,492
Tot. Rooms      7
Tot. Bedrms.    4
Tot. Bathrms.   4.1
Location         N;Res;
View             A;Res;Bks Thru St
Site              8986 sf
Quality          Q3
Age              51



**Courtyard**

**App. 026**

Main File No. G22120 | Page # 23 of 39

## Photograph Addendum

| Borrower | Timothy Barton | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | | |
| City | Dallas | County | Dallas | State | TX | Zip Code 75204 |
| Lender/Client | REDACTED | | | | | |



**Possible Settling**



**Individual ACs**



**Individual ACs**



**Individual ACs**



**App. 027**

## Photograph Addendum

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Timothy Barton | | | | |
| Property Address | 4107 Rock Creek Dr | | | | |
| City | Dallas | County Dallas | State TX | Zip Code 75204 | |
| Lender/Client | REDACTED | | | | |



**Possible Settling**



**Retaining Wall**



**Retaining Wall**



**Crawl Space**

App. 028

Main File No. G22120 | Page # 25 of 39

## Subject Interior Photo Page

| Borrower | Timothy Barton | | | | |
|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | |
| City | Dallas | County Dallas | State TX | Zip Code | 75204 |
| Lender/Client | REDACTED | | | | |



### Living

| | |
|---|---|
| 4107 Rock Creek Dr | |
| Sales Price | |
| G.L.A. | 3,492 |
| Tot. Rooms | 7 |
| Tot. Bedrms. | 4 |
| Tot. Bathrms. | 4.1 |
| Location | N;Res; |
| View | A;Res;Bks Thru St |
| Site | 8986 sf |
| Quality | Q3 |
| Age | 51 |



### Dining



### Kitchen

App. 029

Main File No. G22120 | Page # 26 of 39

## Subject Interior Photo Page

| Borrower | Timothy Barton | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | | |
| City | Dallas | County | Dallas | State | TX | Zip Code 75204 |
| Lender/Client | REDACTED | | | | | |



**Breakfast**

4107 Rock Creek Dr
Sales Price
G.L.A.            3,492
Tot. Rooms      7
Tot. Bedrms.    4
Tot. Bathrms.   4.1
Location         N;Res;
View             A;Res;Bks Thru St
Site             8986 sf
Quality          Q3
Age              51



**Sitting**



**Main Bedroom**

App. 030

Main File No. G22120 | Page # 27 of 39

## Subject Interior Photo Page

| Borrower | Timothy Barton | | | | |
|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | |
| City | Dallas | County Dallas | | State TX | Zip Code 75204 |
| Lender/Client | REDACTED | | | | |



**Main Bath**

4107 Rock Creek Dr
Sales Price
G.L.A.          3,492
Tot. Rooms      7
Tot. Bedrms.    4
Tot. Bathrms.   4.1
Location        N;Res;
View            A;Res;Bks Thru St
Site            8986 sf
Quality         Q3
Age             51



**Full Bath**



**Full Bath**

App. 031

## Subject Interior Photo Page

| Borrower | Timothy Barton | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | | |
| City | Dallas | County Dallas | | State TX | Zip Code 75204 | |
| Lender/Client | REDACTED | | | | | |



**Full Bath**

4107 Rock Creek Dr
Sales Price
G.L.A.            3,492
Tot. Rooms    7
Tot. Bedrms.   4
Tot. Bathrms.  4.1
Location       N;Res;
View           A;Res;Bks Thru St
Site           8986 sf
Quality        Q3
Age            51



**Half Bath**



**Bedroom**

**App. 032**

## Subject Interior Photo Page

| Borrower | Timothy Barton | | | | |
|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | |
| City | Dallas | County Dallas | State TX | Zip Code 75204 | |
| Lender/Client | REDACTED | | | | |



**Bedroom**

4107 Rock Creek Dr
Sales Price
G.L.A.            3,492
Tot. Rooms    7
Tot. Bedrms.   4
Tot. Bathrms.  4.1
Location        N;Res;
View             A;Res;Bks Thru St
Site              8986 sf
Quality         Q3
Age              51



**Bedroom**



**Laundry**

App. 033

## Subject Interior Photo Page

| | |
|---|---|
| Borrower | Timothy Barton |
| Property Address | 4107 Rock Creek Dr |
| City | Dallas | County Dallas | State TX | Zip Code 75204 |
| Lender/Client | REDACTED |



**Laundry**

4107 Rock Creek Dr
Sales Price
G.L.A. 3,492
Tot. Rooms 7
Tot. Bedrms. 4
Tot. Bathrms. 4.1
Location N;Res;
View A;Res;Bks Thru St
Site 8986 sf
Quality Q3
Age 51

App. 034

| Main File No. G22120 | Page # 31 of 39 |
| --- | --- |

## Interior Photos

| Borrower | Timothy Barton | | | | |
| --- | --- | --- | --- | --- | --- |
| Property Address | 4107 Rock Creek Dr | | | | |
| City | Dallas | County Dallas | | State TX | Zip Code 75204 |
| Lender/Client | REDACTED | | | | |



**Kitchen Detail**



**Kitchen Detail**



**Kitchen Detail**



**Lower Living**





**App. 035**

| Main File No. G22120 | Page # 32 of 39 |
| --- | --- |

## Comparable Photo Page

| Borrower | Timothy Barton | | | | |
| --- | --- | --- | --- | --- | --- |
| Property Address | 4107 Rock Creek Dr | | | | |
| City | Dallas | County Dallas | State TX | Zip Code | 75204 |
| Lender/Client | REDACTED | | | | |



### Comparable 1

15 Turtle Creek Bnd

| | |
| --- | --- |
| Proximity | 0.10 miles NW |
| Sale Price | 2,400,000 |
| GLA | 3,900 |
| Total Rooms | 7 |
| Total Bedrms | 3 |
| Total Bathrms | 3.1 |
| Location | N;Res; |
| View | B;Res;Creek |
| Site | 4558 sf |
| Quality | Q3 |
| Age | 40 |



### Comparable 2

3719 Cragmont Ave

| | |
| --- | --- |
| Proximity | 0.32 miles N |
| Sale Price | 2,700,000 |
| GLA | 2,766 |
| Total Rooms | 9 |
| Total Bedrms | 3 |
| Total Bathrms | 3.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8799 sf |
| Quality | Q3 |
| Age | 66 |



### Comparable 3

3518 Springbrook St

| | |
| --- | --- |
| Proximity | 0.12 miles NE |
| Sale Price | 1,615,000 |
| GLA | 3,027 |
| Total Rooms | 8 |
| Total Bedrms | 3 |
| Total Bathrms | 2.1 |

**App. 036**

## Comparable Photo Page

| Borrower | Timothy Barton | | | | |
|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | |
| City | Dallas | County Dallas | State TX | Zip Code | 75204 |
| Lender/Client | REDACTED | | | | |



### Comparable 4

3629 Overbrook Dr
| Proximity | 0.25 miles NE |
|---|---|
| Sale Price | 1,950,000 |
| GLA | 4,423 |
| Total Rooms | 11 |
| Total Bedrms | 4 |
| Total Bathrms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10986 sf |
| Quality | Q3 |
| Age | 90 |



### Comparable 5

2515 Thomas Ave
| Proximity | 1.63 miles S |
|---|---|
| Sale Price | 2,150,000 |
| GLA | 2,958 |
| Total Rooms | 8 |
| Total Bedrms | 3 |
| Total Bathrms | 3.0 |
| Location | N;Res; |
| View | A;Res;Frnts ThruSt |
| Site | 7501 sf |
| Quality | Q3 |
| Age | 91 |

### Comparable 6

| Proximity | |
|---|---|
| Sale Price | |
| GLA | |
| Total Rooms | |
| Total Bedrms | |
| Total Bathrms | |

**App. 037**

## Location Map

| Borrower | Timothy Barton | | | | |
|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | |
| City | Dallas | County Dallas | | State TX | Zip Code 75204 |
| Lender/Client | REDACTED | | | | |



## Flood Map

| Borrower | Timothy Barton | | | | |
|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | |
| City | Dallas | County Dallas | | State TX | Zip Code 75204 |
| Lender/Client | REDACTED | | | | |



Main File No. G22120 | Page # 38 of 39

## Plat

| Borrower | Timothy Barton | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | | |
| City | Dallas | County Dallas | | State TX | Zip Code 75204 | |
| Lender/Client | REDACTED | | | | | |



Subject
4107 Rock Creek Dr

App. 040

Main File No. G22120 | Page # 37 of 39

## Zoning Map

| Borrower | Timothy Barton | | | | |
|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | |
| City | Dallas | County Dallas | | State TX | Zip Code 75204 |
| Lender/Client | REDACTED | | | | |



App. 041

## Aerial Map

| Borrower | Timothy Barton | | | | |
|---|---|---|---|---|---|
| Property Address | 4107 Rock Creek Dr | | | | |
| City | Dallas | County Dallas | | State TX | Zip Code 75204 |
| Lender/Client | REDACTED | | | | |



**App. 042**

Main File No. G221120 | Page # 39 of 39



# Certified Residential
# Real Estate Appraiser

**Appraiser:** **Kristi Dawn Garvin**

**License #:** **TX 1360085 R**     License Expires: **12/31/2**

Having provided satisfactory evidence of the qualifications required
by the Texas Appraiser Licensing and Certification Act, Occupations
Code, Chapter 1103, authorization is granted to use this title:
Certified Residential Real Estate Appraiser

For additional information or to file a complaint please contact TALCB
at www.talcb.texas.gov.

Chelse
Comr

App. 043