IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § | |
| CARNEGIE DEVELOPMENT, LLC | § | Jury Trial Demanded |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § | |
| | § | |
| Defendants, | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § | |
| | § § | |
| Relief Defendants. | § | |

**DEFENDANT BARTON'S AGREED MOTION FOR SECOND EXTENSION
OF TIME TO ANSWER THE COMPLAINT (ECF NO. 1)**

Defendant Timothy Lynch Barton respectfully seeks a two-week extension of time to answer or otherwise respond to the Complaint, as follows:

Defendant Timothy Barton was served with the Complaint on September 26, 2022. By agreement, the Court extended Defendant Barton's initial answer date from October 17, 2022, to November 16, 2022. The Government has since filed a Motion to Intervene and to Stay

- 1 -

Proceedings [ECF No. 44].  No party opposes a stay of case deadlines and discovery in this case, and thus the Court's entry of a stay is likely imminent.  *See* ECF No. 54.

There is good cause for a short two-week extension of the answer date.  Such an extension will allow time for the Court to consider the terms of the stay of the case.  To the extent the Court does not enter a stay for any reason, the requested extension would provide defense counsel with additional time to investigate the facts and better prepare a substantive answer or other response to the operative pleading.

In accordance with Local Rule 7.1, the undersigned counsel consulted with Plaintiff's counsel, who consented to the relief requested herein.  Based on the foregoing, Defendant Barton respectfully requests that this agreed motion for extension of time be granted.

Dated: November 15, 2022

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 *(Admitted to NDTX)*
medney@huntonak.com
Sean B. O'Connell
State Bar No. 24103142 *(application for admission forthcoming)*
soconnell@huntonak.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 *(admitted pro hac vice)*
mdingman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

- 2 -

Ted A. Huffman
State Bar No. 24089015
thuffman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

Richard L. Roper
State Bar No. 17233700
richard.roper@hklaw.com
Javan Porter
State Bar No. 24116912
javan.porter@hklaw.com
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1345
Facsimile: (214) 999-9252

**COUNSEL FOR DEFENDANT
TIMOTHY LYNCH BARTON**

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 15, 2022, the undersigned counsel consulted with opposing counsel, who represented that Plaintiff consents to the relief sought herein.

*/s/ Ted A. Huffman*
Ted A. Huffman

## CERTIFICATE OF SERVICE

On November 15, 2022 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*
Michael J. Edney

- 3 -