## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § | |
| CARNEGIE DEVELOPMENT, LLC | § | **Jury Trial Demanded** |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § | |
| | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § | |
| | § § | |
| *Relief Defendants.* | § | |

## AGREED ORDER

Before the Court is  Defendant Wall's Agreed Motion for Second Extension of Time to Answer the Complaint, filed by Defendant Stephen T. Wall.  After consideration, the Motion is **GRANTED**.

It is therefore **ORDERED** that the deadline for Defendant Wall to answer or otherwise respond to the Complaint is extended by two weeks from November 16, 2022, to November 30, 2022.

**IT IS SO ORDERED** this _____ day of November, 2022.


_____
HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

**AGREED:**

/s/Michael P. Heiskell
Michael P. Heiskell
State Bar No. 09383700
**JOHNSON, VAUGHN & HEISKELL**
5601 Bridge Street, Suite 220
Fort Worth, Texas 76112
(817) 457-2999 telephone
(817) 496-1102 facsimile
E-mail: mheiskell@johnson-vaughn-heiskell.com
Or firm@johnson-vaughn-heiskell.com

**Counsel for Defendant Stephen T. Wall**

By: /s/ Agreed to by Keefe M. Bernstein
(marked by permission)
Keefe M. Bernstein
Texas Bar No. 24006839
David B. Reece
Texas Bar No. 24002810
James E. Etri
Texas Bar No. 24002061
**SECURITIES AND EXCHANGE COMMISSION**
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2607 (KMB Phone)
(817) 978-4927 (facsimile)
bernsteink@sec.gov

**COUNSEL FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION**