UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>TIMOTHY BARTON,<br>CARNEGIE DEVELOPMENT, LLC,<br>WALL007, LLC,<br>WALL009, LLC,<br>WALL010, LLC,<br>WALL011, LLC,<br>WALL012, LLC,<br>WALL016, LLC,<br>WALL017, LLC,<br>WALL018, LLC,<br>WALL019, LLC,<br>HAOQIANG FU (a/k/a MICHAEL FU),<br>STEPHEN T. WALL,<br><br>*Defendants,*<br><br>DJD LAND PARTNERS, LLC, and<br>LDG001, LLC,<br><br>*Relief Defendants.* | Civil Action No. 3:22-cv-2118-X |

**ORDER GRANTING RECEIVER'S MOTION TO
SUPPLEMENT ORDER APPOINTING RECEIVER**

Before the Court is the Receiver's Motion to Supplement Order Appointing Receiver (the "Motion"), in which the Receiver asks the Court to expressly name certain entities that are within the receivership. [Doc. No. 41]. Having carefully considered the Motion, the Court concludes that the Motion should be and hereby is **GRANTED** as to all entities except Gillespie Villas, LLC, Venus59, LLC, TRTX

1

Properties, LLC, MXBA, LLC, and Titan Investments, LLC (the "Max Barton Entities").

The Max Barton Entities filed a response to the Motion despite their status as non-parties to this suit. Construing this filing as a motion to intervene, and finding the requirements for intervention detailed in Federal Rule of Civil Procedure 24 satisfied as to the Max Barton Entities, the Court **GRANTS** the Max Barton Entities' motion to intervene.[1] The Court **DENIES** the Max Barton Entities' request for a hearing on the Motion.

The Court **ORDERS** the Receiver to provide supplemental briefing by November 30, 2022, regarding whether the Max Barton Entities are "entities that Defendant Timothy Barton directly or indirectly controls,"[2] with supplemental responses due by December 7, 2022.

On October 18, 2022, the Court entered the Order Appointing Receiver pursuant to which the Court assumed exclusive possession and control of, and appointed Cortney C. Thomas as Receiver over, the following entities:

- Defendant Carnegie Development, LLC;
- Defendant WALL007, LLC;
- Defendant WALL009, LLC;
- Defendant WALL010, LLC;
- Defendant WALL011, LLC;
- Defendant WALL012, LLC;
- Defendant WALL016, LLC;
- Defendant WALL017, LLC;
- Defendant WALL018, LLC;

---

[1] Though the Court will consider pending objections and responses filed by non-parties as of the date of this Order, going forward, all interested non-parties are directed to intervene to the extent they wish to participate in the proceedings.

[2] Doc. No. 29 at 2.

- Defendant WALL019, LLC;
- Relief Defendant DJD Land Partners, LLC;
- Relief Defendant LDG001, LLC;
- BM318 LLC;
- D4DS LLC;
- D4FR LLC;
- D4KL LLC;
- Enoch Investments LLC;
- FHC Acquisition LLC;
- Goldmark Hospitality LLC;
- JMJ Acquisitions LLC;
- JMJ Development LLC;
- JMJAV LLC;
- JMR100 LLC;
- Lajolla Construction Management LLC;
- Mansions Apartment Homes at Marine Creek LLC;
- MO 2999TC, LLC;
- Orchard Farms Village LLC;
- Villita Towers LLC;
- 126 Villita LLC; and
- All other entities controlled, directly or indirectly, by Timothy Lynch Barton.

The Order Appointing Receiver is hereby supplemented, nunc pro tunc, to expressly identify as Receivership Entities the following:

1. AVEG WW, LLC (Delaware)
2. AVG West, LLC fka JMJ Acquisitions, LLC (Texas)
3. Barton Texas Water District, LLC
4. Barton Water District, LLC (Delaware)
5. BC Acquisitions, LLC (Delaware)
6. BEE2019, LLC
7. Broadview Holdings, LLC (Texas)
8. Broadview Holdings Trust
9. BSJ Trading, LLC
10. BUILD VIOLET, LLC
11. Carnegie Development, Inc.
12. D4AT, LLC
13. D4AVEG, LLC
14. D4BM, LLC
15. D4BR, LLC (Texas)
16. D4IN, LLC (Texas)

17. D4MC, LLC (Texas)
18. D4OP, LLC
19. D4OPM, LLC (Texas)
20. D4SMC, LLC
21. D4WP, LLC
22. Dallas Real Estate Investors, LLC
23. Dallas Real Estate Lenders, LLC (Delaware)
24. Dallas Real Estate Management, LLC
25. Five Star GM, LLC (Delaware)
26. Five Star MM, LLC (Delaware)
27. FIVE STAR MM, LLC (Texas)
28. Five Star TC, LLC (Delaware)
29. Glenwood (18340) Property, LLC (Delaware)
30. HR Sterling, LLC
31. Illuminate Dallas, LLC (Texas)
32. JB Special Asset, LLC
33. JMJ Acquisitions Mgmt, LLC
34. JMJ Aviation, LLC (Texas)
35. JMJ BLUES TX, LLC
36. JMJ Centre, LLC
37. JMJ Development Brasil, LTDA
38. JMJ Development, Inc.
39. JMJ Development Fund
40. JMJ Development Fund, Inc.
41. JMJ EB5 Fund, LP (Delaware)
42. JMJ EB5 Fund GP, LLC (Delaware)
43. JMJ Holdings, LLC
44. JMJ Holdings US LLC
45. JMJ Holdings USA, Inc.
46. JMJ Home Building Inc (Nevada)
47. JMJ Hospitality, LLC
48. JMJ Hospitality General Trading FZE
49. JMJ Hospitality UAE
50. JMJ Investments Limited
51. JMJ Land Acquisition, Inc (Nevada)
52. JMJ Land Development, Inc (Nevada)
53. JMJ Land Venture, LLC
54. JMJ MF Development, LLC
55. JMJ Mezzanine, Inc (Nevada)
56. JMJ Multifamily, Inc (Nevada)
57. JMJ Offshore, LTD

58. JMJ Regional Center, LLC (Delaware)
59. JMJ Residential, LLC
60. JMJ Valley Center, LLC
61. JMJ VC Management, LLC
62. JMJ148, LLC (Texas)
63. JMJAV, LLC
64. JMJD4, LLC (Delaware)
65. JMJD4Allensville LLC
66. JMJDWG, LLC (Texas)
67. JMJKH, LLC
68. LC Aledo TX, LLC
69. Lynco Ventures, LLC
70. Lynn Investments, LLC
71. Lynco Ventures, LLC
72. Mansion Apartment Homes at Marine Creek, LLC
73. MCFW, LLC
74. MCRS2019, LLC (Texas)
75. Middlebury Trust (Texas)
76. MMCYN, LLC
77. MXBA Managed, LLC
78. MXBA Services, LLC
79. Myra Park 635, LLC
80. Northstar 114, LLC (Delaware)
81. Northstar PM, LLC (Delaware)
82. One Agent, LLC (Delaware)
83. One Agent Texas, LLC (Texas)
84. ONE FHC, LLC (Texas)
85. One MFD4, LLC
86. One Pass Investments, LLC (Delaware)
87. One RL Trust
88. ONE SF Residential, LLC
89. Residential MF Assets, LLC (Delaware)
90. Ridgeview Addition, LLC (Texas)
91. Riverwalk Invesco, LLC (Delaware)
92. Riverwalk Opportunity Management, LLC (Delaware)
93. Riverwalk OZFM, LLC (Delaware)
94. Riverwalk OZFV, LLV (Delaware)
95. Riverwalk QOZBJ, LLC (Delaware)
96. Riverwalk QOZBM, LLC (Delaware)
97. Riverwalk QOZBV, LLC (Delaware)
98. Seagoville Farms, LLC

99. SF Rock Creek, LLC
100. SK Carnegie, LLC
101. STL Park, LLC (Delaware)
102. The MXBA Trust
103. The Timothy L. Barton Irrevocable Life Insurance Trust
104. TLB 2018 Trust
105. TLB 2019 Trust
106. TLB 2020 Trust
107. TRWF, LLC
108. TRWF LODGE, LLC
109. VenusBK195, LLC (Texas)
110. VenusPark201, LLC (Delaware)
111. WRL2019, LLC (Texas)
112. 126 Villita Towers, LLC (Delaware)
113. 2999 Acquisitions, LLC (Delaware)
114. 2999 Middlebury, LLC (Delaware)
115. 2999 Roxbury, LLC (Delaware)
116. 2999TC Acquisitions, LLC fka 2999TC, LLC
117. 2999TC Acquisitions MZ, LLC fka MO 2999TC MZ, LLC
118. 2999TC Founders, LLC (Delaware)
119. 2999TC JMJ, LLC (Delaware)
120. 2999TC JMJ, LLC (Texas)
121. 2999TC JMJ CMGR, LLC (Delaware)
122. 2999TC JMJ Equity, LLC
123. 2999TC LP, LLC (Delaware)
124. 2999TC JMJ MGR, LLC (Delaware)
125. 2999TC MM, LLC
126. 2999TC MZ, LLC (Delaware)

**SO ORDERED**, this 16th day of November, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

6