**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | CASE NO. 3:22-cv-2118-X |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY BARTON et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING HNGH TURTLE CREEK, LLC'S, MOTION TO INTERVENE
AND TO CONFIRM PROPERTY OWNERSHIP.**

Before the Court is HNGH Turtle Creek, LLC's, Motion to Intervene and to Confirm Property Ownership.   Doc. No. ____   Having carefully considered the Motion, the Court concludes that the Motion should be and hereby is **GRANTED**.  HNGH has intervened, and the Court confirms that HNGH is the owner of the Property located at 2999 Turtle Creek Boulevard in Dallas, Texas.

**SO ORDERED**, this ____ day of November, 2022

_____
Honorable Brantley Starr
United States District Judge