IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | C.A. No. 3:22-cv-2118-X |
| TIMOTHY BARTON, et al. | § § § | |
| Defendants. | § | |

## APPENDIX IN SUPPORT OF RECEIVER'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO SUPPLEMENT ORDER APPOINTING RECEIVER

Respectfully submitted,

By: */s/ Charlene C. Koonce*
    Charlene C. Koonce
    State Bar No. 11672850
    charlene@brownfoxlaw.com
    BROWN FOX PLLC
    8111 Preston Road, Suite 300
    Dallas, Texas 75225
    T: (214) 327-5000
    F: (214) 327-5001

*Attorneys for Receiver Cortney C. Thomas*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

| **EXHIBIT** | **DESCRIPTION** | **PAGES** |
|---|---|---|
| A | Declaration of Cortney C. Thomas | APP000001-0018 |
| A-1 | SEC Subpoena | APP000019-0046 |
| A-2 | Email dated May 23, 2016 from Tim Barton to Sakya Bedoya making Max Barton owner in TRTX Properties | APP000047-0048 |
| A-3 | Excerpts of testimony of Saskya Bedoya, taken March 10, 2022 | APP000049-0057 |
| A-4 | Bedoya emails regarding transfers | APP000058-0062 |
| A-5 | Excerpts of testimony of Tim Barton, taken May 24, 2021 | APP000063-0067 |
| A-6 | Resolutions of TRTX Properties, LLC dated December 17, 2020 | APP000068-0070 |
| A-7 | Certificate of Amendment for TRTX Properties, LLC dated July 20, 2020 | APP000071-0074 |
| A-8 | Statement of Change of Registered Office/Agent dated May 2, 2022 | APP000075-0077 |
| A-9 | Warranty Deed with Vendor's Lien of TRTX Properties, LLC dated May 29, 2020 | APP000078-0082 |
| A-10 | **GILLESPIE VILLAS**<br>Amended and Restated Company Agreement of Gillespie Villas LLC dated April 28, 2022<br>• Certificate of Formation Limited Liability Company for Gillespie Villas, LLC, filed on April 18, 2022<br>• Deed of Trust and Security Agreement dated May 11, 2022, between Broadview Holdings and Gillespie Villas, LLC<br>• Broadview Holdings checks referencing "Gillespie"<br>• Guaranty dated August 23, 2022 between Gillespie Villas, LLC ("Borrower"), Xiao-En Fang ("Lender") and Enoch Investments, LLC ("Guarantor") signed by Maximilien Barton as President<br>• Subordination Agreement dated August 23, 2022, between Broadview Holdings, LLC and Gillespie Villas, LLC | APP000083-0117<br><br>APP000118-0120<br><br>APP000121-0140<br><br><br>APP000141-0146<br>APP000147-0151<br><br><br><br>APP000152-0156 |
| A-11 | **ONE SF RESIDENTIAL**<br>• Corporate Entity Name List<br>• Certificate of Formation – ONE SF Residential | APP000157-0159<br>APP000161-0162 |

2

| **EXHIBIT** | **DESCRIPTION** | **PAGES** |
|---|---|---|
| | • Texas Franchise Tax PIR – ONE SF Residential | APP000163 |
| A-12 | **VENUS59 LLC**<br>• VENUS59 EIN<br>• Certificate of Formation – VENUS59, LLC<br>• Company Agreement – Venus59, LLC<br>• Texas Franchise Tax PIR – VENUS59, LLC<br>• Broadview Holdings check to VENUS59, LLC<br>• Funding Agreement – Venus59, One SF Residential | APP000164-0171<br>APP000171A-B<br>APP000172-0204<br>APP000205-0207<br>APP000208<br>APP000209-0261 |
| A-13 | **TRTX PROPERTIES, LLC**<br>• Texas SOS – TRTX Properties, LLC<br>• Certificate of Formation – TRTX Properties, LLC<br>• Reinstated Regulations of TRTX Properties<br>• Barton email to Bedoya<br>• Notice of Appeal; *In re: FM 544 Park Vista, Ltd, et al.*<br>• Texas Franchise Tax PIR – TRTX Properties<br>• Statement of Change of Registered Agent – TRTX Properties<br>• Broadview Holdings check re TRTX Properties | APP000262-0265<br>APP000266-0267<br>APP000268-0303<br>APP000304<br>APP000305-0308<br><br>APP000309<br>APP000310-311<br><br>APP000312 |
| A-14 | **MXBA LLC**<br>• EIN – MXBA – Maximilien Barton sole member<br>• Broadview Holdings checks to MXBA LLC | APP000313<br>APP000316 |
| A-15 | **TITAN INVESTMENTS**<br>• Statement of Organizer – Titan Investments<br>• State of Delaware Certificate of Formation – Titan Investments, LLC<br>• Limited Liability Company Agreement – Titan Investments<br>• Application for Registration of Foreign LLC – Titan Investments<br>• Contract of Sale between First Development Co. of Ohio and Titan Investments, LLC<br>• Letter of Intent – Titan Investments and Datavault Joint Venture<br>• Letter of Intent – Titan Investments and First Development Co. of Ohio<br>• Resignation of Tim Barton from Titan Investments<br>• Contract of Sale between Kingdom Road Equities and Titan Investments | APP000317-0318<br>APP000319<br><br>APP000320-0323<br><br>APP000324-0325<br><br>APP000326-0347<br><br>APP000348-0351<br><br>APP000352-0356<br><br>APP000357<br>APP000358-0373<br>APP000374-0376 |

| **EXHIBIT** | **DESCRIPTION** | **PAGES** |
|---|---|---|
| | • Receipts and Disbursements Ledger – Titan Investments<br>• Broadview Holdings checks – Titan Investments | APP000377-0383 |
| A-16 | Participation Agreement – Marine Creek | APP000384-0413 |
| A-17 | **TC HALL, LLC**<br>• Limited Liability Company of TC Hall, LLC<br>• Texas Secretary of State – TC Hall, LLC<br>• 07.19.22 Email from Tim Barton to Area Pamenari<br>• 06.30.22 Letter from Louisiana National Bank to Enoch Investments<br>• Broadview Holdings checks re: Hall Street<br>• Prosperity Bank – Receipts and Disbursements Ledger<br>• Commonwealth Title – Single Ledger Balance<br>• Vista Bank statements<br>• Commonwealth Title of Dallas Substitution Form 1099-S<br>• 08.24.22 Email from Barton regarding wiring instructions<br>• Broadview Holdings checks referencing TC Hall | APP000414<br>APP000420<br>APP000421<br>APP000422-0423<br><br>APP000424-0426<br>APP000427-0428<br><br>APP000429-0432<br>APP000433-0442<br>APP000443<br><br>APP000444<br><br>APP000444A-B |
| A-18 | Texas Secretary of State Certificate of Filing of Titan Investments, LLC | APP000445-0448 |
| A-19 | **LC ALEDO TX, LLC**<br>• Statement of Change of Registered Agent – LC Aledo TX, LLC<br>• Texas Secretary of State Registered Agent – LC Aledo TX, LLC<br>• Excerpts from Supplement to Amended Motion to Compel, *Somerset-Lost Creek Golf, Ltd. v. LC Aledo TX, LLC*, Cause No. 096-319595-20<br>• Affidavit of Timothy Barton - *Somerset-Lost Creek Golf, Ltd. v. LC Aledo TX, LLC*, Cause No. 096-319595-20 | APP000449-0451<br><br>APP000452-0454<br><br>APP000455-0458<br><br><br>APP000459-466 |
| A-20 | Wire Transfers | APP000467-0472 |
| A-21 | Broadview Holdings check to Holland & Knight | APP000473-0474 |
| A-22 | Spreadsheet – TC Hall | APP000475-0480 |

| **EXHIBIT** | **DESCRIPTION** | **PAGES** |
|:---:|---|---|
| A-23 | Communications between Receiver counsel and Barton counsel | APP000481-487 |