**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISION, | ) ) ) ) | CASE NO. 3:22-cv-2118-X |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TIMOTHY BARTON, *et al.*, | ) ) | |
| Defendants. | ) | |

**NOTICE OF APPERANCE**

PLEASE TAKE NOTICE that Jonathan R. Patton of the law firm TILLOTSON JOHNSON &

PATTON files this Notice of Appearance as counsel for non-party Palisades-TC, LLC in the above-

styled and numbered action.    Palisades-TC, LLC is interested in entities and properties that are

the subject of the Receivership.    Please direct all correspondence and other communications to

the address below:

> Jonathan R. Patton
> TILLOTSON JOHNSON & PATTON
> 1807 Ross Avenue, Suite 325
> Dallas, Texas 75201
> (214) 382-3041 Telephone
> (214) 292-6564 Facsimile
> Email:   jpatton@tillotsonlaw.com

Dated: December 7, 2022

Respectfully submitted,

*/s/Jonathan R. Patton*
Jonathan R. Patton
State Bar No. 24088198
jpatton@tillotsonlaw.com
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**

**NOTICE OF APPEARANCE**

1807 Ross Avenue, Suite 325
Dallas, Texas 75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile
**ATTORNEYS FOR NON-PARTY**
**PALISADES-TC, LLC**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that a true and correct copy of the foregoing document was served by E-Service to counsel herein on December 7, 2022.

*/s/Jonathan R. Patton*
Jonathan R. Patton