# EXHIBIT A

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON CARNEGIE DEVELOPMENT, LLC WALL007, LLC WALL009, LLC WALL010, LLC WALL011, LLC WALL012, LLC WALL016, LLC WALL017, LLC WALL018, LLC WALL019, LLC HAOQIANG FU (a/k/a MICHAEL FU) STEPHEN T. WALL | § § § § § § § § § § § § § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC LDG001, LLC | § § § | |
| *Relief Defendants.* | § | |

**DECLARATION OF  MAXIMILIEN BARTON
IN SUPPORT OF RESPONSE IN OPPOSITION**

1. My name is Maximilien Barton. I have personal knowledge of the matters set forth in this Declaration, I am of sound mind, and I am otherwise competent to testify to these matters.

2. Following the appointment of the Receiver, Cortney C. Thomas ("Mr. Thomas"), I contacted Mr. Thomas to discuss obtaining personal property from property placed under Mr. Thomas's control.

3. Between the dates of November 28 and 29, 2022, I had several conversations with Mr. Thomas. During these conversations, I explained that some of my personal property items were still located at properties Mr. Thomas took possession of as the court-appointed receiver. Some of

2

these items are detailed in the inventory attached to this Declaration as Exhibit B. However, Exhibit B is a non-comprehensive list of personal items I would like to retrieve.

4.  On Monday, November 28, 2022, I met Mr. Thomas at his office to collect my personal mail. We discussed scheduling a mutually agreeable time to collect my personal property located at 4107 Rock Creek and 2999 Turtle Creek. During this conversation, Mr. Thomas indicated that he would be available to meet me at 4107 Rock Creek the following day, on Tuesday, November 29, 2022, so that I could collect my personal items from that property. Mr. Thomas told me that I would have to coordinate with his attorney, Tim Wells ("Mr. Wells"), to schedule a time to collect my things from the 2999 Turtle Creek property.

5.  I discussed with Mr. Thomas the types of items I sought to collect from the 4107 Rock Creek and 2999 Turtle Creek properties. I explained that I hoped to gather my clothes, books, and personal files (such as my birth certificate and social security card). I informed Mr. Thomas that I kept a trailer and John Deere 790 tractor at the 2999 Turtle Creek Property. Mr. Thomas said he would release the trailer and John Deere 790 tractor to me if I provided proof of ownership in writing. Mr. Thomas also indicated he was not opposed to releasing the other items of my personal property back to me.

6.  On Tuesday, November 29, 2022, I confirmed with Mr. Thomas via text message that he would be at 4107 Rock Creek and that he would allow me to come to the property to collect my personal items. Mr. Thomas confirmed that I could get my clothes if I met him at 4017 Rock Creek at 1:30 p.m. Once I arrived at 4107 Rock Creek, Mr. Thomas allowed me to place my clothes in bags. I was also allowed to collect other personal items from drawers after showing them to Mr. Thomas for his approval. However, once I started to remove my personal books and college textbooks from the shelves, Mr. Thomas mentioned that a purchase contract for the 4107 Rock Creek Property may require everything to be sold with the house. Mr. Thomas then instructed me that he did not want it to look obvious that I had taken some of the books from the shelves. Mr. Thomas only allowed me to collect a small number of my personal books.

7.  Also on Tuesday, November 29, 2022, I contacted Mr. Wells via text message to schedule a time to collect my personal property from 2999 Turtle Creek. Mr. Wells did not respond. To date, I have not been able to collect my personal property from 2999 Turtle Creek.

8.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2022.

 /s/ Max Barton
Maximilien Barton

3

# EXHIBIT B

4

| Location | Item Description | Estimated Value |
|---|---|---|
| 4107 Rock Creek Property | Miscellaneous Items of Clothing | $ 300.00 |
| 4107 Rock Creek Property | Mattress | $ 250.00 |
| 4107 Rock Creek Property | 20 to 50 Books and College Textbooks | $ 300.00 |
| 4107 Rock Creek Property | Samsung Television | $ 200.00 |
| 4107 Rock Creek Property | Big Green Egg Grill | $ 1,500.00 |
| 2999 Turtle Creek Property | 20 to 50 Books and College Textbooks | $ 400.00 |
| 2999 Turtle Creek Property | Miscellaneous Items of Clothing | $ 200.00 |
| 2999 Turtle Creek Property | Guitars: Approximately 4 to 5 Guitars - Some of the guitars are electric and some are acoustic. | $ 400.00 |
| 2999 Turtle Creek Property | Miscellaneous Tools: Angle Grinder, Air Compressor, Impact Wrench, Automotive Tools, Hand Tools, etc. | $ 300.00 |
| 2999 Turtle Creek Property | Desktop Computer System - This item was upgraded to accommodate CAD software required when Max Barton was studying engineering. | $ 1,200.00 |
| 2999 Turtle Creek Property | Trailer | $ 1,100.00 |
| 2999 Turtle Creek Property | John Deere 790 | $ 5,000.00 |
| 2999 Turtle Creek Property | Spare Tires | $ 400.00 |
| 2999 Turtle Creek Property | Miscellaneous Car Parts | $ 200.00 |
| 2999 Turtle Creek Property | Full-sized Oce Plotwave 300 | $ 1,200.00 |
| 2999 Turtle Creek Property | Personal Records: Birth Certificate, Social Security Card, Vehicle Registration, etc. | 0 |
| 2999 Turtle Creek Property | Business Records for Entities Belonging to Max Barton | 0 |
| **TOTAL** | | **$ 12,950.00** |

5