UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

v.                                                          C.A. No.: 3:22-cv-2118-X

TIMOTHY BARTON,
CARNEGIE DEVELOPMENT, LLC,
WALL007, LLC,
WALL009, LLC,                                               Jury Trial Demanded
WALL010, LLC,
WALL011, LLC,
WALL012, LLC,
WALL016, LLC,
WALL017, LLC,
WALL018, LLC,
WALL019, LLC,
HAOQIANG FU (A/K/A MICHAEL FU),
STEPHEN T. WALL,

                    Defendants,

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

                    Relief Defendants.

**ORDER DENYING DEFENDANT TIMOTHY L. BARTON'S
MOTION FOR STAY PENDING APPEAL**

       This matter comes before the court on Defendant Timothy L. Barton's Motion for Stay

Pending Appeal.  After considering the Motion and all responses thereto, the Court has determined

1

that the Motion does not have merit and should be denied.

IT IS HEREBY ORDERED that Defendant Timothy L. Barton's Motion for Stay Pending

Appeal is DENIED in its entirety.

SIGNED this ____ day of _____, 2022.


_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE