## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § | |
| CARNEGIE DEVELOPMENT, LLC | § | **Jury Trial Demanded** |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY ON MOTION FOR STAY PENDING APPEAL [ECF NO. 71], AND RESPONSE TO RECEIVER'S MOTION FOR APPOINTMENT OF APPRAISERS, APPROVAL OF APPRAISALS OF ROCK CREEK PROPERTY, AND SETTING HEARING REGARDING APPROVAL OF SALE OF ROCK CREEK PROPERTY [ECF NO. 76]**

Defendant Timothy Lynch Barton respectfully seeks a one-day extension of time to file a

reply on his Motion for Stay Pending Appeal [ECF No. 71], and a response to the Receiver's

Motion for Appointment of Appraisers, etc. [ECF No. 76].  The Defendant seeks the extension

because lead counsel for Defendant—Mr. Edney—became ill with the flu yesterday and remains

ill.  He believes that, with a one-day extension, he will be able to  substantively review and finalize the briefs due today by tomorrow.

Defendant Barton's current filing deadlines for both the Reply and the Response are December 12, 2022. The extension sought by Mr. Barton would extend those deadlines by one day to December 13, 2022.  No prejudice to any party will result from this minor extension.

In accordance with Local Rule 7.1, the undersigned counsel consulted with Plaintiff's counsel and Receiver's counsel, who both consented to the requested extension. Based on the foregoing, Defendant Barton respectfully requests that his unopposed motion for extension of time be granted.

Dated: December 12, 2022                                    Respectfully submitted,

By: */s/ Ted A. Huffman*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*admitted to N.D. Tex.*)
medney@hunton.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 (*admitted pro hac vice*)
mdingman@hunton.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

Ted A. Huffman
State Bar No. 24089015
thuffman@hunton.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

Richard Roper
State Bar No. 17233700
richard.roper@hklaw.com
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1345
Facsimile: (214) 999-9252

**COUNSEL FOR TIMOTHY LYNCH BARTON**

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 12, 2022, the undersigned counsel consulted with Plaintiff's counsel, Keefe Bernstein, who represented that Plaintiff consents to the relief sought herein. The undersigned also consulted with Receiver's counsel, Charlene Koonce, who likewise represented that she consents to the relief sought herein.

*/s/ Ted A. Huffman*
Ted A. Huffman

## CERTIFICATE OF SERVICE

On December 12, 2022 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Ted A. Huffman*
Ted A. Huffman