## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § | |
| CARNEGIE DEVELOPMENT, LLC | § | **Jury Trial Demanded** |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § | |
| *Relief Defendants.* | § § § | |

### AGREED ORDER

Before the Court is an Agreed Motion for Extension of Time to File a Reply on the Motion for Stay Pending Appeal and a Response to the Receiver's Motion for Appointment of Appraisers, Approval of Appraisals of Rock Creek Property, and Setting Hearing Regarding Approval of Sale of Rock Creek Property. After consideration, the Motion is **GRANTED**.

It is therefore **ORDERED** that Defendant Barton's filing deadlines are extended as follows:

(1) Mr. Barton's deadline to file a Reply to the Plaintiff Securities and Exchange Commission's Response to Barton's Motion for Stay Pending Appeal [ECF No. 83] is extended from December 12, 2022, to December 13, 2022; and

(2) Mr. Barton's deadline to file a Response to the Receiver's Motion for Appointment of Appraisers, Approval of Appraisals of Rock Creek Property, and Setting Hearing Regarding Approval of Sale of Rock Creek Property [ECF No. 76] is extended from December 12, 2022, to December 13, 2022.

**IT IS SO ORDERED** this _____ day of December, 2022.

_____
HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

**AGREED:**

By: */s/ Ted A. Huffman*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*admitted to N.D. Tex.*)
medney@huntonak.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 (*admitted pro hac vice*)
mdingman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

Ted A. Huffman
State Bar No. 24089015
thuffman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

Richard L. Roper
State Bar No. 17233700
richard.roper@hklaw.com
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1345
Facsimile: (214) 999-9252

**COUNSEL FOR DEFENDANT
TIMOTHY LYNCH BARTON**

By: */s/ Keefe M. Bernstein (by permission)*
Keefe M. Bernstein
Texas Bar No. 24006839
David B. Reece
Texas Bar No. 24002810
James E. Etri
Texas Bar No. 24002061
**SECURITIES AND EXCHANGE COMMISSION**
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2607 (KMB Phone)
(817) 978-4927 (facsimile)
bernsteink@sec.gov

**COUNSEL FOR PLAINTIFF SECURITIES AND
EXCHANGE COMMISSION**

AND

*/s/ Charlene C. Koonce (by permission)*
Charlene C. Koonce
State Bar No. 11672850
charlene@brownfoxlaw.com
**BROWN FOX PLLC**
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

**COUNSEL FOR RECEIVER CORTNEY C.
THOMAS**