IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § § | |
| CARNEGIE DEVELOPMENT, LLC | § | **Jury Trial Demanded** |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § | |

**APPENDIX IN SUPPORT OF DEFENDANT TIMOTHY BARTON'S
RESPONSE TO MOTION FOR SALE OF ROCK CREEK PROPERTY [ECF NO. 76],
AND CROSS-MOTION FOR ORDER PROHIBITING SALE OF PERSONAL
PROPERTY LOCATED AT ROCK CREEK HOME**

Defendant Timothy L. Barton files this Appendix in Support of his Response in opposition

to the Receiver's Motion for Appointment of Appraisers, Approval of Appraisals of Rock Creek

Property, and Setting Hearing Regarding Approval of Sale of Rock Creek Property [ECF No. 76],

and Cross-Motion for Order Prohibiting Sale of Personal Property Located at Rock Creek Home.

The Appendix has been consecutively paginated App. 001 –App. 006 as follows:

---

**RESPONSE/CROSS MOTION APPENDIX – Page 1**

**App. 001**

| APPENDIX PAGE | DOCUMENT |
|---|---|
| App. 004 – 006 | Dallas County Tax Office 2022 Tax Statement for 4107 Rock Creek Drive, dated November 11, 2022 |

Dated: December 13, 2022

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 *(Admitted to NDTX)*
medney@huntonak.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 (*admitted pro hac vice*)
mdingman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

Ted A. Huffman
State Bar No. 24089015
thuffman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

– and –

Richard Roper
State Bar No. 17233700
richard.roper@hklaw.com
Javan Porter
State Bar No. 24116912
javan.porter@hklaw.com
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1345
Facsimile: (214) 999-9252

**COUNSEL FOR TIMOTHY LYNCH BARTON**

## <u>CERTIFICATE OF SERVICE</u>

On December 13, 2022 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*
Michael J. Edney

**DALLAS COUNTY TAX OFFICE**
**JOHN R. AMES, CTA**
TAX ASSESSOR/COLLECTOR

500 Elm Street, Suite 3300
Dallas, Texas 75202
www.dallascounty.org/tax | 214-653-7811
email:  propertytax@dallascounty.org

# 2022 TAX STATEMENT

**BARTON TIMOTHY L**
**13901 MIDWAY RD STE 102**
**DALLAS, TX 75244-0000**

**Account:   00000195718000000**

Property Description:

4107 ROCK CREEK DR, DA

TURTLE CREEK PARK REV
LOT 32 ROCK CREEK DR
INT202100223187 DD07272021 CO-DC
2023 002  03200    1002023 002

Statement Date:   November 11, 2022

| | Value |
|---|---|
| Land Value: | 673,950 |
| Improvement Value: | 276,690 |
| Agriculture Value: | 0 |
| Market Value: | 950,640 |

| Jurisdiction | Taxable Value | Tax Rate | Tax Due |
|---|---|---|---|
| DAL CNTY | 950,640 | .217946 | $2,071.88 |
| HOSP DIST | 950,640 | .235800 | $2,241.61 |
| COLL DIST | 950,640 | .115899 | $1,101.78 |
| SCH EQUAL | 950,640 | .010000 | $95.06 |
| DALLAS ISD | 950,640 | 1.184935 | $11,264.47 |
| DALLAS CTY | 950,640 | .745800 | $7,089.87 |

| | |
|---|---|
| Total taxes for account: | $23,864.67 |
| Previous payment on account: | $23,864.67 |

Pay taxes online at:
www.dallascounty.org/tax

**Total Due If Paid By January 31, 2023**
**$0.00**

*Your check may be converted to electronic funds transfer*
# Return This Portion With Your Payment

**Account: 00000195718000000**

2          0000000000010905070108000000000000122000000000001

| IF PAID IN | P&I | TOTAL DUE |
|---|---|---|
| Feb | | $0.00 |
| Mar | | $0.00 |

**Total Due If Paid By January 31, 2023**
**$0.00**
Amount Paid: $_____.____

BARTON TIMOTHY L
13901 MIDWAY RD STE 102
DALLAS, TX 75244-0000

**Remit To:**
**John R. Ames, CTA**
**P O Box 139066**
**Dallas, Texas 75313-9066**

v15.1.83

**App. 004**



# IMPORTANT INFORMATION & TAXPAYER RESPONSIBILITIES

*The following information is provided to better assist our taxpayers.*

Taxes for the current year (2022) are due and payable in full on October 1, and are delinquent if not paid on or before January 31.  State law requires that penalty and interest be charged on taxes paid after January 31. Penalty and interest to be added for delinquent payments are as follows, additional 12% interest per annum thereafter.

## Delinquent Penalty and Interest Schedule

| February | 7% | May | 13% | August | 19% | November | 22% |
|----------|-----|------|------|-----------|------|----------|------|
| March | 9% | June | 15% | September | 20% | December | 23% |
| April | 11% | July | 18% | October | 21% | January | 24% |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD,  YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

Taxpayers with an over 65 or disabled exemption qualify for an installment payment plan on their residence homestead.  Please contact the Customer Care Center prior to January 31 for details at 214-653-7811.

---

### Dallas County Tax Office
Customer Care Center
**214-653-7811**

Questions regarding:
- Tax amounts
- Due dates
- Tax Rates
- Statements

**Make checks payable John R. Ames, CTA,
and remit to: Tax Assessor/Collector
P O Box 139066
Dallas, TX  75313-9066**

Pay taxes, print statements and payment information at:

**www.dallascounty.org/tax**



**Pay by echeck at no additional cost**



**JP Morgan Chase Bank convenience fees are
applicable on Credit/Debit transactions**

**Pay by Phone 877-253-0150**

---

- The Tax Assessor/Collector **does not** have legal authority to **forgive or waive** any **penalty or interest charges**.
- Delinquent **Real Property** taxes not paid prior to **July 1** are subject to an additional penalty, up to 20%, as provided under section 33.07 of the Texas Property Tax Code.
- Delinquent **Business Personal Property** taxes not paid prior to **April 1** are subject to an additional penalty, up to 20%, as provided under section 33.11 of the Texas Property Tax Code.
- Payments by mail are credited according to the **U.S. Postmark (not meters)**.  Those bearing postmarks past deadlines will incur full penalty and interest charges.
- Payments made by mail on (or shortly before) January 31 could delay the processing of your payment.
- If you receive a tax statement that should be paid by your mortgage company, contact your Mortgage Company immediately.
- Failure to receive a tax statement does not relieve the property owner of the tax, penalty or interest liability.  If you did not receive a statement for each piece of property you own - **NOW** is the time to inquire about your other statements.
- Property taxes in Texas are assessed at 100% of market value by the appraisal district as of January 1 of each year and cover a period of one year from that date (January - December).
- A $30 fee is added to returned items.
- Partial payments are accepted.

---

### Appraisal Districts

**Questions regarding:**
- Address Corrections
- Exemptions (free of charge)
- Incorrect City or School District
- Ownership (if you don't own)
- Property Descriptions
- Value

Appraisal Districts are separate local agencies and are not part of County Government or the Dallas County Tax Office.

| Name: | Online: | Phone: |
|-------|---------|--------|
| Dallas Central Appraisal District | www.dallascad.org | 214-631-0910 |
| Collin Central Appraisal District | www.collincad.org | 469-742-9200 or 866-467-1110 |
| Denton Central Appraisal District | www.dentoncad.com | 940-349-3800 |
| Ellis Appraisal District | www.elliscad.org | 972-937-3552 or 866-348-3552 |
| Kaufman Central Appraisal District | www.kaufman-cad.org | 972-932-6081 |
| Rockwall Central Appraisal District | www.rockwallcad.com | 972-771-2034 |
| Tarrant Appraisal District | www.tad.org | 817-284-0024 |

**App. 005**