# EXHIBIT A

| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

## <u>NOTICE OF LIS PENDENS</u>

**NOTICE IS HEREBY GIVEN** that in the United States District Court for the Northern District Court of Texas, Dallas Division, Cause No. 3:22-CV-2118-X, styled:

**SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. TIMOTHY LYNCH BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (a/k/a MICHAEL FU), STEPHEN T. WALL Defendants, and DJD LAND PARTNERS, LLC LDG001, LLC, Relief Defendants.**

### <u>NATURE OF THE PROCEEDING:</u>

In the above-styled civil enforcement action brought by the SEC, a receiver was appointed on October 18, 2022, by the district court judge (Starr, J.) at the request of the SEC to take control of any entity directly or indirectly controlled by Timothy Barton. SF Rock Creek LLC is one such entity. The residential property located at 4107 Rock Creek Drive is titled in the name of SF Rock Creek LLC, which is a special purpose entity that exists for the purpose of holding title to this residence. The court-appointed receiver has expressed an intent to sell the property under the auspices of his receivership authority and despite the opposition of Mr. Barton. Mr. Barton is currently in the process of appealing the district court's appointment of the receiver and has also sought other affirmative relief in the form of staying the receivership in its entirety during the pendency of his appeal. By these efforts, Mr. Barton is claiming that a receiver should not have been given control or authority over SF Rock Creek LLC or the residential property held thereunder, and that the appointment of a receiver with the purported power to sell the property should be overturned. Copies of Mr. Barton's Notice of Appeal and Motion for Stay Pending Appeal are attached.

### <u>LEGAL DESCRIPTION:</u>

Lot 32, Block 2, TURTLE CREEK PARK, an Addition to the City of Dallas, Dallas County, Texas, according to the Map or Plat thereof, recorded in Volume 4, Page 83, Map Records of Dallas County, Texas.

Property Address: 4107 Rock Creek Dr., Dallas, Texas, 75204

SIGNED this the __1__ day of December, 2022.

_____
~~Timothy~~ L. Barton

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this, the __1st__ day of December, 2022.  By Timothy L. Barton aa

_____
Notary Public in and for
The State of Texas

My Commission Expires:  10-20-2024



CLAYTON STAFFORD BETHMANN
Notary Public
STATE OF TEXAS
ID# 13087087-8
My Comm. Exp. Oct. 20, 2024

**Dallas County**
**John F. Warren**
**Dallas County Clerk**

*VG-364-2022-202200306143*

---

### Instrument Number:  202200306143

### Real Property Recordings

Recorded On: December 01, 2022 02:01 PM                    Number of Pages: 31

---

**" Examined and Charged as Follows: "**

Total Recording: $142.00

---

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                        **Record and Return To:**

Document Number:    202200306143                            SPECIAL DELIVERY

Receipt Number:     20221201000684                          5470 LBJ FRWY STE 100

Recorded Date/Time: December 01, 2022 02:01 PM

User:               Kaylee V                                DALLAS TX 75240

Station:            CC47

---



**STATE OF TEXAS**
**Dallas County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time**
**printed hereon, and was duly recorded in the Official Records of Dallas County, Texas**

John F. Warren
Dallas County Clerk
Dallas County, TX