**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § | |

**ORDER**

Before the Court is the Receiver's Verified and Emergency Motion to Declare Lis Pendens Void.  Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

The Court therefore **DECLARES** that the Lis Pendens filed on December 1, 2022 in the real property records of Dallas County by Defendant Timothy Barton on the Rock Creek Property is **VOID**.

1

Additionally, because the Receiver was forced to expend not less than $1,200 in preparing his Motion and because Barton's conduct violates the Order Appointing Receiver, the Court **ORDERS** Barton to pay the Receiver $1,200 in compensatory sanctions, within three days from the date of this Order.

**SO ORDERED**, this _____ day of December, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE