IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § | |

**RECEIVER'S VERIFIED NOTICE
OF PUBLICATION REGARDING SALE OF ROCK CREEK PROPERTY**

Cortney C. Thomas, as the Court-appointed Receiver, respectfully provides notice to the

Court and parties regarding the hearing set for Receiver's Motion for Appointment of Appraisers,

Approval of Appraisals of Rock Creek Property, and Setting a Hearing Regarding Approval of

Sale of Rock Creek Property [Dkt. 76] (the "Motion") as follows:

On November 16, 2022, the Court entered the Order Governing the Administration of the Receivership ("Administrative Order")[1] which also established procedures in conformity with 28 U.S.C. § 2001 for sales of real property.

In a Supplemental Order, the Court concluded that SF Rock Creek, LLC is a "Receivership Entity."[2]

Pursuant to the Receivership Order and in accordance with 28 U.S.C. C 2001 and the Order Governing Administration of the Receivership [Dkt. 63], the Receiver listed 4107 Rock Creek Drive, Dallas, Texas 75204 (the "Property") for sale through Dan Rhodes of The Rhodes Group at Compass.  (In the initial days of his appointment, the Receiver discovered that Defendant Barton, through SF Rock Creek, had also entered a listing agreement on October 17, 2022 related to the Property).[3]

On December 2, 2022, the Receiver filed the Motion seeking a hearing to consider approval of the sale of the Property.[4]

On December 5, 2022, the Court requested expedited briefing on the Receiver's Motion and set a hearing for December 19, 2022 at 10:00 a.m. (the "Order") to consider the sale.[5]

As required by the Order and pursuant to 28 U.S.C. § 2001(b), a Notice of Hearing regarding the Court's consideration of the sale of the Property was published more than ten days prior to the hearing.  Publication of the notice ran in print on December 8, 2022 and December 11,

---

[1] Docket No. 63.

[2] Docket No. 62.

[3] Declaration of Cort Thomas included in the Appendix supporting the Motion to Appoint Appraisers, etc., Dkt. 77 at pp. 1-3.

[4] Docket No. 76.

[5] Docket No. 78.

2022 in the *Dallas Morning News*, and online at www.dallasnews.com from December 8 to the present. A copy of the Notice of the Publication is attached as **Exhibit A**.

Although the Notice included a solicitation for competing offers and contact information for the Receiver, no competing offers have been received as of the time of this filing.

Respectfully submitted,

**BROWN FOX PLLC**

By: */s/ Cortney C. Thomas*
    Cortney C. Thomas
     Texas Bar No. 24075153
     cort@brownfoxlaw.com
    8111 Preston Road, Suite 300
    Dallas, TX  75225
    Tel. 214.327.5000
    Fax. 214.327.5001

**RECEIVER**

## VERIFICATION

My name is Cortney C. Thomas. I am over the age of 18 and am fully competent to make this verification. I declare under penalty of perjury that the facts stated above are within my personal knowledge and are true and correct.

*/s/ Cortney C. Thomas*
Cortney C. Thomas

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.