**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | **C.A. No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON, et al.** | § § | |
| *Defendants*. | § | |

**APPENDIX IN SUPPORT OF RECEIVER'S VERIFIED NOTICE OF PUBLICATION**
**REGARDING SALE OF ROCK CREEK PROPERTY**

Respectfully submitted,

**BROWN FOX PLLC**

By: _/s/ Cortney C. Thomas_
    Cortney C. Thomas
     Texas Bar No. 24075153
     cort@brownfoxlaw.com
    8111 Preston Road, Suite 300
    Dallas, TX  75225
    Tel. 214.327.5000
    Fax. 214.327.5001

**RECEIVER**

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

1

2

| EXHIBIT | DESCRIPTION | APP PAGES |
|---|---|---|
| A | Notice of Publication | APP000001-2 |

# EXHIBIT A

APP000001

Remit Payments (with Acct Number) to:
**Medium Giant, P.O. BOX 660040, DALLAS, TX 75266-0040**

**medium giant** A MEDIA + MARKETING COMPANY

## Order Confirmation / Invoice

| | | | |
|---|---|---|---|
| **Customer:** | BROWN FOX LAW | **Customer Account:** | 100287200 |
| **Ad Order #:** | 0001839167 | **PO Number:** | |
| **Sales Rep:** | Max (Mert) Tezkol | **Order Taker:** | Max (Mert) Tezkol |

| | | | | | |
|---|---|---|---|---|---|
| **Net Amount:** | $336.00 | **Tax Amount:** | $0.00 | **Total Amount:** | $336.00 |
| **Payment Method:** | | **Payment Amount:** | $336.00 | **Amount Due:** | $0.00 |

**Ad Order #:**   0001839167

**Ad Number:**   0001839167-01

**Color:**                                                          **Ad Size:**   2 X 22.00 Li

### Ad Content

> *Notice of Sale and Hearing – 4107 Rock Creek Dr.*
>
> Cort Thomas, as the court-appointed Receiver of the assets of several entities controlled by Timothy Barton, including SF Rock Creek, LLC hereby gives notice that on December 19, 2022 at 10 a.m., the United States District Court for the Northern District of Texas will consider sale of 4107 Rock Creek Dr., Dallas, Texas 75204 for $1,400,000.  The hearing will be conducted in-person at the United States District Courthouse, Courtroom 1525, 1100 Commerce St., Dallas, TX 75242-1310.  Bona fide offers which exceed the sale amount by at least 10% may be sent to the Receiver prior to the hearing by fax at 214-327-5001. For more
>
> information or for details for participating in the hearing, contact the Receiver at 214-327-5001.

| **Run Dates** | | | | **Product** | **Placement/Classification - Position** |
|---|---|---|---|---|---|
| Publish Date: | 12/08/2022 | Stop Date: | 12/11/2022 | Dallas Morning News | Legals Bids Notices - LN Legal Notices |
| Publish Date: | 12/08/2022 | Stop Date: | 12/08/2022 | DallasNews.com | Legals Bids Notices - LN Legal Notices |

APP000002