## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiff*, | § § | Civil Action No. 3:22-cv-2118-X |
| v. | § § § | |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (a/k/a MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| *Defendants*, | § § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § | |

## NOTICE OF APPEARANCE

### TO THE HONORABLE UNITED STATES DISTRICT JUDGE BRANTLEY STARR:

PLEASE TAKE NOTICE that Eliot Shavin, Corinna Chandler, and Daniel Alexander of

the law firm CHANDLER & SHAVIN, PLLC file this Notice of Appearance as counsel for non-

party Dhiraj "David" Ramolia in the above-styled and numbered action. Ramolia is interested in

the Receivership entities and properties due to the final judgment that he received in *Ramolia v.*

*JMJ Development, LLC*, No. DC-19-11030

NOTICE OF APPEARANCE                                                                1

(191st Dist. Ct., Dallas County, Tex. Aug. 18, 2021), awarding him $3,588,637.50 from Timothy

Barton, $3,588,637.50 from JMJ Development, LLC, and $70,491.82 jointly and severally from

Barton and JMJ for attorneys' fees and court costs.

Please direct all correspondence and other communications to the address below:

Eliot Shavin
CHANDLER & SHAVIN, PLLC
12377 Merit Drive, Suite 880
Dallas, Texas 75251
214-522-2010 (tel)
shavin@chandlershavin.com

Respectfully submitted,

CHANDLER & SHAVIN, PLLC
12377 Merit Drive, Suite 880
Dallas, Texas 75251

By: /s/ Eliot Shavin
Eliot Shavin
Texas Bar No. 18138200
214-522-2010 (tel)
shavin@chandlershavin.com

Corinna Chandler
Texas Bar No. 24061272
972-863-9063 (tel)
972-692-5220 (fax)
chandler@chandlershavin.com

**ATTORNEYS FOR NON-PARTY
DHIRAJ "DAVID" RAMOLIA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record via the Court's ecf system on this the 20th day of December, 2022.

*/s/ Eliot Shavin*
Eliot Shavin

NOTICE OF APPEARANCE                                                                                         2