IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| **v.** | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § | |
| CARNEGIE DEVELOPMENT, LLC | § | **Jury Trial Demanded** |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § | |
| | § | |
| *Defendants,* | § | |
| | § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § | |
| | § | |
| *Relief Defendants.* | § | |

**APPENDIX IN SUPPORT OF DEFENDANT TIMOTHY BARTON'S
RESPONSE TO VERIFIED MOTION TO RATIFY AGREEMENT WITH
<u>DLP CAPITAL AND OTHER DLP ENTITIES</u>**

Defendant Timothy L. Barton files this Appendix in Support of his Response in opposition

to the Receiver's Verified Motion To Ratify Agreement With DLP Capital and Other DLP Entities

[ECF No. 95].  The Appendix has been consecutively paginated App. 001 –App. 027 as follows:

| APPENDIX PAGE | DOCUMENT |
|---|---|
| App. 004 – 014 | Memorandum of Agreement (Marine Creek), dated December 31, 2021 |

**RESPONSE APPENDIX – Page 1**

**App. 001**

| APPENDIX PAGE | DOCUMENT |
|---|---|
| App. 015 – 024 | Memorandum of Agreement (Orchard Farms Village), dated December 31, 2021 |
| App. 025 – 027 | Max Barton Declaration, dated December 20, 2022 |

Dated: December 20, 2022

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 *(Admitted to NDTX)*
medney@huntonak.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 (*admitted pro hac vice*)
mdingman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

Ted A. Huffman
State Bar No. 24089015
thuffman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

– and –

Richard Roper
State Bar No. 17233700
richard.roper@hklaw.com
Javan Porter
State Bar No. 24116912
javan.porter@hklaw.com
**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1345
Facsimile: (214) 999-9252

**RESPONSE APPENDIX – Page 2**

**App. 002**

**COUNSEL FOR TIMOTHY LYNCH BARTON**

## <u>CERTIFICATE OF SERVICE</u>

On December 20, 2022 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

<u>/s/ *Michael J. Edney*</u>
Michael J. Edney

---

**RESPONSE APPENDIX – Page 3**

**App. 003**



I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit: https://tarrant.tx.publicsearch.us/verifycert/BdPKRcB2



Page 1 of 11
**Mary Louise Nicholson**
**Tarrant County Clerk**

*Mary Louise Nicholson*

Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222022238    01/25/2022 02:36 PM    Page: 1 of 11    Fee: $59.00    Submitter: Fidelity Title - NCS (Dallas) - 03071
Electronically Recorded by Tarrant County Clerk in Official Public Records    *Mary Louise Nicholson*
MARY LOUISE NICHOLSON
COUNTY CLERK

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

THE STATE OF **TEXAS**              §
                                   §       KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF **TARRANT**              §

GF#5713001730 AL

## MEMORANDUM OF AGREEMENT
### (Marine Creek)

THIS MEMORANDUM OF AGREEMENT (this "**Memorandum**") is made and entered into effective as of ~~January~~ December 31, 2021 ~~2022~~ to provide record notice of a certain Participation Agreement made the 31st day of ~~January, 2022 by~~ December 20, 2021 and between **MARINE CREEK SP LLC,** a Texas limited liability company ("Participant"), and **MARINE CREEK VENTURES LLC,** a Delaware limited liability company ("Owner") (collectively referred to as the "Parties") respecting that certain tract of land containing approximately **40.20 acres,** more or less, located in Tarrant County, Texas, generally located **at the intersection of Loop 820 and Huffines Boulevard, City of Fort Worth, County of Tarrant, State of Texas,** and depicted in **Exhibit A** attached hereto, and depicted in **Exhibit A** attached hereto (the "*Property*") (the "**Agreement**"), certain provisions of which include the following:

*The Property is currently planned to be development in three (3) phases, to include one or more multifamily residential communities and related infrastructure and amenities (the foregoing and related activities upon the Land, referred to herein as the "Development Project", or at times simply, the "Project").*

*Owner's acquisition and development of the Project would not be possible but for the sale of the Land and assignment of associated development rights identified in the Purchase and Sale Agreement as the Property, from Participant's related entity, as Seller, to Owner, as the Purchaser, upon the terms and provisions set forth therein. In further consideration thereof, and expressly irrespective of any "entirety" or other provision contained in the Purchase and Sale Agreement, the parties hereto, expressly covenant and agree to the terms and provisions of this Participation Agreement, to among other things, expressly provide for the Participation Fee (as defined herein) to be paid by the Owner.*

*Consistent therewith, Owner has agreed to grant to Participant a right to participate in the Achieved Increased Value (as defined herein) during the course of the initial development of the Project, and or arising from any near-term sale or condemnation of all or any portion of the Property, and to pay an additional separate earned fee, all as more particularly set forth herein.*

**MEMORANDUM OF AGREEMENT**    Page 1

**App. 004**



I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit: https://tarrant.tx.publicsearch.us/verifycert/BdPKRcB2



Page 2 of 11

**Mary Louise Nicholson**
**Tarrant County Clerk**

Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222022238                                                    **Page 2 of 11**

**Notice.** For purposes of notice, the addresses of the parties shall, until changed, be as follows:

If to Owner:

> MARINE CREEK VENTURES LLC
> Attn: Barry W. DeGroot
> 405 Golfway W Drive
> St. Augustine, FL 32095
> Tel: (904) 342-6880
> Email: barry@dlpre.com

If to Participant:

> MARINE CREEK SP LLC
> 13901 Midway Rd, Suite 102-243
> Dallas, Texas 75244
> Attn: Tim Barton, President
> Email: tbarton@jmjdevelopment.com;

> With a copy to:
> Vance McMurry
> McMurry Law, PLLC
> 508 W. Lookout Suite 14-74
> Richardson, Texas 75080
> Email: vance@mcmurrylegal.com; and

> The Marx Firm, LLC
> 2999 Turtle Creek Blvd.
> Dallas, Texas 75219
> Attention: Randy P. Marx, Esq.
> Telephone No.: 214/360-9343
> Telephone No.: 214/405-5120 Cell
> E-Mail Address: randy@themarxfirm.com

**MEMORANDUM OF AGREEMENT**   Page 2

**App. 005**



I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit: https://tarrant.tx.publicsearch.us/verifycert/BdPKRcB2



Page 3 of 11

**Mary Louise Nicholson**
**Tarrant County Clerk**

Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222022238

Page 3 of 11

**Purpose of Memorandum**. This Memorandum is entered into for the purpose of giving public notice of the existence of the Participation Agreement. This Memorandum shall bind and benefit, as the case may require, the heirs, legal representatives, assigns and successors of the respective parties, and all covenants, conditions, restrictions, easements and agreements contained herein shall be construed as covenants running with the land throughout the term of the Participation Agreement, but not beyond.

**MEMORANDUM**: All the obligations and rights of Parties are set forth in the Participation Agreement. This document is a memorandum of the Participation Agreement and is subject to all the terms, conditions and provisions of the Participation Agreement. In the event of any inconsistency between the terms of the Participation Agreement and this document, the terms of the Participation Agreement will prevail. This Memorandum is binding upon and will inure to the benefit of the heirs, successors, assigns, executors and administrators of the parties.

### EXECUTED AS OF THE DATE FIRST ABOVE WRITTEN:

### OWNER

**MARINE CREEK VENTURES LLC,**
a Delaware limited liability company

By: _____
Name: Barry W. DeGroot
Title: Vice President
Signed the __7__ day of January, 2022

### ACKNOWLEDGMENT

**STATE OF FLORIDA**

**COUNTY OF ST. JOHNS**

This instrument was acknowledged before me ⊠ by means of physical presence by Barry W. DeGroot, Vice President of MARINE CREEK VENTURES LLC, a Delaware limited liability company, for and on behalf of such limited liability company, on this the __7th__ day of January, 2022, to certify which witness my hand and seal of office.

CASSANDRA ALEXANDER
Notary Public-State of Florida
Commission # HH 194015
My Commission Expires
November 02, 2025

_____
Notary Public in the State of Florida

**MEMORANDUM OF AGREEMENT**     Page 3

**App. 006**



I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit: https://tarrant.tx.publicsearch.us/verifycert/BdPKRcB2



Page 4 of 11

**Mary Louise Nicholson**
**Tarrant County Clerk**

Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222022238                                                          **Page 4 of 11**

### PARTICIPANT

**MARINE CREEK SP LLC**
A Texas limited liability company

By:

Name: Tim Barton

Title: President

Signed the ___ day of January, 2022.

**STATE OF TEXAS**

**COUNTY OF DALLAS**

The foregoing instrument was acknowledged before me this __7__ day of January, 2022, by Tim Barton _____, in his capacity of as President of **MARINE CREEK SP LLC**, a Texas limited liability company for and on behalf of such limited liability company. Witness my hand and seal of office.

Notary Public in the State of Texas

Bella D Khusal
My Commission Expires
09/24/2022
ID No. 131734480

**MEMORANDUM OF AGREEMENT**     Page 4

**App. 007**



I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit:
https://tarrant.tx.publicsearch.us/verifycert/BdPKRcB2



Page 5 of 11

**Mary Louise Nicholson**
**Tarrant County Clerk**

Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222022238                                                        **Page 5 of 11**

**AFTER RECORDATION RETURN TO:**
MARINE CREEK SP LLC
13901 Midway Rd, Suite 102-243
Dallas, Texas 75244
Attn: Tim Barton, President
Email: tbarton@jmjdevelopment.com;

Exhibits:
A        Property legal description

**MEMORANDUM OF AGREEMENT**      Page 5

**App. 008**



I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit: https://tarrant.tx.publicsearch.us/verifycert/BdPKRcB2

Page 6 of 11
**Mary Louise Nicholson**
**Tarrant County Clerk**

Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222022238                                                     **Page 6 of 11**

**EXHIBIT "A"**

**Land description**

**(as per the attached)**

<u>**MEMORANDUM OF AGREEMENT**</u>     Page 6

**App. 009**

I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit:
https://tarrant.tx.publicsearch.us/verifycert/BdPKRcB2

Page 7 of 11

**Mary Louise Nicholson**
**Tarrant County Clerk**

Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00



D222022238                                                      Page 7 of 11

## Exhibit A
### Legal description of land:
### (Marine Creek)

**TRACTS 1 & 2:**

Being a tract of land situated in the L.H. Brown Survey, Abstract No. 213 and the T. & P.R.R.CO. Survey, Abstract No. 1472, in the City of Fort Worth, Tarrant County, Texas, being all of Lots 2 & 3, Block 3 of MARINE CREEK APARTMENTS, an Addition to the City of Fort Worth, Tarrant County, Texas, according to the plat recorded in Cabinet A, Slide 8820, Deed Records, Tarrant County, Texas, and being that same tracts of land conveyed to Marine Creek Land Partners, L.P. by Deed recorded in Instrument No. D212240140, Official Public Records, Tarrant County, Texas, and being more particularly described by metes and bounds as follows:

Beginning at a 5/8 inch iron rod found for corner in the North line of Shadydell Drive (a 60' right-of-way), said point being the Southeast corner of Lot 1R, Block 3 of Marine Creek Apartments, an Addition to the City of Fort Worth, Tarrant County, Texas, according to the plat recorded in Cabinet A, Slide 8912, Map Records, Tarrant County, Texas;

Thence North 27 degrees 41 minutes 29 seconds West along the East line of said Lot 1R, Block 3, a distance of 950.88 feet to a 5/8 inch iron rod found for corner, said point being the Northeast corner of said Lot 1R, Block 3, and being in the South line of a tract of land conveyed to the City of Fort Worth by Deed recorded in Volume 7226, Page 721, Deed Records, Tarrant County, Texas;

Thence traversing along the exterior line of said City of Fort Worth tract as follows:

South 88 degrees 00 minutes 01 seconds East, a distance of 110.13 feet to a 5/8 inch iron rod found for corner;

North 86 degrees 00 minutes 56 seconds East, a distance of 866.87 feet to a 1/2 inch iron rod with a yellow cap stamped "TXHS" set for corner;

North 80 degrees 57 minutes 49 seconds East, a distance of 320.54 feet to a 5/8 inch iron rod found for corner;

South 75 degrees 41 minutes 36 seconds East, a distance of 330.06 feet to a 5/8 inch iron rod found for corner;

North 61 degrees 12 minutes 35 seconds East, a distance of 247.16 feet to a 5/8 inch iron rod found for corner;

North 73 degrees 24 minutes 41 seconds East, a distance of 149.78 feet to a 1/2 inch iron rod found for corner;

App. 010

I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit:
https://tarrant.tx.publicsearch.us/verifycert/BdPKRcB2

Page 8 of 11

**Mary Louise Nicholson**
**Tarrant County Clerk**



Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222022238                                              Page 8 of 11

South 32 degrees 31 minutes 58 seconds East, a distance of 210.60 feet to a 1/2 inch iron rod found for corner;

South 29 degrees 45 minutes 46 seconds West, a distance of 180.02 feet to a 1/2 inch iron rod found for corner;

South 83 degrees 07 minutes 55 seconds West, a distance of 99.67 feet to a 1/2 inch iron rod found for corner;

South 53 degrees 19 minutes 33 seconds West, a distance of 145.03 feet to a 1/2 inch iron rod found for corner;

South 38 degrees 18 minutes 42 seconds West, a distance of 364.19 feet to a 1/2 inch iron rod found for corner;

South 20 degrees 36 minutes 52 seconds West, a distance of 298.09 feet to a 1/2 inch iron rod found for corner;

North 79 degrees 37 minutes 24 seconds West, a distance of 388.02 feet to a 1/2 inch iron rod with a yellow cap stamped "TXHS" set for corner;

North 68 degrees 07 minutes 25 seconds West, a distance of 241.24 feet to a 5/8 inch iron rod found for corner, said point being in the Southeast line of aforementioned Shadydell Drive;

Thence North 49 degrees 05 minutes 44 seconds East along the Southeast line of said Shadydell Drive, a distance of 204.71 feet to a 5/8 inch iron rod found for corner, said point being in a curve to the left having a radius of 50.00 feet, a delta of 286 degrees 15 minutes 37 seconds and a chord bearing North 40 degrees 54 minutes 49 seconds West, a distance of 60.00 feet;

Thence along said curve to the left and Shadydell Drive, an arc length of 249.81 feet to a 5/8 inch iron rod found for corner;

Thence South 49 degrees 05 minutes 44 seconds West along the Northwest line of said Shadydell Drive, a distance of 412.80 feet to a 1/2 inch iron rod with a yellow cap stamped "TXHS" set for corner, said point being in a curve to the left having a radius of 425.00 feet, a delta of 31 degrees 12 minutes 25 seconds, a chord bearing South 63 degrees 52 minutes 40 seconds West, a distance of 228.63 feet;

Thence in a Southwestern direction along the Northwest line of said Shadydell Drive and curve to the left, an arc distance of 231.48 feet to the Point of Beginning and containing a total of 1,238,758 square feet or 28.4380 acres of land.

NOTE: COMPANY DOES NOT REPRESENT THAT THE ABOVE ACREAGE AND/OR SQUARE FOOTAGE CALCULATIONS ARE CORRECT.

**App. 011**

I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit:
https://tarrant.tx.publicsearch.us/verifycert/BdPKRcB2

Page 9 of 11

**Mary Louise Nicholson**
**Tarrant County Clerk**



Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222022238                                                                                      Page 9 of 11

**TRACT 3:**

Being a tract of land situated in the S.A. Hatcher Survey, Abstract No. 1792, in the City of Fort Worth, Tarrant County, Texas, being all of Lot 1, Block 2 of MARINE CREEK APARTMENTS, an Addition to the City of Fort Worth, Tarrant County, Texas, according to the plat recorded in <u>Cabinet A, Slide 8820</u>, Deed Records, Tarrant County, Texas, and being that same tract of land conveyed to Marine Creek Land Partners, L.P. by Deed recorded in Instrument No. <u>D212240140</u>, Official Public Records, Tarrant County, Texas, and being more particularly described by metes and bounds as follows:

Beginning at an "X" found for corner in the intersection of the North line of Shadydell Drive (a 60' right-of-way) and the East line of Huffines Boulevard (an 84' right-of-way), said point being in a curve to the left having a radius of 1992.00 feet, a delta of 05 degrees 38 minutes 38 seconds and a chord bearing North 24 degrees 51 minutes 49 seconds West, a distance of 196.14 feet;

Thence in a Northwestern direction along the East line of said Huffines Boulevard and curve to the left, an arc distance of 196.22 feet to an "X" found for corner;

Thence North 27 degrees 41 minutes 29 seconds West continuing along the East line of said Huffines Boulevard, a distance of 359.66 feet to an "X" found for corner in the intersection of the East line of said Huffines Boulevard and the South line of Shadydell Drive (a 60' right-of-way);

Thence North 62 degrees 18 minutes 52 seconds East along the South line of said Shadydell Drive, a distance of 50.00 feet to a 1/2 inch iron rod with a yellow cap stamped "TXHS" set for corner, said point being in a curve to the right having a radius of 430.00 feet, a delta of 39 degrees 05 minutes 49 seconds and a chord bearing North 81 degrees 51 minutes 48 seconds East, a distance of 287.76 feet;

Thence in an Easterly direction along the South line of said Shadydell Drive and curve to the right, an arc distance of 293.42 feet to a 5/8 inch iron rod found for corner, said point being in a compound curve to the right having a radius of 485.00 feet, a delta of 30 degrees 28 minutes 27 seconds and a chord bearing North 85 degrees 43 minutes 27 seconds East, a distance of 254.93 feet;

Thence continuing in an Easterly direction along the South line of said Shadydell Drive and curve to the right, an arc distance of 257.96 feet to a 5/8 inch iron rod found for corner in the intersection of the South line of said Shadydell Drive and the West line of Shadydell Circle (a variable width right-of-way), said point being in a curve to the right having a radius of 425.00 feet, a delta of 89 degrees 03 minutes 04 seconds, a chord bearing South 24 degrees 04 minutes 09 seconds West, a distance of 596.04 feet;

Thence in a Southwesterly direction along the Western line of said Shadydell Circle, an arc distance of 660.55 feet to a 5/8 inch iron rod found for corner;

**App. 012**

Page 10 of 11

I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit: https://tarrant.tx.publicsearch.us/verifycert/BdPKRcB2

**Mary Louise Nicholson**
**Tarrant County Clerk**



Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222022238                                                                 Page 10 of 11

Thence South 68 degrees 47 minutes 56 seconds West continuing along the North line ofsaid Shadydell Circle, a distance of 96.50 feet to the Point of Beginning and containing 232,838 square feet or 5.3452 acres of land.

NOTE: COMPANY DOES NOT REPRESENT THAT THE ABOVE ACREAGE AND/OR SQUARE FOOTAGE CALCULATIONS ARE CORRECT.

TRACT 4:

Being a tract of land situated in the S.A. Hatcher Survey, Abstract No. 1792, in the City of Fort Worth, Tarrant County, Texas, being all of Lot 1, Block 1 of MARINE CREEK APARTMENTS, an Addition to the City of Fort Worth, Tarrant County, Texas, according tothe plat recorded in Cabinet A, Slide 8820, Deed Records, Tarrant County, Texas, and being that same tract of land conveyed to Marine Creek Land Partners, L.P. by Deed recorded in Instrument No. D212240140, Official Public Records, Tarrant County, Texas, and being more particularly described by metes and bounds as follows:

Beginning at an "X" set for corner in the East line of Huffines Boulevard (an 84' right-of-way), said point being the Northwest corner of a tract of land conveyed to H&M Mackey, LLC by Deed recorded in Volume 15932, Page 274, Deed Records, Tarrant County, Texas, and also being in a curve to the left having a radius of 1992.00 feet, a deltaof 08 degrees 12 minutes 02 seconds and a chord bearing North 16 degrees 12 minutes 56 seconds West, a distance of 284.87 feet;

Thence in a Northerly direction along the East line of said Huffines Boulevard and curve to the left, an arc distance of 285.11 feet to an "X" found for corner in the intersection of the East line of said Huffines Boulevard and the South line of Shadydell Circle (a variablewidth right-of-way);

Thence North 68 degrees 47 minutes 56 seconds East along the South line of said Shadydell Circle, a distance of 96.63 feet to a 5/8 inch iron rod found for corner, said pointbeing in a curve to the right having a radius of 485.00 feet, a delta of 73 degrees 41 minutes 32 seconds and a chord bearing North 31 degrees 50 minutes 59 seconds East, adistance of 581.68 feet;

Thence in a Northeasterly direction along the Southeast line of said Shadydell Circle andcurve to the right, an arc distance of 623.79 feet to a 1/2 inch iron rod with a yellow cap stamped "TXHS" set for corner;

Thence North 85 degrees 39 minutes 55 seconds East, a distance of 2.75 feet to a 1/2 inchiron rod with a yellow cap stamped "TXHS" set for corner in the West line of a tract of land conveyed to the City of Fort Worth by Deed recorded in Volume 7226, Page 721, Deed Records, Tarrant County, Texas;

Thence traversing along the exterior line of said City of Fort Worth tract as follows:

South 71 degrees 17 minutes 20 seconds East, a distance of 252.71 feet to a 1/2 inch ironrod with a yellow cap stamped "TXHS" set for corner;

**App. 013**

I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit: https://tarrant.tx.publicsearch.us/verifycert/BdPKRcB2



Page 11 of 11

**Mary Louise Nicholson**
**Tarrant County Clerk**

Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222022238                                                                 Page 11 of 11

South 53 degrees 55 minutes 24 seconds East, a distance of 230.95 feet to a 1/2 inch ironrod with a yellow cap stamped "TXHS" set for corner;

South 33 degrees 45 minutes 40 seconds East, a distance of 121.55 feet to a railroad spike found for corner, said point being the North corner of Lot 1, Block 1 of CrosspointChurch Addition, an Addition to the City of Fort Worth, according to map recorded in Instrument No. D214243867, Deed Records, Tarrant County, Texas;

Thence South 59 degrees 13 minutes 24 seconds West along the North line of said Lot 1, Block 1 and passing through the common Northwest corner of said Lot 1, Block 1 and theNortheast corner of aforementioned H&M Mackey, LLC, a total distance of 947.19 feet to the Point of Beginning and containing 292,114 square feet or 6.7060 acres of land.

NOTE: COMPANY DOES NOT REPRESENT THAT THE ABOVE ACREAGE AND/OR SQUARE FOOTAGE CALCULATIONS ARE CORRECT.

**App. 014**



I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit:
https://tarrant.tx.publicsearch.us/verifycert/338Nwftw



Page 1 of 10
**Mary Louise Nicholson**
**Tarrant County Clerk**

*Mary Louise Nicholson*

Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222061226     03/08/2022 02:11 PM     Page: 1 of 10     Fee: $55.00     Submitter: Fidelity Title - NCS (Dallas) - 03071
Electronically Recorded by Tarrant County Clerk in Official Public Records
MARY LOUISE NICHOLSON
COUNTY CLERK

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

| | | |
|---|---|---|
| THE STATE OF **TEXAS** | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF **TARRANT** | § | |

GF#5713001735AL

## MEMORANDUM OF AGREEMENT
### (Orchard Farms Village)

THIS MEMORANDUM OF AGREEMENT (this "**Memorandum**") is made and entered into effective as of December 31, 2021 to provide record notice of a certain Participation Agreement made the 31st day of December, 2021 by and between **ORCHARD FARMS VILLAGE, LLC,** a Texas limited liability company ("Participant"), and **ORCHARD FARMS VENTURES LLC,** a Florida limited liability company ("DLP", or "Owner") (collectively referred to as the "Parties") respecting that certain tract of land containing approximately 100.223 acres, more or less, located in Tarrant County, Texas, generally located **along Shelby Road, west of Rendon Road, City of Fort Worth, County of Tarrant, State of Texas,** and depicted in **Exhibit A1** attached hereto (the "*Land*") (the "**Agreement**"), certain provisions of which include the following:

*The Property is currently planned to be development in three (3) phases; Phase 1A with 222 single family lots, Phase 1B with 131 single family lots and Phase 3 with 304 single family lots (collectively the "Lot(s)"). The Parties intend to develop the Lots and construct single family homes as rental product or upon agreement of the Parties develop a portion of the Lots for sale. It is anticipated that following the Closing of the Purchase and Sale Agreement and continuing until issuance of a certificate of occupancy for the last single family residential home or the closing of a Lot for sale upon the Property that the Purchaser and or a special purpose entity wholly owned by the Purchaser (in such case, the "Owner SPE"), as Owner, will develop single family residential lots including common areas upon the Land in accordance with the current preliminary plat and shall further construct single family homes on each of such lots for the purpose of renting such homes (the foregoing and related activities upon the Land, referred to herein as the "Development Project", or at times simply, the "Project").*

*Owner's acquisition and development of the Project would not be possible but for the sale of the Land and assignment of associated development rights identified in the Purchase and Sale Agreement as the Property, from Participant, as Seller, to Owner, as the Purchaser, upon the terms and provisions set forth therein. In further consideration thereof, the parties hereto, expressly covenant and agree to provide for the Participation Fee (as defined herein) to be paid to the Participant by the Owner or the Owner SPE, whichever entity ultimately closes upon the Purchase and Sale Agreement and takes title to the Land in connection therewith.*

**MEMORANDUM OF AGREEMENT**     Page 1

**App. 015**



I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit: https://tarrant.tx.publicsearch.us/verifycert/338Nwftw



Page 2 of 10

**Mary Louise Nicholson**
**Tarrant County Clerk**

Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222061226                                                                    **Page 2 of 10**

*Consistent therewith, Owner has agreed to grant to Participant a right to participate in the Achieved Increased Value (as defined herein) during the course of the initial development of the Project, and or arising from any near-term sale or condemnation of all or any portion of the Property, all as more particularly set forth herein.*

**Notice.** For purposes of notice, the addresses of the parties shall, until changed, be as follows:

If to Owner:

    Orchard Farms Ventures LLC
    Attn: Barry W. DeGroot
    405 Golfway W Drive
    St. Augustine, FL 32095
    Tel: (904) 342-6880
    Email: barry@dlpre.com

If to Participant:

    Orchard Farms Village, LLC
    13901 Midway Rd, Suite 102-243
    Dallas, Texas 75244
    Attn: Tim Barton, President
    Email: tbarton@jmjdevelopment.com;

    With a copy to:
    Vance McMurry
    McMurry Law, PLLC
    508 W. Lookout Suite 14-74
    Richardson, Texas 75080
    Email: vance@mcmurrylegal.com; and

    The Marx Firm, LLC
    2999 Turtle Creek Blvd.
    Dallas, Texas 75219
    Attention: Randy P. Marx, Esq.
    Telephone No.: 214/360-9343
    Telephone No.: 214/405-5120 Cell
    E-Mail Address: randy@themarxfirm.com

**MEMORANDUM OF AGREEMENT**    Page 2

**App. 016**


I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit:
https://tarrant.tx.publicsearch.us/verifycert/338Nwftw



Page 3 of 10
**Mary Louise Nicholson**
**Tarrant County Clerk**

Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222061226    **Page 3 of 10**

 

 

**Purpose of Memorandum**.  This Memorandum is entered into for the purpose of giving public notice of the existence of the Participation Agreement.  This Memorandum shall bind and benefit, as the case may require, the heirs, legal representatives, assigns and successors of the respective parties, and all covenants, conditions, restrictions, easements and agreements contained herein shall be construed as covenants running with the land throughout the term of the Participation Agreement, but not beyond.

**MEMORANDUM**:  All the obligations and rights of Parties are set forth in the Participation Agreement.  This document is a memorandum of the Participation Agreement and is subject to all the terms, conditions and provisions of the Participation Agreement.  In the event of any inconsistency between the terms of the Participation Agreement and this document, the terms of the Participation Agreement will prevail.  This Memorandum is binding upon and will inure to the benefit of the heirs, successors, assigns, executors and administrators of the parties.

**EXECUTED AS OF THE DATE FIRST ABOVE WRITTEN:**

**OWNER**

**ORCHARD FARMS VENTURES LLC,**
a Florida limited liability company

_____
Name:  Barry W. DeGroot
Title: Vice President
Signed the _30_ day of December, 2021

**ACKNOWLEDGMENT**

**STATE OF FLORIDA**

**COUNTY OF ST. JOHNS**

This instrument was acknowledged before me by [X] means of physical presence by Barry W. DeGroot, personally known to me and Vice President of Orchard Farms Ventures LLC, a Florida limited liability company, for and on behalf of such limited liability company, on this the _30ᵗʰ_ day of December, 2021, to certify which witness my hand and seal of office.



CASSANDRA ALEXANDER
Notary Public-State of Florida
Commission # HH 194015
My Commission Expires
November 02, 2025

_____
Notary Public in the State of Florida

**MEMORANDUM OF AGREEMENT**    Page 3

**App. 017**

I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit:
https://tarrant.tx.publicsearch.us/verifycert/338Nwftw



Page 4 of 10

**Mary Louise Nicholson**
**Tarrant County Clerk**

Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222061226                                                      **Page 4 of 10**

**PARTICIPANT**

**ORCHARD FARMS VILLAGE, LLC**
A Texas limited liability company

By: _____

Name: _Tim  Barton_____

Title: _President_____

Signed the ___ day of December, 2021.

**STATE OF TEXAS**      '
                        '
**COUNTY OF DALLAS**     '

The foregoing instrument was acknowledged before me this _29_ day of December, 2021, by _Tim Barton_____, in his capacity of as _president_ of **ORCHARD FARMS VILLAGE, LLC**, a Texas limited liability company for and on behalf of such limited liability company.  Witness my hand and seal of office.

_____
Notary Public in the State of Texas

Bella D Khusal
My Commission Expires
09/24/2022
ID No  131734480

**MEMORANDUM OF AGREEMENT**    Page 4

**App. 018**



I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit: https://tarrant.tx.publicsearch.us/verifycert/338Nwftw



Page 5 of 10

**Mary Louise Nicholson**
**Tarrant County Clerk**

Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222061226                                                                 **Page 5 of 10**

**AFTER RECORDATION RETURN TO:**
Orchard Farms Village, LLC
13901 Midway Rd, Suite 102-243
Dallas, Texas 75244
Attn: Tim Barton, President
Email: tbarton@jmjdevelopment.com;

Exhibits:
A  Property legal description

**MEMORANDUM OF AGREEMENT**  Page 5

**App. 019**



I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit: https://tarrant.tx.publicsearch.us/verifycert/338Nwftw



Page 6 of 10

**Mary Louise Nicholson**
**Tarrant County Clerk**

Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222061226                                                                    **Page 6 of 10**

**EXHIBIT "A"**

**Land description**

**(as per the attached)**

**MEMORANDUM OF AGREEMENT**    Page 6

**App. 020**



I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit:
https://tarrant.tx.publicsearch.us/verifycert/338Nwftw



Page 7 of 10

**Mary Louise Nicholson**
**Tarrant County Clerk**

Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222061226    **Page 7 of 10**

<u>Exhibit A</u>
Legal Description of Land:
(Orchard Farms)

BEING a tract of land situated in Block 20 and Block 23 of the Shelby County School Land Survey, Abstract No. 1375, City of Fort Worth, Tarrant County, Texas, being a portion of that tract of land as described in deed to Wall 007, LLC, recorded in County Clerk's File No.D217259397, Official Public Records, Tarrant County, Texas (OPRTCT), and being more particularly described as follows:

BEGINNING at a mag nail with shiner stamped JPH LAND SURVEYING found in Rendon Road (R.O.W. varies) at the southeast corner of the final plat of Everman Junior High School #2 Addition, an addition to the City of Fort Worth, Tarrant County, Texas as recorded in County Clerk's File No. D209253723, OPRTCT and the most easterly northeast corner of said Wall 007 tract;

THENCE S 00 29'40" E, within said Rendon Road, along the east line of said Wall 007 tract, a distance of 866.90 feet to the southeast corner of the herein described tract of land, from which a 1/2" rebar capped found at the southeast corner of said Wall 007 tract bears S 00 29'40" E, 231.90 feet;

THENCE departing said Rendon Road, across said Wall 007 tract, as follows:

S 87 39'08" W, a distance of 54.11 feet to the beginning of a curve to the left, radial to said line;

Southeasterly, along said curve, having a radius of 1755.00 feet, a central angle of 01 37'57", an arc distance of 50.00 feet, and a chord that bears S 03 09'51" E, 50.00 feet to the end of said curve;

S 39 46'03" W, non-tangent to said curve, a distance of 21.58 feet;

S 83 4537" W, a distance of 110.25 feet to the beginning of a tangent curve to the left;

Southwesterly, along said curve, having a radius of 1205.00 feet, a central angle of 07 53'33", an arc distance of 165.99 feet, and a chord that bears S 79 48'50" W, 165.86 feet to the end of said curve;

S 75 52'03" W, tangent to said curve, a distance of 169.27 feet to the beginning of a tangent curve to the right;

Southwesterly, along said curve, having a radius of 1095.00 feet, a central angle of 13 33'42", an arc distance of 259.18 feet, and a chord that bears S 82 38'54" W, 258.58 feet to the end of said curve;

S 89 25'45" W, tangent to said curve, a distance of 286.15 feet;

N 45 34'15" W, a distance of 14.14 feet;

N 00 34'15" W, a distance of 115.00 feet;

N 44 25'45" E, a distance of 14.14 feet;

N 00 34'15" W, a distance of 50.00 feet;

N 45 34'15" W, a distance of 14.14 feet;

N 00 34'15" W, a distance of 215.00 feet;

N 44 25'45" E, a distance of 14.14 feet;

N 00 34'15" W, a distance of 60.00 feet;

**App. 021**



I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit: https://tarrant.tx.publicsearch.us/verifycert/338Nwftw



Page 8 of 10

**Mary Louise Nicholson**
**Tarrant County Clerk**

Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222061226    **Page 8 of 10**

N 45 34'15" W, a distance of 14.14 feet;

N 00 34'15" W, a distance of 205.00 feet;

N 44 25'45" E, a distance of 14.14 feet;

N 00 34'15" W, a distance of 50.00 feet;

N 45 34'15" W, a distance of 14.14 feet;

N 00 34'15" W, a distance of 200.00 feet;

N 44 25'45" E, a distance of 14.14 feet;

N 00 34'15" W, a distance of 50.00 feet;

N 45 34'15" W, a distance of 14.14 feet;

N 00 34'15" W, a distance of 118.00 feet;

S 89 25'45" W, a distance of 50.00 feet;

S 44 25'45" W, a distance of 14.14 feet;

S 89 25'45" W, a distance of 1015.66 feet;

N 50 24'28" W, a distance of 15.28 feet;

N 10 14'41" W, a distance of 75.27 feet;

S 79 45'19" W, a distance of 166.00 feet;

S 10 14'41" E, a distance of 724.61 feet;

S 39 35'32" W, a distance of 12.90 feet;

S 89 25'45" W, a distance of 81.44 feet;

N 50 24'28" W, a distance of 15.28 feet;

S 89 25'45" W, a distance of 50.72 feet;

S 39 35'32" W, a distance of 12.90 feet;

S 89 25'45" W, a distance of 83.47 feet;

N 50 24'28" W, a distance of 15.28 feet;

S 89 25'45" W, a distance of 16.23 feet;

S 39 35'32" W, a distance of 12.90 feet;

S 89 25'45" W, a distance of 83.47 feet;

N 50 24'28" W, a distance of 15.28 feet;

**App. 022**

I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit:
https://tarrant.tx.publicsearch.us/verifycert/338Nwftw

Page 9 of 10

**Mary Louise Nicholson**
**Tarrant County Clerk**



Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222061226                                                                 Page 9 of 10

S 89 25'45" W, a distance of 50.72 feet;

S 39 35'32" W, a distance of 12.90 feet;

S 89 25'45" W, a distance of 49.46 feet to the beginning of tangent curve to left;

Southwesterly, having a radius of 525.00 feet, a central angle of 03 41'01", an arc distance of 33.75 feet, and a chord that bears S 87 35'14" W, 33.75 feet to the end of said curve;

N 52 31'21" W, non-tangent to said curve, a distance of 14.80 feet;

S 83 46'44" W, a distance of 16.04 feet;

S 36 03'24" W, a distance of 13.82 feet to the beginning of a non-tangent curve to the left;

Southwesterly, along said curve, having a radius of 525.00 feet, a central angle of 02 03'25", an arc distance of 18.85 feet, and a chord that bears S 80 47'01" W, 18.85 feet to the end of said curve;

S 79 45'19" W, tangent to said curve, a distance of 63.17 feet;

N 55 14'41" W, a distance of 14.14 feet;

S 79 45'19" W, a distance of 50.00 feet;

S 34 45'19" W, a distance of 14.14 feet;

S 79 45'19" W, a distance of 111.00 feet to a point in the west line of said Wall 007 tract and the east line of Tract II as described in deed to Crimson Ridge Land Partners LLC, recorded in County Clerk's File No. D214109111, OPRTCT, from which a 5/8" rebar capped JACOBS found at the southwest corner of said Wall 007 tract and an angle point in the east line of said Crimson Ridge Land Partners Tract II bears S 10 14'41" E, 489.49 feet;

THENCE N 10 14'41" W, along the west line of said Wall 007 tract and the east line of said Crimson Ridge Land Partners Tract II and Tract I as described in deed to Crimson Ridge Land Partners LLC, recorded in County Clerk's File No. D214109111, OPRTCT, a distance of 1945.20 feet to a 1/2" rebar found at the northeast corner of said Crimson Ridge Land Partners Tract I and the southeast corner of a tract of land as described in deed to Lieven J. Van Riet, recorded in Volume 7229, Page 809, Deed Records, Tarrant County, Texas;

THENCE N 10 14'21" W, along the west line of said Wall 007 tract and the east line of said Riet tract, a distance of 189.63 feet (deeds 189.63 feet & 189.74 feet) to a 1/2" rebar found in the south line of Shelby Road (R.O.W. varies);

THENCE N 10 14'55" W, along the west line of said Wall 007 tract and within said Shelby Road, a distance of 30.53 feet to a 1" rebar found at the most westerly northwest corner of said Wall 007 tract;

THENCE within said Shelby Road, along the north line of said Wall 007 tract, as follows:

N 89 59'58" E, a distance of 101.56 feet to a 1" rebar found;

N 10 15'06" W, a distance of 28.88 feet to a point for corner;

N 89 28'44" E, a distance of 644.79 feet to a corner of said Wall 007 tract and the northwest corner of a tract of land as described in deed to Bean Electrical, Inc., recorded in County Clerk's File No. D21513149, OPRTCT;

**App. 023**

I do hereby certify that this is a true and correct copy of the original record now on file in the Official Public Records of Tarrant County, Texas.

To verify the authenticity of this copy, capture the QR code or visit:
https://tarrant.tx.publicsearch.us/verifycert/338Nwftw



Page 10 of 10

**Mary Louise Nicholson**
**Tarrant County Clerk**

Digitally signed by: Mary Louise Nicholson
Date: Dec 20, 2022 02:14 PM -06:00

D222061226                                                                 Page 10 of 10

THENCE S 00 38'25" E, departing said Shelby Road, along a reentrant line of said Wall 007 tract and the west line of said Bean Electrical tract, at a distance of 28.45 feet (deeds 28.45 & 28.38 feet) passing a 1" rebar found, continuing a total distance of 657.00 feet to a 1" steel pipe found at a reentrant corner of said Wall 007 tract and the southwest corner of said Bean Electrical tract;

THENCE N 89 3226" E, along a north line of said Wall 007 tract, the south line of said Bean Electrical tract, and the south line of a tract of land as described in deed to Michael E. Cleveland and Carolyn G. Cleveland, recorded in County Clerk's File No. D205045974, OPRTCT, a distance of 660.30 feet (deeds 660.30 feet 659.00 feet) to a 1" steel pipe found at a reentrant corner of said Wall 007 tract and the southeast corner of said Cleveland tract;

THENCE N 00 32'37" W, along a reentrant line of said Wall 007 tract and the east line of said Cleveland tract, at a distance of 641.10 feet passing a 1/2" rebar found continuing a total distance of 656.96 feet (deeds 656.96 feet & 657.00 feet) to a point for corner in said Shelby Road at a corner of said Wall 007 tract and the northeast corner of said Cleveland tract;

THENCE N 89 31'10" E, within said Shelby Road, along the north line of said Wall 007 tract, a distance of 403.83 feet to a point for corner at the most northerly northeast corner of said Wall 007 tract and the northwest corner of said Everman Junior High School #2 Addition, from which a mag nail with shiner stamped JPH LAND SURVEYING found at the northeast corner of said Addition bears N 89 31 '10" E, 1571.46 feet (plat 1571.58 feet), and a 5/8" rebar capped JACOBS found bears S 00 51'10" E, 15.77 feet;

THENCE departing said Shelby Road, along the line common to said Wall 007 tract and said Everman Junior High School #2 Addition, as follows:

S 00 31'03" E, at a called distance of 80.40 feet passing the south line of said Shelby Road and the northwest corner of Lot 1, Block 1 of said Everman Junior High School #2 Addition, continuing a total distance of 260.76 feet (deed 260.76 feet, plat 260.90 feet) to a 1/2" rebar capped JPH LAND SURVEYING found, from which a 5/8" rebar capped JACOBS found bears N 82 10' E, 0.25 feet;

S 45 30'57" E, a distance of 1809.96 feet (deed 1809.96 feet, plat 1810.00 feet) to a 1/2" rebar capped JPH LAND SURVEYING found, from which a 5/8" rebar capped JACOBS found bears N 67 50' E, 0.20 feet;

N 89 30'20" E, at a distance of 232.75 feet (deed 232.75 feet, plat 232.89 feet) passing a 1/2" rebar capped JPH LAND SURVEYING found at the southeast corner of said Lot 1, Block 1 and the west line of said Rendon Road, continuing a total distance of 291.04 feet (deed 291.04 feet, plat 291.06 feet) to the POINT OF BEGINNING and containing 4,365,425 square feet or 100.216 acres of land.

**App. 024**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON CARNEGIE DEVELOPMENT, LLC WALL007, LLC WALL009, LLC WALL010, LLC WALL011, LLC WALL012, LLC WALL016, LLC WALL017, LLC WALL018, LLC WALL019, LLC HAOQIANG FU (a/k/a MICHAEL FU) STEPHEN T. WALL | § § § § § § § § § § § § § § § | |
| Defendants, | § § | |
| DJD LAND PARTNERS, LLC LDG001, LLC | § § § | |
| Relief Defendants. | § | |

**DECLARATION OF MAXIMILIEN BARTON**

I, Maximilien Barton, submit this declaration in accordance with 28 U.S.C. § 1746, and am competent to testify to the matters stated herein:

1.     My name is Maximilien Barton. I was involved as a director of development on the Marine Creek and Orchard projects. I have personal knowledge of the facts stated herein, which are recounted below based on my recollection and understanding as to the underlying real estate projects.

2.     Phase One of the Marine Creek project involves construction of 225 units, in which my understanding is the transactional documents reflected a projected market value of

1

**App. 025**

approximately $67 million upon completion.

3.     A substantial majority of the initial development work on Phase One is completed, with the project currently under construction by a third-party company.

4.     The total value of the development, based on my recollection of the transactional documents, was estimated to be approximately $187 million, and the increased value provided by the development work on Phase One projected to be approximately $23 million.

5.     I understand that the Participation Agreement between Marine Creek SP LLC and Marine Creek Ventures LLC entitles Marine Creek SP LLC to compensation in the amount of 25% of the increased value to the project. Based on a calculation of 25% of the projected increased value, I understand that approximately $5,750,000 as Marine Creek SP LLC's Phase 1 interest. The completion of additional phases would result in additional payments, in addition to a 2.5% development fee and 3% construction management fee on total development costs.

6.     Phases 2 and 3 of the Marine Creek Project are of a similar size, with similar valuations, and would lead to similar compensation as Phase 1.

7.     In sum, the participation agreements alone would lead to approximately $20-23 million in compensation from the development of Marine Creek Phases 1-3. The development and construction management agreements would lead to millions more in compensation.

8.     Because the Orchard Farms project had similar terms as the Marine Creek property, and based on my general understanding of the Orchard Farms project, my understanding that the Orchard Farms development was contemplated to result in similar asset value and returns as for Marine Creek.

9.     I am aware of no justification for releasing these significant future payments for only $750,000. That would be a considered commercially unreasonable request and behavior in the hands of anyone experienced in commercial real estate development.

2

App. 026

10.    The business documents describing the project scope and valuations are at our offices seized by the Receiver and are also in the possession of DLP. If these documents were produced, I believe they would provide further documentary support for the compensation levels projected herein.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 20, 2022.

Maximilien Barton

3

**App. 027**