## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiff*, | § | Civil Action No. 3:22-cv-2118-X |
| | § | |
| v. | § § | |
| TIMOTHY BARTON, | § | |
| CARNEGIE DEVELOPMENT, LLC, | § | |
| WALL007, LLC, | § | |
| WALL009, LLC, | § | |
| WALL010, LLC, | § | |
| WALL011, LLC, | § | |
| WALL012, LLC, | § | |
| WALL016, LLC, | § | |
| WALL017, LLC, | § | |
| WALL018, LLC, | § | |
| WALL019, LLC, | § | |
| HAOQIANG FU (a/k/a MICHAEL FU), | § | |
| STEPHEN T. WALL, | § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and | § | |
| LDG001, LLC, | § § | |
| *Relief Defendants*. | § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE JUDGE BRANTLEY STARR:**

PLEASE TAKE NOTICE that Daniel Alexander of the law firm CHANDLER & SHAVIN, PLLC files this Notice of Appearance as counsel for non-party Dhiraj "David" Ramolia in the above-styled and numbered action. Ramolia is interested in the Receivership entities and properties due to the final judgment that Ramolia received in *Ramolia v. JMJ Development, LLC*, No. DC-

NOTICE OF APPEARANCE                                                                                               1

19-11030 (191st Dist. Ct., Dallas County, Tex. Aug. 18, 2021), awarding him $3,588,637.50 from

Timothy Barton, $3,588,637.50 from JMJ Development, LLC, and $70,491.82 jointly and

severally from Barton and JMJ for attorneys' fees and court costs.

Please direct all correspondence and other communications to the address below:

Daniel Alexander
CHANDLER & SHAVIN, PLLC
12377 Merit Drive, Suite 880
Dallas, Texas 75251
469-236-4503 (tel)
alexander@chandlershavin.com

Respectfully Submitted,

CHANDLER & SHAVIN, PLLC
12377 Merit Drive, Suite 880
Dallas, Texas 75251

By: /s/ Daniel Alexander
Texas Bar No. 24110752
469-236-4503 (tel)
alexander@chandlershavin.com

Eliot Shavin
Texas Bar No. 18138200
214-522-2010 (tel)
shavin@chandlershavin.com

Corinna Chandler
Texas Bar No. 24061272
972-863-9063 (tel)
972-692-5220 (fax)
chandler@chandlershavin.com

**ATTORNEYS FOR NON-PARTY
DHIRAJ "DAVID" RAMOLIA**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record via the Court's ecf system on this the 23rd day of December, 2022.

*/s/ Daniel Alexander*
Daniel Alexander