**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON CARNEGIE DEVELOPMENT, LLC WALL007, LLC WALL009, LLC WALL010, LLC WALL011, LLC WALL012, LLC WALL016, LLC WALL017, LLC WALL019, LLC HAOQIANG FU (a/k/a MICHAEL FU) STEPHEN T. WALL | § § § § § § § § § § § § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC LDG001, LLC | § § § | |
| *Relief Defendants.* | § | |

## ORDER

Before the Court is Defendant Timothy L. Barton's Motion for Stay Pending Appeal of Order Granting Receiver's Motion to Ratify Agreement with DLP Capital and Other DLP Entities. After consideration, the Motion is **GRANTED.**

It is therefore **ORDERED** that the Court's Order Granting Receiver's Motion to Ratify Agreement with DLP Capital and Other DLP Entities [ECF No. 109] is hereby **STAYED**.

-1-

**IT IS SO ORDERED**, this ____ day of December, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE