# United States Court of Appeals for the Fifth Circuit

---

No. 22-11132

---

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff—Appellee*,

*versus*

TIMOTHY BARTON,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

---

## UNPUBLISHED ORDER

Before ENGELHARDT, OLDHAM, and WILSON, *Circuit Judges*.

PER CURIAM:

On the showing made,

IT IS ORDERED that Appellant's opposed motion to stay the district court's order appointing a Receiver, pending appeal, is DENIED.

IT IS FURTHER ORDERED that Appellant's opposed alternative motion to stay several components of that order and others that have become part of it, pending appeal, is DENIED.