**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| vs. | § § | Civil Action No. 3:22-cv-2118-X |
| TIMOTHY BARTON, | § | |
| CARNEGIE DEVELOPMENTS, LLC, | § | |
| WALL007, LLC, | § | |
| WALL009, LLC, | § | |
| WALL010, LLC, | § | |
| WALL011, LLC, | § | |
| WALL012, LLC, | § | |
| WALL016, LLC, | § | |
| WALL017, LLC, | § | |
| WALL018, LLC, | § | |
| WALL019, LLC, | § | |
| HAOQIANG FU (A/K/A MICHAEL FU, | § | |
| STEPHEN T. WALL, | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC, and | § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § | |

---

**REQUEST FOR NOTICE OF FILINGS on BEHALF OF
NON-PARTY SOUTHERN STAR CAPITAL, LLC.**

---

**TO THE HONORABLE JUDGE BRANTLEY STARR:**

PLEASE TAKE NOTICE that Robert W. Buchholz, attorney at law, files this Request for

Notice of Filings as counsel for non-party SOUTHERN STAR CAPITAL, LLC d/b/a RELIANCE

MORTGAGE COMPANY, in the above-styled and number action. Southern Star Capital, LLC is

the holder and/or servicer for promissory notes which are secured by first lien Deed of Trusts on real property owned by the following receivership entities:

WALL009, LLC: Original promissory note dated September 11, 2019, in the original principal amount of $900,000.00.  Deed of Trust securing note recorded at Document No. 2019-24729 in the real property records of Johnson County, Texas.

DJD LAND PARTNERS, LLC: Original promissory note dated November 27, 2018, in the original principal amount of $127,500.00.  Original Deed of Trust securing note recorded at Document No. 2018-33077 of the real property records of Johnson County, Texas.  Deed of Trust further securing  note recorded at Document No. 2020-4555 of the real property records of Johnson County, Texas.  Correction Deed of Trust securing note recorded at Document No. 2020-4968 of the real property records of Johnson County, Texas.

Non-party SOUTHERN STAR CAPITAL, LLC d/b/a RELIANCE MORTGAGE COMPANY requests notice of all filings made in this action.

All notices and correspondence should be sent to the undersigned.

Dated:  January 10, 2023.

*/s/ Robert W. Buchholz*

Robert W. Buchholz
Texas Bar No. 03290600
The Law Office of Robert W. Buchholz, P.C.
5220 Spring Valley Road, Suite 618
Dallas, Texas 75254
214-754-5500 phone
214-754-9100 fax
bob@attorneybob.com

Attorney for non-party
Southern Star Capital, LLC
d/b/a Reliance Mortgage Company

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Appearance was forwarded to all counsel of record via the Court's ECF system on this 10th day of January 2023.

*/s/ Robert W. Buchholz*

Robert W. Buchholz