**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | **Case No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON,** *et al.*, | § § | |
| *Defendants*. | § § § § § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Aaron T. Capps of the law firm Slates Harwell LLP files this Notice of Appearance as counsel for non-party Circle H Contractors, LP in the above styled and numbered action. Circle H Contractors, LP is interested in entities and properties that are the subject of the Receivership. Please direct all correspondence and other communications to the address below:

Aaron T. Capps
Slates Harwell LLP
1700 Pacific Ave., Ste. 3800
Dallas, Texas 75201
T: 469-317-1065
F: 469-317-1165
Email: acapps@slatesharwell.com

Dated: January 11, 2023

Respectfully submitted,

**SLATES HARWELL LLP**

by:     /s/ Aaron T. Capps
        Aaron T. Capps
        State Bar No. 24056815
        acapps@slatesharwell.com
        1700 Pacific Avenue, Suite 3800
        Dallas, Texas 75201
        T: 469-317-1065
        F: 469-317-1165

**ATTORNEY FOR NON-PARTY CIRCLE H CONTRACTORS, LP**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct photocopy of the foregoing instrument was served upon all attorneys and parties of record in accordance with the Federal Rules of Civil Procedure on January 11, 2023.

/s/ Aaron T. Capps
Aaron T. Capps

---

**NOTICE OF APPEARANCE**                                                    **PAGE 2 OF 2**