IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| TIMOTHY LYNCH BARTON | § | No. 3:22-CV-2118-X |
| CARNEGIE DEVELOPMENT, LLC | § | |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | NOTICE OF APPEAL |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § | |

## MAXIMILIEN BARTON AND RELATED ENTITIES' NOTICE OF APPEAL

PLEASE TAKE NOTICE that Interested Parties Maximilien Barton; Gillespie Villas LLC, Venus59 LLC, TRTX Properties LLC, MXBA LLC, Titan Investments LLC, TC Hall, LLC, and Titan 2022 Investment, LLC, by counsel, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Order entered on December 13, 2022 (ECF No. 88) granting Plaintiff's Motion to Supplement Order Appointing Receiver.

-1-

-2-

Dated: January 12, 2023

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Nathan Baum*
**Nathan Baum**
Texas State Bar No. 24082665
2200 Ross Ave., Suite 3600
Dallas, TX 75201
Nathan.baum@nortonrosefulbright.com
Phone: 214-855-7487
Fax: 214-855-8200

**Samuel Ramer**
*Pro Hac to Be Sought*
799 9th Street NW, Suite 1000
Washington, DC 20001-4501
samuel.ramer@nortonrosefulbright.com
Phone: 202-662-0214
Fax: 202-662-4643

**Chris Cooke**
Texas State Bar No. 24129241
111 W. Houston Street, Suite 1800
San Antonio, TX 78205
christopher.cooke@nortonrosefulbright.com
Phone: 210-270-7175
Fax: 210-270-7205

**Barbara Light**
Texas State Bar No. 24109472
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Barbara.light@nortonrosefulbright.com
(713) 651-5151 – Tel
(713) 651-5246 – Fax

**COUNSEL FOR MAXIMILIEN BARTON, GILLESPIE VILLAS LLC, VENUS59 LLC, TRTX PROPERTIES LLC, MXBA LLC, TITAN INVESTMENTS LLC, TC Hall, LLC, and TITAN 2022 INVESTMENT, LLC**

-3-

## CERTIFICATE OF SERVICE

On January 12, 2023 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Nathan Baum*
Nathan Baum