**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § | |

**RECEIVER'S VERIFIED NOTICE**
**OF PUBLICATION REGARDING SALE OF FRISCO GATE PROPERTY AND**
**NOTICE OF ADDENDUM TO PURCHASE AND SALE CONTRACT**

Cortney C. Thomas, as the Court-appointed Receiver, respectfully provides notice to the Court and parties regarding the hearing set for Receiver's Motion for Appointment of Appraisers, Approval of Appraisals of Frisco Gate Property, and Setting a Hearing Regarding Approval of Sale of Frisco Gate Property [Dkt. 110] (the "Motion"), and further, provides notice of an addendum to the Purchase and Sale Agreement as follows:

_____

**RECEIVER'S VERIFIED NOTICE OF PUBLICATION**
**REGARDING SALE OF FRISCO GATE PROPERTY – PAGE 1**

On November 16, 2022, the Court entered the Order Governing the Administration of the Receivership ("Administrative Order")[1] which also established procedures in conformity with 28 U.S.C. § 2001 (the "Statute") for sales of real property.  As reflected the Receiver's Motion to Appoint Appraisers, Approve Sale, and Set Hearing, the Receiver contracted to sell certain property known as "The Gate" located in Frisco, Texas.[2]  Dkt. 110.  The Court scheduled a hearing for January 31, 2023 at 2:00 p.m. to consider the sale. Dkt. 131.

As required by the Statute, a Notice of Hearing regarding the Court's consideration of the sale of the Property was published more than ten days prior to the hearing.  The Notice ran in print on January 18, 2023, and January 22, 2023 in the *Dallas Morning News*, and online at www.dallasnews.com from January 18, 2023 to the present.  A copy of the Notice of Publication is attached as **Exhibit A**.

Although the Notice included a solicitation for competing offers and contact information for the Receiver, no competing offers have been received as of the time of this filing.

Additionally, the Receiver provides notice to the Court and the parties that the Purchase and Sale Agreement ("the Agreement") for which the Court's approval is sought in the Motion was amended pursuant to an addendum (the "Addendum"). The Addendum does not materially alter the Agreement, but simply (1) extends the Feasibility Period defined in the Agreement by 30 days, (2) extends the closing date in proportion to the Feasibility Period, and (3) makes certain Earnest Money nonrefundable if specified conditions are met. A copy of the Addendum is attached as **Exhibit B**.

---

[1] Docket No. 63.

[2] Barton does not oppose the sale.  Dkt. 123.

_____

Respectfully submitted,

**BROWN FOX PLLC**

By: _/s/ Cortney C. Thomas_
    Cortney C. Thomas
     Texas Bar No. 24075153
     cort@brownfoxlaw.com
    8111 Preston Road, Suite 300
    Dallas, TX  75225
    Tel. 214.327.5000
    Fax. 214.327.5001

**RECEIVER**

## VERIFICATION

My name is Cortney C. Thomas.  I am over the age of 18 and am fully competent to make this verification. I declare under penalty of perjury that the facts stated above are within my personal knowledge and are true and correct.

_/s/ Cortney C. Thomas_
Cortney C. Thomas

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

---

**RECEIVER'S VERIFIED NOTICE OF PUBLICATION**
**REGARDING SALE OF FRISCO GATE PROPERTY – PAGE 3**