**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE** | § | |
| **COMMISSION,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| | § | |
| **TIMOTHY BARTON, et al.** | § | |
| | § | |
| *Defendants*. | § | |

**APPENDIX IN SUPPORT OF RECEIVER'S VERIFIED NOTICE OF PUBLICATION**
**REGARDING SALE OF FRISCO GATE PROPERTY**

Respectfully submitted,

**BROWN FOX PLLC**

By: */s/ Cortney C. Thomas*
    Cortney C. Thomas
     Texas Bar No. 24075153
     cort@brownfoxlaw.com
    8111 Preston Road, Suite 300
    Dallas, TX  75225
    Tel. 214.327.5000
    Fax. 214.327.5001

**RECEIVER**

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

1

2

| EXHIBIT | DESCRIPTION | APP PAGES |
|---------|-------------|-----------|
| A | Notice of Publication | APP000001-3 |
| B | Addendum to Purchase and Sale Contract | APP000004-6 |

# EXHIBIT A

APP000001

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS

COUNTY OF DALLAS

Before me, a Notary Public in and for Dallas County, this day personally appeared Mert Tezkol, advertising Representative for The Dallas Morning News, being duly sworn by oath, states the attached advertisement of

Notice of Sale and Hearing – Approximately 4.538 Acres at Frisco Gate

Cort Thomas, as the court-appointed Receiver of the assets of several entities controlled by Timothy Barton, including FHC Acquisitions, LLC hereby gives notice that on January 31, 2023 at 2 p.m., the United States District Court for the Northern District of Texas will consider sale of approximately 4.538 acres at the Frisco Gate (John Hickman and the Dallas North Tollway) for $9,000,000.  The hearing will be conducted in-person at the United States District Courthouse, Courtroom 1525, 1100 Commerce St., Dallas, TX 75242-1310. Bona fide offers which exceed the sale amount by at least 10% may be sent to the Receiver prior to the hearing by fax at 214-327-5001. For more information or for details for participating in the hearing, contact the Receiver at 214-327-5001.

**AD#** *1841525*

was published in The Dallas Morning News
**DATE PUBLISHED**: January 18, 2023 & January 22, 2023

REBECCA ELIZABETH NEAL TEZKOL
Notary ID #133110603
My Commission Expires
May 19, 2025

Mert Tezkol

January 22, 2023

(Notary Public)

APP000002

**Payment Receipt**



Date Printed: **Tuesday, January 17, 2023**

| | |
|---|---|
| Transaction Type: | Payment |
| Order Number: | 0001841525 |
| Payment Method: | Credit Card |
| Bad Debt: | - |
| Credit Card Number: | ************4577 |
| Credit Card Expire Date: | 8/28/2023 |
| Payment Amount: | 349.00 |
| Amount Due: | |
| Reference Number: | 09167G |
| Charge to Company: | **The Dallas Morning News, Inc.** |
| Category: | Classified |
| Credit to Transaction Number: | P830774 |
| Invoice Text: | |
| Invoice Notes: | |

| | |
|---|---|
| Customer Type: | Business Transient |
| Customer Category: | Professional Bus |
| Customer Status: | Active |
| Customer Group: | Local |
| Customer Trade: | |
| Account Number: | 100287200 |
| Phone Number: | 2143275000 |
| Company / Individual: | **Company** |
| Customer Name: | BROWN FOX LAW |
| Customer Address: | 8111 PRESTON RD STE 300 |
| | DALLAS    TX    75225632    USA |
| Received for Advertiser: | BROWN FOX LAW |
| Check Number: | |
| Routing Number: | |
| Payment Receipt Date: | 1/17/2023 |

APP000003

# EXHIBIT B

APP000004

## ADDENDUM TO PURCHASE AND SALE CONTRACT

CORT THOMAS, solely in his capacity as the receiver, and not in his individual capacity (the "Receiver") for, and on behalf of, FHC Acquisition LLC, a Texas Limited Liability Company, as Seller, and PETRA DEVELOPMENT, LLC, a Virginia Limited Liability Company, as Purchaser, enter into this Addendum to amend the parties' Purchase and Sale Agreement (the "Agreement") as to land consisting of approximately 4.538 acres described as Lot 13, Block A on that certain Revised Conveyance Plat of The Gate (the "Property") as follows:

1. The Feasibility Period set forth in Paragraph 4.1 of the Agreement (including Purchaser's Right to Terminate the Agreement pursuant to Paragraph 4.2 for any reason) shall be extended to sixty (60) days after the Effective Date of the Agreement.

2. The Closing Date for the Agreement shall be extended by reference to this extension of the Feasibility Period.

3. If it is determined by Seller that there are no parking restrictions or other parking issues arising from impact by other neighboring parcels with respect to the Property, Fifty Thousand and 00/100 ($50,000.00) of the Earnest Money (as defined in Paragraph 2.5 of the Agreement) shall become nonrefundable and payable to Receiver, for and on behalf of Seller.

So agreed this 24th day of January, 2023.

**RECEIVER:**

**CORT THOMAS, AS RECEIVER FOR FHC ACQUISITION, LLC,**
a Texas limited liability company

Signature: _____

Printed Name:    Cort Thomas

Title:    Receiver for FHC Acquisition, LLC

Date:    January 24, 2023

APP000005

**PURCHASER:**

**PETRA DEVELOPMENT, LLC,**
a Virginia limited liability company

By: _____

Name: _____Rashid Salem_____

Title: _____Principal_____

APP000006