# EXHIBIT A

# EXHIBIT A-1

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of December 31, 2022

| | | | |
|---|---|---|---:|
| 1 | Beginning Balance (October 18, 2022): | | $ 39,500.15 |
| 2 | Business Income | | 108,460.28 |
| 3 | Funds Received | | 819,171.90 |
| 4 | Interest/Dividend Income | | - |
| 5 | Business Asset Liquidation | | |
| 6 | Personal Asset Liquidation | | |
| 7 | Third-Party Litigation Income | | |
| 8 | Miscellaneous - Other | | |
| 9 | Disbursements to Investors | | |
| 10 | Disbursements for Receivership Operations: | | 110,594.98 |
| 10a | Disbursements to Receiver or Other Professionals | | |
| 10b | Business Asset and Operating Expenses | 110,594.98 | |
| 10c | Personal Asset Expenses | | |
| 10d | Investment Expenses | | |
| 10e | Third-Party Litigation Expenses | | |
| 10f | Tax Administrator Fees and Bonds | | |
| 10g | Federal and State Tax Expenses | | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | - |
| 11a | Distribution Plan Development Expenses | | |
| 11b | Distribution Plan Implementation Expenses | | |
| 12 | Disbursements to Court/Other | | - |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | |
| 12b | Federal income taxes | | |
| 13 | Ending Balance (December 31, 2022) | | $ 856,537.35 |
| 14 | Ending Balance of Fund - Net Assets | | 856,537.35 |
| 14a | Cash & Cash Equivalents | 856,537.35 | |
| 14b | Investments | | |
| 14c | Other Assets or Uncleared Funds | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | |
| 16b | Federal income taxes | | |

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of December 31, 2022

17      DC & State Tax Payments

18      No. of Claims

18a the number of claims received from investors during this reporting period

18b the number of claims received from investors as a result of all orders since the inception of the Fund

19      No. of Claimants/Investors

19a the number of claimants/investors receiving distributions during the reporting period

19b the number of claimants/investors receiving distributions pursuant to all orders of distribution since the inception of the Fund

# EXHIBIT A-2

**Barton Receivership Account**
**Cash Accounting Summary**
**October 18, 2022 through December 31, 2022**

## Cash Receipts

| | | |
|---|---|---|
| 10/21/2022 | Silver Star Title [Wire] | $25,000.00 |
| 11/28/2022 | State Farm Payment to JMJ Development | $4,215.68 |
| 12/07/2022 | Texas Brand Bank [Wire] (Broadview Holdings account) | $33,072.22 |
| 12/22/2022 | Defendant Barton's payment of lis pendens sanction | $1,200.00 |
| 12/28/2022 | DLP Settlement [Wire] | $750,000.00 |
| 12/29/2022 | JNJ Group [Wire] | $5,684.00 |
| | **TOTAL RECEIPTS** | **$819,171.90** |

## Cash Disbursements

| | | |
|---|---|---|
| 10/21/2022 | Wire Transfer Fee | $10.00 |
| 11/23/2022 | Hagen Appraisal Services [Rock Creek] (#101) | $850.00 |
| 11/28/2022 | First Insurance Funding [Rock Creek] | $591.46 |
| 12/5/2022 | National Valuation Consultants (ACH) | $4,000.00 |
| 12/5/2022 | First Insurance Funding (ACH) | $591.46 |
| 12/12/2022 | Account Analysis Charge | $10.46 |
| 12/14/2022 | Weathers Appraisal Associates (#105) | $375.00 |
| 12/15/2022 | TXU Energy (ACH) | $133.65 |
| 12/16/2022 | First Insurance Funding [Gillespie] (ACH) | $1,758.04 |
| 12/20/2022 | Milliorn Appraisal Company (#103) | $850.00 |
| 12/22/2022 | First Insurance Funding [Gillespie] (ACH) | $894.02 |

| 12/22/20 | Soaritude (#106) | $700.00 |
|---|---|---|
| | **TOTAL DISBURSEMENTS** | **$10,764.09** |

# EXHIBIT A-3

**Goldmark Hospitality**
**Cash Accounting Summary**
**October 18, 2022 through December 31, 2022**

**Cash Receipts**

| | | |
|---|---|---:|
| 10/18/2022 | Square Inc. [Wire] (rents) | $1,600.00[1] |
| 10/21/2022 | Cash Deposit (rents) | $300.00 |
| 10/21/2022 | Cash Deposit (rents) | $2,193.00 |
| 10/25/2022 | Cash Deposit (rents) | $2,110.00 |
| 11/1/2022 | Cash Deposit (rents) | $1,100.00 |
| 11/1/2022 | Cash Deposit (rents) | $3,550.00 |
| 11/2/2022 | Cash Deposit (rents) | $1,652.00 |
| 11/4/2022 | Cash Deposit (rents) | $8,201.00 |
| 11/7/2022 | Cash Deposit (rents) | $4,018.00 |
| 11/9/2022 | Cash Deposit (rents) | $364.00 |
| 11/9/2022 | Cash Deposit (rents) | $400.00 |
| 11/9/2022 | Cash Deposit (rents) | $400.00 |
| 11/10/2022 | Square Inc. [Wire] (rents) | $18,748.49 |
| 11/14/2022 | Cash Deposit (rents) | $620.00 |
| 11/14/2022 | Cash Deposit (rents) | $1,398.00 |
| 11/18/2022 | Cash Deposit (rents) | $151.00 |
| 11/18/2022 | Cash Deposit (rents) | $497.28 |
| 11/28/2022 | Cash Deposit (rents) | $200.00 |
| 11/28/2022 | Cash Deposit (rents) | $200.00 |

---

[1] The balance of the Goldmark account at the time of the Receiver's appointment was $39,500.15.

| | | |
|---|---|---|
| 11/28/2022 | Cash Deposit (rents) | $1,250.00 |
| 11/28/2022 | Cash Deposit (rents) | $4,525.16 |
| 11/29/2022 | Cash Deposit (rents) | $2,050.06[2] |
| 11/30/2022 | Square Inc. [Wire] (rents) | $4,002.11 |
| 12/02/2022 | Cash Deposit (rents) | $1,862.00 |
| 12/05/2022 | Cash Deposit (rents) | $3,138.00 |
| 12/05/2022 | Cash Deposit (rents) | $5,922.00 |
| 12/06/2022 | Cash Deposit (rents) | $11,845.17 |
| 12/07/2022 | Cash Deposit (rents) | $2,500.00 |
| 12/09/2022 | Cash Deposit (rents) | $1,260.00 |
| 12/09/2022 | Cash Deposit (rents) | $1,350.00 |
| 12/17/2022 | Cash Deposit (rents) | $787.34 |
| 12/15/2022 | Square Inc. [Wire] (rents) | $8,550.89 |
| 12/16/2022 | Cash Deposit (rents) | $278.12 |
| 12/20/2022 | Cash Deposit (rents) | $446.00 |
| 12/20/2022 | Cash Deposit (rents) | $2,159.60 |
| 12/22/2022 | Cash Deposit (rents) | $1,221.06 |
| 12/22/2022 | Cash Deposit (rents) | $6,260.00 |
| 12/30/2022 | Cash Deposit (rents) | $1,350.00 |
| | **TOTAL GOLDMARK RECEIPTS** | **$108,460.28** |

[2] All rents received on or before November 28, 2022 were deposited into the account ending 8391.  All rents received November 29, 2022 or later were deposited into the account ending 5546.

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY OCT. 18, 2022 THROUGH DEC. 31, 2022
PAGE 2

**<u>Cash Disbursements</u>**

| Date | Payee | Amount |
|---|---|---|
| 10/18/2022 | Home Depot | $200.00 |
| 10/18/2022 | TXU Energy | $3,854.78 |
| 10/19/2022 | Lowes Paint | $200.00 |
| 10/19/2022 | Mobile Funds Transfer | $800.00 |
| 10/19/2022 | Withdrawal Transfer | $1,700.00 |
| 10/19/2022 | Jose Luna [handyman] | $5,000.00[3] |
| 11/1/2022 | Jovanca Silvasan [property manager] (#254) | $78.98 |
| 11/1/2022 | Jovanca Silvasan [property manager] (#255) | $274.90 |
| 11/1/2022 | Jovanca Silvasan [property manager] (#253) | $1,458.33 |
| 11/1/2022 | Armstrong Guerrero [insurance] (ACH) | $5,671.19 |
| 11/2/2022 | Bryan Williams [window repair] (#252) | $400.00 |
| 11/2/2022 | Frank Guzman [maintenance] (#251) | $900.00 |
| 11/2/2022 | TXU Energy (ACH) | $3,854.78 |
| 11/7/2022 | Spectrum [internet & phone] (ACH) | $244.58 |
| 11/8/2022 | Dallas Water Utilities (ACH) | $8,748.83 |
| 11/14/2022 | Jovanca Silvasan [property manager] (#256) | $1,458.33 |
| 11/14/2022 | TXU Energy (ACH) | $6,635.55 |
| 11/15/2022 | Frank Guzman [maintenance] (#257) | $750.00 |
| 11/16/2022 | Acrux Distribution [repairs] (#261) | $385.00 |
| 11/16/2022 | Acrux Distribution [repairs] (#262) | $2,950.00 |

---

[3] Disbursements reflected on October 18 and October 19 occurred after the Receiver's appointment but prior to the bank freezing the Goldmark accounts.

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY OCT. 18, 2022 THROUGH DEC. 31, 2022

| | | |
|---|---|---|
| 11/21/2022 | Air Texas [HVAC] (#258) | $380.00 |
| 11/21/2022 | Air Texas [HVAC] (#259) | $450.00 |
| 11/21/2022 | Air Texas [HVAC] (#260) | $1,500.00 |
| 11/22/2022 | Republic Services [trash collection] (ACH) | $1,340.00 |
| 11/25/2022 | Reveal Insurance (ACH) | $20,791.98 |
| 11/28/2022 | Kevin Wright [maintenance] (#266) | $250.00 |
| 11/28/2022 | Frank Guzman [maintenance] (#265) | $750.00 |
| 11/29/2022 | Deluxe Check (ACH) | $13.85[4] |
| 12/1/2022 | Jovanca Silvasan [property manager] (#5051) | $1,458.33 |
| 12/6/2022 | TXU (ACH) | $6,104.41 |
| 12/8/2022 | PropertyWare (ACH) | $212.25 |
| 12/12/2022 | Jovanca Silvasan [property manager] (#5056) | $226.18 |
| 12/13/2022 | Spectrum (ACH) | $244.58 |
| 12/13/2022 | Frank Guzman [maintenance] (#5057) | $795.00 |
| 12/13/2022 | Kevin Wright [maintenance] (#5058) | $680.00 |
| 12/15/2022 | Jeffery Davis [landscaping] (#5059) | $500.00 |
| 12/16/2022 | Jovanca Silvasan [property manager] (#5060) | $1,633.00 |
| 12/22/2022 | Sedrick Grant [cleaning] (#5063) | $200.00 |
| 12/23/2022 | Republic Services [trash collection] (ACH) | $964.07 |
| 12/23/2022 | Jovanca Silvasan [property manager] (#5064) | $1,633.00 |
| 12/27/2022 | Air Texas [HVAC] (#5052) | $1,350.00 |

---

[4] All disbursements made on or before November 28, 2022 came out of the account ending 8391. All disbursements made on or after November 29, 2022, came out of the account ending 5546.

| | | |
|---|---|---|
| 12/27/2022 | Air Texas [HVAC] (#5053) | $2,900.00 |
| 12/27/2022 | Air Texas [HVAC] (#5054) | $580.00 |
| 12/27/2022 | Air Texas [HVAC] (#5055) | $675.00 |
| 12/27/2022 | Kevin Wright [maintenance] (#5061) | $870.00 |
| 12/27/2022 | Frank Guzman [maintenance] (#5062) | $840.00 |
| 12/30/2022 | Got To Premium Service Fee [insurance] (ACH) | $10.00 |
| 12/30/2022 | Go To Premium Finance [insurance] (ACH) | $6,911.25 |
| 12/30/2022 | Bank Service Fee | $2.00 |
| | **TOTAL DISBURSEMENTS** | **$99, 830.15** |