# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff*, | § | **Civil Action No. 3:22-cv-2118-X** |
| | § | |
| **v.** | § § | |
| **TIMOTHY BARTON,** | § | |
| **CARNEGIE DEVELOPMENT, LLC,** | § | |
| **WALL007, LLC,** | § | |
| **WALL009, LLC,** | § | |
| **WALL010, LLC,** | § | |
| **WALL011, LLC,** | § | |
| **WALL012, LLC,** | § | |
| **WALL016, LLC,** | § | |
| **WALL017, LLC,** | § | |
| **WALL018, LLC,** | § | |
| **WALL019, LLC,** | § | |
| **HAOQIANG FU (a/k/a MICHAEL FU),** | § | |
| **STEPHEN T. WALL,** | § § | |
| *Defendants*, | § § | |
| **DJD LAND PARTNERS, LLC, and** | § | |
| **LDG001, LLC,** | § § | |
| *Relief Defendants*. | § | |

## NONPARTY BANK OF AMERICA, N.A.'S SECOND AMENDEDED CERTIFIED STATEMENT

Nonparty Bank of America, N.A. ("Bank of America") files this *Second Amended Certified Statement* in compliance with paragraph 15(C) of the Court's *Order Appointing Receiver* (the "**Receivership Order**") [Dkt. No. 29], as supplemented pursuant to the Court's first *Order Granting Receiver's Motion to Supplement Order Appointing Receiver* [Dkt. No. 62] and the Court's second *Order Granting Receiver's Motion to Supplement Order Appointing Receiver* [Dkt. No. 88].

1.     The following table sets forth the information responsive to paragraphs 15(C) of the Receivership Order:

| Type of Account | Account Number (Last 4) | Account Title | Balance |
|---|---|---|---|
| Checking | 2004 | TIMOTHY L BARTON | Balance as of January 25, 2023: $9.54 |
| Credit Card | 4998 | JMJ DEVELOPMENT | Balance as of January 25, 2023: $8,686.80 |
| Credit Card | 0485 | MARTINE BARTON JMJ DEVELOPMENT | Balance as of January 12, 2008: $0.00 |
| Credit Card | 1617 | TIM BARTON JMJ DEVELOPMENT | Balance as of January 25, 2023: $8,686.80 |
| Loan | 6589 | JMJ DEVELOPMENT SASKYA P BEDOYA | Balance as of January 25, 2023: $4,779.68 |

Respectfully submitted,

**ADAMS AND REESE LLP**

By: */s/ Evan A. Moeller*
    Evan A. Moeller
    State Bar No. 24051067
    evan.moeller@arlaw.com
    Joshua A. Lesser
    State Bar No. 24116663
    joshua.lesser@arlaw.com
    LyondellBasell Tower
    1221 McKinney St., Suite 4400
    Houston, Texas 77010
    Telephone: (713) 652-5151
    Facsimile: (713) 652-5152

***Attorneys for Bank of America, N.A.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record through the ECF system, and upon the Receiver and counsel for the SEC by electronic mail on this 31st day of January 2023.

*/s/ Evan A. Moeller*
Evan A. Moeller

## CERTIFICATION

My name is Kacie Williams. I am an Officer, Litigation Specialist with Bank of America, N.A. I have read the *Second Amended Certified Statement* to which this Certification is attached. The facts stated in it are within my personal knowledge and are true and correct.

Signed on this _31_ day of January 2023.

**Kacie Williams** Digitally signed by Kacie Williams Date: 2023.01.31 10:04:05 -05'00'

Kacie Williams