UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § § | |
| *Plaintiff,* | § | Civil Action No. 3:22-CV-2118-X |
| v. | § § | |
| TIMOTHY BARTON, et al. | § § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § § | |
| *Relief Defendants.* | § § | |

## ORDER GRANTING MOTION TO APPROVE SALE

Before the Court is the Receiver's motion to approve the sale of property consisting of approximately 4.538 acres of undeveloped land in Collin County, Texas (the "Property") [Doc. No. 110]. Defendant Timothy Barton does not oppose the sale.[1]

At the conclusion of the hearing before the Court today, and for the reasons stated at the hearing, the Court made the following findings. First, the proposed sale satisfies all statutory requirements: the Receiver published notice of the sale,[2] the proposed sale price exceeds two-thirds of the appraised value,[3] and the Receiver

---

[1] Doc. No. 123.

[2] *See* Doc. No. 137.

[3] *See* Doc. No. 128 at 2.

1

received no competing offers.[4]  Second, the proposed sale is in the best interest of the Receivership.

In light of these findings, the Court **GRANTS** the Receiver's motion for sale of the Property.

**IT IS SO ORDERED,** this 31st day of January, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[4] 28 U.S.C. § 2001(b).