IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON CARNEGIE DEVELOPMENT, LLC WALL007, LLC WALL009, LLC WALL010, LLC WALL011, LLC WALL012, LLC WALL016, LLC WALL017, LLC WALL018, LLC WALL019, LLC HAOQIANG FU (a/k/a MICHAEL FU) STEPHEN T. WALL | § § § § § § § § § § § § § § § | Jury Trial Demanded |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC LDG001, LLC | § § § | |
| *Relief Defendants.* | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

The undersigned counsel, under N.D. Loc. R. 83.12, move to withdraw as counsel for defendant Timothy Lynch Barton, and would show the Court as follows:

I.

The undersigned counsel wishes to withdraw for financial reasons. A substitution of counsel is unnecessary since other counsel for Barton have made appearances in this case. The undersigned counsel has played a limited role in the matter assisting lead counsel in the case.

1

Under these circumstances, the withdrawal should have no impact on this case. Based on the foregoing, the undersigned counsel respectfully requests that the Court order the undersigned counsel, Richard B. Roper, Javan Porter and Holland & Knight, LLP be withdrawn as counsel for defendant Timothy Lynch Barton.

    Respectfully submitted:

    */s/ Richard B. Roper*
    Richard B. Roper
    State Bar No. 17233700
    richard.roper@hklaw.com
    Javan Porter
    State Bar No. 24116912
    javan.porter@hklaw.com
    **HOLLAND & KNIGHT LLP**
    1722 Routh Street, Suite 1500
    Dallas, Texas 75201
    Phone: (214) 969-1345

## CERTIFICATE OF CONFERENCE

I have communicated with SEC counsel Keefe Bernstein, Receiver Counsel Charlene Koonce and codefendant counsel Mike Heiskell who indicated that, on behalf of their respective clients they do not oppose this instant motion.

    */s/ Richard B. Roper*
    Richard B. Roper

## CERTIFICATE OF SERVICE

On February 2, 2023, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the all counsel of record electronically or by another manner authorized by rule.

    */s/ Richard B. Roper*
    Richard B. Roper