## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § | |
| CARNEGIE DEVELOPMENT, LLC | § | **Jury Trial Demanded** |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § | |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO RECEIVER'S MOTION TO COMPEL

Defendant Timothy Lynch Barton respectfully seeks a one-week extension of time to file a response to the Receiver's Motion to Compel [ECF No. 133]. Defendant Barton's current filing deadline under Civil Rule 7.1(e) is February 9, 2023, 21 days from when the Receiver filed the motion. The extension sought by Mr. Barton would extend that deadline to February 16, 2023. This extension is necessary as two of Mr. Barton's counsel, Mr. Roper and Mr. Porter, have withdrawn from the case, ECF No. 148, another of Mr. Barton's counsel, Mr. Huffman, is on

paternity leave, and lead counsel for Mr. Barton, Mr. Edney, is scheduled to argue before the United States Court of Appeals for the Fifth Circuit on the afternoon of February 8, the day before Mr. Barton's response is due.

In accordance with Civil Rule 7.1, the undersigned counsel consulted with the Receiver's counsel, who represented that the Receiver does not oppose the requested extension. Based on the foregoing, Defendant Barton respectfully requests that his unopposed motion for extension of time be granted.

Dated: February 6, 2023

Respectfully submitted,

By: */s/ Ted A. Huffman*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*admitted to N.D. Tex.*)
medney@hunton.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 (*admitted pro hac vice*)
mdingman@hunton.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

Ted A. Huffman
State Bar No. 24089015
thuffman@hunton.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

**COUNSEL FOR TIMOTHY LYNCH BARTON**

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 3, 2023, the undersigned counsel consulted with Receiver's counsel, Charlene Koonce, who represented that the Receiver does not oppose the relief sought herein.

*/s/ Ted A. Huffman*
Ted A. Huffman

## CERTIFICATE OF SERVICE

On February 6, 2023 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Ted A. Huffman*
Ted A. Huffman