# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § | |
| CARNEGIE DEVELOPMENT, LLC | § | **Jury Trial Demanded** |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § | |

## UNOPPOSED ORDER

Before the Court is an Unopposed Motion for Extension of Time to File a Response to the Receiver's Motion to Compel, filed by Defendant Timothy Lynch Barton. After consideration, the Motion is **GRANTED**.

It is therefore **ORDERED** that the deadline for Defendant Barton to file his Response is extended to February 16, 2023.

**IT IS SO ORDERED** this _____ day of February, 2023.

_____
HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

**- SOLO PAGE -**