**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff,* | § § | |
| | § | **Case No. 3:22-cv-2118** |
| **v.** | § § | |
| **TIMOTHY BARTON,** *et al.,* | § § § | |
| *Defendants.* | § | |

### MFO VENUS DEVELOPMENT, LLC'S NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Ian E. Fullington files this *Notice of Appearance* on behalf of non-party MFO Venus Development, LLC ("MFO Venus") in the above-styled action. MFO Venus is interested in the entities and properties that are subject to the Receivership. MFO Venus respectfully requests that all notices given or required to be given in these proceedings and all other documents served or required to be served in these proceedings, be served upon the undersigned at the address and email addresses below:

Ian E. Fullington
6950 TPC Drive, Suite 300
McKinney, Texas 75070
Tel:    469-625-9063
Fax:    469-754-0918
*ifullington@mosscm.com*

*- The Balance of This Page Has Been Intentionally Left Blank -*

Respectfully submitted,

**MFO VENUS DEVELOPMENT, LLC**


by: /s/Ian E. Fullington
    Ian E. Fullington
    State Bar No. 24093459
    *ifullington@mosscm.com*

6950 TPC Drive
Suite 300
McKinney, Texas 75070

Tel: 469-625-9063
Fax: 469-754-0918

**ATTORNEYS FOR MFO VENUS
DEVELOPMENT, LLC**


## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct photocopy of the foregoing instrument was served upon all attorneys and parties of record, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE, on February 10, 2023.

/s/Ian E. Fullington
Ian E. Fullington