## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | §<br>§<br>§ | |
| *Plaintiff*, | §<br>§ | |
| v. | §<br>§ | No. 3:22-cv-2118-X |
| TIMOTHY BARTON,<br>CARNEGIE DEVELOPMENT, LLC,<br>WALL007, LLC,<br>WALL009, LLC,<br>WALL010, LLC,<br>WALL011, LLC,<br>WALL012, LLC,<br>WALL016, LLC,<br>WALL017, LLC,<br>WALL018, LLC,<br>WALL019, LLC,<br>HAOQIANG FU (A/K/A MICHAEL FU),<br>STEPHEN T. WALL, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| *Defendants*, | §<br>§ | |
| DJD LAND PARTNERS, LLC, and<br>LDG001, LLC, | §<br>§<br>§ | |
| *Relief Defendants*. | §<br>§ | |

## ORDER GRANTING RECEIVER'S
## FIRST QUARTERLY FEE APPLICATION

Before the Court is the Receiver's Unopposed First Quarterly Fee Application. Having considered the Application, the Court finds that Plaintiff does not oppose the relief requested in the Petition and that the Petition is just and appropriate and should be GRANTED.

ACCORDINGLY, it is hereby ORDERED that the Receiver is authorized to pay from the receivership assets recovered by the Receiver the following fees and expenses:

1.    The sum of $122,455.99 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from October 1, 2022 through December 31, 2022.

2.    The sum of $220,483.50 shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from October 1, 2022 through December 31, 2022.

3.    The sum of $4,120.00 shall be paid to Ahuja & Clark, PLLC for its services as accountant to the Receiver from October 1, 2022 through December 31, 2022.

4.    The sum of $2,809.93 shall be paid to Veracity Forensics LLC for its services as digital asset and discovery advisor to the Receiver from October 1, 2022 through December 31, 2022.

SO ORDERED this _____ day of _____ 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE