**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **No. 3:22-CV-2118-X** |
| **TIMOTHY LYNCH BARTON CARNEGIE DEVELOPMENT, LLC WALL007, LLC WALL009, LLC WALL010, LLC WALL011, LLC WALL012, LLC WALL016, LLC WALL017, LLC WALL018, LLC WALL019, LLC HAOQIANG FU (a/k/a MICHAEL FU) STEPHEN T. WALL** | § § § § § § § § § § § § § § | |
| *Defendants,* | § § § | |
| **DJD LAND PARTNERS, LLC LDG001, LLC** | § § § | |
| *Relief Defendants.* | § | |

**NOTICE OF INTENT TO FILE OPPOSITION TO THE**
**RECEIVER'S FIRST QUARTERLY FEE APPLICATION [ECF NO. 156]**

Defendant Timothy L. Barton respectfully notifies the Court of his intent to file an

opposition in response to the Receiver's First Quarterly Fee Application ("Fee Application") [ECF

No. 156].

The Receiver did not request expedited treatment of his fee application. The Defendant

will respond within the time allotted by Local Rule 7.1(e) unless otherwise altered by the Court.

In the meantime, Mr. Barton respectfully asks the Court to regard the Receiver's Fee Application

- 1 -

as opposed by Defendant Timothy Barton and to allow Mr. Barton an opportunity to file a brief in

opposition as permitted by Local Rule.

Dated: February 15, 2023

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*admitted to N.D. Tex.*)
medney@huntonak.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 (*admitted pro hac vice)*
mdingman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

Ted A. Huffman
State Bar No. 24089015
thuffman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

**COUNSEL FOR TIMOTHY LYNCH BARTON**

## CERTIFICATE OF SERVICE

On February 15, 2023, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*
Michael J. Edney

126068.0000001 DMS 301220730