IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | §<br>§<br>§ | |
| *Plaintiff*, | §<br>§ | |
| v. | §<br>§ | No. 3:22-cv-2118-X |
| TIMOTHY BARTON,<br>CARNEGIE DEVELOPMENT, LLC,<br>WALL007, LLC,<br>WALL009, LLC,<br>WALL010, LLC,<br>WALL011, LLC,<br>WALL012, LLC,<br>WALL016, LLC,<br>WALL017, LLC,<br>WALL018, LLC,<br>WALL019, LLC,<br>HAOQIANG FU (A/K/A MICHAEL FU),<br>STEPHEN T. WALL, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| *Defendants*, | §<br>§ | |
| DJD LAND PARTNERS, LLC, and<br>LDG001, LLC, | §<br>§<br>§ | |
| *Relief Defendants*. | §<br>§ | |

ORDER APPOINTING APPRAISERS, APPROVING APPRAISALS, AND SETTING
HEARING REGARDING APPROVAL OF SALE OF PARC AT WINDMILL FARMS

Before the Court is the Receiver's Motion for Appointment of Appraisers, Approval of

Appraisals, Approval Hearing, and Approval of Sale of Parc at Windmill Farms (the "Motion").

Having considered the Motion, the Court is of the opinion that it should be GRANTED.

Accordingly, it is hereby ORDERED that pursuant to 28 U.S.C. § 2001(b) the Court

appoints the three appraisers identified in Exhibits B-1, B-2, and B-3 submitted in support of the

Motion as qualified disinterested persons for appraisal of the Property.   The Court further

– 1 –

ACCEPTS the three appraisals submitted in Exhibits B-1, B-2, and B-3 as the appraisals required by 28 U.S.C. § 2001(b).

The Court additionally AUTHORIZES the Receiver to sell and to convey title to the Property free and clear of mortgages, liens, claims and encumbrances, save and except the HUD Loan.  The Court ORDERS that any claims for payment related to the Property, save and except the HUD Loan, SHALL be administered through the Receivership claims process, once established.

IT IS FURTHER ORDERED that on _____, 2023, at _____ a.m./p.m., the Court will hear arguments and objections regarding confirmation of the sale of the Property pursuant to the Contract submitted with the Motion.  The Court's consideration of the sale will be contingent on the Receiver publicizing the terms of the proposed sale prior to the hearing and providing a ten-day window following publication in which anyone objecting to the proposed sale may submit to the Receiver a bona fide offer for the purchase of the Property exceeding the proposed sale price by at least ten percent (10%).

Any such bona fide offer SHALL be accompanied by proof of sufficient funds for a cash sale, or confirmation of approved financing to allow an immediate closing on the same terms detailed in the Contract submitted with the Motion.  Further, any bona fide offers for purchase of the Property which exceed by ten percent (10%) the Contract sales price of $51,000,000 SHALL BE served on the Receiver and filed with the Court not later than two days before the hearing.

Any objections to the proposed sale SHALL be filed no later _____.
The Receiver is directed to provide a copy of this Order to Southern Properties Capital, LTD.

– 3 –

SO ORDERED this _____ day of _____, 2023.

_____

BRANTLEY STARR
UNITED STATES DISTRICT COURT JUDGE