## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON,<br>CARNEGIE DEVELOPMENT, LLC,<br>WALL007, LLC,<br>WALL009, LLC,<br>WALL010, LLC,<br>WALL011, LLC,<br>WALL012, LLC,<br>WALL016, LLC,<br>WALL017, LLC,<br>WALL018, LLC,<br>WALL019, LLC,<br>HAOQIANG FU (A/K/A MICHAEL FU),<br>STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and<br>LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

**APPENDIX IN SUPPORT OF RECEIVER'S MOTION FOR APPOINTMENT OF APPRAISERS, APPROVAL OF APPRAISALS AND A HEARING REGARDING APPROVAL OF SALE OF PARC AT WINDMILL FARMS**

– 1 –

– 2 –

Respectfully submitted,

**RECEIVER**

By:  */s/ Cortney C. Thomas*
    Cortney C. Thomas
     Texas Bar No. 24075153
     cort@brownfoxlaw.com
    Charlene C. Koonce
     Texas Bar No. 11672850
     charlene@brownfoxlaw.com
    Timothy B. Wells
     Texas Bar No. 24131941
     tim@brownfoxlaw.com
    BROWN FOX PLLC
    8111 Preston Road, Suite 300
    Dallas, TX  75225
    Tel. 214.327.5000
    Fax. 214.327.5001

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

– 3 –

| EXHIBIT | DESCRIPTION | APP PAGES |
|---------|-------------|-----------|
| A | Purchase and Sale Agreement between Cort Thomas, as Receiver for D4FR, LLC and Windmill Farms 2023, LLC dated February 21, 2023 | APP000001-000047 |
| B-1 | National Valuation Consultants Appraisal Report for Parc at Windmill Farms | APP000048-000252 |
| B-2 | JLL Broker Opinion of Value for Parc at Windmill Farms | APP000253-000259 |
| B-3 | WDIS Broker Opinion of Value for Parc at Windmill Farms | APP000260-000266 |
| C | U.S. Department of Housing and Urban Development Regulatory Agreement for Multifamily Projects – Parc at Windmill Farms | APP000267-000310 |