**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff*, | § § | |
| **v.** | § § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON,** **CARNEGIE DEVELOPMENT, LLC,** **WALL007, LLC,** **WALL009, LLC,** **WALL010, LLC,** **WALL011, LLC,** **WALL012, LLC,** **WALL016, LLC,** **WALL017, LLC,** **WALL018, LLC,** **WALL019, LLC,** **HAOQIANG FU (A/K/A MICHAEL FU),** **STEPHEN T. WALL,** | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| **DJD LAND PARTNERS, LLC, and** **LDG001, LLC,** | § § § | |
| *Relief Defendants*. | § | |

**APPENDIX IN SUPPORT OF RECEIVER'S MOTION FOR APPOINTMENT OF**
**APPRAISERS, APPROVAL OF APPRAISALS AND A HEARING**
**REGARDING APPROVAL OF SALE OF BELLWETHER RIDGE**

– 1 –

– 2 –

Respectfully submitted,


By:  */s/ Charlene C. Koonce*
    Charlene C. Koonce
     Texas Bar No. 11672850
     charlene@brownfoxlaw.com
    Timothy B. Wells
     Texas Bar No. 24131941
     tim@brownfoxlaw.com
    BROWN FOX PLLC
    8111 Preston Road, Suite 300
    Dallas, TX  75225
    Tel. 214.327.5000
    Fax. 214.327.5001

*Attorneys for Receiver Cortney C. Thomas*


## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

– **3** –

| EXHIBIT | DESCRIPTION | APP PAGES |
|---|---|---|
| A | Purchase and Sale Agreement between Cort Thomas, as Receiver for D4DS, LLC and Polk Street 2023, LLC dated February 21, 2023 | APP000001-000047 |
| B-1 | National Valuation Consultants Appraisal Report for Bellwether Ridge Apartments | APP000048-000207 |
| B-2 | JLL Broker Opinion of Value for Bellwether Ridge Apartments | APP000208-000214 |
| B-3 | WDIS Broker Opinion of Value for Bellwether Ridge Apartments | APP000215-000219 |
| C | U.S. Department of Housing and Urban Development Regulatory Agreement for Multifamily Projects – Bellwether Ridge Apartments | APP000220-000265 |