IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § § | |
| CARNEGIE DEVELOPMENT, LLC | § | **Jury Trial Demanded** |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § | |

**NOTICE OF INTENT TO MOVE FOR LEAVE TO FILE SUR-REPLY TO THE
RECEIVER'S MOTION FOR CONTEMPT AS TO NEW EVIDENCE, ARGUMENTS,
AND EXPANDED RELIEF SOUGHT IN THE RECEIVER'S REPLY BRIEF**

Defendant Timothy L. Barton was served yesterday with a "Verified Reply in Support of Receiver's Motion to Compel Documents and Information, Request for Sanctions, or Alternatively, Motion for Show Cause Hearing" [ECF No. 166]. Although the Receiver captioned this filing as a "reply," the filing moved for new or additional relief against Mr. Barton that is nowhere mentioned in the initial motion. Specifically, by this new filing, the Receiver

- 1 -

now argues for and moves to impose a privilege protocol, with objectionable terms that the Receiver has never conferred with counsel about and thus which Mr. Barton has not received an opportunity to previously address.  The Receiver's new reply brief also improperly contains new evidentiary material in the form of verified assertions of fact that Mr. Barton has not had an opportunity to respond to.  In light of the Receiver's new arguments, new relief sought, and new evidentiary submissions, Mr. Barton intends to move for leave to file a sur-reply to address such matters. In the meantime, Mr. Barton respectfully asks the Court to abstain in ruling on the Receiver's initial motion (ECF No. 133) or as to the new relief sought in the Receiver's reply (ECF No. 166), until Mr. Barton has had an opportunity to respond by sur-reply.

Dated: March 2, 2023

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 *(Admitted to NDTX)*
medney@huntonak.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 *(admitted pro hac vice)*
mdingman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

Ted A. Huffman
State Bar No. 24089015
thuffman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

**COUNSEL FOR TIMOTHY LYNCH BARTON**

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

On March 2, 2023, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*
Michael J. Edney