**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| **TIMOTHY BARTON ET AL.,** | § § | **Civil Action No. 3:22-cv-2118-X** |
| *Defendants,* | § § § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § § § | |
| *Relief Defendants.* | § § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE BRANTLEY STARR:**

PLEASE TAKE NOTICE that C. Gregory Shamoun and Brian K. Norman of the law firm

SHAMOUN & NORMAN, LLP, file this Notice of Appearance as Co-Lead Counsel for non-party

Southern Properties Capital, Ltd., in the above-styled and numbered action.

Please direct all correspondence and other communications to the address below:

C. Gregory Shamoun
Brian K. Norman
SHAMOUN & NORMAN, LLP
1800 Valley View Lane, Suite 200
Farmers Branch, Texas 75234
Telephone (214) 987-1745
g@snlegal.com
bkn@snlegal.com

**RESPECTFULLY SUBMITTED BY:**

/s/ *C. Gregory Shamoun*
**C. GREGORY SHAMOUN**
Co-Lead Counsel
State Bar No. 18089650
g@snlegal.com
**BRIAN K. NORMAN**
Co-Lead Counsel
State Bar No. 00797161
bkn@snlegal.com
**SHAMOUN & NORMAN, LLP**
1800 Valley View Lane, Suite 200
Farmers Branch, Texas 75234
Telephone (214) 987-1745
Facsimile: (214) 521-9033

**ATTORNEYS      FOR      SOUTHERN
PROPERTIES CAPITAL, LTD**

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2023, I filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, Dallas Division using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

/s/ J. Blair Norris
**J. BLAIR NORRIS**