IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | |
| TIMOTHY BARTON ET AL., | § § | Civil Action No. 3:22-cv-2118-X |
| *Defendants,* | § § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § § | |
| *Relief Defendants.* | § | |

## ORDER

Before the Court is Southern Properties Capital, Ltd.'s *Opposed Expedited Motion for Extension of Briefing Scheduling and Continuance of Hearing to Intervene and Oppose Receiver's Verified Motions for Appointment of Appraisers, Approval of Appraisals, Approval Hearing and Approval of Sale of Parc at Windmill Farms and Bellwether Ridge* ("Motion"). After consideration of the Motion, the Court hereby GRANTS the Motion. It is therefore

**ORDERED** that with respect to the Receiver's Motions for Appointment of Appraisers, Approval of Appraisals, Approval Hearing and Approval of Sale of **161** Parc at Windmill Farms and **164** Bellwether Ridge, all responses to these two motions are due by March 24, 2023, with reply briefing due by March 31, 2023. It is further

**ORDERED** that on April 3, the Court will hold a hearing to consider arguments and objections regarding confirmation of the sales described in each motion.

**IT IS SO ORDERED,** this __ day of March, 2023.

_____
**BRANTLEY STARR**
United States District Judge