**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **CASE NO. 3:22-cv-2118-X** |
| **TIMOTHY BARTON ET AL.,** | § § | |
| *Defendants,* | § § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § § § | |
| *Relief Defendants.* | § | |

## SOUTHERN PROPERTIES CAPITAL, LTD.'S MOTION FOR INTERVENTION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE BRANTLEY STARR:

Southern Properties Capital, Ltd. ("SPC") files this Motion for Intervention ("Motion") to intervene in this action and oppose the relief sought by the Receiver in Receiver's Verified Motion for Appointment of Appraisers, Approval of Appraisals, Approval Hearing, and Approval of Sale of Parc at Windmill Farms [Docket No. 161] and Receiver's Verified Motion for Appointment of Appraisers, Approval of Appraisals, Approval Hearing, and Approval of Sale of Bellwether Ridge [Docket No. 164] (collectively, Receiver's "Motions").

SPC files its Motion under Rules 24(a) and 24(b)(1) of the Federal Rules of Civil Procedure. Pursuant to Local Rule 7.1(d), SPC's contentions of fact and law, arguments, and authorities supporting this Motion are set forth in the Memorandum in support of SPC's Motion.

**RESPECTFULLY SUBMITTED BY:**

/s/ *C. Gregory Shamoun*
**C. GREGORY SHAMOUN**
Co-Lead Counsel State
Bar No. 18089650
g@snlegal.com
**BRIAN K. NORMAN**
Co-Lead Counsel State
Bar No. 00797161
bkn@snlegal.com
**SHAMOUN & NORMAN, LLP**
1800 Valley View Lane, Suite 200
Farmers Branch, Texas 75234
Telephone (214) 987-1745
Facsimile: (214) 521-9033

**ATTORNEYS FOR SOUTHERN
PROPERTIES CAPITAL, LTD**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on March 3, 2023, counsel for the SPC conferred with counsel for the Receiver, Charlene Koonce, who responded that the Receiver is not opposed to SPC intervention.

Certified to the 10th day of March, 2023.

/s/ *J. Blair Norris*
**J. BLAIR NORRIS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, Dallas Division using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

/s/ J. Blair Norris
**J. BLAIR NORRIS**