## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, | § § § | |
| Plaintiff, | § § | |
| v. | § § | **CASE NO. 3:22-cv-2118-X** |
| **TIMOTHY BARTON ET AL.**, | § § § | |
| Defendants, | § | |

## ORDER GRANTING MOTION TO INTERVENE

Before the Court is the Southern Properties Capital, Ltd.'s ("SPC") Motion to Intervene and Motion to file Complaint in Intervention.  The Court, having considered SPC's Motions, concludes that the Motion should be and hereby is **GRANTED.**  The Court concludes that SPC is entitled to intervene and that may file a Complaint in Intervention concerning Parc at Windmill Farms and Bellwether Ridge, seeking a declaratory judgment that SPC owns these properties.

**SO ORDERED**, this _____ day of March, 2023

_____

Honorable Brantley Starr
UNITED STATES DISTRICT JUDGE