**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **CASE NO. 3:22-cv-2118-X** |
| **TIMOTHY BARTON ET AL.,** | § § | |
| *Defendants,* | § § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § § § | |
| *Relief Defendants.* | § § | |

**APPENDIX VOLUME IV**

**App. Nos. 597-800**

**IN SUPPORT OF SOUTHERN PROPERTIES CAPITAL, LTD.'S MOTION FOR INTERVENTION, OPPOSITION TO RECEIVER'S VERIFIED MOTIONS FOR APPOINTMENT OF APPRAISER, APPROVAL OF APPRAISERS, APPROVAL OF HEARINGS AND APPROVAL OF SALES AND BRIEF IN SUPPORT OF COMPLAINT FOR DECLARATORY RELIEF WITH RESPECT TO PARC AT WINDMILL FARMS AND BELLWETHER RIDGE**

| Ex. No. | Title | App. No. |
|---------|-------|----------|
| Ex. 43 | TCI 2021 10K | App. 597-659 |
| Ex. 44 | TCI 2020 10K | App. 661-723 |
| Ex. 45 | TCI 2019 10K | App. 725-800 |

RESPECTFULLY SUBMITTED BY:

/s/ *C. Gregory Shamoun*
**C. GREGORY SHAMOUN**
State Bar No. 18089650
Email: g@snlegal.com
**BRIAN K. NORMAN**
State Bar No. 00797161
Email: bkn@snlegal.com
**J. BLAIR NORRIS**
State Bar No. 24014515
Email: bn@snlegal.com
**SHAMOUN & NORMAN, LLP**
1800 Valley View Lane, Suite 200
Farmers Branch, Texas 75234
Telephone (214) 987-1745
Facsimile: (214) 521-9033

**ATTORNEYS FOR SOUTHERN
PROPERTIES CAPITAL, LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 10, 2023, a true and correct copy of the foregoing document was served upon all counsel of record through the Court's CM/ECF system:

| | |
|---|---|
| **C. Gregory Shamoun** | _____ FACSIMILE |
| State Bar No. 18089650 | _____ CERTIFIED MAIL, RRR |
| Email: g@snlegal.com | _____ U.S. FIRST CLASS MAIL |
| **Brian K. Norman** | _____ HAND DELIVERY |
| State Bar No. 00797161 | _X__ ELECTRONIC TRANSMISSION |
| Email: bkn@snlegal.com | |
| **J. BLAIR NORRIS** | |
| State Bar No. 24014515 | |
| Email: bn@snlegal.com | |
| **SHAMOUN & NORMAN, LLP** | |
| 1800 Valley View Lane, Ste 200 | |
| Farmers Branch, TX 75234 | |

/s/ *J. Blair Norris*
**J. BLAIR NORRIS**

# EXHIBIT 43

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2021**
**OR**

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-09240**

# Transcontinental Realty Investors, Inc.
(Exact name of registrant as specified in its charter)

| **Nevada** | **94-6565852** |
|---|---|
| (State or other jurisdiction of Incorporation or organization) | (IRS Employer Identification Number) |

| **1603 LBJ Freeway,** | **Suite 800** | **Dallas** | **TX** | **75234** |
|---|---|---|---|---|
| (Address of principal executive offices) | | | | (Zip Code) |

**(469) 522-4200**
Registrant's Telephone Number, including area code
Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock | TCI | NYSE |

Securities registered pursuant to Section 12(g) of the Act: NONE

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes        No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes        No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.    Yes        No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes        No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company in Rule 12b-2 of the Exchange Act.

Large accelerated filer        Accelerated filer            Non-accelerated filer        Smaller reporting company
Emerging growth Company

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act.) Yes    No

The aggregate market value of voting and non-voting common equity held by non-affiliates of the registrant was approximately $37.4 million as of the last business day of the registrant's most recently completed second fiscal quarter based upon the price at which the common stock was last sold on that day.

As of March 28, 2021, there were 8,639,316 shares of common stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE:**

Consolidated Financial Statements of Income Opportunity Realty Investors, Inc. Commission File No. 001-14784
Consolidated Financial Statements of American Realty Investors, Inc. Commission File No. 001-15663

**INDEX TO**
**ANNUAL REPORT ON FORM 10-K**

|  |  | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 3 |
| Item 1A. | Risk Factors | 7 |
| Item 1B. | Unresolved Staff Comments | 13 |
| Item 2. | Properties | 14 |
| Item 3. | Legal Proceedings | 17 |
| Item 4. | Mine Safety Disclosures | 17 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 18 |
| Item 6. | Selected Financial Data | 18 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 18 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 24 |
| Item 8. | Consolidated Financial Statements and Supplementary Data | 24 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 56 |
| Item 9A. | Controls and Procedures | 56 |
| Item 9B. | Other Information | 56 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 57 |
| Item 11. | Executive Compensation | 64 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management | 65 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 66 |
| Item 14. | Principal Accounting Fees and Services | 67 |
| **PART IV** | | |
| Item 15. | Exhibits, Financial Statement Schedules | 69 |
| Item 16. | Form 10-K Summary | 70 |
| Signatures | | 71 |

2

**FORWARD-LOOKING STATEMENTS**

Certain Statements in this Form 10-K are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933, and Section 21E of the Securities Exchange Act of 1934. The words "estimate", "plan", "intend",

App.598

"expect", "anticipate", "believe" and similar expressions are intended to identify forward-looking statements. The forward-looking statements are found at various places throughout this Report and in the documents incorporated herein by reference. The Company disclaims any intention or obligations to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise. Although we believe that our expectations are based upon reasonable assumptions, we can give no assurance that our goals will be achieved. Important factors that could cause our actual results to differ from estimates or projections contained in any forward-looking statements are described under Part I, Item 1A. "Risk Factors"

## PART I

## ITEM 1.   BUSINESS

### General

Transcontinental Realty Investors, Inc. (the "Company") is a fully integrated externally managed real estate company. We operate high quality multifamily and commercial properties throughout the southern United States. We also invest in mortgage notes receivable and in land that is either held for appreciation and or development. As used herein, the terms "TCI", "the Company", "We", "Our", or "Us" refer to the Company.

*Corporate Structure*

Substantially all of our assets are held by our wholly-owned subsidiary, Southern Properties Capital Ltd. ("SPC"), which was formed to allow us to raise funds by issuing non-convertible bonds that are listed and traded on the Tel-Aviv Stock Exchange ("TASE").

On November 19, 2018, we formed the Victory Abode Apartments, LLC ("VAA") joint venture with the Macquarie Group ("Macquarie"). In connection with the formation of VAA, we sold a 50% ownership interest in 51 multifamily properties, (collectively referred to herein as the "VAA Portfolio"). VAA assumed all liabilities of the VAA Portfolio. We account for our investment in VAA under the equity method. On November 17, 2021, we entered into a Major Decision with Macquarie to sell all the properties held by VAA (See "Recent Activity - Other Developments").

We own approximately 81.1% of Income Opportunity Realty Investors, Inc. ("IOR"), whose common stock is traded on the NYSE American under the symbol "IOR". Accordingly, we include IOR's financial results in our consolidated financial statements. IOR's primary business is investing in mortgage loans and realty property.

*Controlling Shareholder*

American Realty Investors, Inc. ("ARL"), whose common stock is traded on the NYSE under the symbol "ARL", and its affiliates own in more than 80% of our common stock. Accordingly, our financial results are included in the consolidated financial statements of ARL's in their Form 10-K and tax filings.

As described in Part III, Item 13. "Certain Relationships and Related Transactions, and Director Independence", our officers and directors also serve as officers and directors of ARL. ARL has business objectives similar to ours. Our officers and directors owe fiduciary duties to both ARL and us under applicable law. In determining whether a particular investment opportunity will be allocated to ARL or us, management considers the respective investment objectives of each company and the appropriateness of a particular investment in light of each company's existing real estate and mortgage notes receivable portfolio. To the extent that any particular investment opportunity is appropriate to more than one of the entities, the investment opportunity may be allocated to the entity which has had funds available for investment for the longest period of time, or, if appropriate, the investment may be shared between the two entities.

3

*Management*

Our business is managed by Pillar Income Asset Management, Inc. ("Pillar") in accordance with an Advisory Agreement that is reviewed annually by our Board of Directors. Pillar is a wholly-owned affiliate of Realty Advisors, Inc. ("RAI"), which is the controlling stockholder of ARL.

Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities. Pillar also arranges our debt and equity financing with third party lenders and investors. They also serve as the contractual "Advisor" and "Cash Manager" to ARL. As the Advisor, Pillar is compensated by us under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor". We rely upon the employees of Pillar to render services to us in

App.599

In addition, as described in Part III, Item 13. "Certain Relationships and Related Transactions, and Director Independence", we compete with related parties of Pillar having similar investment objectives related to the acquisition, development, disposition, leasing and financing of real estate and real estate-related investments. In resolving any potential conflicts of interest which may arise. Pillar has informed us that it intends to exercise its best judgment as to what is fair and reasonable under the circumstances in accordance with applicable law.

*Portfolio Composition*

At December 31, 2021, our property portfolio consisted of:
- Five commercial properties, consisting of four office buildings and one retail property, comprising in aggregate of approximately 1,063,515 square feet;
- Nine multifamily properties owned directly by us, comprising in 1,492 units, excluding apartments being developed;
- Approximately 1,886 acres of developed and undeveloped land; and
- Fifty-two multifamily properties totaling 10,281 units owned by VAA.

**Recent Activity**

The following is a description of our significant real estate and financing transactions during the year ended December 31, 2021:

*Acquisitions and Dispositions*
- On March 30, 2021, we sold a 50% ownership interest in Overlook at Allensville Phase II, a 144 unit multifamily property in Sevierville, Tennessee to Macquarie for $2.6 million, resulting in gain on sale of $1.4 million. Concurrent with the sale, we each contributed our 50% ownership interests in Overlook at Allensville Phase II into VAA.
- On August 26, 2021, we sold 600 Las Colinas, a 512,173 square foot office building in Irving, Texas for $74.8 million, resulting in gain on sale of $27.3 million. We used the proceeds to pay down the mortgage note payable on the property (See "Financing Activities") and for general corporate purposes.
- During the year ended December 31, 2021, we sold a total of 134.7 acres of land from our holdings in Windmill Farms for $20.2 million, in aggregate, resulting in gains on sale of $10.3 million. In addition, we sold 14.09 acres of land from our holdings in Mercer Crossing for $9.0 million, resulting in a gain on sale of $6.4 million.
- On January 14, 2022, we sold Toulon, a 240 unit multifamily property property in Gautier, Mississippi, for $26.8 million. The proceeds were used to pay off the mortgage note payable on the property and for general corporate purposes.

*Financing Activities*
- On March 2, 2021, we extended our $1.2 million loan on Athens to August 28, 2022.
- On March 4, 2021, we extended the maturity of our $8.4 million loan on Windmill Farms to February 28, 2023 at a reduced interest rate of 5%.
- On August 25, 2021, we replaced the existing loan on Villas at Bon Secour with a new $20.0 million loan that bears interest at 3.08% and matures on September 1, 2031.
- On August 26, 2021, we paid off the $35.9 million loan on 600 Las Colinas in connection with the sale of the underlying property (See "Acquisitions and Dispositions").
- On March 3, 2022, we extended our $39.0 million loan on Stanford Center to February 26, 2023.

4

*Development Activities*

During 2021, we spent $15.7 million on our ongoing development of Windmill Farms. Our expenditure included $2.8 million on the development of land lots for sale to single family home builders and $13.0 million on reimbursable infrastructure investments.

We have investment in nine notes receivable that were issued to fund the development of multifamily properties (See Item 2 - Properties). As of December 31, 2021, one of the projects was in construction, two were in lease-up and six were stabilized. In 2021, we advanced $8.6 million on these development notes. Each of these notes are convertible, at our option, into a 100% ownership interest in the underlying property.

During 2021, we advanced $2.3 million on the development of Tower Bay Lofts, which is owned by a third party. We have an agreement that allows us to acquire this project, at our option, for the price of our investment.

App.600

*Other Developments:*

During the year ended December 31, 2021, we recorded a loss of $29.6 million on the remeasurements of certain assets ("Earn Out Obligation") that were sold in connection with our investment in VAA.

On November 17, 2021, we entered into a Major Decision with Macquarie to engage a broker and initiate a sale of all the properties held by VAA, which are listed in Item 2. Properties as Joint Venture properties. In connection with the sale, VAA will distribute seven of its existing properties to us (referred to herein as the "Holdback Properties") and we in turn, will contribute one of our properties ("Contributed Property") into the portfolio offered for sale to third-parties. The sales price for the Holdback Properties and Contributed Property will be the estimated value of these properties as stated in the agreement, multiplied by the ratio of the actual sales price of the portion of the VAA Portfolio sold to a third party to the estimated value of the those properties that were provided in the agreement.

Each of the properties in the VAA Portfolio is appraised on an annual basis as part of our filing requirement with the TASE. As of December 31, 2021, the fair value of the VAA Portfolio, based on these appraisals was approximately $1.4 billion. The appraised value reflects an aggregate of individual property appraised value and does not reflect a premium that is sometimes offered in a portfolio sale. These values reflect a compression of cap rates for multifamily properties during the last year. However, there can be no assurances that these values will be realized. The Major Decision agreement will expire on August 1, 2022, if the VAA Portfolio has not been sold.

Our ownership interest in VAA is held by SPC, and is therefore subject to the bond covenants of the three series of bonds that have been issued by SPC. These provisions include restrictions on the distribution of cash from SPC (See Note 12 - Bonds Payable in our consolidated financial statements).

**Business Plan and Investment Policy**

Our business strategy is to maximize long-term value for our stockholders by the acquisition, development and ownership of income-producing multifamily properties in the secondary markets of the Southern United States. We generally hold our investments in real estate for the long term. We seek to maximize the current income and the value of our real estate by maintaining high occupancy levels while charging competitive rents and controlling costs. In the past we have opportunistically acquired commercial properties for income and appreciation. In addition, we also opportunistically acquire land for future development. From time to time and when we believe it appropriate to do so, we sell land and income-producing properties. We also invest in mortgage receivables.

Our income producing real estate is managed by external management companies. Our multifamily properties and one of our commercial properties are managed by various third-party companies and four of our commercial properties are managed by Regis Realty Prime, LLC ("Regis"), collectively the "management companies". The management companies conduct all of the administrative functions associated with our property operations (including billing, collections, and response to resident inquiries). Regis receives property management fees, construction management fees and leasing commissions in accordance with the terms of its property-level management agreement and is also entitled to receive real estate brokerage commissions in accordance with the terms of a non-exclusive brokerage agreement. Refer to Part III, Item 10. "Directors, Executive Officers and Corporate Governance – Property Management and Real Estate Brokerage".

5

We also invest in notes receivables that are collateralized by investments in land and/or multifamily properties. These investments have included notes receivables from Unified Housing Foundation, Inc. ("UHF") Due to our ongoing relationship and our significant investment in the performance of the collateral secured under the notes receivable, we consider UHF to be a related party.

We finance our acquisitions through operating cash flow, proceeds from the sale of land and income-producing properties, and debt, which is financing primarily in the form of property-specific, first-lien mortgage loans from commercial banks and institutional lenders. Most of the mortgage notes payable on our multifamily properties are insured with Department of Housing and Urban Development ("HUD"). HUD back mortgage notes payable generally provides for lower interest rates and longer term than conventional debt. However, HUD insured mortgage notes payable are subject to extensive regulations over the origination and transfers of mortgage notes payable and restrictions on the amount and timing of distribution of cash flows from the underlying real estate. When we sell properties, we may carry a portion of the sales price, generally in the form of a short-term interest bearing seller-financed note receivable, secured by the property being sold. We may also from time to time enter into partnerships or joint ventures with various investors to acquire land or income-producing properties, or to sell interests in some of our properties.

We have increased our portfolio of multifamily properties through ground up development. Since we don't have a fully developed in-house development, we have traditionally partnered with third-party developers ("Developers") to construct multifamily properties on our behalf. We work with the Developer on the location, design, construction budget and initial lease plan for a potential development project ("Development Project"). The construction plan includes a development fee to be paid to the Developer. To ensure that the Development Project is constructed on plan, on time

App.601

and on budget, we generally enter into a convertible loan arrangement with the Developer, whereby we advance the out-of-pocket capital for the developer at nominal rate of interest with an option to convert the loan into a 100% ownership interest in the entity that holds the Development Project for a price equal to development cost.

For our land development projects, including Windmill Farms, we have acted as our own general contractor and construction manager. We believe direct involvement in construction enables us to achieve higher construction quality, greater control over construction schedules and cost savings. We actively monitor construction progress to ensure quality workmanship to enable sale of developed lots to third-party home builders.

### Competition

The real estate business is highly competitive and we compete with numerous companies engaged in real estate activities (including certain entities described in Part III, Item 13. "Certain Relationships and Related Transactions, and Director Independence"), some of which have greater financial resources than us. We believe that success against such competition is dependent upon the geographic location of a property, the performance of property-level managers in areas such as leasing and marketing, collection of rents and control of operating expenses, the amount of new construction in the area and the maintenance and appearance of the property. Additional competitive factors include ease of access to a property, the adequacy of related facilities such as parking and other amenities, and sensitivity to market conditions in determining rent levels. With respect to multifamily properties, competition is also based upon the design and mix of the units and the ability to provide a community atmosphere for the residents. We believe that beyond general economic circumstances and trends, the degree to which properties are renovated or new properties are developed in the competing submarket are also competitive factors. Refer to Part I, Item1A. "Risk Factors".

To the extent that we seek to sell any properties, the sales prices for the properties may be affected by competition from other real estate owners and financial institutions also attempting to sell properties in areas where our properties are located, as well as aggressive buyers attempting to dominate or penetrate a particular market.

### Government Regulations

Our properties are subject to various covenants, laws, ordinances and regulations, including regulations relating to common areas, fire and safety requirements, various environmental laws, HUD, the Americans with Disabilities Act and rent control laws.

### Segments

We operate two business segments: the acquisition, development, ownership and management of multifamily properties, and the acquisition, development, ownership and management of commercial properties; which are primarily office properties.

The services for our commercial segment include primarily rental of offfice space and other tenant services, including parking and storage space rental. The services for our multifamily segment include primarily rental of apartments and other tenant services, including parking and storage space rental. See Note 15 to our consolidated financial statements in Item 8 of this Report for more information regarding our segments.

### Human Capital

We have no employees. Employees of Pillar render services to us in accordance with the terms of the Advisory Agreement.

### Available Information

We maintain an internet site at www.transconrealty-invest.com. We make available through our website free of charge Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, reports filed pursuant to Section 16, and amendments to those reports as soon as reasonably practicable after we electronically file or furnish such materials to the Securities and Exchange Commission. In addition, we have posted the charters for our Audit Committee, Compensation Committee, and Governance and Nominating Committee, as well as our Code of Business Conduct and Ethics, Corporate Governance Guidelines on Director Independence and other information on the website. These charters and principles are not incorporated in this Report by reference. We will also provide a copy of these documents free of charge to stockholders upon written request. We issue Annual Reports containing audited financial statements to its common shareholders.

## ITEM 1A.   RISK FACTORS

An investment in our securities involves various risks. All investors should carefully consider the following risk factors, applicable to TCI and

App.602

its subsidiaries, in conjunction with the other information in this report before trading our securities.

**FACTORS AFFECTING OUR ASSETS**

*The current COVID – 19 pandemic or the future outbreak of other highly infectious or contagious diseases and the timing and effectiveness of vaccine use or other effective medicines could materially and adversely affect our business, financial condition and results of operations.*

Our operating results depend, in large part, on revenues derived from leasing space in our residential multifamily communities to residential tenants and the ability of tenants to generate sufficient income to pay their rents in a timely manner. The market and economic challenges created by the COVID – 19 pandemic and measures implemented to prevent its spread have and may continue to adversely affect our returns and profitability. As a result, our ability to make distributions may be compromised, and we could experience volatility with respect to the market value of our properties and common stock. In some cases, we may be legally required or otherwise agree to restructure tenants' rent obligations and may not be able to do so in terms favorable to us as those currently in place. Further, various city, county and state laws restricting rent increases in times of emergency may come into effect in connection with the pandemic, and numerous state, local, federal and industry-initiated efforts have and may continue to affect our ability to collect rent or enforce remedies for the failure to pay rent, including, among others, limitations or prohibitions on evicting tenants unwilling or unable to pay rent and prohibitions on the ability to collect unpaid rent during certain time frames. Some residents' views about their obligations to pay rent, even when financially capable of meeting the rent obligation, have shifted away from viewing rent as a primary and necessary financial obligation, and this shift may continue or worsen as a result of the eviction moratoriums and the various laws affecting our abilities to collect rent. Additionally, market fluctuations as a result of the pandemic may affect our ability to obtain necessary funds for our operations from current lenders or new borrowings. We may be unable to obtain financing for the acquisition of investments or refinancing for existing assets on satisfactory terms, or at all. Market fluctuations and construction delays, along with increased prices, experienced by our vendors may also negatively impact their ability to provide services to us.

The global impact of the COVID – 19 pandemic continues to evolve rapidly, and the extent of its effect on our operational and financial performance will depend on future developments, which are highly uncertain and cannot be predicted with confidence, including the duration, scope and severity of the pandemic, the actions taken to contain or mitigate its impact, the timing of distribution and effectiveness of vaccines and the willingness and ability of the public to get vaccinated in a timely manner, and the direct and indirect economic effects of the pandemic and related containment measures, among others. Also, to the extent any of these risks and uncertainties adversely impact us in the ways described above or otherwise, they may also have the effect of heightening many of the other risks set forth in this Report.

<div align="center">7</div>

*Adverse events concerning our existing tenants or negative market conditions affecting our existing tenants could have an adverse impact on our ability to attract new tenants, release space, collect rent or renew leases, and thus could adversely affect cash flow from operations and inhibit growth.*

Cash flow from operations depends in part on the ability to lease space to tenants on economically favorable terms. We could be adversely affected by various facts and events over which we have limited or no control, such as:

- lack of demand for space in areas where the properties are located;
- inability to retain existing tenants and attract new tenants;
- oversupply of or reduced demand for space and changes in market rental rates;
- defaults by tenants or failure to pay rent on a timely basis;
- the need to periodically renovate and repair marketable space;
- physical damage to properties;
- economic or physical decline of the areas where properties are located; and
- potential risk of functional obsolescence of properties over time.

At any time, any tenant may experience a downturn in its business that may weaken its financial condition. As a result, a tenant may delay lease commencement, fail to make rental payments when due, decline to extend a lease upon its expiration, become insolvent or declare bankruptcy. Any tenant bankruptcy or insolvency, leasing delay or failure to make rental payments when due could result in the termination of the tenant's lease and material losses to us.

If tenants do not renew their leases as they expire, we may not be able to rent the space. Furthermore, leases that are renewed, and some new leases for space that is re-let, may have terms that are less economically favorable than expiring lease terms, or may require us to incur significant costs, such as renovations, tenant improvements or lease transaction costs. Any of these events could adversely affect cash flow from operations and our ability to make distributions to shareholders and service indebtedness. A significant portion of the costs of owning property, such as real estate

<div align="right">App.603</div>

taxes, insurance, and debt-service payments, are not necessarily reduced when circumstances cause a decrease of rental income from the properties.

***We may not be able to compete successfully with other entities that operate in our industry.***

We experience a great deal of competition in attracting tenants for the properties and in locating land to develop and properties to acquire.

In our effort to lease properties, we compete for tenants with a broad spectrum of other landlords in each of the markets. These competitors include, among others, publicly-held REITs, privately-held entities, individual property owners and tenants who wish to sublease their space. Some of these competitors may be able to offer prospective tenants more attractive financial terms than we are able to offer.

If the availability of land or high quality properties in our markets diminishes, operating results could be adversely affected.

***We may experience increased operating costs which could adversely affect our financial results and the value of our properties.***

Our properties are subject to increases in operating expenses such as insurance, cleaning, electricity, heating, ventilation and air conditioning, administrative costs and other costs associated with security, landscaping, repairs, and maintenance of the properties. While some current tenants are obligated by their leases to reimburse us for a portion of these costs, there is no assurance that these tenants will make such payments or agree to pay these costs upon renewal or new tenants will agree to pay these costs. If operating expenses increase in our markets, we may not be able to increase rents or reimbursements in all of these markets to offset the increased expenses, without at the same time decreasing occupancy rates. If this occurs, our ability to make distributions to shareholders and service indebtedness could be adversely affected.

***Our ability to achieve growth in operating income depends in part on its ability to develop additional properties or acquire and redevelop or renovate existing properties.***

We intend to continue to develop properties where warranted by market conditions. We have a number of ongoing development and land projects being readied for commencement.

8

Additionally, general construction and development activities include the following risks:

- construction and leasing of a property may not be completed on schedule, which could result in increased expenses and construction costs, and would result in reduced profitability for that property;
- construction costs may exceed original estimates due to increases in interest rates and increased cost of materials, labor or other costs, possibly making the property less profitable because of inability to increase rents to compensate for the increase in construction costs;
- some developments may fail to achieve expectations, possibly making them less profitable;
- we may be unable to obtain, or face delays in obtaining, required zoning, land-use, building, occupancy, and other governmental permits and authorizations, which could result in increased costs and could require us to abandon our activities entirely with respect to a project;
- we may abandon development opportunities after the initial exploration, which may result in failure to recover costs already incurred. If we determine to alter or discontinue its development efforts, future costs of the investment may be expensed as incurred rather than capitalized and we may determine the investment is impaired resulting in a loss;
- we may expend funds on and devote management's time to projects which will not be completed; and
- occupancy rates and rents at newly-completed properties may fluctuate depending on various factors including market and economic conditions, and may result in lower than projected rental rates and reduced income from operations.

***We face risks associated with property acquisitions.***

We have acquired individual properties and various portfolios of properties in the past and intend to continue to do so. Acquisition activities are subject to the following risks:

- when we are able to locate a desired property, competition from other real estate investors may significantly increase the seller's offering price;
- acquired properties may fail to perform as expected;
- the actual costs of repositioning or redeveloping acquired properties may be higher than original estimates;
- acquired properties may be located in new markets where we face risks associated with an incomplete knowledge or understanding of the local market, a limited number of established business relationships in the area and a relative unfamiliarity with local governmental and permitting procedures; and

App.604

- we may be unable to quickly and efficiently integrate new acquisitions, particularly acquisitions of portfolios of properties, into existing operations, and results of operations and financial condition could be adversely affected.

We may acquire properties subject to liabilities and without any recourse, or with limited recourse, with respect to unknown liabilities. However, if an unknown liability was later asserted against the acquired properties, we might be required to pay substantial sums to settle it, which could adversely affect cash flow.

***Many of our properties are concentrated in our primary markets and we may suffer economic harm as a result of adverse conditions in those markets.***

Our properties are located principally in specific geographic areas in the southwestern, southeastern, and mid-western United States. Our overall performance is largely dependent on economic conditions in those regions.

Our investments in joint ventures may decrease our ability to manage risk. We conduct some of our operations through a joint venture in which we share control over certain economic and business interests with our joint venture partner. Our joint venture partner may have economic, business or legal interests or goals that are inconsistent with our goals and interests or may be unable to meet their obligations. Failure by us, or an entity in which we have a joint-venture interest, to adequately manage the risks associated with any acquisitions or joint ventures could have a material adverse effect on the financial condition or results of operations of our joint ventures and adversely affect our business, financial condition, results of operations and cash flows.

***We are leveraged and may not be able to meet our debt service obligations.***

9

We had total indebtedness, including bonds and notes payable, at December 31, 2021 of approximately $366.2 million. Substantially all assets have been pledged to secure debt. These borrowings increase the risk of loss because they represent a prior claim on assets and most require fixed payments regardless of profitability. Our leveraged position makes us vulnerable to declines in the general economy and may limit our ability to pursue other business opportunities in the future.

***We may not be able to access financial markets to obtain capital on a timely basis, or on acceptable terms.***

We rely on proceeds from property dispositions and third party capital sources for a portion of our capital needs, including capital for acquisitions and development. The public debt and equity markets are also among the sources upon which we rely. There is no guarantee that we will be able to access these markets or any other source of capital. The ability to access the public debt and equity markets depends on a variety of factors, including:

- general economic conditions affecting these markets;
- our own financial structure and performance;
- the market's opinion of real estate companies in general; and
- the market's opinion of real estate companies that own similar properties.

***We may suffer adverse effects as a result of terms and covenants relating to our indebtedness.***

Required payments on our indebtedness generally are not reduced if the economic performance of the portfolio declines. If the economic performance declines, net income, cash flow from operations and cash available for distribution to stockholders may be reduced. If payments on debt cannot be made, we could sustain a loss or suffer judgments, or in the case of mortgages, suffer foreclosures by mortgagees. Further, some obligations contain cross-default and/or cross-acceleration provisions, which means that a default on one obligation may constitute a default on other obligations.

We anticipate only a small portion of the principal of our debt will be repaid prior to maturity. Therefore, we are likely to refinance a portion of our outstanding debt as it matures. There is a risk that we may not be able to refinance existing debt or the terms of any refinancing will not be as favorable as the terms of the maturing debt. If principal balances due at maturity cannot be refinanced, extended, or repaid with proceeds from other sources, such as the proceeds of sales of assets or new equity capital, cash flow may not be sufficient to repay all maturing debt in years when significant "balloon" payments come due.

Our credit facilities and unsecured debt contain customary restrictions, requirements and other limitations on the ability to incur indebtedness, including total debt to asset ratios, secured debt to total asset ratios, debt service coverage ratios, and minimum ratios of unencumbered assets to unsecured debt. Our continued ability to borrow is subject to compliance with financial and other covenants. In addition, failure to comply with such

App.605

covenants could cause a default under credit facilities, and we may then be required to repay such debt with capital from other sources. Under those circumstances, other sources of capital may not be available, or be available only on terms that are detrimental to us.

### *Our degree of leverage could limit our ability to obtain additional financing or affect the market price of our common stock.*

The degree of leverage could affect our ability to obtain additional financing for working capital, capital expenditures, acquisitions, development or other general corporate purposes. The degree of leverage could also make us more vulnerable to a downturn in business or the general economy.

### *An increase in interest rates would increase interest costs on variable rate debt and could adversely impact the ability to refinance existing debt.*

We currently have, and may incur more, indebtedness that bears interest at variable rates. Accordingly, if interest rates increase, so will the interest costs, which could adversely affect cash flow and the ability to pay principal and interest on our debt and the ability to make distributions to shareholders. Further, rising interest rates could limit our ability to refinance existing debt when it matures.

### *Unbudgeted capital expenditures or cost overruns could adversely affect business operations and cash flow.*

If capital expenditures for ongoing or planned development projects or renovations exceed expectations, the additional cost of these expenditures could have an adverse effect on business operations and cash flow. In addition, we might not have access to funds on a timely basis to pay for the unexpected expenditures.

<center>10</center>

Construction costs are funded in large part through construction financing, which we may guarantee. Our obligation to pay interest on this financing continues until the rental project is completed, leased-up and permanent financing is obtained, or the project is sold, or the construction loan is otherwise paid. Unexpected delays in completion of one or more ongoing projects could also have a significant adverse impact on business operations and cash flow.

### *We may need to sell properties from time to time for cash flow purposes.*

Because of the lack of liquidity of real estate investments generally, our ability to respond to changing circumstances may be limited. Real estate investments generally cannot be sold quickly. In the event that we must sell assets to generate cash flow, we cannot predict whether there will be a market for those assets in the time period desired, or whether we will be able to sell the assets at a price that will allow us to fully recoup its investment. We may not be able to realize the full potential value of the assets and may incur costs related to the early extinguishment of the debt secured by such assets.

### *We intend to devote resources to the development of new projects.*

We plan to continue developing new projects as opportunities arise in the future. Development and construction activities entail a number of risks, including but not limited to the following:

- we may abandon a project after spending time and money determining its feasibility;
- construction costs may materially exceed original estimates;
- the revenue from a new project may not be enough to make it profitable or generate a positive cash flow;
- we may not be able to obtain financing on favorable terms for development of a property, if at all;
- we may not complete construction and lease-ups on schedule, resulting in increased development or carrying costs; and
- we may not be able to obtain, or may be delayed in obtaining, necessary governmental permits.

### *FACTORS AFFECTING THE INDUSTRY*

### *The overall business is subject to all of the risks associated with the real estate industry.*

We are subject to all risks incident to investment in real estate, many of which relate to the general lack of liquidity of real estate investments, including, but not limited to:

- our real estate assets are concentrated primarily in the southwest and any deterioration in the general economic conditions of this region could have an adverse effect;

<center>App.606</center>

- changes in interest rates may make the ability to satisfy overall debt service requirements more burdensome;
- lack of availability of financing may render the purchase, sale or refinancing of a property more difficult or unattractive;
- changes in real estate and zoning laws;
- increases in real estate taxes and insurance costs;
- federal or local regulations or rent controls;
- acts of terrorism, and
- hurricanes, tornadoes, floods, earthquakes and other similar natural disasters.

***Our performance and value are subject to risks associated with our real estate assets and with the real estate industry.***

Our economic performance and the value of our real estate assets, and consequently the value of our securities, are subject to the risk that if our properties do not generate revenues sufficient to meet our operating expenses, including debt service and capital expenditures, our cash flow will be adversely affected. The following factors, among others, may adversely affect the income generated by our properties:

- downturns in the national, regional and local economic conditions (particularly increases in unemployment);
- competition from other office, apartment and commercial buildings;
- local real estate market conditions, such as oversupply or reduction in demand for office, apartments or other commercial space;

11

- changes in interest rates and availability of financing;
- vacancies, changes in market rental rates and the need to periodically repair, renovate and re-let space;
- increased operating costs, including insurance expense, utilities, real estate taxes, state and local taxes and heightened security costs;
- civil disturbances, earthquakes and other natural disasters, or terrorist acts or acts of war which may result in uninsured or underinsured losses;
- significant expenditures associated with each investment, such as debt service payments, real estate taxes, insurance and maintenance costs which are generally not reduced when circumstances cause a reduction in revenues from a property;
- declines in the financial condition of our tenants and our ability to collect rents from our tenants; and
- decreases in the underlying value of our real estate.

***Adverse economic and geopolitical conditions and dislocations in the credit markets could have a material adverse effect on our results of operations, and financial condition.***

Our business may be affected by market and economic challenges experienced by the U.S. economy or real estate industry as a whole or by the local economic conditions in the markets in which our properties are located, including the current dislocations in the credit markets and general global economic recession. These current conditions, or similar conditions existing in the future, may adversely affect our results of operations, and financial condition as a result of the following, among other potential consequences:

- the financial condition of our tenants may be adversely affected which may result in tenant defaults under leases due to bankruptcy, lack of liquidity, operational failures or for other reasons;
- significant job losses within our tenants may occur, which may decrease demand for our office space, causing market rental rates and property values to be negatively impacted;
- our ability to borrow on terms and conditions that we find acceptable, or at all, may be limited, which could reduce our ability to pursue acquisition and development opportunities and refinance existing debt, reduce our returns from our acquisition and development activities and increase our future interest expense;
- reduced values of our properties may limit our ability to dispose of assets at attractive prices or to obtain debt financing secured by our properties and may reduce the availability of unsecured loans; and
- one or more lenders could refuse to fund their financing commitment to us or could fail and we may not be able to replace the financing commitment of any such lenders on favorable terms, or at all.

***Real estate investments are illiquid, and we may not be able to sell properties if and when it is appropriate to do so.***

Real estate generally cannot be sold quickly. We may not be able to dispose of properties promptly in response to economic or other conditions. In addition, provisions of the Internal Revenue Code may limit our ability to sell properties (without incurring significant tax costs) in some situations when it may be otherwise economically advantageous to do so, thereby adversely affecting returns to stockholders and adversely impacting our

App.607

*General real estate investment risks may adversely affect property income and values.*

Real estate investments are subject to a variety of risks. If the communities and other real estate investments do not generate sufficient income to meet operating expenses, including debt service and Expenditures, cash flow, and the ability to make distributions, the operating income will be adversely affected. Income from the communities may be further adversely affected by, among other things, the following factors:

- changes in the general or local economic climate, including layoffs, plant closings, industry slowdowns, relocations of significant local employers, and other events negatively impacting local employment rates and wages and the local economy;
- local economic conditions in which the communities are located, such as oversupply of housing or a reduction in demand for rental housing;

- adverse economic or market conditions due to COVID – 19 pandemic leading to a temporary or permanent move by tenants and/or prospective tenants from locations in which our communities are located;
- the attractiveness and desirability of our communities to tenants, including, without limitation, the size and amenity offerings of our units, our technology offerings and our ability to identify and cost effectively implement new, relevant technologies and to keep up with constantly changing consumer demand for the latest innovations, including any increased requirements due to the significant increase in the number of people who continue to "work from home";
- inflationary environments in which the cost to operate and maintain communities increases at a rate greater than our ability to increase rents or deflationary environments where we may be exposed to declining rents more quickly under our short-term leases;
- competition from other available housing alternatives;
- changes in rent control or stabilization laws or other laws regulating housing and other increasing regulation on people and business in locations where our communities are located;
- our ability to provide for adequate maintenance and insurance;
- declines in the financial condition of our tenants, which may make it more difficult for us to collect rents from some tenants;
- any decline in or tenants' perceptions of the safety, convenience and attractiveness of our communities and the neighborhoods where they are located; and
- changes in interest rates and availability of financing.

As leases at the communities expire, tenants may enter into new leases on terms that are less favorable to us. Income and real estate values may also be adversely affected by such factors as applicable laws, including, without limitation, the Americans with Disabilities Act of 1990, Fair Housing Amendment Act of 1988, permanent and temporary rent controls, rent stabilization laws, other laws regulating housing that may prevent us from raising rents to offset increased operating expenses, and tax laws.

*National and regional economic environments can negatively impact our liquidity and operating results.*

Our forecast for the national economy assumes growth of the gross domestic product of the national economy and the economies of the southeastern and southwestern states. In the event of a recession or other negative economic effects, including as a result of the COVID – 19 pandemic, we could incur reductions in rental rates, occupancy levels, property valuations and increases in operating costs, such as advertising and turnover expenses. Any such recession or similar event may affect consumer confidence and spending and negatively impact the volume and pricing of real estate transactions, which could negatively affect our liquidity and its ability to vary its portfolio promptly in responses to changes to the economy. Further, if residents do not experience increases in their income, they may be unable or unwilling to pay rent increases, and delinquency in rent payments and rent defaults may increase as well as vacancy rates.

## ITEM 1B.    UNRESOLVED STAFF COMMENTS

None.

ITEM 2.   PROPERTIES

**Residential Properties**

| Count | Property | Location | Year Constructed | Units | Occupancy |
|---|---|---|---|---|---|
| | **Consolidated Properties** | | | | |
| 1 | Chelsea | Beaumont, TX | 1999 | 144 | 96.5 % |
| 2 | Forest Grove | Bryan, TX | 2020 | 84 | 98.8 % |
| 3 | Landing Bayou | Houma, LA | 2005 | 240 | 42.1 % |
| 4 | Legacy at Pleasant Grove | Texarkana, TX | 2006 | 208 | 96.6 % |
| 5 | Parc at Denham Springs Phase II | Denham Springs, LA | 2010 | 144 | 93.8 % |
| 6 | Sugar Mill Phase III | Baton Rouge, LA | 2015 | 72 | 86.1 % |
| 7 | Toulon | Gautier, MS | 2011 | 240 | 98.8 % |
| 8 | Villas at Bon Secour | Gulf Shores, AL | 2007 | 200 | 96.5 % |
| 9 | Vista Ridge | Tupelo, MS | 2009 | 160 | 96.9 % |
| | | | | 1,492 | |
| | **Joint Venture Properties** | | | | |
| 1 | Abode Red Rock | Las Vegas, NV | 2018 | 308 | 97.1 % |
| 2 | Apalachee Point Villas | Tallahassee, FL | 2018 | 200 | 98.5 % |
| 3 | Blue Lake Villas | Waxahachie, TX | 2002 | 186 | 98.4 % |
| 4 | Blue Lake Villas Phase II | Waxahachie, TX | 2004 | 70 | 97.1 % |
| 5 | Breakwater Bay | Beaumont, TX | 2003 | 176 | 96.6 % |
| 6 | Bridgewood Ranch | Kaufman, TX | 2007 | 106 | 99.1 % |
| 7 | Capitol Hill | Little Rock, AR | 2003 | 156 | 97.4 % |
| 8 | Centennial Village | Oak Ridge, TN | 2011 | 252 | 97.2 % |
| 9 | Crossing at Opelika | Opelika, AL | 2011 | 168 | 97.0 % |
| 10 | Dakota Arms | Lubbock, TX | 2005 | 208 | 97.6 % |
| 11 | Desoto Ranch | DeSoto, TX | 2003 | 248 | 97.6 % |
| 12 | Eagle Crossing | Dallas, TX | 2017 | 150 | 98.0 % |
| 13 | Falcon Lake | Arlington, TX | 2002 | 248 | 98.8 % |
| 14 | Heather Creek | Mesquite, TX | 2003 | 200 | 99.0 % |
| 15 | Lake Forest | Humble, TX | 2004 | 240 | 97.9 % |
| 16 | Lakeside Lofts | Farmers Branch, TX | 2020 | 494 | 96.4 % |
| 17 | Lodge at Pecan Creek | Denton, TX | 2011 | 192 | 97.9 % |
| 18 | Lofts at Reynolds | Asheville, NC | 2012 | 201 | 99.0 % |
| 19 | Mansions of Mansfield | Mansfield, TX | 2008 | 208 | 98.6 % |
| 20 | McKinney Point | McKinney, TX | 2017 | 198 | 98.5 % |
| 21 | Metropolitan | Little Rock, AR | 2008 | 260 | 93.8 % |
| 22 | Mission Oaks | San Antonio, TX | 2006 | 228 | 97.4 % |
| 23 | Northside on Travis | Sherman, TX | 2008 | 200 | 99.0 % |
| 24 | Oak Hollow | Sequin, TX | 2011 | 160 | 97.5 % |
| 25 | Oak Hollow Phase II | Sequin, TX | 2018 | 96 | 95.8 % |
| 26 | Oceanaire | Biloxi, MS | 2009 | 196 | 99.5 % |
| 27 | Overlook at Allensville Square | Sevierville, TN | 2012 | 144 | 97.9 % |
| 28 | Overlook at Allensville Phase II | Sevierville, TN | 2012 | 144 | 98.6 % |
| 29 | Parc at Bentonville | Bentonville, AR | 2017 | 216 | 96.3 % |
| 30 | Parc at Clarksville | Clarksville, TN | 2018 | 168 | 99.4 % |
| 31 | Parc at Denham Springs | Denham Spring, LA | 2007 | 224 | 96.0 % |
| 32 | Parc at Garland | Garland, TX | 2010 | 198 | 99.0 % |
| 33 | Parc at Mansfield | Mansfield, TX | 2017 | 99 | 100.0 % |
| 34 | Parc at Maumelle | Little Rock, AR | 2015 | 240 | 97.5 % |
| 35 | Parc at Metro Center | Nashville, TN | 2005 | 144 | 98.6 % |

App.609

14

| Count | Property | Location | Year Constructed | Units | Occupancy | |
|---|---|---|---|---|---|---|
| 37 | Parc at Wylie | Wylie, TX | 2007 | 198 | 98.5 | % |
| 38 | Preserve at Pecan Creek | Denton, TX | 2008 | 192 | 97.4 | % |
| 39 | Preserve at Prairie Pointe | Lubbock, TX | 2005 | 184 | 96.7 | % |
| 40 | Residences at Holland Lake | Weatherford, TX | 2004 | 208 | 97.6 | % |
| 41 | Sawgrass Creek | New Port Richey, FL | 2018 | 188 | 99.5 | % |
| 42 | Sonoma Court | Rockwall, TX | 2011 | 124 | 99.2 | % |
| 43 | Sugar Mill Phase I | Baton Rouge, LA | 2009 | 160 | 83.1 | % |
| 44 | Sugar Mill Phase II | Baton Rouge, LA | 2016 | 80 | 77.5 | % |
| 45 | Tattersall Village | Hinesville, GA | 2010 | 222 | 96.8 | % |
| 46 | Terra Lago | Rowlett, TX | 2018 | 451 | 97.6 | % |
| 47 | Tradewinds | Midland, TX | 2015 | 214 | 84.6 | % |
| 48 | Villas of Park West I | Pueblo, CO | 2005 | 148 | 97.3 | % |
| 49 | Villas of Park West II | Pueblo, CO | 2010 | 112 | 99.1 | % |
| 50 | Vistas of Vance Jackson | San Antonio, TX | 2005 | 240 | 97.5 | % |
| 51 | Waterford At Summer Park | Rosenberg, TX | 2013 | 196 | 99.0 | % |
| 52 | Windsong | Fort Worth, TX | 2003 | 188 | 97.3 | % |
| | | | | **10,281** | | |
| 61 | Total Mutltifamily Properties | | | **11,773** | | |

**Residential Portfolio Composition**

The following table sets forth the location and number of units as of December 31, 2021:

| Location | Company owned No. | Company owned Units | VAA owned No. | VAA owned Units | Total No. | Total Units |
|---|---|---|---|---|---|---|
| Alabama | 1 | 200 | 1 | 168 | 2 | 368 |
| Arkansas | — | — | 5 | 1,122 | 5 | 1,122 |
| Colorado | — | — | 2 | 260 | 2 | 260 |
| Florida | — | — | 2 | 388 | 2 | 388 |
| Georgia | — | — | 1 | 222 | 1 | 222 |
| Louisiana | 3 | 456 | 3 | 464 | 6 | 920 |
| Mississippi | 2 | 400 | 1 | 196 | 3 | 596 |
| North Carolina | — | — | 1 | 201 | 1 | 201 |
| Nevada | — | — | 1 | 308 | 1 | 308 |
| Tennessee | — | — | 5 | 852 | 5 | 852 |
| Texas | 3 | 436 | 30 | 6,100 | 33 | 6,536 |
| | 9 | 1,492 | 52 | 10,281 | 61 | 11,773 |

App.610

15

**Commercial Properties**

| Count | Property | Location | Year Constructed | Square Feet | Occupancy |
|---|---|---|---|---|---|
| | **Office Buildings** | | | | |
| 1 | 770 South Post Oak | Houston, TX | 1980 | 95,450 | 53.3 % |
| 2 | Browning Place | Farmers Branch, TX | 1982 | 625,297 | 73.0 % |
| 3 | Senlac | Farmers Branch, TX | 1971 | 2,812 | 100.0 % |
| 4 | Stanford Center | Dallas, TX | 1982 | 333,234 | 67.9 % |
| | | | | 1,056,793 | |
| | **Retail Centers** | | | | |
| 5 | Fruitland Park | Fruitland Park, FL | 1986 | 6,722 | — % |
| 5 | | | | 1,063,515 | |

**Commercial Lease Expirations**

The following table summarizes our commercial lease expirations as of December 31, 2021:

| Year of Lease Expiration | Rentable Square Feet Subject to Expiring Leases | Current Annualized Contractual Rent Under Expiring Leases (1,000s)(1) | Current Annualized Contractual Rent Under Expiring Leases (P.S.F.) | Percentage of Total Square Feet | Percentage of Gross Rentals |
|---|---|---|---|---|---|
| 2022 | 225,945 | $ 13,368 | $ 59.15 | 21.3 % | 23.0 % |
| 2023 | 209,346 | 9,128 | 43.67 | 19.7 % | 15.7 % |
| 2024 | 51,645 | 5,613 | 107.94 | 4.9 % | 9.6 % |
| 2025 | 25,614 | 5,200 | 200.00 | 2.5 % | 8.9 % |
| 2026 | 7,157 | 4,912 | 701.71 | 0.7 % | 8.4 % |
| Thereafter | 205,353 | 20,008 | 97.60 | 19.3 % | 34.4 % |
| | 725,060 | $ 58,229 | | | 100.0 % |

(1)   This amount reflects total rent before any rent abatement and includes expense reimbursements, which may be estimates as of such date.

16

**Land Investments**

App.611

| Project | Location | Acres |
|---|---|---|
| **Held for development** | | |
| Athens | Athens, AL | 33 |
| EQK Portage | Kent, OH | 49 |
| McKinney 36 | Collin County, TX | 18 |
| McKinney Heritage | McKinney, TX | 10 |
| Ocean Estates | Gulfport, MS | 12 |
| Willowick | Pensacola, FL | 40 |
| Mercer Crossing Commercial | Farmers Branch, TX | 19 |
| Windmills Farm | Kaufman County, TX | 1,223 |
| Other | Various | 41 |
| | | 1,445 |
| **Held subject to sales contract** | | |
| Mercer Crossing | Farmers Branch, TX | 1 |
| Windmill Farms | Kaufman County, TX | 440 |
| | | 441 |
| | | **1,886** |

## ITEM 3.   LEGAL PROCEEDINGS

In February 2019, Paul Berger ("Berger") filed a lawsuit against us, our directors, our officers and others that alleges that we completed improper sales and/or transfers of property with IOR. Berger requests that we pay off various related party loans to IOR and that IOR then distribute the funds to IOR's stockholders. We intend to vigorously defend against the allegations. The trial for this matter is scheduled for November 2022.

In connection with the formation of VAA, ten of the properties that we contributed to the joint venture were subject to an earn-out provision that provided for a remeasurement of the value of those properties after a two-year period following the completion of construction (the "Earn Out Obligation"). We were unable to reach agreement with our joint venture partner on the remeasured value and as a result, the parties filed for arbitration in accordance with the joint venture agreement. On July 13, 2021, we received the arbitration verdict in connection with our dispute on the measurement of the Earn Out Obligation, which determined that our position and claims were declined, and the position of Macquarie was fully accepted. As a result, we were ordered to pay approximately $39.6 million to Macquarie to satisfy the Earn Out Obligation.

## ITEM 4.   MINE SAFETY DISCLOSURES

Not applicable.

17

## PART II

## ITEM 5.   MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES

Our common stock is listed and traded on the NYSE under the symbol "TCI". The following table sets forth the high and low sales prices as reported in the consolidated reporting system of the NYSE for the quarters ended:

| | 2021 | | 2020 | |
|---|---|---|---|---|
| | High | Low | High | Low |
| First Quarter | $ 25.10 | $ 20.34 | $ 39.86 | $ 16.00 |
| Second Quarter | $ 34.25 | $ 18.61 | $ 40.42 | $ 16.50 |
| Third Quarter | $ 42.40 | $ 30.91 | $ 30.43 | $ 29.99 |
| Fourth Quarter | $ 42.92 | $ 37.20 | $ 32.26 | $ 21.75 |

App.612

On March 28, 2022, the closing price of our common stock as reported on the NYSE was $38.71 per share, and was held by approximately 2,046 holders of record.

Our Board of Directors established a policy that dividend declarations on common stock would be determined on an annual basis following the end of each year. In accordance with that policy, the board determined not to pay any dividends on common stock in December 31, 2021, 2020 or 2019. Future distributions to common stockholders will be determined by the Board of Directors in light of conditions then existing, including our financial condition and requirements, future prospects, restrictions in financing agreements, business conditions and other factors deemed relevant by the Board.

We have a share repurchase program that allows for the repurchase of up to 1,637,000 shares of our common stock. This repurchase program has no termination date. There were no shares repurchased in 2021 and the program has 650,250 share remaining that can be repurchased as of December 31, 2021.

## ITEM 6.  SELECTED FINANCIAL DATA

Optional and not included.

## ITEM 7.  MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The following discussion should be read in conjunction with our consolidated financial statements and related notes in Part II, Item 8 of this Report. Our results of operations for the year ended December 31, 2021 were affected by the acquisitions and disposition, refinancing activity, development activity as discussed below.

### Management's Overview

We are an externally advised and managed real estate investment company that owns a diverse portfolio of income-producing properties and land held for development throughout the Southern United States. Our portfolio of income-producing properties includes multifamily residential properties, office buildings and other commercial properties. Our investment strategy includes acquiring existing income-producing properties as well as developing new properties on land already owned or acquired for a specific development project.

Our operations are managed by Pillar Income Asset Management, Inc. ("Pillar") in accordance with an Advisory Agreement. Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities. Pillar also arranges our debt and equity financing with third party lenders and investors. We rely upon on the employees of Pillar render services to us in accordance with the terms of the Advisory Agreement. Pillar is considered to be a related party due to its common ownership with American Realty Investors, Inc. ("ARL"), who is our controlling shareholder.

18

The following is a summary of our recent acquisition, disposition, financing and development activities:

*Acquisitions and Dispositions*

- On May 31, 2019, we sold Westwood, a 120 unit multifamily property in Mary Ester, Florida for $3.1 million, resulting in a loss on sale of $0.1 million.

- During the year ended December 31, 2019, we sold 105.1 acres of land for an aggregate sales price of $30.0 million and purchased 41.9 acres for an aggregate purchase price of approximately $4.6 million.

- On March 5, 2020, we acquired a 49.2 acres land parcel in Kent, Ohio for $5.4 million that was funded by a $2.0 million cash payment and a $3.4 million note payable that bears interest at 10% and matures on November 13, 2024.

- On May 1, 2020, we sold Villager, a 33 unit multifamily property in Fort Walton, Florida for $2.4 million, resulting in a gain on sale of $1.0 million.

- On July 16, 2020, we sold Farnham Park, a 144 unit multifamily property in Port Arthur, Texas for $13.3 million, resulting in a gain on sale

App.613

- On September 14, 2020, we sold Bridge View Plaza, a retail property in La Crosse, Wisconsin for $5.3 million, resulting in a gain on sale of $4.6 million.

- During the year ended December 31, 2020, we sold a total of 58.8 acres of land from our holdings in Windmill Farms for $12.9 million, in aggregate, resulting in gains on sale of $11.1 million. In addition, we sold 26.79 acres of land from our holdings in Mercer Crossing during the year ended December 31, 2020 for $16.3 million, resulting in a gain on sale of $5.7 million.

- On March 30, 2021, we sold a 50% ownership interest in Overlook at Allensville Phase II, a 144 unit multifamily property in Sevierville, Tennessee to Macquarie, for $2.6 million resulting in a gain on sale of $1.4 million. Concurrent with the sale, we each contributed our 50% ownership interests in Overlook at Allensville Phase II into VAA.

- On August 26, 2021, we sold 600 Las Colinas, a 512,173 square foot office building in Irving, Texas for $74.8 million, resulting in a gain on sale of $27.3 million. We used the proceeds to pay down the mortgage note payable on the property (See "Financing Activities") and for general corporate purposes.

- During the year ended December 31, 2021, we sold a total of 134.7 acres of land from our holdings in Windmill Farms for $20.2 million, in aggregate, resulting in gains on sale of $10.3 million. In addition, we sold 14.1 acres of land from our holdings in Mercer Crossing during the year ended December 31, 2021 for $9.0 million, resulting in a gain on sale of $6.4 million.

*Financing Activities*

- On July 28, 2019, we paid off the $41.5 million mortgage note payable on Browning Place, which resulted in a loss on early extinguishment of debt of $5.2 million. Concurrent with the repayment of the mortgage note payable, we issued $78.1 million of Series C bonds (See Note 12 in our consolidated financial statements), which are collateralized by Browning Place, bear interest at 4.65% and mature on January 31, 2023.

- On November 30, 2020, we issued $19.7 million in additional Series A bonds (See Note 12 in our consolidated financial statements) for $18.8 million in net proceeds. We used the proceeds to fund in part our bond payments that were due on January 30, 2021.

- On December 3, 2020, we extended our $14.7 million loan from HSW Partners to June 17, 2021.

- On March 2, 2021, we extended our $1.2 million loan on Athens to August 28, 2022.

- On March 4, 2021, we extended the maturity of our $8.4 million loan on Windmill Farms until February 28, 2023 at a reduced interest rate of 5%.

- On August 25, 2021, we replaced the existing loan on Villas at Bon Secour with a new $20.0 million loan that bears interest at 3.08% and matures on September 1, 2031.

19

- On August 26, 2021, we paid off the $35.9 million loan on 600 Las Colinas in connection with the sale of the underlying property (See "Acquisitions and Dispositions").

- On March 3, 2022, we extended our $39.0 million loan on Stanford Center to February 26, 2023.

*Development Activities*

In 2020, we completed the construction of Parc at Denham Springs Phase II and Sugar Mill Phase III for a total cost of $17.2 million and $14.2 million, respectively.

During 2021, we spent $15.7 million on our ongoing development of Windmill Farms. Our expenditure includes $2.8 million on the development of land lots for sale to single family home developers and $13.0 million on reimbursable infrastructure investments.

We have investment in nine notes receivable that were issued to fund the development of multifamily properties (See Part 1 - Item 2 - Properties). As of December 31, 2021, one of the projects was in construction, two were in lease-up and six were stabilized. In 2021, we advanced

App.614

$8.6 million on these development notes. Each of these notes are convertible, at our option, into a 100% ownership interest in the underlying property.

During 2021, we advanced $2.3 million on the development of Tower Bay Lofts, which is owned by a third party. We have an agreement that allows us to purchase this project, at our option, for the price of our investment.

*Other Developments:*

During 2021, we recorded a loss of $29.6 million on the remeasurements of certain assets ("Earn Out Obligation") that were sold in connection with our investment in VAA.

On November 17, 2021, we entered into a Major Decision with Macquarie to engage a broker and initiate a sale of all the properties held by VAA, which are listed in Item 2. Properties as Joint Venture properties. In connection with the sale, VAA will distribute seven of its existing properties to us (referred to herein as the "Holdback Properties") and we in turn, will contribute one of our properties ("Contributed Property") into the portfolio offered for sale to third-parties. The sales price for the Holdback Properties and Contributed Property will be the estimated value of these properties as stated in the agreement, multiplied by the ratio of the actual sales price of the portion of the VAA Portfolio sold to a third party to the estimated value of the those properties that were provided in the agreement.

Each of the properties in the VAA Portfolio is appraised on an annual basis as part of our filing requirement with the TASE. As of December 31, 2021, the fair value of the VAA Portfolio, based on these appraisals was approximately $1.4 billion. The appraised value reflects an aggregate of individual property appraised value and does not reflect a premium that is sometimes offered in a portfolio sale. These values reflect a compression of cap rates for multifamily properties during the last year. However, there can be no assurances that these values will be realized. The Major Decision agreement will expire on August 1, 2022, if the VAA Portfolio has not been sold.

Our ownership interest in VAA is held by SPC, and is therefore subject to the bond covenants of the three series of bonds that have been issued by SPC. These provisions include restrictions on the distribution of cash from SPC (See Note 12 - Bonds Payable in our consolidated financial statements).

**Critical Accounting Policies**

The preparation of our consolidated financial statements in conformity with United States generally accepted accounting principles ("GAAP") requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Some of these estimates and assumptions include judgments on revenue recognition, estimates for common area maintenance and real estate tax accruals, provisions for uncollectible accounts, impairment of long-lived assets, the allocation of purchase price between tangible and intangible assets, capitalization of costs and fair value measurements. Our significant accounting policies are described in more detail in Note 2—Summary of Significant Accounting Policies in our notes to the consolidated financial statements. However, the following policies are deemed to be critical.

20

*Fair Value of Financial Instruments*

We apply the guidance in ASC Topic 820, "Fair Value Measurements and Disclosures," to the valuation of real estate assets. These provisions define fair value as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between willing market participants at the measurement date that is other than a forced or liquidation sale, establish a hierarchy that prioritizes the information used in developing fair value estimates and require disclosure of fair value measurements by level within the fair value hierarchy. The hierarchy gives the highest priority to quoted prices in active markets (Level 1 measurements) and the lowest priority to unobservable data (Level 3 measurements), such as the reporting entity's own data.

The valuation hierarchy is based upon the transparency of inputs to the valuation of an asset or liability as of the measurement date and includes three levels defined as follows:

Level 1—Unadjusted quoted prices for identical and unrestricted assets or liabilities in active markets.

Level 2—Quoted prices for similar assets and liabilities in active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument.

App.615

Level 3—Unobservable inputs that are significant to the fair value measurement.

A financial instrument's categorization within the valuation hierarchy is based upon the lowest level of input that is significant to the fair value measurement.

*Related Parties*

We apply ASC Topic 805, "Business Combinations", to evaluate business relationships. Related parties are persons or entities who have one or more of the following characteristics, which include entities for which investments in their equity securities would be required, trust for the benefit of persons including principal owners of the entities and members of their immediate families, management personnel of the entity and members of their immediate families and other parties with which the entity may deal if one party controls or can significantly influence the decision making of the other to an extent that one of the transacting parties might be prevented from fully pursuing our own separate interests, or affiliates of the entity.

*Environmental Matters*

Under various federal, state and local environmental laws, ordinances and regulations, we may be potentially liable for removal or remediation costs, as well as certain other potential costs, relating to hazardous or toxic substances (including governmental fines and injuries to persons and property) where property-level managers have arranged for the removal, disposal or treatment of hazardous or toxic substances. In addition, certain environmental laws impose liability for release of asbestos-containing materials into the air, and third parties may seek recovery for personal injury associated with such materials.

We are not aware of any environmental liability relating to the above matters that would have a material adverse effect on our business, assets or results of operations.

*Inflation*

The effects of inflation on our operations are not quantifiable. Revenues from property operations tend to fluctuate proportionately with inflationary increases and decreases in housing costs. Fluctuations in the rate of inflation also affect sales values of properties and the ultimate gain to be realized from property sales. To the extent that inflation affects interest rates, our earnings from short-term investments, the cost of new financings and the cost of variable interest rate debt will be affected.

**Results of Operations**

Many of the variations in the results of operations, discussed below, occurred because of the transactions affecting our properties described above, including those related to the Lease-Up Properties and the Disposition Properties (each as defined below).

21

For purposes of the discussion below, we define "Same Properties" as those properties that are substantially leased-up and in operation for the entirety of both periods of the comparison. Non-Same Properties for comparison purposes include those properties that have been recently constructed or leased-up ("Lease-up Properties") and properties that have been disposed of ("Disposition Properties"). A developed property is considered leased-up, when it achieves occupancy of 80% or more.We move a property in and out of Same Properties based on whether the property is substantially leased-up and in operation for the entirety of both periods of the comparison. Accordingly, the Same Properties consist of all properties, excluding the Lease-up Properties and the Disposition Properties for the periods of comparison.

For the comparison of the year ended December 31, 2021 to the year ended December 31, 2020, the Lease-up Properties are Forest Grove, Parc at Denham Springs Phase II and Sugar Mill Phase III; and the Disposition Properties are 600 Las Colinas, Overlook at Allensville Phase II, Bridge View Plaza, Farnham Park and Villager.

The following table provides a summary of the results of operations of 2021 and 2020:

| | For the Years Ended December 31, | | | | |
|---|---|---|---|---|---|
| | **2021** | | **2020** | | **Variance** |
| Multifamily Segment | | | | | |
| Revenue | $ | 14,495 | $ | 14,686 | $ (191) |
| Operating expenses | | (8,167) | | (8,482) | 315 |
| | | 6,328 | | 6,204 | 124 |

| Commercial Segment | | | |
|---|---|---|---|
| Revenue | 23,313 | 37,223 | (13,910) |
| Operating expenses | (12,693) | (15,878) | 3,185 |
| | 10,620 | 21,345 | (10,725) |
| Segment operating income | 16,948 | 27,549 | (10,601) |
| Other non-segment items of income (expense) | | | |
| Depreciation and amortization | (11,870) | (14,755) | 2,885 |
| General, administrative and advisory | (24,207) | (17,935) | (6,272) |
| Interest, net | (5,028) | (10,714) | 5,686 |
| Loss on extinguishment of debt | (1,451) | — | (1,451) |
| Loss on foreign currency transactions | (6,175) | (13,378) | 7,203 |
| Gain sale or write down of assets | 23,352 | 32,107 | (8,755) |
| Income (loss) from joint ventures | 14,531 | (519) | 15,050 |
| Other income | 3,977 | 5,109 | (1,132) |
| Net income (loss) | $ 10,077 | $ 7,464 | $ 2,613 |

*Comparison of the year ended December 31, 2021 to the year ended December 31, 2020:*

Our $2.6 million increase in net income in 2021 is primarily attributed to the following:

- The $10.7 million decrease in operating profits in our commercial segment is attributed a decrease of $8.1 million from the Same Properties and $1.9 million from the Disposition Properties. The decrease at the Same Properties is primarily due to a $5.9 million lease termination payment at Browning Place in 2020 and a decline in occupancy. The lease termination payment relates to a former tenant that has been replaced by a new tenant at increased rents.

- The $6.3 million increase in general, administrative and advisory expenses is primarily due to a an increase in advisory fees related to the sale of 600 Las Colinas, the refinance of Villas at Bon Secour (See "Acquisitions and Dispositions" and "Financing Activities" in Management's Overview), and legal costs associated with the VAA Earn Out arbitration.

- The decrease in interest expense, net is primarily due to the repayment of the loan on 600 Las Colinas (See "Acquisitions and Dispositions" and "Financing Activities" in Management's Overview) and the repayment of other notes payable in 2021.

22

- The decrease in loss on foreign currency transactions is due to the decrease in the amount of bonds payable outstanding during 2020 in comparison to 2021, offset in part by the continued decrease in the value of the dollar in comparison to the New Israel Shekel in 2021.

- The $1.5 million loss on extinguishment of debt in 2021 is due to the early extinguishment of our mortgage note payable on 600 Las Colinas and Villas at Bon Secour (See "Financing Activities" in Management's Overview).

- The $8.8 million decrease on gain on sale or remeasurement of assets is primarily due to the $29.6 million charge from the remeasurement of the Earn Out Obligation (See "Acquisitions and Dispositions" in Management's Overview) and a $6.7 million decrease in gain on sale of land in 2021, offset in part by a $28.0 million increase gain on sale of various commercial and multifamily properties in 2021 (See "Acquisitions and Dispositions" in Management's Overview).

- The $15.1 million decrease in loss from joint ventures is due to the increased in occupancy of the various lease-up properties at VAA.

*Comparison of the year ended December 31, 2020 to the year ended* December 31, 2019:

See Item 7 of Part II in our Annual Report on Form 10-K for the year ended December 31, 2020 filed with the SEC on March 26, 2021 for a discussion of our results of operations for the year ended December 31, 2020.

**Liquidity and Capital Resources**

Our principal sources of cash have been, and will continue to be, property operations; proceeds from land and income-producing property sales; collection of mortgage notes receivable; collections of receivables from related companies; refinancing of existing mortgage notes payable; and additional borrowings, including mortgage notes and bonds payable, and lines of credit.

Our principal liquidity needs are to fund normal recurring expenses; meet debt service and principal repayment obligations including balloon

payments on maturing debt; fund capital expenditures, including tenant improvements and leasing costs; fund development costs not covered under construction loans; and fund possible property acquisitions.

We anticipates that our cash, cash equivalents and short-term investments as of December 31, 2021, along with cash that will be generated in 2022 from notes and interest receivables, will be sufficient to meet all of our cash requirements. We intends to selectively sell land and income-producing assets, refinance or extend real estate debt and seek additional borrowings secured by real estate to meet our liquidity requirements. Although history cannot predict the future, historically, we have been successful at refinancing and extending a portion of our current maturity obligations.

*Cash Flow Summary*

The following summary discussion of our cash flows is based on the consolidated statements of cash flows in Part II, Item 8. "Consolidated Financial Statements and Supplementary Data" and is not meant to be an all-inclusive discussion of the changes in our cash flows for the periods presented below (dollars in thousands):

| | Year Ended December 31, | | | |
| --- | --- | --- | --- | --- |
| | 2021 | | 2020 | Incr /(Decr) |
| Net cash (used in) provided by operating activities | $ (10,986) | $ | 5,631 | $ (16,617) |
| Net cash provided by (used in) investing activities | $ 100,325 | $ | 381 | $ 99,944 |
| Net cash used in financing activities | $ (103,585) | $ | (2,306) | $ (101,279) |

The decrease in cash from operating activities is primarily due to an increase in reimbursable payments on the Windmill Farms project in 2021.

The increase in cash provided by investing activities is primarily due to a $64.6 million increase in proceeds from sale of assets, a $28.0 million decrease in originations and advances on notes receivable, a $13.2 million increase in collection of notes receivable, and a $9.4 million decrease in development and renovation of real estate. The increase in cash proceeds on sale of assets is primarily due to the sale of 600 Las Colinas in 2021 (See "Acquisitions and Dispositions" in Management's Overview).

23

The increase in cash used in financing activities is primarily due to the $87.2 million increase in payments of mortgages, notes and bonds payable and a $10.7 million decrease in proceeds from mortgages, notes and bonds payable. The increase in payments of mortgages, notes and bonds payable is due to the pay off of the loan on 600 Las Colinas in 2021, the refinancing of Villas at Bon Secour in 2021 (See "Financing Activities" in Management's Overview), and a $34.1 million increase in payments on the bonds payable.

**Funds From Operations ("FFO")**

We use FFO in addition to net income to report our operating and financial results and considers FFO and FFO-diluted as supplemental measures for the real estate industry and a supplement to GAAP measures. The National Association of Real Estate Investment Trusts ("Nareit") defines FFO as net income (loss) (computed in accordance with GAAP), excluding gains (or losses) from sales of properties, plus real estate related depreciation and amortization, impairment write-downs of real estate and write-downs of investments in an affiliate where the write-downs have been driven by a decrease in the value of real estate held by the affiliate and after adjustments for unconsolidated joint ventures. Adjustments for unconsolidated joint ventures are calculated to reflect FFO on the same basis. We also presents FFO excluding the impact of the effects of foreign currency translation.

FFO and FFO on a diluted basis are useful to investors in comparing operating and financial results between periods. This is especially true since FFO excludes real estate depreciation and amortization, as we believe real estate values fluctuate based on market conditions rather than depreciating in value ratably on a straight-line basis over time. We believe that such a presentation also provides investors with a meaningful measure of our operating results in comparison to the operating results of other real estate companies. In addition, we believe that FFO excluding gain (loss) from foreign currency transactions provide useful supplemental information regarding our performance as they show a more meaningful and consistent comparison of our operating performance and allows investors to more easily compare our results.

We believe that FFO does not represent cash flow from operations as defined by GAAP, should not be considered as an alternative to net income as defined by GAAP, and is not indicative of cash available to fund all cash flow needs. We also caution that FFO, as presented, may not be comparable to similarly titled measures reported by other real estate companies.

We compensate for the limitations of FFO by providing investors with financial statements prepared according to GAAP, along with this detailed discussion of FFO and a reconciliation of net income to FFO and FFO-diluted. We believe that to further understand our performance, FFO should be compared with our reported net income and considered in addition to cash flows in accordance with GAAP, as presented in our consolidated

App.618

The following reconciles our net income attributable to FFO and FFO-basic and diluted, excluding the loss from foreign currency transactions and the loss on extinguishment of debt for the years ended December 31, 2021, 2020 and 2019 (dollars and shares in thousands):

| | For the Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020** | **2019** |
| Net income (loss) attributable to the Company | $ 9,398 | $ 6,669 | $ (26,920) |
| Depreciation and amortization on consolidated assets | 11,870 | 14,755 | 13,379 |
| Gain on sale or write down of assets | (23,352) | (32,107) | (14,809) |
| Gain on sale of land | 16,645 | 23,383 | 14,889 |
| Depreciation and amortization on unconsolidated joint ventures at pro rata share | 11,604 | 11,295 | 20,440 |
| FFO-Basic and Diluted | 26,165 | 23,995 | 6,979 |
| Loss on extinguishment of debt | 1,451 | — | 5,219 |
| Loss on foreign currency transactions | 6,175 | 13,378 | 15,108 |
| FFO-adjusted | $ 33,791 | $ 37,373 | $ 27,306 |

## ITEM 7A.   QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

Optional and not included.

## ITEM 8.   CONSOLIDATED FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA

### INDEX TO FINANCIAL STATEMENTS

24

| | Page |
| --- | --- |
| **Financial Statements** | |
| Report of Independent Registered Public Accounting Firm (PCAOB ID 782) | 26 |
| Consolidated Balance Sheets at December 31, 2021 and 2020 | 29 |
| Consolidated Statements of Operations for the Years Ended December 31, 2021, 2020 and 2019 | 30 |
| Consolidated Statements of Equity for the Years Ended December 31, 2021, 2020 and 2019 | 31 |
| Consolidated Statements of Cash Flows for the Years Ended December 31, 2021, 2020 and 2019 | 32 |
| Notes to Consolidated Financial Statements | 33 |
| | |
| **Financial Statement Schedules** | |
| Schedule III—Real Estate and Accumulated Depreciation | 51 |
| Schedule IV—Mortgage Loans Receivable on Real Estate | 53 |

25

App.619

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Board of Directors of and
Stockholders of Transcontinental Realty Investors, Inc.
Dallas, Texas

**Opinion on the Financial Statements**

We have audited the accompanying consolidated balance sheets of Transcontinental Realty Investors, Inc. as of December 31, 2021 and 2020, and the related consolidated statements of operations, comprehensive income, stockholders' equity, and cash flows for each of the years in the three-year period ended December 31, 2021, and the related notes and schedules (collectively referred to as the consolidated financial statements). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of American Realty Investors, Inc. as of December 31, 2021 and 2020 and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2021 in conformity with accounting principles generally accepted in the United States of America.

**Basis of Opinion**

These consolidated financial statements are the responsibility of Company's management. Our responsibility is to express an opinion on the Company's consolidated financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. As part of our audits, we are required to obtain an understanding of internal control over financial reporting, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion.

Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audits provide a reasonable basis for our opinion.

**Critical Audit Matters**

The critical audit matters communicated below are matters arising from the current period audit of the financial statements that were communicated or required to be communicated to the audit committee and that: (1) relate to accounts or disclosures that are material to the financial statements and (2) involved our especially challenging, subjective, or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the financial statements, taken as a whole, and we are not, by communicating the critical audit matters below, providing separate opinions on the critical audit matters or on the accounts or disclosures to which they relate.

*Impairment of investment in real estate*

*Description of the Matter*

The Company's net investment in real estate totaled $296.4 million as of December 31, 2021. As discussed in Note 2 to the consolidated financial statements, the Company periodically assesses whether there has been any impairment in the carrying value of its properties and whenever events or changes in circumstances indicate that the carrying value of a property may not be recoverable. Impairment is recognized on real estate assets held for investment when indicators of impairment are present and the future undiscounted cash flows for a real estate asset are less than its carrying amount, at which time the real estate asset is written down to its estimated fair value.

26

Auditing the Company's impairment assessment for real estate assets was complex because of the subjective auditor judgment necessary in evaluating management's identification of indicators of potential impairment. Our evaluation of management's identification of indicators of impairment

App.620

included our related assessment of such indicators, either individually or in combination, in determining whether a triggering event has occurred that requires the Company to evaluate the recoverability of the real estate asset.

*How We Addressed the Matter in Our Audit*

We obtained an understanding of the Company's controls over the Company's real estate asset impairment assessment process. Our testing of the Company's impairment assessment included, among other procedures, evaluating significant judgments applied in determining whether indicators of impairment existed for the Company's real estate assets. Our procedures included obtaining evidence to corroborate such judgments and searching for evidence contrary to such judgments, including searching for significant tenant write-offs or upcoming lease expirations with little prospects for replacement tenants. We also searched for any significant declines in operating results of a real estate asset due that could be a triggering event or an indicator of potential impairment.

### *Collectability of Notes Receivable*

*Description of the Matter*

At December 31, 2021, the Company had notes receivable in the amount of $129.7 million. The Company performs an assessment as to whether or not substantially all of the amounts due under these notes receivable is deemed probable of collection. Subsequently, for notes where the Company concludes that it is not probable that it will collect substantially all payments due under the note, the Company creates an allowance for any amounts not probable of collection.

Auditing the Company's collectability assessment is complex due to the judgment involved in the Company's determination of the collectability of these notes. The determination involves consideration of the terms of the note, whether or not the note is currently performing, and any security for the note.

*How We Addressed the Matter in Our Audit*

We obtained an understanding of the Company's controls over notes receivable and their collectability assessment. Our testing included among other things, confirming selected notes receivable, determining if the notes were performing according to their terms and testing the Company's evaluation of the underlying security interest if necessary.

### *Revenue Recognition (straight-line) for commercial tenants*

*Description of the Matter*

During 2021, the Company recognized office rental revenues and tenant recoveries of $23.3 million and deferred rent receivables of $2.0 million at December 31, 2021. As described in Note 2 to the consolidated financial statements, the Company recognizes revenue from commercial properties on a straight-line basis over the terms of the related leases.

Auditing the Company's straight-line calculations is complex due to the free rent periods, lease amendments and escalation clauses contained in many of the leases.

*How We Addressed the Matter in Our Audit*

We obtained an understanding of the Company's controls over office rental revenues and tenant recoveries, including controls over management's calculation of the straight-line calculation and deferred rent receivable. To test the straight-line rent revenue and deferred rent receivable, we performed audit procedures that included, among others, evaluating the data and assumptions used in determining the calculation and agreeing amounts in the calculation to copies of lease agreements. In addition, we tested the completeness and accuracy of the data that was used in management's straight-line rent and deferred rent receivable calculation.

27

**Emphasis of Liquidity**

As described in the Note 18, management intends to sell income-producing assets, refinance real estate and obtain additional borrowings primarily secured by real estate to meet the Company's liquidity requirements.

**Supplemental Information**

App.621

The supplemental information contained in Schedules III and IV has been subjected to audit procedures performed in conjunction with the audit of the Company's financial statements. The supplemental information is the responsibility of the Company's management. Our audit procedures included determining whether the supplemental information reconciles to the financial statements or the underlying accounting and other records, as applicable, and performing procedures to test the completeness and accuracy of the information presented in the supplemental information. In forming our opinion on the supplemental information, we evaluated whether the supplemental information, including its form and content, is presented in conformity with the Security and Exchange Commission's rules. In our opinion, the supplemental information is fairly stated, in all material respects, in relation to the financial statements as a whole.

FARMER, FUQUA & HUFF, PC
Richardson, Texas
March 28, 2021
We have served as the Company's auditor since 2004.

28

## TRANSCONTINENTAL REALTY INVESTORS, INC.
### CONSOLIDATED BALANCE SHEETS
**(Dollars in thousands, except par value amounts)**

| | December 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| Assets | | |
| Real estate | $ 296,363 | $ 377,383 |
| Cash and cash equivalents | 50,735 | 36,761 |
| Restricted cash | 21,986 | 50,206 |
| Short-term investments | 16,001 | — |
| Notes receivable (including $68,991 and $62,448 at December 31, 2021 and 2020, respectively, from related parties) | 129,726 | 123,556 |
| Investment in unconsolidated joint ventures | 52,879 | 51,786 |
| Receivable from related parties | 136,715 | 159,777 |
| Other assets (including $4,223 and $3,830 at December 31, 2021 and 2020, respectively, from related parties) | 84,004 | 79,613 |
| Total assets | $ 788,409 | $ 879,082 |
| | | |
| Liabilities and Equity | | |
| Liabilities: | | |
| Mortgages and other notes payable | $ 176,750 | $ 236,069 |
| Bonds payable | 189,452 | 237,888 |
| Accounts payable and other liabilities (including $616 and $930 at December 31, 2021 and 2020, respectively, to related parties) | 43,602 | 26,729 |
| Interest payable | 6,416 | 7,550 |
| Deferred revenue | 581 | 9,315 |
| Total liabilities | 416,801 | 517,551 |
| | | |
| Equity: | | |
| Shareholders' equity | | |
| Common stock, $0.01 par value, 10,000,000 shares authorized; 8,639,316 shares issued, 8,639,116 outstanding | 86 | 86 |
| Treasury stock at cost, 200 shares | — | (2) |
| Additional paid-in capital | 260,387 | 260,389 |
| Retained earnings | 90,732 | 81,334 |
| Total shareholders' equity | 351,205 | 341,807 |

| | | |
|---|---|---|
| Noncontrolling interest | 26,409 | 19,724 |
| Total equity | 371,608 | 361,531 |
| Total liabilities and equity | $ 788,409 $ | 879,082 |

The accompanying notes are an integral part of these consolidated financial statements.

29

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(Dollars in thousands, except per share amounts)**

| | For the Years Ended December 31, | | |
|---|---|---|---|
| | **2021** | **2020** | **2019** |
| Revenues: | | | |
| Rental revenues (including $944, $1,083 and $841 for 2021, 2020 and 2019, respectively, from related parties) | $ 37,808 | $ 51,909 | $ 46,231 |
| Other income | 2,966 | 5,113 | 1,823 |
| Total revenue | 40,774 | 57,022 | 48,054 |
| Expenses: | | | |
| Property operating expenses (including $889, $990 and $991 for 2021, 2020 and 2019, respectively, from related parties) | 20,860 | 24,360 | 25,213 |
| Depreciation and amortization | 11,870 | 14,755 | 13,379 |
| General and administrative (including $4,091, $3,869 and $4,144 for 2021, 2020 and 2019, respectively, from related parties) | 12,425 | 9,287 | 8,704 |
| Advisory fee to related party | 11,782 | 8,648 | 8,410 |
| Total operating expenses | 56,937 | 57,050 | 55,706 |
| Net operating loss | (16,163) | (28) | (7,652) |
| Interest income (including $15,950, $19,515 and $17,413 for 2021, 2020 and 2019, respectively, from related parties) | 19,572 | 18,660 | 19,607 |
| Interest expense (including $1,621, $1,581 and $1,999 for 2021, 2020 and 2019, respectively, from related parties) | (24,600) | (29,374) | (31,816) |
| Loss on foreign currency transactions | (6,175) | (13,378) | (15,108) |
| Loss on extinguishment of debt | (1,451) | — | (5,219) |
| Equity in income (loss) from unconsolidated joint ventures | 14,531 | (519) | (2,758) |
| Gain on sale or write-down of assets, net | 23,352 | 32,107 | 14,809 |
| Income tax provision | 1,011 | (4) | 2,000 |
| Net income (loss) | 10,077 | 7,464 | (26,137) |
| Net income attributable to noncontrolling interest | (679) | (795) | (783) |
| Net income (loss) attributable to the Company | 9,398 | 6,669 | (26,920) |
| Earnings per share - basic | | | |
| Basic and diluted | $ 1.09 | $ 0.77 | $ (3.09) |
| Weighted average common shares used in computing earnings per share | | | |
| Basic and diluted | 8,639,316 | 8,639,316 | 8,717,767 |

The accompanying notes are an integral part of these consolidated financial statements.

App.623

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**CONSOLIDATED STATEMENT OF EQUITY**
**(Dollars in thousands, except share amounts)**

| | Common Stock | Treasury Stock | Paid-in Capital | Retained Earnings | Total Shareholders' Equity | Noncontrolling Interest | Total Equity |
|---|---|---|---|---|---|---|---|
| Balance, January 1, 2019 | $ 86 | $ (2) | $ 258,051 | $ 101,585 | $ 359,720 | $ 20,681 | $ 380,401 |
| Net loss | — | — | — | (26,920) | (26,920) | 783 | (26,137) |
| Distribution to equity partner | — | — | (197) | — | (197) | — | (197) |
| Balance, December 31, 2019 | 86 | (2) | 257,854 | 74,665 | 332,603 | 21,464 | 354,067 |
| Net income | — | — | — | 6,669 | 6,669 | 795 | 7,464 |
| Distribution to equity partner | — | — | 2,535 | — | 2,535 | (2,535) | — |
| Balance, December 31, 2020 | 86 | (2) | 260,389 | 81,334 | 341,807 | 19,724 | 361,531 |
| Net income | — | — | — | 9,398 | 9,398 | 679 | 10,077 |
| Cancellation of treasury stock | | 2 | (2) | — | — | — | — |
| Balance, December 31, 2021 | $ 86 | $ — | $ 260,387 | $ 90,732 | $ 351,205 | $ 20,403 | $ 371,608 |

The accompanying notes are an integral part of these consolidated financial statements.

31

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Dollars in thousands)**

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2021** | **2020** | **2019** |
| Cash Flow From Operating Activities: | | | |
| Net income (loss) | $ 10,077 | $ 7,464 | $ (26,137) |
| Adjustments to reconcile net income (loss) to net cash (used in) provided by operating activities: | | | |
| Gain on sale or write down of assets | (23,352) | (32,107) | (14,809) |
| Loss income on foreign currency transactions | 6,175 | 13,378 | 15,108 |
| Loss on debt extinguishment | 1,451 | — | 5,219 |
| Depreciation and amortization | 15,029 | 18,579 | 15,585 |
| (Recovery) provision for bad debts | (1,017) | 984 | — |
| Equity in (income) loss from unconsolidated joint ventures | (14,531) | 519 | 2,758 |
| Distribution of income from unconsolidated joint ventures | 3,157 | 1,782 | — |
| Changes in assets and liabilities, net of dispositions: | | | |
| Other assets | (12,928) | (7,397) | 798 |
| Related party receivables | 12,572 | 4,389 | (35,257) |
| Accrued interest payable | (2,909) | (1,340) | 2,349 |
| Accounts payable and other liabilities | (4,710) | (620) | (1,361) |

App.624

| | | | |
|---|---:|---:|---:|
| Net cash (used in) provided by operating activities | (10,986) | 5,691 | (35,747) |
| **Cash Flow From Investing Activities:** | | | |
| Collection of notes receivable | 17,674 | 4,436 | 13,862 |
| Originations and advances on notes receivable | (4,968) | (33,015) | (21,434) |
| Purchase of short-term investment | (16,000) | — | — |
| Acquisition of real estate | — | — | (3,422) |
| Development and renovation of real estate | (8,070) | (17,505) | (33,730) |
| Deferred leasing costs | (877) | (2,603) | — |
| Proceeds from sale of assets | 105,547 | 40,982 | 28,622 |
| Contribution to unconsolidated joint venture | (411) | — | — |
| Distribution from unconsolidated joint venture | 7,430 | 8,086 | 6,504 |
| Net cash provided by (used in) investing activities | 100,325 | 381 | (9,598) |
| **Cash Flow From Financing Activities:** | | | |
| Proceeds from mortgages, other notes and bonds payable | 20,015 | 30,727 | 103,800 |
| Payments on mortgages, other notes and bonds payable | (118,900) | (31,736) | (73,719) |
| Debt extinguishment costs | (4,086) | — | (3,799) |
| Deferred financing costs | (614) | (1,297) | (4,241) |
| Net cash (used in) provided by financing activities | (103,585) | (2,306) | 22,041 |
| Net (decrease) increase in cash, cash equivalents and restricted cash | (14,246) | 3,706 | (23,304) |
| Cash, cash equivalents and restricted cash, beginning of year | 86,967 | 83,261 | 106,565 |
| Cash, cash equivalents and restricted cash, end of year | $ 72,721 | $ 86,967 | $ 83,261 |

The accompanying notes are an integral part of these consolidated financial statements.

32

## TRANSCONTINENTAL REALTY INVESTORS, INC.

### NOTES TO FINANCIAL STATEMENTS

**(Dollars in thousands, except per share amounts)**

### 1. Organization

As used herein, the terms "the Company", "We", "Our", or "Us" refer to Transcontinental Realty Investors, Inc., a Nevada corporation, which was formed in 1984. Our common stock is listed on the New York Stock Exchange ("NYSE") under the symbol "TCI". We are owned approximately 78% by American Realty Investors, Inc. ("ARL"), whose common stock is listed on the NYSE under the symbol "ARL", and 7% by the parent of ARL.

Our primary business is the acquisition, development and ownership of income-producing residential and commercial properties. In addition, we opportunistically acquire land for future development in in-fill or high-growth suburban markets. From time to time, and when we believe it appropriate to do so, we will also sell land and income-producing properties. We generate revenues by leasing apartment units to residents, and leasing office, industrial and retail space to various for-profit businesses as well as certain local, state and federal agencies. We also generate revenues from gains on sales of income-producing properties and land.

Substantially all of our assets are held by our wholly-owned subsidiary, Southern Properties Capital Ltd. ("SPC"), which was formed to allow us to raise funds by issuing non-convertible bonds that are listed and traded on the Tel-Aviv Stock Exchange ("TASE").

At December 31, 2021, our property portfolio consisted of:

- Five commercial properties consisting of four office buildings and 1 retail property comprising in aggregate of approximately 1,063,515 square feet;

App.625

- Nine multifamily properties owned directly by us, comprising in 1,492 units, excluding apartments being developed;

- Approximately 1,875 acres of developed and undeveloped land; and

- Fifty-two multifamily properties totaling 10,281 units owned by our joint venture.

Our day to day operations are managed by Pillar Income Asset Management, Inc. ("Pillar"). Their duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities and arranging debt and equity financing with third party lenders and investors. All of our employees are Pillar employees. Four of our commercial properties are managed by Regis Realty Prime, LLC ("Regis"). Regis provides leasing, construction management and brokerage services. Our multifamily properties are managed by outside management companies. Pillar and Regis are considered to be related parties (See Note 13 – Related Party Transactions).

## 2. Summary of Significant Accounting Policies

*Basis of presentation*

These consolidated financial statements have been prepared in accordance with generally accepted accounting principles ("GAAP") in the United States of America.

We consolidate entities in which we are considered to be the primary beneficiary of a variable interest entity ("VIE") or have a majority of the voting interest of the entity. We have determined that we are a primary beneficiary of the VIE when we have (i) the power to direct the activities of a VIE that most significantly impacts its economic performance, and (ii) the obligations to absorb losses or the right to receive benefits that could potentially be significant to the VIE. In determining whether we are the primary beneficiary, we consider qualitative and quantitative factors, including ownership interest, management representation, ability to control decision and other contractual rights. We account for entities in which we have less than a controlling financial interest or entities where we are not deemed to be the primary beneficiary under the equity method of accounting. Accordingly, we include our share of the net earnings or losses of these entities in our results of operations.

33

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

*Real estate, depreciation, and impairment*

Real estate assets are stated at the lower of depreciated cost or fair value, if deemed impaired. Major replacements and betterments are capitalized and depreciated over their estimated remaining useful lives. Depreciation is computed on a straight-line basis over the useful lives of the properties (buildings and improvements—10 to 40 years; furniture, fixtures and equipment—5 to 10 years).

We assess whether an indicator of impairment in the value of our real estate exists by considering expected future operating income, trends and prospects, as well as the effects of demand, competition and other economic factors. Such factors include projected rental revenue, operating costs and capital expenditures as well as estimated holding periods and capitalization rates. If an impairment indicator exists, the determination of recoverability is made based upon the estimated undiscounted future net cash flows, excluding interest expense. The amount of impairment loss, if any, is determined by comparing the fair value, as determined by a discounted cash flows analysis, with the carrying value of the related assets. We generally hold and operate our income producing real estate long-term, which decreases the likelihood of their carrying values not being recoverable. Real estate classified as held for sale are measured at the lower of the carrying amount or fair value less cost to sell.

*Real estate held for sale*

We classify properties as held for sale when certain criteria are met in accordance with GAAP. At that time, we present the assets and obligations of the property held for sale separately in our consolidated balance sheet and we cease recording depreciation and amortization expense related to that property. Properties held for sale are reported at the lower of their carrying amount or their estimated fair value, less estimated costs to sell. We did not have any real estate assets classified as held for sale at December 31, 2021 or 2020.

*Cost capitalization*

The cost of buildings and improvements includes the purchase price of property, legal fees and other acquisition costs. We also capitalize development costs including costs directly related to planning, developing, initial leasing and constructing a property as well as interest, property

taxes, insurances and other direct project costs incurred during the period of development. Capitalized costs also include direct and certain indirect costs clearly associated with the project. Indirect costs include real estate taxes, insurance and certain shared administrative costs. In assessing the amounts of direct and indirect costs to be capitalized, allocations are made to projects based on estimates of the actual amount of time spent on each activity. Indirect costs not clearly associated with specific projects are expensed as period costs.

We consider a construction project as substantially completed and held available for occupancy upon the receipt of certificates of occupancy, but no later than one year from cessation of major construction activity. We cease capitalization on the portion (1) substantially completed and (2) occupied or held available for occupancy, and we capitalize only those costs associated with the portion under construction.

*Deferred leasing costs*

We capitalize leasing costs on our commercial properties, which include commissions paid to outside brokers, legal costs incurred to negotiate and document a lease agreement and any internal costs that may be applicable. We allocate these costs to individual tenant leases and amortize them over the related lease term.

34

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

*Fair value measurement*

Fair value represents the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between willing market participants at the measurement date that is other than in a forced or liquidation sale. In determining fair value we apply the following hierarchy:

Level 1 —Unadjusted quoted prices for identical and unrestricted assets or liabilities in active markets.

Level 2 —Quoted prices for similar assets and liabilities in active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument.

Level 3 —Unobservable inputs that are significant to the fair value measurement.

A financial instrument's categorization within the valuation hierarchy is based upon the lowest level of input that is significant to the fair value measurement.

*Related parties*

Related parties are persons or entities who have one or more of the following characteristics, which include entities for which investments in their equity securities would be required, trust for the benefit of persons including principal owners of the entities and members of their immediate families, management personnel of the entity and members of their immediate families and other parties with which the entity may deal if one party controls or can significantly influence the decision making of the other to an extent that one of the transacting parties might be prevented from fully pursuing its own separate interests, or affiliates of the entity.

*Recognition of revenue*

Rental revenue includes fixed minimum rents, reimbursement of operating costs and other leasing income. Rental revenue for residential property, which is generally leased for twelve months or less, is recorded when due from residents, whereas rental revenue for commercial properties, which is generally leased for more than twelve months, is recognized on a straight-line basis over the terms of the related leases.

Reimbursements of operating costs, as allowed under most of our commercial tenant leases, consist of amounts due from tenants for common area maintenance, real estate taxes and other recoverable costs, and are recognized as revenue in the period in which the recoverable expenses are incurred. We record these reimbursements on a "gross" basis, since we generally are the primary obligor with respect to purchasing goods and services from third-party suppliers; we have discretion in selecting the supplier and have the credit risk with respect to paying the supplier.

App.627

An allowance for doubtful accounts is recorded for all past due rents and operating expense reimbursements considered to be uncollectible.

*Cash and Cash Equivalents and Restricted Cash*

We consider all highly liquid investments with an original maturity of three months or less when purchased to be cash equivalents, for which cost approximates fair value. Restricted cash includes cash balances held in escrow by financial institutions under the terms of certain secured notes payable and certain unsecured bonds payable.

*Concentration of credit risk*

We maintain our cash balances at commercial banks and through investment companies, the deposits that are insured by the Federal Deposit Insurance Corporation (FDIC). At December 31, 2021 and 2020, we maintained balances in excess of the insured amount.

## TRANSCONTINENTAL REALTY INVESTORS, INC.

## NOTES TO FINANCIAL STATEMENTS

### (Dollars in thousands, except per share amounts)

*Income taxes*

We are a "C" corporation" for U.S. federal income tax purposes. However, we are included in the May Realty Holdings, Inc. (the "MRHI") consolidated group for tax purposes. We have a tax sharing agreement that specifies the manner in which the group will share the consolidated tax liability and also how certain tax attributes are to be treated among members of the group.

*Comprehensive income (loss)*

Net income (loss) and comprehensive income (loss) are the same for the year ended December 31, 2021, 2020 and 2019.

*Use of estimates*

In the preparation of consolidated financial statements in conformity with GAAP, it is necessary for management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the consolidated financial statements and the reported amounts of revenues and expense for the year ended. Actual results could differ from those estimates.

**Recent accounting pronouncements.**

In October 2018, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") 2018-17, *Consolidation (Topic 810): Targeted Improvements to Related Party Guidance for Variable Interest Entities*. This standard is intended to improve the accounting when considering indirect interests held through related parties under common control for determining whether fees paid to decision makers and service providers are variable interests. The adoption of the standard on January 1, 2020, did not have a material impact on our financial position and results of operations.

In March 2020, the FASB issued ASU 2020-04, *Reference Rate Reform (Topic 848): Facilitation of the Effects of Reference Rate Reform on Financial Reporting*. The standard provides guidance, optional expedients and exceptions that reference London Interbank Offered Rate ("LIBOR") or another reference rate expected to be discontinued due to reference rate reform. The standard was effective upon issuance and can be applied through December 31, 2022. We have mortgage notes payable with interest rates that reference LIBOR, and therefore, we will adopt this standard when LIBOR is discontinued.

On April 10, 2020, the FASB issued a Staff Q&A ("Q&A") related to the application of the lease guidance in ASC 842 for the accounting impact of lease concessions related to the COVID-19 pandemic. The Q&A, allows an entity to make an election to account for lease concessions related to the effects of the COVID-19 as though enforceable rights and obligations for those concessions existed. As a result of this election, an entity will not have to analyze each lease to determine whether enforceable rights and obligations for concessions exist in the lease and can elect to apply or not apply the lease modification guidance in ASC 842, as long as the concessions do not result in a substantial increase in the rights of the lessor or the obligations of the lessee. Our adoption of the guidance of the Q&A did not have a significant impact on our consolidated financial statements during the year ended December 31, 2021.

App.628

36

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

### 3. Earnings Per Share

Earnings per share ("EPS") has been computed by dividing net income available to common shares by the weighted-average number of common shares outstanding during the period.

The following table provides our basic and diluted EPS calculation:

| | For the Year Ended December 31, | | |
|---|---|---|---|
| | 2021 | 2020 | 2019 |
| Net income (loss) | $ 10,077 | $ 7,464 | $ (26,137) |
| Net income attributable to noncontrolling interest | (679) | (795) | (783) |
| Net income (loss) attributable to the Company | 9,398 | 6,669 | (26,920) |
| Weighted-average common shares outstanding-basic and diluted | 8,639 | 8,639 | 8,718 |
| EPS - attributable to common shares- basic and diluted | $ 1.09 | $ 0.77 | $ (3.09) |

### 4. Supplemental Cash Flows Information

The following presents the schedule of interest paid and other supplemental cash flow information:

| | For the Year Ended December 31, | | |
|---|---|---|---|
| | 2021 | 2020 | 2019 |
| Cash paid for interest | $ 24,471 | $ 27,127 | $ 29,430 |
| Cash - beginning of year | | | |
| Cash and cash equivalents | $ 36,761 | $ 51,179 | $ 36,358 |
| Restricted cash | 50,206 | 32,082 | 70,207 |
| | $ 86,967 | $ 83,261 | $ 106,565 |
| Cash - end of year | | | |
| Cash and cash equivalents | $ 50,735 | $ 36,761 | $ 51,179 |
| Restricted cash | 21,986 | 50,206 | 32,082 |
| | $ 72,721 | $ 86,967 | $ 83,261 |
| Proceeds from mortgages, notes and bonds payable | | | |
| Proceeds from mortgages and notes payable | $ 20,015 | $ 10,942 | $ 25,675 |
| Proceeds from bonds | — | 19,785 | 78,125 |
| | $ 20,015 | $ 30,727 | $ 103,800 |
| Payment of mortgages, notes and bonds payable | | | |
| Recurring payment on mortgages and notes payable | $ 65,242 | $ 12,144 | $ 51,977 |
| Bond payments | 53,658 | 19,592 | 21,742 |
| | $ 118,900 | $ 31,736 | $ 73,719 |

37

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

The following is a schedule of noncash investing and financing activities:

| | For the Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2021** | | **2020** | | **2019** | |
| Assets contributed to joint venture | $ | 18,608 | $ | — | $ | — |
| Liabilities assumed by joint venture | $ | 15,606 | $ | — | $ | — |
| Notes receivable received in exchange for related party receivable | $ | 9,259 | $ | — | $ | — |
| Distribution from joint venture applied to Earn Out Obligation | $ | 5,441 | $ | — | $ | — |
| Property acquired in exchange for note payable | $ | — | $ | 3,350 | $ | 1,155 |
| Note receivable issued in exchange for property | $ | — | $ | 1,761 | $ | — |
| Debt assumed in sale of properties | $ | — | $ | 8,238 | $ | — |
| Property acquired in exchange for note receivable | $ | — | $ | — | $ | 1,800 |

## 5. Operating Segments

Our segments are based on the internal reporting that we review for operational decision-making purposes. We operate in two reportable segments: (i) the acquisition, development, ownership and management of multifamily properties ("Residential Segment") and (ii) the acquisition, ownership and management of commercial real estate properties ("Commercial Segment"). The services for our segments include rental of property and other tenant services, including parking and storage space rental. Asset information by segment is not reported because we do not use this measure to assess performance or make decisions to allocate resources. Therefore, depreciation and amortization expense is not allocated among segments. General and administrative expenses, advisory fees, interest income and interest expense are not included in segment profit as our internal reporting addresses these items on a corporate level.

The following table presents our profit by reportable segment:

| | For the Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2021** | | **2020** | | **2019** | |
| Residential Segment | | | | | | |
| Revenue | $ | 14,495 | $ | 14,686 | $ | 13,517 |
| Operating expenses | | (8,167) | | (8,482) | | (8,824) |
| Profit from segment | | 6,328 | | 6,204 | | 4,693 |
| Commercial Segment | | | | | | |
| Revenue | | 23,313 | | 37,223 | | 32,714 |
| Operating expenses | | (12,693) | | (15,878) | | (16,389) |
| Profit from segment | | 10,620 | | 21,345 | | 16,325 |
| Total profit from all segments | $ | 16,948 | $ | 27,549 | $ | 21,018 |

The following table reconciles our profit by reportable segment to net income (loss):

38

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

| | For the Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020** | **2019** |
| Profit from reportable segments | $ 16,948 | $ 27,549 | $ 21,018 |
| Other non-segment items of income (expense) | | | |
| Depreciation and amortization | (11,870) | (14,755) | (13,379) |
| General and administrative | (12,425) | (9,287) | (8,704) |
| Advisory fee to related party | (11,782) | (8,648) | (8,410) |
| Other income | 2,966 | 5,113 | 1,823 |
| Interest income | 19,572 | 18,660 | 19,607 |
| Interest expense | (24,600) | (29,374) | (31,816) |
| Loss on foreign currency transactions | (6,175) | (13,378) | (15,108) |
| Loss on extinguishment of debt | (1,451) | — | (5,219) |
| Equity in income (loss) from unconsolidated joint ventures | 14,531 | (519) | (2,758) |
| Gain on sale or write-down of assets, net | 23,352 | 32,107 | 14,809 |
| Income tax provision | 1,011 | (4) | 2,000 |
| Net income (loss) | $ 10,077 | $ 7,464 | $ (26,137) |

The table below reconciles our segment information to the corresponding amounts in our consolidated balance sheets:

| | December 31, | |
| --- | --- | --- |
| | **2021** | **2020** |
| Segment assets | $ 263,937 | $ 342,965 |
| Real estate | 63,945 | 65,149 |
| Investment in unconsolidated joint ventures | 52,879 | 51,786 |
| Notes receivable | 129,726 | 123,556 |
| Receivable from related parties | 136,715 | 159,777 |
| Cash and other non-segment assets | 141,207 | 135,849 |
| Total assets | $ 788,409 | $ 879,082 |

## 6. Lease Revenue

We lease our multifamily properties and commercial properties under agreements that are classified as operating leases. Our multifamily leases generally include minimum rents and charges for ancillary services. Our commercial property leases generally included minimum rents and recoveries for property taxes and common area maintenance. Minimum rental revenues are recognized on a straight-line basis over the terms of the related leases.

The following table summarizes the components of rental revenue for the years ended December 31, 2021, 2020 and 2019:

| | For the Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2021** | **2020** | **2019** |
| Fixed component | $ 35,555 | $ 49,974 | $ 43,749 |
| Variable component | 2,253 | 1,935 | 2,482 |
| Total rental revenue | $ 37,808 | $ 51,909 | $ 46,231 |

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

The following table summarizes the future rental payments to us from under non-cancelable leases, which excludes multifamily leases, which typically have a term of one-year or less:

| Year | Amount |
|------|-------:|
| 2022 | $  13,368 |
| 2023 | 9,128 |
| 2024 | 5,613 |
| 2025 | 5,200 |
| 2026 | 4,912 |
| Thereafter | 20,008 |
| Total | $  58,229 |

**7. Real Estate Activity**

At December 31, 2021 and 2020, our real estate investment is comprised of the following:

| | December 31, | |
|------|-------:|-------:|
| | **2021** | **2020** |
| Land | $  67,348 | $  78,755 |
| Building and improvements | 219,327 | 297,644 |
| Tenant improvements | 21,364 | 30,935 |
| Construction in progress | 51,091 | 49,895 |
| Total cost | 359,130 | 457,229 |
| Less accumulated deprecation | (62,933) | (82,418) |
| Total real estate, net | 296,197 | 374,811 |
| Property held for sale | 166 | 2,572 |
| Total real estate | $  296,363 | $  377,383 |

Our property held for sale consists of land parcels at Mercer Crossing that are currently under contract for sale and our construction in progress consists of development of Windmill Farms.

Gain on sale or write-down of assets, net consists of the following:

| | For the Year Ended December 31, | | |
|------|-------:|-------:|-------:|
| | **2021** | **2020** | **2019** |
| Land(1) | $  16,645 | $  23,383 | $  14,889 |
| Residential properties(2) | 9,110 | 3,702 | (80) |
| Commercial properties(3) | 27,196 | 4,610 | — |
| Other(4) | (29,599) | 412 | — |
| | $  23,352 | $  32,107 | $  14,809 |

App.632

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

(1)   Includes the gain sale of lots related to our investment in Windmill Farms, Mercer Crossing and other land holdings.

(2)   Includes the gain from the sale of a 50% ownership interest in Overlook at Allensville Phase II (See Note 9 – Investment in Unconsolidated Joint Ventures) and the gains on the sale of various multifamily properties that had previously been deferred (See Note 16 – Deferred Income).

(3)   On August 26, 2021, we sold 600 Las Colinas, a 512,173 square foot office building in Irving, Texas for $74,750, resulting in gain on sale of $27,270. We used the proceeds to pay down the mortgage note payable on the property (See Note 10 - Mortgages and Other Notes Payable) and for general corporate purposes.

On May 1, 2020, we sold Villager, a 33 unit multifamily property in Fort Walton, Florida for $2,426, resulting in a gain on sale of $898. The sales price was funded by the issuance of a $1,761 note receivable and the assumption of a $665 mortgage note payable on the property. On July 16, 2020, we sold Farnham Park, a 144 unit multifamily property in Port Arthur, Texas for $13,300, resulting in a gain on sale of $2,684. The sales price was funded by cash payment of $4,215 and the assumption of the $9,085 mortgage note payable on the property.

(4)   Includes a $29,600 loss on the remeasurement of the Earn Out Obligation in connection with our investment in VAA (See Note 9 - Investment in Unconsolidated Joint Ventures).

## 8. Short-term Investments

The Company has an investment in variable denominated floating rate notes with a a a financial institution. The notes are have no stated maturity and are subject to immediate repayment at the Company's option. At December 31, 2021, the interest rate on the notes was 1.15%.

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

## 9. Notes Receivable

The following table summarizes our notes receivables at December 31, 2021 and 2020:

| Borrower / Project | Carrying Value | | Interest Rate | Maturity Date |
|---|---|---|---|---|
| | 2021 | 2020 | | |
| ABC Land and Development, Inc. | $        4,408 | $        4,408 | 9.50 % | 6/30/2026 |
| ABC Paradise, LLC | 1,210 | 1,210 | 9.50 % | 6/30/2026 |
| Autumn Breeze(1) | 2,486 | 1,867 | 5.00 % | 7/1/2022 |
| Bellwether Ridge(1) | 3,967 | 3,858 | 5.00 % | 11/1/2026 |
| Forest Pines(1) | 6,472 | 2,869 | 5.00 % | 11/1/2022 |
| Lake Wales | 3,000 | 3,000 | 9.50 % | 6/30/2026 |
| Legacy Pleasant Grove | 496 | 496 | 12.00 % | 10/23/2022 |
| McKinney Ranch | 4,554 | 4,554 | 6.00 % | 9/15/2022 |
| One Realco Land Holding, Inc. | 1,728 | 1,728 | 9.50 % | 6/30/2026 |
| Parc at Ingleside(1) | 3,700 | 2,523 | 5.00 % | 11/1/2026 |

| | | | | |
|---|---|---|---|---|
| Parc at Operations | 3,305 | — | 10.00 % | 6/13/2023 |
| Parc at Windmill Farms(1) | 7,830 | 7,803 | 5.00 % | 11/1/2022 |
| Phillips Foundation for Better Living, Inc.(2) | — | 61 | 12.00 % | 3/31/2023 |
| Phillips Foundation for Better Living, Inc.(2) | 813 | — | 12.00 % | 3/31/2024 |
| Plum Tree(1) | 1,537 | 857 | 5.00 % | 4/26/2026 |
| Riverview on the Park Land, LLC | 1,045 | 1,045 | 9.50 % | 6/30/2026 |
| RNC Portfolio, Inc. | — | 8,853 | 5.00 % | 9/1/2024 |
| Spartan Land | 5,907 | 5,907 | 12.00 % | 1/16/2023 |
| Spyglass of Ennis(1) | 5,319 | 5,360 | 5.00 % | 11/1/2022 |
| Steeple Crest(1) | 6,498 | 6,498 | 5.00 % | 8/1/2026 |
| Unified Housing Foundation(2)(3) | 2,881 | 2,880 | 12.00 % | 6/30/2023 |
| Unified Housing Foundation(2)(3) | 212 | 212 | 12.00 % | 6/30/2023 |
| Unified Housing Foundation(2)(3) | 6,831 | 6,831 | 12.00 % | 6/30/2023 |
| Unified Housing Foundation(2)(3) | 10,401 | 10,896 | 12.00 % | 6/30/2023 |
| Unified Housing Foundation(2)(3) | 10,096 | 10,096 | 12.00 % | 3/31/2022 |
| Unified Housing Foundation(2)(3) | 6,990 | 6,990 | 12.00 % | 3/31/2023 |
| Unified Housing Foundation(2)(3) | 3,615 | 3,615 | 12.00 % | 5/31/2023 |
| Unified Housing Foundation(2)(3) | 17,172 | 19,139 | 12.00 % | 12/31/2032 |
| Unified Housing Foundation(2)(3) | 6,521 | — | 12.00 % | 3/31/2024 |
| Unified Housing Foundation(2)(3) | 1,549 | — | 12.00 % | 4/30/2024 |
| Unified Housing Foundation(2)(3) | 183 | — | 12.00 % | 6/30/2024 |
| | $ 129,726 | $ 123,556 | | |

(1) The note is convertible, at our option, into a 100% ownership interest in the underlying development property, and is collateralized by the underlying development property.

(2) The borrower is determined to be a related party due to our significant investment in the performance of the collateral secured by the notes receivable.

(3) Principal and interest payments on the notes from Unified Housing Foundation, Inc. ("UHF") are funded from surplus cash flow from operations, sale or refinancing of the underlying properties and are cross collateralized to the extent that any surplus cash available from any of the properties underlying the notes.

42

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

**10. Investment in Unconsolidated Joint Ventures**

On November 16, 2018, we formed Victory Abode Apartments, LLC ("VAA"), a joint venture with the Macquarie Group ("Macquarie"). VAA was formed as a result of a sale of the 50% ownership interest in 51 multifamily properties owned by us in exchange for a 50% voting interest / 49% profit participation interest ("Class A interest") in VAA and a note payable ("Mezzanine Loan"). Concurrent with the Contribution, VAA issued Class B interests with a 2% profits participation interest and no voting rights to Daniel J. Moos, our former President and Chief Executive Officer ("Class B Member"). The Class B Member serves as the Manager of VAA.

Interest on the Mezzanine loan is limited to cash generated from the properties and matures concurrently with the termination of VAA. Accordingly, we account for our interest in the Mezzanine Loan as additional equity interest and includes any interest payments accrued as income from unconsolidated joint ventures.In connection with the formation of VAA, ten out of the initial properties were subject to an earn-out provision ("Earn Out") that provides for a remeasurement of value after a two-year period following the completion of construction. Upon the formation of VAA, we recorded a liability ("Earn Out Obligation") for the $10,000 advance on the Earn Out that we received from Macquarie.

On March 30, 2021, we sold a 50% ownership interest in Overlook at Allensville Phase II, a 144 unit multifamily property in Sevierville,

App.634

Tennessee to Macquarie for $2,531 resulting in gain on sale of $1,417. Concurrent with the sale, we each contributed our 50% ownership interests in Overlook at Allensville Phase II into VAA.

On July 13, 2021, we received the arbitration result of a dispute regarding the measurement of the Earn Out Obligation. Our position and claims were declined, and the position of Macquarie was fully accepted. As a result, we are required to pay approximately $39,600 to Macquarie to satisfy the Earn Out Obligation, and therefore, recorded a charge of $29,600 during the year ended December 31, 2021 (See Note 7 – Real Estate Activity). In accordance with the joint venture operating agreement, the Earn Out Obligation will be paid from our share of future distributions from VAA, which generally occur each six months. In July 2021, our $5,441 distribution from VAA was paid directly to Macquarie as a reduction of the Earn Out Obligation.

On November 17, 2021, we entered into a Major Decision with Macquarie to engage a broker and initiate a sale of all the properties held by the VAAoperties. In connection with the sale, VAA will distribute seven of its existing properties to us (referred to herein as the "Holdback Properties") and we in turn, will contribute one of our properties ("Contributed Property") into the portfolio offered for sale to third-parties. The remaining forty-five properties as referred to herein as the VAA Portfolio. The sales price for the Holdback Properties and Contributed Property will be the estimated value of these properties as stated in the agreement, multiplied by the ratio of the actual sales price of the VAA Portfolio over the estimated value of the portfolio as stated in the agreement.

Each of the properties in the VAA Portfolio is appraised on an annual basis as part of our filing requirement with the TASE. As of December 31, 2021, the fair value of the VAA Portfolio, based on these appraisals was $1.4 billion. The appraised value reflects an aggregate of individual property appraised value and does not reflect a premium that is sometimes offered in a portfolio sale. These values reflects a compression of cap rates for multifamily properties during the last year. However, there can be no assurances that these values will be realized. The Major Decision agreement will terminate on August 1, 2022, if the VAA Portfolio has not been sold.

43

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

The following is a summary of our investment in unconsolidated joint ventures:

| | December 31, | | |
| --- | --- | --- | --- |
| | 2021 | | 2020 |
| *Condensed Balance Sheets of VAA* | | | |
| Assets | | | |
| Real estate | $ 1,208,716 | $ | 1,217,725 |
| Other assets | 72,151 | | 61,472 |
| Total assets | $ 1,280,867 | $ | 1,279,197 |
| Liabilities and Partners Capital | | | |
| Mortgage notes payable | $ 854,015 | $ | 830,721 |
| Mezzanine notes payable | 242,942 | | 239,878 |
| Other liabilities | 40,316 | | 35,632 |
| Our share of partners' capital | 71,800 | | 84,983 |
| Outside partner's capital | 71,794 | | 87,983 |
| Total liabilities and partners' capital | $ 1,280,867 | $ | 1,279,197 |

*Investment in unconsolidated joint ventures*

| | | | |
|---|---|---|---|
| Our share of partners' capital | $ | 71,800 | $ 84,983 |
| Our share of Mezzanine note payable and accrued interest | | 125,306 | 123,752 |
| Basis adjustment (1) | | (144,227) | (156,949) |
| Total investment in unconsolidated joint ventures | $ | 52,879 | $ 51,786 |

(1)     We amortize the difference between the cost of our investment in unconsolidated joint ventures and the book value of our underlying equity into income on a straight-line basis consistent with the lives of the underlying assets.

The following is a summary of our (loss) income from investments in unconsolidated joint venture:

| | | For the Years Ended December 31, | | |
|---|---|---|---|---|
| | | **2021** | **2020** | **2019** |
| *Condensed Statements of Operations of VAA* | | | | |
| Revenue | | | | |
|   Rental revenue | $ | 131,455 | $ 117,336 | $ 109,746 |
|   Other revenue | | 7,706 | 6,240 | 5,631 |
|     Total revenue | | 139,161 | 123,576 | 115,377 |
| Expenses | | | | |
|   Operating expenses | | 72,001 | 62,919 | 60,516 |
|   Depreciation and amortization | | 31,073 | 30,456 | 43,942 |
|   Interest | | 55,129 | 56,903 | 61,315 |
|     Total expenses | | 158,203 | 150,278 | 165,773 |
| Net loss | $ | (19,042) | $ (26,702) | $ (50,396) |
| Our share of net income (loss) in unconsolidated joint venture | $ | 14,531 | $ (519) | $ (2,758) |

44

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

## 11. Mortgages and Other Notes Payable

Below is a summary of our notes and interest payable as of December 31, 2021 and 2020:

| Property/ Entity | | Carrying Value | | Interest Rate | Maturity Date |
|---|---|---|---|---|---|
| | | **2021** | **2020** | | |
| 600 Las Colinas(1) | $ | — | $ 35,589 | 5.30 % | 11/1/2023 |
| 770 South Post Oak | | 11,635 | 11,871 | 4.40 % | 6/1/2025 |
| Athens(2) | | 1,155 | 1,155 | 4.00 % | 8/28/2022 |
| Chelsea | | 8,037 | 8,194 | 3.40 % | 12/1/2050 |
| EQK Portage - Land | | 3,350 | 3,350 | 10.00 % | 11/13/2024 |
| HSW Partners(3) | | — | 14,690 | 9.50 % | 6/17/2021 |
| Forest Grove(4) | | 7,263 | 7,333 | 3.75 % | 5/5/2024 |
| Landing Bayou | | 14,407 | 14,643 | 3.50 % | 9/1/2053 |
| Legacy at Pleasant Grove | | 13,352 | 13,653 | 3.60 % | 4/1/2048 |
| McKinney 36 Land | | — | 820 | 8.00 % | 6/30/2022 |
| Overlook at Allensville Phase II(5) | | — | 15,621 | 3.80 % | 5/1/2059 |
| Parc at Denham Springs Phase II | | 15,962 | 16,128 | 4.10 % | 2/1/2060 |

| | | | | |
|---|---|---|---|---|
| RCM HC Enterprises(3) | 1,986 | — | 9.50 % | 12/17/2026 |
| Stanford Center(6) | 38,979 | 39,093 | 6.00 % | 2/26/2022 |
| Sugar Mill Phase III | 9,216 | 9,298 | 4.50 % | 2/1/2060 |
| Toulon(7) | 13,697 | 13,975 | 3.20 % | 12/1/2051 |
| Villas at Bon Secour(8) | 19,492 | 10,280 | 3.08 % | 9/1/2031 |
| Vista Ridge | 9,830 | 9,979 | 4.00 % | 8/1/2053 |
| Windmill Farms(9) | 8,389 | 10,397 | 5.00 % | 2/28/2023 |
| | $ 176,750 | $ 236,069 | | |

(1)  On August 26, 2021, we paid off the loan in connection with the sale of the underlying property (See Note 7 - Real Estate Activity).

(2)  On March 2, 2021, the loan was extended to August 28, 2022.

(3)   On June 4, 2021, the lender assumed the remaining $1,986 balance of our loan from HSW Partners and extended the maturity to December 17, 2026.

(4)  The loan bears interest at prime rate plus 0.5%.

(5)   On March 30, 2021, the loan was assumed by VAA in connection with our contribution of the underlying property to the joint venture (See Note 9 – Investment in Unconsolidated Joint Ventures).

(6)  On March 3, 2022, the loan was extended to February 26, 2023.

(7)  On January 14, 2022, we paid off the loan in connection with the sale of the underlying property (See Note 20 - Subsequent Events).

(8)   On August 25, 2021, we replaced the existing loan on the property with a new $20,015 loan that bears interest at 3.08% and matures on September 1, 2031.

(9)  On March 4, 2021, the loan was extended to February 28, 2023 at an interest rate of 5%.

Interest payable at December 31, 2021 and 2020, was $1,147 and $1,123, respectively. We capitalized interest of $3,733 and $2,305 during the years ended December 31, 2021 and 2020, respectively.

All of the above mortgages and other notes payable are collateralized by the underlying property. In addition, we have guaranteed the loans on Athens, Forest Grove, Stanford Center and Villas at Bon Secour.

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

There are various land mortgages, secured by the property, that are in the process of a modification or extension to the original note due to expiration of the loan. We are working with our existing lenders and new lenders to modify, extend the loans before they become due or refinancing the loans with terms that are similar to the existing agreement.

Future principal payments due on our notes payable at December 31, 2021 are as follows:

| Year | Amount |
|---|---|
| 2022 | $ 44,120 |
| 2023 | 4,355 |
| 2024 | 9,444 |
| 2025 | 13,021 |
| 2026 | 2,172 |
| Thereafter | 107,308 |
| | 180,420 |
| Deferred finance cost | (3,670) |
| | $ 176,750 |

**12. Bonds Payable**

App.637

We have issued three series of unconvertible bonds ("Bonds") through SPC, which are traded on the TASE. The Bonds are denominated in New Israeli Shekels ("NIS") and provide for semiannual principal and interest payments through maturity.

In connection with the Bonds, we incurred a loss on foreign currency transactions of $6,175, $13,378, and $15,108, for the years ended December 31, 2021, 2020 and 2019, respectively. We have hedging agreement that effectively prevents the exchange rate for the NIS to the U.S. Dollar from falling below 2.7.

The outstanding balance of our Bonds at December 31, 2021 and 2020 is as follows:

| Bond Issuance | December 31, 2021 | December 31, 2020 | Interest Rate | Maturity |
|---|---|---|---|---|
| Series A Bonds(1) | $ 65,563 | $ 95,133 | 7.30 % | 7/31/23 |
| Series B Bonds(1) | 54,019 | 65,318 | 6.80 % | 7/31/25 |
| Series C Bonds(2) | 75,298 | 85,537 | 4.65 % | 1/31/23 |
| | 194,880 | 245,988 | | |
| Less unamortized deferred issuance costs | (5,428) | (8,100) | | |
| | $ 189,452 | $ 237,888 | | |

(1) The bonds are collateralized by the assets of SPC.

(2) The bonds are collateralized by a trust deed in Browning Place, a 625,297 square foot office building in Farmers Branch, Texas.

The aggregate maturities of our Bonds are as follows:

| Year | Amount |
|---|---|
| 2022 | $ 46,286 |
| 2023 | 121,584 |
| 2024 | 13,505 |
| 2025 | 13,505 |
| | $ 194,880 |

The Bonds include a number of covenants, including restrictions on the amount of cash that can distributed from SPC. As of December 31, 2021, we were in compliance with our bond covenants.

46

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

**13. Related Party Transactions**

We engage in certain business transactions with related parties, including but not limited to asset acquisition and dispositions of real estate. Transactions involving related parties cannot be presumed to be carried out on an arm's length basis due to the absence of free market forces that naturally exist in business dealings between two or more unrelated entities. Related party transactions may not always be favorable to our business and may include terms, conditions and agreements that are not necessarily beneficial to or in our best interest.

Pillar and Regis are wholly owned by an affiliates of the MRHI, which also owns approximately 90.8% of ARL. Pillar is compensated for advisory services in accordance with an agreement. Regis receives property management fees and leasing commissions in accordance with the terms of its property-level management agreement. In addition, Regis is entitled to receive real estate brokerage commissions in accordance with the terms of a non-exclusive brokerage agreement.

Rental income includes $944, $1,083 and $841 for the years ended December 31, 2021, 2020 and 2019, respectively, for office space leased to Pillar and Regis.

Property operating expense includes $889, $990 and $991 for the years ended December 31, 2021, 2020 and 2019, respectively, for management fees on commercial properties payable to Regis.

App.638

General and administrative expense includes $4,091, $3,869 and $4,144 for the years ended December 31, 2021, 2020 and 2019, respectively, for employee compensation and other reimbursable costs payable to Pillar.

Advisory fees paid to Pillar were $11,782, $8,648 and $8,410 for the years ended December 31, 2021, 2020 and 2019, respectively.

Notes receivable are includes amounts held by UHF and Pillar (See Note 8 – Notes Receivable). UHF is determined to be a related party due to our significant investment in the performance of the collateral secured by the notes receivable. Interest income on these notes was $15,950, $19,515 and $17,413 for the years ended December 31, 2021, 2020 and 2019, respectively.

Interest expense on notes payable to Pillar was $1,621, $1,581 and $1,999 for the years ended December 31, 2021, 2020 and 2019, respectively.

Related party receivables represents amounts outstanding from Pillar for loans and advances, net of unreimbursed fees, expenses and costs as provided above.

## 14. Noncontrolling Interests

The noncontrolling interest represents the third party ownership interest in Income Opportunity Realty Investors, Inc. ("IOR"). Shares of IOR are listed on the NYSE American under the symbol of IOR. We owned 81.1% in in IOR during the years ended December 31, 2021, 2020 and 2019.

## 15. Stockholders Equity

Our decision to declare dividends on common stock is determined on an annual basis following the end of each year. In accordance with that policy, no dividends on our common stock were declared for 2021, 2020 or 2019. Future distributions to common stockholders will be determined in light of conditions then existing, including our financial condition and requirements, future prospects, restrictions in financing agreements, business conditions and other factors deemed relevant by our board of directors.

47

TRANSCONTINENTAL REALTY INVESTORS, INC.

NOTES TO FINANCIAL STATEMENTS

(Dollars in thousands, except per share amounts)

## 16. Deferred Income

In previous years, we sold properties to related parties where we had continuing involvement in the form of management or financial assistance associated with the sale of the properties. Because of the continuing involvement associated with the sale, the sales criteria for the full accrual method was not met, and as such, we deferred the gain recognition and accounted for the transactions by applying the finance, deposit, installment or cost recovery methods, as appropriate. The gains on these transactions have been deferred until the properties are sold to a non-related third party. As of December 31, 2021, we had a deferred gain of $581.

## 17. Income Taxes

We account for income taxes under the asset and liability method, which requires the recognition of deferred tax assets and liabilities for the expected future tax consequences of events that have been included in the financial statements. Under this method, deferred tax assets and liabilities are determined on the basis of the differences between the financial statement and tax bases of assets and liabilities using enacted tax rates in effect for the year in which the differences are expected to reverse. The effect of a change in tax rates on deferred tax assets and liabilities is recognized in income in the period that includes the enactment date. We recognize deferred tax assets to the extent that we believe these assets are more likely than not to be realized. In making such a determination, we consider all available positive and negative evidence, including future reversals of existing taxable temporary differences, projected future taxable income, tax-planning strategies, and results of recent operations. If we determine that we would be able to realize our deferred tax assets in the future in excess of their net recorded amount, we would make an adjustment to the deferred tax asset valuation allowance, which would reduce the provision for income taxes. We record uncertain tax positions on the basis of a two-step process whereby (1) we determine whether it is more likely than not that the tax positions will be sustained on the basis of the technical merits of the position and (2) for those tax positions that meet the more-likely-than-not recognition threshold, we recognize the largest amount of tax benefit that is more than 50 percent likely to be realized upon ultimate settlement with the related tax authority.

The (benefit) expense for income taxes consists of:

| | | Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2021 | | 2020 | | 2019 |
| Current: | | | | | | |
|   Federal | $ | (1,011) | $ | — | $ | — |
|   State | | — | | 4 | | — |
| Deferred and Other: | | | | | | |
|   Federal | | — | | — | | (2,000) |
|   State | | — | | — | | — |
| Total tax expense (benefit) | $ | (1,011) | $ | 4 | $ | (2,000) |

48

## TRANSCONTINENTAL REALTY INVESTORS, INC.

## NOTES TO FINANCIAL STATEMENTS

### (Dollars in thousands, except per share amounts)

The reconciliation between our effective tax rate on income from operations and the statutory rate is as follows:

| | | Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2021 | | 2020 | | 2019 |
| Income tax (benefit) expense at federal statutory rate | $ | 2,373 | $ | 1,568 | $ | (5,909) |
| State and local income taxes net of federal tax benefit | | — | | 4 | | — |
| AMT refund | | (1,011) | | — | | — |
| Permanent differences | | (1,758) | | (1,766) | | (2,406) |
| Timing differences | | | | | | |
|   Deferred gains | | (4,893) | | (878) | | (588) |
|   Basis difference on fixed assets | | (720) | | 1,307 | | — |
|   Other basis/timing differences | | (2,729) | | 2,296 | | 3,173 |
| Generation (use) of net operating loss carryforwards | | 7,727 | | (2,527) | | 3,730 |
| Calculated income tax expense (benefit) | $ | (1,011) | $ | 4 | $ | (2,000) |
| Effective tax rate | | — % | | — % | | 0.6 % |

We are subject to taxation in the United States and various states and foreign jurisdictions. As of December 31, 2021, our tax years for 2021, 2020, and 2019 are subject to examination by the tax authorities. With few exceptions, as of December 31, 2020, we are no longer subject to U.S federal, state, local, or foreign examinations by tax authorities for the years before 2016.

Components of the Net Deferred Tax Asset or Liability

| | | December 31, | |
| --- | --- | --- | --- |
| | | 2021 | 2020 |
| Cumulative foreign currency translation loss | $ | 1,088 | 3,818 |
| Basis difference for fixed assets | | 706 | 1,426 |
| Deferred gain | | (2,937) | 1,956 |
| Net operating loss carryforward | | 15,146 | 7,107 |
| | | 14,003 | 14,307 |
| Less: valuation allowance | | (14,003) | (6,480) |
| | $ | — | $ 7,827 |

We have state net operating losses in many of the various states in which we operate.

We assess the available positive and negative evidence to estimate if sufficient future taxable income will be generated to use the existing

App.640

deferred tax assets. At December 31, 202X, we had a net deferred tax asset due to tax deductions available to us in future years. However, as we could not determine that it was more likely than not that we would realize the benefit of the deferred tax asset, we established a 100% valuation allowance.

## 18. Commitments and Contingencies

We believe that we will generate excess cash from property operations in the next twelve months; such excess, however, might not be sufficient to discharge all of our obligations as they become due. We intend to sell income-producing assets, refinance real estate and obtain additional borrowings primarily secured by real estate to meet our liquidity requirements.

We were the primary guarantor, on a $24,300 mezzanine loan between UHF and a lender. The guarantee was removed on January 29, 2021, concurrent with the repayment of the loan by UHF. We are are also a guarantor on the mortgage notes payable on two properties in that are owned by VAA (See Note 10 - Investment in Unconsolidated Joint Ventures) and four that are owned directly by us (See Note 11 - Mortgages and Other Notes Payable).

49

### TRANSCONTINENTAL REALTY INVESTORS, INC.

### NOTES TO FINANCIAL STATEMENTS

### (Dollars in thousands, except per share amounts)

In February 2019, a lawsuit was brought by Paul Berger ("Berger") against us and others that alleges that we completed improper sales and/or transfers of property with IOR. Berger requests that we pay off various related party loans to IOR and that IOR then distribute the funds to its shareholders. We intend to vigorously defend against the allegations. The trial for this matter is set for November 2022.

## 19. Quarterly Results of Operations

The following is a tabulation of our quarterly results of operations for the years December 31, 2021, 2020 and 2019. Quarterly results presented may differ from those previously reported in our Form 10-Q due to the reclassification of the operations.

| | 2021 Quarter Ended | | | |
| | March 31, | June 30, | September 30, | December 31, |
|---|---|---|---|---|
| Revenues | $ 11,828 | $ 10,795 | $ 10,034 | $ 8,117 |
| Net operating loss | (2,226) | (5,225) | (4,558) | (4,154) |
| Net income (loss) attributable to the Company | 22,632 | (30,733) | 26,246 | (8,747) |
| EPS - basic and diluted | $ 2.62 | $ (3.56) | $ 3.04 | $ (1.01) |

| | 2020 Quarter Ended | | | |
| | March 31, | June 30, | September 30, | December 31, |
|---|---|---|---|---|
| Revenues | $ 12,753 | $ 13,431 | $ 12,159 | $ 18,679 |
| Net operating income (loss) | (3,146) | 635 | (1,537) | 4,020 |
| Net (loss) income attributable to the Company | 4,613 | (4,158) | 7,693 | (1,479) |
| EPS - basic and diluted | $ 0.53 | $ (0.48) | $ 0.88 | $ (0.17) |

## 20. Subsequent Events

On January 14, 2022, we sold Toulon, a 240 unit multifamily property property in Gautier, Mississippi for $26,750. The proceeds were used to pay off the mortgage note payable on the property and for general corporate purposes.

The date to which events occurring after December 31, 2021, the date of the most recent balance sheet, have been evaluated for possible adjustments to the financial statements or disclosure is March 28, 2021, which is the date of which the financial statements were available to be issued. There are no subsequent events that would require an adjustment to the financial statements.

50

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

**SCHEDULE III - REAL ESTATE AND ACCUMULATED DEPRECIATION**
**December 31, 2021**

| Property/Location | Encumbrances | Initial Cost Land | Initial Cost Buildings | Cost Capitalized Subsequent to Acquisition | Gross Amount Carried at End of Year Land | Building & Improvements | Total | Accumulated Depreciation | Date of Construction | Date Acquired |
|---|---|---|---|---|---|---|---|---|---|---|
| *Multifamily* | | | | | | | | | | |
| Chelsea | $ 8,037 | $ 1,225 | $ 11,230 | $ 17 | $ 1,231 | $ 11,241 | $ 12,472 | $ 893 | 1999 | 2018 |
| Forest Grove | 7,263 | 1,440 | 10,234 | 32 | 1,440 | 10,266 | 11,706 | 410 | 2020 | 2020 |
| Landing Bayou | 14,407 | 2,011 | 18,255 | (5,962) | 2,011 | 12,293 | 14,304 | 1,425 | 2005 | 2018 |
| Legacy at Pleasant Grove | 13,352 | 2,005 | 18,109 | 57 | 2,033 | 18,138 | 20,171 | 3,237 | 2006 | 2018 |
| Parc at Denham Springs Phase II | 15,962 | 1,505 | 16,975 | — | 1,505 | 16,975 | 18,480 | 873 | 2010 | 2009 |
| Sugar Mill Phase III | 9,216 | 576 | 9,755 | (15) | 576 | 9,740 | 10,316 | 382 | 2015 | 2015 |
| Toulon | 13,697 | 1,621 | 20,107 | 411 | 1,993 | 20,146 | 22,139 | 5,279 | 2011 | 2014 |
| Villas at Bon Secour | 19,492 | 2,715 | 15,385 | 52 | 2,715 | 15,437 | 18,152 | 1,318 | 2007 | 2018 |
| Vista Ridge | 9,830 | 1,339 | 13,398 | 6 | 1,339 | 13,404 | 14,743 | 2,590 | 2009 | 2018 |
| | 111,256 | 14,437 | 133,448 | (5,402) | 14,843 | 127,640 | 142,483 | 16,407 | | |
| *Commercial* | | | | | | | | | | |
| 770 South Post Oak | 11,635 | 1,763 | 16,312 | 672 | 1,763 | 16,984 | 18,747 | 3,037 | 1970 | 2015 |
| Browning Place | 75,298 | 5,096 | 49,441 | 14,453 | 5,096 | 63,894 | 68,990 | 28,140 | 1984 | 2005 |
| Stanford Center | 38,979 | 20,278 | 25,876 | 6,224 | 20,278 | 32,100 | 52,378 | 15,275 | 2007 | 2008 |
| Other | — | 646 | 74 | — | 646 | 74 | 720 | 74 | | |
| | 125,912 | 27,783 | 91,703 | 21,349 | 27,783 | 113,052 | 140,835 | 46,526 | | |
| *Developed and Undeveloped Land* | | | | | | | | | | |
| Mercer Crossing | — | 2,999 | — | — | 2,999 | — | 2,999 | — | | 2018 |
| Windmill Farms | 8,389 | 43,608 | — | 2,159 | 45,767 | — | 45,767 | — | | 2006 |
| Other | 6,491 | 19,608 | — | 7,604 | 27,212 | — | 27,212 | — | | |
| | 14,880 | 66,215 | — | 9,763 | 75,978 | — | 75,978 | — | | |
| | $ 252,048 | $108,435 | $225,151 | $ 25,710 | $118,604 | $ 240,692 | $359,296 | $ 62,933 | | |

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

**SCHEDULE III - REAL ESTATE AND ACCUMULATED DEPRECIATION**
**As of December 31, 2021**

| | 2021 | 2020 | 2019 |
|---|---|---|---|

App.642

| Reconciliation of Real Estate | | | |
|---|---|---|---|
| Balance at January 1, | $ 459,801 | $ 477,963 | $ 463,732 |
| Additions | 5,814 | 21,223 | 92,964 |
| Deductions | (106,319) | (39,385) | (78,733) |
| Balance at December 31, | $ 359,296 | $ 459,801 | $ 477,963 |
| | | | |
| Reconciliation of Accumulated Depreciation | | | |
| Balance at January 1, | 82,418 | 90,173 | 79,228 |
| Additions | 10,820 | 12,188 | 13,379 |
| Deductions | (30,305) | (19,943) | (2,434) |
| Balance at December 31, | $ 62,933 | $ 82,418 | $ 90,173 |

52

## TRANSCONTINENTAL REALTY INVESTORS, INC.

### NOTES TO FINANCIAL STATEMENTS

**(Dollars in thousands, except per share amounts)**

### SCHEDULE IV - MORTGAGE LOANS
### December 31, 2021

| Description | Interest Rate | Maturity Date | Periodic Payment Terms | Prior Liens | Face Amount | Carrying Value |
|---|---|---|---|---|---|---|
| **Convertible loans** | | | | | | |
| Autumn Breeze | 5.00% | 7/1/2022 | No payments until maturity or conversion | $ 24,756 | $ 2,486 | $ 2,486 |
| Bellwether Ridge | 5.00% | 11/1/2026 | No payments until maturity or conversion | 18,070 | 3,967 | 3,967 |
| Forest Pines | 5.00% | 11/1/2022 | No payments until maturity or conversion | 26,407 | 6,472 | 6,472 |
| Parc at Ingleside | 5.00% | 11/1/2026 | No payments until maturity or conversion | 25,201 | 3,700 | 3,700 |
| Parc at Opelika | 10.00% | 1/13/2023 | No payments until maturity or conversion | 23,661 | 2,305 | 2,305 |
| Parc at Windmill Farms | 5.00% | 11/1/2022 | No payments until maturity or conversion | 35,524 | 7,830 | 7,830 |
| Plum Tree | 5.00% | 4/26/2026 | No payments until maturity or conversion | 17,105 | 1,537 | 1,537 |
| Spyglass of Ennis | 5.00% | 11/1/2022 | No payments until maturity or conversion | 22,793 | 5,319 | 5,319 |
| Steeple Crest | 5.00% | 8/1/2026 | No payments until maturity or conversion | 11,529 | 6,498 | 6,498 |
| | | | | 205,046 | 40,114 | 40,114 |
| **Land loans** | | | | | | |
| ABC Land and Development, Inc. | 9.50% | 6/30/2026 | No payments until maturity | — | 4,408 | 4,408 |
| ABC Paradise, LLC | 9.50% | 6/30/2026 | No payments until maturity | — | 1,210 | 1,210 |
| Lake Wales | 9.50% | 6/30/2026 | No payments until maturity | — | 3,000 | 3,000 |
| Legacy Pleasant Grove | 12.00% | 10/23/2022 | No payments until maturity | — | 496 | 496 |
| McKinney Ranch | 6.00% | 9/15/2022 | No payments until maturity | — | 4,554 | 4,554 |
| One Realco Land Holding, Inc. | 9.50% | 6/30/2026 | No payments until maturity | — | 1,728 | 1,728 |
| Riverview on the Park Land, LLC | 9.50% | 6/30/2026 | No payments until maturity | — | 1,045 | 1,045 |

App.643

| Description | Interest Rate | Maturity Date | Periodic Payment Terms | Prior Liens | Face Amount | Carrying Value |
|---|---|---|---|---|---|---|
| Spartan Land | 12.00% | 1/16/2023 | No payments until maturity | — | 5,907 | 5,907 |
| | | | | — | 22,348 | 22,348 |
| **Subsidized housing** | | | | | | |
| Phillips Foundation for Better Living, Inc. | 12.00% | 3/31/2024 | Payments from excess property cash flows | — | 813 | 813 |
| Unified Housing Foundation | 12.00% | 6/30/2023 | Payments from excess property cash flows | — | 2,881 | 2,881 |
| Unified Housing Foundation | 12.00% | 6/30/2023 | Payments from excess property cash flows | — | 212 | 212 |
| Unified Housing Foundation | 12.00% | 6/30/2023 | Payments from excess property cash flows | — | 6,831 | 6,831 |
| Unified Housing Foundation | 12.00% | 6/30/2023 | Payments from excess property cash flows | — | 10,401 | 10,401 |

TRANSCONTINENTAL REALTY INVESTORS, INC.

NOTES TO FINANCIAL STATEMENTS

(Dollars in thousands, except per share amounts)

| Description | Interest Rate | Maturity Date | Periodic Payment Terms | Prior Liens | Face Amount | Carrying Value |
|---|---|---|---|---|---|---|
| Unified Housing Foundation | 12.00% | 3/31/2022 | Payments from excess property cash flows | — | 10,096 | 10,096 |
| Unified Housing Foundation | 12.00% | 3/31/2023 | Payments from excess property cash flows | — | 6,990 | 6,990 |
| Unified Housing Foundation | 12.00% | 5/31/2023 | Payments from excess property cash flows | — | 3,615 | 3,615 |
| Unified Housing Foundation | 12.00% | 12/31/2032 | Payments from excess property cash flows | 96,929 | 17,172 | 17,172 |
| Unified Housing Foundation | 12.00% | 3/31/2024 | Payments from excess property cash flows | — | 6,521 | 6,521 |
| Unified Housing Foundation | 12.00% | 4/30/2024 | Payments from excess property cash flows | — | 1,549 | 1,549 |
| Unified Housing Foundation | 12.00% | 6/30/2024 | Payments from excess property cash flows | — | 183 | 183 |
| | | | | 96,929 | 67,264 | 67,264 |
| | | | | $ 301,975 | $ 129,726 | $ 129,726 |

TRANSCONTINENTAL REALTY INVESTORS, INC.

NOTES TO FINANCIAL STATEMENTS

(Dollars in thousands, except per share amounts)

App.644

**SCHEDULE IV - MORTGAGE LOANS**
**As of December 31,**

|  | 2021 | 2020 | 2019 |
|---|---|---|---|
| Balance at January 1, | $ 123,556 | $ 112,357 | $ 83,541 |
| Additions | 18,844 | 26,535 | 59,241 |
| Deductions | (12,674) | (15,336) | (30,425) |
| Balance at December 31, | $ 129,726 | $ 123,556 | $ 112,357 |

55

**ITEM 9.   CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE**

None.

**ITEM 9A.   CONTROLS AND PROCEDURES**

### Evaluation of Disclosure Controls and Procedures

Under the supervision and with the participation of our management, including our Principal Executive and Financial Officer, we conducted an evaluation of the effectiveness of our disclosure controls and procedures (as defined in Rule 13a-15(e)) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), which are designed to ensure that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified by the SEC's rules and forms. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is accumulated and communicated to our management, including our Principal Executive and Financial Officer, as appropriate to allow timely decisions regarding required disclosure. Based on this evaluation, our Principal Executive and Financial Officer concluded that our disclosure controls and procedures were effective as of the end of the period covered by this report.

### Management's Report on Internal Control over Financial Reporting

Our management is responsible for establishing and maintaining adequate internal control over financial reporting for the Company. Our internal control over financial reporting is designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements in accordance with generally accepted accounting principles. There are inherent limitations to the effectiveness of any system of internal control over financial reporting. These limitations include the possibility of human error, the circumvention of overriding of the system and reasonable resource constraints. Because of its inherent limitations, our internal control over financial reporting may not prevent or detect misstatements. Projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions or that the degree of compliance with policies or procedures may deteriorate.

Management assessed the effectiveness of our internal control over financial reporting as of December 31, 2021. In making this assessment, management used the criteria set forth in Internal Control—Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013). Based on management's assessments and those criteria, management has concluded that Company's internal control over financial reporting was effective as of December 31, 2021.

This annual report does not include an attestation report of our registered public accounting firm regarding internal control over financial report. Management's report was not subject to attestation by our registered public accounting firm pursuant to temporary rules of the SEC that permit us to provide only management's report in this annual report.

### Changes in Internal Control over Financial Reporting

In preparation for management's report on internal control over financial reporting, we documented and tested the design and operating effectiveness of our internal control over financial reporting. There were no changes in our internal controls over financial reporting (as such term is defined in Exchange Act Rule 13a-15(f)) that occurred during the quarter ended December 31, 2021 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Item 9B.   OTHER INFORMATION**

App.645

56

## PART III

## ITEM 10.   DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE

**Directors**

The affairs of the Company are managed by our Board of Directors. The Directors are elected at the annual meeting of stockholders or appointed by the incumbent Board and serve until the next annual meeting of stockholders or until a successor has been elected or approved.

An objective is for a majority of our Board to be independent directors. For a director to be considered independent, the Board must determine that the director does not have any direct or indirect material relationship with the Company. The Board has established guidelines to assist it in determining director independence which conform to, or are more exacting than, the independence requirements in the New York Stock Exchange ("NYSE") listing rules. The independence guidelines are set forth in our "Corporate Governance Guidelines". The text of this document has been posted on our internet website at www.transconrealty-invest.com ("Investor Relations Website") and is available in print to any shareholder who requests it. In addition to applying these guidelines, the Board will consider all relevant facts and circumstances in making an independence determination.

We have adopted a code of conduct that applies to all Directors, officers and employees, including our principal executive officer, principal financial officer and principal accounting officer. Stockholders may find our code of conduct on our website by going to our Investor Relations Website. We will post any amendments to the code of conduct, as well as any waivers that are required to be disclosed by the rules of the Security Exchange Commission (the "SEC") or the NYSE on our website.

Our Board of Directors has adopted charters for our Audit, Compensation and Governance and Nominating Committees of the Board of Directors. Stockholders may find these documents on our website by going to our Investor Relations Website. You may also obtain a printed copy of the materials referred to by contacting us at the following address:

Transcontinental Realty Investors, Inc.
Attn: Investor Relations
1603 LBJ Freeway, Suite 800
Dallas, Texas 75234
Telephone: 469-522-4200

All members of the Audit Committee and Nominating and Corporate Governance Committees must be independent directors. Members of the Audit Committee must also satisfy additional independence requirements, which provide (i) that they may not accept, directly or indirectly, any consulting, advisory, or compensatory fee from the Company or any of its subsidiaries other than their director's compensation (other than in their capacity as a member of the Audit Committee, the Board of Directors, or any other committee of the Board), and (ii) no member of the Audit Committee may be an "affiliated person" of the Company or any of its subsidiaries, as defined by the SEC.

Our current directors are listed below, together with their ages, terms of service, all positions and offices with us and our current advisor, Pillar, their principal occupations, business experience and directorships with other companies during the last five years or more. The designation "affiliated", when used below with respect to a director, means that the director is an officer, director or employee of Pillar, an officer of the Company, or an officer or director of a related party of the Company. The designation "independent", when used below with respect to a Director, means that the Director is neither an officer of the Company nor a director, officer or employee of Pillar (but may be a director of the Company, although the Company may have certain business or professional relationships with such Director as discussed in Item 13. Certain Relationships and Related Transactions, and Director Independence.

HENRY A. BUTLER, age 71, Director, Independent, since November 2005 and Chairman of the Board since May 2009

Retired (since April 30, 2019); Mr. Butler served as Vice President for Pillar from April 2011 to April 30, 2019. Mr. Butler has been a Director of the Company since November 2005 and Chairman of the Board since May 2009. He also served as Chairman of the Board since May 2009 and as a Director since July 2003 of ARL, and Chairman of the Board since May 2011 and a Director since February 2011 of IOR.

WILLIAM J. HOGAN, age 64, Director, Independent, since February 2020

Retired (since December 31, 2020); Registered Representative and Investment Advisor Representative from January 2013 to December 2020 by Cetera Advisor Networks LLC, a general securities and investment advisory firm, with an office in San Antonio, Texas. From November 2009 through December 2012, Mr. Hogan was a registered representative, employed by Financial Network Investment Corp. in San Antonio, Texas. He holds Series 7 (General Securities Representative), Series 63 (Uniform Securities Agent State Law) and Series 65 (Investment Advisor) licenses issued by Financial Industry Regulatory Authority ("FINRA"). Mr. Hogan was elected as a director of the Company and ARL on January 28, 2020 effective February 1, 2020.

ROBERT A. JAKUSZEWSKI, age 59, Director, Independent, since November 2005

Mr. Jakuszewski has served as a Territory Manager for Artesa Labs since April 2015. He was a Medical Specialist from January 2014 to April 2015 for VAYA Pharma, Inc., Senior Medical Liaison from January 2013 to July 2013 for Vein Clinics of America, and the Vice President of Sales and Marketing from September 1998 to December 2012 for New Horizons Communications, Inc. Mr. Jakuszewski has been a Director of the Company since November 2005. He has also been a Director of ARL since November 2005 and a Director of IOR since March 2004.

TED R. MUNSELLE, age 66, Director, Independent, since February 2004

Mr. Munselle has been Vice President and Chief Financial Officer of Landmark Nurseries, Inc. since October 1998. On February 17, 2012, he was appointed as a member of the Board of Directors for Spindletop Oil & Gas Company and as Chairman of their Audit Committee. Spindletop's stock is traded on the Over-the-Counter (OTC) market. Mr. Munselle has been a Director of the Company since February 2004. He has also served as Director of ARL since February 2004 and Director of IOR since May 2009. Mr. Munselle is qualified as an Audit Committee financial expert within the meaning of SEC regulations and the Board of Directors has determined that he has accounting and related financial management expertise within the meaning of the listing standards of the NYSE. Mr. Munselle is a Certified Public Accountant.

BRADFORD A. PHILLIPS, age 56, Director, since March 2021

Mr. Phillips has been the Chief Executive Officer since 2008 and Chairman since 1999 of LBL Group of Insurance Companies. He has served as President of Midland Securities, LLC, a Dallas, TX based broker/dealer since 2002. Prior to joining LBL Group, he served as President of InterFirst Capital Corporation of Los Angeles, California. Mr. Phillips holds a number of securities licenses, including the Series 4 (Options Principal), Series 7 (General Securities License), Series 24 (General Securities Principal), Series 27 (Financial and Operations Principal), Series 53 (Municipal Securities Principal), Series 55 (Equity Trading Principal), and Series 63 (Blue Sky Securities License). He has also been a Director of ARL since March 2021.

RAYMOND D. ROBERTS, SR., age 90, Director, Independent, since June 2016

Mr. Roberts is currently retired. Mr. Roberts has served as Director of the Company since June 2, 2016. He has also served as Director of ARL and IOR since June 2, 2016. For more than five years prior to December 31, 2014, he was Director of Aviation of Steller Aviation, Inc., a privately held corporation engaged in the business of aircraft (Boeing 737) and logistical management.

**Board Meetings and Committees**

The Board of Directors held five meetings during 2021. For such year, no incumbent director attended fewer than 75% of the aggregate of (1) the total number of meetings held by the Board during the period for which he or she had been a director and (2) the total number of meetings held by all committees of the Board on which he or she served during the period that he served. Under our Corporate Governance Guidelines, each Director is expected to dedicate sufficient time, energy and attention to ensure the diligent performance of his or her duties, including by attending meetings of the stockholders of the Company, the Board and Committees of which he is a member. The Board of Directors has standing Audit, Compensation and Governance and Nominating Committees.

The members of the Board of Directors on the date of this Report and the Committees of the Board on which they serve are identified below:

| Director | Audit Committee | Governance and Nominating Committee | Compensation Committee |
|---|---|---|---|
| Henry A. Butler | | | |
| William J. Hogan | X | X | X |
| Robert A. Jakuszewski | X | Chair | X |
| Ted R. Munselle | Chair | X | X |
| Bradford A. Phillips | | | |
| Raymond D. Roberts, Sr. | X | X | Chair |

*Audit Committee*

The Audit Committee is responsible for review and oversight of our operating and accounting procedures. Our Audit Committee charter is available on our Investor Relations website (www.transconrealty-invest.com). The Audit Committee is an "audit committee" for purposes of Section 3(a)(58) of the Exchange Act. All of the current members of the Audit Committee are independent within the meaning of the SEC Regulations, the listing standards of the NYSE and our Corporate Governance Guidelines. Mr. Ted R. Munselle, the chairman of our Audit Committee, is qualified as an Audit Committee financial expert within the meaning of SEC Regulations, and the Board has determined that he has accounting and related financial management expertise within the meaning of the listing standards of the NYSE. All of the members of the Audit Committee meet the experience requirements of the listing standards of the NYSE. The Audit Committee met five times during 2021.

*Governance and Nominating Committee*

The Governance and Nominating Committee is responsible for developing and implementing policies and practices relating to corporate governance, including reviewing and monitoring implementation of our Corporate Governance Guidelines. In addition, the Committee develops and reviews background information on candidates for the Board and makes recommendations to the Board regarding such candidates. The Committee also prepares and supervises the Board's annual review of director independence and the Board's performance self-evaluation. The Charter of the Governance and Nominating Committee was adopted on March 17, 2004 and is available on our Investor Relations Website. The Governance and Nominating Committee met three times during 2021.

*Compensation Committee*

The Compensation Committee is responsible for overseeing the policies of the Company relating to compensation to be paid by the Company to our principal executive officer and any other officers designated by the Board and make recommendations to the Board with respect to such policies, produce necessary reports and executive compensation for inclusion in our Proxy Statement in accordance with applicable rules and regulations and to monitor the development and implementation of succession plans for the principal executive officers and other key executives and make recommendations to the Board with respect to such plans. The charter of our Compensation Committee is available on our Investor Relations Website. All of the members of the Compensation Committee are independent within the meaning of the listing standards of the NYSE and our Corporate Governance Guidelines. The Compensation Committee is to be comprised of at least two directors who are independent of Management and the Company. The Compensation Committee met two times during 2021.

**Presiding Director**

The primary responsibility of our presiding director is to preside over periodic executive sessions of the Board in which Management directors and other members of Management do not participate. The presiding director also advises the Chairman of the Board and, as appropriate, Committee Chairs with respect to agendas and information needs relating to Board and Committee meetings, provides advice with respect to the selection of Committee Chairs and performs other duties that the Board may from time to time delegate to assist the Board in fulfillment of its responsibilities.

The day following the annual meeting of stockholders held December 16, 2021 representing all stockholders of record dated November 4, 2021, the full Board met and re-appointed Ted R. Munselle as Presiding Director, to serve in such position until the Company's next annual meeting of stockholders to be held subsequently in 2022.

**Determination of Directors' Independence**

Our Corporate Governance Guidelines ("Guidelines") meet or exceed the new listing standards adopted during that year by the NYSE. The full text of our Guidelines can be found on our Investor Relations Website.

Pursuant to the Guidelines, the Board undertook its annual review of director independence in May 2021 and during this review, the Board considered transactions and relationships between each director or any member of his or her immediate family and the Company and its subsidiaries and related parties, including those reported under Certain Relationships and Related Transactions below. The Board also examined transactions and relationship between directors or their related parties and members of our senior management or their related parties. As provided in the Guidelines, the purpose of such review was to determine whether such relationships or transactions were inconsistent with the determination that the director is independent.

As a result of these reviews, the Board affirmatively determined of the then directors, Messrs. Butler, Munselle, Hogan, Jakuszewski and Roberts are each independent of the Company and its Management under the standards set forth in the Corporate Governance Guidelines.

**Executive Officers**

Executive officers of the Company are listed below, all of whom are employed by Pillar. None of the executive officers receive any direct remuneration from the Company nor do any hold any options granted by the Company. Their positions with the Company are not subject to a vote of stockholders. In addition to the following executive officers, the Company has several vice presidents and assistant secretaries who are not listed herein. The ages, terms of service and all positions and offices with the Company, Pillar, other related entities, other principal occupations, business experience and directorships with other publicly-held companies during the last five years or more are set forth below. No family relationships exist among any of the executive officers or directors of the Company.

BRADLEY J. MUTH, 65

Mr. Muth has served as the President and Chief Executive Officer of the Company, ARL and IOR since December 16, 2021. He has also been President and Chief Executive Officer of Pillar since October 18, 2021. Prior to joining the Company, he served as Senior Managing Director, Capital Markets and Development of ValueRock Realty Partners, a national real estate investment services firm, focusing on value-ad commercial real estate throughout California, Hawaii and Arizona. Prior thereto, from December 2014 to June 2019, he was Senior Managing Director, Portfolio and Asset Management of Madison Marquette, a leading commercial real estate investment manager, service provider, developer and operator of real property. From 2012 to 2014, he was Chief Investment Officer of Buckingham Companies, a real estate investment firm engaged in the multifamily sector. Mr. Muth, from 1994 to 2012, was Managing Principal or Senior Managing Partner of ING/Concert Realty Partners, a real estate investment and operations firm. He is also a CPA.

ERIK L. JOHNSON, 54

Mr. Johnson has served as the Executive Vice President and Chief Financial Officer of the Company and ARL since December 16, 2021. He has also been Chief Financial Officer of IOR since December 16, 2021 and of Pillar since June 29, 2020. Prior to joining the Company, he served as Vice President of Financial Reporting at Macerich (NYSE: MAC) and has served as the Chief Accounting Officer of North American Scientific, Inc. He began his career as an auditor with PricewaterhouseCoopers and is a CPA.

LOUIS J. CORNA, 74

Mr. Corna has served as Executive Vice President, General Counsel/Tax Counsel and Secretary of the Company, ARL and IOR since February 2004. He has also been Executive Vice President since March 2011 and Secretary since December 2010 of Pillar. Mr. Corna was also a Director and Vice President from June 2004 to December 2010 and Secretary from January 2005 to December 2010 of First Equity Properties, Inc.

60

**Code of Ethics**

We have adopted a code of ethics entitled "Code of Business Conduct and Ethics" that applies to all directors, officers, and employees (including those of our Advisor). In addition, we have adopted a code of ethics entitled "Code of Ethics for Senior Financial Officers" that applies to the principal executive officer, president, principal financial officer, chief financial officer, chief accounting officer, and controller. The text of these documents has been posted on our Investor Relations Website and are available in print to any stockholder who requests them.

**Compliance with Section 16(a) of the Exchange Act**

Under the securities laws of the United States, the directors, executive officers, and any persons holding more than 10% of our shares of Common

stock are required to report their share ownership and any changes in that ownership to the SEC. Specific due dates for these reports have been established and we are required to report any failure to file by these dates. All of these filing requirements were satisfied by our directors, executive officers, and 10% holders during the fiscal year ending December 31, 2021. In making these statements, we have relied on the written representations of our incumbent directors and executive officers, 10% holders and copies of the reports that they have filed with the SEC.

**The Advisor**

Pillar has been our Advisor and Cash Manager since April 30, 2011. Although the Board of Directors is directly responsible for managing the affairs of the Company, and for setting the policies which guide it, our day-to-day operations are performed by Pillar, as the contractual advisor, under the supervision of the Board. Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities and arranging debt and equity financing for the Company with third party lenders and investors. Additionally, Pillar serves as a consultant to the Board with regard to their decisions in connection with our business plan and investment policy. Pillar also serves as an Advisor and Cash Manager to ARL and IOR. As the contractual advisor, Pillar is compensated under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor". We have no employees and as such, employees of Pillar render services to us in accordance with the terms of the Advisory Agreement.

Pillar is a Nevada corporation, the sole shareholder of which is Realty Advisors, LLC, a Nevada limited liability company, the sole member of which is RAI, a Nevada corporation, MRHI, a Nevada corporation, the sole shareholder of which is a trust known as the MRHI. The beneficiaries of the MRHI are the children of the late Gene E. Phillips.

Under the Advisory Agreement, Pillar is required to annually formulate and submit, for Board approval, a budget and business plan containing a twelve-month forecast of operations and cash flow, a general plan for asset sales and purchases, lending, foreclosure and borrowing activity, and other investments. Pillar is required to report quarterly to the Board on TCI's performance against the business plan. In addition, all transactions require prior Board approval, unless they are explicitly provided for in the approved business plan or are made pursuant to authority expressly delegated to Pillar by the Board.

The Advisory Agreement also requires prior Board approval for the retention of all consultants and third party professionals, other than legal counsel. The Advisory Agreement provides that Pillar shall be deemed to be in a fiduciary relationship to our stockholders; contains a broad standard governing Pillar's liability for losses incurred by us; and contains guidelines for Pillar's allocation of investment opportunities as among itself, the Company and other entities it advises. Pillar is a company of which Messrs. Muth, Johnson and Corna serve as executive officers.

The Advisory Agreement provides for Pillar to be responsible for our day-to-day operations and to receive, as compensation for basic management and advisory services, a gross asset fee of 0.0625% per month (0.75% per annum) of the average of the gross asset value (total assets less allowance for amortization, depreciation or depletion and valuation reserves).

In addition to base compensation, Pillar receives the following forms of additional compensation:

(1)  an annual net income fee equal to 7.5% of our net income as an incentive for successful investment and management of our assets;

(2)  an annual incentive sales fee to encourage periodic sales of appreciated real property at optimum value equal to 10.0% of the amount, if any, by which the aggregate sales consideration for all real estate sold by us during such fiscal year exceeds the sum of:

61

(a)  the cost of each such property as originally recorded in our books for tax purposes (without deduction for depreciation, amortization or reserve for losses);

(b)  capital improvements made to such assets during the period owned; and

(c)  all closing costs (including real estate commissions) incurred in the sale of such real estate; provided however, no incentive fee shall be paid unless (a) such real estate sold in such fiscal year, in the aggregate, has produced an 8.0% simple annual return on the net investment including capital improvements, calculated over the holding period before depreciation and inclusive of operating income and sales consideration, and (b) the aggregate net operating income from all real estate owned for each of the prior and current fiscal years shall be at least 5.0% higher in the current fiscal year than in the prior fiscal year;

(3)  an acquisition commission, from an unaffiliated party of any existing mortgage or loan, for supervising the acquisition, purchase or long-term lease of real estate equal to the lesser of:

(a) up to 1.0% of the cost of acquisition, inclusive of commissions, if any, paid to non-affiliated brokers; or

(b) the compensation customarily charged in arm's-length transactions by others rendering similar property acquisition services as an ongoing public activity in the same geographical location and for comparable property, provided that the aggregate purchase price of each property (including acquisition fees and real estate brokerage commissions) may not exceed such property's appraised value at acquisition;

(4) a construction fee equal to 6.0% of the so-called "hard costs" only of any costs of construction on a completed basis, based upon amounts set forth as approved on any architect's certificate issued in connection with such construction, which fee is payable at such time as the applicable architect certifies other costs for payment to third parties. The phrase "hard costs" means all actual costs of construction paid to contractors, subcontractors and third parties for materials or labor performed as part of the construction but does not include items generally regarded as "soft costs," which are consulting fees, attorneys' fees, architectural fees, permit fees and fees of other professionals; and

(5) reimbursement of certain expenses incurred by the advisor in the performance of advisory services.

The Advisory Agreement also provides that Pillar receive the following forms of compensation:

(1) a mortgage or loan acquisition fee with respect to the acquisition or purchase from an unaffiliated party of any existing mortgage loan by us equal to the lesser of:

(a) 1.0% of the amount of the mortgage or loan purchased; or

(b) a brokerage or commitment fee which is reasonable and fair under the circumstances. Such fee will not be paid in connection with the origination or funding of any mortgage loan by us; and

(2) a mortgage brokerage and equity refinancing fee for obtaining loans or refinancing on properties equal to the lesser of:

(a) 1.0% of the amount of the loan or the amount refinanced; or

(b) a brokerage or refinancing fee which is reasonable and fair under the circumstances; provided, however, that no such fee shall be paid on loans from Pillar, or a related party of Pillar, without the approval of our Board of Directors. No fee shall be paid on loan extensions.

Under the Advisory Agreement, all or a portion of the annual advisory fee must be refunded by the Advisor if our operating expenses (as defined in the Advisory Agreement) exceed certain limits specified in the Advisory Agreement based on our book value, net asset value and net income during the fiscal year.

The Advisory Agreement requires Pillar to pay us, one-half of any compensation received from third parties with respect to the origination, placement or brokerage of any loan made by us; provided, however, that the compensation retained by Pillar, or any affiliate of Pillar, shall not exceed the lesser of (1) 2.0% of the amount of the loan commitment or (2) a loan brokerage and commitment fee which is reasonable and fair under the circumstances.

The Advisory Agreement further provides that Pillar shall bear the cost of certain expenses of its employees, excluding fees paid to our Directors; rent and other office expenses of both Pillar and us (unless we maintains office space separate from that of Pillar); costs not directly identifiable to our assets, liabilities, operations, business or financial affairs; and miscellaneous administrative expenses relating to the performance by Pillar of its duties under the Advisory Agreement.

If and to the extent that we request Pillar, or any director, officer, partner, or employee of Pillar, to render services for us other than those required to be rendered by the Advisory Agreement, Pillar separately would be compensated for such additional services on terms to be agreed upon between such party and us from time to time. As discussed below, under "Property Management and Real Estate Brokerage," Regis Realty Prime, LLC ("Regis") manages our commercial properties and provides brokerage services.

We have a Cash Management Agreement with Pillar that provides that all of our funds are delivered to Pillar which has a deposit liability to us

and is responsible for payment of all payables and investment of all excess funds which earn interest at the Wall Street Journal prime rate plus 1.0% per annum, as set quarterly on the first day of each calendar quarter. Borrowings for our benefit bear the same interest rate. The term of the Cash Management Agreement is coterminous with the Advisory Agreement, and is automatically renewed each year unless terminated with the Advisory Agreement. We believe that the terms of the Advisory Agreement are at least as fair as could be obtained from unaffiliated third parties.

Situations may develop in which our interests are in conflict with those of one or more directors or officers in their individual capacities, or of Pillar, or of their respective related parties. In addition to services performed for us, as described above, Pillar actively provides similar services as agent for, and advisor to, other real estate enterprises, including persons and entities involved in real estate development and financing, including ARL and IOR. The Advisory Agreement provides that Pillar may also serve as advisor to other entities.

As advisor, Pillar is a fiduciary of our public investors. In determining to which entity a particular investment opportunity will be allocated, Pillar will consider the respective investment objectives of each entity and the appropriateness of a particular investment in light of each such entity's existing mortgage note and real estate portfolios and business plan. To the extent any particular investment opportunity is appropriate to more than one such entity, such investment opportunity will be allocated to the entity that has had funds available for investment for the longest period of time, or, if appropriate, the investment may be shared among various entities. Refer to Part III, Item 13 "Certain Relationships and Related Transactions, and Director Independence".

Pillar may assign the Advisory Agreement with our prior consent.

The principal executive officers of Pillar are set forth below:

| Name | Officers |
|------|----------|
| Bradley J. Muth | President and Chief Executive Officer |
| Erik L. Johnson | Executive Vice President and Chief Financial Officer |
| Louis J. Corna | Executive Vice President and Secretary |

### Property Management

Regis manages four of our commercial properties for a fee of 3.0% or less of the monthly gross rents collected on the commercial properties it manages, and leasing commissions of 6.0% or less in accordance with the terms of its property-level management agreement.

63

### Real Estate Brokerage

Regis provides real estate brokerage services to us on a non-exclusive basis, and is entitled to receive a real estate commission for property purchases and sales in accordance with the following sliding scale of total fees to be paid:

(1)    maximum fee of 4.5% on the first $2.0 million of any purchase or sale transaction of which no more than 3.5% is to be paid to Regis;

(2)    maximum fee of 3.5% on transaction amounts between $2.0 million to $5.0 million of which no more than 3.0% is to be paid to Regis;

(3)    maximum fee of 2.5% on transaction amounts between $5.0 million to $10.0 million of which no more than 2.0% is to be paid to Regis; and

(4)    maximum fee of 2.0% on transaction amounts in excess of $10.0 million of which no more than 1.5% is to be paid to Regis.

## ITEM 11.   EXECUTIVE COMPENSATION

We have no employees, payroll or benefit plans and pay no compensation to our executive officers. Our executive officers are also officers and employees of Pillar, our Advisor, and are compensated by Pillar. Such executive officers perform a variety of services for Pillar and the amount of their compensation is determined solely by Pillar. Pillar does not allocate the cash compensation of its officers among the various entities for which it

App.652

serves as advisor. Refer to Item 10. "Directors, Executive Officers and Corporate Governance" for a more detailed discussion of the compensation payable to Pillar by us.

The only remuneration paid by us is to our directors who are not officers or employees of Pillar or its related companies. The Independent Directors (1) review our business plan to determine that it is in the best interest of our stockholders, (2) review the advisory contract, (3) supervise the performance of the advisor and review the reasonableness of the compensation paid to the advisor in terms of the nature and quality of services performed, (4) review the reasonableness of our total fees and expenses and (5) select, when necessary, a qualified independent real estate appraiser to appraise properties acquired.

Each non-affiliated Director is entitled to receive an annual retainer of $12,000, with the Chairman of the Audit Committee to receive a one-time annual fee of $500. Directors who are also employees of the Company or its advisor receive no additional compensation for service as a Director.

During December 31, 2021, $66,300 was paid to non-employee Directors in total Directors' fees. The fees paid to the directors are as follows: Henry A. Butler $7,500; William J. Hogan, $11,000;Robert A. Jakuszewski, $15,600; Ted R. Munselle, $16,600 and Raymond D. Roberts, Sr., $15,600.

<center>64</center>

## ITEM 12.   SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

### Security Ownership of Certain Beneficial Owners

The following table sets forth the ownership of our common stock, both beneficially and of record, both individually and in the aggregate, for those persons or entities known to be beneficial owners of more than 5.0% of the outstanding shares of our common stock as of the close of business on March 28, 2021.

| | Amount and Nature of Beneficial Ownership* | Approximate Percent of Class** | |
|---|---|---|---|
| **American Realty Investors, Inc.(1)(2)** <br> 1603 LBJ Freeway, Suite 800 <br> Dallas, Texas 75234 | 6,771,718 | 78.4 | % |
| **Transcontinental Realty Acquisition Corporation(2)** <br> 1603 LBJ Freeway, Suite 800 <br> Dallas, Texas 75234 | 1,383,226 | 16.0 | % |
| **Realty Advisors, LLC (3)** <br> 1603 LBJ Freeway, Suite 800 <br> Dallas, Texas 75234 | 621,728 | 7.2 | % |

\*   "Beneficial Ownership" means the sole or shared power to vote, or to direct the voting of, a security or investment power with respect to a security, or any combination thereof.
\*\*   Percentage is based upon 8,639,316 shares of Common stock outstanding at March 28, 2021.
(1)      Includes 5,383,192 shares (62.3%) directly owned by American Realty Investors, Inc.
(2)      Includes 1,383,226 shares owned by Transcontinental Realty Acquisition Corporation, which is a wholly-owned subsidiary of ARL.
(3)      Includes 341,200 shares owned by RAI and 280,528 shares owned by Arcadia Energy, Inc., which is a wholly-owned subsidiary of RAI.

### Security Ownership of Management.

The following table sets forth the ownership of our common stock, both beneficially and of record, both individually and in the aggregate, for our directors and executive officers as of the close of business on March 28, 2021.

| Name of Beneficial Owner | Amount and Nature of Beneficial Ownership* | Approximate Percent of Class** | |
|---|---|---|---|
| Henry A. Butler | — | — | % |

<center>App.653</center>

| | | |
|---|---|---|
| Louis J. Corna | — | — % |
| William J. Hogan | — | — % |
| Robert A. Jakuszewski | — | — % |
| Erik L. Johnson | — | — % |
| Ted R. Munselle | — | — % |
| Bradley J. Muth | — | — % |
| Bradford A. Phillips | — | — % |
| Raymond D. Roberts, Sr. | — | — % |
| All Directors and Executive Officers as a group (9 individuals) | — | — % |

\* Beneficial Ownership" means the sole power to vote, or to direct the voting of, a security or investment power with respect to a security, or any combination thereof.

\*\* Percentages are based upon 8,639,316 shares of Common Stock outstanding at March 28, 2021.

65

## ITEM 13.   CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE

### Policies with Respect to Certain Activities

Article 14 of our Articles of Incorporation provides that we shall not, directly or indirectly, contract or engage in any transaction with (1) any director, officer or employee of the Company, (2) any director, officer or employee of the advisor, (3) the advisor, or (4) any affiliate or associate (as such terms are defined in Rule 12b-2 under the Exchange Act of any of the aforementioned persons, unless (a) the material facts as to the relationship among or financial interest of the relevant individuals or persons and as to the contract or transaction are disclosed to or are known by our Board of Directors or the appropriate committee thereof and (b) our Board of Directors or committee thereof determines that such contract or transaction is fair to the Company and simultaneously authorizes or ratifies such contract or transaction by the affirmative vote of a majority of our independent directors entitled to vote thereon.

Article 14 defines an "Independent Director" (for purposes of that Article) as one who is neither an officer or employee of the Company, nor a director, officer or employee of our advisor.

Our policy is to have such contracts or transactions approved or ratified by a majority of the disinterested Directors with full knowledge of the character of such transactions, as being fair and reasonable to the stockholders at the time of such approval or ratification under the circumstances then prevailing. Such Directors also consider the fairness of such transactions to the Company. We believes that, to date, such transactions have represented the best investments available at the time and they were at least as advantageous to us as other investments that could have been obtained.

We may enter into future transactions with entities, the officers, directors, or stockholders of which are also officers, directors, or stockholders of the Company, if such transactions would be beneficial to our operations and consistent with our then-current investment objectives and policies, subject to approval by a majority of disinterested Directors as discussed above.

We do not prohibit its officers, directors, stockholders, or related parties from engaging in business activities of the types conducted by the Company.

### Certain Business Relationships

Pillar is our Advisor and Cash Manager since April 30, 2011.  Although the Board of Directors is directly responsible for managing our affairs, and for setting the policies which guide it, our day-to-day operations are performed by Pillar, as the contractual advisor, under the supervision of the Board.  Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities and arranging debt and equity financing for the Company with third party lenders and investors.  Additionally, Pillar serves as a consultant to the Board with regard to their decisions in connection with our business plan and investment policy.  Pillar also serves as an Advisor and Cash Manager to ARL and IOR.  As the contractual advisor, Pillar is compensated under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor".  We have no employees and as such, employees of Pillar render services to us in accordance with the terms of the Advisory Agreement.

Pillar is owned by RAI, which is owned by MRHI, which is owned by the May Trust.

All of our directors also serve as Directors of ARL and IOR. Our executive officers also serve as executive officers of ARL. As such, they owe

App.654

Case 3:22-cv-02118-X  Document 182   Filed 03/10/23   Page 62 of 207   PageID 5347

fiduciary duties to that entity as well as to Pillar under applicable law. ARL has the same relationship to Pillar, as does the Company. Daniel J. Moos is the sole Manager and Class B 2% income Member of Victory Abode Apartments, LLC, and until August 2020, was the President of the Company, ARL and IOR.

Effective since January 1, 2011, Regis manages our commercial properties for a fee of 3.0% or less of the monthly gross rents collected on the commercial properties it manages, and leasing commissions of 6.0% or less in accordance with the terms of its property-level management agreement.

At December 31, 2021, we owned approximately 81.1% of the outstanding common shares of IOR.

We are part of a tax sharing and compensating agreement with respect to federal income taxes among the Company, ARL, and IOR and their subsidiaries. In accordance with the agreement, our expense (benefit) in each year is calculated based on the amount of losses absorbed by taxable income multiplied by the maximum statutory tax rate of 21%.

<center>66</center>

We have a development agreement with Unified Housing Foundation, Inc. "UHF" a non-profit corporation that provides management services for the development of residential apartment projects in the future. We have also invested in surplus cash notes receivables from UHF and have sold several residential apartment properties to UHF in prior years. Due to this ongoing relationship and the significant investment in the performance of the collateral secured under the notes receivable, UHF has been determined to be a related party.

**Related Party Transactions**

The Company has historically engaged in and may continue to engage in certain business transactions with related parties, including but not limited to asset acquisition and dispositions. Transactions involving related parties cannot be presumed to be carried out on an arm's length basis due to the absence of free market forces that naturally exist in business dealings between two or more unrelated entities. Related party transactions may not always be favorable to our business and may include terms, conditions and agreements that are not necessarily beneficial to or in the best interest of our company.

In 2021, we paid Pillar advisory fees of $5.8 million, net income fees of $0.4 million and cost reimbursements of $3.6 million.

We paid property management fees, construction management fees and leasing commissions of $0.9 million to Regis in 2021.  In addition, SPC is part of a management service agreement with the controlling shareholder owned company in which SPC for an annual payment of 0.5% on the value of the investment properties receives from the Advisor office space, administrative and management services. During 2021, SPC paid management fees to Pillar in the amount of $2.5 million.

As of December 31, 2021, we had notes and interest receivables of $67.3 million and $3.9 million, respectively, due from related parties. Refer to Part 2, Item 8. Note 9 – Notes Receivable of our consolidated financial statements. During the current period, we recognized interest income of $6.3 million, originated $10.9 million, received $1.3 million principal payments, and received interest payments of $6.8 million from these related party notes receivables.

We were the primary guarantor, on a $24.3 million mezzanine loan between UHF and a lender. The guarantee was removed on January 29, 2021, concurrent with the repayment of the loan by UHF.

We received rental revenue $0.9 million,for the years ended December 31, 2021 for office space leased to Pillar and Regis.

From time to time, we have made advances and/or borrowing to/from other related parties, which generally have not had specific repayment terms, did not bear interest, are unsecured, and have been reflected our financial statements as other assets or other liabilities. We charge interest on the outstanding balance of funds advanced from us. The interest rate, set at the beginning of each quarter, is the prime rate plus 1.0% on the average daily cash balances advanced. At December 31, 2021, we had a receivable from Pillar in the amount of $136.7 million.

**Director Independence**

See "Determination of Director Independence" under Item 10 above to which reference is made.

## ITEM 14.  PRINCIPAL ACCOUNTING FEES AND SERVICES

For the years ended December 31, 2021 and 2020, we were billed by Farmer, Fuqua and Huff, L.P. for services in the following categories:

Audit Fees. Fees for audit services were $299,900 and $198,250 for the years ended December 31, 2021 and 2020, respectively. These are fees for professional services performed by the principal auditor for the audit of the Company's annual financial statements and review of financial statements included in the Company's 10-Q filings and services that are normally provided in connection with statutory and regulatory filing or engagement.

Audit-Related Fees. No fees for audit-related services were paid for the years ended December 31, 2021 and 2020.  These are fees for assurance and related services performed by the principal auditor that are reasonably related to the performance of the audit or review of the Company's financial statements. These services include attestations by the principal auditor that are not required by statute or regulation and consulting on financial accounting/reporting standards.

Tax Fees. Fees for tax services were $— and $11,850 for the years ended December 31, 2021 and 2020, respectively. These are fees for professional services performed by the principal auditor with respect to tax compliance, tax planning, tax consultation, returns preparation and review of returns. The review of tax returns includes the Company and its consolidated subsidiaries.

All Other Fees. No other fees were paid for the years ended December 31, 2021 and 2020. These are fees for other permissible work performed by the principal auditor that do not meet the above category descriptions.

All services rendered by the principal auditors are permissible under applicable laws and regulations and were pre-approved by either the Board of Directors or the Audit Committee, as required by law. The fees paid to the principal auditors for the services described in the above table fall under the categories listed below:

These services are actively monitored (as to both spending level and work content) by the Audit Committee to maintain the appropriate objectivity and independence in the principal auditor's core work, which is the audit of the Company's consolidated financial statements.

The Audit Committee has established policies and procedures for the approval and pre-approval of audit services and permitted non-audit services. The Audit Committee has the responsibility to engage and terminate our independent auditors, to pre-approve their performance of audit services and permitted non-audit services, to approve all audit and non-audit fees, and to set guidelines for permitted non-audit services and fees. All fees for 2021 and 2020 were pre-approved by the Audit Committee or were within the pre-approved guidelines for permitted non-audit services and fees established by the Audit Committee, and there were no instances of waiver of approved requirements or guidelines during the same periods.

Our Audit Committee has adopted a pre-approval policy of audit and non-audit services (the "Policy"), which sets forth the procedures and conditions pursuant to which services to be performed by the independent auditor are to be pre-approved. Consistent with the SEC rules establishing two different approaches to pre-approving non-prohibited services, the Policy of the Audit Committee covers Pre-approval of audit services, audit-related services, international administration tax services, non-U.S. income tax compliance services, pension and benefit plan consulting and compliance services, and U.S. tax compliance and planning. At the beginning of each fiscal year, the Audit Committee will evaluate other known potential engagements of the independent auditor, including the scope of work proposed to be performed and the proposed fees, and will approve or reject each service, taking into account whether services are permissible under applicable law and the possible impact of each non-audit service on the independent auditor's independence from management. Typically, in addition to the generally pre-approved services, other services would include due diligence for an acquisition that may or may not have been known at the beginning of the year. The Audit Committee has also delegated to any member of the Audit Committee designated by the Board or the financial expert member of the Audit Committee responsibilities to pre-approve services to be performed by the independent auditor not exceeding $25,000 in value or cost per engagement of audit and non-audit services, and such authority may only be exercised when the Audit Committee is not in session.

**PART IV**

App.656

(a)     The following documents are filed as part of this Report:

   1.   *Financial Statements*

        Reports of Independent Registered Public Accounting Firms
        Consolidated Balance Sheets as of December 31, 2021 and 2020
        Consolidated Statements of Operations for the Years Ended December 31, 2021, 2020, and 2019
        Consolidated Statements of Stockholders' Equity for the Years Ended December 31, 2021, 2020, and 2019
        Consolidated Statements of Cash Flows for the Years Ended December 31, 2021, 2020, and 2019
        Notes to Financial Statements

   2.   *Financial Statement Schedules*

        Schedule III—Real Estate and Accumulated Depreciation
        Schedule IV—Mortgage Loan Receivables on Real Estate

*(b)    Exhibits*

69

The following documents are filed as Exhibits to this Report:

| Exhibit Number | Description |
| --- | --- |
| 3.0 | Articles of Incorporation of Transcontinental Realty Investors, Inc., (incorporated by reference to Exhibit No. 3.1 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 1991). |
| 3.1 | Certificate of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc., (incorporated by reference to the Registrant's Current Report on Form 8-K, dated June 3, 1996). |
| 3.2 | Certificate of Amendment of Articles of Incorporation of Transcontinental Realty Investors, Inc., dated October 10, 2000 (incorporated by reference to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2000). |
| 3.3 | Articles of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc., setting forth the Certificate of Designations, Preferences and Rights of Series A Cumulative Convertible Preferred Stock, dated October 20, 1998 (incorporated by reference to Exhibit 3.1 to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 1998). |
| 3.4 | Certificate of Designation of Transcontinental Realty Investors, Inc., setting forth the Voting Powers, Designations, Preferences, Limitations, Restriction and Relative Rights of Series B Cumulative Convertible Preferred Stock, dated October 23, 2000 (incorporation by reference to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2000). |
| 3.5 | Certificate of Designation of Transcontinental Realty Investors, Inc., Setting for the Voting Powers, Designating, Preferences, Limitations, Restrictions and Relative Rights of Series C Cumulative Convertible Preferred Stock, dated September 28, 2001 (incorporated by reference to Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2001). |
| 3.6 | Articles of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc. Decreasing the Number of Authorized Shares of and Eliminating Series B Preferred Stock dated December 14, 2001 (incorporated by reference to Exhibit 3.7 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 2001). |
| 3.7 | By-Laws of Transcontinental Realty Investors, Inc. (incorporated by reference to Exhibit No. 3.2 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 1991). |
| 3.8 | Certificate of designation of Transcontinental Realty Investors, Inc. setting forth the Voting Powers, Designations, Preferences Limitations, Restrictions and Relative rights of Series D Cumulative Preferred Stock filed August 14, 2006 with the Secretary of State of Nevada (incorporated by reference to Registrants current report on Form 8-K for event dated November 21, 2006 at Exhibit 3.8 thereof. |
| 10.0 | Advisory Agreement dated as of April 30, 2011, between Transcontinental Realty Investors, Inc. and Pillar Income Asset Management LLC (incorporated by reference to Exhibit 10.0 to the Registrant's Current Report on Form 8-K for event occurring April 30, 2011). |
| 10.1 | Leman Development Ltd. and Kaufman Land Partners, Ltd. (incorporated by reference to Registrant's current report in Form 8-K dated November 21, 2006 at Exhibit 10.1 thereof. |
| 14.0 | Code of Ethics for Senior Financial Officers (incorporated by reference to Exhibit 14.0 to Registrant's Annual Report on Form 10-K for the fiscal year ended December 31, 2004). |
| 21.1* | Subsidiaries of the Registrant. |

App.657

| | |
|---|---|
| 31.1* | Certification Pursuant to Rule 13a-14(a) under the Securities and Exchange Act of 1934 as amended of Principal Executive Officer. |
| 31.2* | Certification Pursuant to Rule 13a-14(a) under the Securities and Exchange Act of 1934 as amended of Principal Financial Officer. |
| 32.1* | Certification Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |

\* Filed herewith.

## ITEM 16.   FORM 10-K SUMMARY

Not applicable

<div align="center">70</div>

<div align="center">

**SIGNATURES**

</div>

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

<div align="center">TRANSCONTINENTAL REALTY INVESTORS, INC.</div>

Dated: March 28, 2021          By:    /s/ ERIK L. JOHNSON

Erik L. Johnson
Executive Vice President and Chief Financial Officer
(Principal Financial Officer)

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the date indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ HENRY A. BUTLER<br>Henry A. Butler | Chairman of the Board and Director | March 28, 2021 |
| /s/ WILLIAM J. HOGAN<br>William J. Hogan | Director | March 28, 2021 |
| /s/ ROBERT A. JAKUSZEWSKI<br>Robert A. Jakuszewski | Director | March 28, 2021 |
| /s/ TED R. MUNSELLE<br>Ted R. Munselle | Director | March 28, 2021 |
| /s/ BRADFORD A. PHILLIPS<br>Bradford A. Phillips | Director | March 28, 2021 |
| /s/ RAYMOND D. ROBERTS, SR.<br>Raymond D. Roberts, Sr. | Director | March 28, 2021 |
| /s/ BRADLEY J. MUTH<br>Bradley J. Muth | President and Chief Executive Officer<br>(Principal Executive Officer) | March 28, 2021 |
| /s/ ERIK L. JOHNSON | Executive Vice President and Chief Financial Officer | March 28, 2021 |

<div align="right">App.658</div>

Erik L. Johnson (Principal Financial Officer)

71

# EXHIBIT 44

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2020**
**OR**

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-09240**

# Transcontinental Realty Investors, Inc.
(Exact name of registrant as specified in its charter)

| **Nevada** | **94-6565852** |
|---|---|
| (State or other jurisdiction of Incorporation or organization) | (IRS Employer Identification Number) |

| **1603 LBJ Freeway,** | **Suite 800** | **Dallas** | **TX** | **75234** |
|---|---|---|---|---|
| (Address of principal executive offices) | | | | (Zip Code) |

**(469) 522-4200**
Registrant's Telephone Number, including area code
Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock | TCI | NYSE |

Securities registered pursuant to Section 12(g) of the Act: NONE

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes        No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes        No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.    Yes        No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes        No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company in Rule 12b-2 of the Exchange Act.

Large accelerated filer          Accelerated filer          Non-accelerated filer          Smaller reporting company
Emerging growth Company

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act.) Yes      No

The aggregate market value of voting and non-voting common equity held by non-affiliates of the registrant was approximately $37.4 million as of the last business day of the registrant's most recently completed second fiscal quarter based upon the price at which the common stock was last sold on that day.

As of March 24, 2021, there were 8,639,516 shares of common stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE:**

Consolidated Financial Statements of Income Opportunity Realty Investors, Inc. Commission File No. 001-14784
Consolidated Financial Statements of American Realty Investors, Inc. Commission File No. 001-15663

**INDEX TO
ANNUAL REPORT ON FORM 10-K**

|  |  | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 3 |
| Item 1A. | Risk Factors | 6 |
| Item 1B. | Unresolved Staff Comments | 13 |
| Item 2. | Properties | 13 |
| Item 3. | Legal Proceedings | 17 |
| Item 4. | Mine Safety Disclosures | 17 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 18 |
| Item 6. | Selected Financial Data | 18 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 18 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 24 |
| Item 8. | Consolidated Financial Statements and Supplementary Data | 24 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 56 |
| Item 9A. | Controls and Procedures | 56 |
| Item 9B. | Other Information | 56 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 57 |
| Item 11. | Executive Compensation | 64 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management | 65 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 66 |
| Item 14. | Principal Accounting Fees and Services | 67 |
| **PART IV** | | |
| Item 15. | Exhibits, Financial Statement Schedules | 69 |
| Item 16. | Form 10-K Summary | 70 |
| Signatures | | 71 |

2

**FORWARD-LOOKING STATEMENTS**

Certain Statements in this Form 10-K are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of

App.662

Case 3:22-cv-02118-X Document 182 Filed 03/10/23 Page 70 of 207 PageID 5355
The words "estimate", "plan", "intend", "expect", "anticipate", "believe", and similar expressions are intended to identify forward-looking statements. The forward-looking statements are found at various places throughout this Report and in the documents incorporated herein by reference. The Company disclaims any intention or obligations to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise. Although we believe that our expectations are based upon reasonable assumptions, we can give no assurance that our goals will be achieved. Important factors that could cause our actual results to differ from estimates or projections contained in any forward-looking statements are described under Part I, Item 1A. "Risk Factors"

## PART I

## ITEM 1.  BUSINESS

### General

Transcontinental Realty Investors, Inc. (the "Company") is a fully integrated externally managed real estate company. We operate high quality multifamily and commercial properties throughout the southern United States. We also invest in mortgage notes receivable and in land that is either held for appreciation and or development. As used herein, the terms "TCI", "the Company", "We", "Our", or "Us" refer to the Company.

### *Corporate Structure*

Substantially all of our assets are held by our wholly-owned subsidiary, Southern Properties Capital Ltd ("SPC"), which was formed to allow us to raise funds by issuing non-convertible bonds that are listed and traded on the Tel-Aviv Stock Exchange.

On November 19, 2018, we formed the Victory Abode Apartments, LLC ("VAA") joint venture with the Macquarie Group ("Macquarie"). In connection with the formation of VAA, we sold a 50% ownership interest in 52 multifamily properties, (collectively referred to herein as the "VAA Portfolio"). VAA assumed all liabilities of the VAA Portfolios. We account for our investment in VAA under the equity method.

We own approximately 81.1% of Income Opportunity Realty Investors, Inc. ("IOR"), whose common stock is traded on the NYSE American under the symbol "IOR". Accordingly, we include IOR's financial results in our consolidated financial statements. IOR's primary business is investing in mortgage loans.

### *Controlling Shareholder*

American Realty Investors, Inc. ("ARL"), whose common stock is traded on the NYSE under the symbol "ARL", and its affiliates own in more than 80% of our common stock. Accordingly, our financial results are included in the consolidated financial statements of ARL's in their Form 10-K and in their tax filings.

As described in Part III, Item 13. "Certain Relationships and Related Transactions, and Director Independence", our officers and directors also serve as officers and directors of ARL. ARL has business objectives similar to ours. Our officers and directors owe fiduciary duties to both ARL and us under applicable law. In determining whether a particular investment opportunity will be allocated to ARL or us, management considers the respective investment objectives of each company and the appropriateness of a particular investment in light of each company's existing real estate and mortgage notes receivable portfolio. To the extent that any particular investment opportunity is appropriate to more than one of the entities, the investment opportunity may be allocated to the entity which has had funds available for investment for the longest period of time, or, if appropriate, the investment may be shared among all three or two of the entities.

### *Management*

Our business is managed by Pillar Income Asset Management, Inc. ("Pillar") in accordance with an Advisory Agreement that is reviewed annually by our Board of Directors. Pillar is a wholly-owned affiliate of Realty Advisors, Inc. ("RAI"), which is the controlling stockholder of ARL.

Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities. Pillar also arranges our debt and equity financing with third party lenders and investors. They also serve as the contractual Advisor and Cash Manager to ARL. As the contractual advisor, Pillar is compensated by us under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor". We have no employees. Employees of Pillar render services to us in accordance with the terms of the Advisory Agreement.

App.663

In addition, as described in Part III, Item 13 "Certain Relationships and Related Transactions, and Director Independence," we compete with related parties of Pillar having similar investment objectives related to the acquisition, development, disposition, leasing and financing of real estate and real estate-related investments. In resolving any potential conflicts of interest which may arise, Pillar has informed us that it intends to exercise its best judgment as to what is fair and reasonable under the circumstances in accordance with applicable law.

*Portfolio Composition*

At December 31, 2020, our portfolio of income-producing properties consisted of:

- Six commercial properties consisting of five office buildings and 1 retail property comprising in aggregate of approximately 1,575,685 square feet;
- Ten multifamily properties owned directly by us comprising in 1,636 units, excluding apartments being developed;
- Approximately 1,961 acres of developed and undeveloped land; and
- Fifty-one multifamily properties totaling 9,888 units owned by VAA.

**Recent Activity**

The following is a description of the Company's significant real estate and financing transactions during the year ended December 31, 2020:

*Acquisitions and Dispositions*

- On March 5, 2020, we acquired a 49.2 acres land parcel in Kent, Ohio for $5.4 million that was funded by a $2.0 million cash payment and a $3.4 million note payable that bears interest at 10% and matures on November 13, 2024.

- On May 1, 2020, we sold Villager, a 33 unit multifamily property in Fort Walton, Florida for $2.4 million, resulting in a gain on sale of $1.0 million.

- On July 16, 2020, we sold Farnham Park, a 144 unit multifamily property in Port Arthur, Texas for $13.3 million, resulting in a gain on sale of $2.7 million.

- On September 14, 2020, we sold Bridge View Plaza, a 122,205 square foot retail property in La Crosse, Wisconsin for $5.3 million, resulting in a gain on sale of $4.6 million.

- During the year ended December 31, 2020, we sold a total of 58.8 acres of land from our holdings in Windmill Farms for a total of $12.9 million, resulting in a total gain on sale of $11.1 million. In addition, we sold a total of 26.8 acres of land from our holdings in Mercer Crossing during the year ended December 31, 2020 for a total of $15.8 million, resulting in a total gain on sale of $10.3 million.

*Financing Activities*

- On November 30, 2020, we issued $19.7 million in additional Series A bonds (See Note 11 in our consolidated financial statements) for $18.8 million in net proceeds.

- On December 3, 2020, we extended our $14.7 million HSW Partners loan to June 17, 2021.

- On March 2, 2021, we extended our $1.2 million loan on Athens to August 28, 2022.

- On March 4, 2021, we received a commitment from our lender to extend the maturity of our $10.4 million loan on Windmill Farms until February 28, 2023 and at the reduced interest rate of 5%.

4

*Development Activities*

During the year ended December 31, 2020, we completed the construction of Parc at Denham Springs Phase II and Sugar Mill Phase III for a total cost of $17.2 million and $14.2 million, respectively.

At December 31, 2020, our apartment projects in development included (dollars in thousands):

App.664

| Property | Location | No. of Units | Total Costs to Date (1) | Total Projected Costs (1) |
|---|---|---|---|---|
| Athens | Athens, AL | 232 | 270 | 34,800 |
| Heritage McKinney | McKinney, TX | 170 | 231 | 24,650 |
| Total | | 402 | $ 501 | $ 59,450 |

(1) Costs include construction hard costs, construction soft costs and loan borrowing costs.

**Business Plan and Investment Policy**

Our business strategy is to maximize long-term value for our stockholders by the acquisition, development and ownership of income-producing multifamily properties in the secondary markets of the Southern United States. We generally hold our investments in real estate for the long term. We seek to maximize the current income and the value of our real estate by maintaining high occupancy levels while charging competitive rents and controlling costs. In the past we have opportunistically acquired commercial properties for income and appreciation. In addition, we also opportunistically acquire land for future development. From time to time and when we believe it appropriate to do so, we sell land and income-producing properties. We also invest in mortgage receivables.

Our income producing real estate is managed by external management companies. Our multifamily properties are managed by various third-party companies and our commercial properties are managed by Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), collectively the "management companies". The management companies conduct all of the administrative functions associated with our property operations (including billing, collections, and response to resident inquiries). Regis receives property management fees, construction management fees and leasing commissions in accordance with the terms of its property-level management agreement and is also entitled to receive real estate brokerage commissions in accordance with the terms of a non-exclusive brokerage agreement. Refer to Part III, Item 10. "Directors, Executive Officers and Corporate Governance – Property Management and Real Estate Brokerage".

We also invest in notes receivables that are collateralized by investments in land and/or multifamily properties. These investments have included notes receivables from Unified Housing Foundation, Inc. ("UHF") Due to our ongoing relationship and the significant investment in the performance of the collateral secured under the notes receivable, we consider UHF to be a related party.

We finance our acquisitions through operating cash flow, proceeds from the sale of land and income-producing properties, and debt financing primarily in the form of property-specific, first-lien mortgage loans from commercial banks and institutional lenders. Most of the mortgage notes payable on our multifamily properties are insured with Department of Housing and Urban Development ("HUD"). HUD back mortgage notes payable generally provides for lower interest rates and longer term than conventional debt. However, HUD insured mortgage notes payable are subject to extensive regulations over the origination and transfers of mortgage notes payable and restrictions on the amount and timing of distribution of cash flows from the underlying real estate. When we sell properties, we may carry a portion of the sales price, generally in the form of a short-term interest bearing seller-financed note receivable, secured by the property being sold. We may also from time to time enter into partnerships or joint ventures with various investors to acquire land or income-producing properties, or to sell interests in some of our properties.

We have increased our portfolio of multifamily properties through ground up development. Since we don't have a fully developed in-house development, we have traditionally partnered with third-party developers ("Developers") to construct multifamily properties on our behalf. We work with the Developer on the location, design, construction budget and initial lease plan for a potential development project ("Development Project"). The construction plan includes a development fee to be paid to the Developer. To ensure that the Development Project is constructed on plan, on time and on budget, we generally enter into a convertible loan arrangement with the Developer, whereby we advance the out-of-pocket capital to the developer at nominal rate of interest with an option to convert the loan into a 100% ownership interest in the entity that holds the Development Project for a price equal to development cost.

For our land development projects, including Windmill Farms, we have acted as our own general contractor and construction manager. We believe direct involvement in construction enables us to achieve higher construction quality, greater control over construction schedules and cost savings. We actively monitor construction progress to ensure quality workmanship to enable sale of developed lots to third-party home builders.

**Competition**

The real estate business is highly competitive and we compete with numerous companies engaged in real estate activities (including certain entities described in Part III, Item 13. "Certain Relationships and Related Transactions, and Director Independence"), some of which have greater financial resources than us. We believe that success against such competition is dependent upon the geographic location of a property, the

App.665

performance of property-level managers in areas such as leasing and marketing, collection of rents and control of operating expenses, the amount of new construction in the area and the maintenance and appearance of the property. Additional competitive factors include ease of access to a property, the adequacy of related facilities such as parking and other amenities, and sensitivity to market conditions in determining rent levels. With respect to multifamily properties, competition is also based upon the design and mix of the units and the ability to provide a community atmosphere for the residents. We believe that beyond general economic circumstances and trends, the degree to which properties are renovated or new properties are developed in the competing submarket are also competitive factors. Refer to Part I, Item1A. "Risk Factors".

To the extent that we seek to sell any properties, the sales prices for the properties may be affected by competition from other real estate owners and financial institutions also attempting to sell properties in areas where our properties are located, as well as aggressive buyers attempting to dominate or penetrate a particular market.

### Government Regulations

Our properties are subject to various covenants, laws, ordinances and regulations, including regulations relating to common areas, fire and safety requirements, various environmental laws, HUD, the ADA and rent control laws.

### Segments

We operate two business segments: the acquisition, development, ownership and management of multifamily properties, and the acquisition, development, ownership and management of commercial properties; which are primarily office properties. The services for our office segment include primarily rental of office space and other tenant services, including parking and storage space rental. The services for our multifamily segment include primarily rental of apartments and other tenant services, including parking and storage space rental. See Note 15 to our consolidated financial statements in Item 8 of this Report for more information regarding our segments.

### Human Capital

We have no employees. Employees of Pillar render services to us in accordance with the terms of the Advisory Agreement.

### Available Information

We maintain an internet site at www.transconrealty-invest.com. We make available through our website free of charge Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, reports filed pursuant to Section 16, and amendments to those reports as soon as reasonably practicable after we electronically file or furnish such materials to the Securities and Exchange Commission. In addition, we have posted the charters for our Audit Committee, Compensation Committee, and Governance and Nominating Committee, as well as our Code of Business Conduct and Ethics, Corporate Governance Guidelines on Director Independence and other information on the website. These charters and principles are not incorporated in this Report by reference. We will also provide a copy of these documents free of charge to stockholders upon written request. The Company issues Annual Reports containing audited financial statements to its common shareholders.

6

### ITEM 1A.   RISK FACTORS

An investment in our securities involves various risks. All investors should carefully consider the following risk factors, applicable to TCI and its subsidiaries in conjunction with the other information in this report before trading our securities.

### FACTORS AFFECTING OUR ASSETS

*The current COVID – 19 pandemic or the future outbreak of other highly infectious or contagious diseases and the timing and effectiveness of vaccine distribution or other effective medicines could materially and adversely affect our business, financial condition and results of operations.*

The outbreak of COVID – 19, which is present in nearly all regions of the world, including the United States and the specific regions in which our residential apartment communities are located, has created considerable instability and disruption in the U. S. and world economies. Considerable uncertainty still surrounds COVID – 19, including when the pandemic will conclude, how quickly vaccines will be safely and widely distributed, the effectiveness of such vaccines, the potential short-term and long-term effects, including but not limited to shifts in consumer housing demand based on geography, affordability, housing type (e.g., multifamily versus single family), and unit type (e.g., studio in the office versus multi-bedroom),

App.666

mainly resulting from the paradigm shift of work culture, the decentralization of corporate headquarters and the success of "work from home" models. Moreover, local, state and national measures taken to limit the spread of COVID – 19, including "social distancing" and other restrictions on travel, congregation and business operations, have already resulted in significant negative economic impacts. The prolonged impact of COVID – 19 on the U. S. and world economies remains uncertain but has resulted in increased health issues and mortality rates, increased unemployment, and a worldwide economic downturn, the duration and scope of which cannot currently be predicted. The extent to which our financial condition or operating results will continue to be affected by the COVID – 19 pandemic will largely depend on future demand and developments, which are highly uncertain and cannot be accurately predicted.

Our operating results depend, in large part, on revenues derived from leasing space in our residential multifamily communities to residential tenants and the ability of tenants to generate sufficient income to pay their rents in a timely manner. The market and economic challenges created by the COVID – 19 pandemic and measures implemented to prevent its spread have and may continue to adversely affect our returns and profitability. As a result, our ability to make distributions may be compromised, and we could experience volatility with respect to the market value of our properties and common stock. The spread of COVID – 19 has resulted in increases in unemployment and mass layoffs, and some tenants have experienced deteriorating financial conditions and are unwilling or unable to pay all or part of their rent on a timely basis, or at all, and the continued spread of COVID – 19 as well as a sustained economic downturn may result in further increases or sustainment of these situations. In some cases, we may be legally required or otherwise agree to restructure tenants' rent obligations and may not be able to do so in terms favorable to us as those currently in place. Further, various city, county and state laws restricting rent increases in times of emergency may come into effect in connection with the COVID – 19 pandemic, and numerous state, local, federal and industry-initiated efforts have and may continue to affect our ability to collect rent or enforce remedies for the failure to pay rent, including, among others, limitations or prohibitions on evicting tenants unwilling or unable to pay rent and prohibitions on the ability to collect unpaid rent during certain time frames. Additionally, eviction moratoriums have passed at various formats at every level of government, and while we strive to comply, given some of the conflicting standards and unclear requirements, strict compliance may be difficult. Some residents' views about their obligations to pay rent, even when financially capable of meeting the rent obligation, have shifted away from viewing rent as a primary and necessary financial obligation, and this shift may continue or worsen as a result of the eviction moratoriums and the various laws affecting our abilities to collect rent. In the event of tenant nonpayment, default or bankruptcy, we may incur costs in protecting our investment and re-leasing our property and have limited ability to renew existing leases or sign new leases at projected rents. Additionally, market fluctuations as a result of the COVID – 19 pandemic may affect our ability to obtain necessary funds for our operations from current lenders or new borrowings. We may be unable to obtain financing for the acquisition of investments or refinancing for existing assets on satisfactory terms, or at all. In addition, moratoriums on construction and macroeconomic factors have caused some construction delays and may cause construction contractors to be unable to perform and governmental inspections and approvals to be delayed or postponed, which may cause a delivery date of certain development projects or investments in third-party development projects to be materially extended. Market fluctuations and construction delays experienced by our vendors may also negatively impact their ability to provide services to us. Further, while we carry general liability, pollution and property insurance, along with other insurance policies, and may provide some coverage for any losses or costs incurred in connection with the COVID – 19 pandemic, given the novelty of the issue and scale of losses incurred throughout the world, there is no guarantee that we will be able to recover all or any portion of our losses and costs under these policies.

7

The global impact of the COVID – 19 pandemic continues to evolve rapidly, and the extent of its effect on our operational and financial performance will depend on future developments, which are highly uncertain and cannot be predicted with confidence, including the duration, scope and severity of the pandemic, the actions taken to contain or mitigate its impact, the timing of distribution and effectiveness of vaccines and the willingness and ability of the public to get vaccinated in a timely manner, and the direct and indirect economic effects of the pandemic and related containment measures, among others. Also, to the extent any of these risks and uncertainties adversely impact us in the ways described above or otherwise, they may also have the effect of heightening many of the other risks set forth in this Report.

***Adverse events concerning our existing tenants or negative market conditions affecting our existing tenants could have an adverse impact on our ability to attract new tenants, release space, collect rent or renew leases, and thus could adversely affect cash flow from operations and inhibit growth.***

Cash flow from operations depends in part on the ability to lease space to tenants on economically favorable terms. We could be adversely affected by various facts and events over which we have limited or no control, such as:

- lack of demand for space in areas where the properties are located;
- inability to retain existing tenants and attract new tenants;
- oversupply of or reduced demand for space and changes in market rental rates;
- defaults by tenants or failure to pay rent on a timely basis;
- the need to periodically renovate and repair marketable space;
- physical damage to properties;

- economic or physical decline of the areas where properties are located; and
- potential risk of functional obsolescence of properties over time.

At any time, any tenant may experience a downturn in its business that may weaken its financial condition. As a result, a tenant may delay lease commencement, fail to make rental payments when due, decline to extend a lease upon its expiration, become insolvent or declare bankruptcy. Any tenant bankruptcy or insolvency, leasing delay or failure to make rental payments when due could result in the termination of the tenant's lease and material losses to us.

If tenants do not renew their leases as they expire, we may not be able to rent the space. Furthermore, leases that are renewed, and some new leases for space that is re-let, may have terms that are less economically favorable than expiring lease terms, or may require us to incur significant costs, such as renovations, tenant improvements or lease transaction costs. Any of these events could adversely affect cash flow from operations and our ability to make distributions to shareholders and service indebtedness. A significant portion of the costs of owning property, such as real estate taxes, insurance, and debt service payments, are not necessarily reduced when circumstances cause a decrease in rental income from the properties.

***We may not be able to compete successfully with other entities that operate in our industry.***

We experience a great deal of competition in attracting tenants for the properties and in locating land to develop and properties to acquire.

In our effort to lease properties, we compete for tenants with a broad spectrum of other landlords in each of the markets. These competitors include, among others, publicly-held REITs, privately-held entities, individual property owners and tenants who wish to sublease their space. Some of these competitors may be able to offer prospective tenants more attractive financial terms than we are able to offer.

If the availability of land or high quality properties in our markets diminishes, operating results could be adversely affected.

***We may experience increased operating costs which could adversely affect our financial results and the value of our properties.***

Our properties are subject to increases in operating expenses such as insurance, cleaning, electricity, heating, ventilation and air conditioning, administrative costs and other costs associated with security, landscaping, repairs, and maintenance of the properties. While some current tenants are obligated by their leases to reimburse us for a portion of these costs, there is no assurance that these tenants will make such payments or agree to pay these costs upon renewal or new tenants will agree to pay these costs. If operating expenses increase in our markets, we may not be able to increase rents or reimbursements in all of these

8

markets to offset the increased expenses, without at the same time decreasing occupancy rates. If this occurs, our ability to make distributions to shareholders and service indebtedness could be adversely affected.

***Our ability to achieve growth in operating income depends in part on its ability to develop additional properties or acquire and redevelop or renovate existing properties.***

We intend to continue to develop properties where warranted by market conditions. We have a number of ongoing development and land projects being readied for commencement.

Additionally, general construction and development activities include the following risks:

- construction and leasing of a property may not be completed on schedule, which could result in increased expenses and construction costs, and would result in reduced profitability for that property;
- construction costs may exceed original estimates due to increases in interest rates and increased cost of materials, labor or other costs, possibly making the property less profitable because of inability to increase rents to compensate for the increase in construction costs;
- some developments may fail to achieve expectations, possibly making them less profitable;
- we may be unable to obtain, or face delays in obtaining, required zoning, land-use, building, occupancy, and other governmental permits and authorizations, which could result in increased costs and could require us to abandon our activities entirely with respect to a project;
- we may abandon development opportunities after the initial exploration, which may result in failure to recover costs already incurred. If we determine to alter or discontinue its development efforts, future costs of the investment may be expensed as incurred rather than capitalized and we may determine the investment is impaired resulting in a loss;
- we may expend funds on and devote management's time to projects which will not be completed; and

App.668

- occupancy rates and rents at newly-completed properties may fluctuate depending on various factors including market and economic conditions, and may result in lower than projected rental rates and reduced income from operations.

*We face risks associated with property acquisitions.*

We acquire individual properties and various portfolios of properties and intend to continue to do so. Acquisition activities are subject to the following risks:

- when we are able to locate a desired property, competition from other real estate investors may significantly increase the seller's offering price;
- acquired properties may fail to perform as expected;
- the actual costs of repositioning or redeveloping acquired properties may be higher than original estimates;
- acquired properties may be located in new markets where we face risks associated with an incomplete knowledge or understanding of the local market, a limited number of established business relationships in the area and a relative unfamiliarity with local governmental and permitting procedures; and
- we may be unable to quickly and efficiently integrate new acquisitions, particularly acquisitions of portfolios of properties, into existing operations, and results of operations and financial condition could be adversely affected.

We may acquire properties subject to liabilities and without any recourse, or with limited recourse, with respect to unknown liabilities. However, if an unknown liability was later asserted against the acquired properties, we might be required to pay substantial sums to settle it, which could adversely affect cash flow.

*Many of our properties are concentrated in our primary markets and we may suffer economic harm as a result of adverse conditions in those markets.*

Our properties are located principally in specific geographic areas in the southwestern, southeastern, and mid-western United States. Our overall performance is largely dependent on economic conditions in those regions.

Our investments in joint ventures may decrease our ability to manage risk. We conduct some of our operations through a joint venture in which we share control over certain economic and business interests with our joint venture partner. Our joint

9

venture partner may have economic, business or legal interests or goals that are inconsistent with our goals and interests or may be unable to meet their obligations. Failure by us, or an entity in which we have a joint-venture interest, to adequately manage the risks associated with any acquisitions or joint ventures could have a material adverse effect on the financial condition or results of operations of our joint ventures and adversely affect our business, financial condition, results of operations and cash flows.

*We are leveraged and may not be able to meet our debt service obligations.*

We had total indebtedness, including bonds and notes payable, at December 31, 2020 of approximately $474.0 million. Substantially all assets have been pledged to secure debt. These borrowings increase the risk of loss because they represent a prior claim on assets and most require fixed payments regardless of profitability. Our leveraged position makes us vulnerable to declines in the general economy and may limit our ability to pursue other business opportunities in the future.

*We may not be able to access financial markets to obtain capital on a timely basis, or on acceptable terms.*

We rely on proceeds from property dispositions and third party capital sources for a portion of our capital needs, including capital for acquisitions and development. The public debt and equity markets are also among the sources upon which we rely. There is no guarantee that we will be able to access these markets or any other source of capital. The ability to access the public debt and equity markets depends on a variety of factors, including:

- general economic conditions affecting these markets;
- our own financial structure and performance;
- the market's opinion of real estate companies in general; and
- the market's opinion of real estate companies that own similar properties.

App.669

Required payments on our indebtedness generally are not reduced if the economic performance of the portfolio declines. If the economic performance declines, net income, cash flow from operations and cash available for distribution to stockholders may be reduced. If payments on debt cannot be made, we could sustain a loss or suffer judgments, or in the case of mortgages, suffer foreclosures by mortgagees. Further, some obligations contain cross-default and/or cross-acceleration provisions, which means that a default on one obligation may constitute a default on other obligations.

We anticipate only a small portion of the principal of our debt will be repaid prior to maturity. Therefore, we are likely to refinance a portion of our outstanding debt as it matures. There is a risk that we may not be able to refinance existing debt or the terms of any refinancing will not be as favorable as the terms of the maturing debt. If principal balances due at maturity cannot be refinanced, extended, or repaid with proceeds from other sources, such as the proceeds of sales of assets or new equity capital, cash flow may not be sufficient to repay all maturing debt in years when significant "balloon" payments come due.

Our credit facilities and unsecured debt contain customary restrictions, requirements and other limitations on the ability to incur indebtedness, including total debt to asset ratios, secured debt to total asset ratios, debt service coverage ratios, and minimum ratios of unencumbered assets to unsecured debt. Our continued ability to borrow is subject to compliance with financial and other covenants. In addition, failure to comply with such covenants could cause a default under credit facilities, and we may then be required to repay such debt with capital from other sources. Under those circumstances, other sources of capital may not be available, or be available only on terms that are detrimental to us.

***Our degree of leverage could limit our ability to obtain additional financing or affect the market price of our common stock.***

The degree of leverage could affect our ability to obtain additional financing for working capital, capital expenditures, acquisitions, development or other general corporate purposes. The degree of leverage could also make us more vulnerable to a downturn in business or the general economy.

***An increase in interest rates would increase interest costs on variable rate debt and could adversely impact the ability to refinance existing debt.***

We currently have, and may incur more, indebtedness that bears interest at variable rates. Accordingly, if interest rates increase, so will the interest costs, which could adversely affect cash flow and the ability to pay principal and interest on our

10

debt and the ability to make distributions to shareholders. Further, rising interest rates could limit our ability to refinance existing debt when it matures.

***Unbudgeted capital expenditures or cost overruns could adversely affect business operations and cash flow.***

If capital expenditures for ongoing or planned development projects or renovations exceed expectations, the additional cost of these expenditures could have an adverse effect on business operations and cash flow. In addition, we might not have access to funds on a timely basis to pay for the unexpected expenditures.

Construction costs are funded in large part through construction financing, which we may guarantee. Our obligation to pay interest on this financing continues until the rental project is completed, leased-up and permanent financing is obtained, or the project is sold, or the construction loan is otherwise paid. Unexpected delays in completion of one or more ongoing projects could also have a significant adverse impact on business operations and cash flow.

***We may need to sell properties from time to time for cash flow purposes.***

Because of the lack of liquidity of real estate investments generally, our ability to respond to changing circumstances may be limited. Real estate investments generally cannot be sold quickly. In the event that we must sell assets to generate cash flow, we cannot predict whether there will be a market for those assets in the time period desired, or whether we will be able to sell the assets at a price that will allow us to fully recoup its investment. We may not be able to realize the full potential value of the assets and may incur costs related to the early extinguishment of the debt secured by such assets.

***We intend to devote resources to the development of new projects.***

We plan to continue developing new projects as opportunities arise in the future. Development and construction activities entail a number of

App.670

risks, including but not limited to the following:

- we may abandon a project after spending time and money determining its feasibility;
- construction costs may materially exceed original estimates;
- the revenue from a new project may not be enough to make it profitable or generate a positive cash flow;
- we may not be able to obtain financing on favorable terms for development of a property, if at all;
- we may not complete construction and lease-ups on schedule, resulting in increased development or carrying costs; and
- we may not be able to obtain, or may be delayed in obtaining, necessary governmental permits.

## FACTORS AFFECTING THE INDUSTRY

### The overall business is subject to all of the risks associated with the real estate industry.

We are subject to all risks incident to investment in real estate, many of which relate to the general lack of liquidity of real estate investments, including, but not limited to:

- our real estate assets are concentrated primarily in the southwest and any deterioration in the general economic conditions of this region could have an adverse effect;
- changes in interest rates may make the ability to satisfy overall debt service requirements more burdensome;
- lack of availability of financing may render the purchase, sale or refinancing of a property more difficult or unattractive;
- changes in real estate and zoning laws;
- increases in real estate taxes and insurance costs;
- federal or local regulations or rent controls;
- acts of terrorism, and
- hurricanes, tornadoes, floods, earthquakes and other similar natural disasters.

11

### Our performance and value are subject to risks associated with our real estate assets and with the real estate industry.

Our economic performance and the value of our real estate assets, and consequently the value of our securities, are subject to the risk that if our properties do not generate revenues sufficient to meet our operating expenses, including debt service and capital expenditures, our cash flow will be adversely affected. The following factors, among others, may adversely affect the income generated by our properties:

- downturns in the national, regional and local economic conditions (particularly increases in unemployment);
- competition from other office, apartment and commercial buildings;
- local real estate market conditions, such as oversupply or reduction in demand for office, apartments or other commercial space;
- changes in interest rates and availability of financing;
- vacancies, changes in market rental rates and the need to periodically repair, renovate and re-let space;
- increased operating costs, including insurance expense, utilities, real estate taxes, state and local taxes and heightened security costs;
- civil disturbances, earthquakes and other natural disasters, or terrorist acts or acts of war which may result in uninsured or underinsured losses;
- significant expenditures associated with each investment, such as debt service payments, real estate taxes, insurance and maintenance costs which are generally not reduced when circumstances cause a reduction in revenues from a property;
- declines in the financial condition of our tenants and our ability to collect rents from our tenants; and
- decreases in the underlying value of our real estate.

### Adverse economic and geopolitical conditions and dislocations in the credit markets could have a material adverse effect on our results of operations, and financial condition.

Our business may be affected by market and economic challenges experienced by the U.S. economy or real estate industry as a whole or by the

App.671

local economic conditions in the markets in which our properties are located, including the current dislocations in the credit markets and general global economic recession. These current conditions, or similar conditions existing in the future, may adversely affect our results of operations, and financial condition as a result of the following, among other potential consequences:

- the financial condition of our tenants may be adversely affected which may result in tenant defaults under leases due to bankruptcy, lack of liquidity, operational failures or for other reasons;

- significant job losses within our tenants may occur, which may decrease demand for our office space, causing market rental rates and property values to be negatively impacted;

- our ability to borrow on terms and conditions that we find acceptable, or at all, may be limited, which could reduce our ability to pursue acquisition and development opportunities and refinance existing debt, reduce our returns from our acquisition and development activities and increase our future interest expense;

- reduced values of our properties may limit our ability to dispose of assets at attractive prices or to obtain debt financing secured by our properties and may reduce the availability of unsecured loans; and

- one or more lenders could refuse to fund their financing commitment to us or could fail and we may not be able to replace the financing commitment of any such lenders on favorable terms, or at all.

***Real estate investments are illiquid, and we may not be able to sell properties if and when it is appropriate to do so.***

Real estate generally cannot be sold quickly. We may not be able to dispose of properties promptly in response to economic or other conditions. In addition, provisions of the Internal Revenue Code may limit our ability to sell properties (without incurring significant tax costs) in some situations when it may be otherwise economically advantageous to do so, thereby adversely affecting returns to stockholders and adversely impacting our ability to meet our obligations.

12

***General real estate investment risks may adversely affect property income and values.***

Real estate investments are subject to a variety of risks. If the communities and other real estate investments do not generate sufficient income to meet operating expenses, including debt service and Expenditures, cash flow, and the ability to make distributions, the operating income will be adversely affected. Income from the communities may be further adversely affected by, among other things, the following factors:

- changes in the general or local economic climate, including layoffs, plant closings, industry slowdowns, relocations of significant local employers, and other events negatively impacting local employment rates and wages and the local economy;

- local economic conditions in which the communities are located, such as oversupply of housing or a reduction in demand for rental housing;

- adverse economic or market conditions due to COVID – 19 pandemic leading to a temporary or permanent move by tenants and/or prospective tenants from locations in which our communities are located;

- the attractiveness and desirability of our communities to tenants, including, without limitation, the size and amenity offerings of our units, our technology offerings and our ability to identify and cost effectively implement new, relevant technologies and to keep up with constantly changing consumer demand for the latest innovations, including any increased requirements due to the significant increase in the number of people who continue to "work from home";

- inflationary environments in which the cost to operate and maintain communities increases at a rate greater than our ability to increase rents or deflationary environments where we may be exposed to declining rents more quickly under our short-term leases;

- competition from other available housing alternatives;

- changes in rent control or stabilization laws or other laws regulating housing and other increasing regulation on people and business in locations where our communities are located;

- our ability to provide for adequate maintenance and insurance;

- declines in the financial condition of our tenants, which may make it more difficult for us to collect rents from some tenants;

- any decline in or tenants' perceptions of the safety, convenience and attractiveness of our communities and the neighborhoods where they are located; and

- changes in interest rates and availability of financing.

As leases at the communities expire, tenants may enter into new leases on terms that are less favorable to us. Income and real estate values may also be adversely affected by such factors as applicable laws, including, without limitation, the Americans with Disabilities Act of 1990, Fair Housing

App.672

Amendment Act of 1988, permanent and temporary rent controls, rent stabilization laws, other laws regulating housing that may prevent us from raising rents to offset increased operating expenses, and tax laws.

*National and regional economic environments can negatively impact our liquidity and operating results.*

Our forecast for the national economy assumes growth of the gross domestic product of the national economy and the economies of the southeastern and southwestern states. In the event of a recession or other negative economic effects, including as a result of the COVID – 19 pandemic, we could incur reductions in rental rates, occupancy levels, property valuations and increases in operating costs, such as advertising and turnover expenses. Any such recession or similar event may affect consumer confidence and spending and negatively impact the volume and pricing of real estate transactions, which could negatively affect our liquidity and its ability to vary its portfolio promptly in responses to changes to the economy. Further, if residents do not experience increases in their income, they may be unable or unwilling to pay rent increases, and delinquency in rent payments and rent defaults may increase as well as vacancy rates.

**ITEM 1B.    UNRESOLVED STAFF COMMENTS**

None.

13

**ITEM 2.    PROPERTIES**

**Multifamily Properties**

| Count | Property | Location | Year Constructed | Units | Occupancy |
|---|---|---|---|---|---|
| | **Consolidated Properties** | | | | |
| 1 | Chelsea | Beaumont, TX | 1999 | 144 | 91.7 % |
| 2 | Forest Grove | Bryan, TX | 2020 | 84 | 100.0 % |
| 3 | Landing Bayou | Houma, LA | 2005 | 240 | 92.2 % |
| 4 | Legacy at Pleasant Grove | Texarkana, TX | 2006 | 208 | 93.3 % |
| 5 | Overlook at Allenville Phase II | Sevierville, TN | 2012 | 144 | 94.1 % |
| 6 | Parc at Denham Springs Phase II | Denham Springs, LA | 2010 | 144 | 83.3 % |
| 7 | Sugar Mill Phase III | Baton Rouge, LA | 2015 | 72 | 41.7 % |
| 8 | Toulon | Gautier, MS | 2011 | 240 | 97.2 % |
| 9 | Villas at Bon Secour | Gulf Shores, AL | 2007 | 200 | 96.4 % |
| 10 | Vista Ridge | Tupelo, MS | 2009 | 160 | 98.2 % |
| | | | | 1,636 | |
| | **Joint Venture Properties** | | | | |
| 1 | Abode Red Rock | Las Vegas, NV | 2018 | 308 | 90.2 % |
| 2 | Apalachee Point Villas | Tallahassee, FL | 2018 | 200 | 91.4 % |
| 3 | Blue Lake Villas | Waxahachie, TX | 2002 | 186 | 94.9 % |
| 4 | Blue Lake Villas Phase II | Waxahachie, TX | 2004 | 70 | 94.0 % |
| 5 | Breakwater Bay | Beaumont, TX | 2003 | 176 | 92.3 % |
| 6 | Bridgewood Ranch | Kaufman, TX | 2007 | 106 | 96.0 % |
| 7 | Capitol Hill | Little Rock, TX | 2003 | 156 | 91.8 % |
| 8 | Centennial Village | Oak Ridge, TN | 2011 | 252 | 97.8 % |
| 9 | Crossing as Opelika | Opelika, AL | 2011 | 168 | 96.2 % |
| 10 | Dakota Arms | Lubbock, TX | 2005 | 208 | 94.7 % |
| 11 | Desoto ranch | DeSoto, TX | 2003 | 248 | 95.1 % |
| 12 | Eagle Crossing | Dallas, TX | 2017 | 150 | 96.5 % |
| 13 | Falcon Lake | Arlington, TX | 2002 | 248 | 96.0 % |

App.673

| | Property | Location | Year Constructed | Units | Occupancy | |
|---|---|---|---|---|---|---|
| 14 | Heather Creek | Mesquite, TX | 2003 | 200 | 96.0 | % |
| 15 | Lake Forest | Humble, TX | 2004 | 240 | 92.5 | % |
| 16 | Lakeside Lofts | Farmers Branch, TX | 2020 | 245 | 89.7 | % |
| 17 | Lodge at Pecan Creek | Denton, TX | 2011 | 192 | 93.3 | % |
| 18 | Lofts at Reynolds | Asheville, NC | 2012 | 201 | 96.9 | % |
| 19 | Mansions of Mansfield | Mansfield, TX | 2008 | 208 | 95.0 | % |
| 20 | McKinney Point | McKinney, TX | 2017 | 198 | 93.6 | % |
| 21 | Metropolitan | Little rock, AR | 2008 | 260 | 91.4 | % |
| 22 | Mission Oaks | San Antonio, TX | 2006 | 228 | 94.6 | % |
| 23 | Northside on Travis | Sherman, TX | 2008 | 200 | 93.2 | % |
| 24 | Oak Hollow | Sequin, TX | 2011 | 160 | 92.5 | % |
| 25 | Oak Hollow Phase II | Sequin, TX | 2018 | 96 | 90.7 | % |
| 26 | Oceanaire | Biloxi, MS | 2009 | 196 | 95.8 | % |
| 27 | Overlook at Allensville Square | Sevierville, TX | 2012 | 144 | 95.5 | % |
| 28 | Parc at Bentonville | Bentonville, AR | 2017 | 216 | 94.5 | % |
| 29 | Parc at Clarksville | Clarksville, TN | 2018 | 168 | 96.3 | % |
| 30 | Parc at Denham Springs | Denham Spring, LA | 2007 | 224 | 90.0 | % |
| 31 | Parc at Garland | Garland, TX | 2010 | 198 | 94.7 | % |
| 32 | Parc at Mansfield | Mansfield, TX | 2017 | 99 | 93.5 | % |
| 33 | Parc at Maumelle | Little Rock, AR | 2015 | 240 | 96.5 | % |
| 34 | Parc at Metro Center | Nashville, TN | 2005 | 144 | 85.9 | % |
| 35 | Parc at Rogers | Rogers, AR | 2006 | 250 | 93.3 | % |

14

| Count | Property | Location | Year Constructed | Units | Occupancy | |
|---|---|---|---|---|---|---|
| 36 | Parc at Wylie | Wylie, TX | 2007 | 198 | 93.5 | % |
| 37 | Preserve at Pecan Creek | Denton, TX | 2008 | 192 | 90.2 | % |
| 38 | Preserve at Prairie Pointe | Lubbock, TX | 2005 | 184 | 96.5 | % |
| 39 | Residences at Holland Lake | Weatherford, TX | 2004 | 208 | 92.2 | % |
| 40 | Sawgrass Creek | New Port Richey, FL | 2018 | 188 | 95.9 | % |
| 41 | Sonoma Court | Rockwall, TX | 2011 | 124 | 94.9 | % |
| 42 | Sugar Mill Phase I | Baton Rouge, LA | 2009 | 160 | 68.8 | % |
| 43 | Sugar Mill Phase II | Baton Rouge, LA | 2016 | 80 | 71.0 | % |
| 44 | Tattersall Village | Hinesville, GA | 2010 | 222 | 90.0 | % |
| 45 | Terra Lago | Rowlett, TX | 2018 | 451 | 87.4 | % |
| 46 | Tradewinds | Midland, TX | 2015 | 214 | 85.4 | % |
| 47 | Villas of Park West I | Pueblo, CO | 2005 | 148 | 95.4 | % |
| 48 | Villas of Park West II | Pueblo, CO | 2010 | 112 | 94.6 | % |
| 49 | Vistas of Vance Jackson | San Antonio, TX | 2005 | 240 | 93.5 | % |
| 50 | Waterford At Summer Park | Rosenberg, TX | 2013 | 196 | 95.2 | % |
| 51 | Windsong | Fort Worth, TX | 2003 | 188 | 94.1 | % |
| | | | | 9,888 | | |
| 61 | Total Mutltifamily Properties | | | 11,524 | | |

**Multifamily Portfolio Composition**

App.674

The following table sets forth the location and number of units as of December 31, 2020:

| Location | Company owned No. | Units | VAA owned No. | Units | Total No. | Units |
|---|---|---|---|---|---|---|
| Alabama | 1 | 200 | 1 | 168 | 2 | 368 |
| Arkansas | — | — | 4 | 966 | 4 | 966 |
| Colorado | — | — | 2 | 260 | 2 | 260 |
| Florida | — | — | 2 | 388 | 2 | 388 |
| Georgia | — | — | 1 | 222 | 1 | 222 |
| Louisiana | 3 | 456 | 3 | 464 | 6 | 920 |
| Mississippi | 2 | 400 | 1 | 196 | 3 | 596 |
| North Carolina | — | — | 1 | 201 | 1 | 201 |
| Nevada | — | — | 1 | 308 | 1 | 308 |
| Tennessee | 1 | 144 | 3 | 564 | 4 | 708 |
| Texas | 3 | 436 | 32 | 6,151 | 35 | 6,587 |
| | 10 | 1,636 | 51 | 9,888 | 61 | 11,524 |

15

**Commercial Properties**

| Count | Property | Location | Year Constructed | Square Feet | Occupancy |
|---|---|---|---|---|---|
| | **Office Buildings** | | | | |
| 1 | 600 Las Colinas | Irving, TX | 1984 | 512,173 | 79.4 % |
| 2 | 770 South Post Oak | Houston, TX | 1980 | 95,438 | 83.9 % |
| 3 | Browning Place | Farmers Branch, TX | 1982 | 625,297 | 87.0 % |
| 4 | Senlac | Farmers Branch, TX | 2025 | 2,821 | 100.0 % |
| 5 | Stanford Center | Dallas, TX | 1982 | 333,234 | 90.9 % |
| | | | | 1,568,963 | |
| | **Retail Centers** | | | | |
| 1 | Fruitland Park | Fruitland Park, FL | 2025 | 6,722 | 100.0 % |
| 6 | | | | 1,575,685 | |

**Commercial Lease Expirations**

The following table summarizes our commercial lease expirations as of December 31, 2020:

| Year of Lease | Rentable Square Feet Subject to | Current Annualized Contractual Rent Under Expiring Leases | Current Annualized Contractual Rent Under Expiring | Percentage of Total | Percentage of Gross |
|---|---|---|---|---|---|

App.675

| Expiration | Expiring Leases | Leases (1,000s) | P.S.F. | Leases of Square Feet | Rentals |
|---|---|---|---|---|---|
| 2021 | 134,027 | $  2,923 | $  21.81 | 8.5  % | 10.9  % |
| 2022 | 295,412 | 6,737 | 22.81 | 18.7  % | 25.0  % |
| 2023 | 296,233 | 4,815 | 16.26 | 18.8  % | 17.9  % |
| 2024 | 129,926 | 3,039 | 23.39 | 8.2  % | 11.3  % |
| 2025 | 149,448 | 3,569 | 23.88 | 9.5  % | 13.3  % |
| Thereafter | 287,491 | 5,821 | 20.25 | 18.2  % | 21.6  % |
|  | 1,292,537 | $  26,904 |  | 81.9  % | 100.0  % |

(1)   Represents the monthly contractual base rent and recoveries from tenants under existing leases as of December 31, 2020, multiplied by twelve. This amount reflects total rent before any rent abatement and includes expense reimbursements, which may be estimates as of such date.

16

**Land Investments**

| Project | Location | Acres |
|---|---|---|
| **Held for Development** | | |
| EQK Portage | Kent, OH | 49 |
| McKinney 36 | Collin County, TX | 18 |
| Ocean Estates | Gulfport, MS | 12 |
| Willowick | Pensacola, FL | 40 |
| Mercer Crossing Commercial | Farmers Branch, TX | 19 |
| Windmills Farm | Kaufman County, TX | 1,555 |
| Other | Various | 40 |
|  |  | 1,733 |
| **Held subject to sales contract** | | |
| Mercer Crossing | Farmers Branch, TX | 15 |
| Windmill Farms | Kaufman County, TX | 213 |
|  |  | 228 |
|  |  | **1,961** |

**ITEM 3.   LEGAL PROCEEDINGS**

We were the plaintiff in a lawsuit against Dynex Commercial, Inc. ("Dynex") for failure to fulfill certain loan commitments. In January 2015, the court awarded us with a judgment of $49.0 million. We are pursuing all legal means to collect this award. However, due to the uncertainty of the collectability of the award, the receivable has been fully reserved.

In February 2019, Paul Berger ("Berger") filed a lawsuit against the Company, its directors, its officers and others that alleges that we completed improper sales and/or transfers of property with IOR. Berger requests that we pay off various related party loans to IOR and that IOR then distribute the funds to IOR's stockholders. We intend to vigorously defend against the allegations.

In connection with the formation of VAA, ten of the properties that we contributed to the joint venture are subject to an earn-out provision that provides for a remeasurement of the value of those properties after a two-year period following the completion of construction. As of December 31, 2020, we have recorded a liability of $10.0 million, which we believe is the amount that will be required to settle our obligation. We have been unable to reach agreement with our joint venture partner on the remeasured value. As a result, the parties have filed for arbitration in accordance with the joint venture agreement.

Case 3:22-cv-02118-X   Document 182   Filed 03/10/23   Page 84 of 207   PageID 5369

Not applicable.

<div align="center">17</div>

---

<div align="center">PART II</div>

## ITEM 5.   MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES

Our common stock is listed and traded on the NYSE under the symbol "TCI". The following table sets forth the high and low sales prices as reported in the consolidated reporting system of the NYSE American for the quarters ended:

|  | 2020 | | 2019 | |
| --- | --- | --- | --- | --- |
|  | High | Low | High | Low |
| First Quarter | $ 39.86 | $ 16.00 | $ 38.34 | $ 27.60 |
| Second Quarter | $ 40.42 | $ 16.50 | $ 34.01 | $ 22.85 |
| Third Quarter | $ 30.43 | $ 29.99 | $ 33.15 | $ 23.00 |
| Fourth Quarter | $ 32.26 | $ 21.75 | $ 41.50 | $ 27.00 |

On March 22, 2021, the closing price of our common stock as reported on the NYSE was $21.50 per share, and was held by approximately 2,149 holders of record.

Our Board of Directors established a policy that dividend declarations on common stock would be determined on an annual basis following the end of each year. In accordance with that policy, the board determined not to pay any dividends on common stock in December 31, 2020, 2019 or 2018. Future distributions to common stockholders will be determined by the Board of Directors in light of conditions then existing, including our financial condition and requirements, future prospects, restrictions in financing agreements, business conditions and other factors deemed relevant by the Board.

We have a share repurchase program that allows for the repurchase of up to 1,637,000 shares of our common stock. This repurchase program has no termination date. There were no shares repurchased for the year ended December 31, 2020 and the program has 650,250 share remaining that can be repurchased as of December 31, 2020.

## ITEM 6.   SELECTED FINANCIAL DATA

Optional and not included.

## ITEM 7.   MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The following discussion should be read in conjunction with our consolidated financial statements and related notes in Part II, Item 8 of this Report. Our results of operations for the year ended December 31, 2020 were affected by the acquisitions and disposition, refinancing activity, development activity as discussed below.

### Management's Overview

We are an externally advised and managed real estate investment company that owns a diverse portfolio of income-producing properties and land held for development throughout the Southern United States. Our portfolio of income-producing properties includes residential apartment communities, office buildings and other commercial properties. Our investment strategy includes acquiring existing income-producing properties as well as developing new properties on land already owned or acquired for a specific development project.

Our operations are managed by Pillar Income Asset Management, Inc. ("Pillar") in accordance with an Advisory Agreement. Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities. Pillar also arranges our debt and equity financing with third party lenders and investors. We have no employees. Employees of Pillar render services to us in accordance with the terms of the Advisory Agreement. Pillar is considered to be a related party due to its common ownership with American Realty Investors,

<div align="center">App.677</div>

18

The following is a summary of our recent acquisition, disposition, financing and development activities:

*Acquisitions and Dispositions*

- On November 19, 2018, we formed the Victory Abode Apartments, LLC ("VAA") joint venture with the Macquarie Group ("Macquarie"). In connection with the formation of VAA, we sold a 50% ownership interest in certain multifamily apartment projects to Macquarie for a $236.8 million cash payment, resulting in a gain on sale of assets of $154.1 million. We then immediately transferred our respective ownership interests in the multifamily apartments ("VAA Portfolio") to VAA in exchange for a 50% voting interest / 49% profit participation interest ("Class A interest") in VAA and note payable ("Mezzanine Loan") in accordance with the terms of a contribution agreement (the "Contribution"). Upon completion of the Contribution, VAA owned and controlled 52 multifamily apartments. VAA assumed all liabilities of those properties, including mortgage debt insured by the Department of Housing and Urban Development ("HUD").

- On May 31, 2019, we sold Westwood, a 120 unit multifamily property in Mary Ester, Florida for $3.1 million, resulting in a loss on the sale of $0.1 million.

- During the year ended December 31, 2019, we sold 105.1 acres of land for an aggregate sales price of $30.0 million and purchased 41.9 acres for an aggregate purchase price of approximately $4.6 million.

- On March 5, 2020, we acquired a 49.2 acres land parcel in Kent, Ohio for $5.4 million that was funded by a $2.0 million cash payment and a $3.4 million note payable that bears interest at 10% and matures on November 13, 2024.

- On May 1, 2020, we sold Villager, a 33 unit multifamily property in Fort Walton, Florida for $2.4 million, resulting in a gain on sale of $1.0 million.

- On July 16, 2020, we sold Farnham Park, a 144 unit multifamily property in Port Arthur, Texas for $13.3 million, resulting in a gain on sale of $2.7 million.

- On September 14, 2020, we sold Bridge View Plaza, a retail property in La Crosse, Wisconsin for $5.3 million, resulting in a gain on sale of $4.6 million.

- During the year ended December 31, 2020, we sold a total of 58.8 acres of land from our holdings in Windmill Farms for $12.9 million, in aggregate, resulting in gains on sale of $11.1 million. In addition, we sold 26.8 acres of land from our holdings in Mercer Crossing during the year ended December 31, 2020 for $15.8 million, resulting in a gain on sale of $10.3 million.

*Financing Activities*

- On February 15, 2018, we issued $39.2 million in Series B bonds (See Note 11 in our consolidated financial statements) that bear interest at 6.80% and mature on July 31, 2025. The proceeds were used to fund development activity, pay down debt and other general corporate purposes.

- On July 19, 2018, we issued an additional $19.8 million of Series B bonds (See Note 11 in our consolidated financial statements) in a private placement. We used the proceeds from the issuance to fund our development activities.

- On July 28, 2019, we paid off the $41.5 million mortgage note payable on Browning Place, which resulted in a loss on early extinguishment of debt of $5.2 million. Concurrent with the repayment of the mortgage note payable, we issued $78.1 million of Series C bonds (See Note 11 in our consolidated financial statements), which are collateralized by Browning Place, bear interest at 4.65% and mature on January 31, 2023.

- On November 30, 2020, issued $19.7 million in additional Series A bonds (See Note 11 in our consolidated financial statements) for $18.8 million in net proceeds. We used the proceeds to fund in part our bond payments that were due on January 30, 2021.

- On December 3, 2020, we extended our $14.7 million loan from HSW Partners to June 17, 2021.

App.678

• On March 2, 2021, we extended our $1.2 million loan on Athens to August 28, 2022.

19

• On March 4, 2021, we received a commitment from our lender to extend the maturity of our $10.4 million loan on Windmill Farms until February 28, 2023 at a reduced interest rate of 5%.

*Development Activities*

During the year ended December 31, 2020, we completed the construction of Parc at Denham Springs Phase II and Sugar Mill Phase III for a total cost of $17.2 million and $14.2 million, respectively.

Our current developments projects at December 31, 2020, are as follow: (dollars in thousands)

| Property | Location | No. of Units | Costs to Date (1) | | Total Projected Costs (1) | |
|---|---|---|---|---|---|---|
| Athens | Athens, AL | 232 | | 270 | | 34,800 |
| Heritage McKinney | McKinney, TX | 170 | | 231 | | 24,650 |
| Total | | 402 | $ | 501 | $ | 59,450 |

(1) Costs include construction hard costs, construction soft costs and loan borrowing costs.

**Critical Accounting Policies**

The preparation of our consolidated financial statements in conformity with United States generally accepted accounting principles ("GAAP") requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Some of these estimates and assumptions include judgments on revenue recognition, estimates for common area maintenance and real estate tax accruals, provisions for uncollectible accounts, impairment of long-lived assets, the allocation of purchase price between tangible and intangible assets, capitalization of costs and fair value measurements. Our significant accounting policies are described in more detail in Note 2—Summary of Significant Accounting Policies in our notes to the consolidated financial statements. However, the following policies are deemed to be critical.

*Fair Value of Financial Instruments*

We apply the guidance in ASC Topic 820, "Fair Value Measurements and Disclosures," to the valuation of real estate assets. These provisions define fair value as the price that would be received to sell an asset or paid to transfer a liability in a transaction between market participants at the measurement date, establish a hierarchy that prioritizes the information used in developing fair value estimates and require disclosure of fair value measurements by level within the fair value hierarchy. The hierarchy gives the highest priority to quoted prices in active markets (Level 1 measurements) and the lowest priority to unobservable data (Level 3 measurements), such as the reporting entity's own data.

The valuation hierarchy is based upon the transparency of inputs to the valuation of an asset or liability as of the measurement date and includes three levels defined as follows:

Level 1—Unadjusted quoted prices for identical and unrestricted assets or liabilities in active markets.

Level 2—Quoted prices for similar assets and liabilities in active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument.

Level 3—Unobservable inputs that are significant to the fair value measurement.

A financial instrument's categorization within the valuation hierarchy is based upon the lowest level of input that is significant to the fair value measurement.

App.679

20

*Related Parties*

We apply ASC Topic 805, "Business Combinations", to evaluate business relationships. Related parties are persons or entities who have one or more of the following characteristics, which include entities for which investments in their equity securities would be required, trust for the benefit of persons including principal owners of the entities and members of their immediate families, management personnel of the entity and members of their immediate families and other parties with which the entity may deal if one party controls or can significantly influence the decision making of the other to an extent that one of the transacting parties might be prevented from fully pursuing our own separate interests, or affiliates of the entity.

*Environmental Matters*

Under various federal, state and local environmental laws, ordinances and regulations, we may be potentially liable for removal or remediation costs, as well as certain other potential costs, relating to hazardous or toxic substances (including governmental fines and injuries to persons and property) where property-level managers have arranged for the removal, disposal or treatment of hazardous or toxic substances. In addition, certain environmental laws impose liability for release of asbestos-containing materials into the air, and third parties may seek recovery for personal injury associated with such materials.

We are not aware of any environmental liability relating to the above matters that would have a material adverse effect on our business, assets or results of operations.

*Inflation*

The effects of inflation on our operations are not quantifiable. Revenues from property operations tend to fluctuate proportionately with inflationary increases and decreases in housing costs. Fluctuations in the rate of inflation also affect sales values of properties and the ultimate gain to be realized from property sales. To the extent that inflation affects interest rates, our earnings from short-term investments, the cost of new financings and the cost of variable interest rate debt will be affected.

**Results of Operations**

Many of the variations in the results of operations, discussed below, occurred because of the transactions affecting our properties described above, including those related to the Lease-Up Properties and the Disposition Properties (each as defined below).

For purposes of the discussion below, we define "Same Properties" as those properties that are substantially leased-up and in operation for the entirety of both periods of the comparison. Non-Same Properties for comparison purposes include those properties that have been recently constructed or leased-up ("Lease-up Properties") and properties that have been disposed of ("Disposition Properties"). A developed property is considered leased-up, when it achieves occupancy of 80% or more.We move a property in and out of Same Properties based on whether the property is substantially leased-up and in operation for the entirety of both periods of the comparison. Accordingly, the Same Properties consist of all properties, excluding the Lease-up Properties and the Disposition Properties for the periods of comparison.

For the comparison of the year ended December 31, 2020 to the year ended December 31, 2019, the Lease-up Properties are Forest Grove, Parc at Denham Springs Phase II and Sugar Mill Phase III; and the Disposition Properties are Bridge View Plaza, Farnham Park and Villager.

The following table shows the total number of income-producing properties, and other key financial measures as of December 31, 2020 and 2019:

| | | For the Years Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | **2020** | | **2019** | | **Variance** |
| Multifamily Segment | | | | | | |
| Revenue | $ | 14,686 | $ | 13,517 | $ | 1,169 |
| Operating expenses | | (8,482) | | (8,824) | | 342 |
| | | 6,204 | | 4,693 | | 1,511 |
| Commercial Segment | | | | | | |
| Revenue | | 37,223 | | 32,714 | | 4,509 |
| Operating expenses | | (15,878) | | (16,389) | | 511 |
| | | 21,345 | | 16,325 | | 5,020 |
| Segment operating income | | 27,549 | | 21,018 | | 6,531 |
| Other non-segment items of income (expense) | | | | | | |
| Depreciation and amortization | | (14,755) | | (13,379) | | (1,376) |
| General, administrative and advisory | | (17,935) | | (17,114) | | (821) |
| Interest, net | | (10,714) | | (12,209) | | 1,495 |
| Loss on extinguishment of debt | | — | | (5,219) | | 5,219 |
| (Loss) gain on foreign currency transactions | | (13,378) | | (15,108) | | 1,730 |
| Gain sale or write down of assets | | 32,107 | | 14,809 | | 17,298 |
| Income (loss) from joint ventures | | (519) | | (2,758) | | 2,239 |
| Other income | | 5,109 | | 3,823 | | 1,286 |
| Net income (loss) | $ | 7,464 | $ | (26,137) | $ | 33,601 |

*Comparison of the year ended December 31, 2020 to the year ended December 31, 2019:*

Our $33.6 million increase in net income during the year ended December 31, 2020 is primarily attributed to the following:

• The $1.5 million increase in operating profits in our multifamily segment is primarily due a $2.1 million increase at our Lease-Up Properties offset in part by a decrease at our Disposition Properties. The increase in profit at our Lease-Up Properties is due to an increase in occupancy at Overlook at Allenville Phase II, Parc at Denham Springs Phase II and Forest Grove in 2020.

• The $5.0 million increase in operating profits in our commercial segment is primarily due to a $6.0 million lease termination payment at Browning Place offset in part by a decrease in rental revenue at our Same Properties due to a decline in occupancy. The lease termination payment relates to a former tenant that has been replaced by a new tenant at increased rents.

• The $5.2 million loss on extinguishment of debt in 2019 is due to the early extinguishment of our mortgage note payable on Browning Place (See "Financing Activities" in Management's Overview).

• The $17.3 million increase in gain on sale of assets is due to an increase of $10.3 million sales of land; the sale of Bridge View Plaza, Farnham Park and Villager in 2020 (See "Acquisitions and Dispositions" in Management's Overview); and the recognition of $3.0 million in gain in 2020 from sales that had been previously deferred.

• The $2.2 million decrease in loss from joint ventures is due to the increased in occupancy of the various lease-up properties at VAA.

*Comparison of the year ended December 31, 2019 to the year ended December 31, 2018:*

See Item 7 of Part II in our Annual Report on Form 10-K for the year ended December 31, 2019 filed with the SEC on March 30, 2020 for a discussion of our results of operations for the year ended December 31, 2019.

**Liquidity and Capital Resources**

Our principal sources of cash have been, and will continue to be, property operations; proceeds from land and income-producing property sales; collection of mortgage notes receivable; collections of receivables from related companies; refinancing of existing mortgage notes payable; and additional borrowings, including mortgage notes and bonds payable, and lines of credit.

Our principal liquidity needs are to fund normal recurring expenses; meet debt service and principal repayment obligations including balloon payments on maturing debt; fund capital expenditures, including tenant improvements and leasing costs; fund development costs not covered under construction loans; and fund possible property acquisitions.

We anticipates that our cash and cash equivalents as of December 31, 2020, along with cash that will be generated in 2021 from notes and interest receivables, will be sufficient to meet all of our cash requirements. We intends to selectively sell land and income-producing assets, refinance or extend real estate debt and seek additional borrowings secured by real estate to meet our liquidity requirements. Although history cannot predict the future, historically, we have been successful at refinancing and extending a portion of our current maturity obligations.

*Cash Flow Summary*

The following summary discussion of our cash flows is based on the consolidated statements of cash flows in Part II, Item 8. "Consolidated Financial Statements and Supplementary Data" and is not meant to be an all-inclusive discussion of the changes in our cash flows for the periods presented below (dollars in thousands):

| | Year Ended December 31, | | Incr /(Decr) |
| --- | --- | --- | --- |
| | **2020** | **2019** | |
| Net cash provided by (used in) operating activities | $ 5,631 | $ (35,747) | $ 41,378 |
| Net cash provided by (used in) investing activities | $ 381 | $ (9,598) | $ 9,979 |
| Net cash (used in) provided by financing activities | $ (2,306) | $ 22,041 | $ (24,347) |

The increase in cash from operating activities is primarily due to the $35.3 million decrease in receivable from related parties in 2019.

The increase in cash provided by investing activities is primarily due to a $16.2 million decrease in development and renovation of real estate and a $12.4 million increase in proceeds from sale of assets offset in part by a $11.6 million decrease in originations and advances on notes receivable and a $9.4 million decrease in collection of notes receivable.

The increase in cash used in financing activities is primarily due to a $73.1 million decrease in proceeds from mortgages, notes and bonds payable offset in part by a $42.0 million decrease in payments of mortgages, notes and bonds payable. The decrease in proceeds and payment on mortgage, notes and bonds payable is due to the refinancing of Browning Place in 2019 (See "Financing Activities" in Management's Overview).

**Funds From Operations ("FFO")**

We use FFO in addition to net income to report our operating and financial results and considers FFO and FFO-diluted as supplemental measures for the real estate industry and a supplement to GAAP measures. The National Association of Real Estate Investment Trusts ("Nareit") defines FFO as net income (loss) (computed in accordance with GAAP), excluding gains (or losses) from sales of properties, plus real estate related depreciation and amortization, impairment write-downs of real estate and write-downs of investments in an affiliate where the write-downs have been driven by a decrease in the value of real estate held by the affiliate and after adjustments for unconsolidated joint ventures. Adjustments for unconsolidated joint ventures are calculated to reflect FFO on the same basis. We also presents FFO excluding the impact of the effects of foreign currency translation.

23

App.682

FFO and FFO on a diluted basis are useful to investors in comparing operating and financial results between periods. This is especially true since FFO excludes real estate depreciation and amortization, as we believe real estate values fluctuate based on market conditions rather than depreciating in value ratably on a straight-line basis over time. We believe that such a presentation also provides investors with a meaningful measure of our operating results in comparison to the operating results of other real estate companies. In addition, we believe that FFO excluding gain (loss) from foreign currency transactions provide useful supplemental information regarding our performance as they show a more meaningful and consistent comparison of our operating performance and allows investors to more easily compare our results.

We believe that FFO does not represent cash flow from operations as defined by GAAP, should not be considered as an alternative to net income as defined by GAAP, and is not indicative of cash available to fund all cash flow needs. We also caution that FFO, as presented, may not be comparable to similarly titled measures reported by other real estate companies.

We compensate for the limitations of FFO by providing investors with financial statements prepared according to GAAP, along with this detailed discussion of FFO and a reconciliation of net income to FFO and FFO-diluted. We believe that to further understand our performance, FFO should be compared with our reported net income and considered in addition to cash flows in accordance with GAAP, as presented in our consolidated financial statements.

The following reconciles our net income attributable to FFO and FFO-basic and diluted, excluding (loss) gain from foreign currency transactions for the years ended December 31, 2020, 2019 and 2018 (dollars and shares in thousands):

| | For the Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2020 | 2019 | 2018 |
| Net income (loss) attributable to the Company | $ 6,669 | $ (26,920) | $ 180,550 |
| Depreciation and amortization on consolidated assets | 14,755 | 13,379 | 22,761 |
| Gain on sale or write down of assets | (32,107) | (14,809) | (171,530) |
| Gain on sale of land | 23,383 | 14,889 | 17,404 |
| Depreciation and amortization on unconsolidated joint ventures at pro rata share | 3,291 | 238 | (1,863) |
| FFO-Basic and Diluted | 15,991 | (13,223) | 47,322 |
| Loss on extinguishment of debt | — | 5,219 | — |
| Loss (gain) on foreign currency transaction | 13,378 | 15,108 | (12,399) |
| FFO-adjusted | $ 29,369 | $ 7,104 | $ 34,923 |

## ITEM 7A.    QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

Optional and not included.

24

## ITEM 8.    CONSOLIDATED FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA

### INDEX TO FINANCIAL STATEMENTS

| | Page |
| --- | --- |
| **Financial Statements** | |
| Report of Independent Registered Public Accounting Firm | 26 |
| Consolidated Balance Sheets at December 31, 2020 and 2019 | 29 |
| Consolidated Statements of Operations for the Years Ended December 31, 2020, 2019 and 2018 | 30 |
| Consolidated Statements of Equity for the Years Ended December 31, 2020, 2019 and 2018 | 31 |
| Consolidated Statements of Cash Flows for the Years Ended December 31, 2020, 2019 and 2018 | 32 |

App.683

**Financial Statement Schedules**

Schedule III—Real Estate and Accumulated Depreciation    51

Schedule IV—Mortgage Loans Receivable on Real Estate    53

25

---

REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors of and
Stockholders of Transcontinental Realty Investors, Inc.
Dallas, Texas

**Opinion on the Financial Statements**

We have audited the accompanying consolidated balance sheets of Transcontinental Realty Investors, Inc. and Subsidiaries as of December 31, 2020 and 2019, and the related consolidated statements of operations, comprehensive income, stockholders' equity, and cash flows for each of the years in the three-year period ended December 31, 2020, and the related notes and schedules (collectively referred to as the consolidated financial statements). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of American Realty Investors, Inc. as of December 31, 2020 and 2019 and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2020 in conformity with accounting principles generally accepted in the United States of America.

**Basis of Opinion**

These consolidated financial statements are the responsibility of Company's management. Our responsibility is to express an opinion on the Company's consolidated financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. As part of our audits, we are required to obtain an understanding of internal control over financial reporting, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion.

Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audits provide a reasonable basis for our opinion.

**Critical Audit Matters**

The critical audit matters communicated below are matters arising from the current period audit of the financial statements that were communicated or required to be communicated to the audit committee and that: (1) relate to accounts or disclosures that are material to the financial statements and (2) involved our especially challenging, subjective, or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the financial statements, taken as a whole, and we are not, by communicating the critical audit matters below, providing separate opinions on the critical audit matters or on the accounts or disclosures to which they relate.

*Impairment of investment in real estate*

*Description of the Matter*

App.684

The Company's net investment in real estate totaled $817.8 million as of December 31, 2020. As discussed in Note 2 to the consolidated financial statements, the Company periodically assesses whether there has been any impairment in the carrying value of its properties and whenever events or changes in circumstances indicate that the carrying value of a property may not be recoverable. Impairment is recognized on real estate assets held for investment when indicators of impairment are present and the future undiscounted cash flows for a real estate asset are less than its carrying amount, at which time the real estate asset is written down to its estimated fair value.

<div align="center">26</div>

Auditing the Company's impairment assessment for real estate assets was complex because of the subjective auditor judgment necessary in evaluating management's identification of indicators of potential impairment. Our evaluation of management's identification of indicators of impairment included our related assessment of such indicators, either individually or in combination, in determining whether a triggering event has occurred that requires the Company to evaluate the recoverability of the real estate asset.

*How We Addressed the Matter in Our Audit*

We obtained an understanding of the Company's controls over the Company's real estate asset impairment assessment process. Our testing of the Company's impairment assessment included, among other procedures, evaluating significant judgments applied in determining whether indicators of impairment existed for the Company's real estate assets. Our procedures included obtaining evidence to corroborate such judgments and searching for evidence contrary to such judgments, including searching for significant tenant write-offs or upcoming lease expirations with little prospects for replacement tenants. We also searched for any significant declines in operating results of a real estate asset due that could be a triggering event or an indicator of potential impairment.

**Collectability of Notes Receivable**

*Description of the Matter*

At December 31, 2020, the Company had notes receivable in the amount of $123.5 million. The Company performs an assessment as to whether or not substantially all of the amounts due under these notes receivable is deemed probable of collection. Subsequently, for notes where the Company concludes that it is not probable that it will collect substantially all payments due under the note, the Company creates an allowance for any amounts not probable of collection.

Auditing the Company's collectability assessment is complex due to the judgment involved in the Company's determination of the collectability of these notes. The determination involves consideration of the terms of the note, whether or not the note is currently performing, and any security for the note.

*How We Addressed the Matter in Our Audit*

We obtained an understanding of the Company's controls over notes receivable and their collectability assessment. Our testing included among other things, confirming selected notes receivable, determining if the notes were performing according to their terms and testing the Company's evaluation of the underlying security interest if necessary.

**Revenue Recognition (straight-line) for commercial tenants**

*Description of the Matter*

During 2020, the Company recognized office rental revenues and tenant recoveries of $37.2 million and recorded tenant receivables of $.1 million and deferred rent receivables of $3.2 million at December 31, 2020. As described in Note 2 to the consolidated financial statements, the Company recognizes revenue from commercial properties on a straight-line basis over the terms of the related leases.

Auditing the Company's straight-line calculations is complex due to the free rent periods, lease amendments and escalation clauses contained in many of the leases.

*How We Addressed the Matter in Our Audit*

We obtained an understanding of the Company's controls over office rental revenues and tenant recoveries, including controls over management's calculation of the straight-line calculation and deferred rent receivable. To test the straight-line rent revenue and deferred rent receivable, we

<div align="right">App.685</div>

performed audit procedures that included, among others, evaluating the data and assumptions used in determining the calculation and agreeing amounts in the calculation to copies of lease agreements. In addition, we tested the completeness and accuracy of the data that was used in management's straight-line rent and deferred rent receivable calculation.

<div align="center">27</div>

## Emphasis of Liquidity

As described in the Note 17, management intends to sell income-producing assets, refinance real estate and obtain additional borrowings primarily secured by real estate to meet the Company's liquidity requirements.

## Supplemental Information

The supplemental information contained in Schedules III and IV has been subjected to audit procedures performed in conjunction with the audit of the Company's financial statements. The supplemental information is the responsibility of the Company's management. Our audit procedures included determining whether the supplemental information reconciles to the financial statements or the underlying accounting and other records, as applicable, and performing procedures to test the completeness and accuracy of the information presented in the supplemental information. In forming our opinion on the supplemental information, we evaluated whether the supplemental information, including its form and content, is presented in conformity with the Security and Exchange Commission's rules. In our opinion, the supplemental information is fairly stated, in all material respects, in relation to the financial statements as a whole.

FARMER, FUQUA & HUFF, PC
Richardson, Texas
March 24, 2021
We have served as the Company's auditor since 2004.

<div align="center">28</div>

<div align="center">

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**CONSOLIDATED BALANCE SHEETS**
**(dollars in thousands, except par value amounts)**

</div>

| | December 31, | | |
|---|---|---|---|
| | **2020** | | **2019** |
| Assets | | | |
| Real estate | $ | 377,383 | $ 387,790 |
| Cash and cash equivalents | | 36,761 | 51,179 |
| Restricted cash | | 50,206 | 32,082 |
| Notes receivable (including $62,448 and $53,027 at December 31, 2020 and 2019, respectively, from related parties) | | 123,556 | 112,357 |
| Investment in unconsolidated joint ventures | | 51,786 | 81,780 |
| Receivable from related parties | | 159,777 | 141,541 |
| Other assets | | 79,613 | 59,189 |
| Total assets | $ | 879,082 | $ 865,918 |
| | | | |
| Liabilities and Equity | | | |
| Liabilities: | | | |
| Mortgages and other notes payable | $ | 236,069 | $ 241,527 |

<div align="right">App.686</div>

| | 2020 | 2019 |
|---|---:|---:|
| Bonds payable | 237,888 | 223,265 |
| Accounts payable and other liabilities (including $930 and $935 at December 31, 2020 and 2019, respectively, to related parties) | 26,729 | 30,361 |
| Interest payable | 7,550 | 7,230 |
| Deferred revenue | 9,315 | 9,468 |
| Total liabilities | 517,551 | 511,851 |
| | | |
| Equity: | | |
| Shareholders' equity | | |
| Common stock, $0.01 par value, 10,000,000 shares authorized; 8,639,516 shares issued, 8,639,316 outstanding | 87 | 87 |
| Treasury stock at cost, 200 shares | (2) | (2) |
| Additional paid-in capital | 260,388 | 257,853 |
| Retained earnings | 81,334 | 74,665 |
| Total shareholders' equity | 341,807 | 332,603 |
| Noncontrolling interest | 19,724 | 21,464 |
| Total equity | 361,531 | 354,067 |
| Total liabilities and equity | $ 879,082 | $ 865,918 |

The accompanying notes are an integral part of these consolidated financial statements.

29

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(Dollars in thousands, except per share amounts)**

| | For the Years Ended December 31, | | |
|---|---:|---:|---:|
| | **2020** | **2019** | **2018** |
| Revenues: | | | |
| Rental revenues (including $1,083, $841 and $737 for 2020, 2019 and 2018, respectively, from related parties) | $ 51,909 | $ 46,231 | $ 113,944 |
| Other income | 5,113 | 1,823 | 35,161 |
| Total revenue | 57,022 | 48,054 | 149,105 |
| Expenses: | | | |
| Property operating expenses (including $990, $991 and $943 for 2020, 2019 and 2018, respectively, from related parties) | 24,360 | 25,213 | 59,420 |
| Depreciation and amortization | 14,755 | 13,379 | 22,761 |
| General and administrative (including $3,869, $4,144 and $4,578 for 2020, 2019 and 2018, respectively, from related parties) | 9,287 | 8,704 | 11,359 |
| Advisory fee to related party | 8,648 | 8,410 | 11,294 |
| Total operating expenses | 57,050 | 55,706 | 104,834 |
| Net operating (loss) income | (28) | (7,652) | 44,271 |
| Interest income (including $19,515, $17,413 and $13,132 for 2020, 2019 and 2018, respectively, from related parties) | 18,660 | 19,607 | 15,793 |
| Interest expense (including $1,581, $1,999 and $423 for the year ended 2020, 2019 and 2018, respectively, from related parties) | (29,374) | (31,816) | (58,872) |
| (Loss) gain on foreign currency transactions | (13,378) | (15,108) | 12,399 |
| Loss on extinguishment of debt | — | (5,219) | — |

| | | | |
|---|---:|---:|---:|
| Equity in (loss) income from unconsolidated joint ventures | (539) | (1,738) | 1,129 |
| Gain on sale or write-down of assets, net | 32,107 | 14,809 | 171,530 |
| Income tax provision | (4) | 2,000 | (3,210) |
| Net income (loss) | 7,464 | (26,137) | 183,040 |
| Net (income) attributable to noncontrolling interest | (795) | (783) | (1,590) |
| Net income (loss) attributable to the Company | 6,669 | (26,920) | 181,450 |
| Preferred dividend | — | — | (900) |
| Net income (loss) attributable to common shares | $ 6,669 | $ (26,920) | $ 180,550 |
| Earnings per share - basic | | | |
| Basic and diluted | $ 0.77 | $ (3.09) | $ 20.71 |
| Weighted average common shares used in computing earnings per share | | | |
| Basic and diluted | 8,639,316 | 8,717,767 | 8,717,767 |

The accompanying notes are an integral part of these consolidated financial statements.

30

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**CONSOLIDATED STATEMENT OF EQUITY**
**For the Three Years Ended December 31, 2020**
**(audited, dollars in thousands, except share amounts)**

| | Common Stock | Treasury Stock | Paid-in Capital | Retained Earnings | Total Shareholders' Equity | Noncontrolling Interest | Total Equity |
|---|---:|---:|---:|---:|---:|---:|---:|
| Balance, January 1, 2018 | $ 87 | $ (2) | $ 268,950 | $ (79,865) | $ 189,170 | $ 19,091 | $ 208,261 |
| Net income | — | — | — | 181,450 | 181,450 | 1,590 | 183,040 |
| Series D preferred stock dividends (9% per year) | — | — | (900) | — | (900) | — | (900) |
| Redemption of Series D preferred stock | — | — | (10,000) | — | (10,000) | — | (10,000) |
| Balance, December 31, 2018 | 87 | (2) | 258,050 | 101,585 | 359,720 | 20,681 | 380,401 |
| Net loss | — | — | — | (26,920) | (26,920) | 783 | (26,137) |
| Distribution to equity partner | — | — | (197) | — | (197) | — | (197) |
| Balance, December 31, 2019 | 87 | (2) | 257,853 | 74,665 | 332,603 | 21,464 | 354,067 |
| Net income | — | — | — | 6,669 | 6,669 | 795 | 7,464 |
| Adjustment to noncontrolling interest | — | — | 2,535 | — | 2,535 | (2,535) | — |
| Balance, December 31, 2020 | $ 87 | $ (2) | $ 260,388 | $ 81,334 | $ 341,807 | $ 19,724 | $ 361,531 |

The accompanying notes are an integral part of these consolidated financial statements.

31

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**

App.688

(Dollars in thousands)

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | **2020** | | **2019** | | **2018** |
| Cash Flow From Operating Activities: | | | | | | |
| Net income (loss) | $ | 7,464 | $ | (26,137) | $ | 183,040 |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities: | | | | | | |
| Gain on sale or write down of assets | | (32,107) | | (14,809) | | (171,530) |
| Loss (gain) income on foreign currency transactions | | 13,378 | | 15,108 | | (12,399) |
| Loss on debt extinguishment | | — | | 5,219 | | — |
| Depreciation and amortization | | 18,579 | | 15,585 | | 30,749 |
| Provision for bad debts | | 984 | | — | | — |
| Equity in loss (income ) from unconsolidated joint ventures | | 519 | | 2,758 | | (1,129) |
| Distribution of income from unconsolidated joint ventures | | 1,782 | | — | | — |
| Changes in assets and liabilities, net of dispositions: | | | | | | |
| Other assets | | (7,397) | | 798 | | (112,221) |
| Related party receivables | | 4,389 | | (35,257) | | (14,995) |
| Accrued interest payable | | (1,340) | | 2,349 | | (2,307) |
| Accounts payable and other liabilities | | (620) | | (1,361) | | (80,395) |
| Net cash provided by (used in) operating activities | | 5,631 | | (35,747) | | (181,187) |
| Cash Flow From Investing Activities: | | | | | | |
| Collection of notes receivable | | 4,436 | | 13,862 | | 6,541 |
| Originations and advances on notes receivable | | (33,015) | | (21,434) | | (16,801) |
| Acquisition of real estate | | — | | (3,422) | | (10,558) |
| Development and renovation of real estate | | (17,505) | | (33,730) | | (85,055) |
| Deferred leasing costs | | (2,603) | | — | | |
| Proceeds from sale of assets | | 40,982 | | 28,622 | | 253,498 |
| Distribution from unconsolidated joint ventures | | 8,086 | | 6,504 | | — |
| Net cash provided by (used in) investing activities | | 381 | | (9,598) | | 147,625 |
| Cash Flow From Financing Activities: | | | | | | |
| Proceeds from mortgages, other notes and bonds payable | | 30,727 | | 103,800 | | 182,558 |
| Payments on mortgages, other notes and bonds payable | | (31,736) | | (73,719) | | (124,616) |
| Debt extinguishment costs | | — | | (3,799) | | — |
| Deferred financing costs | | (1,297) | | (4,241) | | (5,257) |
| Preferred stock dividends | | — | | — | | (900) |
| Net cash (used in) provided by financing activities | | (2,306) | | 22,041 | | 51,785 |
| Net increase (decrease) in cash, cash equivalents and restricted cash | | 3,706 | | (23,304) | | 18,223 |
| Cash, cash equivalents and restricted cash, beginning of period | | 83,261 | | 106,565 | | 88,342 |
| Cash, cash equivalents and restricted cash, end of period | $ | 86,967 | $ | 83,261 | $ | 106,565 |

The accompanying notes are an integral part of these consolidated financial statements.

32

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

## 1. Organization

As used herein, the terms "the Company", "We", "Our", or "Us" refer to Transcontinental Realty Investors, Inc., a Nevada corporation which was formed in 1984. Our common stock is listed and trades on the New York Stock Exchange ("NYSE") under the symbol "TCI". We are owned approximately 78% by American Realty Investors, Inc. ("ARL"), whose common stock is traded on the NYSE under the symbol "ARL", and 7% by the parent of ARL.

Our primary business is the acquisition, development and ownership of income-producing multifamily and commercial properties. In addition, we opportunistically acquire land for future development in in-fill or high-growth suburban markets. From time to time and when we believe it appropriate to do so, we will also sell land and income-producing properties. We generate revenues by leasing apartment units to residents, and leasing office, industrial and retail space to various for-profit businesses as well as certain local, state and federal agencies. We also generate revenues from gains on sales of income-producing properties and land.

Substantially all of our assets are held by our wholly-owned subsidiary, Southern Properties Capital Ltd ("SPC"), which was formed to allow us to raise funds by issuing non-convertible bonds that are listed and traded on the Tel-Aviv Stock Exchange ("TASE").

At December 31, 2020, our portfolio of income-producing properties consisted of:

- Six commercial properties consisting of five office buildings and 1 retail property comprising in aggregate of approximately 1,600,000 square feet;

- Ten multifamily properties owned directly by us comprising in 1,639 units, excluding apartments being developed;

- Approximately 1,980 acres of developed and undeveloped land; and

- Fifty-one multifamily properties totaling 10,137 units owned by our 50% owned investment in VAA.

Our day to day operations are managed by Pillar Income Asset Management, Inc. ("Pillar"). Their duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities and arranging debt and equity financing with third party lenders and investors. All of the Companies employees are Pillar employees. Our commercial properties are managed by Regis Realty Prime, LLC ("Regis"). Regis provides leasing, construction management and brokerage services. Our multifamily properties are managed by outside management companies. Pillar and Regis are considered to be related parties (See Note 12 – Related Party Transactions).

## 2. Summary of Significant Accounting Policies

*Basis of presentation*

These consolidated financial statements have been prepared in accordance with generally accepted accounting principles ("GAAP") in the United States of America.

We consolidate entities in which we are considered to be the primary beneficiary of a variable interest entity ("VIE") or have a majority of the voting interest of the entity. We have determined that we are a primary beneficiary of the VIE when we have (i) the power to direct the activities of a VIE that most significantly impacts its economic performance, and (ii) the obligations to absorb losses or the right to receive benefits that could potentially be significant to the VIE. In determining whether we are the primary beneficiary, we consider qualitative and quantitative factors, including ownership interest, management representation, ability to control decision and other contractual rights. We account for entities in which we have less than a controlling financial interest or entities where we are not deemed to be the primary beneficiary under the equity method of accounting. Accordingly, we include our share of the net earnings or losses of these entities in our results of operations.

33

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

Certain prior year amounts have been reclassified to conform to the current year presentation on the consolidated balance sheets, consolidated statements of operations and the consolidated statements of cash flows.

*Real estate, depreciation, and impairment*

Real estate assets are stated at the lower of depreciated cost or fair value, if deemed impaired. Major replacements and betterments are capitalized and depreciated over their estimated remaining useful lives. Depreciation is computed on a straight-line basis over the useful lives of the properties (buildings and improvements—10 to 40 years; furniture, fixtures and equipment—5 to 10 years).

We assess whether an indicator of impairment in the value of our real estate exists by considering expected future operating income, trends and prospects, as well as the effects of demand, competition and other economic factors. Such factors include projected rental revenue, operating costs and capital expenditures as well as estimated holding periods and capitalization rates. If an impairment indicator exists, the determination of recoverability is made based upon the estimated undiscounted future net cash flows, excluding interest expense. The amount of impairment loss, if any, is determined by comparing the fair value, as determined by a discounted cash flows analysis, with the carrying value of the related assets. We generally hold and operate our income producing real estate long-term, which decreases the likelihood of their carrying values not being recoverable. Real estate classified as held for sale are measured at the lower of the carrying amount or fair value less cost to sell.

*Real estate held for sale*

We classify properties as held for sale when certain criteria are met in accordance with GAAP. At that time, we present the assets and obligations of the property held for sale separately in our consolidated balance sheet and we cease recording depreciation and amortization expense related to that property. Properties held for sale are reported at the lower of their carrying amount or their estimated fair value, less estimated costs to sell. We did not have any real estate assets classified as held for sale at December 31, 2020 or 2019.

*Cost capitalization*

The cost of buildings and improvements includes the purchase price of property, legal fees and other acquisition costs. We also capitalize development costs including costs directly related to planning, developing, initial leasing and constructing a property as well as interest, property taxes, insurance, and other direct project costs incurred during the period of development. Capitalized costs also include direct and certain indirect costs clearly associated with the project. Indirect costs include real estate taxes, insurance and certain shared administrative costs. In assessing the amounts of direct and indirect costs to be capitalized, allocations are made to projects based on estimates of the actual amount of time spent on each activity. Indirect costs not clearly associated with specific projects are expensed as period costs.

We consider a construction project as substantially completed and held available for occupancy upon the receipt of certificates of occupancy, but no later than one year from cessation of major construction activity. We cease capitalization on the portion (1) substantially completed and (2) occupied or held available for occupancy, and we capitalize only those costs associated with the portion under construction.

*Deferred leasing costs*

We capitalize leasing costs on our commercial properties, which include commissions paid to outside brokers, legal costs incurred to negotiate and document a lease agreement and any internal costs that may be applicable. We allocate these costs to individual tenant leases and amortize them over the related lease term.

*Fair value measurement*

Fair value represents the price that would be received to sell an asset or paid to transfer a liability in a transaction between market participants at the measurement date. In determining fair value we apply the following hierarchy:

Level 1 —Unadjusted quoted prices for identical and unrestricted assets or liabilities in active markets.

34

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

Level 2 —Quoted prices for similar assets and liabilities in active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument.

Level 3 —Unobservable inputs that are significant to the fair value measurement.

App.691

A financial instrument's categorization within the valuation hierarchy is based upon the lowest level of input that is significant to the fair value measurement.

*Related parties*

Related parties are persons or entities who have one or more of the following characteristics, which include entities for which investments in their equity securities would be required, trust for the benefit of persons including principal owners of the entities and members of their immediate families, management personnel of the entity and members of their immediate families and other parties with which the entity may deal if one party controls or can significantly influence the decision making of the other to an extent that one of the transacting parties might be prevented from fully pursuing its own separate interests, or affiliates of the entity.

*Recognition of revenue*

Rental revenue includes fixed minimum rents, reimbursement of operating costs and other leasing income. Rental revenue for residential property, which is generally leased for twelve months or less, is recorded when due from residents, whereas rental revenue for commercial properties, which is generally leased for more than twelve months, is recognized on a straight-line basis over the terms of the related leases.

Reimbursements of operating costs, as allowed under most of our commercial tenant leases, consist of amounts due from tenants for common area maintenance, real estate taxes and other recoverable costs, and are recognized as revenue in the period in which the recoverable expenses are incurred. We record these reimbursements on a "gross" basis, since we generally are the primary obligor with respect to purchasing goods and services from third-party suppliers; we have discretion in selecting the supplier and have the credit risk with respect to paying the supplier.

An allowance for doubtful accounts is recorded for all past due rents and operating expense reimbursements considered to be uncollectible.

*Cash and Cash Equivalents and Restricted Cash*

We consider all highly liquid investments with an original maturity of three months or less when purchased to be cash equivalents, for which cost approximates fair value. Restricted cash includes cash balances held in escrow by financial institutions under the terms of certain secured notes payable and certain unsecured bonds payable.

*Concentration of credit risk*

We maintain our cash balances at commercial banks and through investment companies, the deposits that are insured by the Federal Deposit Insurance Corporation (FDIC). At December 2020 and 2019, the Company maintained balances in excess of the insured amount.

*Income taxes*

We are a "C" corporation" for U.S. federal income tax purposes. However, we are included in the May Realty Holdings, Inc. (the "MRHI") consolidated group for tax purposes. We have a tax sharing agreement that specifies the manner in which the group will share the consolidated tax liability and also how certain tax attributes are to be treated among members of the group.

*Comprehensive income (loss)*

Net income (loss) and comprehensive income (loss) are the same for the year ended December 31, 2020, 2019 and 2018.

35

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

*Use of estimates*

In the preparation of consolidated financial statements in conformity with GAAP, it is necessary for management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the consolidated financial statements and the reported amounts of revenues and expense for the year ended. Actual results could differ from those estimates.

App.692

**Recent accounting pronouncements.**

In October 2018, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") 2018-17, *Consolidation (Topic 810): Targeted Improvements to Related Party Guidance for Variable Interest Entities*. This standard is intended to improve the accounting when considering indirect interests held through related parties under common control for determining whether fees paid to decision makers and service providers are variable interests. The adoption of the standard on January 1, 2020, did not have a material impact on our financial position and results of operations.

In March 2020, the FASB issued ASU 2020-04, *Reference Rate Reform (Topic 848): Facilitation of the Effects of Reference Rate Reform on Financial Reporting*. The standard provides guidance, optional expedients and exceptions that reference London Interbank Offered Rate ("LIBOR") or another reference rate expected to be discontinued due to reference rate reform. The standard was effective upon issuance and can be applied through December 31, 2022. We have mortgage notes payable with interest rates that reference LIBOR, and therefore, we will adopt this standard when LIBOR is discontinued.

On April 10, 2020, the FASB issued a Staff Q&A ("Q&A") related to the application of the lease guidance in ASC 842 for the accounting impact of lease concessions related to the COVID-19 pandemic. The Q&A, allows an entity to make an election to account for lease concessions related to the effects of the COVID-19 as though enforceable rights and obligations for those concessions existed. As a result of this election, an entity will not have to analyze each lease to determine whether enforceable rights and obligations for concessions exist in the lease and can elect to apply or not apply the lease modification guidance in ASC 842, as long as the concessions do not result in a substantial increase in the rights of the lessor or the obligations of the lessee. Our adoption of the guidance of the Q&A did not have a significant impact on our consolidated financial statements during the year ended December 2020.

## 3. Earnings Per Share

Earnings per share ("EPS") has been computed by dividing net income available to common shares, adjusted for preferred dividends, by the weighted-average number of common shares outstanding during the period.

The following table provides our basic and diluted EPS calculation:

| | For the Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| Net income (loss) | $ 7,464 | $ (26,137) | $ 183,040 |
| Net (income) attributable to noncontrolling interest | (795) | (783) | (1,590) |
| Net income (loss) attributable to the Company | 6,669 | (26,920) | 181,450 |
| Preferred dividend | — | — | (900) |
| Net income (loss) attributable to common shares | $ 6,669 | $ (26,920) | $ 180,550 |
| Weighted-average common shares outstanding-basic and diluted | 8,639 | 8,718 | 8,718 |
| EPS - attributable to common shares- basic and diluted | $ 0.77 | $ (3.09) | $ 20.71 |

36

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

## 4. Supplemental Cash Flows Information

The following presents the schedule of interest paid and other supplemental cash flow information:

| | For the Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| Cash paid for interest | $ 27,127 | $ 29,430 | $ 61,587 |
| Cash - Beginning of period | | | |

| | | | | | |
|---|---|---|---|---|---|
| Cash and cash equivalents | $ | 51,179 | $ | 36,358 | 42,705 |
| Restricted cash | | 32,082 | | 70,207 | 45,637 |
| | $ | 83,261 | $ | 106,565 | $ 88,342 |
| **Cash - End of Period** | | | | | |
| Cash and cash equivalents | $ | 36,761 | $ | 51,179 | $ 36,358 |
| Restricted cash | | 50,206 | | 32,082 | 70,207 |
| | $ | 86,967 | $ | 83,261 | $ 106,565 |
| **Proceeds from mortgages, notes and bonds payable** | | | | | |
| Proceeds from mortgages and notes payable | $ | 10,942 | $ | 25,675 | $ 123,345 |
| Proceeds from bonds | | 19,785 | | 78,125 | 59,213 |
| | $ | 30,727 | $ | 103,800 | $ 182,558 |
| **Payment of mortgages, notes and bonds payable** | | | | | |
| Recurring payment on mortgages and notes payable | $ | 12,144 | $ | 51,977 | $ 124,616 |
| Bond payments | | 19,592 | | 21,742 | — |
| | $ | 31,736 | $ | 73,719 | $ 124,616 |

The following is a schedule of noncash investing and financing activities:

| | For the Year Ended December 31, | | |
|---|---|---|---|
| | **2020** | **2019** | **2018** |
| Property acquired in exchange for note payable | $ 3,350 | $ 1,155 | $ 1,895 |
| Note receivable issued in exchange for property | 1,761 | — | — |
| Property acquired in exchange for note receivable | — | 1,800 | 1,735 |
| Debt assumed in sale of properties | 8,238 | — | 31,175 |

## 5. Operating Segments

Our segments are based on the internal reporting that we review for operational decision-making purposes. We operate in two reportable segments: (i) the acquisition, development, ownership and management of multifamily properties and (ii) the acquisition, ownership and management of commercial real estate properties. The services for our multifamily segment include rental of apartments and other tenant services, including parking and storage space rental. Asset information by segment is not reported because we do not use this measure to assess performance or make decisions to allocate resources. Therefore, depreciation and amortization expense is not allocated among segments. General and administrative expenses, advisory fees, interest income and interest expense are not included in segment profit as our internal reporting addresses these items on a corporate level.

37

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

The following table presents our profit by reportable segment:

| | For the Year Ended December 31, | | |
|---|---|---|---|
| | **2020** | **2019** | **2018** |
| **Multifamily Segment** | | | |
| Revenue | $ 14,686 | $ 13,517 | $ 80,821 |

| | | | |
|---|---|---|---|
| Operating expenses | (8,482) | (8,829) | (42,588) |
| Profit from segment | 6,204 | 4,693 | 38,233 |
| **Commercial Segment** | | | |
| Revenue | 37,223 | 32,714 | 33,123 |
| Operating expenses | (15,878) | (16,389) | (16,832) |
| Profit from segment | 21,345 | 16,325 | 16,291 |
| Total profit from all segments | $ 27,549 | $ 21,018 | $ 54,524 |

The following table reconciles our profit by reportable segment to net income (loss):

| | For the Year Ended December 31, | | |
|---|---|---|---|
| | **2020** | **2019** | **2018** |
| Profit from reportable segments | $ 27,549 | $ 21,018 | $ 54,524 |
| Other non-segment items of income (expense) | | | |
| Depreciation and amortization | (14,755) | (13,379) | (22,761) |
| General and administrative | (9,287) | (8,704) | (11,359) |
| Advisory fee to related party | (8,648) | (8,410) | (11,294) |
| Other income | 5,113 | 1,823 | 35,161 |
| Interest income | 18,660 | 19,607 | 15,793 |
| Interest expense | (29,374) | (31,816) | (58,872) |
| (Loss) gain on foreign currency transactions | (13,378) | (15,108) | 12,399 |
| Loss on extinguishment of debt | — | (5,219) | — |
| Equity in (loss) income from unconsolidated joint ventures | (519) | (2,758) | 1,129 |
| Gain on sale or write-down of assets, net | 32,107 | 14,809 | 171,530 |
| Income tax provision | (4) | 2,000 | (3,210) |
| Net income (loss) | $ 7,464 | $ (26,137) | $ 183,040 |

38

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

The table below reconciles our segment information to the corresponding amounts in our consolidated balance sheets:

| | December 31, | |
|---|---|---|
| | **2020** | **2019** |
| Segment assets | $ 342,965 | $ 348,404 |
| Real estate | 65,149 | 70,006 |
| Investment in unconsolidated joint ventures | 51,786 | 81,780 |
| Notes receivable | 123,556 | 112,357 |
| Receivable from related parties | 159,777 | 141,541 |
| Cash and other non-segment assets | 135,849 | 111,830 |
| Total assets | $ 879,082 | $ 865,918 |

**6. Lease Revenue**

App.695

We lease our multifamily properties and commercial properties under agreements that are classified as operating leases. Our multifamily leases generally include minimum rents and charges for ancillary services. Our commercial property leases generally included minimum rents and recoveries for property taxes and common area maintenance. Minimum rental revenues are recognized on a straight-line basis over the terms of the related leases.

The following table summarizes the components of rental revenue for the years ended December 2020, 2019 and 2018:

| | For the Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2020 | 2019 | 2018 |
| Fixed component | $ 49,974 | $ 43,749 | $ 112,203 |
| Variable component | 1,935 | 2,482 | 1,741 |
| Total rental revenue | $ 51,909 | $ 46,231 | $ 113,944 |

The following table summarizes the future rental payments to us from under non-cancelable leases. The table exclude multifamily leases, which typically have a term of one-year or less:

| Year | Amount |
| --- | --- |
| 2021 | $ 23,419 |
| 2022 | 21,363 |
| 2023 | 16,003 |
| 2024 | 10,889 |
| 2025 | 6,938 |
| Thereafter | 25,566 |
| Total | $ 104,178 |

39

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

**7. Real Estate Activity**

At December 31, 2020 and 2019, our real estate investment is comprised of the following:

| | December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Land | $ 50,759 | $ 49,887 |
| Building and improvements | 297,644 | 286,280 |
| Tenant improvements | 30,935 | 49,431 |
| Construction in progress | 77,891 | 84,399 |
| Total cost | 457,229 | 469,997 |
| Less accumulated deprecation | (82,418) | (90,173) |
| Total real estate, net | 374,811 | 379,824 |
| Property held for sale | 2,572 | 7,966 |
| Total real estate | $ 377,383 | $ 387,790 |

Our property held for sale consists of land parcels at Mercer Crossing that are currently under contract for sale.

We continue to invest in the development of multifamily properties. During the year ended December 31, 2020, we invested $17,505 related to the construction and development projects.

Gain on sale or write-down of assets, net consists of the following:

| | For the Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2020 | 2019 | 2018 |
| Land(1) | $ 23,383 | $ 14,889 | $ 17,404 |
| Multifamily(2) | 3,702 | (80) | 154,126 |
| Commercial(3) | 4,610 | — | — |
| Other(4) | 412 | — | — |
| | $ 32,107 | $ 14,809 | $ 171,530 |

(1)  Includes the sale of lots related to our investment in Windmill Farms, Mercer Crossing and other land holdings.

(2)  On May 1, 2020, we sold Villager, a 33 unit multifamily property in Fort Walton, Florida for $2,426, resulting in a gain on sale of $960. The sales price was funded by the issuance of a $1,761 note receivable and the assumption of the $665 mortgage note payable on the property (See Note 10 – Mortgages and Other Notes Payable). On July 16, 2020, we sold Farnham Park, a 144 unit multifamily property in Port Arthur, Texas for $13,300, resulting in a gain on the sale of of $2,742. The sales price was funded by cash payment of $4,215 and the assumption of the $9,085 mortgage note payable on the property (See Note 10 – Mortgages and Other Notes Payable).

(3)  On September 14, 2020, we sold Bridge View Plaza, a 122,205 square foot retail center in La Crosse, Wisconsin for $5,250, resulting in a gain on sale of $4,610. The proceeds from the sale were used to pay off the $3,375 mortgage note payable on the property (See Note 10 – Mortgages and Other Notes Payable) and for general corporate purposes.

(4)  Includes the write-off of development costs.

40

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

**8. Notes Receivable**

The following table summarizes our notes receivables at December 31, 2020 and 2019:

| Borrower / Project | Carrying Value | | Interest Rate | Maturity Date |
| --- | --- | --- | --- | --- |
| | 2020 | 2019 | | |
| ABC Land and Development, Inc. | $ 4,408 | $ 4,408 | 9.50 % | 6/30/21 |
| ABC Paradise, LLC | 1,210 | 1,210 | 9.50 % | 6/30/21 |
| Autumn Breeze(1) | 1,867 | 1,302 | 5.00 % | 7/1/22 |
| Bellwether Ridge(1) | 3,858 | 3,765 | 5.00 % | 11/1/21 |
| Forest Pines(1) | 2,869 | 2,868 | 5.00 % | 11/1/22 |
| JEM Holdings, Inc. | — | 300 | 6.00 % | 7/1/16 |
| Lake Wales | 3,000 | 3,000 | 9.50 % | 6/30/21 |
| Legacy Pleasant Grove | 496 | 496 | 12.00 % | 10/23/22 |
| McKinney Ranch | 4,554 | 4,554 | 6.00 % | 9/15/22 |
| One Realco Land Holding, Inc. | 1,728 | 1,728 | 9.50 % | 6/30/21 |
| Oulad-Chikh Family Trust | — | 174 | 8.00 % | 3/1/21 |
| Parc at Ingleside(1) | 2,523 | 1,531 | 5.00 % | 12/1/21 |

App.697

| | | | | |
|---|---:|---:|---:|---:|
| Parc at Windmill Farms(1) | 7,805 | 7,502 | 5.00 % | 3/31/22 |
| Phillips Foundation for Better Living, Inc.(2) | — | 314 | 12.00 % | 3/31/22 |
| Phillips Foundation for Better Living, Inc.(2) | 61 | — | 12.00 % | 3/31/23 |
| Plum Tree(1) | 857 | 413 | 5.00 % | 4/26/26 |
| Riverview on the Park Land, LLC | 1,045 | 1,045 | 9.50 % | 6/30/21 |
| RNC Portfolio, Inc. | 8,853 | 8,802 | 5.00 % | 9/1/24 |
| Spartan Land | 5,907 | 5,907 | 12.00 % | 1/16/23 |
| Spyglass of Ennis(1) | 5,360 | 5,288 | 5.00 % | 11/1/22 |
| Steeple Crest(1) | 6,498 | 6,665 | 5.00 % | 8/1/21 |
| Unified Housing Foundation, Inc. (2)(3) | 2,880 | 3,793 | 12.00 % | 7/31/21 |
| Unified Housing Foundation, Inc. (2)(3) | 212 | 212 | 12.00 % | 8/30/21 |
| Unified Housing Foundation, Inc. (2)(3) | 6,831 | 6,831 | 12.00 % | 10/31/21 |
| Unified Housing Foundation, Inc. (2)(3) | 10,896 | 10,926 | 12.00 % | 12/31/21 |
| Unified Housing Foundation, Inc. (2)(3) | 10,096 | 10,096 | 12.00 % | 3/31/22 |
| Unified Housing Foundation, Inc. (2)(3) | 6,990 | — | 12.00 % | 3/31/23 |
| Unified Housing Foundation, Inc. (2)(3) | 3,615 | — | 12.00 % | 5/31/23 |
| Unified Housing Foundation, Inc. (2)(3) | 19,139 | 19,127 | 12.00 % | 12/31/32 |
| | $ 123,556 | $ 112,357 | | |

(1)  The note is convertible, at our option, into a 100% ownership interest in the underlying development property, and is collateralized by the underlying development property.

(2)   The borrower is determined to be a related party due to our significant investment in the performance of the collateral secured by the notes receivable.

(3)   Principal and interest payments on the notes from Unified Housing Foundation, Inc. ("UHF") are funded from surplus cash flow from operations, sale or refinancing of the underlying properties and are cross collateralized to the extent that any surplus cash available from any of the properties underlying the notes.

41

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

**9. Investment in Unconsolidated Joint Ventures**

On November 19, 2018, we formed the VAA joint venture with the Macquarie Group ("Macquarie"). In connection with the formation of VAA, we sold a 50% ownership interest in certain multifamily properties to Macquarie for a $236.8 million cash payment, resulting in a gain on sale of assets of $154.1 million. We then immediately transferred our respective ownership interests in the multifamily projects ("VAA Portfolio") to VAA in exchange for a 50% voting interest / 49% profit participation interest ("Class A interest") in VAA and note payable ("Mezzanine Loan") in accordance with the terms of a contribution agreement (the "Contribution"). Upon completion of the Contribution, VAA owned and controlled 52 multifamily properties. VAA assumed all liabilities of those properties, including mortgage debt insured by the Department of Housing and Urban Development ("HUD").

Concurrent with the Contribution, VAA issued Class B interests with a 2% profits participation interest and no voting rights to Daniel J. Moos, our former President and Chief Executive Officer ("Class B Member"). The Class B Member serves as the Manager of VAA.

Interest on the Mezzanine loan is limited to cash generated from the properties and matures concurrently with the termination of VAA. Accordingly, we account for our interest in the Mezzanine Loan as additional equity interest and includes any interest payments accrued as income from unconsolidated joint ventures.

On December 31, 2018, we purchased 900,000 shares of ARL Series A convertible preferred shares ("ARL Preferred Shares") from Realty Advisors, Inc. ("RAI"). On December 22, 2020, we transferred our ownership of the ARL Preferred Shares and the ARL common shares that we had

App.698

previously acquired to RAI for $18,878 and $3,740, respectively. RAI has a controlling ownership interest on ARL and is therefore deemed a related party. The transfer was recorded at cost as an increase to related party receivable.

The following is a summary of our investment in unconsolidated joint ventures:

| | | As of December 31, | | |
| --- | --- | --- | --- | --- |
| | | 2020 | | 2019 |
| *Condensed Balance Sheets of VAA* | | | | |
| Assets | | | | |
| Real estate | $ | 1,217,725 | $ | 1,242,957 |
| Other assets | | 63,102 | | 62,222 |
| Total assets | $ | 1,280,827 | $ | 1,305,179 |
| Liabilities and Partners Capital | | | | |
| Mortgage notes payable | $ | 830,721 | $ | 832,858 |
| Mezzanine notes payable | | 239,878 | | 240,422 |
| Other liabilities | | 37,262 | | 30,790 |
| Our share of partners' capital | | 84,983 | | 99,775 |
| Outside partner's capital | | 87,983 | | 101,334 |
| Total liabilities and partners' capital | $ | 1,280,827 | $ | 1,305,179 |
| *Investment in unconsolidated joint ventures* | | | | |
| Our share of partners' capital | $ | 84,983 | $ | 99,775 |
| Our share of Mezzanine note payable | | 119,939 | | 120,211 |
| Basis adjustment (1) | | (153,136) | | (160,838) |
| Our investment in unconsolidated joint ventures | | 51,786 | | 59,148 |
| Investment ARL common shares | | — | | 606 |
| Investment in ARL preferred shares | | — | | 22,026 |
| Total investment in unconsolidated joint ventures | $ | 51,786 | $ | 81,780 |

42

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

(1)    We amortize the difference between the cost of our investment in unconsolidated joint ventures and the book value of our underlying equity into income on a straight-line basis consistent with the lives of the underlying assets.

The following is a summary of our (loss) income from investments in unconsolidated joint ventures:

| | | For the Years Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2020 | | 2019 | | 2018 |
| *Condensed Statements of Operations of VAA* | | | | | | |
| Revenue | | | | | | |
| Rental revenue | $ | 117,336 | $ | 109,746 | $ | 11,568 |
| Other revenue | | 5,779 | | 5,631 | | 1,319 |
| Total revenue | | 123,115 | | 115,377 | | 12,887 |
| Expenses | | | | | | |
| Operating expenses | | 62,458 | | 60,516 | | 9,827 |
| Depreciation and amortization | | 30,456 | | 43,942 | | 6,987 |
| Interest | | 56,903 | | 61,315 | | 5,795 |
| Total expenses | | 149,817 | | 165,773 | | 22,609 |
| Net loss | $ | (26,702) | $ | (50,396) | $ | (9,722) |

App.699

Our share of net (loss) income in unconsolidated joint ventures $ (319) $ (2,758) $ 1,129

43

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

**10. Mortgages and Other Notes Payable**

Below is a summary of our notes and interest payable as of December 31, 2020 and 2019:

| Property/ Entity | Carrying Value 2020 | Carrying Value 2019 | Interest Rate | Maturity Date |
|---|---|---|---|---|
| 600 Las Colinas | $ 35,589 | $ 36,302 | 5.30 % | 11/1/2023 |
| 770 South Post Oak | 11,871 | 12,077 | 4.40 % | 6/1/2025 |
| Bridge View Plaza(1) | — | 3,824 | 7.75 % | 11/1/2020 |
| Chelsea | 8,194 | 8,749 | 3.40 % | 12/1/2050 |
| EQK Portage - Land(2) | 3,350 | — | 10.00 % | 11/13/2024 |
| HSW Partners(3) | 14,690 | 13,032 | 9.50 % | 6/17/2021 |
| Farnham Park(4) | — | 9,144 | 3.39 % | 12/1/2050 |
| Forest Grove(5) | 7,333 | 1,390 | 3.75 % | 5/5/2024 |
| Landing Bayou | 14,643 | 15,467 | 3.50 % | 9/1/2053 |
| Athens(6) | 1,155 | 1,155 | 5.90 % | 8/28/2022 |
| Legacy at Pleasant Grove | 13,653 | 13,944 | 3.60 % | 4/1/2048 |
| McKinney 36 Land | 820 | 944 | 8.00 % | 6/30/2022 |
| Overlook at Allenville Phase II | 15,621 | 15,798 | 3.80 % | 5/1/2059 |
| Parc at Denham Springs Phase II | 16,128 | 14,785 | 4.10 % | 2/1/2060 |
| Stanford Center(7) | 39,093 | 39,255 | 6.00 % | 2/26/2022 |
| Sugar Mill Phase III | 9,298 | 5,908 | 4.50 % | 2/1/2060 |
| Toulon | 13,975 | 14,219 | 3.20 % | 12/1/2051 |
| Villager(8) | — | 556 | 2.50 % | 3/1/2043 |
| Villas at Bon Secour | 10,280 | 11,026 | 4.00 % | 1/1/2022 |
| Vista Ridge | 9,979 | 10,122 | 4.00 % | 8/1/2053 |
| Windmill Farms(9) | 10,397 | 13,830 | 6.00 % | 2/28/2023 |
|  | $ 236,069 | $ 241,527 |  |  |

(1)   On September 14, 2020, we paid off the loan in connection with the sale of the underlining property (See Note 7 – Real Estate Activity).

(2)    On March 5, 2020, we acquired 49.2 acres of land in Kent, Ohio in exchange for the note payable.

(3)   On, December 3, 2020, we extended the maturity on the loan to June 17, 2021.

(4)   On July 16, 2020, the loan was assumed by a third party in connection with the sale of the underlying property (See Note 7 – Real Estate Activity).

(5)   The loan bears interest at prime rate plus 0.5%.

(6)   On March 2, 2021, the loan was extended to August 28, 2022.

(7)   On May 1, 2020, the loan was extended to February 26, 2022.

(8)   On May 1, 2020, the loan was assumed by a third party in connection to sale of the underlying property (See Note 7 – Real Estate Activity).

(9)   On March 4, 2021, the loan was extended to February 28, 2023 at an interest of 5%.

App.700

Interest payable at December 31, 2020 and 2009, was $713 and $844, respectively. We capitalized interest of $838 and $838 during the years ended December 31, 2020 and 2019, respectively.

<div align="center">44</div>

<div align="center">

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

</div>

There are various land mortgages, secured by the property, that are in the process of a modification or extension to the original note due to expiration of the loan. We are working with our existing lenders and new lenders to modify, extend the loans before they become due or refinancing the loans with terms that are similar to the existing agreement.

As of December 31, 2020, we were in compliance with all our loan covenants.

Future principal payments due on our notes payable at December 31, 2020 are as follows:

| Year | Amount |
|---|---|
| 2021 | $ 14,079 |
| 2022 | 14,403 |
| 2023 | 37,690 |
| 2024 | 2,575 |
| 2025 | 12,927 |
| Thereafter | 159,580 |
| | 241,254 |
| Deferred finance cost | (5,185) |
| | $ 236,069 |

**11. Bonds Payable**

We have issued three series of nonconvertible bonds ("Bonds") through SPC, which are traded on the TASE. The Bonds are denominated in New Israeli Shekels ("NIS") and provide for semiannual principal and interest payments through maturity.

On February 2, 2020, the S&P Global Ratings of our Series A and Series C bonds increased to 'ilA-' from 'ilBBB+'. In addition, the rating on our Series C bonds increased to 'ilA' from 'ilA-' rating due to the expectation of continued improvement in coverage ratios and the expansion of our portfolio.

In connection with the Bonds, we incurred a (loss) gain on foreign currency transactions of $(13,378), $(15,108), and $12,399, for the years ended December 31, 2020, 2019 and 2018, respectively. From September 23, 2019 to December 31, 2019, we had hedging agreement that effectively prevented the exchange rate for the NIS to the U.S. Dollar from falling below three.

The outstanding balance of our Bonds at December 31, 2020 and 2019 is as follows:

| | December 31, | | | |
|---|---|---|---|---|
| Bond Issuance | 2020 | 2019 | Interest Rat | Maturity |
| Series A Bonds(1)(2) | $ 95,133 | $ 92,653 | 7.30 % | 7/31/23 |
| Series B Bonds(3) | 65,318 | 60,764 | 6.80 % | 7/31/25 |
| Series C Bonds(2) | 85,537 | 79,572 | 4.65 % | 1/31/23 |
| | 245,988 | 232,989 | | |
| Less unamortized deferred issuance costs | (8,100) | (9,724) | | |
| | $ 237,888 | $ 223,265 | | |

(1)   On November 30, 2020, we issued $19,693 in additional bonds for $18,822 in net proceeds.

(2)   The bonds are collateralized by the assets of SPC.

(3)   The bonds are collateralized by a trust deed in Browning Place, a 625,297 square foot office building in Farmers Branch, Texas.

<div align="center">App.701</div>

45

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

The aggregate maturities of our Bonds are as follows:

| Year | | Amount |
|------|---|-------|
| 2021 | $ | 44,775 |
| 2022 | | 44,775 |
| 2023 | | 130,310 |
| 2024 | | 13,064 |
| 2025 | | 13,064 |
| | $ | 245,988 |

As of December 31, 2020, we were in compliance with our bond covenants.

**12. Related Party Transactions**

We engage in certain business transactions with related parties, including but not limited to asset acquisition and dispositions of real estate. Transactions involving related parties cannot be presumed to be carried out on an arm's length basis due to the absence of free market forces that naturally exist in business dealings between two or more unrelated entities. Related party transactions may not always be favorable to our business and may include terms, conditions and agreements that are not necessarily beneficial to or in our best interest.

Pillar and Regis are wholly owned by an affiliates of the MRHI, which also owns approximately 91% of ARL. Pillar is compensated for advisory services in accordance with an agreement. Regis receives property management fees and leasing commissions in accordance with the terms of its property-level management agreement. In addition, Regis is entitled to receive real estate brokerage commissions in accordance with the terms of a non-exclusive brokerage agreement.

Rental income includes $1,083, $841 and $737 for the years ended December 31, 2020, 2019 and 2018, respectively, for office space leased to Pillar and Regis.

Property operating expense includes $990, $991 and $943 for the years ended December 31, 2020, 2019 and 2018, respectively, for management fees on commercial properties payable to Regis.

General and administrative expense includes $3,869, $4,144 and $4,578 for the years ended December 31, 2020, 2019 and 2018, respectively, for employee compensation and other reimbursable costs payable to Pillar.

Advisor fees paid to Pillar were $8,648, $8,410 and $11,294 for the years ended December 31, 2020, 2019 and 2018, respectively.

Notes receivable are includes amounts held by UHF and Pillar (See Note 8 – Notes Receivable). UHF is determined to be a related party due to our significant investment in the performance of the collateral secured by the notes receivable. Interest income on these notes was $19,515, $17,413 and $13,132 for the years ended December 31, 2020, 2019 and 2018, respectively.

Interest expense on notes payable to Pillar was $1,581, $1,999 and $423 for the years ended December 31, 2020, 2019 and 2018, respectively.

Related party receivables represents amounts outstanding from Pillar for loans and advances, net of unreimbursed fees, expenses and costs as provided above.

App.702

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

### 13. Noncontrolling Interests

The noncontrolling interest represents the third party ownership interest in Income Opportunity Realty Investors, Inc. ("IOR"). Shares of of IOR are listed on the New York stock exchange under the symbol of IOR. We owned 18.9% in in IOR during the years ended December 31, 2020, 2019 and 2018.

### 14. Stockholders Equity

*Dividends:*

Our decision to declare dividends on common stock are determined on an annual basis following the end of each year. In accordance with that policy, no dividends on our common stock were declared for 2020, 2019, or 2018. Future distributions to common stockholders will be determined in light of conditions then existing, including our financial condition and requirements, future prospects, restrictions in financing agreements, business conditions and other factors deemed relevant by our board of directors.

*Preferred Stock:*

In November 2006, we issued 100,000 shares of Series D Preferred Stock with a liquidation preference of $100 per share. The preferred stock is not convertible into any other security, requires dividends payable at the initial rate of 7% annually. The dividend rate increases ratably from 7% to 9% in future periods and can be redeemed at any point after September 30, 2011. During the year ended December 31, 2018, all 100,000 shares of Series D Preferred Stock were redeemed for $17,200, of which $7,200 was accrued unpaid dividends. At December 31, 2020, 2019 and 2018, there were no preferred shares outstanding.

### 15. Deferred Income

In previous years, we have sold properties to related parties where we have had continuing involvement in the form of management or financial assistance associated with the sale of the properties. Because of the continuing involvement associated with the sale, the sales criteria for the full accrual method is not met, and as such we have deferred some or all of the gain recognition and accounted for the sale by applying the finance, deposit, installment or cost recovery methods, as appropriate, until the sales criteria is met. The gains on these transactions have been deferred until the properties are sold to a non-related third party. As of December 31, 2020, we had a deferred gain of $9,315.

### 16. Income Taxes

We account for income taxes under the asset and liability method, which requires the recognition of deferred tax assets and liabilities for the expected future tax consequences of events that have been included in the financial statements. Under this method, deferred tax assets and liabilities are determined on the basis of the differences between the financial statement and tax bases of assets and liabilities using enacted tax rates in effect for the year in which the differences are expected to reverse. The effect of a change in tax rates on deferred tax assets and liabilities is recognized in income in the period that includes the enactment date. We recognize deferred tax assets to the extent that we believe these assets are more likely than not to be realized. In making such a determination, we consider all available positive and negative evidence, including future reversals of existing taxable temporary differences, projected future taxable income, tax-planning strategies, and results of recent operations. If we determine that we would be able to realize our deferred tax assets in the future in excess of their net recorded amount, we would make an adjustment to the deferred tax asset valuation allowance, which would reduce the provision for income taxes. We record uncertain tax positions on the basis of a two-step process whereby (1) we determine whether it is more likely than not that the tax positions will be sustained on the basis of the technical merits of the position and (2) for those tax positions that meet the more-likely-than-not recognition threshold, we recognize the largest amount of tax benefit that is more than 50 percent likely to be realized upon ultimate settlement with the related tax authority.

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

App.703

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

The (benefit) expense for income taxes consists of:

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2020 | 2019 | 2018 |
| Current: |  |  |  |
| Federal | — | — | $ 42,805 |
| State | 4 | — | 1,210 |
| Deferred and Other: |  |  |  |
| Federal | — | (2,000) | (40,805) |
| State | — | — | — |
| Total tax expense (benefit) | $ 4 | $ (2,000) | $ 3,210 |

The reconciliation between our effective tax rate on income from operations and the statutory rate is as follows:

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2020 | 2019 | 2018 |
| Income tax (benefit) expense at federal statutory rate | $ 1,568 | $ (5,909) | $ 39,113 |
| State and local income taxes net of federal tax benefit | 4 | — | 1,210 |
| Permanent differences | (1,766) | (2,406) | (143) |
| Timing differences |  |  |  |
| Installment note on land sale | — | — | (2,876) |
| Allowance for losses on note | — | — | (383) |
| Deferred gains | (878) | (588) | (9,417) |
| Basis difference on fixed assets | 1,307 | — | 23,675 |
| Other basis/timing differences | 2,296 | 3,173 | (7,164) |
| Generation (use) of net operating loss carryforwards | (2,527) | 3,730 | (40,805) |
| Calculated income tax expense (benefit) | $ 4 | $ (2,000) | $ 3,210 |
| Effective tax rate | — % | — % | 0.6 % |

We are subject to taxation in the United States and various states and foreign jurisdictions.  As of December 31, 2020, our tax years for 2019, 2018, and 2017 are subject to examination by the tax authorities.  With few exceptions, as of December 31, 2020, we are no longer subject to U.S federal, state, local, or foreign examinations by tax authorities for the years before 2016.

The 2020 and 2019 effective tax rate is driven primarily by the passing of the Tax Cuts and Jobs Act by congress on December 22, 2017.  This act reduced the statutory tax rate for corporations to 21%, starting in 2019. As a result, our tax assets were remeasured to reflect the new tax rate for future years with the impact on the 2018 provision for income taxes.

48

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

Components of the Net Deferred Tax Asset or Liability

|  | Year Ended December 31, | |
|---|---|---|
|  | 2020 | 2019 |

App.704

| | | |
|---|---|---|
| Cumulative foreign currency translation loss | $ 3,818 | 1,522 |
| Basis difference for fixed assets | 1,426 | — |
| Deferred gain | 1,956 | 1,988 |
| Net operating loss carryforward | 7,107 | 9,633 |
| | 14,307 | 13,143 |
| Less: valuation allowance | (14,307) | (6,480) |
| | $ — | $ 6,663 |
| | | |
| Deferred gain | $ — | $ — |
| Basis differences for fixed assets | — | 6,663 |
| Total Deferred Tax Liability | $ — | $ 6,663 |
| | | |
| Current net deferred tax asset | — | 6,663 |
| Long-term net deferred tax liability | — | (6,663) |
| | $ — | $ — |

We have state net operating losses in many of the various states in which we operate.

We assess the available positive and negative evidence to estimate if sufficient future taxable income will be generated to use the existing deferred tax assets. At December 31, 2020, we had a net deferred tax asset due to tax deductions available to us in future years. However, as we could not determine that it was more likely than not that we would realize the benefit of the deferred tax asset, we established a 100% valuation allowance.

## 17. Commitments and Contingencies

We believe that we will generate excess cash from property operations in the next twelve months; such excess, however, might not be sufficient to discharge all of our obligations as they become due. We intend to sell income-producing assets, refinance real estate and obtain additional borrowings primarily secured by real estate to meet our liquidity requirements.

We were the primary guarantor, on a $24,300 mezzanine loan between UHF and a lender. The guarantee was remove on January 29, 2021, concurrent with the repayment of the loan by UHF.

We were the plaintiff in a lawsuit against Dynex Commercial, Inc. ("Dynex") for failure to fulfill certain loan commitments. In January 2015, the court awarded us with a judgment of $24,800. We are pursuing all legal means to collect this award. However, due to the uncertainty of the collectability of the award, the receivable has been fully reserved.

In February 2019, we were charged in a lawsuit brought by Paul Berger ("Berger") that alleges that we completed improper sales and/or transfers of property with Income Opportunity Realty Investors, Inc. ("IOR"), our consolidated subsidiary. Berger requests that we pay off various related party loans to IOR and that IOR then distribute the funds to its shareholders. We intend to vigorously defend against the allegations.

In connection with the formation of VAA, ten of the properties that we contributed to the joint venture are subject to an earn-out provision that provides for a remeasurement of the value of those properties after a two-year period following the completion of construction. As of December 31, 2020, we have recorded a liability of $10,000, which we believe is the amount that will be required to settle our obligation. We have been unable to reach agreement with our joint venture partner on the remeasured value. As a result, the parties have filed for arbitration in accordance with the joint venture agreement.

49

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

## 18. Quarterly Results of Operations

The following is a tabulation of our quarterly results of operations for the years 2020, 2019 and 2018. Quarterly results presented may differ from

|  | 2020 Quarter Ended | | | |
|  | March 31, | June 30, | September 30, | December 31, |
|---|---|---|---|---|
| Revenues | $ 12,753 | $ 13,431 | $ 12,159 | $ 18,679 |
| Net operating (loss) income | (3,146) | 635 | (1,537) | 4,020 |
| Net income (loss) attributable to the Company | 4,613 | (4,158) | 7,693 | (1,479) |
| Net income (loss) attributable to the Company per share - basic and diluted | $ 0.53 | $ (0.48) | $ 0.88 | $ (0.17) |

|  | 2019 Quarter Ended | | | |
|  | March 31, | June 30, | September 30, | December 31, |
|---|---|---|---|---|
| Revenues | $ 15,821 | $ 12,528 | $ 13,397 | $ 6,308 |
| Net operating income (loss) | 2,639 | (2,692) | 449 | (8,048) |
| Net (loss) income attributable to the Company | (5,609) | (6,345) | (7,787) | (7,179) |
| Net (loss) income attributable to the Company per share - basic and diluted | $ (0.64) | $ (0.73) | $ (0.89) | $ (0.83) |

## 19. Subsequent Events

The date to which events occurring after December 31, 2020, the date of the most recent balance sheet, have been evaluated for possible adjustments to the financial statements or disclosure is March 24, 2021, which is the date of which the financial statements were available to be issued. There are no subsequent events that would require an adjustment to the financial statements.

50

## TRANSCONTINENTAL REALTY INVESTORS, INC.

### NOTES TO FINANCIAL STATEMENTS

**(Dollars in thousands, except per share amounts)**

### SCHEDULE III - REAL ESTATE AND ACCUMULATED DEPRECIATION
### December 31, 2020

| Property/Location | Encumbrances | Initial Cost | | Cost Capitalized Subsequent to Acquisition | Gross Amount Carried at End of Year | | | Accumulated Depreciation | Date of Construction | Date Acquired |
|  |  | Land | Buildings |  | Land | Building & Improvements | Total |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| *Multifamily* | | | | | | | | | | |
| Chelsea | $ 8,194 | $ 1,225 | $ 11,230 | $ 6 | $ 1,231 | $ 11,230 | $ 12,461 | $ 596 | 1999 | 2018 |
| Forest Grove | 7,333 | 1,440 | 10,234 | 26 | 1,440 | 10,260 | 11,700 | 150 | 2020 | 2020 |
| Landing Bayou | 14,643 | 2,011 | 18,255 | 14 | 2,011 | 18,269 | 20,280 | 948 | 2005 | 2018 |
| Legacy at Pleasant Grove | 13,653 | 2,005 | 18,109 | — | 2,005 | 18,109 | 20,114 | 2,761 | 2006 | 2014 |
| Overlook at Allenville Phase II | 15,621 | 2,410 | 17,033 | 12 | 2,410 | 17,045 | 19,455 | 749 | 2012 | 2015 |
| Parc at Denham Springs Phase II | 16,128 | 1,505 | 16,975 | — | 1,505 | 16,975 | 18,480 | 449 | 2010 | 2009 |
| Sugar Mill Phase III | 9,298 | 576 | 9,755 | 7 | 576 | 9,762 | 10,338 | 138 | 2015 | 2015 |
| Toulon | 13,975 | 1,621 | 20,107 | 372 | 1,993 | 20,107 | 22,100 | 4,775 | 2011 | 2009 |
| Villas at Bon Secour | 10,280 | 2,715 | 15,385 | — | 2,715 | 15,385 | 18,100 | 929 | 2007 | 2018 |
| Vista Ridge | 9,979 | 1,339 | 13,398 | — | 1,339 | 13,398 | 14,737 | 2,241 | 2009 | 2015 |
|  | 119,104 | 16,847 | 150,481 | 437 | 17,225 | 150,540 | 167,765 | 13,736 | | |
| *Development* | | | | | | | | | | |
| Forest Pines | — | 3,600 | — | 301 | 3,600 | 301 | 3,901 | — | | 2020 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Heritage McKinney | — | 3,037 | — | 231 | 3,037 | 231 | 3,268 | — | | 2017 |
| | — | 6,637 | — | 532 | 6,637 | 532 | 7,169 | — | | |
| *Commercial* | | | | | | | | | | |
| 600 Las Colinas | 35,589 | 5,751 | 55,460 | 9,609 | 5,751 | 65,069 | 70,820 | 27,702 | 1984 | 2005 |
| 770 South Post Oak | 11,871 | 1,763 | 16,312 | 615 | 1,763 | 16,927 | 18,690 | 2,465 | 1970 | 2015 |
| Browning Place | 85,537 | 5,096 | 49,441 | 14,428 | 5,096 | 63,869 | 68,965 | 24,624 | 1984 | 2005 |
| Stanford Center | 39,093 | 20,278 | 25,876 | 6,223 | 20,278 | 32,099 | 52,377 | 13,817 | 2007 | 2008 |
| Other | — | 646 | 74 | — | 646 | 74 | 720 | 74 | | |
| | 172,090 | 33,534 | 147,163 | 30,875 | 33,534 | 178,038 | 211,572 | 68,682 | | |
| *Land* | | | | | | | | | | |
| Mercer Crossing | — | 5,406 | — | — | 5,406 | — | 5,406 | — | | 2008 |
| Windmill Farms | 10,397 | 43,973 | — | 4,329 | 48,302 | — | 48,302 | — | | 2011 |
| Other | 5,325 | 16,571 | — | 3,016 | 19,587 | — | 19,587 | — | | |
| | 15,722 | 65,950 | — | 7,345 | 73,295 | — | 73,295 | — | | |
| | $ 306,916 | $122,968 | $297,644 | $ 39,189 | $130,691 | $ 329,110 | $459,801 | $ 82,418 | | |

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

**SCHEDULE III - REAL ESTATE AND ACCUMULATED DEPRECIATION**
**As of December 31, 2019**

| | 2020 | 2019 | 2018 |
|---|---|---|---|
| Reconciliation of Real Estate | | | |
| Balance at January 1, | $ 477,963 | $ 463,732 | $ 1,165,662 |
| Additions | 21,223 | 92,964 | 175,996 |
| Deductions | (39,385) | (78,733) | (877,926) |
| Balance at December 31, | $ 459,801 | $ 477,963 | $ 463,732 |
| | | | |
| Reconciliation of Accumulated Depreciation | | | |
| Balance at January 1, | 90,173 | 79,228 | 177,546 |
| Additions | 12,188 | 13,379 | 22,761 |
| Deductions | (19,943) | (2,434) | (121,079) |
| Balance at December 31, | $ 82,418 | $ 90,173 | $ 79,228 |

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

**SCHEDULE IV - MORTGAGE LOANS**

**December 2020**

| Description | Interest Rate | Maturity Date | Periodic Payment Terms | Prior Liens | Face Amount | Carrying Value |
|---|---|---|---|---|---|---|
| **Convertible loans** | | | | | | |
| Autumn Breeze | 5.00% | 7/1/2022 | No payments until maturity or conversion | $ — | $ 1,867 | $ 1,867 |
| Bellwether Ridge | 5.00% | 11/1/2021 | No payments until maturity or conversion | — | 3,858 | 3,858 |
| Forest Pines | 5.00% | 11/1/2022 | No payments until maturity or conversion | — | 2,869 | 2,869 |
| Parc at Ingleside | 5.00% | 12/1/2021 | No payments until maturity or conversion | — | 2,523 | 2,523 |
| Parc at Windmill Farms | 5.00% | 11/1/2022 | No payments until maturity or conversion | — | 7,803 | 7,803 |
| Plum Tree | 5.00% | 4/26/2026 | No payments until maturity or conversion | — | 857 | 857 |
| Spyglass of Ennis | 5.00% | 11/1/2022 | No payments until maturity or conversion | — | 5,360 | 5,360 |
| Steeple Crest | 5.00% | 8/1/2021 | No payments until maturity or conversion | — | 6,498 | 6,498 |
| | | | | — | 31,635 | 31,635 |
| **Land loans** | | | | | | |
| ABC Land and Development, Inc. | 9.50% | 6/30/2021 | No payments until maturity | — | 4,408 | 4,408 |
| ABC Paradise, LLC | 9.50% | 6/30/2021 | No payments until maturity | — | 1,210 | 1,210 |
| Lake Wales | 9.50% | 6/30/2021 | No payments until maturity | — | 3,000 | 3,000 |
| Legacy Pleasant Grove | 12.00% | 10/23/2022 | No payments until maturity | — | 496 | 496 |
| McKinney Ranch | 6.00% | 9/15/2022 | No payments until maturity | — | 4,554 | 4,554 |
| One Realco Land Holding, Inc. | 9.50% | 6/30/2021 | No payments until maturity | — | 1,728 | 1,728 |
| Riverview on the Park Land, LLC | 9.50% | 6/30/2021 | No payments until maturity | — | 1,045 | 1,045 |
| RNC Portfolio, Inc. | 5.00% | 9/1/2024 | No payments until maturity | — | 8,853 | 8,853 |
| Spartan Land | 12.00% | 1/16/2023 | No payments until maturity | — | 5,907 | 5,907 |
| | | | | — | 31,201 | 31,201 |
| **Subsidized housing** | | | | | | |
| Phillips Foundation for Better Living, Inc. | 12.00% | 3/31/2023 | Payments from excess property cash flows | — | 61 | 61 |
| Unified Housing Foundation, Inc. | 12.00% | 7/31/2021 | Payments from excess property cash flows | — | 2,880 | 2,880 |
| Unified Housing Foundation, Inc. | 12.00% | 8/30/2021 | Payments from excess property cash flows | — | 212 | 212 |
| Unified Housing Foundation, Inc. | 12.00% | 10/31/2021 | Payments from excess property cash flows | — | 6,831 | 6,831 |
| Unified Housing Foundation, Inc. | 12.00% | 12/31/2021 | Payments from excess property cash flows | — | 10,896 | 10,896 |
| Unified Housing Foundation, Inc. | 12.00% | 3/31/2022 | Payments from excess property cash flows | — | 10,096 | 10,096 |

53

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

App.708

| Description | Interest Rate | Maturity Date | Periodic Payment Terms | Prior Liens | Face Amount | Carrying Value |
|---|---|---|---|---|---|---|
| Unified Housing Foundation, Inc. | 12.00% | 3/31/2023 | Payments from excess property cash flows | — | 6,990 | 6,990 |
| Unified Housing Foundation, Inc. | 12.00% | 5/31/2023 | Payments from excess property cash flows | — | 3,615 | 3,615 |
| Unified Housing Foundation, Inc. | 12.00% | 12/31/2032 | Payments from excess property cash flows | — | 19,139 | 19,139 |
| | | | | — | 60,720 | 60,720 |
| | | | | $ — | $ 123,556 | $ 123,556 |

54

TRANSCONTINENTAL REALTY INVESTORS, INC.

NOTES TO FINANCIAL STATEMENTS

(Dollars in thousands, except per share amounts)

SCHEDULE IV - MORTGAGE LOANS
As of December 31,

| | 2020 | 2019 | 2018 |
|---|---|---|---|
| Balance at January 1, | $ 112,357 | $ 83,541 | $ 70,166 |
| Additions | 26,535 | 59,241 | 15,123 |
| Deductions | (15,336) | (30,425) | (1,748) |
| Balance at December 31, | $ 123,556 | $ 112,357 | $ 83,541 |

55

ITEM 9.    CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE

None.

ITEM 9A.    CONTROLS AND PROCEDURES

**Evaluation of Disclosure Controls and Procedures**

Under the supervision and with the participation of our management, including our Principal Executive and Financial Officer, we conducted an evaluation of the effectiveness of our disclosure controls and procedures (as defined in Rule 13a-15(e)) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), which are designed to ensure that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified by the SEC's rules and forms. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is accumulated and communicated to our management, including our Principal Executive and Financial Officer, as appropriate to allow timely decisions regarding required disclosure. Based on this evaluation, our Principal Executive and Financial Officer concluded that our disclosure controls and procedures were effective as of the end of the period covered by this report.

App.709

**Management's Report on Internal Control over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting for the Company. Our internal control over financial reporting is designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements in accordance with generally accepted accounting principles. There are inherent limitations to the effectiveness of any system of internal control over financial reporting. These limitations include the possibility of human error, the circumvention of overriding of the system and reasonable resource constraints. Because of its inherent limitations, our internal control over financial reporting may not prevent or detect misstatements. Projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions or that the degree of compliance with policies or procedures may deteriorate.

Management assessed the effectiveness of our internal control over financial reporting as of December 31, 2020. In making this assessment, management used the criteria set forth in Internal Control—Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013). Based on management's assessments and those criteria, management has concluded that Company's internal control over financial reporting was effective as of December 31, 2020.

This annual report does not include an attestation report of our registered public accounting firm regarding internal control over financial report. Management's report was not subject to attestation by our registered public accounting firm pursuant to temporary rules of the SEC that permit us to provide only management's report in this annual report.

**Changes in Internal Control over Financial Reporting**

In preparation for management's report on internal control over financial reporting, we documented and tested the design and operating effectiveness of our internal control over financial reporting. There were no changes in our internal controls over financial reporting (as such term is defined in Exchange Act Rule 13a-15(f)) that occurred during the quarter ended December 31, 2020 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Item 9B.   OTHER INFORMATION**

Not applicable.

56

**PART III**

**ITEM 10.   DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE**

**Directors**

The affairs of the Company are managed by our Board of Directors. The Directors are elected at the annual meeting of stockholders or appointed by the incumbent Board and serve until the next annual meeting of stockholders or until a successor has been elected or approved.

An objective is for a majority of our Board to be independent directors. For a director to be considered independent, the Board must determine that the director does not have any direct or indirect material relationship with the Company. The Board has established guidelines to assist it in determining director independence which conform to, or are more exacting than, the independence requirements in the New York Stock Exchange ("NYSE") listing rules. The independence guidelines are set forth in our "Corporate Governance Guidelines". The text of this document has been posted on our internet website at www.transconrealty-invest.com ("Investor Relations Website") and is available in print to any shareholder who requests it. In addition to applying these guidelines, the Board will consider all relevant facts and circumstances in making an independence determination.

We have adopted a code of conduct that applies to all Directors, officers and employees, including our principal executive officer, principal financial officer and principal accounting officer. Stockholders may find our code of conduct on our website by going to our Investor Relations Website. We will post any amendments to the code of conduct, as well as any waivers that are required to be disclosed by the rules of the Security Exchange Commission (the "SEC") or the NYSE on our website.

Our Board of Directors has adopted charters for our Audit, Compensation and Governance and Nominating Committees of the Board of Directors. Stockholders may find these documents on our website by going to our Investor Relations Website. You may also obtain a printed copy of the materials referred to by contacting us at the following address:

App.710

Transcontinental Realty Investors, Inc.
Attn: Investor Relations
1603 LBJ Freeway, Suite 800
Dallas, Texas 75234
Telephone: 469-522-4200

All members of the Audit Committee and Nominating and Corporate Governance Committees must be independent directors. Members of the Audit Committee must also satisfy additional independence requirements, which provide (i) that they may not accept, directly or indirectly, any consulting, advisory, or compensatory fee from the Company or any of its subsidiaries other than their director's compensation (other than in their capacity as a member of the Audit Committee, the Board of Directors, or any other committee of the Board), and (ii) no member of the Audit Committee may be an "affiliated person" of the Company or any of its subsidiaries, as defined by the SEC.

Our current directors are listed below, together with their ages, terms of service, all positions and offices with us and our current advisor, Pillar, their principal occupations, business experience and directorships with other companies during the last five years or more. The designation "affiliated", when used below with respect to a director, means that the director is an officer, director or employee of Pillar, an officer of the Company, or an officer or director of a related party of the Company. The designation "independent", when used below with respect to a Director, means that the Director is neither an officer of the Company nor a director, officer or employee of Pillar (but may be a director of the Company, although the Company may have certain business or professional relationships with such Director as discussed in Item 13. Certain Relationships and Related Transactions, and Director Independence.

HENRY A. BUTLER, age 70, Director, Affiliated, since November 2005 and Chairman of the Board since May 2009

Retired (since April 30, 2019); Mr. Butler served as Vice President for Pillar from April 2011 to April 30, 2019. Mr. Butler has been a Director of the Company since November 2005 and Chairman of the Board since May 2009. He also served as Chairman of the Board since May 2009 and as a Director since July 2003 of ARL and Chairman of the Board since May 2011 and a Director since February 2011 of IOR.

<div align="center">57</div>

WILLIAM J. HOGAN, age 63, Director, Independent, since February 2020

Registered Representative and Investment Advisor Representative, employed (since January 2013) by Cetera Advisor Networks LLC, a general securities and investment advisory firm, with an office in San Antonio, Texas. From November 2009 through December 2012, Mr. Hogan was a registered representative, employed by Financial Network Investment Corp. in San Antonio, Texas. He holds Series 7 (General Securities Representative), Series 63 (Uniform Securities Agent State Law) and Series 65 (Investment Advisor) licenses issued by Financial Industry Regulatory Authority ("FINRA"). Mr. Hogan was elected as a director of the Company and ARL on January 28, 2020 effective February 1, 2020.

ROBERT A. JAKUSZEWSKI, age 58, Director, Independent, since November 2005

Mr. Jakuszewski is currently has served as a Territory Manager for Artesa Labs since April 2015. He was a Medical Specialist from January 2014 to April 2015 for VAYA Pharma, Inc., Senior Medical Liaison from January 2013 to July 2013 for Vein Clinics of America, and the Vice President of Sales and Marketing from September 1998 to December 2012 for New Horizons Communications, Inc. Mr. Jakuszewski has been a Director of the Company since November 2005. He has also been a Director of ARL since November 2005 and a Director of IOR since March 2004.

TED R. MUNSELLE, age 64, Director, Independent, since February 2004

Mr. Munselle has been Vice President and Chief Financial Officer of Landmark Nurseries, Inc. since October 1998. On February 17, 2012, he was appointed as a member of the Board of Directors for Spindletop Oil & Gas Company and as Chairman of their Audit Committee. Spindletop's stock is traded on the Over-the-Counter (OTC) market. Mr. Munselle has been a Director of the Company since February 2004. He has also served as Director of ARL since February 2004 and Director of IOR since March 2009. Mr. Munselle is qualified as an Audit Committee financial expert within the meaning of SEC regulations and the Board of Directors has determined that he has accounting and related financial management expertise within the meaning of the listing standards of the NYSE. Mr. Munselle is a Certified Public Accountant.

BRADFORD A. PHILLIPS, age 55, Director, since March 2021

Mr. Phillips has been the Chief Executive Officer and Chairman of LBL Group of Insurance Companies since 1999. He has served as President

<div align="right">App.711</div>

of Midland Securities, LLC, a Dallas, TX based broker/dealer since 2002. Prior to joining LBL Group, he served as President of MurleeFirst Capital Corporation of Los Angeles, California. Mr. Phillips holds a number of securities licenses, including the Series 4 (Options Principal), Series 7 (General Securities License), Series 24 (General Securities Principal), Series 27 (Financial and Operations Principal), Series 53 (Municipal Securities Principal), Series 55 (Equity Trading Principal), and Series 63 (Blue Sky Securities License). He has also been a Director of ARL since March 2021.

RAYMOND D. ROBERTS, SR.., age 89, Director, Independent, since June 2016

Mr. Roberts is currently retired. Mr. Roberts has served as Director of the Company since June 2, 2016. He has also served as Director of ARL and IOR since June 2, 2016. For more than five years prior to December 31, 2014, he was Director of Aviation of Steller Aviation, Inc., a privately held corporation engaged in the business of aircraft (Boeing 737) and logistical management.

**Board Meetings and Committees**

The Board of Directors held five meetings during 2020. For such year, no incumbent director attended fewer than 75% of the aggregate of (1) the total number of meetings held by the Board during the period for which he or she had been a director and (2) the total number of meetings held by all committees of the Board on which he or she served during the period that he served. Under our Corporate Governance Guidelines, each Director is expected to dedicate sufficient time, energy and attention to ensure the diligent performance of his or her duties, including by attending meetings of the stockholders of the Company, the Board and Committees of which he is a member. The Board of Directors has standing Audit, Compensation and Governance and Nominating Committees.

58

The members of the Board of Directors on the date of this Report and the Committees of the Board on which they serve are identified below:

| Director | Audit Committee | Governance and Nominating Committee | Compensation Committee |
|---|---|---|---|
| Henry A. Butler | | | |
| William J. Hogan | X | X | X |
| Robert A. Jakuszewski | X | Chair | X |
| Ted R. Munselle | Chair | X | X |
| Bradford A. Phillips | | | |
| Raymond D. Roberts, Sr. | X | X | Chair |

Audit Committee.   The Audit Committee is responsible for review and oversight of our operating and accounting procedures. Our Audit Committee charter is available on our Investor Relations website (www.transconrealty-invest.com). The Audit Committee is an "audit committee" for purposes of Section 3(a)(58) of the Exchange Act. All of the current members of the Audit Committee are independent within the meaning of the SEC Regulations, the listing standards of the NYSE and our Corporate Governance Guidelines. Mr. Ted R. Munselle, a the chairman of our Audit Committee, is qualified as an Audit Committee financial expert within the meaning of SEC Regulations, and the Board has determined that he has accounting and related financial management expertise within the meaning of the listing standards of the NYSE. All of the members of the Audit Committee meet the experience requirements of the listing standards of the NYSE. The Audit Committee met five times during 2020.

Governance and Nominating Committee.   The Governance and Nominating Committee is responsible for developing and implementing policies and practices relating to corporate governance, including reviewing and monitoring implementation of our Corporate Governance Guidelines. In addition, the Committee develops and reviews background information on candidates for the Board and makes recommendations to the Board regarding such candidates. The Committee also prepares and supervises the Board's annual review of director independence and the Board's performance self-evaluation. The Charter of the Governance and Nominating Committee was adopted on March 17, 2004 and is available on our Investor Relations Website. The Governance and Nominating Committee met two during 2020.

Compensation Committee.   The Compensation Committee is responsible for overseeing the policies of the Company relating to compensation to be paid by the Company to our principal executive officer and any other officers designated by the Board and make recommendations to the Board with respect to such policies, produce necessary reports and executive compensation for inclusion in our Proxy Statement in accordance with applicable rules and regulations and to monitor the development and implementation of succession plans for the principal executive officers and other key executives and make recommendations to the Board with respect to such plans. The charter of our Compensation Committee is available on our

App.712

Investor Relations Website. All of the members of the Compensation Committee are independent within the meaning of the listing standards of the NYSE and our Corporate Governance Guidelines. The Compensation Committee is to be comprised of at least two directors who are independent of Management and the Company. The Compensation Committee met two during 2020.

### Presiding Director

The primary responsibility of our presiding director is to preside over periodic executive sessions of the Board in which Management directors and other members of Management do not participate. The presiding director also advises the Chairman of the Board and, as appropriate, Committee Chairs with respect to agendas and information needs relating to Board and Committee meetings, provides advice with respect to the selection of Committee Chairs and performs other duties that the Board may from time to time delegate to assist the Board in fulfillment of its responsibilities.

The day following the annual meeting of stockholders held December 16, 2020 representing all stockholders of record dated November 2, 2020, the full Board met and re-appointed Ted R. Munselle as Presiding Director, to serve in such position until the Company's next annual meeting of stockholders to be held subsequently in 2021.

59

### Determination of Director's Independence

Our Corporate Governance Guidelines ("Guideines") meet or exceed the new listing standards adopted during that year by the NYSE. The full text of our Guideines can be found on our Investor Relations Website.

Pursuant to the Guideines, the Board undertook its annual review of director independence in February 2020 and during this review, the Board considered transactions and relationships between each director or any member of his or her immediate family and the Company and its subsidiaries and related parties, including those reported under Certain Relationships and Related Transactions below. The Board also examined transactions and relationship between directors or their related parties and members of our senior management or their related parties. As provided in the Guideines, the purpose of such review was to determine whether such relationships or transactions were inconsistent with the determination that the director is independent. Prior to this election as director, on January 28, 2020, the Board undertook a similar review with respect to Mr. Hogan.

As a result of these reviews, the Board affirmatively determined of the then directors, Messrs. Munselle, Hogan, Jakuszewski and Roberts are each independent of the Company and its Management under the standards set forth in the Corporate Governance Guidelines.

### Executive Officers

Executive officers of the Company are listed below, all of whom are employed by Pillar. None of the executive officers receive any direct remuneration from the Company nor do any hold any options granted by the Company. Their positions with the Company are not subject to a vote of stockholders. In addition to the following executive officers, the Company has several vice presidents and assistant secretaries who are not listed herein. The ages, terms of service and all positions and offices with the Company, Pillar, other related entities, other principal occupations, business experience and directorships with other publicly-held companies during the last five years or more are set forth below. No family relationships exist among any of the executive officers or directors of the Company.

ERIK L. JOHNSON, 53

Mr. Johnson has served as the Executive Vice President and Chief Financial Officer of the Company and ARL since August 17, 2020. He has also been Chief Financial Officer of Pillar since June 29, 2020. Prior to joining the Company, he served as Vice President of Financial Reporting at Macerich (NYSE: MAC) and has served as the Chief Accounting Officer of North American Scientific, Inc. He began his career as an auditor with PricewaterhouseCooppers and is a CPA.

LOUIS J. CORNA, 73

Mr. Corna has served as Executive Vice President, General Counsel/Tax Counsel and Secretary of the Company, ARL and IOR since February 2004. He has also been Executive Vice President since March 2011 and Secretary since December 2010 of Pillar. Mr. Corna was also a Director and Vice President from June 2004 to December 2010 and Secretary from January 2005 to December 2010 of First Equity Properties, Inc.

ALLA DZYUBA, 44

App.713

Mrs. Dzyuba has served as the Vice President and Chief Accounting Officer of the Company, ARL, and Southern Properties Capital, Ltd., our wholly owned subsidiary ("SPC"), since July 2019 as well as Director for SPC since April 2018. Mrs. Dzyuba has been employed by Pillar since June 2004, she has over fifteen years of real estate accounting and financial reporting experience, including six years of broker-dealer regulatory reporting experience.

In addition to the foregoing executive officers, we have several vice presidents and assistant secretaries that are not listed herein. Since the August 14, 2020 resignation of Daniel J. Moos, age 70, the offices of President and Chief Executive Officer has been vacant. Mr. Moos was President (from April 2007 and August 14, 2020) and Chief Executive Officer (from March 2010 until August 14, 2020). At the time of his resignation, Mr. Moos advised that his resignation was not the result of any disagreement with the Company, its management, the Board of Directors, or any committee of the Board with respect to procedure, policies or operations.

<center>60</center>

### Code of Ethics

We have adopted a code of ethics entitled "Code of Business Conduct and Ethics" that applies to all directors, officers, and employees (including those of our Advisor). In addition, we have adopted a code of ethics entitled "Code of Ethics for Senior Financial Officers" that applies to the principal executive officer, president, principal financial officer, chief financial officer, chief accounting officer, and controller. The text of these documents has been posted on our Investor Relations Website and are available in print to any stockholder who requests them.

### Compliance with Section 16(a) of the Exchange Act

Under the securities laws of the United States, the directors, executive officers, and any persons holding more than 10% of our shares of Common stock are required to report their share ownership and any changes in that ownership to the SEC. Specific due dates for these reports have been established and we are required to report any failure to file by these dates. All of these filing requirements were satisfied by our directors, executive officers, and 10% holders during the fiscal year ending December 31, 2020. In making these statements, we have relied on the written representations of our incumbent directors and executive officers, 10% holders and copies of the reports that they have filed with the SEC.

### The Advisor

Pillar has been our Advisor and Cash Manager since April 30, 2011.  Although the Board of Directors is directly responsible for managing the affairs of the Company, and for setting the policies which guide it, our day-to-day operations are performed by Pillar, as the contractual advisor, under the supervision of the Board.  Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities and arranging debt and equity financing for the Company with third party lenders and investors.  Additionally, Pillar serves as a consultant to the Board with regard to their decisions in connection with our business plan and investment policy.  Pillar also serves as an Advisor and Cash Manager to ARL and IOR.  As the contractual advisor, Pillar is compensated under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor".  We have no employees and as such, employees of Pillar render services to us in accordance with the terms of the Advisory Agreement.

Pillar is a Nevada corporation, the sole shareholder of which is Realty Advisors, LLC, a Nevada limited liability company, the sole member of which is RAI, a Nevada corporation, MRHI, a Nevada corporation, the sole shareholder of which is a trust known as the MRHI. The beneficiaries of the MRHI are the children of the late Gene E. Phillips.

Under the Advisory Agreement, Pillar is required to annually formulate and submit, for Board approval, a budget and business plan containing a twelve-month forecast of operations and cash flow, a general plan for asset sales and purchases, lending, foreclosure and borrowing activity, and other investments. Pillar is required to report quarterly to the Board on TCI's performance against the business plan. In addition, all transactions require prior Board approval, unless they are explicitly provided for in the approved business plan or are made pursuant to authority expressly delegated to Pillar by the Board.

The Advisory Agreement also requires prior Board approval for the retention of all consultants and third party professionals, other than legal counsel. The Advisory Agreement provides that Pillar shall be deemed to be in a fiduciary relationship to our stockholders; contains a broad standard governing Pillar's liability for losses incurred by us; and contains guidelines for Pillar's allocation of investment opportunities as among itself, the Company and other entities it advises. Pillar is a company of which Messrs. Johnson and Corna serve as executive officers, and for which Mr. Moos previously served as an executive officer.

The Advisory Agreement provides for Pillar to be responsible for our day-to-day operations and to receive, as compensation for basic

<div align="right">App.714</div>

management and advisory services, a gross asset fee of 0.0625% per month (0.75% per annum) of the average of the gross asset value (total assets less allowance for amortization, depreciation or depletion and valuation reserves).

In addition to base compensation, Pillar receives the following forms of additional compensation:

(1) an annual net income fee equal to 7.5% of our net income as an incentive for successful investment and management of our assets;

(2) an annual incentive sales fee to encourage periodic sales of appreciated real property at optimum value equal to 10.0% of the amount, if any, by which the aggregate sales consideration for all real estate sold by us during such fiscal year exceeds the sum of:

(a) the cost of each such property as originally recorded in our books for tax purposes (without deduction for depreciation, amortization or reserve for losses);

(b) capital improvements made to such assets during the period owned; and

(c) all closing costs (including real estate commissions) incurred in the sale of such real estate; provided however, no incentive fee shall be paid unless (a) such real estate sold in such fiscal year, in the aggregate, has produced an 8.0% simple annual return on the net investment including capital improvements, calculated over the holding period before depreciation and inclusive of operating income and sales consideration, and (b) the aggregate net operating income from all real estate owned for each of the prior and current fiscal years shall be at least 5.0% higher in the current fiscal year than in the prior fiscal year;

(3) an acquisition commission, from an unaffiliated party of any existing mortgage or loan, for supervising the acquisition, purchase or long-term lease of real estate equal to the lesser of:

(a) up to 1.0% of the cost of acquisition, inclusive of commissions, if any, paid to non-affiliated brokers; or

(b) the compensation customarily charged in arm's-length transactions by others rendering similar property acquisition services as an ongoing public activity in the same geographical location and for comparable property, provided that the aggregate purchase price of each property (including acquisition fees and real estate brokerage commissions) may not exceed such property's appraised value at acquisition;

(4) a construction fee equal to 6.0% of the so-called "hard costs" only of any costs of construction on a completed basis, based upon amounts set forth as approved on any architect's certificate issued in connection with such construction, which fee is payable at such time as the applicable architect certifies other costs for payment to third parties. The phrase "hard costs" means all actual costs of construction paid to contractors, subcontractors and third parties for materials or labor performed as part of the construction but does not include items generally regarded as "soft costs," which are consulting fees, attorneys' fees, architectural fees, permit fees and fees of other professionals; and

(5) reimbursement of certain expenses incurred by the advisor in the performance of advisory services.

The Advisory Agreement also provides that Pillar receive the following forms of compensation:

(1) a mortgage or loan acquisition fee with respect to the acquisition or purchase from an unaffiliated party of any existing mortgage loan by us equal to the lesser of:

(a) 1.0% of the amount of the mortgage or loan purchased; or

(b) a brokerage or commitment fee which is reasonable and fair under the circumstances. Such fee will not be paid in connection with the origination or funding of any mortgage loan by us; and

(2) a mortgage brokerage and equity refinancing fee for obtaining loans or refinancing on properties equal to the lesser of:

(a) 1.0% of the amount of the loan or the amount refinanced; or

(b) a brokerage or refinancing fee which is reasonable and fair under the circumstances; provided, however, that no such fee shall

be paid on loans from Pillar, or a related party of Pillar, without the approval of our Board of Directors. No fee shall be paid on loan extensions.

Under the Advisory Agreement, all or a portion of the annual advisory fee must be refunded by the Advisor if our operating expenses (as defined in the Advisory Agreement) exceed certain limits specified in the Advisory Agreement based on our book value, net asset value and net income during the fiscal year.

The Advisory Agreement requires Pillar to pay us, one-half of any compensation received from third parties with respect to the origination, placement or brokerage of any loan made by us; provided, however, that the compensation retained by Pillar, or

<div align="center">62</div>

any affiliate of Pillar, shall not exceed the lesser of (1) 2.0% of the amount of the loan commitment or (2) a loan brokerage and commitment fee which is reasonable and fair under the circumstances.

The Advisory Agreement further provides that Pillar shall bear the cost of certain expenses of its employees, excluding fees paid to our Directors; rent and other office expenses of both Pillar and us (unless we maintains office space separate from that of Pillar); costs not directly identifiable to our assets, liabilities, operations, business or financial affairs; and miscellaneous administrative expenses relating to the performance by Pillar of its duties under the Advisory Agreement.

If and to the extent that we request Pillar, or any director, officer, partner, or employee of Pillar, to render services for us other than those required to be rendered by the Advisory Agreement, Pillar separately would be compensated for such additional services on terms to be agreed upon between such party and us from time to time. As discussed below, under "Property Management and Real Estate Brokerage," Regis Realty Prime, LLC, ("Regis") manages our commercial properties and provides brokerage services.

We have a Cash Management Agreement with Pillar that provides that all of our funds are delivered to Pillar which has a deposit liability to us and is responsible for payment of all payables and investment of all excess funds which earn interest at the Wall Street Journal prime rate plus 1.0% per annum, as set quarterly on the first day of each calendar quarter. Borrowings for our benefit bear the same interest rate. The term of the Cash Management Agreement is coterminous with the Advisory Agreement, and is automatically renewed each year unless terminated with the Advisory Agreement. We believe that the terms of the Advisory Agreement are at least as fair as could be obtained from unaffiliated third parties.

Situations may develop in which our interests are in conflict with those of one or more directors or officers in their individual capacities, or of Pillar, or of their respective related parties. In addition to services performed for us, as described above, Pillar actively provides similar services as agent for, and advisor to, other real estate enterprises, including persons and entities involved in real estate development and financing, including ARL and IOR. The Advisory Agreement provides that Pillar may also serve as advisor to other entities.

As advisor, Pillar is a fiduciary of our public investors. In determining to which entity a particular investment opportunity will be allocated, Pillar will consider the respective investment objectives of each entity and the appropriateness of a particular investment in light of each such entity's existing mortgage note and real estate portfolios and business plan. To the extent any particular investment opportunity is appropriate to more than one such entity, such investment opportunity will be allocated to the entity that has had funds available for investment for the longest period of time, or, if appropriate, the investment may be shared among various entities. Refer to Part III, Item 13 "Certain Relationships and Related Transactions, and Director Independence".

Pillar may assign the Advisory Agreement only with our prior consent.

The principal executive officers and directors of Pillar are set forth below:

| Name | Officers |
| --- | --- |
| Erik L. Johnson | Chief Financial Officer |
| Gina H. Kay | Executive Vice President and Chief Accounting Officer |
| Louis J. Corna | Executive Vice President and Secretary |

**Property Management**

Regis manages our commercial properties for a fee of 3.0% or less of the monthly gross rents collected on the commercial properties it manages, and leasing commissions of 6.0% or less in accordance with the terms of its property-level management agreement.

<div align="right">App.716</div>

We engage third-party companies to lease and manage our apartment properties for a fee of 6.0% or less of the monthly gross rents collected on the residential properties under their management.

63

### Real Estate Brokerage

Regis provides real estate brokerage services to us on a non-exclusive basis, and is entitled to receive a real estate commission for property purchases and sales in accordance with the following sliding scale of total fees to be paid:

(1)     maximum fee of 4.5% on the first $2.0 million of any purchase or sale transaction of which no more than 3.5% is to be paid to Regis;

(2)     maximum fee of 3.5% on transaction amounts between $2.0 million to $5.0 million of which no more than 3.0% is to be paid to Regis;

(3)     maximum fee of 2.5% on transaction amounts between $5.0 million to $10.0 million of which no more than 2.0% is to be paid to Regis; and

(4)     maximum fee of 2.0% on transaction amounts in excess of $10.0 million of which no more than 1.5% is to be paid to Regis.

## ITEM 11.    EXECUTIVE COMPENSATION

We have no employees, payroll or benefit plans and pay no compensation to our executive officers. Our executive officers are also officers and employees of Pillar, our Advisor, and are compensated by Pillar. Such executive officers perform a variety of services for Pillar and the amount of their compensation is determined solely by Pillar. Pillar does not allocate the cash compensation of its officers among the various entities for which it serves as advisor. Refer to Item 10. "Directors, Executive Officers and Corporate Governance" for a more detailed discussion of the compensation payable to Pillar by us.

The only remuneration paid by us is to our directors who are not officers or employees of Pillar or its related companies. The Independent Directors (1) review our business plan to determine that it is in the best interest of our stockholders, (2) review the advisory contract, (3) supervise the performance of the advisor and review the reasonableness of the compensation paid to the advisor in terms of the nature and quality of services performed, (4) review the reasonableness of our total fees and expenses and (5) select, when necessary, a qualified independent real estate appraiser to appraise properties acquired.

Each non-affiliated Director is entitled to receive an annual retainer of $12,000, with the Chairman of the Audit Committee to receive a one-time annual fee of $500. Directors who are also employees of the Company or its advisor receive no additional compensation for service as a Director.

During 2020, $54,300 was paid to non-employee Directors in total Directors' fees. The fees paid to the directors are as follows: Henry A. Butler $5,800; William J. Hogan, $12,000; Robert A. Jakuszewski, $12,000; Ted R. Munselle, $12,500 and Raymond D. Roberts, Sr., $12,000.

64

## ITEM 12.    SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

### Security Ownership of Certain Beneficial Owners

The following table sets forth the ownership of our common stock, both beneficially and of record, both individually and in the aggregate, for

App.717

those persons or entities known to be beneficial owners of more than 5.0% of the outstanding shares of our common stock as of the close of business on March 24, 2021.

| | Amount and Nature of Beneficial Ownership* | Approximate Percent of Class** | |
|---|---|---|---|
| **American Realty Investors, Inc.(1)(2)** <br> 1603 LBJ Freeway, Suite 800 <br> Dallas, Texas 75234 | 6,771,718 | 78.4 | % |
| **Transcontinental Realty Acquisition Corporation(2)** <br> 1603 LBJ Freeway, Suite 800 <br> Dallas, Texas 75234 | 1,383,226 | 16.0 | % |
| **Realty Advisors, LLC (3)** <br> 1603 LBJ Freeway, Suite 800 <br> Dallas, Texas 75234 | 621,728 | 7.2 | % |

\* "Beneficial Ownership" means the sole or shared power to vote, or to direct the voting of, a security or investment power with respect to a security, or any combination thereof.

\*\* Percentage is based upon 8,639,516 shares of Common stock outstanding at March 24, 2021.

(1) Includes 5,383,192 shares (62.3%) directly owned by American Realty Investors, Inc.

(2) Includes 1,383,226 shares owned by Transcontinental Realty Acquisition Corporation, which is a wholly-owned subsidiary of ARL.

(3) Includes 341,200 shares owned by RAI and 280,528 shares owned by Arcadia Energy, Inc., which is a wholly-owned subsidiary of RAI.

**Security Ownership of Management.**

The following table sets forth the ownership of our common stock, both beneficially and of record, both individually and in the aggregate, for our directors and executive officers as of the close of business on March 24, 2021.

| Name of Beneficial Owner | Amount and Nature of Beneficial Ownership* | Approximate Percent of Class** | |
|---|---|---|---|
| Henry A. Butler | — | — | % |
| Louis J. Corna | — | — | % |
| Alla Dzyuba | — | — | % |
| William J. Hogan | — | — | % |
| Erik L. Johnson | — | — | % |
| Robert A. Jakuszewski | — | — | % |
| Ted R. Munselle | — | — | % |
| Bradford A. Phillips | — | — | % |
| Raymond D. Roberts, Sr. | — | — | % |
| All Directors and Executive Officers as a group (7 individuals) | — | — | % |

\* Beneficial Ownership" means the sole power to vote, or to direct the voting of, a security or investment power with respect to a security, or any combination thereof.

\*\* Percentages are based upon 8,639,516 shares of Common Stock outstanding at March 24, 2021.

65

## ITEM 13.   CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE

**Policies with Respect to Certain Activities**

Article 14 of our Articles of Incorporation provides that we shall not, directly or indirectly, contract or engage in any transaction with (1) any director, officer or employee of the Company, (2) any director, officer or employee of the advisor, (3) the advisor, or (4) any affiliate or associate (as such terms are defined in Rule 12b-2 under the Exchange Act of any of the aforementioned persons, unless (a) the material facts as to the relationship

among or financial interest of the relevant individuals or persons and as to the contract or transaction are disclosed to or are known by our Board of Directors or the appropriate committee thereof and (b)our Board of Directors or committee thereof determines that such contract or transaction is fair to the Company and simultaneously authorizes or ratifies such contract or transaction by the affirmative vote of a majority of our independent directors entitled to vote thereon.

Article 14 defines an "Independent Director" (for purposes of that Article) as one who is neither an officer or employee of the Company, nor a director, officer or employee of our advisor.

Our policy is to have such contracts or transactions approved or ratified by a majority of the disinterested Directors with full knowledge of the character of such transactions, as being fair and reasonable to the stockholders at the time of such approval or ratification under the circumstances then prevailing. Such Directors also consider the fairness of such transactions to the Company. We believes that, to date, such transactions have represented the best investments available at the time and they were at least as advantageous to us as other investments that could have been obtained.

We may enter into future transactions with entities, the officers, directors, or stockholders of which are also officers, directors, or stockholders of the Company, if such transactions would be beneficial to our operations and consistent with our then-current investment objectives and policies, subject to approval by a majority of disinterested Directors as discussed above.

We do not prohibit its officers, directors, stockholders, or related parties from engaging in business activities of the types conducted by the Company.

### Certain Business Relationships

Pillar is our Advisor and Cash Manager since April 30, 2011.  Although the Board of Directors is directly responsible for managing our affairs, and for setting the policies which guide it, our day-to-day operations are performed by Pillar, as the contractual advisor, under the supervision of the Board.  Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities and arranging debt and equity financing for the Company with third party lenders and investors.  Additionally, Pillar serves as a consultant to the Board with regard to their decisions in connection with our business plan and investment policy.  Pillar also serves as an Advisor and Cash Manager to ARL and IOR.  As the contractual advisor, Pillar is compensated under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor".  We have no employees and as such, employees of Pillar render services to us in accordance with the terms of the Advisory Agreement.

Pillar is owned by Realty Advisors, LLC, which is owned by RAI, which is owned by MRHI, which is owned by the May Trust.

All of our directors also serve as Directors of ARL and IOR. Our executive officers also serve as executive officers of ARL. As such, they owe fiduciary duties to that entity as well as to Pillar under applicable law. ARL has the same relationship with Pillar, as does the Company. Mr. Daniel J. Moos is the sole Manager and Class B 2% income Member of Victory Abode Apartments LLC, and until August 2020, was the President of ARL, TCI and IOR.

Effective since January 1, 2011, Regis manages our commercial properties for a fee of 3.0% or less of the monthly gross rents collected on the commercial properties it manages, and leasing commissions of 6.0% or less in accordance with the terms of its property-level management agreement.

At December 31, 2020, we owned approximately 81.1% of the outstanding common shares of IOR.

We are part of a tax sharing and compensating agreement with respect to federal income taxes among ARL, TCI and IOR and their subsidiaries. In accordance with the agreement, our expense (benefit) in each year is calculated based on the amount of losses absorbed by taxable income multiplied by the maximum statutory tax rate of 21%.

66

We have a development agreement with Unified Housing Foundation, Inc. "UHF" a non-profit corporation that provides management services for the development of residential apartment projects in the future. We have also invested in surplus cash notes receivables from UHF and have sold several residential apartment properties to UHF in prior years. Due to this ongoing relationship and the significant investment in the performance of the collateral secured under the notes receivable, UHF has been determined to be a related party.

### Related Party Transactions

The Company has historically engaged in and may continue to engage in certain business transactions with related parties, including but not

limited to asset acquisition and dispositions. Transactions involving related parties cannot be presumed to be carried out on an arm's-length basis due to the absence of free market forces that naturally exist in business dealings between two or more unrelated entities. Related party transactions may not always be favorable to our business and may include terms, conditions and agreements that are not necessarily beneficial to or in the best interest of our company.

In 2020, we paid Pillar advisory fees of $5.8 million, net income fees of $0.4 million and cost reimbursements of $3.6 million.

We paid property management fees, construction management fees and leasing commissions of $1.0 million to Regis in 2020.  In addition, SPC is part of a management service agreement with the controlling shareholder owned company in which SPC for an annual payment of 0.5% on the value of the investment properties receives from the Advisor office space, administrative and management services. During 2020, SPC paid management fees to Pillar in the amount of $2.5 million.

As of December 31, 2020, the we had notes and interest receivables of $63.3 million and $3.9 million, respectively, due from related parties. Refer to Part 2, Item 8. Note 8 – Notes Receivable of our consolidated financial statements. During the current period, we recognized interest income of $6.3 million, originated $10.9 million, received $1.3 million principal payments, and received interest payments of $6.8 million from these related party notes receivables.

We were the primary guarantor, on a $24.3 million mezzanine loan between UHF and a lender. The guarantee was remove on January 29, 2021, concurrent with the repayment of the loan by UHF.

We received rental revenue $1.1 million,for the years ended December 31, 2020 for office space leased to Pillar and Regis.

From time to time, we have made advances and/or borrowing to/fom other related parties, which generally have not had specific repayment terms, did not bear interest, are unsecured, and have been reflected our financial statements as other assets or other liabilities. We charge interest on the outstanding balance of funds advanced from us. The interest rate, set at the beginning of each quarter, is the prime rate plus 1.0% on the average daily cash balances advanced. At December 31, 2020, we had a receivable from ARL in the amount of $142.1 million.

**Director Independence**

See "Determination of Director Independence" under Item 10 above to which reference is made.

## ITEM 14.   PRINCIPAL ACCOUNTING FEES AND SERVICES

For the years ended December 31, 2020 and 2019, we were billed by Farmer, Fuqua and Huff, L.P. for services in the following categories:

Audit Fees. Fees for audit services were $198,250 and $227,755 for the years ended December 31, 2020 and 2019, respectively. These are fees for professional services performed by the principal auditor for the audit of the Company's annual financial statements and review of financial statements included in the Company's 10-Q filings and services that are normally provided in connection with statutory and regulatory filing or engagement.

Audit-Related Fees. No fees for audit-related services were paid for the years ended December 31, 2020 and 2019.  These are fees for assurance and related services performed by the principal auditor that are reasonably related to the performance of the audit or review of the Company's financial statements. These services include attestations by the principal auditor that are not required by statute or regulation and consulting on financial accounting/reporting standards.

67

Tax Fees. Fees for tax services were $11,850 and $12,377 for the years ended December 31, 2020 and 2019, respectively.. These are fees for professional services performed by the principal auditor with respect to tax compliance, tax planning, tax consultation, returns preparation and review of returns. The review of tax returns includes the Company and its consolidated subsidiaries.

All Other Fees. No other fees were paid for the years ended December 31, 2020 and 2019. These are fees for other permissible work performed by the principal auditor that do not meet the above category descriptions.

All services rendered by the principal auditors are permissible under applicable laws and regulations and were pre-approved by either the Board of Directors or the Audit Committee, as required by law. The fees paid to the principal auditors for the services described in the above table fall under the categories listed below:

App.720

These services are actively monitored (as to both spending level and work content) by the Audit Committee to maintain the appropriate objectivity and independence in the principal auditor's core work, which is the audit of the Company's consolidated financial statements.

The Audit Committee has established policies and procedures for the approval and pre-approval of audit services and permitted non-audit services. The Audit Committee has the responsibility to engage and terminate our independent auditors, to pre-approve their performance of audit services and permitted non-audit services, to approve all audit and non-audit fees, and to set guidelines for permitted non-audit services and fees. All fees for 2020 and 2019 were pre-approved by the Audit Committee or were within the pre-approved guidelines for permitted non-audit services and fees established by the Audit Committee, and there were no instances of waiver of approved requirements or guidelines during the same periods.

Our Audit Committee has adopted a pre-approval policy of audit and non-audit services (the "Policy"), which sets forth the procedures and conditions pursuant to which services to be performed by the independent auditor are to be pre-approved. Consistent with the SEC rules establishing two different approaches to pre-approving non-prohibited services, the Policy of the Audit Committee covers Pre-approval of audit services, audit-related services, international administration tax services, non-U.S. income tax compliance services, pension and benefit plan consulting and compliance services, and U.S. tax compliance and planning. At the beginning of each fiscal year, the Audit Committee will evaluate other known potential engagements of the independent auditor, including the scope of work proposed to be performed and the proposed fees, and will approve or reject each service, taking into account whether services are permissible under applicable law and the possible impact of each non-audit service on the independent auditor's independence from management. Typically, in addition to the generally pre-approved services, other services would include due diligence for an acquisition that may or may not have been known at the beginning of the year. The Audit Committee has also delegated to any member of the Audit Committee designated by the Board or the financial expert member of the Audit Committee responsibilities to pre-approve services to be performed by the independent auditor not exceeding $25,000 in value or cost per engagement of audit and non-audit services, and such authority may only be exercised when the Audit Committee is not in session.

<div align="center">68</div>

# PART IV

## ITEM 15.   EXHIBITS, FINANCIAL STATEMENT SCHEDULES

(a)      The following documents are filed as part of this Report:

1.   *Financial Statements*

Reports of Independent Registered Public Accounting Firms
Consolidated Balance Sheets as of December 31, 2020 and 2019
Consolidated Statements of Operations for the Years Ended December 31, 2020, 2019, and 2018
Consolidated Statements of Stockholders' Equity for the Years Ended December 31, 2020, 2019, and 2018
Consolidated Statements of Cash Flows for the Years Ended December 31, 2020, 2019, and 2018
Notes to Financial Statements

2.   *Financial Statement Schedules*

Schedule III—Real Estate and Accumulated Depreciation
Schedule IV—Mortgage Loan Receivables on Real Estate

*(b)     Exhibits*

<div align="center">69</div>

The following documents are filed as Exhibits to this Report:

| Exhibit Number | Description |
|---|---|
| 3.0 | Articles of Incorporation of Transcontinental Realty Investors, Inc., (incorporated by reference to Exhibit No. 3.1 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 1991). |
| 3.1 | Certificate of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc., (incorporated by reference to the Registrant's Current Report on Form 8-K, dated June 3, 1996). |
| 3.2 | Certificate of Amendment of Articles of Incorporation of Transcontinental Realty Investors, Inc., dated October 10, 2000 (incorporated by reference to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2000). |
| 3.3 | Articles of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc., setting forth the Certificate of Designations, Preferences and Rights of Series A Cumulative Convertible Preferred Stock, dated October 20, 1998 (incorporated by reference to Exhibit 3.1 to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 1998). |
| 3.4 | Certificate of Designation of Transcontinental Realty Investors, Inc., setting forth the Voting Powers, Designations, Preferences, Limitations, Restriction and Relative Rights of Series B Cumulative Convertible Preferred Stock, dated October 23, 2000 (incorporation by reference to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2000). |
| 3.5 | Certificate of Designation of Transcontinental Realty Investors, Inc., Setting for the Voting Powers, Designating, Preferences, Limitations, Restrictions and Relative Rights of Series C Cumulative Convertible Preferred Stock, dated September 28, 2001 (incorporated by reference to Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2001). |
| 3.6 | Articles of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc. Decreasing the Number of Authorized Shares of and Eliminating Series B Preferred Stock dated December 14, 2001 (incorporated by reference to Exhibit 3.7 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 2001). |
| 3.7 | By-Laws of Transcontinental Realty Investors, Inc. (incorporated by reference to Exhibit No. 3.2 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 1991). |
| 3.8 | Certificate of designation of Transcontinental Realty Investors, Inc. setting forth the Voting Powers, Designations, Preferences Limitations, Restrictions and Relative rights of Series D Cumulative Preferred Stock filed August 14, 2006 with the Secretary of State of Nevada (incorporated by reference to Registrants current report on Form 8-K for event dated November 21, 2006 at Exhibit 3.8 thereof. |
| 10.0 | Advisory Agreement dated as of April 30, 2011, between Transcontinental Realty Investors, Inc. and Pillar Income Asset Management LLC (incorporated by reference to Exhibit 10.0 to the Registrant's Current Report on Form 8-K for event occurring April 30, 2011). |
| 10.1 | Leman Development Ltd. and Kaufman Land Partners, Ltd. (incorporated by reference to Registrant's current report in Form 8-K dated November 21, 2006 at Exhibit 10.1 thereof. |
| 14.0 | Code of Ethics for Senior Financial Officers (incorporated by reference to Exhibit 14.0 to Registrant's Annual Report on Form 10-K for the fiscal year ended December 31, 2004). |
| 21.0* | Subsidiaries of the Registrant. |
| 31.1* | Certification Pursuant to Rule 13a-14(a) under the Securities and Exchange Act of 1934 as amended of Principal Executive and Financial Officer. |
| 32.1* | Certification Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |

* Filed herewith.

## ITEM 16.   FORM 10-K SUMMARY

Not applicable

70

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

TRANSCONTINENTAL REALTY INVESTORS, INC.

Dated: March 24, 2021

By:  /s/  ERIK L. JOHNSON

Erik L. Johnson

Executive Vice President and Chief Financial Officer

App.722

(Principal Executive and Financial Officer)

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the date indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ HENRY A. BUTLER<br>Henry A. Butler | Chairman of the Board and Director | March 24, 2021 |
| /s/ WILLIAM J. HOGAN<br>William J. Hogan | Director | March 24, 2021 |
| /s/ ROBERT A. JAKUSZEWSKI<br>Robert A. Jakuszewski | Director | March 24, 2021 |
| /s/ TED R. MUNSELLE<br>Ted R. Munselle | Director | March 24, 2021 |
| /s/ BRADFORD A. PHILLIPS<br>Bradford A. Phillips | Director | March 24, 2021 |
| /s/ RAYMOND D. ROBERTS, SR.<br>Raymond D. Roberts, Sr. | Director | March 24, 2021 |
| /s/ ERIK L. JOHNSON<br>Erik L. Johnson | Executive Vice President and Chief Financial Officer<br>(Principal Executive and Financial Officer) | March 24, 2021 |
| /s/ ALLA DZYUBA<br>Alla Dzyuba | Vice President and Chief Accounting Officer | March 24, 2021 |

71

# EXHIBIT 45

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 10-K

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2019**

**OR**

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-09240**

# Transcontinental Realty Investors, Inc.

**(Exact name of registrant as specified in its charter)**

| Nevada | 94-6565852 |
|---|---|
| **(State or other jurisdiction of Incorporation or organization)** | **(IRS Employer Identification Number)** |

| 1603 LBJ Freeway, Suite 800 | |
|---|---|
| **Dallas, Texas** | **75234** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(469) 522-4200**
**Registrant's Telephone Number, including area code**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock | TCI | NYSE |

**Securities registered pursuant to Section 12(g) of the Act:**
NONE

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes        No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes        No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes        No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes        No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company"

App.725

| | |
|---|---|
| **Large accelerated filer** | **Accelerated filer** |
| **Non-accelerated filer** | **Smaller reporting company** |
| | **Emerging growth Company** |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act.) Yes      No

Based on the last sale at the close of business on June 30, 2019, the aggregate market value of the registrant's common stock held by non-affiliates of the registrant was approximately $24,391,302. The basis of the calculation does not constitute a determination by the Registrant as defined in Rule 405 of the Securities Act of 1933, as amended, such calculation, if made as of a date within sixty days of this filing, would yield a different value.

As of March 25, 2020, there were 8,717,767 shares of common stock outstanding.

### DOCUMENTS INCORPORATED BY REFERENCE:

Consolidated Financial Statements of Income Opportunity Realty Investors, Inc. Commission File No. 001-14784
Consolidated Financial Statements of American Realty Investors, Inc. Commission File No. 001-15663

### INDEX TO
### ANNUAL REPORT ON FORM 10-K

| | | **Page** |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 3 |
| Item 1A. | Risk Factors | 11 |
| Item 1B. | Unresolved Staff Comments | 17 |
| Item 2. | Properties | 18 |
| Item 3. | Legal Proceedings | 21 |
| Item 4. | Mine Safety Disclosures | 22 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 23 |
| Item 6. | Selected Financial Data | 24 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 25 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 37 |
| Item 8. | Consolidated Financial Statements and Supplementary Data | 39 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 78 |
| Item 9A. | Controls and Procedures | 78 |
| Item 9B. | Other Information | 78 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 79 |
| Item 11. | Executive Compensation | 87 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management | 88 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 89 |
| Item 14. | Principal Accounting Fees and Services | 91 |
| **PART IV** | | |
| Item 15. | Exhibits, Financial Statement Schedules | 93 |
| Item 16. | Form 10-K Summary | 95 |

App.726

2

## FORWARD-LOOKING STATEMENTS

Certain Statements in this Form 10-K are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933, and Section 21E of the Securities Exchange Act of 1934. The words "estimate", "plan", "intend", "expect", "anticipate", "believe", and similar expressions are intended to identify forward-looking statements. The forward-looking statements are found at various places throughout this Report and in the documents incorporated herein by reference. The Company disclaims any intention or obligations to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise. Although we believe that our expectations are based upon reasonable assumptions, we can give no assurance that our goals will be achieved. Important factors that could cause our actual results to differ from estimates or projections contained in any forward-looking statements are described under Part I, Item 1A. "Risk Factors".

## PART I

### ITEM 1.  *BUSINESS*

### General

As used herein, the terms "TCI", "the Company", "We", "Our", or "Us" refer to Transcontinental Realty Investors, Inc. a Nevada corporation which was formed in 1984. The Company is headquartered in Dallas, Texas and its common stock is listed and trades on the New York Stock Exchange ("NYSE") under the symbol "TCI".

TCI is a "C" corporation for U.S. federal income tax purposes and files an annual consolidated income tax return with American Realty Investors, Inc. ("ARL"), whose common stock is traded on the NYSE under the symbol "ARL". Subsidiaries and affiliates of ARL own in excess of 80% of the Company's common stock. ARL and one of its subsidiaries own 78.38% and the parent of ARL owns 7.11% of the Company. Accordingly, TCI's financial results are consolidated with those of ARL's on Form 10-K and related Consolidated Financial Statements. ARL's common stock is listed and trades on the New York Stock Exchange under the symbol "ARL".

On July 17, 2009, the Company acquired an additional 2,518,934 shares of common stock of Income Opportunity Realty Investors, Inc. ("IOR"), and in doing so, increased its ownership from approximately 25% to over 80% of the shares of common stock of IOR outstanding. Upon acquisition of the additional shares in 2009, IOR's results of operations began to be consolidated with those of the Company for tax and financial reporting purposes. As of December 31, 2019, TCI owned 81.23% of the outstanding IOR common shares. Shares of IOR common stock are listed and traded on the NYSE American under the symbol "IOR".

TCI's Board of Directors are responsible for directing the overall affairs of TCI and for setting the strategic policies that guide the Company. As of April 30, 2011, the Board of Directors delegated the day-to-day management of the Company to Pillar Income Asset Management, Inc. ("Pillar"), a Nevada corporation, under a written Advisory Agreement that is reviewed annually by TCI's Board of Directors. The directors of TCI are also directors of ARL and four are also directors of IOR. The Chairman of the Board of Directors of TCI also serves as the Chairman of the Board of Directors of ARL and IOR. The officers of TCI also serve as officers of ARL, IOR and Pillar.

Since April 30, 2011, Pillar, the sole shareholder of which is Realty Advisors, LLC, a Nevada limited liability company, the sole member of which is Realty Advisors, Inc. ("RAI"), a Nevada corporation, the sole shareholder of which is May Realty Holdings, Inc. ("MRHI", formerly known as Realty Advisors Management, Inc.), effective August 7, 2014), a Nevada corporation, the sole shareholder of which is a trust known as the May Trust, became the Company's external contractual Advisor and Cash Manager.  Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities. Pillar also arranges, for the Company's benefit, debt and equity financing with third party lenders and investors. Pillar also serves as the contractual Advisor and Cash Manager to ARL and IOR.  As the contractual advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor".  TCI has no employees. Employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement.

3

Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), manages our commercial properties and provides brokerage services. Regis receives property management fees, construction management fees and leasing commissions in accordance with the terms of its property-level management agreement. Regis is also entitled to receive real estate brokerage commissions in accordance with the terms of a non-exclusive brokerage agreement. Refer to Part III, Item 10. "Directors, Executive Officers and Corporate Governance – Property Management and Real Estate Brokerage". TCI engages third-party companies to lease and manage its apartment properties.

Southern Properties Capital Ltd. ("Southern" or "SPC") is a wholly owned subsidiary of TCI that was incorporated on August 16, 2016 for the purpose of

App.727

raising funds by issuing debentures that cannot be converted into any other security that are listed and traded on the Tel-Aviv Stock Exchange ("TASE"). Southern operates in the United States and is primarily involved in investing in, developing, constructing and operating income-producing properties of multi-family residential real estate assets. Southern is included in the consolidated financial statements of TCI.

On January 1, 2012, the Company entered into a development agreement with Unified Housing Foundation, Inc. "UHF" a non-profit corporation that provides management services for the development of residential apartment projects in the future. This development agreement was terminated December 31, 2013. The Company has also invested in surplus cash notes receivables from UHF and has sold several residential apartment properties to UHF in prior years. Due to this ongoing relationship and the significant investment in the performance of the collateral secured under the notes receivable, UHF has been determined to be a related party.

On November 19, 2018, we executed an agreement between the Macquarie Group ("Macquarie") and SPC and TCI to create a joint venture, Victory Abode Apartments, LLC ("VAA") to address existing and future demand for quality multifamily residential housing through acquisition and development of sustainable Class A multifamily housing in focused secondary and tertiary markets. In connection with the formation of the joint venture, SPC and TCI contributed a portfolio of 49 income producing apartment complexes, and 3 development projects in various stages of construction and received cash consideration of $236.8 million. At the time of the transfer of the properties, the joint venture assumed all liabilities of those properties, including mortgage debt to the Department of Housing and Urban Development ("HUD").

VAA is equally owned and controlled by Abode JVP, LLC, a wholly-owned subsidiary of SPC and Summerset Intermediate Holdings 2 LLC ("Summerset"), a wholly-owned indirect subsidiary of Macquarie. Pursuant to the Agreement, Abode JVP, LLC and Summerset each own voting and profit participation rights of 50% and 49%, respectively ("Class A Members"). The remaining 2% of the profit participation interest is held by Daniel J. Moos TCI's President and Chief Executive Officer ("Class B Member") who serves also as the Manager of the joint venture.

Our primary business is the acquisition, development and ownership of income-producing residential and commercial real estate properties. In addition, we opportunistically acquire land for future development in in-fill or high-growth suburban markets. From time to time and when we believe it appropriate to do so, we will also sell land and income-producing properties. We generate revenues by leasing apartment units to residents, and leasing office, industrial and retail space to various for-profit businesses as well as certain local, state and federal agencies. We also generate revenues from gains on sales of income-producing properties and land.

At December 31, 2019, our portfolio of income-producing properties consisted of:

- Seven commercial properties consisting of five office buildings and two retail properties comprising in aggregate of approximately 1.7 million square feet;
- Ten residential apartment communities owned directly by us comprising in 1,657 units, excluding apartments being developed;
- Approximately 1,951 acres of developed and undeveloped land; and
- Fifty-one residential apartment communities totaling 9,888 units owned by our 50% owned investee VAA.

4

The following table sets forth the location of our real estate held for investment (income-producing properties only) by asset type as of December 31, 2019:

| Location | Apartments (Company owned) | | Apartments (VAA owned) | | Commercial (Company owned) | |
|---|---|---|---|---|---|---|
| | No. | Units | No. | Units | No. | SF |
| Alabama | 1 | 200 | 1 | 168 | — | — |
| Arkansas | — | — | 5 | 1,122 | — | — |
| Colorado | — | — | 2 | 260 | — | — |
| Florida | 1 | 33 | 2 | 388 | 1 | 6,722 |
| Georgia | — | — | 1 | 222 | — | — |
| Louisiana | 2 | 384 | 3 | 464 | — | — |
| Mississippi | 2 | 400 | 1 | 196 | — | — |
| North Carolina | — | — | 1 | 201 | — | — |
| Nevada | — | — | 1 | 308 | — | — |
| Tennessee | 1 | 144 | 4 | 708 | — | — |
| Texas-Greater Dallas-Ft Worth | — | — | 19 | 3,709 | 4 | 1,473,634 |
| Texas-Greater Houston | — | — | 2 | 416 | 1 | 95,329 |
| Texas-Other | 3 | 496 | 9 | 1,726 | — | — |
| Wisconsin | — | — | — | — | 1 | 122,205 |
| **Total** | **10** | **1,657** | **51** | **9,888** | **7** | **1,697,890** |

We finance our acquisitions primarily through operating cash flow, proceeds from the sale of land and income-producing properties, and debt financing primarily in the form of property-specific, first-lien mortgage loans from commercial banks and institutional lenders. We finance our development projects principally with short-term, variable-rate construction loans that are refinanced with the proceeds of long-term, fixed-rate amortizing mortgages when the development has been completed and occupancy has been stabilized. When we sell properties, we may carry a portion of the sales price, generally in the form

App.728

of a short-term, interest-bearing, seller-financed note receivable, secured by the property being sold. We may also from time to time enter into partnerships or joint ventures with various investors to acquire land or income-producing properties, or to sell interests in some of our properties.

We join with third-party development companies to construct residential apartment communities. At December 31, 2019, TCI and VAA had five and one apartment projects in development. The third-party developer typically holds a general partner, as well as a limited partner interest in a limited partnership formed for the purpose of building a single property, while we generally take a limited partner interest in the limited partnership. We may contribute land to the partnership as part of our equity contribution or we may contribute the necessary funds to the partnership to acquire the land. We are required to fund all required equity contributions while the third-party developer is responsible for obtaining construction financing, hiring a general contractor and for the overall management, successful completion, initial lease-up and delivery of the project. We generally bear all the economic risks and rewards of ownership in these partnerships and therefore include these partnerships in our consolidated financial statements. The third-party developer is paid a developer fee typically equal to a percentage of the construction costs. When the project reaches stabilized occupancy, we acquire the third-party developer's partnership interests in exchange for any remaining unpaid developer fees.

---

5

---

At December 31, 2019, our apartment projects in development included (dollars in thousands):

| Property | Location | No. of Units | Costs to Date [1] | Total Projected Costs [1] |
|---|---|---|---|---|
| Sugar Mill III | Addis, LA | 72 | $ 7,417,244 | $ 10,014,582 |
| Parc at Denham Springs Phase II | Denham Springs, LA | 144 | 17,791,765 | 18,767,871 |
| Forest Pines II (Forest Grove) | Bryan, TX | 84 | 4,843,342 | 11,258,990 |
| LD Athens | Athens, Al | 232 | 81,372 | 30,519,021 |
| McKinney Heritage | McKinney, TX | 176 | 88,931 | 24,767,176 |
| **Total** | | **708** | **$ 30,222,654** | **$ 95,327,640** |

[1] Costs include construction hard costs, construction soft costs and loan borrowing costs.

We have made investments in a number of large tracts of undeveloped and partially developed land and intend to continue to improve these tracts of land for our own development purposes or make the improvements necessary to ready the land for sale to other developers.

At December 31, 2019, our investments in undeveloped and partially developed land consisted of the following (dollars in thousands):

| Location | Acquired | Acres | Cost | Intended Use |
|---|---|---|---|---|
| Dallas, TX | 1996-2013 | 11.57 | 3,057 | Mixed use |
| Farmers Branch, TX | 2008 | 60.62 | 10,966 | Mixed use |
| Kaufman County, TX | 2011 | 1,781.83 | 49,238 | Mixed use |
| Various | 1990-2008 | 96.97 | 6,742 | Various |
| **Total Land Holdings** | | **1,950.99** | **$ 70,003** | |

---

6

---

**Significant Real Estate Acquisitions/Dispositions and Financings**

The following is a description of the Company's significant real estate and financing transactions during the year ended December 31 2019:

- Sold 35.9 acres of land located in Farmers Branch, Texas for an aggregate sales price of $18.9 million and recognized a gain on the sale of $9.0 million.

- Sold 29.4 acres of land located in Forney, Texas for a total sales price of $5.0 million and recognized a gain on the sale of approximately $4.1 million.

- Sold 10.33 acres of land located in Dallas, Texas for a total sales price of $2.1 million and recognized a gain on the sale of approximately $0.4 million.

- Sold 6.25 acres of land located in Nashville, Tennessee for a total sales price of $2.3 million and recognized a gain on the sale of approximately $0.9 million.

- Sold 23.24 acres of land located in Fort Worth, Texas for a total sales price of $1.8 million and recognized a gain on the sale of approximately $0.5 million.

- Sold a multifamily residential property, located in Mary Ester, Florida for a total sales price of $3.1 million out of which $1.8 million represents land received with a total acreage of 1.27 acres located in Riverside, California in exchange for a note receivable of the same value. The Company recognized a loss from this sale of approximately $0.08 million.

- Purchased 33.05 acres of land in Athens, Alabama for a total purchase price of $2.1 million, out of which $0.9 million was paid in cash and the remaining balance of $1.2 million was issued as a note payable. The note payable matures in eighteen months and bears an annual interest rate of 5.91%.

- Purchased from a third party 8.94 acres of land located in Collin County, Texas for a total purchase price of $2.5 million.

- Purchased an option to buy 37.8 acres of land (6.3 acres located in Collin County, Texas and 31.5 acres located in Clark County, Nevada) for $2.0 million from a third party land developer.

- Sold fresh water district receivables related to infrastructure development work, located in Kaufman County, Texas for $12.0 million. No gain or loss was recognized from the sale of these receivables.

- Purchased notes receivables from related parties for an aggregate purchase price of $29.0 million. No gain or loss was recognized from the purchase of the notes receivables (refer to Note 5).

- Issued Series C bonds on the TASE in the amount of NIS 275 million (or approximately $78.1 million), bearing an annual interest of 4.65%. The interest will be paid on January 31 and July 31 of each of the years 2020 through 2023, with the bond principal payment due in 2023. From the proceeds from the sale of the Series C bonds the Company paid off the mortgage debt of $41.5 million related to one of its commercial buildings used as collateral for this issuance.

The Company continues to invest in the development of apartment projects. During the year ended December 31, 2019, TCI has invested $28.5 million related to the construction or predevelopment of various apartment complexes and capitalized $0.8 million of interest costs.

<center>7</center>

**Business Plan and Investment Policy**

Our business objective is to maximize long-term value for our stockholders by investing in residential and commercial real estate through the acquisition, development and ownership of apartments, commercial properties and land. We intend to achieve this objective through acquiring and developing properties in multiple markets and operating as an industry-leading landlord. We believe this objective will provide the benefits of enhanced investment opportunities, economies of scale and risk diversification, both in terms of geographic market and real estate product type. We believe our objective will also result in continuing access to favorably priced debt and equity capital. In pursuing our business objective, we seek to achieve a combination of internal and external growth while maintaining a strong balance sheet and employing a strategy of financial flexibility. We maximize the value of our apartments and commercial properties by maintaining high occupancy levels while charging competitive rental rates, controlling costs and focusing on tenant retention. We also pursue attractive development opportunities either directly or in partnership with other investors.

For our portfolio of commercial properties, we generate increased operating cash flow through annual contractual increases in rental rates under existing leases. We also seek to identify best practices within our industry and across our business units in order to enhance cost savings and gain operating efficiencies. We employ capital improvement and preventive maintenance programs specifically designed to reduce operating costs and increase the long-term value of our real estate investments.

We seek to acquire properties consistent with our business objectives and strategies. We execute our acquisition strategy by purchasing properties which management believes will create stockholder value over the long-term. We will also sell properties when management believes value has been maximized or when a property is no longer considered an investment to be held long-term.

We are continuously in various stages of discussions and negotiations with respect to development, acquisition, and disposition of projects. The consummation of any current or future development, acquisition, or disposition, if any, and the pace at which any may be completed cannot be assured or predicted.

Substantially all of our properties are owned by subsidiary companies, many of which are single-asset entities. This ownership structure permits greater access to financing for individual properties and permits flexibility in negotiating a sale of either the asset or the equity interests in the entity owning the asset. From time-to-time, our subsidiaries have invested in joint ventures with other investors, creating the possibility of risks that do not exist with properties solely owned by a TCI subsidiary. In those instances where other investors are involved, those other investors may have business, economic, or other objectives that are inconsistent with our objectives, which may in turn, require us to make investment decisions different from those if we were the sole owner.

Real estate generally cannot be sold quickly. We may not be able to promptly dispose of properties in response to economic or other conditions. To offset this challenge, selective dispositions have been a part of our strategy to maintain an efficient investment portfolio and to provide additional sources of capital. We finance acquisitions through mortgages, internally generated funds, and, to a lesser extent, property sales. Those sources provide the bulk of funds for future

acquisition. We may purchase properties by assuming existing loans secured by the acquired property. When properties are acquired in such a manner, we customarily seek to refinance the asset in order to properly leverage the asset in a manner consistent with our investment objectives.

Our businesses are not generally seasonal with regard to real estate investments. Our investment strategy seeks both current income and capital appreciation. Our plan of operation is to continue, to the extent our liquidity permits, to make equity investments in income-producing real estate such as apartments and commercial properties. We may also invest in the debt or equity securities of real estate-related entities. We intend to pursue higher risk, higher reward investments, such as improved and unimproved land where we can obtain reasonably-priced financing for substantially all of a property's purchase price. We intend to continue the development of apartment properties in selected markets in Texas and in other locations where we believe adequate levels of demand exist. We intend to pursue sales opportunities for properties in stabilized real estate markets where we believe our properties' value has been maximized. We also intend to be an opportunistic seller of properties in markets where demand exceeds current supply. Although we no longer actively seek to fund or purchase mortgage loans, we may, in selected instances, originate mortgage loans or we may provide purchase money financing in conjunction with a property sale.

8

Our Board of Directors has broad authority under our governing documents to make all types of investments, and we may devote available resources to particular investments or types of investments without restriction on the amount or percentage of assets that may be allocated to a single investment or to any particular type of investment, and without limit on the percentage of securities of any one issuer that may be acquired. Investment objectives and policies may be changed at any time by the Board without stockholder approval.

The specific composition from time-to-time of our real estate portfolio owned by TCI directly and through our subsidiaries depends largely on the judgment of management to changing investment opportunities and the level of risk associated with specific investments or types of investments. We intend to maintain a real estate portfolio that is diversified by both location and type of property.

**Competition**

The real estate business is highly competitive and TCI competes with numerous companies engaged in real estate activities (including certain entities described in Part III, Item 13. "Certain Relationships and Related Transactions, and Director Independence"), some of which have greater financial resources than TCI. We believe that success against such competition is dependent upon the geographic location of a property, the performance of property-level managers in areas such as leasing and marketing, collection of rents and control of operating expenses, the amount of new construction in the area and the maintenance and appearance of the property. Additional competitive factors include ease of access to a property, the adequacy of related facilities such as parking and other amenities, and sensitivity to market conditions in determining rent levels. With respect to apartments, competition is also based upon the design and mix of the units and the ability to provide a community atmosphere for the residents. We believe that beyond general economic circumstances and trends, the degree to which properties are renovated or new properties are developed in the competing submarket are also competitive factors. Refer to Part I, Item1A. "Risk Factors".

To the extent that TCI seeks to sell any properties, the sales prices for the properties may be affected by competition from other real estate owners and financial institutions also attempting to sell properties in areas where TCI's properties are located, as well as aggressive buyers attempting to dominate or penetrate a particular market.

As described above and in Part III, Item 13. "Certain Relationships and Related Transactions, and Director Independence", the officers and directors of TCI serve as officers and directors of ARL and IOR. Both ARL and IOR have business objectives similar to those of TCI. TCI's officers and directors owe fiduciary duties to both IOR and ARL as well as to TCI under applicable law. In determining whether a particular investment opportunity will be allocated to TCI, IOR, or ARL, management considers the respective investment objectives of each Company and the appropriateness of a particular investment in light of each Company's existing real estate and mortgage notes receivable portfolio. To the extent that any particular investment opportunity is appropriate to more than one of the entities, the investment opportunity may be allocated to the entity which has had funds available for investment for the longest period of time, or, if appropriate, the investment may be shared among all three or two of the entities.

In addition, as described in Part III, Item 13. "Certain Relationships and Related Transactions, and Director Independence", TCI competes with related parties of Pillar having similar investment objectives related to the acquisition, development, disposition, leasing and financing of real estate and real estate-related investments. In resolving any potential conflicts of interest which may arise, Pillar has informed TCI that it intends to exercise its best judgment as to what is fair and reasonable under the circumstances in accordance with applicable law.

We have historically engaged in and will continue to engage in certain business transactions with related parties, including but not limited to asset acquisitions and dispositions. Transactions involving related parties cannot be presumed to be carried out on an arm's length basis due to the absence of free market forces that naturally exist in business dealings between two or more unrelated entities. Related party transactions may not always be favorable to our business and may include terms, conditions and agreements that are not necessarily beneficial to or in the best interests of the Company.

9

**Available Information**

App.731

TCI maintains an internet site at *http://www.transconrealty-invest.com*. We make available through our website free of charge Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, reports filed pursuant to Section 16 and amendments to those reports as soon as reasonably practicable after we electronically file or furnish such materials to the Securities and Exchange Commission. In addition, we have posted the charters for our Audit Committee, Compensation Committee and Governance and Nominating Committee, as well as our Code of Business Conduct and Ethics, Corporate Governance Guidelines on Director Independence and other information on the website. These charters and principles are not incorporated in this Report by reference. We will also provide a copy of these documents free of charge to stockholders upon written request. The Company issues Annual Reports containing audited financial statements to its common shareholders.

<div align="center">10</div>

## ITEM 1A.   *RISK FACTORS*

An investment in our securities involves various risks. All investors should carefully consider the following risk factors, applicable to TCI and its subsidiaries in conjunction with the other information in this report before trading our securities.

**Risk Factors Related to our Business**

***Our business may be impacted as a result of the pandemic impact the coronavirus ("COVID 19") may have in the U.S. and global economy.***

During 2020, a strain of coronavirus ("COVID – 19") was reported worldwide, resulting in decreased economic activity and concerns about the pandemic, which would adversely affect the broader global economy. The Company is taking all necessary steps to keep our business premises, tenants, vendors and employees in a safe environment and are constantly monitoring the impact of COVID – 19.  At this point, the extent to which COVID – 19 may impact the global economy and our business is uncertain, but pandemics or other significant public health events could have a material adverse effect on our business and results of operations.

***Adverse events concerning our existing tenants or negative market conditions affecting our existing tenants could have an adverse impact on our ability to attract new tenants, release space, collect rent or renew leases, and thus could adversely affect cash flow from operations and inhibit growth.***

Cash flow from operations depends in part on the ability to lease space to tenants on economically favorable terms. We could be adversely affected by various facts and events over which the Company has limited or no control, such as:

- lack of demand for space in areas where the properties are located;

- inability to retain existing tenants and attract new tenants;

- oversupply of or reduced demand for space and changes in market rental rates;

- defaults by tenants or failure to pay rent on a timely basis;

- the need to periodically renovate and repair marketable space;

- physical damage to properties;

- economic or physical decline of the areas where properties are located; and

- potential risk of functional obsolescence of properties over time.

At any time, any tenant may experience a downturn in its business that may weaken its financial condition. As a result, a tenant may delay lease commencement, fail to make rental payments when due, decline to extend a lease upon its expiration, become insolvent or declare bankruptcy. Any tenant bankruptcy or insolvency, leasing delay or failure to make rental payments when due, could result in the termination of the tenant's lease and material losses to the Company.

If tenants do not renew their leases as they expire, we may not be able to rent the space. Furthermore, leases that are renewed, and some new leases for space that is re-let, may have terms that are less economically favorable than expiring lease terms, or may require us to incur significant costs, such as renovations, tenant improvements or lease transaction costs. Any of these events could adversely affect cash flow from operations and our ability to make distributions to shareholders and service indebtedness. A significant portion of the costs of owning property, such as real estate taxes, insurance, and debt service payments, are not necessarily reduced when circumstances cause a decrease in rental income from the properties.

***We may not be able to compete successfully with other entities that operate in our industry.***

We experience a great deal of competition in attracting tenants for the properties and in locating land to develop and properties to acquire.

<div align="right">App.732</div>

In our effort to lease properties, we compete for tenants with a broad spectrum of other landlords in each of the markets. These competitors include, among others, publicly-held REITs, privately-held entities, individual property owners and tenants who wish to sublease their space. Some of these competitors may be able to offer prospective tenants more attractive financial terms than we are able to offer.

11

If the availability of land or high quality properties in our markets diminishes, operating results could be adversely affected.

***We may experience increased operating costs which could adversely affect our financial results and the value of our properties*** .

Our properties are subject to increases in operating expenses such as insurance, cleaning, electricity, heating, ventilation and air conditioning, administrative costs and other costs associated with security, landscaping, repairs, and maintenance of the properties. While some current tenants are obligated by their leases to reimburse us for a portion of these costs, there is no assurance that these tenants will make such payments or agree to pay these costs upon renewal or new tenants will agree to pay these costs. If operating expenses increase in our markets, we may not be able to increase rents or reimbursements in all of these markets to offset the increased expenses, without at the same time decreasing occupancy rates. If this occurs, our ability to make distributions to shareholders and service indebtedness could be adversely affected.

***Our ability to achieve growth in operating income depends in part on our ability to develop additional properties*** .

We intend to continue to develop properties where warranted by market conditions. We have a number of ongoing development and land projects being readied for commencement.

Additionally, general construction and development activities include the following risks:

- construction and leasing of a property may not be completed on schedule, which could result in increased expenses and construction costs, and would result in reduced profitability for that property;

- construction costs may exceed original estimates due to increases in interest rates and increased cost of materials, labor or other costs, possibly making the property less profitable because of inability to increase rents to compensate for the increase in construction costs;

- some developments may fail to achieve expectations, possibly making them less profitable;

- we may be unable to obtain, or face delays in obtaining, required zoning, land-use, building, occupancy, and other governmental permits and authorizations, which could result in increased costs and could require us to abandon our activities entirely with respect to a project;

- we may abandon development opportunities after the initial exploration, which may result in failure to recover costs already incurred. If we determine to alter or discontinue its development efforts, future costs of the investment may be expensed as incurred rather than capitalized and we may determine the investment is impaired resulting in a loss;

- we may expend funds on and devote management's time to projects which will not be completed; and

- occupancy rates and rents at newly-completed properties may fluctuate depending on various factors including market and economic conditions, and may result in lower than projected rental rates and reduced income from operations.

***We face risks associated with property acquisitions.***

We acquire individual properties and various portfolios of properties and intend to continue to do so. Acquisition activities are subject to the following risks:

- when we are able to locate a desired property, competition from other real estate investors may significantly increase the seller's offering price;

- acquired properties may fail to perform as expected;

12

- the actual costs of repositioning or redeveloping acquired properties may be higher than original estimates;

- acquired properties may be located in new markets where we face risks associated with an incomplete knowledge or understanding of the local market, a limited number of established business relationships in the area and a relative unfamiliarity with local governmental and permitting procedures; and

App.733

- we may be unable to quickly and efficiently integrate new acquisitions, particularly acquisitions of portfolios of properties, into existing operations, and results of operations and financial condition could be adversely affected.

We may acquire properties subject to liabilities and without any recourse, or with limited recourse, with respect to unknown liabilities. However, if an unknown liability was later asserted against the acquired properties, we might be required to pay substantial sums to settle it, which could adversely affect cash flow.

***Many of our properties are concentrated in our primary markets and the Company may suffer economic harm as a result of adverse conditions in those markets.***

Our properties are located principally in specific geographic areas in the southwestern, southeastern, and mid-western United States. The Company's overall performance is largely dependent on economic conditions in those regions.

***Our investments in joint ventures may decrease our ability to manage risk.***

We conduct some of our operations through a joint venture in which we share control over certain economic and business interests with our joint venture partner. Our joint venture partner may have economic, business or legal interests or goals that are inconsistent with our goals and interests or may be unable to meet their obligations. Failure by us, or an entity in which we have a joint-venture interest, to adequately manage the risks associated with any acquisitions or joint ventures could have a material adverse effect on the financial condition or results of operations of our joint ventures and adversely affect our business, financial condition, results of operations and cash flows.

***We are leveraged and may not be able to meet our debt service obligations.***

We had total indebtedness, including bonds and notes payable, at December 31, 2019 of approximately $493.3 million. Substantially all assets have been pledged to secure debt. These borrowings increase the risk of loss because they represent a prior claim on assets and most require fixed payments regardless of profitability. Our leveraged position makes us vulnerable to declines in the general economy and may limit the Company's ability to pursue other business opportunities in the future.

***We may not be able to access financial markets to obtain capital on a timely basis, or on acceptable terms.***

We rely on proceeds from property dispositions and third party capital sources for a portion of our capital needs, including capital for acquisitions and development. The public debt and equity markets are among the sources upon which the Company relies. There is no guarantee that we will be able to access these markets or any other source of capital. The ability to access the public debt and equity markets depends on a variety of factors, including:

- general economic conditions affecting these markets;

- our own financial structure and performance;

- the market's opinion of real estate companies in general; and

- the market's opinion of real estate companies that own similar properties;

<div align="center">13</div>

***We may suffer adverse effects as a result of terms and covenants relating to the Company's indebtedness.***

Required payments on our indebtedness generally are not reduced if the economic performance of the portfolio declines. If the economic performance declines, net income, cash flow from operations and cash available for distribution to stockholders may be reduced. If payments on debt cannot be made, we could sustain a loss or suffer judgments, or in the case of mortgages, suffer foreclosures by mortgagees. Further, some obligations contain cross-default and/or cross-acceleration provisions, which means that a default on one obligation may constitute a default on other obligations.

We anticipate only a small portion of the principal of its debt will be repaid prior to maturity. Therefore, we are likely to refinance a portion of its outstanding debt as it matures. There is a risk that we may not be able to refinance existing debt or the terms of any refinancing will not be as favorable as the terms of the maturing debt. If principal balances due at maturity cannot be refinanced, extended, or repaid with proceeds from other sources, such as the proceeds of sales of assets or new equity capital, cash flow may not be sufficient to repay all maturing debt in years when significant "balloon" payments come due.

Our credit facilities and unsecured debt contain customary restrictions, requirements and other limitations on the ability to incur indebtedness, including total debt to asset ratios, secured debt to total asset ratios, debt service coverage ratios, and minimum ratios of unencumbered assets to unsecured debt. Our continued ability to borrow is subject to compliance with financial and other covenants. In addition, failure to comply with such covenants could cause a default under credit facilities, and we may then be required to repay such debt with capital from other sources. Under those circumstances, other sources of capital may not be available, or be available only on unattractive terms.

***Our degree of leverage could limit our ability to obtain additional financing or affect the market price of our common stock.***

App.734

The degree of leverage could affect our ability to obtain additional financing for working capital, capital expenditures, acquisitions, development or other general corporate purposes. The degree of leverage could also make us more vulnerable to a downturn in business or the general economy.

***An increase in interest rates would increase interest costs on variable rate debt and could adversely impact the ability to refinance existing debt.***

We currently have, and may incur more, indebtedness that bears interest at variable rates. Accordingly, if interest rates increase, so will the interest costs, which could adversely affect cash flow and the ability to pay principal and interest on our debt and the ability to make distributions to shareholders. Further, rising interest rates could limit our ability to refinance existing debt when it matures.

***Unbudgeted capital expenditures or cost overruns could adversely affect business operations and cash flow.***

If capital expenditures for ongoing or planned development projects or renovations exceed expectations, the additional cost of these expenditures could have an adverse effect on business operations and cash flow. In addition, we might not have access to funds on a timely basis to pay the unexpected expenditures.

Construction costs are funded in large part through construction financing which the Company may guarantee. The Company's obligation to pay interest on this financing continues until the rental project is completed, leased up and permanent financing is obtained, or the project is sold or the construction loan is otherwise paid. Unexpected delays in completion of one or more ongoing projects could also have a significant adverse impact on business operations and cash flow.

***We may need to sell properties from time to time for cash flow purposes.***

Because of the lack of liquidity of real estate investments, our ability to respond to changing circumstances may be limited and generally real estate investments cannot be sold quickly. In the event that we must sell assets to generate cash flow, we cannot predict whether there will be a market for those assets in the time period desired, or whether we will be able to sell the assets at a price that will allow the Company to fully recoup its investment. We may not be able to realize the full potential value of the assets and may incur costs related to the early pay-off of the debt secured by such assets.

<div align="center">14</div>

***We intend to devote resources to the development of new projects.***

We plan to continue developing new projects as opportunities arise in the future. Development and construction activities entail a number of risks, including but not limited to the following:

- we may abandon a project after spending time and money determining its feasibility;

- construction costs may materially exceed original estimates;

- the revenue from a new project may not be enough to make it profitable or generate a positive cash flow;

- we may not be able to obtain financing on favorable terms for development of a property, if at all;

- we may not complete construction and lease-ups on schedule, resulting in increased development or carrying costs; and

- we may not be able to obtain, or may be delayed in obtaining, necessary governmental permits.

***The overall business is subject to all of the risks associated with the real estate industry*** .

We are subject to all risks incident to investment in real estate, many of which relate to the general lack of liquidity of real estate investments, including, but not limited to:

- our real estate assets are concentrated primarily in the southwest and any deterioration in the general economic conditions of this region could have an adverse effect;

- changes in interest rates may make the ability to satisfy debt service requirements more burdensome;

- lack of availability of financing may render the purchase, sale or refinancing of a property more difficult or unattractive;

- changes in real estate and zoning laws;

- increases in real estate taxes and insurance costs;

- federal or local economic or rent control;

- acts of terrorism; and

- hurricanes, tornadoes, floods, earthquakes and other similar natural disasters.

***Our performance and value are subject to risks associated with our real estate assets and with the real estate industry.***

Our economic performance and the value of our real estate assets, and consequently the value of our securities, are subject to the risk that if our properties do not generate revenues sufficient to meet our operating expenses, including debt service and capital expenditures, our cash flow will be adversely affected. The following factors, among others, may adversely affect the income generated by our properties:

- downturns in the national, regional and local economic conditions (particularly increases in unemployment);

15

- competition from other office and commercial buildings;

- local real estate market conditions, such as oversupply or reduction in demand for office or other commercial space;

- changes in interest rates and availability of financing;

- vacancies, changes in market rental rates and the need to periodically repair, renovate and re-let space;

- increased operating costs, including insurance expense, utilities, real estate taxes, state and local taxes and heightened security costs;

- civil disturbances, earthquakes and other natural disasters, or terrorist acts or acts of war which may result in uninsured or underinsured losses;

- significant expenditures associated with each investment, such as debt service payments, real estate taxes, insurance and maintenance costs which are generally not reduced when circumstances cause a reduction in revenues from a property;

- declines in the financial condition of our tenants and our ability to collect rents from our tenants; and

- decreases in the underlying value of our real estate.

16

***Adverse economic conditions and dislocations in the credit markets could have a material adverse effect on our results of operations, and financial condition.***

Our business may be affected by market and economic challenges experienced by the U.S. economy or real estate industry as a whole or by the local economic conditions in the markets in which our properties are located, including the current dislocations in the credit markets and general global economic recession. These current conditions, or similar conditions existing in the future, may adversely affect our results of operations, and financial condition as a result of the following, among other potential consequences:

- the financial condition of our tenants may be adversely affected which may result in tenant defaults under leases due to bankruptcy, lack of liquidity, operational failures or for other reasons;

- significant job losses within our tenants may occur, which may decrease demand for our office space, causing market rental rates and property values to be negatively impacted;

- our ability to borrow on terms and conditions that we find acceptable, or at all, may be limited, which could reduce our ability to pursue acquisition and development opportunities and refinance existing debt, reduce our returns from our acquisition and development activities and increase our future interest expense;

- reduced values of our properties may limit our ability to dispose of assets at attractive prices or to obtain debt financing secured by our properties and may reduce the availability of unsecured loans; and

- one or more lenders could refuse to fund their financing commitment to us or could fail and we may not be able to replace the financing commitment of any such lenders on favorable terms, or at all.

***Real estate investments are illiquid, and we may not be able to sell properties if and when it is appropriate to do so.***

App.736

Real estate generally cannot be sold quickly. We may not be able to dispose of properties promptly in response to economic or other conditions. In addition, provisions of the Internal Revenue Code may limit our ability to sell properties (without incurring significant tax costs) in some situations when it may be otherwise economically advantageous to do so, thereby adversely affecting returns to stockholders and adversely impacting our ability to meet our obligations.

**ITEM 1B.    *UNRESOLVED STAFF COMMENTS***

None.

17

**ITEM 2.    *PROPERTIES***

On December 31, 2019, our portfolio consisted of seventeen income-producing properties consisting of ten apartment communities totaling 1,657 units, seven commercial properties consisting of five office buildings and two retail centers. In addition, we own or control 1,951 acres of improved and unimproved land held for future development or sale.

The average annual rental and other property revenue per square foot is $13.36 for the Company's residential apartment portfolio and $25.61 for the commercial portfolio. Through our joint venture VAA we have a 50 percent ownership interest to a portfolio of fifty-one income-producing properties with a total of 9,888 units, which generated an average annual rental revenue of $14.74 per square foot.

The table below shows information relating to those properties in which we own or have an ownership interest through subsidiaries, all of which are suitable and adequate for the purpose for which each is utilized:

| Residential Apartments | Location | Units | Occupancy |
|---|---|---|---|
| Chelsea | Beaumont, TX | 144 | 90.97% |
| Farnham Park | Port Arthur, TX | 144 | 95.83% |
| Landing Bayou | Houma, LA | 240 | 89.58% |
| Legacy at Pleasant Grove | Texarkana, TX | 208 | 88.94% |
| Toulon | Gautier, MS | 240 | 98.33% |
| Villager | Fort Walton, FL | 33 | 90.91% |
| Villas at Bon Secour Apts | Gulf Shores, AL | 200 | 92.00% |
| Vista Ridge | Tupelo, MS | 160 | 93.13% |
| Overlook at Allensville Phase II | Sevierville, TN | 144 | 89.58% |
| Parc at Denham Springs Phase II | Denham Springs, LA | 144 | 5.56% |
| **10** | ***Total Apartment Units*** | **1,657** | |

| Office Buildings | Location | SqFt | Occupancy |
|---|---|---|---|
| 600 Las Colinas | Irving, TX | 512,173 | 79.43% |
| 770 South Post Oak | Houston, TX | 95,438 | 83.85% |
| Browning Place (Park West I) | Farmers Branch, TX | 625,297 | 87.03% |
| Senlac (VHP) | Farmers Branch, TX | 2,821 | 100.00% |
| Stanford Center | Dallas, TX | 333,234 | 90.91% |
| **5** | ***Total Office Buildings*** | **1,568,963** | |

| Retail Centers | Location | SqFt | Occupancy |
|---|---|---|---|
| Bridgeview Plaza | LaCrosse, WI | 122,205 | 37.25% |
| Fruitland Park | Fruitland Park, FL | 6,722 | 100.00% |
| **2** | ***Total Retail Centers*** | **128,927** | |
| | ***Total Commercial*** | **1,697,890** | |

18

Our joint venture investee VAA, owns the following residential properties:

App.737

| Residential Apartments | Location | Units | Occupancy |
|---|---|---|---|
| Abode Red Rock Apartments | Las Vegas, NV | 308 | 83.04% |
| Apalachee Point Villas Apartments | Tallahassee, FL | 200 | 91.88% |
| Blue Lake Villas Apartments | Waxahachie, TX | 186 | 90.78% |
| Blue Lake Villas Apartments Phase II | Waxahachie, TX | 70 | 89.02% |
| Breakwater Bay Apartments. | Beaumont, TX | 176 | 97.53% |
| Bridgewood Ranch Apartments | Kaufman, TX | 106 | 94.39% |
| Capitol Hill Apartments | Little Rock, AR | 156 | 91.17% |
| Centennial Village Apartments | Oak Ridge,TN | 252 | 94.83% |
| Crossings at Opelika Apartments | Opelika, AL | 168 | 97.29% |
| Dakota Arms Apartments | Lubbock, TX | 208 | 96.17% |
| Desoto Ranch Apartments | DeSoto, TX | 248 | 92.61% |
| Eagle Crossing Apartments | Dallas, TX | 150 | 97.63% |
| Falcon Lake Apartments | Arlington, TX | 248 | 95.30% |
| Heather Creek Apartments | Mesquite, TX | 200 | 96.64% |
| Lake Forest Apartments | Humble, TX | 240 | 90.67% |
| Lakeside Lofts | Farmers Branch, TX | 245 | 0.00% |
| Lodge at Pecan Creek Apartments | Denton, TX | 192 | 95.04% |
| Lofts at Reynolds Apartments | Asheville, NC | 201 | 93.87% |
| Mansions Of Mansfield Apartments | Mansfield, TX | 208 | 96.38% |
| McKinney Point Apartments | McKinney, TX | 198 | 91.96% |
| Metropolitan Apartments | Little Rock, AR | 260 | 92.40% |
| Mission Oaks Apartments | San Antonio, TX | 228 | 92.17% |
| Northside on Travis Apartments | Sherman, TX | 200 | 90.03% |
| Oak Hollow Phase I Apartments | Seguin, TX | 160 | 88.08% |
| Oak Hollow Phase II Apartments | Seguin, TX | 96 | 86.61% |
| Oceanaire Apartments | Biloxi, MS | 196 | 94.76% |
| Overlook At Allensville Square Apartments Phase I | Sevierville, TN | 144 | 92.66% |
| Parc at Wylie Apartments | Wylie, TX | 198 | 92.09% |
| Parc at Bentonville Apartments | Bentonville, AR | 216 | 92.60% |
| Parc at Clarksville Apartments | Clarksville, TN | 168 | 91.45% |
| Parc at Denham Springs Apartments Phase I | Denham Spring, LA | 224 | 95.86% |
| Parc at Garland Apartments | Garland, TX | 198 | 94.68% |
| Parc at Mansfield Apartments | Mansfield, TX | 99 | 94.87% |
| Parc at Maumelle Apartments | Little Rock, AR | 240 | 94.51% |
| Parc at Metro Center Apartments | Nashville, TN | 144 | 97.48% |
| Parc at Rogers Apartments | Rogers, AR | 250 | 92.99% |
| Preserve at Pecan Creek Apartments | Denton, TX | 192 | 89.65% |
| Preserve at Prairie Pointe Apartments | Lubbock, TX | 184 | 95.94% |
| Residences at Holland Lake Apartments | Weatherford, TX | 208 | 94.45% |
| Sawgrass Creek Apartments | New Port Richey, FL | 188 | 92.73% |
| Sonoma Court Apartments | Rockwall, TX | 124 | 89.98% |
| Sugar Mill Apartments, Phase I | Baton Rouge, LA | 160 | 76.24% |
| Sugar Mill Apartments, Phase II | Addis, LA | 80 | 76.59% |
| Tattersall Village Apartments | Hinesville, GA | 222 | 93.76% |
| Terra Lago Apartments | Rowlett, TX | 451 | 69.45% |
| Tradewinds Apartments | Midland, TX | 214 | 94.36% |
| Villas of Park West Apartments Phase I | Pueblo, CO | 148 | 95.27% |
| Villas of Park West Apartments Phase II | Pueblo, CO | 112 | 93.77% |
| Vistas Of Vance Jackson Apartments | San Antonio, TX | 240 | 94.50% |
| Waterford at Summer Park Apartments | Rosenberg, TX | 196 | 93.49% |
| Windsong Apartments | Fort Worth, TX | 188 | 93.15% |
| *51* | **Total Apartment Units** | **9,888** | |

**Development Project**

| | | | |
|---|---|---|---|
| Lakeside Lofts Apartments | Farmers Branch, TX | 249 | |
| | **Grand total** | 10,137 | |

19

App.738

**Commercial Lease Expirations**

The following table summarizes our commercial lease expirations as of December 31, 2019:

| Year of Lease Expiration | Rentable Square Feet Subject to Expiring Leases | Current Annualized [1] Contractual Rent Under Expiring Leases | Current Annualized [1] Contractual Rent Under Expiring Leases (P.S.F.) | Percentage of Total Square Feet | Percentage of Gross Rentals |
|---|---|---|---|---|---|
| 2020 | 139,905 | $ 3,082,003 | $ 22.03 | 8.2% | 10.9% |
| 2021 | 123,629 | 2,344,184 | 18.96 | 7.3% | 8.3% |
| 2022 | 267,882 | 5,981,809 | 22.33 | 15.8% | 21.1% |
| 2023 | 362,224 | 6,035,138 | 16.66 | 21.3% | 21.3% |
| 2024 | 271,071 | 6,010,250 | 22.17 | 16.0% | 21.2% |
| 2025 | 125,667 | 2,909,360 | 23.15 | 7.4% | 10.3% |
| 2026 | 30,505 | 793,130 | 26.00 | 1.8% | 2.8% |
| Thereafter | 56,926 | 1,152,892 | 20.25 | 3.4% | 4.1% |
| Total | 1,377,809 | $ 28,308,766 | | 81.2% | 100% |

(1) Represents the monthly contractual base rent and recoveries from tenants under existing leases as of December 31, 2019, multiplied by twelve. This amount reflects total rent before any rent abatements and includes expense reimbursements, which may be estimates as of such date.

The table below shows information related to the land parcels we own as of December 31, 2019:

| Land | Location | Acres |
|---|---|---|
| Dedeaux | Gulfport, MS | 9.90 |
| Dominion Mercer Phase II | Farmers Branch, TX | 5.29 |
| Gautier | Gautier, MS | 3.46 |
| Lacy Longhorn | Farmers Branch, TX | 4.86 |
| Lake Shore Villas | Humble, TX | 1.35 |
| Lubbock | Lubbock, TX | 2.87 |
| McKinney 36 | Collin County, TX | 17.89 |
| Minivest | Dallas, TX | 0.23 |
| Nicholson Croslin | Dallas, TX | 0.80 |
| Nicholson Mendoza | Dallas, TX | 0.35 |
| Ocean Estates | Gulfport, MS | 11.79 |
| T Palm Desert | Riverside, California | 1.27 |
| Travis Ranch | Kaufman County, TX | 8.66 |
| Union Pacific Railroad | Dallas, TX | 0.04 |
| Willowick | Pensacola, FL | 39.78 |
| Mercer Crossing | Farmers Branch, TX | 19.00 |
| Windmills Farm | Kaufman County, TX | 1,701.05 |
| | *Total Land/Development* | 1,828.59 |

| Land Subject to Sales Contract | Location | Acres |
|---|---|---|
| Mercer Crossing | Farmers Branch, TX | 41.62 |
| Windmill Farms | Kaufman County, TX | 80.78 |
| | *Total Land Subject to Sales Contract* | 122.40 |
| | *Total Land* | **1,950.99** |

20

**ITEM 3.    *LEGAL PROCEEDINGS***

**ART and ART Midwest, Inc.**

While the Company and all entities in which the Company has a direct or indirect equity interest are not parties to or obligated in any way for the outcome, a formerly owned entity (American Realty Trust, Inc.) and its former subsidiary (ART Midwest, Inc.) have been engaged since 1999 in litigation with Mr.

David Clapper and entities related to CMX Clapper (collectively, the "Clapper Parties"). The matter originally involved a transaction in which ART Midwest, Inc. was to acquire eight residential apartment complexes from the Clapper Parties. Through the years, a number of rulings, both for and against American Realty Trust, Inc. "ART" and ART Midwest, Inc., were issued. In October 2011, a ruling was issued under which the Clapper Parties received a judgment for approximately $74 million, including $26 million in actual damages and $48 million interest. The ruling was against ART and ART Midwest, Inc., but no other entity. During February 2014, the Court of Appeals affirmed a portion of the judgment in favor of the Clapper Parties, but also ruled that a double counting of a significant portion of the damages had occurred and remanded the case back to the trial court to recalculate the damage award, as well as pre- and post-judgment interest thereon. Subsequently, the trial court recalculated the damage award, reducing it to approximately $59 million, inclusive of actual damages and then current interest. ART was also a significant owner of a partnership interest in the partnership that was awarded the initial damages in this matter.

The Clapper Parties subsequently filed a new lawsuit against ARI, its subsidiary EQK Holdings, Inc. "EQK", and ART. The Clapper Parties seek damages from ARL for payment by ART to ARL of ART's stock in EQK in exchange for a release of the Antecedent Debt owed by ART to ARI. In February 2018 the court determined that this legal matter should not have been filed in federal court and therefore granted motions to dismiss on jurisdictional grounds. In June 2018, the court overruled its own grant of motions to dismiss and reinstated the case. We continue to vigorously defend the case and management believes it has defenses to the claims. The case has not been set for trial.

In 2005, ART filed suit against a major national law firm over the initial transaction. That action was initially abated while the principal case with the Clapper Parties was pending, but the abatement was recently lifted. The trial court subsequently dismissed the case on procedural grounds, but ART has filed a notice of appeal. The appeal was heard in February 2018 and the case was subsequently appealed to the Texas Supreme Court. The application for Review is still pending with the Texas Supreme Court. In January 2012, the Company sold all of the issued and outstanding stock of ART to an unrelated party for a promissory note in the amount of $10 million. At December 31, 2012, the Company fully reserved and valued such note at zero.

**Dynex Capital, Inc.**

On July 20, 2015, the 68th Judicial District Court in Dallas County, Texas issued its Final Judgment in Cause No. DC-03-00675, styled Basic Capital Management, Inc., American Realty Trust, Inc., Transcontinental Realty Investors, Inc., Continental Poydras Corp., Continental Common, Inc. and Continental Baronne, Inc. v. Dynex Commercial, Inc. The case, which was litigated for more than a decade, had its origin with Dynex Commercial making loans to Continental Poydras Corp., Continental Common, Inc. and Continental Baronne, Inc. (subsidiaries of Continental Mortgage & Equity Trust ("CMET"), an entity which merged into TCI in 1999 after the original suit was filed). Under the original loan commitment, $160 million in loans were to be made to the entities. The loans were conditioned on the execution of a commitment between Dynex Commercial and Basic Capital Management, Inc. ("Basic").

An original trial in 2004, which also included Dynex Capital, Inc. as a defendant, resulted in a jury awarding damages in favor of Basic for "lost opportunity," as well as damages in favor of ART and in favor of TCI and its subsidiaries for "increased costs" and "lost opportunity." The original Trial Court judge ignored the jury's findings, however, and entered a "Judgment Notwithstanding the Verdict" ("JNOV") in favor of the Dynex entities (the judge held the Plaintiffs were not entitled to any damages from the Dynex entities). After numerous appeals by all parties, Dynex Capital, Inc. was ultimately dismissed from the case and the remaining claims against Dynex Commercial were remanded to the Trial Court for a new judgment consistent with the jury's findings. The Court entered the new Final Judgment against Dynex Commercial, Inc. on July 20, 2015.

21

The Final Judgment entered against Dynex Commercial, Inc. on July 20, 2015 awarded Basic was $0.256 million in damages, plus pre-judgment interest of $0.192 million for a total amount of $0.448 million. The Judgment awarded ART was $14.2 million in damages, plus pre-judgment interest of $10.6 million for a total amount of $24.8 million. The Judgment awarded TCI was $11.1 million, plus pre-judgment interest of $8.4 million for a total amount of $19.5 million. The Judgment also awarded Basic, ART, and TCI post-judgment interest at the rate of 5% per annum from April 25, 2014 until the date their respective damages were paid. Lastly, the Judgement awarded Basic, ART, and TCI was $1.6 million collectively in attorneys' fees from Dynex Commercial, Inc.

TCI is working with counsel to identify assets and collect on the Final Judgment against Dynex Commercial, Inc., as well as pursue additional claims, if any, against Dynex Capital, Inc. Post judgment interest continues to accrue.

**Berger Litigation**

On February 4, 2019, an individual claiming to be a stockholder holding 7,900 shares of Common Stock of Income Opportunity Realty Investors, Inc. ("IOR") filed a Complaint in the United States District Court for the Northern District of Texas, Dallas Division, individually and allegedly derivatively on behalf of IOR, against Transcontinental Realty Investors, Inc. ("TCI"), American Realty Investors, Inc. ("ARL"), (TCI is a shareholder of IOR, ARL is a shareholder of TCI) Pillar Income Asset Management, Inc. ("Pillar"), ( collectively the "Companies"), certain officers and directors of the Companies ("Additional Parties") and two other individuals. The Complaint filed alleges that the sale and/or exchange of certain tangible and intangible property between the Companies and IOR during the last ten years of business operations constitutes a breach of fiduciary duty by the one or more of Companies, the Additional Defendants and/or the directors of IOR. The case alleges other related claims. The Plaintiff seeks certification as a representative of IOR and all of its shareholders, unspecified damages, a return to IOR of various funds and an award of costs, expenses, disbursements (including Plaintiff's attorneys' fees) and prejudgment and post-judgment interest. The named Defendants intend to vigorously defend the action, deny all of the allegations of the Complaint, and believe the allegations to be

App.740

wholly without any merit. The Defendants have filed motions to dismiss the case in its entirety in Hunger 19. On February 26, 2020, the Court denied IOR's demand futility motion. The remainder of the motions to dismiss are pending.

*Litigation*. The ownership of property and provision of services to the public as tenants entails an inherent risk of liability. Although the Company and its subsidiaries are involved in various items of litigation incidental to and in the ordinary course of its business, in the opinion of management, the outcome of such litigation will not have a material adverse impact upon the Company's financial condition, results of operation or liquidity.

**ITEM 4.   *MINE SAFETY DISCLOSURES***

Not applicable.

22

**PART II**

 **ITEM 5.   *MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES***

TCI's Common stock is listed and traded on the NYSE American under the symbol "TCI". The following table sets forth the high and low sales prices as reported in the consolidated reporting system of the NYSE American for the quarters ended:

|  | 2019 | | 2018 | |
|  | High | Low | High | Low |
|---|---|---|---|---|
| First Quarter | $ 38.34 | $ 27.60 | $ 46.00 | $ 25.14 |
| Second Quarter | $ 34.01 | $ 22.85 | $ 52.00 | $ 23.90 |
| Third Quarter | $ 33.15 | $ 23.00 | $ 38.25 | $ 28.36 |
| Fourth Quarter | $ 41.50 | $ 27.00 | $ 37.42 | $ 26.73 |

On March 25, 2020, the closing price of TCI's common stock as reported on the NYSE American was $22.00 per share, and was held by approximately 2,290 holders of record.

TCI's Board of Directors established a policy that dividend declarations on common stock would be determined on an annual basis following the end of each year. In accordance with that policy, the board determined not to pay any dividends on common stock in 2019, 2018 or 2017. Future distributions to common stockholders will be determined by the Board of Directors in light of conditions then existing, including the Company's financial condition and requirements, future prospects, restrictions in financing agreements, business conditions and other factors deemed relevant by the Board.

In December 1989, the Board of Directors approved a share repurchase program, authorizing the repurchase of a total of 687,000 shares of TCI's Common stock. In June 2000, the Board increased this authorization to 1,387,000 shares. On August 10, 2010, the Board of Directors approved an increase in the share repurchase program for up to an additional 250,000 shares of common stock which resulted in a total authorization under the repurchase program for up to 1,637,000 shares of our common stock. This repurchase program has no termination date. There were no shares repurchased for the year ended December 31, 2019.

In November 2006, TCI issued 100,000 shares of Series D Preferred Stock with a liquidation preference of $100 per share. The preferred stock is not convertible into any other security, requires dividends payable at the initial rate of 7% annually. The dividend rate increases ratably from 7% to 9% in future periods and can be redeemed at any point after September 30, 2011.

During the fourth quarter of 2018, all 100,000 shares of Series D Preferred Stock were redeemed for $17.2 million, of which $7.2 million was accrued unpaid dividends. At December 31, 2019 and 2018, there were no preferred shares outstanding.

23

**ITEM 6.   *SELECTED FINANCIAL DATA***

The following table sets forth selected consolidated financial data derived from our audited financial statements for each of the five years in the period ended December 31, 2019. The data presented below should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations" set forth in Part II, Item 7 of this Annual Report and the consolidated financial statements and the accompanying notes set forth in Part II, Item 8 of this Annual Report.

**For the Years Ended December 31,**

App.741

| | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| | (dollars in thousands, except share and per share amounts) | | | | |
| **EARNINGS DATA** | | | | | |
| Rental and other property revenues | $ 47,970 | $ 120,955 | $ 125,233 | $ 118,471 | $ 102,220 |
| Total operating expenses | 55,706 | 104,834 | 105,128 | 100,824 | 92,919 |
| Operating (loss) income | (7,736) | 16,121 | 20,105 | 17,647 | 9,301 |
| Other expenses | (35,210) | (1,401) | (49,967) | (36,628) | (36,095) |
| (Loss) income before gain on formation of joint venture, gain on land sales, non-controlling interest, and taxes | (42,946) | 14,720 | (29,862) | (18,981) | (26,794) |
| Gain on disposition of 50% interest in VAA | — | 154,126 | — | — | — |
| (Loss) gain on income producing properties | (80) | — | 9,842 | 16,207 | 18,911 |
| Gain on land sales | 14,889 | 17,404 | 4,884 | 3,121 | — |
| Income tax benefit (expense) | 2,000 | (3,210) | (180) | (24) | (517) |
| Net (loss) income from continuing operations | (26,137) | 183,040 | (15,316) | 323 | (8,400) |
| Net (loss) income from discontinuing operations | — | — | — | (1) | 896 |
| Net (loss) income | (26,137) | 183,040 | (15,316) | 322 | (7,504) |
| Net income attributable to non-controlling interest | (783) | (1,590) | (499) | (285) | (132) |
| Net (loss) income attributable to Transcontinental Realty Investors, Inc. | (26,920) | 181,450 | (15,815) | 37 | (7,636) |
| Preferred dividend requirement | — | (900) | (900) | (900) | (900) |
| Net (loss) income applicable to common shares | $ (26,920) | $ 180,550 | $ (16,715) | $ (863) | $ (8,536) |
| | | | | | |
| **PER SHARE DATA** | | | | | |
| **Earnings per share - basic** | | | | | |
| (Loss) income from continuing operations | $ (3.00) | $ 20.89 | $ (1.86) | $ (0.07) | $ (1.08) |
| Income (loss) from discontinued operations | — | — | — | — | 0.10 |
| Net (loss) income applicable to common shares | $ (3.09) | $ 20.71 | $ (1.92) | $ (0.10) | $ (0.98) |
| Weighted average common shares used in computing earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 |
| | | | | | |
| **Earnings per share - diluted** | | | | | |
| (Loss) income from continuing operations | $ (3.00) | $ 20.89 | $ (1.86) | $ (0.07) | $ (1.08) |
| Income (loss) from discontinued operations | — | — | — | — | 0.10 |
| Net (loss) income applicable to common shares | $ (3.09) | $ 20.71 | $ (1.92) | $ (0.10) | $ (0.98) |
| Weighted average common shares used in computing diluted earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 |
| | | | | | |
| **BALANCE SHEET DATA** | | | | | |
| Real estate, net | $ 387,790 | $ 384,504 | $ 979,870 | $ 891,173 | $ 844,019 |
| Notes and interest receivable, net | 120,986 | 83,541 | 70,166 | 79,308 | 69,551 |
| Investment in VAA | 59,148 | 68,399 | — | — | — |
| Total assets | 865,918 | 862,380 | 1,313,422 | 1,185,914 | 1,110,204 |
| Notes and interest payable | 246,546 | 277,237 | 894,482 | 841,516 | 779,434 |
| Bonds and interest payable | 229,722 | 158,574 | 113,047 | — | — |
| Shareholders' equity | 354,067 | 380,401 | 208,261 | 224,477 | 225,055 |
| Book value per share | 40.61 | 43.64 | 23.89 | 25.75 | 25.82 |

24

**ITEM 7.    *MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS***

The following discussion should be read in conjunction with the financial statements and notes thereto appearing elsewhere in this report.

The Annual Report on Form 10-K contains forward-looking statements within the meaning of the federal securities laws, principally, but not only, under the captions "Business", "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations." We caution investors that any forward-looking statements in this report, or which management may make orally or in writing from time to time, are based on management's beliefs and on assumptions made by, and information currently available to, management. When used, the words "anticipate", "believe", "expect", "intend", "may", "might", "plan", "estimate", "project", "should", "will", "result" and similar expressions which do not relate solely to historical matters are intended to identify forward-looking statements. These statements are subject to risks, uncertainties and assumptions and are not guarantees of future performance, which

may be affected by known and unknown risks, trends, uncertainties and factors that are beyond our control. Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual results may vary materially from those anticipated, estimated or projected. We caution you that, while forward-looking statements reflect our good faith beliefs when we make them, they are not guarantees of future performance and are impacted by actual events when they occur after we make such statements. We expressly disclaim any responsibility to update our forward-looking statements, whether as a result of new information, future events or otherwise. Accordingly, investors should use caution in relying on past forward-looking statements, which are based on results and trends at the time they are made, to anticipate future results or trends.

Some of the risks and uncertainties that may cause our actual results, performance or achievements to differ materially from those expressed or implied by forward-looking statements include, among others, the following:

- general risks affecting the real estate industry (including, without limitation, the inability to enter into or renew leases, dependence on tenants' financial condition, and competition from other developers, owners and operators of real estate);

- risks associated with the availability and terms of financing and the use of debt to fund acquisitions and developments;

- failure to manage effectively our growth and expansion into new markets or to integrate acquisitions successfully;

- risks and uncertainties affecting property development and construction (including, without limitation, construction delays, cost overruns, inability to obtain necessary permits and public opposition to such activities);

- risks associated with downturns in the national and local economies, increases in interest rates, and volatility in the securities markets;

- costs of compliance with the Americans with Disabilities Act and other similar laws and regulations;

- potential liability for uninsured losses and environmental contamination;

- risks associated with our dependence on key personnel whose continued service is not guaranteed; and

- the other risk factors identified in this Form 10-K, including those described under the caption "Risk Factors."

The risks included here are not exhaustive. Other sections of this report, including Part I Item 1A. "Risk Factors," include additional factors that could adversely affect our business and financial performance. Moreover, we operate in a very competitive and rapidly changing environment. New risk factors emerge from time to time and it is not possible for management to predict all such risk factors, nor can we assess the impact of all such risk factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements. Given these risks and uncertainties, investors should not place undue reliance on forward-looking statements as a prediction of actual results. Investors should also refer to our quarterly reports on Form 10-Q for future periods and current reports on Form 8-K as we file them with the SEC, and to other materials we may furnish to the public from time to time through Forms 8-K or otherwise.

25

**Overview**

We are an externally advised and managed real estate investment company that owns a diverse portfolio of income-producing properties and land held for development. The Company's portfolio of income-producing properties includes residential apartment communities, office buildings and other commercial properties. Our investment strategy includes acquiring existing income-producing properties as well as developing new properties on land already owned or acquired for a specific development project.

We acquire land primarily in urban in-fill locations or high-growth suburban markets. We are an active buyer and seller of real estate.

During the year ended December 31, 2019, the Company sold 105.1 acres of land for an aggregate sales price of $30.0 million and purchased 41.9 acres for an aggregate purchase price of approximately $4.6 million. In addition, the Company acquired 1.27 acres of land in exchange for a note receivable with a face value of $1.8 million.

We sold a multifamily residential property, located in Mary Ester, Florida for a total sales price of $3.1 million, and recognized a loss on the sale of $0.08 million.

The Company purchased an option to buy 37.8 acres of land (6.3 acres located in Collin County, Texas and 31.5 acres located in Clark County, Nevada) for $2.0 million from a third party land developer.

We advanced $21.4 million to several developers with the option to purchase the residential properties under construction at a future date, and sold fresh water district receivables related to infrastructure development work at Windmill Farms, located in Kaufman County, Texas for $12.0 million.

App.743

As of December 31, 2019, we owned 8,687 units in ten residential apartment communities, and seven commercial properties comprising of approximately 1.7 million rentable square feet. In addition, we own approximately 1,951 acres of land held for development. The Company currently owns income-producing properties and land in eight states.

We finance our acquisitions primarily through operating cash flow, proceeds from the sale of land and income-producing properties and debt financing primarily in the form of property-specific first-lien mortgage loans from commercial banks and institutional lenders. We finance our development projects principally with short-term, variable interest rate construction loans that are converted to long-term, fixed rate amortizing mortgages when the development project is completed and occupancy has been stabilized. The Company will, from time to time, also enter into partnerships with various investors to acquire income-producing properties or land and to sell interests in some of its wholly-owned properties. When the Company sells assets, it may carry a portion of the sales price generally in the form of a short-term, interest bearing seller-financed note receivable. The Company generates operating revenues primarily by leasing apartment units to residents and leasing office, retail and industrial space to commercial tenants.

The Company has historically engaged in and may continue to engage in certain business transactions with related parties, including but not limited to asset acquisition and dispositions. Transactions involving related parties cannot be presumed to be carried out on an arm's length basis due to the absence of free market forces that naturally exist in business dealings between two or more unrelated entities. Related party transactions may not always be favorable to our business and may include terms, conditions and agreements that are not necessarily beneficial to or in our best interest.

<div align="center">26</div>

Since April 30, 2011, Pillar is the Company's external Advisor and Cash Manager under a contractual arrangement that is reviewed annually by our Board of Directors. Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities. Pillar also arranges, for TCI's benefit, debt and equity financing with third party lenders and investors. Pillar also serves as an Advisor and Cash Manager to ARL and IOR. As the contractual Advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor". TCI has no employees. Employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement.

Effective since January 1, 2011, Regis manages our commercial properties and provides brokerage services. Regis is entitled to receive a fee for its property management and brokerage services. Refer to Part III, Item 10. "Directors, Executive Officers and Corporate Governance – Property Management and Real Estate Brokerage." The Company contracts with third-party companies to lease and manage our apartment communities.

**Critical Accounting Policies**

We present our financial statements in accordance with generally accepted accounting principles in the United States ("GAAP").

The accompanying Consolidated Financial Statements include our accounts, our subsidiaries, generally all of which are wholly-owned, and all entities in which we have a controlling interest.

For entities in which we have less than a controlling financial interest or entities where we are not deemed to be the primary beneficiary, the entities are accounted for using the equity method of accounting. Accordingly, our share of the net earnings or losses of these entities are included in consolidated net income. TCI's investment in ARL is accounted for under the equity method.

In accordance with the VIE guidance in ASC 810 "Consolidations," the Company consolidated ten multifamily residential properties at December 31, 2019 and nine at December 31, 2018, located throughout the United States ranging from 1,657 units to 1,489 units. Assets totaling approximately $478 million and approximately $464 million at December 31, 2019 and 2018, respectively, are consolidated and included in "Real estate, at cost" on the balance sheet and are all collateral for their respective mortgage notes payable, none of which are recourse to the partnership in which they are in or to the Company.

**Real Estate**

Upon acquisitions of real estate, we assess the fair value of acquired tangible and intangible assets, including land, buildings, tenant improvements, "above-" and "below-market" leases, origination costs, acquired in-place leases, other identified intangible assets and assumed liabilities in accordance with ASC Topic 805 "Business Combinations", and allocate the purchase price to the acquired assets and assumed liabilities, including land at appraised value and buildings at replacement cost.

We assess and consider fair value based on estimated cash flow projections that utilize appropriate discount and/or capitalization rates, as well as available market information. Estimates of future cash flows are based on a number of factors including the historical operating results, known and anticipated trends, and market and economic conditions. The fair value of the tangible assets of an acquired property considers the value of the property as if it were vacant. We also consider an allocation of purchase price of other acquired intangibles, including acquired in-place leases that may have a customer relationship intangible value, including (but not limited to) the nature and extent of the existing relationship with the tenants, the tenants' credit quality and expectations of lease renewals. Based on our acquisitions to date, our allocation to customer relationship intangible assets has been immaterial.

We record acquired "above-" and "below-market" leases at their fair values (using a discount rate which reflects the risks associated with the leases acquired) equal to the difference between (1) the contractual amounts to be paid pursuant to each in-place lease and (2) management's estimate of fair market lease

<div align="right">App.744</div>

rates for each corresponding in-place lease, measured over a period equal to the remaining term of the lease for above-market leases and the initial term plus the term of any below-market fixed rate renewal options for below-market leases.

Other intangible assets acquired include amounts for in-place lease values that are based on our evaluation of the specific characteristics of each tenant's lease. Factors to be considered include estimates of carrying costs during hypothetical expected lease-up periods considering current market conditions, and costs to execute similar leases. In estimating carrying costs, we include real estate taxes, insurance and other operating expenses and estimates of lost rentals at market rates during the expected lease-up periods, depending on local market conditions. In estimating costs to execute similar leases, we consider leasing commissions, legal and other related expenses.

Transfers to or from our parent, ARL, or other related parties reflect a basis equal to the cost basis in the asset at the time of the sale.

**Depreciation and Impairment**

Real estate is stated at depreciated cost. The cost of buildings and improvements includes the purchase price of property, legal fees and other acquisition costs. Costs directly related to the development of properties are capitalized. Capitalized development costs include interest, property taxes, insurance, and other direct project costs incurred during the period of development.

A variety of costs are incurred in the acquisition, development and leasing of properties. After determination is made to capitalize a cost, it is allocated to the specific component of a project that is benefited. Determination of when a development project is substantially complete and capitalization must cease involves a degree of judgment. Our capitalization policy on development properties is guided by ASC Topic 835-20 "Interest - Capitalization of Interest" and ASC Topic 970 "Real Estate—General". The costs of land and buildings under development include specifically identifiable costs. The capitalized costs include pre-construction costs essential to the development of the property, development costs, construction costs, interest costs, real estate taxes, salaries and related costs and other costs incurred during the period of development. We consider a construction project as substantially completed and held available for occupancy upon the receipt of certificates of occupancy, but no later than one year from cessation of major construction activity. We cease capitalization on the portion (1) substantially completed and (2) occupied or held available for occupancy, and we capitalize only those costs associated with the portion under construction.

Management reviews its long-lived assets used in operations for impairment when there is an event or change in circumstances that indicates impairment in value. An impairment loss is recognized if the carrying amount of its assets is not recoverable and exceeds its fair value. Fair value is determined by a recent appraisal, comparable based upon prices for similar assets, executed sales contract, a present value and/or a valuation technique based upon a multiple of earnings or revenue. If such impairment is present, an impairment loss is recognized based on the excess of the carrying amount of the asset over its fair value. The evaluation of anticipated cash flows is highly subjective and is based in part on assumptions regarding future occupancy, rental rates and capital requirements that could differ materially from actual results in future periods. If we determine that impairment has occurred, the affected assets must be reduced to their fair value. We did not record any impairment charges for the years ended December 31, 2019 and 2018.

**Real Estate Assets Held for Sale**

We classify properties as held for sale when certain criteria are met in accordance with GAAP. At that time, we present the assets and obligations of the property held for sale separately in our consolidated balance sheet and we cease recording depreciation and amortization expense related to that property. Properties held for sale are reported at the lower of their carrying amount or their estimated fair value, less estimated costs to sell. We did not have any real estate assets classified as held for sale at December 31, 2019 or 2018.

Any properties that are treated as "subject to sales contract" on the Consolidated Balance Sheets and are listed in detail in Schedule III, "Real Estate and Accumulated Depreciation" are those in which we have not recognized the legal sale according to the guidance in ASC 360-20 due to various factors, disclosed in Item 1 "Significant Real Estate Acquisitions/Dispositions and Financing." Any sale transaction where the guidance reflects that a sale had not occurred, the asset involved in the transaction, including the debt, if appropriate, and property operations, remained on the books of the Company. We continue to charge depreciation to expense as a period costs for the property until such time as the property has been classified as held for sale in accordance with guidance reflected in ASC 360-10-45 "Impairment or Disposal of Long-Lived Assets."

**Investment in Unconsolidated Real Estate Ventures**

Except for ownership interests in variable interest entities, we account for our investments in unconsolidated real estate ventures under the equity method of accounting because the Company exercises significant influence over, but does not control, these entities. These investments are recorded initially at cost, as investments in unconsolidated real estate ventures, and subsequently adjusted for equity in earnings and cash contributions and distributions. Any difference between the carrying amount of these investments on the Company's balance sheet and the underlying equity in net assets is amortized as an adjustment to

equity in earnings of unconsolidated real estate ventures over the life of the related asset. Under the equity method of accounting, our share of net income or loss is reflected within the Consolidated Balance Sheets, and our share of net income or loss from the joint ventures is included within the Consolidated Statements of Operations. The joint venture agreements may designate different percentage allocations among investors for profits and losses; however, our recognition of joint venture income or loss generally follows the joint venture's distribution priorities, which may change upon the achievement of certain investment return thresholds. For ownership interests in variable interest entities, the Company consolidates those in which we are the primary beneficiary.

**Recognition of Rental Income**

Rental income for commercial property leases is recognized on a straight-line basis over the respective lease terms. In accordance with ASC Topic 805, we recognize rental revenue of acquired in-place "above-"and "below-market" leases at their fair values over the terms of the respective leases. On our Consolidated Balance Sheets, we include as a receivable the excess of rental income recognized over rental payments received pursuant to the terms of the individual commercial lease agreements.

Reimbursements of operating costs, as allowed under most of our commercial tenant leases, consist of amounts due from tenants for common area maintenance, real estate taxes and other recoverable costs, and are recognized as revenue in the period in which the recoverable expenses are incurred. We record these reimbursements on a "gross" basis, since we generally are the primary obligor with respect to purchasing goods and services from third-party suppliers; we have discretion in selecting the supplier and have the credit risk with respect to paying the supplier.

Rental revenue for multi-family real estate property leases is recorded when due from residents and is recognized monthly as earned, which is not materially different than on a straight-line basis as lease terms are normally for periods of one year or less. An allowance for doubtful accounts is recorded for all past due rents and operating expense reimbursements considered to be uncollectible.

Other revenue primarily consists of garage, parking, and utility-related fees; termination and late charge fees; non-refundable fees; and various other revenue amounts related to rental activities. Those revenue amounts are recognized when the service is provided.

**Leases**

The Company is party to leases as a lessor of residential apartment communities and commercial buildings. The Company adopted ASU 2016-02, Leases, as of January 1, 2019 using the prospective adoption approach, applying the provisions of the new standard to existing leases as of the date of adoption.

Lessor Considerations

The Company evaluated leases in which it is the lessor, which are comprised of residential apartment community leases. The accounting model for lessors did not significantly change as a result of ASU 2016-02, with the impacts primarily related to the accounting for sales-type and direct financing leases. The Company evaluated its residential leases determining that they continue to be operating leases. For lease agreements that provide for rent concessions and/or scheduled fixed and determinable rent increases, rental income is recognized on a straight-line basis over the non - cancelable term of the lease. The Company's residential lease term is generally one year.

Additionally, for the Company's residential leases, which are comprised of the lease component and common area maintenance as a non-lease component, the Company determined that (1) the leases are operating leases, (2) the lease component is the predominant component, and (3) that all components of its operating leases share the same timing and pattern of transfer.

Implementation Considerations and Impact

As discussed above, the Company elected to apply certain lessor practical expedients allowed under the standard including:

- by class of underlying asset for residential leases, to not separate non-lease components from lease components and instead to account for each separate lease and non-lease component as a single lease component;

- to exclude costs paid by lessees directly to third parties on behalf of the Company; and

- to exclude sales taxes and other similar taxes assessed by a government authority and collected by the Company from the lessee.

**Revenue Recognition on the Sale of Real Estate**

Sales and the associated gains or losses of real estate assets are recognized in accordance with the provisions of ASC Topic 360-20, "Property, Plant and Equipment—Real Estate Sale". The specific timing of a sale is measured against various criteria in ASC 360-20 related to the terms of the transaction and any continuing involvement in the form of management or financial assistance associated with the properties. If the sales criteria for the full accrual method are not met, we defer some or all of the gain recognition and account for the continued operations of the property by applying the finance, leasing, deposit, installment or cost recovery methods, as appropriate, until the sales criteria are met.

App.746

**Non-performing Notes Receivable**

We consider a note receivable to be non-performing when the maturity date has passed without principal repayment and the borrower is not making interest payments in accordance with the terms of the agreement.

**Interest Recognition on Notes Receivable**

We record interest income as earned in accordance with the terms of the related loan agreements.

**Allowance for Estimated Losses**

We assess the collectability of notes receivable on a periodic basis, the assessment consists primarily of an evaluation of cash flow projections of the borrower to determine whether estimated cash flows are sufficient to repay principal and interest in accordance with the contractual terms of the note. We recognize impairments on notes receivable when it is probable that principal and interest will not be received in accordance with the contractual terms of the loan. The amount of the impairment to be recognized generally is based on the fair value of the partnership's real estate that represents the primary source of loan repayment. Refer to Note 5 "Notes and Interest Receivable" for details on our notes receivable.

**Fair Value of Financial Instruments**

We apply the guidance in ASC Topic 820, "Fair Value Measurements and Disclosures," to the valuation of real estate assets. These provisions define fair value as the price that would be received to sell an asset or paid to transfer a liability in a transaction between market participants at the measurement date, establish a hierarchy that prioritizes the information used in developing fair value estimates and require disclosure of fair value measurements by level within the fair value hierarchy. The hierarchy gives the highest priority to quoted prices in active markets (Level 1 measurements) and the lowest priority to unobservable data (Level 3 measurements), such as the reporting entity's own data.

<center>30</center>

---

The valuation hierarchy is based upon the transparency of inputs to the valuation of an asset or liability as of the measurement date and includes three levels defined as follows:

Level 1 — Unadjusted quoted prices for identical and unrestricted assets or liabilities in active markets.

Level 2 — Quoted prices for similar assets and liabilities in active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument.

Level 3 — Unobservable inputs that are significant to the fair value measurement.

A financial instrument's categorization within the valuation hierarchy is based upon the lowest level of input that is significant to the fair value measurement.

**Related parties**

We apply ASC Topic 805, "Business Combination", to evaluate business relationships. Related parties are persons or entities who have one or more of the following characteristics, which include entities for which investments in their equity securities would be required, trust for the benefit of persons including principal owners of the entities and members of their immediate families, management personnel of the entity and members of their immediate families and other parties with which the entity may deal if one party controls or can significantly influence the decision making of the other to an extent that one of the transacting parties might be prevented from fully pursuing its own separate interests, or affiliates of the entity.

**Results of Operations**

The discussion of our results of operations is based on management's review of operations, which is based on our segments. Our segments consist of apartments, commercial buildings, land and other. For discussion purposes, we break these segments down into the following sub-categories; same property portfolio, acquired properties, and developed properties in the lease-up phase. The same property portfolio consists of properties that were held by us for the entire period for both years being compared. The acquired property portfolio consists of properties that we acquired but have not held for the entire period for both periods being compared. Developed properties in the lease-up phase consist of completed projects that are being leased-up. As we complete each phase of the project, we lease-up that phase and include those revenues in our continued operations. Once a developed property becomes leased-up (80% or more) and is held the entire period for both years under comparison, it is considered to be included in the same property portfolio. Income- producing properties that we have sold during the year are reclassified to discontinued operations for all periods presented. The other segment consists of revenue and operating expenses related to the notes receivable and corporate entities.

The following discussion is based on our Consolidated Statements of Operations for the years ended December 31, 2019, 2018, and 2017 as included in Item 8. "Consolidated Financial Statements and Supplementary Data". Continuing operations relates to income-producing properties that were held during

<div align="right">App.747</div>

those years as adjusted for sales in the subsequent years.

The following table shows the total number of income-producing properties, and other key financial measures as of December 31, 2019, 2018 and 2017:

|  | | 2019 | | 2018 | | 2017 |
|---|---|---|---|---|---|---|
| **Residential properties (Company owned)** | | 10 | | 9 | | 51 |
| Residential properties (total apartment units) | | 1,657 | | 1,489 | | 8,606 |
| Residential - average annual rental revenue per sqf | $ | 13.36 | $ | 6.53 | $ | 11.83 |
| **VAA joint venture - residential properties** | | 51 | | 49 | | — |
| VAA residential properties (total apartment units) | | 9,888 | | 9,192 | | — |
| VAA residential - average annual rental revenue per sqf | $ | 14.74 | $ | 12.83 | $ | — |
| **Commercial properties (Company owned)** | | 7 | | 7 | | 7 |
| Commercial properties - total sqf | | 1,697,890 | | 1,697,890 | | 1,697,890 |
| Commercial - average annual rental revenue per sqf | $ | 25.61 | $ | 19.80 | $ | 18.55 |

<center>31</center>

*Comparison of the year ended December 31, 2019 to the year ended December 31, 2018:*

For the year ended December 31, 2019, we reported net loss applicable to common shares of $26.9 million or $3.09 per share compared to a net income applicable to common shares of $180.6 million or $20.71 per share for the year ended December 31, 2018.

**Revenues**

Rental and other property revenues were $47.9 million for the year ended December 31, 2019, compared to $121.0 million for the same period in 2018. The $73.1 million decrease is primarily due to a decrease in the amount of multifamily residential apartment buildings currently in our portfolio of ten as compared to forty-eight multifamily residential apartment buildings for the period January 1 through November 19, 2018 as a result of the deconsolidation of forty-nine residential apartment properties that were sold into the VAA Joint Venture on November 19, 2018. As the assets are now treated as unconsolidated investments, our share of rental revenues is part of income from unconsolidated investments in the current period and are no longer treated as rental income (Refer to Note 2).

**Expenses**

Property operating expenses decreased by $34.2 million to $25.2 million for the year ended December 31, 2019 as compared to $59.4 million for the same period in 2018. The decrease in property operating expenses is primarily due to the deconsolidation of forty-nine residential apartment properties that were sold into the VAA Joint Venture during the fourth quarter of 2018 which resulted in a decrease in salary and related payroll expenses of $6.7 million, real estate taxes of $11.6 million, management fees paid to third parties of $2.6 million and other general property operating and maintenance expenses of $13.3 million.

Depreciation and amortization decreased by $9.4 million to $13.4 million during the year ended December 31, 2019 as compared to $22.8 million for the same period in 2018. This decrease is primarily due to the deconsolidation of the residential apartments in connection with our previous sale and contribution of our interests to the VAA Joint Venture.

General and administrative expense was $10.9 million for the year ended December 31, 2019, compared to $11.4 million for the same period in 2018. The decrease of $0.5 million in general and administrative expenses is the result of a decrease in fees paid to our Advisors of $0.4 million and other general and administrative expenses of $0.1 million.

Net income fee was $0.4 million for the year ended December 31, 2019. This represents a decrease of $0.2 million compared to the prior year net income fee of $0.6 million. The net income fee paid to Pillar is calculated at 7.5% of net income.

Advisory fees were $5.8 million for the year ended December 31, 2019. This represents a decrease of $4.9 million compared to the prior year advisory fees of $10.7 million. Advisory fees are computed based on a gross asset fee of 0.0625% per month (0.75% per annum) of the average of the gross asset value.

**Other income (expense)**

Interest income was $19.6 million for the year ending December 31, 2019, compared to $15.8 million for the same period in 2018. The increase of $3.8 was primarily due to an increase of $2.4 million in interest on receivable owed from our Advisors, and $1.4 in interest on notes receivable from other related parties.

Other income was $0.084 million for the year ending December 31, 2019, compared to $28.2 million for the same period in 2018. For the year ending December 31, 2019, we recognized a gain of approximately $8.1 million as a result of deferred income associated with the sale of property in previous years, received cash proceeds of $0.2 million from the collection of tax increment incentives from the city of Farmers Branch, Texas related to infrastructure

<center>App.748</center>

development work at Mercer Crossing and recognized miscellaneous income of approximately $1.1 million, offset by general expenses of approximately $9.3 million. For the same period a year ago, we received insurance proceeds of $7.6 million on Mahogany Run Golf Course, recognized a gain of $17.6 million as a result of deferred income related to the sale of land, and recognized miscellaneous income of approximately $2.2 million.

<center>32</center>

Mortgage and loan interest expense was $31.8 million for the year ending December 31, 2019, compared to $58.9 million for the same period in 2018. The decrease of $27.1 million is due to the deconsolidation of residential apartment properties into the VAA Joint Venture which were encumbered by mortgage debt.

Foreign currency transaction was a loss of $15.1 million for the year ending December 31, 2019, as compared to a gain of $12.4 million for the same period in 2018. The loss is due to the unfavorable exchange rate between the Israel Shekels and the U.S. Dollar related to our Israel Shekels denominated bonds and the increase in our bonds obligations during the year ended December 31, 2019 as compared to the same period a year ago.

Loss on debt extinguishment was $5.2 million in 2019 with no comparable amount in 2018. The loss is the result of debt borrowing costs write-off of $1.4 million and prepayment penalty of approximately $3.9 million associated with the payment of $41.5 million of mortgage debt related to one of our commercial building.

Loss from unconsolidated investments was a net of $2.8 million for the year ending December 31, 2019 as compared to net earnings of $1.1 million for the year ended December 31, 2018. The loss from unconsolidated investments in 2019, was driven primarily from our share in the losses reported by our joint venture VAA of $2.8 million (Refer to Note 2).

Loss from the sale of income-producing property increased for the year ending December 31, 2019 as compared to the same period a year ago. During the year ended December 31, 2019, we sold a multifamily residential property for a sales price of $3.1 million and recorded a loss of $0.08 million. During year ended December 31, 2018, we sold six multifamily residential properties at an aggregate sales price of $8.5 million and recorded no gain or loss from the sale.

Gain on land sales decreased by $2.5 million for the year ending December 31, 2019, to $14.9 million as compared to $17.4 million for the same period a year ago. During the year ending December 31, 2019, we sold 105.1 acres of land for an aggregate sales price of $30.0 million and recorded a gain of $14.9 million.  For the same period a year ago, we sold approximately 112.2 acres of land for an aggregate sales price of $43.3 million and recorded a gain of $17.4 million.

***Comparison of the year ended December 31, 2018 to the year ended December 31, 2017:***

For the year ended December 31, 2018, we reported net income applicable to common shares of $180.6 million or $20.71 per share compared to a net loss applicable to common shares of $16.7 million or ($1.92) per share for the year ended December 31, 2017. The current year net income applicable to common shares includes a gain on the formation of the joint venture VAA of $154.1 million. Current year net income also includes gain on sales of land of $17.4 million and no gain on sales of income-producing properties, compared to the prior year net loss which included gain on sales of income producing properties of $9.8 million and gain on land sales of $4.9 million.

**Revenues**

Rental and other property revenues were $121.0 million for the year ended December 31, 2018. This represents a decrease of $4.2 million, as compared to the prior year revenues of $125.2 million. The decrease is primarily due to the contribution of fifty-two properties to the joint venture VAA on November 19, 2018.

**Expenses**

Property operating expenses were $59.4 million for the year ended December 31, 2018. This represents a decrease of $3.7 million, compared to the prior year operating expenses of $63.1 million. The decrease is primarily due to the contribution of fifty-two properties to the joint venture VAA on November 19, 2018.

<center>33</center>

Depreciation and amortization expenses were $22.8 million for the year ended December 31, 2018. This represents a decrease of $2.8 million compared to prior year depreciation of $25.6 million. The decrease is primarily due to the contribution of fifty-two properties to the joint venture VAA on November 19, 2018.

General and administrative expenses were $11.4 million for the year ended December 31, 2018. This represents an increase of $5.1 million compared to the prior year expenses of $6.3 million. The increase in general and administrative expenses was due primarily to an increase in fees paid to our Advisors of

approximately $5.3 million, general fees of approximately $1.5 million associated with finalizing the formation of the joint venture legal and regulatory fees of $0.8 million and general and professional fees of approximately $1.0 million.

Net income fee was $0.6 million for the year ended December 31, 2018. This represents an increase of $0.3 million compared to the prior year net income fee of $0.3 million. The net income fee paid to Pillar is calculated at 7.5% of net income.

Advisory fees were $10.7 million for the year ended December 31, 2018. This represents an increase of $0.7 million compared to the prior year advisory fees of $10.0 million. Advisory fees are computed based on a gross asset fee of 0.0625% per month (0.75% per annum) of the average of the gross asset value.

**Other income (expense)**

Interest income was $15.8 million for the year ending December 31, 2018 compared to $13.9 million for the year ended December 31, 2017 for an increase of $1.9 million. This increase was primarily due to an increase of $2.7 million in interest on receivable owed from our Advisors, offset by a decrease of $0.8 in interest on notes receivable from other related parties.

Other income was $28.2 million and $0.6 million for the years ended December 31, 2018 and 2017, respectively. The increase of $27.6 million was primarily due to a $17.6 million gain recognized in September 2018 for deferred income associated with the sale of assets, as well as income of approximately $7.6 million from insurance proceeds on Mahogany Run Golf Course.

Mortgage and loan interest expense was $58.9 million for the year ended December 31, 2018. This represents a decrease of $1.0 million compared to the prior year expense of $59.9 million. The decrease is primarily due to the contribution of fifty-two properties to the joint venture VAA on November 19, 2018.

No gain on sales of income producing properties was recognized during the year ended December 31, 2018. Gain on sale of income-producing properties was $9.8 million for the year ended December 31, 2017, attributable to the recognition of deferred gain.

Gain on land sales was $17.4 million and $4.9 million for the years ended December 31, 2018 and 2017, respectively. The increase of approximately $12.5 million was primarily due to sales of land at Mercer Crossing recognized in 2018.

Gain on disposition of 50% interest in VAA was $154.1 million for the year ended December 31, 2018. There was no such gain in prior years, the gain was the result of the contribution of fifty-two properties to the joint venture VAA.

**Liquidity and Capital Resources**

**General**

Our principal liquidity needs are:

- fund normal recurring expenses;

- meet debt service and principal repayment obligations including balloon payments on maturing debt;

- fund capital expenditures, including tenant improvements and leasing costs;

- fund development costs not covered under construction loans; and

- fund possible property acquisitions.

Our principal sources of cash have been and will continue to be:

- property operations;

- proceeds from land and income-producing property sales;

- collection of mortgage notes receivable;

- collections of receivables from related companies;

- refinancing of existing mortgage notes payable; and

- additional borrowings, including mortgage notes payable, and lines of credit.

It is important to realize that the current status of the banking industry has had a significant effect on our industry. The banks' willingness and/or ability to originate loans affects our ability to buy and sell property, and refinance existing debt. We are unable to foresee the extent and length of this down-turn. A continued and extended decline could materially impact our cash flows. We draw on multiple financing sources to fund our long-term capital needs. We generally fund our development projects with construction loans, which are converted to traditional mortgages upon completion of the project.

We may also issue additional equity securities, including common stock. Management anticipates that our cash and cash equivalents as of December 31, 2019, along with cash that will be generated in 2020 from notes and interest receivables, will be sufficient to meet all of our cash requirements. Management intends to selectively sell land and income-producing assets, refinance or extend real estate debt and seek additional borrowings secured by real estate to meet its liquidity requirements. Although history cannot predict the future, historically, we have been successful at refinancing and extending a portion of the Company's current maturity obligations.

Management reviews the carrying values of TCI's properties and mortgage notes receivable at least annually and whenever events or a change in circumstances indicate that impairment may exist. Impairment is considered to exist if, in the case of a property, the future cash flow from the property (undiscounted and without interest) is less than the carrying amount of the property. The property review generally includes: (1) selective property inspections; (2) a review of the property's current rents compared to market rents; (3) a review of the property's expenses; (4) a review of maintenance requirements; (5) a review of the property's cash flow; (6) discussions with the manager of the property; and (7) a review of properties in the surrounding area. For notes receivable, impairment is considered to exist if it is probable that all amounts due under the terms of the note will not be collected. If impairment is found to exist, a provision for loss is recorded by a charge against earnings. The note receivable review includes an evaluation of the collateral property securing such note.

**Cash Flow Summary**

The following summary discussion of our cash flows is based on the Consolidated Statements of Cash Flows in Part II, Item 8. "Consolidated Financial Statements and Supplementary Data" and is not meant to be an all-inclusive discussion of the changes in our cash flows for the periods presented below (dollars in thousands):

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2019 | 2018 | Incr /(Decr) |
| Net cash (used in) operating activities | $ (35,747) | $ (181,187) | $ 145,440 |
| Net cash (used in) provided by investing activities | $ (9,598) | $ 147,625 | $ (157,223) |
| Net cash provided by financing activities | $ 22,041 | $ 51,785 | $ (29,744) |

35

The primary use of cash for operations is daily operating costs, general and administrative expenses, advisory fees, and land holding costs. Our primary source of cash from operating activities is from rental income on properties.

Our primary cash outlays for investing activities are for construction and development, acquisition of land and income-producing properties, and capital improvements to existing properties. Our primary sources of cash from investing activities are from the proceeds on the sale of land and income-producing properties.

Our primary cash outlays for investing activities are for construction and development, acquisition of land and income-producing properties, and capital improvements to existing properties. During the year ended December 31, 2019, we advanced $21.4 million toward various notes receivable, purchased land for development for $3.4 million, and invested approximately $33.7 million for the construction and development of new properties and improvement of income producing properties. For the year ended December 31, 2018, we advanced $16.8 million toward various notes receivable and invested $85.1 million for development of new properties and improvement of income producing properties.

Our primary sources of cash from investing activities are from the proceeds on the sale of land and income-producing properties. During the year ended December 31, 2019, we received aggregate sales proceeds of $27.3 million from the sale of 105.1 acres of land and recorded a gain of $15.1 million, received $13.9 in payments from related party note receivables, and sold a residential property for which we received cash proceeds of $1.3 million and a plot of land valued at $1.8 million. For the year ended December 31, 2018, we received aggregate sales proceeds of $11.9 million from the sale of approximately 112 acres of land and recorded a gain on the sale of $17.4 million. In addition, we received aggregate sale proceeds of $4.9 million from the sale of seven income producing properties and a golf course, $236.8 million from the formation of the joint venture with Macquarie, and collected $6.5 million from a related party note receivable.

Our primary sources of cash from financing activities are from proceeds on notes payables. Our primary cash outlays are for recurring debt payments and payments on maturing notes payable.

For the year ended December 31, 2019, the increase in cash flow from financing activities was due to proceeds from borrowings of $25.7 million, and $78.1 million from the sale of nonconvertible Series C Bonds by Southern, offset by payments to our notes payable of $51.9 million and bond payments of $21.7 million.

App.751

For the year ended December 31, 2018, the increase in cash flow from financing activities was due primarily to proceeds from borrowings of $123.3 million, and proceeds received from the sale of nonconvertible Series B Bonds by Southern of $59.2 million, offset by payments to our notes payable of $124.6 million.

**Equity Investments**

TCI has from time to time purchased shares of IOR and ARL. The Company may purchase additional equity securities of IOR and ARL through open market and negotiated transactions to the extent TCI's liquidity permits. Equity securities of ARL and IOR held by TCI may be deemed "restricted securities" under Rule 144 of the Securities Act of 1933 ("Securities Act"). Accordingly, TCI may be unable to sell such equity securities other than in a registered public offering or pursuant to an exemption under the Securities Act for a one-year period after they are acquired. Such restrictions may reduce TCI's ability to realize the full fair value of such investments if TCI attempted to dispose of such securities in a short period of time.

TCI also holds a voting and profit participation right of 50% and 49%, respectively in VAA. VAA actively participates in the development and/or acquisitions of Class A multi-family assets.

<center>36</center>

**Contractual Obligations**

The following table represents our contractual obligations at December 31, 2019 (in thousands):

|  | Total | 2020 | 2021 | 2022 | 2023 | 2024 | Thereafter |
|---|---|---|---|---|---|---|---|
| Notes and interest payable [1] | $ 334,132 | $ 36,592 | $ 63,775 | $ 18,920 | $ 41,951 | $ 5,401 | $ 167,493 |
| Bonds and interest payable [1] | 276,642 | 37,317 | 47,573 | 45,057 | 120,324 | 13,599 | 12,772 |
| Total | $ 610,774 | $ 73,909 | $ 111,348 | $ 63,977 | $ 162,275 | $ 19,000 | $ 180,265 |

[1] TCI's long-term debt may contain financial covenants that, if certain thresholds are not met, could allow the lender to accelerate principal payments or cause the note to become due immediately.

**Environmental Matters**

Under various federal, state and local environmental laws, ordinances and regulations, TCI may be potentially liable for removal or remediation costs, as well as certain other potential costs, relating to hazardous or toxic substances (including governmental fines and injuries to persons and property) where property-level managers have arranged for the removal, disposal or treatment of hazardous or toxic substances. In addition, certain environmental laws impose liability for release of asbestos-containing materials into the air, and third parties may seek recovery for personal injury associated with such materials.

Management is not aware of any environmental liability relating to the above matters that would have a material adverse effect on TCI's business, assets or results of operations.

**Inflation**

The effects of inflation on TCI's operations are not quantifiable. Revenues from property operations tend to fluctuate proportionately with inflationary increases and decreases in housing costs. Fluctuations in the rate of inflation also affect sales values of properties and the ultimate gain to be realized from property sales. To the extent that inflation affects interest rates, TCI's earnings from short-term investments, the cost of new financings and the cost of variable interest rate debt will be affected.

**ITEM 7A.   *QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK***

TCI's primary market risk exposure consists of changes in interest rates on borrowings under our debt instruments that bear interest at variable rates that fluctuate with market interest rates and maturing debt that has to be refinanced. TCI's future operations, cash flow and fair values of financial instruments are also partially dependent on the then existing market interest rates and market equity prices.

As of December 31, 2019, our outstanding notes payable consisted of approximately $253.1 million, out of which $249.2 million were notes with fixed interest rates and $3.9 million represented a note with a variable interest rate of 9.75%. Our overall weighted average interest rate at December 31, 2019 and 2018 was 4.9% and 7.1%, respectively.

TCI's interest rate sensitivity position is managed by the capital markets department. Interest rate sensitivity is the relationship between changes in market interest rates and the fair value of market rate sensitive assets and liabilities. TCI's earnings are affected as changes in short-term interest rates affect its cost of variable-rate debt and maturing fixed-rate debt.

If market interest rates for our variable-rate debt average 100 basis points more in 2020 than they did during 2019, TCI's interest expense would increase and net income would decrease by $0.036 million. This amount is determined by considering the impact of hypothetical interest rates on TCI's borrowing cost. The analysis does not consider the effects of the reduced level of overall economic activity that could exist in such an environment. Further, in the event of a change of such magnitude, management would likely take actions to further mitigate its exposure to the change. However, due to the uncertainty of the specific actions that would be taken and their possible effects, the sensitivity analysis assumes no change in TCI's financial structure.

37

---

The following table contains exposures at December 31, 2019. Anticipation of exposures or risk on positions that could possibly arise was not considered. TCI's ultimate interest rate risk and its effect on operations will depend on future capital market exposures, which cannot be anticipated with a probable assurance level (dollars in thousands):

| | 2020 | 2021 | 2022 | 2023 | 2024 | Thereafter | Total |
|---|---|---|---|---|---|---|---|
| **Note Receivable** | | | | | | | |
| **Fixed interest rate - fair value** | | | | | | | $ 114,182 |
| Instrument's maturities | $ 54,807 | $ 33,328 | $ 5,096 | $ — | $ — | $ 20,951 | $ 114,182 |
| Interest | 10,442 | 6,833 | 3,126 | 2,514 | 2,514 | 2,514 | $ 27,943 |
| Weighted Average Rate | 6.59% | 11.12% | 12.00% | 12.00% | 12.00% | 12.00% | |
| | | | | | | | |
| **Notes Payable:** | | | | | | | |
| **Variable Rate - fair value** | | | | | | | $ 3,908 |
| Instrument's maturities | $ 3,908 | $ — | $ — | $ — | $ — | $ — | $ 347 |
| Interest | 347 | — | — | — | — | — | 2,467 |
| Average interest rate [(1)] | 9.75% | — | — | — | — | — | |
| | | | | | | | |
| **Fixed interest rate - fair value** | | | | | | | $ 249,207 |
| Instrument's maturities | $ 22,074 | $ 55,393 | $ 13,437 | $ 36,770 | $ 1,995 | $ 119,538 | $ 249,207 |
| Interest | 10,263 | 8,382 | 5,483 | 5,181 | 3,406 | 47,954 | $ 80,669 |
| Average interest rate | 8.73% | 5.90% | 3.99% | 5.22% | 3.63% | 3.74% | |

(1) Interest rates on variable rate notes payable are equal to the variable rates in effect on December 31, 2019.

38

---

ITEM 8.    *CONSOLIDATED FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA*

**INDEX TO FINANCIAL STATEMENTS**

| | Page |
|---|---|
| **Financial Statements** | |
| Report of Independent Registered Public Accounting Firm | 40 |
| Consolidated Balance Sheets—December 31, 2019 and 2018 | 41 |
| Consolidated Statements of Operations—Years Ended December 31, 2019, 2018 and 2017 | 42 |
| Consolidated Statements of Shareholders' Equity—Years Ended December 31, 2019, 2018 and 2017 | 43 |
| Consolidated Statements of Cash Flows—Years Ended December 31, 2019, 2018 and 2017 | 44 |
| Statements of Consolidated Comprehensive Income (Loss) – Years Ended December 31, 2019, 2018 and 2017 | 45 |
| Notes to Consolidated Financial Statements | 46 |

**Financial Statement Schedules**

App.753

Schedule III—Real Estate and Accumulated Depreciation ............................................................. 74
Schedule IV—Mortgage Loans Receivable on Real Estate ............................................................. 76

All other schedules are omitted because they are not required, are not applicable or the information required is included in the Financial Statements or the notes thereto.

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors of and
Stockholders of Transcontinental Realty Investors, Inc.
Dallas, Texas

### Opinion on the Financial Statements

We have audited the accompanying consolidated balance sheets of Transcontinental Realty Investors, Inc. and Subsidiaries as of December 31, 2019 and 2018, and the related consolidated statements of operations, comprehensive income, stockholders' equity, and cash flows for each of the years in the three-year period ended December 31, 2019, and the related notes and schedules collectively referred to as the "consolidated financial statements." In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of Transcontinental Realty Investors, Inc. as of December 31, 2019 and 2018 and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2019 in conformity with U.S. generally accepted accounting principles.

### Basis of Opinion

These consolidated financial statements are the responsibility of Company's management. Our responsibility is to express an opinion on the Company's consolidated financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. As part of our audits, we are required to obtain an understanding of internal control over financial reporting, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion.

Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

### Emphasis of Liquidity

As described in the Note 17, Transcontinental Realty Investors, Inc.'s management intends to sell land and income-producing properties and refinance or extend debt secured by real estate to meet the Company's liquidity needs.

### Supplemental Information

The supplemental information contained in Schedules III and IV has been subjected to audit procedures performed in conjunction with the audit of the Company's financial statements. The supplemental information is the responsibility of the Company's management. Our audit procedures included determining whether the supplemental information reconciles to the financial statements or the underlying accounting and other records, as applicable, and performing procedures to test the completeness and accuracy of the information presented in the supplemental information. In forming our opinion on the supplemental information, we evaluated whether the supplemental information, including its form and content, is presented in conformity with the Security and Exchange Commission's rules. In our opinion, the supplemental information is fairly stated, in all material respects, the financial date required to be set forth therein in relation to the financial statements as a whole.

FARMER, FUQUA & HUFF, PC
Richardson, Texas
March 30, 2020
We have served as the Company's auditor since 2004.

TRANSCONTINENTAL REALTY INVESTORS, INC.
CONSOLIDATED BALANCE SHEETS

|  | December 31, | |
|---|---|---|
|  | 2019 | 2018 |
|  | (dollars in thousands, except share and par value amounts) | |
| **Assets** | | |
| Real estate, at cost | $ 469,997 | $ 461,718 |
| Real estate subject to sales contracts at cost | 7,966 | 2,014 |
| Less accumulated depreciation | (90,173) | (79,228) |
| Total real estate | 387,790 | 384,504 |
|  | | |
| Notes and interest receivable (including $57,260 in 2019 and $51,945 in 2018 from related parties) | 120,986 | 83,541 |
| Cash and cash equivalents | 51,179 | 36,358 |
| Restricted cash | 32,082 | 70,207 |
| Investment in VAA | 59,148 | 68,399 |
| Investment in other unconsolidated investees | 22,632 | 22,172 |
| Receivable from related parties | 141,541 | 133,642 |
| Other assets | 50,560 | 63,557 |
| Total assets | $ 865,918 | $ 862,380 |
|  | | |
| **Liabilities and Shareholders' Equity** | | |
| Liabilities: | | |
| Notes and interest payable | $ 246,546 | $ 277,237 |
| Bonds and bond interest payable | 229,722 | 158,574 |
| Deferred revenue (including $9,468 in 2019 and $17,522 in 2018 to related parties) | 9,468 | 17,522 |
| Deferred tax liability | — | 2,000 |
| Accounts payable and other liabilities (including $935 in 2019 and $3 in 2018 to related parties) | 26,115 | 26,646 |
| Total liabilities | 511,851 | 481,979 |
|  | | |
| Shareholders' equity: | | |
| Common stock, $0.01 par value, authorized 10,000,000 shares; issued 8,717,967 shares in 2019 and 2018; outstanding 8,717,767 shares in 2019 and 2018 | 87 | 87 |
| Treasury stock at cost, 200 shares in 2019 and 2018 | (2) | (2) |
| Paid-in capital | 257,853 | 258,050 |
| Retained earnings | 74,665 | 101,585 |
| Total Transcontinental Realty Investors, Inc. shareholders' equity | 332,603 | 359,720 |
| Non-controlling interest | 21,464 | 20,681 |
| Total shareholders' equity | 354,067 | 380,401 |
| Total liabilities and shareholders' equity | $ 865,918 | $ 862,380 |

The accompanying notes are an integral part of these consolidated financial statements.

41

TRANSCONTINENTAL REALTY INVESTORS, INC.
CONSOLIDATED STATEMENTS OF OPERATIONS

|  | For the Years Ended December 31, | | |
|---|---|---|---|
|  | 2019 | 2018 | 2017 |
|  | (dollars in thousands, except per share amounts) | | |
| **Revenues:** | | | |
| Rental and other property revenues (including $841, $767 and $839 for the years ended 2019, 2018 and 2017, respectively, from related parties) | $ 47,970 | $ 120,955 | $ 125,233 |
|  | | | |
| **Expenses:** | | | |
| Property operating expenses (including $991, $943 and $929 for the years ended 2019, 2018 and 2017, respectively, from related parties) | 25,213 | 59,420 | 63,056 |

| | 2019 | 2018 | 2017 |
|---|---|---|---|
| Depreciation and amortization | 16,379 | 20,800 | 25,558 |
| General and administrative (including $4,144, $4,578 and $3,120 for the years ended 2019, 2018 and 2017, respectively, from related parties) | 10,951 | 11,359 | 6,269 |
| Net income fee to related party | 357 | 631 | 250 |
| Advisory fee to related party | 5,806 | 10,663 | 9,995 |
| Total operating expenses | 55,706 | 104,834 | 105,128 |
| Net operating (loss) income | (7,736) | 16,121 | 20,105 |
| | | | |
| **Other income (expenses):** | | | |
| Interest income (including $17,413, $13,132 and $11,485 for the years ended 2019, 2018 and 2017, respectively, from related parties) | 19,607 | 15,793 | 13,862 |
| Other income | 84 | 28,150 | 625 |
| Mortgage and loan interest (including $1,999, $423 and $1,174 for the year ended 2019, 2018 and 2017, respectively, from related parties) | (31,816) | (58,872) | (59,944) |
| Foreign currency transaction (loss) gain | (15,108) | 12,399 | (4,536) |
| Loss on debt extinguishment | (5,219) | — | — |
| Equity (loss) earnings from VAA | (2,774) | 44 | — |
| Earnings from other unconsolidated investees | 16 | 1,085 | 26 |
| Total other expenses | (35,210) | (1,401) | (49,967) |
| (Loss) income before gain on disposition of 50% interest in VAA, gain on land sales, non-controlling interest, and taxes | (42,946) | 14,720 | (29,862) |
| | | | |
| Gain on disposition of 50% interest in VAA | — | 154,126 | — |
| (Loss) gain on sale of income producing properties | (80) | — | 9,842 |
| Gain on land sales | 14,889 | 17,404 | 4,884 |
| Net (loss) income from continuing operations before taxes | (28,137) | 186,250 | (15,136) |
| Income tax expense - current | — | (1,210) | (180) |
| Income tax benefit (expense) - deferred | 2,000 | (2,000) | — |
| Net (loss) income from continuing operations | (26,137) | 183,040 | (15,316) |
| Net (loss) income | (26,137) | 183,040 | (15,316) |
| Net (income) attributable to non-controlling interest | (783) | (1,590) | (499) |
| Net (loss) income attributable to Transcontinental Realty Investors, Inc. | (26,920) | 181,450 | (15,815) |
| Preferred dividend requirement | — | (900) | (900) |
| Net (loss) income applicable to common shares | $ (26,920) | $ 180,550 | $ (16,715) |
| | | | |
| **Earnings per share - basic** | | | |
| Net (loss) income from continuing operations | $ (3.00) | $ 20.89 | $ (1.86) |
| Net (loss) income applicable to common shares | $ (3.09) | $ 20.71 | $ (1.92) |
| | | | |
| **Earnings per share - diluted** | | | |
| Net (loss) income from continuing operations | $ (3.00) | $ 20.89 | $ (1.86) |
| Net (loss) income applicable to common shares | $ (3.09) | $ 20.71 | $ (1.92) |
| | | | |
| Weighted average common shares used in computing earnings per share | 8,717,767 | 8,717,767 | 8,717,767 |
| Weighted average common shares used in computing diluted earnings per share | 8,717,767 | 8,717,767 | 8,717,767 |
| **Amounts attributable to Transcontinental Realty Investors, Inc.** | | | |
| Net (loss) income from continuing operations | $ (26,137) | $ 183,040 | $ (15,316) |
| Net (loss) income applicable to common shares | $ (26,920) | $ 180,550 | $ (16,715) |

The accompanying notes are an integral part of these consolidated financial statements.

42

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**CONSOLIDATED STATEMENT OF SHAREHOLDERS' EQUITY**
**For the Three Years Ended December 31, 2019**
**(audited, dollars in thousands, except share amounts)**

| | Total | Comprehensive | Common Stock | Treasury | Paid-in | Retained | Non-controlling |
|---|---|---|---|---|---|---|---|

App.756

| | Equity | Income (Loss) | Shares | Amount | Stock | Capital | Earnings | Interest |
|---|---|---|---|---|---|---|---|---|
| Balance, December 31, 2016 | $ 224,477 | $ (64,852) | 8,717,967 | $ 87 | $ (2) | $ 269,849 | $ (64,050) | $ 18,592 |
| Net loss | (15,316) | (15,316) | — | — | — | — | (15,815) | 499 |
| Series D preferred stock dividends (9.0% per year) | (900) | — | — | — | — | (900) | — | — |
| Balance, December 31, 2017 | $ 208,261 | $ (80,168) | 8,717,967 | $ 87 | $ (2) | $ 268,949 | $ (79,865) | $ 19,091 |
| Net income | 183,040 | 181,450 | — | — | — | — | 181,450 | 1,590 |
| Series D preferred stock dividends (9.0% per year) | (900) | — | — | — | — | (900) | — | — |
| Redemption of Series D preferred stock | (10,000) | — | — | — | — | (9,999) | — | — |
| Balance, December 31, 2018 | $ 380,401 | $ 101,282 | 8,717,967 | $ 87 | $ (2) | $ 258,050 | $ 101,585 | $ 20,681 |
| Distribution to equity partner | (197) | — | — | — | — | (197) | — | — |
| Net loss | (26,137) | (26,920) | — | — | — | — | (26,920) | 783 |
| Balance, December 31, 2019 | $ 354,067 | $ 74,362 | 8,717,967 | $ 87 | $ (2) | $ 257,853 | $ 74,665 | $ 21,464 |

The accompanying notes are an integral part of these consolidated financial statements.

43

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(unaudited)**

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2019 | 2018 | 2017 |
| | (dollars in thousands) | | |
| **Cash Flow From Operating Activities:** | | | |
| Net (loss) income | $ (26,137) | $ 183,040 | $ (15,316) |
| Adjustments to reconcile net (loss) income to net cash (used in) operating activities: | | | |
| Gain on disposition of 50% inerest in VAA | — | (154,126) | — |
| Loss (gain) on sale of income-producing properties | 80 | — | (9,842) |
| Foreign currency transaction loss (gain) | 15,108 | (12,399) | 4,536 |
| Loss on debt extinguishment | 5,219 | — | — |
| Gain on sale of land | (14,889) | (17,404) | (4,884) |
| Depreciation and amortization | 13,379 | 22,761 | 25,558 |
| Amortization of deferred borrowing costs | 662 | 4,994 | 3,574 |
| Amortization of bond issuance costs | 1,544 | 2,994 | 971 |
| Loss (earnings) from joint venture | 2,774 | (44) | — |
| Earnings from other unconsolidated investees | (16) | (1,085) | (26) |
| (Increase) decrease in assets: | | | |
| Accrued interest receivable | (8,916) | (22,601) | (668) |
| Other assets | (1,149) | (105,531) | (1,433) |
| Prepaid expense | 10,237 | 19,124 | (5,661) |
| Rent receivables | 626 | (3,213) | 543 |
| Related party receivables | (35,257) | (14,995) | (9,972) |
| Increase (decrease) in liabilities: | | | |
| Accrued interest payable | 2,349 | (2,307) | 4,573 |
| Other liabilities | (1,361) | (80,395) | (17,027) |
| Net cash (used in) operating activities | (35,747) | (181,187) | (25,074) |
| | | | |
| **Cash Flow From Investing Activities:** | | | |
| Proceeds from disposition of 50% interest in VAA | — | 236,752 | — |
| Proceeds from notes receivable | 13,862 | 6,541 | 26,230 |
| Originations or advances on notes receivable | (21,434) | (16,801) | (16,420) |
| Acquisition of land held for development | (3,422) | — | — |
| Acquisition of income-producing properties | — | (10,558) | (37,044) |
| Distribution from equity investee | 6,701 | — | — |
| Distributions to equity partner | (197) | — | — |
| Proceeds from sale of income-producing properties | 1,296 | 4,889 | — |
| Proceeds from sale of land | 27,326 | 11,857 | 6,301 |

App.757

| | | | |
|---|---:|---:|---:|
| Improvement of income-producing properties | (6,257) | (8,913) | (64,443) |
| Construction and development of new properties | (28,473) | (81,367) | (12,936) |
| Net cash (used in) provided by investing activities | (9,598) | 147,625 | (98,312) |
| | | | |
| **Cash Flow From Financing Activities:** | | | |
| Proceeds from notes payable | 25,675 | 123,345 | 135,116 |
| Recurring payment of principal on notes payable | (10,446) | (124,616) | (83,070) |
| Payment on commercial note payable | (41,531) | — | — |
| Debt extinguishment costs | (3,799) | — | — |
| Proceeds from bonds | 78,125 | 59,213 | 115,335 |
| Bond payments | (21,742) | — | — |
| Bond issuance costs | (4,241) | (5,257) | (6,887) |
| Deferred financing costs | — | — | (3,599) |
| Preferred stock dividends - Series D | — | (900) | (900) |
| Net cash provided by financing activities | 22,041 | 51,785 | 155,995 |
| | | | |
| Net (decrease) increase in cash, cash equivalents and restricted cash | (23,304) | 18,223 | 32,609 |
| Cash, cash equivalents and restricted cash, beginning of period | 106,565 | 88,342 | 55,733 |
| Cash, cash equivalents and restricted cash, end of period | $ 83,261 | $ 106,565 | $ 88,342 |
| | | | |
| **Supplemental disclosures of cash flow information:** | | | |
| Cash paid for interest | $ 29,430 | $ 61,587 | $ 49,791 |
| | | | |
| **Schedule of noncash investing and financing activities:** | | | |
| Land received in exchange for note receivable | $ 1,800 | $ — | $ — |
| Notes receivable received from sale of income-producing properties | $ — | $ 1,735 | $ — |
| Seller financing note - acquisition of income-producing properties | $ — | $ 1,895 | $ — |
| Notes payable issued on acquisition of income-producing properties | $ — | $ 31,175 | $ — |
| Notes payable issued on acquisition of land | $ 1,155 | $ — | $ — |

The accompanying notes are an integral part of these consolidated financial statements.

44

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME (LOSS)**

| | Year Ended December 31, | | |
|---|---:|---:|---:|
| | **2019** | **2018** | **2017** |
| | (dollars in thousands) | | |
| Net (loss) income | $ (26,137) | $ 183,040 | $ (15,316) |
| Total comprehensive (loss) income | (26,137) | 183,040 | (15,316) |
| Comprehensive (income) attributable to non-controlling interest | (783) | (1,590) | (499) |
| Comprehensive (loss) income attributable to Transcontinental Realty Investors, Inc. | $ (26,920) | $ 181,450 | $ (15,815) |

The accompanying notes are an integral part of these consolidated financial statements.

45

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

The accompanying Consolidated Financial Statements of Transcontinental Realty Investors, Inc. "TCI" and consolidated entities have been prepared in conformity with accounting principles generally accepted in the United States of America, the most significant of which are described in Note 1. "Summary of Significant Accounting Policies." The Notes to Consolidated Financial Statements are an integral part of the Consolidated Financial Statements. The data

presented in the Notes to Consolidated Financial Statement are as of December 31 of each year and for the year then ended, unless otherwise indicated. Dollar amounts in tables are in thousands, except per share amounts.

Certain prior year amounts have been reclassified to conform to the current year presentation on the consolidated statements of operations, consolidated balance sheets and the consolidated statements of cash flows.

### NOTE 1.    *ORGANIZATION AND SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*

*Organization and business.*   TCI, a Nevada corporation, is headquartered in Dallas, Texas and its common stock trades on the New York Stock Exchange ("NYSE American") under the symbol "TCI".

TCI is a "C" corporation for U.S. federal income tax purposes and files an annual consolidated income tax return with American Realty Investors, Inc. "ARL", whose common stock is traded on the NYSE American under the symbol "ARL". Subsidiaries of ARL own approximately 78.38% of the Company's common stock.

In 2009, the Company acquired an additional 2,518,934 shares of common stock of Income Opportunity Realty Investors, Inc. "IOR", and in doing so, increased its ownership from approximately 25% to over 80% of the shares of common stock of IOR outstanding. Upon acquisition of the additional shares in 2009, IOR's results of operations began consolidating with those of the Company for tax and financial reporting purposes. As of December 31, 2019, TCI owned 81.23% of the outstanding IOR common shares. Shares of IOR are traded on the New York Exchange ("NYSE American") under the symbol "IOR".

TCI's Board of Directors are responsible for directing the overall affairs of TCI and for setting the strategic policies that guide the Company. As of April 30, 2011, the Board of Directors delegated the day-to-day management of the Company to Pillar Income Asset Management, Inc. ("Pillar"), a Nevada corporation, under a written Advisory Agreement that is reviewed annually by TCI's Board of Directors. The directors of TCI are also directors of ARL and IOR. The Chairman of the Board of Directors of TCI also serves as the Chairman of the Board of Directors of ARL and IOR. The officers of TCI also serve as officers of ARL, IOR and Pillar.

Since April 30, 2011, Pillar, the sole shareholder of which is Realty Advisors, LLC, a Nevada limited liability company, the sole member of which is Realty Advisors, Inc. "RAI", a Nevada corporation, the sole shareholder of which is May Realty Holdings, Inc. ("MRHI", formerly known as Realty Advisors Management, Inc. "RAMI", effective August 7, 2014), a Nevada corporation, the sole shareholder of which is a trust known as the May Trust, became the Company's external Advisor and Cash Manager.  Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities. Pillar also arranges, for the Company's benefit, debt and equity financing with third party lenders and investors. Pillar also serves as an Advisor and Cash Manager to ARL and IOR.  As the contractual advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor".  TCI has no employees. Employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement.

<div align="center">46</div>

Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), manages our commercial properties and provides brokerage services. Regis receives property management fees and leasing commissions in accordance with the terms of its property-level management agreement. Regis is also entitled to receive real estate brokerage commissions in accordance with the terms of a non-exclusive brokerage agreement. Refer to Part III, Item 10. "Directors, Executive Officers and Corporate Governance – Property Management and Real Estate Brokerage".   TCI engages third-party companies to lease and manage its apartment properties.

Southern Properties Capital Ltd. ("Southern") is a wholly owned subsidiary of TCI that was incorporated on August 16, 2016 for the purpose of raising funds by issuing debentures that cannot be converted into shares on the Tel-Aviv Stock Exchange. Southern operates in the United States and is primarily involved in investing in, developing, constructing and operating income-producing properties of multi-family residential real estate assets. Southern is included in the consolidated financial statements of TCI.

On January 1, 2012, the Company entered into a development agreement with Unified Housing Foundation, Inc. "UHF" a non-profit corporation that provides management services for the development of residential apartment projects in the future. This development agreement was terminated December 31, 2013. The Company has also invested in surplus cash notes receivables from UHF and has sold several residential apartment properties to UHF in prior years. Due to this ongoing relationship and the significant investment in the performance of the collateral secured under the notes receivable, UHF has been determined to be a related party.

On November 19, 2018, we executed an agreement between the Macquarie Group ("Macquarie") and Southern and TCI to create a joint venture, Victory Abode Apartments, LLC ("VAA") to address existing and future demand for quality multifamily residential housing through acquisition and development of sustainable Class A multifamily housing in focused secondary and tertiary markets. In connection with the formation of the joint venture, Southern and TCI contributed a portfolio of 47 income producing apartment complexes, and 5 development projects in various stages of construction and received cash consideration of $236.8 million. At the time of the transfer of the properties, the joint venture assumed all liabilities of those properties, including mortgage debt to the Department of Housing and Urban Development ("HUD").

VAA is equally owned and controlled by Abode JVP, LLC, a wholly-owned subsidiary of Southern and Summerset Intermediate Holdings 2 LLC

<div align="right">App.759</div>

("Summerset"), a wholly-owned indirect subsidiary of Macquarie. Pursuant to the Agreement, Abode PPI, LLC and Summerset split the voting and profit participation rights of 50% and 49%, respectively ("Class A Members"). The remaining 2% of the profits interest is held by Daniel J. Moos, who serves as the President and Chief Executive officer of the Company ("Class B Member") and Manager of the joint venture.

Our primary business is the acquisition, development and ownership of income-producing residential and commercial real estate properties. In addition, we opportunistically acquire land for future development in in-fill or high-growth suburban markets. From time to time and when we believe it appropriate to do so, we will also sell land and income-producing properties. We generate revenues by leasing apartment units to residents and leasing office and retail space to various for-profit businesses as well as certain local, state and federal agencies. We also generate income from gains on sales of income-producing properties and land. At December 31, 2019, we owned ten residential apartment communities comprising of 1,657 units, seven commercial properties comprising an aggregate of approximately 1.7 million rentable square feet, an investment in 1,951 acres of undeveloped and partially developed land. In addition, our joint venture VAA owns fifty-one residential apartment communities comprised of 9,888 units.

<div align="center">47</div>

*Basis of presentation*.   The Company presents its financial statements in accordance with generally accepted accounting principles in the United States ("GAAP"). The accompanying Consolidated Financial Statements include our accounts, our subsidiaries, generally all of which are wholly-owned, and all entities in which we have a controlling interest. Arrangements that are not controlled through voting or similar rights are accounted for as a Variable Interest Entity (VIE), in accordance with the provisions and guidance of ASC Topic 810 "Consolidation", whereby we have determined that we are a primary beneficiary of the VIE and meet certain criteria of a sole general partner or managing member as identified in accordance with Emerging Issues Task Force ("EITF") Issue 04-5, Investor's Accounting for an Investment in a Limited Partnership when the Investor is the Sole General Partner and the Limited Partners have Certain Rights ("EITF 04-5"). VIEs are generally entities that lack sufficient equity to finance their activities without additional financial support from other parties or whose equity holders as a group lack adequate decision making ability, the obligation to absorb expected losses or residual returns of the entity, or have voting rights that are not proportional to their economic interests. The primary beneficiary generally is the entity that provides financial support and bears a majority of the financial risks, authorizes certain capital transactions, or makes operating decisions that materially affect the entity's financial results. All significant intercompany balances and transactions have been eliminated in consolidation.

In determining whether we are the primary beneficiary of a VIE, we consider qualitative and quantitative factors, including, but not limited to: the amount and characteristics of our investment; the obligation or likelihood for us or other investors to provide financial support; our and the other investors' ability to control or significantly influence key decisions for the VIE; and the similarity with and significance to the business activities of us and the other investors. Significant judgments related to these determinations include estimates about the current future fair values and performance of real estate held by these VIEs and general market conditions.

For entities in which we have less than a controlling financial interest or entities where it is not deemed to be the primary beneficiary, the entities are accounted for using the equity method of accounting. Accordingly, our share of the net earnings or losses of these entities are included in consolidated net income. TCI's investments in ARL and VAA are accounted for under the equity method.

The Company in accordance with the VIE guidance in ASC 810 "Consolidations" consolidates ten and nine multifamily residential properties located throughout the United States at December 31, 2019 and December 31, 2018, respectively, with total units of 1,657 and 1,489, respectively. Assets totaling $477.9 million and $463.7 million at December 31, 2019 and 2018, respectively, are consolidated and included in "Real estate, at cost" on the balance sheet and are all collateral for their respective mortgage notes payable, none of which are recourse to the partnership in which they are in or to the Company.

*Real estate, depreciation, and impairment*.   Real estate assets are stated at the lower of depreciated cost or fair value, if deemed impaired. Major replacements and betterments are capitalized and depreciated over their estimated remaining useful lives. Depreciation is computed on a straight-line basis over the useful lives of the properties (buildings and improvements—10-40 years; furniture, fixtures and equipment—5-10 years). We continually evaluate the recoverability of the carrying value of its real estate assets using the methodology prescribed in ASC Topic 360, "Property, Plant and Equipment," Factors considered by management in evaluating impairment of its existing real estate assets held for investment include significant declines in property operating profits, annually recurring property operating losses and other significant adverse changes in general market conditions that are considered permanent in nature. Under ASC Topic 360, a real estate asset held for investment is not considered impaired if the undiscounted, estimated future cash flows of an asset (both the annual estimated cash flow from future operations and the estimated cash flow from the theoretical sale of the asset) over its estimated holding period are in excess of the asset's net book value at the balance sheet date. If any real estate asset held for investment is considered impaired, a loss is provided to reduce the carrying value of the asset to its estimated fair value.

Properties that are treated as "subject to sales contract" on the Consolidated Balance Sheets and are listed in detail in Schedule III, "Real Estate and Accumulated Depreciation" are those in which we have not recognized the legal sale according to the guidance in ASC 360-20 due to various factors. For sales transactions where the guidance reflects a sale did not occur, the asset involved in the transaction, including the debt, if applicable, and property operations, remain on the books of the Company. We continue to charge depreciation to expense as a period cost for the property until such time as the property has been classified as held for sale in accordance with guidance reflected in ASC 360-10-45 "Impairment or Disposal of Long-Lived Assets."

*Real estate held for sale*.   We classify properties as held for sale when certain criteria are met in accordance with GAAP. At that time, we present the assets and obligations of the property held for sale separately in our consolidated balance sheet and we cease recording depreciation and amortization expense related to that property. Properties held for sale are reported at the lower of their carrying amount or their estimated fair value, less estimated costs to sell. We did not have any real estate assets classified as held for sale at December 31, 2019 or 2018.

<div align="right">App.760</div>

48

Effective as of January 1, 2015, we adopted the revised guidance in Accounting Standards Update No. 2014-08 regarding discontinued operations. For sales of real estate or assets classified as held for sale after January 1, 2015, we will evaluate whether a disposal transaction meets the criteria of a strategic shift and will have a major effect on our operations and financial results to determine if the results of operations and gains on sale of real estate will be presented as part of our continuing operations or as discontinued operations in our consolidated statements of operations. If the disposal represents a strategic shift, it will be classified as discontinued operations for all periods presented; if not, it will be presented in continuing operations.

Any properties that are treated as "subject to sales contract" on the Consolidated Balance Sheets and are listed in detail in Schedule III, "Real Estate and Accumulated Depreciation" are those in which we have not recognized the legal sale according to the guidance in ASC 360-20 due to various factors, disclosed in Item 1 "Significant Real Estate Acquisitions/Dispositions and Financing." Any sale transaction where the guidance reflects that a sale had not occurred, the asset involved in the transaction, including the debt, if appropriate, and property operations, remained on the books of the Company. We continue to charge depreciation to expense as a period costs for the property until such time as the property has been classified as held for sale in accordance with guidance reflected in ASC 360-10-45 "Impairment or Disposal of Long-Lived Assets."

*Cost capitalization.*    The cost of buildings and improvements includes the purchase price of property, legal fees and other acquisition costs. Costs directly related to planning, developing, initial leasing and constructing a property are capitalized and classified as Real Estate in the Consolidated Balance Sheets. Capitalized development costs include interest, property taxes, insurance, and other direct project costs incurred during the period of development.

A variety of costs are incurred in the acquisition, development and leasing of properties. After determination is made to capitalize a cost, it is allocated to the specific component of a project that is benefited. Determination of when a development project is substantially complete and capitalization must cease involves a degree of judgment. Our capitalization policy on development properties is guided by ASC Topic 835-20 "Interest – Capitalization of Interest" and ASC Topic 970 "Real Estate - General". The costs of land and buildings under development include specifically identifiable costs. The capitalized costs include pre-construction costs essential to the development of the property, development costs, construction costs, interest costs, real estate taxes, salaries and related costs and other costs incurred during the period of development. We consider a construction project as substantially completed and held available for occupancy upon the receipt of certificates of occupancy, but no later than one year from cessation of major construction activity. We cease capitalization on the portion (1) substantially completed and (2) occupied or held available for occupancy, and we capitalize only those costs associated with the portion under construction.

We capitalize leasing costs which include commissions paid to outside brokers, legal costs incurred to negotiate and document a lease agreement and any internal costs that may be applicable. We allocate these costs to individual tenant leases and amortize them over the related lease term.

*Fair value measurement.*   We apply the guidance in ASC Topic 820, "Fair Value Measurements and Disclosures," to the valuation of real estate assets. These provisions define fair value as the price that would be received to sell an asset or paid to transfer a liability in a transaction between market participants at the measurement date, establish a hierarchy that prioritizes the information used in developing fair value estimates and require disclosure of fair value measurements by level within the fair value hierarchy. The hierarchy gives the highest priority to quoted prices in active markets (Level 1 measurements) and the lowest priority to unobservable data (Level 3 measurements), such as the reporting entity's own data.

The valuation hierarchy is based upon the transparency of inputs to the valuation of an asset or liability as of the measurement date and includes three levels defined as follows:

Level 1 —Unadjusted quoted prices for identical and unrestricted assets or liabilities in active markets.

Level 2 —Quoted prices for similar assets and liabilities in active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument.

49

Level 3 —Unobservable inputs that are significant to the fair value measurement.

A financial instrument's categorization within the valuation hierarchy is based upon the lowest level of input that is significant to the fair value measurement.

*Related parties.* We apply ASC Topic 805, "Business Combinations", to evaluate business relationships. Related parties are persons or entities who have one or more of the following characteristics, which include entities for which investments in their equity securities would be required, trust for the benefit of persons including principal owners of the entities and members of their immediate families, management personnel of the entity and members of their immediate families and other parties with which the entity may deal if one party controls or can significantly influence the decision making of the other to an extent that one of the transacting parties might be prevented from fully pursuing its own separate interests, or affiliates of the entity.

*Recognition of revenue.*   Our revenues, which are composed largely of rental income, include rent reported on a straight-line basis over the lease term. In accordance with ASC 805 "Business Combinations", we recognize rental revenue of acquired in-place "above-" and "below-market" leases at their fair values over the terms of the respective leases.

Reimbursements of operating costs, as allowed under most of our commercial tenant leases, consist of amounts due from tenants for common area maintenance, real estate taxes and other recoverable costs, and are recognized as revenue in the period in which the recoverable expenses are incurred. We record these reimbursements on a "gross" basis, since we generally are the primary obligor with respect to purchasing goods and services from third-party suppliers; we have discretion in selecting the supplier and have the credit risk with respect to paying the supplier.

Rental revenue for residential property leases is recorded when due from residents and is recognized monthly as earned, which is not materially different than on a straight-line basis as lease terms are generally for periods of one year or less. An allowance for doubtful accounts is recorded for all past due rents and operating expense reimbursements considered to be uncollectible.

Sales and the associated gains or losses related to real estate assets are recognized in accordance with the provisions of ASC Topic 360-20, "Property, Plant and Equipment—Real Estate Sale." The specific timing of a sale is measured against various criteria in ASC 360-20 related to the terms of the transaction and any continuing involvement in the form of management or financial assistance associated with the properties. If the sales criteria for the full accrual method are not met, the Company defers some or all of the gain recognition and accounts for the continued operations of the property by applying the finance, leasing, deposit, installment or cost recovery methods, as appropriate, until the sales criteria are met.

*Non-performing notes receivable.*   We consider a note receivable to be non-performing when the maturity date has passed without principal repayment and the borrower is not making interest payments in accordance with the terms of the agreement.

*Interest recognition on notes receivable*.   We record interest income as earned in accordance with the terms of the related loan agreements.

*Allowance for estimated losses*.   We assess the collectability of notes receivable on a periodic basis, the assessment consists primarily of an evaluation of cash flow projections of the borrower to determine whether estimated cash flows are sufficient to repay principal and interest in accordance with the contractual terms of the note. We recognize impairments on notes receivable when it is probable that principal and interest will not be received in accordance with the contractual terms of the loan. The amount of the impairment to be recognized generally is based on the fair value of the partnership's real estate that represents the primary source of loan repayment. Refer to Note 5 "Notes and Interest Receivable" for details on our notes receivable.

*Cash equivalents.*   For purposes of the Consolidated Statements of Cash Flows, all highly liquid investments purchased with an original maturity of three months or less are considered to be cash equivalents.

50

*Restricted cash.*   Restricted cash is comprised primarily of cash balances held in escrow by financial institutions under the terms of certain secured notes payable and certain unsecured bonds payable.

*Concentration of credit risk.*   The Company maintains its cash balances at commercial banks and through investment companies, the deposits of which are insured by the Federal Deposit Insurance Corporation (FDIC). At December 31, 2019 and 2018, the Company maintained balances in excess of the insured amount.

*Earnings per share*.   Income (loss) per share is presented in accordance with ASC 620 "Earnings per Share" and is computed based upon the weighted average number of shares of common stock outstanding during each year.

*Use of estimates.*   In the preparation of Consolidated Financial Statements in conformity with GAAP, it is necessary for management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the Consolidated Financial Statements and the reported amounts of revenues and expense for the year ended. Actual results could differ from those estimates.

*Income taxes*.   The Company is a "C" corporation" for U.S. federal income tax purposes. The Company and the rest of the ARL group are included in the MRHI, consolidated group for tax purposes. TCI is a member of a tax sharing agreement that specifies the manner in which the group will share the consolidated tax liability and also how certain tax attributes are to be treated among members of the group.

*Recent accounting pronouncements*.

In December 2019, the FASB issued ASU 2019-12, *Income Taxes (Topic 740): Simplifying the Accounting for Income Taxes.* The amendments in this Update simplify the accounting for income taxes by removing certain exceptions from ASC 740. Also, the amendments in this Update simplify the accounting for income taxes by requiring that an entity recognize a franchise tax (or similar tax) that is partially based on income as an income-based tax, requiring that an entity evaluate when a step up in the tax basis of goodwill should be considered part of the business combination, and other targeted changes. The effective date of the amendments is for fiscal years, and interim periods within those years, beginning after December 15, 2020. The Company is currently evaluating the impact that the adoption of ASU 2019-12 may have on its consolidated financial statements.

App.762

In October 2018, the FASB issued ASU 2018-17, *Consolidation (Topic 810): Targeted Improvements to Related Party Guidance for Variable Interest Entities*. This standard is intended to improve the accounting when considering indirect interests held through related parties under common control for determining whether fees paid to decision makers and service providers are variable interests. The effective date of the amendments is for fiscal years, and interim periods within those years, beginning after December 15, 2019. The new standard must be adopted retrospectively with early adoption permitted. The Company does not expect the adoption of this ASU to have a material impact on its consolidated financial statements.

In August 2018, the FASB issued ASU 2018-13, *Fair Value Measurement (Topic 820): Disclosure Framework—Changes to the Disclosure Requirements for Fair Value Measurement* that eliminates, adds and modifies certain disclosure requirements for fair value measurements. The effective date of the standard is for fiscal periods, and interim periods within those years, beginning after December 15, 2019. The amendments on changes in unrealized gains and losses, the range and weighted average of significant unobservable inputs used to develop Level 3 fair value measurements, and the narrative description of measurement uncertainty should be applied prospectively. All other amendments should be applied retrospectively. Early adoption is permitted. The Company does not expect the adoption of this ASU to have a material impact on its consolidated financial statements.

In February 2016, the FASB issued ASU No. 2016-02, Leases (Topic 842). The standard amends the existing lease accounting guidance and requires lessees to recognize a lease liability and a right-of-use asset for all leases (except for short-term leases that have a duration of one year or less) on their balance sheets. Lessees will continue to recognize lease expense in a manner similar to current accounting. For lessors, accounting for leases under the new guidance is substantially the same as in prior periods, but eliminates current real estate-specific provisions and changes the treatment of initial direct costs. Entities are required to use a modified retrospective approach for leases that exist or are entered into after the beginning of the earliest comparable period presented, with an option to elect certain transition relief. ASU 2016-02 was effective for reporting periods beginning after December 15, 2018. The adoption of ASU 2016-02 did not have a material impact on the Company's financial position and results of operations.

<div align="center">51</div>

In May 2014, Accounting Standards Update ("ASU") No. 2014-09 ("ASU 2014-09"), "Revenue from Contracts with Customers," was issued. This new guidance established a new single comprehensive revenue recognition model and provides for enhanced disclosures. Under the new policy, the nature, timing and amount of revenue recognized for certain transactions could differ from those recognized under existing accounting guidance. This new standard does not affect revenue recognized under lease contracts. ASU 2014-09 is effective for reporting periods beginning after December 15, 2017. As the majority of the Company's revenue is from rental revenue related to leases, the Company has determined that the adoption of this Standard was immaterial to the consolidated financial statements and related disclosures.

### NOTE 2.    *INVESTMENT IN VAA*

On November 19, 2018, we executed an agreement between the Macquarie Group ("Macquarie") and Southern and TCI to create a joint venture, Victory Abode Apartments, LLC ("VAA") to address existing and future demand for quality multifamily residential housing through acquisition and development of sustainable Class A multifamily housing in focused secondary and tertiary markets. In connection with the formation of the joint venture, Southern and TCI contributed a portfolio of 47 income producing apartment complexes, and 5 development projects in various stages of construction. TCI received cash consideration of $236.8 million and recognized a gain of approximately $154.1 million. At the time of the transfer of the properties, the joint venture assumed all liabilities of those properties, including mortgage debt to the Department of Housing and Urban Development ("HUD").

VAA is equally owned and controlled by Abode JVP, LLC, a wholly-owned subsidiary of Southern and Summerset Intermediate Holdings 2 LLC ("Summerset"), a wholly-owned indirect subsidiary of Macquarie.  Pursuant to the Agreement, Abode JVP, LLC and Summerset each own voting and profit participation rights of 50% and 49%, respectively ("Class A Members").  The remaining 2% of the profit participation interest is held by Daniel J. Moos TCI's President and Chief Executive Officer ("Class B Member") who serves also as the Manager of the joint venture. In addition, upon the closing of the agreement the Class B Member received a payment of $1.9 million.

The Company accounts for VAA as an equity method investment. Under the equity method of accounting, our net equity is reflected within the Consolidated Balance Sheets, and our share of net income or loss from the joint ventures is included within the Consolidated Statements of Operations. The joint venture agreements may designate different percentage allocations among investors for profits and losses; however, our recognition of joint venture income or loss generally follows the joint venture's distribution priorities, which may change upon the achievement of certain investment return thresholds.

The following is a summary of the financial position and results of operations of VAA (dollars in thousands):

| Balance Sheet | As of December 31, | |
| | 2019 | 2018 |
| --- | ---: | ---: |
| Net real estate assets | $ 1,242,957 | $ 1,257,557 |
| Other assets | 62,222 | 67,020 |
| Debt, net | (832,779) | (791,225) |
| Other liabilities | (271,291) | (280,288) |
| Total equity | (201,109) | (253,064) |

| Results of Operations | | For the Year Ended December 31, 2019 | | For the period November 19 to December 31, 2018 |
|---|---|---|---|---|
| Total revenue | $ | 115,377 | $ | 12,887 |
| Total property, operating, and maintenance expenses | | (56,967) | | (4,507) |
| Interest expense | | (61,487) | | (5,818) |
| Depreciation and Amortization | | (43,942) | | (6,987) |
| Total other expense | | (3,377) | | (5,297) |
| Net loss | $ | (50,396) | $ | (9,722) |

<center>52</center>

The following is a reconciliation from VAA's net loss to TCI's equity in earnings of VAA (dollars in thousands):

| | | For the Year Ended December 31, 2019 | | For the period November 19 to December 31, 2018 |
|---|---|---|---|---|
| VAA net loss | $ | (50,396) | $ | (9,722) |
| *Adjustments to reconcile to income (loss) from VAA* | | | | |
| Interest expense on mezzanine loan | | 25,014 | | 2,815 |
| In-place lease intangibles - amortization expense | | 14,703 | | 3,983 |
| Depreciation basis differences | | 5,132 | | 3,012 |
| **Net loss** | $ | (5,547) | $ | 88 |
| Percentage ownership in VAA | | 50% | | 50% |
| Loss from VAA | $ | (2,774) | $ | 44 |

The following table sets forth the location of our real estate held for investment (income-producing properties only) by asset type as of December 31, 2019:

| | Apartments | |
|---|---|---|
| Location | No. | Units |
| Alabama | 1 | 168 |
| Arkansas | 5 | 1,122 |
| Colorado | 2 | 260 |
| Florida | 2 | 388 |
| Georgia | 1 | 222 |
| Louisiana | 3 | 464 |
| Mississippi | 1 | 196 |
| North Carolina | 1 | 201 |
| Nevada | 1 | 308 |
| Tennessee | 4 | 708 |
| Texas-Greater Dallas-Ft Worth | 19 | 3,709 |
| Texas-Greater Houston | 2 | 416 |
| Texas-Other | 9 | 1,726 |
| **Total** | **51** | **9,888** |

At December 31, 2019, our apartment projects in development included (dollars in thousands):

| Property | Location | No. of Units | Costs to Date [1] | | Total Projected Costs [1] | |
|---|---|---|---|---|---|---|
| Lakeside Lofts apartments | Farmers Branch, TX | 249 | $ | 50,357 | $ | 80,622 |
| Total | | **249** | **$** | **50,357** | **$** | **80,622** |

(1) Costs include construction hard costs, construction soft costs and loan borrowing costs.

During 2019, the Company received $19.4 million cash distribution from VAA as a result of the annual surplus cash computation from its HUD collaterized residential properties and other amounts owed to the Company as agreed to in the joint venture operating agreement.

**NOTE 3.** *REAL ESTATE*

At December 31, 2019 and 2018, TCI's real estate investment is comprised of the following (dollars in thousands):

|  | December 31, | |
|---|---|---|
|  | **2019** | **2018** |
| Apartments | $ 156,173 | $ 126,274 |
| Apartments under construction | 22,363 | 27,261 |
| Commercial properties | 229,424 | 224,167 |
| Land held for development | 62,037 | 84,016 |
| Real estate subject to sales contract | 7,966 | 2,014 |
| Total real estate, at cost, less impairment | $ 477,963 | $ 463,732 |
| Less accumulated deprecation | (90,173) | (79,228) |
| Total real estate, net of depreciation | $ 387,790 | $ 384,504 |

Expenditures for repairs and maintenance are charged to operations as incurred. Significant betterments are capitalized. When assets are sold or retired, their costs and related accumulated depreciation are removed from the accounts with the resulting gains or losses reflected in net income or loss for the period.

Depreciation is computed on a straight line basis over the estimated useful lives of the assets as follows:

| | |
|---|---|
| Land improvements | 25 to 40 years |
| Buildings and improvements | 10 to 40 years |
| Tenant improvements | Shorter of useful life or terms of related lease |
| Furniture, fixtures and equipment | 3 to 7 years |

*Fair Value Measurement*

The Company applies the guidance in ASC Topic 820, "Fair Value Measurements and Disclosures," to the valuation of real estate assets. The Company is required to assess the fair value of its consolidated real estate assets with indicators of impairment. The value of impaired real estate assets is determined using widely accepted valuation techniques, including discounted cash flow analyses on the expected cash flow of each asset, as well as the income capitalization approach, which considers prevailing market capitalization rates, analyses of recent comparable sales transactions, information from actual sales negotiations and bona fide purchase offers received from third parties. The methods used to measure fair value may produce an amount that may not be indicative of net realizable value or reflective of future values. Furthermore, although the Company believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

The fair value measurements used in these evaluations are considered to be Level 2 and 3 valuations within the fair value hierarchy in the accounting rules, as there are significant observable (Level 2) and unobservable inputs (Level 3). Examples of Level 2 inputs the Company utilizes in its fair value calculations are appraisals and bona fide purchase offers from third parties. Examples of Level 3 inputs the Company utilizes in its fair value calculations are discount rates, market capitalization rates, expected lease rental rates, timing of new leases, an estimate of future sales prices and comparable sales prices of similar assets, if available. There was no provision for impairment during the years ended December 31, 2019, 2018 and 2017.

The following is a description of the Company's significant real estate transactions for the year ended December 31, 2019:

- Sold 35.9 acres of land located in Farmers Branch, Texas for an aggregate sales price of $18.9 million and recognized a gain on the sale of $9.0 million.

- Sold 29.4 acres of land located in Forney, Texas for a total sales price of $5.0 million and recognized a gain on the sale of approximately $4.1 million.

- Sold 10.33 acres of land located in Dallas, Texas for a total sales price of $2.1 million and recognized a gain on the sale of approximately $0.4 million.

App.765

- Sold 6.25 acres of land located in Nashville, Tennessee for a total sales price of $2.3 million and recognized a gain on the sale of approximately $0.9 million.

- Sold 23.24 acres of land located in Fort Worth, Texas for a total sales price of $1.8 million and recognized a gain on the sale of approximately $0.5 million.

- Sold a multifamily residential property, located in Mary Ester, Florida for a total sales price of $3.1 million out of which $1.8 million represents land received with a total acreage of 1.27 acres located in Riverside, California in exchange for a note receivable of the same value. The Company recognized a loss from this sale of approximately $0.08 million.

- Purchased 33.05 acres of land in Athens, Alabama for a total purchase price of $2.1 million, out of which $0.9 million was paid in cash and the remaining balance of $1.2 million was issued as a note payable. The note payable matures in eighteen months and bears an annual interest rate of 5.91%.

- Purchased from a third party 8.94 acres of land located in Collin County, Texas for a total purchase price of $2.5 million.

- Purchased an option to buy 37.8 acres of land (6.3 acres located in Collin County, Texas and 31.5 acres located in Clark County, Nevada) for $2.0 million from a third party land developer.

The Company continues to invest in the development of apartment projects. During the year ended December 31, 2019, TCI has invested $28.5 million related to the construction and development of various apartment complexes and capitalized $0.8 million of interest costs.

<center>55</center>

### NOTE 4. *SUPPLEMENTAL CASH FLOW INFORMATION*

For the years ended December 31, 2019 and 2018, the Company paid interest of $29.4 million and $61.6 million, respectively.

Cash and cash equivalents, and restricted cash for fiscal year ended 2019 and 2018 was $83.3 million and $106.6 million, respectively. The following is a reconciliation of the Company's cash and cash equivalents, and restricted cash to the total presented in the consolidated statement of cash flows:

| | December 31, | |
| | 2019 | 2018 |
|---|---|---|
| Cash and cash equivalents | $ 51,179 | $ 36,358 |
| Restricted cash (cash held in escrow) | 15,540 | 37,946 |
| Restricted cash (certificate of deposits) | 3,759 | 9,688 |
| Restricted cash (held with Trustee) | 12,783 | 22,573 |
| Total cash, cash equivalents and restricted cash | $ 83,261 | $ 106,565 |

Amounts included in restricted cash represent funds required to meet contractual obligations with certain financial institutions for the payment of reserve replacement and tax and insurance escrow. In addition, restricted cash includes funds to the Bond's Trustee for payment of principal and interests.

<center>56</center>

### NOTE 5. *NOTES AND INTEREST RECEIVABLE*

A portion of our assets are invested in mortgage notes receivable, principally secured by real estate. We may originate mortgage loans in conjunction with providing purchase money financing of property sales. Notes receivable are generally collateralized by real estate or interests in real estate and personal guarantees of the borrower and, unless noted otherwise, are so secured. Management intends to service and hold for investment the mortgage notes in our portfolio. A majority of the notes receivable provide for principal to be paid at maturity (dollars in thousands).

| Borrower | Maturity Date | Interest Rate | Amount | Security |
|---|---|---|---|---|
| Performing loans: | | | | |
| Prospectus Endeavors 4, LLC | 01/23 | 12.00% | 5,907 | Secured |
| Prospectus Endeavors 6, LLC | 10/22 | 12.00% | 496 | Secured |

| | | | | |
|---|---|---|---|---|
| Oulan-Chian Family Trust | 06/20 | 8.00% | 74 | Secured |
| H198, LLC (McKinney Ranch Land) | 09/20 | 6.00% | 4,554 | Secured |
| Forest Pines | 11/20 | 5.00% | 2,868 | Secured |
| Spyglass Apartments of Ennis, LP | 11/20 | 5.00% | 5,288 | Secured |
| Bellwether Ridge | 05/20 | 5.00% | 3,765 | Secured |
| Parc at Windmill Farms | 05/20 | 5.00% | 7,602 | Secured |
| Autumn Breeze | 10/21 | 5.00% | 1,302 | Secured |
| Plum Tree | 10/21 | 5.00% | 413 | Secured |
| Ingleside | 12/21 | 5.00% | 1,531 | Secured |
| RNC | 09/24 | 5.00% | 8,802 | Secured |
| Revolving Line of Credit Steeple Crest | 10/20 | 5.00% | 6,665 | Secured |
| RAI PFBL 2018 Purch Fee Note Weatherford | 12/21 | 12.00% | 525 | Secured |
| Unified Housing Foundation, Inc. (Echo Station) [1] | 12/32 | 12.00% | 1,481 | Secured |
| Unified Housing Foundation, Inc. (Lakeshore Villas) [1] | 12/32 | 12.00% | 2,000 | Secured |
| Unified Housing Foundation, Inc. (Lakeshore Villas) [1] | 12/32 | 12.00% | 6,369 | Secured |
| Unified Housing Foundation, Inc. (Limestone Ranch) [1] | 12/32 | 12.00% | 1,953 | Secured |
| Unified Housing Foundation, Inc. (Limestone Ranch) [1] | 12/32 | 12.00% | 2,000 | Secured |
| Unified Housing Foundation, Inc. (Limestone Ranch) [1] | 12/32 | 12.00% | 4,000 | Secured |
| Unified Housing Foundation, Inc. (Timbers of Terrell) [1] | 12/32 | 12.00% | 1,323 | Secured |
| Unified Housing Foundation, Inc. [1] | 12/21 | 12.00% | 10,401 | Unsecured |
| Unified Housing Foundation, Inc. [1] | 06/20 | 12.00% | 5,314 | Unsecured |
| Unified Housing Foundation, Inc. [1] | 03/22 | 12.00% | 4,782 | Unsecured |
| Unified Housing Foundation, Inc. (Lakeshore Villas) [1] | 07/21 | 12.00% | 838 | Secured |
| Unified Housing Foundation, Inc. (Limestone Ranch) [1] | 07/21 | 12.00% | 773 | Secured |
| Unified Housing Foundation, Inc. (Marquis at Vista Ridge) [1] | 07/21 | 12.00% | 839 | Secured |
| Unified Housing Foundation, Inc. (Timbers at the Park) [1] | 07/21 | 12.00% | 432 | Secured |
| Unified Housing Foundation, Inc. (Trails at White Rock) [1] | 07/21 | 12.00% | 913 | Secured |
| Unified Housing Foundation, Inc. (Bella Vista) [1] | 08/21 | 12.00% | 212 | Secured |
| Unified Housing Foundation, Inc. [1] | 10/21 | 12.00% | 6,831 | Unsecured |
| Other related party notes | Various | Various | 3,553 | Various secured interests |
| Other non-related party notes | Various | Various | 10,276 | Various secured interests |
| Accrued interest | | | 8,629 | |
| **Total Performing** | | | $ 122,811 | |
| Allowance for estimated losses | | | (1,825) | |
| **Total** | | | $ 120,986 | |

[1] Related party notes

As of December 31, 2019, the obligors on $54.0 million of the mortgage notes receivable portfolio were due from related entities. The Company recognized $6.9 million of interest income from these related party notes receivables. In addition, during the quarter ended June 30, 2019, TCI purchased notes receivables with a face value of $29.0 million (out of which $1.0 million represented accrued interest receivables) from related parties.

As of December 31, 2019, none of the mortgage notes receivable portfolio were non-performing.

The Company has various notes receivable from Unified Housing foundation, Inc. "UHF". UHF is determined to be a related party due to our significant investment in the performance of the collateral secured under the notes receivable. Payments are due from surplus cash flow from operations, sale or refinancing of the underlying properties. These notes are cross collateralized to the extent that any surplus cash available from any of the properties underlying these notes will be used to repay outstanding interest and principal for the remaining notes. Furthermore, any surplus cash available from any of the properties UHF owns, besides the properties underlying these notes, can be used to repay outstanding interest and principal for these notes. The allowance on the notes was a purchase allowance that was netted against the notes when acquired.

### NOTE 6.    *INVESTMENT IN UNCONSOLIDATED JOINT VENTURES AND INVESTEES*

Investments in unconsolidated subsidiaries, jointly owned companies and other investees in which we have a 20% to 50% ownership interest or otherwise exercise significant influence are carried at cost, adjusted for the Company's proportionate share of their undistributed earnings or losses, via the equity

App.767

method of accounting. ARL is our parent company and is an unconsolidated joint venture.

Our interest in the common stock of ARL in the amount of 0.90% is accounted for under the equity method.

The summary data presented below includes our investments accounted for under the equity method, except for our investment in VAA which is discussed in detail in Note 2 'Investment in VAA'.

The following is a summary of the financial position and results of operations from our unconsolidated parent (dollars in thousands):

| | December 31, | | |
| --- | --- | --- | --- |
| | 2019 | 2018 | 2017 |
| **ARL** | | | |
| Real estate, net of accumulated depreciation | $  — | $  549 | $  12,349 |
| Notes receivable | 35,213 | 42,517 | 41,928 |
| Other assets | 67,441 | 66,712 | 126,238 |
| Notes payable | (8,327) | (9,637) | (6,507) |
| Other liabilities | (26,947) | (21,123) | (102,014) |
| Shareholders' equity/partners capital | (67,380) | (79,018) | (71,994) |

| | For the Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2019 | 2018 | 2017 |
| Rents, interest and other income | $  12,569 | $  7,132 | $  9,193 |
| Depreciation | — | — | (157) |
| Operating expenses | (3,765) | (2,420) | (3,149) |
| Gain on land sales | 1,016 | — | 4,765 |
| Interest expense | (8,043) | (7,191) | (6,228) |
| Income (loss) from continuing operations | $  1,777 | $  (2,479) | $  4,424 |
| Net income (loss) | $  1,777 | $  (2,479) | $  4,424 |
| | | | |
| Company's proportionate share of income (loss) | $  16 | $  (22) | $  40 |

During the fourth quarter of 2018, TCI purchased from RAI 900,000 shares of ARL Series A convertible Preferred Stock for $9.0 million. The Series A Preferred Stock may be converted into common stock at 90.0% of the average daily closing price of ARL's common stock for the prior 20 trading days.

The investment in ARL convertible Preferred Stock is being carried at the Company's cost of $9 million and is included in investment in other unconsolidated investees. Additionally, TCI purchased from RAI $9.9 million accrued unpaid dividends related to the ARL Series A convertible Preferred Stock which is carried at the cost and included in investment in unconsolidated investees on the balance sheet.

58

**NOTE 7.    *NOTES AND INTEREST PAYABLE***

Below is a summary of our notes and interest payable as of December 31, 2019 and 2018 (dollars in thousands):

| | December 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Apartments | $  120,024 | $  94,759 |
| Apartments under Construction | 9,017 | 14,402 |
| Commercial | 92,838 | 135,951 |
| Land | 14,806 | 22,200 |
| Real estate held for sale | — | 376 |
| Corporate and other notes | 16,430 | 18,130 |
| Total notes payable | $  253,115 | $  285,818 |
| Less: unamortized deferred borrowing costs | (7,342) | (9,425) |
| Total outstanding notes payable, net | $  245,773 | $  276,393 |
| Accrued Interest | 773 | 844 |
| Total notes payable, net and accrued interest | $  246,546 | $  277,237 |

Future principal payments due (including scheduled amortization payments and payments due upon maturity) on the Company's notes payable at December 31, 2019 are as follows (in thousands):

App.768

| Year | Amount |
|------|-------:|
| 2020 | $ 25,982 |
| 2021 | 55,393 |
| 2022 | 13,437 |
| 2023 | 36,770 |
| 2024 | 1,995 |
| Thereafter | 119,538 |
| Total | $ 253,115 |

Interest payable at December 31, 2019 and 2018, was $.08 million and $.09 million, respectively. Our debt has interest rates ranging from 2.5% to 9.75% per annum with maturity dates between 2021 and 2059. The mortgages were collateralized by deeds of trust on real estate having a net carrying value of $311.5 million.

There are various land mortgages, secured by the property, that are in the process of a modification or extension to the original note due to expiration of the loan. We are in constant contact with these lenders, working together in order to modify the terms of these loans and we anticipate a timely resolution that is similar to the existing agreement or subsequent modification.

In conjunction with the development of various apartment projects and other developments, we drew down $28.5 million and $81.0 million in construction loans during the year ended December 31, 2019, and 2018, respectively.

<center>59</center>

**NOTE 8.**    *BONDS AND BONDS INTEREST PAYABLE*

In August 2016, Southern Properties Capital LTD ("Southern"), a British Virgin Islands corporation was incorporated for the purpose of raising funds by issuing Bonds to be traded on the Tel Aviv Stock Exchange ("TASE"). The Company transferred certain residential and commercial properties located in the United States to Southern, its wholly owned subsidiary.

On February 13, 2017, Southern filed a final prospectus with the TASE for an offering and sale of nonconvertible Series A Bonds to be issued by Southern. The bonds are obligations of Southern. During the year ended December 31, 2017 on three separate occasions Southern issued nonconvertible Series A Bonds with a total value of approximately NIS400 million New Israeli Shekels ("NIS") or approximately $115 million dollars. The Series A Bonds have a stated interest rate of 7.3%. At March 31, 2018 the effective interest rate is 9.17%. The bonds require semi-annual equal installments on January 31 and July 31 of each year from 2019 to 2023 (inclusive). The interest will be repaid on January 31 and July 31 of each of the years 2018 to 2023 (inclusive), with the first payment commencing on July 31, 2017.

On January 25, 2018, interest payment of approximately NIS 14.6 million (or approximately $4.3 million) was paid to the Series A bondholders.

On February 15, 2018, Southern issued Series B bonds in the amount of NIS 137.7 million par value (approximately $39.2 million as of February 15, 2018). The Series B bonds are registered on the TASE. The bonds are reported in NIS and bear annual interest rate of 6.8%. Interest shall be repaid January 31 and July 31 of each of the years 2019 to 2023 (inclusive), first payment commencing on July 31, 2018. The principal shall be repaid in ten equal installments on January 31 and July 31 of each of the years from 2021 to 2025 (inclusive). A total bond issuance cost of $1.4 million was incurred. The effective interest rate is 7.99%.

On July 19, 2018, Southern closed a private placement of its Series B bonds in the amount of NIS 72.3 million (or approximately $19.8 million). The bonds are reported in NIS, are registered on the TASE, bear an annual interest rate of 6.8% and have an effective interest rate of 9.60%. Interest will be paid on January 31 and July 31 of each of the years 2019 and 2013 (inclusive). The principal will be repaid in ten equal installment on January 31 and July 31 of each of the years from 2021 to 2012 (inclusive). The Company incurred bonds issuance costs of approximately $1.9 million.

On July 26, 2018, interest payment of approximately NIS 18.9 million (or approximately $5.2 million) was paid to the Series A and B bondholders.

On July 28, 2019, SPC issued Series C bonds in the amount of NIS 275 million (or approximately $78.1 million). The bonds are reported in NIS, and registered on the TASE, and bear an annual interest of 4.65%. The interest will be paid on January 31 and July 31 of each of the years 2020 through 2023, with the principal payment due in 2023. The Company incurred bond issuance costs of approximately $4.2 million.

On September 23, 2019, Southern entered into a foreign exchange risk hedging transaction agreement with Bank Leumi with the aim of hedging the risk that the NIS exchange rate against the dollar will fall below 3, thereby reducing the exposure of the bonds (Series A, B and C) to exchange rate volatility. The term of the agreement is six months and the face value of the transaction is NIS 664 million ($ 221 million). The hedge transaction costs as well as the fair value as of December 31, 2019 were immaterial.

During the year ended December 31, 2019, the Company made payments of $21.8 million and $11.6 million on bond principal and interests, respectively.

On January 27, 2020, the Company made payments of NIS 60.6 million in bond principal on the Series A and interests on the Series A, B, C (or approximately $17.6 million).

On February 2, 2020, S&Global Ratings announced the increase of the Company's issuer rating to 'ilA-' from 'ilBBB+' for Bonds (Series A and B). In addition, Series C bond rating (secured by one of SPC's commercial properties) increase to 'ilA' from 'ilA-' rating due to the expectation of continued improvement in coverage ratios and the expansion of Company's portfolio.

---

60

---

The outstanding balance of these Bonds at December 31, 2019 and 2018 is as follows:

|  | December 31, | |
|---|---|---|
|  | **2019** | **2018** |
| Bonds (Series A) | $ 92,653 | $ 106,686 |
| Bonds (Series B) | 39,844 | 36,740 |
| Bonds (Series B expansion) | 20,920 | 19,290 |
| Bonds (Series C) | 79,572 | — |
| **Total outstanding bonds** | $ 232,989 | $ 162,716 |
| Less: deferred bond issuance costs | (9,724) | (8,179) |
| **Total outstanding bonds, net** | 223,265 | 154,537 |
| Accrued Interest | 6,457 | 4,037 |
| **Total oustanding bonds, net and accrued interest** | $ 229,722 | $ 158,574 |

The aggregate maturities of the bonds are as follows:

| Year | Agrregage Maturities |
|---|---|
| 2020 | $ 23,148 |
| 2021 | 35,301 |
| 2022 | 35,301 |
| 2023 | 114,873 |
| 2024 | 12,153 |
| Thereafter | 12,213 |
|  | $ 232,989 |

The recorded unrealized gain or loss is reflected as a separate line item to highlight the fact that it is a non-cash transaction until such time as actual payment of principal and interest on the bonds is made. For the year ended December 31, 2019 and 2018, the Company recorded a loss on foreign currency transaction of approximately $15.1 million, and a gain of $12.4 million, respectively.

## NOTE 9.   *RELATED PARTY TRANSACTIONS AND FEES*

We apply ASC Topic 805, "Business Combinations", to evaluate business relationships. Related parties are persons or entities who have one or more of the following characteristics, which include entities for which investments in their equity securities would be required, trust for the benefit of persons including principal owners of the entities and members of their immediate families, management personnel of the entity and members of their immediate families and other parties with which the entity may deal if one party controls or can significantly influence the decision making of the other to an extent that one of the transacting parties might be prevented from fully pursuing its own separate interests, or affiliates of the entity.

The Company has historically engaged in and may continue to engage in certain business transactions with related parties, including but not limited to asset acquisition and dispositions. Transactions involving related parties cannot be presumed to be carried out on an arm's length basis due to the absence of free market forces that naturally exist in business dealings between two or more unrelated entities. Related party transactions may not always be favorable to our business and may include terms, conditions and agreements that are not necessarily beneficial to or in our best interest.

Since April 30, 2011, Pillar, the sole shareholder of which is Realty Advisors, LLC, a Nevada limited liability company, the sole member of which is RAI, a Nevada corporation, the sole shareholder of which is MRHI, a Nevada corporation, the sole shareholder of which is a trust known as the May Trust, became the Company's external Advisor and Cash Manager.  Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities. Pillar also arranges, for the Company's benefit, debt and equity financing with third party lenders and investors. Pillar also serves as an Advisor and Cash Manager to TCI and IOR.  As the contractual advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor".  TCI has no employees. Employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement.

Effective January 1, 2011, Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), the sole member of which is Realty Advisors, LLC, manages our commercial properties and provides brokerage services. Regis receives property management fees, construction management fees and leasing commissions in accordance with the terms of its property-level management agreement. Regis is also entitled to receive real estate brokerage commissions in accordance with the terms of a non-exclusive brokerage agreement. Refer to Part III, Item 10. "Directors, Executive Officers and Corporate Governance – Property Management and Real Estate Brokerage".   TCI engages third-party companies to lease and manage its apartment properties.

Below is a description of the related party transactions and fees between Pillar and Regis:

Fees, expenses and revenue paid to and/or received from our advisor:

| | For the year ended December 31, | | | | | |
| | 2019 | | 2018 | | 2017 | |
| | (dollars in thousands) | | | | | |
| Fees: | | | | | | |
| Advisory | $ | 5,806 | $ | 10,663 | $ | 9,995 |
| Mortgage brokerage and equity refinancing | | — | | 852 | | 1,551 |
| Net income fee | | 357 | | 631 | | 250 |
| | $ | 6,163 | $ | 12,146 | $ | 11,796 |
| Other Expense: | | | | | | |
| Cost reimbursements | $ | 6,687 | $ | 4,398 | $ | 2,895 |
| Interest paid (received) | | (8,475) | | (7,404) | | (4,859) |
| | $ | (1,788) | $ | (3,006) | $ | (1,964) |
| Revenue: | | | | | | |
| Rental | $ | 1,311 | $ | 1,178 | $ | 783 |

Fees paid to Regis and related parties:

| | For the year ended December 31, | | | | | |
| | 2019 | | 2018 | | 2017 | |
| | (dollars in thousands) | | | | | |
| Fees: | | | | | | |
| Property Sales/Acquisition | $ | 318 | $ | 43,856 | $ | 9,819 |
| Property management, construction management and leasing commissions | | 165 | | 540 | | 963 |
| Real estate brokerage | | 71 | | 2,068 | | 1,369 |
| | $ | 554 | $ | 46,464 | $ | 12,151 |

The Company received rental revenue of $1.3 million, $1.2 million, and $0.8 million in the years ended December 31, 2019, 2018, and 2017, respectively, from Pillar and its related parties for properties owned by the Company.

As of December 31, 2019, the Company had notes and interest receivable, net of allowances of $54.0 million and $3.2 million, respectively, due from UHF, a related party. During 2019, the Company recognized interest income of $6.9 million, originated $21.4 million, received $12.4 million in principal payments, and received interest payments of $7.6 million from these related party notes receivables.

On January 1, 2012, the Company entered into a development agreement with UHF, a non-profit corporation that provides management services for the development of residential apartment projects in the future. This development agreement was terminated December 31, 2013. The Company has also invested in surplus cash notes receivables from UHF and has sold several residential apartment properties to UHF in prior years. Due to this ongoing relationship and the significant investment in the performance of the collateral secured under the notes receivable, UHF has been determined to be a related party.

62

The Company is the primary guarantor, on a $25.0 million mezzanine loan between UHF and a lender. In addition, ARL, and an officer of the Company are limited recourse guarantors of the loan. As of December 31, 2019 UHF was in compliance with the covenants to the loan agreement.

The Company is part of a tax sharing and compensating agreement with respect to federal income taxes between ARL, TCI and IOR and their subsidiaries that was entered into in July of 2009. That agreement continued until August 31, 2012, at which time a new tax sharing and compensating agreement was entered into by ARL, TCI, IOR and MRHI for the remainder of 2012 and subsequent years. The expense (benefit) in each year was calculated based on the

amount of losses absorbed by taxable income multiplied by the maximum statutory tax rate 21%.

In addition, SPC is part of a management service agreement with the controlling shareholder owned company in which SPC for an annual payment of 0.5% on the value of the investment properties receives from the Advisor office space, administrative and management services. During 2019, SPC paid management fees to Pillar in the amount of $2.2 million.

The following table reconciles the beginning and ending balances of accounts receivable from and (accounts payable) to related parties as of December 31, 2019 (dollars in thousands):

|  | Pillar | ARL | Total |
|---|---|---|---|
| Related party receivable, beginning balance, December 31, 2018 | $ — | $ 133,642 | $ 133,642 |
| Cash transfers | 29,395 | — | 29,395 |
| Advisory fees | (5,806) | — | (5,806) |
| Net income fee | (357) | — | (357) |
| Fees and commissions | (71) | — | (71) |
| Cost reimbursements | (6,687) | — | (6,687) |
| Interest income | — | 8,475 | 8,475 |
| Notes receivable purchased | (28,669) | — | (28,669) |
| Expenses (paid)/received by advisor | 9,073 | — | 9,073 |
| Financing (mortgage payments) | — | — | — |
| Sales/Purchases Commissions | (318) | — | (318) |
| Intercompany property transfers | 2,864 | — | 2,864 |
| Income tax expense | — | — | — |
| Deferred tax asset | — | — | — |
| Purchase of obligations | — | — | — |
| Related party receivable, ending balance, December 31, 2019 | $ (576) | $ 142,117 | $ 141,541 |

### NOTE 10. DEFERRED INCOME

In previous years, the Company has sold properties to related parties where we have had continuing involvement in the form of management or financial assistance associated with the sale of the properties. Because of the continuing involvement associated with the sale, the sales criteria for the full accrual method is not met, and as such the Company has deferred some or all of the gain recognition and accounted for the sale by applying the finance, deposit, installment or cost recovery methods, as appropriate, until the sales criteria is met. The gains on these transactions have been deferred until the properties are sold to a non-related third party. As of December 31, 2019, we had a deferred gain of $9.5 million.

### NOTE 11.  *DIVIDENDS*

TCI's Board of Directors established a policy that dividend declarations on common stock would be determined on an annual basis following the end of each year. In accordance with that policy, no dividends on TCI's common stock were declared for 2019, 2018, or 2017. Future distributions to common stockholders will be determined by the Board of Directors in light of conditions then existing, including the Company's financial condition and requirements, future prospects, restrictions in financing agreements, business conditions and other factors deemed relevant by the Board.

63

### NOTE 12.  *PREFERRED STOCK*

In November 2006, TCI issued 100,000 shares of Series D Preferred Stock with a liquidation preference of $100 per share. The preferred stock is not convertible into any other security, requires dividends payable at the initial rate of 7% annually. The dividend rate increases ratably from 7% to 9% in future periods and can be redeemed at any point after September 30, 2011.

During the fourth quarter of 2018, all 100,000 shares of Series D Preferred Stock were redeemed for $17.2 million, of which $7.2 million was accrued unpaid dividends. At December 31, 2019 and 2018, there were no preferred shares outstanding.

### NOTE 13.  *INCOME TAXES*

We account for income taxes under the asset and liability method, which requires the recognition of deferred tax assets and liabilities for the expected future tax consequences of events that have been included in the financial statements. Under this method, deferred tax assets and liabilities are determined on the basis of the differences between the financial statement and tax bases of assets and liabilities using enacted tax rates in effect for the year in which the

differences and are expected to reverse. The effect of a change in tax rates on deferred tax assets and liabilities is recognized in income during the period that includes the enactment date. We recognize deferred tax assets to the extent that we believe these assets are more likely than not to be realized. In making such a determination, we consider all available positive and negative evidence, including future reversals of existing taxable temporary differences, projected future taxable income, tax-planning strategies, and results of recent operations. If we determine that we would be able to realize our deferred tax assets in the future in excess of their net recorded amount, we would make an adjustment to the deferred tax asset valuation allowance, which would reduce the provision for income taxes. We record uncertain tax positions in accordance with ASC 740 on the basis of a two-step process whereby (1) we determine whether it is more likely than not that the tax positions will be sustained on the basis of the technical merits of the position and (2) for those tax positions that meet the more-likely-than-not recognition threshold, we recognize the largest amount of tax benefit that is more than 50 percent likely to be realized upon ultimate settlement with the related tax authority.

(Loss) income from continuing operations before income taxes

|  | Years Ended December 31, | | |
|  | 2019 | 2018 | 2017 |
|  | (In thousands) | | |
|  | $ (28,137) | $ 186,250 | $ (15,136) |

The (benefit) expense for income taxes consists of:

|  | Years Ended December 31, | | |
|  | 2019 | 2018 | 2017 |
|  | (In thousands) | | |
| Current: | | | |
| Federal | $ — | $ 42,805 | $ (5,603) |
| State | — | 1,210 | 10 |
| Deferred and Other: | | | |
| Federal | (2,000) | (40,805) | 5,603 |
| State | — | — | 170 |
| Total tax (benefit) expense | $ (2,000) | $ 3,210 | $ 180 |

64

The reconciliation between the Company's effective tax rate on income from continuing operations and the statutory rate is as follows:

|  | Years Ended December 31, | | |
|  | 2019 | 2018 | 2017 |
|  | (In thousands) | | |
| Income tax (benefit) expense at federal statutory rate | $ (5,909) | $ 39,113 | $ (5,603) |
| State and local income taxes net of federal tax benefit | | 1,210 | 10 |
| Permanent differences | (2,406) | (143) | — |
| Timing differences | | | |
| Installment note on land sale | — | (2,876) | (1,917) |
| Allowance for losses on note | — | (383) | (256) |
| Deferred gains | (588) | (9,417) | (7,723) |
| Basis difference on fixed assets | — | 23,675 | 10,082 |
| Other basis/timing differences | 3,173 | (7,164) | (16) |
| Generation (use) of net operating loss carryforwards | 5,730 | (42,805) | 5,603 |
| Calculated income tax expense | $ — | $ 1,210 | $ 180 |
| Effective tax rate | 0.0% | 0.6% | N/A |

The company is subject to taxation in the United States and various states and foreign jurisdictions. As of December 31, 2019, the Company's tax years for 2018, 2017, and 2016 are subject to examination by the tax authorities. With few exceptions, as of December 31, 2019, the Company is no longer subject to U.S federal, state, local, or foreign examinations by tax authorities for the years before 2016.

The 2019 and 2018 effective tax rate is driven primarily by the passing of the Tax Cuts and Jobs Act by congress on December 22, 2017. This act reduced the statutory tax rate for corporations from 35% to 21% starting in 2018. As a result, the tax assets of TCI had to be re-priced to reflect the new tax rate for future years with the impact on the 2017 provision for income taxes.

App.773

| | | Years Ended December 31, | | |
|---|---|---|---|---|
| | | 2019 | | 2018 |
| | | (In thousands) | | |
| **Deferred Tax Assets:** | | | | |
| Cumulative foreign currency translation loss | $ | 1,522 | $ | — |
| Deferred gain | | 1,988 | | — |
| Net operating loss carryforward | | 9,633 | | 3,904 |
| **Total Deferred Tax Assets** | | 13,143 | | 3,904 |
| Less: valuation allowance | | (6,480) | | — |
| **Total net deferred tax assets** | $ | 6,663 | $ | 3,904 |
| | | | | |
| **Deferred Tax Liabilities:** | | | | |
| Deferred gain | $ | — | $ | 2,603 |
| Basis differences for fixed assets | | 6,663 | | 3,301 |
| Total Deferred Tax Liability | $ | 6,663 | $ | 5,904 |
| | | | | |
| **Net deferred tax asset (liability)** | $ | — | $ | (2,000) |
| | | | | |
| Current net deferred tax asset | | 6,663 | | 3,904 |
| Long-term net deferred tax liability | | 6,663 | | 5,904 |
| **Net deferred tax liability** | $ | — | $ | (2,000) |

**Operating Loss and Tax Credit Carryforwards**

We have state NOLs in many of the various states in which we operate.

**Valuation Allowance**

Management assesses the available positive and negative evidence to estimate if sufficient future taxable income will be generated to use the existing deferred tax assets. At December 31, 2019 TCI had a net deferred tax asset due to tax deductions available to it in future years. However, as management could not determine that it was more likely than not that TCI would realize the benefit of the deferred tax asset, a 100% valuation allowance was established.

**NOTE 14.   *FUTURE MINIMUM RENTAL INCOME UNDER OPERATING LEASES***

TCI'S real estate operations include the leasing of commercial properties (office buildings, industrial warehouses and retail centers). These leases expire at various dates through 2029. The following is a schedule of minimum future rents on non-cancelable operating leases at December 31, 2019 (dollars in thousands):

| Year | Amount |
|---|---|
| 2020 | 26,208 |
| 2021 | 23,558 |
| 2022 | 20,382 |
| 2023 | 14,882 |
| 2024 | 8,861 |
| Thereafter | 7,109 |
| Total | $    101,000 |

**NOTE 15.   *OPERATING SEGMENTS***

Our segments are based on management's method of internal reporting which classifies its operations by property type. The segments are commercial, apartments, land and other. Significant differences among the accounting policies of the operating segments as compared to the Consolidated Financial Statements principally involve the calculation and allocation of administrative expenses. Management evaluates the performance of each of the operating segments and allocates resources to them based on their operating income and cash flow.

Items of income that are not reflected in the segments are interest, other income, equity in partnerships and gains on sale of real estate. Expenses that are not reflected in the segments are provision for losses, advisory, net income and incentive fees, general and administrative, non-controlling interests and net loss

App.774

The segment labeled as "Other" consists of revenue and operating expenses related to the notes receivable and corporate debt.

66

Presented below is the Company's reportable segments' operating income including segment assets and expenditures for the years 2019, 2018 and 2017 (dollars in thousands):

| For the Year Ended December 31, 2019 | Commercial Properties | | Apartments | | Land | | Other | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rental and other property revenues | $ | 32,707 | $ | 15,257 | $ | — | $ | 6 | $ | 47,970 |
| Property operating expenses | | (15,805) | | (8,375) | | (255) | | (778) | | (25,213) |
| Depreciation | | (10,229) | | (3,150) | | — | | — | | (13,379) |
| Mortgage and loan interest | | (7,018) | | (4,069) | | (1,000) | | (19,729) | | (31,816) |
| Loss on debt extinguishment | | (5,219) | | — | | — | | — | | (5,219) |
| Interest income | | — | | — | | — | | 19,607 | | 19,607 |
| Loss on sale of income producing property | | — | | (80) | | — | | — | | (80) |
| Gain on land sales | | — | | — | | 14,889 | | — | | 14,889 |
| Segment operating (loss) income | $ | (5,564) | $ | (417) | $ | 13,634 | $ | (894) | $ | 6,759 |
| | | | | | | | | | | |
| Capital expenditures | $ | 5,257 | $ | 25,001 | $ | 3,489 | $ | — | $ | 33,747 |
| Assets | $ | 229,424 | $ | 178,536 | $ | 70,003 | $ | — | $ | 477,963 |
| | | | | | | | | | | |
| **Property Sales** | | | | | | | | | | |
| Sales price | $ | — | $ | 3,096 | $ | 30,012 | $ | — | $ | 33,108 |
| Cost of sale | | — | | (3,176) | | (15,123) | | — | | (18,299) |
| (Loss) gain on sales | $ | — | $ | (80) | $ | 14,889 | $ | — | $ | 14,809 |

| For the Year Ended December 31, 2018 | Commercial Properties | | Apartments | | Land | | Other | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rental and other property revenues | $ | 33,113 | $ | 87,832 | $ | — | $ | 10 | $ | 120,955 |
| Property operating expenses | | (16,558) | | (42,134) | | (275) | | (453) | | (59,420) |
| Depreciation | | (9,530) | | (13,217) | | — | | (14) | | (22,761) |
| Mortgage and loan interest | | (7,662) | | (20,671) | | (318) | | (30,221) | | (58,872) |
| Interest income | | — | | — | | — | | 15,793 | | 15,793 |
| Gain on land sales | | — | | — | | 17,404 | | — | | 17,404 |
| Segment operating income (loss) | $ | (637) | $ | 11,810 | $ | 16,811 | $ | (14,885) | $ | 13,099 |
| | | | | | | | | | | |
| Capital expenditures | $ | 8,246 | $ | 16,954 | $ | — | $ | — | $ | 25,200 |
| Assets | $ | 153,018 | $ | 143,500 | $ | 84,016 | $ | 3,970 | $ | 384,504 |
| | | | | | | | | | | |
| **Property Sales** | | | | | | | | | | |
| Sales price | $ | 2,313 | $ | 8,512 | $ | 43,311 | $ | — | $ | 54,136 |
| Cost of sale | | (2,313) | | (8,512) | | (25,907) | | — | | (36,732) |
| Gain on land sales | $ | — | $ | — | $ | 17,404 | $ | — | $ | 17,404 |

| For the Twelve Months Ended December 31, 2017 | Commercial Properties | | Apartments | | Land | | Other | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rental and other property revenues | $ | 32,323 | $ | 92,807 | $ | 87 | $ | 16 | $ | 125,233 |
| Property operating expenses | | (17,724) | | (43,677) | | (667) | | (988) | | (63,056) |
| Depreciation | | (9,200) | | (16,354) | | — | | (4) | | (25,558) |
| Mortgage and loan interest | | (7,528) | | (22,346) | | (1,588) | | (28,482) | | (59,944) |
| Interest income | | — | | — | | — | | 13,862 | | 13,862 |
| Recognition of deferred gain on sale of income producing properties | | — | | 9,842 | | — | | — | | 9,842 |
| Gain on land sales | | — | | — | | 4,884 | | — | | 4,884 |
| Segment operating income (loss) | $ | (2,129) | $ | 20,272 | $ | 2,716 | $ | (15,596) | $ | 5,263 |
| | | | | | | | | | | |
| Capital expenditures | $ | 3,157 | $ | 1,402 | $ | 609 | $ | — | $ | 5,168 |

App.775

| Assets | | | | 26,852 | | 350,207 | | 979,870 |

**Property Sales**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sales price | $ | — | $ | — | $ | 11,177 | $ | — | $ | 11,177 |
| Cost of sale | | — | | — | | (6,293) | | — | | (6,293) |
| Recognized prior deferred gain | | — | | 9,842 | | — | | — | | 9,842 |
| Gain on sale | $ | — | $ | 9,842 | $ | 4,884 | $ | — | $ | 14,726 |

The table below reconciles the segment information to the corresponding amounts in the Consolidated Statements of Operations:

| | For the Years Ended December 31, | | |
|---|---|---|---|
| | **2019** | **2018** | 2017 |
| Segment operating income | $ 6,759 | $ 13,099 | $ 5,263 |
| Other non-segment items of income (expense) | | | |
| General and administrative | (10,951) | (11,359) | (6,269) |
| Net income fee to related party | (357) | (631) | (250) |
| Advisory fee to related party | (5,806) | (10,663) | (9,995) |
| Other income | 84 | 28,150 | 625 |
| Gain on formation of joint venture | — | 154,126 | — |
| Foreign currency translation (loss) gain | (15,108) | 12,399 | (4,536) |
| (Loss) earnings from joint venture | (2,774) | 44 | — |
| Earnings from other unconsolidated investees | 16 | 1,085 | 26 |
| Income tax benefit (expense) | 2,000 | (3,210) | (180) |
| Net (loss) income from continuing operations | $ (26,137) | $ 183,040 | $ (15,316) |

The table below reconciles the segment information to the corresponding amounts in the Consolidated Balance Sheets:

| | As of December 31, | | |
|---|---|---|---|
| | **2019** | **2018** | 2017 |
| Segment assets | $ 387,790 | $ 384,504 | $ 979,870 |
| Investments in unconsolidated subsidiaries and investees | 81,780 | 90,571 | 2,472 |
| Notes and interest receivable | 120,986 | 83,541 | 70,166 |
| Other assets and receivables | 275,362 | 303,764 | 260,914 |
| Total assets | $ 865,918 | $ 862,380 | $ 1,313,422 |

## NOTE 16.   *QUARTERLY RESULTS OF OPERATIONS*

The following is a tabulation of TCI's quarterly results of operations for the years 2019, 2018 and 2017. Quarterly results presented may differ from those previously reported in TCI's Form 10-Q due to the reclassification of the operations of properties sold or held for sale to discontinued operations in accordance with ASC topic 360:

| | Three Months Ended 2019 | | | |
|---|---|---|---|---|
| | **March 31,** | **June 30,** | **September 30,** | **December 31,** |
| | (dollars in thousands, except share and per share amounts) | | | |
| Total operating revenues | $ 11,929 | $ 11,840 | $ 11,883 | $ 12,318 |
| Total operating expenses | 13,182 | 15,220 | 12,948 | 14,356 |
| Operating loss | (1,253) | (3,380) | (1,065) | (2,038) |
| Other expense | (6,389) | (4,639) | (11,841) | (12,341) |
| (Loss) income before gain on formation of joint venture, gain on sales, non-controlling interest, and taxes | (7,642) | (8,019) | (12,906) | (14,379) |
| (Loss) on sale of income producing properties | — | (80) | — | — |

| | March 31, | June 30, | September 30, | December 31, |
|---|---|---|---|---|
| Gain on land sales | | | | 5,400 |
| Income tax benefit - deferred | — | — | — | 2,000 |
| Net (loss) income from continued operations | (5,426) | (5,966) | (7,766) | (6,979) |
| Net loss | (5,426) | (5,966) | (7,766) | (6,979) |
| Less: net (loss) attributable to non-controlling interest | (183) | (379) | (21) | (200) |
| Net loss applicable to common shares | $ (5,609) | $ (6,345) | $ (7,787) | $ (7,179) |
| | | | | |
| **PER SHARE DATA** | | | | |
| **Earnings per share - basic** | | | | |
| (Loss) income from continued operations | $ (0.62) | $ (0.68) | $ (0.89) | $ (0.81) |
| Net (loss) income applicable to common shares | $ (0.64) | $ (0.73) | $ (0.89) | $ (0.83) |
| Weighted average common shares used in computing earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 |
| | | | | |
| **Earnings per share - diluted** | | | | |
| (Loss) income from continued operations | $ (0.62) | $ (0.68) | $ (0.89) | $ (0.81) |
| Net (loss) income applicable to common shares | $ (0.64) | $ (0.73) | $ (0.89) | $ (0.83) |
| Weighted average common shares used in computing diluted earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 |

| | Three Months Ended 2018 | | | |
|---|---|---|---|---|
| | March 31, | June 30, | September 30, | December 31, |
| | (dollars in thousands, except share and per share amounts) | | | |
| Total operating revenues | $ 31,082 | $ 31,607 | $ 33,505 | $ 24,761 |
| Total operating expenses | 25,894 | 26,966 | 27,734 | 24,240 |
| Operating income | 5,188 | 4,641 | 5,771 | 521 |
| Other (expense) income | (6,624) | 2,731 | 5,896 | (3,404) |
| (Loss) income before gain on formation of joint venture, gain on sales, non-contolling interest, and taxes | (1,436) | 7,372 | 11,667 | (2,883) |
| Gain on formation of joint venture | — | — | — | 154,126 |
| Gain on land sales | 1,335 | — | 12,243 | 3,826 |
| Income tax expense | — | — | (792) | (2,418) |
| Net (loss) income from continued operations | (101) | 7,372 | 23,118 | 152,651 |
| Net (loss) income | (101) | 7,372 | 23,118 | 152,651 |
| Less: net (loss) attributable to non-controlling interest | (132) | (126) | (915) | (417) |
| Preferred dividend requirement | (222) | (224) | (227) | (227) |
| Net (loss) income applicable to common shares | $ (455) | $ 7,022 | $ 21,976 | $ 152,007 |
| | | | | |
| **PER SHARE DATA** | | | | |
| **Earnings per share - basic** | | | | |
| (Loss) income from continued operations | $ (0.05) | $ 0.81 | $ 2.52 | $ 17.44 |
| Net (loss) income applicable to common shares | $ (0.05) | $ 0.81 | $ 2.52 | $ 17.44 |
| Weighted average common shares used in computing earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 |
| | | | | |
| **Earnings per share - diluted** | | | | |
| (Loss) income from continued operations | $ (0.05) | $ 0.81 | $ 2.52 | $ 17.44 |
| Net (loss) income applicable to common shares | $ (0.05) | $ 0.81 | $ 2.52 | $ 17.44 |
| Weighted average common shares used in computing diluted earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 |

69

| | Three Months Ended 2017 | | | |
|---|---|---|---|---|
| | March 31, | June 30, | September 30, | December 31, |
| | (dollars in thousands, except share and per share amounts) | | | |
| Total operating revenues | $ 31,535 | $ 31,302 | $ 31,491 | $ 30,905 |
| Total operating expenses | 26,337 | 25,460 | 25,725 | 27,606 |

| | | | | |
|---|---|---|---|---|
| Operating income (loss) | 5,198 | 5,842 | 5,766 | 3,299 |
| Other expense | (10,658) | (15,613) | (8,967) | (14,729) |
| Loss before gain on sales, non-contolling interest, and taxes | (5,460) | (9,771) | (3,201) | (11,430) |
| Gain (loss) on sale of income producing properties | — | — | 9,841 | 1 |
| Gain (loss) on land sales | 445 | (476) | 530 | 4,385 |
| Income tax benefit (expense) | — | — | — | (180) |
| Net income (loss) from continued operations | (5,015) | (10,247) | 7,170 | (7,224) |
| Net income (loss) | (5,015) | (10,247) | 7,170 | (7,224) |
| Less: net (income) loss attributable to non-controlling interest | (119) | (163) | (96) | (121) |
| Preferred dividend requirement | (222) | (224) | (224) | (230) |
| Net (loss) income applicable to common shares | $ (5,356) | $ (10,634) | $ 6,850 | $ (7,575) |

**PER SHARE DATA**

**Earnings per share - basic**

| | | | | |
|---|---|---|---|---|
| Loss from continued operations | $ (0.61) | $ (1.22) | $ 0.79 | $ (0.88) |
| Net income (loss) applicable to common shares | $ (0.61) | $ (1.22) | $ 0.79 | $ (0.88) |
| Weighted average common shares used in computing earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 |

**Earnings per share - diluted**

| | | | | |
|---|---|---|---|---|
| Loss from continued operations | $ (0.61) | $ (1.22) | $ 0.79 | $ (0.88) |
| Net income (loss) applicable to common shares | $ (0.61) | $ (1.22) | $ 0.79 | $ (0.88) |
| Weighted average common shares used in computing diluted earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 |

70

### NOTE 17.  *COMMITMENTS AND CONTINGENCIES AND LIQUIDITY*

***Liquidity.***     Management believes that TCI will generate excess cash from property operations in 2020; such excess, however, might not be sufficient to discharge all of TCI's obligations as they become due. Management intends to sell income-producing assets, refinance real estate and obtain additional borrowings primarily secured by real estate to meet its liquidity requirements.

***Guarantees***. The Company is the primary guarantor, on a $25.0 million mezzanine loan between UHF and a lender. In addition, ARL, and an officer of the Company are limited recourse guarantors of the loan. As of December 31, 2019 UHF was in compliance with the covenants to the loan agreement.

***Partnership Buyouts.***     TCI is the limited partner in various partnerships related the construction of residential properties. As permitted in the respective partnership agreements, TCI intends to purchase the interests of the general and any other limited partners in these partnerships subsequent to the completion of these projects. The amounts paid to buy out the nonaffiliated partners are limited to development fees earned by the non-affiliated partners, and are set forth in the respective partnership agreements.

### ART and ART Midwest, Inc.

While the Company and all entities in which the Company has a direct or indirect equity interest are not parties to or obligated in any way for the outcome, a formerly owned entity (American Realty Trust, Inc.) and its former subsidiary (ART Midwest, Inc.) have been engaged since 1999 in litigation with Mr. David Clapper and entities related to Mr. Clapper (collectively, the "Clapper Parties"). The matter originally involved a transaction in 1998 in which ART Midwest, Inc. was to acquire eight residential apartment complexes from the Clapper Parties. Through the years, a number of rulings, both for and against American Realty Trust, Inc. "ART" and ART Midwest, Inc., were issued. In October 2011, a ruling was issued under which the Clapper Parties received a judgment for approximately $74 million, including $26 million in actual damages and $48 million interest. The ruling was against ART and ART Midwest, Inc., but no other entity. During February 2014, the Court of Appeals affirmed a portion of the judgment in favor of the Clapper Parties, but also ruled that a double counting of a significant portion of the damages had occurred and remanded the case back to the trial court to recalculate the damage award, as well as pre- and post-judgment interest thereon. Subsequently, the trial court recalculated the damage award, reducing it to approximately $59 million, inclusive of actual damages and then current interest. ART was also a significant owner of a partnership interest in the partnership that was awarded the initial damages in this matter.

The Clapper Parties subsequently filed a new lawsuit against ARI, its subsidiary EQK Holdings, Inc. "EQK", and ART. The Clapper Parties seek damages from ARL for payment by ART to ARL of ART's stock in EQK in exchange for a release of the Antecedent Debt owed by ART to ARI. In February 2018 the court determined that this legal matter should not have been filed in federal court and therefore granted motions to dismiss on jurisdictional grounds. In June 2018, the court overruled its own grant of motions to dismiss and reinstated the case. We continue to vigorously defend the case and management believes it has defenses to the claims. The case has not been set for trial.

In 2005, ART filed suit against a major national law firm over the initial transaction. That action was initially abated while the principal case with the Clapper

App.778

Parties was pending and the abatement was recently lifted. The trial court subsequently dismissed the case on procedural grounds. ART has filed a notice of appeal. The appeal was heard in February 2018 and the case was subsequently appealed to the Texas Supreme Court. The application for Review is still pending with the Texas Supreme Court. In January 2012, the Company sold all of the issued and outstanding stock of ART to an unrelated party for a promissory note in the amount of $10 million. At December 31, 2012, the Company fully reserved and valued such note at zero.

**Dynex Capital, Inc.**

On July 20, 2015, the 68th Judicial District Court in Dallas County, Texas issued its Final Judgment in Cause No. DC-03-00675, styled Basic Capital Management, Inc., American Realty Trust, Inc., Transcontinental Realty Investors, Inc., Continental Poydras Corp., Continental Common, Inc. and Continental Baronne, Inc. v. Dynex Commercial, Inc. The case, which was litigated for more than a decade, had its origin with Dynex Commercial making loans to Continental Poydras Corp., Continental Common, Inc. and Continental Baronne, Inc. (subsidiaries of Continental Mortgage & Equity Trust ("CMET"), an entity which merged into TCI in 1999 after the original suit was filed). Under the original loan commitment, $160 million in loans were to be made to the entities. The loans were conditioned on the execution of a commitment between Dynex Commercial and Basic Capital Management, Inc. ("Basic").

An original trial in 2004, which also included Dynex Capital, Inc. as a defendant, resulted in a jury awarding damages in favor of Basic for "lost opportunity," as well as damages in favor of ART and in favor of TCI and its subsidiaries for "increased costs" and "lost opportunity." The original Trial Court judge ignored the jury's findings, however, and entered a "Judgment Notwithstanding the Verdict" ("JNOV") in favor of the Dynex entities (the judge held the Plaintiffs were not entitled to any damages from the Dynex entities). After numerous appeals by all parties, Dynex Capital, Inc. was ultimately dismissed from the case and the remaining claims against Dynex Commercial were remanded to the Trial Court for a new judgment consistent with the jury's findings. The Court entered the new Final Judgment against Dynex Commercial, Inc. on July 20, 2015.

The Final Judgment entered against Dynex Commercial, Inc. on July 20, 2015 awarded Basic was $0.256 million in damages, plus pre-judgment interest of $0.192 million for a total amount of $0.448 million. The Judgment awarded ART was $14.2 million in damages, plus pre-judgment interest of $10.6 million for a total amount of $24.8 million. The Judgment awarded TCI was $11.1 million, plus pre-judgment interest of $8.4 million for a total amount of $19.5 million. The Judgment also awarded Basic, ART, and TCI post-judgment interest at the rate of 5% per annum from April 25, 2014 until the date their respective damages were paid. Lastly, the Judgement awarded Basic, ART, and TCI was $1.6 million collectively in attorneys' fees from Dynex Commercial, Inc.

TCI is working with counsel to identify assets and collect on the Final Judgment against Dynex Commercial, Inc., as well as pursue additional claims, if any, against Dynex Capital, Inc. Post judgment interest continues to accrue.

**Berger Litigation**

On February 4, 2019, an individual claiming to be a stockholder holding 7,900 shares of Common Stock of Income Opportunity Realty Investors, Inc. ("IOR") filed a Complaint in the United States District Court for the Northern District of Texas, Dallas Division, individually and allegedly derivatively on behalf of IOR, against Transcontinental Realty Investors, Inc. ("TCI"), American Realty Investors, Inc. ("ARL"), (TCI is a shareholder of IOR, ARL is a shareholder of TCI) Pillar Income Asset Management, Inc. ("Pillar"), ( collectively the "Companies"), certain officers and directors of the Companies ("Additional Parties") and two other individuals. The Complaint filed alleges that the sale and/or exchange of certain tangible and intangible property between the Companies and IOR during the last ten years of business operations constitutes a breach of fiduciary duty by the one or more of Companies, the Additional Defendants and/or the directors of IOR. The case alleges other related claims. The Plaintiff seeks certification as a representative of IOR and all of its shareholders, unspecified damages, a return to IOR of various funds and an award of costs, expenses, disbursements (including Plaintiff's attorneys' fees) and prejudgment and post-judgment interest. The named Defendants intend to vigorously defend the action, deny all of the allegations of the Complaint, and believe the allegations to be wholly without any merit. The Defendants have filed motions to dismiss the case in its entirety in June 2019. On February 26, 2020, the Court denied IOR's demand futility motion. The remainder of the motions to dismiss are pending.

*Litigation*. The ownership of property and provision of services to the public as tenants entails an inherent risk of liability. Although the Company and its subsidiaries are involved in various items of litigation incidental to and in the ordinary course of its business, in the opinion of management, the outcome of such litigation will not have a material adverse impact upon the Company's financial condition, results of operation or liquidity.

**NOTE 18.** *EARNINGS PER SHARE*

*Earnings per share.* Earnings per share ("EPS") have been computed pursuant to the provisions of ASC 260 "Earnings per Share." Basic EPS is calculated by dividing income available to common shareholders by the weighted-average number of common shares outstanding during the period. Shares issued during the period shall be weighted for the portion of the period that they were outstanding.

App.779

Prior to July 9, 2014, TCI had 30,000 shares of Series C cumulative convertible preferred stock issued and outstanding. These 30,000 shares were owned by RAI, a related party, and had accrued dividends unpaid of $0.9 million. The stock had a liquidation preference of $100.00 per share and could be converted into common stock at 90% of the daily average closing price of the common stock for the prior five trading days. On July 9, 2014, RAI converted all 30,000 shares into the requisite number of shares of common stock. The conversion resulted in the issuance of 304,298 new shares of common stock. The effects of the Series C Cumulative Convertible Preferred Stock are no longer included in the dilutive earnings per share calculation for the current period, but are considered in the calculation for the prior periods if applying the if-converted method is dilutive.

As of December 31, 2019 and 2018, there are no preferred stock or stock options that are required to be included in the calculation of EPS.

### NOTE 19. *SUBSEQUENT EVENTS*

On February 2, 2020, S&P Global Ratings announced the increase of the Company's issuer rating to 'ilA-' from 'ilBBB+' for Bonds (Series A and B). In addition, Series C bond rating (secured by one of SPC's commercial properties) increase to 'ilA' from 'ilA-' rating due to the expectation of continued improvement in coverage ratios and the expansion of Company's portfolio.

During 2020, a strain of coronavirus ("COVID – 19") was reported worldwide, resulting in decreased economic activity and concerns about the pandemic, which would adversely affect the broader global economy. The Company is taking all necessary steps to keep our business premises, tenants, vendors and employees in a safe environment and are constantly monitoring the impact of COVID – 19. At this point, the extent to which COVID – 19 may impact the global economy and our business is uncertain, but pandemics or other significant public health events could have a material adverse effect on our business and results of operations.

The date to which events occurring after December 31, 2019, the date of the most recent balance sheet, have been evaluated for possible adjustments to the financial statements or disclosure is March 30, 2020, which is the date of which the financial statements were available to be issued. There are no subsequent events that would require an adjustment to the financial statements.

73

Schedule III

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**REAL ESTATE AND ACCUMULATED DEPRECIATION**
**December 31, 2019**

| Property/Location | Encumbrances | Initial Cost Land | Initial Cost Buildings | Cost Capitalized Subsequent to Acquisition Improvements | Asset Impairment | Gross Amount of Which Carried at End of Year Land | Building & Improvements | Total | Accumulated Depreciation | Date of Construction | Date Acquired | Life on Which Depreciation In Latest Statement of Operation is Computed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Properties Held for Investment** | | | | | | | | | | | | |
| **Apartments** | | | | | | | | | | | | |
| Legacy at Pleasant Grove, Texarkana, TX | $ 13,944 | $ 2,005 | $ 17,892 | $ 217 | $ — | $ 2,005 | $ 18,109 | $ 20,114 | $ 2,289 | 2006 | 12/14 | 40 years |
| Toulon, Gautier, MS | 19,575 | 1,621 | 20,107 | 372 | — | 1,621 | 20,479 | 22,100 | 4,273 | 2011 | 9/09 | 40 years |
| Villager, Ft. Walton, FL | 672 | 141 | 1,267 | — | — | 141 | 1,267 | 1,408 | 148 | 1972 | 6/15 | 40 years |
| Villas at Bon Secour, Gulf Shores, AL | 11,212 | 2,715 | 15,385 | — | — | 2,715 | 15,385 | 18,100 | 545 | 2007 | 7/18 | 40 years |
| Vista Ridge, Tupelo, MS | 10,252 | 1,339 | 13,398 | — | — | 1,339 | 13,398 | 14,737 | 1,893 | 2009 | 10/15 | 40 years |
| Chelsea, Beaumont, TX | 8,794 | 1,225 | 11,025 | 160 | — | 1,225 | 11,185 | 12,410 | 303 | 1999 | 11/18 | 40 years |
| Overlook at Allensville Phase II, Sevierville, TN | 15,829 | 2,411 | 17,005 | — | — | 2,411 | 17,005 | 19,416 | 319 | 2012 | 11/15 | 40 years |
| Landing, Houma, LA | 15,484 | 2,012 | 18,115 | 25 | — | 2,012 | 18,140 | 20,152 | 491 | 2005 | 12/18 | 40 years |
| Farnham Park, Port | | | | | | | | | | | | |

App.780

| Property | Encumbrances | Initial Land | Initial Bldg & Improv. | Cost Capitalized Subsequent | Adjustments | Gross Land | Gross Bldg & Improv. | Total | Accum. Depr. | Date Constructed | Date Acquired | Depr. Life |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aurther, TX | | 1,610 | | 144 | | 9,236 | 241 | 257 | | 14/18 | | 40 years |
| Parc at Denham Springs Phase II, Denham Springs, LA | 15,079 | 1,502 | 12,486 | 3,508 | — | 1,502 | 15,994 | 17,496 | 50 | 2010 | 11/9 | 40 years |
| **Total Apartments Held for Investment** | $ 120,024 | $ 15,981 | $ 135,766 | $ 4,426 | $ — | $ 15,981 | 140,192 | $156,173 | $ 10,562 | | | |
| **Apartments Under Construction** | | | | | | | | | | | | |
| Forest Pines, Bryan, TX | — | 5,040 | — | 301 | — | 5,040 | 301 | 5,341 | — | — | — | — |
| Sugar Mill III, Addis, LA | 6,302 | 576 | — | 7,023 | — | 576 | 7,023 | 7,599 | — | — | 11/15 | — |
| McKinney Apts at Heritage, McKinney, TX | — | 2,481 | — | 89 | — | 2,481 | 89 | 2,570 | — | — | 6/17 | — |
| Forest Pines Phase II (Forest Grove), Bryan, TX | 1,560 | — | — | 4,674 | — | — | 4,674 | 4,674 | — | — | 4/19 | — |
| LD Athens Lindsay Ln, Athens, LA | 1,155 | 2,098 | — | 81 | — | 2,098 | 81 | 2,179 | — | — | 9/19 | — |
| **Total Apartments Under Construction** | $ 9,017 | $ 10,195 | $ — | $ 12,168 | $ — | $ 10,195 | 12,168 | $ 22,363 | $ — | | | |
| **Commercial** | | | | | | | | | | | | |
| 600 Las Colinas, Las Colinas, TX | 37,215 | 5,751 | 51,759 | 20,143 | — | 5,751 | 71,902 | 77,653 | 32,858 | 1984 | 8/05 | 40 years |
| 770 South Post Oak, Houston, TX | 12,178 | 1,763 | 15,834 | 697 | — | 1,763 | 16,531 | 18,294 | 2,117 | 1970 | 7/15 | 40 years |
| Bridgeview Plaza, LaCrosse, WI | 3,908 | — | — | 1,207 | — | — | 1,207 | 1,207 | 804 | 1979 | 3/03 | 40 years |
| Browning Place (Park West I), Farmers Branch, TX | | 5,096 | 45,868 | 26,645 | — | 5,096 | 72,513 | 77,609 | 29,867 | 1984 | 4/05 | 40 years |
| Fruitland Plaza, Fruitland Park, FL | | 23 | — | 83 | — | 23 | 83 | 106 | 71 | — | 5/92 | 40 years |
| Senlac VHP, Farmers Branch, TX | | 622 | — | 142 | — | 622 | 142 | 764 | 142 | — | 8/05 | 40 years |
| Stanford Center, Dallas, TX | 39,537 | 20,278 | 34,862 | 8,251 | (9,600) | 20,278 | 33,513 | 53,791 | 13,752 | — | 6/08 | 40 years |
| **Total Commercial Held for Investment** | $ 92,838 | $ 33,533 | $ 148,323 | $ 57,168 | $ (9,600) | $ 33,533 | 195,891 | $229,424 | $ 79,611 | | | |
| **Land** | | | | | | | | | | | | |
| Dedeaux, Gulfport, MS | — | 1,612 | — | 46 | (38) | 1,612 | 8 | 1,620 | — | — | 10/06 | — |
| Gautier, Gautier, MS | — | 202 | — | — | — | 202 | — | 202 | — | — | 7/98 | — |
| Lake Shore Villas, Humble, TX | — | 81 | — | 3 | — | 81 | 3 | 84 | — | — | 3/02 | — |
| Lubbock, Lubbock, TX | — | 234 | — | — | — | 234 | — | 234 | — | — | 1/04 | — |
| Ocean Estates, Gulfport, MS | — | 1,418 | — | 390 | — | 1,418 | 390 | 1,808 | — | — | 10/07 | — |
| Union Pacific Railroad, Dallas, TX | — | 130 | — | — | — | 130 | — | 130 | — | — | 3/04 | — |
| Willowick, Pensacola, FL | — | 137 | — | — | — | 137 | — | 137 | — | — | 1/95 | — |
| Windmill Farms, Kaufman County, TX | 13,861 | 55,668 | — | 13,913 | (20,343) | 55,668 | (6,430) | 49,238 | — | — | 11/11 | — |
| T Palm Desert, Riverside, CA | — | 1,800 | — | — | — | 1,800 | — | 1,800 | — | — | 9/19 | — |
| Lacy Longhorn, Farmers Branch, | | | | | | | | | | | | |

| Property | | | | | | | | | | | Date Acquired | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TX Minivest, Dallas, TX | — | 7 | — | — | | 7 | — | 7 | — | — | 4/13 | — |
| Nicholson Croslin, Dallas, TX | — | 184 | — | — | (118) | 184 | (118) | 66 | — | — | 10/98 | — |
| Nicholson Mendoza, Dallas, TX | — | 80 | — | — | (51) | 80 | (51) | 29 | — | — | 10/98 | — |
| Mercer Crossing, Farmers Branch, TX | — | 10,966 | — | — | | 10,966 | — | 10,966 | — | — | 1/08 | — |
| McKinney 36, Collin County, TX | 945 | 635 | — | 161 | (19) | 635 | 142 | 777 | — | — | 1/98 | — |
| Travis Ranch, Kaufman County, TX | — | 80 | — | — | — | 80 | — | 80 | — | — | 8/08 | — |
| Dominion Mercer Phase II, Farmers Branch, TX | — | 2,440 | — | 111 | (135) | 2,440 | (24) | 2,416 | — | — | 3/99 | — |
| **Total Land Held for Investment** | **$ 14,806** | **$ 76,843** | **$ —** | **$ 14,624** | **$ (21,464)** | **$ 76,843** | **$ (6,840)** | **$ 70,003** | **$ —** | | | |
| **Total Properties Held for Investment** | **$ 236,685** | **$136,552** | **$ 284,089** | **$ 88,386** | **$ (31,064)** | **$136,552** | **$ 341,411** | **$477,963** | **$ 90,173** | | | |

74

<div align="right">

**SCHEDULE III**
**(Continued)**

</div>

<div align="center">

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**REAL ESTATE AND ACCUMULATED DEPRECIATION**
**As of December 31, 2019**

</div>

| | 2019 | 2018 | 2017 |
|---|---|---|---|
| Reconciliation of Real Estate | | | |
| Balance at January 1, | $ 463,732 | $ 1,165,662 | 1,066,603 |
| Additions | | | |
| Acquisitions, improvements and construction | 92,964 | 175,996 | 129,483 |
| Deductions | | | |
| Sale of real estate | (78,733) | (877,926) | (30,424) |
| Balance at December 31, | $ 477,963 | $ 463,732 | $ 1,165,662 |
| | | | |
| Reconciliation of Accumulated Depreciation | | | |
| Balance at January 1, | 79,228 | 177,546 | 165,597 |
| Additions | | | |
| Depreciation | 13,379 | 22,761 | 25,558 |
| Deductions | | | |
| Sale of real estate | (2,434) | (121,079) | (13,609) |
| Balance at December 31, | $ 90,173 | $ 79,228 | 177,546 |

75

<div align="right">

**SCHEDULE IV**

</div>

<div align="center">

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**MORTGAGE LOANS**
**December 31, 2019**

</div>

<div align="right">

App.782

</div>

| Description | Interest Rate | Final Maturity Date | Periodic Payment Terms | Prior Liens | Face Amount of Mortgage | Carrying Amount of Mortgage | Principal or Loans Subject to Delinquent Principal or Interest |
|---|---|---|---|---|---|---|---|
| | | | | | (dollars in thousands) | | |
| Prospectus Endeavors 4, LLC | 12.00% | Jan-23 | Excess cash flow | — | 5,907 | 5,907 | — |
| Prospectus Endeavors 6, LLC | 12.00% | Oct-22 | Excess cash flow | — | 496 | 496 | — |
| Oulan-Chikh Family Trust | 8.00% | Mar-21 | Excess cash flow | — | 174 | 174 | — |
| **H198, LLC** | 6.00% | Sep-20 | Excess cash flow | — | 4,554 | 4,554 | — |
| McKinney Ranch Land | | | | | | | |
| Forest Pines | 5.00% | Nov-20 | Excess cash flow | — | — | 2,868 | — |
| Spyglass Apartments of Ennis, LP | 5.00% | Nov-20 | Excess cash flow | — | 5,083 | 5,288 | — |
| Bellwether Ridge | 5.00% | May-20 | Excess cash flow | — | 3,429 | 3,765 | — |
| Parc at Windmill Farms | 5.00% | May-20 | Excess cash flow | — | 6,066 | 7,602 | — |
| RAI PFBL 2018 Purch Fee Note Weatherford | 12.00% | Dec-21 | Excess cash flow | | | 525 | — |
| **Unified Housing Foundation, Inc. (Echo Station)** | 12.00% | Dec-32 | Excess cash flow | 9,719 | 2,794 | 1,481 | — |
| 100% Interest in UH of Temple, LLC | | | | | | | — |
| **Unified Housing Foundation, Inc. (Lakeshore Villas/HFS of Humble, LLC)** | 12.00% | Dec-32 | Excess cash flow | 15,965 | 2,959 | 2,000 | — |
| 100% Interest in HFS of Humble, LLC | | | | | | | — |
| **Unified Housing Foundation, Inc. (Lakeshore Villas/HFS of Humble, LLC) (31.5% of cash flow)** | 12.00% | Dec-32 | Excess cash flow | 15,756 | 8,836 | 6,369 | — |
| Interest in Unified Housing Foundation Inc. | | | | | | | — |
| **Unified Housing Foundation, Inc. (Limestone Ranch/UH of Vista Ridge,LLC)** | 12.00% | Dec-32 | Excess cash flow | — | — | 1,953 | — |
| **Unified Housing Foundation, Inc. (Limestone Ranch/UH of Vista Ridge,LLC)** | 12.00% | Dec-32 | Excess cash flow | — | — | 2,000 | — |
| **Unified Housing Foundation, Inc. (Limestone Ranch/UH of Vista Ridge,LLC)** | 12.00% | Dec-32 | Excess cash flow | — | — | 4,000 | — |
| **Unified Housing Foundation, Inc. (Timbers of Terrell)** | 12.00% | Dec-32 | Excess cash flow | 7,294 | 1,702 | 1,323 | — |

App.783

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 100% Interest in UHF of Terrell, LLC | | | | | | | |
| **Unified Housing Foundation, Inc (2015 Advisory Fee)** | 12.00% | Dec-21 | Excess cash flow | — | — | 3,994 | — |
| **Unified Housing Foundation, Inc (2008-2014 Advisory Fee)** | 12.00% | Dec-21 | Excess cash flow | — | — | 6,407 | — |
| **Unified Housing Foundation, Inc (2018 Advisory Fee)** | 12.00% | Jun-20 | Excess cash flow | — | — | 5,314 | — |
| **Unified Housing Foundation, Inc** RAI UHF 2019 Advisory Fee Note | 12.00% | Mar-22 | Excess cash flow | — | — | 4,782 | — |
| | | | Excess cash flow | | | | |
| **Unified Housing Foundation, Inc** 2018 Refin Fee (Lakeshore Villas) | 12.00% | Jul-21 | Excess cash flow | — | — | 838 | — |
| | | | Excess cash flow | | | | |
| **Unified Housing Foundation, Inc** 2018 Refin Fee (Limestone Ranch) | 12.00% | Jul-21 | Excess cash flow | — | — | 773 | — |
| | | | Excess cash flow | | | | |
| **Unified Housing Foundation, Inc** 2018 Refin Fee (Marquis @ Vista Ridge) | 12.00% | Jul-21 | Excess cash flow | — | — | 839 | — |
| | | | Excess cash flow | | | | |
| **Unified Housing Foundation, Inc** 2018 Refin Fee (Timbers at the Park) | 12.00% | Jul-21 | Excess cash flow | — | — | 432 | — |
| | | | Excess cash flow | | | | |
| **Unified Housing Foundation, Inc** 2018 Refin Fee (Trails @ White Rock) | 12.00% | Jul-21 | Excess cash flow | — | — | 913 | — |
| **Unified Housing Foundation, Inc** 2018 Refin Fee (Bella Vista) | 12.00% | Aug-21 | Excess cash flow | — | — | 212 | — |
| **Unified Housing Foundation, Inc** 2017 Fees on Sale LSC/SR/PKCR | 12.00% | Oct-21 | Excess cash flow | — | — | 1,980 | — |
| **Unified Housing Foundation, Inc** 2017 Fees on Profit LSC/SR/PKCR | 12.00% | Oct-21 | Excess cash flow | — | — | 4,851 | — |
| **Various related party notes** | Various | Various | Excess cash flow | — | — | 3,553 | — |
| **Various non-related party notes** | Various | Various | Excess cash flow | — | — | 28,989 | — |
| | | | | | | $ 114,182 | |
| | | | | | Accrued interest | 8,629 | |
| | | | | | Allowance for estimated losses | (1,825) | |
| | | | | | | $ 120,986 | |

App.784

76

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**MORTGAGE LOANS**
**As of December 31,**

|  | 2019 | 2018 | 2017 |
|---|---|---|---|
|  | (dollars in thousands) | | |
| Balance at January 1, | $ 83,541 | $ 70,166 | $ 81,133 |
| Additions |  |  |  |
| New mortgage loans | 49,671 | 13,123 | 16,422 |
| Increase (decrease) of interest receivable on mortgage loans | 9,576 | 6,329 | 668 |
| Deductions |  |  |  |
| Amounts received | (21,589) | (6,077) | (26,230) |
| Non-cash reductions | (213) | — | (1,827) |
| Balance at December 31, | $ 120,986 | $ 83,541 | $ 70,166 |

77

## ITEM 9. *CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE*

None.

## ITEM 9A. *CONTROLS AND PROCEDURES*

### Evaluation of Disclosure Controls and Procedures

Under the supervision and with the participation of our management, including our Principal Executive Officer and Chief Financial Officer, we conducted an evaluation of the effectiveness of our disclosure controls and procedures (as defined in Rule 13a-15(e)) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), which are designed to ensure that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified by the SEC's rules and forms. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is accumulated and communicated to our management, including our Principal Executive Officer and Principal Financial Officer, as appropriate to allow timely decisions regarding required disclosure. Based on this evaluation, our Principal Executive Officer and Chief Financial Officer concluded that our disclosure controls and procedures were effective as of the end of the period covered by this report.

### Management's Report on Internal Control over Financial Reporting

Our management is responsible for establishing and maintaining adequate internal control over financial reporting for the Company. Our internal control over financial reporting is designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements in accordance with generally accepted accounting principles. There are inherent limitations to the effectiveness of any system of internal control over financial reporting. These limitations include the possibility of human error, the circumvention of overriding of the system and reasonable resource constraints. Because of its inherent limitations, our internal control over financial reporting may not prevent or detect misstatements. Projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions or that the degree of compliance with policies or procedures may deteriorate.

Management assessed the effectiveness of the Company's internal control over financial reporting as of December 31, 2019. In making this assessment, management used the criteria set forth in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013). Based on management's assessments and those criteria, management has concluded that Company's internal control over financial reporting was effective as of December 31, 2019.

This annual report does not include an attestation report of the Company's registered public accounting firm regarding internal control over financial report.

App.785

Management's report was not subject to attestation by the Company's registered public accounting firm pursuant to temporary rules of the Securities and Exchange Commission that permit the Company to provide only management's report in this annual report.

## Changes in Internal Control over Financial Reporting

In preparation for management's report on internal control over financial reporting, we documented and tested the design and operating effectiveness of our internal control over financial reporting. There were no changes in our internal controls over financial reporting (as such term is defined in Exchange Act Rule 13a-15(f)) that occurred during the quarter ended December 31, 2019 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

## Item 9B.   *OTHER INFORMATION*

Not applicable.

<div align="center">78</div>

<div align="center">

## PART III

</div>

## ITEM 10.   *DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE*

### Directors

The affairs of TCI are managed by a Board of Directors. The Directors are elected at the annual meeting of stockholders or appointed by the incumbent Board and serve until the next annual meeting of stockholders or until a successor has been elected or approved.

It is the Board's objective that a majority of the Board consists of independent directors. For a director to be considered independent, the Board must determine that the director does not have any direct or indirect material relationship with TCI. The Board has established guidelines to assist it in determining director independence which conform to, or are more exacting than, the independence requirements in the New York Stock Exchange listing rules. The independence guidelines are set forth in TCI's "Corporate Governance Guidelines". The text of this document has been posted on TCI's internet website at (www.transconrealty-invest.com) and is available in print to any shareholder who requests it. In addition to applying these guidelines, the Board will consider all relevant facts and circumstances in making an independence determination.

TCI has adopted a code of conduct that applies to all Directors, officers and employees, including our principal executive officer, principal financial officer and principal accounting officer. Stockholders may find our code of conduct on our website by going to our website address at (www.transconrealty-invest.com). We will post any amendments to the code of conduct, as well as any waivers that are required to be disclosed by the rules of the SEC or the New York Stock Exchange on our website.

Our Board of Directors has adopted charters for our Audit, Compensation and Governance and Nominating Committees of the Board of Directors. Stockholders may find these documents on our website by going to the website address at (www.transconrealty-invest.com). You may also obtain a printed copy of the materials referred to by contacting us at the following address:

<div align="center">

Transcontinental Realty Investors, Inc.
Attn: Investor Relations
1603 LBJ Freeway, Suite 800
Dallas, Texas 75234
Telephone: 469-522-4200

</div>

All members of the Audit Committee and Nominating and Corporate Governance Committees must be independent directors. Members of the Audit Committee must also satisfy additional independence requirements, which provide (i) that they may not accept, directly or indirectly, any consulting, advisory, or compensatory fee from TCI or any of its subsidiaries other than their director's compensation (other than in their capacity as a member of the Audit Committee, the Board of Directors, or any other committee of the Board), and (ii) no member of the Audit Committee may be an "affiliated person" of TCI or any of its subsidiaries, as defined by the Securities and Exchange Commission.

The current directors of TCI are listed below, together with their ages, terms of service, all positions and offices with TCI and its current advisor, Pillar, their principal occupations, business experience and directorships with other companies during the last five years or more. The designation "affiliated", when used below with respect to a director, means that the director is an officer, director or employee of Pillar, an officer of the Company, or an officer or director of a related party of the Company. The designation "independent", when used below with respect to a Director, means that the Director is neither an officer of the Company nor a director, officer or employee of Pillar (but may be a director of the Company, although the Company may have certain business or professional relationships with such Director as discussed in Item 13. Certain Relationships and Related Transactions, and Director Independence.

<div align="center">79</div>

**HENRY A. BUTLER,** age 69, Director, Affiliated, since November 2005 and Chairman of the Board since May 2009 Retired (since April 30, 2019); Mr. Butler served as Vice President for Pillar Income Asset Management, LLC from April 2011 to April 30, 2019. Mr. Butler has been a Director of the Company since November 2005 and Chairman of the Board since May 2009. He also served as Chairman of the Board since May 2009 and as a Director since July 2003 of ARL and Chairman of the Board since May 2011 and a Director since February 2011 of IOR.

**WILLIAM J. HOGAN,** age 62, Director, Independent, since February 2020

Registered Representative and Investment Advisor Representative, employed (since January 2013) by Cetera Advisor Networks LLC, a general securities and investment advisory firm, with an office in San Antonio, Texas. From November 2009 through December 2012, Mr. Hogan was a registered representative, employed by Financial Network Investment Corp. in San Antonio, Texas. He holds Series 7 (General Securities Representative), Series 63 (Uniform Securities Agent State Law) and Series 65 (Investment Advisor) licenses issued by Financial Industry Regulatory Authority ("FINRA"). Mr. Hogan was elected as a director of the Company and TCI on January 28, 2020 effective February 1, 2020.

**ROBERT A. JAKUSZEWSKI,** age 57, Director, Independent, since November 2005

Mr. Jakuszewski is currently has served as a Territory Manager for Artesa Labs since April 2015. He was a Medical Specialist from January 2014 to April 2015 for VAYA Pharma, Inc., Senior Medical Liaison from January 2013 to July 2013 for Vein Clinics of America, and the Vice President of Sales and Marketing from September 1998 to December 2012 for New Horizons Communications, Inc. Mr. Jakuszewski has been a Director of the Company since November 2005. He has also been a Director of ARL since November 2005 and a Director of IOR since March 2004.

**TED R. MUNSELLE,** age 64, Director, Independent, since February 2004

Mr. Munselle has been Vice President and Chief Financial Officer of Landmark Nurseries, Inc. since October 1998. On February 17, 2012, he was appointed as a member of the Board of Directors for Spindletop Oil & Gas Company and as Chairman of their Audit Committee. Spindletop's stock is traded on the Over-the-Counter (OTC) market. Mr. Munselle has been a Director of the Company since February 2004. He has also served as Director of ARL since February 2004 and Director of IOR since March 2009. Mr. Munselle is qualified as an Audit Committee financial expert within the meaning of SEC regulations and the Board of Directors of TCI has determined that he has accounting and related financial management expertise within the meaning of the listing standards of the NYSE. Mr. Munselle is a Certified Public Accountant.

**RAYMOND D. ROBERTS, SR.,** age 88, Director, Independent, since June 2016

Mr. Roberts is currently retired. Mr. Roberts has served as Director of the Company since June 2, 2016. He has also served as Director of ARL and IOR since June 2, 2016. For more than five years prior to December 31, 2014, he was Director of Aviation of Steller Aviation, Inc., a privately held corporation engaged in the business of aircraft (Boeing 737) and logistical management.

**Board Meetings and Committees**

The Board of Directors held five meetings during 2019. For such year, no incumbent director attended fewer than 75% of the aggregate of (1) the total number of meetings held by the Board during the period for which he or she had been a director and (2) the total number of meetings held by all committees of the Board on which he or she served during the period that he served. Under TCI's Corporate Governance Guidelines, each Director is expected to dedicate sufficient time, energy and attention to ensure the diligent performance of his or her duties, including by attending meetings of the stockholders of the Company, the Board and Committees of which he is a member. The Board of Directors has standing Audit, Compensation and Governance and Nominating Committees.

*Audit Committee*.    The current Audit Committee was formed on February 19, 2004, and its function is to review TCI's operating and accounting procedures. A charter of the Audit Committee has also been adopted by the Board. The charter of the Audit Committee was adopted on February 19, 2004, and is available on the Company's Investor Relations website *(www.transconrealty-invest.com)*. The Audit Committee is an "audit committee" for purposes of Section 3(a)(58) of the Securities Exchange Act of 1934. The current members of the Audit Committee, all of whom are independent within the meaning of the SEC Regulations, the listing standards of the New York Stock Exchange, Inc. and TCI's Corporate Governance Guidelines, are Messrs. Jakuszewski, Munselle (Chairman) and Roberts. Mr. Ted R. Munselle, a member of the Committee, is qualified as an Audit Committee financial expert within the meaning of SEC Regulations, and the Board has determined that he has accounting and related financial management expertise within the meaning of the listing standards of the New York Stock Exchange, Inc. All of the members of the Audit Committee meet the experience requirements of the listing standards of the New York Stock Exchange. The Audit Committee met five times during 2019.

*Governance and Nominating Committee*.    The Governance and Nominating Committee is responsible for developing and implementing policies and practices relating to corporate governance, including reviewing and monitoring implementation of TCI's Corporate Governance Guidelines. In addition, the Committee develops and reviews background information on candidates for the Board and makes recommendations to the Board regarding such candidates.

The Committee also prepares and supervises the Board's annual review of director independence and the Board's performance self-evaluation. The Charter of the Governance and Nominating Committee was adopted on March 17, 2004 and is available on the Company's Investor Relations website (*www.transconrealty-invest.com*). The current members of the Committee are Messrs. Munselle and Jakuszewski (Chairman) and Roberts. The Governance and Nominating Committee met twice during 2019.

*Compensation Committee*. The Compensation Committee is responsible for overseeing the policies of the Company relating to compensation to be paid by the Company to the Company's principal executive officer and any other officers designated by the Board and make recommendations to the Board with respect to such policies, produce necessary reports and executive compensation for inclusion in the Company's Proxy Statement in accordance with applicable rules and regulations and to monitor the development and implementation of succession plans for the principal executive officers and other key executives and make recommendations to the Board with respect to such plans. The charter of the Compensation Committee was adopted on March 17, 2004, and is available on the Company's Investor Relations website (*www.transconrealty-invest.com*). The current members of the Compensation Committee are Messrs. Roberts (Chairman) and Jakuszewski and Munselle. All of the members of the Compensation Committee are independent within the meaning of the listing standards of the NYSE American and the Company's Corporate Governance Guidelines. The Compensation Committee is to be comprised of at least two directors who are independent of Management and the Company. The Compensation Committee met twice during 2019.

The members of the Board of Directors on the date of this Report and the Committees of the Board on which they serve are identified below:

| Director | Audit Committee | Governance and Nominating Committee | Compensation Committee |
|---|---|---|---|
| Robert A. Jakuszewski | X | Chair | X |
| Ted R. Munselle | Chair | X | X |
| Raymond D. Roberts. Sr | X | X | Chair |
| Henry A. Butler | | | |
| William J. Hogan | | | |

**Presiding Director**

In March 2004, the Board created a new position of presiding director, whose primary responsibility is to preside over periodic executive sessions of the Board in which Management directors and other members of Management do not participate. The presiding director also advises the Chairman of the Board and, as appropriate, Committee Chairs with respect to agendas and information needs relating to Board and Committee meetings, provides advice with respect to the selection of Committee Chairs and performs other duties that the Board may from time to time delegate to assist the Board in fulfillment of its responsibilities.

The day following the annual meeting of stockholders held December 11, 2019 representing all stockholders of record dated November 1, 2019, the full Board met and re-appointed Ted R. Munselle as Presiding Director, to serve in such position until the Company's next annual meeting of stockholders to be held subsequently in 2020.

**Determination of Director's Independence**

In February 2004, the Board adopted its Corporate Governance Guidelines. The Guidelines adopted by the Board meet or exceed the new listing standards adopted during that year by the New York Stock Exchange. The full text of the Guidelines can be found on the Company's Investor Relations website (*www.transconrealty-invest.com*).

Pursuant to the Guidelines, the Board undertook its annual review of director independence in March, 2019 and during this review, the Board considered transactions and relationships between each director or any member of his or her immediate family and TCI and its subsidiaries and related parties, including those reported under Certain Relationships and Related Transactions below. The Board also examined transactions and relationship between directors or their related parties and members of TCI's senior management or their related parties. As provided in the Guidelines, the purpose of such review was to determine whether such relationships or transactions were inconsistent with the determination that the director is independent. Prior to this election as director, on January 28, 2020, the Board undertook a similar review with respect to Mr. Hogan.

81

As a result of these reviews, the Board affirmatively determined of the then directors, Messrs. Munselle, Hogan, Jakuszewski and Roberts are each independent of the Company and its Management under the standards set forth in the Corporate Governance Guidelines.

**Executive Officers**

Executive officers of the Company are listed below, all of whom are employed by Pillar. None of the executive officers receive any direct remuneration from the Company nor do any hold any options granted by the Company. Their positions with the Company are not subject to a vote of stockholders. In addition to the following executive officers, the Company has several vice presidents and assistant secretaries who are not listed herein. The ages, terms of service and all positions and offices with the Company, Pillar, other related entities, other principal occupations, business experience and directorships with other publicly-held companies during the last five years or more are set forth below. No family relationships exist among any of the executive officers or directors of the Company.

App.788

**DANIEL J. MOOS, 69**

Mr. Moos has served as President since April 2007 and Chief Executive Officer since March 2010 of IOR, ARL and TCI. Mr. Moos has also served as Prime's President since April 2007, Secretary since June 2011 and Treasurer since October 2013. He has also served as a Director since December 2016, President since December 2010, Chief Executive Officer since March 2011 and Treasurer since October 2013 of Pillar.

**LOUIS J. CORNA, 72**

Mr. Corna has served as Executive Vice President, General Counsel/Tax Counsel and Secretary since February 2004 of IOR, ARL and TCI. He has also been Executive Vice President since March 2011 and Secretary since December 2010 of Pillar. Mr. Corna was also a Director and Vice President from June 2004 to December 2010 and Secretary from January 2005 to December 2010 of First Equity Properties, Inc., a Nevada corporation with securities registered under Section 12(g) of the Exchange Act.

**ALLA DZYUBA, 43**

Mrs. Dzyuba has served as Vice President and Chief Accounting Officer of ARL, TCI and Southern Properties Capital, Ltd (TCI wholly owned BVI subsidiary) ("SPC") since July 2019 as well as Director for SPC since April 2018. Mrs. Dzyuba has been employed by Pillar since June 2004, she has over fifteen years of real estate accounting and financial reporting experience, including six years of broker-dealer regulatory reporting experience.

**Code of Ethics**

TCI has adopted a code of ethics entitled "Code of Business Conduct and Ethics" that applies to all directors, officers, and employees (including those of the contractual Advisor to TCI). In addition, TCI has adopted a code of ethics entitled "Code of Ethics for Senior Financial Officers" that applies to the principal executive officer, president, principal financial officer, chief financial officer, principal accounting officer, and controller. The text of these documents has been posted on TCI's internet website at *(www.transconrealty-invest.com)* and are available in print to any stockholder who requests them.

<center>82</center>

**Compliance with Section 16(a) of the Securities Exchange Act of 1934**

Under the securities laws of the United States, the directors, executive officers, and any persons holding more than 10% of TCI's shares of Common stock are required to report their share ownership and any changes in that ownership to the Securities and Exchange Commission (the "Commission"). Specific due dates for these reports have been established and TCI is required to report any failure to file by these dates. All of these filing requirements were satisfied by TCI's directors, executive officers, and 10% holders during the fiscal year ending December 31, 2019. In making these statements, TCI has relied on the written representations of its incumbent directors and executive officers and its 10% holders and copies of the reports they have filed with the Commission.

**The Advisor**

Pillar has been TCI's Advisor and Cash Manager since April 30, 2011. Although the Board of Directors is directly responsible for managing the affairs of TCI, and for setting the policies which guide it, the day-to-day operations of TCI are performed by Pillar, as the contractual advisor, under the supervision of the Board. Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities and arranging debt and equity financing for the Company with third party lenders and investors. Additionally, Pillar serves as a consultant to the Board with regard to their decisions in connection with TCI's business plan and investment policy. Pillar also serves as an Advisor and Cash Manager to ARL and IOR. As the contractual advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor". TCI has no employees and as such, employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement.

Pillar is a Nevada corporation, the sole shareholder of which is Realty Advisors, LLC, a Nevada limited liability company, the sole member of which is RAI, a Nevada corporation, MRHI, a Nevada corporation, the sole shareholder of which is a trust known as the May Trust.

The May Trust is a Trust, the beneficiaries of which are the children of the late Gene E. Phillips.

Under the Advisory Agreement, Pillar is required to annually formulate and submit, for Board approval, a budget and business plan containing a twelve-month forecast of operations and cash flow, a general plan for asset sales and purchases, lending, foreclosure and borrowing activity, and other investments. Pillar is required to report quarterly to the Board on TCI's performance against the business plan. In addition, all transactions require prior Board approval, unless they are explicitly provided for in the approved business plan or are made pursuant to authority expressly delegated to Pillar by the Board.

The Advisory Agreement also requires prior Board approval for the retention of all consultants and third party professionals, other than legal counsel. The Advisory Agreement provides that Pillar shall be deemed to be in a fiduciary relationship to the TCI stockholders; contains a broad standard governing Pillar's liability for losses incurred by TCI; and contains guidelines for Pillar's allocation of investment opportunities as among itself, TCI and other entities it advises. Pillar is a company of which Messrs. Moos and Corna serve as executive officers.

<div align="right">App.789</div>

The Advisory Agreement provides for Pillar to be responsible for the day-to-day operations of TCI and to receive, as compensation for basic management and advisory services, a gross asset fee of 0.0625% per month (0.75% per annum) of the average of the gross asset value (total assets less allowance for amortization, depreciation or depletion and valuation reserves).

In addition to base compensation, Pillar receives the following forms of additional compensation:

(1)  an annual net income fee equal to 7.5% of TCI's net income as an incentive for successful investment and management of the Company's assets;

<div align="center">83</div>

(2)  an annual incentive sales fee to encourage periodic sales of appreciated real property at optimum value equal to 10.0% of the amount, if any, by which the aggregate sales consideration for all real estate sold by TCI during such fiscal year exceeds the sum of:

    (a)  the cost of each such property as originally recorded in TCI's books for tax purposes (without deduction for depreciation, amortization or reserve for losses);

    (b)  capital improvements made to such assets during the period owned; and

    (c)  all closing costs (including real estate commissions) incurred in the sale of such real estate; provided however, no incentive fee shall be paid unless (a) such real estate sold in such fiscal year, in the aggregate, has produced an 8.0% simple annual return on the net investment including capital improvements, calculated over the holding period before depreciation and inclusive of operating income and sales consideration, and (b) the aggregate net operating income from all real estate owned for each of the prior and current fiscal years shall be at least 5.0% higher in the current fiscal year than in the prior fiscal year;

(3)  an acquisition commission, from an unaffiliated party of any existing mortgage or loan, for supervising the acquisition, purchase or long-term lease of real estate equal to the lesser of:

    (a)  up to 1.0% of the cost of acquisition, inclusive of commissions, if any, paid to non-affiliated brokers; or

    (b)  the compensation customarily charged in arm's-length transactions by others rendering similar property acquisition services as an ongoing public activity in the same geographical location and for comparable property, provided that the aggregate purchase price of each property (including acquisition fees and real estate brokerage commissions) may not exceed such property's appraised value at acquisition;

(4)  a construction fee equal to 6.0% of the so-called "hard costs" only of any costs of construction on a completed basis, based upon amounts set forth as approved on any architect's certificate issued in connection with such construction, which fee is payable at such time as the applicable architect certifies other costs for payment to third parties. The phrase "hard costs" means all actual costs of construction paid to contractors, subcontractors and third parties for materials or labor performed as part of the construction but does not include items generally regarded as "soft costs," which are consulting fees, attorneys' fees, architectural fees, permit fees and fees of other professionals; and

(5)  reimbursement of certain expenses incurred by the advisor in the performance of advisory services.

The Advisory Agreement also provides that Pillar receive the following forms of compensation:

(1)  a mortgage or loan acquisition fee with respect to the acquisition or purchase from an unaffiliated party of any existing mortgage loan by TCI equal to the lesser of:

    (a)  1.0% of the amount of the mortgage or loan purchased; or

    (b)  a brokerage or commitment fee which is reasonable and fair under the circumstances. Such fee will not be paid in connection with the origination or funding of any mortgage loan by TCI; and

(2)  a mortgage brokerage and equity refinancing fee for obtaining loans or refinancing on properties equal to the lesser of:

    (a)  1.0% of the amount of the loan or the amount refinanced; or

    (b)  a brokerage or refinancing fee which is reasonable and fair under the circumstances; provided, however, that no such fee shall be paid on loans from Pillar, or a related party of Pillar, without the approval of TCI's Board of Directors. No fee shall be paid on loan extensions.

<div align="right">App.790</div>

Under the Advisory Agreement, all or a portion of the annual advisory fee must be refunded by the Advisor if the operating expenses of TCI (as defined in the Advisory Agreement) exceed certain limits specified in the Advisory Agreement based on the book value, net asset value and net income of TCI during the fiscal year.

The Advisory Agreement requires Pillar to pay to TCI, one-half of any compensation received from third parties with respect to the origination, placement or brokerage of any loan made by TCI; provided, however, that the compensation retained by Pillar, or any affiliate of Pillar, shall not exceed the lesser of (1) 2.0% of the amount of the loan commitment or (2) a loan brokerage and commitment fee which is reasonable and fair under the circumstances.

The TCI Advisory Agreement further provides that Pillar shall bear the cost of certain expenses of its employees, excluding fees paid to TCI's Directors; rent and other office expenses of both Pillar and TCI (unless TCI maintains office space separate from that of Pillar); costs not directly identifiable to TCI's assets, liabilities, operations, business or financial affairs; and miscellaneous administrative expenses relating to the performance by Pillar of its duties under the Advisory Agreement.

If and to the extent that TCI shall request Pillar, or any director, officer, partner, or employee of Pillar, to render services for TCI other than those required to be rendered by the Advisory Agreement, Pillar separately would be compensated for such additional services on terms to be agreed upon between such party and TCI from time to time. As discussed below, under "Property Management and Real Estate Brokerage," effective January 1, 2011, Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), the sole member of which is Realty Advisors, LLC, manages our commercial properties and provides brokerage services under similar terms as the previous agreements with Triad and Regis Realty I.

TCI entered into a Cash Management Agreement with Pillar on April 30, 2011 to further define the administration of the Company's day-to-day investment operations, relationship contacts, flow of funds and deposit and borrowing of funds. Under the Cash Management Agreement, all funds of the Company are delivered to Pillar which has a deposit liability to the Company and is responsible for payment of all payables and investment of all excess funds which earn interest at the Wall Street Journal prime rate plus 1.0% per annum, as set quarterly on the first day of each calendar quarter. Borrowings for the benefit of the Company bear the same interest rate. The term of the Cash Management Agreement is coterminous with the Advisory Agreement, and is automatically renewed each year unless terminated with the Advisory Agreement. TCI's management believes that the terms of the Advisory Agreement are at least as fair as could be obtained from unaffiliated third parties.

Situations may develop in which the interests of TCI are in conflict with those of one or more directors or officers in their individual capacities, or of Pillar, or of their respective related parties. In addition to services performed for TCI, as described above, Pillar actively provides similar services as agent for, and advisor to, other real estate enterprises, including persons and entities involved in real estate development and financing, including ARL and IOR. The Advisory Agreement provides that Pillar may also serve as advisor to other entities.

As advisor, Pillar is a fiduciary of TCI's public investors. In determining to which entity a particular investment opportunity will be allocated, Pillar will consider the respective investment objectives of each entity and the appropriateness of a particular investment in light of each such entity's existing mortgage note and real estate portfolios and business plan. To the extent any particular investment opportunity is appropriate to more than one such entity, such investment opportunity will be allocated to the entity that has had funds available for investment for the longest period of time, or, if appropriate, the investment may be shared among various entities. Refer to Part III, Item 13 "Certain Relationships and Related Transactions, and Director Independence".

Pillar may assign the Advisory Agreement only with the prior consent of TCI.

The principal executive officers and directors of Pillar are set forth below:

| Name | Directors/Officer(s) |
| --- | --- |
| Daniel J. Moos | President, Chief Executive Officer, Treasurer, Director |
| Gina H. Kay | Executive Vice President, Chief Accounting Officer |
| Louis J. Corna | Executive Vice President, Secretary |

**Property Management**

Since January 1, 2011, Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), the sole member of which is Realty Advisors, LLC, manages our commercial properties for a fee of 3.0% or less of the monthly gross rents collected on the commercial properties it manages, and leasing commissions of 6.0% or less in accordance with the terms of its property-level management agreement.

TCI engages third-party companies to lease and manage our apartment properties for a fee of 6.0% or less of the monthly gross rents collected on the residential properties under their management.

App.791

Regis provides real estate brokerage services to TCI on a non-exclusive basis, and is entitled to receive a real estate commission for property purchases and sales in accordance with the following sliding scale of total fees to be paid:

(1)  maximum fee of 4.5% on the first $2.0 million of any purchase or sale transaction of which no more than 3.5% is to be paid to Regis;

(2)  maximum fee of 3.5% on transaction amounts between $2.0 million-$5.0 million of which no more than 3.0% is to be paid to Regis;

(3)  maximum fee of 2.5% on transaction amounts between $5.0 million-$10.0 million of which no more than 2.0% is to be paid to Regis; and

(4)  maximum fee of 2.0% on transaction amounts in excess of $10.0 million of which no more than 1.5% is to be paid to Regis.

86

## ITEM 11.  *EXECUTIVE COMPENSATION*

TCI has no employees, payroll or benefit plans and pays no compensation to its executive officers. The executive officers of TCI, who are also officers or employees of Pillar, TCI's advisor, are compensated by Pillar. Such executive officers perform a variety of services for Pillar and the amount of their compensation is determined solely by Pillar. Pillar does not allocate the cash compensation of its officers among the various entities for which it serves as advisor. Refer to Item 10. "Directors, Executive Officers and Corporate Governance" for a more detailed discussion of the compensation payable to Pillar by TCI.

The only remuneration paid by TCI is to the directors who are not officers or employees of Pillar or its related companies. The Independent Directors (1) review the business plan of TCI to determine that it is in the best interest of TCI's stockholders, (2) review the advisory contract, (3) supervise the performance of the advisor and review the reasonableness of the compensation paid to the advisor in terms of the nature and quality of services performed, (4) review the reasonableness of the total fees and expenses of TCI and (5) select, when necessary, a qualified independent real estate appraiser to appraise properties acquired.

Effective February, 2011, each non-affiliated Director is entitled to receive an annual retainer of $12,000, with the Chairman of the Audit Committee to receive a one-time annual fee of $500. Directors who are also employees of the Company or its advisor receive no additional compensation for service as a Director.

During 2019, $40,388 was paid to non-employee Directors in total Directors' fees. The fees paid to the directors are as follows: Robert A. Jakuszewski, $12,000; Ted R. Munselle, $12,500; Henry A. Butler $3,888; and, Raymond D. Roberts, Sr., $12,000.

**Director's Stock Option Plan**

TCI established a Director's Stock Option Plan ("Director's Plan") for the purpose of attracting and retaining Directors who are not officers or employees of TCI or Pillar. The Director's Plan provides for the grant of options that are exercisable at fair market value of TCI's Common stock on the date of grant. The Director's Plan was approved by stockholders at their annual meeting on October 10, 2000, following which each then-serving Independent Director was granted options to purchase 5,000 shares of Common stock of TCI. On January 1 of each year, each Independent Director receives options to purchase 5,000 shares of Common stock. The options are immediately exercisable and expire on the earlier of the first anniversary of the date on which a Director ceases to be a Director or 10 years from the date of grant. The Director's Plan was terminated by the Board of Directors on December 15, 2005. As of December 31, 2015, there were 5,000 shares of stock options outstanding which were exercisable at $14.25 per share. These options expired unexercised January 1, 2016.

87

## ITEM 12.  *SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT*

**Security Ownership of Certain Beneficial Owners**

The following table sets forth the ownership of TCI's Common stock, both beneficially and of record, both individually and in the aggregate, for those persons or entities known to be beneficial owners of more than 5.0% of the outstanding shares of Common stock as of the close of business on March 30, 2020.

| | Amount and Nature of Beneficial Ownership* | Approximate Percent of Class** |
|---|---|---|
| American Realty Investors, Inc.[1][2] | 5,383,192 | 62.31% |

App.792

1603 LBJ Freeway, Suite 800
Dallas, Texas 75234

| | | |
|---|---|---|
| **Transcontinental Realty Acquisition Corporation**[2]<br>1603 LBJ Freeway, Suite 800<br>Dallas, Texas 75234 | 1,383,226 | 16.01% |
| **Realty Advisors, LLC** [3]<br>1603 LBJ Freeway, Suite 800<br>Dallas, Texas 75234 | 608,984 | 7.05% |

\*     "Beneficial Ownership" means the sole or shared power to vote, or to direct the voting of, a security or investment power with respect to a security, or any combination thereof.

\*\*     Percentage is based upon 8,639,516 shares of Common stock outstanding at March 25, 2020.

(1)     Includes 5,383,192 shares (62.31%) directly owned by American Realty Investors, Inc. "ARL" directly, over which the directors al ARL may be deemed to be beneficial owners by virtue of their positions as directors of ARL. The directors of ARL disclaim beneficial ownership of such shares.

(2)     Includes 1,383,226 shares owned by Transcontinental Realty Acquisition Corporation ("TRAC"), which is a wholly owned subsidiary of ARL, over which each of the directors of TRAC, Daniel J. Moos and Alla Dzyuba may be deemed to be beneficial owners by virtue of their positions as directors of TRAC. The directors of TRAC disclaim beneficial ownership of such shares.

(3)     Includes 336,000 shares owned by RAI and 272,984 shares owned by AEI, over which the executive officers of RAI may be deemed to be the beneficial owners by virtue of their positions. The executive officers of RAI disclaim beneficial ownership of such shares.

**Security Ownership of Management.**

The following table sets forth the ownership of TCI's Common stock, both beneficially and of record, both individually and in the aggregate, for the directors and executive officers of TCI as of the close of business on March 30, 2020.

| Name of Beneficial Owner | Amount and Nature of Beneficial Ownership* | Approximate Percent of Class** |
|---|---|---|
| Alla Dzyuba | 5,992,176(1)(3) | 69.36% |
| Henry A. Butler | 5,383,192(1) | 62.31% |
| Louis J. Corna | 5,992,176(1)(3) | 69.36% |
| Robert A. Jakuszewski | 5,383,192(1) | 62.31% |
| Daniel J. Moos | 7,875,402(1)(2)(3) | 85.37% |
| Ted R. Munselle | 5,383,192(1) | 62.31% |
| Raymond D. Roberts, Sr. | 5,383,192(1) | 62.31% |
| All Directors and Executive Officers as a group (7 individuals) | 7,375,402(1)(2)(3) | 85.37% |

88

\*     Beneficial Ownership" means the sole or shared power to vote, or to direct the voting of, a security or investment power with respect to a security, or any combination thereof.

\*\*     Percentages are based upon 8,639,516 shares of Common Stock outstanding at March 25, 2020.

(1)     Includes 5,383,192 shares owned by ARL and 1,383,226 shares owned by TRAC, over which the executive officers and members of the Board of Directors of ARL may be deemed to be the beneficial owners by virtue of their positions as executive officers and members of the Board of Directors of ARL. The executive officers and current members of the Board of Directors of ARL disclaim beneficial ownership of such shares.

(2)     Daniel J. Moos owns 295,000 shares of Common Stock and is the President and Chief Executive Officer of ARL, the Company, RAI and MRHI.

(3)     Includes 336,000 shares owned by RAI and 272,984 shares owned by AEI, over which the executive officers of RAI may be deemed to be the beneficial owners by virtue of their positions. The executive officers of RAI disclaim beneficial ownership of such shares.

**ITEM 13.     *CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE***

**Policies with Respect to Certain Activities**

Article 14 of TCI's Articles of Incorporation provides that TCI shall not, directly or indirectly, contract or engage in any transaction with (1) any director, officer or employee of TCI, (2) any director, officer or employee of the advisor, (3) the advisor, or (4) any affiliate or associate (as such terms are defined in Rule 12b-2 under the Securities Exchange Act of 1934, as amended) of any of the aforementioned persons, unless (a) the material facts as to the relationship

App.793

among or financial interest of the relevant individuals or persons and as to the contract or transaction are disclosed or are known by TCI's Board of Directors or the appropriate committee thereof and (b) TCI's Board of Directors or committee thereof determines that such contract or transaction is fair to TCI and simultaneously authorizes or ratifies such contract or transaction by the affirmative vote of a majority of independent directors of TCI entitled to vote thereon.

Article 14 defines an "Independent Director" (for purposes of that Article) as one who is neither an officer or employee of TCI, nor a director, officer or employee of TCI's advisor.

TCI's policy is to have such contracts or transactions approved or ratified by a majority of the disinterested Directors with full knowledge of the character of such transactions, as being fair and reasonable to the stockholders at the time of such approval or ratification under the circumstances then prevailing. Such Directors also consider the fairness of such transactions to TCI. Management believes that, to date, such transactions have represented the best investments available at the time and they were at least as advantageous to TCI as other investments that could have been obtained.

TCI may enter into future transactions with entities, the officers, directors, or stockholders of which are also officers, directors, or stockholders of TCI, if such transactions would be beneficial to the operations of TCI and consistent with TCI's then-current investment objectives and policies, subject to approval by a majority of disinterested Directors as discussed above.

TCI does not prohibit its officers, directors, stockholders, or related parties from engaging in business activities of the types conducted by TCI.

**Certain Business Relationships**

Pillar has been TCI's Advisor and Cash Manager since April 30, 2011.  Although the Board of Directors is directly responsible for managing the affairs of TCI, and for setting the policies which guide it, the day-to-day operations of TCI are performed by Pillar, as the contractual advisor, under the supervision of the Board.  Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities and arranging debt and equity financing for the Company with third party lenders and investors.  Additionally, Pillar serves as a consultant to the Board with regard to their decisions in connection with TCI's business plan and investment policy.  Pillar also serves as an Advisor and Cash Manager to ARL and IOR. As the contractual advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor".  TCI has no employees and as such, employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement.

Pillar is a Nevada corporation, the sole shareholder of which is Realty Advisors, LLC, a Nevada limited liability company, the sole member of which is RAI, a Nevada corporation, MRHI, a Nevada corporation, the sole shareholder of which is a trust known as the May Trust.

All of TCI's directors also serve as Directors of ARL and IOR. The executive officers of TCI also serve as executive officers of ARL and IOR. As such, they owe fiduciary duties to that entity as well as to Pillar under applicable law. ARL has the same relationship with Pillar, as does TCI. Mr. Daniel J. Moos is the sole Manager and Class B 2% income Member of Victory Abode Apartments LLC, and owes fiduciary duties to VAA as well as ARL, TCI and IOR.

Effective since January 1, 2011, Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), the sole member of which is Realty Advisors, LLC, manages our commercial properties for a fee of 3.0% or less of the monthly gross rents collected on the commercial properties it manages, and leasing commissions of 6.0% or less in accordance with the terms of its property-level management agreement.

At December 31, 2019, TCI owned approximately 81.23% of the outstanding common shares of IOR.

The Company is part of a tax sharing and compensating agreement with respect to federal income taxes among ARL, TCI and IOR and their subsidiaries. That agreement continued until August 31, 2012, at which time a new tax sharing and compensating agreement was entered into by ARL, TCI, IOR and MRHI for the remainder of 2012 and subsequent years. The expense (benefit) in each year was calculated based on the amount of losses absorbed by taxable income multiplied by the maximum statutory tax rate of 21%.

The Company has a development agreement with Unified Housing Foundation, Inc. "UHF" a non-profit corporation that provides management services for the development of residential apartment projects in the future. The Company has also invested in surplus cash notes receivables from UHF and has sold several residential apartment properties to UHF in prior years. Due to this ongoing relationship and the significant investment in the performance of the collateral secured under the notes receivable, UHF has been determined to be a related party.

**Related Party Transactions**

The Company has historically engaged in and may continue to engage in certain business transactions with related parties, including but not limited to asset acquisition and dispositions. Transactions involving related parties cannot be presumed to be carried out on an arm's length basis due to the absence of free market forces that naturally exist in business dealings between two or more unrelated entities. Related party transactions may not always be favorable to our business and may include terms, conditions and agreements that are not necessarily beneficial to or in the best interest of our company.

App.794

In 2019, the Company paid advisory fees of $5.9 million, net income fees of $0.4 million, mortgage brokerage and equity refinancing fees of $4.0 million, and cost reimbursements of $6.7 million.

The Company paid property management fees, construction management fees and leasing commissions of $0.2 million to Regis in 2019. In addition, SPC is part of a management service agreement with the controlling shareholder owned company in which SPC for an annual payment of 0.5% on the value of the investment properties receives from the Advisor office space, administrative and management services. During 2019, SPC paid management fees to Pillar in the amount of $2.2 million.

During 2019, the Company received $19.4 million cash distribution from VAA as a result of the annual surplus cash computation from its HUD collaterized residential properties and other amounts owed to the Company as agreed to in the joint venture operating agreement.

In accordance with the provisions of the VAA Joint Venture Agreement dated November 19, 2018, Southern and TCI are expected to receive approximately $14 million ($6 million and $8 million, respectively) for the cash balances remaining in the transferred properties as of the date of the transaction. The cash balance was determined and agreed upon by the partners in the joint venture, and based on the estimated bank balances on the day of closing. Additionally, VAA did not purchase the accounts receivable or the utilities' and other deposits. These items as well as the reconciliation of the expense pro-rations will result in additional adjustments being required, subject to the consent of both parties. On February 6, 2019, Abode JVP, LLC, a fully owned subsidiary of SPC, received $7.4 million related to the cash credit and transferred it to TCI. On May 15, 2019, Members of the Joint Venture agreed to record approximately $1.1 million of pro-ration adjustments and on July 25,2019, the remaining outstanding balance has been paid in full.

As of December 31, 2019, the Company had notes and interest receivables, net of allowances, of $54.0 million and $3.2 million, respectively, due from related parties. Refer to Part 2, Item 8. Note 5. "Notes and Interest Receivable". During the current period, the Company recognized interest income of $6.9 million, originated $21.4 million, received $12.4 million principal payments, and received interest payments of $7.6 million from these related party notes receivables.

<div align="center">90</div>

The Company is the primary guarantor on a $25.0 million mezzanine loan between UHF and a lender. In addition, TCI, ARL, and an officer of the Company are limited recourse guarantors of the loan. As of December 31, 2019 UHF was in compliance with the covenants to the loan agreement.

**Operating Relationships**

The Company received rental revenue of $1.3 million, $1.2 million, and $0.8 million in the years ended December 31, 2019, 2018, and 2017, respectively, from Pillar and its related parties for properties owned by the Company.

**Advances and Loans**

From time to time, TCI and its related parties have made advances to each other, which generally have not had specific repayment terms, did not bear interest, are unsecured, and have been reflected in TCI's financial statements as other assets or other liabilities. TCI and the advisor charge interest on the outstanding balance of funds advanced to or from TCI. The interest rate, set at the beginning of each quarter, is the prime rate plus 1.0% on the average daily cash balances advanced. At December 31, 2019, TCI has a receivable from ARL in the amount of $142.1 million.

**Director Independence**

See "Determination of Director Independence" under Item 10 above to which reference is made.

## ITEM 14.  PRINCIPAL ACCOUNTING FEES AND SERVICES

The following table sets for the aggregate fees for professional services rendered to TCI and its subsidiaries for the year ended December 31, 2019 and 2018 by TCI's principal accounting firms: Farmer, Fuqua and Swalm and Associates, P.C.

| | 2019 | | 2018 | |
| --- | --- | --- | --- | --- |
| | Farmer, Fuqua & Huff, L.P. | Swalm & Associates, P.C. (*) | Farmer, Fuqua & Huff, L.P. | Swalm & Associates, P.C. (*) |
| Audit Fees | $ 227,755 | $ 53,024 | $ 551,996 | $ 72,210 |
| Tax Fees | 12,377 | — | 38,304 | — |
| Total | $ 240,132 | $ 53,024 | $ 590,300 | $ 72,210 |

(*) Fees related to IOT

The audit fees for 2019 and 2018 were for professional services rendered for the audits and reviews of the consolidated financial statements of TCI and its subsidiaries. Tax fees for 2019 and 2018 were for services related to federal and state tax compliance and advice.

All services rendered by the principal auditors are permissible under applicable laws and regulations and were pre-approved by either the Board of Directors or the Audit Committee, as required by law. The fees paid to the principal auditors for the services described in the above table fall under the categories listed below:

*Audit Fees.*    These are fees for professional services performed by the principal auditor for the audit of the Company's annual financial statements and review of financial statements included in the Company's 10-Q filings and services that are normally provided in connection with statutory and regulatory filing or engagement.

*Audit-Related Fees.*    These are fees for assurance and related services performed by the principal auditor that are reasonably related to the performance of the audit or review of the Company's financial statements. These services include attestations by the principal auditor that are not required by statute or regulation and consulting on financial accounting/reporting standards.

<center>91</center>

*Tax Fees.*    These are fees for professional services performed by the principal auditor with respect to tax compliance, tax planning, tax consultation, returns preparation and review of returns. The review of tax returns includes the Company and its consolidated subsidiaries.

*All Other Fees.*    These are fees for other permissible work performed by the principal auditor that do not meet the above category descriptions.

These services are actively monitored (as to both spending level and work content) by the Audit Committee to maintain the appropriate objectivity and independence in the principal auditor's core work, which is the audit of the Company's consolidated financial statements.

The Audit Committee has established policies and procedures for the approval and pre-approval of audit services and permitted non-audit services. The Audit Committee has the responsibility to engage and terminate TCI's independent auditors, to pre-approve their performance of audit services and permitted non-audit services, to approve all audit and non-audit fees, and to set guidelines for permitted non-audit services and fees. All fees for 2019 and 2018 were pre-approved by the Audit Committee or were within the pre-approved guidelines for permitted non-audit services and fees established by the Audit Committee, and there were no instances of waiver of approved requirements or guidelines during the same periods.

Under the Sarbanes-Oxley Act of 2002 (the "SOX Act"), and the rules of the Securities and Exchange Commission (the "SEC"), the Audit Committee of the Board of Directors is responsible for the appointment, compensation and oversight of the work of the independent auditor. The purpose of the provisions of the SOX Act and the SEC rules for the Audit Committee role in retaining the independent auditor is two-fold. First, the authority and responsibility for the appointment, compensation and oversight of the auditors should be with directors who are independent of management. Second, any non-audit work performed by the auditors should be reviewed and approved by these same independent directors to ensure that any non-audit services performed by the auditor do not impair the independence of the independent auditor. To implement the provisions of the SOX Act, the SEC issued rules specifying the types of services that an independent may not provide to its audit client, and governing the Audit Committee's administration of the engagement of the independent auditor. As part of this responsibility, the Audit Committee is required to pre-approve the audit and non-audit services performed by the independent auditor in order to assure that they do not impair the auditor's independence. Accordingly, the Audit Committee has adopted a pre-approval policy of audit and non-audit services (the "Policy"), which sets forth the procedures and conditions pursuant to which services to be performed by the independent auditor are to be pre-approved. Consistent with the SEC rules establishing two different approaches to pre-approving non-prohibited services, the Policy of the Audit Committee covers Pre-approval of audit services, audit-related services, international administration tax services, non-U.S. income tax compliance services, pension and benefit plan consulting and compliance services, and U.S. tax compliance and planning. At the beginning of each fiscal year, the Audit Committee will evaluate other known potential engagements of the independent auditor, including the scope of work proposed to be performed and the proposed fees, and will approve or reject each service, taking into account whether services are permissible under applicable law and the possible impact of each non-audit service on the independent auditor's independence from management. Typically, in addition to the generally pre-approved services, other services would include due diligence for an acquisition that may or may not have been known at the beginning of the year. The Audit Committee has also delegated to any member of the Audit Committee designated by the Board or the financial expert member of the Audit Committee responsibilities to pre-approve services to be performed by the independent auditor not exceeding $25,000 in value or cost per engagement of audit and non-audit services, and such authority may only be exercised when the Audit Committee is not in session.

<center>92</center>

**PART IV**

**ITEM 15.**   *EXHIBITS, FINANCIAL STATEMENT SCHEDULES*

(a)    The following documents are filed as part of this Report:

1.    *Financial Statements*

<div align="right">App.796</div>

Reports of Independent Registered Public Accounting Firms
Consolidated Balance Sheets—December 31, 2019 and 2018
Consolidated Statements of Operations—Years Ended December 31, 2019, 2018, and 2017
Consolidated Statements of Stockholders' Equity—Years Ended December 31, 2019, 2018, and 2017
Consolidated Statements of Cash Flows—Years Ended December 31, 2019, 2018, and 2017
Statements of Consolidated Comprehensive Income (Loss) – Years Ended December 31, 2019, 2018, and 2017
Notes to Financial Statements

2.  *Financial Statement Schedules*

Schedule III—Real Estate and Accumulated Depreciation
Schedule IV—Mortgage Loan Receivables on Real Estate

All other schedules are omitted because they are not applicable or because the required information is shown in the Consolidated Financial Statements or the Notes thereto.

3.  *Incorporated Financial Statements*

Consolidated Financial Statements of Income Opportunity Realty Investors, Inc. (incorporated by reference to Item 8 of Income Opportunity Realty Investors, Inc.'s Annual Report on Form 10‑K for the year ended December 31, 2019.

Consolidated Financial Statements of American Realty Investors, Inc. (incorporated by reference to Item 8 of American Realty Investors, Inc.'s Annual Report on Form 10‑K for the year ended December 31, 2019).

(b)  *Exhibits*

The following documents are filed as Exhibits to this Report:

| Exhibit Number | Description |
| --- | --- |
| 3.0 | Articles of Incorporation of Transcontinental Realty Investors, Inc., (incorporated by reference to Exhibit No. 3.1 to the Registrant's Annual Report on Form 10‑K for the year ended December 31, 1991). |
| 3.1 | Certificate of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc., (incorporated by reference to the Registrant's Current Report on Form 8‑K, dated June 3, 1996). |
| 3.2 | Certificate of Amendment of Articles of Incorporation of Transcontinental Realty Investors, Inc., dated October 10, 2000 (incorporated by reference to the Registrant's Quarterly Report on Form 10‑Q for the quarter ended September 30, 2000). |
| 3.3 | Articles of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc., setting forth the Certificate of Designations, Preferences and Rights of Series A Cumulative Convertible Preferred Stock, dated October 20, 1998 (incorporated by reference to Exhibit 3.1 to the Registrant's Quarterly Report on Form 10‑Q for the quarter ended September 30, 1998). |
| 3.4 | Certificate of Designation of Transcontinental Realty Investors, Inc., setting forth the Voting Powers, Designations, Preferences, Limitations, Restriction and Relative Rights of Series B Cumulative Convertible Preferred Stock, dated October 23, 2000 (incorporation by reference to the Registrant's Quarterly Report on Form 10‑Q for the quarter ended September 30, 2000). |

93

| | |
| --- | --- |
| 3.5 | Certificate of Designation of Transcontinental Realty Investors, Inc., Setting for the Voting Powers, Designating, Preferences, Limitations, Restrictions and Relative Rights of Series C Cumulative Convertible Preferred Stock, dated September 28, 2001 (incorporated by reference to Registrant's Quarterly Report on Form 10‑Q for the quarter ended September 30, 2001). |
| 3.6 | Articles of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc. Decreasing the Number of Authorized Shares of and Eliminating Series B Preferred Stock dated December 14, 2001 (incorporated by reference to Exhibit 3.7 to the Registrant's Annual Report on Form 10‑K for the year ended December 31, 2001). |
| 3.7 | By‑Laws of Transcontinental Realty Investors, Inc. (incorporated by reference to Exhibit No. 3.2 to the Registrant's Annual Report on Form 10‑K for the year ended December 31, 1991). |
| 3.8 | Certificate of designation of Transcontinental Realty Investors, Inc. setting forth the Voting Powers, Designations, Preferences Limitations, Restrictions and Relative rights of Series D Cumulative Preferred Stock filed August 14, 2006 with the Secretary of State of Nevada (incorporated by reference to Registrants current report on Form 8‑K for event dated November 21, 2006 at Exhibit 3.8 thereof. |

94

**Exhibit**

| Number | Description |
|---|---|
| 10.0 | Advisory Agreement dated as of April 30, 2011, between Transcontinental Realty Investors, Inc. and Pillar Income Asset Management LLC (incorporated by reference to Exhibit 10.0 to the Registrant's Current Report on Form 8-K for event occurring April 30, 2011). |
| 10.1 | Leman Development Ltd. and Kaufman Land Partners, Ltd. (incorporated by reference to Registrant's current report in Form 8-K dated November 21, 2006 at Exhibit 10.1 thereof. |
| 14.0 | Code of Ethics for Senior Financial Officers (incorporated by reference to Exhibit 14.0 to Registrant's Annual Report on Form 10-K for the fiscal year ended December 31, 2004). |
| 21.0* | Subsidiaries of the Registrant. |
| 31.1* | Certification Pursuant to Rule 13a-14(a) under the Securities and Exchange Act of 1934 as amended of Principal Executive Officer. |
| 31.2* | Certification Pursuant to Rule 13a-14(a) under the Securities and Exchange Act of 1934 as amended of Principal Financial and Accounting Officer. |
| 32.1* | Certification Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |

\* Filed herewith.

### ITEM 16.   FORM 10-K SUMMARY

Optional and not included herein.

### SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

TRANSCONTINENTAL REALTY INVESTORS, INC.

Dated: March 30, 2020                    By:    /s/  ALLA DZYUBA

**Alla Dzyuba**
**Vice President and Chief Accounting Officer**
**(Principal Financial Officer)**

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the date indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ HENRY A. BUTLER | Chairman of the Board and Director | March 30, 2020 |
| **Henry A. Butler** | | |
| /s/ WILLIAM J. HOGAN | Director | March 30, 2020 |
| **William J. Hogan** | | |
| /s/ RAYMOND D. ROBERTS, SR. | Director | March 30, 2020 |
| **Raymond D. Roberts, Sr.** | | |
| /s/ ROBERT A. JAKUSZEWSKI | Director | March 30, 2020 |
| **Robert A. Jakuszewski** | | |
| /s/ TED R. MUNSELLE | Director | March 30, 2020 |
| **Ted R. Munselle** | | |
| | President and Chief Executive Officer (Principal Executive | March 30, 2020 |

App.798

/s/ DANIEL J. MOOS

**Daniel J. Moos**

/s/ ALLA DZYUBA

**Alla Dzyuba**

Vice President and Chief Accounting Officer (Principal Financial Officer)          March 30, 2020

---

96

---

**ANNUAL REPORT ON FORM 10-K**
**EXHIBIT INDEX**
**For the Year Ended December 31, 2019**

| Exhibit Number | Description |
|---|---|
| 3.0 | Articles of Incorporation of Transcontinental Realty Investors, Inc., (incorporated by reference to Exhibit No. 3.1 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 1991). |
| 3.1 | Certificate of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc., (incorporated by reference to the Registrant's Current Report on Form 8-K, dated June 3, 1996). |
| 3.2 | Certificate of Amendment of Articles of Incorporation of Transcontinental Realty Investors, Inc., dated October 10, 2000 (incorporated by reference to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2000). |
| 3.3 | Articles of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc., setting forth the Certificate of Designations, Preferences and Rights of Series A Cumulative Convertible Preferred Stock, dated October 20, 1998 (incorporated by reference to Exhibit 3.1 to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 1998). |
| 3.4 | Certificate of Designation of Transcontinental Realty Investors, Inc., setting forth the Voting Powers, Designations, Preferences, Limitations, Restriction and Relative Rights of Series B Cumulative Convertible Preferred Stock, dated October 23, 2000 (incorporation by reference to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2000). |
| 3.5 | Certificate of Designation of Transcontinental Realty Investors, Inc., Setting for the Voting Powers, Designating, Preferences, Limitations, Restrictions and Relative Rights of Series C Cumulative Convertible Preferred Stock, dated September 28, 2001 (incorporated by reference to Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2001). |
| 3.6 | Articles of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc. Decreasing the Number of Authorized Shares of and Eliminating Series B Preferred Stock dated December 14, 2001 (incorporated by reference to Exhibit 3.7 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 2001). |
| 3.7 | By-Laws of Transcontinental Realty Investors, Inc. (incorporated by reference to Exhibit No. 3.2 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 1991). |
| 3.8 | Certificate of designation of Transcontinental Realty Investors, Inc. setting forth the Voting Powers, Designations, Preferences Limitations, Restrictions and Relative rights of Series D Cumulative Preferred Stock filed August 14, 2006 with the Secretary of State of Nevada (incorporated by reference to Registrants current report on Form 8-K for event dated November 21, 2006 at Exhibit 3.8 thereof.) |
| 10.0 | Advisory Agreement dated as of April 30, 2011, between Transcontinental Realty Investors, Inc. and Pillar Income Asset Management LLC (incorporated by reference to Exhibit 10.0 to the Registrant's Current Report on Form 8-K for event occurring April 30, 2011). |
| 10.1 | Leman Development Ltd. and Kaufman Land Partners, Ltd. (incorporated by reference to Registrant's current report in Form 8-K dated November 21, 2006 at Exhibit 10.1 thereof. |
| 14.0 | Code of Ethics for Senior Financial Officers (incorporated by reference to Exhibit 14.0 to Registrant's Annual Report on Form 10-K for the fiscal year ended December 31, 2004). |
| 21.1* | Subsidiaries of the Registrant. |
| 31.1* | Certification Pursuant to Rule 13a-14(a) and 15d-14 under the Securities Exchange Act of 1934, as amended of Principal Executive Officer. |
| 31.2* | Certification Pursuant to Rule 13a-14(a) and 15d-14 under the Securities Exchange Act of 1934, as amended of Principal Financial and Accounting Officer |
| 32.1* | Certification pursuant to 18 U.S.C. Section 1350. |
| 101.INS | XBRL Instance Document |
| 101.SCH | XBRL Taxonomy Extension Schema Document |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document |

\*    Filed herewith.

App.799