**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **CASE NO. 3:22-cv-2118-X** |
| **TIMOTHY BARTON ET AL.,** | § § § | |
| *Defendants,* | § § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § § § | |
| *Relief Defendants.* | § § | |

**APPENDIX VOLUME V**

**App. Nos. 725-948**

**IN SUPPORT OF SOUTHERN PROPERTIES CAPITAL, LTD.'S MOTION FOR INTERVENTION, OPPOSITION TO RECEIVER'S VERIFIED MOTIONS FOR APPOINTMENT OF APPRAISER, APPROVAL OF APPRAISERS, APPROVAL OF HEARINGS AND APPROVAL OF SALES AND BRIEF IN SUPPORT OF COMPLAINT FOR DECLARATORY RELIEF WITH RESPECT TO PARC AT WINDMILL FARMS AND BELLWETHER RIDGE**

| Ex. No. | Title | App. No. |
|---|---|---|
| | | |
| Ex. 45 | TCI 2019 10K | App. 725-800 |
| Ex. 46 | TCI 2018 10K | App. 802-877 |
| Ex. 47 | TCI 2017 10K | App. 879-928 |

| Ex. B | Declaration of Robert Canham | App. 930-932 |
|---|---|---|

| Ex. C | Declaration of Al Crozier | App. 934-938 |
|---|---|---|

| Ex. D | Declaration of Doug Graham | App. 940-943 |

| Ex. E | Declaration of Brad Kyles | App. 945-948 |

**RESPECTFULLY SUBMITTED BY:**

/s/ *C. Gregory Shamoun*
**C. GREGORY SHAMOUN**
State Bar No. 18089650
Email: g@snlegal.com
**BRIAN K. NORMAN**
State Bar No. 00797161
Email: bkn@snlegal.com
**J. BLAIR NORRIS**
State Bar No. 24014515
Email: bn@snlegal.com
**SHAMOUN & NORMAN, LLP**
1800 Valley View Lane, Suite 200
Farmers Branch, Texas 75234
Telephone (214) 987-1745
Facsimile: (214) 521-9033

**ATTORNEYS FOR SOUTHERN
PROPERTIES CAPITAL, LTD.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 10, 2023, a true and correct copy of the foregoing document was served upon all counsel of record through the Court's CM/ECF system:

| | |
|---|---|
| **C. Gregory Shamoun** | _____ FACSIMILE |
| State Bar No. 18089650 | _____ CERTIFIED MAIL, RRR |
| Email: g@snlegal.com | _____ U.S. FIRST CLASS MAIL |
| **Brian K. Norman** | _____ HAND DELIVERY |
| State Bar No. 00797161 | _X__ ELECTRONIC TRANSMISSION |
| Email: bkn@snlegal.com | |
| **J. BLAIR NORRIS** | |
| State Bar No. 24014515 | |
| Email: bn@snlegal.com | |
| **SHAMOUN & NORMAN, LLP** | |
| 1800 Valley View Lane, Ste 200 | |
| Farmers Branch, TX 75234 | |

/s/ *J. Blair Norris*
**J. BLAIR NORRIS**

# EXHIBIT 46

10-K 1 tci-10k_123118.htm ANNUAL REPORT

---

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

---

# FORM 10-K

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2018**

**OR**

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-09240**

---

# Transcontinental Realty Investors, Inc.

**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Nevada** | **94-6565852** |
| **(State or other jurisdiction of Incorporation or organization)** | **(IRS Employer Identification Number)** |

| | |
|---|---|
| **1603 LBJ Freeway, Suite 800** | |
| **Dallas, Texas** | **75234** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(469) 522-4200**
**Registrant's Telephone Number, including area code**
**Securities registered pursuant to Section 12(b) of the Act:**

| *Title of Each Class* | *Name of each exchange on which registered* |
|---|---|
| Common Stock, $0.01 par value | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:**
NONE

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes        No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes        No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes        No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes        No

App.802

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S‑K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10‑K or any amendment to this Form 10‑K.

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non‑accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b‑2 of the Exchange Act.

**Large accelerated filer**                                      **Accelerated filer**
**Non‑accelerated filer**                                        **Smaller Reporting Company**
                                                                  **Emerging Growth Company**

If an emerging growth company, indicate by check mark if the registrant has elected not to use extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b‑2 of the Exchange Act.) Yes     No

Based on the last sale at the close of business on June 30, 2018, the aggregate market value of the registrant's common stock held by non‑affiliates of the registrant was approximately $45,527,090. The basis of the calculation does not constitute a determination by the Registrant as defined in Rule 405 of the Securities Act of 1933, as amended, such calculation, if made as of a date within sixty days of this filing, would yield a different value.

As of March 31, 2019, there were 8,717,767 shares of common stock outstanding.

### DOCUMENTS INCORPORATED BY REFERENCE:

Consolidated Financial Statements of Income Opportunity Realty Investors, Inc. Commission File No. 001‑14784
Consolidated Financial Statements of American Realty Investors, Inc. Commission File No. 001‑15663

### INDEX TO
### ANNUAL REPORT ON FORM 10‑K

**Page**

**PART I**

| | | |
|---|---|---|
| Item 1. | Business | 3 |
| Item 1A. | Risk Factors | 9 |
| Item 1B. | Unresolved Staff Comments | 14 |
| Item 2. | Properties | 15 |
| Item 3. | Legal Proceedings | 18 |
| Item 4. | Mine Safety Disclosures | 18 |

**PART II**

| | | |
|---|---|---|
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 19 |
| Item 6. | Selected Financial Data | 20 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operation | 21 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 30 |
| Item 8. | Consolidated Financial Statements and Supplementary Data | 32 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 68 |
| Item 9A. | Controls and Procedures | 68 |
| Item 9B. | Other Information | 68 |

App.803

**PART III**

Item 10.    Directors, Executive Officers and Corporate Governance    69
Item 11.    Executive Compensation    76
Item 12.    Security Ownership of Certain Beneficial Owners and Management    76
Item 13.    Certain Relationships and Related Transactions, and Director Independence    78
Item 14.    Principal Accounting Fees and Services    80

**PART IV**

Item 15.    Exhibits, Financial Statement Schedules    82
Signatures    84

2

**FORWARD-LOOKING STATEMENTS**

**Certain Statements in this Form 10-K are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933, and Section 21E of the Securities Exchange Act of 1934. The words "estimate", "plan", "intend", "expect", "anticipate", "believe", and similar expressions are intended to identify forward-looking statements. The forward-looking statements are found at various places throughout this Report and in the documents incorporated herein by reference. The Company disclaims any intention or obligations to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise. Although we believe that our expectations are based upon reasonable assumptions, we can give no assurance that our goals will be achieved. Important factors that could cause our actual results to differ from estimates or projections contained in any forward-looking statements are described under Part I, Item 1A. "Risk Factors".**

**PART I**

**ITEM 1.    *BUSINESS***

**General**

As used herein, the terms "TCI", "the Company", "We", "Our", or "Us" refer to Transcontinental Realty Investors, Inc. a Nevada corporation which was formed in 1984. The Company is headquartered in Dallas, Texas and its common stock is listed and trades on the New York Stock Exchange ("NYSE") under the symbol "TCI".

TCI is a "C" corporation for U.S. federal income tax purposes and files an annual consolidated income tax return with American Realty Investors, Inc. ("ARL"), whose common stock is traded on the NYSE under the symbol "ARL". Subsidiaries and affiliates of ARL own in excess of 80% of the Company's common stock. ARL and one of its subsidiaries own 77.68% and the parent of ARL owns 6.98% of the company. Accordingly, TCI's financial results are consolidated with those of ARL's on Form 10-K and related Consolidated Financial Statements. ARL's common stock is listed and trades on the New York Stock Exchange under the symbol "ARL".

On July 17, 2009, the Company acquired an additional 2,518,934 shares of common stock of Income Opportunity Realty Investors, Inc. ("IOR"), and in doing so, increased its ownership from approximately 25% to over 80% of the shares of common stock of IOR outstanding. Upon acquisition of the additional shares in 2009, IOR's results of operations began to be consolidated with those of the Company for tax and financial reporting purposes. As of December 31, 2018, TCI owned 81.25% of the outstanding IOR common shares. Shares of IOR common stock are listed and traded on the NYSE American under the symbol "IOR".

At the time of the acquisition, the historical accounting value of IOR's assets was $112 million and liabilities were $43 million. In that the shares of IOR acquired by TCI were from a related party, the values recorded by TCI are IOR's historical accounting values at the date of transfer. The Company's fair valuation of IOR's assets and liabilities at the acquisition date approximated IOR's book value. The net difference between the purchase price and historical accounting basis of the assets and liabilities acquired is $25.6 million and has been reflected by TCI as deferred income. The deferred income will be recognized upon the sale of the land that IOR held on its books as of the date of sale, to an independent third party.

TCI's Board of Directors are responsible for directing the overall affairs of TCI and for setting the strategic policies that guide the Company. As of April 30, 2011, the Board of Directors delegated the day-to-day management of the Company to Pillar Income Asset Management, Inc. ("Pillar"), a Nevada corporation, under a written Advisory Agreement that is reviewed annually by TCI's Board of Directors. The directors of TCI are also

App.804

directors of ARL and IOR. The Chairman of the Board of Directors of TCI also serves as the Chairman of the Board of Directors of ARL and IOR. The officers of TCI also serve as officers of ARL, IOR and Pillar.

Since April 30, 2011, Pillar, the sole shareholder of which is Realty Advisors, LLC, a Nevada limited liability company, the sole member of which is Realty Advisors, Inc. ("RAI"), a Nevada corporation, the sole shareholder of which is May Realty Holdings, Inc. ("MRHI", formerly known as Realty Advisors Management, Inc.), effective August 7, 2014), a Nevada corporation, the sole shareholder of which is a trust known as the May Trust, became the Company's external Advisor and Cash Manager. Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities. Pillar also arranges, for the Company's benefit, debt and equity financing with third party lenders and investors. Pillar also serves as an Advisor and Cash Manager to ARL and IOR. As the contractual advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor". TCI has no employees. Employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement.

3

Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), manages our commercial properties and provides brokerage services. Regis receives property management fees, construction management fees and leasing commissions in accordance with the terms of its property-level management agreement. Regis is also entitled to receive real estate brokerage commissions in accordance with the terms of a non-exclusive brokerage agreement. Refer to Part III, Item 10. "Directors, Executive Officers and Corporate Governance – Property Management and Real Estate Brokerage". TCI engages third-party companies to lease and manage its apartment properties.

Southern Properties Capital Ltd. ("Southern" or "SPC") is a wholly owned subsidiary of TCI that was incorporated on August 16, 2016 for the purpose of raising funds by issuing debentures that cannot be converted into shares on the Tel-Aviv Stock Exchange ("TASE"). Southern operates in the United States and is primarily involved in investing in, developing, constructing and operating income-producing properties of multi-family residential real estate assets. Southern is included in the consolidated financial statements of TCI.

On January 1, 2012, the Company entered into a development agreement with Unified Housing Foundation, Inc. "UHF" a non-profit corporation that provides management services for the development of residential apartment projects in the future. This development agreement was terminated December 31, 2013. The Company has also invested in surplus cash notes receivables from UHF and has sold several residential apartment properties to UHF in prior years. Due to this ongoing relationship and the significant investment in the performance of the collateral secured under the notes receivable, UHF has been determined to be a related party.

On November 19, 2018, we executed an agreement between the Macquarie Group ("Macquarie") and SPC and TCI to create a joint venture, Victory Abode Apartments, LLC ("VAA") to address existing and future demand for quality multifamily residential housing through acquisition and development of sustainable Class A multifamily housing in focused secondary and tertiary markets. In connection with the formation of the joint venture, SPC and TCI contributed a portfolio of 49 income producing apartment complexes, and 3 development projects in various stages of construction and received cash consideration of $236.8 million. At the time of the transfer of the properties, the joint venture assumed all liabilities of those properties, including mortgage debt to the Department of Housing and Urban Development ("HUD").

VAA is equally owned and controlled by Abode JVP, LLC, a wholly-owned subsidiary of SPC and Summerset Intermediate Holdings 2 LLC ("Summerset"), a wholly-owned indirect subsidiary of Macquarie. Pursuant to the Agreement, Abode JVP, LLC and Summerset each own voting and profit participation rights of 50% and 49%, respectively ("Class A Members"). The remaining 2% of the profit participation interest is held by Daniel J. Moos TCI's President and Chief Executive Officer ("Class B Member") who serves also as the Manager of the joint venture.

Our primary business is the acquisition, development and ownership of income-producing residential and commercial real estate properties. In addition, we opportunistically acquire land for future development in in-fill or high-growth suburban markets. From time to time and when we believe it appropriate to do so, we will also sell land and income-producing properties. We generate revenues by leasing apartment units to residents, and leasing office, industrial and retail space to various for-profit businesses as well as certain local, state and federal agencies. We also generate revenues from gains on sales of income-producing properties and land.

At December 31, 2018, our income-producing properties consisted of:

- Seven commercial properties consisting of five office buildings and two retail properties comprising in aggregate of approximately 1.7 million square feet;

- Nine residential apartment communities comprising 1,489 units, excluding apartments being developed.

- Forty nine residential apartment communities totaling 9,192 units owned by our 50% owned investee VAA.

App.805

The following table sets forth the location of our real estate held for investment (income-producing properties only) by asset type as of December 31, 2018:

| Location | Apartments (Company owned) No. | Apartments (Company owned) Units | Apartments (VAA owned) No. | Apartments (VAA owned) Units | Commercial (Company owned) No. | Commercial (Company owned) SF |
|---|---|---|---|---|---|---|
| Alabama | 1 | 200 | 1 | 168 | — | — |
| Arkansas | — | — | 5 | 1,122 | — | — |
| Colorado | — | — | 2 | 260 | — | — |
| Florida | 2 | 153 | 2 | 388 | 1 | 6,722 |
| Georgia | — | — | 1 | 222 | — | — |
| Louisiana | 1 | 240 | 3 | 464 | — | — |
| Mississippi | 2 | 400 | 1 | 196 | — | — |
| North Carolina | — | — | 1 | 201 | — | — |
| Nevada | — | — | 1 | 308 | — | — |
| Tennessee | — | — | 4 | 708 | — | — |
| Texas-Greater Dallas-Ft Worth | — | — | 13 | 2,384 | 4 | 1,473,634 |
| Texas-Greater Houston | — | — | 1 | 176 | 1 | 95,329 |
| Texas-Other | 3 | 496 | 14 | 2,595 | — | — |
| Wisconsin | — | — | — | — | 1 | 122,205 |
| **Total** | **9** | **1,489** | **49** | **9,192** | **7** | **1,697,890** |

We finance our acquisitions primarily through operating cash flow, proceeds from the sale of land and income-producing properties, and debt financing primarily in the form of property-specific, first-lien mortgage loans from commercial banks and institutional lenders. We finance our development projects principally with short-term, variable-rate construction loans that are refinanced with the proceeds of long-term, fixed-rate amortizing mortgages when the development has been completed and occupancy has been stabilized. When we sell properties, we may carry a portion of the sales price, generally in the form of a short-term interest bearing seller-financed note receivable, secured by the property being sold. We may also from time to time enter into partnerships or joint ventures with various investors to acquire land or income-producing properties, or to sell interests in some of our properties.

We join with third-party development companies to construct residential apartment communities. At December 31, 2018, TCI and VAA each had three apartment projects in development. The third-party developer typically holds a general partner, as well as a limited partner interest in a limited partnership formed for the purpose of building a single property, while we generally take a limited partner interest in the limited partnership. We may contribute land to the partnership as part of our equity contribution or we may contribute the necessary funds to the partnership to acquire the land. We are required to fund all required equity contributions while the third-party developer is responsible for obtaining construction financing, hiring a general contractor and for the overall management, successful completion, initial lease-up and delivery of the project. We generally bear all the economic risks and rewards of ownership in these partnerships and therefore include these partnerships in our consolidated financial statements. The third-party developer is paid a developer fee typically equal to a percentage of the construction costs. When the project reaches stabilized occupancy, we acquire the third-party developer's partnership interests in exchange for any remaining unpaid developer fees.

At December 31, 2018, our apartment projects in development included (dollars in thousands):

| Property | Location | No. of Units | Costs to Date [1] | Total Projected Costs [1] |
|---|---|---|---|---|
| Sugar Mill III | Addis, LA | 72 | $ 787 | $ 11,862 |
| Parc at Denham Springs Phase II | Denham Springs, LA | 144 | 6,532 | 18,768 |
| Overlook at Allensville Phase II | Sevierville, TN | 144 | 12,646 | 20,244 |
| **Total** | | **360** | **$ 19,965** | **$ 50,874** |

(1) Costs include construction hard costs, construction soft costs and loan borrowing costs.

We have made investments in a number of large tracts of undeveloped and partially developed land and intend to continue to improve these tracts of land for our own development purposes or make the improvements necessary to ready the land for sale to other developers.

At December 31, 2018, our investments in undeveloped and partially developed land consisted of the following (dollars in thousands):

| Location | Acquired | Acres | Cost | | Intended Use |
|---|---|---|---|---|---|
| Dallas, TX | 1996-2013 | 21 | $ | 1,008 | Mixed use |
| Farmers Branch, TX | 2008 | 137 | | 25,892 | Mixed use |
| Kaufman County, TX | 2011 | 1,963.68 | | 51,961 | Mixed use |
| Various | 1990-2008 | 192 | | 9,027 | Various |
| **Total Land Holdings** | | **2,313.68** | **$** | **87,888** | |

5

## Significant Real Estate Acquisitions/Dispositions and Financings

A summary of some of the significant transactions for the year ended December 31, 2018, are discussed below:

### *Purchases*

During the year ended December 31, 2018, the Company purchased through one of its subsidiaries, seven residential apartment communities. A multi-family 80 unit community located in Baton Rouge, LA for a total purchase price of $12 million, paid through a seller's financing note of $1.9 million, issuance of note payable of $8.6 million, and exercising an option to purchase of $1.5 million paid in the previous year. A multi-family 99 unit residential apartment community located in Mansfield, TX for a total purchase price of $14.8 million, paid through a seller's financing note of $2.3 million, and an issuance of a note payable of $11.0 million. A multi-family 200 unit residential apartment community located in Gulf Shores, AL for a total purchase price of $18.1 million, paid through an issuance of a note payable of $11.5 million. A multi-family 144 unit residential apartment community located in Beaumont, TX for a total purchase price of $12.3 million. A multi-family 240 unit residential apartment community located in Houma, LA for a total purchase price of $20.1 million. A multi-family 208 unit residential apartment community located in Texarkana, TX for a total purchase price of $14.7 million. A multi-family 160 unit residential apartment community located in Tupelo, MS for a total purchase price of $11.1 million.

### *Sales*

For the year ended December 31, 2018, TCI sold 62 acres of land to an independent third party for a total sales price of $3.0 million and recorded a gain of $1.3 million from the land sale. In the second quarter, a golf course comprising approximately 96.09 acres sold for an aggregate sales price of $2.3 million, out of which, $0.6 million was received in cash and $1.7 million in note receivables. During the first quarter, the Company sold six income-producing properties to a related party for an aggregate purchase price of $8.5 million, out of which, $2.1 million was received in cash and $6.4 million in note receivables. During the fourth quarter, the Company sold one income-producing property to a related party for a purchase price of $2.2 million. No gain or loss was recorded from the sale of income-producing properties.

In addition, on November 19, 2018, TCI through one of its subsidiaries formed VAA a joint venture with Macquarie. In connection with the formation of the joint venture, TCI contributed fifty-two properties and received a cash consideration of $236.8 million from Macquarie for a voting and profit participation right of 50% and 49%, respectively, 2% of the profits interest is held by Daniel J. Moos, who serves as the President and Chief Executive officer of the Company ("Class B Member") and Manager of the joint venture. The Company recognized a gain of approximately $154.1 million from the sale of the contributed properties to the joint venture.

### *Mercer Crossing*

In addition to the real estate sales noted above the Company recorded sales from a development project known as Mercer Crossing.

At November 2015, our real estate land holdings at Mercer Crossing consisted of land developable into residential homes and commercial projects, located in Farmers Branch, Texas. In November 2015, the Company entered into a sales contract with an unrelated party. The contract was for all of the developable land owned by the Company. In addition, IOR and ARL also sold land in this transaction. Total consideration for the sale was $75 million. The agreement among the parties to this transaction provides for TCI to hold the subordinated note from the buyer in the amount of $50 million. At the closing, due to the inadequate down payment from the buyer and the level of seller financing involved, the transaction was accounted for under the deposit method. Under the deposit method, no revenue is recognized and the asset sold remains on the books until the criteria for full revenue recognition are met.

During the third quarter of 2018, due to significant cumulative sales of real estate to unrelated third parties and cash received by TCI, the criteria for recording full accrual accounting had been met. Through the period ended August 21, 2018, approximately $28.1 million of the assets previously held by the Company were sold, resulting in a gain of $7.5 million.

On August 22, 2018 the Company reacquired all the unsold portions of the real estate from the November 2015 transaction for the amount that remained from the original sales price.

During the period August 23, 2018 through December 31, 2018 additional Mercer Crossing real estate was sold for $11.7 million resulting in a net gain on sale of real estate of $5.6 million.

6

As of December 31, 2018, the Company has approximately 86 acres of land, at various locations that were sold to related parties in multiple transactions.  These transactions are treated as "subject to sales contract" on the Consolidated Balance Sheets.  Due to the related party nature of the transactions TCI has deferred the recording of the sales in accordance with ASC 360-20.

We continue to invest in the development of apartment projects. During the year ended December 31, 2018, we have invested $14.8 million related to the construction or predevelopment of various apartment complexes and capitalized $0.1 million of interest costs.

**Business Plan and Investment Policy**

Our business objective is to maximize long-term value for our stockholders by investing in residential and commercial real estate through the acquisition, development and ownership of apartments, commercial properties and land. We intend to achieve this objective through acquiring and developing properties in multiple markets and operating as an industry-leading landlord. We believe this objective will provide the benefits of enhanced investment opportunities, economies of scale and risk diversification, both in terms of geographic market and real estate product type. We believe our objective will also result in continuing access to favorably priced debt and equity capital. In pursuing our business objective, we seek to achieve a combination of internal and external growth while maintaining a strong balance sheet and employing a strategy of financial flexibility. We maximize the value of our apartments and commercial properties by maintaining high occupancy levels while charging competitive rental rates, controlling costs and focusing on tenant retention. We also pursue attractive development opportunities either directly or in partnership with other investors.

For our portfolio of commercial properties, we generate increased operating cash flow through annual contractual increases in rental rates under existing leases. We also seek to identify best practices within our industry and across our business units in order to enhance cost savings and gain operating efficiencies. We employ capital improvement and preventive maintenance programs specifically designed to reduce operating costs and increase the long-term value of our real estate investments.

We seek to acquire properties consistent with our business objectives and strategies. We execute our acquisition strategy by purchasing properties which management believes will create stockholder value over the long-term. We will also sell properties when management believes value has been maximized or when a property is no longer considered an investment to be held long-term.

We are continuously in various stages of discussions and negotiations with respect to development, acquisition, and disposition of projects. The consummation of any current or future development, acquisition, or disposition, if any, and the pace at which any may be completed cannot be assured or predicted.

Substantially all of our properties are owned by subsidiary companies, many of which are single-asset entities. This ownership structure permits greater access to financing for individual properties and permits flexibility in negotiating a sale of either the asset or the equity interests in the entity owning the asset. From time-to-time, our subsidiaries have invested in joint ventures with other investors, creating the possibility of risks that do not exist with properties solely owned by a TCI subsidiary. In those instances where other investors are involved, those other investors may have business, economic, or other objectives that are inconsistent with our objectives, which may in turn, require us to make investment decisions different from those if we were the sole owner.

Real estate generally cannot be sold quickly. We may not be able to promptly dispose of properties in response to economic or other conditions. To offset this challenge, selective dispositions have been a part of our strategy to maintain an efficient investment portfolio and to provide additional sources of capital. We finance acquisitions through mortgages, internally generated funds, and, to a lesser extent, property sales. Those sources provide the bulk of funds for future acquisitions. We may purchase properties by assuming existing loans secured by the acquired property. When properties are acquired in such a manner, we customarily seek to refinance the asset in order to properly leverage the asset in a manner consistent with our investment objectives.

App.808

Our businesses are not generally seasonal with regard to real estate investments. Our investment strategy seeks both current income and capital appreciation. Our plan of operation is to continue, to the extent our liquidity permits, to make equity investments in income-producing real estate such as apartments and commercial properties. We may also invest in the debt or equity securities of real estate-related entities. We intend to pursue higher risk, higher reward investments, such as improved and unimproved land where we can obtain reasonably-priced financing for substantially all of a property's purchase price. We intend to continue the development of apartment properties in selected markets in Texas and in other locations where we believe adequate levels of demand exist. We intend to pursue sales opportunities for properties in stabilized real estate markets where we believe our properties' value has been maximized. We also intend to be an opportunistic seller of properties in markets where demand exceeds current supply. Although we no longer actively seek to fund or purchase mortgage loans, we may, in selected instances, originate mortgage loans or we may provide purchase money financing in conjunction with a property sale.

<center>7</center>

Our Board of Directors has broad authority under our governing documents to make all types of investments, and we may devote available resources to particular investments or types of investments without restriction on the amount or percentage of assets that may be allocated to a single investment or to any particular type of investment, and without limit on the percentage of securities of any one issuer that may be acquired. Investment objectives and policies may be changed at any time by the Board without stockholder approval.

The specific composition from time-to-time of our real estate portfolio owned by TCI directly and through our subsidiaries depends largely on the judgment of management to changing investment opportunities and the level of risk associated with specific investments or types of investments. We intend to maintain a real estate portfolio that is diversified by both location and type of property.

**Competition**

The real estate business is highly competitive and TCI competes with numerous companies engaged in real estate activities (including certain entities described in Part III, Item 13. "Certain Relationships and Related Transactions, and Director Independence"), some of which have greater financial resources than TCI. We believe that success against such competition is dependent upon the geographic location of a property, the performance of property-level managers in areas such as leasing and marketing, collection of rents and control of operating expenses, the amount of new construction in the area and the maintenance and appearance of the property. Additional competitive factors include ease of access to a property, the adequacy of related facilities such as parking and other amenities, and sensitivity to market conditions in determining rent levels. With respect to apartments, competition is also based upon the design and mix of the units and the ability to provide a community atmosphere for the residents. We believe that beyond general economic circumstances and trends, the degree to which properties are renovated or new properties are developed in the competing submarket are also competitive factors. Refer to Part I, Item 1A. "Risk Factors".

To the extent that TCI seeks to sell any properties, the sales prices for the properties may be affected by competition from other real estate owners and financial institutions also attempting to sell properties in areas where TCI's properties are located, as well as aggressive buyers attempting to dominate or penetrate a particular market.

As described above and in Part III, Item 13. "Certain Relationships and Related Transactions, and Director Independence", the officers and directors of TCI serve as officers and directors of ARL and IOR. Both ARL and IOR have business objectives similar to those of TCI. TCI's officers and directors owe fiduciary duties to both IOR and ARL as well as to TCI under applicable law. In determining whether a particular investment opportunity will be allocated to TCI, IOR, or ARL, management considers the respective investment objectives of each Company and the appropriateness of a particular investment in light of each Company's existing real estate and mortgage notes receivable portfolio. To the extent that any particular investment opportunity is appropriate to more than one of the entities, the investment opportunity may be allocated to the entity which has had funds available for investment for the longest period of time, or, if appropriate, the investment may be shared among all three or two of the entities.

In addition, as described in Part III, Item 13. "Certain Relationships and Related Transactions, and Director Independence", TCI competes with related parties of Pillar having similar investment objectives related to the acquisition, development, disposition, leasing and financing of real estate and real estate-related investments. In resolving any potential conflicts of interest which may arise, Pillar has informed TCI that it intends to exercise its best judgment as to what is fair and reasonable under the circumstances in accordance with applicable law.

We have historically engaged in and will continue to engage in certain business transactions with related parties, including but not limited to asset acquisitions and dispositions. Transactions involving related parties cannot be presumed to be carried out on an arm's length basis due to the absence of free market forces that naturally exist in business dealings between two or more unrelated entities. Related party transactions may not always be favorable to our business and may include terms, conditions and agreements that are not necessarily beneficial to or in the best interests of the Company.

TCI maintains an internet site at *http://www.transconrealty-invest.com*. We make available through our website free of charge Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, reports filed pursuant to Section 16 and amendments to those reports as soon as reasonably practicable after we electronically file or furnish such materials to the Securities and Exchange Commission. In addition, we have posted the charters for our Audit Committee, Compensation Committee and Governance and Nominating Committee, as well as our Code of Business Conduct and Ethics, Corporate Governance Guidelines on Director Independence and other information on the website. These charters and principles are not incorporated in this Report by reference. We will also provide a copy of these documents free of charge to stockholders upon written request. The Company issues Annual Reports containing audited financial statements to its common shareholders.

<div align="center">8</div>

---

**ITEM 1A.   *RISK FACTORS***

An investment in our securities involves various risks. All investors should carefully consider the following risk factors in conjunction with the other information in this report before trading our securities.

**Risk Factors Related to our Business**

*Adverse events concerning our existing tenants or negative market conditions affecting our existing tenants could have an adverse impact on our ability to attract new tenants, release space, collect rent or renew leases, and thus could adversely affect cash flow from operations and inhibit growth.*

Cash flow from operations depends in part on the ability to lease space to tenants on economically favorable terms. We could be adversely affected by various facts and events over which the Company has limited or no control, such as:

- lack of demand for space in areas where the properties are located;

- inability to retain existing tenants and attract new tenants;

- oversupply of or reduced demand for space and changes in market rental rates;

- defaults by tenants or failure to pay rent on a timely basis;

- the need to periodically renovate and repair marketable space;

- physical damage to properties;

- economic or physical decline of the areas where properties are located; and

- potential risk of functional obsolescence of properties over time.

At any time, any tenant may experience a downturn in its business that may weaken its financial condition. As a result, a tenant may delay lease commencement, fail to make rental payments when due, decline to extend a lease upon its expiration, become insolvent or declare bankruptcy. Any tenant bankruptcy or insolvency, leasing delay or failure to make rental payments when due, could result in the termination of the tenant's lease and material losses to the Company.

If tenants do not renew their leases as they expire, we may not be able to rent the space. Furthermore, leases that are renewed, and some new leases for space that is re-let, may have terms that are less economically favorable than expiring lease terms, or may require us to incur significant costs, such as renovations, tenant improvements or lease transaction costs. Any of these events could adversely affect cash flow from operations and our ability to make distributions to shareholders and service indebtedness. A significant portion of the costs of owning property, such as real estate taxes, insurance, and debt service payments, are not necessarily reduced when circumstances cause a decrease in rental income from the properties.

*We may not be able to compete successfully with other entities that operate in our industry.*

We experience a great deal of competition in attracting tenants for the properties and in locating land to develop and properties to acquire.

<div align="right">App.810</div>

In our effort to lease properties, we compete for tenants with a broad spectrum of other landlords in each of the markets. These competitors include, among others, publicly-held REITs, privately-held entities, individual property owners and tenants who wish to sublease their space. Some of these competitors may be able to offer prospective tenants more attractive financial terms than we are able to offer.

If the availability of land or high quality properties in our markets diminishes, operating results could be adversely affected.

*We may experience increased operating costs which could adversely affect our financial results and the value of our properties*.

Our properties are subject to increases in operating expenses such as insurance, cleaning, electricity, heating, ventilation and air conditioning, administrative costs and other costs associated with security, landscaping, repairs, and maintenance of the properties. While some current tenants are obligated by their leases to reimburse us for a portion of these costs, there is no assurance that these tenants will make such payments or agree to pay these costs upon renewal or new tenants will agree to pay these costs. If operating expenses increase in our markets, we may not be able to increase rents or reimbursements in all of these markets to offset the increased expenses, without at the same time decreasing occupancy rates. If this occurs, our ability to make distributions to shareholders and service indebtedness could be adversely affected.

<center>9</center>

---

*Our ability to achieve growth in operating income depends in part on our ability to develop additional properties*.

We intend to continue to develop properties where warranted by market conditions. We have a number of ongoing development and land projects being readied for commencement.

Additionally, general construction and development activities include the following risks:

- construction and leasing of a property may not be completed on schedule, which could result in increased expenses and construction costs, and would result in reduced profitability for that property;

- construction costs may exceed original estimates due to increases in interest rates and increased cost of materials, labor or other costs, possibly making the property less profitable because of inability to increase rents to compensate for the increase in construction costs;

- some developments may fail to achieve expectations, possibly making them less profitable;

- we may be unable to obtain, or face delays in obtaining, required zoning, land-use, building, occupancy, and other governmental permits and authorizations, which could result in increased costs and could require us to abandon our activities entirely with respect to a project;

- we may abandon development opportunities after the initial exploration, which may result in failure to recover costs already incurred. If we determine to alter or discontinue its development efforts, future costs of the investment may be expensed as incurred rather than capitalized and we may determine the investment is impaired resulting in a loss;

- we may expend funds on and devote management's time to projects which will not be completed; and

- occupancy rates and rents at newly-completed properties may fluctuate depending on various factors including market and economic conditions, and may result in lower than projected rental rates and reduced income from operations.

*We face risks associated with property acquisitions.*

We acquire individual properties and various portfolios of properties and intend to continue to do so. Acquisition activities are subject to the following risks:

- when we are able to locate a desired property, competition from other real estate investors may significantly increase the seller's offering price;

- acquired properties may fail to perform as expected;

- the actual costs of repositioning or redeveloping acquired properties may be higher than original estimates;

- acquired properties may be located in new markets where we face risks associated with an incomplete knowledge or understanding of

the local market, a limited number of established business relationships in the area and a relative unfamiliarity with local governmental and permitting procedures; and

- we may be unable to quickly and efficiently integrate new acquisitions, particularly acquisitions of portfolios of properties, into existing operations, and results of operations and financial condition could be adversely affected.

We may acquire properties subject to liabilities and without any recourse, or with limited recourse, with respect to unknown liabilities. However, if an unknown liability was later asserted against the acquired properties, we might be required to pay substantial sums to settle it, which could adversely affect cash flow.

<div align="center">10</div>

*Many of our properties are concentrated in our primary markets and the Company may suffer economic harm as a result of adverse conditions in those markets.*

Our properties are located principally in specific geographic areas in the southwestern, southeastern, and mid-western United States. The Company's overall performance is largely dependent on economic conditions in those regions.

*Our investments in joint ventures may decrease our ability to manage risk.*

We conduct some of our operations through a joint venture in which we share control over certain economic and business interests with our joint venture partner. Our joint venture partner may have economic, business or legal interests or goals that are inconsistent with our goals and interests or may be unable to meet their obligations. Failure by us, or an entity in which we have a joint-venture interest, to adequately manage the risks associated with any acquisitions or joint ventures could have a material adverse effect on the financial condition or results of operations of our joint ventures and adversely affect our business, financial condition, results of operations and cash flows.

*We are leveraged and may not be able to meet our debt service obligations.*

We had total indebtedness, including bonds and notes payable, at December 31, 2018 of approximately $449.4 million. Substantially all assets have been pledged to secure debt. These borrowings increase the risk of loss because they represent a prior claim on assets and most require fixed payments regardless of profitability. Our leveraged position makes us vulnerable to declines in the general economy and may limit the Company's ability to pursue other business opportunities in the future.

*We may not be able to access financial markets to obtain capital on a timely basis, or on acceptable terms.*

We rely on proceeds from property dispositions and third party capital sources for a portion of our capital needs, including capital for acquisitions and development. The public debt and equity markets are among the sources upon which the Company relies. There is no guarantee that we will be able to access these markets or any other source of capital. The ability to access the public debt and equity markets depends on a variety of factors, including:

- general economic conditions affecting these markets;

- our own financial structure and performance;

- the market's opinion of real estate companies in general; and

- the market's opinion of real estate companies that own similar properties;

*We may suffer adverse effects as a result of terms and covenants relating to the Company's indebtedness.*

Required payments on our indebtedness generally are not reduced if the economic performance of the portfolio declines. If the economic performance declines, net income, cash flow from operations and cash available for distribution to stockholders may be reduced. If payments on debt cannot be made, we could sustain a loss or suffer judgments, or in the case of mortgages, suffer foreclosures by mortgagees. Further, some obligations contain cross-default and/or cross-acceleration provisions, which means that a default on one obligation may constitute a default on other obligations.

We anticipate only a small portion of the principal of its debt will be repaid prior to maturity. Therefore, we are likely to refinance a portion of its outstanding debt as it matures. There is a risk that we may not be able to refinance existing debt or the terms of any refinancing will not be as

<div align="right">App.812</div>

favorable as the terms of the maturing debt. If principal balances due at maturity cannot be refinanced, extended, or repaid with proceeds from other sources, such as the proceeds of sales of assets or new equity capital, cash flow may not be sufficient to repay all maturing debt in years when significant "balloon" payments come due.

Our credit facilities and unsecured debt contain customary restrictions, requirements and other limitations on the ability to incur indebtedness, including total debt to asset ratios, secured debt to total asset ratios, debt service coverage ratios, and minimum ratios of unencumbered assets to unsecured debt. Our continued ability to borrow is subject to compliance with financial and other covenants. In addition, failure to comply with such covenants could cause a default under credit facilities, and we may then be required to repay such debt with capital from other sources. Under those circumstances, other sources of capital may not be available, or be available only on unattractive terms.

<center>11</center>

---

***Our degree of leverage could limit our ability to obtain additional financing or affect the market price of our common stock.***

The degree of leverage could affect our ability to obtain additional financing for working capital, capital expenditures, acquisitions, development or other general corporate purposes. The degree of leverage could also make us more vulnerable to a downturn in business or the general economy.

***An increase in interest rates would increase interest costs on variable rate debt and could adversely impact the ability to refinance existing debt.***

We currently have, and may incur more, indebtedness that bears interest at variable rates. Accordingly, if interest rates increase, so will the interest costs, which could adversely affect cash flow and the ability to pay principal and interest on our debt and the ability to make distributions to shareholders. Further, rising interest rates could limit our ability to refinance existing debt when it matures.

***Unbudgeted capital expenditures or cost overruns could adversely affect business operations and cash flow.***

If capital expenditures for ongoing or planned development projects or renovations exceed expectations, the additional cost of these expenditures could have an adverse effect on business operations and cash flow. In addition, we might not have access to funds on a timely basis to pay the unexpected expenditures.

Construction costs are funded in large part through construction financing which the Company may guarantee. The Company's obligation to pay interest on this financing continues until the rental project is completed, leased up and permanent financing is obtained, or the project is sold or the construction loan is otherwise paid. Unexpected delays in completion of one or more ongoing projects could also have a significant adverse impact on business operations and cash flow.

***We may need to sell properties from time to time for cash flow purposes.***

Because of the lack of liquidity of real estate investments, our ability to respond to changing circumstances may be limited and generally real estate investments cannot be sold quickly. In the event that we must sell assets to generate cash flow, we cannot predict whether there will be a market for those assets in the time period desired, or whether we will be able to sell the assets at a price that will allow the Company to fully recoup its investment. We may not be able to realize the full potential value of the assets and may incur costs related to the early pay-off of the debt secured by such assets.

***We intend to devote resources to the development of new projects.***

We plan to continue developing new projects as opportunities arise in the future. Development and construction activities entail a number of risks, including but not limited to the following:

- we may abandon a project after spending time and money determining its feasibility;

- construction costs may materially exceed original estimates;

- the revenue from a new project may not be enough to make it profitable or generate a positive cash flow;

- we may not be able to obtain financing on favorable terms for development of a property, if at all;

- we may not complete construction and lease-ups on schedule, resulting in increased development or carrying costs; and

- we may not be able to obtain, or may be delayed in obtaining, necessary governmental permits.

<div align="right">App.813</div>

***The overall business is subject to all of the risks associated with the real estate industry*** .

We are subject to all risks incident to investment in real estate, many of which relate to the general lack of liquidity of real estate investments, including, but not limited to:

- our real estate assets are concentrated primarily in the southwest and any deterioration in the general economic conditions of this region could have an adverse effect;

- changes in interest rates may make the ability to satisfy debt service requirements more burdensome;

- lack of availability of financing may render the purchase, sale or refinancing of a property more difficult or unattractive;

---

12

---

- changes in real estate and zoning laws;

- increases in real estate taxes and insurance costs;

- federal or local economic or rent control;

- acts of terrorism; and

- hurricanes, tornadoes, floods, earthquakes and other similar natural disasters.

***Our performance and value are subject to risks associated with our real estate assets and with the real estate industry.***

Our economic performance and the value of our real estate assets, and consequently the value of our securities, are subject to the risk that if our properties do not generate revenues sufficient to meet our operating expenses, including debt service and capital expenditures, our cash flow will be adversely affected. The following factors, among others, may adversely affect the income generated by our properties:

- downturns in the national, regional and local economic conditions (particularly increases in unemployment);

- competition from other office and commercial buildings;

- local real estate market conditions, such as oversupply or reduction in demand for office or other commercial space;

- changes in interest rates and availability of financing;

- vacancies, changes in market rental rates and the need to periodically repair, renovate and re-let space;

- increased operating costs, including insurance expense, utilities, real estate taxes, state and local taxes and heightened security costs;

- civil disturbances, earthquakes and other natural disasters, or terrorist acts or acts of war which may result in uninsured or underinsured losses;

- significant expenditures associated with each investment, such as debt service payments, real estate taxes, insurance and maintenance costs which are generally not reduced when circumstances cause a reduction in revenues from a property;

- declines in the financial condition of our tenants and our ability to collect rents from our tenants; and

- decreases in the underlying value of our real estate.

---

13

---

App.814

Our business may be affected by market and economic challenges experienced by the U.S. economy or real estate industry as a whole or by the local economic conditions in the markets in which our properties are located, including the current dislocations in the credit markets and general global economic recession. These current conditions, or similar conditions existing in the future, may adversely affect our results of operations, and financial condition as a result of the following, among other potential consequences:

- the financial condition of our tenants may be adversely affected which may result in tenant defaults under leases due to bankruptcy, lack of liquidity, operational failures or for other reasons;

- significant job losses within our tenants may occur, which may decrease demand for our office space, causing market rental rates and property values to be negatively impacted;

- our ability to borrow on terms and conditions that we find acceptable, or at all, may be limited, which could reduce our ability to pursue acquisition and development opportunities and refinance existing debt, reduce our returns from our acquisition and development activities and increase our future interest expense;

- reduced values of our properties may limit our ability to dispose of assets at attractive prices or to obtain debt financing secured by our properties and may reduce the availability of unsecured loans; and

- one or more lenders could refuse to fund their financing commitment to us or could fail and we may not be able to replace the financing commitment of any such lenders on favorable terms, or at all.

***Real estate investments are illiquid, and we may not be able to sell properties if and when it is appropriate to do so.***

Real estate generally cannot be sold quickly. We may not be able to dispose of properties promptly in response to economic or other conditions. In addition, provisions of the Internal Revenue Code may limit our ability to sell properties (without incurring significant tax costs) in some situations when it may be otherwise economically advantageous to do so, thereby adversely affecting returns to stockholders and adversely impacting our ability to meet our obligations.

**ITEM 1B.    *UNRESOLVED STAFF COMMENTS***

None.

<div align="center">14</div>

**ITEM 2.    *PROPERTIES***

On December 31, 2018, our portfolio consisted of sixteen income-producing properties consisting of nine apartment communities totaling 1,489 units, seven commercial properties consisting of five office buildings and two retail centers. In addition, we own or control 3,199 acres of improved and unimproved land held for future development or sale. The average annual rental and other property revenue dollar per square foot is $6.53 for the Company's residential apartment portfolio and $19.80 for the commercial portfolio. Through our joint venture VAA we have a 50 percent ownership interest to a portfolio of forty nine income-producing properties with a total of 8,887 units, which generated an average annual rental revenue of $12.83 per square foot. The table below shows information relating to those properties in which we own or have an ownership interest, all of which are suitable and adequate for the purpose for which each is utilized:

| Residential Apartments | Location | Units | Occupancy |
|---|---|---|---|
| Chelsea | Beaumont, TX | 144 | 95.14% |
| Farnham Park | Port Arthur, TX | 144 | 94.44% |
| Landing Bayou | Houma, LA | 240 | 77.08% |
| Legacy at Pleasant Grove | Texarkana, TX | 208 | 91.83% |
| Toulon | Gautier, MS | 240 | 99.17% |
| Villager | Fort Walton, FL | 33 | 100.00% |
| Villas at Bon Secour | Gulf Shores, AL | 200 | 99.00% |
| Vista Ridge | Tupelo, MS | 160 | 93.75% |
| Westwood | Mary Ester FL | 120 | 99.17% |
| *9* | *Total Apartment Units* | **1,489** | |

App.815

| Office Buildings | Location | SqFt | Occupancy |
|---|---|---|---|
| 600 Las Colinas | Irving, TX | 512,210 | 86.75% |
| 770 South Post Oak | Houston, TX | 95,329 | 86.95% |
| Browning Place (Park West I) | Farmers Branch, TX | 625,378 | 98.15% |
| Senlac (VHP) | Farmers Branch, TX | 2,812 | 100.00% |
| Stanford Center | Dallas, TX | 333,234 | 97.79% |
| *5* | *Total Office Buildings* | **1,568,963** | |

| Retail Centers | Location | SqFt | Occupancy |
|---|---|---|---|
| Bridgeview Plaza | LaCrosse, WI | 122,205 | 89.45% |
| Fruitland Park | Fruitland Park, FL | 6,722 | 100.00% |
| *2* | *Total Retail Centers* | **128,927** | |
| | *Total Commercial* | **1,697,890** | |

15

Our joint venture investee VAA, owns the following residential properties:

| Residential Apartments | Location | Units | Occupancy |
|---|---|---|---|
| Adobe Red Rock | Las Vegas, NV | 308 | 41.60% |
| Apalachee Point | Tallahassee, FL | 200 | 96.24% |
| Blue Lake Villas | Waxahachie, TX | 186 | 93.25% |
| Blue Lake Villas Phase II | Waxahachie, TX | 70 | 92.92% |
| Breakwater Bay | Beaumont, TX | 176 | 92.72% |
| Bridgewood Ranch | Kaufman, TX | 106 | 95.75% |
| Capitol Hill | Little Rock, AR | 156 | 92.80% |
| Centennial Village | Oak Ridge,TN | 252 | 91.00% |
| Crossings Of Opelika | Opelika, AL | 168 | 94.83% |
| Dakota Arms | Lubbock, TX | 208 | 93.23% |
| Desoto Ranch | DeSoto, TX | 248 | 92.21% |
| Eagle Crossing | Dallas, TX | 150 | 95.46% |
| Falcon Lakes | Arlington, TX | 248 | 94.67% |
| Heather Creek | Mesquite, TX | 200 | 93.76% |
| Lake Forest | Humble, TX | 240 | 94.29% |
| Lodge At Pecan Creek | Denton, TX | 192 | 89.05% |
| Lofts at Reynolds Village | Asheville, NC | 201 | 93.90% |
| Mansions Of Mansfield | Mansfield, TX | 208 | 97.38% |
| McKinney Point | McKinney, TX | 198 | 95.24% |
| Metropolitan | Little Rock, AR | 260 | 92.41% |
| Mission Oaks | San Antonio, TX | 228 | 94.09% |
| Northside On Travis | Sherman, TX | 200 | 94.00% |
| Oak Hollow Phase I | Seguin, TX | 160 | 92.81% |
| Oak Hollow Phase II | Seguin, TX | 96 | 86.74% |
| Oceanaire | Biloxi, MS | 196 | 93.87% |
| Overlook At Allensville | Sevierville, TN | 144 | 95.26% |
| Parc @ Wylie | Wylie, TX | 198 | 92.99% |
| Parc at Bentonville | Bentonville, AR | 216 | 88.96% |
| Parc At Clarksville | Clarksville, TN | 168 | 95.21% |
| Parc At Denham Springs | Denham Spring, LA | 224 | 90.78% |
| Parc at Garland | Garland, TX | 198 | 94.97% |
| Parc at Mansfield | Mansfield, TX | 99 | 96.65% |
| Parc At Maumelle | Little Rock, AR | 240 | 90.18% |
| Parc At Metro Center | Nashville, TN | 144 | 98.61% |
| Parc At Rogers | Rogers, AR | 250 | 94.82% |
| Preserve At Pecan Creek | Denton, TX | 192 | 95.13% |
| Preserve At Prairie Pointe | Lubbock, TX | 184 | 93.65% |
| Residences At Holland Lake | Weatherford, TX | 208 | 95.08% |

| | | | |
|---|---|---|---|
| Sawgrass Creek | New Port Richey, FL | 188 | 90.57% |
| Sonoma Court | Rockwall, TX | 124 | 93.35% |
| Sugar Mill Phase I | Baton Rouge, LA | 160 | 89.25% |
| Sugar Mill Phase II | Addis, LA | 80 | 87.95% |
| Tattersall Village | Hinesville, GA | 222 | 90.03% |
| Tradewinds | Midland, TX | 214 | 97.31% |
| Villas At Park West I | Pueblo, CO | 148 | 91.84% |
| Villas At Park West II | Pueblo, CO | 112 | 94.53% |
| Vistas Of Vance Jackson | San Antonio, TX | 240 | 92.35% |
| Waterford At Summer Park | Rosenberg, TX | 196 | 96.50% |
| Windsong | Fort Worth, TX | 188 | 96.15% |
| *49* | **Total Apartment Units** | **9,192** | |

16

**Commercial Lease Expirations**

The following table summarizes our commercial lease expirations as of December 31, 2018:

| Year of Lease Expiration | Rentable Square Feet Subject to Expiring Leases | Current Annualized[1] Contractual Rent Under Expiring Leases | Current Annualized[1] Contractual Rent Under Expiring Leases (P.S.F.) | Percentage of Total Square Feet | Percentage of Gross Rentals |
|---|---|---|---|---|---|
| 2019 | 250,228 | $ 4,392,415 | $ 17.55 | 14.7% | 14.3% |
| 2020 | 132,376 | 2,786,951 | 21.05 | 7.8% | 9.1% |
| 2021 | 135,017 | 2,800,861 | 20.74 | 8.0% | 9.1% |
| 2022 | 237,489 | 5,184,674 | 21.83 | 14.0% | 16.9% |
| 2023 | 339,701 | 5,717,047 | 16.83 | 20.0% | 18.6% |
| 2024 | 237,549 | 4,979,956 | 20.96 | 14.0% | 16.2% |
| 2025 | 113,829 | 2,604,020 | 22.88 | 6.7% | 8.5% |
| 2026 | 23,432 | 609,232 | 26.00 | 1.4% | 2.0% |
| Thereafter | 56,926 | 1,627,426 | 28.59 | 3.4% | 5.3% |
| **Total** | **1,526,547** | **$ 30,702,582** | | **90.0%** | **100%** |

(1)  Represents the monthly contractual base rent and recoveries from tenants under existing leases as of December 31, 2018, multiplied by twelve. This amount reflects total rent before any rent abatements and includes expense reimbursements which may be estimates as of such date.

The table below shows information related to the land parcels we own as of December 31, 2018:

| Land | Location | Acres |
|---|---|---|
| 2427 Valley View Ln | Farmers Branch, TX | 0.19 |
| Bonneau Land | Farmers Branch, TX | 5.01 |
| Cooks Lane | Fort Worth, TX | 23.24 |
| Dedeaux | Gulfport, MS | 10.00 |
| Dominion Mercer | Farmers Branch, TX | 3.16 |
| Gautier | Gautier, MS | 3.46 |
| Lacy Longhorn | Farmers Branch, TX | 3.04 |
| Lake Shore Villas | Humble, TX | 19.51 |
| Lubbock | Lubbock, TX | 2.86 |
| McKinney 36 | Collin County, TX | 19.17 |
| Minivest | Dallas, TX | 0.23 |
| Mira Lago | Farmers Branch, TX | 6.55 |
| Nashville | Nashville, TN | 6.25 |
| Nicholson Croslin | Dallas, TX | 0.80 |
| Nicholson Mendoza | Dallas, TX | 0.35 |

App.817

| Ocean Estates | Gulfport, MS | 12.00 |
|---|---|---|
| Texas Plaza | Irving, TX | 10.33 |
| Travis Ranch | Kaufman County, TX | 8.66 |
| Travis Ranch Retail | Kaufman County, TX | 8.13 |
| Union Pacific Railroad | Dallas, TX | 0.04 |
| Valley View 34 | Farmers Branch, TX | 1.31 |
| Whorton Land | Bentonville, AR | 64.44 |
| Willowick | Pensacola, FL | 39.78 |
| Windmill Farms | Kaufman County, TX | 1,855.68 |
| | *Total Land/Development* | *2,104.18* |

**Land Subject to Sales**

| Contract | Location | Acres |
|---|---|---|
| Dominion Tract | Farmers Branch, TX | 6.33 |
| Mercer Crossing | Farmers Branch, TX | 186.59 |
| Windmill Farms | Kaufman County, TX | 108.00 |
| | *Total Land Subject to Sales Contract* | **300.92** |
| | *Total Land* | **2,405.10** |

17

**ITEM 3.    *LEGAL PROCEEDINGS***

**Dynex Capital, Inc.**

On July 20, 2015, the 68th Judicial District Court in Dallas County, Texas issued its Final Judgment in Cause No. DC-03-00675, styled Basic Capital Management, Inc., American Realty Trust, Inc., Transcontinental Realty Investors, Inc., Continental Poydras Corp., Continental Common, Inc. and Continental Baronne, Inc. v. Dynex Commercial, Inc. The case, which was litigated for more than a decade, had its origin with Dynex Commercial making loans to Continental Poydras Corp., Continental Common, Inc. and Continental Baronne, Inc. (subsidiaries of Continental Mortgage & Equity Trust ("CMET"), an entity which merged into TCI in 1999 after the original suit was filed). Under the original loan commitment, $160 million in loans were to be made to the entities. The loans were conditioned on the execution of a commitment between Dynex Commercial and Basic Capital Management, Inc. ("Basic").

An original trial in 2004, which also included Dynex Capital, Inc. as a defendant, resulted in a jury awarding damages in favor of Basic for "lost opportunity," as well as damages in favor of ART and in favor of TCI and its subsidiaries for "increased costs" and "lost opportunity." The original Trial Court judge ignored the jury's findings, however, and entered a "Judgment Notwithstanding the Verdict" ("JNOV") in favor of the Dynex entities (the judge held the Plaintiffs were not entitled to any damages from the Dynex entities). After numerous appeals by all parties, Dynex Capital, Inc. was ultimately dismissed from the case and the remaining claims against Dynex Commercial were remanded to the Trial Court for a new judgment consistent with the jury's findings. The Court entered the new Final Judgment against Dynex Commercial, Inc. on July 20, 2015.

The Final Judgment entered against Dynex Commercial, Inc. on July 20, 2015 awarded Basic $0.256 million in damages, plus pre-judgment interest of $0.192 million for a total amount of $0.448 million. The Judgment awarded ART $14.2 million in damages, plus pre-judgment interest of $10.6 million for a total amount of $24.8 million. The Judgment awarded TCI $11.1 million, plus pre-judgment interest of $8.4 million for a total amount of $19.5 million. The Judgment also awarded Basic, ART, and TCI post-judgment interest at the rate of 5% per annum from April 25, 2014 until the date their respective damages are paid. Lastly, the Judgement awarded Basic, ART, and TCI $1.6 million collectively in attorneys' fees from Dynex Commercial, Inc.

The Company is working with counsel to identify assets and collect on the Final Judgment against Dynex Commercial, Inc., as well as explore possible additional claims, if any, against Dynex Capital, Inc.

**Berger Litigation**

On February 4, 2019, an individual claiming to be a stockholder holding 7,900 shares of Common Stock of Income Opportunity Realty Investors, Inc. ("IOR") filed a Complaint in the United States District Court for the Northern District of Texas, Dallas Division, individually and allegedly derivatively on behalf of IOR, against Transcontinental Realty Investors, Inc. ("TCI"), American Realty Investors, Inc. ("ARL"), (TCI is a shareholder of IOR, ARL is a shareholder of TCI) Pillar Income Asset Management, Inc. ("Pillar"), ( collectively the "Companies"), certain

App.818

officers and directors of the Companies ("Additional Parties") and two other individuals. The Complaint filed alleges that the sale and/or exchange of certain tangible and intangible property between the Companies and IOR during the last ten years of business operations constitutes a breach of fiduciary duty by the one or more of Companies, the Additional Defendants and/or the directors of IOR. The case alleges other related claims. The Plaintiff seeks certification as a representative of IOR and all of its shareholders, unspecified damages, a return to IOR of various funds and an award of costs, expenses, disbursements (including Plaintiff's attorneys' fees) and prejudgment and post-judgment interest. The named Defendants intend to vigorously defend the action, deny all of the allegations of the Complaint, and believe the allegations to be wholly without any merit. While only in the early stages of defending the case, it is not clear that Plaintiff owns any shares of Common Stock of IOR or would be a proper representative of IOR or a class of minority stockholders.

*Litigation.* The ownership of property and provision of services to the public as tenants entails an inherent risk of liability. Although the Company and its subsidiaries are involved in various items of litigation incidental to and in the ordinary course of its business, in the opinion of management, the outcome of such litigation will not have a material adverse impact upon the Company's financial condition, results of operation or liquidity.

**ITEM 4.**   *MINE SAFETY DISCLOSURES*

Not applicable.

<div align="center">18</div>

<div align="center">**PART II**</div>

**ITEM 5.**   *MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES*

TCI's Common stock is listed and traded on the NYSE American under the symbol "TCI". The following table sets forth the high and low sales prices as reported in the consolidated reporting system of the NYSE American for the quarters ended:

|  | 2018 | | 2017 | |
|---|---|---|---|---|
|  | **High** | **Low** | **High** | **Low** |
| First Quarter | $ 46.00 | $ 25.14 | $ 21.50 | $ 11.94 |
| Second Quarter | $ 52.00 | $ 23.90 | $ 27.64 | $ 16.50 |
| Third Quarter | $ 38.25 | $ 28.36 | $ 29.69 | $ 20.37 |
| Fourth Quarter | $ 37.42 | $ 26.73 | $ 35.00 | $ 26.39 |

On March 15, 2019, the closing price of TCI's common stock as reported on the NYSE American was $34.70 per share, and was held by approximately 3,700 holders of record.

TCI's Board of Directors established a policy that dividend declarations on common stock would be determined on an annual basis following the end of each year. In accordance with that policy, the board determined not to pay any dividends on common stock in 2018, 2017 or 2016. Future distributions to common stockholders will be determined by the Board of Directors in light of conditions then existing, including the Company's financial condition and requirements, future prospects, restrictions in financing agreements, business conditions and other factors deemed relevant by the Board.

In December 1989, the Board of Directors approved a share repurchase program, authorizing the repurchase of a total of 687,000 shares of TCI's Common stock. In June 2000, the Board increased this authorization to 1,387,000 shares. On August 10, 2010, the Board of Directors approved an increase in the share repurchase program for up to an additional 250,000 shares of common stock which resulted in a total authorization under the repurchase program for up to 1,637,000 shares of our common stock. This repurchase program has no termination date. There were no shares repurchased for the year ended December 31, 2018.

In November 2006, TCI issued 100,000 shares of Series D Preferred Stock with a liquidation preference of $100 per share. The preferred stock is not convertible into any other security, requires dividends payable at the initial rate of 7% annually. The dividend rate increases ratably from 7% to 9% in future periods and can be redeemed at any point after September 30, 2011.

During the fourth quarter of 2018, all 100,000 shares of Series D Preferred Stock were redeemed for $17.2 million, of which $7.2 million was accrued unpaid dividends. At December 31, 2018, there were no preferred shares outstanding.

<div align="center">19</div>

App.819

**ITEM 6.**  *SELECTED FINANCIAL DATA*

The following table sets forth selected consolidated financial data derived from our audited financial statements for each of the five years in the period ended December 31, 2018. The data presented below should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations" set forth in Part II, Item 7 of this Annual Report and the consolidated financial statements and the accompanying notes set forth in Part II, Item 8 of this Annual Report.

| | For the Years Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2016 | 2015 | 2014 |
| | (dollars in thousands, except share and per share amounts) | | | | |
| **EARNINGS DATA** | | | | | |
| Rental and other property revenues | $ 120,955 | $ 125,233 | $ 118,471 | $ 102,220 | $ 75,858 |
| Total operating expenses | 104,834 | 105,128 | 100,824 | 92,919 | 75,087 |
| Operating income | 16,121 | 20,105 | 17,647 | 9,301 | 771 |
| Other expenses | (1,401) | (49,967) | (36,628) | (36,095) | (17,613) |
| Income (loss) before gain on disposition of 50% interest in VAA, gain on land sales, non-controlling interest, and taxes | 14,720 | (29,862) | (18,981) | (26,794) | (16,842) |
| Gain on disposition of 50% interest in VAA | 154,126 | — | — | — | — |
| Gain on sale of income producing properties | — | 9,842 | 16,207 | 18,911 | 561 |
| Gain on land sales | 17,404 | 4,884 | 3,121 | — | — |
| Income tax (expense) benefit | (3,210) | (180) | (24) | (517) | 20,390 |
| Net income (loss) from continuing operations | 183,040 | (15,316) | 323 | (8,400) | 4,109 |
| Net income (loss) from discontinuing operations | — | — | (1) | 896 | 37,868 |
| Net income (loss) | 183,040 | (15,316) | 322 | (7,504) | 41,977 |
| Net income attributable to non-controlling interest | (1,590) | (499) | (285) | (132) | (399) |
| Net income (loss) attributable to Transcontinental Realty Investors, Inc. | 181,450 | (15,815) | 37 | (7,636) | 41,578 |
| Preferred dividend requirement | (900) | (900) | (900) | (900) | (1,005) |
| Net income (loss) applicable to common shares | $ 180,550 | $ (16,715) | $ (863) | $ (8,536) | $ 40,573 |
| | | | | | |
| **PER SHARE DATA** | | | | | |
| **Earnings per share - basic** | | | | | |
| Income (loss) from continuing operations | $ 20.71 | $ (1.92) | $ (0.10) | $ (1.08) | $ 0.32 |
| Income (loss) from discontinued operations | — | — | — | 0.10 | 4.42 |
| Net income (loss) applicable to common shares | $ 20.71 | $ (1.92) | $ (0.10) | $ (0.98) | $ 4.74 |
| Weighted average common shares used in computing earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 | 8,559,370 |
| | | | | | |
| **Earnings per share - diluted** | | | | | |
| Income (loss) from continuing operations | $ 20.71 | $ (1.92) | $ (0.10) | $ (1.08) | $ 0.32 |
| Income (loss) from discontinued operations | — | — | — | 0.10 | 4.42 |
| Net income (loss) applicable to common shares | $ 20.71 | $ (1.92) | $ (0.10) | $ (0.98) | $ 4.74 |
| Weighted average common shares used in computing diluted earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 | 8,559,370 |
| | | | | | |
| **BALANCE SHEET DATA** | | | | | |
| Real estate, net | $ 384,504 | $ 979,870 | $ 891,173 | $ 844,019 | $ 689,121 |
| Notes and interest receivable, net | 83,541 | 70,166 | 79,308 | 69,551 | 83,457 |
| Investment in VAA | 68,399 | — | — | — | — |
| Total assets | 862,380 | 1,313,422 | 1,185,914 | 1,110,204 | 930,405 |
| Notes and interest payable | 277,237 | 894,482 | 841,516 | 779,434 | 608,917 |
| Bonds and interest payable | 158,574 | 113,047 | — | — | — |
| Shareholders' equity | 380,401 | 208,261 | 224,477 | 225,055 | 233,448 |
| Book value per share | 43.64 | 23.89 | 25.75 | 25.82 | 27.27 |

App.820

The following discussion should be read in conjunction with the financial statements and notes thereto appearing elsewhere in this report.

The Annual Report on Form 10-K contains forward-looking statements within the meaning of the federal securities laws, principally, but not only, under the captions "Business", "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations." We caution investors that any forward-looking statements in this report, or which management may make orally or in writing from time to time, are based on management's beliefs and on assumptions made by, and information currently available to, management. When used, the words "anticipate", "believe", "expect", "intend", "may", "might", "plan", "estimate", "project", "should", "will", "result" and similar expressions which do not relate solely to historical matters are intended to identify forward-looking statements. These statements are subject to risks, uncertainties and assumptions and are not guarantees of future performance, which may be affected by known and unknown risks, trends, uncertainties and factors that are beyond our control. Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual results may vary materially from those anticipated, estimated or projected. We caution you that, while forward-looking statements reflect our good faith beliefs when we make them, they are not guarantees of future performance and are impacted by actual events when they occur after we make such statements. We expressly disclaim any responsibility to update our forward-looking statements, whether as a result of new information, future events or otherwise. Accordingly, investors should use caution in relying on past forward-looking statements, which are based on results and trends at the time they are made, to anticipate future results or trends.

Some of the risks and uncertainties that may cause our actual results, performance or achievements to differ materially from those expressed or implied by forward-looking statements include, among others, the following:

- general risks affecting the real estate industry (including, without limitation, the inability to enter into or renew leases, dependence on tenants' financial condition, and competition from other developers, owners and operators of real estate);

- risks associated with the availability and terms of financing and the use of debt to fund acquisitions and developments;

- failure to manage effectively our growth and expansion into new markets or to integrate acquisitions successfully;

- risks and uncertainties affecting property development and construction (including, without limitation, construction delays, cost overruns, inability to obtain necessary permits and public opposition to such activities);

- risks associated with downturns in the national and local economies, increases in interest rates, and volatility in the securities markets;

- costs of compliance with the Americans with Disabilities Act and other similar laws and regulations;

- potential liability for uninsured losses and environmental contamination;

- risks associated with our dependence on key personnel whose continued service is not guaranteed; and

- the other risk factors identified in this Form 10-K, including those described under the caption "Risk Factors."

The risks included here are not exhaustive. Other sections of this report, including Part I Item 1A. "Risk Factors," include additional factors that could adversely affect our business and financial performance. Moreover, we operate in a very competitive and rapidly changing environment. New risk factors emerge from time to time and it is not possible for management to predict all such risk factors, nor can we assess the impact of all such risk factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements. Given these risks and uncertainties, investors should not place undue reliance on forward-looking statements as a prediction of actual results. Investors should also refer to our quarterly reports on Form 10-Q for future periods and current reports on Form 8-K as we file them with the SEC, and to other materials we may furnish to the public from time to time through Forms 8-K or otherwise.

## Overview

We are an externally advised and managed real estate investment company that owns a diverse portfolio of income-producing properties and land held for development. The Company's portfolio of income-producing properties includes residential apartment communities, office buildings and other commercial properties. Our investment strategy includes acquiring existing income-producing properties as well as developing new properties on land already owned or acquired for a specific development project. We acquire land primarily in in-fill locations or high-growth suburban markets. We are an active buyer and seller of real estate and during 2018 we acquired $103.1 million and sold $57.9 million of land and

income-producing properties. As of December 30, 2018, we owned 1,489 units in nine residential apartment communities, and seven commercial properties comprising approximately 1.7 million rentable square feet. In addition, we own 2,405 acres of land held for development. The Company currently owns income-producing properties and land in six states.

We finance our acquisitions primarily through operating cash flow, proceeds from the sale of land and income-producing properties and debt financing primarily in the form of property-specific first-lien mortgage loans from commercial banks and institutional lenders. We finance our development projects principally with short-term, variable interest rate construction loans that are converted to long-term, fixed rate amortizing mortgages when the development project is completed and occupancy has been stabilized. The Company will, from time to time, also enter into partnerships with various investors to acquire income-producing properties or land and to sell interests in some of its wholly-owned properties. When the Company sells assets, it may carry a portion of the sales price generally in the form of a short-term, interest bearing seller-financed note receivable. The Company generates operating revenues primarily by leasing apartment units to residents and leasing office, retail and industrial space to commercial tenants.

The Company has historically engaged in and may continue to engage in certain business transactions with related parties, including but not limited to asset acquisition and dispositions. Transactions involving related parties cannot be presumed to be carried out on an arm's length basis due to the absence of free market forces that naturally exist in business dealings between two or more unrelated entities. Related party transactions may not always be favorable to our business and may include terms, conditions and agreements that are not necessarily beneficial to or in our best interest.

Since April 30, 2011, Pillar is the Company's external Advisor and Cash Manager under a contractual arrangement that is reviewed annually by our Board of Directors. Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities. Pillar also arranges, for TCI's benefit, debt and equity financing with third party lenders and investors. Pillar also serves as an Advisor and Cash Manager to ARL and IOR. As the contractual Advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor". TCI has no employees. Employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement.

Effective since January 1, 2011, Regis manages our commercial properties and provides brokerage services. Regis is entitled to receive a fee for its property management and brokerage services. Refer to Part III, Item 10. "Directors, Executive Officers and Corporate Governance – Property Management and Real Estate Brokerage." The Company contracts with third-party companies to lease and manage our apartment communities.

## Critical Accounting Policies

We present our financial statements in accordance with generally accepted accounting principles in the United States ("GAAP").

The accompanying Consolidated Financial Statements include our accounts, our subsidiaries, generally all of which are wholly-owned, and all entities in which we have a controlling interest.

For entities in which we have less than a controlling financial interest or entities where we are not deemed to be the primary beneficiary, the entities are accounted for using the equity method of accounting. Accordingly, our share of the net earnings or losses of these entities are included in consolidated net income. TCI's investment in ARL is accounted for under the equity method.

In accordance with the VIE guidance in ASC 810 "Consolidations," the Company consolidated nine multifamily residential properties at December 31, 2018 and fifty-one at December 31, 2017, located throughout the United States ranging from 153 units to 496 units. Assets totaling approximately $462 million and approximately $1,113 million at December 31, 2018 and 2017, respectively, are consolidated and included in "Real estate, at cost" on the balance sheet and are all collateral for their respective mortgage notes payable, none of which are recourse to the partnership in which they are in or to the Company.

<center>22</center>

## Real Estate

Upon acquisitions of real estate, we assess the fair value of acquired tangible and intangible assets, including land, buildings, tenant improvements, "above-" and "below-market" leases, origination costs, acquired in-place leases, other identified intangible assets and assumed liabilities in accordance with ASC Topic 805 "Business Combinations", and allocate the purchase price to the acquired assets and assumed liabilities, including land at appraised value and buildings at replacement cost.

We assess and consider fair value based on estimated cash flow projections that utilize appropriate discount and/or capitalization rates, as well as available market information. Estimates of future cash flows are based on a number of factors including the historical operating results, known and anticipated trends, and market and economic conditions. The fair value of the tangible assets of an acquired property considers the value of the

<div align="right">App.822</div>

property as if it were vacant. We also consider an allocation of purchase price of other acquired intangibles, including acquired in-place leases that may have a customer relationship intangible value, including (but not limited to) the nature and extent of the existing relationship with the tenants, the tenants' credit quality and expectations of lease renewals. Based on our acquisitions to date, our allocation to customer relationship intangible assets has been immaterial.

We record acquired "above-" and "below-market" leases at their fair values (using a discount rate which reflects the risks associated with the leases acquired) equal to the difference between (1) the contractual amounts to be paid pursuant to each in-place lease and (2) management's estimate of fair market lease rates for each corresponding in-place lease, measured over a period equal to the remaining term of the lease for above-market leases and the initial term plus the term of any below-market fixed rate renewal options for below-market leases.

Other intangible assets acquired include amounts for in-place lease values that are based on our evaluation of the specific characteristics of each tenant's lease. Factors to be considered include estimates of carrying costs during hypothetical expected lease-up periods considering current market conditions, and costs to execute similar leases. In estimating carrying costs, we include real estate taxes, insurance and other operating expenses and estimates of lost rentals at market rates during the expected lease-up periods, depending on local market conditions. In estimating costs to execute similar leases, we consider leasing commissions, legal and other related expenses.

Transfers to or from our parent, ARL, or other related parties reflect a basis equal to the cost basis in the asset at the time of the sale.

**Depreciation and Impairment**

Real estate is stated at depreciated cost. The cost of buildings and improvements includes the purchase price of property, legal fees and other acquisition costs. Costs directly related to the development of properties are capitalized. Capitalized development costs include interest, property taxes, insurance, and other direct project costs incurred during the period of development.

A variety of costs are incurred in the acquisition, development and leasing of properties. After determination is made to capitalize a cost, it is allocated to the specific component of a project that is benefited. Determination of when a development project is substantially complete and capitalization must cease involves a degree of judgment. Our capitalization policy on development properties is guided by ASC Topic 835-20 "Interest - Capitalization of Interest" and ASC Topic 970 "Real Estate—General". The costs of land and buildings under development include specifically identifiable costs. The capitalized costs include pre-construction costs essential to the development of the property, development costs, construction costs, interest costs, real estate taxes, salaries and related costs and other costs incurred during the period of development. We consider a construction project as substantially completed and held available for occupancy upon the receipt of certificates of occupancy, but no later than one year from cessation of major construction activity. We cease capitalization on the portion (1) substantially completed and (2) occupied or held available for occupancy, and we capitalize only those costs associated with the portion under construction.

Management reviews its long-lived assets used in operations for impairment when there is an event or change in circumstances that indicates impairment in value. An impairment loss is recognized if the carrying amount of its assets is not recoverable and exceeds its fair value. Fair value is determined by a recent appraisal, comparable based upon prices for similar assets, executed sales contract, a present value and/or a valuation technique based upon a multiple of earnings or revenue. If such impairment is present, an impairment loss is recognized based on the excess of the carrying amount of the asset over its fair value. The evaluation of anticipated cash flows is highly subjective and is based in part on assumptions regarding future occupancy, rental rates and capital requirements that could differ materially from actual results in future periods. If we determine that impairment has occurred, the affected assets must be reduced to their fair value. We did not record any impairment charges for the years ended December 31, 2018 and 2017.

---

23

---

**Real Estate Assets Held for Sale**

We classify properties as held for sale when certain criteria are met in accordance with GAAP. At that time, we present the assets and obligations of the property held for sale separately in our consolidated balance sheet and we cease recording depreciation and amortization expense related to that property. Properties held for sale are reported at the lower of their carrying amount or their estimated fair value, less estimated costs to sell. We did not have any real estate assets classified as held for sale at December 31, 2018 or 2017.

Any properties that are treated as "subject to sales contract" on the Consolidated Balance Sheets and are listed in detail in Schedule III, "Real Estate and Accumulated Depreciation" are those in which we have not recognized the legal sale according to the guidance in ASC 360-20 due to various factors, disclosed in Item 1 "Significant Real Estate Acquisitions/Dispositions and Financing." Any sale transaction where the guidance reflects that a sale had not occurred, the asset involved in the transaction, including the debt, if appropriate, and property operations, remained on the books of the Company. We continue to charge depreciation to expense as a period costs for the property until such time as the property has been classified as held for sale in accordance with guidance reflected in ASC 360-10-45 "Impairment or Disposal of Long-Lived Assets."

Except for ownership interests in variable interest entities, we account for our investments in unconsolidated real estate ventures under the equity method of accounting because the Company exercises significant influence over, but does not control, these entities. These investments are recorded initially at cost, as investments in unconsolidated real estate ventures, and subsequently adjusted for equity in earnings and cash contributions and distributions. Any difference between the carrying amount of these investments on the Company's balance sheet and the underlying equity in net assets is amortized as an adjustment to equity in earnings of unconsolidated real estate ventures over the life of the related asset. Under the equity method of accounting, our net equity is reflected within the Consolidated Balance Sheets, and our share of net income or loss from the joint ventures is included within the Consolidated Statements of Operations. The joint venture agreements may designate different percentage allocations among investors for profits and losses; however, our recognition of joint venture income or loss generally follows the joint venture's distribution priorities, which may change upon the achievement of certain investment return thresholds. For ownership interests in variable interest entities, the Company consolidates those in which we are the primary beneficiary.

### Recognition of Rental Income

Rental income for commercial property leases is recognized on a straight-line basis over the respective lease terms. In accordance with ASC Topic 805, we recognize rental revenue of acquired in-place "above-"and "below-market" leases at their fair values over the terms of the respective leases. On our Consolidated Balance Sheets, we include as a receivable the excess of rental income recognized over rental payments received pursuant to the terms of the individual commercial lease agreements.

Reimbursements of operating costs, as allowed under most of our commercial tenant leases, consist of amounts due from tenants for common area maintenance, real estate taxes and other recoverable costs, and are recognized as revenue in the period in which the recoverable expenses are incurred. We record these reimbursements on a "gross" basis, since we generally are the primary obligor with respect to purchasing goods and services from third-party suppliers; we have discretion in selecting the supplier and have the credit risk with respect to paying the supplier.

Rental revenue for residential property leases is recorded when due from residents and is recognized monthly as earned, which is not materially different than on a straight-line basis as lease terms are generally for periods of one year or less. An allowance for doubtful accounts is recorded for all past due rents and operating expense reimbursements considered to be uncollectible.

### Revenue Recognition on the Sale of Real Estate

Sales and the associated gains or losses of real estate assets are recognized in accordance with the provisions of ASC Topic 360-20, "Property, Plant and Equipment—Real Estate Sale". The specific timing of a sale is measured against various criteria in ASC 360-20 related to the terms of the transaction and any continuing involvement in the form of management or financial assistance associated with the properties. If the sales criteria for the full accrual method are not met, we defer some or all of the gain recognition and account for the continued operations of the property by applying the finance, leasing, deposit, installment or cost recovery methods, as appropriate, until the sales criteria are met.

<center>24</center>

---

### Non-performing Notes Receivable

We consider a note receivable to be non-performing when the maturity date has passed without principal repayment and the borrower is not making interest payments in accordance with the terms of the agreement.

### Interest Recognition on Notes Receivable

We record interest income as earned in accordance with the terms of the related loan agreements.

### Allowance for Estimated Losses

We assess the collectability of notes receivable on a periodic basis, the assessment consists primarily of an evaluation of cash flow projections of the borrower to determine whether estimated cash flows are sufficient to repay principal and interest in accordance with the contractual terms of the note. We recognize impairments on notes receivable when it is probable that principal and interest will not be received in accordance with the contractual terms of the loan. The amount of the impairment to be recognized generally is based on the fair value of the partnership's real estate that represents the primary source of loan repayment. Refer to Note 5 "Notes and Interest Receivable" for details on our notes receivable.

### Fair Value of Financial Instruments

We apply the guidance in ASC Topic 820, "Fair Value Measurements and Disclosures," to the valuation of real estate assets. These provisions

define fair value as the price that would be received to sell an asset or paid to transfer a liability in a transaction between market participants at the measurement date, establish a hierarchy that prioritizes the information used in developing fair value estimates and require disclosure of fair value measurements by level within the fair value hierarchy. The hierarchy gives the highest priority to quoted prices in active markets (Level 1 measurements) and the lowest priority to unobservable data (Level 3 measurements), such as the reporting entity's own data.

The valuation hierarchy is based upon the transparency of inputs to the valuation of an asset or liability as of the measurement date and includes three levels defined as follows:

Level 1 — Unadjusted quoted prices for identical and unrestricted assets or liabilities in active markets.

Level 2 — Quoted prices for similar assets and liabilities in active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument.

Level 3 — Unobservable inputs that are significant to the fair value measurement.

A financial instrument's categorization within the valuation hierarchy is based upon the lowest level of input that is significant to the fair value measurement.

**Related parties**

We apply ASC Topic 805, "Business Combination", to evaluate business relationships. Related parties are persons or entities who have one or more of the following characteristics, which include entities for which investments in their equity securities would be required, trust for the benefit of persons including principal owners of the entities and members of their immediate families, management personnel of the entity and members of their immediate families and other parties with which the entity may deal if one party controls or can significantly influence the decision making of the other to an extent that one of the transacting parties might be prevented from fully pursuing its own separate interests, or affiliates of the entity.

**Results of Operations**

The discussion of our results of operations is based on management's review of operations, which is based on our segments. Our segments consist of apartments, commercial buildings, land and other. For discussion purposes, we break these segments down into the following sub-categories; same property portfolio, acquired properties, and developed properties in the lease-up phase. The same property portfolio consists of properties that were held by us for the entire period for both years being compared. The acquired property portfolio consists of properties that we acquired but have not held for the entire period for both periods being compared. Developed properties in the lease-up phase consist of completed projects that are being leased-up. As we complete each phase of the project, we lease-up that phase and include those revenues in our continued operations. Once a developed property becomes leased-up (80% or more) and is held the entire period for both years under comparison, it is considered to be included in the same property portfolio. Income- producing properties that we have sold during the year are reclassified to discontinued operations for all periods presented. The other segment consists of revenue and operating expenses related to the notes receivable and corporate entities.

<center>25</center>

The following discussion is based on our Consolidated Statements of Operations for the years ended December 31, 2018, 2017, and 2016 as included in Item 8. "Consolidated Financial Statements and Supplementary Data". Continuing operations relates to income-producing properties that were held during those years as adjusted for sales in the subsequent years.

At December 31, 2018, 2017 and 2016, we owned or had interests in a portfolio of nine, fifty-nine and fifty-nine income-producing properties, respectively. The total property portfolio represents all income-producing properties held as of December 31 for the year presented. The table below shows the number of income-producing properties held by year:

| | 2018 | 2017 | 2016 |
|---|---|---|---|
| Continued operations | 9 | 59 | 59 |
| Total property portfolio | **9** | **59** | **59** |

*Comparison of the year ended December 31, 2018 to the year ended December 31, 2017:*

For the year ended December 31, 2018, we reported net income applicable to common shares of $180.1 million or $20.71 per share compared to a net loss applicable to common shares of $16.7 million or ($1.92) per share for the year ended December 31, 2017. The current year net income applicable to common shares includes a gain on disposition of our 50% interest in VAA of $154.1 million. Current year net income also includes gain on sales of land of $17.4 million and no gain on sales of income-producing properties, compared to the prior year net loss which included gain on sales of income producing properties of $9.8 million and gain on land sales of $4.9 million.

**Revenues**

Rental and other property revenues were $121.0 million for the year ended December 31, 2018. This represents a decrease of $4.2 million, as compared to the prior year revenues of $125.2 million. The decrease is primarily due to the contribution of fifty-two properties to the joint venture VAA on November 19, 2018.

**Expenses**

Property operating expenses were $59.4 million for the year ended December 31, 2018. This represents a decrease of $3.7 million, compared to the prior year operating expenses of $63.1 million. The decrease is primarily due to the contribution of fifty-two properties to the joint venture VAA on November 19, 2018.

Depreciation and amortization expenses were $22.8 million for the year ended December 31, 2018. This represents a decrease of $2.8 million compared to prior year depreciation of $25.6 million. The decrease is primarily due to the contribution of fifty-two properties to the joint venture VAA on November 19, 2018.

General and administrative expenses were $11.4 million for the year ended December 31, 2018. This represents an increase of $5.1 million compared to the prior year expenses of $6.3 million. The increase in general and administrative expenses was due primarily to an increase in fees paid to our Advisors of approximately $1.5 million, general fees of approximately $1.5 million associated with finalizing the formation of the joint venture, legal and regulatory fees of $0.8 million and general and professional fees of approximately $1.0 million.

Net income fee was $0.6 million for the year ended December 31, 2018. This represents an increase of $0.3 million compared to the prior year net income fee of $0.3 million. The net income fee paid to Pillar is calculated at 7.5% of net income.

Advisory fees were $10.7 million for the year ended December 31, 2018. This represents an increase of $0.7 million compared to the prior year advisory fees of $10.0 million. Advisory fees are computed based on a gross asset fee of 0.0625% per month (0.75% per annum) of the average of the gross asset value.

**Other income (expense)**

Interest income was $15.8 million for the year ending December 31, 2018 compared to $13.9 million for the year ended December 31, 2017 for an increase of $1.9 million. This increase was primarily due to an increase of $2.7 million in interest on receivable owed from our Advisors, offset by a decrease of $0.8 in interest on notes receivable from other related parties.

<center>26</center>

Mortgage and loan interest expense was $58.9 million for the year ended December 31, 2018. This represents a decrease of $1.0 million compared to the prior year expense of $59.9 million. The decrease is primarily due to the contribution of fifty-two properties to the joint venture VAA on November 19, 2018.

No gain on sales of income producing properties was recognized during the year ended December 31, 2018. Gain on sale of income-producing properties was $9.8 million for the year ended December 31, 2017, attributable to the recognition of deferred gain.

Gain on land sales was $17.4 million and $4.9 million for the years ended December 31, 2018 and 2017, respectively. The increase of approximately $12.5 million was primarily due to sales of land at Mercer Crossing recognized in 2018.

Other income was $28.2 million and $0.6 million for the years ended December 31, 2018 and 2017, respectively. The increase of $27.6 million was primarily due to a $17.6 million gain recognized in September 2018 for deferred income associated with the sale of assets, as well as income of approximately $7.6 million from insurance proceeds on Mahogany Run Golf Course.

Gain on disposition of 50% interest in VAA was $154.1 million for the year ended December 31, 2018. There was no such gain in prior years, the gain was the result of the contribution of fifty-two properties to the joint venture VAA.

***Comparison of the year ended December 31, 2017 to the year ended December 31, 2016:***

For the year ended December 31, 2017, we reported net loss applicable to common shares of $16.7 million or ($1.92) per diluted earnings per share compared to a net loss applicable to common shares of $0.9 million or ($0.10) per diluted earnings per share for the year ended December 31, 2016. The current year net loss applicable to common shares of $16.7 million included gain on sale of income-producing properties of $9.8

million and gain on land sales of $4.9 million compared to the prior year net loss applicable to common shares of $0.9 million which included gain on land sales of $3.1 million.

**Revenues**

Rental and other property revenues were $125.2 million for the year ended December 31, 2017. This represents an increase of $6.7 million, as compared to the prior year revenues of $118.5 million. The change by segment is an increase in the apartment portfolio of $6.2 million and an increase in the commercial portfolio of approximately $0.5 million. We purchased four apartment communities during the year ended December 31, 2016, which produced rental revenue of $8.3 million and $2.0 million during the years ended December 31, 2017 and 2016, respectively, for a net increase of $6.3 million. In addition, we purchased one apartment property during 2017 that produced revenues of $0.8 million in rental revenues.

**Expenses**

Property operating expenses were $63.1 million for the year ended December 31, 2017. This represents an increase of $1.2 million, as compared to the prior year operating expenses of $61.9 million. The growth in our apartment portfolio resulted in a $2.9 million increase in property operating expenses. The Company added a net 723 units during 2016 and 201 units during 2017. Property operating expenses for our commercial portfolio decreased $1.8 million.  In addition, we had a decrease in property operating expenses for our land portfolio of $1.0 million.

Depreciation and amortization expenses were $25.6 million for the year ended December 31, 2017. This represents an increase of $1.9 million as compared to prior year depreciation of $23.7 million. The increase is primarily due to the growth in our apartment portfolio which had an increase of $1.6 million year-over-year.

General and administrative expenses were $6.3 million for the year ended December 31, 2017. This represents an increase of $0.8 million, as compared to the prior year expenses of $5.5 million.

Net income fee remained constant at $0.3 million for the year ended December 31, 2017 and 2016. The net income fee paid to Pillar is calculated at 7.5% of net income.

Advisory fees were $10.0 million for the year ended December 31, 2017. This represents an increase of $0.5 million compared to the prior year advisory fees of $9.5 million. Advisory fees are computed based on a gross asset fee of 0.0625% per month (0.75% per annum) of the average of the gross asset value.

**Other income (expense)**

Interest income was $13.9 million for the year ending December 31, 2017 compared to $14.7 million for the year ended December 31, 2016 for a decrease of $0.8 million.  This decrease was primarily due to a decrease of $2.3 in interest on notes receivable, partially offset by a $1.3 million increase in interest on receivable owed from Advisor.

27

Mortgage and loan interest expense was $59.9 million for the year ended December 31, 2017. This represents an increase of $6.8 million compared to the prior year expense of $53.1 million. The change by segment is an increase in the other portfolio of $9.7 million, an increase in the commercial portfolio of $0.4 million, partially offset by a decrease in the apartment portfolio of $3.0 million and a decrease in the land portfolio of $0.2 million. Within the other portfolio, the increase is due to incurring new mezzanine debt obligations. Within the apartment portfolio, the majority of the increase is due to the acquisition of a new property, partially offset by the refinancing of six loans during 2017 at lower rates.

The gain on sale of income-producing properties $9.8 million was attributable to recognition of deferred gains for the year ended December 31, 2017. During 2016, the Company sold one apartment community located in Irving, Texas to an independent third party for a total sales price of $8.1 million and one apartment community located in Topeka, Kansas to an independent third party for a total sales price of $12.3 million. We recorded an aggregate gain of $16.2 million from the sale of these two properties. The Company also sold an industrial warehouse consisting of approximately 177,805 square feet. The sale resulted in a loss of approximately $0.2 million.

Gain on land sales was $4.9 million and $3.1 million for the years ended December 31, 2017 and 2016, respectively. During 2016, we sold a combined 129.7 acres of land located in Forney, Texas, McKinney, Texas, Farmers Branch, Texas and Nashville, Tennessee to independent third parties for a total sales price of $29.1 million. We recorded an aggregate $3.1 million gain from the land sales. During 2015, we sold 578.8 acres of land in six transactions for a sales price of $102.9 million and recorded a gain of $18.9 million.

**Liquidity and Capital Resources**

App.827

**General**

Our principal liquidity needs are:

- fund normal recurring expenses;

- meet debt service and principal repayment obligations including balloon payments on maturing debt;

- fund capital expenditures, including tenant improvements and leasing costs;

- fund development costs not covered under construction loans; and

- fund possible property acquisitions.

Our principal sources of cash have been and will continue to be:

- property operations;

- proceeds from land and income-producing property sales;

- collection of mortgage notes receivable;

- collections of receivables from related companies;

- refinancing of existing mortgage notes payable; and

- additional borrowings, including mortgage notes payable, and lines of credit.

It is important to realize that the current status of the banking industry has had a significant effect on our industry. The banks' willingness and/or ability to originate loans affects our ability to buy and sell property, and refinance existing debt. We are unable to foresee the extent and length of this down-turn. A continued and extended decline could materially impact our cash flows. We draw on multiple financing sources to fund our long-term capital needs. We generally fund our development projects with construction loans, which are converted to traditional mortgages upon completion of the project.

We may also issue additional equity securities, including common stock. Management anticipates that our cash as of December 31, 2018, along with cash that will be generated in 2019 from notes and interest receivables, will be sufficient to meet all of our cash requirements. Management intends to selectively sell land and income-producing assets, refinance or extend real estate debt and seek additional borrowings secured by real estate to meet its liquidity requirements. Although history cannot predict the future, historically, we have been successful at refinancing and extending a portion of the Company's current maturity obligations.

<div align="center">28</div>

Management reviews the carrying values of TCI's properties and mortgage notes receivable at least annually and whenever events or a change in circumstances indicate that impairment may exist. Impairment is considered to exist if, in the case of a property, the future cash flow from the property (undiscounted and without interest) is less than the carrying amount of the property. The property review generally includes: (1) selective property inspections; (2) a review of the property's current rents compared to market rents; (3) a review of the property's expenses; (4) a review of maintenance requirements; (5) a review of the property's cash flow; (6) discussions with the manager of the property; and (7) a review of properties in the surrounding area. For notes receivable, impairment is considered to exist if it is probable that all amounts due under the terms of the note will not be collected. If impairment is found to exist, a provision for loss is recorded by a charge against earnings. The note receivable review includes an evaluation of the collateral property securing such note.

**Cash Flow Summary**

The following summary discussion of our cash flows is based on the Consolidated Statements of Cash Flows in Part II, Item 8. "Consolidated Financial Statements and Supplementary Data" and is not meant to be an all-inclusive discussion of the changes in our cash flows for the periods presented below (dollars in thousands):

**December 31,**

| | 2018 | 2017 | Variance |
|---|---|---|---|
| Net cash (used in) operating activities | $ (181,187) | $ (25,074) | $ (156,113) |
| Net cash provided by (used in) investing activities | $ 147,625 | $ (98,312) | $ 245,937 |
| Net cash provided by financing activities | $ 51,785 | $ 155,995 | $ (104,210) |

The primary use of cash for operations is daily operating costs, general and administrative expenses, advisory fees, and land holding costs. Our primary source of cash from operating activities is from rental income on properties.

Our primary cash outlays for investing activities are for construction and development, acquisition of land and income-producing properties, and capital improvements to existing properties. Our primary sources of cash from investing activities are from the proceeds on the sale of land and income-producing properties. During the year ended December 31, 2018, we advanced $16.8 million toward various notes receivable, purchased income-producing properties for $10.6 million, and invested approximately $85.1 million for the development of new properties and improvement of income producing properties. In addition, we received $236.8 million from the formation of the joint venture with Macquarie. For the year ended December 31, 2017, we advanced $16.4 million toward various notes receivable, purchased income-producing properties for $37.0 million, and invested approximately $77.4 million for the development of new properties and improvement of income producing properties, offset by proceeds from notes receivables of $26.2 million.

Our primary sources of cash from financing activities are from proceeds on notes payables. Our primary cash outlays are for recurring debt payments and payments on maturing notes payable. For the year ended December 31, 2018, the increase in cash flow from financing activities was due primarily to proceeds from borrowings of $123.3 million, and proceeds received from the sale of nonconvertible Series B Bonds by Southern of $59.2 million, offset by payments to our notes payable of $124.6 million. For the year ended December 31, 2017, the increase in cash flow from financing activities was due primarily to proceeds from borrowings of $135.2 million, and proceeds from the issuance of Series A bonds for $115.3 million, offset by payments to notes payable of $83.1 million and bond issuance and financing costs payments of approximately $10.5 million.

**Equity Investments**

TCI has from time to time purchased shares of IOR and ARL. The Company may purchase additional equity securities of IOR and ARL through open market and negotiated transactions to the extent TCI's liquidity permits. Equity securities of ARL and IOR held by TCI may be deemed "restricted securities" under Rule 144 of the Securities Act of 1933 ("Securities Act"). Accordingly, TCI may be unable to sell such equity securities other than in a registered public offering or pursuant to an exemption under the Securities Act for a one-year period after they are acquired. Such restrictions may reduce TCI's ability to realize the full fair value of such investments if TCI attempted to dispose of such securities in a short period of time.

TCI also holds a voting and profit participation right of 50% and 49%, respectively in VAA. VAA actively participates in the development and/or acquisitions of Class A multi-family assets.

<center>29</center>

**Contractual Obligations**

The following table represents our contractual obligations at December 31, 2018 (in thousands):

| | Total | 2019 | 2020 | 2021 | 2022 | 2023 | Thereafter |
|---|---|---|---|---|---|---|---|
| Notes and interest payable [1] | $ 407,206 | $ 51,265 | $ 19,925 | $ 53,010 | $ 44,553 | $ 38,451 | $ 200,002 |
| Bonds and interest payable [1] | 197,238 | 32,593 | 31,062 | 40,554 | 38,238 | 32,231 | 22,560 |
| Total | $ 604,444 | $ 83,858 | $ 50,987 | $ 93,564 | $ 82,791 | $ 70,682 | $ 222,562 |

[1] The notes and bonds contain financial covenants that, if certain thresholds are not met, could allow the lender to accelerate principal payments or cause the note to become due immediately.

**Environmental Matters**

Under various federal, state and local environmental laws, ordinances and regulations, TCI may be potentially liable for removal or remediation costs, as well as certain other potential costs, relating to hazardous or toxic substances (including governmental fines and injuries to persons and property) where property-level managers have arranged for the removal, disposal or treatment of hazardous or toxic substances. In addition, certain environmental laws impose liability for release of asbestos-containing materials into the air, and third parties may seek recovery for personal injury associated with such materials.

Management is not aware of any environmental liability relating to the above matters that would have a material adverse effect on TCI's business, assets or results of operations.

**Inflation**

The effects of inflation on TCI's operations are not quantifiable. Revenues from property operations tend to fluctuate proportionately with inflationary increases and decreases in housing costs. Fluctuations in the rate of inflation also affect sales values of properties and the ultimate gain to be realized from property sales. To the extent that inflation affects interest rates, TCI's earnings from short-term investments, the cost of new financings and the cost of variable interest rate debt will be affected.

**ITEM 7A.    *QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK***

TCI's primary market risk exposure consists of changes in interest rates on borrowings under our debt instruments that bear interest at variable rates that fluctuate with market interest rates and maturing debt that has to be refinanced. TCI's future operations, cash flow and fair values of financial instruments are also partially dependent on the then existing market interest rates and market equity prices.

As of December 31, 2018, our outstanding notes payable consisted of approximately $285.8 million, including $244.6 million of fixed-rate notes and a variable-rate note of approximately $41.9 million with an interest rate of 5.34%. Our overall weighted average interest rate at December 31, 2018 and 2017 was 7.1% and 5.5%, respectively.

TCI's interest rate sensitivity position is managed by the capital markets department. Interest rate sensitivity is the relationship between changes in market interest rates and the fair value of market rate sensitive assets and liabilities. TCI's earnings are affected as changes in short-term interest rates affect its cost of variable-rate debt and maturing fixed-rate debt.

If market interest rates for variable-rate debt average 100 basis points more in 2019 than they did during 2018, TCI's interest expense would increase and net income would decrease by $0.4 million. This amount is determined by considering the impact of hypothetical interest rates on TCI's borrowing cost. The analysis does not consider the effects of the reduced level of overall economic activity that could exist in such an environment. Further, in the event of a change of such magnitude, management would likely take actions to further mitigate its exposure to the change. However, due to the uncertainty of the specific actions that would be taken and their possible effects, the sensitivity analysis assumes no change in TCI's financial structure.

<div align="center">30</div>

The following table contains exposures that existed at December 31, 2018. Anticipation of exposures or risk on positions that could possibly arise was not considered. TCI's ultimate interest rate risk and its effect on operations will depend on future capital market exposures, which cannot be anticipated with a probable assurance level (dollars in thousands):

| | 2019 | 2020 | 2021 | 2022 | 2023 | Thereafter | Total |
|---|---|---|---|---|---|---|---|
| Note Receivable | | | | | | | |
| Fixed interest rate - fair value | | | | | | | $ 122,571 |
| Instrument's maturities | $ 18,203 | $ 38,030 | $ 174 | $ — | $ — | $ 66,164 | $ 122,571 |
| Interest | 11,192 | 6,323 | 3,950 | 4,383 | 4,383 | 39,445 | $ 69,676 |
| Average Rate | 9% | 8% | 9% | 8% | 8% | 8% | |
| | | | | | | | |
| Notes Payable: | | | | | | | |
| Variable Rate - fair value | | | | | | | $ 41,892 |
| Instrument's maturities | $ 617 | $ 645 | $ 687 | $ 39,943 | $ — | $ — | $ 41,892 |
| Interest | 2,232 | 2,191 | 1,078 | — | — | — | $ 5,501 |
| Average interest rate [(1)] | 5.34% | 5.34% | 5.34% | 5.34% | — | — | |
| | | | | | | | |
| Fixed interest rate - fair value | | | | | | | $ 243,926 |
| Instrument's maturities | $ 36,807 | $ 8,178 | $ 42,515 | $ 3,362 | $ 37,259 | $ 115,805 | $ 243,926 |
| Interest | 10,926 | 8,912 | 8,730 | 1,248 | 1,191 | 84,195 | $ 115,202 |
| Average interest rate | 7.14% | 7.32% | 5.87% | 4.38% | 5.22% | 3.80% | |

[(1)] Interest rates on variable rate notes payable are equal to the variable rates in effect on December 31, 2018.

**ITEM 8.** *CONSOLIDATED FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA*

## INDEX TO FINANCIAL STATEMENTS

|  | Page # |
|---|---|
| **Financial Statements** | |
| Report of Independent Registered Public Accounting Firm | 33 |
| Consolidated Balance Sheets—December 31, 2018 and 2017 | 34 |
| Consolidated Statements of Operations—Years Ended December 31, 2018, 2017 and 2016 | 35 |
| Consolidated Statements of Shareholders' Equity—Years Ended December 31, 2018, 2017 and 2016 | 36 |
| Consolidated Statements of Cash Flows—Years Ended December 31, 2018, 2017 and 2016 | 37 |
| Statements of Consolidated Comprehensive Income (Loss) – Years Ended December 31, 2018, 2017 and 2016 | 38 |
| Notes to Consolidated Financial Statements | 39 |
| | |
| **Financial Statement Schedules** | |
| Schedule III—Real Estate and Accumulated Depreciation | 64 |
| Schedule IV—Mortgage Loans Receivable on Real Estate | 66 |

All other schedules are omitted because they are not required, are not applicable or the information required is included in the Financial Statements or the notes thereto.

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors of and
Stockholders of Transcontinental Realty Investors, Inc.
Dallas, Texas

**Opinion on the Financial Statements**

We have audited the accompanying consolidated balance sheets of Transcontinental Realty Investors, Inc. and Subsidiaries as of December 31, 2018 and 2017, and the related consolidated statements of operations, comprehensive income, stockholders' equity, and cash flows for each of the years in the three-year period ended December 31, 2018, and the related notes and schedules collectively referred to as the "consolidated financial statements." In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of Transcontinental Realty Investors, Inc. as of December 31, 2018 and 2017 and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2018 in conformity with U.S. generally accepted accounting principles.

**Basis of Opinion**

These consolidated financial statements are the responsibility of Company's management. Our responsibility is to express an opinion on the Company's consolidated financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. As part of our audits, we are required to obtain an understanding of internal control over financial reporting, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion.

Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

App.831

As described in the Note 16, Transcontinental Realty Investors, Inc.'s management intends to sell land and income-producing properties and refinance or extend debt secured by real estate to meet the Company's liquidity needs.

**Supplemental Information**

The supplemental information contained in Schedules III and IV has been subjected to audit procedures performed in conjunction with the audit of the Company's financial statements. The supplemental information is the responsibility of the Company's management. Our audit procedures included determining whether the supplemental information reconciles to the financial statements or the underlying accounting and other records, as applicable, and performing procedures to test the completeness and accuracy of the information presented in the supplemental information. In forming our opinion on the supplemental information, we evaluated whether the supplemental information, including its form and content, is presented in conformity with the Security and Exchange Commission's rules. In our opinion, the supplemental information is fairly stated, in all material respects, the financial date required to be set forth therein in relation to the financial statements as a whole.

FARMER, FUQUA & HUFF, PC
Richardson, Texas
March 31, 2019

We have served as the Company's auditor since 2004.

<div align="center">33</div>

## TRANSCONTINENTAL REALTY INVESTORS, INC.
## CONSOLIDATED BALANCE SHEETS

| | December 31, | |
|---|---|---|
| | 2018 | 2017 |
| | (dollars in thousands, except share and par value amounts) | |
| **Assets** | | |
| Real estate, at cost | $ 461,718 | $ 1,112,721 |
| Real estate subject to sales contracts at cost | 2,014 | 45,739 |
| Less accumulated depreciation | (79,228) | (178,590) |
| Total real estate | 384,504 | 979,870 |
| | | |
| Notes and interest receivable (including $51,945 in 2018 and $45,155 in 2017 from related parties) | 83,541 | 70,166 |
| Cash and cash equivalents | 36,358 | 33,563 |
| Restricted cash | 70,207 | 54,779 |
| Investment in joint venture | 68,399 | — |
| Investment in other unconsolidated investees | 22,172 | 2,472 |
| Receivable from related party | 133,642 | 111,665 |
| Other assets | 63,557 | 60,907 |
| Total assets | $ 862,380 | $ 1,313,422 |
| | | |
| **Liabilities and Shareholders' Equity** | | |
| Liabilities: | | |
| Notes and interest payable | $ 277,237 | $ 892,149 |
| Notes related to real estate held for sale | — | 376 |
| Notes related to real estate subject to sales contracts | — | 1,957 |
| Bonds and bond interest payable | 158,574 | 113,047 |
| Deferred revenue (including $21,034 in 2018 and $40,574 in 2017 to related parties) | 17,522 | 60,949 |
| Deferred tax liability | 2,000 | — |
| Accounts payable and other liabilities (including $3 in 2018 and $7,236 in 2017 to related parties) | 26,646 | 36,683 |
| Total liabilities | 481,979 | 1,105,161 |
| | | |
| Shareholders' equity: | | |
| Preferred Stock, Series D: $0.01 par value, authorized 100,000 shares; issued 100,000 shares in | | |

| | 2018 | 2017 |
|---|---|---|
| 2018 and 2017; outstanding 0 shares in 2018 and 100,000 shares in 2017 (liquidation preference $100 per share) | — | 1 |
| Common stock, $0.01 par value, authorized 10,000,000 shares; issued 8,717,967 shares in 2018 and 2017; outstanding 8,717,767 shares in 2018 and 2017 | 87 | 87 |
| Treasury stock at cost, 200 shares in 2018 and 2017 | (2) | (2) |
| Paid-in capital | 258,050 | 268,949 |
| Retained earnings (deficit) | 101,585 | (79,865) |
| Total Transcontinental Realty Investors, Inc. shareholders' equity | 359,720 | 189,170 |
| Non-controlling interest | 20,681 | 19,091 |
| Total shareholders' equity | 380,401 | 208,261 |
| Total liabilities and shareholders' equity | $ 862,380 | $ 1,313,422 |

The accompanying notes are an integral part of these consolidated financial statements.

34

## TRANSCONTINENTAL REALTY INVESTORS, INC.
## CONSOLIDATED STATEMENTS OF OPERATIONS

| | For the Years Ended December 31, | | |
|---|---|---|---|
| | 2018 | 2017 | 2016 |
| | (dollars in thousands, except per share amounts) | | |
| **Revenues:** | | | |
| Rental and other property revenues (including $767, $839 and $708 for the years ended 2018, 2017 and 2016, respectively, from related parties) | $ 120,955 | $ 125,233 | $ 118,471 |
| | | | |
| **Expenses:** | | | |
| Property operating expenses (including $943, $929 and $865 for the years ended 2018, 2017 and 2016, respectively, from related parties) | 59,420 | 63,056 | 61,918 |
| Depreciation and amortization | 22,761 | 25,558 | 23,683 |
| General and administrative (including $4,578, $3,120 and $3,574 for the years ended 2018, 2017 and 2016, respectively, from related parties) | 11,359 | 6,269 | 5,476 |
| Net income fee to related party | 631 | 250 | 257 |
| Advisory fee to related party | 10,663 | 9,995 | 9,490 |
| Total operating expenses | 104,834 | 105,128 | 100,824 |
| Net operating income | 16,121 | 20,105 | 17,647 |
| | | | |
| **Other income (expenses):** | | | |
| Interest income (including $13,132, $11,485 and $13,348 for the years ended 2018, 2017 and 2016, respectively, from related parties) | 15,793 | 13,862 | 14,670 |
| Other income (expense) | 28,150 | 625 | 1,816 |
| Mortgage and loan interest (including $423, $1,174 and $568 for the year ended 2018, 2017 and 2016, respectively, from related parties) | (58,872) | (59,944) | (53,088) |
| Foreign currency transaction gain (loss) | 12,399 | (4,536) | — |
| Equity earnings from VAA | 44 | — | — |
| Earnings (losses) from other unconsolidated investees | 1,085 | 26 | (26) |
| Total other expenses | (1,401) | (49,967) | (36,628) |
| Income (loss) before gain on disposition of 50% interest in VAA, gain on land sales, non-controlling interest, and taxes | 14,720 | (29,862) | (18,981) |
| | | | |
| Gain on disposition of 50% interest in VAA | 154,126 | — | — |
| Gain on sale of income producing properties | — | 9,842 | 16,207 |
| Gain on land sales | 17,404 | 4,884 | 3,121 |
| Net income (loss) from continuing operations before taxes | 186,250 | (15,136) | 347 |
| Income tax expense - current | (1,210) | (180) | (24) |
| Income tax expense - deferred | (2,000) | — | — |

| | | | |
|---|---|---|---|
| Net income (loss) from continuing operations | 183,040 | (15,306) | 323 |
| **Discontinued operations:** | | | |
| Net income (loss) from discontinued operations | — | — | (2) |
| Income tax benefit (expense) from discontinued operations | — | — | 1 |
| Net income (loss) from discontinued operations | — | — | (1) |
| Net income (loss) | 183,040 | (15,316) | 322 |
| Net (income) attributable to non-controlling interest | (1,590) | (499) | (285) |
| Net income (loss) attributable to Transcontinental Realty Investors, Inc. | 181,450 | (15,815) | 37 |
| Preferred dividend requirement | (900) | (900) | (900) |
| Net income (loss) applicable to common shares | $ 180,550 | $ (16,715) | $ (863) |
| | | | |
| **Earnings per share - basic** | | | |
| Net income (loss) from continuing operations | $ 20.71 | $ (1.92) | $ (0.10) |
| Net income (loss) applicable to common shares | $ 20.71 | $ (1.92) | $ (0.10) |
| | | | |
| **Earnings per share - diluted** | | | |
| Net income (loss) from continuing operations | $ 20.71 | $ (1.92) | $ (0.10) |
| Net income (loss) applicable to common shares | $ 20.71 | $ (1.92) | $ (0.10) |
| | | | |
| Weighted average common shares used in computing earnings per share | 8,717,767 | 8,717,767 | 8,717,767 |
| Weighted average common shares used in computing diluted earnings per share | 8,717,767 | 8,717,767 | 8,717,767 |
| | | | |
| **Amounts attributable to Transcontinental Realty Investors, Inc.** | | | |
| Net income (loss) from continuing operations | $ 181,450 | $ (15,815) | $ 38 |
| Net income from discontinued operations | — | — | (1) |
| Net income (loss) applicable to Transcontinental Realty, Investors, Inc. | $ 181,450 | $ (15,815) | $ 37 |

The accompanying notes are an integral part of these consolidated financial statements.

35

---

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY**
**For the Three Years Ended December 31, 2018**
**(audited, dollars in thousands, except share amounts)**

| | Total Equity | Comprehensive Income (Loss) | Preferred Stock | Common Stock Shares | Common Stock Amount | Treasury Stock | Paid-in Capital | Retained Deficit | Non-controlling Interest |
|---|---|---|---|---|---|---|---|---|---|
| **Balance, December 31, 2015** | $ 225,055 | $ (65,174) | $ 1 | 8,717,967 | $ 87 | $ (2) | $ 270,749 | $ (64,087) | $ 18,307 |
| Series D preferred stock dividends (9.0% per year) | (900) | — | — | — | — | — | (900) | — | — |
| Net income | 322 | 322 | — | — | — | — | — | 37 | 285 |
| **Balance, December 31, 2016** | $ 224,477 | $ (64,852) | $ 1 | 8,717,967 | $ 87 | $ (2) | $ 269,849 | $ (64,050) | $ 18,592 |
| Series D preferred stock dividends (9.0% per year) | (900) | — | — | — | — | — | (900) | — | — |
| Net loss | (15,316) | (15,316) | — | — | — | — | — | (15,815) | 499 |
| **Balance, December 31, 2017** | $ 208,261 | $ (80,168) | $ 1 | 8,717,967 | $ 87 | $ (2) | $ 268,949 | $ (79,865) | $ 19,091 |
| Series D preferred stock dividends (9.0% per year) | (900) | — | — | — | — | — | (900) | — | — |
| Redemption of Series D preferred stock | (10,000) | — | (1) | — | — | — | (9,999) | — | — |
| Net income | 183,040 | 181,450 | — | — | — | — | — | 181,450 | 1,590 |
| **Balance, December 31, 2018** | $ 380,401 | $ 101,282 | $ — | 8,717,967 | $ 87 | $ (2) | $ 258,050 | $ 101,585 | $ 20,681 |

The accompanying notes are an integral part of these consolidated financial statements.

36

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(unaudited)**

| | Year Ended December 31, | | |
| --- | ---: | ---: | ---: |
| | **2018** | **2017** | **2016** |
| | (dollars in thousands) | | |
| **Cash Flow From Operating Activities:** | | | |
| Net income (loss) | $ 183,040 | $ (15,316) | $ 322 |
| Adjustments to reconcile net loss applicable to common shares to net cash flows from operating activities: | | | |
| Gain on disposition of 50% interest in VAA | (154,126) | — | — |
| Gain on sale of income-producing properties | — | (9,842) | (16,207) |
| Gain on sale of land | (17,404) | (4,884) | (3,121) |
| Depreciation and amortization | 22,761 | 25,558 | 23,683 |
| Amortization of deferred borrowing costs | 4,994 | 3,574 | 4,314 |
| Amortization of bond issuance costs | 2,994 | 971 | — |
| Equity earnings from VAA | (44) | — | — |
| Earnings from other unconsolidated investees | (1,085) | (26) | (26) |
| (Increase) decrease in assets: | | | |
| Accrued interest receivable | (22,601) | (668) | (922) |
| Other assets | (105,531) | (1,433) | (2,388) |
| Prepaid expense | 19,124 | (5,661) | (9,238) |
| Rent receivables | (3,213) | 543 | 2,840 |
| Related party receivables | (14,995) | (9,972) | (11,134) |
| Increase (decrease) in liabilities: | | | |
| Accrued interest payable | (2,307) | 4,573 | 20 |
| Other liabilities | (92,794) | (12,491) | 14,062 |
| Net cash (used in) operating activities | (181,187) | (25,074) | 2,205 |
| | | | |
| **Cash Flow From Investing Activities:** | | | |
| Proceeds from disposition of 50% interest in VAA | 236,752 | — | — |
| Proceeds from notes receivable | 6,541 | 26,230 | 2,867 |
| Originations or advances on notes receivable | (16,801) | (16,420) | (11,703) |
| Acquisition of land held for development | — | — | (12,508) |
| Acquisition of income-producing properties | (10,558) | (37,044) | (79,736) |
| Proceeds from sale of income-producing properties | 4,889 | — | 21,850 |
| Proceeds from sale of land | 11,857 | 6,301 | 29,128 |
| Investment in unconsolidated real estate entities | — | — | 2,797 |
| Improvement of land held for development | — | — | (3,023) |
| Improvement of income-producing properties | (3,688) | (64,443) | (5,702) |
| Construction and development of new properties | (81,367) | (12,936) | (10,836) |
| Net cash provided by (used in) investing activities | 147,625 | (98,312) | (66,866) |
| | | | |
| **Cash Flow From Financing Activities:** | | | |
| Proceeds from notes payable | 123,345 | 135,116 | 242,215 |
| Recurring payment of principal on notes payable | (107,866) | (83,070) | (20,205) |
| Payments on maturing notes payable | (16,750) | — | (160,745) |
| Proceeds from bonds | 59,213 | 115,335 | — |
| Bond issuance costs | (5,257) | (6,887) | — |
| Deferred financing costs | — | (3,599) | 798 |
| Preferred stock dividends - Series D | (900) | (900) | (900) |
| Net cash provided by financing activities | 51,785 | 155,995 | 61,163 |
| | | | |
| Net increase (decrease) in cash, cash equivalents and restricted cash | 18,223 | 32,609 | (3,498) |
| Cash, cash equivalents and restricted cash, beginning of period | 88,342 | 55,733 | 59,231 |
| Cash, cash equivalents and restricted cash, end of period | $ 106,565 | $ 88,342 | $ 55,733 |

App.835

**Supplemental disclosures of cash flow information:**

| | | | | | |
|---|---|---|---|---|---|
| Cash paid for interest | $ | 61,587 | $ | 49,791 | $ | 43,986 |

**Schedule of noncash investing and financing activities:**

| | | | | | |
|---|---|---|---|---|---|
| Notes receivable received from sale of income-producing properties | $ | 1,735 | $ | — | $ | — |
| Seller financing note - acquisition of income-producing properties | $ | 1,895 | $ | — | $ | — |
| Notes payable issued on acquisition of income-producing properties | $ | 31,175 | $ | — | $ | — |

The accompanying notes are an integral part of these consolidated financial statements.

37

## TRANSCONTINENTAL REALTY INVESTORS, INC.
### STATEMENTS OF CONSOLIDATED COMPREHENSIVE INCOME
**(unaudited)**

| | | Year Ended December 31, | | |
|---|---|---|---|---|
| | | **2018** | **2017** | **2016** |
| | | (dollars in thousands) | | |
| Net income (loss) | $ | 183,040 $ | (15,316) $ | 322 |
| Comprehensive income attributable to non-controlling interest | | (1,590) | (499) | (285) |
| Comprehensive income (loss) attributable to Transcontinental Realty Investors, Inc. | $ | 181,450 $ | (15,815) $ | 37 |

The accompanying notes are an integral part of these consolidated financial statements.

38

## TRANSCONTINENTAL REALTY INVESTORS, INC.

### NOTES TO FINANCIAL STATEMENTS

The accompanying Consolidated Financial Statements of Transcontinental Realty Investors, Inc. "TCI" and consolidated entities have been prepared in conformity with accounting principles generally accepted in the United States of America, the most significant of which are described in Note 1. "Summary of Significant Accounting Policies." The Notes to Consolidated Financial Statements are an integral part of the Consolidated Financial Statements. The data presented in the Notes to Consolidated Financial Statements are as of December 31 of each year and for the year then ended, unless otherwise indicated. Dollar amounts in tables are in thousands, except per share amounts.

Certain prior year amounts have been reclassified to conform to the current year presentation on the consolidated statements of operations, consolidated balance sheets and the consolidated statements of cash flows.

**NOTE 1.**    *ORGANIZATION AND SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*

*Organization and business.*   TCI, a Nevada corporation, is headquartered in Dallas, Texas and its common stock trades on the New York Stock Exchange ("NYSE American") under the symbol "TCI".

TCI is a "C" corporation for U.S. federal income tax purposes and files an annual consolidated income tax return with American Realty Investors, Inc. "ARL", whose common stock is traded on the NYSE American under the symbol "ARL". Subsidiaries of ARL own approximately 77.68% of the Company's common stock.

In 2009, the Company acquired an additional 2,518,934 shares of common stock of Income Opportunity Realty Investors, Inc. "IOR", and in doing so, increased its ownership from approximately 25% to over 80% of the shares of common stock of IOR outstanding. Upon acquisition of the additional shares in 2009, IOR's results of operations began consolidating with those of the Company for tax and financial reporting purposes. As of December 31, 2017, TCI owned 81.25% of the outstanding IOR common shares. Shares of IOR are traded on the New York Exchange ("NYSE

App.836

At the time of the acquisition, the historical accounting value of IOR's assets was $112 million and liabilities were $43 million. In that the shares of IOR acquired by TCI were from a related party, the values recorded by TCI are IOR's historical accounting values at the date of transfer. The Company's fair valuation of IOR's assets and liabilities at the acquisition date approximated IOR's book value. The net difference between the purchase price and historical accounting basis of the assets and liabilities acquired was $25.9 million and has been reflected by TCI as deferred income. The deferred income will be recognized upon the sale of the land that IOR held on its books as of the date of sale, to an independent third party.

TCI's Board of Directors is responsible for directing the overall affairs of TCI and for setting the strategic policies that guide the Company. As of April 30, 2011, the Board of Directors delegated the day-to-day management of the Company to Pillar Income Asset Management, Inc. ("Pillar"), a Nevada corporation under a written Advisory Agreement that is reviewed annually by TCI's Board of Directors. The directors of TCI are also directors of ARL and IOR. The Chairman of the Board of Directors of TCI also serves as the Chairman of the Board of Directors of ARL and IOR. The officers of TCI also serve as officers of ARL, IOR and Pillar.

Since April 30, 2011, Pillar, the sole shareholder of which is Realty Advisors, LLC, a Nevada limited liability company, the sole member of which is Realty Advisors, Inc. "RAI", a Nevada corporation, the sole shareholder of which is May Realty Holdings, Inc. ("MRHI", formerly known as Realty Advisors Management, Inc. "RAMI", effective August 7, 2014), a Nevada corporation, the sole shareholder of which is a trust known as the May Trust, became the Company's external Advisor and Cash Manager.  Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities. Pillar also arranges, for the Company's benefit, debt and equity financing with third party lenders and investors. Pillar also serves as an Advisor and Cash Manager to ARL and IOR.  As the contractual advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor".  TCI has no employees. Employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement.

Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), manages our commercial properties and provides brokerage services. Regis receives property management fees and leasing commissions in accordance with the terms of its property-level management agreement. Regis is also entitled to receive real estate brokerage commissions in accordance with the terms of a non-exclusive brokerage agreement. Refer to Part III, Item 10. "Directors, Executive Officers and Corporate Governance – Property Management and Real Estate Brokerage".  TCI engages third-party companies to lease and manage its apartment properties.

Southern Properties Capital Ltd. ("Southern") is a wholly owned subsidiary of TCI that was incorporated on August 16, 2016 for the purpose of raising funds by issuing debentures that cannot be converted into shares on the Tel-Aviv Stock Exchange ("TASE"). Southern operates in the United States and is primarily involved in investing in, developing, constructing and operating income-producing properties of multi-family residential real estate assets. Southern is included in the consolidated financial statements of TCI.

On January 1, 2012, the Company entered into a development agreement with Unified Housing Foundation, Inc. "UHF" a non-profit corporation that provides management services for the development of residential apartment projects in the future. This development agreement was terminated December 31, 2013. The Company has also invested in surplus cash notes receivables from UHF and has sold several residential apartment properties to UHF in prior years. Due to this ongoing relationship and the significant investment in the performance of the collateral secured under the notes receivable, UHF has been determined to be a related party.

On November 19, 2018, we executed an agreement between the Macquarie Group ("Macquarie") and Southern and TCI to create a joint venture, Victory Abode Apartments, LLC ("VAA") to address existing and future demand for quality multifamily residential housing through acquisition and development of sustainable Class A multifamily housing in focused secondary and tertiary markets. In connection with the formation of the joint venture, Southern and TCI contributed a portfolio of 49 income producing apartment complexes, and 3 development projects in various stages of construction and received cash consideration of $236.8 million. At the time of the transfer of the properties, the joint venture assumed all liabilities of those properties, including mortgage debt to the Department of Housing and Urban Development ("HUD").

VAA is equally owned and controlled by Abode JVP, LLC, a wholly-owned subsidiary of Southern and Summerset Intermediate Holdings 2 LLC ("Summerset"), a wholly-owned indirect subsidiary of Macquarie.  Pursuant to the Agreement, Abode JVP, LLC and Summerset each own voting and profit participation rights of 50% and 49%, respectively ("Class A Members").  The remaining 2% of the profits interest is held by Daniel J. Moos, who serves as the President and Chief Executive officer of the Company ("Class B Member") and Manager of the joint venture.

Our primary business is the acquisition, development and ownership of income-producing residential and commercial real estate properties. In addition, we opportunistically acquire land for future development in in-fill or high-growth suburban markets. From time to time and when we

believe it appropriate to do so, we will also sell land and income-producing properties. We generate revenues by leasing apartment units to residents and leasing office and retail space to various for-profit businesses as well as certain local, state and federal agencies. We also generate income from gains on sales of income-producing properties and land. At December 31, 2018, we owned nine residential apartment communities comprising of 1,489 units, seven commercial properties comprising an aggregate of approximately 1.7 million rentable square feet, an investment in 2,405 acres of undeveloped and partially developed land. In addition, our joint venture VAA owns forty-nine residential apartment communities comprised of 9,192 units.

***Basis of presentation***.    The Company presents its financial statements in accordance with generally accepted accounting principles in the United States ("GAAP"). The accompanying Consolidated Financial Statements include our accounts, our subsidiaries, generally all of which are wholly-owned, and all entities in which we have a controlling interest. Arrangements that are not controlled through voting or similar rights are accounted for as a Variable Interest Entity (VIE), in accordance with the provisions and guidance of ASC Topic 810 "Consolidation", whereby we have determined that we are a primary beneficiary of the VIE and meet certain criteria of a sole general partner or managing member as identified in accordance with Emerging Issues Task Force ("EITF") Issue 04-5, Investor's Accounting for an Investment in a Limited Partnership when the Investor is the Sole General Partner and the Limited Partners have Certain Rights ("EITF 04-5"). VIEs are generally entities that lack sufficient equity to finance their activities without additional financial support from other parties or whose equity holders as a group lack adequate decision making ability, the obligation to absorb expected losses or residual returns of the entity, or have voting rights that are not proportional to their economic interests. The primary beneficiary generally is the entity that provides financial support and bears a majority of the financial risks, authorizes certain capital transactions, or makes operating decisions that materially affect the entity's financial results. All significant intercompany balances and transactions have been eliminated in consolidation.

In determining whether we are the primary beneficiary of a VIE, we consider qualitative and quantitative factors, including, but not limited to: the amount and characteristics of our investment; the obligation or likelihood for us or other investors to provide financial support; our and the other investors' ability to control or significantly influence key decisions for the VIE; and the similarity with and significance to the business activities of us and the other investors. Significant judgments related to these determinations include estimates about the current future fair values and performance of real estate held by these VIEs and general market conditions.

<center>40</center>

For entities in which we have less than a controlling financial interest or entities where it is not deemed to be the primary beneficiary, the entities are accounted for using the equity method of accounting. Accordingly, our share of the net earnings or losses of these entities are included in consolidated net income. TCI's investments in ARL and VAA are accounted for under the equity method.

The Company in accordance with the VIE guidance in ASC 810 "Consolidations" consolidates nine and fifty-one multifamily residential properties located throughout the United States at December 31, 2018 and December 31, 2017, respectively, with total units of 1,489 and 8,427, respectively.  Assets totaling approximately $461.7 million and approximately $1,112.7 million at December 31, 2018 and 2017, respectively, are consolidated and included in "Real estate, at cost" on the balance sheet and are all collateral for their respective mortgage notes payable, none of which are recourse to the partnership in which they are in or to the Company.

***Real estate, depreciation, and impairment***.    Real estate assets are stated at the lower of depreciated cost or fair value, if deemed impaired. Major replacements and betterments are capitalized and depreciated over their estimated remaining useful lives. Depreciation is computed on a straight-line basis over the useful lives of the properties (buildings and improvements—10-40 years; furniture, fixtures and equipment—5-10 years). We continually evaluate the recoverability of the carrying value of its real estate assets using the methodology prescribed in ASC Topic 360, "Property, Plant and Equipment," Factors considered by management in evaluating impairment of its existing real estate assets held for investment include significant declines in property operating profits, annually recurring property operating losses and other significant adverse changes in general market conditions that are considered permanent in nature. Under ASC Topic 360, a real estate asset held for investment is not considered impaired if the undiscounted, estimated future cash flows of an asset (both the annual estimated cash flow from future operations and the estimated cash flow from the theoretical sale of the asset) over its estimated holding period are in excess of the asset's net book value at the balance sheet date. If any real estate asset held for investment is considered impaired, a loss is provided to reduce the carrying value of the asset to its estimated fair value.

Properties that are treated as "subject to sales contract" on the Consolidated Balance Sheets and are listed in detail in Schedule III, "Real Estate and Accumulated Depreciation" are those in which we have not recognized the legal sale according to the guidance in ASC 360-20 due to various factors. For sales transactions where the guidance reflects a sale did not occur, the asset involved in the transaction, including the debt, if applicable, and property operations, remain on the books of the Company. We continue to charge depreciation to expense as a period cost for the property until such time as the property has been classified as held for sale in accordance with guidance reflected in ASC 360-10-45 "Impairment or Disposal of Long-Lived Assets."

***Real estate held for sale***.    We classify properties as held for sale when certain criteria are met in accordance with GAAP. At that time, we present

the assets and obligations of the property held for sale separately in our consolidated balance sheet and we cease recording depreciation and amortization expense related to that property. Properties held for sale are reported at the lower of their carrying amount or their estimated fair value, less estimated costs to sell. We did not have any real estate assets classified as held for sale at December 31, 2018 or 2017.

Effective as of January 1, 2015, we adopted the revised guidance in Accounting Standards Update No. 2014-08 regarding discontinued operations. For sales of real estate or assets classified as held for sale after January 1, 2015, we will evaluate whether a disposal transaction meets the criteria of a strategic shift and will have a major effect on our operations and financial results to determine if the results of operations and gains on sale of real estate will be presented as part of our continuing operations or as discontinued operations in our consolidated statements of operations. If the disposal represents a strategic shift, it will be classified as discontinued operations for all periods presented; if not, it will be presented in continuing operations.

Any properties that are treated as "subject to sales contract" on the Consolidated Balance Sheets and are listed in detail in Schedule III, "Real Estate and Accumulated Depreciation" are those in which we have not recognized the legal sale according to the guidance in ASC 360-20 due to various factors, disclosed in Item 1 "Significant Real Estate Acquisitions/Dispositions and Financing." Any sale transaction where the guidance reflects that a sale had not occurred, the asset involved in the transaction, including the debt, if appropriate, and property operations, remained on the books of the Company. We continue to charge depreciation to expense as a period costs for the property until such time as the property has been classified as held for sale in accordance with guidance reflected in ASC 360-10-45 "Impairment or Disposal of Long-Lived Assets."

*Cost capitalization.*    The cost of buildings and improvements includes the purchase price of property, legal fees and other acquisition costs. Costs directly related to planning, developing, initial leasing and constructing a property are capitalized and classified as Real Estate in the Consolidated Balance Sheets. Capitalized development costs include interest, property taxes, insurance, and other direct project costs incurred during the period of development.

<div align="center">41</div>

A variety of costs are incurred in the acquisition, development and leasing of properties. After determination is made to capitalize a cost, it is allocated to the specific component of a project that is benefited. Determination of when a development project is substantially complete and capitalization must cease involves a degree of judgment. Our capitalization policy on development properties is guided by ASC Topic 835-20 "Interest – Capitalization of Interest" and ASC Topic 970 "Real Estate - General". The costs of land and buildings under development include specifically identifiable costs. The capitalized costs include pre-construction costs essential to the development of the property, development costs, construction costs, interest costs, real estate taxes, salaries and related costs and other costs incurred during the period of development. We consider a construction project as substantially completed and held available for occupancy upon the receipt of certificates of occupancy, but no later than one year from cessation of major construction activity. We cease capitalization on the portion (1) substantially completed and (2) occupied or held available for occupancy, and we capitalize only those costs associated with the portion under construction.

We capitalize leasing costs which include commissions paid to outside brokers, legal costs incurred to negotiate and document a lease agreement and any internal costs that may be applicable. We allocate these costs to individual tenant leases and amortize them over the related lease term.

*Fair value measurement.*   We apply the guidance in ASC Topic 820, "Fair Value Measurements and Disclosures," to the valuation of real estate assets. These provisions define fair value as the price that would be received to sell an asset or paid to transfer a liability in a transaction between market participants at the measurement date, establish a hierarchy that prioritizes the information used in developing fair value estimates and require disclosure of fair value measurements by level within the fair value hierarchy. The hierarchy gives the highest priority to quoted prices in active markets (Level 1 measurements) and the lowest priority to unobservable data (Level 3 measurements), such as the reporting entity's own data.

The valuation hierarchy is based upon the transparency of inputs to the valuation of an asset or liability as of the measurement date and includes three levels defined as follows:

Level 1—Unadjusted quoted prices for identical and unrestricted assets or liabilities in active markets.

Level 2—Quoted prices for similar assets and liabilities in active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument.

Level 3—Unobservable inputs that are significant to the fair value measurement.

A financial instrument's categorization within the valuation hierarchy is based upon the lowest level of input that is significant to the fair value measurement.

*Related parties.* We apply ASC Topic 805, "Business Combinations" to evaluate business relationships. Related parties are persons or entities who have one or more of the following characteristics, which include entities for which investments in their equity securities would be required, trust for the benefit of persons including principal owners of the entities and members of their immediate families, management personnel of the entity and members of their immediate families and other parties with which the entity may deal if one party controls or can significantly influence the decision making of the other to an extent that one of the transacting parties might be prevented from fully pursuing its own separate interests, or affiliates of the entity.

*Recognition of revenue.*   Our revenues, which are composed largely of rental income, include rents reported on a straight-line basis over the lease term. In accordance with ASC 805 "Business Combinations", we recognize rental revenue of acquired in-place "above-" and "below-market" leases at their fair values over the terms of the respective leases.

Reimbursements of operating costs, as allowed under most of our commercial tenant leases, consist of amounts due from tenants for common area maintenance, real estate taxes and other recoverable costs, and are recognized as revenue in the period in which the recoverable expenses are incurred. We record these reimbursements on a "gross" basis, since we generally are the primary obligor with respect to purchasing goods and services from third-party suppliers; we have discretion in selecting the supplier and have the credit risk with respect to paying the supplier.

Rental revenue for residential property leases is recorded when due from residents and is recognized monthly as earned, which is not materially different than on a straight-line basis as lease terms are generally for periods of one year or less. An allowance for doubtful accounts is recorded for all past due rents and operating expense reimbursements considered to be uncollectible.

Sales and the associated gains or losses related to real estate assets are recognized in accordance with the provisions of ASC Topic 360-20, "Property, Plant and Equipment—Real Estate Sale." The specific timing of a sale is measured against various criteria in ASC 360-20 related to the terms of the transaction and any continuing involvement in the form of management or financial assistance associated with the properties. If the sales criteria for the full accrual method are not met, the Company defers some or all of the gain recognition and accounts for the continued operations of the property by applying the finance, leasing, deposit, installment or cost recovery methods, as appropriate, until the sales criteria are met.

<center>42</center>

*Non-performing notes receivable.*   We consider a note receivable to be non-performing when the maturity date has passed without principal repayment and the borrower is not making interest payments in accordance with the terms of the agreement.

*Interest recognition on notes receivable*.   We record interest income as earned in accordance with the terms of the related loan agreements.

*Allowance for estimated losses*.   We assess the collectability of notes receivable on a periodic basis, the assessment consists primarily of an evaluation of cash flow projections of the borrower to determine whether estimated cash flows are sufficient to repay principal and interest in accordance with the contractual terms of the note. We recognize impairments on notes receivable when it is probable that principal and interest will not be received in accordance with the contractual terms of the loan. The amount of the impairment to be recognized generally is based on the fair value of the partnership's real estate that represents the primary source of loan repayment. Refer to Note 5 "Notes and Interest Receivable" for details on our notes receivable.

*Cash equivalents.*   For purposes of the Consolidated Statements of Cash Flows, all highly liquid investments purchased with an original maturity of three months or less are considered to be cash equivalents.

*Restricted cash.*   Restricted cash is comprised primarily of cash balances held in escrow by financial institutions under the terms of certain secured notes payable and certain unsecured bonds payable.

*Concentration of credit risk.*   The Company maintains its cash balances at commercial banks and through investment companies, the deposits of which are insured by the Federal Deposit Insurance Corporation (FDIC). At December 31, 2017 and 2016, the Company maintained balances in excess of the insured amount.

*Earnings per share*.   Income (loss) per share is presented in accordance with ASC 620 "Earnings per Share" and is computed based upon the weighted average number of shares of common stock outstanding during each year.

*Use of estimates.*   In the preparation of Consolidated Financial Statements in conformity with GAAP, it is necessary for management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the Consolidated Financial Statements and the reported amounts of revenues and expense for the year ended. Actual results could differ from those estimates.

<div align="right">App.840</div>

*Income taxes*.    The Company is a "C" corporation" for U.S. federal income tax purposes. The Company and the rest of the ARL group are included in the MRHI, consolidated group for tax purposes. TCI is a member of a tax sharing agreement that specifies the manner in which the group will share the consolidated tax liability and also how certain tax attributes are to be treated among members of the group.

43

---

*Recent accounting pronouncements*.

In May 2014, Accounting Standards Update ("ASU") No. 2014-09 ("ASU 2014-09"), "Revenue from Contracts with Customers," was issued. This new guidance established a new single comprehensive revenue recognition model and provides for enhanced disclosures. Under the new policy, the nature, timing and amount of revenue recognized for certain transactions could differ from those recognized under existing accounting guidance. This new standard does not affect revenue recognized under lease contracts. ASU 2014-09 is effective for reporting periods beginning after December 15, 2017. The Company does not believe the adoption of this guidance had a material impact on its financial statements.

In February 2016, FASB issued ASU 2016-02 ("ASU 2016-02"), Leases. This guidance establishes a new model for accounting for leases and provides for enhanced disclosures. ASU 2016-02 is effective for reporting periods beginning after December 15, 2018. The Company is currently evaluating the impact of the adoption of ASU 2016-02 on its financial position and results of operations, if any.

In August 2016, the FASB issued ASU 2016-15, Statement of Cash Flows (Topic 230): Classification of Certain Cash Receipts and Cash Payments, which addresses how certain cash receipts and cash payments are presented and classified in the statement of cash flows. The ASU is effective for fiscal years beginning after December 15, 2017, including interim periods within those years; however, early adoption is permitted. Entities must apply the guidance retrospectively to all periods presented but may apply it prospectively if retrospective application would be impracticable. The Company adopted this standard effective on January 1, 2018. ASU 2016-15 will impact our presentation of operating, investing and financing activities related to certain cash receipts and payments on our consolidated statements of cash flows.

In November 2016, the FASB issued ASU 2016-18, Statement of Cash Flows (Topic 230): Restricted Cash, which clarifies guidance on the classification and presentation of changes in restricted cash. The ASU is effective for reporting periods beginning after December 15, 2017, with early adoption permitted, and will be applied retrospectively to all periods presented. Upon adoption, restricted cash balances will be included along with cash and cash equivalents as of the end of the period and beginning period, respectively, in the Company's consolidated statement of cash flows for all periods presented. Upon adoption, separate line items showing changes in restricted cash balances will be eliminated from the Company's consolidated statement of cash flows. The Company adopted this guidance effective on January 1, 2018. ASU 2016-18 will impact our presentation of operating, investing and financing activities related to restricted cash on our consolidated statements of cash flows.

In January 2017, the FASB issued ASU 2017-01, Business Combinations (Topic 805): Clarifying the Definition of a Business, which clarifies the definition of a business when evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. The ASU is effective for reporting periods beginning after December 15, 2017, with early adoption permitted. The Company expects that acquisitions of real estate or in-substance real estate will not meet the revised definition of a business and thus will be treated as asset acquisitions. Acquisition costs for those acquisitions that are not businesses will be capitalized rather than expensed. The Company adopted this guidance effective January 1, 2018. The Company does not believe the adoption of this guidance will have a material impact on its consolidated financial statements.

In February 2017, the FASB issued ASU 2017-05, Other Income – Gains and Losses from the Derecognition of Nonfinancial Assets (Topic 610-20), which requires that all entities account for the derecognition of a business in accordance with ASC 810, including instances in which the business is considered in-substance real estate. The ASU requires the Company to measure at fair value any retained interest in a partial sale of real estate. The ASU is effective for annual periods, and interim periods therein, beginning after December 15, 2017. The Company adopted ASU 2017-05 effective January 1, 2018. The Company does not believe the adoption of this guidance will have a material impact on its consolidated financial statements.

In August 2018, the FASB issued ASU 2018-13, Fair Value Measurement (Topic 820): Disclosure Framework—Changes to the Disclosure Requirements for Fair Value Measurement that eliminates, adds and modifies certain disclosure requirements for fair value measurements. The effective date of the standard is for fiscal periods, and interim periods within those years, beginning after December 15, 2019. The amendments on changes in unrealized gains and losses, the range and weighted average of significant unobservable inputs used to develop Level 3 fair value measurements, and the narrative description of measurement uncertainty should be applied prospectively. All other amendments should be applied retrospectively. Early adoption is permitted. The Company is currently evaluating the impact that the adoption of ASU 2018-13 may have on its consolidated financial statements.

44

**NOTE 2.**    *INVESTMENT IN VAA*

On November 19, 2018, we executed an agreement between the Macquarie Group ("Macquarie") and SPC and TCI to create a joint venture, Victory Abode Apartments, LLC ("VAA") to address existing and future demand for quality multifamily residential housing through acquisition and development of sustainable Class A multifamily housing in focused secondary and tertiary markets.  In connection with the formation of the joint venture, SPC and TCI contributed a portfolio of 49 income producing apartment complexes, and 3 development projects in various stages of construction. TCI received cash consideration of $236.8 million and recognized a gain of approximately $154.1 million. At the time of the transfer of the properties, the joint venture assumed all liabilities of those properties, including mortgage debt to the Department of Housing and Urban Development ("HUD").

VAA is equally owned and controlled by Abode JVP, LLC, a wholly-owned subsidiary of SPC and Summerset Intermediate Holdings 2 LLC ("Summerset"), a wholly-owned indirect subsidiary of Macquarie.  Pursuant to the Agreement, Abode JVP, LLC and Summerset each own voting and profit participation rights of 50% and 49%, respectively ("Class A Members").  The remaining 2% of the profit participation interest is held by Daniel J. Moos TCI's President and Chief Executive Officer ("Class B Member") who serves also as the Manager of the joint venture. In addition, upon the closing of the agreement the Class B Member received a one time consideration payment of $1.9 million.

The Company accounts for VAA as an equity method investment. Under the equity method of accounting, our net equity is reflected within the Consolidated Balance Sheets, and our share of net income or loss from the joint ventures is included within the Consolidated Statements of Operations. The joint venture agreements may designate different percentage allocations among investors for profits and losses; however, our recognition of joint venture income or loss generally follows the joint venture's distribution priorities, which may change upon the achievement of certain investment return thresholds.

The following is a summary of the financial position and results of operations of VAA (dollars in thousands):

| VAA | | December 31, 2018 |
|---|---|---:|
| **Balance Sheet** | | |
| Net real estate assets | $ | 1,257,557 |
| Other assets | | 67,020 |
| Debt, net | | (791,225) |
| Other liabilities | | (280,288) |
| Total equity | | (253,064) |

| | | For the period November 19 to December 31, 2018 |
|---|---|---:|
| **Results of Operations** | | |
| Total revenue | $ | 12,887 |
| Total property, operating, and maintenance expenses | | (4,507) |
| Total other expense | | (18,102) |
| Net loss | $ | (9,722) |

The following is a reconciliation from VAA's net loss to TCI's equity in earnings of VAA (dollars in thousands):

| | | For the period November 19 to December 31, 2018 |
|---|---|---:|
| VAA net loss | $ | (9,722) |
| *Adjustments to reconcile to earnings from VAA* | | |
| Interest expense on mezzanine loan | | 2,815 |
| In-place lease intangibles - amortization expense | | 3,983 |
| Depreciation basis differences | | 3,012 |
| **Adjusted net income** | $ | 88 |
| Percentage ownership in VAA | | 50% |
| Earnings from VAA | $ | 44 |

The following table shows the location of properties owned by VAA:

**Apartments**

App.842

| Location | No. | Units |
|---|---|---|
| Alabama | 1 | 168 |
| Arkansas | 6 | 1,320 |
| Colorado | 2 | 260 |
| Florida | 2 | 388 |
| Georgia | 1 | 222 |
| Louisiana | 3 | 464 |
| Mississippi | 1 | 196 |
| Nevada | 1 | 308 |
| North Carolina | 1 | 201 |
| Tennessee | 4 | 708 |
| Texas-Greater Dallas-Ft Worth | 13 | 2,323 |
| Texas-Greater Houston | 1 | 176 |
| Texas-Other | 13 | 2,458 |
| **Total** | **49** | **9,192** |

At December 31, 2018, our apartment projects in development included (dollars in thousands):

| Property | Location | No. of Units | Costs to Date [1] | Total Projected Costs [1] |
|---|---|---|---|---|
| Terra Lago apartments | Rowlett, TX | 451 | 66,395 | $          — |
| Lakeside lofts apartments | Farmers Branch, TX | 494 | 50,357 | 80,622 |
| Sawgrass Creek apartments Phase II | Tampa, FL | 143 | 25,113 | 26,799 |
| Total | | **1,088** | **$    141,865** | **$    107,421** |

[1] Costs include construction hard costs, construction soft costs and loan borrowing costs.

45

# NOTE 3.    *REAL ESTATE*

A summary of our real estate owned as of the end of the year is listed below (dollars in thousands):

| | 2018 | 2017 |
|---|---|---|
| Apartments | $    126,274 | $    737,661 |
| Apartments under construction | 25,289 | 104,791 |
| Commercial properties | 224,167 | 200,803 |
| Land held for development | 84,016 | 69,466 |
| Real estate subject to sales contract | 3,986 | 45,739 |
| Total real estate, at cost, less impairment | 463,732 | 1,158,460 |
| Less accumulated deprecation | (79,228) | (178,590) |
| **Total real estate, net of depreciation** | **$    384,504** | **$    979,870** |

Expenditures for repairs and maintenance are charged to operations as incurred. Significant betterments are capitalized. When assets are sold or retired, their costs and related accumulated depreciation are removed from the accounts with the resulting gains or losses reflected in net income or loss for the period.

Depreciation is computed on a straight line basis over the estimated useful lives of the assets as follows:

| | |
|---|---|
| Land improvements | 25 to 40 years |
| Buildings and improvements | 10 to 40 years |
| Tenant improvements | Shorter of useful life or terms of related lease |
| Furniture, fixtures and equipment | 3 to 7 years |

The Company applies the guidance in ASC Topic 820, "Fair Value Measurements and Disclosures," to the valuation of real estate assets. The Company is required to assess the fair value of its consolidated real estate assets with indicators of impairment. The value of impaired real estate assets is determined using widely accepted valuation techniques, including discounted cash flow analyses on the expected cash flow of each asset, as well as the income capitalization approach, which considers prevailing market capitalization rates, analyses of recent comparable sales transactions, information from actual sales negotiations and bona fide purchase offers received from third parties. The methods used to measure fair value may produce an amount that may not be indicative of net realizable value or reflective of future values. Furthermore, although the Company believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

The fair value measurements used in these evaluations are considered to be Level 2 and 3 valuations within the fair value hierarchy in the accounting rules, as there are significant observable (Level 2) and unobservable inputs (Level 3). Examples of Level 2 inputs the Company utilizes in its fair value calculations are appraisals and bona fide purchase offers from third parties. Examples of Level 3 inputs the Company utilizes in its fair value calculations are discount rates, market capitalization rates, expected lease rental rates, timing of new leases, an estimate of future sales prices and comparable sales prices of similar assets, if available. There was no provision for impairment during the years ended December 31, 2018, 2017 and 2016.

The highlights of our significant real estate transactions for the year ended December 31, 2018, are discussed below.

### *Purchases*

During the year ended December 31, 2018, the Company purchased through one of its subsidiaries, eight residential apartment communities. A multi-family 80 unit community located in Baton Rouge, LA for a total purchase price of $12 million, paid through a seller's financing note of $1.9 million, issuance of note payable of $8.6 million, and exercising an option to purchase of $1.5 million paid in the previous year. A multi-family 99 unit residential apartment community located in Mansfield, TX for a total purchase price of $14.8 million, paid through a seller's financing note of $2.3 million, and an issuance of a note payable of $11.0 million. A multi-family 200 unit residential apartment community located in Gulf Shores, AL for a total purchase price of $18.1 million, paid through an issuance of a note payable of $11.5 million. A multi-family 144 unit residential apartment community located in Beaumont, TX for a total purchase price of $12.3 million. A multi-family 240 unit residential apartment community located in Houma, LA for a total purchase price of $20.1 million. A multi-family 208 unit residential apartment community located in Texarkana, TX for a total purchase price of $14.7 million. A multi-family 160 unit residential apartment community located in Tupelo, MS for a total purchase price of $11.1 million.

### *Sales*

For the year ended December 31, 2018, TCI sold 62 acres of land to an independent third party for a total sales price of $3.0 million and recorded a gain of $1.3 million from the land sale. In the second quarter, a golf course comprising approximately 96.09 acres sold for an aggregate sales price of $2.3 million, out of which, $0.6 million was received in cash and $1.7 million in note receivables. During the first quarter, the Company sold six income-producing properties to a related party for an aggregate purchase price of $8.5 million, out of which, $2.1 million was received in cash and $6.4 million in note receivables. During the fourth quarter, the Company sold one income-producing properties to a related party for a purchase price of $2.2 million No gain or loss was recorded from the sale of income-producing properties.

In addition, on November 19, 2018 TCI through one of its subsidiaries formed VAA a joint venture with Macquarie. In connection with the formation of the joint venture, TCI contributed fifty-two properties and received a cash consideration of $236.8 million from Macquarie for a voting and profit participation right of 50% and 49%, respectively, 2% of the profits interest is held by Daniel J. Moos, who serves as the President and Chief Executive officer of the Company ("Class B Member") and Manager of the joint venture. The Company recognized a gain of approximately $154.1 million from the sale of the contributed properties to the joint venture.

### *Mercer Crossing*

In addition to the real estate sales noted above the Company recorded sales from a development project known as Mercer Crossing.

At November 2015, our real estate land holdings at Mercer Crossing consisted of land developable into residential homes and commercial projects, located in Farmers Branch, Texas. In November 2015, the Company entered into a sales contract with an unrelated party. The contract was for all of the developable land owned by the Company. In addition, IOR and ARL also sold land in this transaction. Total consideration for the sale was $75 million. The agreement among the parties to this transaction provides for TCI to hold the subordinated note from the buyer in the amount of

$50 million. At the closing, due to the inadequate down payment from the buyer and the level of seller financing involved, the transaction was accounted for under the deposit method. Under the deposit method, no revenue is recognized and the asset sold remains on the books until the criteria for full revenue recognition are met.

During the third quarter of 2018, due to significant cumulative sales of real estate to unrelated third parties and cash received by TCI, the criteria for recording full accrual accounting had been met. Through the period ended August 21, 2018 approximately $28.1 million of the assets previously held by the Company were sold, resulting in a gain of $7.5 million.

On August 22, 2018 the Company reacquired all the unsold portions of the real estate from the November 2015 transaction for the amount that remained from the original sales price.

During the period August 23, 2018 through December 31, 2018 additional Mercer Crossing real estate was sold for $11.7 million resulting in a net gain on sale of real estate of $5.6 million.

As of December 31, 2018, the Company has approximately 86 acres of land, at various locations that were sold to related parties in multiple transactions. These transactions are treated as "subject to sales contract" on the Consolidated Balance Sheets. Due to the related party nature of the transactions TCI has deferred the recording of the sales in accordance with ASC 360-20.

We continue to invest in the development of apartment projects. During the year ended December 31, 2018, we have invested $14.8 million related to the construction or predevelopment of various apartment complexes and capitalized $0.1 million of interest costs.

**NOTE 4.**   *SUPPLEMENTAL CASH FLOW INFORMATION*

For the years ended December 31, 2018 and 2017, the Company paid interest of $61.6 million and $36.4 million, respectively.

Cash and cash equivalents, and restricted cash for fiscal year ended 2018 and 2017 was $106.6 million and $88.5 million, respectively. The following is a reconciliation of the Company's cash and cash equivalents, and restricted cash to the total presented in the consolidated statement of cash flows:

|  | December 31, | |
|---|---|---|
|  | 2018 | 2017 |
| Cash and cash equivalents | $       36,358 | $       33,563 |
| Restricted cash (cash held in escrow) | 37,946 | 44,705 |
| Restricted cash (certificate of deposits) | 9,688 | 5,651 |
| Restricted cash (held with Trustee) | 22,573 | 4,423 |
| **Cash and cash equivalents and restricted cash** | $     106,565 | $       88,342 |

Amounts included in restricted cash represent funds required to meet contractual obligations with certain financial institutions for the payment of reserve replacement and tax and insurance escrow. In addition, restricted cash includes funds to the Bond's Trustee for payment of principal and interests.

47

**NOTE 5.**   *NOTES AND INTEREST RECEIVABLE*

A portion of our assets are invested in mortgage notes receivable, principally secured by real estate. We may originate mortgage loans in conjunction with providing purchase money financing of property sales. Notes receivable are generally collateralized by real estate or interests in real estate and personal guarantees of the borrower and, unless noted otherwise, are so secured. Management intends to service and hold for investment the mortgage notes in our portfolio. A majority of the notes receivable provide for principal to be paid at maturity (dollars in thousands).

| Borrower | Maturity Date | Interest Rate | Amount | Security |
|---|---|---|---|---|
| Performing loans: | | | | |
| H198, LLC (Las Vegas Land) | 01/20 | 12.00% | 5,907 | Secured |
| H198, LLC (Legacy at Pleasant Grove Land) | 10/19 | 12.00% | 496 | Secured |
| Oulan-Chikh Family Trust | 03/21 | 8.00% | 174 | Secured |

App.845

| | | | | |
|---|---|---|---|---|
| H198, LLC (McKinney Ranch Land) | 09/20 | 6.00% | 4,554 | Secured |
| Forest Pines | 09/19 | 5.00% | 2,223 | Secured |
| Spyglass Apartments of Ennis, LP | 11/19 | 5.00% | 5,083 | Secured |
| Bellwether Ridge | 05/20 | 5.00% | 3,429 | Secured |
| Parc at Windmill Farms | 05/20 | 5.00% | 6,066 | Secured |
| Unified Housing Foundation, Inc. (Echo Station) [1] | 12/32 | 12.00% | 1,481 | Secured |
| Unified Housing Foundation, Inc. (Lakeshore Villas) [1] | 12/32 | 12.00% | 2,000 | Secured |
| Unified Housing Foundation, Inc. (Lakeshore Villas) [1] | 12/32 | 12.00% | 6,369 | Secured |
| Unified Housing Foundation, Inc. (Limestone Ranch) [1] | 12/32 | 12.00% | 1,953 | Secured |
| Unified Housing Foundation, Inc. (Limestone Ranch) [1] | 12/32 | 12.00% | 2,000 | Secured |
| Unified Housing Foundation, Inc. (Limestone Ranch) [1] | 12/32 | 12.00% | 4,000 | Secured |
| Unified Housing Foundation, Inc. (Timbers of Terrell) [1] | 12/32 | 12.00% | 1,323 | Secured |
| Unified Housing Foundation, Inc. (Tivoli) [1] | 12/32 | 12.00% | 6,140 | Secured |
| Unified Housing Foundation, Inc. [1] | 12/19 | 12.00% | 10,401 | Unsecured |
| Unified Housing Foundation, Inc. [1] | 06/20 | 12.00% | 11,075 | Unsecured |
| Other related party notes | Various | Various | 2,290 | Various secured interests |
| Other non-related party notes | Various | Various | 1,631 | Various secured interests |
| Accrued interest | | | 6,771 | |
| **Total Performing** | | | $ 85,366 | |
| Allowance for estimated losses | | | (1,825) | |
| **Total** | | | $ 83,541 | |

[1] Related party notes

[2] An allowance was taken for estimated losses at full value of note.

As of December 31, 2018, the obligors on $49.0 million or 57.4% of the mortgage notes receivable portfolio were due from related entities. The Company recognized $5.7 million of interest income from these related party notes receivables.

As of December 31, 2018, none of the mortgage notes receivable portfolio were non-performing.

The Company has various notes receivable from Unified Housing foundation, Inc. "UHF". UHF is determined to be a related party due to our significant investment in the performance of the collateral secured under the notes receivable. Payments are due from surplus cash flow from operations, sale or refinancing of the underlying properties. These notes are cross collateralized to the extent that any surplus cash available from any of the properties underlying these notes will be used to repay outstanding interest and principal for the remaining notes. Furthermore, any surplus cash available from any of the properties UHF owns, besides the properties underlying these notes, can be used to repay outstanding interest and principal for these notes. The allowance on the notes was a purchase allowance that was netted against the notes when acquired.

## NOTE 6.    *INVESTMENT IN UNCONSOLIDATED JOINT VENTURES AND INVESTEES*

Investments in unconsolidated subsidiaries, jointly owned companies and other investees in which we have a 20% to 50% ownership interest or otherwise exercise significant influence are carried at cost, adjusted for the Company's proportionate share of their undistributed earnings or losses, via the equity method of accounting. ARL is our parent company and is an unconsolidated joint venture.

Investments accounted for via the equity method consists of the following, except for VAA which is discussed in Note 2.

| | Percentage ownership as of December 31, | | |
|---|---|---|---|
| | **2018** | **2017** | **2016** |
| American Realty Investors, INC. [1] | 0.90% | 0.90% | 0.90% |

[1] Unconsolidated investment in parent company

App.846

The following is a summary of the financial position and results of operations of ARL (dollars in thousands). Summary data presented below excludes investments in VAA. For additional information refer to Note 2.

| | | December 31, | | | | |
|---|---|---|---|---|---|---|
| | | **2018** | | **2017** | | **2016** |
| **ARL** | | | | | | |
| Real estate, net of accumulated depreciation | $ | 549 | $ | 12,349 | $ | 14,504 |
| Notes receivable | | 42,517 | | 41,928 | | 47,257 |
| Other assets | | 66,712 | | 126,238 | | 127,001 |
| Notes payable | | (9,637) | | (6,507) | | (9,485) |
| Other liabilities | | (21,123) | | (102,014) | | (111,707) |
| Shareholders' equity/partners capital | | (79,018) | | (71,994) | | (67,570) |

| | | For the Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | **2018** | | **2017** | | **2016** |
| Rents, interest and other income | $ | 7,132 | $ | 9,193 | $ | 7,251 |
| Depreciation | | — | | (157) | | (175) |
| Operating expenses | | (2,420) | | (3,149) | | (3,633) |
| Gain on land sales | | — | | 4,765 | | — |
| Interest expense | | (7,191) | | (6,228) | | (6,274) |
| Income (loss) from continuing operations | $ | (2,479) | $ | 4,424 | $ | (2,831) |
| Net income (loss) | $ | (2,479) | $ | 4,424 | $ | (2,831) |
| | | | | | | |
| Company's proportionate share of income (loss) [1] | $ | (22) | $ | 40 | $ | (25) |

[1]  Income (loss) represents continued and discontinued operations

During the fourth quarter of 2018, TCI purchased from RAI 900,000 shares of ARL Series A convertible Preferred Stock for $9.0 million. The Series A Preferred Stock may be converted into common stock at 90.0% of the average daily closing price of ARL's common stock for the prior 20 trading days.

The investment in ARL convertible Preferred Stock is being carried at the Company's cost of $9 million and is included in investment in other unconsolidated investees. Additionally, TCI purchased from RAI $9.9 million accrued unpaid dividends related to the ARL Series A convertible Preferred Stock which is carried at the cost and included in investment in unconsolidated investees on the balance sheet.

**NOTE 7.**   *NOTES AND INTEREST PAYABLE*

Below is a summary of our notes and interest payable as of December 31, 2018 (dollars in thousands):

| | | Notes Payable | | Accrued Interest | | Total |
|---|---|---|---|---|---|---|
| Apartments | $ | 94,759 | $ | 270 | $ | 95,029 |
| Apartments under Construction | | 14,402 | | — | | 14,402 |
| Commercial | | 135,951 | | 450 | | 136,401 |
| Land | | 22,200 | | 124 | | 22,324 |
| Real estate held for sale | | 376 | | — | | 376 |
| Other | | 18,130 | | — | | 18,130 |
| | | | | | | |
| **Total** | $ | 285,818 | $ | 844 | $ | 286,662 |
| | | | | | | |
| Unamortized deferred borrowing costs | | (9,425) | | — | | (9,425) |
| | $ | 276,393 | $ | 844 | $ | 277,237 |

The following table summarizes our contractual obligations for principal payments as of December 31, 2018 (dollars in thousands):

| Year | Amount |
|---|---|

| | | |
|---|---|---:|
| 2019 | | 38,107 |
| 2020 | | 8,822 |
| 2021 | | 43,202 |
| 2022 | | 43,304 |
| 2023 | | 37,260 |
| Thereafter | | 115,123 |
| **Total** | $ | **285,818** |

Interest payable at December 31, 2018 was $0.8 million. Our debt has interest rates ranging from 2.5% to 9.5% per annum with maturity dates between 2019 and 2055. The mortgages were collateralized by deeds of trust on real estate having a net carrying value of $384.5 million.

During 2018 the Company refinanced or modified one loan with a total principal balance of $40.0 million. The refinancing resulted in a lower interest rate and the extension of the term of the loan. The transaction provides for lower monthly payments over the term of loan.

There are various land mortgages, secured by the property, that are in the process of a modification or extension to the original note due to expiration of the loan. We are in constant contact with these lenders, working together in order to modify the terms of these loans and we anticipate a timely resolution that is similar to the existing agreement or subsequent modification.

In conjunction with the development of various apartment projects and other developments, we drew down $81.0 million in construction loans during the year ended December 31, 2018.

<center>50</center>

**NOTE 8.**    *BONDS AND BONDS INTEREST PAYABLE*

In August 2016, Southern Properties Capital LTD ("Southern"), a British Virgin Islands corporation was incorporated for the purpose of raising funds by issuing Bonds to be traded on the TASE.  The Company transferred certain residential and commercial properties located in the United States to Southern, its wholly owned subsidiary.

On February 13, 2017, Southern filed a final prospectus with the TASE for an offering and sale of nonconvertible Series A Bonds to be issued by Southern. The bonds are obligations of Southern.  During the year ended December 31, 2017 on three separate occasions Southern issued nonconvertible Series A Bonds with a total value of approximately NIS400 million New Israeli Shekels ("NIS") or approximately $115 million dollars.  The Series A Bonds have a stated interest rate of 7.3%.  At March 31, 2018 the effective interest rate is 9.17%. The bonds require semi-annual equal installments on January 31 and July 31 of each year from 2019 to 2023 (inclusive). The interest will be repaid on January 31 and July 31 of each of the years 2018 to 2023 (inclusive), with the first payment commencing on July 31, 2017.

On January 25, 2018, interest payment of approximately NIS 14.6 million (or approximately $4.3 million) was paid to the Series A bondholders.

On February 15, 2018, Southern issued Series B bonds in the amount of NIS 137.7 million par value (approximately $39.2 million as of February 15, 2018). The Series B bonds are registered on the TASE. The bonds are reported in NIS and bear annual interest rate of 6.8%. Interest shall be repaid January 31 and July 31 of each of the years 2019 to 2023 (inclusive), first payment commencing on July 31, 2018. The principal shall be repaid in ten equal installments on January 31 and July 31 of each of the years from 2021 to 2025 (inclusive). A total bond issuance cost of $1.4 million was incurred. The effective interest rate is 7.99%.

On July 19, 2018, Southern closed a private placement of its Series B bonds in the amount of NIS 72.3 million (or approximately $19.8 million). The bonds are reported in NIS, are registered on the TASE, bear an annual interest rate of 6.8% and have an effective interest rate of 9.60%. Interest will be paid on January 31 and July 31 of each of the years 2019 and 2013 (inclusive). The principal will be repaid in ten equal installment on January 31 and July 31 of each of the years from 2021 to 2012 (inclusive). The Company incurred bonds issuance costs of approximately $1.9 million.

On July 26, 2018, interest payment of approximately NIS 18.9 million (or approximately $5.2 million) was paid to the Series A and B bondholders.

In December 2018, the Company deposited $16.2 million with the bond Trustee for upcoming January 2019 Series A and B bonds principal and interest payments.

The outstanding balance of these Bonds at December 31, 2018 is as follows:

| | December 31, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
| Bonds (Series A) | $ | 106,686 | $ | 115,336 |
| Bonds (Series B) | | 36,740 | | — |
| Bonds (Series B expansion) | | 19,290 | | — |
| Less: deferred issuance expense, net | | (8,179) | | (5,916) |
| Accrued Interest | | 4,037 | | 3,627 |
| | $ | 158,574 | $ | 113,047 |

b.    Aggregate maturities are as follows:

| | December 31, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
| First year | $ | 21,345 | $ | — |
| Second Year | | 21,345 | | 23,067 |
| Third year | | 32,550 | | 23,067 |
| Fourth year | | 32,550 | | 23,067 |
| Fifth year | | 32,550 | | 23,067 |
| Thereafter | | 22,376 | | 23,068 |
| | $ | 162,716 | $ | 115,336 |

The funds were used primarily for the acquisition and development of additional real estate operations in the United States. The funds were raised and will be repaid in NIS, however the funds raised have been converted to US dollars. The Company records unrealized gains or losses each quarter based upon the relative exchange values of the US dollar and the NIS; however, no gain or loss will be realized until a conversion from US dollars to NIS actually occurs in the future. The recorded unrealized gain or loss is reflected as a separate line item to highlight the fact that it is a non-cash transaction until such time as actual payment of principal and interest on the bonds is made. For the year ended December 31, 2018, the Company recorded a gain on foreign currency transaction of approximately $12.4 million.

51

**NOTE 9.**    *RELATED PARTY TRANSACTIONS AND FEES*

We apply ASC Topic 805, "Business Combinations", to evaluate business relationships. Related parties are persons or entities who have one or more of the following characteristics, which include entities for which investments in their equity securities would be required, trust for the benefit of persons including principal owners of the entities and members of their immediate families, management personnel of the entity and members of their immediate families and other parties with which the entity may deal if one party controls or can significantly influence the decision making of the other to an extent that one of the transacting parties might be prevented from fully pursuing its own separate interests, or affiliates of the entity.

The Company has historically engaged in and may continue to engage in certain business transactions with related parties, including but not limited to asset acquisition and dispositions. Transactions involving related parties cannot be presumed to be carried out on an arm's length basis due to the absence of free market forces that naturally exist in business dealings between two or more unrelated entities. Related party transactions may not always be favorable to our business and may include terms, conditions and agreements that are not necessarily beneficial to or in our best interest.

Since April 30, 2011, Pillar, the sole shareholder of which is Realty Advisors, LLC, a Nevada limited liability company, the sole member of which is RAI, a Nevada corporation, the sole shareholder of which is MRHI, a Nevada corporation, the sole shareholder of which is a trust known as the May Trust, became the Company's external Advisor and Cash Manager.  Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities. Pillar also arranges, for the Company's benefit, debt and equity financing with third party lenders and investors. Pillar also serves as an Advisor and Cash Manager to TCI and IOR.  As the contractual advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor".  TCI has no employees. Employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement

Effective January 1, 2011, Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"),  the sole member of which is Realty Advisors, LLC, manages our commercial properties and provides brokerage services. Regis receives property management fees, construction management fees and leasing commissions in accordance with the terms of its property-level management agreement. Regis is also entitled to receive real estate brokerage commissions in accordance with the terms of a non-exclusive brokerage agreement. Refer to Part III, Item 10.

App.849

"Directors, Executive Officers and Corporate Governance," "Property Management and Real Estate Brokerage." Co engages third-party companies to lease and manage its apartment properties.

Below is a description of the related party transactions and fees between Pillar and Regis:

Fees, expenses and revenue paid to and/or received from our advisor:

|  | 2018 | 2017 | 2016 |
|---|---|---|---|
|  | (dollars in thousands) | | |
| Fees: | | | |
| Advisory | $ 10,663 | $ 9,995 | $ 9,490 |
| Mortgage brokerage and equity refinancing | 852 | 1,551 | 775 |
| Net income | 631 | 250 | 257 |
|  | $ 12,146 | $ 11,796 | $ 10,522 |
| Other Expense: | | | |
| Cost reimbursements | $ 4,398 | $ 2,895 | $ 3,228 |
| Interest received | (7,404) | (4,859) | (4,216) |
|  | $ (3,006) | $ (1,964) | $ (988) |
| Revenue: | | | |
| Rental | $ 1,178 | $ 783 | $ 708 |

52

Fees paid to Regis and related parties:

|  | 2018 | 2017 | 2016 |
|---|---|---|---|
|  | (dollars in thousands) | | |
| Fees: | | | |
| Property acquisition | $ 43,856 | $ 9,819 | $ 10,776 |
| Property management, construction management and leasing commissions | 540 | 963 | 888 |
| Real estate brokerage | 2,068 | 1,369 | 787 |
|  | $ 46,464 | $ 12,151 | $ 12,451 |

The Company received rental revenue of $1.2 million, $0.8 million, and $0.7 million in the years ended December 31, 2018, 2017, and 2016, respectively, from Pillar and its related parties for properties owned by the Company.

As of December 31, 2018, the Company had notes and interest receivable of $49.0 million due from UHF, a related party. During 2018, the Company recognized interest income of $5.7 million, originated $5.3 million, received no principal payments, and received interest payments of $6.1 million from these related party notes receivables.

On January 1, 2012, the Company entered into a development agreement with UHF, a non-profit corporation that provides management services for the development of residential apartment projects in the future. This development agreement was terminated December 31, 2013. The Company has also invested in surplus cash notes receivables from UHF and has sold several residential apartment properties to UHF in prior years. Due to this ongoing relationship and the significant investment in the performance of the collateral secured under the notes receivable, UHF has been determined to be a related party.

The Company is the primary guarantor, on a $39.1 million mezzanine loan between UHF and a lender. In addition, ARL, and an officer of the Company are limited recourse guarantors of the loan. As of December 31, 2018 UHF was in compliance with the covenants to the loan agreement.

The Company is part of a tax sharing and compensating agreement with respect to federal income taxes between ARL, TCI and IOR and their subsidiaries that was entered into in July of 2009. That agreement continued until August 31, 2012, at which time a new tax sharing and compensating agreement was entered into by ARL, TCI, IOR and MRHI for the remainder of 2012 and subsequent years. The expense (benefit) in each year was calculated based on the amount of losses absorbed by taxable income multiplied by the maximum statutory tax rate of 21%.

The following table reconciles the beginning and ending balances of accounts receivable from and (accounts payable) to related parties as of December 31, 2018 (dollars in thousands):

| | Pillar | ARL | Total |
|---|---|---|---|
| Related party receivable, December 31, 2017 | $ — | $ 111,665 | $ 111,665 |
| Cash transfers | 71,034 | — | 71,034 |
| Advisory fees | (10,662) | — | (10,662) |
| Net income fee | (631) | — | (631) |
| Fees and commissions | (2,919) | — | (2,919) |
| Cost reimbursements | (4,398) | — | (4,398) |
| Interest income | — | 7,229 | 7,229 |
| Notes receivable purchased | (5,314) | — | (5,314) |
| Expenses (paid)/received by advisor | 1,221 | — | 1,221 |
| Financing (mortgage payments) | 10,273 | — | 10,273 |
| Sales/Purchases transactions | (43,856) | — | (43,856) |
| Related party receivable, December 31, 2018 | $ 14,748 | $ 118,894 | $ 133,642 |

As of December 31, 2018, the Company has approximately 86 acres of land, at various locations that were sold to related parties in multiple transactions. These transactions are treated as "subject to sales contract" on the Consolidated Balance Sheets.

53

## NOTE 10. *DIVIDENDS*

TCI's Board of Directors established a policy that dividend declarations on common stock would be determined on an annual basis following the end of each year. In accordance with that policy, no dividends on TCI's common stock were declared for 2018, 2017, or 2016. Future distributions to common stockholders will be determined by the Board of Directors in light of conditions then existing, including the Company's financial condition and requirements, future prospects, restrictions in financing agreements, business conditions and other factors deemed relevant by the Board.

## NOTE 11. *PREFERRED STOCK*

In November 2006, TCI issued 100,000 shares of Series D Preferred Stock with a liquidation preference of $100 per share. The preferred stock is not convertible into any other security, requires dividends payable at the initial rate of 7% annually. The dividend rate increases ratably from 7% to 9% in future periods and can be redeemed at any point after September 30, 2011.

During the fourth quarter of 2018, all 100,000 shares of Series D Preferred Stock were redeemed for $17.2 million, of which $7.2 million was accrued unpaid dividends. At December 31, 2018, there were no preferred shares outstanding.

54

## NOTE 12. *INCOME TAXES*

We account for income taxes under the asset and liability method, which requires the recognition of deferred tax assets and liabilities for the expected future tax consequences of events that have been included in the financial statements. Under this method, deferred tax assets and liabilities are determined on the basis of the differences between the financial statement and tax bases of assets and liabilities using enacted tax rates in effect for the year in which the differences are expected to reverse. The effect of a change in tax rates on deferred tax assets and liabilities is recognized in income in the period that includes the enactment date. We recognize deferred tax assets to the extent that we believe these assets are more likely than not to be realized. In making such a determination, we consider all available positive and negative evidence, including future reversals of existing taxable temporary differences, projected future taxable income, tax-planning strategies, and results of recent operations. If we determine that we would be able to realize our deferred tax assets in the future in excess of their net recorded amount, we would make an adjustment to the deferred tax asset valuation allowance, which would reduce the provision for income taxes. We record uncertain tax positions in accordance with ASC 740 on the basis of a two-step process whereby (1) we determine whether it is more likely than not that the tax positions will be sustained on the basis of the technical merits of the position and (2) for those tax positions that meet the more-likely-than-not recognition threshold, we recognize the largest amount of tax benefit that is more than 50 percent likely to be realized upon ultimate settlement with the related tax authority.

App.851

For financial reporting purposes, income before income taxes were:

| | | Years Ended December 31 | | |
|---|---|---|---|---|
| | | 2018 | 2017 | 2016 |
| | | (in thousands) | | |
| TOTAL | $ | 186,250 | $ (15,136) | $ 345 |

The expense (benefit) for income taxes consists of:

| | | Years Ended December 31 | | |
|---|---|---|---|---|
| | | 2018 | 2017 | 2016 |
| | | (in thousands) | | |
| Current: | | | | |
| Federal | $ | 42,805 | $ (5,603) | 121) |
| State | | 1,210 | 10 | — |
| | | | | |
| Deferred and other: | | | | |
| Federal | | (40,805) | 5,603 | (98) |
| State | | | 170 | — |
| | | | | |
| Total Tax Expense | $ | 3,210 | $ 180 | $ 23 |

The reconciliation between the Company's effective tax rate on income from continuing operations and the statutory rate is as follows:

| | | Years Ended December 31 | | |
|---|---|---|---|---|
| | | 2018 | 2017 | 2016 |
| | | (in thousands) | | |
| Income tax expense (benefit) at federal statutory rate | $ | 39,113 | $ (5,603) | $ 121 |
| State and local income taxes net of federal tax benefit | | 1,210 | 10 | — |
| Permanent differences | | (143) | — | — |
| Timing differences | | | | |
| Installment note on land sale | | (2,876) | (1,917) | — |
| Allowance for losses on notes | | (383) | (256) | — |
| Deferred gains | | (9,417) | (7,723) | — |
| Basis difference on fixed assets | | 23,675 | 10,082 | — |
| Other basis/timing differences | | (7,164) | (16) | — |
| Use/generation of net operating loss carryforwards | | (42,805) | 5,603 | (97) |
| Calculated income tax expense | | 1,210 | 180 | 24 |
| Effective Tax Rate | | 0.6% | N/A | 6.9% |

The company is subject to taxation in the United States and various states and foreign jurisdictions. As of December 31, 2018, the Company's tax years for 2017, 2016, and 2015 are subject to examination by the tax authorities. With few exceptions, as of December 31, 2018, the Company is no longer subject to U.S federal, state, local, or foreign examinations by tax authorities for the years before 2015.

The 2018 and 2017 effective tax rate is driven primarily by the passing of the Tax Cuts and Jobs Act by congress on December 22, 2017. This act reduced the statutory tax rate for corporations from 35% to 21% starting in 2018. As a result, the tax assets of TCI had to be re-priced to reflect the new tax rate for future years with the impact on the 2017 provision for income taxes.

**Components of the Net Deferred Tax Asset or Liability**

| | | Years Ended December 31 | |
|---|---|---|---|
| | | 2018 | 2017 |
| | | (in thousands) | |
| Allowance for losses on notes | $ | — | $ 383 |
| Installment note on land sale | | — | 2,876 |
| Deferred gain | | — | 6,814 |
| Net operating loss carryforward | | 3,904 | 46,709 |

App.852

| | | |
|---|---:|---:|
| Subtotal | 3,904 | 56,782 |
| Less: valuation allowance | — | (29,806) |
| **Total net deferred tax assets** | **3,904** | **26,976** |
| | | |
| Deferred gain | 2,603 | — |
| Basis differences for fixed assets | 3,301 | 26,976 |
| **Total deferred tax liability** | **5,904** | **26,976** |
| | | |
| **Net deferred tax asset (liability)** | **(2,000)** | **—** |
| | | |
| Current net deferred tax asset | 3,904 | 26,976 |
| Long-term net deferred tax liability | $    5,904 | $    26,976 |
| **Net deferred tax asset (liability)** | **(2,000)** | **—** |

**Operating Loss and Tax Credit Carryforwards**

We have state NOLs in many of the various states in which we operate.

**Valuation Allowance**

Management assesses the available positive and negative evidence to estimate if sufficient future taxable income will be generated to use the existing deferred tax assets. At December 31, 2018, 2017 and 2016 TCI had a net deferred tax asset due to tax deductions available to it in future years. However, as management could not determine that it was more likely than not that TCI would realize the benefit of the deferred tax asset, a 100% valuation allowance was established.

**NOTE 13.**    *FUTURE MINIMUM RENTAL INCOME UNDER OPERATING LEASES*

TCI'S real estate operations include the leasing of commercial properties (office buildings, industrial warehouses and retail centers). These leases expire at various dates through 2029. The following is a schedule of minimum future rents on non-cancelable operating leases at December 31, 2018 (dollars in thousands):

| Year | Amount |
|:---:|---:|
| 2019 | 27,346 |
| 2020 | 23,805 |
| 2021 | 21,249 |
| 2022 | 18,033 |
| 2023 | 12,825 |
| Thereafter | 13,983 |
| **Total** | $    **117,241** |

**NOTE 14.**    *OPERATING SEGMENTS*

Our segments are based on management's method of internal reporting which classifies its operations by property type. The segments are commercial, apartments, land and other. Significant differences among the accounting policies of the operating segments as compared to the Consolidated Financial Statements principally involve the calculation and allocation of administrative expenses. Management evaluates the performance of each of the operating segments and allocates resources to them based on their operating income and cash flow.

Items of income that are not reflected in the segments are interest, other income, equity in partnerships and gains on sale of real estate. Expenses that are not reflected in the segments are provision for losses, advisory, net income and incentive fees, general and administrative, non-controlling interests and net loss from discontinued operations before gains on sale of real estate.

The segment labeled as "Other" consists of revenue and operating expenses related to the notes receivable and corporate debt.

Presented below is the Company's reportable segments' operating income including segment assets and expenditures for the years 2018, 2017 and

App.853

2016 (dollars in thousands).

| For the Year Ended December 31, 2018 | Commercial Properties | | Apartments | | Land | | Other | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rental and other property revenues | $ | 33,113 | $ | 87,832 | $ | — | $ | 10 | $ | 120,955 |
| Property operating expenses | | (16,558) | | (42,134) | | (275) | | (453) | | (59,420) |
| Depreciation | | (9,530) | | (13,217) | | — | | (14) | | (22,761) |
| Mortgage and loan interest | | (7,662) | | (20,671) | | (318) | | (30,221) | | (58,872) |
| Interest income | | — | | — | | — | | 15,793 | | 15,793 |
| Gain on land sales | | — | | — | | 17,404 | | — | | 17,404 |
| Segment operating income (loss) | $ | (637) | $ | 11,810 | $ | 16,811 | $ | (14,885) | $ | 13,099 |
| Capital expenditures | | 8,246 | | 16,954 | | — | | — | | 25,200 |
| Assets | $ | 153,018 | $ | 143,500 | $ | 84,016 | $ | 3,970 | $ | 384,504 |
| **Property Sales** | | | | | | | | | | |
| Sales price | $ | — | $ | — | $ | 43,311 | $ | — | $ | 43,311 |
| Cost of sale | | — | | — | | (25,907) | | — | | (25,907) |
| Gain on land sales | $ | — | $ | — | $ | 17,404 | $ | — | $ | 17,404 |

57

| For the Twelve Months Ended December 31, 2017 | Commercial Properties | | Apartments | | Land | | Other | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rental and other property revenues | $ | 32,323 | $ | 92,807 | $ | 87 | $ | 16 | $ | 125,233 |
| Property operating expenses | | (17,724) | | (43,677) | | (667) | | (988) | | (63,056) |
| Depreciation | | (9,200) | | (16,354) | | — | | (4) | | (25,558) |
| Mortgage and loan interest | | (7,528) | | (22,346) | | (1,588) | | (28,482) | | (59,944) |
| Interest income | | — | | — | | — | | 13,862 | | 13,862 |
| Recognition of deferred gain on sale of income producing properties | | — | | 9,842 | | — | | — | | 9,842 |
| Gain on land sales | | — | | — | | 4,884 | | — | | 4,884 |
| Segment operating income (loss) | $ | (2,129) | $ | 20,272 | $ | 2,716 | $ | (15,596) | $ | 5,263 |
| Capital expenditures | $ | 3,157 | $ | 1,402 | $ | 609 | $ | — | $ | 5,168 |
| Assets | $ | 137,157 | $ | 726,852 | $ | 115,205 | $ | 656 | $ | 979,870 |
| **Property Sales** | | | | | | | | | | |
| Sales price | $ | — | $ | — | $ | 11,177 | $ | — | $ | 11,177 |
| Cost of sale | | — | | — | | (6,293) | | — | | (6,293) |
| Recognized prior deferred gain | | — | | 9,842 | | — | | — | | 9,842 |
| Gain on sale | $ | — | $ | 9,842 | $ | 4,884 | $ | — | $ | 14,726 |

| For the Twelve Months Ended December 31, 2016 | Commercial Properties | | Apartments | | Land | | Other | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rental and other property revenues | $ | 31,864 | $ | 86,603 | $ | — | $ | 4 | $ | 118,471 |
| Property operating expenses | | (19,476) | | (40,786) | | (1,634) | | (22) | | (61,918) |
| Depreciation | | (8,924) | | (14,759) | | — | | — | | (23,683) |
| Mortgage and loan interest | | (7,167) | | (25,381) | | (1,746) | | (18,794) | | (53,088) |
| Interest income | | — | | — | | — | | 14,670 | | 14,670 |
| Gain (loss) on sale of income producing properties | | (238) | | 16,445 | | — | | — | | 16,207 |
| Gain on land sales | | — | | — | | 3,121 | | — | | 3,121 |
| Segment operating income (loss) | $ | (3,941) | $ | 22,122 | $ | (259) | $ | (4,142) | $ | 13,780 |
| Capital expenditures | $ | 4,577 | $ | 863 | $ | 269 | $ | — | $ | 5,709 |
| Assets | $ | 148,689 | $ | 624,433 | $ | 118,051 | $ | — | $ | 891,173 |
| **Property Sales** | | | | | | | | | | |
| Sales price | $ | 1,500 | $ | 20,350 | $ | 29,128 | $ | — | $ | 50,978 |
| Cost of sale | | (1,738) | | (3,905) | | (26,007) | | — | | (31,650) |

App.854

| Gain on sale | $ | (238) | $ | 16,445 | $ | 3,121 | $ | 19,328 |

The table below reflects the reconciliation of segment information to the corresponding amounts in the Consolidated Statements of Operations (dollars in thousands):

|  | For the Years Ended December 31, | | |
|  | 2018 | 2017 | 2016 |
|---|---|---|---|
| Segment operating income (loss) | $ 13,099 | $ 5,263 | $ 13,780 |
| Other non-segment items of income (expense) | | | |
| General and administrative | (11,359) | (6,269) | (5,476) |
| Net income fee to related party | (631) | (250) | (257) |
| Advisory fee to related party | (10,663) | (9,995) | (9,490) |
| Other income | 28,150 | 625 | 1,816 |
| Gain on disposition of 50% interest in VAA | 154,126 | — | — |
| Foreign currency translation gain (loss) | 12,399 | (4,536) | — |
| Earnings from VAA | 44 | — | — |
| Earnings (losses) from other unconsolidated investees | 1,085 | 26 | (26) |
| Income tax benefit (expense) | (3,210) | (180) | (24) |
| Net income (loss) from continuing operations | $ 183,040 | $ (15,316) | $ 323 |

The table below reflects the reconciliation of segment information to the corresponding amounts in the Consolidated Balance Sheets (dollars in thousands):

|  | For the Years Ended December 31, | | |
|  | 2018 | 2017 | 2016 |
|---|---|---|---|
| Segment assets | $ 384,504 | $ 979,870 | $ 891,173 |
| Investments in unconsolidated subsidiaries and investees | 90,571 | 2,472 | 2,446 |
| Notes and interest receivable | 83,541 | 70,166 | 79,308 |
| Other assets and receivables | 303,764 | 260,914 | 212,987 |
| Total assets | $ 862,380 | $ 1,313,422 | $ 1,185,914 |

58

## NOTE 15.    *QUARTERLY RESULTS OF OPERATIONS*

The following is a tabulation of TCI's quarterly results of operations for the years 2018, 2017 and 2016. Quarterly results presented may differ from those previously reported in TCI's Form 10-Q due to the reclassification of the operations of properties sold or held for sale to discontinued operations in accordance with ASC topic 360:

|  | Three Months Ended 2018 | | | |
|  | March 31, | June 30, | September 30, | December 31, |
|  | (dollars in thousands, except share and per share amounts) | | | |
|---|---|---|---|---|
| Total operating revenues | $ 31,082 | $ 31,607 | $ 33,505 | $ 24,761 |
| Total operating expenses | 25,894 | 26,966 | 27,734 | 24,240 |
| Operating income | 5,188 | 4,641 | 5,771 | 521 |
| Other (expense) income | (6,624) | 2,731 | 5,896 | (3,404) |
| (Loss) income before gain on formation of joint venture, gain on sales, non-contolling interest, and taxes | (1,436) | 7,372 | 11,667 | (2,883) |
| Gain on disposition of 50% interest in VAA | — | — | — | 154,126 |
| Gain on land sales | 1,335 | — | 12,243 | 3,826 |
| Income tax expense | — | — | (792) | (2,418) |
| Net (loss) income from continued operations | (101) | 7,372 | 23,118 | 152,651 |
| Net (loss) income | (101) | 7,372 | 23,118 | 152,651 |
| Less: net (loss) attributable to non-controlling interest | (132) | (126) | (915) | (417) |
| Preferred dividend requirement | (222) | (224) | (227) | (227) |

| Net (loss) income applicable to common shares | | $ | (455) | $ | 7,922 | $ | 21,976 | $ | 152,007 |
|---|---|---|---|---|---|---|---|---|---|---|

**PER SHARE DATA**

**Earnings per share - basic**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (Loss) income from continued operations | $ | (0.05) | $ | 0.81 | $ | 2.52 | $ | 17.44 |
| Net (loss) income applicable to common shares | $ | (0.05) | $ | 0.81 | $ | 2.52 | $ | 17.44 |
| Weighted average common shares used in computing earnings per share | | 8,717,767 | | 8,717,767 | | 8,717,767 | | 8,717,767 |

**Earnings per share - diluted**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (Loss) income from continued operations | $ | (0.05) | $ | 0.81 | $ | 2.52 | $ | 17.44 |
| Net (loss) income applicable to common shares | $ | (0.05) | $ | 0.81 | $ | 2.52 | $ | 17.44 |
| Weighted average common shares used in computing diluted earnings per share | | 8,717,767 | | 8,717,767 | | 8,717,767 | | 8,717,767 |

| | | Three Months Ended 2017 | | | |
|---|---|---|---|---|---|
| | | March 31, | June 30, | September 30, | December 31, |
| | | (dollars in thousands, except share and per share amounts) | | | |
| Total operating revenues | $ | 31,535 | $ 31,302 | $ 31,491 | $ 30,905 |
| Total operating expenses | | 26,337 | 25,460 | 25,725 | 27,606 |
| Operating income (loss) | | 5,198 | 5,842 | 5,766 | 3,299 |
| Other expense | | (10,658) | (15,613) | (8,967) | (14,729) |
| Loss before gain on sales, non-contolling interest, and taxes | | (5,460) | (9,771) | (3,201) | (11,430) |
| Gain (loss) on sale of income producing properties | | — | — | 9,841 | 1 |
| Gain (loss) on land sales | | 445 | (476) | 530 | 4,385 |
| Income tax benefit (expense) | | — | — | — | (180) |
| Net income (loss) from continued operations | | (5,015) | (10,247) | 7,170 | (7,224) |
| Net income (loss) | | (5,015) | (10,247) | 7,170 | (7,224) |
| Less: net (income) loss attributable to non-controlling interest | | (119) | (163) | (96) | (121) |
| Preferred dividend requirement | | (222) | (224) | (224) | (230) |
| Net (loss) income applicable to common shares | $ | (5,356) | $ (10,634) | $ 6,850 | $ (7,575) |

**PER SHARE DATA**

**Earnings per share - basic**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Loss from continued operations | $ | (0.61) | $ | (1.22) | $ | 0.79 | $ | (0.88) |
| Net income (loss) applicable to common shares | $ | (0.61) | $ | (1.22) | $ | 0.79 | $ | (0.88) |
| Weighted average common shares used in computing earnings per share | | 8,717,767 | | 8,717,767 | | 8,717,767 | | 8,717,767 |

**Earnings per share - diluted**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Loss from continued operations | $ | (0.61) | $ | (1.22) | $ | 0.79 | $ | (0.88) |
| Net income (loss) applicable to common shares | $ | (0.61) | $ | (1.22) | $ | 0.79 | $ | (0.88) |
| Weighted average common shares used in computing diluted earnings per share | | 8,717,767 | | 8,717,767 | | 8,717,767 | | 8,717,767 |

60

| | | Three Months Ended 2016 | | | |
|---|---|---|---|---|---|
| | | March 31, | June 30, | September 30, | December 31, |
| | | (dollars in thousands, except share and per share amounts) | | | |
| Total operating revenues | $ | 28,903 | $ 30,521 | $ 29,776 | $ 29,271 |
| Total operating expenses | | 24,823 | 24,751 | 25,429 | 25,821 |
| Operating income (loss) | | 4,080 | 5,770 | 4,347 | 3,450 |
| Other expense | | (9,054) | (7,901) | (9,309) | (10,364) |
| Loss before gain on sales, non-controlling interest, and taxes | | (4,974) | (2,131) | (4,962) | (6,914) |

App.856

| | | | | |
|---|---|---|---|---|
| Gain (loss) on sale of income-producing properties | (244) | 50,68 | | 11,283 |
| Gain (loss) on land sales | 1,652 | 1,719 | 555 | (805) |
| Income tax benefit (expense) | 1 | — | (25) | — |
| Net income (loss) from continued operations | (3,565) | 4,756 | (4,432) | 3,564 |
| Net loss from discontinued operations | 2 | — | — | (3) |
| Net income (loss) | (3,563) | 4,756 | (4,432) | 3,561 |
| Less: net (income) loss attributable to non-controlling interest | 23 | (97) | (114) | (97) |
| Preferred dividend requirement | (222) | (224) | (227) | (227) |
| Net (loss) income applicable to common shares | $ (3,762) | $ 4,435 | $ (4,773) | $ 3,237 |

**PER SHARE DATA**

**Earnings per share - basic**

| | | | | |
|---|---|---|---|---|
| Loss from continued operations | $ (0.43) | $ 0.51 | $ (0.55) | $ 0.37 |
| Income from discontinued operations | — | — | — | — |
| Net income (loss) applicable to common shares | $ (0.43) | $ 0.51 | $ (0.55) | $ 0.37 |
| Weighted average common shares used in computing earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 |

**Earnings per share - diluted**

| | | | | |
|---|---|---|---|---|
| Loss from continued operations | $ (0.43) | $ 0.51 | $ (0.55) | $ 0.37 |
| Income from discontinued operations | — | — | — | — |
| Net income (loss) applicable to common shares | $ (0.43) | $ 0.51 | $ (0.55) | $ 0.37 |
| Weighted average common shares used in computing diluted earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 |

61

## NOTE 16.   *COMMITMENTS AND CONTINGENCIES AND LIQUIDITY*

*Liquidity.*     Management believes that TCI will generate excess cash from property operations in 2019; such excess, however, will not be sufficient to discharge all of TCI's obligations as they become due. Management intends to sell income-producing assets, refinance real estate and obtain additional borrowings primarily secured by real estate to meet its liquidity requirements.

*Partnership Buyouts*.     TCI is the limited partner in various partnerships related the construction of residential properties. As permitted in the respective partnership agreements, TCI intends to purchase the interests of the general and any other limited partners in these partnerships subsequent to the completion of these projects. The amounts paid to buy out the nonaffiliated partners are limited to development fees earned by the non-affiliated partners, and are set forth in the respective partnership agreements.

**Dynex Capital, Inc.**

On July 20, 2015, the 68th Judicial District Court in Dallas County, Texas issued its Final Judgment in Cause No. DC-03-00675, styled Basic Capital Management, Inc., American Realty Trust, Inc., Transcontinental Realty Investors, Inc., Continental Poydras Corp., Continental Common, Inc. and Continental Baronne, Inc. v. Dynex Commercial, Inc. The case, which was litigated for more than a decade, had its origin with Dynex Commercial making loans to Continental Poydras Corp., Continental Common, Inc. and Continental Baronne, Inc. (subsidiaries of Continental Mortgage & Equity Trust ("CMET"), an entity which merged into TCI in 1999 after the original suit was filed). Under the original loan commitment, $160 million in loans were to be made to the entities. The loans were conditioned on the execution of a commitment between Dynex Commercial and Basic Capital Management, Inc. ("Basic").

An original trial in 2004, which also included Dynex Capital, Inc. as a defendant, resulted in a jury awarding damages in favor of Basic for "lost opportunity," as well as damages in favor of ART and in favor of TCI and its subsidiaries for "increased costs" and "lost opportunity." The original Trial Court judge ignored the jury's findings, however, and entered a "Judgment Notwithstanding the Verdict" ("JNOV") in favor of the Dynex entities (the judge held the Plaintiffs were not entitled to any damages from the Dynex entities). After numerous appeals by all parties, Dynex Capital, Inc. was ultimately dismissed from the case and the remaining claims against Dynex Commercial were remanded to the Trial Court for a new judgment consistent with the jury's findings. The Court entered the new Final Judgment against Dynex Commercial, Inc. on July 20, 2015.

The Final Judgment entered against Dynex Commercial, Inc. on July 20, 2015 awarded Basic $0.256 million in damages, plus pre-judgment interest of $0.192 million for a total amount of $0.448 million. The Judgment awarded ART $14.2 million in damages, plus pre-judgment interest

App.857

of $10.6 million for a total amount of $24.8 million. The Judgment awarded TCI $13.1 million plus pre-judgment interest of $6.4 million for a total amount of $19.5 million. The Judgment also awarded Basic, ART, and TCI post-judgment interest at the rate of 5% per annum from April 25, 2014 until the date their respective damages are paid. Lastly, the Judgement awarded Basic, ART, and TCI $1.6 million collectively in attorneys' fees from Dynex Commercial, Inc.

The Company is working with counsel to identify assets and collect on the Final Judgment against Dynex Commercial, Inc., as well as explore possible additional claims, if any, against Dynex Capital, Inc.

**Berger Litigation**

On February 4, 2019, an individual claiming to be a stockholder holding 7,900 shares of Common Stock of Income Opportunity Realty Investors, Inc. ("IOR") filed a Complaint in the United States District Court for the Northern District of Texas, Dallas Division, individually and allegedly derivatively on behalf of IOR, against Transcontinental Realty Investors, Inc. ("TCI"), American Realty Investors, Inc. ("ARL"), (TCI is a shareholder of IOR, ARL is a shareholder of TCI) Pillar Income Asset Management, Inc. ("Pillar"), ( collectively the "Companies"), certain officers and directors of the Companies ("Additional Parties") and two other individuals. The Complaint filed alleges that the sale and/or exchange of certain tangible and intangible property between the Companies and IOR during the last ten years of business operations constitutes a breach of fiduciary duty by the one or more of Companies, the Additional Defendants and/or the directors of IOR. The case alleges other related claims. The Plaintiff seeks certification as a representative of IOR and all of its shareholders, unspecified damages, a return to IOR of various funds and an award of costs, expenses, disbursements (including Plaintiff's attorneys' fees) and prejudgment and post-judgment interest. The named Defendants intend to vigorously defend the action, deny all of the allegations of the Complaint, and believe the allegations to be wholly without any merit. While only in the early stages of defending the case, it is not clear that Plaintiff owns any shares of Common Stock of IOR or would be a proper representative of IOR or a class of minority stockholders.

62

*Litigation.* The ownership of property and provision of services to the public as tenants entails an inherent risk of liability. Although the Company and its subsidiaries are involved in various items of litigation incidental to and in the ordinary course of its business, in the opinion of management, the outcome of such litigation will not have a material adverse impact upon the Company's financial condition, results of operation or liquidity.

*Guarantees.* The Company is the primary guarantor on a $39.1 million mezzanine loan between UHF and a lender. In addition, ARL and an officer of the Company are limited recourse guarantors of the loan. As of December 31, 2018, UHF was in compliance with the covenants to the loan agreement.

**NOTE 17.    *EARNINGS PER SHARE***

***Earnings per share.***   Earnings per share ("EPS") have been computed pursuant to the provisions of ASC 260 "Earnings per Share." Basic EPS is calculated by dividing income available to common shareholders by the weighted-average number of common shares outstanding during the period. Shares issued during the period shall be weighted for the portion of the period that they were outstanding.

Prior to July 9, 2014, TCI had 30,000 shares of Series C cumulative convertible preferred stock issued and outstanding. These 30,000 shares were owned by RAI, a related party, and had accrued dividends unpaid of $0.9 million. The stock had a liquidation preference of $100.00 per share and could be converted into common stock at 90% of the daily average closing price of the common stock for the prior five trading days. On July 9, 2014, RAI converted all 30,000 shares into the requisite number of shares of common stock. The conversion resulted in the issuance of 304,298 new shares of common stock. The effects of the Series C Cumulative Convertible Preferred Stock are no longer included in the dilutive earnings per share calculation for the current period, but are considered in the calculation for the prior periods if applying the if-converted method is dilutive.

As of December 31, 2018, there are no preferred stock or stock options that are required to be included in the calculation of EPS.

**NOTE 18.    *SUBSEQUENT EVENTS***

The date to which events occurring after December 31, 2018, the date of the most recent balance sheet, have been evaluated for possible adjustments to the financial statements or disclosure is March 31, 2019, which is the date of which the financial statements were available to be issued. There are no subsequent events that would require an adjustment to the financial statements.

63

**Schedule III**

# TRANSCONTINENTAL REALTY INVESTORS, INC.
## REAL ESTATE AND ACCUMULATED DEPRECIATION
### December 31, 2018

| Property/Location | Encumbrances | Initial Cost Land | Initial Cost Buildings | Cost Capitalized Subsequent to Acquisition Improvements | Asset Impairment | Gross Amount of Which Carried at End of Year Land | Building & Improvements | Total | Accumulated Depreciation | Date of Construction | Date Acquired | Life on Which Depreciation In Latest Statement of Operation is Computed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Properties Held for Investment** | | | | | | | | | | | | |
| **Apartments** | | | | | | | | | | | | |
| Legacy at Pleasant Grove, Texarkana, TX | | 2,005 | 17,892 | 217 | — | 2,005 | 18,109 | 20,114 | 1,817 | 2006 | 12/14 | 40 years |
| Toulon, Gautier, MS | | 1,621 | 20,107 | 372 | — | 1,621 | 20,479 | 22,100 | 3,770 | 2011 | 9/09 | 40 years |
| Villager, Ft. Walton, FL | | 141 | 1,267 | — | — | 141 | 1,267 | 1,408 | 116 | 1972 | 6/15 | 40 years |
| Villas at Bon Secour, Gulf Shores, AL | | 2,715 | 15,385 | — | — | 2,715 | 15,385 | 18,100 | 160 | 2007 | 7/18 | 40 years |
| Vista Ridge, Tupelo, MS | | 1,339 | 13,398 | — | — | 1,339 | 13,398 | 14,737 | 1,544 | 2009 | 10/15 | 40 years |
| Westwood, Mary Ester, FL | | 692 | 6,650 | — | — | 692 | 6,650 | 7,342 | 596 | 1972 | 6/15 | 40 years |
| Chelsea, Beaumont, TX | | 1,225 | 11,025 | — | — | 1,225 | 11,025 | 12,250 | 23 | 1999 | 11/18 | 40 years |
| Farnham Park, Port Aurther, TX | | 1,010 | 9,086 | — | — | 1,010 | 9,086 | 10,096 | — | | 11/18 | 40 years |
| Landing, Houma, LA | | 2,012 | 18,115 | — | — | 2,012 | 18,115 | 20,127 | 38 | | 12/18 | 40 years |
| **Total Apartments Held for Investment** | $ — | $ 12,760 | $ 112,925 | $ 589 | $ — | $ 12,760 | $ 113,514 | $ 126,274 | $ 8,064 | | | |
| **Apartments Under Construction** | | | | | | | | | | | | |
| Apalache Point | | — | — | 21 | — | — | 21 | 21 | — | — | | — |
| Overlook at Allensville Square II, Sevierville, TN | | 1,933 | — | 12,567 | — | 1,933 | 12,567 | 14,500 | — | — | 11/15 | — |
| Forest Pines | | 5,040 | — | 300 | — | 5,040 | 300 | 5,340 | — | — | 6/17 | — |
| Parc at Denham | | 714 | — | 4,138 | — | 714 | 4,138 | 4,852 | — | | | |
| Sugar Mill II | | 576 | — | — | — | 576 | — | 576 | — | — | | |
| **Total Apartments Under Construction** | $ — | $ 8,263 | $ — | $ 17,026 | $ — | $ 8,263 | $ 17,026 | $ 25,289 | $ — | $ | | |

| Property/Location | Encumbrances | Initial Cost Land | Buildings | Cost Capitalized Subsequent to Acquisition Improvements | Asset Impairment | Gross Amount of Which Carried at End of Year Land | Building & Improvements | Total | Accumulated Depreciation | Date of Construction | Date Acquired | Life on Which Depreciation In Latest Statement of Operation is Computed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Commercial** | | | | | | | | | | | | |
| 600 Las Colinas, Las Colinas, TX | | 5,751 | 51,759 | 19,317 | — | 5,751 | 71,076 | 76,827 | 29,896 | 1984 | 8/05 | 40 years |
| 770 South Post Oak, Houston, TX | | 1,763 | 15,834 | 412 | — | 1,763 | 16,246 | 18,009 | 1,619 | 1970 | 7/15 | 40 years |
| Bridgeview Plaza, LaCrosse, WI | | — | — | 1,157 | — | — | 1,157 | 1,157 | 710 | 1979 | 3/03 | 40 years |
| Browning Place (Park West I), Farmers Branch, TX | | 5,096 | 45,868 | 22,848 | — | 5,096 | 68,716 | 73,812 | 26,556 | 1984 | 4/05 | 40 years |
| Mahogany Run Golf Course, US Virgin Islands | | — | — | — | — | — | — | — | 15 | 1981 | 11/14 | 40 years |
| Thermalloy | 224 | | | | | | | | | | | |
| Fruitland Plaza, Fruitland Park, FL | | 23 | — | 83 | — | 23 | 83 | 106 | 62 | — | 05/92 | 40 years |
| Senlac VHP, Farmers Branch, TX | | 622 | — | 142 | — | 622 | 142 | 764 | 142 | — | 8/05 | 40 years |
| Stanford Center, Dallas, TX | | 20,278 | 34,862 | 7,953 | (9,600) | 20,278 | 33,215 | 53,493 | 12,148 | — | 6/08 | 40 years |
| **Total Commercial Held for Investment** | $ 224 | $ 33,533 | $ 148,323 | $ 51,912 | $ (9,600) | $ 33,533 | $ 190,635 | $ 224,168 | $ 71,148 | | | |
| **Land** | | | | | | | | | | | | |
| Bonneau Land, Farmers Branch, TX | — | 1,309 | — | — | — | 1,309 | — | 1,309 | — | — | 12/14 | — |
| Cooks Lane, Fort Worth, TX | — | 1,094 | — | — | — | 1,094 | — | 1,094 | — | — | 6/04 | — |
| Dedeaux, Gulfport, MS | 0 | 1,612 | — | 46 | (38) | 1,612 | 8 | 1,620 | — | — | 10/06 | — |
| Gautier Land, Gautier, MS | — | 202 | — | — | — | 202 | — | 202 | — | — | 7/98 | — |
| Lake Shore Villas, Humble, TX | — | 81 | — | 3 | — | 81 | 3 | 84 | — | — | 3/02 | — |
| Lubbock Land, Lubbock, TX | — | 234 | — | — | — | 234 | — | 234 | — | — | 1/04 | — |
| Nakash, Malden, MO | — | 113 | — | — | — | 113 | — | 113 | — | — | 1/93 | — |
| Nashville, Nashville, TN | — | 662 | — | 59 | — | 662 | 59 | 721 | — | — | 6/02 | — |
| Ocean Estates, Gulfport, MS | — | 1,418 | — | 390 | — | 1,418 | 390 | 1,808 | — | — | 10/07 | — |
| Texas Plaza Land, Irving, TX | — | 1,738 | — | — | (238) | 1,738 | (238) | 1,500 | — | — | 12/06 | — |
| Union Pacific Railroad Land, Dallas, TX | — | 130 | — | — | — | 130 | — | 130 | — | — | 3/04 | — |
| Willowick Land, Pensacola, FL | — | 137 | — | — | — | 137 | — | 137 | — | — | 1/95 | — |

App.859

| Property | | | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Windmill Farms Land, Kaufman County, TX | — | 56,796 | — | 13,911 | (20,343) | 56,796 | (6,432) | 50,364 | — | 11/11 |
| 2427 Valley View Ln, Farmers Branch, TX | — | 76 | — | — | — | 76 | — | 76 | — | 7/12 |
| Lacy Longhorn Land, Farmers Branch, TX | 0 | 1,169 | — | (760) | — | 1,169 | (760) | 409 | — | 6/04 |
| Minivest Land, Dallas, TX | — | 7 | — | — | — | 7 | — | 7 | — | 4/13 |
| Mira Lago, Farmers Branch, TX | — | 59 | — | 15 | — | 59 | 15 | 74 | — | 5/01 |
| Nicholson Croslin, Dallas, TX | — | 184 | — | (118) | — | 184 | (118) | 66 | — | 10/98 |
| Nicholson Mendoza, Dallas, TX | — | 80 | — | (51) | — | 80 | (51) | 29 | — | 10/98 |
| Valley View 34 (Mercer Crossing), Farmers Branch, TX | — | 1,173 | — | (945) | — | 1,173 | (945) | 228 | — | 8/08 |
| Mercer Crossing Land L2876 | — | 12,029 | — | — | — | 12,029 | — | 12,029 | — | |
| Mercer Crossing Land L2877 | — | 2,834 | — | — | — | 2,834 | — | 2,834 | — | |
| Dominion Mercer, Farmers Branch, TX | — | 3,801 | — | 2,774 | — | 3,801 | 2,774 | 6,575 | — | 10/16 |
| McKinney 36, Collin County, TX | — | 635 | — | 161 | (19) | 635 | 142 | 777 | — | 1/98 |
| McKinney Ranch Land | 5,183 | — | — | — | — | — | — | — | | |
| Travis Ranch Land, Kaufman County, TX | — | 80 | — | — | — | 80 | — | 80 | — | 8/08 |
| Travis Ranch Retail, Kaufman City, TX | — | 1,517 | — | — | — | 1,517 | — | 1,517 | — | 8/08 |
| **Total Land Held for Investment** | $ 5,183 | $ 89,170 | $ — | $ 15,485 | $ (20,638) | $ 89,170 | $ (5,153) | $ 84,017 | $ — | |
| **Corporate Departments/Investments/Misc.** | | | | | | | | | | |
| TCI - Corporate | 78,134 | — | — | — | — | — | — | — | 16 | |
| **Total Corporate Departments/Investments/Misc.** | $ 78,134 | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ 16 | |
| **Total Properties Held for Investment** | $ 83,541 | $ 143,726 | $ 261,248 | $ 85,012 | $ (30,238) | $ 143,726 | $ 316,022 | $ 459,748 | $ 79,228 | |
| **Properties Held for Sale** | | | | | | | | | | |
| **Commercial** | | | | | | | | | | |
| **Total Commercial Held for Sale** | — | — | — | — | — | — | — | — | — | |
| **Total Properties Held for Sale** | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | |
| **Properties Subject to Sales Contract Apartments** | | | | | | | | | | |
| **Total Apartments Subject to Sales Contract** | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | |
| **Commercial** | | | | | | | | | | |
| **Total Commercial Subject to Sales Contract** | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | |
| **Land** | | | | | | | | | | |
| Dominion Tract, Dallas, TX | 0 | 2,440 | — | 53 | (133) | 2,440 | (80) | 2,360 | — | 3/99 |
| Hollywood Casino Tract I, Farmers Branch, TX | 0 | (3) | — | 0 | — | (3) | — | (3) | — | 6/02 |
| Whorton Land, Bentonville, AR | — | 3,510 | — | 568 | (2,451) | 3,510 | (1,883) | 1,627 | — | 6/05 |
| **Total Land Subject to Sales Contract** | $ — | $ 5,947 | $ — | $ 621 | $ (2,584) | $ 5,947 | $ (1,963) | $ 3,984 | $ — | |
| **Total Properties Subject to Sales Contract** | $ — | $ 5,947 | $ — | $ 621 | $ (2,584) | $ 5,947 | $ (1,963) | $ 3,984 | $ — | |
| **Land Sold** | | | | | | | | | | |
| **Total Land Sold** | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | |
| **TOTAL: Real Estate** | $ 83,541 | $ 149,673 | $ 261,248 | $ 85,633 | $ (32,822) | $ 149,673 | $ 314,059 | $ 463,732 | $ 79,228 | |

64

## REAL ESTATE AND ACCUMULATED DEPRECIATION
### As of December 31, 2018

SCHEDULE III
(Continued)

| | 2018 | 2017 | 2016 |
|---|---|---|---|
| | (dollars in thousands) | | |
| Reconciliation of Real Estate | | | |
| Balance at January 1, | $ 1,165,662 | $ 1,066,603 | $ 1,003,545 |
| Additions | | | |
| Acquisitions, improvements and construction | 175,996 | 129,483 | 112,762 |
| Deductions | | | |
| Sale of real estate | (877,926) | (30,424) | (49,704) |
| Asset impairments | — | — | — |
| Balance at December 31, | $ 463,732 | $ 1,165,662 | $ 1,066,603 |

App.860

| Reconciliation of Accumulated Depreciation | | | | | |
|---|---|---|---|---|---|
| Balance at January 1, | $ | 177,546 | $ | 165,597 | $ | 150,038 |
|   Additions | | | | | |
|     Depreciation | | 22,761 | | 24,417 | | 23,277 |
|   Deductions | | | | | |
|     Sale of real estate | | (121,079) | | (12,468) | | (7,718) |
| Balance at December 31, | $ | 79,228 | $ | 177,546 | $ | 165,597 |

65

**SCHEDULE IV**

### TRANSCONTINENTAL REALTY INVESTORS, INC.
### MORTGAGE LOANS RECEIVABLE
### December 31, 2018

| Description | Interest Rate | Final Maturity Date | Periodic Payment Terms | Prior Liens | Face Amount of Mortgage | Carrying Amount of Mortgage | Principal or Loans Subject to Delinquent Principal or Interest |
|---|---|---|---|---|---|---|---|
| | | | | | (dollars in thousands) | | |
| **H198, LLC** | 12.00% | Jan-19 | Excess cash flow | $ — | $ 5,907 | $ 5,907 | — |
| Las Vegas Land | | | | | | | |
| **H198, LLC** | 12.00% | Oct-19 | Excess cash flow | — | 496 | 496 | — |
| Legacy at Pleasant Grove | | | | — | | | |
| **H198, LLC** | 12.00% | Oct-19 | Excess cash flow | — | 4,554 | 4,554 | — |
| McKinney Ranch Land | 6% | Sep-20 | | — | | | |
| **Forest Pines** | 5% | Sep-19 | Excess cash flow | — | 2,223 | 2,223 | |
| **Spyglass Apartments of Ennis, LP** | 5% | Nov-19 | Excess cash flow | — | 5,083 | 5,083 | |
| **Bellwether Ridge** | 5% | May-20 | Excess cash flow | — | 3,429 | 3,429 | |
| **Parc at Windmill Farms** | 5% | May-20 | Excess cash flow | — | 6,066 | 6,067 | |
| **Unified Housing Foundation, Inc. (Echo Station)** | 12.00% | Dec-32 | Excess cash flow | 9,719 | 1,809 | 1,481 | — |
|   100% Interest in UH of Temple, LLC | | | | | | | |
| **Unified Housing Foundation, Inc. (Lakeshore Villas/HFS of Humble, LLC) (31.5% of cash flow)** | 12.00% | Dec-32 | Excess cash flow | 15,756 | 8,836 | 6,369 | — |
| Interest in Unified Housing Foundation Inc. | | | | | | | |
| **Unified Housing Foundation, Inc. (Limestone Ranch)** | 12.00% | Dec-32 | Excess cash flow | 18,641 | 12,335 | 7,953 | — |
| 100% Interest in UH of Vista Ridge, LLC | | | | | | | |
| **Unified Housing Foundation, Inc. (Timbers of Terrell)** | 12.00% | Dec-32 | Excess cash flow | 7,294 | 1,702 | 1,323 | — |
| 100% Interest in UH of Terrell, LLC | | | | | | | |
| **Unified Housing Foundation, Inc. (Tivoli)** | 12.00% | Dec-32 | Excess cash flow | 10,398 | 10,742 | 6,140 | — |
| 100% Interest in UH of Tivoli, LLC | | | | | | | |
| **Oulan-Chikh Family Trust** | 8.00% | 21-Mar | | — | 174 | 174 | — |
| Unified Housing Foundation, Inc. (Lakeshore Villas/HFS of Humble, LLC) (68.5% of cash flow) | 12.00% | Dec-32 | Excess cash flow | 15,965 | 2,189 | 2,000 | — |
| **Unified Housing Foundation, Inc (2015 Advisory Fee)** | 12.00% | Dec-19 | Excess cash flow | — | 3,994 | 3,994 | — |
| **Unified Housing Foundation, Inc (2008-2014 Advisory Fee)** | 12.00% | Dec-19 | Excess cash flow | — | 6,407 | 6,407 | — |
| **Unified Housing Foundation, Inc (2017 Advisory Fee)** | 12.00% | Jun-19 | Excess cash flow | — | 5,760 | 5,760 | — |
| **Unified Housing Foundation, Inc (2018 Advisory Fee)** | 12.00% | Jun-21 | Excess cash flow | — | 5,314 | 5,314 | |
| **Various related party notes** | various | various | Excess cash flow | — | 2,890 | 2,890 | — |
| **Various non-related party notes** | various | various | | — | 1,031 | 1,031 | — |
| | | | | | | $ 78,595 | |
| | | | | | Accrued interest | 6,771 | |
| | | | | | Allowance for estimated losses | (1,825) | |
| | | | | | | $ 83,541 | |

66

**SCHEDULE IV**
**(Continued)**

### TRANSCONTINENTAL REALTY INVESTORS, INC.
### MORTGAGE LOANS RECEIVABLE
### As of December 31,

| | 2018 | 2017 | 2016 |
|---|---|---|---|
| | (dollars in thousands) | | |
| Balance at January 1, | $ 70,166 | $ 81,133 | $ 71,376 |
| Additions | | | |

App.861

| | | | |
|---|---|---|---|
| New mortgage loans | | | 11,703 |
| Increase (decrease) of interest receivable on mortgage loans | 6,329 | 668 | 9,878 |
| Deductions | | | |
| Amounts received | (6,077) | (26,230) | (11,824) |
| Non-cash reduction | — | (1,827) | — |
| Balance at December 31, | $ 83,541 | $ 70,166 | $ 81,133 |

67

## ITEM 9. *CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE*

None.

## ITEM 9A. *CONTROLS AND PROCEDURES*

### Evaluation of Disclosure Controls and Procedures

Under the supervision and with the participation of our management, including our Principal Executive Officer and Chief Financial Officer, we conducted an evaluation of the effectiveness of our disclosure controls and procedures (as defined in Rule 13a-15(e)) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), which are designed to ensure that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified by the SEC's rules and forms. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is accumulated and communicated to our management, including our Principal Executive Officer and Chief Financial Officer, as appropriate to allow timely decisions regarding required disclosure. Based on this evaluation, our Principal Executive Officer and Chief Financial Officer concluded that our disclosure controls and procedures were effective as of the end of the period covered by this report.

### Management's Report on Internal Control over Financial Reporting

Our management is responsible for establishing and maintaining adequate internal control over financial reporting for the Company. Our internal control over financial reporting is designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements in accordance with generally accepted accounting principles. There are inherent limitations to the effectiveness of any system of internal control over financial reporting. These limitations include the possibility of human error, the circumvention of overriding of the system and reasonable resource constraints. Because of its inherent limitations, our internal control over financial reporting may not prevent or detect misstatements. Projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions or that the degree of compliance with policies or procedures may deteriorate.

Management assessed the effectiveness of the Company's internal control over financial reporting as of December 31, 2018. In making this assessment, management used the criteria set forth in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013). Based on management's assessments and those criteria, management has concluded that Company's internal control over financial reporting was effective as of December 31, 2018.

This annual report does not include an attestation report of the Company's registered public accounting firm regarding internal control over financial report. Management's report was not subject to attestation by the Company's registered public accounting firm pursuant to temporary rules of the Securities and Exchange Commission that permit the Company to provide only management's report in this annual report.

### Changes in Internal Control over Financial Reporting

In preparation for management's report on internal control over financial reporting, we documented and tested the design and operating effectiveness of our internal control over financial reporting. There were no changes in our internal controls over financial reporting (as such term is defined in Exchange Act Rule 13a-15(f)) that occurred during the quarter ended December 31, 2018 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

## Item 9B. *OTHER INFORMATION*

Not applicable.

App.862

## PART III

**ITEM 10.** *DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE*

**Directors**

The affairs of TCI are managed by a Board of Directors. The Directors are elected at the annual meeting of stockholders or appointed by the incumbent Board and serve until the next annual meeting of stockholders or until a successor has been elected or approved.

It is the Board's objective that a majority of the Board consists of independent directors. For a director to be considered independent, the Board must determine that the director does not have any direct or indirect material relationship with TCI. The Board has established guidelines to assist it in determining director independence which conform to, or are more exacting than, the independence requirements in the New York Stock Exchange listing rules. The independence guidelines are set forth in TCI's "Corporate Governance Guidelines". The text of this document has been posted on TCI's internet website at (www.transconrealty-invest.com) and is available in print to any shareholder who requests it. In addition to applying these guidelines, the Board will consider all relevant facts and circumstances in making an independence determination.

TCI has adopted a code of conduct that applies to all Directors, officers and employees, including our principal executive officer, principal financial officer and principal accounting officer. Stockholders may find our code of conduct on our website by going to our website address at (www.transconrealty-invest.com). We will post any amendments to the code of conduct, as well as any waivers that are required to be disclosed by the rules of the SEC or the New York Stock Exchange on our website.

Our Board of Directors has adopted charters for our Audit, Compensation and Governance and Nominating Committees of the Board of Directors. Stockholders may find these documents on our website by going to the website address at (www.transconrealty-invest.com). You may also obtain a printed copy of the materials referred to by contacting us at the following address:

<div align="center">

Transcontinental Realty Investors, Inc.
Attn: Investor Relations
1603 LBJ Freeway, Suite 800
Dallas, Texas 75234
Telephone: 469-522-4200

</div>

All members of the Audit Committee and Nominating and Corporate Governance Committees must be independent directors. Members of the Audit Committee must also satisfy additional independence requirements, which provide (i) that they may not accept, directly or indirectly, any consulting, advisory, or compensatory fee from TCI or any of its subsidiaries other than their director's compensation (other than in their capacity as a member of the Audit Committee, the Board of Directors, or any other committee of the Board), and (ii) no member of the Audit Committee may be an "affiliated person" of TCI or any of its subsidiaries, as defined by the Securities and Exchange Commission.

The current directors of TCI are listed below, together with their ages, terms of service, all positions and offices with TCI and its current advisor, Pillar, their principal occupations, business experience and directorships with other companies during the last five years or more. The designation "affiliated", when used below with respect to a director, means that the director is an officer, director or employee of Pillar, an officer of the Company, or an officer or director of a related party of the Company. The designation "independent", when used below with respect to a Director, means that the Director is neither an officer of the Company nor a director, officer or employee of Pillar (but may be a director of the Company, although the Company may have certain business or professional relationships with such Director as discussed in Item 13. Certain Relationships and Related Transactions, and Director Independence.

**HENRY A. BUTLER,** age 68, Director, Affiliated, since November 2005 and Chairman of the Board since May 2009

Mr. Butler has served as Vice President for Pillar Income Asset Management, LLC since April 2011, Mr. Butler has been a Director of the Company since November 2005 and Chairman of the Board since May 2009. He has also served as Chairman of the Board since May 2009 and as a Director since July 2003 of ARL and Chairman of the Board since May 2011 and a Director since February 2011 of IOR.

<div align="center">69</div>

**ROBERT A. JAKUSZEWSKI,** age 56, Director, Independent, since November 2005

<div align="right">App.863</div>

Mr. Jakuszewski is currently has served as a Territory Manager for Artesa Labs since April 2015. He was a Medical Specialist from January 2014 to April 2015 for VAYA Pharma, Inc., Senior Medical Liaison from January 2013 to July 2013 for Vein Clinics of America, and the Vice President of Sales and Marketing from September 1998 to December 2012 for New Horizons Communications, Inc. Mr. Jakuszewski has been a Director of the Company since November 2005. He has also been a Director of ARL since November 2005 and a Director of IOR since March 2004.

**TED R. MUNSELLE,** age 63, Director, Independent, since February 2004

Mr. Munselle has been Vice President and Chief Financial Officer of Landmark Nurseries, Inc. since October 1998. On February 17, 2012, he was appointed as a member of the Board of Directors for Spindletop Oil & Gas Company and as Chairman of their Audit Committee. Spindletop's stock is traded on the Over-the-Counter (OTC) market. Mr. Munselle has been a Director of the Company since February 2004. He has also served as Director of ARL since February 2004 and Director of IOR since March 2009. Mr. Munselle is qualified as an Audit Committee financial expert within the meaning of SEC regulations and the Board of Directors of IOR has determined that he has accounting and related financial management expertise within the meaning of the listing standards of the NYSE American. Mr. Munselle is a Certified Public Accountant.

**RAYMOND D. ROBERTS, SR.,** age 87, Director, Independent, since June 2016

Mr. Roberts is currently retired. Mr. Roberts has served as Director of the Company since June 2, 2016. He has also served as Director of ARL and IOR since June 2, 2016. For more than five years prior to December 31, 2014, he was Director of Aviation of Steller Aviation, Inc., a privately held corporation engaged in the business of aircraft (Boeing 737) and logistical management.

**Board Meetings and Committees**

The Board of Directors held six meetings during 2017. For such year, no incumbent director attended fewer than 75% of the aggregate of (1) the total number of meetings held by the Board during the period for which he or she had been a director and (2) the total number of meetings held by all committees of the Board on which he or she served during the period that he served. Under TCI's Corporate Governance Guidelines, each Director is expected to dedicate sufficient time, energy and attention to ensure the diligent performance of his or her duties, including by attending meetings of the stockholders of the Company, the Board and Committees of which he is a member. The Board of Directors has standing Audit, Compensation and Governance and Nominating Committees.

*Audit Committee*. The current Audit Committee was formed on February 19, 2004, and its function is to review TCI's operating and accounting procedures. A charter of the Audit Committee has also been adopted by the Board. The charter of the Audit Committee was adopted on February 19, 2004, and is available on the Company's Investor Relations website *(www.transconrealty-invest.com)*. The Audit Committee is an "audit committee" for purposes of Section 3(a)(58) of the Securities Exchange Act of 1934. The current members of the Audit Committee, all of whom are independent within the meaning of the SEC Regulations, the listing standards of the New York Stock Exchange, Inc. and TCI's Corporate Governance Guidelines, are Messrs. Jakuszewski, Munselle (Chairman) and Roberts. Mr. Ted R. Munselle, a member of the Committee, is qualified as an Audit Committee financial expert within the meaning of SEC Regulations, and the Board has determined that he has accounting and related financial management expertise within the meaning of the listing standards of the New York Stock Exchange, Inc. All of the members of the Audit Committee meet the experience requirements of the listing standards of the New York Stock Exchange. The Audit Committee met five times during 2017.

*Governance and Nominating Committee*. The Governance and Nominating Committee is responsible for developing and implementing policies and practices relating to corporate governance, including reviewing and monitoring implementation of TCI's Corporate Governance Guidelines. In addition, the Committee develops and reviews background information on candidates for the Board and makes recommendations to the Board regarding such candidates. The Committee also prepares and supervises the Board's annual review of director independence and the Board's performance self-evaluation. The Charter of the Governance and Nominating Committee was adopted on March 22, 2004 and is available on the Company's Investor Relations website (*www.transconrealty-invest.com*). The current members of the Committee are Messrs. Munselle and Jakuszewski (Chairman) and Roberts. The Governance and Nominating Committee met twice during 2017.

70

*Compensation Committee*. The Compensation Committee is responsible for overseeing the policies of the Company relating to compensation to be paid by the Company to the Company's principal executive officer and any other officers designated by the Board and make recommendations to the Board with respect to such policies, produce necessary reports and executive compensation for inclusion in the Company's Proxy Statement in accordance with applicable rules and regulations and to monitor the development and implementation of succession plans for the principal executive officers and other key executives and make recommendations to the Board with respect to such plans. The charter of the Compensation Committee was adopted on March 22, 2004, and is available on the Company's Investor Relations website (*www.transconrealty-invest.com*). The current members of the Compensation Committee are Messrs. Roberts (Chairman) and Jakuszewski and Munselle. All of the members of the Compensation Committee are independent within the meaning of the listing standards of the NYSE American and the Company's Corporate

Governance Guidelines. The Compensation Committee is to be comprised of at least two directors who are independent of Management and the Company. The Compensation Committee met twice during 2017.

The members of the Board of Directors on the date of this Report and the Committees of the Board on which they serve are identified below:

| | Audit Committee | Governance and Nominating Committee | Compensation Committee |
|---|---|---|---|
| Robert A. Jakuszewski | X | Chair | X |
| Ted R. Munselle | Chair | X | X |
| Raymond D. Roberts, Sr. | X | X | Chair |
| Henry A. Butler | | | |

**Presiding Director**

In March 2004, the Board created a new position of presiding director, whose primary responsibility is to preside over periodic executive sessions of the Board in which Management directors and other members of Management do not participate. The presiding director also advises the Chairman of the Board and, as appropriate, Committee Chairs with respect to agendas and information needs relating to Board and Committee meetings, provides advice with respect to the selection of Committee Chairs and performs other duties that the Board may from time to time delegate to assist the Board in fulfillment of its responsibilities.

The day following the annual meeting of stockholders held December 12, 2018 representing all stockholders of record dated November 5, 2018, the full Board met and re-appointed Ted R. Munselle as Presiding Director, to serve in such position until the Company's next annual meeting of stockholders to be held subsequently in 2019.

**Determination of Director's Independence**

In February 2004, the Board adopted its Corporate Governance Guidelines. The Guidelines adopted by the Board meet or exceed the new listing standards adopted during that year by the New York Stock Exchange. The full text of the Guidelines can be found on the Company's Investor Relations website (*www.transconrealty-invest.com*).

Pursuant to the Guidelines, the Board undertook its annual review of director independence in March, 2018 and during this review, the Board considered transactions and relationships between each director or any member of his or her immediate family and TCI and its subsidiaries and related parties, including those reported under Certain Relationships and Related Transactions below. The Board also examined transactions and relationship between directors or their related parties and members of TCI's senior management or their related parties. As provided in the Guidelines, the purpose of such review was to determine whether such relationships or transactions were inconsistent with the determination that the director is independent.

As a result of this review, the Board affirmatively determined of the then directors, Messrs. Munselle, Jakuszewski and Roberts are each independent of the Company and its Management under the standards set forth in the Corporate Governance Guidelines.

**Executive Officers**

Executive officers of the Company are listed below, all of whom are employed by Pillar. Mr. Bertcher is employed by New Concept Energy, Inc "NCE". None of the executive officers receive any direct remuneration from the Company nor do any hold any options granted by the Company. Their positions with the Company are not subject to a vote of stockholders. In addition to the following executive officers, the Company has several vice presidents and assistant secretaries who are not listed herein. The ages, terms of service and all positions and offices with the Company, Pillar, other related entities, other principal occupations, business experience and directorships with other publicly-held companies during the last five years or more are set forth below. No family relationships exist among any of the executive officers or directors of the Company.

71

**DANIEL J. MOOS, 68**

Mr. Moos has served as President since April 2007 and Chief Executive Officer since March 2010 of IOR, ARL and TCI. Mr. Moos has also served as Prime's President since April 2007, Secretary since June 2011 and Treasurer since October 2013. He has also served as a Director since December 2016, President since December 2010, Chief Executive Officer since March 2011 and Treasurer since October 2013 of Pillar.

**GENE S. BERTCHER, 70**

App.865

Mr. Bertcher has served as Executive Vice President since May 2008, Chief Financial Officer since November 2009 and Treasurer since October 2013 of IOR, ARL and TCI. Mr. Bertcher has also served in the following capacities for New Concept Energy, Inc. "NCE", a Nevada corporation which has its common stock listed on the NYSE American: Director since June 2006, Chairman of the Board since December 2006, Chief Executive Officer since December 2006, President since November 2004, Chief Financial Officer since November 1989, Treasurer since November 1989 and Secretary since October 2012. Mr. Bertcher has been employed by NCE since November 1989. He is a Certified Public Accountant.

## LOUIS J. CORNA, 71

Mr. Corna has served as Executive Vice President, General Counsel/Tax Counsel and Secretary since February 2004 of IOR, ARL and TCI. He has also been Executive Vice President since March 2011 and Secretary since December 2010 of Pillar. Mr. Corna was also a Director and Vice President from June 2004 to December 2010 and Secretary from January 2005 to December 2010 of First Equity Properties, Inc., a Nevada corporation with securities registered under Section 12(g) of the Exchange Act.

### Code of Ethics

TCI has adopted a code of ethics entitled "Code of Business Conduct and Ethics" that applies to all directors, officers, and employees (including those of the contractual Advisor to TCI). In addition, TCI has adopted a code of ethics entitled "Code of Ethics for Senior Financial Officers" that applies to the principal executive officer, president, principal financial officer, chief financial officer, principal accounting officer, and controller. The text of these documents has been posted on TCI's internet website at *(www.transconrealty-invest.com)* and are available in print to any stockholder who requests them.

### Compliance with Section 16(a) of the Securities Exchange Act of 1934

Under the securities laws of the United States, the directors, executive officers, and any persons holding more than 10% of TCI's shares of Common stock are required to report their share ownership and any changes in that ownership to the Securities and Exchange Commission (the "Commission"). Specific due dates for these reports have been established and TCI is required to report any failure to file by these dates. All of these filing requirements were satisfied by TCI's directors, executive officers, and 10% holders during the fiscal year ending December 31, 2017. In making these statements, TCI has relied on the written representations of its incumbent directors and executive officers and its 10% holders and copies of the reports they have filed with the Commission.

### The Advisor

Pillar has been TCI's Advisor and Cash Manager since April 30, 2011. Although the Board of Directors is directly responsible for managing the affairs of TCI, and for setting the policies which guide it, the day-to-day operations of TCI are performed by Pillar, as the contractual advisor, under the supervision of the Board. Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities and arranging debt and equity financing for the Company with third party lenders and investors. Additionally, Pillar serves as a consultant to the Board with regard to their decisions in connection with TCI's business plan and investment policy. Pillar also serves as an Advisor and Cash Manager to ARL and IOR. As the contractual advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor". TCI has no employees and as such, employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement.

Pillar is a Nevada corporation, the sole shareholder of which is Realty Advisors, LLC, a Nevada limited liability company, the sole member of which is RAI, a Nevada corporation, MRHI, a Nevada corporation, the sole shareholder of which is a trust known as the May Trust.

The May Trust is a Trust, the beneficiaries of which are the children of Gene E. Phillips. Mr. Phillips is not an officer, manager or Director of Pillar, Realty Advisors, LLC, RAI, MRHI or ARL, nor is he a Trustee of the May Trust.

72

Under the Advisory Agreement, Pillar is required to annually formulate and submit, for Board approval, a budget and business plan containing a twelve-month forecast of operations and cash flow, a general plan for asset sales and purchases, lending, foreclosure and borrowing activity, and other investments. Pillar is required to report quarterly to the Board on TCI's performance against the business plan. In addition, all transactions require prior Board approval, unless they are explicitly provided for in the approved business plan or are made pursuant to authority expressly delegated to Pillar by the Board.

The Advisory Agreement also requires prior Board approval for the retention of all consultants and third party professionals, other than legal counsel. The Advisory Agreement provides that Pillar shall be deemed to be in a fiduciary relationship to the TCI stockholders; contains a broad standard governing Pillar's liability for losses incurred by TCI; and contains guidelines for Pillar's allocation of investment opportunities as among

The Advisory Agreement provides for Pillar to be responsible for the day-to-day operations of TCI and to receive, as compensation for basic management and advisory services, a gross asset fee of 0.0625% per month (0.75% per annum) of the average of the gross asset value (total assets less allowance for amortization, depreciation or depletion and valuation reserves).

In addition to base compensation, Pillar receives the following forms of additional compensation:

(1) an annual net income fee equal to 7.5% of TCI's net income as an incentive for successful investment and management of the Company's assets;

(2) an annual incentive sales fee to encourage periodic sales of appreciated real property at optimum value equal to 10.0% of the amount, if any, by which the aggregate sales consideration for all real estate sold by TCI during such fiscal year exceeds the sum of:

    (a) the cost of each such property as originally recorded in TCI's books for tax purposes (without deduction for depreciation, amortization or reserve for losses);

    (b) capital improvements made to such assets during the period owned; and

    (c) all closing costs (including real estate commissions) incurred in the sale of such real estate; provided however, no incentive fee shall be paid unless (a) such real estate sold in such fiscal year, in the aggregate, has produced an 8.0% simple annual return on the net investment including capital improvements, calculated over the holding period before depreciation and inclusive of operating income and sales consideration, and (b) the aggregate net operating income from all real estate owned for each of the prior and current fiscal years shall be at least 5.0% higher in the current fiscal year than in the prior fiscal year;

(3) an acquisition commission, from an unaffiliated party of any existing mortgage or loan, for supervising the acquisition, purchase or long-term lease of real estate equal to the lesser of:

    (a) up to 1.0% of the cost of acquisition, inclusive of commissions, if any, paid to non-affiliated brokers; or

    (b) the compensation customarily charged in arm's-length transactions by others rendering similar property acquisition services as an ongoing public activity in the same geographical location and for comparable property, provided that the aggregate purchase price of each property (including acquisition fees and real estate brokerage commissions) may not exceed such property's appraised value at acquisition;

(4) a construction fee equal to 6.0% of the so-called "hard costs" only of any costs of construction on a completed basis, based upon amounts set forth as approved on any architect's certificate issued in connection with such construction, which fee is payable at such time as the applicable architect certifies other costs for payment to third parties. The phrase "hard costs" means all actual costs of construction paid to contractors, subcontractors and third parties for materials or labor performed as part of the construction but does not include items generally regarded as "soft costs," which are consulting fees, attorneys' fees, architectural fees, permit fees and fees of other professionals; and

(5) reimbursement of certain expenses incurred by the advisor in the performance of advisory services.

73

The Advisory Agreement also provides that Pillar receive the following forms of compensation:

(1) a mortgage or loan acquisition fee with respect to the acquisition or purchase from an unaffiliated party of any existing mortgage loan by TCI equal to the lesser of:

    (a) 1.0% of the amount of the mortgage or loan purchased; or

    (b) a brokerage or commitment fee which is reasonable and fair under the circumstances. Such fee will not be paid in connection with the origination or funding of any mortgage loan by TCI; and

(2) a mortgage brokerage and equity refinancing fee for obtaining loans or refinancing on properties equal to the lesser of:

(a) 2.0% of the amount of the loan or the amount refinanced, or

(b) a brokerage or refinancing fee which is reasonable and fair under the circumstances; provided, however, that no such fee shall be paid on loans from Pillar, or a related party of Pillar, without the approval of TCI's Board of Directors. No fee shall be paid on loan extensions.

Under the Advisory Agreement, all or a portion of the annual advisory fee must be refunded by the Advisor if the operating expenses of TCI (as defined in the Advisory Agreement) exceed certain limits specified in the Advisory Agreement based on the book value, net asset value and net income of TCI during the fiscal year.

The Advisory Agreement requires Pillar to pay to TCI, one-half of any compensation received from third parties with respect to the origination, placement or brokerage of any loan made by TCI; provided, however, that the compensation retained by Pillar, or any affiliate of Pillar, shall not exceed the lesser of (1) 2.0% of the amount of the loan commitment or (2) a loan brokerage and commitment fee which is reasonable and fair under the circumstances.

The TCI Advisory Agreement further provides that Pillar shall bear the cost of certain expenses of its employees, excluding fees paid to TCI's Directors; rent and other office expenses of both Pillar and TCI (unless TCI maintains office space separate from that of Pillar); costs not directly identifiable to TCI's assets, liabilities, operations, business or financial affairs; and miscellaneous administrative expenses relating to the performance by Pillar of its duties under the Advisory Agreement.

If and to the extent that TCI shall request Pillar, or any director, officer, partner, or employee of Pillar, to render services for TCI other than those required to be rendered by the Advisory Agreement, Pillar separately would be compensated for such additional services on terms to be agreed upon between such party and TCI from time to time. As discussed below, under "Property Management and Real Estate Brokerage," effective January 1, 2011, Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), the sole member of which is Realty Advisors, LLC, manages our commercial properties and provides brokerage services under similar terms as the previous agreements with Triad and Regis Realty I.

TCI entered into a Cash Management Agreement with Pillar on April 30, 2011 to further define the administration of the Company's day-to-day investment operations, relationship contacts, flow of funds and deposit and borrowing of funds. Under the Cash Management Agreement, all funds of the Company are delivered to Pillar which has a deposit liability to the Company and is responsible for payment of all payables and investment of all excess funds which earn interest at the Wall Street Journal prime rate plus 1.0% per annum, as set quarterly on the first day of each calendar quarter. Borrowings for the benefit of the Company bear the same interest rate. The term of the Cash Management Agreement is coterminous with the Advisory Agreement, and is automatically renewed each year unless terminated with the Advisory Agreement. TCI's management believes that the terms of the Advisory Agreement are at least as fair as could be obtained from unaffiliated third parties.

Situations may develop in which the interests of TCI are in conflict with those of one or more directors or officers in their individual capacities, or of Pillar, or of their respective related parties. In addition to services performed for TCI, as described above, Pillar actively provides similar services as agent for, and advisor to, other real estate enterprises, including persons and entities involved in real estate development and financing, including ARL and IOR. The Advisory Agreement provides that Pillar may also serve as advisor to other entities.

As advisor, Pillar is a fiduciary of TCI's public investors. In determining to which entity a particular investment opportunity will be allocated, Pillar will consider the respective investment objectives of each entity and the appropriateness of a particular investment in light of each such entity's existing mortgage note and real estate portfolios and business plan. To the extent any particular investment opportunity is appropriate to more than one such entity, such investment opportunity will be allocated to the entity that has had funds available for investment for the longest period of time, or, if appropriate, the investment may be shared among various entities. Refer to Part III, Item 13 "Certain Relationships and Related Transactions, and Director Independence".

<center>74</center>

Pillar may assign the Advisory Agreement only with the prior consent of TCI.

The principal executive officers and directors of Pillar are set forth below:

| Name | Directors/Officer(s) |
| --- | --- |
| Daniel J. Moos | President, Chief Executive Officer, Treasurer, Director |
| Gene S. Bertcher | Executive Vice President, Chief Accounting Officer |
| Louis J. Corna | Executive Vice President, Secretary, Tax Counsel, General Legal Counsel |

**Property Management**

Since January 3, 2012, Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), the sole member of which is Realty Advisors, LLC, manages our commercial properties for a fee of 3.0% or less of the monthly gross rents collected on the commercial properties it manages, and leasing commissions of 6.0% or less in accordance with the terms of its property-level management agreement.

TCI engages third-party companies to lease and manage our apartment properties for a fee of 6.0% or less of the monthly gross rents collected on the residential properties under their management.

**Real Estate Brokerage**

Regis provides real estate brokerage services to TCI on a non-exclusive basis, and is entitled to receive a real estate commission for property purchases and sales in accordance with the following sliding scale of total fees to be paid:

(1)  maximum fee of 4.5% on the first $2.0 million of any purchase or sale transaction of which no more than 3.5% is to be paid to Regis;

(2)  maximum fee of 3.5% on transaction amounts between $2.0 million-$5.0 million of which no more than 3.0% is to be paid to Regis;

(3)  maximum fee of 2.5% on transaction amounts between $5.0 million-$10.0 million of which no more than 2.0% is to be paid to Regis; and

(4)  maximum fee of 2.0% on transaction amounts in excess of $10.0 million of which no more than 1.5% is to be paid to Regis.

<div align="center">75</div>

**ITEM 11.     *EXECUTIVE COMPENSATION***

TCI has no employees, payroll or benefit plans and pays no compensation to its executive officers. The executive officers of TCI, who are also officers or employees of Pillar, TCI's advisor, are compensated by Pillar. Such executive officers perform a variety of services for Pillar and the amount of their compensation is determined solely by Pillar. Pillar does not allocate the cash compensation of its officers among the various entities for which it serves as advisor. Refer to Item 10. "Directors, Executive Officers and Corporate Governance" for a more detailed discussion of the compensation payable to Pillar by TCI.

The only remuneration paid by TCI is to the directors who are not officers or employees of Pillar or its related companies. The Independent Directors (1) review the business plan of TCI to determine that it is in the best interest of TCI's stockholders, (2) review the advisory contract, (3) supervise the performance of the advisor and review the reasonableness of the compensation paid to the advisor in terms of the nature and quality of services performed, (4) review the reasonableness of the total fees and expenses of TCI and (5) select, when necessary, a qualified independent real estate appraiser to appraise properties acquired.

Effective February, 2011, each non-affiliated Director is entitled to receive an annual retainer of $12,000, with the Chairman of the Audit Committee to receive a one-time annual fee of $500. Directors who are also employees of the Company or its advisor receive no additional compensation for service as a Director.

During 2017, $36,500 was paid to non-employee Directors in total Directors' fees. The fees paid to the directors are as follows: Robert A. Jakuszewski, $12,000; Ted R. Munselle, $12,500; and, Raymond D. Roberts, Sr., $12,000.

**Director's Stock Option Plan**

TCI established a Director's Stock Option Plan ("Director's Plan") for the purpose of attracting and retaining Directors who are not officers or employees of TCI or Pillar. The Director's Plan provides for the grant of options that are exercisable at fair market value of TCI's Common stock on the date of grant. The Director's Plan was approved by stockholders at their annual meeting on October 10, 2000, following which each then-serving Independent Director was granted options to purchase 5,000 shares of Common stock of TCI. On January 1 of each year, each Independent Director receives options to purchase 5,000 shares of Common stock. The options are immediately exercisable and expire on the earlier of the first anniversary of the date on which a Director ceases to be a Director or 10 years from the date of grant. The Director's Plan was terminated by the Board of Directors on December 15, 2005. As of December 31, 2015, there were 5,000 shares of stock options outstanding which were exercisable at $14.25 per share. These options expired unexercised January 1, 2016.

**ITEM 12.     *SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT***

**Security Ownership of Certain Beneficial Owners**

<div align="right">App.869</div>

The following table sets forth the ownership of TCI's Common stock, both beneficially and of record, both individually and in the aggregate, for those persons or entities known to be beneficial owners of more than 5.0% of the outstanding shares of Common stock as of the close of business on March 31, 2019.

| | Amount and Nature of Beneficial Ownership* | Approximate Percent of Class ** |
|---|---|---|
| American Realty Investors, Inc.[1][2]<br>1603 LBJ Freeway, Suite 800<br>Dallas, Texas 75234 | 6,767,418 | 77.63% |
| Transcontinental Realty Acquisition Corporation[2]<br>1603 LBJ Freeway, Suite 800<br>Dallas, Texas 75234 | 1,383,226 | 15.87% |
| Realty Advisors, LLC [3]<br>1603 LBJ Freeway, Suite 800<br>Dallas, Texas 75234 | 608,984 | 6.98% |

76

---

| | |
|---|---|
| * | "Beneficial Ownership" means the sole or shared power to vote, or to direct the voting of, a security or investment power with respect to a security, or any combination thereof. |
| ** | Percentage is based upon 8,717,767 shares of Common stock outstanding at March 31, 2019. |
| (1) | Includes 5,384,192 shares (61.76%) directly owned by American Realty Investors, Inc. "ARL" directly, over which the directors al ARL may be deemed to be beneficial owners by virtue of their positions as directors of ARL. The directors of ARL disclaim beneficial ownership of such shares. |
| (2) | Includes 1,383,226 shares owned by Transcontinental Realty Acquisition Corporation ("TRAC"), which is a wholly owned subsidiary of ARL, over which each of the directors of TRAC, Daniel J. Moos and Gene S. Bertcher may be deemed to be beneficial owners by virtue of their positions as directors of TRAC. The directors of TRAC disclaim beneficial ownership of such shares. |
| (3) | Includes 336,000 shares owned by RAI and 272,984 shares owned by AEI, over which the executive officers of RAI may be deemed to be the beneficial owners by virtue of their positions. The executive officers of RAI disclaim beneficial ownership of such shares. |

**Security Ownership of Management.**

The following table sets forth the ownership of TCI's Common stock, both beneficially and of record, both individually and in the aggregate, for the directors and executive officers of TCI as of the close of business on March 31, 2019.

| Name of Beneficial Owner | Amount and Nature of Beneficial Ownership* | Approximate Percent of Class ** |
|---|---|---|
| Gene S. Bertcher | 7,375,402[1][3] | 84.60% |
| Henry A. Butler | 6,767,418[1] | 77.63% |
| Louis J. Corna | 7,375,402[1][3] | 84.60% |
| Robert A. Jakuszewski | 6,767,418[1] | 77.63% |
| Daniel J. Moos | 7,665,402[1][2][3] | 87.92% |
| Ted R. Munselle | 6,767,418[1] | 77.63% |
| Raymond D. Roberts, Sr. | 6,767,418[1] | 77.63% |
| All Directors and Executive Officers as a group (7 individuals) | 7,665,402[1][2][3] | 87.92% |

---

| | |
|---|---|
| * | Beneficial Ownership" means the sole or shared power to vote, or to direct the voting of, a security or investment power with respect to a security, or any combination thereof. |
| ** | Percentages are based upon 8,717,767 shares of Common Stock outstanding at March 31, 2019. |

App.870

(1) Includes 6,584,192 shares owned by ARL and 1,683,126 shares owned by TCMC, over which the executive officers and members of the Board of Directors of ARL may be deemed to be the beneficial owners by virtue of their positions as executive officers and members of the Board of Directors of ARL. The executive officers and current members of the Board of Directors of ARL disclaim beneficial ownership of such shares.

(2) Daniel J. Moos owns 295,000 shares of Common Stock and is the President and Chief Executive Officer of ARL, the Company, RAI and MRHI.

(3) Includes 336,000 shares owned by RAI and 272,984 shares owned by AEI, over which the executive officers of RAI may be deemed to be the beneficial owners by virtue of their positions. The executive officers of RAI disclaim beneficial ownership of such shares.

<center>77</center>

## ITEM 13.    *CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE*

### Policies with Respect to Certain Activities

Article 14 of TCI's Articles of Incorporation provides that TCI shall not, directly or indirectly, contract or engage in any transaction with (1) any director, officer or employee of TCI, (2) any director, officer or employee of the advisor, (3) the advisor, or (4) any affiliate or associate (as such terms are defined in Rule 12b-2 under the Securities Exchange Act of 1934, as amended) of any of the aforementioned persons, unless (a) the material facts as to the relationship among or financial interest of the relevant individuals or persons and as to the contract or transaction are disclosed to or are known by TCI's Board of Directors or the appropriate committee thereof and (b) TCI's Board of Directors or committee thereof determines that such contract or transaction is fair to TCI and simultaneously authorizes or ratifies such contract or transaction by the affirmative vote of a majority of independent directors of TCI entitled to vote thereon.

Article 14 defines an "Independent Director" (for purposes of that Article) as one who is neither an officer or employee of TCI, nor a director, officer or employee of TCI's advisor.

TCI's policy is to have such contracts or transactions approved or ratified by a majority of the disinterested Directors with full knowledge of the character of such transactions, as being fair and reasonable to the stockholders at the time of such approval or ratification under the circumstances then prevailing. Such Directors also consider the fairness of such transactions to TCI. Management believes that, to date, such transactions have represented the best investments available at the time and they were at least as advantageous to TCI as other investments that could have been obtained.

TCI may enter into future transactions with entities, the officers, directors, or stockholders of which are also officers, directors, or stockholders of TCI, if such transactions would be beneficial to the operations of TCI and consistent with TCI's then-current investment objectives and policies, subject to approval by a majority of disinterested Directors as discussed above.

TCI does not prohibit its officers, directors, stockholders, or related parties from engaging in business activities of the types conducted by TCI.

### Certain Business Relationships

Pillar has been TCI's Advisor and Cash Manager since April 30, 2011.  Although the Board of Directors is directly responsible for managing the affairs of TCI, and for setting the policies which guide it, the day-to-day operations of TCI are performed by Pillar, as the contractual advisor, under the supervision of the Board.  Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities and arranging debt and equity financing for the Company with third party lenders and investors. Additionally, Pillar serves as a consultant to the Board with regard to their decisions in connection with TCI's business plan and investment policy. Pillar also serves as an Advisor and Cash Manager to ARL and IOR. As the contractual advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor". TCI has no employees and as such, employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement.

Pillar is a Nevada corporation, the sole shareholder of which is Realty Advisors, LLC, a Nevada limited liability company, the sole member of which is RAI, a Nevada corporation, MRHI, a Nevada corporation, the sole shareholder of which is a trust known as the May Trust.

All of TCI's directors also serve as Directors of ARL and IOR. The executive officers of TCI also serve as executive officers of ARL and IOR. As such, they owe fiduciary duties to that entity as well as to Pillar under applicable law. ARL has the same relationship with Pillar, as does TCI. Mr. Bertcher is an officer, director and employee of NCE and as such also owes fiduciary duties to NCE as well as ARL, TCI and IOR under applicable law. Daniel J. Moos is the sole Manager and Class B 2% income Member of Victory Abode Apartments LLC, and owes fiduciary duties to VAA as well as ARL, TCI and IOR.

Effective since January 1, 2011, Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), the sole member of which is Realty Advisors, LLC, manages our commercial properties for a fee of 3.0% or less of the monthly gross rents collected on the commercial properties it

<center>App.871</center>

manages, and leasing commissions of 6.0% or less in accordance with the terms of its property-level management agreement.

Case 3:22-cv-02118-X   Document 183   Filed 03/10/23   Page 75 of 151   PageID 5567

At December 31, 2018, TCI owned approximately 81.12% of the outstanding common shares of IOR.

The Company is part of a tax sharing and compensating agreement with respect to federal income taxes among ARL, TCI and IOR and their subsidiaries. That agreement continued until August 31, 2012, at which time a new tax sharing and compensating agreement was entered into by ARL, TCI, IOR and MRHI for the remainder of 2012 and subsequent years. The expense (benefit) in each year was calculated based on the amount of losses absorbed by taxable income multiplied by the maximum statutory tax rate of 21%.

The Company has a development agreement with Unified Housing Foundation, Inc. "UHF" a non-profit corporation that provides management services for the development of residential apartment projects in the future. The Company has also invested in surplus cash notes receivables from UHF and has sold several residential apartment properties to UHF in prior years. Due to this ongoing relationship and the significant investment in the performance of the collateral secured under the notes receivable, UHF has been determined to be a related party.

**Related Party Transactions**

The Company has historically engaged in and may continue to engage in certain business transactions with related parties, including but not limited to asset acquisition and dispositions. Transactions involving related parties cannot be presumed to be carried out on an arm's length basis due to the absence of free market forces that naturally exist in business dealings between two or more unrelated entities. Related party transactions may not always be favorable to our business and may include terms, conditions and agreements that are not necessarily beneficial to or in the best interest of our company.

According to the VAA Joint Venture Agreement, Southern and TCI are expected to receive approximately $14 million ($6 million and $8 million, respectively) for the cash balances remaining in the transferred properties as of the date of the transaction. The balance was determined and agreed upon by the partners in the joint venture, and based on the estimated bank balances on the day of closing. Additionally, VAA did not purchase the accounts receivable or the utilities' and other deposits. These items as well as the reconciliation of the expense pro-rations will result in additional adjustments being required, subject to the consent of both parties. On February 6, 2019, Abode JVP, LLC, a fully owned subsidiary of Southern, received $7.4 million related to the cash credit and transferred it to TCI. Per the agreement, the true up pro-rations are required to be completed by May 18, 2019.

In 2018, the Company paid advisory fees of $10.7 million, net income fees of $0.6 million, mortgage brokerage and equity refinancing fees of $2.9 million, and cost reimbursements of $4.4 million.

The Company paid property management fees, construction management fees and leasing commissions of $0.5 million to Regis in 2018.

As of December 31, 2018, the Company had notes and interest receivables, net of allowances, of $49.0 million and $5.7 million, respectively, due from related parties. Refer to Part 2, Item 8. Note 5. "Notes and Interest Receivable". During the current period, the Company recognized interest income of $5.7 million, originated $5.3 million, received no principal payments, and received interest payments of $6.1 million from these related party notes receivables.

The Company is the primary guarantor on a $39.1 million mezzanine loan between UHF and a lender. In addition, TCI, ARL, and an officer of the Company are limited recourse guarantors of the loan. As of December 31, 2018 UHF was in compliance with the covenants to the loan agreement.

As of December 31, 2018, the Company had 86 acres of land, at various locations that were sold to related parties in multiple transactions. These transactions are treated as "subject to sales contract" on the Consolidated Balance Sheets. Due to the related party nature of the transactions TCI has deferred the recording of the sales in accordance with ASC 360-20.

**Operating Relationships**

The Company received rental revenue of $1.2 million, $0.8 million, and $0.7 million in the years ended December 31, 2018, 2017, and 2016, respectively, from Pillar and its related parties for properties owned by the Company.

**Advances and Loans**

From time to time, TCI and its related parties have made advances to each other, which generally have not had specific repayment terms, did not bear interest, are unsecured, and have been reflected in TCI's financial statements as other assets or other liabilities. TCI and the advisor charge interest on the outstanding balance of funds advanced to or from TCI. The interest rate, set at the beginning of each quarter, is the prime rate plus 1.0% on the average daily cash balances advanced. At December 31, 2018, TCI has a receivable from ARL in the amount of $118.9 million.

**ITEM 14.**    *PRINCIPAL ACCOUNTING FEES AND SERVICES*

The following table sets for the aggregate fees for professional services rendered to or for TCI for the years 2018 and 2017 by TCI's principal accounting firms, Farmer, Fuqua and Huff, L.P. and Swalm and Associates, P.C.:

| Type of Fee | 2018 | | 2017 | |
| | Farmer, Fuqua & Huff | Swalm & Associates | Farmer, Fuqua & Huff | Swalm & Associates |
|---|---|---|---|---|
| Audit Fees | $ 551,996 | $ 72,210(1) | $ 597,447 | $ 72,136(1) |
| Tax Fees | 38,304 | — | 39,760 | — |
| Total | $ 590,300 | $ 72,210 | $ 637,207 | $ 72,136 |

(1)  All IOT

The audit fees for 2018 and 2017 were for professional services rendered for the audits and reviews of the consolidated financial statements of TCI and its subsidiaries. Tax fees for 2017 and 2016 were for services related to federal and state tax compliance and advice.

All services rendered by the principal auditors are permissible under applicable laws and regulations and were pre-approved by either the Board of Directors or the Audit Committee, as required by law. The fees paid to the principal auditors for the services described in the above table fall under the categories listed below:

*Audit Fees.*    These are fees for professional services performed by the principal auditor for the audit of the Company's annual financial statements and review of financial statements included in the Company's 10-Q filings and services that are normally provided in connection with statutory and regulatory filing or engagement.

*Audit-Related Fees.*    These are fees for assurance and related services performed by the principal auditor that are reasonably related to the performance of the audit or review of the Company's financial statements. These services include attestations by the principal auditor that are not required by statute or regulation and consulting on financial accounting/reporting standards. As of December 31, 2018 the Company incurred $0.6 million of audit related fees in connection to assurance and related services of subsidiary.

*Tax Fees.*    These are fees for professional services performed by the principal auditor with respect to tax compliance, tax planning, tax consultation, returns preparation and review of returns. The review of tax returns includes the Company and its consolidated subsidiaries.

*All Other Fees.*    These are fees for other permissible work performed by the principal auditor that do not meet the above category descriptions.

These services are actively monitored (as to both spending level and work content) by the Audit Committee to maintain the appropriate objectivity and independence in the principal auditor's core work, which is the audit of the Company's consolidated financial statements.

The Audit Committee has established policies and procedures for the approval and pre-approval of audit services and permitted non-audit services. The Audit Committee has the responsibility to engage and terminate TCI's independent auditors, to pre-approve their performance of audit services and permitted non-audit services, to approve all audit and non-audit fees, and to set guidelines for permitted non-audit services and fees. All fees for 2018 and 2017 were pre-approved by the Audit Committee or were within the pre-approved guidelines for permitted non-audit services and fees established by the Audit Committee, and there were no instances of waiver of approved requirements or guidelines during the same periods.

Under the Sarbanes-Oxley Act of 2002 (the "SOX Act"), and the rules of the Securities and Exchange Commission (the "SEC"), the Audit Committee of the Board of Directors is responsible for the appointment, compensation and oversight of the work of the independent auditor. The purpose of the provisions of the SOX Act and the SEC rules for the Audit Committee role in retaining the independent auditor is two-fold. First, the authority and responsibility for the appointment, compensation and oversight of the auditors should be with directors who are independent of management. Second, any non-audit work performed by the auditors should be reviewed and approved by these same independent directors to ensure that any non-audit services performed by the auditor do not impair the independence of the independent auditor. To implement the provisions of the SOX Act, the SEC issued rules specifying the types of services that an independent may not provide to its audit client, and governing the Audit Committee's administration of the engagement of the independent auditor. As part of this responsibility, the Audit Committee

is required to pre-approve the audit and non-audit services performed by the independent auditor in order to assure that they do not impair the auditor's independence. Accordingly, the Audit Committee has adopted a pre-approval policy of audit and non-audit services (the "Policy"), which sets forth the procedures and conditions pursuant to which services to be performed by the independent auditor are to be pre-approved. Consistent with the SEC rules establishing two different approaches to pre-approving non-prohibited services, the Policy of the Audit Committee covers Pre-approval of audit services, audit-related services, international administration tax services, non-U.S. income tax compliance services, pension and benefit plan consulting and compliance services, and U.S. tax compliance and planning. At the beginning of each fiscal year, the Audit Committee will evaluate other known potential engagements of the independent auditor, including the scope of work proposed to be performed and the proposed fees, and will approve or reject each service, taking into account whether services are permissible under applicable law and the possible impact of each non-audit service on the independent auditor's independence from management. Typically, in addition to the generally pre-approved services, other services would include due diligence for an acquisition that may or may not have been known at the beginning of the year. The Audit Committee has also delegated to any member of the Audit Committee designated by the Board or the financial expert member of the Audit Committee responsibilities to pre-approve services to be performed by the independent auditor not exceeding $25,000 in value or cost per engagement of audit and non-audit services, and such authority may only be exercised when the Audit Committee is not in session.

<div align="center">81</div>

## PART IV

**ITEM 15.**    *EXHIBITS, FINANCIAL STATEMENT SCHEDULES*

(a)   The following documents are filed as part of this Report:

1.   *Financial Statements*

Reports of Independent Registered Public Accounting Firms
Consolidated Balance Sheets—December 31, 2018 and 2017
Consolidated Statements of Operations—Years Ended December 31, 2018, 2017, and 2016
Consolidated Statements of Stockholders' Equity—Years Ended December 31, 2018, 2017, and 2016
Consolidated Statements of Cash Flows—Years Ended December 31, 2018, 2017, and 2016
Statements of Consolidated Comprehensive Income (Loss) – Years Ended December 31, 2018, 2017, and 2016
Notes to Financial Statements

2.   *Financial Statement Schedules*

Schedule III—Real Estate and Accumulated Depreciation
Schedule IV—Mortgage Loan Receivables on Real Estate

All other schedules are omitted because they are not applicable or because the required information is shown in the Consolidated Financial Statements or the Notes thereto.

3.   *Incorporated Financial Statements*

Consolidated Financial Statements of Income Opportunity Realty Investors, Inc. (incorporated by reference to Item 8 of Income Opportunity Realty Investors, Inc.'s Annual Report on Form 10-K for the year ended December 31, 2018.

Consolidated Financial Statements of American Realty Investors, Inc. (incorporated by reference to Item 8 of American Realty Investors, Inc.'s Annual Report on Form 10-K for the year ended December 31, 2018).

(b)   *Exhibits*

The following documents are filed as Exhibits to this Report:

| Exhibit Number | Description |
| --- | --- |
| 3.0 | Articles of Incorporation of Transcontinental Realty Investors, Inc., (incorporated by reference to Exhibit No. 3.1 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 1991). |
| 3.1 | Certificate of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc., (incorporated by reference to the Registrant's Current Report on Form 8-K, dated June 3, 1996). |
| 3.2 | Certificate of Amendment of Articles of Incorporation of Transcontinental Realty Investors, Inc., dated October 10, 2000 (incorporated |

by reference to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2000).

3.3 Articles of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc., setting forth the Certificate of Designations, Preferences and Rights of Series A Cumulative Convertible Preferred Stock, dated October 20, 1998 (incorporated by reference to Exhibit 3.1 to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 1998).

3.4 Certificate of Designation of Transcontinental Realty Investors, Inc., setting forth the Voting Powers, Designations, Preferences, Limitations, Restriction and Relative Rights of Series B Cumulative Convertible Preferred Stock, dated October 23, 2000 (incorporation by reference to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2000).

3.5 Certificate of Designation of Transcontinental Realty Investors, Inc., Setting for the Voting Powers, Designating, Preferences, Limitations, Restrictions and Relative Rights of Series C Cumulative Convertible Preferred Stock, dated September 28, 2001 (incorporated by reference to Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2001).

3.6 Articles of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc. Decreasing the Number of Authorized Shares of and Eliminating Series B Preferred Stock dated December 14, 2001 (incorporated by reference to Exhibit 3.7 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 2001).

3.7 By-Laws of Transcontinental Realty Investors, Inc. (incorporated by reference to Exhibit No. 3.2 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 1991).

3.8 Certificate of designation of Transcontinental Realty Investors, Inc. setting forth the Voting Powers, Designations, Preferences Limitations, Restrictions and Relative rights of Series D Cumulative Preferred Stock filed August 14, 2006 with the Secretary of State of Nevada (incorporated by reference to Registrants current report on Form 8-K for event dated November 21, 2006 at Exhibit 3.8 thereof.

<center>82</center>

| Exhibit Number | Description |
|---|---|
| 10.0 | Advisory Agreement dated as of April 30, 2011, between Transcontinental Realty Investors, Inc. and Pillar Income Asset Management LLC (incorporated by reference to Exhibit 10.0 to the Registrant's Current Report on Form 8-K for event occurring April 30, 2011). |
| 10.1 | Leman Development Ltd. and Kaufman Land Partners, Ltd. (incorporated by reference to Registrant's current report in Form 8-K dated November 21, 2006 at Exhibit 10.1 thereof. |
| 14.0 | Code of Ethics for Senior Financial Officers (incorporated by reference to Exhibit 14.0 to Registrant's Annual Report on Form 10-K for the fiscal year ended December 31, 2004). |
| 21.0* | Subsidiaries of the Registrant. |
| 31.1* | Certification Pursuant to Rule 13a-14(a) under the Securities and Exchange Act of 1934 as amended of Principal Executive Officer. |
| 31.2* | Certification Pursuant to Rule 13a-14(a) under the Securities and Exchange Act of 1934 as amended of Principal Financial and Accounting Officer. |
| 32.1* | Certification Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |

\*    Filed herewith.

<center>83</center>

<center>**SIGNATURES**</center>

**Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.**

<div align="right">TRANSCONTINENTAL REALTY INVESTORS, INC.</div>

Dated: March 31, 2019                                              By: /s/  GENE S BERTCHER

**Gene S. Bertcher**
**Executive Vice President and Chief Financial Officer**
**(Principal Financial and Accounting Officer)**

**Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the date indicated.**

| Signature | Title | Date |
|---|---|---|

<div align="right">App.875</div>

/s/ HENRY A. BUTLER                                    Chairman of the Board and Director    March 31 , 2019

**Henry A. Butler**

/s/ RAYMOND D. ROBERTS, SR.                            Director                             March 31 , 2019

**Raymond D. Roberts, Sr.**

/s/ ROBERT A. JAKUSZEWSKI                              Director                             March 31 , 2019

**Robert A. Jakuszewski**

/s/ TED R. MUNSELLE                                    Director                             March 31 , 2019

**Ted R. Munselle**

/s/ DANIEL J. MOOS                                     President and Chief Executive Officer    March 31 , 2019
                                                       (Principal Executive Officer)

**Daniel J. Moos**

/s/ GENE S. BERTCHER                                   Executive Vice President and Chief      March 31 , 2019
                                                       Financial Officer (Principal Financial
                                                       and Accounting Officer)

**Gene S. Bertcher**

84

**ANNUAL REPORT ON FORM 10-K**
**EXHIBIT INDEX**
**For the Year Ended December 31, 2018**

| Exhibit Number | Description |
|---|---|
| 3.0 | Articles of Incorporation of Transcontinental Realty Investors, Inc., (incorporated by reference to Exhibit No. 3.1 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 1991). |
| 3.1 | Certificate of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc., (incorporated by reference to the Registrant's Current Report on Form 8-K, dated June 3, 1996). |
| 3.2 | Certificate of Amendment of Articles of Incorporation of Transcontinental Realty Investors, Inc., dated October 10, 2000 (incorporated by reference to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2000). |
| 3.3 | Articles of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc., setting forth the Certificate of Designations, Preferences and Rights of Series A Cumulative Convertible Preferred Stock, dated October 20, 1998 (incorporated by reference to Exhibit 3.1 to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 1998). |
| 3.4 | Certificate of Designation of Transcontinental Realty Investors, Inc., setting forth the Voting Powers, Designations, Preferences, Limitations, Restriction and Relative Rights of Series B Cumulative Convertible Preferred Stock, dated October 23, 2000 (incorporation by reference to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2000). |
| 3.5 | Certificate of Designation of Transcontinental Realty Investors, Inc., Setting for the Voting Powers, Designating, Preferences, Limitations, Restrictions and Relative Rights of Series C Cumulative Convertible Preferred Stock, dated September 28, 2001 (incorporated by reference to Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2001). |
| 3.6 | Articles of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc. Decreasing the Number of Authorized Shares of and Eliminating Series B Preferred Stock dated December 14, 2001 (incorporated by reference to Exhibit 3.7 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 2001). |
| 3.7 | By-Laws of Transcontinental Realty Investors, Inc. (incorporated by reference to Exhibit No. 3.2 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 1991). |
| 3.8 | Certificate of designation of Transcontinental Realty Investors, Inc. setting forth the Voting Powers, Designations, Preferences Limitations, Restrictions and Relative rights of Series D Cumulative Preferred Stock filed August 14, 2006 with the Secretary of State of Nevada (incorporated by reference to Registrants current report on Form 8-K for event dated November 21, 2006 at Exhibit 3.8 thereof.) |

App.876

10.0     Advisory Agreement dated as of April 30, 2011, between Transcontinental Realty Investors, Inc. and Pillar Income Asset Management LLC (incorporated by reference to Exhibit 10.0 to the Registrant's Current Report on Form 8-K for event occurring April 30, 2011).

10.1     Leman Development Ltd. and Kaufman Land Partners, Ltd. (incorporated by reference to Registrant's current report in Form 8-K dated November 21, 2006 at Exhibit 10.1 thereof.

14 .0    Code of Ethics for Senior Financial Officers (incorporated by reference to Exhibit 14.0 to Registrant's Annual Report on Form 10-K for the fiscal year ended December 31, 2004).

21.1*    Subsidiaries of the Registrant.

31.1*    Certification Pursuant to Rule 13a-14(a) and 15d-14 under the Securities Exchange Act of 1934, as amended of Principal Executive Officer.

31.2*    Certification Pursuant to Rule 13a-14(a) and 15d-14 under the Securities Exchange Act of 1934, as amended of Principal Financial and Accounting Officer

32.1*    Certification pursuant to 18 U.S.C. Section 1350.

101.INS    XBRL Instance Document

101.SCH    XBRL Taxonomy Extension Schema Document

101.CAL    XBRL Taxonomy Extension Calculation Linkbase Document

101.DEF    XBRL Taxonomy Extension Definition Linkbase Document

101.LAB    XBRL Taxonomy Extension Label Linkbase Document

101.PRE    XBRL Taxonomy Extension Presentation Linkbase Document

---

\*     Filed herewith.

85

App.877

# EXHIBIT 47

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

---

# FORM 10-K

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2017

**OR**

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Commission File Number 001-09240

---

# Transcontinental Realty Investors, Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Nevada** | **94-6565852** |
| **(State or other jurisdiction of** | **(IRS Employer** |
| **Incorporation or organization)** | **Identification Number)** |

| | |
|---|---|
| **1603 LBJ Freeway,** | |
| **Suite 300, Dallas, Texas** | **75234** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(469) 522-4200**
**Registrant's Telephone Number, including area code**
**Securities registered pursuant to Section 12(b) of the Act:**

| *Title of Each Class* | *Name of each exchange on which registered* |
|---|---|
| Common Stock, $0.01 par value | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:**
NONE

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes        No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes        No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes        No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes        No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. "large accelerated filer", "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act

| | |
|---|---|
| **Large accelerated filer** | **Accelerated filer** |
| **Non-accelerated filer**        **(Do not check  if smaller reporting company)** | **Smaller Reporting Company** |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act.) Yes     No

The aggregate market value of the shares of voting and non-voting common equity held by non-affiliates of the Registrant, computed by reference to the closing price at which the common equity was last sold which was the sales price of the Common stock on the New York Stock Exchange as of December 31, 2017 (the last business day of the Registrant's most recently completed second fiscal quarter) was $13,555,912 based upon a total of 1,361,049 shares held as of December 31, 2017 by persons believed to be non-affiliates of the Registrant. The basis of the calculation does not constitute a determination by the Registrant as defined in Rule 405 of the Securities Act of 1933, as amended, such calculation, if made as of a date within sixty days of this filing, would yield a different value.

As of March 30, 2018, there were 8,717,767 shares of common stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE:**

Consolidated Financial Statements of Income Opportunity Realty Investors, Inc. Commission File No. 001-14784
Consolidated Financial Statements of American Realty Investors, Inc. Commission File No. 001-15663

**INDEX TO**
**ANNUAL REPORT ON FORM 10-K**

|  |  | **Page** |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 3 |
| Item 1A. | Risk Factors | 9 |
| Item 1B. | Unresolved Staff Comments | 13 |
| Item 2. | Properties | 14 |
| Item 3. | Legal Proceedings | 16 |
| Item 4. | Mine Safety Disclosures | 16 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 17 |
| Item 6. | Selected Financial Data | 18 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operation | 19 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 28 |
| Item 8. | Consolidated Financial Statements and Supplementary Data | 30 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 62 |
| Item 9A. | Controls and Procedures | 62 |
| Item 9B. | Other Information | 62 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 63 |
| Item 11. | Executive Compensation | 69 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management | 69 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 70 |
| Item 14. | Principal Accounting Fees and Services | 72 |
| **PART IV** | | |
| Item 15. | Exhibits, Financial Statement Schedules | 73 |
| Signatures | | 75 |

2

---

**FORWARD-LOOKING STATEMENTS**

**Certain Statements in this Form 10-K are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933, and Section 21E of the Securities Exchange Act of 1934. The words "estimate", "plan", "intend", "expect", "anticipate", "believe", and similar expressions are intended to identify forward-looking statements. The forward-looking statements are found at various places throughout this Report and in the documents incorporated herein by reference. The Company disclaims any intention or obligations to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise. Although we believe that our expectations are based upon reasonable assumptions, we can give no assurance that our goals will be achieved. Important factors that could cause our actual results to differ from estimates or projections contained in any forward-looking statements are described under Part I, Item 1A. "Risk Factors".**

PART I

**ITEM 1.** *BUSINESS*

**General**

As used herein, the terms "TCI", "the Company", "We", "Our", or "Us" refer to Transcontinental Realty Investors, Inc. a Nevada corporation which was formed in 1984. The Company is headquartered in Dallas, Texas and its common stock is listed and trades on the New York Stock Exchange ("NYSE") under the symbol "TCI".

TCI is a "C" corporation for U.S. federal income tax purposes and files an annual consolidated income tax return with American Realty Investors, Inc. ("ARL"), whose common stock is traded on the NYSE under the symbol "ARL". Subsidiaries and affiliates of ARL own in excess of 80% of the Company's common stock. ARL and one of its subsidiaries own 77.63% and the parent of ARL owns 3.49% of the company. Accordingly, TCI's financial results are consolidated with those of ARL's on Form 10-K and related Consolidated Financial Statements. ARL's common stock is listed and trades on the New York Stock Exchange under the symbol "ARL". We have no employees.

On July 17, 2009, the Company acquired an additional 2,518,934 shares of common stock of Income Opportunity Realty Investors, Inc. ("IOR"), and in doing so, increased its ownership from approximately 25% to over 80% of the shares of common stock of IOR outstanding. Upon acquisition of the additional shares in 2009, IOR's results of operations began to be consolidated with those of the Company for tax and financial reporting purposes. As of December 31, 2017, TCI owned 81.25% of the outstanding IOR common shares. Shares of IOR common stock are listed and traded on the NYSE American under the symbol "IOR".

At the time of the acquisition, the historical accounting value of IOR's assets was $112 million and liabilities were $43 million. In that the shares of IOR acquired by TCI were from a related party, the values recorded by TCI are IOR's historical accounting values at the date of transfer. The Company's fair valuation of IOR's assets and liabilities at the acquisition date approximated IOR's book value. The net difference between the purchase price and historical accounting basis of the assets and liabilities acquired is $25.6 million and has been reflected by TCI as deferred income. The deferred income will be recognized upon the sale of the land that IOR held on its books as of the date of sale, to an independent third party.

TCI's Board of Directors are responsible for directing the overall affairs of TCI and for setting the strategic policies that guide the Company. As of April 30, 2011, the Board of Directors delegated the day-to-day management of the Company to Pillar Income Asset Management, Inc. ("Pillar"), a Nevada corporation, under a written Advisory Agreement that is reviewed annually by TCI's Board of Directors. The directors of TCI are also directors of ARL and IOR. The Chairman of the Board of Directors of TCI also serves as the Chairman of the Board of Directors of ARL and IOR. The officers of TCI also serve as officers of ARL, IOR and Pillar.

App.880

Since April 30, 2011, Pillar, the sole shareholder of which is Realty Advisors, LLC (a Nevada limited liability company, the sole member of which is Realty Advisors, Inc., a Nevada corporation, the sole shareholder of which is May Realty Holdings, Inc. ("MRHI", formerly known as Realty Advisors Management, Inc.), effective August 7, 2014), a Nevada corporation, the sole shareholder of which is a trust known as the May Trust, became the Company's external Advisor and Cash Manager. Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities. Pillar also arranges, for the Company's benefit, debt and equity financing with third party lenders and investors. Pillar also serves as an Advisor and Cash Manager to ARI and IOR. As the contractual advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor". TCI has no employees. Employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement.

Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), manages our commercial properties and provides brokerage services. Regis receives property management fees, construction management fees and leasing commissions in accordance with the terms of its property-level management agreement. Regis is also entitled to receive real estate brokerage commissions in accordance with the terms of a non-exclusive brokerage agreement. See Part III, Item 10. "Directors, Executive Officers and Corporate Governance – Property Management and Real Estate Brokerage". TCI engages third-party companies to lease and manage its apartment properties.

Southern Properties Capital Ltd. ("Southern") is a wholly owned subsidiary of TCI that was incorporated on August 16, 2016 for the purpose of raising funds by issuing debentures that cannot be converted into shares on the Tel-Aviv Stock Exchange. Southern operates in the United States and is primarily involved in investing in, developing, constructing and operating income-producing properties of multi-family residential real estate assets. Southern is included in the consolidated financial statements of TCI.

On January 1, 2012, the Company entered into a development agreement with Unified Housing Foundation, Inc. "UHF" a non-profit corporation that provides management services for the development of residential apartment projects in the future. This development agreement was terminated December 31, 2013. The Company has also invested in surplus cash notes receivables from UHF and has sold several residential apartment properties to UHF in prior years. Due to this ongoing relationship and the significant investment in the performance of the collateral secured under the notes receivable, UHF has been determined to be a related party.

<center>3</center>

Our primary business is the acquisition, development and ownership of income-producing residential and commercial real estate properties. In addition, we opportunistically acquire land for future development in in-fill or high-growth suburban markets. From time to time and when we believe it appropriate to do so, we will also sell land and income-producing properties. We generate revenues by leasing apartment units to residents, and leasing office, industrial and retail space to various for-profit businesses as well as certain local, state and federal agencies. We also generate revenues from gains on sales of income-producing properties and land.

At December 31, 2017, our income-producing properties consisted of:

- Seven commercial properties consisting of five office buildings and two retail properties comprising in aggregate of approximately 1.7 million square feet;

- A golf course comprising approximately 96.09 acres; and

- Fifty-one residential apartment communities comprising 8,427 units, excluding apartments being developed.

The following table sets forth the location of our real estate held for investment (income-producing properties only) by asset type as of December 31, 2017:

| Location | Apartments | | Commercial | |
|---|---|---|---|---|
| | No. | Units | No. | SF |
| Alabama | 1 | 168 | | |
| Arkansas | 5 | 938 | | |
| Colorado | 2 | 260 | | |
| Florida | 3 | 198 | 1 | 6,722 |
| Georgia | 1 | 222 | | |
| Louisiana | 2 | 384 | | |
| Mississippi | 9 | 924 | | |
| North Carolina | 1 | 201 | | |
| Tennessee | 4 | 708 | | |
| Texas-Greater Dallas-Ft Worth | 11 | 1,962 | 4 | 1,473,634 |
| Texas-Greater Houston | 2 | 416 | 1 | 95,329 |
| Texas-San Antonio | 2 | 468 | | |
| Texas-Other | 8 | 1.578 | | |
| Wisconsin | | | 1 | 122,205 |
| **Total** | **51** | **8,427** | **7** | **1,697,890** |

We finance our acquisitions primarily through operating cash flow, proceeds from the sale of land and income-producing properties, and debt financing primarily in the form of property-specific, first-lien mortgage loans from commercial banks and institutional lenders. We finance our development projects principally with short-term, variable-rate construction loans that are refinanced with the proceeds of long-term, fixed-rate amortizing mortgages when the development has been completed and occupancy has been stabilized. When we sell properties, we may carry a portion of the sales price generally in the form of a short-term, interest bearing seller-financed note receivable, secured by the property being sold. We may also from time to time enter into partnerships or joint ventures with various investors to acquire land or income-producing properties or to sell interests in some of our properties.

We join with third-party development companies to construct residential apartment communities. At December 31, 2017, we had fourteen apartment projects in development. The third-party developer typically holds a general partner, as well as a limited partner interest in a limited partnership formed for the purpose of building a single property while we generally take a limited partner interest in the limited partnership. We may contribute land to the partnership as part of our equity contribution or we may contribute the necessary funds to the partnership to acquire the land. We are required to fund all required equity contributions while the third-party developer is responsible for obtaining construction financing, hiring a general contractor and for the overall management, successful completion, initial lease-up and delivery of the project. We generally bear all the economic risks and rewards of ownership in these partnerships and therefore include these partnerships in our consolidated financial statements. The third-party developer is paid a developer fee typically equal to a percentage of the construction costs. When the project reaches stabilized occupancy, we acquire the third-party developer's partnership interests in exchange for any remaining unpaid developer fees.

<center>4</center>

At December 31, 2017, our apartment projects in development included (dollars in thousands):

| Property | Location | No. of Units | Costs to Date [1] | Total Projected Costs [1] |
|---|---|---|---|---|

| | Location | Units | | Cost (1) | | |
|---|---|---|---|---|---|---|
| Terra Lago | Rowlett, TX | 427 | $ | 63,168 | $ | |
| Parc at Bentonville | Bentonville, AR | 216 | $ | 85 | $ | 27,710 |
| Lakeside Lofts | Farmers Branch, TX | 494 | $ | 5,079 | $ | 78,550 |
| Eagle Crossing | Dallas, TX | 153 | $ | 81 | $ | 20,670 |
| Parc at Garland | Garland, TX | 198 | $ | 81 | $ | 26,007 |
| Parc at Wylie | Wylie, TX | 198 | $ | 195 | $ | 28,212 |
| Apalache Point | Tallahassee, FL | 200 | $ | 149 | $ | 30,251 |
| Overlook at Allensville Square Phase II | Sevierville, TN | 144 | $ | 525 | $ | 20,244 |
| McKinney Point | McKinney, TX | 198 | $ | 137 | $ | 29,846 |
| Dominion at Mercer Crossing | Farmers Branch, TX | 256 | $ | 2,995 | $ | 46,115 |
| Abode Red Rock Properties | Las Vegas, NV | 308 | $ | 28,095 | $ | 58,880 |
| Oak Hollow Phase II | Seguin, TX | 96 | $ | 5,535 | $ | 10,723 |
| Sawgrass Phase II | New Point Richey, FL | 80 | $ | 3,772 | $ | 20,719 |
| Forest Pines | Bryan, TX | 240 | $ | 269 | $ | 31,535 |
| Total | | 3,228 | $ | 89,134 | $ | 495,837 |

(1) Costs include construction hard costs, construction soft costs and loan borrowing costs.

We have made investments in a number of large tracts of undeveloped and partially developed land and intend to continue to improve these tracts of land for our own development purposes or make the improvements necessary to ready the land for sale to other developers.

At December 31, 2017, our investments in undeveloped and partially developed land consisted of the following (dollars in thousands):

| Location | Date(s) Acquired | Acres | | Cost | Primary Intended Use |
|---|---|---|---|---|---|
| McKinney, TX | 1997-2008 | 10 | $ | 777 | Mixed use |
| Dallas, TX | 1996-2013 | 94 | $ | 15,765 | Mixed use |
| Farmers Branch, TX | 2008-2016 | 269 | $ | 43,519 | Mixed use |
| Kaufman County, TX | 2011 | 2,849 | $ | 43,809 | Mixed use |
| Various | 1990-2008 | 244 | $ | 10,669 | Various |
| **Total Land Holdings** | | **3,466** | | **114,539** | |

5

**Significant Real Estate Acquisitions/Dispositions and Financings**

A summary of some of the significant transactions for the year ended December 31, 2017, are discussed below:

_**Purchases**_

During the year ended December 31, 2017, the Company acquired one income-producing apartment property from a third party in the state of North Carolina, increasing the total number of units by 201, for a combined purchase price of $36.7 million. In addition, we acquired one land parcel for future development for a total purchase price of $5.4 million, adding 18.5 acres to the development portfolio.

_**Sales**_

As of December 31, 2017, the Company has approximately 66.7 acres of land, at various locations that were sold to related parties in multiple transactions. These transactions are treated as "subject to sales contract" on the Consolidated Balance Sheets. Due to the related party nature of the transactions, TCI has deferred the recording of the sales in accordance with ASC 360-20.

We continue to invest in the development of apartment projects. During the year ended December 31, 2017, we have expended $69.8 million related to the construction or predevelopment of various apartment complexes and capitalized $2.4 million of interest costs.

6

**Business Plan and Investment Policy**

Our business objective is to maximize long-term value for our stockholders by investing in residential and commercial real estate through the acquisition, development and ownership of apartments, commercial properties and land. We intend to achieve this objective through acquiring and developing properties in multiple markets and operating as an industry-leading landlord. We believe this objective will provide the benefits of enhanced investment opportunities, economies of scale and risk diversification, both in terms of geographic market and real estate product type. We believe our objective will also result in continuing access to favorably priced debt and equity capital. In pursuing our business objective, we seek to achieve a combination of internal and external growth while maintaining a strong balance sheet and employing a strategy of financial flexibility. We maximize the value of our apartments and commercial properties by maintaining high occupancy levels while charging competitive rental rates, controlling costs and focusing on tenant retention. We also pursue attractive development opportunities either directly or in partnership with other investors.

For our portfolio of commercial properties, we generate increased operating cash flow through annual contractual increases in rental rates under existing leases. We also seek to identify best practices within our industry and across our business units in order to enhance cost savings and gain operating efficiencies. We employ capital improvement and preventive maintenance programs specifically designed to reduce operating costs and increase the long-term value of our real estate investments.

We seek to acquire properties consistent with our business objectives and strategies. We execute our acquisition strategy by purchasing properties which management believes will create stockholder value over the long-term. We will also sell properties when management believes value has been maximized or when a property is no longer considered an investment to be held long-term.

We are continuously in various stages of discussions and negotiations with respect to development, acquisition, and disposition of projects. The consummation of any current or future development, acquisition, or disposition, if any, and the pace at which any may be completed cannot be assured or predicted.

Substantially all of our properties are owned by subsidiary companies, many of which are single-asset entities. This ownership structure permits greater access to financing for individual properties and permits flexibility in negotiating a sale of either the asset or the equity interests in the entity owning the asset. From time-to-time, our subsidiaries have invested in joint ventures with other investors, creating the possibility of risks that do not exist with properties solely owned by a TCI subsidiary. In those instances where other investors are involved, those other investors may have business, economic, or other objectives that are inconsistent with our objectives, which may in turn, require us to make investment decisions different from those if we were the sole owner.

App.882

Real estate generally cannot be sold quickly. We may not be able to promptly dispose of properties in response to economic or other conditions. To offset this challenge, selective dispositions have been a part of our strategy to maintain an efficient investment portfolio and to provide additional sources of capital. We finance acquisitions through mortgages, internally generated funds, and, to a lesser extent, property sales. Those sources provide the bulk of funds for future acquisitions. We may purchase properties by assuming existing loans secured by the acquired property. When properties are acquired in such a manner, we customarily seek to refinance the asset in order to properly leverage the asset in a manner consistent with our investment objectives.

Our businesses are not generally seasonal with regard to real estate investments. Our investment strategy seeks both current income and capital appreciation. Our plan of operation is to continue, to the extent our liquidity permits, to make equity investments in income-producing real estate such as apartments and commercial properties. We may also invest in the debt or equity securities of real estate-related entities. We intend to pursue higher risk, higher reward investments, such as improved and unimproved land where we can obtain reasonably-priced financing for substantially all of a property's purchase price. We intend to continue the development of apartment properties in selected markets in Texas and in other locations where we believe adequate levels of demand exist. We intend to pursue sales opportunities for properties in stabilized real estate markets where we believe our properties' value has been maximized. We also intend to be an opportunistic seller of properties in markets where demand exceeds current supply. Although we no longer actively seek to fund or purchase mortgage loans, we may, in selected instances, originate mortgage loans or we may provide purchase money financing in conjunction with a property sale.

Our Board of Directors has broad authority under our governing documents to make all types of investments, and we may devote available resources to particular investments or types of investments without restriction on the amount or percentage of assets that may be allocated to a single investment or to any particular type of investment, and without limit on the percentage of securities of any one issuer that may be acquired. Investment objectives and policies may be changed at any time by the Board without stockholder approval.

The specific composition from time-to-time of our real estate portfolio owned by TCI directly and through our subsidiaries depends largely on the judgment of management to changing investment opportunities and the level of risk associated with specific investments or types of investments. We intend to maintain a real estate portfolio that is diversified by both location and type of property.

**Competition**

The real estate business is highly competitive and TCI competes with numerous companies engaged in real estate activities (including certain entities described in Part III, Item 13. "Certain Relationships and Related Transactions, and Director Independence"), some of which have greater financial resources than TCI. We believe that success against such competition is dependent upon the geographic location of a property, the performance of property-level managers in areas such as leasing and marketing, collection of rents and control of operating expenses, the amount of new construction in the area and the maintenance and appearance of the property. Additional competitive factors include ease of access to a property, the adequacy of related facilities such as parking and other amenities, and sensitivity to market conditions in determining rent levels. With respect to apartments, competition is also based upon the design and mix of the units and the ability to provide a community atmosphere for the residents. We believe that beyond general economic circumstances and trends, the degree to which properties are renovated or new properties are developed in the competing submarket are also competitive factors. See also Part I, Item1A. "Risk Factors".

7

To the extent that TCI seeks to sell any properties, the sales prices for the properties may be affected by competition from other real estate owners and financial institutions also attempting to sell properties in areas where TCI's properties are located, as well as aggressive buyers attempting to dominate or penetrate a particular market.

As described above and in Part III, Item 13. "Certain Relationships and Related Transactions, and Director Independence", the officers and directors of TCI serve as officers and directors of ARL and IOR. Both ARL and IOR have business objectives similar to those of TCI. TCI's officers and directors owe fiduciary duties to both IOR and ARL as well as to TCI under applicable law. In determining whether a particular investment opportunity will be allocated to TCI, IOR, or ARL, management considers the respective investment objectives of each Company and the appropriateness of a particular investment in light of each Company's existing real estate and mortgage notes receivable portfolio. To the extent that any particular investment opportunity is appropriate to more than one of the entities, the investment opportunity may be allocated to the entity which has had funds available for investment for the longest period of time, or, if appropriate, the investment may be shared among all three or two of the entities.

In addition, as described in Part III, Item 13. "Certain Relationships and Related Transactions, and Director Independence", TCI competes with related parties of Pillar having similar investment objectives related to the acquisition, development, disposition, leasing and financing of real estate and real estate-related investments. In resolving any potential conflicts of interest which may arise, Pillar has informed TCI that it intends to exercise its best judgment as to what is fair and reasonable under the circumstances in accordance with applicable law.

We have historically engaged in and will continue to engage in certain business transactions with related parties, including but not limited to asset acquisitions and dispositions. Transactions involving related parties cannot be presumed to be carried out on an arm's length basis due to the absence of free market forces that naturally exist in business dealings between two or more unrelated entities. Related party transactions may not always be favorable to our business and may include terms, conditions and agreements that are not necessarily beneficial to or in the best interests of the Company.

**Available Information**

TCI maintains an internet site at *http://www.transconrealty-invest.com*. We make available through our website free of charge Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, reports filed pursuant to Section 16 and amendments to those reports as soon as reasonably practicable after we electronically file or furnish such materials to the Securities and Exchange Commission. In addition, we have posted the charters for our Audit Committee, Compensation Committee and Governance and Nominating Committee, as well as our Code of Business Conduct and Ethics, Corporate Governance Guidelines on Director Independence and other information on the website. These charters and principles are not incorporated in this Report by reference. We will also provide a copy of these documents free of charge to stockholders upon written request. The Company issues Annual Reports containing audited financial statements to its common shareholders.

8

**ITEM 1A.   *RISK FACTORS***

An investment in our securities involves various risks. All investors should carefully consider the following risk factors in conjunction with the other information in this report before trading our securities.

**Risk Factors Related to our Business**

***Adverse events concerning our existing tenants or negative market conditions affecting our existing tenants could have an adverse impact on our ability to attract new tenants, release space, collect rent or renew leases, and thus could adversely affect cash flow from operations and inhibit growth.***

Cash flow from operations depends in part on the ability to lease space to tenants on economically favorable terms. We could be adversely affected by various facts and events over which the Company has limited or no control, such as:

- lack of demand for space in areas where the properties are located;

- inability to retain existing tenants and attract new tenants;

App.883

- oversupply of or reduced demand for space and changes in market rental rates;

- defaults by tenants or failure to pay rent on a timely basis;

- the need to periodically renovate and repair marketable space;

- physical damage to properties;

- economic or physical decline of the areas where properties are located; and

- potential risk of functional obsolescence of properties over time.

At any time, any tenant may experience a downturn in its business that may weaken its financial condition. As a result, a tenant may delay lease commencement, fail to make rental payments when due, decline to extend a lease upon its expiration, become insolvent or declare bankruptcy. Any tenant bankruptcy or insolvency, leasing delay or failure to make rental payments when due, could result in the termination of the tenant's lease and material losses to the Company.

If tenants do not renew their leases as they expire, we may not be able to rent the space. Furthermore, leases that are renewed, and some new leases for space that is re-let, may have terms that are less economically favorable than expiring lease terms, or may require us to incur significant costs, such as renovations, tenant improvements or lease transaction costs. Any of these events could adversely affect cash flow from operations and our ability to make distributions to shareholders and service indebtedness. A significant portion of the costs of owning property, such as real estate taxes, insurance, and debt service payments, are not necessarily reduced when circumstances cause a decrease in rental income from the properties.

*We may not be able to compete successfully with other entities that operate in our industry.*

We experience a great deal of competition in attracting tenants for the properties and in locating land to develop and properties to acquire.

In our effort to lease properties, we compete for tenants with a broad spectrum of other landlords in each of the markets. These competitors include, among others, publicly-held REITs, privately-held entities, individual property owners and tenants who wish to sublease their space. Some of these competitors may be able to offer prospective tenants more attractive financial terms than we are able to offer.

If the availability of land or high quality properties in our markets diminishes, operating results could be adversely affected.

*We may experience increased operating costs which could adversely affect our financial results and the value of our properties.*

Our properties are subject to increases in operating expenses such as insurance, cleaning, electricity, heating, ventilation and air conditioning, administrative costs and other costs associated with security, landscaping, repairs, and maintenance of the properties. While some current tenants are obligated by their leases to reimburse us for a portion of these costs, there is no assurance that these tenants will make such payments or agree to pay these costs upon renewal or new tenants will agree to pay these costs. If operating expenses increase in our markets, we may not be able to increase rents or reimbursements in all of these markets to offset the increased expenses, without at the same time decreasing occupancy rates. If this occurs, our ability to make distributions to shareholders and service indebtedness could be adversely affected.

9

*Our ability to achieve growth in operating income depends in part on our ability to develop additional properties.*

We intend to continue to develop properties where warranted by market conditions. We have a number of ongoing development and land projects being readied for commencement.

Additionally, general construction and development activities include the following risks:

- construction and leasing of a property may not be completed on schedule, which could result in increased expenses and construction costs, and would result in reduced profitability for that property;

- construction costs may exceed original estimates due to increases in interest rates and increased cost of materials, labor or other costs, possibly making the property less profitable because of inability to increase rents to compensate for the increase in construction costs;

- some developments may fail to achieve expectations, possibly making them less profitable;

- we may be unable to obtain, or face delays in obtaining, required zoning, land-use, building, occupancy, and other governmental permits and authorizations, which could result in increased costs and could require us to abandon our activities entirely with respect to a project;

- we may abandon development opportunities after the initial exploration, which may result in failure to recover costs already incurred. If we determine to alter or discontinue its development efforts, future costs of the investment may be expensed as incurred rather than capitalized and we may determine the investment is impaired resulting in a loss;

- we may expend funds on and devote management's time to projects which will not be completed; and

- occupancy rates and rents at newly-completed properties may fluctuate depending on various factors including market and economic conditions, and may result in lower than projected rental rates and reduced income from operations.

*We face risks associated with property acquisitions.*

We acquire individual properties and various portfolios of properties and intend to continue to do so. Acquisition activities are subject to the following risks:

- when we are able to locate a desired property, competition from other real estate investors may significantly increase the seller's offering price;

- acquired properties may fail to perform as expected;

- the actual costs of repositioning or redeveloping acquired properties may be higher than original estimates;

- acquired properties may be located in new markets where we face risks associated with an incomplete knowledge or understanding of the local market, a limited number of established business relationships in the area and a relative unfamiliarity with local governmental and permitting procedures; and

- we may be unable to quickly and efficiently integrate new acquisitions, particularly acquisitions of portfolios of properties, into existing operations, and results of operations and financial condition could be adversely affected.

App.884

We may acquire properties subject to liabilities and without any recourse, or with limited recourse, with respect to unknown liabilities. However, if an unknown liability was later asserted against the acquired properties, we might be required to pay substantial sums to settle it, which could adversely affect cash flow.

*Many of our properties are concentrated in our primary markets and the Company may suffer economic harm as a result of adverse conditions in those markets.*

Our properties are located principally in specific geographic areas in the southwestern, southeastern, and mid-western United States. The Company's overall performance is largely dependent on economic conditions in those regions.

*We are leveraged and may not be able to meet our debt service obligations.*

We had total indebtedness at December 31, 2017 of approximately $1,025.5 million. Substantially all assets have been pledged to secure debt. These borrowings increase the risk of loss because they represent a prior claim on assets and most require fixed payments regardless of profitability. Our leveraged position makes us vulnerable to declines in the general economy and may limit the Company's ability to pursue other business opportunities in the future.

10

*We may not be able to access financial markets to obtain capital on a timely basis, or on acceptable terms.*

We rely on proceeds from property dispositions and third party capital sources for a portion of our capital needs, including capital for acquisitions and development. The public debt and equity markets are among the sources upon which the Company relies. There is no guarantee that we will be able to access these markets or any other source of capital. The ability to access the public debt and equity markets depends on a variety of factors, including:

- general economic conditions affecting these markets;

- our own financial structure and performance;

- the market's opinion of real estate companies in general; and

- the market's opinion of real estate companies that own similar properties.

*We may suffer adverse effects as a result of terms and covenants relating to the Company's indebtedness.*

Required payments on our indebtedness generally are not reduced if the economic performance of the portfolio declines. If the economic performance declines, net income, cash flow from operations and cash available for distribution to stockholders may be reduced. If payments on debt cannot be made, we could sustain a loss or suffer judgments, or in the case of mortgages, suffer foreclosures by mortgagees. Further, some obligations contain cross-default and/or cross-acceleration provisions, which means that a default on one obligation may constitute a default on other obligations.

We anticipate only a small portion of the principal of its debt will be repaid prior to maturity. Therefore, we are likely to refinance a portion of its outstanding debt as it matures. There is a risk that we may not be able to refinance existing debt or the terms of any refinancing will not be as favorable as the terms of the maturing debt. If principal balances due at maturity cannot be refinanced, extended, or repaid with proceeds from other sources, such as the proceeds of sales of assets or new equity capital, cash flow may not be sufficient to repay all maturing debt in years when significant "balloon" payments come due.

Our credit facilities and unsecured debt contain customary restrictions, requirements and other limitations on the ability to incur indebtedness, including total debt to asset ratios, secured debt to total asset ratios, debt service coverage ratios, and minimum ratios of unencumbered assets to unsecured debt. Our continued ability to borrow is subject to compliance with financial and other covenants. In addition, failure to comply with such covenants could cause a default under credit facilities, and we may then be required to repay such debt with capital from other sources. Under those circumstances, other sources of capital may not be available, or be available only on unattractive terms.

*Our degree of leverage could limit our ability to obtain additional financing or affect the market price of our common stock.*

The degree of leverage could affect our ability to obtain additional financing for working capital, capital expenditures, acquisitions, development or other general corporate purposes. The degree of leverage could also make us more vulnerable to a downturn in business or the general economy.

*An increase in interest rates would increase interest costs on variable rate debt and could adversely impact the ability to refinance existing debt.*

We currently have, and may incur more, indebtedness that bears interest at variable rates. Accordingly, if interest rates increase, so will the interest costs, which could adversely affect cash flow and the ability to pay principal and interest on our debt and the ability to make distributions to shareholders. Further, rising interest rates could limit our ability to refinance existing debt when it matures.

*Unbudgeted capital expenditures or cost overruns could adversely affect business operations and cash flow.*

If capital expenditures for ongoing or planned development projects or renovations exceed expectations, the additional cost of these expenditures could have an adverse effect on business operations and cash flow. In addition, we might not have access to funds on a timely basis to pay the unexpected expenditures.

Construction costs are funded in large part through construction financing which the Company may guarantee. The Company's obligation to pay interest on this financing continues until the rental project is completed, leased up and permanent financing is obtained, or the project is sold or the construction loan is otherwise paid. Unexpected delays in completion of one or more ongoing projects could also have a significant adverse impact on business operations and cash flow.

*We may need to sell properties from time to time for cash flow purposes.*

Because of the lack of liquidity of real estate investments, our ability to respond to changing circumstances may be limited and generally real estate investments cannot be sold quickly. In the event that we must sell assets to generate cash flow, we cannot predict whether there will be a market for those assets in the time period desired, or whether we will be able to sell the assets at a price that will allow the Company to fully recoup its investment. We may not be able to realize the full potential value of the assets and may incur costs related to the early pay-off of the debt secured by such assets.

11

*We intend to devote resources to the development of new projects.*

We plan to continue developing new projects as opportunities arise in the future. Development and construction activities entail a number of risks, including but not limited to the following:

App.885

- we may abandon a project after spending time and money determining its feasibility;

- construction costs may materially exceed original estimates;

- the revenue from a new project may not be enough to make it profitable or generate a positive cash flow;

- we may not be able to obtain financing on favorable terms for development of a property, if at all;

- we may not complete construction and lease-ups on schedule, resulting in increased development or carrying costs; and

- we may not be able to obtain, or may be delayed in obtaining, necessary governmental permits.

***The overall business is subject to all of the risks associated with the real estate industry.***

We are subject to all risks incident to investment in real estate, many of which relate to the general lack of liquidity of real estate investments, including, but not limited to:

- our real estate assets are concentrated primarily in the southwest and any deterioration in the general economic conditions of this region could have an adverse effect;

- changes in interest rates may make the ability to satisfy debt service requirements more burdensome;

- lack of availability of financing may render the purchase, sale or refinancing of a property more difficult or unattractive;

- changes in real estate and zoning laws;

- increases in real estate taxes and insurance costs;

- federal or local economic or rent control;

- acts of terrorism; and

- hurricanes, tornadoes, floods, earthquakes and other similar natural disasters.

***Our performance and value are subject to risks associated with our real estate assets and with the real estate industry.***

Our economic performance and the value of our real estate assets, and consequently the value of our securities, are subject to the risk that if our properties do not generate revenues sufficient to meet our operating expenses, including debt service and capital expenditures, our cash flow will be adversely affected. The following factors, among others, may adversely affect the income generated by our properties:

- downturns in the national, regional and local economic conditions (particularly increases in unemployment);

- competition from other office and commercial buildings;

- local real estate market conditions, such as oversupply or reduction in demand for office or other commercial space;

- changes in interest rates and availability of financing;

- vacancies, changes in market rental rates and the need to periodically repair, renovate and re-let space;

- increased operating costs, including insurance expense, utilities, real estate taxes, state and local taxes and heightened security costs;

- civil disturbances, earthquakes and other natural disasters, or terrorist acts or acts of war which may result in uninsured or underinsured losses;

- significant expenditures associated with each investment, such as debt service payments, real estate taxes, insurance and maintenance costs which are generally not reduced when circumstances cause a reduction in revenues from a property;

- declines in the financial condition of our tenants and our ability to collect rents from our tenants; and

- decreases in the underlying value of our real estate.

12

***Adverse economic conditions and dislocations in the credit markets could have a material adverse effect on our results of operations, and financial condition.***

Our business may be affected by market and economic challenges experienced by the U.S. economy or real estate industry as a whole or by the local economic conditions in the markets in which our properties are located, including the current dislocations in the credit markets and general global economic recession. These current conditions, or similar conditions existing in the future, may adversely affect our results of operations, and financial condition as a result of the following, among other potential consequences:

- the financial condition of our tenants may be adversely affected which may result in tenant defaults under leases due to bankruptcy, lack of liquidity, operational failures or for other reasons;

- significant job losses within our tenants may occur, which may decrease demand for our office space, causing market rental rates and property values to be negatively impacted;

- our ability to borrow on terms and conditions that we find acceptable, or at all, may be limited, which could reduce our ability to pursue acquisition and development opportunities and refinance existing debt, reduce our returns from our acquisition and development activities and increase our future interest expense;

- reduced values of our properties may limit our ability to dispose of assets at attractive prices or to obtain debt financing secured by our properties and may reduce the availability of unsecured loans; and

- one or more lenders could refuse to fund their financing commitment to us or could fail and we may not be able to replace the financing commitment of any such lenders on favorable terms, or at all.

Real estate generally cannot be sold quickly. We may not be able to dispose of properties promptly in response to economic or other conditions. In addition, provisions of the Internal Revenue Code may limit our ability to sell properties (without incurring significant tax costs) in some situations when it may be otherwise economically advantageous to do so, thereby adversely affecting returns to stockholders and adversely impacting our ability to meet our obligations.

**ITEM 1B.**     **UNRESOLVED STAFF COMMENTS**

None.

13

**ITEM 2.**     **PROPERTIES**

On December 31, 2017, our portfolio consisted of sixty-one income-producing properties consisting of fifty-three apartment complexes totaling 8,606 units, seven commercial properties consisting of five office buildings and two retail centers; and a golf course. In addition, we own or control approximately 3,466 acres of improved and unimproved land for future development or sale. The average annual rental and other property revenue dollar per square foot is $11.83 for the Company's residential apartment portfolio and $18.55 for the commercial portfolio. The table below shows information relating to those properties in which we own or have an ownership interest:

**Transcontinental Realty Investors, Inc**
**Annual Reports**
**Item 2 Properties List**
**For The Twelve Months Ending December 31, 2017**

| Residential Apartments | Location | Units | Occupancy |
|---|---|---|---|
| Anderson Estates | Oxford, MS | 48 | 91.70% |
| Blue Lake Villas I | Waxahachie, TX | 186 | 98.90% |
| Blue Lake Villas II | Waxahachie, TX | 70 | 98.60% |
| Breakwater Bay | Beaumont, TX | 176 | 90.90% |
| Bridgewood Ranch | Kaufman, TX | 106 | 97.20% |
| Capitol Hill | Little Rock, AR | 156 | 92.90% |
| Centennial Village | Oak Ridge TN | 252 | 99.20% |
| Crossing at Opelika | Opelika AL | 168 | 98.20% |
| Curtis Moore Estates | Greenwood, MS | 104 | 77.90% |
| Dakota Arms | Lubbock, TX | 208 | 95.20% |
| David Jordan Phase II | Greenwood, MS | 32 | 78.10% |
| David Jordan Phase III | Greenwood, MS | 40 | 87.50% |
| Desoto Ranch | DeSoto, TX | 248 | 97.20% |
| Falcon Lakes | Arlington, TX | 248 | 98.00% |
| Heather Creek | Mesquite, TX | 200 | 98.50% |
| Lake Forest | Houston, TX | 240 | 95.80% |
| Legacy at Pleasant Grove | Texarkana, TX | 208 | 93.30% |
| Lodge at Pecan Creek | Denton, TX | 192 | 94.80% |
| Lofts at Reynolds Village | Asheville, NC | 201 | 97.50% |
| Mansions of Mansfield | Mansfield, TX | 208 | 97.60% |
| Metropolitan | Little Rock, AR | 260 | 87.30% |
| Mission Oaks | San Antonio, TX | 228 | 96.10% |
| Monticello Estate | Monticello, AR | 32 | 90.60% |
| Northside on Travis | Sherman, TX | 200 | 97.00% |
| Oak Hollow | Seguin TX | 160 | 94.40% |
| Oceanaire | Biloxi, MS | 196 | 94.40% |
| Overlook at Allensville | Sevierville TN | 144 | 96.50% |
| Parc at Clarksville | Clarksville, TN | 168 | 96.40% |
| Parc at Denham Springs | Denham Springs, LA | 224 | 94.60% |
| Parc at Maumelle | Little Rock, AR | 240 | 93.80% |
| Parc at Metro Center | Nashville, TN | 144 | 98.60% |
| Parc at Rogers | Rogers, AR | 250 | 96.40% |
| Preserve at Pecan Creek | Denton, TX | 192 | 94.30% |
| Preserve at Prairie Point | Lubbock, TX | 184 | 97.80% |
| Residences at Holland Lake | Weatherford TX | 208 | 97.60% |
| Riverwalk Phase I | Greenville, MS | 32 | 96.90% |
| Riverwalk Phase II | Greenville, MS | 72 | 91.70% |
| Sawgrass Creek | New Port Richey, FL | 45 | 95.56% |
| Sonoma Court | Rockwall, TX | 124 | 99.20% |
| Sugar Mill | Baton Rouge, LA | 160 | 100.00% |
| Tattersall Village | Hinesville, GA | 222 | 96.40% |
| Toulon | Gautier, MS | 240 | 92.10% |
| Tradewinds | Midland TX | 214 | 97.70% |
| Villager | Fort Walton FL | 33 | 97.00% |
| Villas at Park West I | Pueblo, CO | 148 | 100.00% |
| Villas at Park West II | Pueblo, CO | 112 | 100.00% |
| Vista Ridge | Tupelo MS | 160 | 96.90% |
| Vistas of Vance Jackson | San Antonio, TX | 240 | 97.10% |
| Waterford at Summer Park | Rosenberg TX | 196 | 92.30% |
| Westwood | Mary Ester FL | 120 | 98.30% |
| Windsong | Fort Worth, TX | 188 | 98.40% |
| *51* | *Total Apartment Units* | **8,427** | **95.18%** |

| Office Buildings | Location | SqFt | Occupancy |
|---|---|---|---|
| 600 Las Colinas | Las Colinas, TX | 512,210 | 92.36% |
| 770 South Post Oak | Houston, TX | 95,329 | 86.43% |
| Browning Place (Park West I) | Farmers Branch, TX | 625,378 | 77.53% |
| Senlac (VHP) | Farmers Branch, TX | 2,812 | 100.00% |
| Stanford Center | Dallas, TX | 333,234 | 97.79% |
| **5** | **Total Office Buildings** | **1,568,963** | |

| Retail Centers | Location | SqFt | Occupancy |
|---|---|---|---|
| Bridgeview Plaza | LaCrosse, WI | 122,205 | 87.36% |
| Fruitland Park | Fruitland Park, FL | 6,722 | 100.00% |
| **2** | **Total Retail Centers** | **128,927** | |
| | **Total Commercial** | **1,697,890** | |

| Golf Course | Location | Acres | |
|---|---|---|---|
| Mahogany Run Golf Course | St. Thomas, US Virgin Islands | 96.09 | |
| **1** | **Total Golf Course** | **96.09** | |

*Golf course had 96.09 acres, but it suffered extensive damage in a hurricane and is no longer operating.*

**Lease Expirations**

The table below shows the lease expirations of the commercial properties over a nine-year period and thereafter:

| Year of Lease Expiration | Rentable Square Feet Subject to Expiring Leases | Current Annualized (1) Contractual Rent Under Expiring Leases | Current Annualized(1) Contractual Rent Under Expiring Leases (P.S.F.) | Percentage of Total Square Feet | Percentage of Gross Rentals |
|---|---|---|---|---|---|
| 2018 | 172,297 | 3,647,957 | $ 21.17 | 10.1% | 13.4% |
| 2019 | 298,377 | 5,299,974 | $ 17.76 | 17.6% | 19.6% |
| 2020 | 119,770 | 2,523,397 | $ 21.07 | 7.1% | 9.3% |
| 2021 | 125,086 | 2,561,127 | $ 20.47 | 7.4% | 9.4% |
| 2022 | 236,901 | 5,118,961 | $ 21.61 | 14.0% | 18.9% |
| 2023 | 172,346 | 2,344,412 | $ 13.60 | 10.2% | 8.7% |
| 2024 | 61,044 | 996,807 | $ 16.33 | 3.6% | 3.7% |
| 2025 | 113,829 | 2,604,020 | $ 22.88 | 6.7% | 9.6% |
| 2026 | 14,445 | 375,570 | $ 26.00 | 0.9% | 1.4% |
| Thereafter | 80,074 | 1,627,426 | $ 20.32 | 4.7% | 6.0% |
| **Total** | **1,394,169** | **$ 27,099,651** | | **82.3%** | **100%** |

(1) Represents the monthly contractual base rent and recoveries from tenants under existing leases as of December 31, 2017, multiplied by twelve. This amount reflects total rent before any rent abatements and includes expense reimbursements, which may be estimates as of such date.

14

The table below shows information related to the land parcels we own as of December 31, 2017:

| Land | Location | Acres |
|---|---|---|
| 2427 Valley View Ln | Farmers Branch, TX | 0.31 |
| Audubon | Adams County, MS | 48.20 |
| Bonneau Land | Farmers Branch, TX | 8.39 |
| Cooks Lane | Fort Worth, TX | 23.24 |
| Dedeaux | Gulfport, MS | 10.00 |
| Denham Springs | Denham Springs, LA | 4.38 |
| Dominion Mercer | Farmers Branch, TX | 5.29 |
| Gautier | Gautier, MS | 3.46 |
| Hollywood Casino Tract II | Farmers Branch, TX | 11.36 |
| Lacy Longhorn | Farmers Branch, TX | 5.08 |
| Lake Shore Villas | Humble, TX | 19.51 |
| Lubbock | Lubbock, TX | 2.86 |
| Manhattan Land | Farmers Branch, TX | 8.79 |
| McKinney 36 | Collin County, TX | 9.58 |
| Minivest | Dallas, TX | 0.23 |
| Nashville | Nashville, TN | 6.25 |
| Nicholson Croslin | Dallas, TX | 0.80 |
| Nicholson Mendoza | Dallas, TX | 0.35 |
| Ocean Estates | Gulfport, MS | 12.00 |
| Senlac | Farmers Branch, TX | 8.49 |
| Texas Plaza | Irving, TX | 10.33 |
| Travis Ranch | Kaufman County, TX | 8.66 |
| Travis Ranch Retail | Kaufman County, TX | 8.13 |
| Union Pacific Railroad | Dallas, TX | 0.04 |
| Valley View 34 (Mercer Crossing) | Farmers Branch, TX | 2.19 |

App.888

| | Location | Acres |
|---|---|---|
| Willow31 | Pensacola | |
| Windmills Farms | Kaufman County, TX | 2,831.87 |
| | *Total Land/Development* | *3,089.57* |

| Land Subject to Sales Contract | Location | Acres |
|---|---|---|
| Dominion Tract | Dallas, TX | 10.59 |
| Hollywood Casino Tract I | Farmers Branch, TX | 10.96 |
| LaDue | Farmers Branch, TX | 8.01 |
| Three Hickory | Farmers Branch, TX | 6.60 |
| Travelers | Farmers Branch, TX | 193.17 |
| Walker/Cummings | Dallas County, TX | 82.59 |
| Whorton | Bentonville, AR | 64.44 |
| | *Total Land Subject to Sales Contract* | **376.36** |
| | *Total Land* | **3,465.93** |

15

## ITEM 3.    *LEGAL PROCEEDINGS*

**Dynex Capital, Inc.**

On July 20, 2015, the 68th Judicial District Court in Dallas County, Texas issued its Final Judgment in Cause No. DC-03-00675, styled Basic Capital Management, Inc., American Realty Trust, Inc., Transcontinental Realty Investors, Inc., Continental Poydras Corp., Continental Common, Inc. and Continental Baronne, Inc. v. Dynex Commercial, Inc. The case, which was litigated for more than a decade, had its origin with Dynex Commercial making loans to Continental Poydras Corp., Continental Common, Inc. and Continental Baronne, Inc. (subsidiaries of Continental Mortgage & Equity Trust ("CMET"), an entity which merged into TCI in 1999 after the original suit was filed). Under the original loan commitment, $160 million in loans were to be made to the entities. The loans were conditioned on the execution of a commitment between Dynex Commercial and Basic Capital Management, Inc. ("Basic").

An original trial in 2004, which also included Dynex Capital, Inc. as a defendant, resulted in a jury awarding damages in favor of Basic for "lost opportunity," as well as damages in favor of ART and in favor of TCI and its subsidiaries for "increased costs" and "lost opportunity." The original Trial Court judge ignored the jury's findings, however, and entered a "Judgment Notwithstanding the Verdict" ("JNOV") in favor of the Dynex entities (the judge held the Plaintiffs were not entitled to any damages from the Dynex entities). After numerous appeals by all parties, Dynex Capital, Inc. was ultimately dismissed from the case and the remaining claims against Dynex Commercial were remanded to the Trial Court for a new judgment consistent with the jury's findings. The Court entered the new Final Judgment against Dynex Commercial, Inc. on July 20, 2015.

The Final Judgment entered against Dynex Commercial, Inc. on July 20, 2015 awarded Basic $0.256 million in damages, plus pre-judgment interest of $0.192 million for a total amount of $0.448 million. The Judgment awarded ART $14.2 million in damages, plus pre-judgment interest of $10.6 million for a total amount of $24.8 million. The Judgment awarded TCI $11.1 million, plus pre-judgment interest of $8.4 million for a total amount of $19.5 million. The Judgment also awarded Basic, ART, and TCI post-judgment interest at the rate of 5% per annum from April 25, 2014 until the date their respective damages are paid. Lastly, the Judgement awarded Basic, ART, and TCI $1.6 million collectively in attorneys' fees from Dynex Commercial, Inc.

The Company is working with counsel to identify assets and collect on the Final Judgment against Dynex Commercial, Inc., as well as explore possible additional claims, if any, against Dynex Capital, Inc.

*Litigation.* The ownership of property and provision of services to the public as tenants entails an inherent risk of liability. Although the Company and its subsidiaries are involved in various items of litigation incidental to and in the ordinary course of its business, in the opinion of management, the outcome of such litigation will not have a material adverse impact upon the Company's financial condition, results of operation or liquidity.

## ITEM 4.    *MINE SAFETY DISCLOSURES*

Not applicable.

16

## PART II

## ITEM 5.    *MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES*

TCI's Common stock is listed and traded on the NYSE American under the symbol "TCI". The following table sets forth the high and low sales prices as reported in the consolidated reporting system of the NYSE American for the quarters ended:

| | 2017 | | 2016 | |
|---|---|---|---|---|
| | High | Low | High | Low |
| First Quarter | $ 21.50 | $ 11.94 | $ 11.62 | $ 8.35 |
| Second Quarter | $ 27.64 | $ 16.50 | $ 12.84 | $ 8.38 |
| Third Quarter | $ 29.69 | $ 20.37 | $ 11.90 | $ 9.10 |
| Fourth Quarter | $ 35.00 | $ 26.39 | $ 12.66 | $ 9.41 |

On March 20, 2018, the closing price of TCI's common stock as reported on the NYSE American was $40.46 per share, and was held by approximately 3,700 holders of record.

TCI's Board of Directors established a policy that dividend declarations on common stock would be determined on an annual basis following the end of each year. In accordance with that policy, the board determined not to pay any dividends on common stock in 2017, 2016 or 2015. Future distributions to common stockholders will be determined by the Board of Directors in light of conditions then existing, including the Company's financial condition and requirements, future prospects, restrictions in financing agreements, business conditions and other factors deemed relevant by the Board.

In December 1989, the Board of Directors approved a share repurchase program, authorizing the repurchase of a total of 687,000 shares of TCI's Common stock. In June 2000, the Board increased this authorization to 1,387,000 shares. On August 10, 2010, the Board of Directors approved an increase in the share repurchase program for up to an additional 250,000 shares of common stock which resulted in a total authorization under the repurchase program for up to 1,637,000 shares of our common stock. This repurchase program has no termination date. There were no shares repurchased for the year ended December 31, 2017.

## ITEM 6.   *SELECTED FINANCIAL DATA*

| | | For the Years Ended December 31, | | | |
| --- | --- | --- | --- | --- | --- |
| | **2017** | **2016** | **2015** | **2014** | **2013** |
| | (dollars in thousands, except share and per share amounts) | | | | |
| **EARNINGS DATA** | | | | | |
| Total operating revenues | $ 125,233 | $ 118,471 | $ 102,220 | $ 75,858 | $ 77,351 |
| Total operating expenses | 105,128 | 100,824 | 92,919 | 75,087 | 82,722 |
| Operating income (loss) | 20,105 | 17,647 | 9,301 | 771 | (5,371) |
| Other expenses | (49,967) | (36,628) | (36,095) | (17,613) | (36,626) |
| Loss before gain on sales, non-controlling interest, and taxes | (29,862) | (18,981) | (26,794) | (16,842) | (41,997) |
| Gain (loss) on land sales | 4,884 | 3,121 | 18,911 | 561 | (1,073) |
| Gain on sale of income-producing properties | 9,842 | 16,207 | — | — | — |
| Income tax benefit (expense) | (180) | (24) | (517) | 20,390 | 40,949 |
| Net income (loss) from continuing operations | (15.316) | 323 | (8,400) | 4,109 | (2,121) |
| Net income (loss) from discontinued operations | | (1) | 896 | 37,868 | 61,630 |
| Net income (loss) | (15,316) | 322 | (7,504) | 41,977 | 59,509 |
| Net income attributable to non-controlling interest | (499) | (285) | (132) | (399) | (979) |
| Net income (loss) attributable to Transcontinental Realty Investors, Inc. | (15,815) | 37 | (7,636) | 41,578 | 58,530 |
| Preferred dividend requirement | (900) | (900) | (900) | (1,005) | (1,110) |
| Net income (loss) applicable to common shares | $ (16,715) | $ (863) | $ (8,536) | $ 40,573 | $ 57,420 |
| | | | | | |
| **PER SHARE DATA** | | | | | |
| **Earnings per share - basic** | | | | | |
| Income (loss) from continuing operations | $ (1.92) | $ (0.10) | $ (1.08) | $ 0.32 | $ (0.50) |
| Income (loss) from discontinued operations | 0.00 | 0.00 | 0.10 | 4.42 | 7.33 |
| Net income (loss) applicable to common shares | $ (1.92) | $ (0.10) | $ (0.98) | $ 4.74 | $ 6.83 |
| Weighted average common share used in computing earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,559,370 | 8,413,469 |
| | | | | | |
| **Earnings per share - diluted** | | | | | |
| Income (loss) from continuing operations | $ (1.92) | $ (0.10) | $ (1.08) | $ 0.32 | $ (0.50) |
| Income (loss) from discontinued operations | — | (0.00) | 0.10 | 4.42 | 7.33 |
| Net income (loss) applicable to common shares | $ (1.92) | $ (0.10) | $ (0.98) | $ 4.74 | $ 6.83 |
| Weighted average common share used in computing diluted earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,559,370 | 8,413,469 |
| | | | | | |
| **BALANCE SHEET DATA** | | | | | |
| Real estate, net | $ 979,870 | $ 891,173 | $ 844,019 | $ 689,121 | $ 695,802 |
| Notes and interest receivable, net | 70,166 | 79,308 | 69,551 | 83,457 | 67,907 |
| Total assets | 1,313,422 | 1,185,914 | 1,110,204 | 930,405 | 897,671 |
| Notes and interest payables | 1,007,529 | 841,516 | 779,434 | 608,917 | 602,845 |
| Stockholders' equity | 208,261 | 224,477 | 225,055 | 233,448 | 191,570 |
| Book value per share | 23.89 | 25.75 | 25.82 | 27.27 | 22.77 |

18

## ITEM 7.   *MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS*

The following discussion should be read in conjunction with the financial statements and notes thereto appearing elsewhere in this report.

The Annual Report on Form 10-K contains forward-looking statements within the meaning of the federal securities laws, principally, but not only, under the captions "Business", "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations." We caution investors that any forward-looking statements in this report, or which management may make orally or in writing from time to time, are based on management's beliefs and on assumptions made by, and information currently available to, management. When used, the words "anticipate", "believe", "expect", "intend", "may", "might", "plan", "estimate", "project", "should", "will", "result" and similar expressions which do not relate solely to historical matters are intended to identify forward-looking statements. These statements are subject to risks, uncertainties and assumptions and are not guarantees of future performance, which may be affected by known and unknown risks, trends, uncertainties and factors that are beyond our control. Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual results may vary materially from those anticipated, estimated or projected. We caution you that, while forward-looking statements reflect our good faith beliefs when we make them, they are not guarantees of future performance and are impacted by actual events when they occur after we make such statements. We expressly disclaim any responsibility to update our forward-looking statements, whether as a result of new information, future events or otherwise. Accordingly, investors should use caution in relying on past forward-looking statements, which are based on results and trends at the time they are made, to anticipate future results or trends.

Some of the risks and uncertainties that may cause our actual results, performance or achievements to differ materially from those expressed or implied by forward-looking statements include, among others, the following:

- general risks affecting the real estate industry (including, without limitation, the inability to enter into or renew leases, dependence on tenants' financial condition, and competition from other developers, owners and operators of real estate);

- risks associated with the availability and terms of financing and the use of debt to fund acquisitions and developments;

- failure to manage effectively our growth and expansion into new markets or to integrate acquisitions successfully;

App.890

- risks and uncertainties affecting property development and construction (including, without limitation, construction delays, cost overruns, inability to obtain necessary permits and public opposition to such activities);

- risks associated with downturns in the national and local economies, increases in interest rates, and volatility in the securities markets;

- costs of compliance with the Americans with Disabilities Act and other similar laws and regulations;

- potential liability for uninsured losses and environmental contamination;

- risks associated with our dependence on key personnel whose continued service is not guaranteed; and

- the other risk factors identified in this Form 10-K, including those described under the caption "Risk Factors."

The risks included here are not exhaustive. Other sections of this report, including Part I Item 1A. "Risk Factors," include additional factors that could adversely affect our business and financial performance. Moreover, we operate in a very competitive and rapidly changing environment. New risk factors emerge from time to time and it is not possible for management to predict all such risk factors, nor can we assess the impact of all such risk factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements. Given these risks and uncertainties, investors should not place undue reliance on forward-looking statements as a prediction of actual results. Investors should also refer to our quarterly reports on Form 10-Q for future periods and current reports on Form 8-K as we file them with the SEC, and to other materials we may furnish to the public from time to time through Forms 8-K or otherwise.

## Overview

We are an externally advised and managed real estate investment company that owns a diverse portfolio of income-producing properties and land held for development. The Company's portfolio of income-producing properties includes residential apartment communities, office buildings and other commercial properties. Our investment strategy includes acquiring existing income-producing properties as well as developing new properties on land already owned or acquired for a specific development project. We acquire land primarily in in-fill locations or high-growth suburban markets. We are an active buyer and seller of real estate and during 2017 we acquired $41.7 million and sold $11.2 million of land and income-producing properties. As of December 31, 2017, we owned 8,427 units in fifty-one residential apartment communities, seven commercial properties comprising approximately 1.7 million rentable square feet, and a golf course. In addition, we own 3,466 acres of land held for development. The Company currently owns income-producing properties and land in eleven states as well as in the U.S. Virgin Islands.

19

We finance our acquisitions primarily through operating cash flow, proceeds from the sale of land and income-producing properties and debt financing primarily in the form of property-specific first-lien mortgage loans from commercial banks and institutional lenders. We finance our development projects principally with short-term, variable interest rate construction loans that are converted to long-term, fixed rate amortizing mortgages when the development project is completed and occupancy has been stabilized. The Company will, from time to time, also enter into partnerships with various investors to acquire income-producing properties or land and to sell interests in some of its wholly-owned properties. When the Company sells assets, it may carry a portion of the sales price generally in the form of a short-term, interest bearing seller-financed note receivable. The Company generates operating revenues primarily by leasing apartment units to residents and leasing office, retail and industrial space to commercial tenants.

The Company has historically engaged in and may continue to engage in certain business transactions with related parties, including but not limited to asset acquisition and dispositions. Transactions involving related parties cannot be presumed to be carried out on an arm's length basis due to the absence of free market forces that naturally exist in business dealings between two or more unrelated entities. Related party transactions may not always be favorable to our business and may include terms, conditions and agreements that are not necessarily beneficial to or in our best interest.

Since April 30, 2011, Pillar is the Company's external Advisor and Cash Manager under a contractual arrangement that is reviewed annually by our Board of Directors. Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities. Pillar also arranges, for TCI's benefit, debt and equity financing with third party lenders and investors. Pillar also serves as an Advisor and Cash Manager to ARL and IOR. As the contractual Advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor". TCI has no employees. Employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement.

Effective since January 1, 2011, Regis manages our commercial properties and provides brokerage services. Regis is entitled to receive a fee for its property management and brokerage services. See Part III, Item 10. "Directors, Executive Officers and Corporate Governance – Property Management and Real Estate Brokerage." The Company contracts with third-party companies to lease and manage our apartment communities.

## Critical Accounting Policies

We present our financial statements in accordance with generally accepted accounting principles in the United States ("GAAP").

The accompanying Consolidated Financial Statements include our accounts, our subsidiaries, generally all of which are wholly-owned, and all entities in which we have a controlling interest.

For entities in which we have less than a controlling financial interest or entities where we are not deemed to be the primary beneficiary, the entities are accounted for using the equity method of accounting. Accordingly, our share of the net earnings or losses of these entities are included in consolidated net income. TCI's investment in ARL is accounted for under the equity method.

In accordance with the VIE guidance in ASC 810 "Consolidations," the Company consolidated fifty-one multifamily residential properties at December 31, 2017 and fifty at December 31, 2016, located throughout the United States ranging from 32 units to 260 units. Assets totaling approximately $484 million and approximately $442 million at December 31, 2017 and 2016, respectively, are consolidated and included in "Real estate, at cost" on the balance sheet and are all collateral for their respective mortgage notes payable, none of which are recourse to the partnership in which they are in or to the Company.

20

## Real Estate

Upon acquisitions of real estate, we assess the fair value of acquired tangible and intangible assets, including land, buildings, tenant improvements, "above-" and "below-market" leases, origination costs, acquired in-place leases, other identified intangible assets and assumed liabilities in accordance with ASC Topic 805 "Business Combinations", and allocate the purchase price to the acquired assets and assumed liabilities, including land at appraised value and buildings at replacement cost.

We assess and consider fair value based on estimated cash flow projections that utilize appropriate discount and/or capitalization rates, as well as available market information. Estimates of future cash flows are based on a number of factors including the historical operating results, known and anticipated trends, and market and economic conditions. The fair value of the tangible assets of an acquired property considers the value of the property as if it were vacant. We also consider an allocation of purchase price of other acquired intangibles, including acquired in-place leases that may have a customer relationship intangible value, including (but not limited to) the nature and extent of the existing relationship with the tenants, the tenants' credit quality and expectations of lease

App.891

renewals. Based on acquisitions to date, our allocation to customer relationship intangible assets has been immaterial.

We record acquired "above-" and "below-market" leases at their fair values (using a discount rate which reflects the risks associated with the leases acquired) equal to the difference between (1) the contractual amounts to be paid pursuant to each in-place lease and (2) management's estimate of fair market lease rates for each corresponding in-place lease, measured over a period equal to the remaining term of the lease for above-market leases and the initial term plus the term of any below-market fixed rate renewal options for below-market leases.

Other intangible assets acquired include amounts for in-place lease values that are based on our evaluation of the specific characteristics of each tenant's lease. Factors to be considered include estimates of carrying costs during hypothetical expected lease-up periods considering current market conditions, and costs to execute similar leases. In estimating carrying costs, we include real estate taxes, insurance and other operating expenses and estimates of lost rentals at market rates during the expected lease-up periods, depending on local market conditions. In estimating costs to execute similar leases, we consider leasing commissions, legal and other related expenses.

Transfers to or from our parent, ARL, or other related parties reflect a basis equal to the cost basis in the asset at the time of the sale.

**Depreciation and Impairment**

Real estate is stated at depreciated cost. The cost of buildings and improvements includes the purchase price of property, legal fees and other acquisition costs. Costs directly related to the development of properties are capitalized. Capitalized development costs include interest, property taxes, insurance, and other direct project costs incurred during the period of development.

A variety of costs are incurred in the acquisition, development and leasing of properties. After determination is made to capitalize a cost, it is allocated to the specific component of a project that is benefited. Determination of when a development project is substantially complete and capitalization must cease involves a degree of judgment. Our capitalization policy on development properties is guided by ASC Topic 835-20 "Interest - Capitalization of Interest" and ASC Topic 970 "Real Estate—General". The costs of land and buildings under development include specifically identifiable costs. The capitalized costs include pre-construction costs essential to the development of the property, development costs, construction costs, interest costs, real estate taxes, salaries and related costs and other costs incurred during the period of development. We consider a construction project as substantially completed and held available for occupancy upon the receipt of certificates of occupancy, but no later than one year from cessation of major construction activity. We cease capitalization on the portion (1) substantially completed and (2) occupied or held available for occupancy, and we capitalize only those costs associated with the portion under construction.

Management reviews its long-lived assets used in operations for impairment when there is an event or change in circumstances that indicates impairment in value. An impairment loss is recognized if the carrying amount of its assets is not recoverable and exceeds its fair value. Fair value is determined by a recent appraisal, comparable based upon prices for similar assets, executed sales contract, a present value and/or a valuation technique based upon a multiple of earnings or revenue. If such impairment is present, an impairment loss is recognized based on the excess of the carrying amount of the asset over its fair value. The evaluation of anticipated cash flows is highly subjective and is based in part on assumptions regarding future occupancy, rental rates and capital requirements that could differ materially from actual results in future periods. If we determine that impairment has occurred, the affected assets must be reduced to their face value.

**Real Estate Assets Held for Sale**

We classify properties as held for sale when certain criteria are met in accordance with GAAP. At that time, we present the assets and obligations of the property held for sale separately in our consolidated balance sheet and we cease recording depreciation and amortization expense related to that property. Properties held for sale are reported at the lower of their carrying amount or their estimated fair value, less estimated costs to sell. We did not have any real estate assets classified as held for sale at December 31, 2017 or 2016.

21

Effective as of January 1, 2015, we adopted the revised guidance in Accounting Standards Update No. 2014-08 regarding discontinued operations. For sales of real estate or assets classified as held for sale after January 1, 2015, we will evaluate whether a disposal transaction meets the criteria of a strategic shift and will have a major effect on our operations and financial results to determine if the results of operations and gains on sale of real estate will be presented as part of our continuing operations or as discontinued operations in our consolidated statements of operations. If the disposal represents a strategic shift, it will be classified as discontinued operations for all periods presented; if not, it will be presented in continuing operations.

Any properties that are treated as "subject to sales contract" on the Consolidated Balance Sheets and are listed in detail in Schedule III, "Real Estate and Accumulated Depreciation" are those in which we have not recognized the legal sale according to the guidance in ASC 360-20 due to various factors, disclosed in Item 1 "Significant Real Estate Acquisitions/Dispositions and Financing." Any sale transaction where the guidance reflects that a sale had not occurred, the asset involved in the transaction, including the debt, if appropriate, and property operations, remained on the books of the Company. We continue to charge depreciation to expense as a period costs for the property until such time as the property has been classified as held for sale in accordance with guidance reflected in ASC 360-10-45 "Impairment or Disposal of Long-Lived Assets."

**Investment in Unconsolidated Real Estate Ventures**

Except for ownership interests in variable interest entities, we account for our investments in unconsolidated real estate ventures under the equity method of accounting because the Company exercises significant influence over, but does not control, these entities. These investments are recorded initially at cost, as investments in unconsolidated real estate ventures, and subsequently adjusted for equity in earnings and cash contributions and distributions. Any difference between the carrying amount of these investments on the Company's balance sheet and the underlying equity in net assets is amortized as an adjustment to equity in earnings of unconsolidated real estate ventures over the life of the related asset. Under the equity method of accounting, our net equity is reflected within the Consolidated Balance Sheets, and our share of net income or loss from the joint ventures is included within the Consolidated Statements of Operations. The joint venture agreements may designate different percentage allocations among investors for profits and losses; however, our recognition of joint venture income or loss generally follows the joint venture's distribution priorities, which may change upon the achievement of certain investment return thresholds. For ownership interests in variable interest entities, the Company consolidates those in which we are the primary beneficiary.

**Recognition of Rental Income**

Rental income for commercial property leases is recognized on a straight-line basis over the respective lease terms. In accordance with ASC Topic 805, we recognize rental revenue of acquired in-place "above-"and "below-market" leases at their fair values over the terms of the respective leases. On our Consolidated Balance Sheets, we include as a receivable the excess of rental income recognized over rental payments actually received pursuant to the terms of the individual commercial lease agreements.

Reimbursements of operating costs, as allowed under most of our commercial tenant leases, consist of amounts due from tenants for common area maintenance, real estate taxes and other recoverable costs, and are recognized as revenue in the period in which the recoverable expenses are incurred. We record these reimbursements on a "gross" basis, since we generally are the primary obligor with respect to purchasing goods and services from third-party suppliers; we have discretion in selecting the supplier and have the credit risk with respect to paying the supplier.

Rental income for residential property leases is recorded when due from residents and is recognized monthly as earned, which is not materially different than on a straight-line basis as lease terms are generally for periods of one year or less. An allowance for doubtful accounts is recorded for all past due rents and operating expense reimbursements considered to be uncollectible.

**Revenue Recognition on the Sale of Real Estate**

Sales and the associated gains or losses of real estate assets are recognized in accordance with the provisions of ASC Topic 360-20, "Property, Plant and Equipment—Real Estate Sale". The specific timing of a sale is measured against various criteria in ASC 360-20 related to the terms of the transaction and any continuing involvement in the form of management or financial assistance associated with the properties. If the sales criteria for the full accrual method are not met, we defer some or all of the gain recognition and account for the continued operations of the property by applying the finance, leasing, deposit, installment or cost recovery methods, as appropriate, until the sales criteria are met.

App.892

**Non-performing Notes Receivable**

We consider a note receivable to be non-performing when the maturity date has passed without principal repayment and the borrower is not making interest payments in accordance with the terms of the agreement.

**Interest Recognition on Notes Receivable**

We record interest income as earned in accordance with the terms of the related loan agreements.

22

**Allowance for Estimated Losses**

We assess the collectability of notes receivable on a periodic basis, of which the assessment consists primarily of an evaluation of cash flow projections of the borrower to determine whether estimated cash flows are sufficient to repay principal and interest in accordance with the contractual terms of the note. We recognize impairments on notes receivable when it is probable that principal and interest will not be received in accordance with the contractual terms of the loan. The amount of the impairment to be recognized generally is based on the fair value of the partnership's real estate that represents the primary source of loan repayment. See Note 3 "Notes and Interest Receivable" for details on our notes receivable.

**Fair Value of Financial Instruments**

We apply the guidance in ASC Topic 820, "Fair Value Measurements and Disclosures," to the valuation of real estate assets. These provisions define fair value as the price that would be received to sell an asset or paid to transfer a liability in a transaction between market participants at the measurement date, establish a hierarchy that prioritizes the information used in developing fair value estimates and require disclosure of fair value measurements by level within the fair value hierarchy. The hierarchy gives the highest priority to quoted prices in active markets (Level 1 measurements) and the lowest priority to unobservable data (Level 3 measurements), such as the reporting entity's own data.

The valuation hierarchy is based upon the transparency of inputs to the valuation of an asset or liability as of the measurement date and includes three levels defined as follows:

Level 1 — Unadjusted quoted prices for identical and unrestricted assets or liabilities in active markets.

Level 2 — Quoted prices for similar assets and liabilities in active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument.

Level 3 — Unobservable inputs that are significant to the fair value measurement.

A financial instrument's categorization within the valuation hierarchy is based upon the lowest level of input that is significant to the fair value measurement.

**Related parties**

We apply ASC Topic 805, "Business Combination", to evaluate business relationships. Related parties are persons or entities who have one or more of the following characteristics, which include entities for which investments in their equity securities would be required, trust for the benefit of persons including principal owners of the entities and members of their immediate families, management personnel of the entity and members of their immediate families and other parties with which the entity may deal if one party controls or can significantly influence the decision making of the other to an extent that one of the transacting parties might be prevented from fully pursuing its own separate interests, or affiliates of the entity.

**Results of Operations**

The discussion of our results of operations is based on management's review of operations, which is based on our segments. Our segments consist of apartments, commercial buildings, land and other. For discussion purposes, we break these segments down into the following sub-categories; same property portfolio, acquired properties, and developed properties in the lease-up phase. The same property portfolio consists of properties that were held by us for the entire period for both years being compared. The acquired property portfolio consists of properties that we acquired but have not held for the entire period for both periods being compared. Developed properties in the lease-up phase consist of completed projects that are being leased-up. As we complete each phase of the project, we lease-up that phase and include those revenues in our continued operations. Once a developed property becomes leased-up (80% or more) and is held the entire period for both years under comparison, it is considered to be included in the same property portfolio. Income- producing properties that we have sold during the year are reclassified to discontinued operations for all periods presented. The other segment consists of revenue and operating expenses related to the notes receivable and corporate entities.

The following discussion is based on our Consolidated Statements of Operations for the years ended December 31, 2017, 2016, and 2015 as included in Item 8. "Consolidated Financial Statements and Supplementary Data". The prior year's property portfolios have been adjusted for subsequent sales. Continuing operations relates to income-producing properties that were held during those years as adjusted for sales in the subsequent years.

23

At December 31, 2017, 2016 and 2015, we owned or had interests in a portfolio of fifty-nine, fifty-eight and fifty-seven income-producing properties, respectively. The total property portfolio represents all income-producing properties held as of December 31 for the year presented. Sales subsequent to year end represent properties that were held as of year-end for the years presented, but sold in subsequent years. Continued operations represents all properties that have not been reclassed to discontinued operations as of December 31, 2017 for the year presented. The table below shows the number of income-producing properties held by year:

|  | 2017 | 2016 | 2015 |
|---|---|---|---|
| Continuing operations | 59 | 58 | 57 |
| Held for sale/subsequent sales | — | — | — |
| Total property portfolio | 59 | 58 | 57 |

*Comparison of the year ended December 31, 2017 to the year ended December 31, 2016:*

For the year ended December 31, 2017, we reported net loss applicable to common shares of $16.7 million or ($1.92) per diluted earnings per share compared to a net loss applicable to common shares of $0.9 million or ($0.10) per diluted earnings per share for the year ended December 31, 2016. The current year net loss applicable to common shares of $16.7 million included gain on sale of income-producing properties of $9.8 million and gain on land sales of $4.9 million compared to the prior year net loss applicable to common shares of $0.9 million which included gain on land sales of $3.1 million.

**Revenues**

App.893

Rental and other property revenues were $122.1 million for the year ended December 31, 2017. This represents an increase of $6.7 million as compared to the prior year revenues of $115.5 million. The change by segment is an increase in the apartment portfolio of $6.2 million and an increase in the commercial portfolio of approximately $0.5 million. We purchased four apartment communities during the year ended December 31, 2016, which produced rental revenue of $8.3 million and $2.0 million during the years ended December 31, 2017 and 2016, respectively, for a net increase of $6.3 million. In addition, we purchased one apartment property during 2017 that produced revenues of $0.8 million in rental revenues.

**Expenses**

Property operating expenses were $63.1 million for the year ended December 31, 2017. This represents an increase of $1.2 million, as compared to the prior year operating expenses of $61.9 million. The growth in our apartment portfolio resulted in a $2.9 million increase in property operating expenses. The Company added a net 723 units during 2016 and 201 units during 2017. Property operating expenses for our commercial portfolio decreased $1.8 million. In addition, we had a decrease in property operating expenses for our land portfolio of $1.0 million.

Depreciation and amortization expenses were $25.6 million for the year ended December 31, 2017. This represents an increase of $1.9 million as compared to prior year depreciation of $23.7 million. The increase is primarily due to the growth in our apartment portfolio which had an increase of $1.6 million year-over-year.

General and administrative expenses were $6.3 million for the year ended December 31, 2017. This represents an increase of $0.8 million, as compared to the prior year expenses of $5.5 million.

Net income fee remained constant at $0.3 million for the year ended December 31, 2017 and 2016. The net income fee paid to Pillar is calculated at 7.5% of net income.

Advisory fees were $10.0 million for the year ended December 31, 2017. This represents an increase of $0.5 million compared to the prior year advisory fees of $9.5 million. Advisory fees are computed based on a gross asset fee of 0.0625% per month (0.75% per annum) of the average of the gross asset value.

**Other income (expense)**

Interest income was $13.9 million for the year ending December 31, 2017 compared to $14.7 million for the year ended December 31, 2016 for a decrease of $0.8 million. This decrease was primarily due to a decrease of $2.3 in interest on notes receivable, partially offset by a $1.3 million increase in interest on receivable owed from Advisor.

Mortgage and loan interest expense was $59.9 million for the year ended December 31, 2017. This represents an increase of $6.8 million compared to the prior year expense of $53.1 million . The change by segment is an increase in the other portfolio of $9.7 million, an increase in the commercial portfolio of $0.4 million, partially offset by a decrease in the apartment portfolio of $3.0 million and a decrease in the land portfolio of $0.2 million . Within the other portfolio, the increase is due to incurring new mezzanine debt obligations. Within the apartment portfolio, the majority of the increase is due to the acquisition of a new property, partially offset by the refinancing of six loans during 2017 at lower rates.

24

The gain on sale of income-producing properties $9.8 million was attributable to recognition of deferred gains for the year ended December 31, 2017. During 2016, the Company sold one apartment community located in Irving, Texas to an independent third party for a total sales price of $8.1 million and one apartment community located in Topeka, Kansas to an independent third party for a total sales price of $12.3 million. We recorded an aggregate gain of $16.2 million from the sale of these two properties. The Company also sold an industrial warehouse consisting of approximately 177,805 square feet. The sale resulted in a loss of approximately $0.2 million.

Gain on land sales was $4.9 million and $3.1 million for the years ended December 31, 2017 and 2016, respectively. During 2016, we sold a combined 129.7 acres of land located in Forney, Texas, McKinney, Texas, Farmers Branch, Texas and Nashville, Tennessee to independent third parties for a total sales price of $29.1 million. We recorded an aggregate $3.1 million gain from the land sales. During 2015, we sold 578.8 acres of land in six transactions for a sales price of $102.9 million and recorded a gain of $18.9 million.

***Comparison of the year ended December 31, 2016 to the year ended December 31, 2015:***

For the year ended December 31, 2016, we reported net loss applicable to common shares of $0.9 million or ($0.10) per diluted earnings per share compared to a net income applicable to common shares of $8.5 million or ($0.98) per diluted earnings per share for the same period ended 2015. The net loss applicable to common shares of $0.9 million for the year ended December 31, 2016 included gain on sale of income-producing properties of $16.2 million and gain on land sales of $3.1 million compared to the prior year net loss applicable to common shares of $8.5 million which included gain on land sales of $18.9 million and net income from discontinued operations of $0.9 million**.**

**Revenues**

Rental and other property revenues were $118.5 million for the year ended December 31, 2016. This represents an increase of $16.3 million compared to the prior year revenues of $102.2 million. The change by segment is an increase in the apartment portfolio of $13.8 million and an increase in the commercial portfolio of $2.5 million. We purchased 12 apartment communities during the year ended December 31, 2015, which produced rental revenue of $21.7 million and $10.2 million during the years ended December 31, 2016 and 2015, respectively, for a net increase of $11.5 million. In addition, we purchased four apartment properties during 2016 that produced revenues of $2.0 million and we had a decrease in rental revenue of approximately $0.9 million for two apartment communities sold during 2016. The $2.5 million increase in revenues for the commercial portfolio was primarily due to the acquisition of a commercial building in Houston, Texas late in the second quarter of 2015.

**Expenses**

Property operating expenses were $61.9 million for the year ended December 31, 2016. This represents an increase of $9.6 million compared to the prior year operating expenses of $52.3 million. The growth in our apartment portfolio resulted in a $6.3 million increase in property operating expenses. The Company added a net 2,145 units during 2015 and 723 units during 2016. Property operating expenses for our commercial portfolio increased $2.6 million due to the acquisition of an office building in Houston, Texas late in the second quarter of 2015. In addition, we had an increase in property operating expenses for our land portfolio of $0.9 million.

Depreciation and amortization expenses were $23.7 million for the year ended December 31, 2016. This represents an increase of $2.4 million compared to depreciation of $21.3 million for the year ended December 31, 2015. The increase is primarily due to the growth in our apartment portfolio which had an increase of $2.3 million year-over-year.

General and administrative expenses remained constant at $5.5 million for the years ended December 31, 2016 and 2015.

There was no provision for impairment of real estate assets for the year ended December 31, 2016 compared to the prior year provision of $5.3 million, related to the golf course and related assets located in the U.S. Virgin Islands.

Net income fee was $0.3 million for the year ended December 31, 2016. This represents an increase of $0.1 million compared to the net income fee of $0.2 million for the year ended December 31, 2015. The net income fee paid to Pillar is calculated at 7.5% of net income.

Advisory fees were $9.5 million for the year ended December 31, 2016. This represents an increase of $1.1 million compared to the advisory fees of $8.4 million for the year ended December 31, 2015. Advisory fees are computed based on a gross asset fee of 0.0625% per month (0.75% per annum) of the average of the gross asset value.

25

**Other income (expense)**

Interest income was $14.7 million for the year ending December 31, 2016 compared to $10.7 million for the year ended December 31, 2015 for an increase of $4.0 million. This increase was primarily due to an increase in amount receivable owed from our Advisor .

Mortgage and loan interest expense was $53.1 million for the year ended December 31, 2016. This represents an increase of $6.6 million compared to the prior year expense of $46.5 million. The change by segment is an increase in the other portfolio of $6.9 million, an increase in the apartment portfolio of $1.9 million and an increase in the commercial portfolio of $0.3 million, partially offset by a decrease in the land portfolio of $2.5 million . Within the other portfolio, the increase is due to incurring new mezzanine debt obligations. Within the apartment portfolio, the majority of the increase is due to the acquisition of new properties, partially offset by the refinancing of five loans during 2016 at lower rates.

Gain on sale of income-producing properties was $16.2 million for the year ended December 31, 2016. During 2016, the Company sold one apartment community located in Irving, Texas to an independent third party for a total sales price of $8.1 million and one apartment community located in Topeka, Kansas to an independent third party for a total sales price of $12.3 million. We recorded an aggregate gain of $16.2 million from the sale of these two properties. The Company also sold an industrial warehouse consisting of approximately 177,805 square feet. The sale resulted in a loss of approximately $0.2 million.

Gain on land sales was $3.1 million and $18.9 million for the years ended December 31, 2016 and 2015, respectively. During 2016, we sold a combined acres of land located in Forney, Texas, McKinney, Texas, Farmers Branch, Texas and Nashville, Tennessee to independent third parties for a total sales price of $29.1 million. We recorded an aggregate $3.1 million gain from the land sales. During 2015, we sold 578.8 acres land in six transactions for a sales price of $102.9 million and recorded a gain of $18.9 million.

**Discontinued Operations**

Prior to January 1, 2015, we applied the provisions of ASC 360, "Property, Plant and Equipment", which required that long-lived assets that are to be disposed of by sale be measured at the lesser of (1) book value or (2) fair value less cost to sell. In addition, it required that one accounting model be used for long-lived assets to be disposed of by sale and broadened the presentation of discontinued operations to include more disposal transactions.

There were no sales of income-producing properties during 2017 or 2016 that met the criteria for discontinued operations. Amounts included in discontinued operations represent the residual amounts from sales classified as discontinued operations prior to January 1, 2015. The following table summarizes revenue and expense information for the properties sold that qualified as discontinued operations (dollars in thousands):

|  | For the Years Ended December 31, | |
|  | 2016 | 2015 |
|---|---|---|
| **Revenues:** | | |
| Rental and other property revenues | $ — | $ 355 |
|  | — | 355 |
| **Expenses:** | | |
| Property operating expenses | 2 | (345) |
| Depreciation | — | — |
| General and administrative | — | 99 |
| Total operating expenses | 2 | (246) |
| | | |
| **Other income (expense):** | | |
| Other income (expense) | — | 45 |
| Mortgage and loan interest | — | (2) |
| Loan charges and prepayment penalties | — | — |
| Earnings from unconsolidated subsidiaries and investees | — | — |
| Litigation settlement | — | — |
| Total other expenses | — | 43 |
| | | |
| Income (loss) from discontinued operations before gain on sale of real estate and taxes | (2) | 644 |
| Gain on sale of real estate from discontinued operations | — | 735 |
| Income tax expense | 1 | (483) |
| Income from discontinued operations | $ (1) | $ 896 |

26

**Liquidity and Capital Resources**

**General**

Our principal liquidity needs are:

- fund normal recurring expenses;

- meet debt service and principal repayment obligations including balloon payments on maturing debt;

- fund capital expenditures, including tenant improvements and leasing costs;

- fund development costs not covered under construction loans; and

- fund possible property acquisitions.

Our principal sources of cash have been and will continue to be:

- property operations;

- proceeds from land and income-producing property sales;

- collection of mortgage notes receivable;

App.895

- collections of receivables from related companies;

- refinancing of existing mortgage notes payable; and

- additional borrowings, including mortgage notes payable, and lines of credit.

It is important to realize that the current status of the banking industry has had a significant effect on our industry. The banks' willingness and/or ability to originate loans affects our ability to buy and sell property, and refinance existing debt. We are unable to foresee the extent and length of this down-turn. A continued and extended decline could materially impact our cash flows. We draw on multiple financing sources to fund our long-term capital needs. We generally fund our development projects with construction loans, which are converted to traditional mortgages upon completion of the project.

We may also issue additional equity securities, including common stock. Management anticipates that our cash as of December 31, 2017, along with cash that will be generated in 2018 from notes and interest receivables, will be sufficient to meet all of our cash requirements. Management intends to selectively sell land and income-producing assets, refinance or extend real estate debt and seek additional borrowings secured by real estate to meet its liquidity requirements. Although history cannot predict the future, historically, we have been successful at refinancing and extending a portion of the Company's current maturity obligations.

Management reviews the carrying values of TCI's properties and mortgage notes receivable at least annually and whenever events or a change in circumstances indicate that impairment may exist. Impairment is considered to exist if, in the case of a property, the future cash flow from the property (undiscounted and without interest) is less than the carrying amount of the property. The property review generally includes: (1) selective property inspections; (2) a review of the property's current rents compared to market rents; (3) a review of the property's expenses; (4) a review of maintenance requirements; (5) a review of the property's cash flow; (6) discussions with the manager of the property; and (7) a review of properties in the surrounding area. For notes receivable, impairment is considered to exist if it is probable that all amounts due under the terms of the note will not be collected. If impairment is found to exist, a provision for loss is recorded by a charge against earnings. The note receivable review includes an evaluation of the collateral property securing such note.

**Cash Flow Summary**

The following summary discussion of our cash flows is based on the Consolidated Statements of Cash Flows in Part II, Item 8. "Consolidated Financial Statements and Supplementary Data" and is not meant to be an all-inclusive discussion of the changes in our cash flows for the periods presented below (dollars in thousands):

| | 2017 | 2016 | Variance |
|---|---|---|---|
| Net cash provided by (used in) operating activities | $ (32,484) | $ 8,038 | $ (40,522) |
| Net cash provided by (used in) investing activities | (98,312) | (66,866) | (31,446) |
| Net cash provided by (used in) financing activities | 155,995 | 61,163 | 94,832 |

The primary use of cash for operations is daily operating costs, general and administrative expenses, advisory fees, and land holding costs. Our primary source of cash from operating activities is from rental income on properties.

<div align="center">27</div>

Our primary cash outlays for investing activities are for construction and development, acquisition of land and income-producing properties, and capital improvements to existing properties. Our primary sources of cash from investing activities are from the proceeds on the sale of land and income-producing properties. During the year ended December 31, 2017, we acquired one apartment property and one developmental land property.

Our primary sources of cash from financing activities are from proceeds on notes payables. Our primary cash outlays are for recurring debt payments and payments on maturing notes payable.

**Equity Investments**

TCI has from time to time purchased shares of IOR and ARL. The Company may purchase additional equity securities of IOR and ARL through open market and negotiated transactions to the extent TCI's liquidity permits.

Equity securities of ARL and IOR held by TCI may be deemed "restricted securities" under Rule 144 of the Securities Act of 1933 ("Securities Act"). Accordingly, TCI may be unable to sell such equity securities other than in a registered public offering or pursuant to an exemption under the Securities Act for a one-year period after they are acquired. Such restrictions may reduce TCI's ability to realize the full fair value of such investments if TCI attempted to dispose of such securities in a short period of time.

**Contractual Obligations**

We have contractual obligations and commitments primarily with regards to the payment of mortgages. The following table aggregates our expected contractual obligations and commitments and includes items not accrued, per GAAP, through the term of the obligation such as interest expense and operating leases. Our aggregate obligations subsequent to December 31, 2017, are shown in the table below (dollars in thousands):

| | Total | 2018 | 2019 | 2020 | 2021-2022 | Thereafter |
|---|---|---|---|---|---|---|
| Long-term debt obligation [1] | $ 910,157 | $ 79,838 | $ 101,134 | $ 64,254 | $ 60,010 | $ 604,921 |
| Capital lease obligation | — | — | 1 | — | — | — |
| Operating lease obligation | 30,941 | 504 | 514 | 524 | 1,603 | 27,796 |
| Total | $ 941,098 | $ 80,342 | $ 101,649 | $ 64,778 | $ 61,613 | $ 632,717 |

[1] TCI's long-term debt may contain financial covenants that, if certain thresholds are not met, could allow the lender to accelerate principal payments or cause the note to become due immediately.

**Environmental Matters**

Under various federal, state and local environmental laws, ordinances and regulations, TCI may be potentially liable for removal or remediation costs, as well as certain other potential costs, relating to hazardous or toxic substances (including governmental fines and injuries to persons and property) where property-level managers have arranged for the removal, disposal or treatment of hazardous or toxic substances. In addition, certain environmental laws impose liability for release of asbestos-containing materials into the air, and third parties may seek recovery for personal injury associated with such materials.

Management is not aware of any environmental liability relating to the above matters that would have a material adverse effect on TCI's business, assets or results of operations.

**Inflation**

<div align="right">App.896</div>

The effects of inflation on TCI's operations are not quantifiable. Revenues from property operations tend to fluctuate proportionately with inflationary increases and decreases in housing costs. Fluctuations in the rate of inflation also affect sales values of properties and the ultimate gain to be realized from property sales. To the extent that inflation affects interest rates, TCI's earnings from short-term investments, the cost of new financings and the cost of variable interest rate debt will be affected.

**ITEM 7A.   *QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK***

TCI's primary market risk exposure consists of changes in interest rates on borrowings under our debt instruments that bear interest at variable rates that fluctuate with market interest rates and maturing debt that has to be refinanced. TCI's future operations, cash flow and fair values of financial instruments are also partially dependent on the then existing market interest rates and market equity prices.

As of December 31, 2017, our $910.2 million debt portfolio consisted of approximately $844.9 million of fixed-rate debt and approximately $63.3 million of variable-rate debt with interest rates ranging from 1.00% to 12.0%. Our overall weighted average interest rate at December 31, 2017 and 2016 was 5.5% and 4.79%, respectively.

TCI's interest rate sensitivity position is managed by the capital markets department. Interest rate sensitivity is the relationship between changes in market interest rates and the fair value of market rate sensitive assets and liabilities. TCI's earnings are affected as changes in short-term interest rates affect its cost of variable-rate debt and maturing fixed-rate debt.

<center>28</center>

If market interest rates for variable-rate debt average 100 basis points more in 2017 than they did during 2016, TCI's interest expense would increase and net income would decrease by $0.8 million. This amount is determined by considering the impact of hypothetical interest rates on TCI's borrowing cost. The analysis does not consider the effects of the reduced level of overall economic activity that could exist in such an environment. Further, in the event of a change of such magnitude, management would likely take actions to further mitigate its exposure to the change. However, due to the uncertainty of the specific actions that would be taken and their possible effects, the sensitivity analysis assumes no change in TCI's financial structure.

The following table contains only those exposures that existed at December 31, 2017. Anticipation of exposures or risk on positions that could possibly arise was not considered. TCI's ultimate interest rate risk and its effect on operations will depend on future capital market exposures, which cannot be anticipated with a probable assurance level (dollars in thousands):

| | 2018 | 2019 | 2020 | 2021 | 2022 | Thereafter | Total |
|---|---|---|---|---|---|---|---|
| Assets | | | | | | | |
| Market securities at fair value | | | | | | | |
| Notes Receivable | | | | | | | |
| Fixed interest rate - fair value | | | | | | | $ 65,165 |
| Instruments' maturities | $ 12,169 | $ 11,519 | $ 8,412 | $ 174 | $ — | $ 32,892 | $ 65,165 |
| Interest | 7,962 | 6,509 | 4,938 | 3,956 | 3,942 | 47,305 | 74,612 |
| Average Rate | 10.35% | 10.77% | 11.12% | 11.98% | 12.00% | 12.00% | |

| | 2018 | 2019 | 2020 | 2021 | 2022 | Thereafter | Total |
|---|---|---|---|---|---|---|---|
| Notes Payable | | | | | | | |
| Variable interest rate-fair value | | | | | | | $ 40,035 |
| Instrument's maturities | — | 30,816 | — | — | — | — | 30,816 |
| Instrument's amortization | 7,444 | 620 | 231 | 241 | 159 | 524 | 9,219 |
| Interest | 1,878 | 1,725 | 74 | 59 | 46 | 60 | 3,842 |
| Average rate | 5.44% | 5.37% | 6.44% | 6.47% | 6.50% | 6.50% | |
| Fixed interest rate-fair value | | | | | | | $ 870,122 |
| Fixed interest rate notes | | | | | | | |
| Instrument's maturities | 4,151 | 231 | 3,637 | 35,920 | | 10,418 | 54,357 |
| Instrument's amortization | 68,244 | 69,467 | 60,386 | 12,644 | 11,045 | 593,979 | 815,765 |
| Interest | 32,167 | 26,600 | 21,259 | 19,617 | 17,635 | 779,749 | 897,027 |
| Average rate | 5.91% | 5.19% | 4.10% | 3.80% | 3.67% | 3.57% | |

<center>29</center>

**ITEM 8.   *CONSOLIDATED FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA***

<center>**INDEX TO FINANCIAL STATEMENTS**</center>

| | Page # |
|---|---|
| **Financial Statements** | |
| Report of Independent Registered Public Accounting Firm | 31 |
| Consolidated Balance Sheets—December 31, 2017 and 2016 | 32 |
| Consolidated Statements of Operations—Years Ended December 31, 2017, 2016 and 2015 | 33 |
| Consolidated Statements of Shareholders' Equity—Years Ended December 31, 2017, 2016 and 2015 | 34 |
| Consolidated Statements of Cash Flows—Years Ended December 31, 2017, 2016 and 2015 | 35 |
| Statements of Consolidated Comprehensive Income (Loss) – Years Ended December 31, 2017, 2016 and 2015 | 36 |
| Notes to Consolidated Financial Statements | 37 |
| **Financial Statement Schedules** | |
| Schedule III—Real Estate and Accumulated Depreciation | 56 |
| Schedule IV—Mortgage Loans on Real Estate | 60 |

All other schedules are omitted because they are not required, are not applicable or the information required is included in the Financial Statements or the notes thereto.

<center>App.897</center>

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Board of Directors of and
Stockholders of Transcontinental Realty Investors, Inc.
Dallas, Texas

**Opinion on the Financial Statements**
We have audited the accompanying consolidated balance sheets of Transcontinental Realty Investors, Inc. and Subsidiaries as of December 31, 2017 and 2016, and the related consolidated statements of operations, comprehensive income, stockholders' equity, and cash flows for each of the years in the three-year period ended December 31, 2017, and the related notes and schedules collectively referred to as the "consolidated financial statements." In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of Transcontinental Realty Investors, Inc. as of December 31, 2017 and 2016 and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2017 in conformity with U.S. generally accepted accounting principles.

**Basis of Opinion**
These consolidated financial statements are the responsibility of Company's management. Our responsibility is to express an opinion on the Company's consolidated financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. As part of our audits, we are required to obtain an understanding of internal control over financial reporting, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion.

Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

**Emphasis of Liquidity**
As described in the Note 14, Transcontinental Realty Investors, Inc.'s management intends to sell land and income-producing properties and refinance or extend debt secured by real estate to meet the Company's liquidity needs.

**Supplemental Information**
The supplemental information contained in Schedules III and IV has been subjected to audit procedures performed in conjunction with the audit of the Company's financial statements. The supplemental information is the responsibility of the Company's management. Our audit procedures included determining whether the supplemental information reconciles to the financial statements or the underlying accounting and other records, as applicable, and performing procedures to test the completeness and accuracy of the information presented in the supplemental information. In forming our opinion on the supplemental information, we evaluated whether the supplemental information, including its form and content, is presented in conformity with the Security and Exchange Commission's rules. In our opinion, the supplemental information is fairly stated, in all material respects, the financial date required to be set forth therein in relation to the financial statements as a whole.

FARMER, FUQUA & HUFF, PC

Richardson, Texas
March 30, 2018

We have served as the Company's auditor since 2004.

31

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**CONSOLIDATED BALANCE SHEETS**

| | December 31, 2017 | December 31, 2016 |
|---|---|---|
| | (dollars in thousands, except share and par value amounts) | |
| **Assets** | | |
| Real estate, at cost | $ 1,112,721 | $ 998,498 |
| Real estate subject to sales contracts at cost, net of depreciation ($0 in 2017 and $0 in 2016) | 45,739 | 46,956 |
| Less accumulated depreciation | (178,590) | (154,281) |
| Total real estate | 979,870 | 891,173 |
| Notes and interest receivable | | |
| Performing (including $45,155 in 2017 and $66,066 in 2016 from related parties) | 70,166 | 79,308 |
| Total notes and interest receivable | 70,166 | 79,308 |
| Cash and cash equivalents | 42,705 | 17,506 |
| Restricted cash | 45,637 | 38,227 |
| Investments in unconsolidated subsidiaries and investees | 2,472 | 2,446 |
| Receivable from related party | 111,665 | 101,649 |
| Other assets | 60,907 | 55,605 |
| Total assets | $ 1,313,422 | $ 1,185,914 |
| **Liabilities and Shareholders' Equity** | | |
| Liabilities: | | |
| Notes and interest payable | $ 892,149 | $ 835,528 |

App.898

| | 376 |
|---|---:|
| Notes related to subject to sales contracts | 1,957 | 5,612 |
| Bond and bond interest payable | 113,047 | — |
| Deferred revenue (including $40,574 in 2017 and $50,689 in 2016 from related parties) | 60,949 | 71,065 |
| Accounts payable and other liabilities (including $7,236 in 2017 and $6,487 in 2016 from related parties) | 36,683 | 48,856 |
| | 1,105,161 | 961,437 |
| **Shareholders' equity:** | | |
| Preferred stock, Series C: $0.01 par value, authorized 10,000,000 shares, issued and outstanding zero shares in 2017 and 2016 (liquidation preference $100 per share). Series D: $0.01 par value, authorized, issued and outstanding 100,000 shares in 2017 and 2016 (liquidation preference $100 per share) | 1 | 1 |
| Common Stock, $0.01 par value, authorized 10,000,000 shares, issued 8,717,967 shares in 2017 and 2016 and outstanding 8,717,767 in 2017 and 2016 | 87 | 87 |
| Treasury stock at cost, 200 shares in 2017 and 2016 | (2) | (2) |
| Paid-in capital | 268,949 | 269,849 |
| Retained earnings | (79,865) | (64,050) |
| Total Transcontinental Realty Investors, Inc. shareholders' equity | 189,170 | 205,885 |
| Non-controlling interest | 19,091 | 18,592 |
| Total shareholders' equity | 208,261 | 224,477 |
| Total liabilities and shareholders' equity | $ 1,313,422 | $ 1,185,914 |

The accompanying notes are an integral part of these consolidated financial statements.

32

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS**

| | For the Years Ended December 31, | | |
|---|---:|---:|---:|
| | 2017 | 2016 | 2015 |
| | (dollars in thousands, except per share amounts) | | |
| **Revenues:** | | | |
| Rental and other property revenues (including $839, $708 and $726 for the year ended 2017, 2016 and 2015, respectively, from related parties) | $ 125,233 | $ 118,471 | $ 102,220 |
| **Expenses:** | | | |
| Property operating expenses (including $929, $865 and $740 for the year ended 2017, 2016 and 2015, respectively, from related parties) | 63,056 | 61,918 | 52,257 |
| Depreciation and amortization | 25,558 | 23,683 | 21,299 |
| General and administrative (including $3,120, $3,574 and $3,105 for the year ended 2017, 2016 and 2015, respectively, from related parties) | 6,269 | 5,476 | 5,508 |
| Provision on impairment of real estate assets | — | — | 5,300 |
| Net income fee to related party | 250 | 257 | 187 |
| Advisory fee to related party | 9,995 | 9,490 | 8,368 |
| Total operating expenses | 105,128 | 100,824 | 92,919 |
| Net operating income | 20,105 | 17,647 | 9,301 |
| **Other income (expense):** | | | |
| Interest income (including $11,485, $13,348 and $10,071 for the year ended 2017, 2016 and 2015, respectively, from related parties) | 13,862 | 14,670 | 10,687 |
| Other income | 625 | 1,816 | 71 |
| Mortgage and loan interest (including $0, $568, and $0 for the year ended 2017, 2016 and 2015, respectively, from related parties) | (59,944) | (53,088) | (46,541) |
| Foreign currency translation loss | (4,536) | — | (1) |
| Income (loss) from unconsolidated joint ventures and investees | 26 | (26) | 41 |
| Litigation settlement | — | — | (352) |
| Total other expenses | (49,967) | (36,628) | (36,095) |
| Loss before gain on sales, non-controlling interest and taxes | (29,862) | (18,981) | (26,794) |
| Gain on sale of income-producing properties (including recognition of $9,842, $0, and $0 previously deferred gains in 2017, 2016, 2015, respectively) | 9,842 | 16,207 | — |
| Gain on land sales | 4,884 | 3,121 | 18,911 |
| Net income (loss) from continuing operations before taxes | (15,136) | 347 | (7,883) |
| Income tax benefit (expense) | (180) | (24) | (517) |
| Net income (loss) from continuing operations | (15,316) | 323 | (8,400) |
| Discontinued operations: | | | |
| Net income (loss) from discontinued operations | — | (2) | 644 |
| Gain on sale of real estate from discontinued operations | — | — | 735 |
| Income tax expense from discontinued operations | — | 1 | (483) |
| Net income from discontinued operations | — | (1) | 896 |
| Net income (loss) | (15,316) | 322 | (7,504) |
| Net income attributable to non-controlling interest | (499) | (285) | (132) |
| Net income (loss) attributable to Transcontinental Realty Investors, Inc. | (15,815) | 37 | (7,636) |
| Preferred dividend requirement | (900) | (900) | (900) |
| Net income (loss) applicable to common shares | $ (16,715) | $ (863) | $ (8,536) |
| **Earnings per share - basic** | | | |
| Net income (loss) from continuing operations | $ (1.92) | $ (0.10) | $ (1.08) |
| Net income from discontinued operations | — | — | 0.10 |
| Net income (loss) applicable to common shares | $ (1.92) | $ (0.10) | $ (0.98) |

App.899

**Earnings per share - diluted**

| | | | | | |
|---|---|---|---|---|---|
| Net income (loss) from continuing operations | $ | (1.92) | $ | (0.10) | $ | (1.08) |
| Net income from discontinued operations | | — | | — | | 0.10 |
| Net income (loss) applicable to common shares | $ | (1.92) | $ | (0.10) | $ | (0.98) |

| | | | |
|---|---|---|---|
| Weighted average common shares used in computing earnings per share | 8,717,767 | 8,717,767 | 8,717,767 |
| Weighted average common shares used in computing diluted earnings per share | 8,717,767 | 8,717,767 | 8,717,767 |

**Amounts attributable to Transcontinental Realty Investors, Inc.**

| | | | | | | |
|---|---|---|---|---|---|---|
| Net income (loss) from continuing operations | $ | (15,815) | $ | 38 | $ | (8,532) |
| Net income (loss) from discontinued operations | | — | | (1) | | 896 |
| Net income (loss) | $ | (15,815) | $ | 37 | $ | (7,636) |

The accompanying notes are an integral part of these consolidated financial statements.

33

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY**
**For the Three Years Ended December 31, 2017**
**(dollars in thousands)**

| | Total | Comprehensive Income (Loss) | Preferred Stock | Common Stock Shares | Common Stock Amount | Treasury Stock | Paid-in Capital | Retained Earnings | Non-Controlling Interest |
|---|---|---|---|---|---|---|---|---|---|
| **Balance, December 31, 2014** | $ 233,448 | $ (57,670) | $ 1 | 8,717,967 | $ 87 | $ (2) | $ 271,649 | $ (56,451) | $ 18,164 |
| Series D preferred stock dividends (9.0% per year) | (900) | — | — | — | — | — | (900) | — | — |
| Net income (loss) | (7,504) | (7,504) | — | — | — | — | — | (7,636) | 132 |
| Contributions from non-controlling interests | 11 | — | — | — | — | — | — | — | 11 |
| Repurchase/sale of treasury shares, net | — | — | — | — | — | — | — | — | — |
| **Balance, December 31, 2015** | $ 225,055 | $ (65,174) | $ 1 | 8,717,967 | $ 87 | $ (2) | $ 270,749 | $ (64,087) | $ 18,307 |
| Series D preferred stock dividends (9.0% per year) | (900) | — | — | — | — | — | (900) | — | — |
| Net income | 322 | 322 | — | — | — | — | — | 37 | 285 |
| **Balance, December 31, 2016** | $ 224,477 | $ (64,852) | $ 1 | 8,717,967 | $ 87 | $ (2) | $ 269,849 | $ (64,050) | $ 18,592 |
| Series D preferred stock dividends (9.0% per year) | (900) | — | — | — | — | — | (900) | — | — |
| Net income (loss) | (15,316) | (15,316) | — | — | — | — | — | (15,815) | 499 |
| **Balance, December 31, 2017** | $ 208,261 | $ (80,168) | $ 1 | 8,717,967 | $ 87 | $ (2) | $ 268,949 | $ (79,865) | $ 19,091 |

The accompanying notes are an integral part of these consolidated financial statements.

34

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**

| | | For the Years Ended December 31, | | |
|---|---|---|---|---|
| | | 2017 | 2016 | 2015 |
| | | (dollars in thousands) | | |
| **Cash Flow From Operating Activities:** | | | | |
| Net income (loss) | $ | (15,316) | $ 322 | $ (7,504) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities: | | | | |
| (Gain) loss on sale of land | | (4,884) | (3,121) | (18,911) |
| Gain on sale of income producing properties | | (9,842) | (16,207) | (735) |
| Depreciation and amortization | | 25,558 | 23,683 | 21,299 |
| Provision on impairment of notes receivable and real estate assets | | — | — | 5,300 |
| Amortization of deferred borrowing costs | | 3,574 | 4,314 | 2,684 |
| Amortization of Series A bonds issuance costs | | 971 | — | — |
| Earnings from unconsolidated subsidiaries and investees | | (26) | (26) | (132) |
| (Increase) decrease in assets: | | | | |
| Accrued interest receivable | | (668) | (922) | 586 |
| Other assets | | (1,433) | (2,388) | 4,204 |
| Prepaid expense | | (5,661) | (9,238) | (13,615) |
| Escrow | | (8,584) | 7,584 | 2,684 |
| Earnest money | | 856 | (571) | (905) |
| Rent receivables | | 543 | 2,840 | 2,104 |
| Related party receivables | | (9,972) | (11,134) | (40,153) |
| Increase (decrease) in liabilities: | | | | |
| Accrued interest payable | | 4,573 | 20 | (710) |
| Other liabilities | | (12,173) | 12,882 | (7,115) |
| Net cash provided by (used in) operating activities | | (32,484) | 8,038 | (50,919) |

App.900

**Cash Flow From Investing Activities:**

| | | | |
|---|---|---|---|
| Proceeds from notes receivables | 26,230 | 2,867 | 10,669 |
| Originations of notes receivables | (16,420) | (11,703) | (18,055) |
| Acquisition of land held for development | — | (12,508) | — |
| Acquisition of income producing properties | (37,044) | (79,736) | (207,313) |
| Proceeds from sales of income producing properties | — | 21,850 | — |
| Proceeds from sale of land | 6,301 | 29,128 | 107,299 |
| Investment in unconsolidated real estate entities | — | 2,797 | (596) |
| Improvement of land held for development | — | (3,023) | (6,158) |
| Improvement of income producing properties | (64,443) | (5,702) | (8,952) |
| Construction and development of new properties | (12,936) | (10,836) | (16,717) |
| Net cash provided by (used in) investing activities | (98,312) | (66,866) | (139,823) |

**Cash Flow From Financing Activities:**

| | | | |
|---|---|---|---|
| Proceeds from Series A bonds payable | 115,335 | — | — |
| Proceeds from notes payable | 135,116 | 242,215 | 403,309 |
| Recurring amortization of principal on notes payable | (83,070) | (20,205) | (15,545) |
| Payments on maturing notes payable | — | (160,745) | (186,128) |
| Deferred financing costs | (3,599) | 798 | (7,035) |
| Distributions to non-controlling interests | — | — | 11 |
| Common stock issuance | — | — | — |
| Preferred stock dividends - Series C | — | — | — |
| Bond issuance costs | (6,887) | — | — |
| Preferred stock dividends - Series D | (900) | (900) | (900) |
| Net cash provided by (used in) financing activities | 155,995 | 61,163 | 193,712 |
| | | | |
| Net increase (decrease) in cash and cash equivalents | 25,199 | 2,335 | 2,970 |
| Cash and cash equivalents, beginning of period | 17,506 | 15,171 | 12,201 |
| Cash and cash equivalents, end of period | $ 42,705 | $ 17,506 | $ 15,171 |

**Supplemental disclosures of cash flow information:**

| | | | |
|---|---|---|---|
| Cash paid for interest | $ 49,791 | $ 43,986 | $ 38,787 |
| Cash paid for taxes | $ — | $ — | $ — |

The accompanying notes are an integral part of these consolidated financial statements.

35

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**STATEMENTS OF CONSOLIDATED COMPREHENSIVE INCOME (LOSS)**
**For the Three Years Ended December 31,**

| | 2017 | 2016 | 2015 |
|---|---|---|---|
| | (dollars in thousands) | | |
| Net income (loss) | $ (15,316) | $ 322 | $ (7,504) |
| Comprehensive income attributable to non-controlling interest | (499) | (285) | (132) |
| Comprehensive income (loss) attributable to Transcontinental Realty Investors, Inc. | $ (15,815) | $ 37 | $ (7,636) |

The accompanying notes are an integral part of these consolidated financial statements.

36

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

The accompanying Consolidated Financial Statements of Transcontinental Realty Investors, Inc. "TCI" and consolidated entities have been prepared in conformity with accounting principles generally accepted in the United States of America, the most significant of which are described in Note 1. "Summary of Significant Accounting Policies." The Notes to Consolidated Financial Statements are an integral part of the Consolidated Financial Statements. The data presented in the Notes to Consolidated Financial Statements are as of December 31 of each year and for the year then ended, unless otherwise indicated. Dollar amounts in tables are in thousands, except per share amounts.

Certain balances for 2016 and 2015 have been reclassified to conform to the 2017 presentation.

**NOTE 1.  *ORGANIZATION AND SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES***

*Organization and business.*  TCI, a Nevada corporation, is headquartered in Dallas, Texas and its common stock trades on the New York Stock Exchange ("NYSE American") under the symbol "TCI".

TCI is a "C" corporation for U.S. federal income tax purposes and files an annual consolidated income tax return with American Realty Investors, Inc. "ARL", whose common stock is traded on the NYSE American under the symbol "ARL". Subsidiaries of ARL own approximately 77.68% of the Company's common stock.

In 2009, the Company acquired an additional 2,518,934 shares of common stock of Income Opportunity Realty Investors, Inc. "IOR", and in doing so, increased its ownership from approximately 25% to over 80% of the shares of common stock of IOR outstanding. Upon acquisition of the additional shares in 2009, IOR's results of operations began consolidating with those of the Company for tax and financial reporting purposes. As of December 31, 2017, TCI owned 81.25% of the outstanding IOR common shares. Shares of IOR are traded on the New York Exchange ("NYSE American") under the symbol "IOR".

App.901

At the time of the acquisition, the historical accounting value of IOR's assets was $112 million and liabilities were $43 million. In that the shares of IOR acquired by TCI were from a related party, the values recorded by TCI are IOR's historical accounting values at the date of transfer. The Company's fair valuation of IOR's assets and liabilities at the acquisition date approximated IOR's book value. The net difference between the purchase price and historical accounting basis of the assets and liabilities acquired was $25.9 million and has been reflected by TCI as deferred income. The deferred income will be recognized upon the sale of the land that IOR held on its books as of the date of sale, to an independent third party.

TCI's Board of Directors is responsible for directing the overall affairs of TCI and for setting the strategic policies that guide the Company. As of April 30, 2011, the Board of Directors delegated the day-to-day management of the Company to Pillar Income Asset Management, Inc. ("Pillar"), a Nevada corporation under a written Advisory Agreement that is reviewed annually by TCI's Board of Directors. The directors of TCI are also directors of ARL and IOR. The Chairman of the Board of Directors of TCI also serves as the Chairman of the Board of Directors of ARL and IOR. The officers of TCI also serve as officers of ARL, IOR and Pillar.

Since April 30, 2011, Pillar, the sole shareholder of which is Realty Advisors, LLC, a Nevada limited liability company, the sole member of which is Realty Advisors, Inc. "RAI", a Nevada corporation, the sole shareholder of which is May Realty Holdings, Inc. ("MRHI", formerly known as Realty Advisors Management, Inc. "RAMI", effective August 7, 2014), a Nevada corporation, the sole shareholder of which is a trust known as the May Trust, became the Company's external Advisor and Cash Manager. Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities. Pillar also arranges, for the Company's benefit, debt and equity financing with third party lenders and investors. Pillar also serves as an Advisor and Cash Manager to ARL and IOR. As the contractual advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor". TCI has no employees. Employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement.

Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), manages our commercial properties and provides brokerage services. Regis receives property management fees and leasing commissions in accordance with the terms of its property-level management agreement. Regis is also entitled to receive real estate brokerage commissions in accordance with the terms of a non-exclusive brokerage agreement. See Part III, Item 10. "Directors, Executive Officers and Corporate Governance – Property Management and Real Estate Brokerage". TCI engages third-party companies to lease and manage its apartment properties.

Southern Properties Capital Ltd. ("Southern") is a wholly owned subsidiary of TCI that was incorporated on August 16, 2016 for the purpose of raising funds by issuing debentures that cannot be converted into shares on the Tel-Aviv Stock Exchange. Southern operates in the United States and is primarily involved in investing in, developing, constructing and operating income-producing properties of multi-family residential real estate assets. Southern is included in the consolidated financial statements of TCI.

On January 1, 2012, the Company entered into a development agreement with Unified Housing Foundation, Inc. "UHF" a non-profit corporation that provides management services for the development of residential apartment projects in the future. This development agreement was terminated December 31, 2013. The Company has also invested in surplus cash notes receivables from UHF and has sold several residential apartment properties to UHF in prior years. Due to this ongoing relationship and the significant investment in the performance of the collateral secured under the notes receivable, UHF has been determined to be a related party.

Our primary business is the acquisition, development and ownership of income-producing residential and commercial real estate properties. In addition, we opportunistically acquire land for future development in in-fill or high-growth suburban markets. From time to time and when we believe it appropriate to do so, we will also sell land and income-producing properties. We generate revenues by leasing apartment units to residents and leasing office and retail space to various for-profit businesses as well as certain local, state and federal agencies. We also generate revenues from gains on sales of income-producing properties and land. At December 31, 2017, we owned fifty-three residential apartment communities comprising of 8,427 units, seven commercial properties comprising an aggregate of approximately 1.7 million rentable square feet, an investment in 3,466 acres of undeveloped and partially developed land, and a golf course comprising of approximately 96.1 acres.

<div align="center">37</div>

**Basis of presentation**.   The Company presents its financial statements in accordance with generally accepted accounting principles in the United States ("GAAP"). The accompanying Consolidated Financial Statements include our accounts, our subsidiaries, generally all of which are wholly-owned, and all entities in which we have a controlling interest. Arrangements that are not controlled through voting or similar rights are accounted for as a Variable Interest Entity (VIE), in accordance with the provisions and guidance of ASC Topic 810 "Consolidation", whereby we have determined that we are a primary beneficiary of the VIE and meet certain criteria of a sole general partner or managing member as identified in accordance with Emerging Issues Task Force ("EITF") Issue 04-5, Investor's Accounting for an Investment in a Limited Partnership when the Investor is the Sole General Partner and the Limited Partners have Certain Rights ("EITF 04-5"). VIEs are generally entities that lack sufficient equity to finance their activities without additional financial support from other parties or whose equity holders as a group lack adequate decision making ability, the obligation to absorb expected losses or residual returns of the entity, or have voting rights that are not proportional to their economic interests. The primary beneficiary generally is the entity that provides financial support and bears a majority of the financial risks, authorizes certain capital transactions, or makes operating decisions that materially affect the entity's financial results. All significant intercompany balances and transactions have been eliminated in consolidation.

In determining whether we are the primary beneficiary of a VIE, we consider qualitative and quantitative factors, including, but not limited to: the amount and characteristics of our investment; the obligation or likelihood for us or other investors to provide financial support; our and the other investors' ability to control or significantly influence key decisions for the VIE; and the similarity with and significance to the business activities of us and the other investors. Significant judgments related to these determinations include estimates about the current future fair values and performance of real estate held by these VIEs and general market conditions.

For entities in which we have less than a controlling financial interest or entities where it is not deemed to be the primary beneficiary, the entities are accounted for using the equity method of accounting. Accordingly, our share of the net earnings or losses of these entities are included in consolidated net income. TCI's investment in ARL is accounted for under the equity method.

The Company in accordance with the VIE guidance in ASC 810 "Consolidations" consolidates fifty-one and fifty multifamily residential properties located throughout the United States at December 31, 2017 and December 31, 2016, respectively, with total units of 8,427 and 8226, respectively. Assets totaling approximately $483.7 million and approximately $442 million at December 31, 2017 and 2016, respectively, are consolidated and included in "Real estate, at cost" on the balance sheet and are all collateral for their respective mortgage notes payable, none of which are recourse to the partnership in which they are in or to the Company.

**Real estate, depreciation, and impairment**.   Real estate assets are stated at the lower of depreciated cost or fair value, if deemed impaired. Major replacements and betterments are capitalized and depreciated over their estimated useful lives. Depreciation is computed on a straight-line basis over the useful lives of the properties (buildings and improvements—10-40 years; furniture, fixtures and equipment—5-10 years). We continually evaluate the recoverability of the carrying value of its real estate assets using the methodology prescribed in ASC Topic 360, "Property, Plant and Equipment," Factors considered by management in evaluating impairment of its existing real estate assets held for investment include significant declines in property operating profits, annually recurring property operating losses and other significant adverse changes in general market conditions that are considered permanent in nature. Under ASC Topic 360, a real estate asset held for investment is not considered impaired if the undiscounted, estimated future cash flows of an asset (both the annual estimated cash flow from future operations and the estimated cash flow from the theoretical sale of the asset) over its estimated holding period are in excess of the asset's net book value at the balance sheet date. If any real estate asset held for investment is considered impaired, a loss is provided to reduce the carrying value of the asset to its estimated fair value.

Properties that are treated as "subject to sales contract" on the Consolidated Balance Sheets and are listed in detail in Schedule III, "Real Estate and Accumulated Depreciation" are those in which we have not recognized the legal sale according to the guidance in ASC 360-20 due to various factors. For sales transactions where the guidance reflects a sale did not occur, the asset involved in the transaction, including the debt, if applicable, and property operations, remain on the books of the Company. We continue to charge depreciation to expense as a period cost for the property until such time as the property has been classified as held for sale in accordance with guidance reflected in ASC 360-10-45 "Impairment or Disposal of Long-Lived Assets."

**Real estate held for sale**.   We classify properties as held for sale when certain criteria are met in accordance with GAAP. At that time, we present the assets and obligations of the property held for sale separately in our consolidated balance sheet and we cease recording depreciation and amortization expense related to that property. Properties held for sale are reported at the lower of their

<div align="right">App.902</div>

carrying amount of their estimated fair value, less estimated costs to sell, we would not have any real estate assets classified as held for sale at December 31, 2016 or 2015.

38

Effective as of January 1, 2015, we adopted the revised guidance in Accounting Standards Update No. 2014-08 regarding discontinued operations. For sales of real estate or assets classified as held for sale after January 1, 2015, we will evaluate whether a disposal transaction meets the criteria of a strategic shift and will have a major effect on our operations and financial results to determine if the results of operations and gains on sale of real estate will be presented as part of our continuing operations or as discontinued operations in our consolidated statements of operations. If the disposal represents a strategic shift, it will be classified as discontinued operations for all periods presented; if not, it will be presented in continuing operations.

Any properties that are treated as "subject to sales contract" on the Consolidated Balance Sheets and are listed in detail in Schedule III, "Real Estate and Accumulated Depreciation" are those in which we have not recognized the legal sale according to the guidance in ASC 360-20 due to various factors, disclosed in Item 1 "Significant Real Estate Acquisitions/Dispositions and Financing." Any sale transaction where the guidance reflects that a sale had not occurred, the asset involved in the transaction, including the debt, if appropriate, and property operations, remained on the books of the Company. We continue to charge depreciation to expense as a period costs for the property until such time as the property has been classified as held for sale in accordance with guidance reflected in ASC 360-10-45 "Impairment or Disposal of Long-Lived Assets."

*Cost capitalization.* The cost of buildings and improvements includes the purchase price of property, legal fees and other acquisition costs. Costs directly related to planning, developing, initial leasing and constructing a property are capitalized and classified as Real Estate in the Consolidated Balance Sheets. Capitalized development costs include interest, property taxes, insurance, and other direct project costs incurred during the period of development.

A variety of costs are incurred in the acquisition, development and leasing of properties. After determination is made to capitalize a cost, it is allocated to the specific component of a project that is benefited. Determination of when a development project is substantially complete and capitalization must cease involves a degree of judgment. Our capitalization policy on development properties is guided by ASC Topic 835-20 "Interest – Capitalization of Interest" and ASC Topic 970 "Real Estate - General". The costs of land and buildings under development include specifically identifiable costs. The capitalized costs include pre-construction costs essential to the development of the property, development costs, construction costs, interest costs, real estate taxes, salaries and related costs and other costs incurred during the period of development. We consider a construction project as substantially completed and held available for occupancy upon the receipt of certificates of occupancy, but no later than one year from cessation of major construction activity. We cease capitalization on the portion (1) substantially completed and (2) occupied or held available for occupancy, and we capitalize only those costs associated with the portion under construction.

We capitalize leasing costs which include commissions paid to outside brokers, legal costs incurred to negotiate and document a lease agreement and any internal costs that may be applicable. We allocate these costs to individual tenant leases and amortize them over the related lease term.

*Fair value measurement.* We apply the guidance in ASC Topic 820, "Fair Value Measurements and Disclosures," to the valuation of real estate assets. These provisions define fair value as the price that would be received to sell an asset or paid to transfer a liability in a transaction between market participants at the measurement date, establish a hierarchy that prioritizes the information used in developing fair value estimates and require disclosure of fair value measurements by level within the fair value hierarchy. The hierarchy gives the highest priority to quoted prices in active markets (Level 1 measurements) and the lowest priority to unobservable data (Level 3 measurements), such as the reporting entity's own data.

The valuation hierarchy is based upon the transparency of inputs to the valuation of an asset or liability as of the measurement date and includes three levels defined as follows:

Level 1 — Unadjusted quoted prices for identical and unrestricted assets or liabilities in active markets.

Level 2 — Quoted prices for similar assets and liabilities in active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the financial instrument.

Level 3 — Unobservable inputs that are significant to the fair value measurement.

A financial instrument's categorization within the valuation hierarchy is based upon the lowest level of input that is significant to the fair value measurement.

*Related parties.* We apply ASC Topic 805, "Business Combinations", to evaluate business relationships. Related parties are persons or entities who have one or more of the following characteristics, which include entities for which investments in their equity securities would be required, trust for the benefit of persons including principal owners of the entities and members of their immediate families, management personnel of the entity and members of their immediate families and other parties with which the entity may deal if one party controls or can significantly influence the decision making of the other to an extent that one of the transacting parties might be prevented from fully pursuing its own separate interests, or affiliates of the entity.

*Recognition of revenue.* Our revenues, which are composed largely of rental income, include rents reported on a straight-line basis over the lease term. In accordance with ASC 805 "Business Combinations", we recognize rental revenue of acquired in-place "above-" and "below-market" leases at their fair values over the terms of the respective leases.

Reimbursements of operating costs, as allowed under most of our commercial tenant leases, consist of amounts due from tenants for common area maintenance, real estate taxes and other recoverable costs, and are recognized as revenue in the period in which the recoverable expenses are incurred. We record these reimbursements on a "gross" basis, since we generally are the primary obligor with respect to purchasing goods and services from third-party suppliers; we have discretion in selecting the supplier and have the credit risk with respect to paying the supplier.

Rental income for residential property leases is recorded when due from residents and is recognized monthly as earned, which is not materially different than on a straight-line basis as lease terms are generally for periods of one year or less. An allowance for doubtful accounts is recorded for all past due rents and operating expense reimbursements considered to be uncollectible.

Sales and the associated gains or losses related to real estate assets are recognized in accordance with the provisions of ASC Topic 360-20, "Property, Plant and Equipment—Real Estate Sale." The specific timing of a sale is measured against various criteria in ASC 360-20 related to the terms of the transaction and any continuing involvement in the form of management or financial assistance associated with the properties. If the sales criteria for the full accrual method are not met, the Company defers some or all of the gain recognition and accounts for the continued operations of the property by applying the finance, leasing, deposit, installment or cost recovery methods, as appropriate, until the sales criteria are met.

*Non-performing notes receivable.* We consider a note receivable to be non-performing when the maturity date has passed without principal repayment and the borrower is not making interest payments in accordance with the terms of the agreement.

*Interest recognition on notes receivable.* We record interest income as earned in accordance with the terms of the related loan agreements.

*Allowance for estimated losses.* We assess the collectability of notes receivable on a periodic basis, of which the assessment consists primarily of an evaluation of cash flow projections of the borrower to determine whether estimated cash flows are sufficient to repay principal and interest in accordance with the contractual terms of the note. We recognize impairments on notes receivable when it is probable that principal and interest will not be received in accordance with the contractual terms of the loan. The amount of the impairment to be recognized generally is based on the fair value of the partnership's real estate that represents the primary source of loan repayment. See Note 3 "Notes and Interest Receivable" for details on our notes receivable.

*Cash equivalents.* For purposes of the Consolidated Statements of Cash Flows, all highly liquid investments purchased with an original maturity of three months or less are considered to be cash

**Restricted cash.**    Restricted cash is comprised primarily of cash balances held in escrow by financial institutions under the terms of certain secured notes payable and certain unsecured bonds payable.

**Concentration of credit risk.**    The Company maintains its cash balances at commercial banks and through investment companies, the deposits of which are insured by the Federal Deposit Insurance Corporation (FDIC). At December 31, 2017 and 2016, the Company maintained balances in excess of the insured amount.

**Earnings per share**.    Income (loss) per share is presented in accordance with ASC 620 "Earnings per Share" and is computed based upon the weighted average number of shares of common stock outstanding during each year.

**Use of estimates.**    In the preparation of Consolidated Financial Statements in conformity with GAAP, it is necessary for management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the Consolidated Financial Statements and the reported amounts of revenues and expense for the year ended. Actual results could differ from those estimates.

**Income taxes**.    The Company is a "C" corporation" for U.S. federal income tax purposes. The Company and the rest of the ARL group are included in the MRHI, consolidated group for tax purposes. TCI is a member of a tax sharing agreement that specifies the manner in which the group will share the consolidated tax liability and also how certain tax attributes are to be treated among members of the group.

**Recent accounting pronouncements**.

In May 2014, Accounting Standards Update ("ASU") No. 2014-09 ("ASU 2014-09"), "Revenue from Contracts with Customers," was issued. This new guidance established a new single comprehensive revenue recognition model and provides for enhanced disclosures. Under the new policy, the nature, timing and amount of revenue recognized for certain transactions could differ from those recognized under existing accounting guidance. This new standard does not affect revenue recognized under lease contracts. ASU 2014-09 is effective for reporting periods beginning after December 15, 2017. The Company is currently evaluating the impact the adoption of this guidance has on its financial position and results of operations, if any.

In February 2016, Accounting Standards Update No. 2016-02 ("ASU 2016-02"), "Leases" was issued. This new guidance establishes a new model for accounting for leases and provides for enhanced disclosures. ASU 2016-02 is effective for reporting periods beginning after December 15, 2018. The Company is currently evaluating the impact the adoption of this guidance, if any, on its financial position and results of operations.

<div align="center">40</div>

## NOTE 2.   REAL ESTATE

A summary of our real estate owned as of the end of the year is listed below (dollars in thousands):

|  | 2017 | 2016 |
|---|---|---|
| Apartments | $    737,661 | $    697,732 |
| Apartments under construction | 104,791 | 25,288 |
| Commercial properties | 200,803 | 204,384 |
| Land held for development | 69,466 | 71,094 |
| Real estate subject to sales contract | 45,739 | 46,956 |
| Total real estate, at cost, less impairment | 1,158,460 | 1,045,454 |
| Less accumulated depreciation | (178,590) | (154,281) |
| **Total real estate, net of depreciation** | $    979,870 | $    891,173 |

Expenditures for repairs and maintenance are charged to operations as incurred. Significant betterments are capitalized. When assets are sold or retired, their costs and related accumulated depreciation are removed from the accounts with the resulting gains or losses reflected in net income or loss for the period.

Depreciation is computed on a straight line basis over the estimated useful lives of the assets as follows:

| | |
|---|---|
| Land improvements | 25 to 40 years |
| Buildings and improvements | 10 to 40 years |
| Tenant improvements | Shorter of useful life or terms of related lease |
| Furniture, fixtures and equipment | 3 to 7 years |

*Fair Value Measurement*

The Company applies the guidance in ASC Topic 820, "Fair Value Measurements and Disclosures," to the valuation of real estate assets. The Company is required to assess the fair value of its consolidated real estate assets with indicators of impairment. The value of impaired real estate assets is determined using widely accepted valuation techniques, including discounted cash flow analyses on the expected cash flow of each asset, as well as the income capitalization approach, which considers prevailing market capitalization rates, analyses of recent comparable sales transactions, information from actual sales negotiations and bona fide purchase offers received from third parties. The methods used to measure fair value may produce an amount that may not be indicative of net realizable value or reflective of future values. Furthermore, although the Company believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

The fair value measurements used in these evaluations are considered to be Level 2 and 3 valuations within the fair value hierarchy in the accounting rules, as there are significant observable (Level 2) and unobservable inputs (Level 3). Examples of Level 2 inputs the Company utilizes in its fair value calculations are appraisals and bona fide purchase offers from third parties. Examples of Level 3 inputs the Company utilizes in its fair value calculations are discount rates, market capitalization rates, expected lease rental rates, timing of new leases, an estimate of future sales prices and comparable sales prices of similar assets, if available.

| | | Fair Value Measurements Using (dollars in thousands): | | |
|---|---|---|---|---|
| December 31, 2015 | Fair Value | Level 1 | Level 2 | Level 3 |
| Commercial | $        3,000 | $        — | $        — | $        3,000 |

There was no provision for impairment during the years ended December 31, 2017 and 2016.

<div align="right">App.904</div>

41

The highlights of our significant real estate transactions for the year ended December 31, 2017, are discussed below.

***Purchases***

During the year ended December 31, 2017, the Company acquired one income-producing apartment property from a third party in the state of North Carolina, increasing the total number of units by 201, for a combined purchase price of $36.7 million. In addition, we acquired one land parcel for future development for a total purchase price of $5.4 million, adding 18.5 acres to the development portfolio.

***Sales***

As of December 31, 2017, the Company has approximately 66.7 acres of land, at various locations that were sold to related parties in multiple transactions. These transactions are treated as "subject to sales contract" on the Consolidated Balance Sheets. Due to the related party nature of the transactions, TCI has deferred the recording of the sales in accordance with ASC 360-20.

We continue to invest in the development of apartment projects. During the year ended December 31, 2017, we have expended $69.8 million related to the construction or predevelopment of various apartment complexes and capitalized $2.4 million of interest costs.

42

**NOTE 3.   *NOTES AND INTEREST RECEIVABLE***

A portion of our assets are invested in mortgage notes receivable, principally secured by real estate. We may originate mortgage loans in conjunction with providing purchase money financing of property sales. Notes receivable are generally collateralized by real estate or interests in real estate and personal guarantees of the borrower and, unless noted otherwise, are so secured. Management intends to service and hold for investment the mortgage notes in our portfolio. A majority of the notes receivable provide for principal to be paid at maturity (dollars in thousands).

As of December 31, 2017, the obligors on $45.1 million or 64.3% of the mortgage notes receivable portfolio were due from related entities. The Company recognized $3.7 million of interest income from these related party notes receivables.

As of December 31, 2017, none of the mortgage notes receivable portfolio were non-performing.

The Company has various notes receivable from Unified Housing foundation, Inc. "UHF". UHF is determined to be a related party due to our significant investment in the performance of the collateral secured under the notes receivable. Payments are due from surplus cash flow from operations, sale or refinancing of the underlying properties. These notes are cross collateralized to the extent that any surplus cash available from any of the properties underlying these notes will be used to repay outstanding interest and principal for the remaining notes. Furthermore, any surplus cash available from any of the properties UHF owns, besides the properties underlying these notes, can be used to repay outstanding interest and principal for these notes. The allowance on the notes was a purchase allowance that was netted against the notes when acquired.

| Borrower | Maturity Date | Interest Rate | Amount | Security |
|---|---|---|---|---|
| Performing loans: | | | | |
| H198, LLC (Las Vegas Land) | 01/20 | 12.00% | $ 5,907 | Secured |
| H198, LLC (McKinney Ranch Land) | 09/18 | 6.00% | 4,290 | Secured |
| Oulan-Chikh Family Trust | 03/21 | 8.00% | 174 | Secured |
| Spyglass Apartments of Ennis | 11/19 | 5.00% | 4,522 | Secured |
| Bellwether Ridge | 05/20 | 5.00% | 2,954 | Secured |
| Parc at Windmill Farms | 05/20 | 5.00% | 2,505 | Secured |
| Unified Housing Foundation, Inc. (Echo Station) [1] | 12/32 | 12.00% | 1,481 | Secured |
| Unified Housing Foundation, Inc. (Lakeshore Villas) [1] | 12/32 | 12.00% | 2,000 | Secured |
| Unified Housing Foundation, Inc. (Lakeshore Villas) [1] | 12/32 | 12.00% | 6,368 | Secured |
| Unified Housing Foundation, Inc. (Limestone Ranch) [1] | 12/32 | 12.00% | 6,000 | Secured |
| Unified Housing Foundation, Inc. (Limestone Ranch) [1] | 12/32 | 12.00% | 1,953 | Secured |
| Unified Housing Foundation, Inc. (Timbers of Terrell) [1] | 12/32 | 12.00% | 1,323 | Secured |
| Unified Housing Foundation, Inc. (Tivoli) [1] | 12/32 | 12.00% | 6,138 | Secured |
| Unified Housing Foundation, Inc. [1] | 12/18 | 12.00% | 3,994 | Unsecured |
| Unified Housing Foundation, Inc. [1] | 12/18 | 12.00% | 6,407 | Unsecured |
| Unified Housing Foundation, Inc. [1] | 06/20 | 12.00% | 5,760 | Unsecured |
| Other related party notes [1] | Various | Various | 465 | Various unsecured interests |
| Other non-related party notes | Various | Various | 796 | Various secured interests |
| Other non-related party notes | Various | Various | 983 | Various unsecured interests |
| Accrued interest | | | 6,146 | |
| **Total Performing** | | | $ 70,166 | |

(1) Related Party notes

43

**NOTE 4.   *INVESTMENT IN UNCONSOLIDATED JOINT VENTURES AND INVESTEES***

Investments in unconsolidated subsidiaries, jointly owned companies and other investees in which we have a 20% to 50% interest or otherwise exercise significant influence are carried at cost, adjusted for the Company's proportionate share of their undistributed earnings or losses, via the equity method of accounting. ARL is our parent company and is considered as an unconsolidated joint venture.

App.905

Investments accounted for via the equity method consists of the following:

| | Percentage ownership as of December 31, | | |
|---|---|---|---|
| | **2017** | **2016** | **2015** |
| American Realty Investors, Inc. [1] | 0.90% | 0.90% | 0.90% |

(1)   Unconsolidated investment in parent company

Our interest in the common stock of ARL in the amount of 0.90% is accounted for under the equity method. Accordingly, the investment is carried at cost, adjusted for the company's proportionate share of earnings or losses.

The following is a summary of the financial position and results of operations of ARL (dollars in thousands):

| | For the Twelve Months Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| **Unconsolidated Subsidiaries** | **2017** | | **2016** | | **2015** | |
| Real estate, net of accumulated depreciation | $ | 12,349 | $ | 14,504 | $ | 14,232 |
| Notes Receivable | | 41,928 | | 47,257 | | 50,692 |
| Other assets | | 126,238 | | 127,001 | | 127,497 |
| Notes payable | | (6,507) | | (9,485) | | (25,233) |
| Other liabilities | | (102,014) | | (111,707) | | (98,440) |
| Shareholders' equity/partners' capital | | (71,994) | | (67,570) | | (68,748) |
| | | | | | | |
| Rents and interest and other income | $ | 9,193 | $ | 7,251 | $ | 11,990 |
| Depreciation | | (157) | | (175) | | (192) |
| Operating expenses | | (3,149) | | (3,633) | | (4,414) |
| Gain on land sales | | 4,765 | | — | | 2,737 |
| Interest expense | | (6,228) | | (6,274) | | (5,936) |
| Income (loss) from continuing operations | | 4,424 | | (2,831) | | 4,185 |
| Income from discontinued operations | | — | | — | | 1 |
| Net income (loss) | $ | 4,424 | $ | (2,831) | $ | 4,186 |
| | | | | | | |
| Company's proportionate share of income (loss) [1] | $ | 40 | $ | (25) | $ | 38 |

(1)   Income (loss) represents continued and discontinued operations

44

## NOTE 5.   *NOTES AND INTEREST PAYABLE*

Below is a summary of our notes and interest payable as of December 31, 2017 (dollars in thousands):

| | Notes Payable | | Accrued Interest | | Total Debt | |
|---|---|---|---|---|---|---|
| Apartments | $ | 566,576 | $ | 1,585 | $ | 568,161 |
| Apartments under construction | $ | 78,683 | | 113 | $ | 78,796 |
| Commercial | $ | 126,955 | $ | 622 | $ | 127,577 |
| Land | $ | 16,705 | $ | 200 | $ | 16,905 |
| Real estate subject to sales contract | $ | 1,449 | $ | 508 | $ | 1,957 |
| Mezzanine financing | $ | 110,172 | $ | 453 | $ | 110,625 |
| Other | $ | 9,617 | $ | 78 | $ | 9,695 |
| | | | | | | |
| **Total** | **$** | **910,157** | **$** | **3,559** | **$** | **913,716** |
| | | | | | | |
| Unamortized deferred borrowing costs | | (19,234) | | — | | (19,234) |
| | $ | 890,923 | $ | 3,559 | $ | 894,482 |

The following table summarizes our contractual obligations for principal payments as of December 31, 2017 (dollars in thousands):

| Year | Amount | |
|---|---|---|
| 2018 | $ | 79,838 |
| 2019 | | 101,134 |
| 2020 | | 64,255 |
| 2021 | | 48,806 |
| 2022 | | 11,205 |
| Thereafter | | 604,919 |
| **Total** | **$** | **910,157** |

Interest payable at December 31, 2017 was $3.6 million. Our debt has interest rates ranging from 2.5% to 12.0% per annum with maturity dates between 2018 and 2055. The mortgages were collateralized by deeds of trust on real estate having a net carrying value of $980.0 million.

During the year 2017 the Company refinanced or modified six loans with a total principal balance of $84.9 million. The refinancing resulted in lower interest rates and the extension of the term of the loan. The modifications resulted in lower interest rates. The transactions provide for lower monthly payments over the term of loans.

There are various land mortgages, secured by the property, that are in the process of a modification or extension to the original note due to expiration of the loan. We are in constant contact with these lenders, working together in order to modify the terms of these loans and we anticipate a timely resolution that is similar to the existing agreement or subsequent modification.

In conjunction with the development of various apartment projects and other developments, we drew down $63 million in construction loans during the year ended December 31, 2017.

App.906

In August 2016 Southern Properties Capital LTD ("Southern"), a British Virgin Islands corporation was incorporated for the purpose of raising funds by issuing Bonds to be traded on the Tel Aviv Stock Exchange ("TASE"). The Company transferred certain residential and commercial properties located in the United States to Southern, its wholly owned subsidiary. On February 13, 2017, Southern filed a final prospectus with the TASE for an offering and sale of nonconvertible Series A Bonds to be issued by Southern. The bonds are unsecured obligations of Southern. During 2017 on three separate occasions Southern issued nonconvertible Series A Bonds which in total amounted to approximately NIS400 million New Israeli Shekels ("NIS") which converted to approximately $115 million dollars. The Series A Bonds have a stated interest rate of 7.3%. At December 31, 2017 the effective interest rate is 9.17%. The bonds require semi-annual equal installments on January 31 and July 31 of each year from 2019 to 2023 (inclusive). The interest will be repaid on January 31 and July 31 of each of the years 2018 to 2023 (inclusive), first payment commenced on July 31, 2017.

a.      Consisting of the following:

| | | December 31, | | |
| --- | --- | --- | --- | --- |
| | | 2017 | | 2016 |
| Bonds (Series A) | $ | 115,336 | | — |
| Less; deferred issuance expense, net | | (5,916) | | — |
| Accrued Interest | | 3,627 | | — |
| | $ | 113,047 | | — |

b.      Aggregate maturities are as follows:

| | | December 31, | | |
| --- | --- | --- | --- | --- |
| | | 2017 | | 2016 |
| 2018 | $ | — | | — |
| 2019 | | 23,067 | | — |
| 2020 | | 23,067 | | — |
| 2021 | | 23,067 | | — |
| 2022 | | 23,067 | | — |
| Thereafter | | 23,068 | | — |
| | $ | 115,336 | | — |

The funds were used principally for the acquisition and development of additional real estate operations in the United States. The funds were raised and will be repaid in NIS however the funds raised have been converted to US dollars. The Company records unrealized gains or losses each quarter based upon the relative exchange values of the US dollar and the NIS; however, no gain or loss will be realized until a conversion from US dollars to NIS actually occurs in the future. The recorded unrealized gain or loss is reflected as a separate line item to highlight the fact that it is a non-cash transaction until such time as actual payment of principal and interest on the bonds is made. For 2017 the Company reflected an unrealized foreign currency loss of $4.5 million related to debenture transactions.

**NOTE 7.   *RELATED PARTY TRANSACTIONS AND FEES***

We apply ASC Topic 805, "Business Combinations", to evaluate business relationships. Related parties are persons or entities who have one or more of the following characteristics, which include entities for which investments in their equity securities would be required, trust for the benefit of persons including principal owners of the entities and members of their immediate families, management personnel of the entity and members of their immediate families and other parties with which the entity may deal if one party controls or can significantly influence the decision making of the other to an extent that one of the transacting parties might be prevented from fully pursuing its own separate interests, or affiliates of the entity.

The Company has historically engaged in and may continue to engage in certain business transactions with related parties, including but not limited to asset acquisition and dispositions. Transactions involving related parties cannot be presumed to be carried out on an arm's length basis due to the absence of free market forces that naturally exist in business dealings between two or more unrelated entities. Related party transactions may not always be favorable to our business and may include terms, conditions and agreements that are not necessarily beneficial to or in our best interest.

45

Since April 30, 2011, Pillar, the sole shareholder of which is Realty Advisors, LLC, a Nevada limited liability company, the sole member of which is RAI, a Nevada corporation, the sole shareholder of which is MRHI, a Nevada corporation, the sole shareholder of which is a trust known as the May Trust, became the Company's external Advisor and Cash Manager. Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities. Pillar also arranges, for the Company's benefit, debt and equity financing with third party lenders and investors. Pillar also serves as an Advisor and Cash Manager to TCI and IOR. As the contractual advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor". TCI has no employees. Employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement

Effective January 1, 2011, Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), the sole member of which is Realty Advisors, LLC, manages our commercial properties and provides brokerage services. Regis receives property management fees, construction management fees and leasing commissions in accordance with the terms of its property-level management agreement. Regis is also entitled to receive real estate brokerage commissions in accordance with the terms of a non-exclusive brokerage agreement. See Part III, Item 10. "Directors, Executive Officers and Corporate Governance – Property Management and Real Estate Brokerage". TCI engages third-party companies to lease and manage its apartment properties.

Below is a description of the related party transactions and fees between Pillar and Regis:

Fees, expenses and revenue paid to and/or received from our advisor:

| | | 2017 | | 2016 | | 2015 |
| --- | --- | --- | --- | --- | --- | --- |
| | | (dollars in thousands) | | | | |
| Fees: | | | | | | |
| Advisory | $ | 9,995 | $ | 9,490 | $ | 8,368 |
| Mortgage brokerage and equity refinancing | | 1,551 | | 775 | | 1,524 |
| Net income | | 250 | | 257 | | 187 |
| Property acquisition | | — | | — | | 921 |
| | $ | 11,796 | $ | 10,522 | $ | 11,000 |
| Other Expense: | | | | | | |
| Cost reimbursements | $ | 2,895 | $ | 3,228 | $ | 2,925 |
| Interest paid (received) | | (4,859) | | (4,216) | | (3,352) |

Revenue:

| | | | | | | |
|---|---|---|---|---|---|---|
| Rental | $ | 783 | $ | 708 | $ | 726 |

Fees paid to Regis and related parties:

| | | 2017 | | 2016 | | 2015 |
|---|---|---|---|---|---|---|
| | | (dollars in thousands) | | | | |
| Fees: | | | | | | |
| Property acquisition | $ | 9,819 | $ | 10,776 | $ | 1,932 |
| Property management, construction management and leasing commissions | | 963 | | 888 | | 682 |
| Real estate brokerage | | 1,369 | | 787 | | 1,105 |
| | $ | 12,151 | $ | 12,451 | $ | 3,719 |

The Company received rental revenue of $0.8 million in each of the three years ended December 31, 2017 from Pillar and its related parties for properties owned by the Company.

As of December 31, 2017, the Company had notes and interest receivables of interest receivable of $45.1 million due from UHF, a related party. During the current period, the Company recognized interest income of $6.5 million, originated $5.8 million, received principal payments of $26.1 million and received interest payments of $5.3 million from these related party notes receivables.

On January 1, 2012, the Company entered into a development agreement with UHF, a non-profit corporation that provides management services for the development of residential apartment projects in the future. This development agreement was terminated December 31, 2013. The Company has also invested in surplus cash notes receivables from UHF and has sold several residential apartment properties to UHF in prior years. Due to this ongoing relationship and the significant investment in the performance of the collateral secured under the notes receivable, UHF has been determined to be a related party.

The Company is the primary guarantor, on a $39.1 million mezzanine loan between UHF and a lender. In addition, ARI, and an officer of the Company are limited recourse guarantors of the loan. As of December 31, 2017 UHF was in compliance with the covenants to the loan agreement.

<div align="center">46</div>

The Company is part of a tax sharing and compensating agreement with respect to federal income taxes between ARL, TCI and IOR and their subsidiaries that was entered into in July of 2009. That agreement continued until August 31, 2012, at which time a new tax sharing and compensating agreement was entered into by ARL, TCI, IOR and MRHI for the remainder of 2012 and subsequent years. The expense (benefit) in each year was calculated based on the amount of losses absorbed by taxable income multiplied by the maximum statutory tax rate of 21%.

The following table reconciles the beginning and ending balances of accounts receivable from and (accounts payable) to related parties as of December 31, 2017 (dollars in thousands):

| | | Pillar | | ARL | Total |
|---|---|---|---|---|---|
| Related party receivable, December 31, 2016 | $ | — | $ | 101,649 | $101,649 |
| Cash transfers | | 36,175 | | — | 36,175 |
| Advisory fees | | (9,995) | | — | (9,995) |
| Net income fee | | (250) | | — | (250) |
| Fees and commissions | | (2,921) | | — | (2,921) |
| Cost reimbursements | | (2,895) | | — | (2,895) |
| Interest income | | — | | 4,859 | 4,859 |
| Notes receivable purchased | | (447) | | | (447) |
| Expenses paid by advisor | | (36) | | — | (36) |
| Financing (mortgage payments) | | (4,656) | | — | (4,656) |
| Sales/Purchases transactions | | (9,818) | | — | (9,818) |
| Income tax expense | | 5,593 | | — | 5,593 |
| Related party receivable, December 31, 2017 | $ | 10,750 | $ | 106,508 | $117,258 |

As of December 31, 2017, the Company has approximately 66.7 acres of land, at various locations that were sold to related parties in multiple transactions. These transactions are treated as "subject to sales contract" on the Consolidated Balance Sheets. Due to the related party nature of the transactions TCI has deferred the recording of the sales in accordance with ASC 360-20.

**NOTE 8.  DIVIDENDS**

TCI's Board of Directors established a policy that dividend declarations on common stock would be determined on an annual basis following the end of each year. In accordance with that policy, no dividends on TCI's common stock were declared for 2017, 2016, or 2015. Future distributions to common stockholders will be determined by the Board of Directors in light of conditions then existing, including the Company's financial condition and requirements, future prospects, restrictions in financing agreements, business conditions and other factors deemed relevant by the Board.

<div align="center">47</div>

**NOTE 9.  INCOME TAXES**

We account for income taxes under the asset and liability method, which requires the recognition of deferred tax assets and liabilities for the expected future tax consequences of events that have been included in the financial statements. Under this method, deferred tax assets and liabilities are determined on the basis of the differences between the financial statement and tax bases of assets and liabilities using enacted tax rates in effect for the year in which the differences are expected to reverse. The effect of a change in tax rates on deferred tax assets and liabilities is recognized in income in the period that includes the enactment date. We recognize deferred tax assets to the extent that we believe these assets are more likely than not to be realized. In making such a determination, we consider all available positive and negative evidence, including future reversals of existing taxable temporary differences, projected future taxable income, tax-planning strategies, and results of recent operations. If we determine that we would be able to realize our deferred tax assets in the future in excess of their net recorded amount, we would make an adjustment to the deferred tax asset valuation allowance, which would reduce the provision for income taxes. We record uncertain tax positions in accordance with ASC 740 on the basis of a two-step process whereby (1) we determine whether it is more likely than not that the tax positions will be sustained on the basis of the technical merits of the position and (2) for those tax positions that meet the more-likely-than-not recognition threshold, we recognize the largest amount of tax benefit that is more than 50 percent likely to be realized upon ultimate settlement with the related tax authority.

For financial reporting purposes, income before income taxes were:

<div align="center">Years Ended December 31</div>

<div align="center">App.908</div>

|  | | 2016 | | |
| --- | --- | --- | --- | --- |
| | | (in thousands) | | |
| TOTAL | $ | (15,136) | $ | 345 | $ | (7,239) |

The expense (benefit) for income taxes consists of:

| | Years Ended December 31 | | |
| --- | --- | --- | --- |
| | 2017 | 2016 | 2015 |
| | (in thousands) | | |
| Current: | | | |
| Federal | $ (5,603) | $ 121 | $ (2,534) |
| State | 10 | — | — |
| Deferred and other: | | | |
| Federal | 5,603 | (98) | 3,534 |
| State | 170 | — | — |
| Total Tax Expense | $ 180 | $ 23 | $ 1,000 |

48

The reconciliation between the Company's effective tax rate on income from continuing operations and the statutory rate is as follows:

| | Years Ended December 31 | | |
| --- | --- | --- | --- |
| | 2017 | 2016 | 2015 |
| | (in thousands) | | |
| Income tax expense (benefit) at federal statutory rate | $ (5,603) | $ 121 | $ (2,759) |
| State and local income taxes net of federal tax benefit | 10 | — | — |
| Repricing of deferred assets due to change in future rates | (19,871) | — | — |
| Change in valuation allowance | 25,644 | (97) | 3,276 |
| Calculated income tax (benefit) expense | 180 | 24 | 517 |
| Effective Tax Rate | N/A | 6.9% | N/A |

The company is subject to taxation in the United States and various states and foreign jurisdictions. As of December 31, 2017, the Company's tax years for 2016, 2015, and 2014 are subject to examination by the tax authorities. With few exceptions, as of December 31, 2017, the Company is no longer subject to U.S federal, state, local, or foreign examinations by tax authorities for the years before 2014.

The 2017 effective tax rate is driven primarily by the passing of the Tax Cuts and Jobs Act by congress. This act has reduced the statutory tax rate for corporations from 35% to 21% starting in 2018. As a result, the tax assets of TCI had to be re-priced to reflect the new rate for future years with the impact impacting the 2017 provision for income taxes.

**Components of the Net Deferred Tax Asset or Liability**

| | Years Ended December 31 | |
| --- | --- | --- |
| | 2017 | 2016 |
| | (in thousands) | |
| Allowance for losses on notes | $ 383 | $ 639 |
| Installment note on land sale | 2,876 | 4,793 |
| Deferred gain | 6,814 | 14,537 |
| Net operating loss carryforward | 46,709 | 66,015 |
| Subtotal | 56,782 | 85,984 |
| Less: valuation allowance | (29,806) | (48,926) |
| **Total net deferred tax assets** | **26,976** | **37,058** |
| Basis differences for fixed assets | 26,976 | 37,058 |
| **Total deferred tax liability** | **26,976** | **37,058** |
| **Net deferred tax asset (liability)** | **—** | **—** |
| Current net deferred tax asset | 26,976 | 37,058 |
| Long-term net deferred tax liability | $ 26,976 | $ 37,058 |
| **Net deferred tax asset (liability)** | **—** | **—** |

**Operating Loss and Tax Credit Carryforwards**

We have federal income tax NOL carryforwards related to our domestic operations of approximately $189 million on a standalone basis, which have an indefinite life. We also have state NOLs in many of the various states in which we operate.

**Valuation Allowance**

Management assesses the available positive and negative evidence to estimate if sufficient future taxable income will be generated to use the existing deferred tax assets. At December 31, 2017, 2016 and 2015 TCI had a net deferred tax asset due to tax deductions available to it in future years. However, as management could not determine that it was more likely than not that TCI would realize the benefit of the deferred tax asset, a valuation allowance was established.

49

**NOTE 10.   *FUTURE MINIMUM RENTAL INCOME UNDER OPERATING LEASES***

TCI'S real estate operations include the leasing of commercial properties (office buildings, industrial warehouses and retail centers). The leases thereon expire at various dates through 2025. The

following is a schedule of minimum future rents on non-cancelable operating leases at December 31, 2017 (dollars in thousands):

| Year | Amount |
|------|--------|
| 2018 | $ 25,042 |
| 2019 | 19,828 |
| 2020 | 15,869 |
| 2021 | 13,643 |
| 2022 | 10,634 |
| Thereafter | 16,686 |
| **Total** | $ **101,702** |

## NOTE 11.  OPERATING SEGMENTS

Our segments are based on management's method of internal reporting which classifies its operations by property type. The segments are commercial, apartments, land and other. Significant differences among the accounting policies of the operating segments as compared to the Consolidated Financial Statements principally involve the calculation and allocation of administrative expenses. Management evaluates the performance of each of the operating segments and allocates resources to them based on their operating income and cash flow.

Items of income that are not reflected in the segments are interest, other income, equity in partnerships and gains on sale of real estate. Expenses that are not reflected in the segments are provision for losses, advisory, net income and incentive fees, general and administrative, non-controlling interests and net loss from discontinued operations before gains on sale of real estate.

The segment labeled as "Other" consists of revenue and operating expenses related to the notes receivable and corporate debt.

Presented below is the Company's reportable segments' operating income including segment assets and expenditures for the years 2017, 2016 and 2015 (dollars in thousands):

| For the Year Ended December 31, 2017 | Commercial Properties | | Apartments | | Land | | Other | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rental and other property revenues | $ | 32,323 | $ | 92,807 | $ | 87 | $ | 16 | $ | 125,233 |
| Property operating expenses | | (17,724) | | (43,677) | | (667) | | (988) | | (63,056) |
| Depreciation | | (9,200) | | (16,354) | | — | | (4) | | (25,558) |
| Mortgage and loan interest | | (7,528) | | (22,346) | | (1,588) | | (28,482) | | (59,944) |
| Interest income | | — | | — | | — | | 13,862 | | 13,862 |
| Recognition of deferred gain on sale of income producing properties | | — | | 9,842 | | — | | — | | 9,842 |
| Gain on land sales | | — | | — | | 4,884 | | — | | 4,884 |
| Segment operating income (loss) | $ | (2,129) | $ | 20,272 | $ | 2,716 | $ | (15,596) | $ | 5,263 |
| Capital expenditures | $ | 3,157 | $ | 1,402 | $ | 609 | $ | — | $ | 5,168 |
| Assets | $ | 137,157 | $ | 726,852 | $ | 115,205 | $ | 656 | $ | 979,870 |
| **Property Sales** | | | | | | | | | | |
| Sales price | $ | — | $ | — | $ | 11,177 | $ | — | $ | 11,177 |
| Less: Cost of sale | | — | | — | | (6,293) | | — | | (6,293) |
| Recognized prior deferred gain | | — | | 9,842 | | — | | — | | 9,842 |
| Gain on sale | $ | — | $ | 9,842 | $ | 4,884 | $ | — | $ | 14,726 |

50

| For the Year Ended December 31, 2016 | Commercial Properties | | Apartments | | Land | | Other | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rental and other property revenues | $ | 31,864 | $ | 86,603 | $ | — | $ | 4 | $ | 118,471 |
| Property operating expenses | | (19,476) | | (40,786) | | (1,634) | | (22) | | (61,918) |
| Depreciation | | (8,924) | | (14,759) | | — | | — | | (23,683) |
| Mortgage and loan interest | | (7,167) | | (25,381) | | (1,746) | | (18,794) | | (53,088) |
| Interest income | | — | | — | | — | | 14,670 | | 14,670 |
| Gain (loss) on sale of income producing properties | | (238) | | 16,445 | | — | | — | | 16,207 |
| Gain on land sales | | — | | — | | 3,121 | | — | | 3,121 |
| Segment operating income (loss) | $ | (3,941) | $ | 22,122 | $ | (259) | $ | (4,142) | $ | 13,780 |
| Capital expenditures | $ | 4,577 | $ | 863 | $ | 269 | $ | — | $ | 5,709 |
| Assets | $ | 148,689 | $ | 624,433 | $ | 118,051 | $ | — | $ | 891,173 |
| **Property Sales** | | | | | | | | | | |
| Sales price | $ | 1,500 | $ | 20,350 | $ | 29,128 | $ | — | $ | 50,978 |
| Less: Cost of sale | | (1,738) | | (3,905) | | (26,007) | | — | | (31,650) |
| Gain (loss) on sale | $ | (238) | $ | 16,445 | $ | 3,121 | $ | — | $ | 19,328 |

| For the Year Ended December 31, 2015 | Commercial Properties | | Apartments | | Land | | Other | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rental and other property revenues | $ | 29,308 | $ | 72,809 | $ | — | $ | 103 | $ | 102,220 |
| Property operating expenses | | (16,838) | | (34,437) | | (712) | | (270) | | (52,257) |
| Depreciation | | (8,861) | | (12,438) | | — | | — | | (21,299) |
| Mortgage and loan interest | | (6,891) | | (23,506) | | (4,214) | | (11,930) | | (46,541) |
| Interest income | | — | | — | | — | | 10,687 | | 10,687 |
| Gain on land sales | | — | | — | | 18,911 | | — | | 18,911 |
| Segment operating income (loss) | $ | (3,282) | $ | 2,428 | $ | 13,985 | $ | (1,410) | $ | 11,721 |
| Capital expenditures | $ | 8,118 | $ | 1,780 | $ | 2,621 | $ | — | $ | 12,519 |
| Assets | $ | 153,270 | $ | 553,860 | $ | 136,889 | $ | — | $ | 844,019 |
| **Property Sales** | | | | | | | | | | |
| Sales price | $ | — | $ | 11,129 | $ | 102,898 | $ | — | $ | 114,027 |
| Less: Cost of sale | | — | | (10,394) | | (83,987) | | — | | (94,381) |
| Gain on sale | $ | — | $ | 735 | $ | 18,911 | $ | — | $ | 19,646 |

App.910

The table below reflects the reconciliation of segment information to the corresponding amounts in the Consolidated Statements of Operations (dollars in thousands):

| | For the Years Ended December 31, | | | | | |
| | 2017 | | 2016 | | 2015 | |
|---|---|---|---|---|---|---|
| Segment operating income | $ | 5,263 | $ | 13,780 | $ | 11,721 |
| Other non-segment items of income (expense) | | | | | | |
| General and administrative | | (6,269) | | (5,476) | | (5,508) |
| Provision on impairment of real estate assets | | — | | — | | (5,300) |
| Net income fee to related party | | (250) | | (257) | | (187) |
| Advisory fee to related party | | (9,995) | | (9,490) | | (8,368) |
| Other income | | (3,911) | | 1,816 | | 70 |
| Loss from unconsolidated joint ventures and investees | | 26 | | (26) | | 41 |
| Litigation settlement | | — | | — | | (352) |
| Income tax benefit (expense) | | 5,252 | | (24) | | (517) |
| Net income (loss) from continuing operations | $ | (9,884) | $ | 323 | $ | (8,400) |

<div align="center">51</div>

The table below reflects the reconciliation of segment information to the corresponding amounts in the Consolidated Balance Sheets (dollars in thousands):

| | For the Years Ended December 31, | | | | | |
| | 2017 | | 2016 | | 2015 | |
|---|---|---|---|---|---|---|
| Segment assets | $ | 979,870 | $ | 891,173 | $ | 844,019 |
| Investments in real estate partnerships | | 2,472 | | 2,446 | | 5,243 |
| Notes and interest receivable | | 70,166 | | 79,308 | | 69,551 |
| Other assets | | 266,166 | | 212,987 | | 191,391 |
| Total assets | $ | 1,318,674 | $ | 1,185,914 | $ | 1,110,204 |

## NOTE 12.   *DISCONTINUED OPERATIONS*

Effective January 1, 2015, the Company adopted the provisions of ASU 2014-08, which changed the criteria of ASC 360 related to determining which disposals quality to be accounted for as discontinued operations and modified related reporting and disclosure requirements. Disposals representing a strategic shift in operations that have a major effect on a company's operations and financial results will be presented as discontinued operations.

There were no sales of income-producing properties during 2017 or 2016 that met the criteria for discontinued operations. Amounts included in discontinued operations represent the residual amounts from sales classified as discontinued operations prior to January 1, 2015. The following table summarizes revenue and expense information for the properties sold that qualified as discontinued operations (d ollars in thousands):

| | For the Years Ended December 31, | | | | | |
| | 2017 | | 2016 | | 2015 | |
|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | |
| Rental and other property revenues | $ | — | $ | — | $ | 355 |
| | | — | | — | | 355 |
| **Expenses:** | | | | | | |
| Property operating expenses | | — | | — | | (345) |
| General and administrative | | — | | 2 | | 99 |
| Total operating expenses | | — | | 2 | | (246) |
| | | | | | | |
| **Other income (expense):** | | | | | | |
| Other income (expense) | | — | | — | | 45 |
| Mortgage and loan interest | | — | | — | | (2) |
| Total other expenses | | — | | — | | 43 |
| | | | | | | |
| Loss from discontinued operations before gain on sale of real estate and taxes | | — | | (2) | | 644 |
| Gain on sale of real estate from discontinued operations | | — | | — | | 735 |
| Income tax benefit (expense) | | — | | 1 | | (483) |
| Income (loss) from discontinued operations | $ | — | $ | (1) | $ | 896 |

<div align="center">52</div>

## NOTE 13.   *QUARTERLY RESULTS OF OPERATIONS*

The following is a tabulation of TCI's quarterly results of operations for the years 2017, 2016 and 2015. Quarterly results presented may differ from those previously reported in TCI's Form 10-Q due to the reclassification of the operations of properties sold or held for sale to discontinued operations in accordance with ASC topic 360:

| | For the Three Months Ended 2017 | | | | | | | |
| | March 31, | | June 30, | | September 30, | | December 31, | |
| | (dollars in thousands, except share and per share amounts) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **2017** | | | | | | | | |
| Revenue and other property revenues | $ | 31,535 | $ | 31,302 | $ | 31,491 | $ | 30,905 |
| Total operating expenses | | 26,337 | | 25,460 | | 25,725 | | 27,606 |
| Operating income | | 5,198 | | 5,842 | | 5,766 | | 3,299 |
| Other expenses | | (10,658) | | (15,613) | | (8,967) | | (14,729) |
| Loss before gain on land sales, non-controlling interest, and taxes | | (5,460) | | (9,771) | | (3,201) | | (11,430) |
| Gain on sale of income-producing properties | | — | | — | | 9,841 | | 1 |

<div align="right">App.911</div>

| | March 31, | June 30, | September 30, | December 31, |
|---|---|---|---|---|
| Gain (loss) on land sales | | | | 4,385 |
| Income tax benefit | — | — | — | (180) |
| Net income (loss) | (5,015) | (10,247) | 7,170 | (7,224) |
| Net (loss) attributable to non-controlling interest | (119) | (163) | (96) | (121) |
| Preferred dividend requirement | (222) | (224) | (224) | (230) |
| Net income (loss) applicable to common shares | $ (5,356) | $ (10,634) | $ 6,850 | $ (7,575) |
| | | | | |
| **PER SHARE DATA** | | | | |
| **Earnings per share - basic** | | | | |
| Income (loss) from continuing operations | $ (0.61) | $ (1.22) | $ 0.79 | $ (0.88) |
| Loss from discontinued operations | — | — | — | — |
| Net income (loss) applicable to common shares | $ (0.61) | $ (1.22) | $ 0.79 | $ (0.88) |
| Weighted average common shares used in computing earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 |
| | | | | |
| **Earnings per share - diluted** | | | | |
| Income (loss) from continuing operations | $ (0.61) | $ (1.22) | $ 0.79 | $ (0.88) |
| Loss from discontinued operations | — | — | — | — |
| Net income (loss) applicable to common shares | $ (0.61) | $ (1.22) | $ 0.79 | $ (0.88) |
| Weighted average common shares used in computing diluted earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 |

| | For the Three Months Ended 2016 | | | |
|---|---|---|---|---|
| | March 31, | June 30, | September 30, | December 31, |
| | (dollars in thousands, except share and per share amounts) | | | |
| **2016** | | | | |
| Revenue and other property revenues | $ 28,903 | $ 30,521 | $ 29,776 | $ 29,271 |
| Total operating expenses | 24,823 | 24,751 | 25,429 | 25,821 |
| Operating income | 4,080 | 5,770 | 4,347 | 3,450 |
| Other expenses | (9,054) | (7,901) | (9,309) | (10,364) |
| Loss before gain on land sales, non-controlling interest, and taxes | (4,974) | (2,131) | (4,962) | (6,914) |
| Gain (loss) on sale of income-producing properties | (244) | 5,168 | — | 11,283 |
| Gain (loss) on land sales | 1,652 | 1,719 | 555 | (805) |
| Income tax benefit (expense) | 1 | — | (25) | — |
| Net income (loss) from continuing operations | (3,565) | 4,756 | (4,432) | 3,564 |
| Net income (loss) from discontinued operations | 2 | — | — | (3) |
| Net income (loss) | (3,563) | 4,756 | (4,432) | 3,561 |
| Net income (loss) attributable to non-controlling interest | 23 | (97) | (114) | (97) |
| Preferred dividend requirement | (222) | (224) | (227) | (227) |
| Net income (loss) applicable to common shares | $ (3,762) | $ 4,435 | $ (4,773) | $ 3,237 |
| | | | | |
| **PER SHARE DATA** | | | | |
| **Earnings per share - basic** | | | | |
| Net income (loss) applicable to common shares | $ (0.43) | $ 0.51 | $ (0.55) | $ 0.37 |
| Weighted average common shares used in computing earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 |
| | | | | |
| **Earnings per share - diluted** | | | | |
| Net income (loss) applicable to common shares | $ (0.43) | $ 0.51 | $ (0.55) | $ 0.37 |
| Weighted average common shares used in computing diluted earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 |

| | For the Three Months Ended 2015 | | | |
|---|---|---|---|---|
| | March 31, | June 30, | September 30, | December 31, |
| | (dollars in thousands, except share and per share amounts) | | | |
| **2015** | | | | |
| Revenue and other property revenues | $ 22,304 | $ 23,756 | $ 27,539 | $ 28,621 |
| Total operating expenses | 19,264 | 19,310 | 24,613 | 29,732 |
| Operating income (loss) | 3,040 | 4,446 | 2,926 | (1,111) |
| Other expenses | (6,398) | (5,243) | (11,211) | (13,243) |
| Loss before gain on land sales, non-controlling interest, and taxes | (3,358) | (797) | (8,285) | (14,354) |
| Gain on land sales | 2,876 | 1,250 | 997 | 13,788 |
| Income tax benefit (expense) | 102 | (12) | 274 | (881) |
| Net income (loss) from continuing operations | (380) | 441 | (7,014) | (1,447) |
| Net income (loss) from discontinuing operations | 190 | (22) | 508 | 220 |
| Net income (loss) | (190) | 419 | (6,506) | (1,227) |
| Net (loss) attributable to non-controlling interest | 295 | (281) | (95) | (51) |
| Preferred dividend requirement | (222) | (224) | (227) | (227) |
| Net income (loss) applicable to common shares | $ (117) | $ (86) | $ (6,828) | $ (1,505) |
| | | | | |
| **PER SHARE DATA** | | | | |
| **Earnings per share - basic** | | | | |
| Loss from continuing operations | $ (0.04) | $ (0.01) | $ (0.84) | $ (0.19) |
| Income from discontinued operations | 0.02 | — | 0.06 | 0.02 |
| Net loss applicable to common shares | $ (0.02) | $ (0.01) | $ (0.78) | $ (0.17) |
| Weighted average common shares used in computing earnings per share | 8,717,767 | 8,717,767 | 8,717,767 | 8,717,767 |
| | | | | |
| **Earnings per share - diluted** | | | | |
| Loss from continuing operations | $ (0.04) | $ (0.01) | $ (0.84) | $ (0.19) |

App.912

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Income from discontinued operations | | | 0.02 | | | | | 0.02 |
| Net loss applicable to common shares | $ | (0.02) | $ | (0.01) | $ | (0.78) | $ | (0.17) |
| Weighted average common shares used in computing diluted earnings per share | | 8,717,767 | | 8,717,767 | | 8,717,767 | | 8,717,767 |

## NOTE 14.  *COMMITMENTS AND CONTINGENCIES AND LIQUIDITY*

*Liquidity.*  Management believes that TCI will generate excess cash from property operations in 2018; such excess, however, will not be sufficient to discharge all of TCI's obligations as they become due. Management intends to sell income-producing assets, refinance real estate and obtain additional borrowings primarily secured by real estate to meet its liquidity requirements.

*Partnership Buyouts.*  TCI is the limited partner in various partnerships related the construction of residential properties. As permitted in the respective partnership agreements, TCI intends to purchase the interests of the general and any other limited partners in these partnerships subsequent to the completion of these projects. The amounts paid to buy out the nonaffiliated partners are limited to development fees earned by the non-affiliated partners, and are set forth in the respective partnership agreements.

**Dynex Capital, Inc.**

On July 20, 2015, the 68th Judicial District Court in Dallas County, Texas issued its Final Judgment in Cause No. DC-03-00675, styled Basic Capital Management, Inc., American Realty Trust, Inc., Transcontinental Realty Investors, Inc., Continental Poydras Corp., Continental Common, Inc. and Continental Baronne, Inc. v. Dynex Commercial, Inc. The case, which was litigated for more than a decade, had its origin with Dynex Commercial making loans to Continental Poydras Corp., Continental Common, Inc. and Continental Baronne, Inc. (subsidiaries of Continental Mortgage & Equity Trust ("CMET"), an entity which merged into TCI in 1999 after the original suit was filed). Under the original loan commitment, $160 million in loans were to be made to the entities. The loans were conditioned on the execution of a commitment between Dynex Commercial and Basic Capital Management, Inc. ("Basic").

An original trial in 2004, which also included Dynex Capital, Inc. as a defendant, resulted in a jury awarding damages in favor of Basic for "lost opportunity," as well as damages in favor of ART and in favor of TCI and its subsidiaries for "increased costs" and "lost opportunity." The original Trial Court judge ignored the jury's findings, however, and entered a "Judgment Notwithstanding the Verdict" ("JNOV") in favor of the Dynex entities (the judge held the Plaintiffs were not entitled to any damages from the Dynex entities). After numerous appeals by all parties, Dynex Capital, Inc. was ultimately dismissed from the case and the remaining claims against Dynex Commercial were remanded to the Trial Court for a new judgment consistent with the jury's findings. The Court entered the new Final Judgment against Dynex Commercial, Inc. on July 20, 2015.

54

The Final Judgment entered against Dynex Commercial, Inc. on July 20, 2015 awarded Basic $0.256 million in damages, plus pre-judgment interest of $0.192 million for a total amount of $0.448 million. The Judgment awarded ART $14.2 million in damages, plus pre-judgment interest of $10.6 million for a total amount of $24.8 million. The Judgment awarded TCI $11.1 million, plus pre-judgment interest of $8.4 million for a total amount of $19.5 million. The Judgment also awarded Basic, ART, and TCI post-judgment interest at the rate of 5% per annum from April 25, 2014 until the date their respective damages are paid. Lastly, the Judgement awarded Basic, ART, and TCI $1.6 million collectively in attorneys' fees from Dynex Commercial, Inc.

The Company is working with counsel to identify assets and collect on the Final Judgment against Dynex Commercial, Inc., as well as explore possible additional claims, if any, against Dynex Capital, Inc.

*Litigation.* The ownership of property and provision of services to the public as tenants entails an inherent risk of liability. Although the Company and its subsidiaries are involved in various items of litigation incidental to and in the ordinary course of its business, in the opinion of management, the outcome of such litigation will not have a material adverse impact upon the Company's financial condition, results of operation or liquidity.

*Guarantees.* The Company is the primary guarantor on a $39.1 million mezzanine loan between UHF and a lender. In addition, ARI and an officer of the Company are limited recourse guarantors of the loan. As of December 31, 2017, UHF was in compliance with the covenants to the loan agreement.

## NOTE 15.  *EARNINGS PER SHARE*

*Earnings per share.*  Earnings per share ("EPS") have been computed pursuant to the provisions of ASC 260 "Earnings per Share." Basic EPS is calculated by dividing income available to common shareholders by the weighted-average number of common shares outstanding during the period. Shares issued during the period shall be weighted for the portion of the period that they were outstanding.

Prior to July 9, 2014, TCI had 30,000 shares of Series C cumulative convertible preferred stock issued and outstanding. These 30,000 shares were owned by RAI, a related party, and had accrued dividends unpaid of $0.9 million. The stock had a liquidation preference of $100.00 per share and could be converted into common stock at 90% of the daily average closing price of the common stock for the prior five trading days. On July 9, 2014, RAI converted all 30,000 shares into the requisite number of shares of common stock. The conversion resulted in the issuance of 304,298 new shares of common stock. The effects of the Series C Cumulative Convertible Preferred Stock are no longer included in the dilutive earnings per share calculation for the current period, but are considered in the calculation for the prior periods if applying the if-converted method is dilutive.

As of December 31, 2017, there are no preferred stock or stock options that are required to be included in the calculation of EPS.

## NOTE 16.  *SUBSEQUENT EVENTS*

The date to which events occurring after December 31, 2017, the date of the most recent balance sheet, have been evaluated for possible adjustments to the financial statements or disclosure is March 30, 2018, which is the date of which the financial statements were available to be issued. There are no subsequent events that would require an adjustment to the financial statements.

On February 15, 2018, Southern issued Series B bonds in the amount of NIS 137.7 million par value (approximately $39.4 million as of February 15, 2018). The Series B bonds are registered on the TASE. The bonds are reported in NIS and bear stated annual interest rate of 6.8%. Interest shall be repaid January 31 and July 31 of each of the years 2019 to 2023 (inclusive), first payment commencing on July 31, 2018. The principal shall be repaid in ten equal installments on January 31 and July 31 of each of the years from 2021 to 2025 (inclusive). The total bond issuance cost incurred is $1.4 million.

In March 2018, the Company and a substantial financial institution ("Macquarie") entered into an agreement to form a special purpose entity ("Joint Venture") that would principally own and operate the existing TCI Class A multifamily residential portfolio that is currently owned 100% by Company's subsidiaries.  The Joint Venture would also actively participate in the development and/or acquisitions of additional Class A assets. It is anticipated that the Southern and Macquarie would each have a 49% ownership interest and a 50% voting interest in the Joint Venture.  The remaining 2% ownership interest would be allotted to Daniel J. Moos, the current President and Chief Executive Officer of TCI and Abode Properties The completion of agreement is subject to the approval of certain regulators.

55

**Schedule III**

App.913

**UNITED DEVELOPMENT FUNDING IV, INC.**
**REAL ESTATE AND ACCUMULATED DEPRECIATION**
December 31, 2017

| Property/Location | Encumbrances | Initial Cost Land | Initial Cost Buildings | Cost Capitalized Subsequent to Acquisition Improvements | Asset Impairment | Gross Amounts of Which Carried at End of Year Land | Gross Amounts of Which Carried at End of Year Building & Improvements | Total | Accumulated Depreciation | Date of Construction | Date Acquired | Life on Which Depreciation In Latest Statement of Operation is Computed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (dollars in thousands) | | | | | | | |
| **Properties Held for Investment** | | | | | | | | | | | | |
| **Apartments** | | | | | | | | | | | | |
| Anderson Estates, Oxford, MS | 769 | 378 | 2,683 | 313 | — | 378 | 2,996 | 3,374 | 799 | 2003 | 01/06 | 40 years |
| Blue Lake Villas I, Waxahachie, TX | 10,448 | 526 | 11,057 | 19 | — | 526 | 11,076 | 11,602 | 4,088 | 2003 | 01/02 | 40 years |
| Blue Lake Villas II, Waxahachie, TX | 3,769 | 287 | 4,451 | 45 | — | 287 | 4,496 | 4,783 | 1,139 | 2004 | 01/04 | 40 years |
| Breakwater Bay, Beaumont, TX | 9,112 | 740 | 10,435 | 63 | — | 740 | 10,498 | 11,238 | 3,390 | 2004 | 05/03 | 40 years |
| Bridgewood Ranch, Kaufman, TX | 6,233 | 762 | 6,856 | 57 | — | 762 | 6,913 | 7,675 | 1,730 | 2007 | 04/08 | 40 years |
| Capitol Hill, Little Rock, AR | 8,740 | 1,860 | 7,948 | 55 | — | 1,860 | 8,003 | 9,863 | 2,713 | 2003 | 03/03 | 40 years |
| Centennial, Oak Ridge, TN | 20,518 | 2,570 | 22,589 | — | — | 2,570 | 22,589 | 25,159 | 1,365 | 2011 | 07/14 | 40 years |
| Curtis Moore Estates, Greenwood, MS | 14,498 | 847 | 5,733 | 285 | — | 847 | 6,018 | 6,865 | 628 | 2003 | 01/06 | 40 years |
| Crossing at Opelika, Opelika, AL | 1,399 | 1,606 | 14,451 | — | — | 1,606 | 14,451 | 16,057 | 1,939 | 2015 | 12/15 | 40 years |
| Dakota Arms, Lubbock, TX | 12,194 | 921 | 12,644 | 358 | — | 921 | 13,002 | 13,923 | 4,195 | 2004 | 01/04 | 40 years |
| David Jordan Phase II, Greenwood, MS | 551 | 277 | 1,521 | 70 | — | 277 | 1,591 | 1,868 | 506 | 1999 | 01/06 | 40 years |
| David Jordan Phase III, Greenwood, MS | 556 | 439 | 2,115 | 64 | — | 439 | 2,179 | 2,618 | 649 | 2003 | 01/06 | 40 years |
| Desoto Ranch, DeSoto, TX | 14,877 | 1,472 | 17,856 | 65 | — | 1,472 | 17,921 | 19,393 | 6,225 | 2002 | 05/02 | 40 years |
| Falcon Lakes, Arlington, TX | 13,352 | 1,437 | 15,095 | 449 | — | 1,437 | 15,544 | 16,981 | 5,946 | 2001 | 10/01 | 40 years |
| Heather Creek, Mesquite, TX | 10,976 | 1,345 | 12,015 | 141 | — | 1,345 | 12,156 | 13,501 | 3,934 | 2003 | 03/03 | 40 years |
| Holland Lake, Weatherford, TX | 11,510 | 1,450 | 14,612 | 342 | — | 1,450 | 14,954 | 16,404 | 976 | 2004 | 05/14 | 40 years |
| Lake Forest, Houston, TX | 11,808 | 927 | 12,267 | 1,361 | — | 927 | 13,628 | 14,555 | 4,282 | 2004 | 01/04 | 40 years |
| Legacy at Pleasant Grove, Texarkana, TX | 14,495 | 2,005 | 17,892 | 217 | — | 2,005 | 18,109 | 20,114 | 1,384 | 2006 | 12/14 | 40 years |
| Lodge at Pecan Creek, Denton, TX | 15,959 | 1,349 | 16,180 | — | — | 1,349 | 16,180 | 17,529 | 2,494 | 2011 | 10/05 | 40 years |
| Lofts at Reynolds Village, Asheville, NC | 28,230 | 3,704 | 34,000 | — | — | 3,704 | 34,000 | 37,704 | 212 | 2012 | 10/17 | 40 years |
| Mansions of Mansfield, Mansfield, TX | 15,084 | 977 | 17,799 | 75 | — | 977 | 17,874 | 18,851 | 3,916 | 2009 | 09/05 | 40 years |
| Metropolitan Apartments, North Little Rock, AR | 25,233 | 3,323 | 29,857 | — | — | 3,323 | 29,857 | 33,180 | 1,109 | 2010 | 06/16 | 40 years |
| Mission Oaks, San Antonio, TX | 14,433 | 1,266 | 16,627 | 212 | — | 1,266 | 16,839 | 18,105 | 4,495 | 2005 | 05/05 | 40 years |
| Monticello Estate, Monticello, AR | 431 | 285 | 1,493 | 15 | — | 285 | 1,508 | 1,793 | 460 | 2001 | 01/06 | 40 years |
| Northside on Travis, Sherman, TX | 12,873 | 1,300 | 14,560 | 27 | — | 1,300 | 14,587 | 15,887 | 3,038 | 2009 | 10/07 | 40 years |
| Oak Hollow, Sequin, TX | 11,680 | 1,435 | 12,403 | — | — | 1,435 | 12,403 | 13,838 | 775 | 2011 | 07/14 | 40 years |
| Oceanaire Apartments, Biloxi, MS | 10,791 | 1,384 | 12,575 | — | — | 1,384 | 12,575 | 13,959 | 318 | 2009 | 12/16 | 40 years |
| Overlook at Allensville, Sevierville, TN | 12,079 | 1,228 | 12,296 | — | — | 1,228 | 12,296 | 13,524 | 881 | 2012 | 10/15 | 40 years |
| Parc at Clarksville, Clarksville, TN | 12,441 | 587 | 14,300 | 103 | — | 587 | 14,403 | 14,990 | 3,385 | 2007 | 06/02 | 40 years |
| Parc at Denham Springs, Denham Springs, LA | 18,249 | 1,022 | 20,188 | 100 | — | 1,022 | 20,288 | 21,310 | 3,517 | 2011 | 07/07 | 40 years |
| Parc at Maumelle, Little Rock, AR | 15,438 | 1,710 | 17,688 | 218 | — | 1,710 | 17,906 | 19,616 | 5,248 | 2006 | 12/04 | 40 years |
| Parc at Metro Center, Nashville, TN | 10,148 | 1,044 | 12,226 | 472 | — | 1,044 | 12,698 | 13,742 | 3,672 | 2006 | 05/05 | 40 years |
| Parc at Rogers, Rogers, AR | 20,004 | 1,482 | 22,993 | 450 | (3,180) | 1,482 | 20,263 | 21,745 | 4,836 | 2007 | 04/04 | 40 years |

App.914

| Property/Location | Encumbrances | Land | Buildings | Improvements | Asset Impairment | Land | Building & Improvements | Total | Accumulated Depreciation | Date of Construction | Date Acquired | Life |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Preserve at Pecan Creek, Denton, TX | 14,006 | 902 | 16,626 | 42 | — | 902 | 16,668 | 17,570 | 3,893 | 2008 | 10/05 | 40 years |
| Preserve at Prairie Pointe, Lubbock, TX | 9,928 | 1,074 | 10,604 | 178 | — | 1,074 | 10,782 | 11,856 | 748 | 2005 | 04/15 | 40 years |
| Riverwalk Phase I, Greenville, MS | 272 | 199 | 1,537 | 5 | — | 199 | 1,542 | 1,741 | 503 | 2003 | 01/06 | 40 years |
| Riverwalk Phase II, Greenville, MS | 1,053 | 297 | 4,007 | 163 | — | 297 | 4,170 | 4,467 | 1,572 | 2003 | 01/06 | 40 years |
| Sawgrass Creek, New Port Richey, FL | — | 784 | 7,056 | — | — | 784 | 7,056 | 7,840 | 249 | 2008 | 08/16 | 40 years |
| Sonoma Court, Rockwall, TX | 10,456 | 941 | 11,074 | 62 | — | 941 | 11,136 | 12,077 | 1,779 | 2011 | 07/10 | 40 years |
| Sugar Mill, Baton Rouge, LA | 11,031 | 1,437 | 13,367 | 205 | — | 1,437 | 13,572 | 15,009 | 2,838 | 2009 | 08/08 | 40 years |
| Tattersall Village, Hinesville, GA | 20,025 | 2,670 | 23,766 | — | — | 2,670 | 23,766 | 26,436 | 594 | 2010 | 12/16 | 40 years |
| Toulon, Gautier, MS | 20,104 | 1,993 | 20,107 | — | — | 1,993 | 20,107 | 22,100 | 3,267 | 2011 | 09/09 | 40 years |
| Tradewinds, Midland, TX | 13,882 | 3,313 | 20,073 | — | — | 3,313 | 20,073 | 23,386 | 1,250 | 2015 | 06/15 | 40 years |
| Villager, Ft. Walton, FL | 713 | 141 | 1,267 | — | — | 141 | 1,267 | 1,408 | 85 | 1972 | 06/15 | 40 years |
| Villas at Park West I, Pueblo, CO | 10,250 | 1,171 | 10,453 | — | — | 1,171 | 10,453 | 11,624 | 806 | 2005 | 12/14 | 40 years |
| Villas at Park West II, Pueblo, CO | 9,278 | 1,463 | 13,060 | — | — | 1,463 | 13,060 | 14,523 | 1,007 | 2010 | 12/14 | 40 years |
| Vista Ridge, Tupelo, MS | 10,530 | 1,339 | 13,398 | — | — | 1,339 | 13,398 | 14,737 | 1,197 | 2009 | 10/15 | 40 years |
| Vistas of Vance Jackson, San Antonio, TX | 14,834 | 1,327 | 16,540 | 279 | — | 1,327 | 16,819 | 18,146 | 5,159 | 2004 | 01/04 | 40 years |
| Waterford, Roseberg, TX | 16,940 | 2,341 | 20,880 | 47 | — | 2,341 | 20,927 | 23,268 | 1,305 | 2013 | 06/14 | 40 years |
| Westwood, Mary Ester, FL | 3,938 | 693 | 6,650 | 0 | — | 693 | 6,650 | 7,343 | 429 | 1972 | 06/15 | 40 years |
| Windsong, Fort Worth, TX | 10,459 | 790 | 11,526 | 69 | — | 790 | 11,595 | 12,385 | 4,019 | 2002 | 07/03 | 40 years |
| **Total Apartments Held for Investment** | **$ 566,577** | **$ 64,820** | **$ 669,395** | **$ 6,626** | **$ (3,180)** | **$ 64,820** | **$ 672,841** | **$ 737,661** | **$ 114,944** | | | |

56

Schedule III
(Continued)

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**REAL ESTATE AND ACCUMULATED DEPRECIATION**
**December 31, 2017**

| Property/Location | Encumbrances | Initial Cost Land | Initial Cost Buildings | Cost Capitalized Subsequent to Acquisition Improvements | Asset Impairment | Gross Amounts of Which Carried at End of Year Land | Building & Improvements | Total | Accumulated Depreciation | Date of Construction | Date Acquired | Life on Which Depreciation In Latest Statement of Operation is Computed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Apartments Under Construction** | | | | | | | | | | | | |
| Abode Red Rock | 22,945 | 6,039 | — | 28,095 | — | 6,039 | 28,095 | 34,134 | — | — | 01/17 | — |
| Apalache Point | — | — | — | 150 | — | — | 150 | 150 | — | — | | — |
| Eagle Crossing | — | — | — | 81 | — | — | 81 | 81 | — | — | | — |
| Forest Pines | — | 5,040 | — | 269 | — | 5,040 | 269 | 5,309 | — | — | 06/17 | — |
| Lakeside Lofts, Farmers Branch, TX | 1 | — | — | 5,079 | — | — | 5,079 | 5,079 | — | — | 08/17 | — |
| McKinney Point | — | — | — | 138 | — | — | 138 | 138 | — | — | 10/17 | — |
| Parc at Bentonville | — | — | — | 86 | — | — | 86 | 86 | — | — | 08/17 | — |
| Parc at Garland | — | — | — | 81 | — | — | 81 | 81 | — | — | 08/17 | — |
| Parc at Wylie | — | — | — | 195 | — | — | 195 | 195 | — | — | 08/17 | — |
| Oak Hollow II | 5,475 | 1,046 | — | 4,622 | — | 1,046 | 4,622 | 5,668 | — | — | 04/17 | — |
| Overlook at Allensville Square II, Sevierville, TN | — | 1,843 | — | 530 | — | 1,843 | 530 | 2,373 | — | — | 11/15 | — |
| Sawgrass II | 1,007 | — | — | 3,772 | — | — | 3,772 | 3,772 | — | — | 06/17 | — |
| Terra Lago, Rowlett, TX | 39,042 | 5,588 | — | 42,137 | — | 5,588 | 42,137 | 47,725 | — | — | 11/15 | — |
| **Total Apartments Under Construction** | **$ 68,470** | **$ 19,556** | **$ —** | **$ 85,235** | **$ —** | **$ 19,556** | **$ 85,235** | **$ 104,791** | **$ —** | | | |
| **Commercial** | | | | | | | | | | | | |
| 600 Las Colinas, Las Colinas, TX | 38,600 | 5,751 | 51,759 | 18,573 | — | 5,751 | 70,332 | 76,083 | 26,899 | 1984 | 08/05 | 40 years |
| 770 South Post Oak, | | | | | | | | | | | | |

App.915

| Property | Encumbrances | Land | Buildings | Subsequent | Adj. | Land | Buildings | Total | Accum. Depr. | Year | Date | Life |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Houston, TX | 1,600 | 1,134 | 15,834 | 1,703 | — | 1,134 | 15,834 | 16,968 | 104 | 1979 | 07/55 | 40 years |
| Bridgeview Plaza, LaCrosse, WI | 4,906 | — | — | 1,134 | — | — | 1,134 | 1,134 | 616 | 1979 | 03/03 | 40 years |
| Browning Place (Park West I), Farmers Branch, TX | 42,473 | 5,096 | 45,868 | 15,571 | — | 5,096 | 61,439 | 66,535 | 23,746 | 1984 | 04/05 | 40 years |
| Mahogany Run Golf Course, US Virgin Islands | — | 418 | 6,037 | 148 | (5,300) | 418 | 885 | 1,303 | 502 | 1981 | 11/14 | 40 years |
| Fruitland Plaza, Fruitland Park, FL | — | 23 | — | 83 | — | 23 | 83 | 106 | 54 | — | 05/92 | 40 years |
| Senlac VHP, Farmers Branch, TX | — | 622 | — | 142 | — | 622 | 142 | 764 | 140 | — | 08/05 | 40 years |
| Stanford Center, Dallas, TX | 28,000 | 3,878 | 34,862 | 7,871 | (9,600) | 3,878 | 33,133 | 37,011 | 10,567 | — | 06/08 | 40 years |
| **Total Commercial Held for Investment** | $ 126,579 | $ 17,551 | $ 154,360 | $ 43,792 | $ (14,900) | $ 17,551 | $ 183,252 | $ 200,803 | $ 63,646 | | | |
| | | | | | | | | | | | | |
| **Land** | | | | | | | | | | | | |
| Dominion Mercer, Farmers Branch, TX | 11,125 | 4,040 | | 3,609 | — | 4,040 | 3,609 | 7,649 | — | — | 10/16 | — |
| 2427 Valley View Ln, Farmers Branch, TX | — | 76 | — | — | — | 76 | — | 76 | — | — | 07/12 | — |
| Audubon, Adams County, MS | — | 519 | — | 296 | — | 519 | 296 | 815 | — | — | 03/07 | — |
| Bonneau Land, Farmers Branch, TX | — | 1,309 | — | — | — | 1,309 | — | 1,309 | — | — | 12/14 | — |
| Cooks Lane, Fort Worth, TX | 157 | 1,094 | — | — | — | 1,094 | — | 1,094 | — | — | 06/04 | — |
| Dedeaux, Gulfport, MS | — | 1,612 | — | 46 | (38) | 1,612 | 8 | 1,620 | — | — | 10/06 | — |
| Denham Springs, Denham Springs, LA | 61 | 714 | — | — | — | 714 | — | 714 | — | — | 08/08 | — |
| Gautier Land, Gautier, MS | — | 202 | — | — | — | 202 | — | 202 | — | — | 07/98 | — |
| Hollywood Casino Land Tract II, Farmers Branch, TX | — | 6,940 | — | 1,346 | (3,747) | 6,940 | (2,401) | 4,539 | — | — | 03/08 | — |
| Lacy Longhorn Land, Farmers Branch, TX | — | 1,169 | — | — | (760) | 1,169 | (760) | 409 | — | — | 06/04 | — |
| Lake Shore Villas, Humble, TX | — | 81 | — | 3 | — | 81 | 3 | 84 | — | — | 03/02 | — |
| Lubbock Land, Lubbock, TX | — | 234 | — | — | — | 234 | — | 234 | — | — | 01/04 | — |
| Mandahl Bay Land | — | 667 | — | — | — | 667 | — | 667 | — | — | 01/05 | — |
| McKinney 36, Collin County, TX | 1,211 | 635 | — | 161 | (19) | 635 | 142 | 777 | — | — | 01/98 | — |
| Minivest Land, Dallas, TX | — | 7 | — | — | — | 7 | — | 7 | — | — | 04/13 | — |
| Mira Lago, Farmers Branch, TX | — | 59 | — | 15 | — | 59 | 15 | 74 | — | — | 05/01 | — |
| Nakash, Malden, MO | — | 113 | — | — | — | 113 | — | 113 | — | — | 01/93 | — |
| Nashville, Nashville, TN | — | 662 | — | 59 | — | 662 | 59 | 721 | — | — | 06/02 | — |
| Nicholson Croslin, Dallas, TX | — | 184 | — | — | (118) | 184 | (118) | 66 | — | — | 10/98 | — |
| Nicholson Mendoza, Dallas, TX | — | 80 | — | — | (51) | 80 | (51) | 29 | — | — | 10/98 | — |
| Ocean Estates, Gulfport, MS | — | 1,418 | — | 390 | — | 1,418 | 390 | 1,808 | — | — | 10/07 | — |
| Senlac Land Tract II, Farmers Branch, TX | — | 656 | — | — | — | 656 | — | 656 | — | — | 08/05 | — |
| Texas Plaza Land, Irving, TX | — | 1,738 | — | — | (238) | 1,738 | (238) | 1,500 | — | — | 12/06 | — |
| Travis Ranch Land, Kaufman County, TX | 307 | 80 | — | — | — | 80 | — | 80 | — | — | 08/08 | — |
| Travis Ranch Retail, Kaufman City, TX | — | 1,517 | — | — | — | 1,517 | — | 1,517 | — | — | 08/08 | — |
| Union Pacific Railroad Land, Dallas, TX | — | 130 | — | — | — | 130 | — | 130 | — | — | 03/04 | — |
| Valley View 34 (Mercer Crossing), Farmers Branch, TX | — | 1,173 | — | — | (945) | 1,173 | (945) | 228 | — | — | 08/08 | — |
| Willowick Land, Pensacola, FL | — | 137 | — | — | — | 137 | — | 137 | — | — | 01/95 | — |
| Windmill Farms Land, Kaufman County, TX | 14,922 | 48,378 | — | 14,209 | (20,376) | 48,378 | (6,167) | 42,211 | — | — | 11/11 | — |
| **Total Land Held for Investment** | $ 27,783 | $ 75,624 | $ — | $ 20,134 | $ (26,292) | $ 75,624 | $ (6,158) | $ 69,466 | $ — | | | |

57

App.916

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**REAL ESTATE AND ACCUMULATED DEPRECIATION**
**December 31, 2017**

| Property/Location | Encumbrances | Initial Cost Land | Initial Cost Buildings | Cost Capitalized Subsequent to Acquisition Improvements | Asset Impairment | Gross Amounts of Which Carried at End of Year Land | Building & Improvements | Total | Accumulated Depreciation | Date of Construction | Date Acquired | Life on Which Depreciation In Latest Statement of Operation is Computed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Corporate Departments/Investments/Misc.** | | | | | | | | | | | | |
| TCI - Corporate | 119,786 | — | — | — | — | — | — | — | — | — | — | — |
| **Total Corporate Departments/Investments/Misc.** | $ 119,786 | $ — | $ — | $ — | $ — | $ — | $ — | $ — | — | | | |
| | | | | | | | | | | | | |
| **Total Properties Held for Investment** | $ 909,195 | $177,551 | $ 823,755 | $ 155,787 | $ (44,372) | $177,551 | $ 935,170 | $1,112,721 | $ 178,590 | | | |
| | | | | | | | | | | | | |
| **Properties Held for Sale** | | | | | | | | | | | | |
| **Commercial** | | | | | | | | | | | | |
| Dunes Plaza, Michigan City, IN | 376 | — | — | — | — | — | — | — | — | 1978 | 03/92 | 40 years |
| **Total Commercial Held for Sale** | $ 376 | $ — | $ — | $ — | $ — | $ — | $ — | $ — | — | | | |
| | | | | | | | | | | | | |
| **Total Properties Held for Sale** | $ 376 | $ — | $ — | $ — | $ — | $ — | $ — | $ — | — | | | |
| | | | | | | | | | | | | |
| **Properties Subject to Sales Contract** | | | | | | | | | | | | |
| **Apartments** | | | | | | | | | | | | |
| | | | | | | — | — | — | | | | |
| **Total Aparments Subject to Sales Contract** | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | — | | | |
| | | | | | | | | | | | | |
| **Commercial** | | | | | | | | | | | | |
| | | | | | — | | | | | | — | |
| **Total Commercial Subject to Sales Contract** | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | — | | | |
| | | | | | | | | | | | | |
| **Land** | | | | | | | | | | | | |
| Dominion Tract, Dallas, TX | $ 1,079 | $ 3,931 | $ — | 53 | (1,624) | 2,360 | $ — | 2,360 | $ — | — | 03/99 | — |
| Hollywood Casino Tract I, Farmers Branch, TX | 420 | 5,281 | — | 124 | (3,302) | 2,103 | $ — | 2,103 | — | — | 06/02 | — |
| LaDue Land, Farmers Branch, TX | — | 1,900 | — | — | (55) | 1,845 | $ — | 1,845 | — | — | 07/98 | — |
| Three Hickory Land, Farmers Branch, TX | — | 1,202 | — | — | — | 1,202 | $ — | 1,202 | — | — | 03/14 | — |
| Travelers Land, Farmers Branch, TX | — | 21,511 | — | 4 | — | 21,515 | $ — | 21,515 | — | — | 11/06 | — |
| Travelers Land, Farmers Branch, TX | — | 6,891 | — | — | (4,978) | 1,913 | $ — | 1,913 | — | — | 11/06 | — |
| Walker Land, Dallas County, TX | — | 19,728 | — | 71 | (6,624) | 13,175 | $ — | 13,175 | — | — | 09/06 | — |
| Whorton Land, Bentonville, AR | — | 3,510 | — | 567 | (2,451) | 1,626 | $ — | 1,626 | — | — | 06/05 | — |
| **Total Land Subject to Sales Contract** | $ 1,499 | $ 63,954 | $ — | $ 819 | $ (19,034) | $ 45,739 | $ — | $ 45,739 | — | | | |
| | | | | | | | | | | | | |
| **Total Properties Subject to Sales Contract** | $ 1,499 | $ 63,954 | $ — | $ 819 | $ (19,034) | $ 45,739 | $ — | $ 45,739 | — | | | |
| | | | | | | | | | | | | |
| **Land Sold** | | | | | | | | | | | | |
| | $ — | $ — | $ — | — | — | $ — | $ — | $ — | — | — | — | — |
| **Total Land Sold** | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | — |
| | | | | | | | | | | | | |
| **TOTAL: Real Estate** | $ 911,070 | $241,505 | $ 823,755 | $ 156,606 | $ (63,406) | $223,290 | $ 935,170 | $1,158,460 | $ 178,590 | | | |

58

**REAL ESTATE AND ACCUMULATED DEPRECIATION**
**As of December 31, 2017**

| | 2017 | 2016 | 2015 |
|---|---|---|---|
| | | (dollars in thousansds) | |
| Reconciliation of Real Estate | | | |

App.917

| | | 2017 | | 2016 | | 2015 |
|---|---|---|---|---|---|---|
| Balance at January 1, | $ | 1,041,424 | | 982,827 | | 804,489 |
| Additions | | | | | | |
| Acquisitions, improvements and construction | | 119,925 | | 112,763 | | 222,423 |
| Deductions | | | | | | |
| Sale of real estate | | (6,919) | | (50,136) | | (38,785) |
| Asset impairments | | — | | — | | (5,300) |
| Balance at December 31, | $ | 1,158,460 | $ | 1,045,454 | $ | 982,827 |
| | | | | | | |
| Reconciliation of Accumulated Depreciation | | | | | | |
| Balance at January 1, | $ | 154,281 | $ | 138,808 | $ | 115,368 |
| Additions | | | | | | |
| Depreciation | | 24,309 | | 22,180 | | 25,565 |
| Deductions | | | | | | |
| Sale of real estate | | — | | (6,707) | | (2,125) |
| Balance at December 31, | $ | 178,590 | $ | 154,281 | $ | 138,808 |

59

SCHEDULE IV

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**MORTGAGE LOANS**
**December 31, 2017**

| Description | Interest Rate | Final Maturity Date | Periodic Payment Terms | Prior Liens | Face Amount of Mortage | Carrying Amount of Mortgage | Principal Amounts of Loans Subject To Delinquent Principal or Interest |
|---|---|---|---|---|---|---|---|
| | | | | | (dollars in thousands) | | |
| **H198, LLC** | 12.00% | 01/20 | | — | 5,907 | 5,907 | — |
| Las Vegas Land | | | | | | | |
| **H198, LLC** | 12.00% | 01/20 | | | | 4,290 | — |
| McKinney Ranch Land | | | | | | | |
| **Spyglass Apartments of Ennis** | 5.00% | 11/19 | | | | 4,522 | — |
| **Bellwether Ridge** | 5.00% | 05/20 | | | | 2,954 | — |
| **Parc at Windmill Farms** | 5.00% | 05/20 | | | | 2,505 | — |
| **Oulan-Chikh Family Trust** | 8.00% | 3/21 | Excess cash flow | — | 174 | 174 | — |
| **Unified Housing Foundation, Inc. (Echo Station)** | 12.00% | 12/32 | Excess cash flow | 9,719 | 1,809 | 1,481 | — |
| 100% Interest in UH of Temple, LLC | | | | | | | |
| **Unified Housing Foundation, Inc. (Lakeshore Villas/HFS of Humble, LLC) (31.5% of cash flow)** | 12.00% | 12/32 | Excess cash flow | 15,756 | 8,836 | 6,368 | — |
| Interest in Unified Housing Foundation Inc. | | | | | | | |
| **Unified Housing Foundation, Inc. (Limestone Ranch)** | 12.00% | 12/32 | Excess cash flow | 18,641 | 12,335 | 7,953 | — |
| 100% Interest in UH of Vista Ridge, LLC | | | | | | | |
| **Unified Housing Foundation, Inc. (Timbers of Terrell)** | 12.00% | 12/32 | Excess cash flow | 7,294 | 1,702 | 1,323 | — |
| 100% Interest in UH of Terrell, LLC | | | | | | | |
| **Unified Housing Foundation, Inc. (Tivoli)** | 12.00% | 12/32 | Excess cash flow | 10,398 | 12,761 | 6,139 | — |
| 100% Interest in UH of Tivoli, LLC | | | | | | | |
| **Unified Housing Foundation, Inc. (Lakeshore Villas/HFS of Humble, LLC) (68.5% of cash flow)** | 12.00% | 12/32 | Excess cash flow | 15,756 | 2,189 | 2,000 | — |
| **Unified Housing Foundation, Inc (2017 Advisory Fee)** | 12.00% | 06/20 | Excess cash flow | — | 1,261 | 5,760 | — |
| **Unified Housing Foundation, Inc.** | 12.00% | 12/18 | Excess cash flow | — | 3,994 | 3,994 | — |
| **Unified Housing Foundation, Inc.** | 12.00% | 12/18 | Excess cash flow | — | 6,407 | 6,407 | — |
| **Various related party notes** | various | various | Excess cash flow | — | 1,420 | 465 | — |
| **Various non-related party notes** | various | various | | — | 496 | 796 | — |
| **Various non-related party notes** | various | various | | — | 4,742 | 981 | — |
| | | | | | | $  64,019 | |
| | | | | | Accrued interest | 6,147 | |
| | | | | | | $  70,166 | |

60

SCHEDULE IV
(Continued)

**TRANSCONTINENTAL REALTY INVESTORS, INC.**
**MORTGAGE LOANS**
**As of December 31,**

| | | 2017 | | 2016 | | 2015 |
|---|---|---|---|---|---|---|
| | | (dollars in thousands) | | | | |
| Balance at January 1, | $ | 79,308 | $ | 71,376 | $ | 85,447 |

| Additions | | | |
|---|---|---|---|
| New mortgage loans | 16,422 | 11,703 | 18,055 |
| Funding of existing loans | — | — | — |
| Increase (decrease) of interest receivable on mortgage loans | 668 | 9,878 | 6,994 |
| Deductions | | | |
| Amounts received | (26,230) | (11,824) | (12,475) |
| Non-cash reduction(*) | (2) | (1,825) | (26,645) |
| Cost of mortgages sold | — | — | — |
| Balance at December 31, | $ 70,166 | $ 79,308 | $ 71,376 |

61

## ITEM 9.  *CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE*

None.

## ITEM 9A.  *CONTROLS AND PROCEDURES*

### Evaluation of Disclosure Controls and Procedures

Under the supervision and with the participation of our management, including our Principal Executive Officer and Chief Financial Officer, we conducted an evaluation of the effectiveness of our disclosure controls and procedures (as defined in Rule 13a-15(e)) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), which are designed to ensure that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified by the SEC's rules and forms. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is accumulated and communicated to our management, including our Principal Executive Officer and Chief Financial Officer, as appropriate to allow timely decisions regarding required disclosure. Based on this evaluation, our Principal Executive Officer and Chief Financial Officer concluded that our disclosure controls and procedures were effective as of the end of the period covered by this report.

### Management's Report on Internal Control over Financial Reporting

Our management is responsible for establishing and maintaining adequate internal control over financial reporting for the Company. Our internal control over financial reporting is designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements in accordance with generally accepted accounting principles. There are inherent limitations to the effectiveness of any system of internal control over financial reporting. These limitations include the possibility of human error, the circumvention of overriding of the system and reasonable resource constraints. Because of its inherent limitations, our internal control over financial reporting may not prevent or detect misstatements. Projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions or that the degree of compliance with policies or procedures may deteriorate.

Management assessed the effectiveness of the Company's internal control over financial reporting as of December 31, 2017. In making this assessment, management used the criteria set forth in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). Based on management's assessments and those criteria, management has concluded that Company's internal control over financial reporting was effective as of December 31, 2017.

This annual report does not include an attestation report of the Company's registered public accounting firm regarding internal control over financial report. Management's report was not subject to attestation by the Company's registered public accounting firm pursuant to temporary rules of the Securities and Exchange Commission that permit the Company to provide only management's report in this annual report.

### Changes in Internal Control over Financial Reporting

In preparation for management's report on internal control over financial reporting, we documented and tested the design and operating effectiveness of our internal control over financial reporting. There were no changes in our internal controls over financial reporting (as such term is defined in Exchange Act Rule 13a-15(f)) that occurred during the quarter ended December 31, 2017 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

## Item 9B.  *OTHER INFORMATION*

Not applicable.

62

## PART III

## ITEM 10.  *DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE*

### Directors

The affairs of TCI are managed by a Board of Directors. The Directors are elected at the annual meeting of stockholders or appointed by the incumbent Board and serve until the next annual meeting of stockholders or until a successor has been elected or approved.

It is the Board's objective that a majority of the Board consists of independent directors. For a director to be considered independent, the Board must determine that the director does not have any direct or indirect material relationship with TCI. The Board has established guidelines to assist it in determining director independence which conform to, or are more exacting than, the independence requirements in the New York Stock Exchange listing rules. The independence guidelines are set forth in TCI's "Corporate Governance Guidelines". The text of this document has been posted on TCI's internet website at (*http://www.transconrealty-invest.com*) and is available in print to any shareholder who requests it. In addition to applying these guidelines, the Board will consider all relevant facts and circumstances in making an independence determination.

TCI has adopted a code of conduct that applies to all Directors, officers and employees, including our principal executive officer, principal financial officer and principal accounting officer. Stockholders may find our code of conduct on our website by going to our website address at (*http://www.transconrealty-invest.com*). We will post any amendments to the code of conduct, as well as any waivers that are required to be disclosed by the rules of the SEC or the New York Stock Exchange on our website.

Our Board of Directors has adopted charters for our Audit, Compensation and Governance and Nominating Committees of the Board of Directors. Stockholders may find these documents on our website by going to the website address at (*http://www.transconrealty-invest.com*). You may also obtain a printed copy of the materials referred to by contacting us at the following address:
Transcontinental Realty Investors, Inc.

App.919

Attn: Investor Relations
1603 LBJ Freeway, Suite 800
Dallas, Texas 75234
Telephone: 469-522-4200

All members of the Audit Committee and Nominating and Corporate Governance Committees must be independent directors. Members of the Audit Committee must also satisfy additional independence requirements, which provide (i) that they may not accept, directly or indirectly, any consulting, advisory, or compensatory fee from TCI or any of its subsidiaries other than their director's compensation (other than in their capacity as a member of the Audit Committee, the Board of Directors, or any other committee of the Board), and (ii) no member of the Audit Committee may be an "affiliated person" of TCI or any of its subsidiaries, as defined by the Securities and Exchange Commission.

The current directors of TCI are listed below, together with their ages, terms of service, all positions and offices with TCI and its current advisor, Pillar, their principal occupations, business experience and directorships with other companies during the last five years or more. The designation "affiliated", when used below with respect to a director, means that the director is an officer, director or employee of Pillar, an officer of the Company, or an officer or director of a related party of the Company. The designation "independent", when used below with respect to a Director, means that the Director is neither an officer of the Company nor a director, officer or employee of Pillar (but may be a director of the Company, although the Company may have certain business or professional relationships with such Director as discussed in Item 13. Certain Relationships and Related Transactions, and Director Independence.

**HENRY A. BUTLER,** age 67, Director, Affiliated, since February 2011 and Chairman of the Board since May 2011

Mr. Butler has served as Vice President Land Sales for Pillar Income Asset Management, LLC since April 2011, and its predecessor, Prime Income Asset Management, LLC from July 2003 to April 2011. Mr. Butler has been a Director of the Company since February 2011 and Chairman of the Board since May 2011. He has also served as Chairman of the Board since May 2009 and as a Director since July 2003 of ARL and Chairman of the Board since May 2009 and a Director since December 2001 of TCI.

**ROBERT A. JAKUSZEWSKI,** age 55, Director, Independent, since March 2004.

Mr. Jakuszewski is currently has served as a Territory Manager for Artesa Labs since April 2015. He was a Medical Specialist from January 2014 to April 2015 for VAYA Pharma, Inc., Senior Medical Liaison from January 2013 to July 2013 for Vein Clinics of America, and the Vice President of Sales and Marketing from September 1998 to December 2012 for New Horizons Communications, Inc. Mr. Jakuszewski has been a Director of the Company since March 2004. He has also been a Director of ARL since November 2005 and a Director of TCI since November 2005.

<div align="center">63</div>

**TED R. MUNSELLE,** age 62, Director, Independent, since May 2009

Mr. Munselle has been Vice President and Chief Financial Officer of Landmark Nurseries, Inc. since October 1998. On February 17, 2012, he was appointed as a member of the Board of Directors for Spindletop Oil & Gas Company and as Chairman of their Audit Committee. Spindletop's stock is traded on the Over-the-Counter (OTC) market. Mr. Munselle has been a Director of the Company since May 2009. He has also served as Director of ARL since February 2004 and Director of TCI since February 2004. Mr. Munselle is qualified as an Audit Committee financial expert within the meaning of SEC regulations and the Board of Directors of IOR has determined that he has accounting and related financial management expertise within the meaning of the listing standards of the NYSE American. Mr. Munselle is a Certified Public Accountant.

**RAYMOND D. ROBERTS, SR.,** age 86, Director, Independent, since June 2016

Mr. Roberts is currently retired. Mr. Roberts has served as Director of the Company since June 2, 2016. He has also served as Director of ARL and TCI since June 2, 2016. For more than five years prior to December 31, 2014, he was Director of Aviation of Steller Aviation, Inc., a privately held corporation engaged in the business of aircraft (Boeing 737) and logistical management.

**Board Meetings and Committees**

The Board of Directors held eight meetings during 2017. For such year, no incumbent director attended fewer than 75% of the aggregate of (1) the total number of meetings held by the Board during the period for which he or she had been a director and (2) the total number of meetings held by all committees of the Board on which he or she served during the period that he served. Under TCI's Corporate Governance Guidelines, each Director is expected to dedicate sufficient time, energy and attention to ensure the diligent performance of his or her duties, including by attending meetings of the stockholders of the Company, the Board and Committees of which he is a member. The Board of Directors has standing Audit, Compensation and Governance and Nominating Committees.

*Audit Committee.* The current Audit Committee was formed on February 19, 2004, and its function is to review TCI's operating and accounting procedures. A charter of the Audit Committee has also been adopted by the Board. The charter of the Audit Committee was adopted on February 19, 2004, and is available on the Company's Investor Relations website *(www.transconrealty-invest.com)*. The Audit Committee is an "audit committee" for purposes of Section 3(a)(58) of the Securities Exchange Act of 1934. The current members of the Audit Committee, all of whom are independent within the meaning of the SEC Regulations, the listing standards of the New York Stock Exchange, Inc. and TCI's Corporate Governance Guidelines, are Messrs. Jakuszewski, Munselle (Chairman) and Roberts. Mr. Ted R. Munselle, a member of the Committee, is qualified as an Audit Committee financial expert within the meaning of SEC Regulations, and the Board has determined that he has accounting and related financial management expertise within the meaning of the listing standards of the New York Stock Exchange, Inc. All of the members of the Audit Committee meet the experience requirements of the listing standards of the New York Stock Exchange. The Audit Committee met five times during 2017.

*Governance and Nominating Committee.* The Governance and Nominating Committee is responsible for developing and implementing policies and practices relating to corporate governance, including reviewing and monitoring implementation of TCI's Corporate Governance Guidelines. In addition, the Committee develops and reviews background information on candidates for the Board and makes recommendations to the Board regarding such candidates. The Committee also prepares and supervises the Board's annual review of director independence and the Board's performance self-evaluation. The Charter of the Governance and Nominating Committee was adopted on March 22, 2004 and is available on the Company's Investor Relations website (*www.transconrealty-invest.com*). The current members of the Committee are Messrs. Munselle and Jakuszewski (Chairman) and Roberts. The Governance and Nominating Committee met twice during 2017.

*Compensation Committee.* The Compensation Committee is responsible for overseeing the policies of the Company relating to compensation to be paid by the Company to the Company's principal executive officer and any other officers designated by the Board and make recommendations to the Board with respect to such policies, produce necessary reports and executive compensation for inclusion in the Company's Proxy Statement in accordance with applicable rules and regulations and to monitor the development and implementation of succession plans for the principal executive officers and other key executives and make recommendations to the Board with respect to such plans. The charter of the Compensation Committee was adopted on March 22, 2004, and is available on the Company's Investor Relations website (*www.transconrealty-invest.com*). The current members of the Compensation Committee are Messrs. Roberts (Chairman) and Jakuszewski and Munselle. All of the members of the Compensation Committee are independent within the meaning of the listing standards of the NYSE American and the Company's Corporate Governance Guidelines. The Compensation Committee is to be comprised of at least two directors who are independent of Management and the Company. The Compensation Committee met twice during 2017.

<div align="center">64</div>

The members of the Board of Directors on the date of this Report and the Committees of the Board on which they serve are identified below:

| | Audit Committee | Governance and Nominating Committee | Compensation Committee |
|---|---|---|---|
| Robert A. Jakuszewski | X | Chair | X |

App.920

**Presiding Director**

In March 2004, the Board created a new position of presiding director, whose primary responsibility is to preside over periodic executive sessions of the Board in which Management directors and other members of Management do not participate. The presiding director also advises the Chairman of the Board and, as appropriate, Committee Chairs with respect to agendas and information needs relating to Board and Committee meetings, provides advice with respect to the selection of Committee Chairs and performs other duties that the Board may from time to time delegate to assist the Board in fulfillment of its responsibilities.

The day following the annual meeting of stockholders held December 13, 2017 representing all stockholders of record dated November 2, 2017, the full Board met and re-appointed Ted R. Munselle as Presiding Director, to serve in such position until the Company's next annual meeting of stockholders to be held subsequently in 2018.

**Determination of Director's Independence**

In February 2004, the Board adopted its Corporate Governance Guidelines. The Guidelines adopted by the Board meet or exceed the new listing standards adopted during that year by the New York Stock Exchange. The full text of the Guidelines can be found on the Company's Investor Relations website (*www.transcontrealty-invest.com*).

Pursuant to the Guidelines, the Board undertook its annual review of director independence in May, 2017 and during this review, the Board considered transactions and relationships between each director or any member of his or her immediate family and TCI and its subsidiaries and related parties, including those reported under Certain Relationships and Related Transactions below. The Board also examined transactions and relationship between directors or their related parties and members of TCI's senior management or their related parties. As provided in the Guidelines, the purpose of such review was to determine whether such relationships or transactions were inconsistent with the determination that the director is independent.

As a result of this review, the Board affirmatively determined of the then directors, Messrs. Munselle, Jakuszewski and Roberts are each independent of the Company and its Management under the standards set forth in the Corporate Governance Guidelines.

**Executive Officers**

Executive officers of the Company are listed below, all of whom are employed by Pillar. Mr. Bertcher is employed by New Concept Energy, Inc "NCE". None of the executive officers receive any direct remuneration from the Company nor do any hold any options granted by the Company. Their positions with the Company are not subject to a vote of stockholders. In addition to the following executive officers, the Company has several vice presidents and assistant secretaries who are not listed herein. The ages, terms of service and all positions and offices with the Company, Pillar, other related entities, other principal occupations, business experience and directorships with other publicly-held companies during the last five years or more are set forth below. No family relationships exist among any of the executive officers or directors of the Company.

**DANIEL J. MOOS, 67**

Mr. Moos has served as President since April 2007 and Chief Executive Officer since March 2010 of IOR, ARL and TCI. Mr. Moos has also served as Prime's President since April 2007, Secretary since June 2011 and Treasurer since October 2013. He has also served as a Director since December 2016, President since December 2010, Chief Executive Officer since March 2011 and Treasurer since October 2013 of Pillar.

**GENE S. BERTCHER, 69**

Mr. Bertcher has served as Executive Vice President since February 2008, Chief Financial Officer since May 2008 and Treasurer since October 2013 of IOR, ARL and TCI. Mr. Bertcher has also served in the following capacities for New Concept Energy, Inc. "NCE", a Nevada corporation which has its common stock listed on the NYSE American: Director since June 1999, Chairman of the Board since December 2006, Chief Executive Officer since December 2006, President since November 2004, Chief Financial Officer since November 1989, Treasurer since November 1989 and Secretary since October 2012. Mr. Bertcher has been employed by NCE since November 1989. He is a Certified Public Accountant.

<div align="center">65</div>

**LOUIS J. CORNA, 70**

Mr. Corna has served as Executive Vice President, General Counsel/Tax Counsel and Secretary since February 2004 of IOR, ARL and TCI. He has also been Executive Vice President-Tax since April 2011 and Secretary since December 2010 of Pillar. Mr. Corna was also a Director and Vice President from June 2004 to December 2010 and Secretary from January 2005 to December 2010 of First Equity Properties, Inc., a Nevada corporation with securities registered under Section 12(g) of the Exchange Act.

**Code of Ethics**

TCI has adopted a code of ethics entitled "Code of Business Conduct and Ethics" that applies to all directors, officers, and employees (including those of the contractual Advisor to TCI). In addition, TCI has adopted a code of ethics entitled "Code of Ethics for Senior Financial Officers" that applies to the principal executive officer, president, principal financial officer, chief financial officer, principal accounting officer, and controller. The text of these documents has been posted on TCI's internet website at (www.transconrealty-invest.com) and are available in print to any stockholder who requests them.

**Compliance with Section 16(a) of the Securities Exchange Act of 1934**

Under the securities laws of the United States, the directors, executive officers, and any persons holding more than 10% of TCI's shares of Common stock are required to report their share ownership and any changes in that ownership to the Securities and Exchange Commission (the "Commission"). Specific due dates for these reports have been established and TCI is required to report any failure to file by these dates. All of these filing requirements were satisfied by TCI's directors, executive officers, and 10% holders during the fiscal year ending December 31, 2017. In making these statements, TCI has relied on the written representations of its incumbent directors and executive officers and its 10% holders and copies of the reports they have filed with the Commission.

**The Advisor**

Pillar has been TCI's Advisor and Cash Manager since April 30, 2011. Although the Board of Directors is directly responsible for managing the affairs of TCI, and for setting the policies which guide it, the day-to-day operations of TCI are performed by Pillar, as the contractual advisor, under the supervision of the Board. Pillar's duties include, but are not limited to, locating, evaluating and recommending real estate and real estate-related investment opportunities and arranging debt and equity financing for the Company with third party lenders and investors. Additionally, Pillar serves as a consultant to the Board with regard to their decisions in connection with TCI's business plan and investment policy. Pillar also serves as an Advisor and Cash Manager to ARL and IOR. As the contractual advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor". TCI has no employees and as such, employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement.

Pillar is a Nevada corporation, the sole shareholder of which is Realty Advisors, LLC, a Nevada limited liability company, the sole member of which is RAI, a Nevada corporation, MRHI, a Nevada corporation, the sole shareholder of which is a trust known as the May Trust.

<div align="right">App.921</div>

The May Trust is a Trust, the beneficiaries of which are the children of Gene E. Phillips. Mr. Phillips is not an officer, manager or Director of Pillar, Realty Advisors, LLC, RAI, MRHI or ARL, nor is he a Trustee of the May Trust.

Under the Advisory Agreement, Pillar is required to annually formulate and submit, for Board approval, a budget and business plan containing a twelve-month forecast of operations and cash flow, a general plan for asset sales and purchases, lending, foreclosure and borrowing activity, and other investments. Pillar is required to report quarterly to the Board on TCI's performance against the business plan. In addition, all transactions require prior Board approval, unless they are explicitly provided for in the approved business plan or are made pursuant to authority expressly delegated to Pillar by the Board.

The Advisory Agreement also requires prior Board approval for the retention of all consultants and third party professionals, other than legal counsel. The Advisory Agreement provides that Pillar shall be deemed to be in a fiduciary relationship to the TCI stockholders; contains a broad standard governing Pillar's liability for losses incurred by TCI; and contains guidelines for Pillar's allocation of investment opportunities as among itself, TCI and other entities it advises. Pillar is a company of which Messrs. Moos, Bertcher, Corna, and Crozier serve as executive officers.

The Advisory Agreement provides for Pillar to be responsible for the day-to-day operations of TCI and to receive, as compensation for basic management and advisory services, a gross asset fee of 0.0625% per month (0.75% per annum) of the average of the gross asset value (total assets less allowance for amortization, depreciation or depletion and valuation reserves).

In addition to base compensation, Pillar receives the following forms of additional compensation:

(1)  an annual net income fee equal to 7.5% of TCI's net income as an incentive for successful investment and management of the Company's assets;

(2)  an annual incentive sales fee to encourage periodic sales of appreciated real property at optimum value equal to 10.0% of the amount, if any, by which the aggregate sales consideration for all real estate sold by TCI during such fiscal year exceeds the sum of:

<center>66</center>

---

(a)  the cost of each such property as originally recorded in TCI's books for tax purposes (without deduction for depreciation, amortization or reserve for losses);

(b)  capital improvements made to such assets during the period owned; and

(c)  all closing costs (including real estate commissions) incurred in the sale of such real estate; provided however, no incentive fee shall be paid unless (a) such real estate sold in such fiscal year, in the aggregate, has produced an 8.0% simple annual return on the net investment including capital improvements, calculated over the holding period before depreciation and inclusive of operating income and sales consideration, and (b) the aggregate net operating income from all real estate owned for each of the prior and current fiscal years shall be at least 5.0% higher in the current fiscal year than in the prior fiscal year;

(3)  an acquisition commission, from an unaffiliated party of any existing mortgage or loan, for supervising the acquisition, purchase or long-term lease of real estate equal to the lesser of:

(a)  up to 1.0% of the cost of acquisition, inclusive of commissions, if any, paid to non-affiliated brokers; or

(b)  the compensation customarily charged in arm's-length transactions by others rendering similar property acquisition services as an ongoing public activity in the same geographical location and for comparable property, provided that the aggregate purchase price of each property (including acquisition fees and real estate brokerage commissions) may not exceed such property's appraised value at acquisition;

(4)  a construction fee equal to 6.0% of the so-called "hard costs" only of any costs of construction on a completed basis, based upon amounts set forth as approved on any architect's certificate issued in connection with such construction, which fee is payable at such time as the applicable architect certifies other costs for payment to third parties. The phrase "hard costs" means all actual costs of construction paid to contractors, subcontractors and third parties for materials or labor performed as part of the construction but does not include items generally regarded as "soft costs," which are consulting fees, attorneys' fees, architectural fees, permit fees and fees of other professionals; and

(5)  reimbursement of certain expenses incurred by the advisor in the performance of advisory services.

The Advisory Agreement also provides that Pillar receive the following forms of compensation:

(1)  a mortgage or loan acquisition fee with respect to the acquisition or purchase from an unaffiliated party of any existing mortgage loan by TCI equal to the lesser of:

(a)  1.0% of the amount of the mortgage or loan purchased; or

(b)  a brokerage or commitment fee which is reasonable and fair under the circumstances. Such fee will not be paid in connection with the origination or funding of any mortgage loan by TCI; and

(2)  a mortgage brokerage and equity refinancing fee for obtaining loans or refinancing on properties equal to the lesser of:

(a)  1.0% of the amount of the loan or the amount refinanced; or

(b)  a brokerage or refinancing fee which is reasonable and fair under the circumstances; provided, however, that no such fee shall be paid on loans from Pillar, or a related party of Pillar, without the approval of TCI's Board of Directors. No fee shall be paid on loan extensions.

Under the Advisory Agreement, all or a portion of the annual advisory fee must be refunded by the Advisor if the operating expenses of TCI (as defined in the Advisory Agreement) exceed certain limits specified in the Advisory Agreement based on the book value, net asset value and net income of TCI during the fiscal year.

The Advisory Agreement requires Pillar to pay to TCI, one-half of any compensation received from third parties with respect to the origination, placement or brokerage of any loan made by TCI; provided, however, that the compensation retained by Pillar, or any affiliate of Pillar, shall not exceed the lesser of (1) 2.0% of the amount of the loan commitment or (2) a loan brokerage and commitment fee which is reasonable and fair under the circumstances.

The TCI Advisory Agreement further provides that Pillar shall bear the cost of certain expenses of its employees, excluding fees paid to TCI's Directors; rent and other office expenses of both Pillar and TCI (unless TCI maintains office space separate from that of Pillar); costs not directly identifiable to TCI's assets, liabilities, operations, business or financial affairs; and miscellaneous administrative expenses relating to the performance by Pillar of its duties under the Advisory Agreement.

If and to the extent that TCI shall request Pillar, or any director, officer, partner, or employee of Pillar, to render services for TCI other than those required to be rendered by the Advisory Agreement, Pillar separately would be compensated for such additional services on terms to be agreed upon between such party and TCI from time to time. As discussed below, under "Property Management and Real Estate Brokerage," effective January 1, 2011, Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), the sole member of which is Realty Advisors, LLC, manages our commercial properties and provides brokerage services under similar terms as the previous agreements with Triad and Regis Realty I.

<div align="right">App.922</div>

TCI entered into a Cash Management Agreement with Pillar on April 30, 2011 to further define the administration of the Company's day-to-day investment operations, relationship contacts, flow of funds and deposit and borrowing of funds. Under the Cash Management Agreement, all funds of the Company are delivered to Pillar which has a deposit liability to the Company and is responsible for payment of all payables and investment of all excess funds which earn interest at the Wall Street Journal prime rate plus 1.0% per annum, as set quarterly on the first day of each calendar quarter. Borrowings for the benefit of the Company bear the same interest rate. The term of the Cash Management Agreement is coterminous with the Advisory Agreement, and is automatically renewed each year unless terminated with the Advisory Agreement. TCI's management believes that the terms of the Advisory Agreement are at least as fair as could be obtained from unaffiliated third parties.

Situations may develop in which the interests of TCI are in conflict with those of one or more directors or officers in their individual capacities, or of Pillar, or of their respective related parties. In addition to services performed for TCI, as described above, Pillar actively provides similar services as agent for, and advisor to, other real estate enterprises, including persons and entities involved in real estate development and financing, including ARL and IOR. The Advisory Agreement provides that Pillar may also serve as advisor to other entities.

As advisor, Pillar is a fiduciary of TCI's public investors. In determining to which entity a particular investment opportunity will be allocated, Pillar will consider the respective investment objectives of each entity and the appropriateness of a particular investment in light of each such entity's existing mortgage note and real estate portfolios and business plan. To the extent any particular investment opportunity is appropriate to more than one such entity, such investment opportunity will be allocated to the entity that has had funds available for investment for the longest period of time, or, if appropriate, the investment may be shared among various entities. See Part III, Item 13 "Certain Relationships and Related Transactions, and Director Independence".

Pillar may assign the Advisory Agreement only with the prior consent of TCI.

The principal executive officers and directors of Pillar are set forth below:

| Name | Directors/Officer(s) |
|---|---|
| Daniel J. Moos | President, Chief Executive Officer, Treasurer, Director |
| Gene S. Bertcher | Executive Vice President, Chief Accounting Officer |
| Louis J. Corna | Executive Vice President, Secretary, Tax Counsel, General Legal Counsel |

**Property Management**

Since January 1, 2011, Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), the sole member of which is Realty Advisors, LLC, manages our commercial properties for a fee of 3.0% or less of the monthly gross rents collected on the commercial properties it manages, and leasing commissions of 6.0% or less in accordance with the terms of its property-level management agreement.

TCI engages third-party companies to lease and manage our apartment properties for a fee of 6.0% or less of the monthly gross rents collected on the residential properties under their management.

**Real Estate Brokerage**

Regis provides real estate brokerage services to TCI on a non-exclusive basis, and is entitled to receive a real estate commission for property purchases and sales in accordance with the following sliding scale of total fees to be paid:

(1)  maximum fee of 4.5% on the first $2.0 million of any purchase or sale transaction of which no more than 3.5% is to be paid to Regis;

(2)  maximum fee of 3.5% on transaction amounts between $2.0 million-$5.0 million of which no more than 3.0% is to be paid to Regis;

(3)  maximum fee of 2.5% on transaction amounts between $5.0 million-$10.0 million of which no more than 2.0% is to be paid to Regis; and

(4)  maximum fee of 2.0% on transaction amounts in excess of $10.0 million of which no more than 1.5% is to be paid to Regis.

### ITEM 11.  *EXECUTIVE COMPENSATION*

TCI has no employees, payroll or benefit plans and pays no compensation to its executive officers. The executive officers of TCI, who are also officers or employees of Pillar, TCI's advisor, are compensated by Pillar. Such executive officers perform a variety of services for Pillar and the amount of their compensation is determined solely by Pillar. Pillar does not allocate the cash compensation of its officers among the various entities for which it serves as advisor. See Item 10. "Directors, Executive Officers and Corporate Governance" for a more detailed discussion of the compensation payable to Pillar by TCI.

The only remuneration paid by TCI is to the directors who are not officers or employees of Pillar or its related companies. The Independent Directors (1) review the business plan of TCI to determine that it is in the best interest of TCI's stockholders, (2) review the advisory contract, (3) supervise the performance of the advisor and review the reasonableness of the compensation paid to the advisor in terms of the nature and quality of services performed, (4) review the reasonableness of the total fees and expenses of TCI and (5) select, when necessary, a qualified independent real estate appraiser to appraise properties acquired.

Effective February, 2011, each non-affiliated Director is entitled to receive an annual retainer of $12,000, with the Chairman of the Audit Committee to receive a one-time annual fee of $500. Directors who are also employees of the Company or its advisor receive no additional compensation for service as a Director.

During 2017, $36,500 was paid to non-employee Directors in total Directors' fees. The fees paid to the directors are as follows: Robert A. Jakuszewski, $12,000; Ted R. Munselle, $12,500; and, Raymond D. Roberts, Sr., $12,000.

**Director's Stock Option Plan**

TCI established a Director's Stock Option Plan ("Director's Plan") for the purpose of attracting and retaining Directors who are not officers or employees of TCI or Pillar. The Director's Plan provides for the grant of options that are exercisable at fair market value of TCI's Common stock on the date of grant. The Director's Plan was approved by stockholders at their annual meeting on October 10, 2000, following which each then-serving Independent Director was granted options to purchase 5,000 shares of Common stock of TCI. On January 1 of each year, each Independent Director receives options to purchase 5,000 shares of Common stock. The options are immediately exercisable and expire on the earlier of the first anniversary of the date on which a Director ceases to be a Director or 10 years from the date of grant. The Director's Plan was terminated by the Board of Directors on December 15, 2005. As of December 31, 2015, there were 5,000 shares of stock options outstanding which were exercisable at $14.25 per share. These options expired unexercised January 1, 2016.

### ITEM 12.  *SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT*

**Securities Authorized for Issuance Under Equity Compensation Plans**

App.923

**Security Ownership of Certain Beneficial Owners**

The following table sets forth the ownership of TCI's Common stock, both beneficially and of record, both individually and in the aggregate, for those persons or entities known to be beneficial owners of more than 5.0% of the outstanding shares of Common stock as of the close of business on March 30, 2018.

| | Amount and Nature of Beneficial Ownership* | Approximate Percent of Class** |
|---|---|---|
| American Realty Investors, Inc.[1][2]<br>1603 LBJ Freeway, Suite 800<br>Dallas, Texas 75234 | 6,767,420 | 77.63% |
| Transcontinental Realty Acquisition Corporation[2]<br>1603 LBJ Freeway, Suite 800<br>Dallas, Texas 75234 | 1,383,226 | 15.87% |

\*      "Beneficial Ownership" means the sole or shared power to vote, or to direct the voting of, a security or investment power with respect to a security, or any combination thereof.

\*\*    Percentage is based upon 8,717,767 shares of Common stock outstanding at March 20, 2018.

(1)    Includes 5,384,194 shares (61.76%) directly owned by American Realty Investors, Inc. "ARL" directly, over which the directors al ARL may be deemed to be beneficial owners by virtue of their positions as directors of ARL. The directors of ARL disclaim beneficial ownership of such shares.

(2)    Includes 1,383,226 shares owned by Transcontinental Realty Acquisition Corporation ("TRAC"), which is a wholly owned subsidiary of ARL, over which each of the directors of TRAC, Daniel J. Moos and Gene S. Bertcher may be deemed to be beneficial owners by virtue of their positions as directors of TRAC. The directors of TRAC disclaim beneficial ownership of such shares.

(3)    Each of the directors of ARL, Henry A. Butler, Raymond D. Roberts, Sr., Robert A. Jakuszewski and Ted R. Munselle may be deemed to be the beneficial owners by virtue of their positions as current directors of ARL. The directors of ARL disclaim such beneficial ownership.

<p style="text-align:center">69</p>

**Security Ownership of Management.**

The following table sets forth the ownership of TCI's Common stock, both beneficially and of record, both individually and in the aggregate, for the directors and executive officers of TCI as of the close of business on March 30, 2018.

| Name of Beneficial Owner | Amount and Nature of Beneficial Ownership* | Approximate Percent of Class** |
|---|---|---|
| Gene S. Bertcher | 6,767,420(1) | 77.6% |
| Henry A. Butler | 6,767,420(1) | 77.6% |
| Louis J. Corna | 6,767,420(1) | 77.6% |
| Robert A. Jakuszewski | 6,767,420(1) | 77.6% |
| Daniel J. Moos | 7,057,420(1) | 84.2% |
| Ted R. Munselle | 6,767,420(1) | 77.6% |
| Raymond D. Roberts, Sr. | 6,767,420(1) | 77.6% |
| All Directors and Executive Officers as a group (7 individuals) | 6,767,420(1) | 77.6% |

\*      "Beneficial Ownership" means the sole or shared power to vote, or to direct the voting of, a security or investment power with respect to a security, or any combination thereof.

\*\*    Percentages are based upon 8,717,767 shares of Common stock outstanding at March 30, 2018.

(1)    Daniel J. Moos owns 290,000 of Common Stock.

**ITEM 13.        *CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE***

**Policies with Respect to Certain Activities**

Article 14 of TCI's Articles of Incorporation provides that TCI shall not, directly or indirectly, contract or engage in any transaction with (1) any director, officer or employee of TCI, (2) any director, officer or employee of the advisor, (3) the advisor, or (4) any affiliate or associate (as such terms are defined in Rule 12b-2 under the Securities Exchange Act of 1934, as amended) of any of the aforementioned persons, unless (a) the material facts as to the relationship among or financial interest of the relevant individuals or persons and as to the contract or transaction are disclosed to or are known by TCI's Board of Directors or the appropriate committee thereof and (b) TCI's Board of Directors or committee thereof determines that such contract or transaction is fair to TCI and simultaneously authorizes or ratifies such contract or transaction by the affirmative vote of a majority of independent directors of TCI entitled to vote thereon.

Article 14 defines an "Independent Director" (for purposes of that Article) as one who is neither an officer or employee of TCI, nor a director, officer or employee of TCI's advisor.

TCI's policy is to have such contracts or transactions approved or ratified by a majority of the disinterested Directors with full knowledge of the character of such transactions, as being fair and reasonable to the stockholders at the time of such approval or ratification under the circumstances then prevailing. Such Directors also consider the fairness of such transactions to TCI. Management believes that, to date, such transactions have represented the best investments available at the time and they were at least as advantageous to TCI as other investments that could have been obtained.

TCI may enter into future transactions with entities, the officers, directors, or stockholders of which are also officers, directors, or stockholders of TCI, if such transactions would be beneficial to the operations of TCI and consistent with TCI's then-current investment objectives and policies, subject to approval by a majority of disinterested Directors as discussed above.

TCI does not prohibit its officers, directors, stockholders, or related parties from engaging in business activities of the types conducted by TCI.

**Certain Business Relationships**

Pillar has been TCI's Advisor and Cash Manager since April 30, 2011.  Although the Board of Directors is directly responsible for managing the affairs of TCI, and for setting the policies which guide it, the day-to-day operations of TCI are performed by Pillar, as the contractual advisor, under the supervision of the Board.  Pillar's duties include, but are not limited to, locating, evaluating and

<p style="text-align:right">App.924</p>

recommending real estate and real estate-related investment opportunities and transacts debt and equity financing for the Company with third party lenders and investors. Additionally, Pillar serves as a consultant to the Board with regard to their decisions in connection with TCI's business plan and investment policy. Pillar also serves as an Advisor and Cash Manager to ARL and IOR. As the contractual advisor, Pillar is compensated by TCI under an Advisory Agreement that is more fully described in Part III, Item 10. "Directors, Executive Officers and Corporate Governance – The Advisor". TCI has no employees and as such, employees of Pillar render services to TCI in accordance with the terms of the Advisory Agreement.

70

Pillar is a Nevada corporation, the sole shareholder of which is Realty Advisors, LLC, a Nevada limited liability company, the sole member of which is RAI, a Nevada corporation, MRHI, a Nevada corporation, the sole shareholder of which is a trust known as the May Trust.

All of TCI's directors also serve as Directors of ARL and IOR. The executive officers of TCI also serve as executive officers of ARL and IOR. As such, they owe fiduciary duties to that entity as well as to Pillar under applicable law. ARL has the same relationship with Pillar, as does TCI. Mr. Bertcher is an officer, director and employee of NCE and as such also owes fiduciary duties to NCE as well as ARL, TCI and IOR under applicable law.

Effective since January 1, 2011, Regis Realty Prime, LLC, dba Regis Property Management, LLC ("Regis"), the sole member of which is Realty Advisors, LLC, manages our commercial properties for a fee of 3.0% or less of the monthly gross rents collected on the commercial properties it manages, and leasing commissions of 6.0% or less in accordance with the terms of its property-level management agreement.

At December 31, 2017, TCI owned approximately 81.25% of the outstanding common shares of IOR.

The Company is part of a tax sharing and compensating agreement with respect to federal income taxes among ARL, TCI and IOR and their subsidiaries. That agreement continued until August 31, 2012, at which time a new tax sharing and compensating agreement was entered into by ARL, TCI, IOR and MRHI for the remainder of 2012 and subsequent years. The expense (benefit) in each year was calculated based on the amount of losses absorbed by taxable income multiplied by the maximum statutory tax rate of 21%.

The Company has a development agreement with Unified Housing Foundation, Inc. "UHF" a non-profit corporation that provides management services for the development of residential apartment projects in the future. The Company has also invested in surplus cash notes receivables from UHF and has sold several residential apartment properties to UHF in prior years. Due to this ongoing relationship and the significant investment in the performance of the collateral secured under the notes receivable, UHF has been determined to be a related party.

**Related Party Transactions**

The Company has historically engaged in and may continue to engage in certain business transactions with related parties, including but not limited to asset acquisition and dispositions. Transactions involving related parties cannot be presumed to be carried out on an arm's length basis due to the absence of free market forces that naturally exist in business dealings between two or more unrelated entities. Related party transactions may not always be favorable to our business and may include terms, conditions and agreements that are not necessarily beneficial to or in the best interest of our company.

In 2017, the Company paid advisory fees of $10.0 million, net income fees of $0.3 million, mortgage brokerage and equity refinancing fees of $1.6 million, cost reimbursements of $2.9 million, and received interest income of $4.9 million from Pillar.

The Company paid property management fees, construction management fees and leasing commissions of $1.0 million to Regis in 2017.

As of December 31, 2017, the Company had notes and interest receivables, net of allowances, of $70.2 million and $70.2 million, respectively, due from related parties. See Part 2, Item 8. Note 3. "Notes and Interest Receivable". During the current period, the Company recognized interest income of $4.9 million, originated $28.8 million, received principal payments of $6.9 million and received interest payments of $4.8 million from these related party notes receivables.

The Company is the primary guarantor on an $39.1 million mezzanine loan between UHF and a lender. In addition, TCI, ARL, and an officer of the Company are limited recourse guarantors of the loan. As of December 31, 2017 UHF was in compliance with the covenants to the loan agreement.

Below are transactions that involve a related party:

As of December 31, 2017, the Company had 66.7 acres of land, at various locations that were sold to related parties in multiple transactions. These transactions are treated as "subject to sales contract" on the Consolidated Balance Sheets. Due to the related party nature of the transactions TCI has deferred the recording of the sales in accordance with ASC 360-20.

**Operating Relationships**

The Company received rental revenue of $0.8 million in 2017, $0.7 million in 2016, and $0.7 million in 2015 from Pillar and its related parties for properties owned by the Company.

71

**Advances and Loans**

From time to time, TCI and its related parties have made advances to each other, which generally have not had specific repayment terms, did not bear interest, are unsecured, and have been reflected in TCI's financial statements as other assets or other liabilities. TCI and the advisor charge interest on the outstanding balance of funds advanced to or from TCI. The interest rate, set at the beginning of each quarter, is the prime rate plus 1.0% on the average daily cash balances advanced. At December 31, 2017, TCI has a receivable from ARL in the amount of $111.7 million.

**ITEM 14.** *PRINCIPAL ACCOUNTING FEES AND SERVICES*

The following table sets for the aggregate fees for professional services rendered to or for TCI for the years 2017 and 2016 by TCI's principal accounting firms, Farmer, Fuqua and Huff, L.P. and Swalm and Associates, P.C.:

| | 2017 | | 2016 | |
| | Farmer, Fuqua & Huff | Swalm & Associates | Farmer, Fuqua & Huff | Swalm & Associates |
| **Type of Fee** | | | | |
| Audit Fees | $ 597,447 | $ 72,136(1) | $ 575,563 | $ 60,551(1) |
| Tax Fees | 39,760 | — | 36,725 | — |
| Total | $ 637,207 | $ 72,136 | $ 612,288 | $ 60,551 |

(1) All IOT

App.925

The audit fees for 2017 and 2016 were for professional services rendered for the audit and review of the consolidated financial statements of TCI and its subsidiaries. The fees for 2017 and 2016 were for services related to federal and state tax compliance and advice.

All services rendered by the principal auditors are permissible under applicable laws and regulations and were pre-approved by either the Board of Directors or the Audit Committee, as required by law. The fees paid to the principal auditors for the services described in the above table fall under the categories listed below:

*Audit Fees.*    These are fees for professional services performed by the principal auditor for the audit of the Company's annual financial statements and review of financial statements included in the Company's 10-Q filings and services that are normally provided in connection with statutory and regulatory filing or engagement.

*Audit-Related Fees.*    These are fees for assurance and related services performed by the principal auditor that are reasonably related to the performance of the audit or review of the Company's financial statements. These services include attestations by the principal auditor that are not required by statute or regulation and consulting on financial accounting/reporting standards. As of December 31, 2017 the Company incurred $0.3 million of audit related fees in connection to assurance and related services of subsidiary.

*Tax Fees.*    These are fees for professional services performed by the principal auditor with respect to tax compliance, tax planning, tax consultation, returns preparation and review of returns. The review of tax returns includes the Company and its consolidated subsidiaries.

*All Other Fees.*    These are fees for other permissible work performed by the principal auditor that do not meet the above category descriptions.

These services are actively monitored (as to both spending level and work content) by the Audit Committee to maintain the appropriate objectivity and independence in the principal auditor's core work, which is the audit of the Company's consolidated financial statements.

The Audit Committee has established policies and procedures for the approval and pre-approval of audit services and permitted non-audit services. The Audit Committee has the responsibility to engage and terminate TCI's independent auditors, to pre-approve their performance of audit services and permitted non-audit services, to approve all audit and non-audit fees, and to set guidelines for permitted non-audit services and fees. All fees for 2017 and 2016 were pre-approved by the Audit Committee or were within the pre-approved guidelines for permitted non-audit services and fees established by the Audit Committee, and there were no instances of waiver of approved requirements or guidelines during the same periods.

Under the Sarbanes-Oxley Act of 2002 (the "SOX Act"), and the rules of the Securities and Exchange Commission (the "SEC"), the Audit Committee of the Board of Directors is responsible for the appointment, compensation and oversight of the work of the independent auditor. The purpose of the provisions of the SOX Act and the SEC rules for the Audit Committee role in retaining the independent auditor is two-fold. First, the authority and responsibility for the appointment, compensation and oversight of the auditors should be with directors who are independent of management. Second, any non-audit work performed by the auditors should be reviewed and approved by these same independent directors to ensure that any non-audit services performed by the auditor do not impair the independence of the independent auditor. To implement the provisions of the SOX Act, the SEC issued rules specifying the types of services that an independent may not provide to its audit client, and governing the Audit Committee's administration of the engagement of the independent auditor. As part of this responsibility, the Audit Committee is required to pre-approve the audit and non-audit services performed by the independent auditor in order to assure that they do not impair the auditor's independence. Accordingly, the Audit Committee has adopted a pre-approval policy of audit and non-audit services (the "Policy"), which sets forth the procedures and conditions pursuant to which services to be performed by the independent auditor are to be pre-approved. Consistent with the SEC rules establishing two different approaches to pre-approving non-prohibited services, the Policy of the Audit Committee covers Pre-approval of audit services, audit-related services, international administration tax services, non-U.S. income tax compliance services, pension and benefit plan consulting and compliance services, and U.S. tax compliance and planning. At the beginning of each fiscal year, the Audit Committee will evaluate other known potential engagements of the independent auditor, including the scope of work proposed to be performed and the proposed fees, and will approve or reject each service, taking into account whether services are permissible under applicable law and the possible impact of each non-audit service on the independent auditor's independence from management. Typically, in addition to the generally pre-approved services, other services would include due diligence for an acquisition that may or may not have been known at the beginning of the year. The Audit Committee has also delegated to any member of the Audit Committee designated by the Board or the financial expert member of the Audit Committee responsibilities to pre-approve services to be performed by the independent auditor not exceeding $25,000 in value or cost per engagement of audit and non-audit services, and such authority may only be exercised when the Audit Committee is not in session.

<center>72</center>

# PART IV

**ITEM 15.    *EXHIBITS, FINANCIAL STATEMENT SCHEDULES***

(a)    The following documents are filed as part of this Report:

1.    *Financial Statements*

Reports of Independent Registered Public Accounting Firms
Consolidated Balance Sheets—December 31, 2017 and 2016
Consolidated Statements of Operations—Years Ended December 31, 2017, 2016, and 2015
Consolidated Statements of Stockholders' Equity—Years Ended December 31, 2017, 2016, and 2015
Consolidated Statements of Cash Flows—Years Ended December 31, 2017, 2016, and 2015
Statements of Consolidated Comprehensive Income (Loss) – Years Ended December 31, 2017, 2016, and 2015
Notes to Financial Statements

2.    *Financial Statement Schedules*

Schedule III—Real Estate and Accumulated Depreciation
Schedule IV—Mortgage Loan Receivables on Real Estate

All other schedules are omitted because they are not applicable or because the required information is shown in the Consolidated Financial Statements or the Notes thereto.

3.    *Incorporated Financial Statements*

Consolidated Financial Statements of Income Opportunity Realty Investors, Inc. (incorporated by reference to Item 8 of Income Opportunity Realty Investors, Inc.'s Annual Report on Form 10-K for the year ended December 31, 2017.

Consolidated Financial Statements of American Realty Investors, Inc. (incorporated by reference to Item 8 of American Realty Investors, Inc.'s Annual Report on Form 10-K for the year ended December 31, 2017).

(b)    *Exhibits*

The following documents are filed as Exhibits to this Report:

**Exhibit**

| Number | Description |
|---|---|
| 3.0 | Articles of Incorporation of Transcontinental Realty Investors, Inc., (incorporated by reference to Exhibit No. 3.1 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 1991). |
| 3.1 | Certificate of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc., (incorporated by reference to the Registrant's Current Report on Form 8-K, dated June 3, 1996). |
| 3.2 | Certificate of Amendment of Articles of Incorporation of Transcontinental Realty Investors, Inc., dated October 10, 2000 (incorporated by reference to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2000). |
| 3.3 | Articles of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc., setting forth the Certificate of Designations, Preferences and Rights of Series A Cumulative Convertible Preferred Stock, dated October 20, 1998 (incorporated by reference to Exhibit 3.1 to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 1998). |
| 3.4 | Certificate of Designation of Transcontinental Realty Investors, Inc., setting forth the Voting Powers, Designations, Preferences, Limitations, Restriction and Relative Rights of Series B Cumulative Convertible Preferred Stock, dated October 23, 2000 (incorporation by reference to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2000). |
| 3.5 | Certificate of Designation of Transcontinental Realty Investors, Inc., Setting for the Voting Powers, Designating, Preferences, Limitations, Restrictions and Relative Rights of Series C Cumulative Convertible Preferred Stock, dated September 28, 2001 (incorporated by reference to Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2001). |
| 3.6 | Articles of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc. Decreasing the Number of Authorized Shares of and Eliminating Series B Preferred Stock dated December 14, 2001 (incorporated by reference to Exhibit 3.7 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 2001). |
| 3.7 | By-Laws of Transcontinental Realty Investors, Inc. (incorporated by reference to Exhibit No. 3.2 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 1991). |
| 3.8 | Certificate of designation of Transcontinental Realty Investors, Inc. setting forth the Voting Powers, Designations, Preferences Limitations, Restrictions and Relative rights of Series D Cumulative Preferred Stock filed August 14, 2006 with the Secretary of State of Nevada (incorporated by reference to Registrants current report on Form 8-K for event dated November 21, 2006 at Exhibit 3.8 thereof. |

73

| Exhibit Number | Description |
|---|---|
| 10.0 | Advisory Agreement dated as of April 30, 2011, between Transcontinental Realty Investors, Inc. and Pillar Income Asset Management LLC (incorporated by reference to Exhibit 10.0 to the Registrant's Current Report on Form 8-K for event occurring April 30, 2011). |
| 10.1 | Leman Development Ltd. and Kaufman Land Partners, Ltd. (incorporated by reference to Registrant's current report in Form 8-K dated November 21, 2006 at Exhibit 10.1 thereof. |
| 14.0 | Code of Ethics for Senior Financial Officers (incorporated by reference to Exhibit 14.0 to Registrant's Annual Report on Form 10-K for the fiscal year ended December 31, 2004). |
| 21.0* | Subsidiaries of the Registrant. |
| 31.1* | Certification Pursuant to Rule 13a-14(a) under the Securities and Exchange Act of 1934 as amended of Principal Executive Officer. |
| 31.2* | Certification Pursuant to Rule 13a-14(a) under the Securities and Exchange Act of 1934 as amended of Principal Financial and Accounting Officer. |
| 32.1* | Certification Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |

* Filed herewith.

74

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

TRANSCONTINENTAL REALTY INVESTORS, INC.

Dated: March 30, 2018                    /s/  GENE S BERTCHER

By:

**Gene S. Bertcher**
**Executive Vice President and Chief Financial Officer**
**(Principal Financial and Accounting Officer)**

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the date indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ HENRY A. BUTLER | Chairman of the Board and Director | March 30, 2018 |
| **Henry A. Butler** | | |
| /s/ RAYMOND D. ROBERTS, SR. | Director | March 30, 2018 |
| **Raymond D. Roberts, Sr.** | | |
| /s/ ROBERT A. JAKUSZEWSKI | Director | March 30, 2018 |
| **Robert A. Jakuszewski** | | |
| /s/ TED R. MUNSELLE | Director | March 30, 2018 |
| **Ted R. Munselle** | | |

App.927

/s/ DANIEL J. MOOS            President and Chief Executive Officer (Principal      March 30, 2018
                                                Executive Officer)

**Daniel J. Moos**

/s/ GENE S. BERTCHER           Executive Vice President and Chief Financial Officer     March 30, 2018
                                        (Principal Financial and Accounting Officer)

**Gene S. Bertcher**

<div align="center">75</div>

<div align="center">

**ANNUAL REPORT ON FORM 10-K**
**EXHIBIT INDEX**
**For the Year Ended <u>December 31, 2017</u>**

</div>

| Exhibit Number | Description |
|---|---|
| 3.0 | Articles of Incorporation of Transcontinental Realty Investors, Inc., (incorporated by reference to Exhibit No. 3.1 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 1991). |
| 3.1 | Certificate of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc., (incorporated by reference to the Registrant's Current Report on Form 8-K, dated June 3, 1996). |
| 3.2 | Certificate of Amendment of Articles of Incorporation of Transcontinental Realty Investors, Inc., dated October 10, 2000 (incorporated by reference to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2000). |
| 3.3 | Articles of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc., setting forth the Certificate of Designations, Preferences and Rights of Series A Cumulative Convertible Preferred Stock, dated October 20, 1998 (incorporated by reference to Exhibit 3.1 to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 1998). |
| 3.4 | Certificate of Designation of Transcontinental Realty Investors, Inc., setting forth the Voting Powers, Designations, Preferences, Limitations, Restriction and Relative Rights of Series B Cumulative Convertible Preferred Stock, dated October 23, 2000 (incorporation by reference to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2000). |
| 3.5 | Certificate of Designation of Transcontinental Realty Investors, Inc., Setting for the Voting Powers, Designating, Preferences, Limitations, Restrictions and Relative Rights of Series C Cumulative Convertible Preferred Stock, dated September 28, 2001 (incorporated by reference to Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2001). |
| 3.6 | Articles of Amendment to the Articles of Incorporation of Transcontinental Realty Investors, Inc. Decreasing the Number of Authorized Shares of and Eliminating Series B Preferred Stock dated December 14, 2001 (incorporated by reference to Exhibit 3.7 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 2001). |
| 3.7 | By-Laws of Transcontinental Realty Investors, Inc. (incorporated by reference to Exhibit No. 3.2 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 1991). |
| 3.8 | Certificate of designation of Transcontinental Realty Investors, Inc. setting forth the Voting Powers, Designations, Preferences Limitations, Restrictions and Relative rights of Series D Cumulative Preferred Stock filed August 14, 2006 with the Secretary of State of Nevada (incorporated by reference to Registrants current report on Form 8-K for event dated November 21, 2006 at Exhibit 3.8 thereof.) |
| 10.0 | Advisory Agreement dated as of April 30, 2011, between Transcontinental Realty Investors, Inc. and Pillar Income Asset Management LLC (incorporated by reference to Exhibit 10.0 to the Registrant's Current Report on Form 8-K for event occurring April 30, 2011). |
| 10.1 | Leman Development Ltd. and Kaufman Land Partners, Ltd. (incorporated by reference to Registrant's current report in Form 8-K dated November 21, 2006 at Exhibit 10.1 thereof. |
| 14 .0 | Code of Ethics for Senior Financial Officers (incorporated by reference to Exhibit 14.0 to Registrant's Annual Report on Form 10-K for the fiscal year ended December 31, 2004). |
| 21.1* | Subsidiaries of the Registrant. |
| 31.1* | Certification Pursuant to Rule 13a-14(a) and 15d-14 under the Securities Exchange Act of 1934, as amended of Principal Executive Officer. |
| 31.2* | Certification Pursuant to Rule 13a-14(a) and 15d-14 under the Securities Exchange Act of 1934, as amended of Principal Financial and Accounting Officer |
| 32.1* | Certification pursuant to 18 U.S.C. Section 1350. |
| 101.INS | XBRL Instance Document |
| 101.SCH | XBRL Taxonomy Extension Schema Document |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document |

---

\*    Filed herewith.

<div align="center">76</div>

<div align="right">App.928</div>

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CASE NO. 3:22-cv-2118-X |
| TIMOTHY BARTON ET AL., | § § § | |
| Defendants, | § | |

### DECLARATION OF ROBERT CANHAM IN SUPPORT OF SOUTHERN PROPERTIES CAPITAL, LTD.'S MOTION FOR INTERVENTION, OPPOSITION TO RECEIVER'S VERIFIED MOTIONS FOR APPOINTMENT OF APPRAISER, APPROVAL OF APPRAISERS, APPROVAL OF HEARINGS AND APPROVAL OF SALES AND BRIEF IN SUPPORT OF COMPLAINT FOR DECLARATORY RELIEF WITH RESPECT TO PARC AT WINDMILL FARMS AND BELLWETHER RIDGE

1.    My name is Robert Canham, I am over the age of twenty-one (21), have never been convicted of a felony or a crime involving moral turpitude, and am fully competent to testify in all respects. My address is  804 Green Valley Road, Suite 105, Greensboro, NC 27408 _____, and my date of birth is ____ 11/02/48 _____.    I have personal knowledge of all facts set forth herein. I testify under the penalty of perjury that all facts herein are true and correct.

**Overview**

2.    I have over forty-five (45) years of experience in real estate property management. Prior to joining Sunchase American, Ltd. ("Sunchase"), I started my career in the early 1970s managing and brokering a portfolio of single family homes. I joined Sunchase in

1990. As Regional Vice President, I was involved in operations, acquisitions, analysis, and strategic planning for a portfolio of 14,000 apartment units.

3.  I am the President of Sunchase. Sunchase is a real estate property management company. Property managers are responsible for the day-to-day management of residential properties. This can include maintenance, but it can also include leasing empty units, collecting rent, and communicating with property owners.

4.  As the President of Sunchase, I oversee operations, analysis, and strategic planning for all of our communities. This includes Parc at Windmill Farms.

**Parc at Windmill Farms**

5.  Parc at Windmill Farms is multifamily residential property located in Forney, Texas. Sunchase has managed Parc at Windmill Farms since its inception. Southern Properties Capital, Ltd. ("SPC") is a developer. Sunchase receives a percentage fee from SPC to operate and manage Parc at Windmill Farms. As the property manager, Sunchase collects and deposits rental payments, shows and leases vacant units, handles maintenance requests, and other duties related to operating and maintaining Parc at Windmill Farms.

6.  Sunchase's primary contact at SPC is Brad Kyles ("Kyles"). Kyles is an asset manager with Pillar Income Asset Management's ("Pillar"), which manages SPC. When Kyles acts on behalf of Pillar, he is also acting on behalf of SPC.

7.  I, or others at Sunchase, communicate with Kyles on a routine basis about various properties Sunchase manages for Pillar, including Parc at Windmill Farms. In these routine conversations, Sunchase receives direction from Kyles regarding Parc at Windmill Farms.

8.  Pillar provides Sunchase with money to operate and maintain Parc at Windmill Farms. Parc at Windmill Farms, like all properties that Sunchase manages, has its own separate

operating account. The majority of the funds that Sunchase uses to operate and manage Parc at Windmill Farms are derived from rents and security deposits collected from tenants. Through Pillar, SPC has funded Parc at Windmill Farms, too. From its inception, Sunchase has communicated with, and acted at the direction of, SPC, through Pillar.

**Parc at Windmill Farms has not Received Funds or Direction from Barton, Barton-related entities or Barton Investors**

9.      Sunchase receives its directions from SPC, through Pillar, and I am not aware of any instances in which Sunchase received directions from Timothy Barton ("Barton"). To my knowledge, Sunchase has had few communications with Barton regarding Parc at Windmill Farms. These communications had to do with Parc at Windmill Farms, in a general context. None of these communications involved funding or directions from Timothy Barton.

10.     I am not aware that Sunchase has ever received any funds from Barton related to Parc at Windmill Farms or its operations. I have no knowledge of Sunchase receiving, on account of Parc at Windmill Farms, funds from Barton, a Barton-related entity, or a Barton investor. All funds received by Sunchase on account of Parc at Windmill Farms come from one of two different sources: (1) SPC, through Pillar, (2) rents or security deposits collected from tenants, or (3) while being constructed and during lease-up, from construction loan proceeds.

I declare under penalty of perjury that the foregoing is true and correct.

_____
ROBERT CANHAM

# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| *Plaintiff,* | § § | |
| V. | § § | CASE NO. 3:22-cv-2118-X |
| TIMOTHY BARTON ET AL., | § § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants.* | § § | |

## DECLARATION OF ALFRED CROZIER
## IN SUPPORT OF SOUTHERN PROPERTIES CAPITAL, LTD.'S MOTION FOR INTERVENTION, OPPOSITION TO RECEIVER'S VERIFIED MOTIONS FOR APPOINTMENT OF APPRAISER, APPROVAL OF APPRAISERS, APPROVAL OF HEARINGS AND APPROVAL OF SALES AND BRIEF IN SUPPORT OF COMPLAINT FOR DECLARATORY RELIEF WITH RESPECT TO PARC AT WINDMILL FARMS AND BELLWETHER RIDGE

"My name is Alfred Crozier, I am over the age of twenty-one (21), have never been convicted of a felony or a crime involving moral turpitude, and am fully competent to testify in all respects. My address is 517 Beacon Hill Drive, Coppell, Texas 75019, and my date of birth is 01/17/1952. I have personal knowledge of all facts set forth herein.

1. I am a real estate executive with over 40 years of experience in development, construction, and asset management.

2. As of June 2014, I am the President of Wittington Holdings ("Wittington"). Wittington is a national multifamily and mixed-use real estate development company that specializes in the acquisition of, and compliance with, HUD financing. It operates a

Declaration of Alfred Crozier

portfolio of fifteen properties and thousands of multifamily and mixed-use units. I oversee all aspects of investment and operations for Wittington.

3. Alongside Wittington, I served as President of Abby Development and Construction ("Abby") from 2015-2016 where I oversaw the development of multifamily real estate. Prior to Abby, I spent the majority of my career with Pillar Income Asset Management ("Pillar"), as the Executive Vice President of Residential Construction. Pillar is responsible for the residential construction for both Transcontinental Realty Investors, Inc. ("TCI"), and American Realty Investors, Inc. ("ARI"). TCI is the owner of Southern Properties Capital, Inc. ("SPC"). While at Pillar, I oversaw the construction of not less than 21 projects, including two SPC projects.

4. Prior to Pillar, I worked at Westchase Construction LTD., as Vice President, Brisben Development as Senior Vice President, Trammel Crow Residential as President of Construction, and the Finger Companies as President of Construction.

5. In my career, I have overseen the acquisition, development, and asset management of hundreds of real estate investments, including thousands of apartment units across the United States. Many of the projects I have overseen involved HUD financing, and I am familiar with and have experience with all aspects of HUD financing and HUD rules and regulations for multi-family housing.

6. I have not been previously involved with the two SPC apartment projects at issue: Parc at Windmill Farms Apartments ("Parc at Windmill Farms") or Bellwether Ridge Apartments ("Bellwether").

7. With respect to Parc at Windmill Farms,, I have reviewed the following documents, among others:

Declaration of Alfred Crozier

(1)    HUD Regulatory Agreement;

(2)    Promissory Note JMJ Development executed in favor of SPC in the principal amount of $7,300,000.00;

(3)    Amended and Restated Pledge and Security Agreement;

(4)    Assignment of Pledge and Security Agreement JMJ Development executed in favor of SPC;

(5)    SPC's October 3, 2022 letter exercising option to convert, with attached check for $100.00 and Agreement for Purchase and Sale;

(6)    SPC's November 3, 2022 letter to Receiver; and

(7)    Receiver's Verified Motion for Appointment of Appraisers, Approval of Appraisals, Approval Hearing, and Approval of Sale of Parc at Windmill Farms.

8.    With respect to Bellwether, I have reviewed the following documents, among others:

(1)    HUD Regulatory Agreement;

(2)    Promissory Note JMJ Development executed in favor of SPC in the principal amount of $3,800,000.00;

(3)    Amended and Restated Pledge and Security Agreement;

(4)    Assignment of Pledge and Security Agreement JMJ Development executed in favor of SPC;

(5)    Agreement for Purchase and Sale dated July 6, 2021;

(6)    SPC's October 3, 2022 letter exercising option to convert, with attached check for $100.00 and First Amendment to the Agreement for Purchase and Sale;

Declaration of Alfred Crozier

(7)    SPC's November 3, 2022 letter to Receiver; and

(8)    Receiver's Verified Motion for Appointment of Appraisers, Approval of Appraisals, Approval Hearing, and Approval of Sale of Parc at Bellwether Ridge.

9.  Based on my review of the documents, it is my opinion that:

(1) Use of third party capital in HUD-financed projects is common.

(2) SPC's loans to JMJ Development were mezzanine loans.

(3) SPC's mezzanine loans to JMJ Development were convertible loans and provided for an absolute right for SPC to convert its mezzanine loans to equity. This right is found in Section 7.15 of the Amended and Restated Pledge and Security Agreement.

(4) I am not aware of a HUD rule or regulation that prohibits the use of convertible loans on HUD-financed projects.

(5) SPC's exercise of its conversion rights is similar in effect to the situation if the owner of Windmill Farms (D4FR, LLC), or the owner of Bellwether (D4DS, LLC), had agreed to sell the project to SPC. HUD permits a developer to sale a HUD-financed property. There are HUD rules that require HUD approval of a sale, but I am not aware of HUD rules that prohibit a developer from agreeing to sale a HUD-financed project.

(6) The transfer of the equity interest to SPC is subject to HUD approval. But I am not aware of any HUD rule that stays or invalidates SPC's exercise of its option to convert its mezzanine loans to equity.

Declaration of Alfred Crozier

10. It is my opinion that SPC's election to convert its mezzanine loans to equity in Parc at Windmill Farms and Bellwether does not violate HUD rules and regulations. HUD approval is needed to transfer of interest that SPC has already started through its election. HUD approval is in many cases ministerial. TCI and/or SPC has obtained HUD approval before on many projects.

11. I have reviewed the HUD Regulatory Agreement, at sections 11(b), 35(a), 35(b) and 35(i). The Receiver argues that these provisions invalidate SPC's exercise of its option to convert its loan to equity without prior HUD approval. I disagree. These provisions of the HUD Regulatory Agreement do not invalidate SPC's exercise of its conversion. SPC's exercise of the conversion is valid, notwithstanding that HUD approval is required for the transfer, which SPC has already started with its election. As stated above, I am aware of no HUD rule or regulation that stays or invalidates SPC's right to exercise its conversion rights.

I declare under penalty of perjury that the foregoing is true and correct."

Executed in Dallas County, State of Texas, on the 9th day of March 2023.

ALFRED CROZIER

# EXHIBIT D

App.939

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CASE NO. 3:22-cv-2118-X |
| TIMOTHY BARTON ET AL., | § § § | |
| Defendants, | § § | |

DECLARATION OF DOUG GRAHAM
IN SUPPORT OF SOUTHERN PROPERTIES CAPITAL, LTD.'S
MOTION FOR INTERVENTION, OPPOSITION TO RECEIVER'S
VERIFIED MOTIONS FOR APPOINTMENT OF APPRAISER,
APPROVAL OF APPRAISERS, APPROVAL OF HEARINGS AND
APPROVAL OF SALES AND BRIEF IN SUPPORT OF COMPLAINT
FOR DECLARATORY RELIEF WITH RESPECT TO PARC AT
WINDMILL FARMS AND BELLWETHER RIDGE

1.      "My name is Doug Graham, I am over the age of twenty-one (21), have never been convicted of a felony or a crime involving moral turpitude, and am fully competent to testify in all respects. My address is _3700 Aransas Dr. Plano, Tx 75025_, and my date of birth is _05/07/1968_. I have personal knowledge of all facts set forth herein. I testify under the penalty of perjury that all facts herein are true and correct.

**Overview**

2.      I have over thirty (30) years of real estate management experience. I currently work for SunRidge Management Group ("SunRidge"). Before I worked for Sunridge, I worked at McDougal Companies for ten (10) years. McDougal Companies is a real estate firm, based in Lubbock, Texas, that provides property management services. At McDougal Companies, my job

title and responsibilities included Manager, Property Supervisor, and, ultimately, Vice-President of Multi-Family.

3.    In 2000, I began my career with SunRidge as Assistant Vice President. I currently hold the position of Executive Vice President. Among my duties as Executive Vice-President, I oversee more than 21,000 apartment units across the United States. I have worked in a variety of markets, with significant experience in lease up and student housing, along with proficiency in mid-rise and high-rise housing.

4.    SunRidge manages 147 communities, spanning 12 states, and 23,221 multifamily units. As the Executive Vice President of SunRidge, I oversee operations, analysis, and strategic planning for all of our communities. This includes the apartment complex referred to as Bellwether Ridge ("Bellwether").

**Bellwether**

5.    Bellwether is multifamily residential property located in Desoto, Texas. It features 150 multifamily units.

6.    SunRidge is the property manager for Bellwether. Sunridge has been the property manager since its inception. Southern Properties Capital, Ltd. ("SPC") is a developer. SunRidge receives a percentage fee from SPC to operate and manage Bellwether. As the property manager, SunRidge collects and deposits rental payments, shows and leases vacant units, handles maintenance requests, and other duties related to operating and maintaining Bellwether.

7.    SunRidge's primary contact at SPC is Brad Kyles ("Kyles"). Kyles is an asset manager with Pillar Income Asset Management's ("Pillar"), which manages SPC. When Kyles acts on behalf of Pillar, he is also acting on behalf of SPC.

Declaration of Doug Graham

8.      I, or others at SunRidge, communicate with Kyles on a daily basis about various properties SunRidge manages for Pillar, including Bellwether. In these daily conversations, SunRidge receives direction from Kyles regarding Bellwether.

9.      Pillar provides SunRidge with money to operate and maintain Bellwether. Bellwether, like all properties that SunRidge manages, has its own separate operating account. The majority of the funds that SunRidge uses to operate and manage Bellwether are derived from rents and security deposits collected from tenants. Through Pillar, SPC has funded Bellwether, too. From its inception, SunRidge has communicated with, and acted at the direction of, SPC, through Pillar.

**Bellwether has not Received Funds or Direction from Barton, Barton-related entities or Barton Investors**

10.     SunRidge receives its directions from SPC, through Pillar, and I am not aware of any instances in which SunRidge received directions from Timothy Barton ("Barton"). To my knowledge, SunRidge has had few communications with Barton. These communications had to do with Bellwether, in a general context. None of these communications involved funding or directions from Timothy Barton.

11.     I am not aware that SunRidge has ever received any funds from Barton related to Bellwether or its operations. I have no knowledge of SunRidge receiving, on account of Bellwether, funds from Barton, a Barton-related entity, or a Barton investor. All funds received by SunRidge on account of Bellwether come from one of two different sources: (1) SPC, through Pillar, (2) rents or security deposits collected from tenants, or (3) while being constructed and during lease-up, from construction loan proceeds.

I declare under penalty of perjury that the foregoing is true and correct."

Declaration of Doug Graham

App.942

DOUG GRAHAM

App.944

# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | CASE NO. 3:22-cv-2118-X |
| TIMOTHY BARTON ET AL., | § § § | |
| Defendants, | § § | |

**DECLARATION OF BRAD KYLES**
**IN SUPPORT OF SOUTHERN PROPERTIES CAPITAL, LTD.'S**
**MOTION FOR INTERVENTION, OPPOSITION TO RECEIVER'S**
**VERIFIED MOTIONS FOR APPOINTMENT OF APPRAISER,**
**APPROVAL OF APPRAISERS, APPROVAL OF HEARINGS AND**
**APPROVAL OF SALES AND BRIEF IN SUPPORT OF COMPLAINT**
**FOR DECLARATORY RELIEF WITH RESPECT TO PARC AT**
**WINDMILL FARMS AND BELLWETHER RIDGE**

1.    My name is Brad Kyles, I am over the age of twenty-one (21), have never been convicted of a felony or a crime involving moral turpitude, and am fully competent to testify in all respects. My address is 2772 Links, The Colony, TX 75056, and my date of birth is 4-30-60. I have personal knowledge of all facts set forth herein. I testify under the penalty of perjury that all facts herein are true and correct.

**Overview**

2.    I have over twenty-five (25) years of professional real estate experience. Prior to joining Pillar Income Asset Management ("Pillar"), I was the Founder and President of Allcoast Financial Services, LLC, a company providing nationwide property preservation and REO repair services for major lenders and holding companies. Before that, I was the Senior Portfolio Manager with JPI Partners, a real estate development company. In that role, I managed their

Declaration of Brad Kyles                                                    Page 1 of 4

App.945

Student Living division. I have also held earlier positions where I oversaw a large property portfolio of multi-family assets.

3.    I am currently Executive Vice President of Residential Operations for Pillar. I oversee all property and asset management activities along with the operating performance of the multi-family portfolio of properties. This consists of over 100 apartment complexes located across 14 states. Parc at Windmill Farms and Bellwether Ridge ("Bellwether") are included in this portfolio.

**Parc at Windmill Farms**

4.    Parc at Windmill Farms is a multifamily residential property located in Forney, Texas. In my role, I routinely interact with Sunchase American ("Sunchase"). Sunchase is a property management group. Sunchase manages Parc at Windmill Farms. In my communications with Sunchase, I, on behalf of Pillar, provide direction to Sunchase regarding the management of Parc at Windmill Farms. No other person or entity, aside from Southern Properties Capital, Ltd. ("SPC") through Pillar, gives direction to Sunchase regarding Parc at Windmill Farms.

5.    Pillar, through SPC, also provides funding to Sunchase to operate and manage Parc at Windmill Farms. The majority of the funds that Sunchase uses to operate and manage Parc at Windmill Farms are derived from rents and security deposits collected from tenants. No money from Timothy Barton ("Barton") has been used to operate and manage Parc at Windmill Farms.

6.    Because Pillar, through SPC, gives direction and funding to Sunchase for Parc at Windmill Farms, Barton does not provide any direction or funding regarding Parc at Windmill Farms. Only Pillar provides direction regarding Parc at Windmill Farms. To this point, all funds for Parc at Windmill Farms come from one of three different sources: (1) SPC, through Pillar, (2)

Declaration of Brad Kyles                                                    Page 2 of 4

rents or security deposits collected from tenants, or (3) while being constructed and during lease-up, from construction loan proceeds.

7.     To my knowledge, the funding Pillar, through SPC, has sent to Sunchase for Parc at Windmill Farms has not included any money from Barton, Barton-related entities, or Barton investors.

**Bellwether**

8.     Bellwether is a multifamily residential property located in Desoto, Texas. It consists of 150 multifamily units. In my role, I routinely interact with SunRidge Management Group ("SunRidge"). SunRidge is a property management group. SunRidge manages Bellwether. In my communications with SunRidge, I, on behalf of Pillar, provide direction to SunRidge regarding the management of Bellwether. No other person or entity, aside from SPC through Pillar, gives direction to SunRidge regarding Bellwether.

9.     Pillar, through SPC, also provides funds to SunRidge to operate and manage Bellwether. The majority of the funds that SunRidge uses to operate and manage Bellwether are derived from rents and security deposits collected from tenants. No money from Barton has been used to operate Bellwether.

10.     Because Pillar, through SPC, gives direction and funding to SunRidge for Bellwether, Barton does not provide any direction or funding regarding Bellwether. Only Pillar provides direction regarding Bellwether. To this point, all funds for Bellwether come from one of three different sources: (1) SPC, through Pillar, (2) rents or security deposits collected from tenants, or (3) while being constructed and during lease-up, from construction loan proceeds.

11.     To my knowledge, the funding Pillar, through SPC, has sent to SunRidge for Bellwether has not included any money from Barton, Barton-related entities, or Barton investors.

Declaration of Brad Kyles                                                      Page 3 of 4

I declare under penalty of perjury that the foregoing is true and correct.

                                                             _____

BRAD KYLES