IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § § | **Evidentiary Hearing Requested** |
| CARNEGIE DEVELOPMENT, LLC | § | |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § | |

**APPENDIX IN SUPPOT OF DEFENDANT BARTON'S**
<u>**RESPONSE TO RECEIVER'S THREE MOTIONS TO SELL REALTY**</u>

Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*admitted to N.D. Tex.*)
medney@huntonak.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 (*admitted pro hac vice*)
mdingman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW

Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

Ted A. Huffman
State Bar No. 24089015
thuffman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

**COUNSEL FOR TIMOTHY LYNCH BARTON**

## CERTIFICATE OF SERVICE

On March 10, 2023, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

/s/ *Michael J. Edney*
Michael J. Edney

## <u>INDEX</u>

PAGE(S)

1.  Certificate of Formation—Polk Street 2023, LLC ....................................................App. 002

2.  Certificate of Formation—Windmill Farms 2023, LLC .........................................App. 005

3.  Certificate of Formation—Palmetto Capital Partners, LLC ...................................App. 008

4.  Certificate of Formation—i3 Interests, LLC...........................................................App. 011

# Exhibit A



Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300

**Certificate of Formation
Limited Liability Company**

**Filed in the Office of the
Secretary of State of Texas
Filing #: 804928479 02/15/2023
Document #: 1222661320002
Image Generated Electronically
for Web Filing**

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

## POLK STREET 2023, LLC

### Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

**Capitol Corporate Services, Inc.**

OR

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**1501 S. MoPac Expy, Suite 220    Austin  TX  78746**

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

OR

☑B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☑A. The limited liability company is to be managed by managers.

OR

☐B. The limited liability company will not have managers. Management of the company is reserved to the members.
The names and addresses of the governing persons are set forth below:

Manager 1: (Business Name) **I3 Interests, LLC**

Address: **9230 Katy Freeway, Suite 500    Houston  TX, USA  77055**

Manager 2: (Business Name) **Palmetto Capital Partners, LLC**

Address: **4849 Greenville Avenue, Suite 100-146    Dallas  TX, USA  75206**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

APP2

[The attached addendum, if any, is incorporated herein by reference.]

## Initial Mailing Address

Address to be used by the Comptroller of Public Accounts for purposes of sending tax information.

The initial mailing address of the filing entity is:

**4849 Greenville Avenue, Suite 100-146**
**Dallas, TX 75206**
**USA**

## Organizer

The name and address of the organizer are set forth below.

**Lauren Osterman        700 N. Pearl Street, Suite 1610, Dallas, Texas 75201**

## Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

### OR

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Lauren Osterman**

Signature of Organizer

**FILING OFFICE COPY**

APP3

APP4

# Exhibit B



| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $300 | **Certificate of Formation**<br>**Limited Liability Company** | **Filed in the Office of the**<br>**Secretary of State of Texas**<br>**Filing #: 804928483 02/15/2023**<br>**Document #: 1222661320003**<br>**Image Generated Electronically**<br>**for Web Filing** |
| --- | --- | --- |

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

## Windmill Farms 2023, LLC

### Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

## Capitol Corporate Services, Inc.

### OR

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
## 1501 S. MoPac Expy, Suite 220   Austin  TX  78746

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

### OR

☑B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☑A. The limited liability company is to be managed by managers.

### OR

☐B. The limited liability company will not have managers. Management of the company is reserved to the members. The names and addresses of the governing persons are set forth below:

Manager 1: (Business Name) **I3 Interests, LLC**

Address: **9230 Katy Freeway, Suite 500   Houston  TX, USA  77055**

Manager 2: (Business Name) **Palmetto Capital Partners, LLC**

Address: **4849 Greenville Avenue, Suite 100-146   Dallas  TX, USA  75206**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

APP5

[The attached addendum, if any, is incorporated herein by reference.]

### Initial Mailing Address

Address to be used by the Comptroller of Public Accounts for purposes of sending tax information.

The initial mailing address of the filing entity is:

**4849 Greenville Avenue, Suite 100-146**
**Dallas, TX 75206**
**USA**

### Organizer

The name and address of the organizer are set forth below.

**Lauren Osterman**         **700 N. Pearl Street, Suite 1610, Dallas, Texas 75201**

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

### OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Lauren Osterman**

Signature of Organizer

**FILING OFFICE COPY**

APP6

# Exhibit C

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300



**Certificate of Formation
Limited Liability Company**

**Filed in the Office of the
Secretary of State of Texas
Filing #: 804544811 04/28/2022
Document #: 1144178600002
Image Generated Electronically
for Web Filing**

---

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

### Palmetto Capital Partners, LLC

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

**Name:**
**Collin    Cooper**

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**15305 Leavalley    Dallas  TX  75248-75248**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

OR

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☑ A. The limited liability company is to be managed by managers.

OR

☐ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

| Manager 1: **Collin    Cooper** | Title: **Manager** |
|---|---|

Address: **15305 Leavalley    Dallas  TX, USA  75248**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

APP8

[The attached addendum, if any, is incorporated herein by reference.]

**Initial Mailing Address**

Address to be used by the Comptroller of Public Accounts for purposes of sending tax information.

The initial mailing address of the filing entity is:

**15305 Leavalley**
**Dallas, TX 75248**
**USA**

**Organizer**

The name and address of the organizer are set forth below.

**Collin Cooper**        **15305 Leavalley Drive, Dallas, Texas 75248**

**Effectiveness of Filing**

☐A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☑B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is: **May 6, 2022**

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Collin Cooper**

Signature of Organizer

**FILING OFFICE COPY**

APP9

# Exhibit D

F I L E D
In the Office of the
Secretary of State of Texas

MAR 1 3 2014

Corporations Section

## CERTIFICATE OF FORMATION
### OF
### I3 Interests, LLC
#### (a Texas limited liability company)

I, the undersigned natural person of the age of eighteen (18) years or more, being a citizen of the State of Texas, acting as an organizer of a limited liability company under the Texas Business Organizations Code (the "Act"), do hereby adopt the following Certificate of Formation for such limited liability company:

### ARTICLE I
### ENTITY NAME AND TYPE

The filing entity being formed is a limited liability company. The name of the entity is "I3 Interests, LLC".

### ARTICLE II
### REGISTERED AGENT AND REGISTERED OFFICE

The initial registered agent is an individual resident of the state whose name is Rene Joubert. The business address of the registered agent and the registered office address is I3 Interests, LLC, 15003 Mills Station Court, Cypress, Texas 77429.

### ARTICLE III
### GOVERNING AUTHORITY

The Company will not have managers. The Company will be governed by its members, and the name and address of the initial member is Rene Joubert, 15003 Mills Station Court, Cypress, Texas 77429.

### ARTICLE IV
### PURPOSE

The purpose for which the limited liability company is organized is to transact any or all lawful business for which limited liability companies may be organized under the Act.

### ARTICLE V
### ORGANIZER

The name and address of the organizer of the limited liability company is as follows:

Darrell W. Taylor
Jones Day
717 Texas, Suite 3300
Houston, TX 77002

RECEIVED

MAR 13 2014
Secretary of State

APP11

## ARTICLE VI
## <u>EFFECTIVENESS OF FILING</u>

This document becomes effective when the document is filed by the Secretary of State.

IN WITNESS WHEREOF, I have hereunto set my hand this 13th day of March, 2014.

Darrell W. Taylor
Organizer

HUI-166132v2

APP12