**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff*, | § § § | |
| **v.** | § § | No. 3:22-cv-2118-X |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § § § | |
| *Relief Defendants*. | § § | |

**ORDER GRANTING RECEIVER'S MOTION TO
CONTINUE HEARING REGARDING APPROVAL OF SALES OF PARC AT
WINDMILL FARMS AND BELLWETHER RIDGE, AND MOTION TO STAY
SOUTHERN PROPERTIES' MOTION TO INTERVENE**

On this date, the Court considered the Receiver' Motion to Continue the hearing scheduled

for March 20, 2023 at 2:00 to consider approval the sales of the Parc at Windmill Farms and

Bellwether Ridge, and Motion to Stay Southern Properties Capital, Ltd.'s Motion to Intervene and

Complaint in Intervention.  The Motion is GRANTED.

No later than 28 days from the date of this Order, the Receiver shall file a motion for summary judgment regarding the Receivership Entities' ownership of and/or entitlement to the proceeds of the sales of each of the three properties in which Southern Properties claims an adverse or competing interest. Southern Properties' Response if any, shall be filed no later than 21 days after the Receiver's Motion.  The Receiver's further Reply, if any, shall be filed 14 days following the Response.

The hearing to consider the proposed sales of the Parc at Windmill Farms and Bellwether Ridge is CONTINUED as to those properties.  The hearing will proceed as scheduled with respect to the "Amerigold Suites."

The Court hereby STAYS briefing deadlines related to and consideration of Southern Properties' Motion to Intervene and Complaint in Intervention pending resolution of the summary judgment issues.

SO ORDERED this _____ day of _____, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT COURT JUDGE