**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | **CASE NO. 3:22-cv-2118-X** |
| **TIMOTHY BARTON ET AL.**, | § § § | |
| Defendants, | § | |

**SOUTHERN PROPERTIES CAPITAL, LTD.'S OPPOSITION TO RECEIVER'S
MOTION TO CONTINUE HEARING REGARDING APPROVAL OF SALES OF PARC
AT WINDMILL FARMS AND BELLWETHER RIDGE, AND MOTION TO STAY
SOUTHERN PROPERTIES' MOTION TO INTERVENE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE BRANTLEY STARR:

Southern Properties Capital, Ltd. ("SPC") files this Opposition to Receiver's Motion to

Continue Hearing Regarding Approval of Sales of Parc at Windmill Farms and Bellwether Ridge

and Motion to Stay Southern Properties' Motion to Intervene ("Opposition") and for its Opposition

states as follows:

## I.    <u>FACTUAL BACKGROUND</u>

To say the least, Southern Properties Capital, Ltd. ("SPC") is in a state of confusion.  As recently as one week ago, the Receiver in this matter vehemently opposed any extension of deadlines in this matter on the grounds that the ownership of real estate developments known as Parc at Windmill Farms and Bellwether Ridge should be decided no later than March 20, 2023.  In Receiver's Motion to Continue, however, the Receiver has reversed its position and seeks to extend the decision on ownership of these properties by several weeks.  SPC is prepared to defend its property interests in these developments at the earliest possible date and opposes the Receiver's indecision and delay.

On February 22, 2023, .the Receiver filed two motions: (1) Receiver's Verified Motion for Appointment of Appraisers, Approval of Appraisals, Approval of Hearing, and Approval of Sale of Parc at Windmill Farms [ECF 161]; and (2) Receiver's Verified Motion for Appointment of Appraisers, Approval of Appraisals, Approval of Hearing, and Approval of Sale of Bellwether Ridge [ECF 164] (the "Receiver's Motions").  Based on the Receiver's insistence on an expedited process and decision, the Court issued an order requiring SPC to respond to the Receiver's Motions no later than March 10, 2023 and setting the hearing on these matters to take place on March 20, 2023. [ECF 169].

Subsequently, SPC filed a motion seeking to continue the response and hearing dates in order to permit SPC adequately to defend its ownership interest in the properties.  The request for extension was firmly opposed by the Receiver.  Based on the Receiver's opposition to the motion, the Court declined to provide SPC with additional time to vindicate its rights. [ECF 175].

Based on the Court's March 7, 2023 order [ECF 175], SPC rapidly, but thoroughly, prepared Southern Properties Capital, Ltd.'s Motion for Intervention, Opposition to Receiver's Verified Motions for Appointment of Appraiser, Approval of Appraisers, Approval of Hearings and Approval of Sales and Brief in Support of Complaint for Declaratory Relief with Respect to Parc at Windmill Farms and Bellwether Ridge ("Opposition to Receiver's Motion") and five related Appendices [ECF 179-83], and Southern Properties Capital, Ltd.'s Complaint in Intervention [ECF 184]. As directed by the Court, each of these documents was filed on March 10, 2023.

On March 14, 2023, counsel for SPC received a telephone call from counsel for the Receiver. After reviewing the documents filed by SPC, counsel for the Receiver apparently concluded that it was incapable of supporting the Receiver's position at the hearing scheduled for March 20, 2023. After having rejected SPC's request that the deadlines be continued, the Receiver now wished to extend the briefing and hearing process by at least several weeks. SPC has completed its briefing and now wishes to establish and confirm its right to ownership of Windmill Farms and Bellwether Ridge at the earliest possible date. SPC informed the Receiver's counsel of its position. Now, the Receiver has filed the Receiver's Motion, seeking the same relief it denied to SPC one week ago.

## II.   ARGUMENT AND AUTHORITIES

As SPC notes several times in its Opposition to Receiver's Motion, SPC has the utmost respect for the role of the Receiver in seeking to marshal and conserve assets for the benefit of defrauded investors. As the Opposition to the Receiver's Motion makes abundantly clear, however, neither Windmill Farms nor Bellwether Ridge are Receivership Assets and these real

estate developments are clearly 100% the property of SPC.  SPC should have the opportunity to vindicate its rights to these real estate developments without delay.  On the other hand, the Receiver, having adamantly supported an expedited briefing schedule and hearing date, should be prepared to present his evidence that the properties are not owned by SPC.

As SPC established in its Opposition to the Receiver's Motion, SPC is not a Defendant or Relief Defendant in this matter.  Nor is SPC a Receivership Entity.  Moreover, neither Windmill Farms nor Bellwether are Receivership Assets.  No funds obtained from defrauded investor were used in these developments.

Indeed, the evidence of SPC's ownership of Windmill Farms and Bellwether Ridge is simply not subject to dispute.  As reflected in the plethora of evidence present in SPC's Opposition to the Receiver's Motion and accompanying Appendices, SPC was not merely a lender to these developments.  Rather, these developments are SPC investments.  SPC oversaw every stage of these real estate projects and earned its ownership in the developments.  Moreover, SPC bargained for its 100% equity ownership and is entitled to retain its property rights in the projects.

Having established its rights beyond peradventure, SPC should have its hearing on the issue on March 20, as mandated by the Court and initially demanded by the Receiver.  Moreover, the decision in this matter is not only vital to SPC, but to the owners of publicly traded shares its parent, Transcontinental Investors, Inc. ("TCI").  The rights of these TCI shareholders should also be vindicated at the earliest possible date.  Accordingly, SPC requests that the Court require the Receiver to file its Reply by March 17, 2023, as ordered, and that the Receiver and SPC be permitted to present their opposing contentions during the hearing scheduled to take place on March 20, 2023 at 2:00 p.m.

## III.   CONCLUSION

For the reasons set forth herein, Southern Properties Capital, Ltd. respectfully requests that the Court DENY the Receiver's Motion to Continue Hearing Regarding Approval of Sales of Parc at Windmill Farms and Bellwether Ridge, and Motion to Stay Southern Properties' Motion to Intervene.

RESPECTFULLY SUBMITTED BY:

/s/ *C. Gregory Shamoun*
**C. GREGORY SHAMOUN**
Co-Lead Counsel State
Bar No. 18089650
g@snlegal.com
**BRIAN K. NORMAN**
Co-Lead Counsel State
Bar No. 00797161
bkn@snlegal.com
**SHAMOUN & NORMAN, LLP**
1800 Valley View Lane, Suite 200
Farmers Branch, Texas 75234
Telephone (214) 987-1745
Facsimile: (214) 521-9033

**ATTORNEYS     FOR     SOUTHERN PROPERTIES CAPITAL, LTD**

## CERTIFICATE OF SERVICE

 I hereby certify that on March 15, 2023, I filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, Dallas Division using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

/s/ J. Blair Norris
**J. BLAIR NORRIS**