Howard Marc Spector
TBA#00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

**ATTORNEY FOR**
**TAMAMOI, LLC AND 3820 ILLINOIS, LLC**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE** | § | |
| **COMMISSION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CASE NO. 3:22-cv-2118-X** |
| **v.** | § | |
| | § | |
| **TIMOTHY BARTON, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE

Tamamoi, LLC and 3820 Illinois, LLC hereby request that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon their attorney:

Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

This request encompasses all notices, copies and pleadings including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affects or seeks to affect the above case.

-1-

Submitted on March 16, 2023.

/s/   *Howard Marc Spector*
Howard Marc Spector
TBA #00785023
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

ATTORNEY FOR
TAMAMOI, LLC AND 3820 ILLINOIS,
LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, I filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, Dallas Division using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

/s/  *Howard Marc Spector*
Howard Marc Spector