IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| TIMOTHY LYNCH BARTON CARNEGIE | § | |
| DEVELOPMENT, LLC. | § | |
| WALL007, LLC | § | |
| WALL009, LLC | § | CIVIL ACTION NO. 3:22-cv-2118 |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FUR (aka MICHAEL FU) | § | |
| STEPHEN T. WALL, | § | |
| | § | |
| *Defendants*, | § | |
| DJD LAND PARTNERS, LLC LDG001, LLC, | § | |
| | § | |
| *Relief Defendants.* | § | |

## NOTICE OF APPEARANCE

Matthias Kleinsasser of Winstead PC submits this Notice of Appearance as counsel for Interested Party Vertical Street Ventures, LLC in this matter.  Mr. Kleinsasser is admitted to practice in this Court.  Mr. Kleinsasser requests that he be listed on the docket sheet as counsel for Vertical Street Ventures, LLC and that a copy of all pleadings, motions, discovery, orders, correspondence, and other documents required to be served upon Vertical Street Ventures, LLC be served upon Mr. Kleinsasser at the address below.  Mr. Kleinsasser also requests that his

email address, mkleinsasser@winstead.com, be added to the distribution list for ECF notices related to this case:

>       Matthias Kleinsasser
>       Winstead PC
>       300 Throckmorton Street, Suite 1700
>       Fort Worth, Texas 76102
>       (817) 420-8200
>       (817) 420-8201 (Fax)

Dated: March 17, 2023.

Respectfully submitted,

**WINSTEAD PC**

By: */s/ Matthias Kleinsasser*
    Matthias Kleinsasser
    Texas State Bar No. 24071357
    mkleinsasser@winstead.com
    300 Throckmorton Street, Suite 1700
    Fort Worth, Texas 76102
    (817) 420-8200
    (817) 420-8201 (Fax)

    and

    Joe Wielebinski
    Texas State Bar No. 21432400
    jwielebinski@winstead.com
    2728 N. Harwood Street
    Dallas, Texas 75201
    (214) 745-5400
    (214) 745-5390 (Fax)

**ATTORNEY FOR INTERESTED PARTY VERTICAL STREET VENTURES, LLC**

---

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2023 a true and correct copy of the foregoing Notice of Appearance was served through ECF filing on all persons receiving electronic notice in this case.

*/s/ Matthias Kleinsasser*
Matthias Kleinsasser
