**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

**APPENDIX IN SUPPORT OF RECEIVER'S REPLY TO BARTON'S OBJECTION
REGARDING MOTION FOR APPOINTMENT OF APPRAISERS, APPROVAL OF
APPRAISALS, APPROVAL HEARING, AND APPROVAL OF SALE OF PARC AT
WINDMILL FARMS, BELLWETHER RIDGE, AND AMERIGOLD SUITES**

– 1 –

– 2 –

Respectfully submitted,


By: /s/ Charlene C. Koonce
   Cortney C. Thomas
     Texas Bar No. 24075153
     cort@brownfoxlaw.com
   Charlene C. Koonce
     Texas Bar No. 11672850
     charlene@brownfoxlaw.com
   Timothy B. Wells
     Texas Bar No. 24131941
     tim@brownfoxlaw.com
   BROWN FOX PLLC
   8111 Preston Road, Suite 300
   Dallas, TX  75225
   Tel. 214.327.5000
   Fax. 214.327.5001


## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

/s/ Charlene C. Koonce
Charlene C. Koonce

– 3 –

| EXHIBIT | DESCRIPTION | APP PAGES |
|:---:|---|:---:|
| A | Notice of proposed sales and hearing in *Dallas Morning News* on March 8 and March 12, 2023 | APP000001-000002 |
| B | Timothy Barton LinkedIn posts | APP000003-000018 |

# EXHIBIT A

APP000001

3/8/23, 8:26 AM                                    Legal Notices - The Dallas Morning News

# The Dallas Morning News

ePaper    Subscribe    Sign In

**Home**    News    **Business**    **Sports**    **Entertainment**    **Arts & Life**    **Opinion**    **Obits**    **Marketplace**    **DMNstore**

Communities    Crime    Education    Investigations    State    Nation/World    Politics    Videos

Search

Account Logoff

**NOTICE OF SALE AND HEARING CORT THOMAS, AS THE**

Notice of Sale and Hearing

Cort Thomas, as the court-appointed Receiver of the assets of several entities controlled by Timothy Barton, including D4DS, LLC, D4FR, LLC, and Goldmark Hospitality LLC hereby gives notice that on March 20, 2023 at 2 p.m., the United States District Court for the Northern District of Texas will consider three property sales: the sale of 841 S. Polk Street, DeSoto, Texas for $27,000,000; the sale of 1003 Windmill Farms Boulevard, Forney, Texas for $51,000,000; and the sale of 13636 Goldmark Drive, Dallas, Texas for $5,500,000. The hearing will be conducted in-person at the United States District Courthouse, Courtroom 1525, 1100 Commerce St., Dallas, TX 75242-1310. Bona fide offers which exceed the sale amount by at least 10% may be sent to the Receiver prior to the hearing by fax at 214-327-5001. For more information or for details for participating in the hearing, contact the Receiver at 214-327-5001.

| Attachment 1 | Attachment 2 |
|---|---|
| No Attachment Uploaded | No Attachment Uploaded |
| ADD  HELP | ADD  HELP |

Appeared in: *The Dallas Morning News* on 03/08/2023 and 03/12/2023

Printer-friendly version          E-mail to a friend

Home

*Powered by* myPublicNotices.com

About Us | Careers | Advertise | Subscribe | Contact Us | Privacy Policy | Terms of Service | My Account | FAQ

©2019, The Dallas Morning News Inc. All Rights Reserved.

APP000002

# EXHIBIT B

APP000003



https://www.linkedin.com/in/tim-barton-69317811/                    03.13.2013

APP000004



APP000005



APP000006

–4–



–5–



APP000008

## Enoch Portfolio

# Enoch Investments LLC
# Multi-Family Portfolio

### Parc @ Windmill Farms



### Bellwether Ridge



### Parc @ Ingleside



### Parc @ Opelika



Page 7 of 12

https://www.linkedin.com/in/tim-barton-69317811/                    03.13.2013

–6–

**APP000009**

## Enoch Financial Summary

### Enoch Investments Summary:

Enoch Investments LLC owns four multi-family properties, with an as stabilized value at $200MM+ and net equity in the $100MM+ range as shown in detail below. All these properties have HUD loans with 40-year, low interest, non-recourse loan, which is only provided to strong, highly experienced Sponsors.

| Project Entity | Enoch % Ownership | Property Name/Address | Description/# Units | Date Opened |
|---|---|---|---|---|
| D4FR LLC | 100% | Parc @ Windmill Farms; Forney, TX | 273 | November 2019 |
| D4DS LLC | 100% | Bellwether Ridge; DeSoto, TX | 150 | June 2019 |
| D4IN LLC | 100% | Parc @ Ingleside; Ingleside, TX | 192 | May 2021 |
| D4OP LLC | 100% | Parc @ Opelika; Opelika, Alabama | 168 | June 2022 |
| TOTALS: | | | 783 | |

| Property Name/Address | Current Loan Balance | Maturity | Current NOI or HUD 1st Year Proforma | Debt Service | DSCR | Net CF |
|---|---|---|---|---|---|---|
| Parc @ Windmill Farms; Forney, TX | $35,388,611 | 2/1/2060 | $2,950,143 | $1,688,863 | 1.75 | $1,261,280 |
| Bellwether Ridge; DeSoto, TX | $17,995,079 | 6/1/2059 | $1,618,664 | $854,622 | 1.89 | $764,042 |
| Parc @ Ingleside; Ingleside, TX | $25,010,224 | 8/1/2061 | $1,641,445 | $1,187,896 | 1.38 | $453,549 |
| Parc @ Opelika; Opelika, Alabama | $23,661,300 | 11/1/2062 | $1,391,224 | $1,096,767 | 1.27 | $294,457 |
| TOTALS: | $102,055,214 | | $7,601,476 | $4,828,148 | 1.57 | $2,773,328 |

| Property Name/Address | Stabilized NOI | DSCR on Stabilized NOI | Net CF on Stabilized NOI | Basis of Value | Value | LTV | Net Equity Value |
|---|---|---|---|---|---|---|---|
| Parc @ Windmill Farms; Forney, TX | $3,097,650 | 1.83 | $1,408,787 | | $77,441,254 | 46% | $42,052,643 |
| Bellwether Ridge; DeSoto, TX | $1,699,597 | 1.99 | $844,975 | | $42,489,917 | 42% | $24,494,838 |
| Parc @ Ingleside; Ingleside, TX | $2,020,423 | 1.70 | $832,527 | NOI @ 4.0% Cap Rate | $50,510,575 | 50% | $25,500,351 |
| Parc @ Opelika; Opelika, Alabama | $1,843,569 | 1.68 | $746,802 | | $46,089,225 | 51% | $22,427,925 |
| TOTALS: | $8,661,239 | 1.79 | $3,833,091 | | $216,530,971 | 47% | $114,475,757 |

Page 8 of 12

https://www.linkedin.com/in/tim-barton-69317811/                                     03.13.2013

–7–

APP000010

–8–

## Parc @ Windmill Farms



### Parc @ Windmill Farms

- Location – Forney, Texas
- Units – 273
- Date opened – November 2019
- Current loan balance - $35,388,611
- NOI–stabilized - $3,097,650
- Value at 4% cap - $77,441,254
- LTV – 46%
- Net equity value - $42,052,643









Page 9 of 12

https://www.linkedin.com/in/tim-barton-69317811/          03.13.2013

# Bellwether Ridge



## Bellwether Ridge



- Location – Desoto, Texas
- Units – 150
- Date opened – June 2019
- Current loan balance - $17,995,079
- NOI–stabilized - $1,699,597
- Value at 4% cap - $42,489,917
- LTV – 42%
- Net equity value - $24,494,838









Page 10 of 12

APP000012

## Parc @ Ingleside

### Parc @ Ingleside



- Location – Ingleside, Texas
- Units – 192
- Date opened – May 2021
- Current loan balance - $25,010,224
- NOI–stabilized - $2,020,423
- Value at 4% cap - $50,510,575
- LTV – 50%
- Net equity value - $25,500,351







Page 11 of 12

APP000013

## Parc @ Opelika



### Parc @ Opelika

- Location – Opelika, Alabama
- Units – 168
- Date opened – June 2022
- Current loan balance - $23,661,300
- NOI–stabilized - $1,843,569
- Value at 4% cap - $46,089,225
- LTV – 51%
- Net equity value - $22,427,925









Page 12 of 12

https://www.linkedin.com/in/tim-barton-69317811/                     03.13.2013

–11–

APP000014







https://www.linkedin.com/in/tim-barton-69317811/     03.15.2023

–2–

APP000016





## 404 - Page not found

Oops, better check that URL.

