IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, §<br>§<br>   *Plaintiff,* §<br>§<br>v. §<br>§<br>TIMOTHY LYNCH BARTON CARNEGIE §<br>DEVELOPMENT, LLC. §<br>WALL007, LLC §<br>WALL009, LLC §<br>WALL010, LLC §<br>WALL011, LLC §<br>WALL012, LLC §<br>WALL016, LLC §<br>WALL017, LLC §<br>WALL018, LLC §<br>WALL019, LLC §<br>HAOQIANG FUR (aka MICHAEL FU) §<br>STEPHEN T. WALL, §<br>§<br>   *Defendants*, §<br>DJD LAND PARTNERS, LLC LDG001, LLC, §<br>§<br>   *Relief Defendants.* § | CIVIL ACTION NO. 3:22-cv-2118 |

## NOTICE OF APPEARANCE

Joe Wielebinski of Winstead PC submits this Notice of Appearance as counsel for Interested Party Vertical Street Ventures, LLC in this matter. Mr. Wielebinski is admitted to practice in this Court. Mr. Wielebinski requests that he be listed on the docket sheet as counsel for Vertical Street Ventures, LLC and that a copy of all pleadings, motions, discovery, orders, correspondence, and other documents required to be served upon Vertical Street Ventures, LLC be served upon Mr. Wielebinski at the address below. Mr. Wielebinski also requests that his

email address, jwielebinski@winstead.com, be added to the distribution list for ECF notices related to this case:

> Joe Wielebinski
> Winstead PC
> 2728 N. Harwood Street
> Dallas, Texas 75201
> (214) 745-5400
> (214) 745-5390 (Fax)

Dated: March 20, 2023.

Respectfully submitted,

**WINSTEAD PC**

By:  */s/ Joe Wielebinski*
Joe Wielebinski
Texas State Bar No. 21432400
jwielebinski@winstead.com
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400
(214) 745-5390 (Fax)

and

Matthias Kleinsasser
Texas State Bar No. 24071357
mkleinsasser@winstead.com
300 Throckmorton Street, Suite 1700
Fort Worth, Texas 76102
(817) 420-8200
(817) 420-8201 (Fax)

**ATTORNEY FOR INTERESTED PARTY VERTICAL STREET VENTURES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023 a true and correct copy of the foregoing Notice of Appearance was served through ECF filing on all persons receiving electronic notice in this case.

*/s/ Joe Wielebinski*
Joe Wielebinski