IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § § § | |
| *Relief Defendants*. | § § | |

## ORDER GRANTING
## RECEIVER'S MOTION TO COMPEL

On this date, the Court considered the Receiver's Motion to Compel. The Court finds that the Motion should be granted.

ACCORDINGLY, it is hereby **ORDERED** that within five (5) days of the date of this Order, Hunton Andrews Kurth LLP shall provide the following information and documents to the Receiver:

– 1 –

– 2 –

1. An accounting of all assets or security interests the Attorneys received from or for the benefit of Barton;

2. A sworn statement identifying the source of the monies and collateral received from or for the benefit of Barton and describing the due diligence conducted to ensure the monies or security interests received were not subject to the Receivership Order as Receivership Assets;

3. Copies of any documents evidencing payments or security agreements received from or for the benefit of Barton.

**IT IS FURTHER ORDERED**, that within ten days from the date of this Order, the Attorneys shall pay the Receiver the amount of $1,500.00 as compensatory sanctions.

**DATED:** _____

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE