IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON CARNEGIE DEVELOPMENT, LLC WALL007, LLC WALL009, LLC WALL010, LLC WALL011, LLC WALL012, LLC WALL016, LLC WALL017, LLC WALL018, LLC WALL019, LLC HAOQIANG FU (a/k/a MICHAEL FU) STEPHEN T. WALL | § § § § § § § § § § § § § § § | |
| Defendants, | § § | |
| DJD LAND PARTNERS, LLC LDG001, LLC | § § § | |
| Relief Defendants. | § § | |

**DEFENDANT TIMOTHY BARTON'S MOTION FOR LEAVE
TO FILE SURREPLY TO THE RECEIVER'S REPLY [ECF NO. 166]
TO MOTION TO COMPEL [ECF NO. 133]**

Defendant Timothy L. Barton files this Motion for Leave to File a Surreply to the

Receiver's Reply [ECF No. 166] to his Motion to Compel Documents and Information, Request

for Sanctions, or Alternatively, Motion for Show Cause Hearing [ECF No. 133] ("Motion").

"The purpose of a reply brief . . . is to rebut the nonmovant[s'] response, thereby persuading

the court that the movant is entitled to the relief requested by the motion." *Pennsylvania Gen. Ins.*

- 1 -

*Co. v. Story*, No. CIV.A.3:03CV0330-G, 2003 WL 21435511, at *1 (N.D. Tex. June 10, 2003) (quoting prior local rules).  "[T]he Court should not consider arguments raised for the first time in a Reply brief," unless, for example, "the court affords [the nonmovant] the opportunity to respond to the new argument."  *Blanchard & Co. v. Heritage Cap. Corp.*, No. CIV.A.3:97-CV-0690-H, 1997 WL 757909, at *1 (N.D. Tex. Dec. 1, 1997).

In his Reply, the Receiver raises several new points and, most notably, embeds an entirely new request for relief in the middle of his Reply, by which he asks this Court to enter a binding new privilege protocol and order costs against Mr. Barton.  *See* Reply at 5–9.  The Receiver made no effort to confer with Mr. Barton prior to doing so.

Mr. Barton thus seeks to file a surreply to address the new relief sought by the Receiver in his Reply, as well as to respond to other issues raised in the Receiver's Reply.

Accordingly, Mr. Barton respectfully requests that the Court grant the instant motion and permit him to file his proposed surreply, filed contemporaneously with this motion.

Dated: March 23, 2023                    Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 *(Admitted to NDTX)*
medney@huntonak.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 *(admitted pro hac vice)*
mdingman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

Ted A. Huffman
State Bar No. 24089015
thuffman@huntonak.com

- 3 -

**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

**COUNSEL FOR TIMOTHY LYNCH BARTON**

## CERTIFICATE OF SERVICE

On March 23, 2023, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*
Michael J. Edney

- 3 -

126068.0000001 DMS 301547225