IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON CARNEGIE DEVELOPMENT, LLC WALL007, LLC WALL009, LLC WALL010, LLC WALL011, LLC WALL012, LLC WALL016, LLC WALL017, LLC WALL018, LLC WALL019, LLC HAOQIANG FU (a/k/a MICHAEL FU) STEPHEN T. WALL | § § § § § § § § § § § § § § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC LDG001, LLC | § § § | |
| *Relief Defendants.* | § | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE SURREPLY

Before the Court is Defendant Timothy Barton's Motion for Leave to File Surreply to the Receiver's Reply [ECF No. 166] to Motion to Compel [ECF No. 133]. After consideration, the Motion for Leave is **GRANTED**.

Defendant Barton's Surreply, attached as Exhibit A to his Motion for Leave, is hereby deemed filed as of the date of this Order. The Clerk of Court is directed to file a copy of the Surreply as a new entry in the docket of this case.

-2-

**IT IS SO ORDERED** this _____ day of March, 2023.

_____

HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

-2-

126068.0000001 DMS 301638632