### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **No. 3:22-CV-2118-X** |
| **TIMOTHY LYNCH BARTON** **CARNEGIE DEVELOPMENT, LLC** **WALL007, LLC** **WALL009, LLC** **WALL010, LLC** **WALL011, LLC** **WALL012, LLC** **WALL016, LLC** **WALL017, LLC** **WALL018, LLC** **WALL019, LLC** **HAOQIANG FU (a/k/a MICHAEL FU)** **STEPHEN T. WALL** | § § § § § § § § § § § § § § § | |
| *Defendants,* | § § | |
| **DJD LAND PARTNERS, LLC** **LDG001, LLC** | § § § | |
| *Relief Defendants.* | § | |

### ORDER DIRECTING THE PARTIES TO MEET
### AND CONFER OVER TERMS OF PRIVILEGE PROTOCOL

The Court has considered the Receiver's Motion to Compel Documents and Information, Request for Sanctions, or Alternatively, Motion for Show Cause Hearing. In briefing that motion, the Receiver proposed a privilege protocol in the Receiver's reply brief. Noting that both parties seek a protocol, but that Defendant Barton opposes the Receiver's proposed protocol, the Court **DENIES** the Receiver's motion as it relates to the proposed privilege protocol, and **ORDERS** the following.

The parties shall meet and confer to discuss the terms of a privilege protocol.  No later than 10 days from the date of this Order, the parties shall file with the Court either an agreed proposed protocol or an account of specifically identified issues regarding the terms of that protocol that require judicial resolution.

**IT IS SO ORDERED** this _____ day of March, 2023.

_____
HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

126068.0000001 DMS 301637966