UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    *Plaintiff,*

v.

TIMOTHY BARTON, et al.

    *Defendants,*

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

    *Relief Defendants.*

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No. 3:22-CV-2118-X

## ORDER GRANTING MOTION TO APPROVE SALE

Before the Court is the Receiver's Motion for Appointment of Appraisers, Approval of Appraisals, Approval Hearing, and Approval of Sale of Amerigold Suites [Doc. No. 167], which the Court previously granted in part.[1]

At the conclusion of the hearing before the Court on March 20, 2023, and for the reasons stated at the hearing, the Court made the following findings. First, the proposed sale satisfies all statutory requirements: the Receiver published notice of the sale, the proposed sale price exceeds two-thirds of the appraised value, and the Receiver received no competing offers.[2] Second, the proposed sale is in the best interest of the Receivership.

---

[1] Doc. No. 197.

[2] 28 U.S.C. § 2001(b).

1

In light of these findings, the Court **GRANTS** the Receiver's motion for sale of the Property.  The Court additionally **AUTHORIZES** the Receiver to sell and to convey title to the Amerigold Suites free and clear of mortgages, liens, claims and encumbrances, after paying all secured lienholders in accordance with contractual terms.

**IT IS SO ORDERED,** this 29th day of March, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE