## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § | |

## ORDER

On this date, the Court considered the Receiver's Response to Southern Properties Capital, Ltd.'s Motion for Intervention, Complaint in Intervention, and Renewed Motion to Stay. The Court having considered the Response, hereby **STAYS** the Motion for Intervention [Dkt. 177] and Complaint in Intervention [Dkt. 184].

SO ORDERED this _____ day of _____, 2023.

BRANTLEY STARR
UNITED STATES DISTRICT COURT JUDGE