**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| *Plaintiff,* | § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON CARNEGIE DEVELOPMENT, LLC WALL007, LLC WALL009, LLC WALL010, LLC WALL011, LLC WALL012, LLC WALL016, LLC WALL017, LLC WALL019, LLC HAOQIANG FU (a/k/a MICHAEL FU) STEPHEN T. WALL | § § § § § § § § § § § § § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC LDG001, LLC | § § | |
| *Relief Defendants.* | § § § | |

**NON-PARTY HUNTON ANDREWS KURTH LLP'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO RECEIVER'S VERIFIED MOTION TO COMPEL DOCUMENTS AND INFORMATION FROM ATTORNEYS AND <u>REQUEST FOR SANCTIONS</u>**

Non-Party Hunton Andrews Kurth LLP ("Hunton") enters an appearance on its own behalf for the limited purpose of filing  this Unopposed Motion for Extension of Time to Respond to Receiver's Verified Motion to Compel Documents and Information from Attorneys and Request for Sanctions (the "Motion") [Dkt. 199], and it respectfully would show the Court as follows:

Without serving a subpoena, the Receiver filed the Motion on March 21, 2023 seeking to compel Hunton to produce certain financial information and documents to the Receiver.  The Motion also seeks sanctions against Hunton.  Counsel for Hunton and the Receiver have agreed to a three-week extension – until May 2, 2023 – for Hunton to file its response to the Motion, so that Hunton and the Receiver may continue to confer on the issues raised in the Motion.  Accordingly, Hunton respectfully requests that the Court enter an order extending the time by which Hunton must file its response to the Motion.

WHEREFORE, PREMISES CONSIDERED, Hunton respectfully requests that the Court grant this motion and enter an order extending the time by which Hunton must respond to the Motion until May 2, 2023.

Dated: April 11, 2023                                    Respectfully submitted,

By:    */s/Greg Waller*
       Greg Waller
       Texas Bar No. 00794813
       **HUNTON ANDREWS KURTH LLP**
       600 Travis, Suite 4200
       Houston, Texas 77002-2929
       Phone: 713-220-4790
       Fax: 713-220-4285
       Email: gregwaller@huntonak.com

       ***Counsel for Non-Party Hunton Andrews Kurth LLP***

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), no certificate of service is necessary because this document is being filed with the Court's electronic-filing system.

*/s/Greg Waller*
Greg Waller

## CERTIFICATE OF CONFERENCE

Counsel for Hunton and the Receiver have conferred regarding the foregoing motion, and Counsel for the Receiver has advised that the Receiver does not oppose the relief sought in this motion.

*/s/Greg Waller*
Greg Waller