**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON CARNEGIE DEVELOPMENT, LLC WALL007, LLC WALL009, LLC WALL010, LLC WALL011, LLC WALL012, LLC WALL016, LLC WALL017, LLC WALL019, LLC HAOQIANG FU (a/k/a MICHAEL FU) STEPHEN T. WALL | § § § § § § § § § § § § § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC LDG001, LLC | § § § | |
| *Relief Defendants.* | § § | |

**ORDER**

Before the Court is the Unopposed Motion for Extension of Time to Respond to Receiver's Verified Motion to Compel Documents and Information from Attorneys, Request for Sanctions, and Brief in Support filed by non-party Hunton Andrews Kurth LLP ("Hunton"). The Court finds that the motion should be, and hereby is, granted. Accordingly, the date by which Hunton must respond to the Receiver's Verified Motion to Compel Documents and Information from Attorneys and Request for Sanction is hereby extended until May 2, 2023.

**Entered on** this _____ day of April, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE