**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff*, | § § | |
| **v.** | § § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON,** **CARNEGIE DEVELOPMENT, LLC,** **WALL007, LLC,** **WALL009, LLC,** **WALL010, LLC,** **WALL011, LLC,** **WALL012, LLC,** **WALL016, LLC,** **WALL017, LLC,** **WALL018, LLC,** **WALL019, LLC,** **HAOQIANG FU (A/K/A MICHAEL FU),** **STEPHEN T. WALL,** | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| **DJD LAND PARTNERS, LLC, and** **LDG001, LLC,** | § § | |
| *Relief Defendants*. | § § | |

**ORDER GRANTING RECEIVER'S**
**MOTION TO CONFIRM LITIGATION STAY**

On this date, the Court considered the Receiver's Motion to Confirm Litigation Stay. The Court having considered the Motion, hereby **GRANTS** the Motion. **IT IS THEREFORE ORDERED AS FOLLOWS:**

1.     Pursuant to the "All Writs Act," 28 U.S.C. § 1651, as well as this Court's inherent authority to protect its jurisdiction over all Receivership Entities and Receivership Assets, this

1

Court possesses jurisdiction to stay any proceeding, including cases pending in state courts in Texas and elsewhere, that involve Receivership Entities and Receivership Assets.

2.    As provided in the Order Appointing Receiver, Dkt. 29 (the "Receivership Order"), as of October 18, 2022, "[*a*]*ll civil legal proceedings of any nature*" involving any Receivership Entity or Receivership Asset **ARE STAYED.**

3.    The Litigation Stay in the Receivership Order encompasses, and therefore **STAYS,** Case Number DC-22-02622, *JMJ Development, LLC v. Tamamoi, LLC et al.*, pending in the 68th District Court of Dallas County (the "JMJ Case").   All further proceedings, of any nature, in the JMJ Case, are hereby **ENJOINED**.

SO ORDERED this _____ day of _____, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT COURT JUDGE

2