**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff,* | § § § | |
| **v.** | § § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON,** | § § | |
| **CARNEGIE DEVELOPMENT, LLC,** | § | |
| **WALL007, LLC,** | § | |
| **WALL009, LLC,** | § | |
| **WALL010, LLC,** | § | |
| **WALL011, LLC,** | § | |
| **WALL012, LLC,** | § | |
| **WALL016, LLC,** | § | |
| **WALL017, LLC,** | § | |
| **WALL018, LLC,** | § | |
| **WALL019, LLC,** | § | |
| **HAOQIANG FU (A/K/A MICHAEL FU),** | § | |
| **STEPHEN T. WALL,** | § § | |
| *Defendants,* | § § | |
| **DJD LAND PARTNERS, LLC, and** | § § | |
| **LDG001, LLC,** | § § | |
| *Relief Defendants.* | § | |

**APPENDIX IN SUPPORT OF**
**RECEIVER'S NOTICE OF INTENDED AUCTION**
<u>**OF CONTENTS OF 2999 TURTLE CREEK BLVD.**</u>

Respectfully submitted,

By: /s/ Charlene C. Koonce
    Charlene C. Koonce
     State Bar No. 11672850
     charlene@brownfoxlaw.com
    Timothy B. Wells
     State Bar No. 24131941
     tim@brownfoxlaw.com
    BROWN FOX PLLC
    8111 Preston Road, Suite 300
    Dallas, Texas 75225
    T: (214) 327-5000
    F: (214) 327-5001

*Attorneys for Receiver Cortney C. Thomas*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic-filing system.

2

| Exhibit | Document | APP Pages |
|---------|----------|-----------|
| A | Declaration of Charlene C. Koonce | APP000001-000003 |
| A-1 | Auction Photos | APP000004-000109 |
| A-2 | Letter to Barton Counsel dated February 13, 2023 | APP000110-000112 |
| A-3 | Letter to Barton Counsel dated March 29, 2023 | APP000113-000115 |
| A-4 | Email dated April 20, 2023 | APP000116-000120 |
| A-5 | Email dated April 21, 2023 | APP000121-000124 |

# EXHIBIT A

APP000001

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff,* | § § § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON, et al.** | § § § | |
| *Defendants.* | § § | |

**DECLARATION OF CHARLENE C. KOONCE
IN SUPPORT OF NOTICE OF INTENDED AUCTION
OF CONTENTS OF 2999 TURTLE CREEK BLVD**

1. My name is Charlene C. Koonce. I have personal knowledge of the matters set forth in this Declaration, I am of sound mind, and I am otherwise competent to testify to these matters.

2. True and correct copies of photos identifying the contents of 2999 Turtle Creek Blvd that will be sold by auction following disposition of any objection to such sale, is attached as **Exhibit A-1**. Victoria Barton has indicated she will provide a declaration attesting to the personal origin of certain items, and upon receipt of such a declaration, or a similar but satisfactory declaration from others, the Receiver will remove the items identified in such declaration from the auction.

3. True and correct copies of letters to counsel for Mr. Barton regarding retrieval and identification of personal items dated February 13, 2023 and March 29, 2023, are attached as **Exhibit A-2** and **Exhibit A-3**, respectively.

4. A true and correct copy of an email dated April 20, 2023, I sent to counsel Defendant Timothy Barton and counsel for Max Barton requesting information related to personal

1

APP000002

**2**

property located at 2999 Turtle Creek and which they sought to exclude from a sale, is attached as **Exhibit A-4**.

5.    An email I received on April 21, 2023 from Defendant Tim Barton's counsel in response to my request for additional information about items Barton sought to exclude from the auction, is attached as **Exhibit A-5**.

6.    I declare under penalty of perjury that the foregoing is true and correct. Executed on April 21, 2023.

 /s/ Charlene C. Koonce
CHARLENE C. KOONCE

APP000003

# EXHIBIT A-1

APP000004



Lot 1 | IMAGE



Lot 5 | IMAGE



Lot 9 | IMAGE



Lot 2 | IMAGE



Lot 6 | IMAGE



Lot 10 | IMAGE



Lot 3 | IMAGE



Lot 7 | IMAGE



Lot 11 | IMAGE



Lot 4 | IMAGE



Lot 8 | IMAGE



Lot 12 | IMAGE

1

APP000005



Lot 13 | IMAGE



Lot 17 | IMAGE



Lot 21 | IMAGE



Lot 14 | IMAGE



Lot 18 | IMAGE



Lot 22 | IMAGE



Lot 15 | IMAGE



Lot 19 | IMAGE



Lot 23 | IMAGE



Lot 16 | IMAGE



Lot 20 | IMAGE



Lot 24 | IMAGE

2

APP000006



Lot 25 | IMAGE



Lot 29 | IMAGE



Lot 33 | IMAGE



Lot 26 | IMAGE



Lot 30 | IMAGE



Lot 34 | IMAGE



Lot 27 | IMAGE



Lot 31 |
ITEM REMOVED



Lot 35 | IMAGE



Lot 28 | IMAGE



Lot 32 | IMAGE



Lot 36 | IMAGE

3

APP000007



Lot 37 | IMAGE



Lot 41 | IMAGE



Lot 45 | IMAGE



Lot 38 | IMAGE



Lot 42 | IMAGE



Lot 46 | IMAGE



Lot 39 | IMAGE



Lot 43 | IMAGE



Lot 47 | IMAGE



Lot 40 | IMAGE



Lot 44 | IMAGE



Lot 48 | IMAGE

4

APP000008



Lot 49 | IMAGE



Lot 53 | IMAGE



Lot 57 | IMAGE



Lot 50 | IMAGE



Lot 54 | IMAGE



Lot 58 | IMAGE



Lot 51 | IMAGE



Lot 55 | IMAGE



Lot 59 | IMAGE



Lot 52 | IMAGE



Lot 56 | IMAGE



Lot 60 | IMAGE

5

APP000009


Lot 61 | IMAGE


Lot 65 | IMAGE


Lot 69 | IMAGE


Lot 62 | IMAGE


Lot 66 | IMAGE


Lot 70 | IMAGE


Lot 63 | IMAGE


Lot 67 | IMAGE


Lot 71 | IMAGE


Lot 64 | IMAGE


Lot 68 | IMAGE


Lot 72 | IMAGE

6

APP000010



Lot 73 | IMAGE



Lot 77 | IMAGE



Lot 81 | IMAGE



Lot 74 | IMAGE



Lot 78 | IMAGE



Lot 82 | IMAGE



Lot 75 | IMAGE



Lot 79 | IMAGE



Lot 83 | IMAGE



Lot 76 | IMAGE



Lot 80 | IMAGE



Lot 84 | IMAGE

7

APP000011



Lot 85 | IMAGE



Lot 89 | IMAGE



Lot 93 | IMAGE



Lot 86 | IMAGE



Lot 90 | IMAGE



Lot 94 | IMAGE



Lot 87 | IMAGE



Lot 91 | IMAGE



Lot 95 | IMAGE



Lot 88 | IMAGE



Lot 92 | IMAGE



Lot 96 | IMAGE

APP000012



Lot 97 | IMAGE



Lot 101 | IMAGE



Lot 105 |
FILE CABINETS REMOVED
FROM EVENT



Lot 98 | IMAGE



Lot 102 | IMAGE

Lot 106 |
FILE CABINETS REMOVED
FROM EVENT



Lot 99 | IMAGE



Lot 103 | IMAGE



Lot 107 |
FILE CABINETS REMOVED
FROM EVENT



Lot 100 | IMAGE



Lot 104 |
FILE CABINETS REMOVED
FROM EVENT



Lot 108 |
FILE CABINETS REMOVED
FROM EVENT

9

APP000013



Lot 109 |
FILE CABINETS REMOVED
FROM EVENT



Lot 113 | IMAGE



Lot 117 | IMAGE



Lot 110 |
FILE CABINETS REMOVED
FROM EVENT



Lot 114 | IMAGE



Lot 118 | IMAGE



Lot 111 |
FILE CABINETS REMOVED
FROM EVENT



Lot 115 | IMAGE



Lot 119 | IMAGE



Lot 112 |
FILE CABINETS REMOVED
FROM EVENT



Lot 116 | IMAGE



Lot 120 | IMAGE

10

APP000014



Lot 121 | IMAGE



Lot 125 | IMAGE



Lot 129 | IMAGE



Lot 122 | IMAGE



Lot 126 | IMAGE



Lot 130 | IMAGE



Lot 123 | IMAGE



Lot 127 | IMAGE



Lot 131 | IMAGE



Lot 124 | IMAGE



Lot 128 | IMAGE



Lot 132 | IMAGE

11

APP000015



Lot 133 | IMAGE



Lot 137 | IMAGE



Lot 141 | IMAGE



Lot 134 | IMAGE



Lot 138 | IMAGE



Lot 142 | IMAGE



Lot 135 | IMAGE



Lot 139 | IMAGE



Lot 143 | IMAGE



Lot 136 | IMAGE



Lot 140 | IMAGE



Lot 144 | IMAGE

12

APP000016



Lot 145 | IMAGE



Lot 149 | IMAGE



Lot 153 | IMAGE



Lot 146 | IMAGE



Lot 150 | IMAGE



Lot 154 | IMAGE



Lot 147 | IMAGE



Lot 151 | IMAGE



Lot 155 | IMAGE



Lot 148 | IMAGE



Lot 152 | IMAGE



Lot 156 | IMAGE

APP000017



Lot 157 | IMAGE



Lot 161 | IMAGE



Lot 165 | IMAGE



Lot 158 | IMAGE



Lot 162 | IMAGE



Lot 166 | IMAGE



Lot 159 | IMAGE



Lot 163 | IMAGE



Lot 167 | IMAGE



Lot 160 | IMAGE



Lot 164 | IMAGE



Lot 168 | IMAGE

14

APP000018



Lot 169 | IMAGE



Lot 173 | IMAGE



Lot 177 | IMAGE



Lot 170 | IMAGE



Lot 174 | IMAGE



Lot 178 | IMAGE



Lot 171 | IMAGE



Lot 175 | IMAGE



Lot 179 | IMAGE



Lot 172 | IMAGE



Lot 176 | IMAGE



Lot 180 | IMAGE

APP000019



Lot 181 | IMAGE



Lot 185 | IMAGE



Lot 189 | IMAGE



Lot 182 | IMAGE



Lot 186 | IMAGE



Lot 190 |
NEWS ARTICLES REMOVED
FROM EVENT



Lot 183 | IMAGE



Lot 187 | IMAGE



Lot 191 | IMAGE



Lot 184 | IMAGE



Lot 188 | IMAGE



Lot 192 | IMAGE

16

APP000020



Lot 193 | IMAGE



Lot 197 | IMAGE



Lot 7 | IMAGE



Lot 194 | IMAGE



Lot 198 |
IMAGE REMOVED - IGNORE
PICTURE.



Lot 8 | IMAGE



Lot 195 |
IMAGE            EMPTY
CONTAINERS



Lot 199 |
IMAGE REMOVED - IGNORE
PICTURE.



Lot 9 | IMAGE



Lot 10 | IMAGE



Lot 196 |
IMAGE            EMPTY
CONTAINERS



Lot 200 | IMAGE

17



Lot 11 | IMAGE



Lot 15 | IMAGE



Lot 19 | IMAGE



Lot 12 | IMAGE



Lot 16 | IMAGE



Lot 20 | IMAGE



Lot 13 | IMAGE



Lot 17 | IMAGE



Lot 21 | IMAGE



Lot 14 | IMAGE



Lot 18 | IMAGE



Lot 22 | IMAGE

18

APP000022



Lot 23 | IMAGE



Lot 27 | IMAGE



Lot 31 |
ITEM REMOVED



Lot 24 | IMAGE



Lot 28 | IMAGE



Lot 32 | IMAGE



Lot 25 | IMAGE



Lot 29 | IMAGE



Lot 33 | IMAGE



Lot 26 | IMAGE



Lot 30 | IMAGE



Lot 34 | IMAGE

**19**

APP000023



Lot 35 | IMAGE



Lot 39 | IMAGE



Lot 43 | IMAGE



Lot 36 | IMAGE



Lot 40 | IMAGE



Lot 44 | IMAGE



Lot 37 | IMAGE



Lot 41 | IMAGE



Lot 45 | IMAGE



Lot 38 | IMAGE



Lot 42 | IMAGE



Lot 46 | IMAGE

APP000024



Lot 47 | IMAGE



Lot 51 | IMAGE



Lot 55 | IMAGE



Lot 48 | IMAGE



Lot 52 | IMAGE



Lot 56 | IMAGE



Lot 49 | IMAGE



Lot 53 | IMAGE



Lot 57 | IMAGE



Lot 50 | IMAGE



Lot 54 | IMAGE



Lot 58 | IMAGE

21

APP000025



Lot 59 | IMAGE



Lot 63 | IMAGE



Lot 67 | IMAGE



Lot 60 | IMAGE



Lot 64 | IMAGE



Lot 68 | IMAGE



Lot 61 | IMAGE



Lot 65 | IMAGE



Lot 69 | IMAGE



Lot 62 | IMAGE



Lot 66 | IMAGE



Lot 70 | IMAGE

22

APP000026



Lot 71 | IMAGE



Lot 75 | IMAGE



Lot 79 | IMAGE



Lot 72 | IMAGE



Lot 76 | IMAGE



Lot 80 | IMAGE



Lot 73 | IMAGE



Lot 77 | IMAGE



Lot 81 | IMAGE



Lot 74 | IMAGE



Lot 78 | IMAGE



Lot 82 | IMAGE

23

APP000027



Lot 83 | IMAGE



Lot 87 | IMAGE



Lot 91 | IMAGE



Lot 84 | IMAGE



Lot 88 | IMAGE



Lot 92 | IMAGE



Lot 85 | IMAGE



Lot 89 | IMAGE



Lot 93 | IMAGE



Lot 86 | IMAGE



Lot 90 | IMAGE



Lot 94 | IMAGE

24

APP000028


Lot 95 | IMAGE


Lot 99 | IMAGE


Lot 203 | IMAGE


Lot 96 | IMAGE


Lot 100 | IMAGE


Lot 204 | IMAGE


Lot 97 | IMAGE


Lot 201 | IMAGE


Lot 205 | IMAGE


Lot 98 | IMAGE


Lot 202 | IMAGE


Lot 206 | IMAGE

25

APP000029



Lot 207 | IMAGE



Lot 211 | IMAGE



Lot 215 | IMAGE



Lot 208 | IMAGE



Lot 212 | IMAGE



Lot 216 | IMAGE



Lot 209 | IMAGE



Lot 213 | IMAGE



Lot 217 | IMAGE



Lot 210 | IMAGE



Lot 214 | IMAGE



Lot 218 | IMAGE

APP000030



Lot 219 | IMAGE



Lot 223 | IMAGE



Lot 227 | IMAGE



Lot 220 | IMAGE



Lot 224 | IMAGE



Lot 228 | IMAGE



Lot 221 | IMAGE



Lot 225 | IMAGE



Lot 229 | IMAGE



Lot 222 | IMAGE



Lot 226 | IMAGE



Lot 230 | IMAGE

APP000031



Lot 231 | IMAGE



Lot 235 | IMAGE



Lot 239 |
ITEM REMOVED..



Lot 232 | IMAGE



Lot 236 | IMAGE



Lot 240 | IMAGE



Lot 233 | IMAGE



Lot 237 | IMAGE



Lot 241 | IMAGE



Lot 234 | IMAGE



Lot 238 | IMAGE



Lot 242 | IMAGE

28

APP000032



Lot 243 | IMAGE



Lot 247 | IMAGE



Lot 251 | IMAGE



Lot 244 | IMAGE



Lot 248 | IMAGE



Lot 252 | IMAGE



Lot 245 | IMAGE



Lot 249 | IMAGE



Lot 253 | IMAGE



Lot 246 | IMAGE



Lot 250 | IMAGE



Lot 254 | IMAGE

29

APP000033



Lot 255 | IMAGE



Lot 259 | IMAGE



Lot 263 | IMAGE



Lot 256 | IMAGE



Lot 260 | IMAGE



Lot 264 | IMAGE



Lot 257 | IMAGE



Lot 261 | IMAGE



Lot 265 | IMAGE



Lot 258 | IMAGE



Lot 262 | IMAGE



Lot 266 | IMAGE

30

APP000034



Lot 267 | IMAGE



Lot 271 | IMAGE



Lot 275 | IMAGE



Lot 268 | IMAGE



Lot 272 | IMAGE



Lot 276 | IMAGE



Lot 269 | IMAGE



Lot 273 | IMAGE



Lot 277 | IMAGE



Lot 270 | IMAGE



Lot 274 | IMAGE



Lot 278 | IMAGE

31

APP000035



Lot 279 | IMAGE



Lot 283 | IMAGE



Lot 287 | IMAGE



Lot 280 | IMAGE



Lot 284 | IMAGE



Lot 288 | IMAGE



Lot 281 | IMAGE



Lot 285 | IMAGE



Lot 289 | IMAGE



Lot 282 | IMAGE



Lot 286 | IMAGE



Lot 290 | IMAGE

32



Lot 291 | IMAGE



Lot 295 | IMAGE



Lot 299 | IMAGE



Lot 292 | IMAGE



Lot 296 | IMAGE



Lot 300 | IMAGE
Showing 301 to 400 of 1,157 lots



Lot 293 | IMAGE



Lot 297 | IMAGE



Lot 301 | IMAGE



Lot 294 | IMAGE



Lot 298 | IMAGE



Lot 302 | IMAGE

33

APP000037



Lot 303 | IMAGE



Lot 307 | IMAGE



Lot 311 | IMAGE



Lot 304 | IMAGE



Lot 308 | IMAGE



Lot 312 | IMAGE



Lot 305 | IMAGE



Lot 309 | IMAGE



Lot 313 | IMAGE



Lot 306 | IMAGE



Lot 310 | IMAGE



Lot 314 | IMAGE

APP000038



Lot 315 | IMAGE



Lot 319 | IMAGE



Lot 323 | IMAGE



Lot 316 | IMAGE



Lot 320 | IMAGE



Lot 324 | IMAGE



Lot 317 | IMAGE



Lot 321 | IMAGE



Lot 325 | IMAGE



Lot 318 | IMAGE



Lot 322 | IMAGE



Lot 326 | IMAGE

35

APP000039



Lot 327 | IMAGE



Lot 331 | IMAGE



Lot 335 | IMAGE



Lot 328 | IMAGE



Lot 332 | IMAGE



Lot 336 | IMAGE



Lot 329 | IMAGE



Lot 333 | IMAGE



Lot 337 | IMAGE



Lot 330 | IMAGE



Lot 334 | IMAGE



Lot 338 | IMAGE

36

APP000040



Lot 339 | IMAGE



Lot 343 | IMAGE



Lot 347 | IMAGE



Lot 340 | IMAGE



Lot 344 | IMAGE



Lot 348 | IMAGE



Lot 341 | IMAGE



Lot 345 | IMAGE



Lot 349 | IMAGE



Lot 342 | IMAGE



Lot 346 | IMAGE



Lot 350 | IMAGE

37



Lot 351 | IMAGE



Lot 355 | IMAGE



Lot 359 | IMAGE



Lot 352 | IMAGE



Lot 356 | IMAGE



Lot 360 | IMAGE



Lot 353 | IMAGE



Lot 357 | IMAGE



Lot 361 | IMAGE



Lot 354 | IMAGE



Lot 358 | IMAGE



Lot 362 | IMAGE

38



Lot 363 | IMAGE



Lot 367 | IMAGE



Lot 371 | IMAGE



Lot 364 | IMAGE



Lot 368 | IMAGE



Lot 372 | IMAGE



Lot 365 | IMAGE



Lot 369 | IMAGE



Lot 373 | IMAGE



Lot 366 | IMAGE



Lot 370 | IMAGE



Lot 374 | IMAGE

39

APP000043



Lot 375 | IMAGE



Lot 379 | IMAGE



Lot 383 | IMAGE



Lot 376 | IMAGE



Lot 380 | IMAGE



Lot 384 | IMAGE



Lot 377 | IMAGE



Lot 381 | IMAGE



Lot 385 | IMAGE



Lot 378 | IMAGE



Lot 382 | IMAGE



Lot 386 | IMAGE

40

APP000044


Lot 387 | IMAGE


Lot 391 | IMAGE


Lot 395 | IMAGE


Lot 388 | IMAGE


Lot 392 | IMAGE


Lot 396 | IMAGE


Lot 389 | IMAGE


Lot 393 | IMAGE


Lot 397 | IMAGE


Lot 390 | IMAGE


Lot 394 | IMAGE


Lot 398 | IMAGE

41

APP000045



Lot 399 | IMAGE



Lot 403 | IMAGE



Lot 407 | IMAGE



Lot 400 | IMAGE
Showing 401 to 500 of 1,157 lots



Lot 404 | IMAGE



Lot 408 | IMAGE



Lot 401 | IMAGE



Lot 405 | IMAGE



Lot 409 | IMAGE



Lot 402 | IMAGE



Lot 406 | IMAGE



Lot 410 | IMAGE

APP000046


Lot 411 | IMAGE


Lot 415 | IMAGE


Lot 419 | IMAGE


Lot 412 | IMAGE


Lot 416 | IMAGE


Lot 420 | IMAGE


Lot 413 | IMAGE


Lot 417 | IMAGE


Lot 421 | IMAGE


Lot 414 | IMAGE


Lot 418 | IMAGE


Lot 422 | IMAGE

43

APP000047



Lot 423 | IMAGE



Lot 427 | IMAGE



Lot 431 | IMAGE



Lot 424 | IMAGE



Lot 428 | IMAGE



Lot 432 | IMAGE



Lot 425 | IMAGE



Lot 429 | IMAGE



Lot 433 | IMAGE



Lot 426 | IMAGE



Lot 430 | IMAGE



Lot 434 | IMAGE

44

APP000048



Lot 435 | IMAGE



Lot 439 | IMAGE



Lot 443 | IMAGE



Lot 436 | IMAGE



Lot 440 | IMAGE



Lot 444 | IMAGE



Lot 437 | IMAGE



Lot 441 | IMAGE



Lot 445 | IMAGE



Lot 438 | IMAGE



Lot 442 | IMAGE



Lot 446 | IMAGE

45

APP000049



Lot 447 | IMAGE



Lot 451 | IMAGE



Lot 455 | IMAGE



Lot 448 | IMAGE



Lot 452 | IMAGE



Lot 456 | IMAGE



Lot 449 | IMAGE



Lot 453 | IMAGE



Lot 457 | IMAGE



Lot 450 | IMAGE



Lot 454 | IMAGE



Lot 458 | IMAGE

46

APP000050



Lot 459 | IMAGE



Lot 463 | IMAGE



Lot 467 | IMAGE



Lot 460 | IMAGE



Lot 464 | IMAGE



Lot 468 | IMAGE



Lot 461 | IMAGE



Lot 465 | IMAGE



Lot 469 | IMAGE



Lot 462 | IMAGE



Lot 466 | IMAGE



Lot 470 | IMAGE

47

APP000051



Lot 471 | IMAGE



Lot 475 | IMAGE



Lot 479 | IMAGE



Lot 472 | IMAGE



Lot 476 | IMAGE



Lot 480 | IMAGE



Lot 473 | IMAGE



Lot 477 | IMAGE



Lot 481 | IMAGE



Lot 474 | IMAGE



Lot 478 | IMAGE



Lot 482 | IMAGE

48

APP000052



Lot 483 | IMAGE



Lot 487 | IMAGE



Lot 491 | IMAGE



Lot 484 | IMAGE



Lot 488 | IMAGE



Lot 492 | IMAGE



Lot 485 | IMAGE



Lot 489 | IMAGE



Lot 493 | IMAGE



Lot 486 | IMAGE



Lot 490 | IMAGE



Lot 494 | IMAGE

49



Lot 495 | IMAGE



Lot 499 | IMAGE



Lot 503 | IMAGE



Lot 496 | IMAGE



Lot 500 | IMAGE
Showing 501 to 600 of 1,157 lots



Lot 504 | IMAGE



Lot 497 | IMAGE



Lot 501 | IMAGE



Lot 505 | IMAGE



Lot 498 | IMAGE



Lot 502 | IMAGE



Lot 506 | IMAGE

50

APP000054



Lot 507 | IMAGE



Lot 511 | IMAGE



Lot 515 | IMAGE



Lot 508 | IMAGE



Lot 512 | IMAGE



Lot 516 | IMAGE



Lot 509 | IMAGE



Lot 513 | IMAGE



Lot 517 | IMAGE



Lot 510 | IMAGE



Lot 514 | IMAGE



Lot 518 | IMAGE

APP000055



Lot 519 | IMAGE



Lot 523 | IMAGE



Lot 527 | IMAGE



Lot 520 | IMAGE



Lot 524 | IMAGE



Lot 528 | IMAGE



Lot 521 | IMAGE



Lot 525 | IMAGE



Lot 529 | PERSONAL            ITEMS REMOVED



Lot 522 | IMAGE



Lot 526 | IMAGE



Lot 530 | IMAGE

52



Lot 531 | IMAGE



Lot 535 | IMAGE



Lot 539 | IMAGE



Lot 532 | IMAGE



Lot 536 | IMAGE



Lot 540 | IMAGE



Lot 533 | IMAGE



Lot 537 | IMAGE



Lot 541 | IMAGE



Lot 534 | IMAGE



Lot 538 | IMAGE



Lot 542 | IMAGE

APP000057



Lot 543 | IMAGE



Lot 547 | IMAGE



Lot 551 | IMAGE



Lot 544 | IMAGE



Lot 548 | IMAGE



Lot 552 | IMAGE



Lot 545 | IMAGE



Lot 549 | IMAGE



Lot 553 | IMAGE



Lot 546 | IMAGE



Lot 550 | IMAGE



Lot 554 | IMAGE

54

APP000058



Lot 555 | IMAGE



Lot 559 | IMAGE



Lot 563 | IMAGE



Lot 556 | IMAGE



Lot 560 | IMAGE



Lot 564 | IMAGE



Lot 557 | IMAGE



Lot 561 | IMAGE



Lot 565 | IMAGE



Lot 558 | IMAGE



Lot 562 | IMAGE



Lot 566 | IMAGE

55

APP000059


Lot 567 | IMAGE


Lot 571 | IMAGE


Lot 575 | IMAGE


Lot 568 | IMAGE


Lot 572 | IMAGE


Lot 576 | IMAGE


Lot 569 | IMAGE


Lot 573 | IMAGE


Lot 577 | IMAGE


Lot 570 | IMAGE


Lot 574 | IMAGE


Lot 578 | IMAGE

APP000060



Lot 579 | IMAGE



Lot 583 | IMAGE



Lot 587 | IMAGE



Lot 580 | IMAGE



Lot 584 | IMAGE



Lot 588 | IMAGE



Lot 581 | IMAGE



Lot 585 | IMAGE



Lot 589 | IMAGE



Lot 582 | IMAGE



Lot 586 | IMAGE



Lot 590 | IMAGE

57



Lot 591 | IMAGE



Lot 595 | IMAGE



Lot 599 | IMAGE



Lot 592 | IMAGE



Lot 596 | IMAGE



Lot 600 | IMAGE
Showing 601 to 700 of 1,157 lots



Lot 593 | IMAGE



Lot 597 | IMAGE



Lot 601 | IMAGE



Lot 594 | IMAGE



Lot 598 | IMAGE



Lot 602 | IMAGE

APP000062



Lot 603 | IMAGE



Lot 607 | IMAGE



Lot 611 | IMAGE



Lot 604 | IMAGE



Lot 608 | IMAGE



Lot 612 | IMAGE



Lot 605 | IMAGE



Lot 609 | IMAGE



Lot 613 | IMAGE



Lot 606 | IMAGE



Lot 610 | IMAGE



Lot 614 | IMAGE

59

APP000063



Lot 615 | IMAGE



Lot 619 | IMAGE



Lot 623 | IMAGE



Lot 616 | IMAGE



Lot 620 | IMAGE



Lot 624 | IMAGE



Lot 617 | IMAGE



Lot 621 | IMAGE



Lot 625 | IMAGE



Lot 618 | IMAGE



Lot 622 | IMAGE



Lot 626 | IMAGE

60



Lot 627 | IMAGE



Lot 631 | IMAGE



Lot 635 | IMAGE



Lot 628 | IMAGE



Lot 632 | IMAGE



Lot 636 | IMAGE



Lot 629 | IMAGE



Lot 633 | IMAGE



Lot 637 | IMAGE



Lot 630 | IMAGE



Lot 634 | IMAGE



Lot 638 | IMAGE

APP000065



Lot 639 | IMAGE



Lot 643 | IMAGE



Lot 647 | IMAGE



Lot 640 | IMAGE



Lot 644 | IMAGE



Lot 648 | IMAGE



Lot 641 | IMAGE



Lot 645 | IMAGE



Lot 649 | IMAGE



Lot 642 | IMAGE



Lot 646 | IMAGE



Lot 650 | IMAGE

62

APP000066



Lot 651 | IMAGE



Lot 655 | IMAGE



Lot 659 | IMAGE



Lot 652 | IMAGE



Lot 656 | IMAGE



Lot 660 | IMAGE



Lot 653 | IMAGE



Lot 657 | IMAGE



Lot 661 | IMAGE



Lot 654 | IMAGE



Lot 658 | IMAGE



Lot 662 | IMAGE

63

APP000067



Lot 663 | IMAGE

Lot 667 | IMAGE

Lot 671 | IMAGE

Lot 664 | IMAGE

Lot 668 | IMAGE

Lot 672 | IMAGE

Lot 665 | IMAGE

Lot 669 | IMAGE

Lot 673 | IMAGE

Lot 666 | IMAGE

Lot 670 | IMAGE

Lot 674 | IMAGE

64

APP000068



Lot 675 | IMAGE    Lot 679 | IMAGE    Lot 683 | IMAGE

Lot 676 | IMAGE    Lot 680 | IMAGE    Lot 684 | IMAGE

Lot 677 | IMAGE    Lot 681 | IMAGE    Lot 685 | IMAGE

Lot 678 | IMAGE    Lot 682 | IMAGE    Lot 686 | IMAGE

65

APP000069



Lot 687 | IMAGE



Lot 691 | IMAGE



Lot 695 | IMAGE



Lot 688 | IMAGE



Lot 692 | IMAGE



Lot 696 | IMAGE



Lot 689 | IMAGE



Lot 693 | IMAGE



Lot 697 | IMAGE



Lot 690 | IMAGE



Lot 694 | IMAGE



Lot 698 | IMAGE

66


Lot 699 | IMAGE


Lot 703 | IMAGE


Lot 707 | IMAGE


Lot 700 | IMAGE
Showing 701 to 800 of 1,157 lots


Lot 704 | IMAGE


Lot 708 | IMAGE


Lot 701 | IMAGE


Lot 705 | IMAGE


Lot 709 | IMAGE


Lot 702 | IMAGE


Lot 706 | IMAGE


Lot 710 | IMAGE

67


Lot 711 | IMAGE


Lot 715 | IMAGE


Lot 719 | IMAGE


Lot 712 | IMAGE


Lot 716 | IMAGE


Lot 720 | IMAGE


Lot 713 | IMAGE


Lot 717 | IMAGE


Lot 721 | IMAGE


Lot 714 | IMAGE


Lot 718 | IMAGE


Lot 722 | IMAGE

68

APP000072



Lot 723 | IMAGE



Lot 727 | IMAGE



Lot 731 | IMAGE



Lot 724 | IMAGE



Lot 728 | IMAGE



Lot 732 | IMAGE



Lot 725 | IMAGE



Lot 729 | IMAGE



Lot 733 | IMAGE



Lot 726 | IMAGE



Lot 730 | IMAGE



Lot 734 | IMAGE

69

APP000073



Lot 735 | IMAGE



Lot 739 | IMAGE



Lot 743 | IMAGE



Lot 736 | IMAGE



Lot 740 | IMAGE



Lot 744 | IMAGE



Lot 737 | IMAGE



Lot 741 | IMAGE



Lot 745 | IMAGE



Lot 738 | IMAGE



Lot 742 | IMAGE



Lot 746 | IMAGE

70

APP000074



Lot 747 | IMAGE



Lot 751 | IMAGE



Lot 755 | IMAGE



Lot 748 | IMAGE



Lot 752 | IMAGE



Lot 756 | IMAGE



Lot 749 | IMAGE



Lot 753 | IMAGE



Lot 757 | IMAGE



Lot 750 | IMAGE



Lot 754 | IMAGE



Lot 758 | IMAGE

71

APP000075



Lot 759 | IMAGE



Lot 763 | IMAGE



Lot 767 | IMAGE



Lot 760 | IMAGE



Lot 764 | IMAGE



Lot 768 | IMAGE



Lot 761 | IMAGE



Lot 765 | IMAGE



Lot 769 | IMAGE



Lot 762 | IMAGE



Lot 766 | IMAGE



Lot 770 | IMAGE

APP000076


Lot 771 | IMAGE


Lot 775 | IMAGE


Lot 779 | IMAGE


Lot 772 | IMAGE


Lot 776 | IMAGE


Lot 780 | IMAGE


Lot 773 | IMAGE


Lot 777 | IMAGE


Lot 781 | IMAGE


Lot 774 | IMAGE


Lot 778 | IMAGE


Lot 782 | IMAGE

73

APP000077



Lot 783 | IMAGE



Lot 787 | IMAGE



Lot 791 | IMAGE



Lot 784 | IMAGE



Lot 788 | IMAGE



Lot 792 | IMAGE



Lot 785 | IMAGE



Lot 789 | IMAGE



Lot 793 | IMAGE



Lot 786 | IMAGE



Lot 790 | IMAGE



Lot 794 | IMAGE

74

APP000078



Lot 795 | IMAGE



Lot 799 | IMAGE



Lot 803 | IMAGE



Lot 796 | IMAGE



Lot 800 | IMAGE
Showing 801 to 900 of 1,157 lots



Lot 804 | IMAGE



Lot 797 | IMAGE



Lot 801 | IMAGE



Lot 805 | IMAGE



Lot 798 | IMAGE



Lot 802 | IMAGE



Lot 806 | IMAGE

75

APP000079



Lot 807 | IMAGE



Lot 811 | IMAGE



Lot 815 | IMAGE



Lot 808 | IMAGE



Lot 812 | IMAGE



Lot 816 | IMAGE



Lot 809 | IMAGE



Lot 813 | IMAGE



Lot 817 | IMAGE



Lot 810 | IMAGE



Lot 814 | IMAGE



Lot 818 | IMAGE

76

APP000080



Lot 819 | IMAGE



Lot 823 | IMAGE



Lot 827 | IMAGE



Lot 820 | IMAGE



Lot 824 | IMAGE



Lot 828 | IMAGE



Lot 821 | IMAGE



Lot 825 | IMAGE



Lot 829 | IMAGE



Lot 822 | IMAGE



Lot 826 | IMAGE



Lot 830 | IMAGE

77

APP000081



Lot 831 | IMAGE



Lot 835 | IMAGE



Lot 839 | IMAGE



Lot 832 | IMAGE



Lot 836 | IMAGE



Lot 840 | IMAGE



Lot 833 | IMAGE



Lot 837 | IMAGE



Lot 841 | IMAGE



Lot 834 | IMAGE



Lot 838 | IMAGE



Lot 842 | IMAGE

78

APP000082



Lot 843 | IMAGE



Lot 847 | IMAGE



Lot 851 | IMAGE



Lot 844 | IMAGE



Lot 848 | IMAGE



Lot 852 | IMAGE



Lot 845 | IMAGE



Lot 849 | IMAGE



Lot 853 | IMAGE



Lot 846 | IMAGE



Lot 850 | IMAGE



Lot 854 | IMAGE

79

APP000083


Lot 855 | IMAGE


Lot 859 | IMAGE


Lot 863 | IMAGE


Lot 856 | IMAGE


Lot 860 | IMAGE


Lot 864 | IMAGE


Lot 857 | IMAGE


Lot 861 | IMAGE


Lot 865 | IMAGE


Lot 858 | IMAGE


Lot 862 | IMAGE


Lot 866 | IMAGE

APP000084



Lot 867 | IMAGE



Lot 871 | IMAGE



Lot 875 | IMAGE



Lot 868 | IMAGE



Lot 872 | IMAGE



Lot 876 | IMAGE



Lot 869 | IMAGE



Lot 873 | IMAGE



Lot 877 | IMAGE



Lot 870 | IMAGE



Lot 874 | IMAGE



Lot 878 | IMAGE

81

APP000085



Lot 879 | IMAGE



Lot 883 | IMAGE



Lot 887 | IMAGE



Lot 880 | IMAGE



Lot 884 | IMAGE



Lot 888 | IMAGE



Lot 881 | IMAGE



Lot 885 | IMAGE



Lot 889 | IMAGE



Lot 882 | IMAGE



Lot 886 | IMAGE



Lot 890 | IMAGE

82

APP000086



Lot 891 | IMAGE



Lot 892 | IMAGE



Lot 893 | IMAGE



Lot 894 | IMAGE



Lot 895 |
ITEM REMOVED



Lot 896 |
ITEM REMOVED



Lot 897 |
ITEM REMOVED



Lot 898 |
ITEM REMOVED



Lot 899 | IMAGE



Lot 900 | IMAGE
Showing 901 to 1,000 of 1,157 lots



Lot 901 | IMAGE



Lot 902 | IMAGE

83

APP000087



Lot 903 | IMAGE



Lot 907 | IMAGE



Lot 911 | IMAGE



Lot 904 | IMAGE



Lot 908 | IMAGE



Lot 912 | IMAGE



Lot 905 | IMAGE



Lot 909 | IMAGE



Lot 913 | IMAGE



Lot 906 | IMAGE



Lot 910 | IMAGE



Lot 914 | IMAGE

APP000088



Lot 915 | IMAGE



Lot 919 | IMAGE



Lot 923 | IMAGE



Lot 916 | IMAGE



Lot 920 | IMAGE



Lot 924 | IMAGE



Lot 917 | IMAGE



Lot 921 | IMAGE



Lot 925 | IMAGE



Lot 918 | IMAGE



Lot 922 | IMAGE



Lot 926 | IMAGE

85

APP000089



Lot 927 | IMAGE



Lot 931 | IMAGE



Lot 935 | IMAGE



Lot 928 | IMAGE



Lot 932 | IMAGE



Lot 936 | IMAGE



Lot 929 | IMAGE



Lot 933 | IMAGE



Lot 937 | IMAGE



Lot 930 | IMAGE



Lot 934 | IMAGE



Lot 938 | IMAGE

86



Lot 939 | IMAGE



Lot 943 | IMAGE



Lot 947 | IMAGE



Lot 940 | IMAGE



Lot 944 | IMAGE



Lot 948 | IMAGE



Lot 941 | IMAGE



Lot 945 | IMAGE



Lot 949 | IMAGE



Lot 942 | IMAGE



Lot 946 | IMAGE



Lot 950 | IMAGE

87

APP000091


Lot 951 | IMAGE


Lot 955 | IMAGE


Lot 959 | IMAGE


Lot 952 | IMAGE


Lot 956 | IMAGE


Lot 960 | IMAGE


Lot 953 | IMAGE


Lot 957 |
ITEM REMOVED


Lot 961 | IMAGE


Lot 954 | IMAGE


Lot 958 | IMAGE


Lot 962 | IMAGE

APP000092



Lot 963 | IMAGE



Lot 967 | IMAGE



Lot 971 | IMAGE



Lot 964 | IMAGE



Lot 968 | IMAGE



Lot 972 | IMAGE



Lot 965 | IMAGE



Lot 969 | IMAGE



Lot 973 | IMAGE



Lot 966 | IMAGE



Lot 970 | IMAGE



Lot 974 | IMAGE

89

APP000093


Lot 975 | IMAGE


Lot 979 | IMAGE


Lot 983 | IMAGE


Lot 976 | IMAGE


Lot 980 | IMAGE


Lot 984 | IMAGE


Lot 977 | IMAGE


Lot 981 | IMAGE


Lot 985 | IMAGE


Lot 978 | IMAGE


Lot 982 | IMAGE


Lot 986 | IMAGE

90

APP000094


Lot 987 | IMAGE


Lot 991 | IMAGE


Lot 995 | IMAGE


Lot 988 | IMAGE


Lot 992 | IMAGE


Lot 996 | IMAGE


Lot 989 | IMAGE


Lot 993 | IMAGE


Lot 997 | IMAGE


Lot 990 | IMAGE


Lot 994 | IMAGE


Lot 998 | IMAGE

91

APP000095



Lot 999 | IMAGE



Lot 1003 | IMAGE



Lot 1007 | IMAGE



Lot 1000 | IMAGE
Showing 1,001 to 1,100 of 1,157 lots



Lot 1004 | IMAGE



Lot 1008 | IMAGE



Lot 1001 | IMAGE



Lot 1005 | IMAGE



Lot 1009 | IMAGE



Lot 1002 | IMAGE



Lot 1006 | IMAGE



Lot 1010 | IMAGE

92

APP000096



Lot 1011 | IMAGE



Lot 1015 | IMAGE



Lot 1019 | IMAGE



Lot 1012 | IMAGE



Lot 1016 | IMAGE



Lot 1020 | IMAGE



Lot 1013 | IMAGE



Lot 1017 | IMAGE



Lot 1021 | IMAGE



Lot 1014 | IMAGE



Lot 1018 | IMAGE



Lot 1022 | IMAGE

93

APP000097



Lot 1023 | IMAGE



Lot 1027 | IMAGE



Lot 1031 | IMAGE



Lot 1024 | IMAGE



Lot 1028 | IMAGE



Lot 1032 | IMAGE



Lot 1025 | IMAGE



Lot 1029 | IMAGE



Lot 1033 | IMAGE



Lot 1026 | IMAGE



Lot 1030 | IMAGE



Lot 1034 | IMAGE

94

APP000098



Lot 1035 | IMAGE



Lot 1039 | IMAGE



Lot 1043 | IMAGE



Lot 1036 | IMAGE



Lot 1040 | IMAGE



Lot 1044 | IMAGE



Lot 1037 | IMAGE



Lot 1041 | IMAGE



Lot 1045 | IMAGE



Lot 1038 | IMAGE



Lot 1042 | IMAGE



Lot 1046 | IMAGE

95

APP000099



Lot 1047 | IMAGE



Lot 1051 | IMAGE



Lot 1055 | IMAGE



Lot 1048 | IMAGE



Lot 1052 | IMAGE



Lot 1056 | IMAGE



Lot 1049 | IMAGE



Lot 1053 | IMAGE



Lot 1057 | IMAGE



Lot 1050 | IMAGE



Lot 1054 | IMAGE



Lot 1058 | IMAGE

96

APP000100



Lot 1059 | IMAGE



Lot 1063 | IMAGE



Lot 1067 | IMAGE



Lot 1060 | IMAGE



Lot 1064 | IMAGE



Lot 1068 | IMAGE



Lot 1061 | IMAGE



Lot 1065 | IMAGE



Lot 1069 | IMAGE



Lot 1062 | IMAGE



Lot 1066 | IMAGE



Lot 1070 | IMAGE

APP000101



Lot 1071 | IMAGE



Lot 1075 | IMAGE



Lot 1079 | IMAGE



Lot 1072 | IMAGE



Lot 1076 | IMAGE



Lot 1080 | IMAGE



Lot 1073 | IMAGE



Lot 1077 | IMAGE



Lot 1081 | IMAGE



Lot 1074 | IMAGE



Lot 1078 | IMAGE



Lot 1082 | IMAGE

APP000102



Lot 1083 | IMAGE    Lot 1087 | IMAGE    Lot 1091 | IMAGE

Lot 1084 | IMAGE    Lot 1088 | IMAGE    Lot 1092 | IMAGE

Lot 1085 | IMAGE    Lot 1089 | IMAGE    Lot 1093 | IMAGE

Lot 1086 | IMAGE    Lot 1090 | IMAGE    Lot 1094 | IMAGE

APP000103



Lot 1095 | IMAGE



Lot 1099 | IMAGE



Lot 1103 | IMAGE



Lot 1096 | IMAGE



Lot 1100 | IMAGE
Showing 1,101 to 1,157 of 1,157 lots



Lot 1104 | IMAGE



Lot 1097 | IMAGE



Lot 1101 | IMAGE



Lot 1105 | IMAGE



Lot 1098 | IMAGE



Lot 1102 | IMAGE



Lot 1106 | IMAGE

APP000104



Lot 1107 | IMAGE



Lot 1111 | IMAGE



Lot 1115 | IMAGE



Lot 1108 | IMAGE



Lot 1112 | IMAGE



Lot 1116 | IMAGE



Lot 1109 | IMAGE



Lot 1113 | IMAGE



Lot 1117 | IMAGE



Lot 1110 | IMAGE



Lot 1114 | IMAGE



Lot 1118 | IMAGE

101

APP000105



Lot 1119 | IMAGE



Lot 1123 | IMAGE



Lot 1127 | IMAGE



Lot 1120 | IMAGE



Lot 1124 | IMAGE



Lot 1128 | IMAGE



Lot 1121 | IMAGE



Lot 1125 | IMAGE



Lot 1129 | IMAGE



Lot 1122 | IMAGE



Lot 1126 | IMAGE



Lot 1130 | IMAGE

102

APP000106



Lot 1131 | IMAGE



Lot 1135 | IMAGE



Lot 1139 | IMAGE



Lot 1132 | IMAGE



Lot 1136 | IMAGE



Lot 1140 | IMAGE



Lot 1133 | IMAGE



Lot 1137 | IMAGE



Lot 1141 | IMAGE



Lot 1134 | IMAGE



Lot 1138 | IMAGE



Lot 1142 | IMAGE

APP000107



Lot 1143 | IMAGE



Lot 1147 | IMAGE



Lot 1151 | IMAGE



Lot 1144 | IMAGE



Lot 1148 | IMAGE



Lot 1152 | IMAGE



Lot 1145 | IMAGE



Lot 1149 | IMAGE



Lot 1153 | IMAGE



Lot 1146 | IMAGE



Lot 1150 | IMAGE



Lot 1154 | IMAGE

104

APP000108



Lot 1155 | IMAGE



Lot 1156 | IMAGE



Lot 1157 | IMAGE

APP000109

# EXHIBIT A-2

APP000110

# BROWN FOX

Tim Wells
214.367.6091
tim@brownfoxlaw.com

February 13, 2023

**Via Email (medney@huntonak.com)**
Michael Edney
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037-1701

**Via Email (thuffman@huntonak.com)**
Ted Huffman
Hunton Andrews Kurth LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202

**Via Email (mdingman@huntonak.com)**
Michael Dingman
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037-1701

RE:  No. 3:22-CV-2118-X; *Securities and Exchange Commission v. Timothy Barton, et al.*

Mr. Barton:

I am writing to address issues regarding retrieval of personal property.  The Receiver and his counsel have previously requested, on multiple occasions, documentation detailing any personal property you claim belongs to you and is located at the Receivership Properties.  To date, we have not received such a list.  While the Receiver has previously permitted the supervised removal of personal property from 4107 Rock Creek Drive and 2999 Turtle Creek Boulevard on multiple occasions, continued piecemeal efforts are inefficient and waste Receivership resources.

To most efficiently and finally deal with claims regarding personal property, please provide, within ten (10) business days of receipt of this letter, (1) a list of all personal property you claim is currently in the Receiver's possession and, (2) proof of ownership, through either (a) a receipt or other sufficient proof of purchase or (b) a sworn statement that the item(s) are your personal property and that you own the property.  For each item you received after March 1, 2017, if any, please include a sworn statement that the item was neither purchased with any Receivership Entity funds, nor a gift from any Receivership Entity. As we have done with every other party requesting personal property, we will analyze the documentation provided and respond in due course on whether the property may be retrieved and to schedule a time for retrieval of approved items.

Please advise any family, friends, or acquaintances who claim to have personal property in the Receiver's possession they must follow the same procedure outlined above.

APP000111

If you have any questions or comments regarding this matter, feel free to contact me at 214-367-6091 or at tim@brownfoxlaw.com.

Sincerely,

Tim Wells

# EXHIBIT A-3

APP000113



# BROWN FOX

Tim Wells
214.367.6091
tim@brownfoxlaw.com

March 29, 2023

**Via Email (thuffman@huntonak.com)**
Ted Huffman
Hunton Andrews Kurth LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202

> RE:    No. 3:22-CV-2118-X; *Securities and Exchange Commission v. Timothy Barton, et al.*; pending in the United States District Court for the Northern District of Texas, Dallas Division

Dear Mr. Huffman:

I am in receipt of your email dated March 21, 2023, which included a list of Tim Barton's purported personal property. Because 2999 Turtle Creek (the "Turtle Creek Property") was used as an office building for the Receivership Entities, the Receiver presumes the items in the Turtle Creek Property are owned by the businesses located there. In my February 13, 2023 letter, I explained that to retrieve personal property Mr. Barton needs to provide a list of his personal property and a declaration or purchase evidence verifying that the items to be retrieved are personal property. You have provided a list, but no declaration or purchase evidence. Unless Mr. Barton can provide a declaration or purchase evidence, the items on the list are still presumed to be Receivership Property. Nevertheless, the Receiver is willing to gather and provide the following clearly personal items from the Turtle Creek Property:

- Clearly personal items in cabinets and on walls in T. Barton's office
    - *The walls have been bare since the Receiver took possession.*
- Clearly personal items in T. Barton's desk
- Clothes and all clearly personal items in bathroom of T. Barton's office
- All pictures in K. Walji's office
    - *There are no pictures in K. Walji's office. There are pictures in the closet near K. Walji's office, and the Receiver will provide those.*
- Vitamins
- Green jacket in cigar room
    - *Virtually all cigars were taken from the Turtle Creek Property and 4107 Rock Creek before the Receiver took possession of the Receivership Properties.*

Mr. Barton can then retrieve the gathered items at a mutually agreed place and time.

As detailed in my February 13, 2023 letter, to retrieve any other items, Mr. Barton must provide proof of ownership, through either (a) a receipt or other sufficient proof of ownership or (b) a declaration that the item(s) are his personal property and that the property was not purchased with any Receivership Entity funds, nor a gift from any Receivership Entity.

As I have communicated in my correspondence with V. Barton, and counsel for M. Barton, any other individuals claiming to have personal property in the Turtle Creek Property must contact the Receiver, through his counsel, and provide the same proof of personal ownership, through purchase evidence or declaration as explained above.

In accordance with the Order Governing Administration [Dkt. 63], we are in the process of retaining an auctioneer to sell the contents of the Turtle Creek Property, with the sale to occur no later than April 24, 2023. To allow sufficient time for the auctioneer to inventory and market the sale items, please provide any purchase evidence or declaration as soon as possible so that the items listed above, and any other proven personal items, can be scheduled for pick up before 12:00 pm on April 10, 2023.

Sincerely,

Tim Wells

Tim Wells

cc:    Michael Edney
       Michael Dingman

# EXHIBIT A-4

APP000116

**Charlene Koonce**

---

| | |
|---|---|
| **Subject:** | FW: Link to pictures for auction |
| **Attachments:** | Personal Property List.pdf |

---

**From:** Charlene Koonce
**Sent:** Thursday, April 20, 2023 9:09 AM
**To:** Huffman, Ted <THuffman@hunton.com>
**Cc:** Edney, Michael <MEdney@huntonak.com>; victorialynnbarton@gmail.com; nathan.baum@nortonrosefulbright.com; samuel.ramer@nortonrosefulbright.com; christopher.cooke@nortonrosefulbright.com; Tim Wells <tim@brownfoxlaw.com>
**Subject:** FW: Link to pictures for auction

All:  To minimize the fees both sides are continuing to spend on these issues and although we contend receipts or a declaration should be provided for all, see our response to the list you provided previously.  Except as conditioned below, we agree to allow Mr. Barton to recover the items identified below.

Also, as we have discussed, a link to the auctioneer's photos of the contents of Turtle Creek is included below.  By 5 p.m. on Monday, please identify by lot # any additional items in these photos that Mr. Barton, Max, or Victoria contend are their own personal property.  For any additional items identified from these photos, (ie., not identified in the list you previously provided) unless the item is inherently personal, we will need a receipt showing purchase was on a personal credit card or from personal funds or a sworn statement to that effect or otherwise explaining the origin (a gift for instance).

• All items in cabinets and on walls in T. Barton's office
    Agree; Everything unless clearly business
• All items in T. Barton's desk
    Agree; Everything except pens and business papers
• All items in cabinet (including liquor)
    Agree as to the liquor (opened and unopened)
• Clothes and all items in bathroom of T. Barton's office
    Agree
• Round table chairs and desk (personal gifts from Mr. Gene Phillips)
    We need you to identify these items with the lot # from the photos, and we need a sworn statement from someone that this was a gift, as well as the approximate date of the gift.
• All pictures in K. Walji's office
    There were no pictures in his office; but we will turn over pictures that were in a nearby closet
• Kitchen coffee machine and nutribullet
    Appears to belong to business; Need receipts or declaration
• Kitchenware, including glasses and cups
    Appears to belong to business; Need receipts or declaration
• Vitamins and any remaining non-perishable food
    Agree
• All items in drawers and cabinets of T. Barton's assistant's office (note: this is the office with window)
    Agree; everything unless clearly business
• Green jacket and other items in cigar room (note: the cabinet on wall, when walking in on the left, has a door that pops open when pushed, with cigar collection inside)

1

APP000117

Agree re green jacket; yes on four cigars located in the office; need receipt or declaration for anything else
• Three beds, white couch, and bedding/sheets on second floor

Agree re mattresses and bedding; need receipt or declaration for anything else
• Garage items (including large wooden dining room table and two armoires) – there should be other personal items purchased from 2000s here

Yes on large wooden dining table and chairs (lot 598) and armoires (614 and 615); otherwise need to know item numbers and description of any other items
• There are items in the corner of security office that M. Barton can identify as from his mother's house

Need to know item number; possibly need receipt or declaration, depending on nature of item
• Dining room table with rose granite by lawyer's office (from T. Barton's personal house)

Need to know item number; need receipt or declaration

Here's the link: DFW Auction House Court Ordered Liquidation | HiBid Auctions | TEXAS

Thank you.



**CHARLENE KOONCE**
Partner

8111 Preston Road
Suite 300
Dallas, Texas 75225

214.327.5000
214.367.7503

2

APP000118

**Turtle Creek Offices**

In general, many of the items in the Turtle Creek office would have been moved from prior offices and owned for over ten years.

Mr. Barton seeks to pick up or have at least the following returned:

- All items in cabinets and on walls in T. Barton's office
- All items in T. Barton's desk
- All items in cabinet (including liquor)
- Clothes and all items in bathroom of T. Barton's office
- Round table chairs and desk (personal gifts from Mr. Gene Phillips)
- All pictures in K. Walji's office
- Kitchen coffee machine and nutribullet
- Kitchenware, including glasses and cups
- Vitamins and any remaining non-perishable food
- All items in drawers and cabinets of T. Barton's assistant's office (note: this is the office with window)
- Green jacket and other items in cigar room (note: the cabinet on wall, when walking in on the left, has a door that pops open when pushed, with cigar collection inside)
- Three beds, white couch, and bedding/sheets on second floor
- Garage items (including large wooden dining room table and two armoires) – there should be other personal items purchased from 2000s here
- There are items in the corner of security office that M. Barton can identify as from his mother's house
- Dining room table with rose granite by lawyer's office (from T. Barton's personal house)

This list is notably limited by personal memory. There are other personal items that likely could be identified if Mr. Barton were permitted to walk the building.

APP000119

**Rock Creek House**

In general, items were moved into the Rock Creek house were from a previous house. There should not be any major items in house acquired within the last two years, other than food, perishables, and other smaller items. Many items were acquired at least five, if not ten or more, years ago. All of the personal property in the home is believe to be personal, and not receivership property.

Below is a list of what Mr. Barton believes likely still exists. The list is limited by personal memory.

- M. Barton's and T. Barton's books
- Beds, mattresses, and sheets from rooms of T. Barton, M. Barton, and V. Barton, and from guest room
- Cleaning items and vacuum cleaner
- Kitchen items (including pots, pans, dishes, knives, refrigerator, silverware, coffee makers/expresso machine, nutribullet blender, juice maker/juice machine, cooking tools, toaster oven, microwave, waffle machine, etc.) – some kitchen tools and items may be in the kitchen closet
- Medicine in refrigerator
- Any remaining non-perishable food items, spices, and liquor
- Vitamins
- Foot massage machine
- Clothes
- V. Barton items (including bed, end tables, chairs, couch, refrigerator, items under V. Barton stairs, items in V. Barton kitchen, etc.)
- Any personal items located in drawers and closets
- Personal items outside (ladders, cabinets, tools, etc.)
- Personal items that were stored in cabinets and drawers
- Bathroom items (trash cans, toiletries, brushes, toiletries, towels, floor mats, etc.)
- Barbecue (in backyard)
- Outdoor chairs and couch
- Leaf blower
- Any fans
- Furniture (including white iron bench outside; lawn chairs outside; bookshelves; chairs and cabinets near kitchen breakfast area; dining room table and chairs; dining room hutch; minibar cabinet; table and chairs between kitchen and living room area; couches, chairs, and coffee table; etc.)
- Televisions
- Cigar collection (including cutters and trays)
- Any personal art, statues, or figurines (e.g., Chinese warrior wooden statues)
- Items hanging on walls (e.g., framed photographs)
- All personal mail directed to or belonging to T. Barton, M. Barton, or V. Barton

# EXHIBIT A-5

APP000121

**Charlene Koonce**

| Subject: | FW: Link to pictures for auction |
|---|---|

**From:** Edney, Michael <MEdney@huntonak.com>
**Sent:** Friday, April 21, 2023 1:03 PM
**To:** Charlene Koonce <charlene@brownfoxlaw.com>; Huffman, Ted <THuffman@hunton.com>
**Cc:** victorialynnbarton@gmail.com; nathan.baum@nortonrosefulbright.com; samuel.ramer@nortonrosefulbright.com; christopher.cooke@nortonrosefulbright.com; Tim Wells <tim@brownfoxlaw.com>
**Subject:** Re: Link to pictures for auction

[EXTERNAL EMAIL] Do not open links or attachments if you cannot verify the sender.

Dear Ms. Koonce:

We believe that this auction requires Court approval and should await the resolution of the appeal regarding the Receiver's appointment and authorities (to be argued May 1, 2023) or at least the Receiver's motion to the District Court seeking approval of the sale of the Turtle Creek property. These items include many personal items and assumes that Mr. Barton's corporate entities will never be returned to him and resume business, which is far from certain and, in fact, the entire point of this litigation. An auction on April 24, with hardly any notice, is completely unnecessary. We ask that you delay it.

We hope involving the Court in this issue will be unnecessary. Pursuant to the rules of the Court, however, we are meeting and conferring with you on motion practice that may have to arise from these issues. If necessary, we will seek relief to stop this sale if it is not postponed (reserving all rights that the Receiver should have sought Court approval, rather the Defendant having to seek relief). We will do so by seeking a temporary restraining order, a preliminary injunction, or through other forms of relief sufficient to stop or delay the sale. At a minimum, we request that you delay the auction until the Court has had a chance to rule on our motion to stop it. (Any other course, will require a temporary restraining order application or other highly expedited motion and hearing practice before the Court.)

As you know, the Court has expressed concerns about the handling of personal property. We have tried to resolve these issues with you, to no avail, and regret that the parties cannot keep their focus on matters material to the economic value of the estate, rather than of particular personal pain to the Defendant. We remind the Receiver that its legal mandate is to preserve the status quo pending final resolution of the merits of the underlying matter, not to presume an outcome and start liquidating the Defendant's business.

Please let me know the Receiver's position on these requests for relief by the close of business today.

APP000122

My very best regards,



Michael J. Edney
Hunton Andrews Kurth LLC
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 778-2204
medney@huntonak.com

---

**From:** Charlene Koonce <charlene@brownfoxlaw.com>
**Sent:** Thursday, April 20, 2023 10:09 AM
**To:** Huffman, Ted <THuffman@hunton.com>
**Cc:** Edney, Michael <MEdney@huntonak.com>; victorialynnbarton@gmail.com <victorialynnbarton@gmail.com>; nathan.baum@nortonrosefulbright.com <nathan.baum@nortonrosefulbright.com>; samuel.ramer@nortonrosefulbright.com <samuel.ramer@nortonrosefulbright.com>; christopher.cooke@nortonrosefulbright.com <christopher.cooke@nortonrosefulbright.com>; Tim Wells <tim@brownfoxlaw.com>
**Subject:** FW: Link to pictures for auction


Caution: This email originated from outside of the firm.

All:  To minimize the fees both sides are continuing to spend on these issues and although we contend receipts or a declaration should be provided for all, see our response to the list you provided previously.  Except as conditioned below, we agree to allow Mr. Barton to recover the items identified below.

Also, as we have discussed, a link to the auctioneer's photos of the contents of Turtle Creek is included below.  By 5 p.m. on Monday, please identify by lot # any additional items in these photos that Mr. Barton, Max, or Victoria contend are their own personal property.  For any additional items identified from these photos, (ie., not identified in the list you previously provided) unless the item is inherently personal, we will need a receipt showing purchase was on a personal credit card or from personal funds or a sworn statement to that effect or otherwise explaining the origin (a gift for instance).


• All items in cabinets and on walls in T. Barton's office
    Agree; Everything unless clearly business
• All items in T. Barton's desk
    Agree; Everything except pens and business papers
• All items in cabinet (including liquor)
    Agree as to the liquor (opened and unopened)
• Clothes and all items in bathroom of T. Barton's office
    Agree
• Round table chairs and desk (personal gifts from Mr. Gene Phillips)
    We need you to identify these items with the lot # from the photos, and we need a sworn statement from someone that this was a gift, as well as the approximate date of the gift.
• All pictures in K. Walji's office
    There were no pictures in his office; but we will turn over pictures that were in a nearby closet
• Kitchen coffee machine and nutribullet
    Appears to belong to business; Need receipts or declaration
• Kitchenware, including glasses and cups

2

APP000123

Appears to belong to business; Need receipts or declaration
• Vitamins and any remaining non-perishable food
    Agree
• All items in drawers and cabinets of T. Barton's assistant's office (note: this is the office with window)
    Agree; everything unless clearly business
• Green jacket and other items in cigar room (note: the cabinet on wall, when walking in on the left, has a door that pops open when pushed, with cigar collection inside)
    Agree re green jacket; yes on four cigars located in the office; need receipt or declaration for anything else
• Three beds, white couch, and bedding/sheets on second floor
    Agree re mattresses and bedding; need receipt or declaration for anything else
• Garage items (including large wooden dining room table and two armoires) – there should be other personal items purchased from 2000s here
    Yes on large wooden dining table and chairs (lot 598) and armoires (614 and 615); otherwise need to know item numbers and description of any other items
• There are items in the corner of security office that M. Barton can identify as from his mother's house
    Need to know item number; possibly need receipt or declaration, depending on nature of item
• Dining room table with rose granite by lawyer's office (from T. Barton's personal house)
    Need to know item number; need receipt or declaration


Here's the link: DFW Auction House Court Ordered Liquidation | HiBid Auctions | TEXAS


Thank you.




CHARLENE KOONCE
Partner

8111 Preston Road          214.327.5000
Suite 300                  214.367.7503
Dallas, Texas 75225

3

APP000124