IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | **CASE NO. 3:22-cv-2118-X** |
| **TIMOTHY BARTON** *ET AL.*, | § § § | |
| *Defendants,* | § § § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § § § | |
| *Relief Defendants.* | § § | |

**ORDER**

On this _____ day of April, 2023, came before the Court Respondent Southern Properties Capital, Ltd.'s Northern District of TexasMotion to Strike Receiver's Motion for Summary Judgment with Respect to Parc at Ingleside and Parc at Opelika ("Motion").

The Court, having considered the Motion, as well as any Responses or Replies, hereby determines that the Motion is meritorious and should be GRANTED.

Accordingly, the Court orders that the Receiver's Motion for Summary Judgment is stricken insofar as it seeks relief relating to Parc at Ingleside and Parc at Opelika.

_____
Brantley Starr
UNITED STATES DISTRICT JUDGE

**ORDER**