UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

     *Plaintiff,*

v.

TIMOTHY BARTON, et al.,

     *Defendants,*

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

     *Relief Defendants.*

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No. 3:22-CV-2118-X

## ORDER GRANTING RECEIVER'S UNOPPOSED MOTION TO CONFIRM LITIGATION STAY

Before the Court is the Receiver's Motion to Confirm Litigation Stay. [Doc. 211]. Having carefully considered the motion, the Court **GRANTS** the motion and **ORDERS** as follows:

1. Pursuant to the All Writs Act,[1] and under the Court's inherent authority to protect its jurisdiction over all Receivership Entities and Receivership Assets, the Court possesses jurisdiction to stay any proceeding, including cases pending in state courts in Texas and elsewhere, that involve Receivership Entities and Receivership Assets.

2. As provided in the Court's Order Appointing Receiver, as of October 18, 2022, "[a]ll civil legal proceedings of any nature" involving any Receivership Entity or Receivership Asset are **STAYED**.[2]

---

[1] 28 U.S.C. § 1651 ("[A]ll courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law.").

[2] Doc. 29 at 16–17.

1

2

3.   The litigation stay encompasses, and therefore **STAYS**, Case Number DC-22-02622, *JMJ Development, LLC v. Tamamoi, LLC, et al.* (the "JMJ Case"), pending in the 68th District Court of Dallas County.  All further proceedings of any nature in the JMJ Case are hereby **ENJOINED**.

**IT IS SO ORDERED** this 25th day of April, 2023.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2