**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff*, | § § | |
| **v.** | § § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON,** | § | |
| **CARNEGIE DEVELOPMENT, LLC,** | § | |
| **WALL007, LLC,** | § | |
| **WALL009, LLC,** | § | |
| **WALL010, LLC,** | § | |
| **WALL011, LLC,** | § | |
| **WALL012, LLC,** | § | |
| **WALL016, LLC,** | § | |
| **WALL017, LLC,** | § | |
| **WALL018, LLC,** | § | |
| **WALL019, LLC,** | § | |
| **HAOQIANG FU (A/K/A MICHAEL FU),** | § | |
| **STEPHEN T. WALL,** | § § | |
| *Defendants*, | § § | |
| **HNGH TURTLE CREEK, LLC,** | § § | |
| *Relief Defendant*. | § § | |

**RECEIVER'S NOTICE OF WITHDRAWAL OF**
**MOTION TO COMPEL DOCUMENTS AND INFORMATION FROM ATTORNEYS**

PLEASE TAKE NOTICE the Receiver requests the withdrawal of his Verified Motion to

Compel Documents and Information from Attorneys [Dkt. 199] ("Motion to Compel"). The

Receiver has obtained the information and documents requested, as well as a portion of the

sanctions. Therefore, the Receiver seeks to withdraw the Motion to Compel.

1.      On March 21, 2023 the Receiver filed Receiver's Verified Motion to Compel Documents and Information from Attorneys, Request for Sanctions, and Brief in Support.

2.      The Motion to Compel requested an order compelling the attorneys representing Defendant Timothy Barton, Hunton Andrews Kurth LLP, to disclose the source of any retainer or security interest and related information received in connection with its representation of Defendant Timothy Barton, to allow the Receiver to verify that counsel had complied with their duty to ensure that the funds or security interest received were not paid with Receivership Assets. The Receiver also requested sanctions to reimburse the Receivership Estate for fees incurred in preparing the motion.

3.      On April 26, 2023 Hunton Andrews Kurth LLP provided the Receiver with information and documents he requested and by agreement, paid half of the requested sanctions.

4.      Accordingly, the Receiver requests that his Motion to Compel be withdrawn or denied as moot.[1]

## **CONCLUSION**

For the reasons stated above, the Receiver requests that his Motion to Compel be withdrawn from the Court's consideration.

---

[1] If the Court denies the Motion to Compel as moot, the Receiver requests that the order be without prejudice to refiling in the event subsequent events and discoveries necessitate refiling the motion.

Respectfully submitted,

By: */s/ Charlene C. Koonce*
   Charlene C. Koonce
      State Bar No. 11672850
      charlene@brownfoxlaw.com
   Timothy B. Wells
      State Bar No. 24131941
      tim@brownfoxlaw.com
   BROWN FOX PLLC
   8111 Preston Road, Suite 300
   Dallas, Texas 75225
   T: (214) 327-5000
   F: (214) 327-5001

*Attorneys for Receiver Cortney C. Thomas*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

3