# Exhibit A

| | |
|---|---|
| **From:** | Huffman, Ted |
| **To:** | Cort Thomas |
| **Cc:** | Tim Wells |

| | |
|---|---|
| **Subject:** | Personal Property |
| **Date:** | Tuesday, March 21, 2023 12:16:08 PM |
| **Attachments:** | Personal Property List.pdf |

Cort,

Following up a recent phone call, attached is the requested list of personal property that the client has asked to be returned.  I understand that the receivership does not currently intend to return furniture, but hopefully there are a number of other items that can be resolved sooner than later.  If you guys have any questions, please do not hesitate to call.

Thanks,
Ted

| Hunton Andrews Kurth  | **Ted A. Huffman**<br>Associate<br>thuffman@hunton.com<br>p  214.979.2944<br>bio \| LinkedIn \| vCard<br><br>Hunton Andrews Kurth LLP<br>Fountain Place<br>1445 Ross Avenue, Suite 3700<br>Dallas, Texas 75202<br><br>HuntonAK.com |
|---|---|

This communication may include confidential or privileged information. If you are not an intended recipient, please advise by return email immediately and then delete this message, including all copies and backups.

**<u>Turtle Creek Offices</u>**

In general, many of the items in the Turtle Creek office would have been moved from prior offices and owned for over ten years.

Mr. Barton seeks to pick up or have at least the following returned:

- All items in cabinets and on walls in T. Barton's office
- All items in T. Barton's desk
- All items in cabinet (including liquor)
- Clothes and all items in bathroom of T. Barton's office
- Round table chairs and desk (personal gifts from Mr. Gene Phillips)
- All pictures in K. Walji's office
- Kitchen coffee machine and nutribullet
- Kitchenware, including glasses and cups
- Vitamins and any remaining non-perishable food
- All items in drawers and cabinets of T. Barton's assistant's office (note: this is the office with window)
- Green jacket and other items in cigar room (note: the cabinet on wall, when walking in on the left, has a door that pops open when pushed, with cigar collection inside)
- Three beds, white couch, and bedding/sheets on second floor
- Garage items (including large wooden dining room table and two armoires) – there should be other personal items purchased from 2000s here
- There are items in the corner of security office that M. Barton can identify as from his mother's house
- Dining room table with rose granite by lawyer's office (from T. Barton's personal house)

This list is notably limited by personal memory. There are other personal items that likely could be identified if Mr. Barton were permitted to walk the building.

**Rock Creek House**

In general, items were moved into the Rock Creek house were from a previous house.  There should not be any major items in house acquired within the last two years, other than food, perishables, and other smaller items.  Many items were acquired at least five, if not ten or more, years ago.  All of the personal property in the home is believe to be personal, and not receivership property.

Below is a list of what Mr. Barton believes likely still exists.  The list is limited by personal memory.

- M. Barton's and T. Barton's books
- Beds, mattresses, and sheets from rooms of T. Barton, M. Barton, and V. Barton, and from guest room
- Cleaning items and vacuum cleaner
- Kitchen items (including pots, pans, dishes, knives, refrigerator, silverware, coffee makers/expresso machine, nutribullet blender, juice maker/juice machine, cooking tools, toaster oven, microwave, waffle machine, etc.) – some kitchen tools and items may be in the kitchen closet
- Medicine in refrigerator
- Any remaining non-perishable food items, spices, and liquor
- Vitamins
- Foot massage machine
- Clothes
- V. Barton items (including bed, end tables, chairs, couch, refrigerator, items under V. Barton stairs, items in V. Barton kitchen, etc.)
- Any personal items located in drawers and closets
- Personal items outside (ladders, cabinets, tools, etc.)
- Personal items that were stored in cabinets and drawers
- Bathroom items (trash cans, toiletries, brushes, toiletries, towels, floor mats, etc.)
- Barbecue (in backyard)
- Outdoor chairs and couch
- Leaf blower
- Any fans
- Furniture (including white iron bench outside; lawn chairs outside; bookshelves; chairs and cabinets near kitchen breakfast area; dining room table and chairs; dining room hutch; minibar cabinet; table and chairs between kitchen and living room area; couches, chairs, and coffee table; etc.)
- Televisions
- Cigar collection (including cutters and trays)
- Any personal art, statues, or figurines (e.g., Chinese warrior wooden statues)
- Items hanging on walls (e.g., framed photographs)
- All personal mail directed to or belonging to T. Barton, M. Barton, or V. Barton