# Exhibit B

| From: | Charlene Koonce |
| --- | --- |
| To: | Samuel R. Ramer |
| Cc: | Max Barton; Nathan Baum; Chris Cooke; Tim Wells; Edney, Michael; Huffman, Ted |
| Subject: | RE: Affidavit of Max Barton re: personal items |
| Date: | Tuesday, April 25, 2023 4:12:48 PM |
| Attachments: | image001.png |

Caution: This email originated from outside of the firm.

Sam,

We agree that the items in the first group below are inherently personal and will be withdrawn from the auction.  As to the items in the second grouping, please have Max complete an updated sworn statement.  As stated in two letters from Tim and in my initial email, for any items that are not inherently personal and for which no receipts are provided, we need a sworn statement that the items are both his personal property and that they were not purchased with Receivership Funds or a gift from any Receivership Entity after March 1, 2017.  Thus, for the lot #s listed in the second grouping, Max's declaration as drafted is insufficient and needs to include the underlined language. Please provide the amended declaration by the end of Thursday, 4/27.

Agree to withdraw from the auction (inherently personal):
498
501
510
512
616
706
707
708
709
712
717
722
747
1025

Need representation in Dec that item purchased with personal assets or evidence of same/or details regarding gift:
70

44

497

502

503

582

583

584

618

696

710

711

715

716
718
719
723
725
726
728
729
730
731
732
736
745
749
751
778
791
1010
1024
1135



**CHARLENE KOONCE**
Partner

⊙ 8111 Preston Road
Suite 300
Dallas, Texas 75225

▤ 214.327.5000
☎ 214.367.7503

**From:** Samuel R. Ramer <samuel.ramer@nortonrosefulbright.com>
**Sent:** Monday, April 24, 2023 4:52 PM
**To:** Charlene Koonce <charlene@brownfoxlaw.com>
**Cc:** Max Barton <maxbarton54@gmail.com>; Nathan Baum <nathan.baum@nortonrosefulbright.com>; Chris Cooke <christopher.cooke@nortonrosefulbright.com>; Tim Wells <tim@brownfoxlaw.com>; Edney, Michael <MEdney@huntonak.com>; Huffman, Ted <THuffman@hunton.com>
**Subject:** Affidavit of Max Barton re: personal items

[EXTERNAL EMAIL] Do not open links or attachments if you cannot verify the sender.

Dear Ms. Koonce,

Attached please find the affidavit of Max Barton, seeking removal of personal items from the auction or resale.  Thank you for the opportunity.  Please let us know if you have any questions.

Regards,

Sam

**Samuel Ramer** | Partner
Norton Rose Fulbright US LLP
799 9th Street NW, Suite 1000, Washington, DC  20001-4501, United States
Tel +1 202 662 0214 | Fax +1 202 662 4643
samuel.ramer@nortonrosefulbright.com

### NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com
**Disclaimer:** This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose

Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.