# EXHIBIT A

# EXHIBIT A-1

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of March 31, 2023

| | | | |
|---|---|---:|---:|
| 1 | Beginning Balance - January 1, 2023: | | $ 856,537.35 |
| 2 | Business Income | | 185,460.93 |
| 3 | Funds Received | | 125,073.29 |
| 4 | Interest/Dividend Income | | 3,641.54 |
| 5 | Business Asset Liquidation | | |
| 6 | Personal Asset Liquidation | | |
| 7 | Third-Party Litigation Income | | |
| 8 | Miscellaneous - Other | | |
| 9 | Disbursements to Investors | | |
| 10 | Disbursements for Receivership Operations: | | 692,114.75 |
| 10a | Disbursements to Receiver or Other Professionals | 409,028.42 | |
| 10b | Business Asset and Operating Expenses | 223,323.75 | |
| 10c | Personal Asset Expenses | | |
| 10d | Investment Expenses | | |
| 10e | Third-Party Litigation Expenses | | |
| 10f | Tax Administrator Fees and Bonds | | |
| 10g | Federal and State Tax Expenses | 59,762.58 | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | - |
| 11a | Distribution Plan Development Expenses | | |
| 11b | Distribution Plan Implementation Expenses | | |
| 12 | Disbursements to Court/Other | | - |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | |
| 12b | Federal income taxes | | |
| 13 | Ending Balance - March 31, 2023 | | $ 478,598.36 |
| 14 | Ending Balance of Fund - Net Assets | | 478,598.36 |
| 14a | Cash & Cash Equivalents | 478,598.36 | |
| 14b | Investments | | |
| 14c | Other Assets or Uncleared Funds | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | |
| 16b | Federal income taxes | | |

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of March 31, 2023

17      DC & State Tax Payments
18      No. of Claims
18a the number of claims received from investors during this reporting period
18b the number of claims received from investors as a result of all orders since the inception of the Fund

19      No. of Claimants/Investors

19a the number of claimants/investors receiving distributions during the reporting period
19b the number of claimants/investors receiving distributions pursuant to all orders of distribution since the inception of the Fund

# EXHIBIT A-2

**Barton Receivership Account**
**Cash Accounting Summary**
**January 1, 2023 through March 31, 2023**

**Cash Receipts**

| Date | Item Description | Cash Receipts 1Q23 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Receipts 4Q22 | | $819,171.90 |
| 01/10/2023 | Town Square Title Company [Wire] | $120,000.00 | |
| 01/26/2023 | DDA Deposit<br>• Cable One (D4IN) ($978.95)<br>• Wells Fargo ($166.01) | $1,144.96 | |
| 01/31/2023 | Interest Deposit | $1,910.92 | |
| 02/28/2023 | Interest Deposit | $1,730.62 | |
| 03/08/2023 | DDA Deposit<br>• First Insurance Funding ($2,450.36)<br>• Chubb Insurance ($525.97) | $3,928.33 | |
| 04/02/2023 | Interest Deposit | $1,172.46 | |
| **TOTAL RECEIPTS 1Q23** | | **$129,887.29** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$949,059.19** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 1Q23 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Disbursements 4Q22 | | $10,764.09 |
| 01/03/2023 | National Valuation Consultants [Wire] (appraisals for Amerigold, Bellwether Ridge, and Parc at Windmill Farms) | $16,300.00 | |
| 01/03/2023 | First Insurance [Wire] (Rock Creek) | $591.46 | |
| 01/09/2023 | Dallas Water Utilities [Wire] (Rock Creek) | $835.94 | |

| Date | Item Description | Cash Disbursements 1Q23 | Cash Disbursements 4Q22 to present |
|------|------------------|------------------------:|-----------------------------------:|
| 01/10/2023 | TXU Energy [Wire] (2999 Turtle Creek) | $3,776.11 | |
| 01/10/2023 | Veritex Account Analysis Charge | $1.47 | |
| 01/12/2023 | Dallas Water Utilities (#109) (2999TC Acquisitions) | $426.58 | |
| 01/12/2023 | Dallas Water Utilities (#110) (2999TC Acquisitions) | $7,195.93 | |
| 01/12/2023 | Dallas Water Utilities (#111) (Gillespie Villas) | $32.74 | |
| 01/26/2023 | TXU Energy [Wire] (Rock Creek) | $481.96 | |
| 01/30/2023 | Dallas Water Utilities [Wire] (2999 TC Acquisitions) | $168.59 | |
| 02/02/2023 | Dallas Water Utilities [Wire] (2999 TC Acquisitions) | $137.50 | |
| 02/06/2023 | First Insurance [Wire] (Rock Creek) | $591.46 | |
| 02/09/2023 | Scott Porter, Tax A/C (#123) (Venus taxes) | $317.93 | |
| 02/10/2023 | John R. Ames, CTA (#112) (Venus taxes) | $18,619.73 | |
| 02/10/2023 | Scott Porter, Tax A/C (#113) (Venus taxes) | $94.05 | |
| 02/10/2023 | Scott Porter, Tax A/C (#114) (Venus taxes) | $371.60 | |
| 02/10/2023 | Scott Porter, Tax A/C (#115) (Venus taxes) | $66.87 | |
| 02/10/2023 | Scott Porter, Tax A/C (#116) (Venus taxes) | $1,013.50 | |
| 02/10/2023 | Scott Porter, Tax A/C (#117) (Venus taxes) | $294.42 | |
| 02/10/2023 | Scott Porter, Tax A/C (#118) (Venus taxes) | $276.76 | |

BARTON RECEIVERSHIP CASH ACCOUNTING SUMMARY JAN. 1, 2023 THROUGH MAR. 31, 2023
PAGE 2

| Date | Item Description | Cash Disbursements 1Q23 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 02/10/2023 | Scott Porter, Tax A/C (#119) (Venus taxes) | $745.53 | |
| 02/10/2023 | Scott Porter, Tax A/C (#120) (Venus taxes) | $145.23 | |
| 02/10/2023 | Scott Porter, Tax A/C (#121) (Venus taxes) | $3,427.49 | |
| 02/10/2023 | Scott Porter, Tax A/C (#122) (Venus taxes) | $58.93 | |
| 02/10/2023 | Scott Porter, Tax A/C (#124) (Venus taxes) | $94.05 | |
| 02/10/2023 | Scott Porter, Tax A/C (#125) (Venus taxes) | $91.60 | |
| 02/10/2023 | Scott Porter, Tax A/C (#126) (Venus taxes) | $82.76 | |
| 02/10/2023 | Scott Porter, Tax A/C (#127) (Venus taxes) | $82.76 | |
| 02/10/2023 | Scott Porter, Tax A/C (#128) (Venus taxes) | $4,723.94 | |
| 02/10/2023 | Scott Porter, Tax A/C (#129) (Venus taxes) | $197.54 | |
| 02/10/2023 | Scott Porter, Tax A/C (#130) (Venus taxes) | $6,109.71 | |
| 02/10/2023 | Scott Porter, Tax A/C (#131) (Venus taxes) | $3,795.50 | |
| 02/10/2023 | TXU Energy [Wire] (2999 Turtle Creek) | $7,627.71 | |
| 02/13/2023 | Reveal Insurance [Wire] (Gillespie property) | $6,901.27 | |
| 02/21/2023 | Carlos Bosquez (#132) (tree trimming at Rock Creek) | $300.00 | |
| 02/22/2023 | Franklin Street [Wire] (insurance at Rock Creek) | $302.02 | |
| 02/27/2023 | Wire transfer to Goldmark Hospitality for insurance | $14,400.00 | |

BARTON RECEIVERSHIP CASH ACCOUNTING SUMMARY JAN. 1, 2023 THROUGH MAR. 31, 2023
PAGE 3

| Date | Item Description | Cash Disbursements 1Q23 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 02/27/2023 | National Valuation Consultants (#133) (appraisal for Turtle Creek property) | $4,000.00 | |
| 02/27/2023 | National Valuation Consultants (#134) (appraisal for Hall property) | $4,000.00 | |
| 02/28/2023 | JAMS (#136) (mediation with HNGH) | $1,325.00 | |
| 02/28/2023 | Atmos Energy [Wire] (2999 Turtle Creek) | $829.43 | |
| 03/01/2023 | National Valuation Consultants (#137) (appraisal for Ridgeview addition) | $4,500.00 | |
| 3/02/2023 | Waldon Appraisal Services (#102) (appraisal for Rock Creek) | $850.00 | |
| 03/03/2023 | First Insurance [Wire] (Rock Creek) | $591.46 | |
| 03/06/2023 | Dallas Water Utilities [Wire] (Gillespie Villas) | $65.12 | |
| 03/06/2023 | Dallas Water Utilities [Wire] (2999 TC Acquisitions) | $137.50 | |
| 03/10/2023 | TXU Energy [Wire] (2999 Turtle Creek) | $8,204.90 | |
| 03/13/2023 | JAMS (#135) (mediation with HNGH) | $3,000.00 | |
| 03/14/2023 | Intergra Realty Resources (#138) (appraisals for Ridgeview Addition, Gillespie, Hall, and Venus properties) | $19,500.00 | |
| 03/20/2023 | Cort Thomas (#139) (receiver fees) | $122,455.99 | |
| 03/20/2023 | Brown Fox, PLLC (#140) (legal fees) | $220,483.50 | |
| 03/23/2023 | Ahuja & Clark, PLLC (#141) (accountants) | $4,120.00 | |

| Date | Item Description | Cash Disbursements 1Q23 | Cash Disbursements 4Q22 to present |
|------|------------------|-------------------------|-------------------------------------|
| 03/23/2023 | Veracity Forensics (#142) (IT analysis) | $2,809.93 | |
| 03/29/2023 | The Rama Funds, LLC (#143) (forwarding of rents for SF Rock Creek) | $5,684.00 | |
| 03/30/2023 | Chenault's Window Service (Gillespie property) (#144) | $926.05 | |

**TOTAL DISBURSEMENTS**          **$504,163.52**

**TOTAL DISBURSEMENTS RECEIVERSHIP**          **$514,927.61**

# EXHIBIT A-3

**Goldmark Hospitality**
**Cash Accounting Summary**
**January 1, 2023 through March  31, 2023**

**Cash Receipts**

| Date | Item Description | Cash Receipts 1Q23 | Cash Receipts 4Q22 to present |
|------|------------------|-------------------:|------------------------------:|
| 12/31/2022 | Cash Receipts 4Q22 | | $108,460.28 |
| 01/03/2023 | Cash Deposit (rents) | $3,075.00 | |
| 01/04/2023 | Cash Deposit (rents) | $8,320.24 | |
| 01/06/2023 | Square Inc. [Wire] (rents) | $13,754.56 | |
| 01/06/2023 | Cash Deposit (rents) | $1,923.00 | |
| 01/06/2023 | Cash Deposit (rents) | $3,060.02 | |
| 01/11/2023 | Cash Deposit (rents) | $500.00 | |
| 01/11/2023 | Cash Deposit (rents) | $840.00 | |
| 01/11/2023 | Cash Deposit (rents) | $2,868.00 | |
| 01/13/2023 | Square Inc. [Wire] (rents) | $5,836.00 | |
| 01/17/2023 | Cash Deposit (rents) | $249.82 | |
| 01/17/2023 | Cash Deposit (rents) | $700.06 | |
| 01/17/2023 | Cash Deposit (rents) | $770.12 | |
| 01/20/2023 | Cash Deposit (rents) | $493.12 | |
| 01/20/2023 | Cash Deposit (rents) | $850.00 | |

| Date | Item Description | Cash Receipts 1Q23 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 01/23/2023 | Square Inc. [Wire] (rents) | $3,356.64 | |
| 01/25/2023 | Cash Deposit (rents) | $1,010.52 | |
| 01/27/2023 | Cash Deposit (rents) | $3,030.00 | |
| 01/30/2023 | Cash Deposit (rents) | $6,950.51 | |
| 01/31/2023 | Square Inc. [Wire] (rents) | $3,895.50 | |
| 02/03/2023 | Square Inc. [Wire] (rents) | $4,261.35 | |
| 02/03/2023 | Cash Deposit (rents) | $2,400.00 | |
| 02/03/2023 | Cash Deposit (rents) | $2,452.00 | |
| 02/03/2023 | Cash Deposit (rents) | $2,960.00 | |
| 02/06/2023 | Cash Deposit (rents) | $7,197.04 | |
| 02/07/2023 | Square Inc. [Wire] (rents) | $7,314.36 | |
| 02/08/2023 | Cash Deposit (rents) | $1,274.65 | |
| 02/08/2023 | Cash Deposit (rents) | $1,562.08 | |
| 02/10/2023 | Cash Deposit (rents) | $50.00 | |
| 02/10/2023 | Cash Deposit (rents) | $2,088.00 | |
| 02/14/2023 | Cash Deposit (rents) | $470.80 | |
| 02/14/2023 | Cash Deposit (rents) | $2,500.58 | |

| Date | Item Description | Cash Receipts 1Q23 | Cash Receipts 4Q22 to present |
|------|------------------|-------------------:|-------------------:|
| 02/16/2023 | Square Inc. [Wire] (rents) | $4,417.22 | |
| 02/16/2023 | Cash Deposit (rents) | $274.39 | |
| 02/16/2023 | Cash Deposit (rents) | $867.10 | |
| 02/17/2023 | Cash Deposit (rents) | $13,981.30 | |
| 02/22/2023 | Cash Deposit (rents) | $199.26 | |
| 02/22/2023 | Cash Deposit (rents) | $1,000.87 | |
| 02/24/2023 | Cash Deposit (rents) | $121.56 | |
| 02/24/2023 | Cash Deposit (rents) | $1,325.00 | |
| 02/27/2023 | FED WIRE Carnegie Development) [to cover insurance] | $14,400.00 | |
| 02/28/2023 | Cash Deposit (rents) | $1,040.00 | |
| 03/02/2023 | Cash Deposit (rents) | $2,748.66 | |
| 03/02/2023 | Cash Deposit (rents) | $3,752.00 | |
| 03/03/2023 | Square Inc. [Wire] (rents) | $17,475.48 | |
| 03/03/2023 | Cash Deposit (rents) | $4,896.58 | |
| 03/03/2023 | Cash Deposit (rents) | $8,800.30 | |
| 03/07/2023 | Cash Deposit (rents) | $2,746.18 | |
| 03/07/2023 | Cash Deposit (rents) | $4,888.00 | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY JAN. 1, 2023 THROUGH MAR. 31, 2023
PAGE 3

| Date | Item Description | Cash Receipts 1Q23 | Cash Receipts 4Q22 to present |
|------|------------------|-------------------:|------------------------------:|
| 03/13/2023 | Cash Deposit (rents) | $1,350.00 | |
| 03/15/2023 | Cash Deposit (rents) | $714.00 | |
| 03/15/2023 | Cash Deposit (rents) | $1,301.29 | |
| 03/20/2023 | Square Inc. [Wire] (rents) | $10,895.84 | |
| 03/21/2023 | Cash Deposit (rents) | $630.26 | |
| 03/21/2023 | Cash Deposit (rents) | $1,571.06 | |
| 03/23/2023 | Cash Deposit (rents) | $911.42 | |
| 03/23/2023 | Cash Deposit (rents) | $1,127.80 | |
| 03/29/2023 | Cash Deposit (rents) | $1,217.08 | |
| 03/28/2023 | Cash Deposit (rents) | $3,382.82 | |
| 03/31/2023 | Cash Deposit (rents) | $862.00 | |
| 03/31/2023 | Cash Deposit (rents) | $3,900.00 | |
| **TOTAL GOLDMARK RECEIPTS 1Q23** | | **$206,811.44** | |
| **TOTAL GOLDMARK RECEIPTS TO PRESENT** | | | **$315,271.72** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 1Q23 | Cash Disbursements 4Q22 to present |
|---|---|---:|---:|
| 12/31/2022 | Cash Disbursements 4Q22 | | $99,830.15 |
| 01/03/2023 | PropertyWare (ACH) | $19.43 | |
| 01/04/2023 | Terminix [pest control] (ACH) | $309.60 | |
| 01/04/2023 | TXU Energy (ACH) | $7,333.42 | |
| 01/05/2023 | Reveal Insurance (ACH) | $16,088.81 | |
| 01/06/2023 | Spectrum [internet & phone] (ACH) | $259.58 | |
| 01/06/2023 | Jovanca Silvasan [property manager] (#5068) | $222.60 | |
| 01/09/2023 | Air Texas [HVAC] (#5065) | $600.00 | |
| 01/09/2023 | Frank Guzman [maintenance] (#5066) | $1,080.00 | |
| 01/09/2023 | Kevin Wright [maintenance] (#5067) | $840.00 | |
| 01/12/2023 | Dallas Water Utilities [water] (#5069) | $16,793.46 | |
| 01/13/2023 | Reveal Insurance (ACH) | $6,693.97 | |
| 01/13/2023 | Impact Floors of Texas [floor maintenance] (#5070) | $995.91 | |
| 01/13/2023 | Impact Floors of Texas [floor maintenance] (#5071) | $879.88 | |
| 01/13/2023 | Jovanca Silvasan [property manager] (#5072) | $1,633.00 | |
| 01/20/2023 | Air Texas [HVAC] (#5073) | $350.00 | |
| 01/23/2023 | Frank Guzman [maintenance] (#5074) | $900.00 | |

| Date | Item Description | Cash Disbursements 1Q23 | Cash Disbursements 4Q22 to present |
|------|------------------|--------------------------|-------------------------------------|
| 01/23/2023 | Kevin Wright [maintenance] (#5075) | $850.00 | |
| 01/23/2023 | Sedrick Grant [cleaning] (#5077) | $200.00 | |
| 01/25/2023 | Frank Guzman [maintenance] (#5076) | $315.00 | |
| 01/30/2023 | Go To Premium Finance [insurance] (ACH) | $14,446.16 | |
| 01/31/2023 | Jovanca Silvasan [property manager] (#5081) | $1,633.00 | |
| 01/31/2023 | Bank Service Fee | $2.00 | |
| 02/01/2023 | Go To Premium Service Fee [insurance] (ACH) | $10.00 | |
| 02/03/2023 | Kevin Wright [maintenance] (#5080) | $660.00 | |
| 02/06/2023 | Spectrum [internet & phone] (ACH) | $259.69 | |
| 02/06/2023 | Frank Guzman [maintenance] (#5079) | $885.00 | |
| 02/06/2023 | Frank Guzman [maintenance] (#5082) | $790.00 | |
| 02/07/2023 | TXU Energy (ACH) | $11,537.08 | |
| 02/07/2023 | James R. Ames, CTA [property taxes] (#5078) | $19,152.68 | |
| 02/15/2023 | Jovanca Silvasan [property manager] (#5091) | $1,633.00 | |
| 02/15/2023 | Jovanca Silvasan [property manager] (#5092) | $70.55 | |
| 02/16/2023 | Dallas Water Utilities [water] (#5083)[1] | $353.16 | |
| 02/17/2023 | Republic Services [trash collection] (ACH) | $1,709.51 | |

---

[1] Check #5083 was mistakenly issued from the Goldmark account but relates to a separate Receivership property.

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY JAN. 1, 2023 THROUGH MAR. 31, 2023
PAGE 6

| Date | Item Description | Cash Disbursements 1Q23 | Cash Disbursements 4Q22 to present |
|------|------------------|---------------------------|-------------------------------------|
| 02/21/2023 | Dallas Water Utilities [utilities] (#5084) | $11,664.34 | |
| 02/21/2023 | Terminix [pest control] (#5085) | $393.88 | |
| 02/21/2023 | Terminix [pest control] (#5086) | $255.32 | |
| 02/21/2023 | Matthew Hilburn [maintenance] (#5089) | $720.00 | |
| 02/21/2023 | Sedrick Grant [cleaning] (#5090) | $200.00 | |
| 02/22/2023 | Frank Guzman [maintenance] (#5087) | $765.00 | |
| 02/22/2023 | Kevin Wright [maintenance] (#5088) | $725.00 | |
| 02/27/2023 | Bryan Williams (#5093) | $850.00 | |
| 02/28/2023 | Go To Premium Financial [insurance] (ACH) | $14,446.16 | |
| 02/28/2023 | Bank Service Fee | $2.00 | |
| 03/01/2023 | Go To Premium Service Fee [insurance] (ACH) | $10.00 | |
| 03/02/2023 | Jovanca Silvasan [property manager] (#5097) | $1,633.00 | |
| 03/02/2023 | Jovanca Silvasan [property manager] (#5098) | $76.17 | |
| 03/06/2023 | Frank Guzman [maintenance] (#5094) | $427.50 | |
| 03/06/2023 | Kevin Wright [maintenance] (#5095) | $790.00 | |
| 03/07/2023 | Spectrum [internet & phone] (ACH) | $268.05 | |
| 03/07/2023 | TXU Energy [utilities] (ACH) | $10,995.90 | |
| 03/10/2023 | Impact Floors of Texas [floor maintenance] (#5099) | $810.28 | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY JAN. 1, 2023 THROUGH MAR. 31, 2023
PAGE 7

| Date | Item Description | Cash Disbursements 1Q23 | Cash Disbursements 4Q22 to present |
|------|-----------------|------------------------:|-----------------------------------:|
| 03/15/2023 | Jovanca Silvasan [property manager] (#5001) | $1,633.00 | |
| 03/15/2023 | Dallas Water Utilities [utilities] (#5100) | $14,189.71 | |
| 03/20/2023 | Frank Guzman [maintenance] (#5002) | $892.50 | |
| 03/20/2023 | Kevin Wright [maintenance] (#5003) | $740.00 | |
| 03/20/2023 | Matthew Hilburn [maintenance] (#5004) | $745.00 | |
| 03/20/2023 | Matthew Hilburn [maintenance] (#5096) | $640.00 | |
| 03/29/2023 | Go To Premium Financial [insurance] (ACH) | $14,446.16 | |
| 03/30/2023 | Jovanca Silvasan [property manager] (#5014) | $1,633.00 | |
| 03/30/2023 | Dallas Water Utilities [utilities] (#5015) | $10,547.11 | |
| 03/31/2023 | Go To Premium Service Fee [insurance] (ACH) | $10.00 | |
| 03/31/2023 | Republic Services [trash collection] (ACH) | $851.48 | |
| 03/31/2023 | Terminix [pest control] (#5006) | $126.65 | |
| 03/31/2023 | Terminix [pest control] (#5007) | $126.65 | |
| 03/31/2023 | Terminix [pest control] (#5008) | $189.44 | |
| 03/31/2023 | Terminix [pest control] (#5009) | $189.44 | |
| 03/31/2023 | Frank Guzman [maintenance] (#5011) | $840.00 | |
| 03/31/2023 | Bank Service Charge | $2.00 | |

| Date | Item Description | Cash Disbursements 1Q23 | Cash Disbursements 4Q22 to present |
|------|-----------------|-------------------------|-------------------------------------|
| **TOTAL DISBURSEMENTS 1Q23** | | **$202,341.23** | |
| **TOTAL RECEIVERSHIP DISBURSEMENTS** | | | **$302,171.38** |