## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § § | |
| *Defendants*, | § § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

**ORDER DENYING SOUTHERN PROPERTIES CAPITAL, LTD.'S MOTION TO STRIKE AND AUTHORIZING INCLUSION OF PARC AT INGLESIDE AND PARC AT OPELIKA IN THE SUMMARY PROCEEDING AND RECEIVER'S PENDING MOTION FOR SUMMARY JUDGMENT, *NUNC PRO TUNC***

On this date, the Court considered Southern Properties Capital, Ltd.'s Motion to Strike

Receiver's Motion for Summary Judgment with Respect to the Parc at Ingleside and Parc at

Opelika, and the Receiver's Response, including the Receiver's alternative Motion for Leave to

1

Include the Ingleside and Opelika Properties (the "additional properties") in the summary proceeding and in the Receiver's Motion for Summary Judgment, Dkts. 206-208.

The Court finds all four properties in which SPC claims an interest should be included in the summary proceeding and the Receiver's Motion for Summary Judgment so the Court can evaluate the similar factual and legal issues collectively and efficiently.

Accordingly, the Court **DENIES** SPC's motion to strike.

The Court also **AUTHORIZES,** *nunc pro tunc*, inclusion of the Parc at Ingleside and Parc at Opelika and resolution of SPC's claim to those properties and the Receivership Entities that own those properties, in the summary proceeding and the Receiver's pending Motion for Summary Judgment. Finally, the Court concludes that the extension of time already granted to SPC and the Receiver regarding their respective Response and Reply suffice to cure any prejudice or burden related to inclusion of the additional properties in the summary proceeding.

SO ORDERED.

May ___, 2023.

_____
THE HONORABLE BRANTLEY STARR
UNITED STATES DISTRICT JUDGE