**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **Case No. 3:22-cv-02118-X** |
| | § | |
| **TIMOTHY BARTON, et al,** | § | |
| **Defendants** | § | |

**<u>ORDER GRANTING MOTION TO INTERVENE AND LIFT STAY</u>**

**CAME ON** to be considered the ***Motion To Intervene And Lift Stay*** ("Motion") filed by First Development Company of Ohio, LLC ("Movant").  The Court, having considered the Motion, the record, and the relevant law, finds that the Motion should be and hereby is in all things GRANTED.  It is, therefore,

**ORDERED, ADJUDGED, AND DECREED** that Movant is admitted as an intervening party in the above-captioned lawsuit; it is, further,

**ORDERED, ADJUDGED, AND DECREED** that the litigation stay in this case is lifted with respect to Movant and the funds, facts, and claims described in Movant's Motion, and Movant may litigate the same in Texas State Court or this Court.

DATED: _____

_____
JUDGE PRESIDING

**ORDER GRANTING MOTION TO INTERVENE**    **1**