# United States Court of Appeals for the Fifth Circuit

_____

No. 23-10515

_____

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff—Appellee*,

*versus*

TIMOTHY BARTON,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

_____

## UNPUBLISHED ORDER

Before ENGELHARDT, OLDHAM, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the opposed motion filed by Cortney C. Thomas for leave to intervene is DENIED, without prejudice to Movant's right to properly file an amicus brief if he so chooses.

No. 23-10515

IT IS FURTHER ORDERED that the opposed motion filed by Cortney C. Thomas to dismiss the appeal for lack of jurisdiction is DENIED as moot.

IT IS FURTHER ORDERED that the opposed motion filed by Cortney C. Thomas for an expedited ruling is DENIED as moot.