**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **CASE NO. 3:22-cv-2118-X** |
| **TIMOTHY BARTON ET AL.,** | § § § | |
| *Defendants,* | § § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § § § | |
| *Relief Defendants.* | § § | |

<u>**APPENDIX VOLUME III**</u>

<u>**APP. 352-694**</u>

<u>**IN SUPPORT OF SOUTHERN PROPERTIES CAPITAL, LTD.'S BRIEF IN SUPPORT OF RESPONSE TO RECEIVER'S MOTION FOR SUMMARY JUDGMENT**</u>

| Ex. No. | Title | App. No. |
|---|---|---|
| Ex. G-3 | Parc at Windmill Farms Restricted Appraisal | App. 352-458 |
| Ex. G-4 | Bellwether Ridge Restricted Appraisal | App. 460-572 |
| Ex. G-5 | John Jordan Qualifications | App. 574-575 |
| Ex. G-6 | Jason Ribelin Qualifications | App. 577-578 |

| Ex. H | Declaration of Scott Hakala | App. 580-615 |
|---|---|---|

| Ex. H-1 | Vitae of Scott Hakala | App. 617-645 |
|---|---|---|
| Ex. H-2 | List of Documents Considered | App. 647-657 |
| Ex. H-3 | Financial Statements Analysis | App. 659-662 |
| Ex. H-4 | Estimated Net Proceeds and Interest Savings Calculations | App. 664-692 |

**RESPECTFULLY SUBMITTED BY:**

/s/ *Brian K. Norman*

**C. GREGORY SHAMOUN**
State Bar No. 18089650
Email: g@snlegal.com
**BRIAN K. NORMAN**
State Bar No. 00797161
Email: bkn@snlegal.com
**J. BLAIR NORRIS**
State Bar No. 24014515
Email: bn@snlegal.com
**SHAMOUN & NORMAN, LLP**
1800 Valley View Lane, Suite 200
Farmers Branch, Texas 75234
Telephone (214) 987-1745
Facsimile: (214) 521-9033

**ATTORNEYS FOR SOUTHERN
PROPERTIES CAPITAL, LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 30, 2023, a true and correct copy of the foregoing document was served upon all counsel of record through the Court's CM/ECF system:

/s/ *J. Blair Norris*
**J. BLAIR NORRIS**

# EXHIBIT G-3

A Real Property          Prepared For
**APPRAISAL REPORT     SOUTHERN PROPERTIES CAPITAL, LTD.**



**MARKET-RATE APARTMENT COMPLEX**

# PARC AT WINDMILL FARMS

**1003 Windmill Farms Blvd Forney TX 75126-6326**

**Please direct inquiries to:**
Jason Ribelin
jribelin@apprise.us | 405-517-6917

APPRISE BY WALKER & DUNLOP
1919 McKinney Ave, Suite 100
Dallas, TX 75201



App. 352

**Job #:** 23.SW.8500.TX612527



May 15, 2023

Erik Johnson
Southern Properties Capital, Ltd.
1603 LBJ Freeway
Suite 800
Dallas, TX 75234

A Retrospective Restricted Appraisal Report of Parc At Windmill Farms
a 272 unit, market-rate apartment complex
located at 1003 Windmill Farms Blvd Forney TX 75126-6326

Per the request and authorization of our above-mentioned client, Apprise By Walker & Dunlop has prepared the following retrospective restricted appraisal report outlining the findings, conclusions, and market value estimates of the referenced property.   This is a Restricted Appraisal Report which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(c) of the Uniform Standards of Professional Appraisal Practice (USPAP) for a Restricted Appraisal Report. As such, it presents minimal to no discussion of the data, reasoning, and analyses that were used in the appraisal process to develop the appraiser's opinion of value. Supporting documentation concerning the data, reasoning, and analyses is retained in the appraiser's file(s). Without having access to the appraiser's work-file, the report may not contain supporting rationale for all of the opinions and conclusions set forth in the report.  The depth of discussion contained in this report is specific to the needs of the client and for the intended use stated above. The appraisers are not responsible for unauthorized use of this report.

The Income Approach to value was developed herein for the retrospective date of value as of February 21, 2023.  A summary of improved sales was included to support the value via the Income Approach.  The Cost Approach was not necessary for credible assignment results given the subjectivity of estimating depreciation and the propensity of market participants to analyze only the two market-driven valuation methods for similar, existing property. This omission, in no way, detracts from our findings and value estimate(s).

Based on the market data and analyses contained herein, the following estimate(s) of market value were derived:

| Premise | Interest | Date | Value | Per Unit |
|---------|----------|------|-------|----------|
| As Is | Leased Fee | February 21, 2023 | $57,800,000 | $212,500 |

## Project Highlights

- The subject is a garden-style apartment with 272 units built in 2019, with an average unit size of 1,028 square feet, and situated on 18.451 acres. The subject is currently 89.3% occupied, and our projected stabilized occupancy is 94.5%.  Lease-up costs are immaterial and would be lost in rounding.

- The subject property is currently under contract for $51,000,000.  Based upon our analysis herein, the purchase price appears to be well below market value.

- The subject's stabilized, effective market rent was estimated to be $1,604/month ($1.56/SF), which was found to be roughly 2.2% above the current in-place rent.

## COVID-19

While COVID-19 continues to be a global health concern, the effects of the pandemic appear to be waning. Nevertheless, there are macroeconomic uncertainties in regard to inflationary pressures, regional bank turmoil, and global/national geopolitical issues. Pricing for multifamily assets appears to have peaked sometime around 2Q2022 due to strong market conditions and historically low capitalization rates at the time. Notably, the Federal Funds Rate has increased nine times in the past 12 months totaling 475 basis points to try and stave off inflation resulting in increased capital costs. Additional rate increases are possible in 2023 as the Fed is indicating the banking system is resilient and well-capitalized yet acknowledges that inflation is slowing.

Market participants have reported increased capitalization rates for multifamily product as buyers adapt to the increased borrowing costs and market uncertainties. Concerns of a looming recession has caused a pullback by lenders. Given the rising mortgage rates, capitalization rate decompression has occurred and rent growth has decelerated and-or turned negative in some markets. Due to the recent slowdown in number of transactions, there is limited market evidence to determine a specific impact on values. Where possible, our valuation reflects the comments and outlook of the market participants active in the subject's area.

## Reliance Language

It is our intent to comply with the following regulatory sources: 12 CFR, Subpart C - Subsection 34.42(g), Department of the Treasury, Office of the Comptroller of the Currency; the Uniform Standards of Professional Appraisal Practice (USPAP); and the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.  The undersigned have experience appraising similar properties in the market area, and therefore comply with the competency rule as mandated in USPAP. This report is the sole property of Apprise and the intended user(s) stipulated herein. Apprise is not liable for recipient's disbursement to any third parties and/or use for any purposes other than the specified intended use.

## Extraordinary Assumptions

EXTRAORDINARY ASSUMPTION: an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions.

This appraisal is developed on the premise of the following extraordinary assumptions:

- We relied on public record for real estate tax information, site size, zoning information and in some cases building size. We assume this information is accurate, if additional information indicates otherwise we reserves the right to amend our conclusions.
- We assume the subject is not encumbered by any detrimental easements or encroachments, should a title report indicate otherwise we reserve the right to amend our conclusion.
- All unit sizes, unit count, lease rates, and operating data are true and accurate as presented herein.
- The appraiser inspected the subject on November 21, 2022 which is approximately three months before the effective date of February 21, 2023. The property is assumed to be in similar condition with exception of standard depreciation. We reserve the right to make changes should this be found to be false, inaccurate, and/or misleading.

## Hypothetical Conditions

HYPOTHETICAL CONDITION: a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results but is used for the purpose of analysis. Comment: Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.

This appraisal is developed on the premise of the following hypothetical conditions:

- This appraisal employs hypothetical conditions with respect to the retrospective date of the analysis. In a retrospective analysis, evaluation is based on what was perceived by the market and its' participants as opposed to what actually transpired. The projected income levels for the "coming year" are known to be false given actual data is currently available. Our projection is based on the perceived market as of the reported retrospective date(s).

Respectfully,

Jason Ribelin | Senior Director
Texas Certified General TX 1380338 G
jribelin@apprise.us
405-517-6917

John Jordan | Managing Director
Texas Managing Director TX 1321156 G
jjordan@apprise.us
214-693-4419

App. 354



# Table of Contents

Executive Summary ................................................................................................................... 5

Introduction ............................................................................................................................... 6

Regional Map ............................................................................................................................. 9

Neighborhood Map ................................................................................................................... 10

Taxes .......................................................................................................................................... 11

Market Analysis ......................................................................................................................... 13

Highest and Best Use ............................................................................................................... 21

Income ........................................................................................................................................ 23

Reconciliation ............................................................................................................................ 44

Certification ............................................................................................................................... 45

Addenda ..................................................................................................................................... 46

  Addendum A ..................................................................................... Assignment Conditions

  Addendum B ........................................................................................................... Glossary

  Addendum C ..................................................................................................... Photographs

  Addendum D ......................................................................................................... Site Maps

  Addendum E ................................................................................................................ Sales

  Addendum F ................................................................................................................ Rents

  Addendum G .......................................................................................................... Rent Roll

  Addendum H .............................................................................................. Income Statements

  Addendum I ........................................................................................... Letter Of Engagement

  Addendum J ......................................................................................... Appraiser Qualifications

App. 355

# Executive Summary

## Assignment

| | |
|---|---|
| Report Type | Appraisal Report |
| Report Date | May 15, 2023 |
| Client | Southern Properties Capital, Ltd. |
| Date of Inspection | November 21, 2022 |

## Property

| | |
|---|---|
| Property Type | Market-Rate Apartment Complex |
| Property Name | Parc At Windmill Farms |
| Address | 1003 Windmill Farms Blvd Forney TX 75126-6326 |
| School District | Forney ISD |
| Investment Class | A |

## Economics

| | |
|---|---|
| Current Occupancy | 89.3% |
| Stabilized Occupancy | 94.5% |
| In-Place Contract Rent | $1,560/Mo. ($1.54/SF) |
| Mkt. Concluded Rent. | $1,604/Mo. ($1.56/SF) |
| Stabilized NOI | $2,976,120 |
| Current Mkt. Cap Rate | 5.15% |

## Market Sale

| | |
|---|---|
| Typical Buyer Profile | National And Regional Investor |
| Exposure Time | Six Months Or Less |
| Marketing Time | Six Months Or Less |

## Site

| | |
|---|---|
| Net Primary Site Area | 18.451 Acres; 803,737 SF |
| Primary Site Shape | Irregular |
| Number of Parcels | 1 |
| Excess Land Area | - |
| Topography | Generally Level |
| Zoning | N/A |
| Parking | 547 Spaces |

## Improvements

| | |
|---|---|
| Status | Existing |
| Year Built | 2019 |
| Year Renovated | |
| Pending CapEx | N/A |
| Gross Building Area | 319,780 SF |
| Net Rentable Area | 279,648 SF |
| Number of Units | 272 Units |
| Average Unit Size | 1,028 SF |
| One-Bedroom Units | 116 |
| Two-Bedroom Units | 120 |
| Three-Bedroom Units | 36 |
| Density | 14 |
| Land-to-Building Ratio | 2.51:1 |
| Total Buildings | 18 |
| Residential Buildings | 17 |
| Non Residential Buildings | 1 |
| Stories | 1 - 2 |
| Construction Frame Type | Wood |
| Building Type | Garden |
| Construction Class | D |
| Exterior Walls | Wood Siding And Rock Stone |
| Roof Type | Gable |
| Roof Surface | Composite Shingle |
| Construction Quality | Good |
| Condition | Good |
| Economic Life | 50 Years |
| Effective Age | 3 Years |
| Remain. Economic Life | 47 Years |

## Value Conclusions

| | As Is |
|---|---|
| Interest | Leased Fee |
| Date | February 21, 2023 |
| Sales Comparison Approach | N/A |
| Income Capitalization Approach | $57,800,000 |
| Final Conclusions | $57,800,000 |
| $/Unit | $212,500 |

App. 356

# Introduction

## The Property

### Identification

- Physical Address: 1003 Windmill Farms Blvd Forney TX 75126-6326
- Legal Description: See Survey in Addendum
- Tax Assessor's Parcel ID: 8214

### Ownership History

The subject title is currently recorded in the name of D4FR, LLC who acquired title to the property from ABC Land & Development, Inc. on December 1, 2017 as vacant land and constructed the current improvements.

### Three-Year Sales History

Research of the applicable public records, private data services and an interview of the current owner and/or broker revealed that the subject property has not transferred during the past three years of the effective date of value stated in this report.

### Subject Sales Status

According to documentation provided by the client, on October 18, 2022, the Court entered an Order Appointing Receiver by which Cortney C. Thomas was appointed as Receiver for the subject property.  According to the Receiver's Motion for Appointment,

"After the Receiver's appointment, he consulted multiple industry professionals and brokers regarding the potential value of the Property and three other similar projects (Bellwether Ridge in DeSoto, the Parc at Ingleside outside of Corpus Christi, and the Parc at Opelika in Alabama) that involve both HUD loans serviced by Greystone and additional loans from Southern Properties to JMJ. Due to the uncertainty surrounding the outstanding dispute with Southern Properties, the Receiver ultimately was unable to reach agreement to engage the brokers, who expressed unease in marketing the properties due to Southern Properties' ownership claims.

Despite difficulties listing the Property with a broker, the Receiver communicated with dozens of potential interested purchasers. Pursuant to the Receivership Order and in accordance with the Administrative Order, the Receiver negotiated with these potential buyers. While most of the potential purchasers ultimately were unwilling to submit offers on the Property, the Receiver obtained multiple offers on the Property, the highest of which was a letter of intent submitted by Palmetto Capital Partners, LLC—on behalf of a joint venture (Windmill Farms 2023, LLC) between Palmetto and i3 Interests LLC (collectively, "Palmetto/i3")—on November 30, 2023 at a purchase price of $51,000,000.

During the following months, the Receiver and Palmetto/i3 engaged in protracted negotiations regarding the purchase and sale agreements for the Property and one other related property. During this time, the Receiver continued to communicate with other potential interested purchasers, none of whom provided higher offers than that received from Palmetto/i3. Finally, on February 21, 2023 the Receiver and Palmetto/i3 entered into a Purchase and Sale Agreement, whereby the Receiver agreed, subject to Court approval and certain other contingencies outlined below, to sell the Property to Palmetto/i3, which will assume the existing HUD loan, for a total of $51,000,000. Moreover, Palmetto/i3 and its equity partner, i3 Interests, have represented that they have a history of multifamily development and ownership and will not have difficulty receiving HUD's approval in assuming the HUD Loan."

Based upon our analysis herein, it appears that the subject's market value was notably higher as of February 21, 2023.

## Identification of the problem

This is a Restricted Appraisal Report which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(c) of the Uniform Standards of Professional Appraisal Practice (USPAP) for a Restricted Appraisal Report. As such, it presents minimal to no discussion of the data, reasoning, and analyses that were used in the appraisal process to develop the appraiser's opinion of value. Supporting documentation concerning the data, reasoning, and analyses is retained in the appraiser's file(s). The depth of discussion contained in this report is specific to the needs of the client and for the intended use stated above. The appraisers are not responsible for unauthorized use of this report.

App. 357

## Scope of Work

In order to develop the opinion of value, Apprise employed the relevant and commonly accepted appraisal methods and principles to derive a credible value conclusion. The appraiser(s) thoroughly performed an appraisal process, as set forth in Standard 1 by the Uniform Standards of Appraisal Practice. The scope of the assignment relates to the manner and extent to which research is conducted, data is accumulated, and analysis is conducted. In preparing this appraisal, the appraisers did the following:

- Researched the local area for comparable market data; utilized multiple data sources including but not limited to: CoStar, LoopNet, RCA, REIS Reports, area brokers, buyers and sellers, as well as the appraiser's internal database
- Interviewed local property owners, managers, brokers, buyers and sellers, and other various market participants familiar with competitive area real estate
- Obtained various information from surrounding jurisdictions and reporting entities regarding comparable data, demographics, zoning, property taxes, deed history, flood zones, utilities, transit, planned developments, income and expense data, etc.
- Most of the subject and market information is contained within our previous appraisal of the subject property completed at Colliers International and dated December 9, 2022.
- Estimated the Retrospective market value using the Income Approach. We have not provided the narrative discussion of a Sales Comparison Approach; although, we presented the sales in the addendum. These sales have been utilized as a check of reasonableness of the value conclusion and in order to derive a reasonable capitalization rate. A traditional Cost Approach was not utilized. Please see the Appraisal Process section of this report for additional discussion and explanation of the various approaches to value.

Please refer to the assignment conditions section for the basic and extraordinary assumptions, as well as the limiting and hypothetical conditions upon which our value conclusions are made.

## Intended User

The intended user of the appraisal is Southern Properties Capital, Ltd., its successor, and assigns; Client agrees that this Restricted Report is solely for the use and benefit of Client. Although, the client is authorized to provide a copy in its entirety to Shamoun & Norman, LLP (legal counsel for client) and the Northern District of Texas (Dallas, TX division; regarding Case No. 3:22-cv-2118-X) as additional intended users. No other users are intended or authorized by Apprise, and no other parties should use or rely on this Restricted Report or any content in the report.

## Intended Use

This restricted report is prepared to estimate the "As Is" Market Value as of February 21, 2023, the date that the court appointed Receiver and Palmetto/i3 entered into a Purchase and Sale Agreement. The report is not intended or authorized for any other use.

## Type and Definition of Value

The type of value analyzed in this Retrospective appraisal is market value based on the subject's highest and best use as of February 21, 2023. The definition of value employed in this report is Market Value as defined in 12 CFR - Part 34.42 (FIRREA), Department of the Treasury, Office of the Comptroller of the Currency. Market Value means: the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- Buyer and seller are typically motivated;
- Both parties are well informed or well advised, and acting in what they consider their own best interests;
- A reasonable time is allowed for exposure in the open market;
- Payment is made in terms of cash in US dollars or in terms of financial arrangements comparable thereto; and
- The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

### Retrospective Value

According to the Dictionary of Real Estate Appraisal (Fifth Edition, 2011), published by the Appraisal Institute, retrospective value opinion is defined as, "A value opinion effective as of a specified historical date." In this case, we are providing the retrospective market value as of February 21, 2023 ("As Is").

App. 358

## Interest Appraised

This report and market value conclusions analyze the Leased Fee interest of the subject property with the following dates of value:

- As Is Leased Fee February 21, 2023

The Leased Fee interest is defined by the Dictionary of Real Estate Appraisal as follows:

- A freehold (ownership interest) where the possessory interest has been granted to another party by creation of a contractual landlord-tenant relationship (i.e., a lease).

## Market Time & Exposure Period

Marketing Time is opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal.

Exposure Period is the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.

### EXPOSURE & MARKETING TIME

| SOURCE | | YEAR/QUARTER | MONTHS RANGE | AVERAGE |
|---|---|---|---|---|
| National Apartment | PwC | | | |
| Current Quarter | | 2022 Q4 | 1.0 to 12.0 | 4.6 |
| Last Quarter | | 2022 Q3 | 1.0 to 12.0 | 4.3 |
| Four Quarters Ago | | 2021 Q4 | 1.0 to 12.0 | 4.2 |
| Southeast Region Apartment | PwC | | | |
| Current Quarter | | 2022 Q4 | 3.0 to 6.0 | 3.9 |
| Last Quarter | | 2022 Q3 | 1.0 to 6.0 | 3.4 |
| Four Quarters Ago | | 2021 Q4 | 1.0 to 6.0 | 4.2 |
| **OVERALL AVERAGE** | | | | **4.3** |
| Exposure Period Conclusion | | | | Six Months or Less |
| Marketing Time Conclusion | | | | Six Months or Less |

App. 359

# Regional Map



App. 360

# Neighborhood Map

Geophy neighborhoods are individual or combinations of adjacent census block groups that have similar demographic and economic characteristics that influence value: social, economic, governmental, and environmental factors. The following map illustrates the subject's location and surrounding area as well as the subject neighborhood and specific boundaries. The neighborhoods are ranked and assigned a rating of A, B, C, and D relative to the demographic and economic characteristics inclusive of rental data when available and proximity to amenities and employment.



The economic borders of the subject's neighborhood are shown on the map above. Uses within the subject's neighborhood are generally characterized as 2000's, multifamily buildings of low-to moderate-density and reflecting average maintenance levels. Supporting retail uses are generally along U.S. Highway 80 and FM 548. The subject's neighborhood rating is B.

App. 361

# Taxes

Assessment of real property is established by an assessor that is an appointed or elected official charged with determining the value of each property. The assessment is used to determine the necessary rate of taxation required to support the municipal budget. A property tax is a levy on the value of property that the owner is required to pay to the municipality in which it is situated. Multiple jurisdictions may tax the same property. The subject property is located within Kaufman County. The 2022 assessed value and property tax for 2022 is summarized in the following table.

## ASSESSMENT & TAXES

| Tax Year | 2022 | | | | 2022 Tax Rate | $2.634592 |
|---|---|---|---|---|---|---|
| Tax Rate Area | Kaufman County | | | | Taxes Current | Yes |
| APN | LAND | IMPV | TOTAL | EXEMPTIONS | TAXABLE | BASE TAX |
| 8214 | $3,214,902 | $31,785,098 | $35,000,000 | $0 | $35,000,000 | $922,107 |
| Totals | $3,214,902 | $31,785,098 | $35,000,000 | $0 | $35,000,000 | $922,107 |
| Totals/Unit | $11,819 | $116,857 | | | $128,676 | $3,390 |
| Total/SF (NRA) | $11.50 | $113.66 | | | $125.16 | $3.30 |

Source: Kaufman County Assessment & Taxation

In Texas, the amount of tax is determined by the product of the tax rate and the assessed valuation of the property. The tax rate is set each year by the governing bodies of local taxing entities such as county commissioners, school boards, cities and special districts, usually in October. It includes multiple individual charges for flood, schools, hospitals, utilities, and general city and county levies. The assessed valuation of each piece of property is set by the county assessor according to state statutory guidelines. The subject's 2022 tax burden based upon the 2022 assessment and 2022 tax rates is detailed as follows:

## 2022 TAX BURDEN

| Jurisdiction | Assessed Value | Tax Rate/$100 | Estimated Taxes |
|---|---|---|---|
| Kaufman County ESD #6 | $35,000,000 | $0.034830 | $12,190.50 |
| Kaufman County | $35,000,000 | $0.345850 | $121,047.50 |
| Road & Bridge | $35,000,000 | $0.070412 | $24,644.20 |
| Forney ISD | $35,000,000 | $1.354600 | $474,110.00 |
| Kaufman CO Fresh Water District | $35,000,000 | $0.828900 | $290,115.00 |
| Total | $35,000,000 | $2.634592 | $922,107.20 |

The chart below details the subject's tax assessment history:

## SUBJECT HISTORICAL TAX ASSESSMENTS

| Tax Year | Taxable | % Δ |
|---|---|---|
| 2020 | $22,151,110 | - |
| 2021 | $32,640,000 | 47% |
| 2022 | $35,000,000 | 7% |

Source: Kaufman County Assessment & Taxation

The State of Texas is a non-disclosure state, meaning that the sales price of a property does not have to be revealed to the public. Therefore, property taxes are not automatically increased to the sales price of the property. Additionally, the Texas Constitution requires that taxation of properties must be "equal and uniform." Therefore, the assessment for a property must be similar to comparable properties in the area. Based upon our research of sales that have occurred in Kaufman County over the last several years, reassessments for properties that recently sold are well below true market value and can range anywhere between 50% and 80%+ of the purchase price. In addition, the increases are not consistent and will depend on if the appraisal district discovers the purchase price and the assessments of other properties in the area. Therefore, projecting a stabilized assessment solely on percentage of purchase price is not appropriate in Kaufman County. Therefore, the taxes comparables were heavily relied upon.

App. 362

## TAX COMPARABLES

To determine if the assessment and taxes on the subject property are reasonable, we considered historical information, as well as information from similar properties in the market. They are illustrated in the table below.

### TAX COMPARABLES

| | SUBJECT | COMP 1 | COMP 2 | COMP 3 | COMP 4 | LOW | HIGH | AVG |
|---|---|---|---|---|---|---|---|---|
| Property Name | Parc at Windmill Farms | Gateway Pines | Gateway Oaks | Gateway Cedars | Emerson at Forney Marketplace | - | - | - |
| City, State | Forney, TX | Forney, TX | Forney, TX | Forney, TX | Forney, TX | - | - | - |
| Year Built | 2019 | 2018 | 2016 | 2014 | 2019 | 2014 | 2019 | 2017 |
| Units | 272 | 337 | 313 | 334 | 320 | 313 | 337 | 326 |
| NRA | 279,648 | 272,856 | 269,086 | 263,730 | 286,013 | 263,730 | 286,013 | 272,921 |
| **2022 Assessed $** | $35,000,000 | $41,965,500 | $39,100,000 | $38,800,000 | $37,000,000 | $37,000,000 | $41,965,500 | $39,216,375 |
| **2022 Assessed $/Unit** | $128,676 | $124,527 | $124,920 | $116,168 | $115,625 | $115,625 | $124,920 | $120,310 |
| **2022 Assessed $/SF** | $125.16 | $153.80 | $145.31 | $147.12 | $129.36 | $129.36 | $153.80 | $143.90 |

The comparable properties reflect 2022 tax assessments ranging from $115,625 to $124,920 per unit with an average of $120,310 per unit.   On a per square foot basis, the comparables range from $129.36 to $153.80 per square foot with an average of $143.90 per square foot.  The subject's 2022 assessment falls above the range of the tax comparables on a per unit basis but below the range on a per square foot basis.  Overall, it appears that the subject's current assessment is generally in line with market.

During 2022, rents continued to increase but capitalization rates began to rise during the second half of the year due to rising interest rates.  Given the significant value increases over the last several years and assessment values being well below true market value, it is reasonable to assume that the appraisal district will continue to increase assessments across the board in 2023. Given this, we have increased the subject's assessment by approximately 3% in anticipation of market wide increases in 2023 which is further supported by the historical trends.  We note that our projected value to assessment ratio is only 64%.  However, the subject is located in small county with limited sales data, and as a result assessments are typically well below true market value.  If the subject's assessment were to be increased above the tax comparables, the subject's assessment could be protested on an "equal and uniform" basis assuming assessments weren't increased across the board.  Overall, we have taken into consideration the future risk in taxes increasing in our capitalization rate selection.  The estimated stabilized taxes are detailed in the chart below:

### ESTIMATED STABILIZED TAXES

| | | |
|---|---|---|
| | As Is Value | $57,800,000 |
| | Estimated Assessed Value | $36,750,000 |
| | Estimated Assessed Value Per Unit | $135,110 |
| | Estimated Assessed Value Per SF | $131.42 |
| | % of As Is Value | 64% |
| x | Current Millage Rate | $2.634592 |
| = | **Stabilized Taxes Estimate (rounded)** | **$968,213** |
| | **Stabilized Taxes/Unit** | **$3,560** |

App. 363

# Market Analysis

## Overview

A variety of factors influence the performance of a property in the market. In this section, we provide an in-depth analysis of both the market in which the subject property competes and its position within that market. Demographic comparisons are made to larger study areas such as the CBSA, state and U.S. to place the historical and prospective performance of the subject trade area in context.

## Dallas-Plano-Irving Market & Kaufman County Submarket

The property being appraised lies within the incorporated city limits of Forney. This places the property in what RealPage defines as the Dallas-Plano-Irving apartment market and Kaufman County submarket – the Dallas-Plano-Irving, Texas MSA. Following is a discussion of the historical, current, and forecasted apartment market conditions in the Dallas-Plano-Irving apartment market, along with the subject submarket and specific competitive apartment projects that significantly impact the property being appraised. The data is extracted from the 4Q 2022 Dallas-Plano-Irving, Texas Market Performance Summary report published by RealPage.



App. 364

## Dallas-Plano-Irving, TX

## Apartment Performance

Effective rent decreased 0.9% from $1,581 in 3Q22 to $1,572 in 4Q22, which resulted in an annual growth rate of 8.8%. Annual effective rent growth is forecast to be 3.9% in 2023, and average 3.7% from 2024 to 2026. Annual effective rent growth has averaged 2.9% since 2Q96.

The market's annual rent growth rate was above the national average of 6.6%. Out of the 150 markets ranked by RealPage nationally, Dallas-Plano-Irving, TX was 90th for quarterly effective rent growth, and 36th for annual effective rent growth for 4Q22.

The market's occupancy rate decreased from 95.2% in 3Q22 to 94.3% in 4Q22, and was down from 97.2% a year ago. The market's occupancy rate was below the national average of 95.3% in 4Q22. For the forecast period, the market's occupancy rate is expected to be 94.7% in 2023, and average 93.1% from 2024 to 2026. The market's occupancy rate has averaged 93.8% since 2Q96.

### Market Survey Results and Forecasts

| | Sequential | | | | Month | Annual | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q22 | 2Q22 | 3Q22 | 4Q22 | Dec-22 | 2020 | 2021 | 2022 | 2023F | 2024F | 2025F | 2026F |
| **Effective Rent Per Unit** | $1,485 | $1,538 | $1,586 | $1,572 | $1,569 | $1,251 | $1,350 | $1,545 | $1,612 | $1,667 | $1,723 | $1,790 |
| *Per Sq. Ft* | $1.69 | $1.74 | $1.80 | $1.78 | $1.77 | $1.43 | $1.54 | $1.75 | $1.83 | $1.89 | $1.95 | $2.03 |
| *Effective Rent Growth - Annually* | 18.7% | 17.9% | 13.7% | 8.8% | 7.4% | -1.3% | 16.6% | 8.8% | 3.9% | 3.3% | 3.5% | 4.2% |
| *Effective Rent Growth - Quarterly* | 2.7% | 3.6% | 3.1% | -0.9% | | | | | | | | |
| **Occupancy Rate** | 97.3% | 96.2% | 95.1% | 94.3% | 94.0% | 94.1% | 95.5% | 95.7% | 94.9% | 93.8% | 93.3% | 93.1% |
| *Occupancy Change - Annually* | 3.5% | 1.2% | -1.5% | -2.9% | -3.2% | -0.6% | 3.1% | -2.9% | 0.4% | -1.5% | -0.1% | -0.4% |
| *Occupancy Change - Quarterly* | 0.2% | -1.2% | -1.1% | -0.9% | | | | | | | | |
| **Economic Concessions** | | | | | | | | | | | | |
| *Concession Value* | $79.00 | $77.00 | $66.00 | $52.00 | $93.00 | $50.50 | $66.00 | $68.50 | | | | |
| *As a % of Asking Rent* | 5.5% | 5.2% | 4.3% | 3.3% | 5.9% | 4.1% | 5.0% | 4.5% | | | | |

### Market Rank

| 4Q22 | Market | National | Rank | | 4Q22 Annual Results | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Effective Rent Per Unit** | $1,572 | $1,777 | 60 | **By Bedroom Type** | % | Area | Occ | ERG | Erent | ERSF |
| *Effective Rent Growth - Annually* | 8.8% | 6.6% | 32 | Studio/One bedroom | 57.7% | 722 | 94.3% | 8.6% | $1,377 | $1.91 |
| *Effective Rent Growth - Quarterly* | -0.9% | -1.0% | 89 | Two bedroom | 37.4% | 1,066 | 94.4% | 8.7% | $1,768 | $1.66 |
| **Occupancy Rate** | 94.3% | 95.2% | 127 | Three + bedrooms | 4.9% | 1,367 | 94.5% | 9.2% | $2,140 | $1.57 |
| *Occupancy change - Annually* | -2.9% | -2.3% | 118 | **By Year Built** | | | | | | |
| *Occupancy change - Quarterly* | -0.9% | -0.7% | 109 | <= 1980 | 10.8% | 823 | 95.8% | 13.1% | $1,244 | $1.51 |
| **Concession Value** | $52.00 | $81.00 | 62 | 1981-1990 | 13.8% | 796 | 94.8% | 12.5% | $1,287 | $1.62 |
| **Build Average** | 1997 | 1994 | 48 | 1991-2000 | 18.4% | 872 | 94.2% | 9.3% | $1,453 | $1.67 |
| *Ranking based on Top 150 Markets* | | | | 2001-2010 | 25.6% | 908 | 93.8% | 7.5% | $1,576 | $1.74 |
| | | | | 2011-Current | 31.4% | 925 | 94.3% | 7.2% | $1,840 | $1.99 |

### Annual Effective Rent Growth





### Annual Occupancy Rate

**REALPAGE INC.**

www.realpage.com

App. 365

## Dallas-Plano-Irving, TX

## Demand and Supply

According to the Bureau of Labor Statistics, job growth in Dallas-Plano-Irving, TX was 6.8% in November 2022, reflecting 194,100 jobs added during a 12-month period. The metro job growth figure was above the national number of 3.2%.

RealPage forecasts Dallas-Plano-Irving, TX's job growth to be 1.6% in 2023, with 47,529 jobs added. Job growth is expected to average 1.2% from 2024 to 2026, with an average of 36,248 jobs added each year.

On the supply side, permits for 22,098 multifamily units were issued in the 12 months ending in November 2022, up 3,620 units from the prior year's sum. In terms of total residential housing, 54,420 units were permitted in the 12 months ending November 2022, a decrease of -1,573 units from the prior year's total.

### Market Employment and Permitting

| | Annual | | | November-22 | | Annual Forecast | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2019 | 2020 | 2021 | Market | National | 2022 | 2023F | 2024F | 2025F | 2026F |
| Employment (000s) | 2,698.3 | 2,618.1 | 2,750.6 | 3,055.8 | 154,990.0 | 2,954.6 | 3,002.1 | 3,035.7 | 3,077.6 | 3,110.9 |
| Job Gain (000s) | 73.1 | (80.2) | 132.5 | 194.1 | 4,780.0 | 204.0 | 47.5 | 33.6 | 41.9 | 33.3 |
| Job Growth (%) | 2.8% | -3.0% | 5.1% | 6.8% | 3.2% | 7.4% | 1.6% | 1.1% | 1.4% | 1.1% |
| Total Residential Permitting | 43,467 | 42,765 | 55,993 | 54,420 | 1,319,575 | 54,636 | 46,637 | 49,141 | 50,476 | 51,906 |
| Relative Change | -8.8% | -1.6% | 30.9% | -4.4% | 2.0% | -2.4% | -14.6% | 5.4% | 2.7% | 2.8% |
| Single Family Units Permitted | 25,586 | 31,731 | 37,114 | 31,517 | 748,367 | | | | | |
| Relative Change | -3.3% | 24.0% | 17.0% | -16.9% | -8.3% | | | | | |
| Multifamily Units Permitted | 17,434 | 10,343 | 18,478 | 22,098 | 533,860 | | | | | |
| Relative Change | -15.2% | -40.7% | 78.7% | 18.6% | 20.4% | | | | | |
| Multifamily as a % of Total | 40.1% | 24.2% | 33.0% | 40.6% | 40.5% | | | | | |
| Demand/Supply Ratio | | | | | | | | | | |
| Job Gain / Total Residential Units Permitted | 1.5 | (1.8) | 3.1 | 3.4 | 3.7 | 3.6 | 0.9 | 0.7 | 0.9 | 0.7 |
| Job Gain / Single Family Units Permitted | 2.8 | (3.1) | 4.2 | 5.1 | 5.9 | | | | | |
| Job Gain / Multifamily Units Permitted | 3.6 | (4.6) | 12.8 | 10.4 | 10.8 | | | | | |

### Multifamily Absorption and Supply

| | Annual | | | 4Q22 | | Annual Forecast | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2019 | 2020 | 2021 | Market | National | 2022 | 2023F | 2024F | 2025F | 2026F |
| Total Units Absorbed | 20,761 | 13,773 | 38,170 | (4,614) | (103,485) | (4,614) | 28,058 | 12,881 | 15,865 | 11,999 |
| New Supply | 20,041 | 19,528 | 20,541 | 16,214 | 345,685 | 16,214 | 26,790 | 24,292 | 17,798 | 16,123 |
| Inventory Growth | 3.2% | 3.1% | 3.1% | 2.3% | 1.8% | 2.3% | 4.0% | 3.5% | 2.5% | 2.2% |

### Annual Employment Growth



### MF Supply and Inventory Growth



App. 366

## Dallas-Plano-Irving, TX

## Demand and Supply

Dallas-Plano-Irving, TX's two largest job sectors are the Professional and Business Services sector (20.8% of employment), followed by the Trade, Transportation, and Utilities sector (20.4% of employment). The Professional and Business Services sector gained 43,400 jobs during the 12 months ending November 2022, constituting job growth of 7.3%. The Trade, Transportation, and Utilities sector grew 28,000 jobs during the same period; a 4.7% growth rate.

### Market Employment by Industry

| Employment (000s) | Total Employment | | | | Annual | | Percent of | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2020 | Nov21 | Nov22 | Absolute | %Change | Metro | US | LQ |
| Mining, Logging, and/or Construction* | 149.5 | 146.1 | 147.1 | 160.6 | 13.50 | 9.2% | 5.3% | | |
| Manufacturing | 186.6 | 181.1 | 186.4 | 201.4 | 15.00 | 8.0% | 6.6% | 8.3% | 0.79 |
| Trade, Transportation, and Utilities | 530.8 | 532.4 | 595.5 | 623.5 | 28.00 | 4.7% | 20.4% | 18.9% | 1.08 |
| Information | 71.4 | 69.3 | 74.8 | 77.5 | 2.70 | 3.6% | 2.5% | 2.0% | 1.28 |
| Financial Activities | 250.6 | 256.9 | 277.2 | 300.9 | 23.70 | 8.5% | 9.8% | 5.8% | 1.69 |
| Professional and Business Services | 518.8 | 511.2 | 593.5 | 636.9 | 43.40 | 7.3% | 20.8% | 14.6% | 1.42 |
| Education & Health Services | 321.6 | 310.5 | 328.2 | 350.3 | 22.10 | 6.7% | 11.5% | 16.2% | 0.71 |
| Leisure and Hospitality | 271.7 | 225.1 | 258.7 | 290.8 | 32.10 | 12.4% | 9.5% | 10.2% | 0.93 |
| Other Services | 86.6 | 76.0 | 85.0 | 94.3 | 9.30 | 10.9% | 3.1% | 3.7% | 0.83 |
| Government | 310.7 | 309.6 | 315.3 | 319.6 | 4.30 | 1.4% | 10.5% | 14.8% | 0.71 |
| **Nonfarm** | **2,698.3** | **2,618.1** | **2,861.7** | **3,055.8** | **194.10** | **6.8%** | | | |

\* Employment may be duplicated due to BLS grouping

Dallas-Plano-Irving, TX's 2021 population of 5,217,380 was an increase of 45,446, 0.9% from the previous year, above the national population change of 0.7%, according to the U.S. Census Bureau.

The median price for existing single family homes in Dallas-Plano-Irving, TX was $390,100 in 3Q22, according to the National Association of Realtors, 13.0% more than the previous year. According to the U.S. Department of Housing and Urban Development, the market's median family income was $97,400, an increase of 9.4% from the prior year.

When combining median home price, median family income, interest rate, and the loan-to-price ratio into the housing affordability index, Dallas-Plano-Irving, TX ranks as the 69th most affordable single family market out of the 169 markets measured nationwide.

### Housing Affordability

| | Annual | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2021 | 2022 | 3Q22 | | | | | | |
| Housing Affordability Index | 160 | 158 | 101 | | | | | | |
| Median Existing Home Price (000s) | $350.0 | | $390.1 | | | | | | |
| Relative Change | 17.9% | | 13.0% | | | | | | |
| Median Family Income (HUD,000s) | $89.0 | | $97.4 | | | | | | |
| Relative Change | 3.2% | | 9.4% | | | | | | |
| Effective Mortgage Rate (%) | 2.9 | | 6.6 | | | | | | |
| Loan to Price Ratio | 80.0 | | 80.0 | | | | | | |

### Population

| | Annual | | | |
|---|---|---|---|---|
| | 2018 | 2019 | 2020 | 2021 |
| Total Population (000s) | 4,997 | 5,082 | 5,172 | 5,217 |
| Relative Change | 1.7% | 1.7% | 1.8% | 0.9% |
| Absolute Change | 82,550 | 85,107 | 89,992 | 45,446 |
| US Relative Change | 0.5% | 0.5% | 0.4% | 0.7% |
| Metro > US Ratio | 3.2 | 3.6 | 4.7 | 1.2 |

| | 2013 | | | |
|---|---|---|---|---|
| | Metro | US | Metro>US | |
| Total Household Income | $57,585 | $52,250 | 1.10 | |
| Householder under 25 years | $29,756 | $25,391 | 1.17 | |
| Householder 25 to 44 years | $57,822 | $56,987 | 1.01 | |
| Householder 45 to 64 years | $71,358 | $63,474 | 1.12 | |
| Householder 65 years and older | $42,121 | $37,847 | 1.11 | |

| | Annual | | | |
|---|---|---|---|---|
| | 2018 | 2019 | 2020 | 2021 |
| Total Migration | 46,046 | 49,315 | 56,186 | 44,317 |
| As % of pop growth | 55.8% | 57.9% | 62.4% | 97.5% |
| International Migration | 16,150 | 15,177 | 12,974 | 6,790 |
| % of change | 19.6% | 17.8% | 14.4% | 14.9% |
| Domestic Migration | 29,896 | 34,138 | 43,212 | 37,527 |
| % of change | 36.2% | 40.1% | 48.0% | 82.6% |

Market Analysis

## Dallas-Plano-Irving, TX

## Identified Supply

As of January 12, 2023, RealPage has identified 16,214 apartment units scheduled for delivery in 2022, which all units have been delivered. As a comparison, there were 20,192 apartment units delivered in 2021. Properties delivered to the market in the last 12 months have achieved an average asking rent of $2,409 per unit, or $2.30 per square foot. Effective rent has averaged $2,293, or $2.19 per square foot, resulting in an average concession value of $240.48. As a comparison, existing properties in the market had an average asking rent of $1,578 per unit ($1.79 per square foot) and an average effective rent of $1,572 per unit, or $1.78 per square foot, in 4Q22. Concessions for existing properties averaged $52.00.

### Submarket Delivery Schedule

| | Pipeline Delivery Schedule | | | | Pipeline Lease Up Trend | | | | | |
| | | | | | Units Absorbed | | Asking Rent | | Effective Rent | |
| Top Submarkets | 2020 | 2021 | 2022 | Total | Totals | PPM | Per Unit | PSF | Per Unit | PSF |
|---|---|---|---|---|---|---|---|---|---|---|
| Allen/McKinney | 1,247 | 2,871 | 2,227 | 6,345 | 793 | 6 | $1,972 | $1.81 | $1,940 | $1.78 |
| Denton | 291 | 1,448 | 1,274 | 3,013 | 602 | 11 | $1,916 | $1.69 | $1,874 | $1.65 |
| Frisco | 2,329 | 1,838 | 4,090 | 8,257 | 1,899 | 15 | $2,035 | $1.96 | $1,949 | $1.87 |
| Grand Prairie | 699 | 694 | 1,639 | 3,032 | 1,003 | 17 | $1,833 | $2.00 | $1,750 | $1.90 |
| Intown Dallas | 1,534 | 1,553 | 1,193 | 4,280 | 903 | 13 | $3,667 | $3.43 | $3,477 | $3.25 |
| Other | 13,428 | 11,788 | 5,791 | 31,007 | 3,459 | 10 | $2,632 | $2.52 | $2,478 | $2.38 |
| Dallas-Plano-Irving, TX | 19,528 | 20,192 | 16,214 | 55,934 | 8,659 | 11 | $2,409 | $2.30 | $2,293 | $2.19 |

*Based on 2022 deliveries    *Trend based on a trailing 12 month period

**Identified Unit Deliveries**



**Lease Up Performance**



### Top 10 Market Deliveries

| | Pipeline Delivery Schedule | | | | Pipeline Lease Up Trend | | | | | |
| | | | | | Units Absorbed | | Asking Rent | | Effective Rent | |
| Market | 2020 | 2021 | 2022 | Total | Totals | PPM | Per Unit | Per Ft. | Per Unit | Per Ft. |
|---|---|---|---|---|---|---|---|---|---|---|
| Dallas-Plano-Irving, TX | 19,528 | 20,192 | 16,214 | 55,934 | 8,659 | 11 | $2,409 | $2.30 | $2,293 | $2.19 |
| Houston-The Woodlands-Sugar Land, TX | 18,793 | 16,812 | 14,970 | 50,575 | 10,931 | 14 | $2,126 | $2.03 | $1,983 | $1.89 |
| Phoenix-Mesa-Scottsdale, AZ | 8,758 | 9,858 | 14,434 | 33,050 | 7,669 | 11 | $2,138 | $2.24 | $2,060 | $2.15 |
| Austin-Round Rock, TX | 10,414 | 10,568 | 13,853 | 34,835 | 8,876 | 16 | $2,187 | $2.28 | $2,087 | $2.17 |
| Washington-Arlington-Alexandria, DC-VA-MD-WV | 13,541 | 11,913 | 13,075 | 38,529 | 8,860 | 12 | $2,800 | $3.32 | $2,530 | $3.00 |
| New York-White Plains, NY | 6,052 | 3,493 | 12,437 | 21,982 | 602 | 2 | $3,936 | $4.73 | $3,755 | $4.50 |
| Atlanta-Sandy Springs-Roswell, GA | 13,060 | 8,881 | 11,378 | 33,319 | 6,103 | 13 | $2,172 | $2.13 | $2,069 | $2.03 |
| Newark-Jersey City, NJ-PA | 7,886 | 12,720 | 11,138 | 31,744 | 5,425 | 5 | $2,590 | $3.04 | $2,484 | $2.91 |
| Seattle-Bellevue-Everett, WA | 6,895 | 7,651 | 9,991 | 24,537 | 3,435 | 6 | $2,602 | $3.58 | $2,450 | $3.37 |
| Minneapolis-St. Paul-Bloomington, MN-WI | 8,008 | 9,312 | 9,123 | 26,443 | 3,099 | 2 | $1,990 | $2.32 | $1,881 | $2.18 |
| National | 351,347 | 339,799 | 349,015 | 1,040,16 | 185,590 | 8 | $2,264 | $2.51 | $2,159 | $2.39 |

*Based on 2022 deliveries    *Trend based on a trailing 12 month period

App. 368

Market Analysis

## Dallas-Plano-Irving, TX

## Annual Submarket Rankings

### Effective Rent Growth Ranking

| Submarket | Rank | 4Q22 | LTA* | Forecast 2022 | Forecast 2023-2026 |
|---|---|---|---|---|---|
| Hunt County | 1 | 17.2% | 3.3% | 17.2% | 5.0% |
| Northwest Dallas | 2 | 16.0% | 3.5% | 16.0% | 5.9% |
| Southeast Dallas | 3 | 15.4% | 3.8% | 15.4% | 6.0% |
| Kaufman County | 4 | 14.8% | 3.3% | 14.8% | 4.3% |
| Mesquite | 5 | 12.9% | 3.3% | 12.9% | 5.6% |
| Denton | 6 | 12.9% | 3.2% | 12.9% | 5.1% |
| Far East Dallas | 7 | 12.6% | 3.2% | 12.6% | 6.0% |
| South Irving | 8 | 12.3% | 3.4% | 12.3% | 6.1% |
| Southwest Dallas | 9 | 10.8% | 3.3% | 10.8% | 5.3% |
| North Irving | 10 | 10.7% | 3.1% | 10.7% | 5.1% |
| Garland | 11 | 10.3% | 3.5% | 10.3% | 5.5% |
| Carrollton/Farmers Branch | 12 | 10.2% | 3.3% | 10.2% | 4.3% |
| Far North Dallas | 13 | 10.0% | 2.9% | 10.0% | 3.6% |
| West Plano | 14 | 9.9% | 2.7% | 9.9% | 2.9% |
| Northeast Dallas | 15 | 9.9% | 2.9% | 9.9% | 5.4% |
| North Oak Cliff/West Dallas | 16 | 9.7% | 3.3% | 9.7% | 5.3% |
| Central/East Plano | 17 | 9.6% | 2.9% | 9.6% | 3.0% |
| Ellis County | 18 | 9.5% | 3.1% | 9.5% | 5.0% |
| North Dallas | 18 | 9.5% | 2.8% | 9.5% | 4.3% |
| East Dallas | 20 | 9.5% | 3.0% | 9.5% | 2.5% |
| Richardson | 21 | 8.4% | 2.7% | 8.4% | 3.1% |
| Southern Dallas County | 22 | 8.1% | 3.2% | 8.1% | 5.3% |
| Zang Triangle/Cedars/Fair Park | 23 | 8.0% | 2.5% | 8.0% | 2.1% |
| Las Colinas/Coppell | 24 | 7.9% | 2.4% | 7.9% | 2.6% |
| Frisco | 25 | 7.8% | 2.4% | 7.8% | 2.4% |
| Addison/Bent Tree | 26 | 7.8% | 2.6% | 7.8% | 3.1% |
| Love Field/Medical District | 27 | 7.3% | 3.5% | 7.3% | 2.0% |
| Grand Prairie | 28 | 6.9% | 3.0% | 6.9% | 4.8% |
| Oak Lawn/Park Cities | 29 | 6.5% | 2.2% | 6.5% | 2.5% |
| The Colony/Far North Carrollton | 29 | 6.5% | 2.0% | 6.5% | 3.6% |
| Intown Dallas | 31 | 6.4% | 2.0% | 6.4% | 2.1% |
| Allen/McKinney | 32 | 6.3% | 2.6% | 6.3% | 2.5% |
| Lewisville/Flower Mound | 33 | 6.2% | 3.0% | 6.2% | 2.9% |
| Rockwall/Rowlett/Wylie | 34 | 5.8% | 2.9% | 5.8% | 2.5% |
| **Market Average** | | 9.8% | 3.0% | 9.8% | 4.0% |

*LTA - Long term average 1996 (or available) to current

### Occupancy Ranking

| Submarket | Rank | 4Q22 | LTA* | Forecast 2022 | Forecast 2023-2026 |
|---|---|---|---|---|---|
| Hunt County | 1 | 96.4% | 94.8% | 96.4% | 94.1% |
| Northwest Dallas | 2 | 95.7% | 93.4% | 95.7% | 94.5% |
| South Irving | 3 | 95.6% | 94.8% | 95.6% | 94.4% |
| Zang Triangle/Cedars/Fair Park | 4 | 95.2% | 92.5% | 95.2% | 93.7% |
| Carrollton/Farmers Branch | 5 | 95.2% | 94.5% | 95.2% | 93.6% |
| Ellis County | 5 | 95.2% | 95.5% | 95.2% | 95.0% |
| Kaufman County | 7 | 95.2% | 96.5% | 95.2% | 94.2% |
| Southeast Dallas | 8 | 95.1% | 92.0% | 95.1% | 92.2% |
| The Colony/Far North Carrollton | 9 | 95.1% | 93.5% | 95.1% | 93.5% |
| Addison/Bent Tree | 10 | 94.9% | 94.4% | 94.9% | 94.0% |
| Garland | 10 | 94.9% | 94.3% | 94.9% | 93.8% |
| Love Field/Medical District | 12 | 94.8% | 93.8% | 94.8% | 93.0% |
| Denton | 13 | 94.8% | 95.4% | 94.8% | 94.4% |
| Lewisville/Flower Mound | 14 | 94.7% | 94.0% | 94.7% | 93.4% |
| Central/East Plano | 15 | 94.7% | 94.3% | 94.7% | 93.0% |
| Richardson | 16 | 94.7% | 94.7% | 94.7% | 93.2% |
| West Plano | 17 | 94.6% | 94.5% | 94.6% | 93.7% |
| North Dallas | 18 | 94.5% | 93.1% | 94.5% | 92.7% |
| Frisco | 19 | 94.5% | 93.7% | 94.5% | 92.6% |
| North Irving | 20 | 94.5% | 94.1% | 94.5% | 93.7% |
| East Dallas | 21 | 94.4% | 93.4% | 94.4% | 93.1% |
| Las Colinas/Coppell | 22 | 94.4% | 94.1% | 94.4% | 93.4% |
| Allen/McKinney | 23 | 94.2% | 93.8% | 94.2% | 93.2% |
| Far North Dallas | 24 | 94.0% | 94.4% | 94.0% | 93.8% |
| Grand Prairie | 24 | 94.0% | 93.8% | 94.0% | 93.6% |
| Southern Dallas County | 26 | 94.0% | 94.3% | 94.0% | 94.0% |
| Southwest Dallas | 27 | 94.0% | 93.3% | 94.0% | 93.4% |
| Far East Dallas | 28 | 93.8% | 92.4% | 93.8% | 92.8% |
| Oak Lawn/Park Cities | 28 | 93.8% | 94.0% | 93.8% | 92.4% |
| North Oak Cliff/West Dallas | 30 | 93.8% | 94.3% | 93.8% | 93.1% |
| Mesquite | 31 | 93.7% | 94.1% | 93.7% | 93.9% |
| Intown Dallas | 32 | 93.5% | 92.9% | 93.5% | 92.6% |
| Northeast Dallas | 33 | 93.1% | 91.3% | 93.1% | 92.1% |
| Rockwall/Rowlett/Wylie | 34 | 92.3% | 95.0% | 92.3% | 92.3% |
| **Market Average** | | 94.5% | 94.0% | 94.5% | 93.4% |

*LTA - Long term average 1996 (or available) to current

REALPAGE INC.

www.realpage.com

App. 369

Parc At Windmill Farms

p.18

# Dallas-Plano-Irving, TX

## Annual Submarket Rankings

### Concession Value Ranking

**% of Asking Rent**

| Submarket | Rank | 4Q22 | LTA* |
|---|---|---|---|
| Frisco | 1 | 5.0% | 7.7% |
| Northwest Dallas | 2 | 4.8% | 5.7% |
| East Dallas | 3 | 4.4% | 7.9% |
| Intown Dallas | 3 | 4.4% | 7.1% |
| Love Field/Medical District | 5 | 4.3% | 6.1% |
| Richardson | 5 | 4.3% | 6.7% |
| The Colony/Far North Carrollton | 7 | 4.1% | 6.7% |
| Las Colinas/Coppell | 8 | 4.0% | 7.1% |
| North Dallas | 9 | 3.9% | 6.8% |
| North Oak Cliff/West Dallas | 9 | 3.9% | 5.2% |
| Northeast Dallas | 11 | 3.6% | 6.5% |
| Zang Triangle/Cedars/Fair Park | 12 | 3.4% | 5.9% |
| Rockwall/Rowlett/Wylie | 13 | 3.3% | 4.4% |
| Far East Dallas | 14 | 3.1% | 6.1% |
| Southwest Dallas | 14 | 3.1% | 5.7% |
| West Plano | 14 | 3.1% | 6.2% |
| Addison/Bent Tree | 17 | 3.0% | 6.7% |
| Carrollton/Farmers Branch | 17 | 3.0% | 6.6% |
| Grand Prairie | 17 | 3.0% | 6.7% |
| Southeast Dallas | 20 | 2.9% | 5.1% |
| Central/East Plano | 21 | 2.7% | 6.1% |
| Lewisville/Flower Mound | 22 | 2.3% | 6.8% |
| Oak Lawn/Park Cities | 22 | 2.3% | 7.2% |
| Allen/McKinney | 24 | 2.2% | 6.5% |
| Southern Dallas County | 25 | 2.1% | 5.0% |
| Denton | 26 | 2.0% | 4.3% |
| Kaufman County | 27 | 1.7% | 3.0% |
| South Irving | 28 | 1.6% | 5.9% |
| Ellis County | 29 | 1.5% | 4.8% |
| Garland | 29 | 1.5% | 6.1% |
| Hunt County | 29 | 1.5% | 2.8% |
| Mesquite | 32 | 1.4% | 5.6% |
| North Irving | 33 | 1.2% | 6.7% |
| Far North Dallas | 34 | 1.1% | 6.8% |
| **Market Average** | | 2.9% | 6.0% |

*LTA - Long term average 1996 (or available) to current*

### Concession Value

| Submarket | Rank | 4Q22 | LTA* |
|---|---|---|---|
| Frisco | 1 | $87.00 | $81.33 |
| Intown Dallas | 2 | $85.00 | $97.00 |
| Northwest Dallas | 3 | $74.00 | $40.87 |
| Richardson | 4 | $70.00 | $67.04 |
| Love Field/Medical District | 5 | $68.00 | $62.33 |
| The Colony/Far North Carrollt | 6 | $67.00 | $71.90 |
| East Dallas | 7 | $66.00 | $83.43 |
| Las Colinas/Coppell | 8 | $65.00 | $73.92 |
| North Oak Cliff/West Dallas | 9 | $64.00 | $42.26 |
| Zang Triangle/Cedars/Fair Pa | 10 | $59.00 | $66.22 |
| Rockwall/Rowlett/Wylie | 11 | $55.00 | $40.89 |
| Oak Lawn/Park Cities | 12 | $53.00 | $94.85 |
| West Plano | 12 | $53.00 | $64.48 |
| North Dallas | 14 | $51.00 | $56.35 |
| Addison/Bent Tree | 15 | $49.00 | $57.52 |
| Carrollton/Farmers Branch | 15 | $49.00 | $56.04 |
| Central/East Plano | 17 | $48.00 | $57.25 |
| Grand Prairie | 17 | $48.00 | $52.43 |
| Northeast Dallas | 19 | $47.00 | $44.87 |
| Kaufman County | 20 | $42.00 | $24.31 |
| Far East Dallas | 21 | $39.00 | $41.25 |
| Lewisville/Flower Mound | 21 | $39.00 | $57.58 |
| Allen/McKinney | 23 | $37.00 | $59.77 |
| Southeast Dallas | 24 | $35.00 | $32.15 |
| Southwest Dallas | 25 | $31.00 | $36.00 |
| Denton | 26 | $29.00 | $33.38 |
| Southern Dallas County | 26 | $29.00 | $39.04 |
| Ellis County | 28 | $27.00 | $37.19 |
| South Irving | 29 | $22.00 | $43.68 |
| Garland | 30 | $21.00 | $46.00 |
| Mesquite | 30 | $21.00 | $40.95 |
| North Irving | 32 | $18.00 | $54.96 |
| Hunt County | 33 | $16.00 | $21.41 |
| Far North Dallas | 34 | $15.00 | $51.67 |
| **Market Average** | | $46.44 | $53.83 |

*LTA - Long term average 1996 (or available) to current*

REALPAGE INC.    www.realpage.com

App. 370

## Dallas-Plano-Irving, TX

## Kaufman County

### Apartment Performance

Effective rent increased 1.1% from $1,464 in 3Q22 to $1,480 in 4Q22. The submarket's annual rent growth rate of 14.8% was above the market average of 8.8%. Out of the 34 submarkets in the market, the Kaufman County submarket ranked 5th for quarterly effective rent growth and 4th for annual effective rent growth for 4Q22. Annual effective rent growth is forecast to be 3.0% in 2023, and average 4.4% through 2024 to 2026. The annual effective rent growth has averaged 3.4% per year since 2Q96.

The submarket's occupancy rate decreased from 96.8% in 3Q22 to 94.9% in 4Q22, and was down from 99.1% a year ago. The submarket's occupancy rate was above the market average of 94.3% in 4Q22. For the forecast period, the submarket's occupancy rate is expected to increase to 95.2% in 2023 and average 94.0% from 2024 to 2026. The submarket's occupancy rate has averaged 96.2% since 2Q96

### New Supply

Based on RealPage's identified supply of properties under construction, the submarket is expected to deliver 294 units in 2022 of which all have been delivered. Overall market deliveries decreased from 20,192 units in 2021 to 16,214 in 2022, and the total is expected to rise to 26,790 units in 2023.

During the last 12 months, 8,659 units were absorbed in lease-up properties across the market with 189 of them in this submarket. The average absorption rate for lease-up properties in the market was 11 units per property, per month. The submarket's average absorption was the same at 11 units per property, per month. The submarket's average asking rent for new lease-up properties was $1,925 per unit, or $1.81 per square foot. When factoring in concessions, new lease-up properties in this submarket on average achieved an effective rent of $1,774 per unit, or $1.66 per square foot.

### Submarket Survey Results and Forecasts

| | 1Q22 | 2Q22 | 3Q22 | 4Q22 | Dec-22 | 2019 | 2020 | 2021 | 2022 | 2023F | 2024F | 2025F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sequential | | | | Month | | | Annual | | | | |
| **Effective Rent Per Unit** | $1,333 | $1,395 | $1,464 | $1,480 | $1,498 | $1,182 | $1,176 | $1,254 | $1,418 | $1,498 | $1,557 | $1,625 |
| Per Sq. Ft | $1.38 | $1.47 | $1.54 | $1.55 | $1.56 | $1.39 | $1.37 | $1.39 | $1.48 | $1.57 | $1.64 | $1.71 |
| Effective Rent Growth - Annually | 10.0% | 11.9% | 16.0% | 14.8% | 14.4% | -2.0% | 3.0% | 7.7% | 14.8% | 3.0% | 3.7% | 4.4% |
| Effective Rent Growth - Quarterly | 3.3% | 4.7% | 4.9% | 1.1% | | | | | | | | |
| **Occupancy Rate** | 98.8% | 97.8% | 96.8% | 94.9% | 93.6% | 94.3% | 92.4% | 96.9% | 97.1% | 95.4% | 93.8% | 94.2% |
| Occupancy Change - Annually | 3.8% | 1.7% | 0.8% | -3.9% | -6.2% | -2.8% | 1.6% | 4.6% | -3.9% | 0.3% | -1.4% | 0.3% |
| Occupancy Change - Quarterly | 0.2% | -0.9% | -1.1% | -1.9% | | | | | | | | |
| **Economic Concessions** | | | | | | | | | | | | |
| Concession Value | $8.00 | $14.00 | $42.00 | $42.00 | $42.00 | $18.00 | $21.00 | $23.50 | $26.50 | | | |
| As a % of Asking Rent | 0.6% | 1.1% | 3.0% | 2.9% | 2.8% | 1.7% | 2.0% | 2.0% | 1.8% | | | |

### Submarket Profile

| | Submkt | Market | Rank |
|---|---|---|---|
| **Effective Rent Per Unit** | $1,480 | $1,572 | 17/34 |
| Effective Rent Growth - Annually | 14.8% | 8.8% | 3/34 |
| Effective Rent Growth - Quarterly | 1.1% | -0.9% | 5/34 |
| **Occupancy Rate** | 94.9% | 94.3% | 9/34 |
| Occupancy change - Annually | -3.9% | -2.9% | 31/34 |
| Occupancy change - Quarterly | -1.9% | -0.9% | 34/34 |
| **Concession Value** | $42.00 | $52.00 | 20/34 |
| **Build Average** | 2006 | 1997 | 8/34 |

*Ranking based on Submarkets with 5 or more Projects*

| Pipeline Delivery Schedule | 2020 | 2021 | 2022 | 2023 | 2024 | Total |
|---|---|---|---|---|---|---|
| Submarket | 375 | 441 | 294 | 321 | 550 | 1,981 |
| Market | 19,528 | 20,192 | 16,214 | 26,790 | 22,861 | 105,58 |

| Pipeline Lease Up Trend | Units Absorbed | | Asking Rent | | Effective Rent | |
|---|---|---|---|---|---|---|
| | Totals | PPM | Level | Per Ft. | Level | Per Ft. |
| Submarket | 189 | 11 | $1,925 | $1.81 | $1,774 | $1.66 |
| Market | 8,659 | 11 | $2,409 | $2.30 | $2,293 | $2.19 |

*Trend based on a trailing 12 month period*

© 2023 All rights reserved. No secondary distribution permitted without the express permission of RealPage Inc.

App. 371

# Highest and Best Use

Highest and best use is the reasonably probable use of a property that results in the highest value. The four criteria that the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity.

| 1 | **Legally Permissible** |
|---|---|

Possible uses considering the site's legal restrictions (zoning, deed, easements, etc.)

| 2 | **Physically Possible** |
|---|---|

Possible uses considering the site's physical characteristics

| 3 | **Financially Feasible** |
|---|---|

Physically possible and legally permissible uses that yield a positive return on invested capital

| 4 | **Maximally Productive** |
|---|---|

The single use which meets all the prerequisite criteria and yields the greatest return on invested capital

To develop the highest and best use, which is integral to the development of market value, the property is viewed from two perspectives: the site as if vacant and the property as improved. The highest and best use as improved examines the existing improvements and determines whether continued use, modified use (renovation, conversion, or expansion), or demolition and redevelopment of the site is maximally productive. In addition to consideration of the site's use, the identification of the most likely user and the timing of the identified use are critical to the analysis of the highest and best use.

## As Vacant Analysis

**Legally Permissible**

The highest and best use of vacant land is typically found among those uses that are permitted by the zoning designation or deed restrictions governing the property. The subject is located outside of city limits of Forney and has no zoning designation. Thus, potential uses to open. There are no known easements, encroachments, covenants, or other use restrictions impacting the subject.

**Physically Possible**

The test of what is physically possible for the subject site considers the physical and locational characteristics that influence its highest and best use. The site size is adequate for development and displays Generally Level topography with good access and good exposure. The site has access to typical utilities. These attributes allow for a variety of legally permissible uses.

The appraisal principle of conformity, which holds that real estate value is created and sustained when the characteristics of a property conform to the demands of its market, is of particular importance in the analysis of physically possible uses. With consideration for the principal of conformity, the subject is surrounded largely by residential uses with some supportive commercial uses along the primary thoroughfares in the local area.

**Financially Feasible**

Based on the analysis of the subject market and construction costs, a new property similar to the subject would likely return a typical profit incentive for a developer, given the stable vacancy and increasing rental rates in the competitive market. This data indicates achievable rent levels would support new construction at present.

**Maximally Productive**

After consideration of all legal, physical, and financially feasible attributes, the development of development of a multi-family residential property as market conditions warrant is determined to return the highest value of the site, indicating the highest and best use of the site as though vacant.

App. 372

## As Improved Analysis

### Legally Permissible

Based upon our analysis of the subject property and zoning, the subject property is a Legal, Conforming. The surrounding uses are supportive of the existing development and further support the physically possible indications that its highest and best use is for continued use as a multi-family residential property.

### Physically Possible

The existing improvements are consistent with similar multifamily uses in the area, with a unit mix and amenity package generally consistent with market demands. Based on the physical and locational characteristics, the existing improvements meet the criteria for the continued use as a multi-family residential property.

### Financially Feasible

As presented in the Income Approach, the subject is projected to generate positive net income over the holding period. Therefore, continued use as continued use as a multi-family residential property is financially feasible.

Further, alternative uses of the improvements are considered: continued use as is, modification (renovation, expansion, and/or conversion) to an alternate use, or demolition and redevelopment.

As improved, the subject has been well received by the market and continued operation As Is is financially feasible.

### Maximally Productive

After consideration of legal, locational, and physical attributes as well as potential alternative uses, it is our opinion that the existing improvements contribute significantly to the site and continued use as a multi-family residential property is appropriate.

### Most Probable Buyer

Based on our analysis, the most probable buyer for the subject, as improved, would be a national and regional investor.

App. 373

# Income

The income capitalization approach estimates value by analyzing a property's income generating capacity. This approach assumes that an asset's value is a function of the expected future benefits (cash flows) associated with it. These benefits, or cash flows, include the outflow an investor is willing to pay today in return for the expected inflows each year from normal operations, as well as the expected reversion, or future sale price, achieved at the end of the holding period.

There are three valuation methodologies associated with the income capitalization approach; the direct capitalization method, the yield capitalization (DCF) and the effective gross income multiplier method. The direct cap method consists of estimating the net operating income generated in the next full year of operations, and then capitalizing it, by means of a capitalization (cap) rate, into value. The yield capitalization method, also known as the discounted cash flow (DCF), consists of estimating each individual cash flow expected during the holding period (including the reversion), and discounting each of which to present value by means of a discount rate. The EGIM is derived by dividing the effective gross annual income of each comparable into the sales price. The direct cap method is the simplest of the three, and most commonly relied upon by prospective investors for multifamily properties (except for estimating IRR in equity returns analysis). Because apartment leases are typically 12 months or less, the next year's income estimate is less assumptive and thus more reliable than projecting the multiple cash flows associated with an entire holding period.

Based on the appraisal problem and scope of work previously defined in the Introduction section, the Direct Capitalization analysis was utilized. The EGIM analysis and Discounted Cash Flow method were not developed.

## Subject Rents

Analyzing a subject's existing operations provides support for income and occupancy conclusions. Investors typically analyze in-place rents, recent leasing, and occupancy with consideration given to historical and market supported annual changes.

**Rent Roll Analysis**

| Unit Type | Min SF | Max SF | Avg SF | # of Units | % of Total | Total SF (NRA) | Occ Units | Vacant Units | % Occ | Contract Rent Avg | Contract Rent Avg PSF | Contract Rent PGR/Mo | Quoted Rent Avg | Quoted Rent Avg PSF | Quoted Rent PGR/Mo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-BR | 798 | 832 | 818 | 116 | 43% | 94,880 | 102 | 14 | 87.9% | $1,388 | $1.70 | $141,619 | $1,499 | $1.83 | $173,924 |
| 2-BR | 1,059 | 1,203 | 1,130 | 120 | 44% | 135,628 | 108 | 12 | 90.0% | $1,636 | $1.45 | $176,635 | $1,842 | $1.63 | $221,092 |
| 3-BR | 1,365 | 1,365 | 1,365 | 36 | 13% | 49,140 | 33 | 3 | 91.7% | $1,841 | $1.35 | $60,766 | $2,014 | $1.48 | $72,504 |

| Unit Type \| Detailed | Size SF | # of Units | % of Total | Total SF (NRA) | Occ Units | Vacant Units | % Occ | Contract Rent Avg | Contract Rent Avg PSF | Contract Rent PGR/Mo | Quoted Rent AVG | Quoted Rent Avg PSF | Quoted Rent PGR/Mo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Bed / 1 Bath | 798 | 48 | 18% | 38,304 | 43 | 5 | 89.6% | $1,330 | $1.67 | $57,196 | $1,458 | $1.83 | $69,984 |
| 1 Bed / 1 Bath | 832 | 68 | 25% | 56,576 | 59 | 9 | 86.8% | $1,431 | $1.72 | $84,423 | $1,529 | $1.84 | $103,940 |
| 2 Bed / 2 Bath | 1,059 | 28 | 10% | 29,652 | 27 | 1 | 96.4% | $1,613 | $1.52 | $43,560 | $1,705 | $1.61 | $47,740 |
| 2 Bed / 2 Bath | 1,125 | 3 | 1% | 3,375 | 2 | 1 | 66.7% | $1,710 | $1.52 | $3,420 | $1,837 | $1.63 | $5,510 |
| 2 Bed / 2 Bath | 1,145 | 77 | 28% | 88,165 | 68 | 9 | 88.3% | $1,637 | $1.43 | $111,310 | $1,872 | $1.64 | $144,154 |
| 2 Bed / 2 Bath | 1,203 | 12 | 4% | 14,436 | 11 | 1 | 91.7% | $1,668 | $1.39 | $18,345 | $1,974 | $1.64 | $23,688 |
| 3 Bed / 2 Bath | 1,365 | 36 | 13% | 49,140 | 33 | 3 | 91.7% | $1,841 | $1.35 | $60,766 | $2,014 | $1.48 | $72,504 |
| Total/Avg | 1,028 | 272 | | 279,648 | 243 | 29 | 89.3% | $1,560 | $1.54* | $379,020 | $1,719 | $1.67 | $467,520 |

**The calculated overall average contract $/mo and contract $/sf is based upon number of occupied units, weighted.

App. 374

## Recent Leases

Recent leases within the last 180/90/60/30 days indicate that rents have started to stabilize or decrease slightly. However, this timeframe typically reflects the slower leasing season and as the summer months approach effective rents are anticipated to trend upwards.

| Size | Last 180 | Δ | # Leases | Last 90 | Δ | # Leases | Last 60 | Δ | # Leases | Last 30 | Δ | # Leases | Avg In-Place Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1053 | $1,694 | 5.00% | 10 | $1,695 | 5.06% | 5 | $1,662 | 3.00% | 3 | $1,600 | -0.83% | 1 | $1,613 |
| 1365 | $1,916 | 4.06% | 11 | $1,927 | 4.66% | 4 | $1,897 | 3.00% | 3 | $1,890 | 2.64% | 1 | $1,841 |
| 798 | $1,384 | 4.04% | 12 | $1,398 | 5.12% | 5 | $1,383 | 3.95% | 3 | $1,383 | 3.95% | 3 | $1,330 |
| 832 | $1,476 | 3.17% | 28 | $1,477 | 3.25% | 10 | $1,483 | 3.62% | 6 | $1,488 | 3.97% | 3 | $1,431 |
| 1145 | $1,680 | 2.66% | 23 | $1,675 | 2.30% | 4 | $1,663 | 1.56% | 2 | $1,600 | -2.25% | 1 | $1,637 |
| 1125 | $1,760 | 2.92% | 1 | | | | | | | | | | $1,710 |
| 1203 | $1,740 | 4.33% | 3 | $1,795 | 7.63% | 2 | $1,855 | 11.23% | 1 | | | | $1,668 |
| Total/Average | $1,609 | | 88 | $1,608 | | 30 | $1,606 | | 18 | $1,522 | | 9 | $1,560 |

## Rent Comps

Following is a map and summary of the most comparable properties to the subject, which are used to support income and occupancy assumptions for the subject property.



### Rent Comps Summary

| Comp | Name | Address | YOC | Units | Occ | Avg SF | Rent SF | Avg Rent | Dist. (mi) |
|---|---|---|---|---|---|---|---|---|---|
| Rent 1 | Gateway Pines | 1200 N Gateway Blvd Forney TX 75126-0918 | 2018 | 337 | 92% | 810 | $1.73 | $1,404 | 2.10 |
| Rent 2 | Gateway Oaks | 1105 N. Gateway Blvd. | 2016 | 313 | 94% | 860 | $1.67 | $1,436 | 2.17 |
| Rent 3 | Gateway Cedars | 1100 N Gateway Blvd Forney TX 75126-5190 | 2014 | 334 | 97% | 786 | $1.65 | $1,296 | 2.22 |
| Rent 4 | The Emerson At Forney Marketplace | 300 Trailhouse Ln Forney TX 75126-2646 | 2019 | 320 | 94% | 894 | $1.85 | $1,654 | 3.20 |
| Subject | Parc At Windmill Farms | 1003 Windmill Farms Blvd Forney TX 75126-6326 | 2019 | 272 | 89% | 1,028 | $1.67 | $1,719 | |

App. 375

## Rent Comps Analysis

The subject is property is considered to be a Class A, Garden community. This section analyzes only the most similar and competitive properties to the subject for comparability. Following is a table summarizing the rent comparables. Adjustments were applied to account for material differences, on the basis of overall location, overall improvements and amenities, utilities inclusions and other adjustments as needed.

**Comparable Rents + Adjustments**

| | Subject | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| Property Name | Parc At Windmill Farms | Gateway Pines | Gateway Oaks | Gateway Cedars | The Emerson At Forney Marketplace |
| City | Forney | Forney | Forney | Forney | Forney |
| Class | A | A | A | A | A |
| Building Type | Garden | Garden | Garden | Garden | Low-Rise |
| Units | 272 | 337 | 313 | 334 | 320 |
| Submarket | C+ | C+ | C+ | C+ | C+ |
| Neighborhood | B | B- | B | B | B- |
| Location | A+ | A+ | A+ | A+ | A+ |
| Amenities | A | A | A | A | A |
| Year Built | 2019 | 2018 | 2016 | 2014 | 2019 |
| Quality | Good | Good | Good | Good | Good |
| Condition | Good | Good | Good | Good | Good |
| Unit Finishes | Good | Good | Good | Good | Good |
| Parking Ratio | 2.01 | | | 1.60 | 1.75 |
| Occupancy | 89.3% | 92.0% | 94.0% | 97.0% | 94.0% |
| **Property Adjustments** | | | | | |
| Overall Location | B+ | 0% | 0% | 0% | 0% |
| Overall Improvements | B+ | 0% | 0% | 0% | 0% |
| Amenities | A | 0% | 0% | 0% | 0% |
| Overall | | 0% | 0% | 0% | 0% |
| **Utility & Other Adjustments** | | | | | |
| | Included in Rent | incl. | adj. | incl. | adj. | incl. | adj. | incl. | adj. |
| Gas | | - | - | - | - | - | - | - | - |
| Electric | | - | - | - | - | - | - | - | - |
| Water/Sewer | | - | - | - | - | - | - | - | - |
| TV/Internet | | - | - | - | - | - | - | - | - |
| Trash | | - | - | - | - | - | - | - | - |
| **Total** | | - | | - | | - | | - | |

### Rent Comparable Adjustment Grid

The following tables adjust the comparables to the subject property quantitatively.

**RENT COMPARABLE ADJUSTMENT SUMMARY**

| | # Units | AVG Size (SF) | EFF. RENT $/UNIT | LOCATION | IMPROVEMENTS | AMENITIES | TOTAL ADJ | ADJUSTED $/UNIT |
|---|---|---|---|---|---|---|---|---|
| **COMPARABLE 1** | | | | | | | | |
| ALL UNIT TYPES | 337 | 810 | $1,404 | $0 | $0 | $0 | $0 | $1,404 |
| **COMPARABLE 2** | | | | | | | | |
| ALL UNIT TYPES | 313 | 860 | $1,436 | $0 | $0 | $0 | $0 | $1,436 |
| **COMPARABLE 3** | | | | | | | | |
| ALL UNIT TYPES | 334 | 786 | $1,296 | $0 | $0 | $0 | $0 | $1,296 |
| **COMPARABLE 4** | | | | | | | | |
| ALL UNIT TYPES | 320 | 894 | $1,654 | $0 | $0 | $0 | $0 | $1,654 |
| **SUBJECT** | | | | | | | | |
| **ALL UNIT TYPES** | 272 | 1,028 | $1,719 | - | - | - | - | $1,719 |

Based upon the adjusted rent comparables, it appears that the subject's quoted rents were above market. Therefore, we have projected market rents more in line with the subject's in-place and recent leases. We note that the subject's average unit size is larger than all of the comparables and an average towards the upper end of the adjusted range is reasonable for the subject.

App. 376

## Potential Gross Rent (PGR)

Considering the most likely rental rates the subject units are each capable of commanding in the market, the overall subject property is projected to generate the potential gross rental income (PGR) before other income, vacancy, and concessions, indicated in the table below.

### CALCULATION OF POTENTIAL GROSS RENTAL INCOME

| Floor Plan | # Units | Size (SF) | Quoted Rents | | | | Appraiser's Estimated Market Rents | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Market Rent | Market Rent/SF | Effective Market Rent | Eff. Market Rent/SF | Market Rent | Market Rent/SF | Total Rent Per Year |
| 1 Bed / 1 Bath | 48 | 798 | $1,458 | $1.83 | $1,458 | $1.83 | $1,385 | $1.74 | $797,760 |
| 1 Bed / 1 Bath | 68 | 832 | $1,529 | $1.84 | $1,529 | $1.84 | $1,485 | $1.78 | $1,211,760 |
| 2 Bed / 2 Bath | 28 | 1,059 | $1,705 | $1.61 | $1,705 | $1.61 | $1,650 | $1.56 | $554,400 |
| 2 Bed / 2 Bath | 3 | 1,125 | $1,837 | $1.63 | $1,837 | $1.63 | $1,675 | $1.49 | $60,300 |
| 2 Bed / 2 Bath | 77 | 1,145 | $1,872 | $1.63 | $1,872 | $1.63 | $1,675 | $1.46 | $1,547,700 |
| 2 Bed / 2 Bath | 12 | 1,203 | $1,974 | $1.64 | $1,974 | $1.64 | $1,700 | $1.41 | $244,800 |
| 3 Bed / 2 Bath | 36 | 1,365 | $2,014 | $1.48 | $2,014 | $1.48 | $1,895 | $1.39 | $818,640 |
| **Total/Mean** | **272** | **1,028** | **$1,719** | **$1.70** | **$1,719** | **$1.70** | **$1,604** | **$1.59** | **$5,235,360** |

The subject's average effective quoted rents are $1,719 per unit. We have relied heavily on the subject's average in-place rent, average of the recent leases, and the rent comparables in order to determine market rent.

### CALCULATION OF LOSS TO LEASE

| Floor Plan | Size (SF) | Occupied Units | Vacant Units | Actual Face Rents | | | Estimated Market Rent | Actual Vs. Market |
|---|---|---|---|---|---|---|---|---|
| | | | | Total | Average | $/SF | | |
| 1 Bed / 1 Bath | 798 | 43 | 5 | $57,190 | $1,330 | $1.67 | $1,385 | 4.1% |
| 1 Bed / 1 Bath | 832 | 58 | 10 | $82,998 | $1,431 | $1.72 | $1,485 | 3.8% |
| 2 Bed / 2 Bath | 1,059 | 27 | 1 | $43,551 | $1,613 | $1.52 | $1,650 | 2.3% |
| 2 Bed / 2 Bath | 1,125 | 2 | 1 | $3,420 | $1,710 | $1.52 | $1,675 | -2.0% |
| 2 Bed / 2 Bath | 1,145 | 68 | 9 | $111,316 | $1,637 | $1.43 | $1,675 | 2.3% |
| 2 Bed / 2 Bath | 1,203 | 11 | 1 | $18,348 | $1,668 | $1.39 | $1,700 | 1.9% |
| 3 Bed / 2 Bath | 1,365 | 33 | 3 | $60,753 | $1,841 | $1.35 | $1,895 | 2.9% |
| **Total/Mean** | **1,028** | **242** | **30** | **$377,576** | **$1,560** | **$1.51** | **$1,609** | **3.1%** |

Based upon the current rent roll, the subject's actual collected rents average $1,560 per unit, which equates to $1.51 per square foot. These current in-place rents are 3.1% less than our estimated market rents. Thus, the majority of the subject's in-place leases are below market and loss-to-lease should trend downward over the next year as leases roll to market terms. Given this situation, we have utilized a loss to lease factor of 1.5%.

App. 377

## Operating Analysis

In our analysis and projection of the subject's operating expenses, we considered the subject's reported historical information, operating data from comparables, and survey data, as available.

### Market Operating Comparables

The following shows operating data of similar multifamily properties in the market and the data is considered reasonable, representative, and supportive of the subject's most likely operating expenses to be incurred by prudent ownership.

**Operating Comparables**

| | 1 | | 2 | | 3 | | 4 | | 5 | | 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Market | DFW | | DFW | | DFW | | DFW | | DFW | | Dallas | |
| Year Built | 2019 | | 2008 | | 2013 | | 2012 | | 2017 | | 2018 | |
| #Units | 320 | | 399 | | 308 | | 334 | | 247 | | 248 | |
| Expense Year | 2021 | | 2022 | | 2022 | | 2022 | | 2021 | | 2022 | |
| Income | %PGR | $/Unit | %PGR | $/Unit | %PGR | $/Unit | %PGR | $/Unit | %PGR | $/Unit | %PGR | $/Unit |
| PGR - Potential Gross Rent | | $14,662 | | $16,989 | | $17,415 | | $18,594 | | $16,421 | | $16,182 |
| Loss/(Gain) to Lease | - | - | 5.5% | $942 | 5.3% | $919 | 12.4% | $2,309 | 4.3% | $701 | 5.8% | $941 |
| Non-Revenue/Model Units | 0.2% | $36 | 0.4% | $75 | 0.8% | $134 | - | - | - | - | - | - |
| Vacancy | 17.6% | $2,584 | 4.0% | $672 | 2.5% | $437 | 5.0% | $935 | 6.0% | $992 | 4.7% | $760 |
| Bad Debt | 0.5% | $69 | 0.3% | $49 | 0.8% | $134 | 0.9% | $160 | 2.2% | $361 | 3.0% | $478 |
| Concessions | 2.8% | $415 | 0.8% | $129 | 0.7% | $119 | 0.0% | $1 | 1.1% | $176 | 3.0% | $490 |
| NRI - Net Rental Income | | $11,558 | | $15,122 | | $15,672 | | $15,190 | | $14,190 | | $13,514 |
| Parking & Storage Income | 2.1% | $305 | 2.3% | $383 | 4.6% | $797 | 2.2% | $406 | 1.6% | $259 | - | - |
| Utility Reimbursements | 3.9% | $571 | 3.3% | $565 | 2.7% | $470 | 4.5% | $843 | 4.3% | $705 | 3.2% | $523 |
| Other Income | 4.3% | $626 | 6.8% | $1,152 | 7.0% | $1,221 | 5.8% | $1,073 | 3.8% | $629 | 10.0% | $1,625 |
| EGI - Effective Gross Income | 89.1% | $13,060 | 101.4% | $17,222 | 104.3% | $18,160 | 94.2% | $17,512 | 96.1% | $15,783 | 96.8% | $15,661 |
| Expenses | %EGI | $/Unit | %EGI | $/Unit | %EGI | $/Unit | %EGI | $/Unit | %EGI | $/Unit | %EGI | $/Unit |
| Real Estate Taxes | 21.7% | $2,837 | 23.1% | $3,976 | 20.7% | $3,768 | 23.8% | $4,168 | 26.7% | $4,217 | 16.5% | $2,581 |
| Franchise Taxes | - | - | - | - | - | - | 0.3% | $53 | 0.3% | $53 | - | - |
| Property Insurance | 3.2% | $420 | 2.2% | $374 | 1.9% | $350 | 1.8% | $319 | 4.2% | $661 | 3.8% | $603 |
| Trash Removal | 1.7% | $227 | 0.9% | $154 | 0.7% | $120 | 1.6% | $287 | 1.9% | $304 | 2.2% | $341 |
| Utilities - Gas | - | - | 0.0% | $5 | - | - | - | - | 0.0% | $3 | - | - |
| Utilities - Electric | 0.7% | $93 | 0.9% | $154 | 0.9% | $155 | 0.7% | $125 | 1.1% | $168 | 0.4% | $66 |
| Utilities - Water & Sewer | 2.9% | $384 | 2.6% | $445 | 2.0% | $357 | 2.9% | $500 | 3.2% | $498 | 1.6% | $247 |
| Repairs & Maintenance | 3.2% | $412 | 4.2% | $718 | 4.2% | $770 | 2.7% | $471 | 3.6% | $565 | 3.6% | $569 |
| Management | 2.8% | $370 | 2.5% | $432 | 3.1% | $564 | 3.0% | $521 | 2.7% | $428 | 2.9% | $459 |
| Payroll | 10.7% | $1,399 | 7.3% | $1,254 | 7.2% | $1,312 | 7.2% | $1,259 | 9.3% | $1,469 | 9.7% | $1,518 |
| Advertising | 2.4% | $316 | 1.0% | $173 | 1.0% | $183 | 1.4% | $243 | 0.9% | $139 | 0.7% | $107 |
| General & Administrative | 2.0% | $259 | 2.0% | $340 | 2.0% | $362 | 1.6% | $274 | 1.1% | $176 | 1.8% | $275 |
| Non-Revenue/Model Units | - | - | - | - | - | - | 0.7% | $126 | 0.8% | $130 | 0.3% | $45 |
| Security Contract | 0.3% | $42 | - | - | - | - | - | - | - | - | - | - |
| Asset Specific | - | - | - | - | - | - | 0.4% | $72 | - | - | 2.7% | $427 |
| Total Operating Expenses | 51.8% | $6,759 | 46.6% | $8,025 | 43.7% | $7,940 | 48.1% | $8,418 | 55.8% | $8,813 | 46.2% | $7,239 |
| Total Operating Expenses Less Property Taxes | 30.0% | $3,922 | 23.5% | $4,049 | 23.0% | $4,172 | 24.3% | $4,250 | 29.1% | $4,595 | 29.7% | $4,658 |
| NOI - Net Operating Income | 48.2% | $6,301 | 53.4% | $9,196 | 56.3% | $10,220 | 51.9% | $9,094 | 44.2% | $6,971 | 53.8% | $8,423 |

App. 378

## Subject Operating History

Following is a summary of the actual incurred and reported expenses by the subject property in recent years; the subject's historical expenses are considered a reasonable and likely indication of what expenses will be in future years of operation. The operating expense data presented and analyzed herein is based on net rentable area (NRA) in unit count.

### Subject Operating History

| Income | Oct 2021 T-12 %PGR | $/Unit | Total | Jan 2023 T-12 %PGR | $/Unit | Total | Jan T-3 / T-12 %PGR | $/Unit | Total | Budget %PGR | $/Unit | Total | Appraised Pro Forma %PGR | $/Unit | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PGR | | $16,580 | $4,509,800 | | $19,470 | $5,295,906 | | $20,495 | $5,574,696 | | $20,856 | $5,672,799 | | $19,248 | $5,235,360 |
| Loss/(Gain) to Lease | 3.5% | $584 | $158,737 | 8.0% | $1,564 | $425,344 | 8.8% | $1,812 | $492,904 | 6.6% | $1,370 | $372,682 | 1.5% | $289 | $78,530 |
| Vacancy | 2.7% | $441 | $119,816 | 3.9% | $768 | $208,800 | 7.4% | $1,517 | $412,702 | 3.7% | $764 | $207,858 | 5.5% | $1,059 | $287,945 |
| Bad Debt | 0.58% | $96 | $26,225 | 0.86% | $167 | $45,363 | 0.43% | $88 | $23,978 | 1.16% | $241 | $65,649 | 0.5% | $96 | $26,177 |
| Concessions | 1.0% | $158 | $42,873 | 0.3% | $56 | $15,148 | 0.5% | $101 | $27,584 | - | - | - | - | - | - |
| NRI | | $15,302 | $4,162,149 | | $16,916 | $4,601,251 | | $16,976 | $4,617,528 | | $18,480 | $5,026,610 | | $17,804 | $4,842,708 |
| Utility Reimbursements | 2.3% | $374 | $101,715 | 2.0% | $384 | $104,332 | 2.0% | $402 | $109,441 | - | - | - | 2.0% | $386 | $105,000 |
| Other Income | 5.9% | $986 | $268,089 | 4.1% | $800 | $217,688 | 2.8% | $568 | $154,499 | 3.9% | $822 | $223,470 | 4.2% | $801 | $218,000 |
| EGI | 100.5% | $16,662 | $4,531,953 | 93.0% | $18,100 | $4,923,271 | 87.6% | $17,947 | $4,881,468 | 92.5% | $19,302 | $5,250,080 | 98.7% | $18,992 | $5,165,708 |
| **Expenses** %EGI | $/Unit | Total | %EGI | $/Unit | Total | %EGI | $/Unit | Total | %EGI | $/Unit | Total | %EGI | $/Unit | Total | |
| Real Estate Taxes | 6.8% | $1,127 | $306,431 | 18.8% | $3,398 | $924,324 | 18.9% | $3,398 | $924,324 | 18.1% | $3,492 | $949,770 | 18.7% | $3,560 | $968,213 |
| Franchise Taxes | - | - | - | - | - | - | - | - | - | - | - | - | 0.3% | $63 | $17,098 |
| Property Insurance | 2.4% | $403 | $109,480 | 2.3% | $414 | $112,645 | 2.3% | $414 | $112,645 | 2.2% | $430 | $116,886 | 2.9% | $551 | $150,000 |
| Trash Removal | 0.6% | $92 | $24,933 | 0.7% | $121 | $33,044 | 0.7% | $121 | $33,044 | - | - | - | 0.7% | $125 | $34,000 |
| Utilities - Electric | 0.6% | $101 | $27,572 | 0.5% | $97 | $26,271 | 0.5% | $97 | $26,271 | - | - | - | 0.5% | $99 | $27,000 |
| Utilities - Water & Sewer | 2.2% | $358 | $97,496 | 2.4% | $434 | $118,181 | 2.4% | $434 | $118,181 | 1.2% | $228 | $62,011 | 2.3% | $438 | $119,000 |
| Repairs & Maintenance | 2.5% | $409 | $111,188 | 3.0% | $544 | $148,091 | 3.0% | $544 | $148,091 | 2.7% | $524 | $142,477 | 2.9% | $551 | $150,000 |
| Management | 2.73% | $456 | $123,931 | 2.75% | $498 | $135,445 | 2.77% | $498 | $135,445 | 2.81% | $541 | $147,287 | 2.75% | $522 | $142,057 |
| Payroll | 6.1% | $1,020 | $277,316 | 6.2% | $1,125 | $306,033 | 6.3% | $1,125 | $306,033 | 6.6% | $1,276 | $347,025 | 7.3% | $1,379 | $375,000 |
| Advertising | 1.3% | $211 | $57,310 | 1.0% | $187 | $50,836 | 1.0% | $187 | $50,836 | 1.0% | $196 | $53,445 | 1.0% | $188 | $51,000 |
| General & Administrative | 1.1% | $187 | $50,744 | 1.0% | $184 | $50,102 | 1.0% | $184 | $50,102 | 1.0% | $196 | $53,286 | 1.5% | $276 | $75,000 |
| Non-Revenue/Model Units | 0.5% | $75 | $20,463 | 0.4% | $66 | $17,883 | 0.4% | $66 | $17,883 | - | - | - | 0.3% | $66 | $17,820 |
| Security Contract | 0.4% | $62 | $16,861 | 0.2% | $31 | $8,325 | 0.2% | $31 | $8,325 | - | - | - | 0.2% | $33 | $9,000 |
| Replacement Reserves | - | - | - | - | - | - | - | - | - | - | - | - | 1.1% | $200 | $54,400 |
| Total Operating Expenses | 27.0% | $4,499 | $1,223,725 | 39.2% | $7,100 | $1,931,180 | 39.6% | $7,100 | $1,931,180 | 35.7% | $6,883 | $1,872,187 | 42.4% | $8,050 | $2,189,588 |
| Total Operating Expenses less Taxes | 20.2% | $3,372 | $917,294 | 20.5% | $3,702 | $1,006,856 | 20.6% | $3,702 | $1,006,856 | 17.6% | $3,391 | $922,417 | 23.6% | $4,490 | $1,221,375 |
| NOI | 73.0% | $12,163 | $3,308,228 | 60.8% | $11,000 | $2,992,091 | 60.4% | $10,847 | $2,950,288 | 64.3% | $12,419 | $3,377,893 | 57.6% | $10,942 | $2,976,120 |

App. 379

## Adjustments to PGR

| Loss/(Gain) to Lease | | | | | Analysis and Conclusion |
|---|---|---|---|---|---|
| Subject | $/Unit | $/SF | %PGR | Total | Based upon the current rent roll, the current in-place rents are slightly below our estimated market rents. Thus, the majority of the subject's in-place leases are below market and loss-to-lease should trend downward over the next year as leases roll to current market terms. Given this situation, we have utilized a nominal loss to lease factor, which also takes into account current leases that are not increased to market at renewal. |
| Oct 2021 T-12 | $584 | $0.57 | 3.5% | $158,737 | |
| Jan 2023 T-12 | $1,564 | $1.52 | 8.0% | $425,344 | |
| Jan T-3 / T-12 | $1,812 | $1.76 | 8.8% | $492,904 | |
| Budget | $1,370 | $1.33 | 6.6% | $372,682 | |
| **Conclusion** | **$289** | **$0.28** | **1.5%** | **$78,530** | |

## Allowances

| Vacancy | | | | | | Analysis and Conclusion |
|---|---|---|---|---|---|---|
| Comps | | Date | Units | Vacant | % | Based on the subject's size, location and appeal, the competitive set analysis findings warrant primary consideration. The competitive set analysis indicated a current vacancy rate for directly competitive properties of 5.75%. The submarket level analysis warrants secondary consideration based on its moderate applicability to the subject. The metro level analysis indicated a MPF vacancy rate of 5.7% and a submarket level analysis indicated a MPF vacancy rate of 5.1%. Based on our analysis of supply/demand trends and considering the subject's actual performance, a general vacancy rate of 5.5% is concluded. |
| Comp 1 | Gateway Pines | 05-11-2023 | 337 | 27 | 8.00% | |
| Comp 2 | Gateway Oaks | 05-12-2023 | 313 | 19 | 6.00% | |
| Comp 3 | Gateway Cedars | 05-12-2023 | 334 | 10 | 3.00% | |
| Comp 4 | The Emerson At Forney Marketplace | 05-12-2023 | 320 | 19 | 6.00% | |
| Total/Avg | | | 1,304 | 75 | 5.75% | |
| Simple AVG | | | | | 5.75% | |
| Market Data | | | | | | |
| MPF/RealPage | Metro | 4Q 2022 | | | 5.7 | |
| MPF/RealPage | Submarket | 4Q 2022 | | | 5.1 | |
| Subject | | | | | | |
| Oct 2021 T-12 | | | | | 2.66% | |
| Jan 2023 T-12 | | | | | 3.94% | |
| Jan T-3 / T-12 | | | | | 7.40% | |
| Budget | | | | | 3.66% | |
| Rent Roll | | | | | 10.70% | |
| **Conclusion** | | | | | **5.50%** | |

## Bad Debt

| Subject | $/Unit | $/SF | %PGR | Total |
|---|---|---|---|---|
| Oct 2021 T-12 | $96 | $0.09 | 0.58% | $26,225 |
| Jan 2023 T-12 | $167 | $0.16 | 0.86% | $45,363 |
| Jan T-3 / T-12 | $88 | $0.09 | 0.43% | $23,978 |
| Budget | $241 | $0.23 | 1.16% | $65,649 |
| **Conclusion** | **$96** | **$0.09** | **0.5%** | **$26,177** |

### Analysis and Conclusion

Most properties will, at some point, fail to collect rent and incur some bad debt. Typical losses range from 0%-2.0% but can be more or less depending on the market. We considered the asset class, location and typical tenant profile as well as the historical data if available in our conclusion.

## Historical Concessions

| Subject | $/Unit | $/SF | %PGR | Total |
|---|---|---|---|---|
| Oct 2021 T-12 | $158 | $0.15 | 1.0% | $42,873 |
| Jan 2023 T-12 | $56 | $0.05 | 0.3% | $15,148 |
| Jan T-3 / T-12 | $101 | $0.10 | 0.5% | $27,584 |
| Budget | - | - | - | - |
| **Conclusion** | **-** | **-** | **-** | **-** |

### Analysis and Conclusion

Many comparables utilize daily pricing software which fluctuates rates daily based on supply and demand and exposure to roll over at given times for specific unit types, essentially eliminating the need for concessions. For our analysis we have projected market rents net of concessions. Should concessions be used as a marketing tool, market rents should be increased to offset any concession usage.

## Adjustments & Allowances Conclusions

| | |
|---|---|
| Loss/(Gain) to Lease | 1.50% |
| Vacancy | 5.50% |
| Bad Debt | 0.50% |

### Analysis and Conclusion

Our projected economic vacancy considers the in-place operations, local market data and our concluded market rent estimates. In this case we didn't project a signficant increase in rents and a minimal loss to lease was required.

App. 381

## Other Income

### Utility Reimbursements

| Operating Comps | $/Unit | $/SF | %PGR | RECAP % | Total |
|---|---|---|---|---|---|
| Comp 1 | $571 | $0.64 | 3.9% | 93.5% | $182,749 |
| Comp 2 | $565 | $0.66 | 3.3% | 94.4% | $225,451 |
| Comp 3 | $470 | $0.49 | 2.7% | 98.7% | $144,778 |
| Comp 4 | $843 | $0.92 | 4.5% | 107.2% | $281,524 |
| Comp 5 | $705 | $0.81 | 4.3% | 87.9% | $174,065 |
| Comp 6 | $523 | $0.65 | 3.2% | 88.9% | $129,696 |
| Comp Average | $613 | $0.69 | 3.7% | 95.1% | $189,711 |
| **Subject** | | | | | |
| Oct 2021 T-12 | $374 | $0.36 | 2.2% | 83.1% | $101,715 |
| Jan 2023 T-12 | $384 | $0.37 | 2.1% | 69.0% | $104,332 |
| Jan T-3 / T-12 | $402 | $0.39 | 2.2% | 72.4% | $109,441 |
| Budget | - | - | - | 0.0% | - |
| **Conclusion** | **$386** | **$0.38** | **2.0%** | **68.6%** | **$105,000** |

**Analysis and Conclusion**

This category includes possible utility charge backs for electricity, water/sewer, gas, and garbage. The subject's tenants reimburse the property for water/sewer and trash. Typically the full 12-month reporting periods will provide the best indicator as utility rates can fluctuate during the warmer and cooler months. Therefore, we have relied on the trailing 12-months figure for our projection. If utility costs differ from our projection, utility reimbursements should offset the majority of the delta.

### Other Income

| Operating Comps | $/Unit | $/SF | %PGR | Total |
|---|---|---|---|---|
| Comp 1 | $626 | $0.70 | 4.8% | $200,303 |
| Comp 2 | $1,152 | $1.34 | 6.7% | $459,721 |
| Comp 3 | $1,221 | $1.27 | 6.7% | $375,971 |
| Comp 4 | $1,073 | $1.17 | 6.1% | $358,243 |
| Comp 5 | $629 | $0.72 | 4.0% | $155,462 |
| Comp 6 | $1,625 | $2.03 | 10.4% | $402,951 |
| Comp Average | $1,054 | $1.21 | 6.3% | $325,442 |
| **Subject** | | | | |
| Oct 2021 T-12 | $986 | $0.96 | 5.9% | $268,089 |
| Jan 2023 T-12 | $800 | $0.78 | 4.4% | $217,688 |
| Jan T-3 / T-12 | $568 | $0.55 | 3.2% | $154,499 |
| Budget | $822 | $0.80 | 4.3% | $223,470 |
| **Conclusion** | **$801** | **$0.78** | **4.2%** | **$218,000** |

**Analysis and Conclusion**

Miscellaneous income may be attributed to furniture rent, washer/dryer rental, late charges, lease termination fees, month-to-month fees, NSF fees, pet fees, move-out charges, or any other related charges.  Thus, we have leaned on the subject's recent collections for our projection.

App. 382

**Effective Gross Income**

| Effective Gross Income | | | | | Analysis and Conclusion |
|---|---|---|---|---|---|
| Subject | $/Unit | $/SF | % Change | Total | Historical trends indicate moderate positive growth which is consistent with our projections.  Our EGI projection is approximately 4.92% above the subject's T-12 collections and 5.82% above the T-3 annualized collections.  Over the last few months, the subject's recent leases typically reflect an increase of 3% to 5%.  We also note that the subject's T-3 annualized income appears to be down due to lower miscellaneous income from the slower winter leasing season and less turnover.  Based upon this information our EGI projection is reasonable and well supported by market. |
| Oct 2021 T-12 | $16,662 | $16.21 | - | $4,531,953 | |
| Jan 2023 T-12 | $18,100 | $17.61 | 8.6% | $4,923,271 | |
| Jan T-3 / T-12 | $17,947 | $17.46 | -0.8% | $4,881,468 | |
| Budget | $19,302 | $18.77 | 7.6% | $5,250,080 | |
| **Conclusion** | **$18,992** | **$18.47** | **-** | **$5,165,708** | |

**Operating Expenses**

| Real Estate Taxes | | | | | Analysis and Conclusion |
|---|---|---|---|---|---|
| Operating Comps | $/Unit | $/SF | %EGI | Total | Please see the Real Estate Tax Section of this report for additional information and directly applicable tax comparables as the expense comps presented may be located in varying municipalities. |
| Comp 1 | $2,837 | $3.17 | 21.7% | $907,986 | |
| Comp 2 | $3,976 | $4.62 | 23.1% | $1,586,606 | |
| Comp 3 | $3,768 | $3.92 | 20.7% | $1,160,520 | |
| Comp 4 | $4,168 | $4.56 | 23.8% | $1,392,027 | |
| Comp 5 | $4,217 | $4.84 | 26.7% | $1,041,616 | |
| Comp 6 | $2,581 | $3.22 | 16.5% | $640,087 | |
| Comp Average | $3,591 | $4.06 | 22.1% | $1,121,474 | |
| Subject | | | | | |
| Oct 2021 T-12 | $1,127 | $1.10 | 6.8% | $306,431 | |
| Jan 2023 T-12 | $3,398 | $3.31 | 18.8% | $924,324 | |
| Jan T-3 / T-12 | $3,398 | $3.31 | 18.9% | $924,324 | |
| Budget | $3,492 | $3.40 | 18.1% | $949,770 | |
| **Conclusion** | **$3,560** | **$3.46** | **18.7%** | **$968,213** | |

App. 383

## Franchise Taxes

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | - | - | - | - |
| Comp 2 | - | - | - | - |
| Comp 3 | - | - | - | - |
| Comp 4 | $53 | $0.06 | 0.3% | $17,839 |
| Comp 5 | $53 | $0.06 | 0.3% | $13,060 |
| Comp 6 | - | - | - | - |
| Comp Average | $53 | $0.06 | 0.3% | $15,450 |
| **Subject** | | | | |
| Oct 2021 T-12 | - | - | - | - |
| Jan 2023 T-12 | - | - | - | - |
| Jan T-3 / T-12 | - | - | - | - |
| Budget | - | - | - | - |
| **Conclusion** | **$63** | **$0.06** | **0.3%** | **$17,098** |

### Analysis and Conclusion

Franchise Tax is an income tax which depends on numerous scenarios and there are various tax rates that could be imposed on the property owner, if any. Thus, for our analysis we have assumed the subject's owners would qualify for the 0.331% tax rate unless the property's EGI is over $20 million. If the property has an EGI below $1,230,000, no franchise tax would be due.

## Property Insurance

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $420 | $0.47 | 3.2% | $134,544 |
| Comp 2 | $374 | $0.44 | 2.2% | $149,337 |
| Comp 3 | $350 | $0.36 | 1.9% | $107,851 |
| Comp 4 | $319 | $0.35 | 1.8% | $106,455 |
| Comp 5 | $661 | $0.76 | 4.2% | $163,262 |
| Comp 6 | $603 | $0.75 | 3.8% | $149,452 |
| Comp Average | $455 | $0.52 | 2.9% | $135,150 |
| **Subject** | | | | |
| Oct 2021 T-12 | $403 | $0.39 | 2.4% | $109,480 |
| Jan 2023 T-12 | $414 | $0.40 | 2.3% | $112,645 |
| Jan T-3 / T-12 | $414 | $0.40 | 2.3% | $112,645 |
| Budget | $430 | $0.42 | 2.2% | $116,886 |
| **Conclusion** | **$551** | **$0.54** | **2.9%** | **$150,000** |

### Analysis and Conclusion

This expense includes all premiums and costs incurred for insurance covering structures, public liability, rental value, and equipment. The subject's historical costs fall towards the lower end of the expense comparable range, and the owner likely has a blanket insurance policy. We note that Comparables 2, 3, and 4 likely had blanket insurance policies as well. Therefore, we have projected an insurance cost more in line with typical market.

**Trash Removal**

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $227 | $0.25 | 1.7% | $72,639 |
| Comp 2 | $154 | $0.18 | 0.9% | $61,408 |
| Comp 3 | $120 | $0.12 | 0.7% | $36,863 |
| Comp 4 | $287 | $0.31 | 1.6% | $95,725 |
| Comp 5 | $304 | $0.35 | 1.9% | $74,988 |
| Comp 6 | $341 | $0.43 | 2.2% | $84,582 |
| Comp Average | $239 | $0.27 | 1.5% | $71,034 |
| Subject | | | | |
| Oct 2021 T-12 | $92 | $0.09 | 0.6% | $24,933 |
| Jan 2023 T-12 | $121 | $0.12 | 0.7% | $33,044 |
| Jan T-3 / T-12 | $121 | $0.12 | 0.7% | $33,044 |
| Budget | - | - | - | - |
| **Conclusion** | **$125** | **$0.12** | **0.7%** | **$34,000** |

**Analysis and Conclusion**

This includes all trash removal and recycling (if applicable) expenses. If there are reimbursements these were considered separately in the respective income categories. Given utility costs are property specific, the conclusion is based on the historical expenses. Our projection is supported by the expense comparables. We note that the majority of the comparables has valet trash service which is not offered at the subject.

**Utilities - Gas**

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | - | - | - | - |
| Comp 2 | $5 | $0.01 | 0.0% | $1,972 |
| Comp 3 | - | - | - | - |
| Comp 4 | - | - | - | - |
| Comp 5 | $3 | $0.00 | 0.0% | $763 |
| Comp 6 | - | - | - | - |
| Comp Average | $4 | $0.00 | 0.0% | $1,368 |
| Subject | | | | |
| Oct 2021 T-12 | - | - | - | - |
| Jan 2023 T-12 | - | - | - | - |
| Jan T-3 / T-12 | - | - | - | - |
| Budget | - | - | - | - |
| **Conclusion** | **-** | **-** | **-** | **-** |

**Analysis and Conclusion**

Gas is not utilized at the subject.

App. 385

### Utilities - Electric

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $93 | $0.10 | 0.7% | $29,858 |
| Comp 2 | $154 | $0.18 | 0.9% | $61,282 |
| Comp 3 | $155 | $0.16 | 0.9% | $47,624 |
| Comp 4 | $125 | $0.14 | 0.7% | $41,905 |
| Comp 5 | $168 | $0.19 | 1.1% | $41,597 |
| Comp 6 | $66 | $0.08 | 0.4% | $16,376 |
| Comp Average | $127 | $0.14 | 0.8% | $39,774 |
| **Subject** | | | | |
| Oct 2021 T-12 | $101 | $0.10 | 0.6% | $27,572 |
| Jan 2023 T-12 | $97 | $0.09 | 0.5% | $26,271 |
| Jan T-3 / T-12 | $97 | $0.09 | 0.5% | $26,271 |
| Budget | - | - | - | - |
| **Conclusion** | **$99** | **$0.10** | **0.5%** | **$27,000** |

**Analysis and Conclusion**

This includes all associated electric costs for the subject. Given utility costs are property specific, the conclusion is based on the historical expenses. Our projection is supported by the expense comparables.

### Utilities - Water & Sewer

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $384 | $0.43 | 2.9% | $122,736 |
| Comp 2 | $445 | $0.52 | 2.6% | $177,500 |
| Comp 3 | $357 | $0.37 | 2.0% | $109,855 |
| Comp 4 | $500 | $0.55 | 2.9% | $166,896 |
| Comp 5 | $498 | $0.57 | 3.2% | $123,081 |
| Comp 6 | $247 | $0.31 | 1.6% | $61,364 |
| Comp Average | $405 | $0.46 | 2.5% | $126,905 |
| **Subject** | | | | |
| Oct 2021 T-12 | $358 | $0.35 | 2.2% | $97,496 |
| Jan 2023 T-12 | $434 | $0.42 | 2.4% | $118,181 |
| Jan T-3 / T-12 | $434 | $0.42 | 2.4% | $118,181 |
| Budget | $228 | $0.22 | 1.2% | $62,011 |
| **Conclusion** | **$438** | **$0.43** | **2.3%** | **$119,000** |

**Analysis and Conclusion**

This includes all water and sewer costs. If service to the units is billed directly from the provider the expense shown is only for common areas, model/vacant units and amenities. If water/sewer is included for tenants this expense is also shown here. If there are reimbursements these were considered separately in the respective income categories and typically include utility billing fees. As this expense is typically property-specific, the conclusion is based on the historical data. Should waster/sewer costs differ from our projection, utility reimbursements will offset the majority of the delta. Our projection is supported by the expense comparables.

App. 386

### Repairs & Maintenance

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $412 | $0.46 | 3.2% | $131,851 |
| Comp 2 | $718 | $0.84 | 4.2% | $286,553 |
| Comp 3 | $770 | $0.80 | 4.2% | $237,301 |
| Comp 4 | $471 | $0.52 | 2.7% | $157,253 |
| Comp 5 | $565 | $0.65 | 3.6% | $139,655 |
| Comp 6 | $569 | $0.71 | 3.6% | $141,189 |
| Comp Average | $584 | $0.66 | 3.6% | $182,300 |
| **Subject** | | | | |
| Oct 2021 T-12 | $409 | $0.40 | 2.5% | $111,188 |
| Jan 2023 T-12 | $544 | $0.53 | 3.0% | $148,091 |
| Jan T-3 / T-12 | $544 | $0.53 | 3.0% | $148,091 |
| Budget | $524 | $0.51 | 2.7% | $142,477 |
| **Conclusion** | **$551** | **$0.54** | **2.9%** | **$150,000** |

**Analysis and Conclusion**

This expense covers the cost of all routine maintenance and repairs that would be reoccurring. The subject's historical R&M costs have increased with the most recent expense falling within the expense comparable range. Therefore, we have projected a R&M expense in line with the subject's current expense.

### Management

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $370 | $0.41 | 2.83% | $118,302 |
| Comp 2 | $432 | $0.50 | 2.51% | $172,531 |
| Comp 3 | $564 | $0.59 | 3.11% | $173,779 |
| Comp 4 | $521 | $0.57 | 2.98% | $174,168 |
| Comp 5 | $428 | $0.49 | 2.71% | $105,807 |
| Comp 6 | $459 | $0.57 | 2.93% | $113,842 |
| Comp Average | $463 | $0.52 | 2.85% | $143,072 |
| **Subject** | | | | |
| Oct 2021 T-12 | $456 | $0.44 | 2.73% | $123,931 |
| Jan 2023 T-12 | $498 | $0.48 | 2.75% | $135,445 |
| Jan T-3 / T-12 | $498 | $0.48 | 2.77% | $135,445 |
| Budget | $541 | $0.53 | 2.81% | $147,287 |
| **Conclusion** | **$522** | **$0.51** | **2.75%** | **$142,057** |

**Analysis and Conclusion**

For Class A & B assets 2.00% - 4.00% for third party management is adequate when also tested on a $/unit basis. For smaller properties or Class C assets fees can be higher from 3.0% - 8.0%, depending on scope of management services and on-site staff levels. In recent years additional ownership groups have added third party management platforms and management fees have gotten more aggressive. Frequently buyer budgets are showing third party management contracts to the low aspect of the range but this hasn't yet been reflected in historical operating statements. Overall, we have projected a 2.75% management fee which is supported by the expense comparables.

App. 387

## Payroll

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $1,399 | $1.56 | 10.7% | $447,584 |
| Comp 2 | $1,254 | $1.46 | 7.3% | $500,337 |
| Comp 3 | $1,312 | $1.36 | 7.2% | $404,117 |
| Comp 4 | $1,259 | $1.38 | 7.2% | $420,519 |
| Comp 5 | $1,469 | $1.69 | 9.3% | $362,856 |
| Comp 6 | $1,518 | $1.89 | 9.7% | $376,513 |
| Comp Average | $1,369 | $1.56 | 8.6% | $418,654 |
| Subject | | | | |
| Oct 2021 T-12 | $1,020 | $0.99 | 6.1% | $277,316 |
| Jan 2023 T-12 | $1,125 | $1.09 | 6.2% | $306,033 |
| Jan T-3 / T-12 | $1,125 | $1.09 | 6.3% | $306,033 |
| Budget | $1,276 | $1.24 | 6.6% | $347,025 |
| **Conclusion** | **$1,379** | **$1.34** | **7.3%** | **$375,000** |

### Analysis and Conclusion

This expense consists of all on-site payroll costs including associated taxes, and employee benefits. The subject's historical payroll costs have increased with the most recent cost falling below the expense comparable range. Therefore, we have projected a payroll expense more in line with the expense comparable mean.

## Advertising

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $316 | $0.35 | 2.4% | $101,097 |
| Comp 2 | $173 | $0.20 | 1.0% | $69,146 |
| Comp 3 | $183 | $0.19 | 1.0% | $56,283 |
| Comp 4 | $243 | $0.27 | 1.4% | $81,186 |
| Comp 5 | $139 | $0.16 | 0.9% | $34,272 |
| Comp 6 | $107 | $0.13 | 0.7% | $26,526 |
| Comp Average | $193 | $0.22 | 1.2% | $61,418 |
| Subject | | | | |
| Oct 2021 T-12 | $211 | $0.20 | 1.3% | $57,310 |
| Jan 2023 T-12 | $187 | $0.18 | 1.0% | $50,836 |
| Jan T-3 / T-12 | $187 | $0.18 | 1.0% | $50,836 |
| Budget | $196 | $0.19 | 1.0% | $53,445 |
| **Conclusion** | **$188** | **$0.18** | **1.0%** | **$51,000** |

### Analysis and Conclusion

This includes all associated marketing, advertising and promoting. The subject's historical advertising costs have decreased slightly and fall near the expense comparable mean. Therefore, we projected an advertising expense in line with the subject's historical costs.

Parc At Windmill Farms

App. 388

## General & Administrative

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $259 | $0.29 | 2.0% | $82,897 |
| Comp 2 | $340 | $0.39 | 2.0% | $135,464 |
| Comp 3 | $362 | $0.38 | 2.0% | $111,350 |
| Comp 4 | $274 | $0.30 | 1.6% | $91,523 |
| Comp 5 | $176 | $0.20 | 1.1% | $43,523 |
| Comp 6 | $275 | $0.34 | 1.8% | $68,149 |
| Comp Average | $281 | $0.32 | 1.7% | $88,818 |
| Subject | | | | |
| Oct 2021 T-12 | $187 | $0.18 | 1.1% | $50,744 |
| Jan 2023 T-12 | $184 | $0.18 | 1.0% | $50,102 |
| Jan T-3 / T-12 | $184 | $0.18 | 1.0% | $50,102 |
| Budget | $196 | $0.19 | 1.0% | $53,286 |
| **Conclusion** | **$276** | **$0.27** | **1.5%** | **$75,000** |

### Analysis and Conclusion

This includes office administrative expenses including office supplies, accounting, legal fees, other professional fees, background check expenses, office phone and internet expenses, and personal property taxes. The subject's historical administrative costs have been fairly consistent but fall at the low end of the expense comparable range. Therefore, we projected an administrative expense more in line with the expense comparable mean.

## Non-Revenue/Model Units

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | - | - | - | - |
| Comp 2 | - | - | - | - |
| Comp 3 | - | - | - | - |
| Comp 4 | $126 | $0.14 | 0.7% | $42,104 |
| Comp 5 | $130 | $0.15 | 0.8% | $32,211 |
| Comp 6 | $45 | $0.06 | 0.3% | $11,100 |
| Comp Average | $100 | $0.11 | 0.6% | $28,472 |
| Subject | | | | |
| Oct 2021 T-12 | $75 | $0.07 | 0.5% | $20,463 |
| Jan 2023 T-12 | $66 | $0.06 | 0.4% | $17,883 |
| Jan T-3 / T-12 | $66 | $0.06 | 0.4% | $17,883 |
| Budget | - | - | - | - |
| **Conclusion** | **$66** | **$0.06** | **0.3%** | **$17,820** |

### Analysis and Conclusion

Our payroll projections specifically assume that no employees will receive free rent. If an employee does receive free rent, then there should be a commensurate decrease in salaries. Therefore, we have not projected any income loss from the employees. The subject has one model unit (Unit #116; 832 SF). Therefore, our projection is based upon the projected rent for the 832 SF unit.

App. 389

## Security Contract

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $42 | $0.05 | 0.3% | $13,423 |
| Comp 2 | - | - | - | - |
| Comp 3 | - | - | - | - |
| Comp 4 | - | - | - | - |
| Comp 5 | - | - | - | - |
| Comp 6 | - | - | - | - |
| Comp Average | $42 | $0.05 | 0.3% | $13,423 |
| Subject | | | | |
| Oct 2021 T-12 | $62 | $0.06 | 0.4% | $16,861 |
| Jan 2023 T-12 | $31 | $0.03 | 0.2% | $8,325 |
| Jan T-3 / T-12 | $31 | $0.03 | 0.2% | $8,325 |
| Budget | - | - | - | - |
| **Conclusion** | **$33** | **$0.03** | **0.2%** | **$9,000** |

### Analysis and Conclusion

This includes contract security services. Not all the comps provide this service. Therefore, we have projected an expense similar to the subject's historical costs going forward.

## Replacement Reserves

| | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Subject | | | | |
| Oct 2021 T-12 | - | - | - | - |
| Jan 2023 T-12 | - | - | - | - |
| Jan T-3 / T-12 | - | - | - | - |
| Budget | - | - | - | - |
| **Conclusion** | **$200** | **$0.19** | **1.05%** | **$54,400** |

### Analysis and Conclusion

Reserves for replacements typically average from $150 to $350 per unit, depending on number of units, average unit size, and condition of the property. In this instance, the appraisers have utilized a per unit amount of $200, or $54,400 which is considered sufficient, if properly invested, to yield the amount necessary for the replacement of items such as appliances, roofs, carpet and parking areas.

## Total Operating Expenses

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Min | $6,759 | $7.56 | 43.7% | $1,795,179 |
| Max | $8,813 | $10.12 | 55.8% | $3,202,136 |
| Avg | $7,866 | $8.92 | 48.7% | $2,432,330 |
| Subject | | | | |
| Min | $4,499 | $4.38 | 27.0% | $1,223,725 |
| Max | $7,100 | $6.91 | 39.6% | $1,931,180 |
| Avg | $6,395 | $6.22 | 35.4% | $1,739,568 |
| **Conclusion** | **$8,050** | **$7.83** | **42.4%** | **$2,189,588** |

### Analysis and Conclusion

Our overall projection falls within the expense comparable range. We note that our projection includes reserves while none of the expense comparables have reserves included.

App. 390

## Capitalization Rate

The following methods were considered when selecting a capitalization rate for the subject:

- Band of Investment Method
- Debt Service Coverage Ratio Method
- Investor Surveys
- Market Participant Interviews
- Market Extraction (Primary and/or Supplemental Sales)

### Band of Investment Method

The Band of Investment Method estimates an overall capitalization rate by weighting mortgage and equity components of the total property investment. The assumptions utilized within the Band of Investment method are consistently applied below.

| Band of Investment | | | | | |
|---|---|---|---|---|---|
| Loan Amortization Period | | | | | 30 Years |
| Interest Rate | | | | | 5.50% |
| Loan-to-Value (LTV) Ratio | | | | | 65.00% |
| Mortgage Constant | | | | | 6.81% |
| Equity Dividend Rate | | | | | 6.00% |
| Mortgage Component | 65.00% | × | 6.81% | = | 4.43% |
| Equity Component | 35.00% | × | 6.00% | = | 2.10% |
| **Band of Investment Capitalization Rate** | | | | | **6.53%** |

The Band of Investment does not reflect the impact of interest only loans. Typical investors are receiving several years of interest only, which is driving cap rates below levels indicated by the Band of Investment analysis.

It should be noted that interest rates have risen faster than cap rates in the local market, creating an environment where many buyers are going into deals with negative leverage. Negative leverage is defined as when the cap rate on a property acquisition is less than the cost of debt or debt constant and therefore, the cash-on-cash return is less than the cap rate. Buyers of multifamily properties are willing to invest with these terms for a number of reasons: one being that they may have capital raised in a fund that they are eager to allocate; another being that they believe rent increases will be high enough to generate positive leverage within a short period of time; and finally, as protection from inflation, which is currently at its highest level in decades. In addition, some investors are of the opinion that interest rates will come back down within the next couple of years.  All of these factors are present to some degree and provide support for our concluded equity and mortgage components above, which reflect the inverse of the typical mortgage-equity relationship where the equity component is expected to exceed the mortgage component.

### Debt Service Coverage Ratio Method

The Debt Service Coverage Ratio is derived by looking at NOI against the annual debt service. Assumptions for Loan Interest Rate and LTV were applied as was shown above in the Band of Investments.

| Debt Service Coverage Ratio | |
|---|---|
| Concluded Debt Coverage Ratio | 1.25 |
| Loan-To-Value Ratio (LTV) Ratio | 65.00% |
| Mortgage Constant | 6.81% |
| **Debt Service Coverage Ratio Capitalization Rate** | **5.54%** |

App. 391

## Investor Surveys

The results of the most recent published survey(s) are presented below. These surveys are published and updated quarterly.

Investor surveys are typically included as a reference point for overall national or regional trends. In the case of the subject, these rates are not directly applicable, and we did not rely on the indications in our conclusion.

| Investor Surveys | | |
| --- | --- | --- |
| Capitalization Rate (OAR) | Range | Average |
| **National Apartments by PwC** | | |
| 2022 Q4 | 3.25% to 8.00% | 4.89% |
| 2022 Q3 | 3.00% to 8.00% | 4.75% |
| **Southeast Apartments by PwC** | | |
| 2022 Q4 | 4.00% to 5.00% | 4.30% |
| 2022 Q3 | 3.00% to 4.50% | 4.00% |

## Market Participants

The following table presents cap rate ranges for similar assets thru market participant interviews with local brokers active in the market.

| Market Participant Interviews | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Name | Company | Deal Type | Investment Class | Date | Range | Average |
| Confidential | Marcus & Millichap | Market Rate | Class A - Actual | 2023 Q1 | 4.00 % to 4.75% | 4.25 % |
| Confidential | IPA | Market Rate | Class A - Actual | 2023 Q1 | 4.25 % to 5.00% | 4.75 % |
| Investment Sales Broker | Confidental | Market Rate | Class A - Actual | 2022 Q4 | 4.50 % to 5.00% | 4.75 % |
| Confidential | Walker & Dunlop | Market Rate | Class A - Actual | 2022 Q4 | 4.25 % to 4.50% | 4.25 % |

Market participants have indicated that capitalization rates for Class A properties have increased between 25 and 75 basis points since the peak of the market in early 2022.

App. 392

## Market Extraction

The following table illustrates the transaction data for the sales previously presented in the Sales Comparison Approach.

| Comp | Close Date | Price | # Units | $/Unit | Avg Unit Size | Occupancy | NOI/Unit | Cap Rate |
|---|---|---|---|---|---|---|---|---|
| 1 | Mar-23 | $80,000,000 | 336 | $238,095 | 964 | 91.8% | $12,554 | 5.27% |
| 2 | Jan-23 | $81,788,000 | 322 | $254,000 | 939 | 94.2% | $11,709 | 4.61% |
| 3 | Nov-22 | $32,650,000 | 112 | $291,518 | 960 | 98.0% | $14,111 | 4.84% |
| 4 | Nov-22 | $81,000,000 | 300 | $270,000 | 860 | 97.0% | $10,854 | 4.02% |
| 5 | Oct-22 | $90,720,000 | 336 | $270,000 | 896 | 82.7% | $11,151 | 4.13% |
| 6 | Oct-22 | $66,126,000 | 321 | $206,000 | 952 | 96.0% | $8,737 | 4.13% |
| 7 | Oct-22 | $76,045,000 | 227 | $335,000 | 981 | 95.0% | $15,110 | 4.51% |
| 8 | Oct-22 | $58,000,000 | 285 | $203,509 | 852 | 95.5% | $8,417 | 4.14% |
| 9 | Sep-22 | $41,760,000 | 248 | $168,387 | 844 | 94.0% | $7,969 | 4.73% |
| 10 | Aug-22 | $64,000,000 | 252 | $253,968 | 936 | 96.8% | $10,191 | 4.01% |
| Avg | | $67,208,900 | 274 | $249,048 | 919 | 94.1% | $11,080 | 4.44% |

*Sale 1 was under contract as of the effective date of this report.

Based upon our proforma income and expense projections and considering recent upward movement in capitalization rates across the country, a reasonable and applicable cap rate would be at the upper end of the sales between 5.00% and 5.25%, primarily due to the risk associated with the subject's taxes which are projected at 64% of our concluded market value.  Most of the sales have taxes adjusted between 70% and 90% of the purchase price.  Our concluded market value of $212,500 per unit falls at the low end of the sale comparables.

## Capitalization Rate Conclusion

| Component | Range | Indicated/Average |
|---|---|---|
| Band of Investment | | 6.53% |
| DSCR | | 5.54% |
| Investor Surveys | 3.00% to 8.00% | 4.49% |
| Market Participant Interviews | 4.00% to 5.00% | 4.50% |
| Market Extraction | 4.01% to 5.27% | 4.44% |
| **Concluded Capitalization Rate** | | **5.15%** |

In our conclusion we placed primary weight on the comparable sales and reported capitalization reported by with market participants at the time.  Due to the subject's property's location in Kaufman County in which assessed values are typically lower than the primary DFW counties (Dallas, Tarrant, Collin, and Denton), there is some additional risk associated with future tax increases than the sale comparables.  Therefore, we have utilized a capitalization rate at the upper end of the sale comparable range and just above the market participant range.

App. 393

## Income Approach Conclusion

The concluded potential gross rental income, vacancy allowance, and operating expenses are outlined and summarized below, as well as the subject's net operating income conclusion.

**Appraised Pro Forma & Direct Cap**

| Income | %/PGR | $/SF | $/Unit | Total/Annum |
|---|---|---|---|---|
| PGR - Potential Gross Rent | | $18.72 | $19,248 | $5,235,360 |
| Loss/(Gain) to Lease | 1.5% | $0.28 | $289 | $78,530 |
| Vacancy | 5.5% | $1.03 | $1,059 | $287,945 |
| Bad Debt | 0.5% | $0.09 | $96 | $26,177 |
| NRI - Net Rental Income | | $17.32 | $17,804 | $4,842,708 |
| Utility Reimbursements | 2.0% | $0.38 | $386 | $105,000 |
| Other Income | 4.2% | $0.78 | $801 | $218,000 |
| Total Other Income | 6.2% | $1.16 | $1,188 | $323,000 |
| EGI - Effective Gross Income | 98.7% | $18.47 | $18,992 | $5,165,708 |
| **Expenses** | **%/EGI** | | | |
| Real Estate Taxes | 18.7% | $3.46 | $3,560 | $968,213 |
| Franchise Taxes | 0.3% | $0.06 | $63 | $17,098 |
| Property Insurance | 2.9% | $0.54 | $551 | $150,000 |
| Trash Removal | 0.7% | $0.12 | $125 | $34,000 |
| Utilities - Electric | 0.5% | $0.10 | $99 | $27,000 |
| Utilities - Water & Sewer | 2.3% | $0.43 | $438 | $119,000 |
| Repairs & Maintenance | 2.9% | $0.54 | $551 | $150,000 |
| Management | 2.75% | $0.51 | $522 | $142,057 |
| Payroll | 7.3% | $1.34 | $1,379 | $375,000 |
| Advertising | 1.0% | $0.18 | $188 | $51,000 |
| General & Administrative | 1.5% | $0.27 | $276 | $75,000 |
| Non-Revenue/Model Units | 0.3% | $0.06 | $66 | $17,820 |
| Security Contract | 0.2% | $0.03 | $33 | $9,000 |
| Replacement Reserves | 1.1% | $0.19 | $200 | $54,400 |
| Total Operating Expenses | 42.4% | $7.83 | $8,050 | $2,189,588 |
| Total Operating Expenses Less Property Taxes | 23.6% | $4.37 | $4,490 | $1,221,375 |
| **NOI - Net Operating Income** | **57.6%** | **$10.64** | **$10,942** | **$2,976,120** |
| Overall Capitalization Rate | 5.15% | | | $57,788,729 |
| **Concluded Value, rounded to the nearest $100,000** | | **$206.69** | **$212,500** | **$57,800,000** |

App. 394

# Reconciliation

The preceding section of this report derived value indication(s) based on separate and independent appraisal processes. The most comparable data available was researched and analyzed in the various sections of this report. In the final analysis of the subject property, the results of the Income Capitalization Approach herein are considered reliable and well-supported. Following are the final thoughts, conclusions, and estimates of value derived from approach employed.

## Summary of Approaches

### Sales Comparison Approach

The Sales Comparison Approach is based on the principle of substitution, which states that the limits of prices, rents, and rates tend to be set by the prevailing prices, rents and rates of equally desirable substitutes. While the reliability of the Sales Comparison Approach is strengthened by the general similarity of the locational and physical characteristics of the sales, it is weakened by its failure to capture the subject's future operating potential.

Due to the nature of the assignment, the sales approach was not presented.  However, in order to derive an appropriate market capitalization rate for the Income Approach, 10 recent Class A sales were presented.  The sales ranged from $168,387 per unit to $335,000 per unit.  The subject's indicated value of $212,500 per unit falls within the lower end of the range and is well supported.

### Income Capitalization

This approach is typically most heavily weighted by investors for similar assets. There was sufficient historical operating data as well as rent/expense comparable information available for analysis. Investment metrics related to capitalization rates and supply/demand were analyzed and discussed with market participants. The income approach has been awarded primary weight in the final reconciliation of value.

### Final Value Conclusion

Primary weight is placed on the income capitalization approach, as the typical buyer for the subject (national and regional investor) is primarily interested in the income-generating capacity of the property. This appraisal is subject to the assumptions and limiting conditions following this section, was conducted and prepared in accordance with the Uniform Standards of Professional Appraisal Practice and reasonably led the appraisers to the following opinion(s) of Retrospective Market Value:

| Value Conclusions | |
|---|---|
| | As Is |
| Interest | Leased Fee |
| Date | February 21, 2023 |
| Income Capitalization Approach | $57,800,000 |
| **Final Conclusions** | **$57,800,000** |
| $/Unit | $212,500 |

App. 395

# Certification

We certify to the best of our knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial and unbiased professional analyses, opinions, and conclusions.

- We have no present or prospective interest in the property that is the subject of this report and have no personal interest with respect to the parties involved.

- We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

- Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice and the laws, standards or other requirements of the State of Texas.

- Jason Ribelin made a personal inspection of the property that is the subject of this report on November 21, 2022.

- Corey Clifton (Texas State Registered Appraiser Assistant No. 1340250 Trainee) provided significant real property appraisal assistance to the appraisers signing the certification. Assistance included gathering, analyzing and reporting regional, local area, zoning, and tax information, confirming some of the comparable data, and assisting with portions of the valuation analysis.

- Jason Ribelin, John Jordan, and Corey Clifton have provided real property valuation services as an appraiser for the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.  The appraisers performing this appraisal report have provided several consecutive annual appraisal reports with the most recent report reflecting an effective date of value as of December 1, 2022.  Previous appraisals were completed in February 2020, December 2020, and December 2021.

- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute.

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- As of the date of this report, John Jordan has completed the continuing education program for Designated Members of the Appraisal Institute.

- As of the date of this report, Jason Ribelin has completed the Standards and Ethics Education Requirements for Candidates of the Appraisal Institute.

**Jason Ribelin | Senior Director**
Texas Certified General TX 1380338 G
jribelin@apprise.us
405-517-6917

**John Jordan | Managing Director**
Texas Managing Director TX 1321156 G
jjordan@apprise.us
214-693-4419

App. 396

Addenda

App. 397

Addendum a

assignment conditions

App. 398

# Assignment Conditions

## General Assumptions and Limiting Conditions

In these General Assumptions and Limiting Conditions, "Property" means the property or properties that are the subject of the appraisal report and refers, without limitation, to all associated land (including earth and soil), improvements and property rights. "Appraiser" means each appraiser signing the report or providing assistance in connection with the appraisal and also includes Apprise, Walker & Dunlop, Inc. and its subsidiaries.

This report has been prepared and is subject to the following general assumptions and limiting conditions:

- Unless otherwise stated in the report, it is assumed that title to the Property is clear and marketable and that there are no recorded or unrecorded liens, encumbrances or other matters affecting the Property that would adversely affect marketability or value. No opinion is expressed and no responsibility is assumed for the legal description of the Property or any matters that are legal in nature or that require legal expertise beyond that of a real estate appraiser. Title and legal matters were not part of the scope of work for this assignment.

- The conclusions stated in the report are only as of the effective date of the appraisal. Changes and conditions occurring after that date and market factors will affect the conclusions.

- This report assumes any improvements on the Property are structurally sound, seismically safe, and compliant with all applicable laws, regulations, codes and standards, unless otherwise stated in the report. This report assumes that all building components and systems, including but not limited to HVAC, MEP (mechanical, electrical, plumbing), elevators, roofing, exterior veneers, walls or columns, and other components and systems do not suffer from material deferred maintenance or deficiencies and are free from water intrusion. The Appraiser has no responsibility for the safety, soundness or compliance of such components and systems.

- Unless otherwise stated in the report, it is assumed that there are no hidden or unapparent conditions of the Property that render the Property more or less valuable and that the Property is not affected by the past or current presence of hazardous materials, contamination, asbestos, mold, pollution, infestations, disease causing organisms or other hazardous conditions. The Appraiser is not qualified to detect such conditions. No responsibility is assumed for such conditions or for any expertise or engineering assistance required to discover them. Unless otherwise stated in the report, such matters were not part of the scope of work for this assignment.

- It is assumed that the Property is in compliance with all applicable federal, state and local laws, ordinances, regulations, building standards and codes, use restrictions and zoning unless the lack of compliance is stated in the report. Determining and reporting on such compliance were not part of the scope of work for this assignment.

- It is assumed that all water, sewer facilities and utilities (whether existing or proposed) are or will be in good working order, safe for use, and sufficient to serve the current or proposed uses of the Property. Determining and reporting on such matters were not part of the scope of work for this assignment.

- It is assumed that use of the land and improvements and their construction is confined within the boundaries or property lines of the Property and that there are no encroachments or trespasses unless noted in the report. Determining and reporting encroachments or trespasses were not within the scope of work for this assignment.

- Any estimate of Insurable Replacement Cost, if stated in the report, is based upon figures developed consistent with regular appraisal practices. However, actual local and regional construction costs may vary significantly from the estimate, and individual insurance policies and underwriters have varied specifications, exclusions, and non-insurable items. The Appraiser strongly recommends that estimates be obtained from professionals experienced in establishing appropriate insurance coverage. This analysis should not be relied upon to determine insurance coverage and the Appraiser makes no warranties regarding this estimate.

- The Appraiser has not made any investigation to determine if the Property is in conformity with the Americans with Disabilities Act (ADA) or similar state or local laws or ordinances. It is possible that such an investigation could reveal that the Property is not in compliance with the ADA or similar laws or ordinances. If so, this could have a negative effect on the value and use of the Property.

- The information furnished by external sources, including but not limited to the Property owners or representatives, taxing or regulatory authorities, or related market participants, is thought to be accurate and reliable. Such information includes but is not limited to gross building and net rentable areas, rent rates and schedules, unit mix and sizes, historical financial and operating data, land size, proposed or ongoing improvements, budgets, sale data, or the like. The Appraiser makes no representations regarding information obtained from other sources. As such, if a significant error is discovered in any of the reported information, the Appraiser reserves the right to amend the report and/or value conclusions.

App. 399

- Unless otherwise stated in the report, no mineral deposits or subsurface rights of value are involved or considered in this appraisal, whether gas, liquid, or solid, nor are any rights associated with extraction or exploration of such elements considered or analyzed. It is also assumed that there are no transferrable air or development rights of value unless otherwise stated. These matters are outside the scope of work for this assignment and of the Appraiser's expertise.

- Any and all furnishings, fixtures, or equipment, except those specifically stated or typically included or traded as a part of real property, were disregarded and not considered in the appraisal.

- Required licenses, permits, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization are assumed to have been obtained and renewed as necessary for any use on which the value estimate(s) in this report is based.

- Responsible and prudent ownership and reasonably competent property management are assumed.

- Diagrams, plans, charts, sketches, and other illustrative materials in this report are included only to assist the reader in visualizing the Property. The Appraiser makes no warranties about the accuracy of such materials and they should not be used or relied on for any other purpose.

- Any cash flows, analyses of estimated income or forecasts of future economic conditions performed for this appraisal or included in the report are predicated on the information and assumptions contained within the report and are not predictions or guaranties of the future. The achievement of any financial projections or forecast relating to the Property will be affected by fluctuating economic conditions and will depend on other future occurrences that cannot be assured. Actual results will vary from any projections or forecasts stated in the report. The Appraiser does not warrant any projections or forecasts.

- The allocation of the overall property value between land and improvements, if any, applies only under the stated program of utilization. The individual allocations of land and building value may not be used in conjunction with any other analysis.

- The Appraiser is not required to provide any further consultation, testimony, or court appearance with regard to the Property unless agreed to by the Appraiser in writing.

- The contents of this report, in whole or in part (including its value conclusions, market data, or identity of the Appraiser) are confidential and may not be disseminated to the public through advertising, public relations, news, sales, video, or any other media without the prior, written consent of the Appraiser.

- Possession of this report does not carry with it the right of use, reliance, distribution, or publication, unless authorized by the Appraiser in writing.

- The maximum monetary liability of the Appraiser (including Apprise, Walker & Dunlop, Inc. and its subsidiaries) for any and all claims or causes of action relating to the appraisal shall be limited to the total compensation actually received by Apprise for the appraisal. This limitation of liability extends to all types of claims and causes of action, whether in contract or tort, but excludes claims/causes of action for intentionally fraudulent or criminal conduct, or intentionally caused injury. In the event that different limitations of liability are set forth in an engagement agreement for the appraisal between Apprise and its client, however, the limitations in that agreement shall apply between the Appraiser (including Apprise) and the client.

- Use of or reliance on the appraisal, regardless of whether such use or reliance is known or authorized by the Appraiser, constitutes acknowledgement and acceptance of these General Assumptions and Limiting Conditions, any extraordinary assumptions or hypothetical conditions stated in the report, and any other terms and conditions stated in the report. The appraisal should not be used or relied on by any party who is not identified as the client or as an additional intended user in the report or identified in specific reliance language, if any, contained in the report.

App. 400

Addendum b

glossary

App. 401

# GLOSSARY

Definitions were sourced from The Dictionary of Real Estate Appraisal, Sixth Edition (2015), Uniform Standards of Professional Appraisal Practice (2020-2021), Intragency Appraisal and Evaluation Guidelines, and Marshall Valuation Service / Marshall & Swift.

**ARMS-LENGTH TRANSACTION:** A transaction between unrelated parties who are each acting in his or her own best interest.

**AS IS MARKET VALUE:** The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal's effective date.

**ASSESSED VALUE:** The value of a property according to the tax rolls in ad valorem taxation; may be higher or lower than market value or based on an assessment ratio that is a percentage of market value.

**BAND OF INVESTMENT:** A technique in which the capitalization rates attributable to components of a capital investment are weighted and combined to derive a weighted-average rate attributable to the total investment.

**CASH EQUIVALENCY:** analytical process in which the sale price of a transaction with non-market-oriented financing or financing with unusual conditions/incentives is converted into a price expressed in terms of cash.

**CONFORMITY:** Conformity is the appraisal principle that holds that real property value is created and sustained when the characteristics of a property conform to the demands of its market.

**CONTRACT RENT:** The actual rental income specified in a lease.

**CURABLE FUNCTIONAL OBSOLESCENCE:** An element of depreciation; a curable defect caused by a flaw in the structure, materials, or design, which can be practically and economically corrected.

**DEBT COVERAGE RATIO (DCR):** The ratio of net operating income to annual debt service, which measures the relative ability of a property to meet its debt service out of net operating income; also called debt service coverage ratio (DSCR).

**DEFERRED MAINTENANCE:** Items of wear and tear on a property that should be fixed now to protect the value or income- producing ability of a property.

**DEPRECIATION:** In appraising, a loss in property value from any cause; the difference between the cost of an improvement on the effective date of the appraisal and the market value of the improvement on the same date.

**DIRECT COST:** Expenditures for the labor and materials used in the construction of improvements; also called hard costs.

**DISCOUNT RATE:** Expenditures for the labor and materials used in the construction of improvements; also called hard costs.

**DISPOSITION VALUE:** The most probable price that a specified interest in real property should bring given the following terms: consummation of sale within a limited future marketing period, current market conditions prevail as of the date of valuation, prudent and knowledgeable buyer and seller, seller is under compulsion to sell and buyer is typically motivated, both parties acting with consideration to best interest, adequate marketing effort made in the limited time allowed to complete the sale, payment made in local currency or other comparable financial arrangements, and the price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions. Definition is different from market value, due to the motivation of the seller to dispose within a limited future marketing period.

**EASEMENT:** The right to use another's land for a stated purpose. Access or right-of-way easements may be acquired by private parties or public utilities. Governments may be the beneficiaries of easements placed on privately owned land that is dedicated to conservation, open space, or preservation.

**EFFECTIVE AGE:** defined as the age indicated by the condition and utility of a structure. Effective age can be greater or less than actual age. Regular repairs, maintenance, and renovating all influence the effective age of a structure.

**EFFECTIVE DATE:** The date on which the appraisal or review opinion applies.

**EFFECTIVE GROSS INCOME (EGI):** The anticipated income from all operations of the real estate after an allowance is made for vacancy and collection losses and an addition is made for any other income.

**EFFECTIVE GROSS INCOME MULTIPLIER (EGIM):** The ratio between the sale price (or value) of a property and its effective gross income.

Case 3:22-cv-02118-X   Document 250   Filed 05/30/23   Page 55 of 344   PageID 8248

**EFFECTIVE RENT:** The rental rate net of financial concessions such as periods of free rent during the lease term and above or below-market tenant improvements (TIs).

**ECONOMIC LIFE:** Defined as the period over which improvements to real property contribute to property value. Economic life and physical life rarely equate, as the economic life of a structure is typically of shorter duration due to the fluctuating market demands external and unrelated to the physical structure itself. Remaining economic life is the remaining duration, from the date of value, over which the improvements are estimated to contribute value.

**ENTREPRENEURIAL INCENTIVE:** The amount an entrepreneur expects to receive for his or her contribution to a project. Entrepreneurial incentive may be distinguished from entrepreneurial profit (often referred to as developer's profit) in that it is the expectation of future profit as opposed to the profit actually earned on a development or improvement.

**ENTREPRENEURIAL PROFIT:** A market-derived figure that represents the amount an entrepreneur receives for his or her contribution to a project and risk; the difference between the total cost of a property (cost of development) and its market value (property value after completion), which represents the entrepreneur's compensation for the risk and expertise associated with development. An entrepreneur is motivated by the prospect of future value enhancement (i.e., the entrepreneurial incentive). An entrepreneur who successfully creates value through new development, expansion, renovation, or an innovative change of use is rewarded by entrepreneurial profit. Entrepreneurs may also fail and suffer losses.

**EXCESS LAND:** Land that is not needed to serve or support the existing improvement. The highest and best use of the excess land may or may not be the same as the highest and best use of the improved parcel. Excess land has the potential to be sold separately and is valued separately.

**EXPOSURE TIME:** The estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.

**EXTERNAL OBSOLESCENCE:** A type of depreciation; a diminution in value caused by negative external influences and generally incurable on the part of the owner, landlord, or tenant. The external influence may be temporary or permanent.

**EXTRAORDINARY ASSUMPTION:** An assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. Comment: Uncertain information might include physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends; or the integrity of data used in an analysis.

**FAIR MARKET VALUE:** As used in condemnation, litigation, income tax, and property tax situations, a term that is similar in concept to market value but may be defined explicitly by the relevant agency.

**FEASIBILITY ANALYSIS:** A study of the cost-benefit relationship of an economic endeavor.

**FEE SIMPLE:** Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.

**FLOOR AREA RATIO:** The relationship between the above-ground floor area of a building, as described by the zoning or building code, and the area of the plot on which it stands; in planning and zoning, often expressed as a decimal.

**FUNCTIONAL OBSOLESCENCE:** The impairment of functional capacity of improvements according to market tastes and standards.

**FURNITURE, FIXTURES, AND EQUIPMENT (FF&E):** Business trade fixtures and personal property, exclusive of inventory.

**GROSS BUILDING AREA:** Total floor area of a building, excluding unenclosed areas, measured from the exterior of the walls of the above-grade area. This includes mezzanines and basements if and when typically included in the market area of the type of property involved.

**HIGHEST AND BEST USE:** The highest and best use of a property is defined as "the reasonably probable and legal use of vacant land or an improved that is physically possible, appropriately supported, finically feasible, and that results in the highest value."

**HYPOTHETICAL CONDITION:** A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results but is used for the purpose of analysis. Comment: Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.

App. 403

**INCURABLE FUNCTIONAL OBSOLESCENCE:** An element of depreciation; a defect caused by a deficiency or super adequacy in the structure, materials, or design that cannot be practically or economically corrected as of the effective date of the appraisal.

**INDIRECT COSTS:** Expenditures or allowances for items other than labor and materials that are necessary for construction but are not typically part of the construction contract. Indirect costs may include administrative costs, professional fees, financing costs and the interest paid on construction loans, taxes and the builder's or developer's all-risk insurance during construction, and marketing, sales, and lease-up costs incurred to achieve occupancy or sale. Also referred to as soft costs.

**INSURABLE REPLACEMENT COST:** The cost estimate, at current prices as of the effective date of valuation, of a substitute for the building being valued, using modern materials and current standards, design and layout for insurance coverage purposes guaranteeing that damaged property is replaced with a new property.

**INTERIM USE:** The temporary use to which a site or improved property is put until a different use becomes maximally productive.

**INVESTMENT VALUE:** The value of a property to a particular investor or class of investors based on the investor's specific requirements. Investment value may be different from market value because it depends on a set of investment criteria that are not necessarily typical of the market.

**LEASED FEE INTEREST:** Freehold (ownership interest) where the possessory interest has been granted to another party by creation of a contractual landlord-tenant relationship (i.e., a lease).

**LEASEHOLD INTEREST:** The right held by the lessee to use and occupy real estate for a stated term and under the conditions specified in the lease.

**LEGALLY NONCONFORMING USE:** A use that was lawfully established and maintained, but no longer conforms to the use regulations of its current zoning.

**LIFE CYCLE:** The three stages of a neighborhood's life cycle are integration (development or growth stage), equilibrium (static or stability stage), and disintegration (decline stage with diminishing demand); in some cases, a neighborhood experiences revitalization (redevelopment stage with increasing demand), and the cycle continues.

**MARKET AREA:** The geographic region from which a majority of demand comes and in which the majority of competition is located. Depending on the market, a market area may be further subdivided into components such as primary, secondary, and tertiary market areas.

**MARKET STUDY:** An analysis of the market conditions of supply, demand, and pricing for a specific property type in a specific area.

**MARKETABILITY ANALYSIS:** The study of how a specific property is expected to perform in a specific market. A marketability analysis expands on a market analysis by addressing a specific property.

**NEIGHBORHOOD:** A neighborhood is a group of complementary land uses, inhabitants, buildings, or business enterprises. The neighborhood analysis entails the objective analyzing of observable or quantifiable data indicating discernable patterns of urban growth, structure, and change that may detract from or enhance property values; the analysis focuses on the four sets of considerations that influence value: social, economic, governmental, and environmental factors.

**NET OPERATING INCOME (NOI):** The actual or anticipated net income that remains after all operating expenses are deducted from effective gross income but before mortgage debt service and book depreciation are deducted.

**OBSOLESCENCE:** One cause of depreciation; an impairment of desirability and usefulness caused by new inventions, changes in design, improved processes for production, or external factors that make a property less desirable and valuable for a continued use; may be either functional or external.

**OVERALL CAPITALIZATION RATE (OAR):** The relationship between a single year's net operating income expectancy and the total property price or value.

**POTENTIAL GROSS INCOME (PGI):** The total income attributable to property at full occupancy before vacancy and operating expenses are deducted.

**POTENTIAL GROSS INCOME MULTIPLIER (PGIM):** The ratio between the sale price (or value) of a property and its annual potential gross income.

**QUALITATIVE ADJUSTMENT:** An indication that one property is superior, inferior, or the same as another property. Note that the common usage of the term is a misnomer in that an adjustment to the sale price of a comparable property is not made. Rather, the indication of a property's superiority or inferiority to another is used in relative comparison analysis, bracketing, and other forms of qualitative analysis.

App. 404

**QUANTITATIVE ADJUSTMENT:** A numerical (dollar or percentage) adjustment to the indicated value of the comparable property to account for the effect of a difference between two properties on value.

**RENTABLE AREA:** The amount of space on which the rent is based; calculated according to local practice.

**REPLACEMENT COST:** The estimated cost to construct, at current prices as of a specific date, a substitute for a building or other improvements, using modern materials and current standards, design, and layout.

**SCOPE OF WORK:** The type and extent of research and analysis in an appraisal or appraisal review assignment.

**SURPLUS LAND:** Land that is not currently needed to support the existing use but cannot be separated from the property and sold off for another use. Surplus land does not have an independent highest and best use and may or may not contribute value to the improved parcel.

**USABLE AREA:** The area that is actually used by the tenants measured from the inside of the exterior walls to the inside of walls separating the space from hallways and common areas.

**USEFUL LIFE:** The period of time over which a structure or a component of a property may reasonably be expected to perform the function for which it was designed.

**VACANCY AND COLLECTION LOSS:** A deduction from potential gross income (PGI) made to reflect income deductions due to vacancies, tenant turnover, and non-payment of rent; also called vacancy and credit loss or vacancy and contingency loss.

App. 405

App. 406

Addendum c

photographs



Leasing Office / Clubhouse



Fitness Center



Clubhouse



Swimming Pool



Swimming Pool



Subject Exterior

App. 407



Subject Exterior



Subject Exterior



Playground



Subject Exterior



Subject Exterior



Subject Exterior

App. 408



Typical Bathroom



Typical Kitchen



Typical Kitchen



Typical Bedroom



Washer/dryer Provided



Typical Living Area

App. 409



Typical Kitchen



Typical Kitchen



Typical Bathroom



Typical Bedroom



Washer/dryer Provided



Typical Living Area

App. 410

Addendum d

site maps

App. 411

# Zoning Map



2/6/2020, 10.35.38 AM

Forney Zoning

- AG
- PD
- Parcels

1:9,028

| 0 | 0.07 | 0.15 | | 0.3 mi |
| 0 | 0.13 | 0.25 | | 0.5 km |

Sources: Esri, HERE, Garmin, Internap, increment P Corp., GEBCO, USGS, FAO, NPS, NRCAN, GeoBase, IGN, Kadaster NL, Ordnance Survey, Esri Japan, METI, (Hong Kong), (c) OpenStreetMap contributors, and the GIS User Community

App. 412

Plat Map



2/5/2020, 11:02:49 AM

1:9,028

| 0 | 0.05 | 0.1 | | 0.2 mi |
| 0 | 0.1 | 0.2 | | 0.4 km |

Abstracts

Parcels

Sources: Esri, HERE, Garmin, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), NGCC, (c) OpenStreetMap contributors, and the GIS User Community

Kaufman County Appraisal District, BIS Consulting - www.bisconsulting.com
Disclaimer: This product is for informational purposes only and has not been prepared for or be suitable for legal, engineering, or surveying purposes. It does not represent an on-the-ground survey

App. 413

# National Flood Hazard Layer FIRMette

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 66 of 344    PageID 8259



**Legend**

SEE FIS REPORT FOR DETAILED LEGEND AND INDEX MAP FOR FIRM PANEL LAYOUT

**SPECIAL FLOOD HAZARD AREAS**
- Without Base Flood Elevation (BFE) *Zone A, V, A99*
- With BFE or Depth *Zone AE, AO, AH, VE, AR*
- Regulatory Floodway

**OTHER AREAS OF FLOOD HAZARD**
- 0.2% Annual Chance Flood Hazard, Areas of 1% annual chance flood with average depth less than one foot or with drainage areas of less than one square mile *Zone X*
- Future Conditions 1% Annual Chance Flood Hazard *Zone X*
- Area with Reduced Flood Risk due to Levee. See Notes. *Zone X*
- Area with Flood Risk due to Levee *Zone D*

**OTHER AREAS**
- NO SCREEN — Area of Minimal Flood Hazard *Zone X*
- Effective LOMRs
- Area of Undetermined Flood Hazard *Zone D*

**GENERAL STRUCTURES**
- Channel, Culvert, or Storm Sewer
- Levee, Dike, or Floodwall

- Cross Sections with 1% Annual Chance Water Surface Elevation
- Coastal Transect
- Base Flood Elevation Line (BFE)
- Limit of Study
- Jurisdiction Boundary

**OTHER FEATURES**
- Coastal Transect Baseline
- Profile Baseline
- Hydrographic Feature

**MAP PANELS**
- Digital Data Available
- No Digital Data Available
- Unmapped

The pin displayed on the map is an approximate point selected by the user and does not represent an authoritative property location.

This map complies with FEMA's standards for the use of digital flood maps if it is not void as described below. The basemap shown complies with FEMA's basemap accuracy standards

The flood hazard information is derived directly from the authoritative NFHL web services provided by FEMA. This map was exported on 5/14/2023 at 10:38 AM and does not reflect changes or amendments subsequent to this date and time. The NFHL and effective information may change or become superseded by new data over time.

This map image is void if the one or more of the following map elements do not appear: basemap imagery, flood zone labels, legend, scale bar, map creation date, community identifiers, FIRM panel number, and FIRM effective date. Map images for unmapped and unmodernized areas cannot be used for regulatory purposes.

Zone A

Kaufman County Unincorporated Areas
480411
AREA OF MINIMAL FLOOD HAZARD
Zone X

48257C0175E
eff. 1/12/2023

City of Forney
480410

96°24'13"W 32°44'43"N

96°23'36"W 32°44'13"N

Feet
0   250   500   1,000   1,500   2,000
1:6,000

Basemap: USGS National Map: Orthoimagery: Data refreshed October, 2020

App. 414

# Flood Zones



| | Zone A | | Zone X-Unshaded | | Zone AE |
|---|---|---|---|---|---|
| | 1% Annual Chance Flood Hazard | | Area Of Minimal Flood Hazard | | 1% Annual Chance Flood Hazard |
| | Zone X-Shaded | | Zone AE | | |
| | 0.2% Annual Chance Flood Hazard | | Regulatory Floodway | | |

App. 415



This is a full-page engineering survey/plat drawing titled "Being a 18.451 acre tract of land situated in the J. Heath Survey, Abstract No. 227, Kaufman County, Texas," prepared by Stantec for client JMJ Development, LLC.

Case 3:22-cv-02118-X   Document 250   Filed 05/30/23   Page 68 of 344   PageID 8261

App. 416



App. 417

Addendum e

sales

# Sales Map

The sales comparison approach relies upon the principle of substitution. In order to derive a value estimate for the subject property based on the comparable sales, adjustments are made to account for differences in the various elements of comparison.



**Capitalization Rate Comps**

| Comp | Close Date | Price | # Units | $/Unit | Avg Unit Size | Occupancy | NOI/Unit | Cap Rate |
|------|-----------|-------|---------|--------|---------------|-----------|----------|----------|
| 1 | Mar-23 | $80,000,000 | 336 | $238,095 | 964 | 91.8% | $12,554 | 5.27% |
| 2 | Jan-23 | $81,788,000 | 322 | $254,000 | 939 | 94.2% | $11,709 | 4.61% |
| 3 | Nov-22 | $32,650,000 | 112 | $291,518 | 960 | 98.0% | $14,111 | 4.84% |
| 4 | Nov-22 | $81,000,000 | 300 | $270,000 | 860 | 97.0% | $10,854 | 4.02% |
| 5 | Oct-22 | $90,720,000 | 336 | $270,000 | 896 | 82.7% | $11,151 | 4.13% |
| 6 | Oct-22 | $66,126,000 | 321 | $206,000 | 952 | 96.0% | $8,737 | 4.13% |
| 7 | Oct-22 | $76,045,000 | 227 | $335,000 | 981 | 95.0% | $15,110 | 4.51% |
| 8 | Oct-22 | $58,000,000 | 285 | $203,509 | 852 | 95.5% | $8,417 | 4.14% |
| 9 | Sep-22 | $41,760,000 | 248 | $168,387 | 844 | 94.0% | $7,969 | 4.73% |
| 10 | Aug-22 | $64,000,000 | 252 | $253,968 | 936 | 96.8% | $10,181 | 4.01% |
| Avg | | $67,208,900 | 274 | $249,048 | 919 | 94.1% | $11,080 | 4.44% |

App. 419

**Sale Comp 1**





Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 72 of 344    PageID 8265

### Prose Magnolia

| Class A Market-Rate Apartment Complex | 336 Units | 14864 Fishtrap Rd Aubrey TX 76227-7634 |
|---|---|---|

**Property**

| | |
|---|---|
| Market | Dallas (A) |
| Submarket | Northwest Denton County (A) |
| Neighborhood Rating | (A-) |
| Location Rating | (A+) |

**Building**

| | |
|---|---|
| Building | 3-Story Garden (B+) |
| Construction | Frame, Brick And Wood Siding, Hip, Composite Shingle |
| GBA | |
| Year Built | 2022 |
| Quality | Good |
| NRA | 323880 |
| Renovated | |
| Condition | Good |
| Amenities | Clubhouse, Controlled Access, Business Center, Fitness Center, Resort-Style Pool, Billiards, BBQ Grill, Cabana/Pergola, Outdoor Lounge, Dog Park, Package Locker, Courtyard, Spas, Pools, Businesscenter, Fitness, Washerdryer, Washerdryer Hookuponly, Balcony/Patio (Partial Units), Microwave (All Units) And Elevators |

**Units**

| | |
|---|---|
| Unit Finishes | Good |
| Appliances | High-End Stainless-Steel |
| Countertops | Granite |
| Cabinets | Good W/Hardware |
| Primary Flooring | Luxury Vinyl Plank |
| Secondary Flooring | Luxury Vinyl Plank |
| Washer/Dryer | Included All Units |
| Features | Dishwasher, Garbage Disposal, Microwave, Ceiling Fan, Walk-In Closet, Patio Balcony, Tile Backsplash, High/Vaulted Ceilings, Recessed Lighting, Breakfast Bar, Window Coverings And Built-In Shelving |

**Transaction**

**Sale**

| | |
|---|---|
| Close Date | 03/01/2023 |
| Contract Price | $80,000,000 |
| Adjustments | $0 |
| Adjusted Sale Price | $80,000,000 |
| Adj. Price/Unit | $238,095 |
| Adj. Price/BR | $158,730 |
| Adj. Price/SF | $247 |
| Buyer | 14864 Fishtrap Rd Owner, LLC |
| Seller | Alliance Residential Company |
| Broker | |
| Broker Company | IPA |
| Broker Phone | |
| Conditions | Arm's Length |
| Recording Info | 2023-19180 |
| Verification | Confidential |
| Originator/Lender | |

**General**

| | |
|---|---|
| Parking Type | Surface |
| Parking/Unit | 1.15 |
| Land Area | 761428 SF; 17.480 Acres |
| Density | 19 |
| Land-to-Building Ratio | - |
| Floor Area | 7.435 |
| School District | |
| County Parcel ID | SD5168A-000000A-0000-0002-0000 |
| Formerly Known As | |
| ID # | 6131959 |

**Unit Mix**

| | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| 1-BR | 168 | 1.0 | 731 - 812 | 766 |
| 2-BR | 168 | 2.0 | 1,105 - 1,185 | 1,162 |
| Average | | 1.5 | | 964 |
| Total | 336 | | 731 - 1,185 | 323,880 |

**Income**

| | | |
|---|---|---|
| Potential Gross Rent | $20.13/SF | $6,520,000 |
| Less Vacancy | 6.47% | $422,018 |
| Potential Net Rent | | $6,097,982 |
| Less: Allowances | | |
| Other Income & Reimbs | 10.28% | $670,000 |
| Effective Gross Income | | $6,767,982 |
| Less Operating Expenses | 37.68% | $2,550,000 |
| Net Operating Income | | $4,217,982 |
| NOI/Unit | | $12,554 |
| Cap Rate | Actual | 5.27% |

### Comments

Prose Magnolia is a 336-unit, market rate apartment complex that was constructed in 2022. The property is a three-story, garden style community with surface parking. The property reflects new construction and reached 91% occupancy when the property sold. The purchase price was verified by a confidential source directly involved with the transaction. For our proforma, income was based upon in-place figures with slight modifications to market assuming stabilized operations. Expenses were based upon in-place figures with adjustments assuming stabilized operations and taxes adjusted to 80% of the purchase price. The property was actively marketed IPA.

App. 420

**Sale Comp 2**





## Axis Grand Crossing

Class A Market-Rate Apartment Complex | 322 Units | 1661 S Forum Dr Grand Prairie TX 75052-1267

### Property

| | |
|---|---|
| Market | Dallas (A) |
| Submarket | Grand Prairie (B+) |
| Neighborhood Rating | (C+) |
| Location Rating | (A+) |

### Building

| | |
|---|---|
| Building | 4-Story Mid-Rise (A) |
| Construction | Wood, Brick, Sloped, Composite Shingle |
| GBA | 322000 |
| Year Built | 2022 |
| Quality | Excellent |
| NRA | 302413 |
| Renovated | |
| Condition | Excellent |
| Amenities | Clubhouse, Leasing Office, Controlled Access, Fitness Center, Business Center, Billiards, Resort-Style Pool, BBQ Grill, Package Locker And Private Garages |

### Units

| | |
|---|---|
| Unit Finishes | Excellent |
| Appliances | Stainless Steel |
| Countertops | Granite |
| Cabinets | Good W/Hardware |
| Primary Flooring | Luxury Vinyl Plank |
| Secondary Flooring | Luxury Carpet |
| Washer/Dryer | Included All Units |
| Features | Dishwasher, Garbage Disposal, Microwave, Ceiling Fan, Walk-In Closet, Patio Balcony, Built-In Shelving, Window Coverings And Breakfast Bar |

### Transaction

#### Sale

| | |
|---|---|
| Close Date | 01/12/2023 |
| Contract Price | $81,788,000 |
| Adjustments | $0 |
| Adjusted Sale Price | $81,788,000 |
| Adj. Price/Unit | $254,000 |
| Adj. Price/BR | $179,360 |
| Adj. Price/SF | $270 |
| Buyer | Sherman Residential |
| Seller | Wood Partners |
| Broker | |
| Broker Company | IPA |
| Broker Phone | |
| Conditions | Arm's Length |
| Recording Info | N/A |
| Verification | WDIS |
| Originator/Lender | |

### General

| | |
|---|---|
| Parking Type | Attached Garage And Surface |
| Parking/Unit | 1.09 |
| Land Area | 629442 SF; 14.450 Acres |
| Density | |
| Land-to-Building Ratio | 1.95:1 |
| Floor Area | 6.942 |
| School District | |
| County Parcel ID | 65-03951-101-002-0000 |
| Formerly Known As | Alta Grand Crossing |
| ID # | 6135778 |

### Unit Mix

| | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| Studio | 20 | 1.0 | 673 - 673 | 673 |
| 1-BR | 183 | 1.0 | 722 - 849 | 789 |
| 2-BR | 104 | 1.8 | 1,127 - 1,223 | 1,181 |
| 3-BR | 15 | 2.8 | 1,450 - 1,450 | 1,450 |
| Average | | 1.3 | | 939 |
| Total | 322 | | 673 - 1,450 | 302,413 |

### Income

| | | |
|---|---|---|
| Potential Gross Rent | $0.00/SF | $0 |
| Less Vacancy | | |
| Potential Net Rent | | |
| Less: Allowances | | |
| Other Income & Reimbs | | |
| Effective Gross Income | | $0 |
| Less Operating Expenses | | |
| Net Operating Income | | $3,770,427 |
| NOI/Unit | | $11,709 |
| Cap Rate | Actual | 4.61% |

## Comments

Axis Grand Crossing, fka Alta Grand Crossing is a 322-unit, market rate apartment complex that was constructed in 2022. The property display excellent finish out and a high level of amenities. The purchase price and in-place cap rate were confirmed by parties privy to the transaction.

App. 421

**Sale Comp 3**





## Horizon at Ridgeview

Class A Market-Rate Apartment Complex  |  112 Units  |  1000 E Harmon Rd, Fort Worth TX 76131-3302

### Property

| | |
|---|---|
| Market | Fort Worth (A-) |
| Submarket | Northwest (A) |
| Neighborhood Rating | (A-) |
| Location Rating | (A) |

### Building

| | |
|---|---|
| Building | 1-Story Garden (B+) |
| Construction | Frame And Brick, Brick, Wood Siding And Tile, Gable, Composite Shingle |
| GBA | 107490 |
| Year Built | 2021 |
| Quality | Good |
| NRA | 107490 |
| Renovated | |
| Condition | Good |
| Amenities | Controlled Access, Gated Parking, Pool, BBQ Grill And Dog Park |

### Units

| | |
|---|---|
| Unit Finishes | Good |
| Appliances | Stainless Steel |
| Countertops | Granite |
| Cabinets | Good W/Hardware |
| Primary Flooring | Luxury Vinyl Plank |
| Secondary Flooring | |
| Washer/Dryer | Included |
| Features | Dishwasher, Garbage Disposal, Microwave, Ceiling Fan, Walk-In Closet, Patio Balcony, Tile Backsplash, High/Vaulted Ceiling And Recessed Lighting |

### Transaction

#### Sale

| | | |
|---|---|---|
| Close Date | 11/10/2022 | |
| Contract Price | $32,650,000 | |
| Adjustments | $0 | |
| Adjusted Sale Price | $32,650,000 | |
| Adj. Price/Unit | $291,518 | |
| Adj. Price/BR | $142,576 | |
| Adj. Price/SF | $304 | |
| Buyer | Starboard Ridgeview DST | |
| Seller | NEXMETRO Fossil Creek LP | |
| Broker | | |
| Broker Company | | |
| Broker Phone | | |
| Conditions | Arm's Length | |
| Recording Info | | |
| Verification | Appraiser | |
| Originator/Lender | | |

### General

| | |
|---|---|
| Parking Type | Attached Garage And Street |
| Parking/Unit | |
| Land Area | 625193 SF; 14.352 Acres |
| Density | 7 |
| Land-to-Building Ratio | 5.82:1 |
| Floor Area | 2.468 |
| School District | |
| County Parcel ID | 42611251 |
| Formerly Known As | |
| ID # | 6137686 |

### Unit Mix

| | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| 1-BR | 30 | 1.0 | 637 - 637 | 637 |
| 2-BR | 47 | 2.0 | 960 - 960 | 960 |
| 3-BR | 35 | 2.0 | 1,236 - 1,236 | 1,236 |
| Average | | 1.7 | | 960 |
| Total | 112 | | 637 - 1,236 | 107,490 |

### Income

| | | |
|---|---|---|
| Potential Gross Rent | $27.20/SF | $2,923,200 |
| Less Vacancy | 7.00% | $204,624 |
| Potential Net Rent | | $2,718,576 |
| Less: Allowances | | |
| Other Income & Reimbs | 11.70% | $342,000 |
| Effective Gross Income | | $3,060,576 |
| Less Operating Expenses | 48.36% | $1,480,200 |
| Net Operating Income | | $1,580,376 |
| NOI/Unit | | $14,111 |
| Cap Rate | | 4.84% |

## Comments

The property was in good condition and 92% occupied at the time of sale. The purchase price was verified by the purchase and sales agreement. The purchase price reflects a 4.05% capitalization rate based upon the T-11 annualized income and expenses with $200 per unit in reserves. For our proforma, income was based upon in-place figures with slight modifications to market. Expenses were based upon in-place figures with several categories decreased to market terms and a projected increase in taxes. The property was actively marketed by Berkadia.

App. 422

**Sale Comp 4**





### Gray Branch Luxury Apartments

| Class A Market-Rate Apartment Complex | 300 Units | 1760 N Ridge Rd, McKinney TX 75071 |

**Property**

| | |
|---|---|
| Market | Dallas (A) |
| Submarket | Plano/Allen/McKinney (A) |
| Neighborhood Rating | (A-) |
| Location Rating | (A+) |

**Building**

| | |
|---|---|
| Building | 2-Story Garden (A-) |
| Construction | Frame And Wood, Combination, Wood Siding And Brick Veneer, Gable, Composite Shingle |
| GBA | 366759 |
| Year Built | 2020 |
| Quality | Good |
| NRA | 258136 |
| Renovated | |
| Condition | Excellent |
| Amenities | BBQ Grill, Clubhouse, Fitness Center, Pool, Sport Court, Dog Park, Picnic Area, Controlled Access, Gated Parking, Leasing Office, Business Center, On-Site Manager, Spa, Volleyball Court And Yard Games |

**Units**

| | |
|---|---|
| Unit Finishes | Very-Good |
| Appliances | Black |
| Countertops | Granite |
| Cabinets | Good W/Hardware |
| Primary Flooring | Real Hardwood |
| Secondary Flooring | Luxury Carpet |
| Washer/Dryer | Included All Units |
| Features | Patio Balcony, Dishwasher, Garbage Disposal, Walk-In Closet, Microwave, Ceiling Fan, Tile Backsplash, High/Vaulted Ceilings, Pendant Lighting, Recessed Lighting, Window Coverings, Breakfast Bar And Built-In Shelving |

**Transaction**

**Sale**

| | |
|---|---|
| Close Date | 11/01/2022 |
| Contract Price | $81,000,000 |
| Adjustments | $0 |
| Adjusted Sale Price | $81,000,000 |
| Adj. Price/Unit | $270,000 |
| Adj. Price/BR | $197,561 |
| Adj. Price/SF | $314 |
| Buyer | Magellan Development |
| Seller | Cross Development |
| Broker | Roberto Casas |
| Broker Company | JLL |
| Broker Phone | (469) 232-1939 |
| Conditions | Arm's Length |
| Recording Info | 0160450 |
| Verification | WDIS |
| Originator/Lender | |

**General**

| | |
|---|---|
| Parking Type | Surface, Attached Garage And Detached Garage |
| Parking/Unit | 1.82 |
| Land Area | 803856 SF; 18.454 Acres |
| Density | 16 |
| Land-to-Building Ratio | 2.19:1 |
| Floor Area | 5.926 |
| School District | McKinney ISD |
| County Parcel ID | R2762742 |
| Formerly Known As | |
| ID # | 6114967 |

**Unit Mix**

| | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| 1-BR | 198 | 1.0 | 597 - 946 | 743 |
| 2-BR | 94 | 1.8 | 993 - 1,234 | 1,073 |
| 3-BR | 8 | 1.8 | 1,260 - 1,260 | 1,260 |
| Average | | 1.3 | | 860 |
| Total | 300 | | 597 - 1,260 | 258,136 |

**Income**

| | | |
|---|---|---|
| Potential Gross Rent | $0.00/SF | $0 |
| Less Vacancy | | |
| Potential Net Rent | | |
| Less: Allowances | | |
| Other Income & Reimbs | | |
| Effective Gross Income | | $0 |
| Less Operating Expenses | | |
| Net Operating Income | | $3,256,200 |
| NOI/Unit | | $10,854 |
| Cap Rate | Actual | 4.02% |

### Comments

Gray Branch Luxury Apartments is a 300-unit class A, garden style apartment complex in McKinney, TX. The eight building two-story property was built in 2020 and displays a high end finish of its units and offers a number of typical amenities for its classification such as a pool, volleyball court, pet park, fitness center, clubhouse and controlled access/gated parking. The property was sold November 1st by Cross Development to Magellan Development in an arms length transaction. The seller was represented by JLL. The sale price and cap rate information were provided by parties privy to the transaction.

App. 423

**Sale Comp 5**

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 76 of 344    PageID 8269





## Copeland

Class A Market-Rate Apartment Complex | 336 Units | 2045 S Forum Dr Grand Prairie TX 75052-1190

### Property

| | |
|---|---|
| Market | Dallas (A) |
| Submarket | Grand Prairie (B+) |
| Neighborhood Rating | (B) |
| Location Rating | (A+) |

### Building

| | |
|---|---|
| Building | 3-Story Garden (A) |
| Construction | Wood, Combination, Flat, |
| GBA | 340000 |
| Year Built | 2022 |
| Quality | Excellent |
| NRA | 301121 |
| Renovated | |
| Condition | Excellent |
| Amenities | Clubhouse, Controlled Access, Fitness Center, Pool, Business Center, Resort-Style Pool, BBQ Grill, Outdoor Lounge, Dog Park, Package Locker And Electric Vehicle (EV) Charging Stations Available On Site. |

### Units

| | |
|---|---|
| Unit Finishes | Excellent |
| Appliances | High-End Stainless-Steel |
| Countertops | Quartz |
| Cabinets | Good W/Hardware |
| Primary Flooring | Basic Vinyl Plank |
| Secondary Flooring | Basic Carpet |
| Washer/Dryer | Included All Units |
| Features | Dishwasher, Garbage Disposal, Microwave, Ceiling Fan, Walk-In Closet, Patio Balcony, Tile Backsplash, Pendant Lighting And Window Coverings |

### Transaction

#### Sale

| | |
|---|---|
| Close Date | 10/20/2022 |
| Contract Price | $90,720,000 |
| Adjustments | $0 |
| Adjusted Sale Price | $90,720,000 |
| Adj. Price/Unit | $270,000 |
| Adj. Price/BR | $183,273 |
| Adj. Price/SF | $301 |
| Buyer | Copeland Grand Prairie LLC |
| Seller | KIW Grand Prairie Venture LLC |
| Broker | |
| Broker Company | CBRE |
| Broker Phone | |
| Conditions | Arm's Length |
| Recording Info | 20220276195 |
| Verification | Confidential |
| Originator/Lender | |

### General

| | |
|---|---|
| Parking Type | Carport, Attached Garage And Surface |
| Parking/Unit | 1.82 |
| Land Area | SF; Acres |
| Density | |
| Land-to-Building Ratio | - |
| Floor Area | 6.913 |
| School District | Grand Pairie ISD |
| County Parcel ID | 280665800A0010000, 280665800A0020000 |
| Formerly Known As | Forum At Sara Jane, Wolff Multifamily |
| ID # | 6133189 |

### Unit Mix

| | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| 1-BR | 198 | 1.0 | 624 - 936 | 724 |
| 2-BR | 117 | 2.0 | 993 - 1,307 | 1,114 |
| 3-BR | 21 | 2.0 | 1,309 - 1,309 | 1,309 |
| Average | | 1.4 | | 896 |
| Total | 336 | | 624 - 1,309 | 301,121 |

### Income

| | | |
|---|---|---|
| Potential Gross Rent | $0.00/SF | $0 |
| Less Vacancy | | |
| Potential Net Rent | | |
| Less: Allowances | | |
| Other Income & Reimbs | | |
| Effective Gross Income | | $0 |
| Less Operating Expenses | | |
| Net Operating Income | | $3,746,736 |
| NOI/Unit | | $11,151 |
| Cap Rate | Actual | 4.13% |

## Comments

Copeland is a 336 unit, market-rate apartment complex that was constructed in 2022. The property is a three-story, garden style community with surface and garage parking. The purchase price was confirmed by confidential parties privy to the transaction. No cap rate information or unusual sale conditions were reported. The property recently completed construction and is almost stabilized as of the sale date.

App. 424

**Sale Comp 6**

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 77 of 344    PageID 8270





## Station 3700

Class B Market-Rate Apartment Complex | 321 Units | 3700 Post Oak Blvd, Euless TX 76040-7577

| Property | | Units | | Transaction | | |
|---|---|---|---|---|---|---|
| Market | Fort Worth (A-) | Unit Finishes | Average-Good | **Sale** | | |
| Submarket | North Arlington (B+) | Appliances | Black And White | Close Date | 10/12/2022 | |
| Neighborhood Rating | (A+) | Countertops | Epoxy-Surfaced | Contract Price | $66,126,000 | |
| Location Rating | (B) | Cabinets | Good, No Hardware | Adjustments | $0 | |
| **Building** | | Primary Flooring | Basic Vinyl Plank | Adjusted Sale Price | $66,126,000 | |
| Building | 3-Story Low-Rise (B) | Secondary Flooring | Basic Carpet | Adj. Price/Unit | $206,000 | |
| Construction | Wood, Masonry, Sloped, Composite Shingle | Washer/Dryer | Connections | Adj. Price/BR | $111,511 | |
| GBA | 305751 | Features | Breakfast Bar, Ceiling Fan, Dishwasher, Garbage Disposal, High/Vaulted Ceilings, Microwave, Patio Balcony, Recessed Lighting, Walk-In Closet And Window Coverings | Adj. Price/SF | $216 | |
| Year Built | 2001 | | | Buyer | Station 3700 MF, LP | |
| Quality | Average-Good | | | Seller | Noel Management | |
| NRA | 305751 | | | Broker | | |
| Renovated | | | | Broker Company | NGKF | |
| Condition | Average-Good | | | Broker Phone | | |
| Amenities | Business Center, Clubhouse, Controlled Access, Fitness Center, Gated Parking, BBQ Grill, Leasing Office, Package Locker And Pool | | | Conditions | Arm's Length | |
| | | | | Recording Info | D222246811 | |
| | | | | Verification | Confidential | |
| | | | | Originator/Lender | | |

| General | | Unit Mix | | | | | Income | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | **#** | **Avg Baths** | **SF Range** | **Avg SF** | | | |
| Parking Type | Carport And Surface | 1-BR | 96 | 1.0 | 745 - 782 | 764 | Potential Gross Rent | $19.31/SF | $5,904,037 |
| Parking/Unit | 1.87 | 2-BR | 178 | 1.8 | 913 - 1,020 | 985 | Less Vacancy | 5.00% | $295,202 |
| Land Area | 561440 SF; 12.889 Acres | 3-BR | 47 | 2.0 | 1,217 - 1,217 | 1,217 | Potential Net Rent | | $5,608,835 |
| Density | 24.9 | Average | | 1.6 | | 952 | Less: Allowances | | |
| Land-to-Building Ratio | 1.84:1 | Total | 321 | | 745 - 1,217 | 305,751 | Other Income & Reimbs | | |
| Floor Area | 7.019 | | | | | | Effective Gross Income | | $5,608,835 |
| School District | | | | | | | Less Operating Expenses | 50.00% | $2,804,418 |
| County Parcel ID | 07064136; 07064144 | | | | | | Net Operating Income | | $2,804,417 |
| Formerly Known As | Bluffs At Paradise Creek, The, Paradise Hills | | | | | | NOI/Unit | | $8,737 |
| ID # | 6107002 | | | | | | Cap Rate | Pro Forma | 4.13% |

## Comments

Station 3700 is a 321-unit, market rate apartment complex that was constructed in 2001. It was reported that the property was renovated in 2015; however, no details on the number of units or depth of the renovation. This was an arms-length sale of a Class B, unrestricted garden style apartment complex. The transaction was brokered by NGKF. The sale information was provided by confidential parties privy to the transaction. The pro forma cap rate is based on the rents at the time of sale, a 95% occupancy rate, and a 50% operating expense ratio.

App. 425

**Sale Comp 7**





## Avilla Reserve

| Class A Independent Living Facility | 227 Units | 11049 State Hwy 114 |
|---|---|---|

| Property | |
|---|---|
| Market | Dallas (B) |
| Submarket | Northwest Denton County (B) |
| Neighborhood Rating | (B) |
| Location Rating | (B) |

| Building | |
|---|---|
| Building | 1-Story Garden (B+) |
| Construction | Wood And Frame, Masonry, Rock Stone, Wood Siding And Siding Not (Aluminum, Vinyl, Etc.), Hip And Gable, Metal |
| GBA | 222640 |
| Year Built | 2020 |
| Quality | Good |
| NRA | 222640 |
| Renovated | |
| Condition | Good |
| Amenities | Clubhouse, Leasing Office, Pool, BBQ Grill And Dog Park |

| Units | |
|---|---|
| Unit Finishes | Good |
| Appliances | Stainless Steel |
| Countertops | Granite |
| Cabinets | Good W/Hardware |
| Primary Flooring | Basic Vinyl Plank |
| Secondary Flooring | Basic Carpet |
| Washer/Dryer | Included All Units |
| Features | Ceiling Fan, Dishwasher, Garbage Disposal, High/Vaulted Ceilings, Microwave, Tile Backsplash, Walk-In Closet And Window Coverings |

| Transaction | |
|---|---|
| **Sale** | |
| Close Date | 10/12/2022 |
| Contract Price | $76,045,000 |
| Adjustments | $0 |
| Adjusted Sale Price | $76,045,000 |
| Adj. Price/Unit | $335,000 |
| Adj. Price/BR | $157,770 |
| Adj. Price/SF | $342 |
| Buyer | Confidential |
| Seller | NEXMETRO RESERVE LP |
| Broker | |
| Broker Company | Berkadia |
| Broker Phone | |
| Conditions | Arm's Length |
| Recording Info | No Recording # |
| Verification | Confidential |
| Originator/Lender | Not Disclosed |

| General | |
|---|---|
| Parking Type | Detached Garage And Surface |
| Parking/Unit | 2.05 |
| Land Area | 871244 SF; 20.001 Acres |
| Density | 11 |
| Land-to-Building Ratio | 3.91:1 |
| Floor Area | 5.111 |
| School District | Northwest ISD |
| County Parcel ID | R766701 |
| Formerly Known As | |
| ID # | 3892 |

### Unit Mix

| | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| 1-BR | 64 | 1.0 | 637 - 637 | 637 |
| 2-BR | 71 | 2.0 | 960 - 960 | 960 |
| 3-BR | 92 | 2.0 | 1,236 - 1,236 | 1,236 |
| Average | | 1.7 | | 981 |
| Total | 227 | | 637 - 1,236 | 222,640 |

| Income | | |
|---|---|---|
| Potential Gross Rent | $25.60/SF | $5,700,000 |
| Less Vacancy | 6.00% | $342,000 |
| Potential Net Rent | | $5,358,000 |
| Less: Allowances | | |
| Other Income & Reimbs | 12.32% | $702,000 |
| Effective Gross Income | | $6,060,000 |
| Less Operating Expenses | 43.40% | $2,630,000 |
| Net Operating Income | | $3,430,000 |
| NOI/Unit | | $15,110 |
| Cap Rate | Pro Forma | 4.51% |

## Comments

Avilla Reserve is a 227-unit market rate BFR apartment complex located at 11049 State Hwy 114 in Justin, Tx. The property was in good/new condition at the time of sale and 95% occupied. The purchase price was verified by a confidential source directly involved in the transaction. The purchase price reflects a 4.13% capitalization rate based upon the T-3 annualized income and T-12 expenses with $200 per unit in reserves. For our proforma, income was based upon in-place figures with slight modifications to market. Expenses were based upon in-place figures with R&M decreased to market terms and taxes adjusted and based on an assessment at 80% of the purchase price. Each unit has a fenced backyard area and patio. The property was actively marketed for sale by Berkadia.

App. 426

**Sale Comp 8**





### Bardin Greene Apartments

| Class B Market-Rate Apartment Complex | 285 Units | 300 Bardin Greene Dr, Arlington, TX 76018 |
|---|---|---|

**Property**

| | |
|---|---|
| Market | Fort Worth (A-) |
| Submarket | Southeast (A) |
| Neighborhood Rating | (A+) |
| Location Rating | (A) |

**Building**

| | |
|---|---|
| Building | 2-Story Garden (B) |
| Construction | Frame, Brick And Wood Siding, Gable And Hip, Composite Shingle |
| GBA | 252416 |
| Year Built | 2001 |
| Quality | Average-Good |
| NRA | 242896 |
| Renovated | |
| Condition | Average-Good |
| Amenities | Leasing Office, Controlled Access, Clubhouse, Business Center, Fitness Center, Pool, Sport Court, Laundry Facilities, Courtyard, Picnic Area And Private Garages |

**Units**

| | |
|---|---|
| Unit Finishes | Average-Good |
| Appliances | Stainless Steel And White |
| Countertops | Laminate |
| Cabinets | Good, No Hardware |
| Primary Flooring | Basic Vinyl Plank |
| Secondary Flooring | Basic Carpet |
| Washer/Dryer | Connections |
| Features | Dishwasher, Garbage Disposal, Ceiling Fan, Microwave, Walk-In Closet, Built-In Shelving And Window Coverings |

**Transaction**

**Sale**

| | |
|---|---|
| Close Date | 10/01/2022 |
| Contract Price | $58,000,000 |
| Adjustments | $0 |
| Adjusted Sale Price | $58,000,000 |
| Adj. Price/Unit | $203,509 |
| Adj. Price/BR | $132,723 |
| Adj. Price/SF | $239 |
| Buyer | Magma Equities Holdings LLC |
| Seller | Bardin Greene DST |
| Broker | |
| Broker Company | Marcus & Millichap |
| Broker Phone | |
| Conditions | Arm's Length |
| Recording Info | D223054263 |
| Verification | Confidential |
| Originator/Lender | |

**General**

| | |
|---|---|
| Parking Type | Surface |
| Parking/Unit | 2.28 |
| Land Area | 690804 SF; 15.859 Acres |
| Density | 17.96 |
| Land-to-Building Ratio | 2.74:1 |
| Floor Area | 5.576 |
| School District | Arlington ISD |
| County Parcel ID | 07697201 |
| Formerly Known As | |
| ID # | 6132614 |

**Unit Mix**

| | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| 1-BR | 152 | 1.0 | 605 - 750 | 669 |
| 2-BR | 114 | 2.0 | 900 - 1,167 | 1,022 |
| 3-BR | 19 | 2.0 | 1,295 - 1,295 | 1,295 |
| Average | | 1.5 | | 852 |
| Total | 285 | | 605 - 1,295 | 242,896 |

**Income**

| | | |
|---|---|---|
| Potential Gross Rent | $19.43/SF | $4,719,600 |
| Less Vacancy | 6.50% | $306,774 |
| Potential Net Rent | | $4,412,826 |
| Less: Allowances | | |
| Other Income & Reimbs | 11.23% | $530,123 |
| Effective Gross Income | | $4,942,949 |
| Less Operating Expenses | 51.47% | $2,544,186 |
| Net Operating Income | | $2,398,763 |
| NOI/Unit | | $8,417 |
| Cap Rate | Pro Forma | 4.14% |

### Comments

This property is located in Arlington, Texas and currently under contract as part of a three-property portfolio to Magma Equities Holdings LLC (Buyer) for an allocated purchase price of $58,000,000. The portfolio as a whole is being purchased for $230,000,000. The property was in average condition at the time of contract and 97% occupied. The property has received minor renovations with vinyl-plank flooring and stainless-steel appliances in a small number of units. The buyer plans to renovate and reposition the asset. However, we have analyzed the sale in its As- Is condition. For our proforma, income was based upon in-place figures with slight modifications to market. Expenses were based upon in-place figures with slight modifications to market. the estimated amount of taxes was based on the assessment being adjusted to 75% of the contract purchase price.

App. 427

Case 3:22-cv-02118-X   Document 250   Filed 05/30/23   Page 80 of 344   PageID 8273





### Falcon Lakes

| Class B Market-Rate Apartment Complex | 248 Units | 6504 Falcon River Way Arlington TX 76001-2831 |
| --- | --- | --- |

| Property | | Units | | Transaction | | |
| --- | --- | --- | --- | --- | --- | --- |
| Market | Fort Worth (A-) | Unit Finishes | Average | **Sale** | | |
| Submarket | Southeast (A) | Appliances | White | Close Date | 09/16/2022 | |
| Neighborhood Rating | (A+) | Countertops | Formica | Contract Price | $41,760,000 | |
| Location Rating | (B) | Cabinets | Refinished Original W/Hardware | Adjustments | $0 | |
| **Building** | | Primary Flooring | Basic Vinyl Plank | Adjusted Sale Price | $41,760,000 | |
| Building | 3-Story Garden (B-) | Secondary Flooring | Basic Carpet | Adj. Price/Unit | $168,387 | |
| Construction | Wood And Frame, Brick Veneer And Stucco, Hip, Composite Shingle | Washer/Dryer | Connections | Adj. Price/BR | $108,750 | |
| GBA | 209280 | Features | Dishwasher, Garbage Disposal, Ceiling Fan, Walk-In Closet, Patio Balcony, Recessed Lighting And Window Coverings | Adj. Price/SF | $200 | |
| Year Built | 2002 | | | Buyer | MACK (ARLINGTON) LLC | |
| Quality | Average | | | Seller | FALCON LAKES LTD | |
| NRA | 209280 | | | Broker | | |
| Renovated | | | | Broker Company | Eastdil Secured | |
| Condition | Average | | | Broker Phone | | |
| Amenities | Leasing Office, Gated Parking, Clubhouse, Laundry Facilities, Pool, Fitness Center, Business Center And BBQ Grill | | | Conditions | Portfolio Sale | |
| | | | | Recording Info | D222229292 | |
| | | | | Verification | Confidential 3rd Party | |
| | | | | Originator/Lender | | |

| General | | Unit Mix | | | | | Income | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | # | Avg Baths | SF Range | Avg SF | | | |
| Parking Type | Other | 1-BR | 120 | 1.0 | 689 - 689 | 689 | Potential Gross Rent | $19.88/SF | $4,160,448 |
| Parking/Unit | 1.98 | 2-BR | 120 | 2.0 | 976 - 976 | 976 | Less Vacancy | 5.00% | $208,022 |
| Land Area | 760122 SF; 17.450 Acres | 3-BR | 8 | 2.0 | 1,185 - 1,185 | 1,185 | Potential Net Rent | | $3,952,426 |
| Density | 14 | Average | | 1.5 | | 844 | Less: Allowances | | |
| Land-to-Building Ratio | 3.63:1 | Total | 248 | | 689 - 1,185 | 209,280 | Other Income & Reimbs | | |
| Floor Area | 4.804 | | | | | | Effective Gross Income | | $3,952,426 |
| School District | Kennedale ISD | | | | | | Less Operating Expenses | 50.00% | $1,976,213 |
| County Parcel ID | 40012964 | | | | | | Net Operating Income | | $1,976,213 |
| Formerly Known As | | | | | | | NOI/Unit | | $7,969 |
| ID # | 6133728 | | | | | | Cap Rate | Pro Forma | 4.73% |

### Comments

This was an arms-length sale of a Class B, unrestricted apartment complex. This transaction was representative of "market" to the best of the appraiser's knowledge. The pro forma cap rate information is based on rents at the time of transaction, and the expenses are market proforma. Reportedly, this property was part of a 34-property portfolio transaction.

App. 428

**Sale Comp 10**

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 81 of 344    PageID 8274





## Creekside South

Class A Market-Rate Apartment Complex | 252 Units | 3400 McMillen Rd, Wylie, TX 75098

### Property

| | |
|---|---|
| Market | Dallas (A) |
| Submarket | Plano/Allen/McKinney (A) |
| Neighborhood Rating | (B+) |
| Location Rating | (A+) |

### Building

| | |
|---|---|
| Building | 3-Story Garden (B+) |
| Construction | Masonry, Brick And Rock Stone, Gable And Hip, Composite Shingle |
| GBA | 332047 |
| Year Built | 2015 |
| Quality | Good |
| NRA | 235992 |
| Renovated | |
| Condition | Good |
| Amenities | Leasing Office, Controlled Access, Clubhouse, Fitness Center, Business Center, Resort-Style Pool, BBQ Grill, Outdoor Lounge, Firepit, Cabana/Pergola, Dog Park, Courtyard And Picnic Area |

### Units

| | |
|---|---|
| Unit Finishes | Good |
| Appliances | Stainless Steel |
| Countertops | Granite |
| Cabinets | Good W/Hardware |
| Primary Flooring | Basic Vinyl Plank |
| Secondary Flooring | Basic Carpet |
| Washer/Dryer | Included All Units |
| Features | Dishwasher, Garbage Disposal, Microwave, Ceiling Fan, Walk-In Closet, Patio Balcony, High/Vaulted Ceilings, Pendant Lighting, Recessed Lighting, Built-In Shelving, Window Coverings And Breakfast Bar |

### Transaction

**Sale**

| | |
|---|---|
| Close Date | 08/18/2022 |
| Contract Price | $64,000,000 |
| Adjustments | $0 |
| Adjusted Sale Price | $64,000,000 |
| Adj. Price/Unit | $253,968 |
| Adj. Price/BR | $152,381 |
| Adj. Price/SF | $271 |
| Buyer | 3400 McMillen Borrower LLC |
| Seller | Creekside South Gardens, LP |
| Broker | |
| Broker Company | |
| Broker Phone | |
| Conditions | Arms-Length |
| Recording Info | 0112371 |
| Verification | Confidential |
| Originator/Lender | |

### General

| | |
|---|---|
| Parking Type | Surface |
| Parking/Unit | 1.79 |
| Land Area | 804771 SF; 18.475 Acres |
| Density | 13 |
| Land-to-Building Ratio | 2.42:1 |
| Floor Area | 5.418 |
| School District | |
| County Parcel ID | R-6589-000-0010-1 |
| Formerly Known As | |
| ID # | 225 |

### Unit Mix

| | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| 1-BR | 96 | 1.0 | 780 - 780 | 780 |
| 2-BR | 144 | 1.8 | 903 - 1,037 | 1,015 |
| 3-BR | 12 | 2.0 | 1,250 - 1,250 | 1,250 |
| Average | | 1.5 | | 936 |
| Total | 252 | | 780 - 1,250 | 235,992 |

### Income

| | | |
|---|---|---|
| Potential Gross Rent | $19.85/SF | $4,683,600 |
| Less Vacancy | 5.70% | $266,965 |
| Potential Net Rent | | $4,416,635 |
| Less: Allowances | | |
| Other Income & Reimbs | 13.02% | $610,000 |
| Effective Gross Income | | $5,026,635 |
| Less Operating Expenses | 48.91% | $2,458,557 |
| Net Operating Income | | $2,568,078 |
| NOI/Unit | | $10,191 |
| Cap Rate | Pro Forma | 4.01% |

## Comments

The property was 96% occupied at the time of sale and in good condition. The purchase price was verified by the purchase and sales agreement. The purchase price reflects a 3.89% capitalization rate based upon the T-12 NOI annualized income, inclusive of $200 per unit in reserves. For our proforma, income was based upon in-place figures with slight modifications to market. Expenses were based upon in-place figures with several categories decreased to market terms and taxes increased to approximately 75% of the purchase price.

App. 429

Addendum f

rents



**Rent Comps Summary**

| Comp | Name | Address | YOC | Units | Occ | Avg SF | Rent SF | Avg Rent | Dist. (mi) |
|------|------|---------|-----|-------|-----|--------|---------|----------|------------|
| Rent 1 | Gateway Pines | 1200 N Gateway Blvd Forney TX 75126-0918 | 2018 | 337 | 92% | 810 | $1.73 | $1,404 | 2.10 |
| Rent 2 | Gateway Oaks | 1105 N. Gateway Blvd. | 2016 | 313 | 94% | 860 | $1.67 | $1,436 | 2.17 |
| Rent 3 | Gateway Cedars | 1100 N Gateway Blvd Forney TX 75126-5190 | 2014 | 334 | 97% | 786 | $1.65 | $1,296 | 2.22 |
| Rent 4 | The Emerson At Forney Marketplace | 300 Trailhouse Ln Forney TX 75126-2646 | 2019 | 320 | 94% | 894 | $1.85 | $1,654 | 3.20 |
| Subject | Parc At Windmill Farms | 1003 Windmill Farms Blvd Forney TX 75126-6326 | 2019 | 272 | 89% | 1,028 | $1.67 | $1,719 | |

App. 431

**Rent Comp 1**

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 84 of 344    PageID 8277





### Gateway Pines

Class A Market-Rate Apartment Complex | 337 Units | 1200 N Gateway Blvd Forney TX 75126-0918

**Property**

| | |
|---|---|
| Market | Dallas (A) |
| Submarket | Mesquite/Seagoville (C+) |
| Neighborhood Rating | (B-) |
| Location Rating | (A+) |

**Building**

| | |
|---|---|
| Building | 3-Story Garden (B+) |
| Construction | Wood, Brick, , |
| GBA | 272856 |
| Year Built | 2018 |
| Quality | Good |
| NRA | 272970 |
| Renovated | |
| Condition | Good |
| Amenities | Controlled Access, Clubhouse, Fitness Center, Business Center, Pool, BBQ Grill And Dog Park |

**General**

| | |
|---|---|
| Electric | Sub-Meter; Tenant-Pay |
| Gas | |
| Water/Sewer | Sub-Meter; Tenant-Reimbursed |
| Trash | Sub-Meter; Tenant-Reimbursed |
| Parking Type & Ratio | Detached Garage, Carport And Surface, |
| Land Area | 566193 SF; 12.998 Acres |
| County Parcel ID | 190873 |
| PM Company | |
| Formerly Known As | |
| ID # | 6138683 |

**Unit Mix**

| | |
|---|---|
| Occupancy | 92% |
| Concessions | None |
| As Of | 05/11/2023 |

**Summary**

| | # Units | Avg Baths | SF Range | Avg SF | Contract Rent | Quoted Rent | Contract PSF | Quoted PSF |
|---|---|---|---|---|---|---|---|---|
| 1-BR | 337 | 1.0 | 810 - 810 | 810 | $0 | $1,404 | $0.00 | $1.73 |
| Avg | | 1.0 | | 810 | $0 | $1,404 | $0.00 | $1.73 |
| Total | 337 | | | 272,970 | $0 | $473,148 | | |

**Breakdown**

| layout | # | Beds | Baths | SF | Current Rent | Quoted Rent | Current PSF | Quoted PSF |
|---|---|---|---|---|---|---|---|---|
| All Unit Types | 337 | 1 | 1.0 | 810 | $0 | $1,404 | $0.00 | $1.73 |

---

**Comments**

The market rents and occupancy reflect rates and occupancy as of February 2023.

App. 432

**Rent Comp 2**

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 85 of 344    PageID 8278





## Gateway Oaks

Class A Market-Rate Apartment Complex | 313 Units | 1105 N. Gateway Blvd.

### Property

| | |
|---|---|
| Market | Dallas (A) |
| Submarket | - (C+) |
| Neighborhood Rating | (B) |
| Location Rating | (A+) |

### Building

| | |
|---|---|
| Building | 3-Story Garden (B+) |
| Construction | , Brick, , |
| GBA | 269086 |
| Year Built | 2016 |
| Quality | Good |
| NRA | 269180 |
| Renovated | |
| Condition | Good |
| Amenities | Controlled Access, Clubhouse, Fitness Center, Business Center, Pool, BBQ Grill, Dog Park And Storage Units |

### General

| | |
|---|---|
| Electric | Sub-Meter; Tenant-Pay |
| Gas | |
| Water/Sewer | Sub-Meter; Tenant-Reimbursed |
| Trash | Sub-Meter; Tenant-Reimbursed |
| Parking Type & Ratio | Detached Garage, Carport And Surface, |
| Land Area | 0 SF; 0.000 Acres |
| County Parcel ID | 190829 |
| PM Company | |
| Formerly Known As | |
| ID # | 2722 |

### Unit Mix

| | |
|---|---|
| Occupancy | 94% |
| Concessions | None |
| As Of | 05/12/2023 |

### Summary

| | # Units | Avg Baths | SF Range | Avg SF | Contract Rent | Quoted Rent | Contract PSF | Quoted PSF |
|---|---|---|---|---|---|---|---|---|
| 1-BR | 313 | 1.0 | 860 - 860 | 860 | $0 | $1,436 | $0.00 | $1.67 |
| Avg | | 1.0 | | 860 | $0 | $1,436 | $0.00 | $1.67 |
| Total | 313 | | | 269,180 | $0 | $449,468 | | |

### Breakdown

| layout | # | Beds | Baths | SF | Current Rent | Quoted Rent | Current PSF | Quoted PSF |
|---|---|---|---|---|---|---|---|---|
| All Unit Types | 313 | 1 | 1.0 | 860 | $0 | $1,436 | $0.00 | $1.67 |

### Comments

The market rents and occupancy reflect rates and occupancy as of February 2023. This property offers covered parking for $35/month and detached garages for $100/month. Select units feature granite countertops.

App. 433

## Rent Comp 3

Case 3:22-cv-02118-X     Document 250     Filed 05/30/23     Page 86 of 344     PageID 8279



### Gateway Cedars

Class A Market-Rate Apartment Complex                          334 Units                                    1100 N Gateway Blvd Forney TX 75126-5190

| Property | |
| --- | --- |
| Market | Dallas (A) |
| Submarket | Mesquite/Seagoville (C+) |
| Neighborhood Rating | (B) |
| Location Rating | (A+) |

| Building | |
| --- | --- |
| Building | 3-Story Garden (B+) |
| Construction | Frame, Brick Veneer, , Composite Shingle |
| GBA | |
| Year Built | 2014 |
| Quality | Good |
| NRA | 262524 |
| Renovated | |
| Condition | Good |
| Amenities | Clubhouse, Controlled Access, Fitness Center, Business Center, Pool, BBQ Grill, Dog Park And Storage Units |

| General | |
| --- | --- |
| Electric | Sub-Meter; Tenant-Pay |
| Gas | |
| Water/Sewer | Sub-Meter; Tenant-Reimbursed |
| Trash | Sub-Meter; Tenant-Reimbursed |
| Parking Type & Ratio | Carport, Detached Garage And Surface, 1.6 |
| Land Area | 0 SF; 0.000 Acres |
| County Parcel ID | 189098 |
| PM Company | Amalgamated Management |
| Formerly Known As | |
| ID # | 6138719 |

| Unit Mix | |
| --- | --- |
| Occupancy | 97% |
| Concessions | None |
| As Of | 05/12/2023 |

#### Summary

| | # Units | Avg Baths | SF Range | Avg SF | Contract Rent | Quoted Rent | Contract PSF | Quoted PSF |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-BR | 334 | 1.0 | 786 - 786 | 786 | $0 | $1,296 | $0.00 | $1.65 |
| Avg | | 1.0 | | 786 | $0 | $1,296 | $0.00 | $1.65 |
| Total | 334 | | | 262,524 | $0 | $432,864 | | |

#### Breakdown

| layout | # | Beds | Baths | SF | Current Rent | Quoted Rent | Current PSF | Quoted PSF |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| All Unit Types | 334 | 1 | 1.0 | 786 | $0 | $1,296 | $0.00 | $1.65 |

### Comments

The market rents and occupancy reflect rates and occupancy as of February 2023. This property offers covered parking for $25/month and detached garages for $75 per month.

App. 434

## Rent Comp 4

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 87 of 344    PageID 8280





### The Emerson at Forney Marketplace

Class A Market-Rate Apartment Complex          320 Units          300 Trailhouse Ln Forney TX 75126-2646

| Property | | | Unit Mix | | |
|---|---|---|---|---|---|
| Market | Dallas (A) | | Occupancy | 94% | |
| Submarket | Mesquite/Seagoville (C+) | | Concessions | None | |
| Neighborhood Rating | (B-) | | As Of | 05/12/2023 | |
| Location Rating | (A+) | | | | |

**Summary**

| | # Units | Avg Baths | SF Range | Avg SF | Contract Rent | Quoted Rent | Contract PSF | Quoted PSF |
|---|---|---|---|---|---|---|---|---|
| 1-BR | 320 | 1.0 | 894 - 894 | 894 | $0 | $1,654 | $0.00 | $1.85 |
| Avg | | 1.0 | | 894 | $0 | $1,654 | $0.00 | $1.85 |
| Total | 320 | | | 286,080 | $0 | $529,280 | | |

**Breakdown**

| layout | # | Beds | Baths | SF | Current Rent | Quoted Rent | Current PSF | Quoted PSF |
|---|---|---|---|---|---|---|---|---|
| All Unit Types | 320 | 1 | 1.0 | 894 | $0 | $1,654 | $0.00 | $1.85 |

**Building**

| | |
|---|---|
| Building | 2-Story Low-Rise (B+) |
| Construction | Frame, Masonry, Gable, Composite Shingle |
| GBA | 300476 |
| Year Built | 2019 |
| Quality | Good |
| NRA | 286080 |
| Renovated | |
| Condition | Good |
| Amenities | BBQ Grill, Clubhouse, Controlled Access, Fitness Center, Pool, Sport Court, Dog Park And Business Center |

**General**

| | |
|---|---|
| Electric | Sub-Meter; Tenant-Pay |
| Gas | |
| Water/Sewer | Sub-Meter; Tenant-Reimbursed |
| Trash | Sub-Meter; Tenant-Reimbursed |
| Parking Type & Ratio | Surface, Carport And Detached Garage, 1.75 |
| Land Area | 0 SF; 0.000 Acres |
| County Parcel ID | 177858 |
| PM Company | CESM Real Estate |
| Formerly Known As | |
| ID # | 6109685 |

### Comments

The market rents and occupancy reflect rates and occupancy as of February 2023. This property has covered parking for $35/month and detached garages for 150/month. Select units feature premium countertops.

App. 435

App. 436

Addendum g

rent roll





App. 440

Addendum h

income statements

App. 441

**Multifamily Performance Summary**
PROPERTY NAME: **PARC AT WINDMILL FARMS**

08-Nov-21
03:03 PM

| | | | | |
|---|---|---|---|---|
| City | FORNEY | | | |
| State | TX | | | Page 3 of 6 |
| Total Units | 272 | Average Unit Size: | 1,028 Sq. Ft. | |
| Total Square Feet | 279,648 | Mgmt. Co.: ALL | | |

| ACTUAL | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Derived Physical Occupancy | 86.9% | 92.5% | 93.6% | 96.8% | 99.2% | 98.9% | 99.2% | 98.8% | 97.0% | 97.9% | 96.6% | 98.8% | 98.4% | 97.3% |
| Economic Occupancy (NRR/GPR) | 81.2% | 86.4% | 88.6% | 92.3% | 98.0% | 98.1% | 98.7% | 98.2% | 95.9% | 96.8% | 94.8% | 98.4% | 97.0% | 95.3% |
| Average Rent/Month/SF | 1.273 | 1.273 | 1.273 | 1.293 | 1.293 | 1.332 | 1.358 | 1.358 | 1.362 | 1.362 | 1.396 | 1.413 | 1.413 | 1.344 |
| Average Expenses/Month/SF | | | | | | | | | | | | | | 0.000 |

## 12 FINANCIAL DETAIL

| | | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RIS Change | | | | 1.5% | | 3.1% | 1.9% | 0.0% | 0.3% | | 2.5% | 1.2% | 0.0% | 10.5% |
| | RPS/Unit | 1309 | 1309 | 1309 | 1329 | 1329 | 1370 | 1397 | 1397 | 1400 | 1400 | 1435 | 1453 | 1453 | |
| | Eff.Rent/Unit | 1,232 | 1,239 | 1,240 | 1,278 | 1,299 | 1,306 | 1,334 | 1,314 | 1,338 | 1,351 | 1,367 | 1,378 | 1,395 | |
| ACTUAL | | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | TOTAL |
| | | 2020 | 2020 | 2020 | 2021 | 2021 | 2021 | 2021 | 2021 | 2021 | 2021 | 2021 | 2021 | 2021 | |

| REVENUE | | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loss/Gain to Leases | Rent per Schedule | 356,050 | 356,050 | 356,050 | 361,490 | 361,490 | 372,610 | 379,850 | 379,850 | 380,930 | 380,930 | 390,370 | 395,090 | 395,090 | 4,509,800 |
| Loss/Gain to Leases | Leases Over Schedule | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vacancy Losses | Leases Under Schedule | (3,443) | (2,688) | (4,139) | (4,275) | (5,140) | (16,948) | (20,727) | (21,495) | (16,285) | (12,985) | (17,890) | (20,989) | (15,176) | (158,737) |
| | **Gross Possible Rent** | 352,607 | 353,362 | 351,911 | 357,215 | 356,350 | 355,662 | 359,123 | 358,356 | 364,645 | 367,945 | 372,480 | 374,101 | 379,914 | 4,351,063 |
| RENTAL LOSSES | | | | | | | | | | | | | | | |
| Other Rental Losses | Vacancy | 46,584 | 26,656 | 22,911 | 11,444 | 2,905 | 4,222 | 3,139 | 4,603 | 11,609 | 7,880 | 13,212 | 4,766 | 6,468 | 119,816 |
| Other Rental Losses | Administrative & Model | 1,210 | 1,210 | 1,210 | 1,230 | 1,230 | 1,270 | 1,290 | 1,290 | 1,290 | 1,290 | 1,330 | 1,330 | 1,350 | 15,320 |
| Other Rental Losses | Bad Debt | 960 | 3,750 | 1,503 | 5,392 | (67) | 840 | 3,886 | (615) | 1,566 | 1,967 | 4,304 | 570 | 3,129 | 26,225 |
| Other Rental Losses | Discounts & Concessions | 17,469 | 16,386 | 14,503 | 9,551 | 2,933 | 518 | (3,696) | 1,046 | 658 | 581 | 564 | (592) | 422 | 42,873 |
| Total Other Revenue | UHF Concessions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Total Rental Losses** | 66,223 | 48,002 | 40,127 | 27,617 | 7,001 | 6,850 | 4,619 | 6,324 | 15,123 | 11,718 | 19,410 | 6,074 | 11,369 | 204,234 |
| | **Net Rental Revenue** | 286,384 | 305,360 | 311,785 | 329,598 | 349,349 | 348,812 | 354,504 | 352,031 | 349,522 | 356,227 | 353,070 | 368,027 | 368,545 | 4,146,829 |
| OTHER REVENUE | | | | | | | | | | | | | | | |
| Total Other Revenue | Application Fees | 1,800 | 1,250 | 1,150 | 1,350 | 1,450 | 600 | 1,400 | 1,550 | 2,250 | 1,900 | 1,900 | 1,500 | 850 | 17,150 |
| Total Other Revenue | Cable TV | 0 | 0 | 0 | 0 | 74,189 | 1,086 | 1,641 | 1,693 | 1,004 | 1,653 | 1,723 | 958 | 1,662 | 85,609 |
| Total Other Revenue | Corporate Rentals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Revenue | Deposit Forfeitures | 1,850 | 3,736 | 3,896 | 3,675 | 2,722 | 1,669 | 2,057 | 1,925 | 2,153 | 6,078 | 6,470 | 4,796 | 5,047 | 44,222 |
| Total Other Revenue | Equip., Facility, & Furn. Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Revenue | Interest Income | 0 | 0 | 0 | 7 | 76 | 69 | 77 | 56 | 58 | 56 | 58 | 58 | 64 | 579 |
| Total Other Revenue | Laundry | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Revenue | Misc. Resident Charges | 5,355 | 3,144 | 4,063 | 4,125 | 2,280 | 1,027 | 4,559 | 1,269 | 1,992 | 2,670 | 2,387 | 7,126 | 2,346 | 36,989 |
| Total Other Revenue | Miscellaneous Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Revenue | Non-Refundable Pet Deposits | 2,320 | 3,023 | 954 | 1,955 | 1,956 | 2,202 | 3,810 | 1,956 | 1,858 | 3,082 | 2,847 | 2,409 | 2,442 | 28,492 |
| Total Other Revenue | NSF & Late Fees | 2,290 | 2,220 | 3,680 | 2,695 | 2,760 | 3,150 | 1,730 | 3,060 | 2,915 | 4,680 | 3,970 | 3,745 | 2,965 | 37,570 |
| Total Other Revenue | Parking | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Personnel Expenses | Vending & Telephone | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Total Other Revenue** | 13,615 | 13,373 | 13,743 | 13,807 | 85,434 | 9,803 | 15,273 | 11,509 | 12,229 | 20,118 | 19,355 | 20,592 | 15,376 | 250,613 |
| **TOTAL REVENUE** | | 299,999 | 318,733 | 325,527 | 343,405 | 434,784 | 358,615 | 369,776 | 363,541 | 361,751 | 376,345 | 372,425 | 388,619 | 383,921 | 4,397,441 |
| EXPENSES | | | | | | | | | | | | | | | |
| Personnel | Bonuses | 0 | 3,000 | 1,500 | 0 | 0 | 0 | 2,000 | 0 | 0 | 3,000 | 0 | 0 | 0 | 9,500 |
| Personnel | Contract Help | 0 | 0 | 960 | 115 | 300 | 225 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,600 |
| Personnel | Employee Apartments | 1,273 | 674 | 766 | 498 | 301 | 268 | 268 | 87 | 210 | 794 | 242 | 518 | 518 | 5,143 |
| Personnel | Employee Recruitment | 113 | 0 | 0 | 0 | 110 | 221 | 10 | 0 | 0 | 50 | 108 | 0 | 0 | 500 |
| Personnel | Group Insurance | 250 | 250 | 250 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 5,500 |
| Personnel | Maintenance Salaries | 5,945 | 5,730 | 6,195 | 6,193 | 5,900 | 5,600 | 6,554 | 5,956 | 6,213 | 6,016 | 5,276 | 6,823 | 7,886 | 74,340 |
| Personnel | Misc. Personnel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Personnel | Office Salaries | 9,290 | 9,848 | 10,188 | 10,578 | 8,304 | 8,848 | 10,433 | 10,652 | 9,751 | 9,766 | 9,675 | 10,362 | 7,842 | 116,248 |
| Personnel | Other Payroll Taxes | 1,525 | 1,834 | 1,748 | 1,663 | 1,561 | 2,116 | 2,030 | 1,782 | 1,768 | 2,080 | 1,737 | 1,967 | 1,749 | 22,035 |
| Personnel | Other Salaries | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Personnel | Payroll Administration | 152 | 184 | 175 | 166 | 156 | 212 | 203 | 178 | 177 | 208 | 173 | 196 | 175 | 2,203 |
| Personnel | Payroll Taxes - FICA | 1,295 | 1,559 | 1,486 | 1,413 | 1,327 | 1,799 | 1,726 | 1,515 | 1,503 | 1,768 | 1,476 | 1,672 | 1,487 | 18,731 |
| Personnel | Porter/Housekeeper Salaries | 0 | 0 | 0 | 0 | 1,619 | 2,125 | 2,347 | 2,142 | 2,359 | 2,254 | 2,224 | 2,388 | 2,178 | 19,635 |
| Personnel | Worker's Comp | 486 | 585 | 558 | 530 | 498 | 674 | 647 | 568 | 564 | 664 | 553 | 627 | 557 | 7,025 |
| | **TOTAL PERSONNEL EXP** | 20,329 | 23,664 | 23,825 | 21,655 | 20,576 | 22,588 | 26,718 | 23,379 | 23,045 | 27,100 | 21,964 | 25,053 | 22,892 | 282,459 |
| Management Fees | Management Company | 9,026 | 9,836 | 10,075 | 9,727 | 10,259 | 9,725 | 10,946 | 10,533 | 10,262 | 10,343 | 10,525 | 10,948 | 10,752 | 123,931 |
| Administrative | Administrative Forms | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative | Computer Lease | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative | Computer Supplies/Maint. | 74 | 0 | 267 | 0 | 0 | 0 | 230 | 0 | 0 | 193 | 0 | 0 | 237 | 927 |
| Administrative | Copier & Printing | 220 | 220 | 220 | 322 | 263 | 260 | 179 | 220 | 322 | 220 | 373 | 220 | 257 | 3,075 |
| Administrative | Credit/Collection/Eviction | 590 | 547 | 547 | 547 | 547 | 547 | 547 | 793 | 1,947 | 1,499 | 1,820 | 798 | 512 | 10,652 |
| Administrative | Dues & Subscriptions | 0 | 0 | 0 | 448 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 448 |
| Administrative | Employee Relations | 47 | 0 | 837 | 0 | 96 | 0 | 115 | 41 | 83 | 44 | 95 | 54 | 32 | 1,397 |
| Administrative | Licenses/Permits/Fees | 1,373 | 296 | 337 | 1,425 | 353 | 288 | 337 | 288 | 362 | (173) | 997 | 1,070 | 2,008 | 7,589 |
| Administrative | Misc. Administrative | 624 | 437 | 496 | 482 | 498 | 551 | 816 | 442 | 454 | 516 | 509 | 536 | 477 | 6,213 |
| Administrative | Office Furniture Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative | Office Supplies | 0 | 193 | 0 | 0 | 0 | 39 | 32 | 183 | 196 | 56 | 45 | 116 | 186 | 1,046 |
| Administrative | Petty Cash Exp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative | Postage & Freight | 260 | 273 | 266 | 275 | 274 | 254 | 293 | 309 | 256 | 78 | 229 | 232 | 235 | 2,973 |

**Administrative**
- Professional Fees
- Site Travel
- Telephone & Answ. Svc.
- Training & Seminars
- TOTAL ADMIN EXP

**Leasing**
- Advertising
- Brochures & Related
- Leasing Commissions
- Locator Commissions
- Model & Related
- Project Promotions
- Referral Fees
- TOTAL LEASING EXP

**Utility**
- Electric Reimbursement
- Electricity - House Meters
- Electricity - Vacant/Model
- GAS & OIL - VACANT / MODEL
- Gas & Oil Expense
- Gas Reimbursement
- Misc. Utility Charges
- VCR-Vacant Elec Billing
- Resident Billing Expense
- Sewer Expense
- Utility Connection Charges
- Other Utility Reimbursement
- Water - Irrigation
- Water - Vacant
- Water Expense
- Water/Sewer Reimbursements
- TOTAL UTILITY EXP

**Service**
- Cable TV & Antenna
- Clubhouse Furniture Rental
- Corporate Unit
- Elevator Maintenance
- Equipment Rental
- Fire Protection
- Grounds Contract
- Hallway Cleaning
- Misc. Services
- Pest Control
- Pest Control Reimbursement
- Pool Cleaning
- Security Services
- Sweeping/Snow Removal
- Trash Reimbursement
- Trash Removal
- Uniform Service
- Vehicle Expense
- TOTAL SERVICE EXP

**C&D**
- Carpet Cleaning
- Carpet Dyeing & Repair
- Contract Cleaning & Supplies
- Contract Painting
- Drapes/Blinds Cleaning/Repair
- Occupancy Inspections
- Other Interior Repair
- Paint Supplies
- Sheetrock Repair
- Wallcovering
- TOTAL C&D EXP

**R&M**
- Appliance Repair & Supplies
- Balcony & Stairway
- Carpentry Supplies
- Clubhouse & Amenity Repair
- Electrical Repair & Supplies
- Grounds Maintenance Supplies
- Hardware Supplies
- HVAC Repair & Supplies
- Light Bulbs & Fixtures
- Locks & Keys
- Mirrors, Glass, & Screens
- Misc. Maintenance
- Other Exterior Repairs
- Parking Lot/Sidewalk Repair
- Plumbing Repair & Supplies
- Pool Repair & Supplies
- Roof Repair & Supplies
- Sprinkler System
- TOTAL R&M EXP

**Property Taxes** — Real Estate Taxes

**Property Insurance** — Property Insurance

Case 3:22-cv-02118-X   Document 250   Filed 05/30/23   Page 95 of 344   PageID 8288

App. 443

| | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Operating Exp** | | 128,351 | 125,154 | (128,595) | 104,536 | 105,129 | 107,501 | 110,657 | 107,105 | 107,145 | 117,349 | 109,747 | 110,697 | 112,789 | 1,089,214 |
| **NET OPERATING INCOME** | | 171,648 | 193,579 | 454,122 | 238,869 | 329,654 | 251,114 | 259,119 | 256,435 | 254,606 | 258,997 | 262,678 | 277,922 | 271,132 | 3,308,227 |
| **REPLACEMENTS** | | | | | | | | | | | | | | | |
| Recurring Repl | Appliances | 0 | 0 | 244 | 616 | 0 | 424 | 0 | 1,935 | 0 | 0 | 0 | 0 | 0 | 3,219 |
| Recurring Repl | Carpets | 0 | 0 | 474 | 708 | 708 | 214 | 1,154 | 596 | 1,463 | 3,430 | 370 | 513 | 2,079 | 11,707 |
| Recurring Repl | Drapes & Blinds | 0 | 0 | 0 | 0 | 0 | 501 | 0 | 0 | 0 | 1,103 | 88 | 0 | 0 | 1,692 |
| Recurring Repl | Individual Water Heaters | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **TOTAL RECURRING REPL** | 0 | 0 | 718 | 1,324 | 708 | 1,139 | 1,154 | 2,531 | 1,463 | 4,533 | 457 | 513 | 2,079 | 16,617 |
| Non-Recurring Repl | Audit Fee | 0 | 0 | 0 | 3,600 | 0 | 3,900 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,500 |
| Non-Recurring Repl | Boilers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Carpentry/Siding/Gutters | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 793 | 793 |
| Non-Recurring Repl | City Inspection/Multi-family License fee | 0 | 0 | 10,920 | 26,928 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37,848 |
| Non-Recurring Repl | Clubroom and Office Upgrades | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Concrete Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Constr. Mgmt. Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Down Units | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Electrical | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 920 | 920 |
| Non-Recurring Repl | Elevator inspection and repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Exterior Painting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Fire & Storm Damage | 0 | 0 | 0 | 0 | 0 | 7,731 | 14,024 | 4,428 | 1,263 | 469 | 0 | 0 | 0 | 27,915 |
| Non-Recurring Repl | Fire Alarm System Inspection and related repr | 0 | 0 | 4,410 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,196 | 10,606 |
| Non-Recurring Repl | Foundation Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 428 | 0 | 0 | 0 | 428 |
| Non-Recurring Repl | Gate Repairs and Supplies | 0 | 0 | 0 | 400 | 0 | 0 | 200 | 0 | 0 | 0 | 300 | 765 | 300 | 1,965 |
| Non-Recurring Repl | HVAC | 0 | 0 | 0 | 2,712 | 0 | 0 | 0 | 0 | 326 | 0 | 0 | 0 | 0 | 3,038 |
| Non-Recurring Repl | Insurance Adjuster Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Insured Loss Recovery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Landscaping | 1,894 | 0 | 0 | 0 | 6,273 | 3,453 | 1,152 | 2,896 | 0 | 1,152 | 0 | 0 | 354 | 15,280 |
| Non-Recurring Repl | Liability Claim | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Major Exterior Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Major Pest Control Expenses | 969 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Masonry, Bricks, Stucco, Etc. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Monument/Directional Signage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | New Computer and peripherals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Other Non-Recurring | 2,116 | (0) | 5,987 | 0 | 458 | 221 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 6,699 |
| Non-Recurring Repl | Ownership Level Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Paving & Parking Lot | 408 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11,049 | 0 | 11,049 |
| Non-Recurring Repl | Plumbing | 0 | 191 | 2,798 | 1,690 | 0 | 0 | 1,295 | 0 | 0 | 0 | 1,004 | 0 | 0 | 6,978 |
| Non-Recurring Repl | Pool & Equip. | 1,644 | 148 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 148 |
| Non-Recurring Repl | Pool Furniture | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | REAC Inspection related Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Recreational Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Roof Replacement/Overlay | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Social Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Supervisory Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Tax Credit related expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Unit Upgrades | 0 | 0 | 0 | 0 | 620 | 0 | 987 | 140 | 253 | 125 | 237 | 0 | 0 | 2,362 |
| | **TOTAL NON RECURRING REPL** | 7,031 | 339 | 24,115 | 35,330 | 7,351 | 15,305 | 17,690 | 7,464 | 1,842 | 2,174 | 1,541 | 11,814 | 8,562 | 133,526 |
| Net Reserve Activity | Repair Escrow Exp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Reserve Activity | Repair Escrow Reimb. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Reserve Activity | Repl. Reserve Exp. | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 81,600 |
| Net Reserve Activity | Repl. Reserve Reimb. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **TOTAL NET RESERVE ACTIVITY** | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 81,600 |
| **Cash Flow Before Debt** | | 157,817 | 186,441 | 422,490 | 195,415 | 314,796 | 227,870 | 233,475 | 239,640 | 244,501 | 245,489 | 253,880 | 258,795 | 253,691 | 3,076,483 |
| *TOT DEBT SVCE* | | 149,620 | 153,274 | 149,610 | 156,765 | 156,765 | 156,765 | 156,765 | 156,494 | 156,494 | 156,640 | 156,640 | 156,640 | 156,640 | 1,869,492 |
| **CASH FLOW** | | 8,197 | 33,166 | 272,880 | 38,651 | 158,031 | 71,105 | 76,710 | 83,146 | 88,006 | 88,849 | 97,240 | 102,155 | 97,051 | 1,206,991 |





Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 98 of 344    PageID 8291

App. 446

| MGT CO: | SUNRIDGE |
| --- | --- |

| YEAR BUILT | 2019 |
| --- | --- |
| 1ST STABLE MONTH / PURCHASE DATE | Nov-19 |
| PROPERTY: | PARC AT WINDMILL FARMS |
| CITY / ST: | FORNEY |
| OWNER: | SPC |

# 2023
# PILLAR INCOME  RESIDENTIAL OPERATING  BUDGET

| FOR THE BUDGET PERIOD BEGINNING: | Jan-23 |
| --- | --- |
| FOR THE BUDGET PERIOD ENDING: | Dec-23 |

| | 279,648 |
| --- | --- |
| NET RENTABLE SQ. FEET: | |
| NUMBER OF UNITS: | 272 |
| AVERAGE UNIT SIZE: | 1,028 |

| PRINTED: | 15-May-23 | 09:20 AM |
| --- | --- | --- |
| FILE NAME: | PARCWINDMILL-23 | |

| RENT INCREASES | | POTENTIAL | POSSIBLE |
| --- | --- | --- | --- |
| Avg. rent/unit | Dec-22 | 1,709 | 1,550 |
| Avg. rent/unit | Dec-23 | 1,759 | 1,673 |
| Percentage Increase: | | 2.93% | 7.94% |

| | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | | Dec-22 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AVERAGE RENT/UNIT - POTENTIAL: | 1,709 | 1,719 | 1,719 | 1,729 | 1,729 | 1,739 | 1,739 | 1,749 | 1,749 | 1,759 | 1,759 | 1,759 | | 1,709 |
| AVERAGE RENT/SQ.FT. - POTENTIAL: | 1.66 | 1.67 | 1.67 | 1.68 | 1.68 | 1.69 | 1.69 | 1.70 | 1.70 | 1.71 | 1.71 | 1.71 | | 1.66 |
| $ INCREASE FROM PRIOR MO: | | 10.00 | | 10.00 | | 10.00 | | 10.00 | | 10.00 | | | | |
| % INCREASE FROM PRIOR MO: | | 0.59% | | 0.58% | | 0.58% | | 0.58% | | 0.57% | | | | |
| AVERAGE RENT/UNIT - POSSIBLE: | 1,555 | 1,564 | 1,575 | 1,591 | 1,609 | 1,624 | 1,640 | 1,653 | 1,662 | 1,668 | 1,672 | 1,673 | | 1,550 |
| AVERAGE RENT/SQ.FT. - POSSIBLE: | 1.51 | 1.52 | 1.53 | 1.55 | 1.56 | 1.58 | 1.60 | 1.61 | 1.62 | 1.62 | 1.63 | 1.63 | | 1.51 |
| $ INCREASE FROM PRIOR MO: | 5.00 | 9.00 | 11.00 | 16.00 | 18.00 | 15.00 | 16.00 | 13.00 | 9.00 | 6.00 | 4.00 | 1.00 | | |
| % INCREASE FROM PRIOR MO: | 0.32% | 0.58% | 0.70% | 1.02% | 1.13% | 0.93% | 0.99% | 0.79% | 0.54% | 0.36% | 0.24% | 0.06% | | |

| PHYSICAL OCCUPANCY: | 95.00% | 96.00% | 96.50% | 96.50% | 96.50% | 96.50% | 96.50% | 96.50% | 96.50% | 96.50% | 96.50% | 96.50% | 96.33% | AVERAGE OCCUPANCY | | % OF TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | TOTAL | $/SQFT | $/UNIT | POSSIBLE |
| **REVENUES** | | | | | | | | | | | | | | | | |
| GROSS POTENTIAL RENT PER SCHEDULE | 464,800 | 467,520 | 467,520 | 470,240 | 470,240 | 472,960 | 472,960 | 475,680 | 475,680 | 478,400 | 478,400 | 478,400 | 5,672,799 | 20.29 | 20,856 | 107.03% |
| (LOSS) / GAIN TO LEASES | (41,894) | (42,046) | (39,157) | (37,543) | (32,671) | (31,151) | (26,871) | (26,001) | (23,719) | (24,719) | (23,681) | (23,229) | (372,682) | (1.33) | (1,370) | -7.03% |
| TOTAL POSSIBLE RENT PER LEASES | 422,906 | 425,474 | 428,363 | 432,697 | 437,569 | 441,809 | 446,089 | 449,679 | 451,961 | 453,681 | 454,719 | 455,171 | 5,300,117 | 18.95 | 19,486 | 100.00% |
| **VACANCY LOSSES** | 23,240 | 18,701 | 16,363 | 16,458 | 16,458 | 16,554 | 16,554 | 16,649 | 16,649 | 16,744 | 16,744 | 16,744 | 207,858 | 0.74 | 764 | 3.92% |
| TOTAL OTHER RENTAL LOSSES | 5,330 | 5,349 | 5,371 | 5,403 | 5,440 | 5,472 | 5,504 | 5,531 | 5,548 | 5,561 | 5,568 | 5,572 | 65,649 | 0.23 | 241 | 1.24% |
| TOTAL RENTAL LOSSES | 28,570 | 24,050 | 21,734 | 21,861 | 21,898 | 22,026 | 22,058 | 22,180 | 22,197 | 22,305 | 22,312 | 22,316 | 273,507 | 0.98 | 1,006 | 5.16% |
| **NET RENTAL REVENUE** | 394,336 | 401,424 | 406,629 | 410,836 | 415,671 | 419,783 | 424,031 | 427,499 | 429,764 | 431,376 | 432,407 | 432,855 | 5,026,610 | 17.97 | 18,480 | 94.84% |
| TOTAL OTHER REVENUE | 13,260 | 15,800 | 20,455 | 19,400 | 20,180 | 24,255 | 20,960 | 20,960 | 21,525 | 16,280 | 13,940 | 16,455 | 223,470 | 0.80 | 822 | 4.22% |
| **TOTAL REVENUES** | 407,596 | 417,224 | 427,084 | 430,236 | 435,851 | 444,038 | 444,991 | 448,459 | 451,289 | 447,656 | 446,347 | 449,310 | 5,250,080 | 18.77 | 19,302 | 99.06% |
| **OPERATING EXPENSES** | | | | | | | | | | | | | | | | |
| PERSONNEL | 29,504 | 27,655 | 28,008 | 30,049 | 28,123 | 28,512 | 30,489 | 28,538 | 28,424 | 30,610 | 28,582 | 28,531 | 347,025 | 1.24 | 1,276 | 6.55% |
| MANAGEMENT FEES | 11,437 | 11,705 | 11,980 | 12,069 | 12,226 | 12,453 | 12,481 | 12,579 | 12,659 | 12,561 | 12,527 | 12,610 | 147,287 | 0.53 | 541 | 2.78% |
| ADMINISTRATIVE | 6,139 | 4,674 | 4,784 | 3,924 | 3,924 | 4,034 | 3,924 | 3,924 | 5,074 | 4,269 | 4,379 | 4,379 | 53,286 | 0.19 | 196 | 1.01% |
| LEASING | 3,661 | 4,281 | 4,481 | 4,736 | 4,766 | 5,166 | 4,896 | 4,996 | 4,611 | 4,661 | 3,726 | 3,466 | 53,445 | 0.19 | 196 | 1.01% |
| UTILITIES | 3,949 | 6,708 | 4,074 | 5,523 | 4,588 | 5,188 | 5,611 | 6,445 | 5,777 | 6,943 | 3,334 | 3,872 | 62,011 | 0.22 | 228 | 1.17% |
| SERVICES | 5,195 | 5,120 | 5,045 | 5,420 | 4,895 | 4,820 | 4,745 | 4,670 | 5,045 | 4,520 | 4,445 | 4,370 | 58,290 | 0.21 | 214 | 1.10% |
| CLEANING & DECORATING | 1,124 | 3,124 | 3,866 | 6,382 | 7,124 | 7,124 | 7,640 | 7,640 | 4,866 | 3,866 | 1,866 | 921 | 55,547 | 0.20 | 204 | 1.05% |
| REPAIRS & MAINTENANCE | 1,995 | 1,995 | 2,345 | 2,745 | 2,995 | 2,995 | 2,995 | 2,745 | 2,245 | 2,045 | 1,995 | 1,995 | 28,640 | 0.10 | 105 | 0.54% |
| PROPERTY TAXES | 79,148 | 79,148 | 79,148 | 79,148 | 79,148 | 79,148 | 79,148 | 79,148 | 79,148 | 79,148 | 79,148 | 79,148 | 949,770 | 3.40 | 3,492 | 17.92% |
| PROPERTY INSURANCE | 9,740 | 9,740 | 9,740 | 9,740 | 9,740 | 9,740 | 9,740 | 9,740 | 9,740 | 9,740 | 9,740 | 9,740 | 116,886 | 0.42 | 430 | 2.21% |
| **TOTAL OPERATING EXPENSES** | 151,893 | 154,150 | 153,472 | 159,536 | 157,280 | 159,181 | 161,670 | 160,426 | 156,749 | 159,168 | 149,632 | 149,032 | 1,872,188 | 6.69 | 6,883 | 35.32% |
| **NET OPERATING INCOME** | 255,703 | 263,074 | 273,612 | 270,700 | 278,571 | 284,857 | 283,321 | 288,033 | 294,541 | 288,488 | 296,715 | 300,278 | 3,377,892 | 12.08 | 12,419 | 63.73% |
| **PROPERTY REPLACEMENTS** | | | | | | | | | | | | | | | | |
| RECURRING | 3,865 | 3,865 | 3,865 | 3,865 | 3,865 | 3,865 | 3,865 | 3,865 | 3,865 | 3,865 | 3,865 | 3,865 | 46,385 | 0.17 | 171 | 0.88% |
| NON-RECURRING (includes Property Loss) | 8,269 | 869 | 32,219 | 8,869 | 22,319 | 18,869 | 7,069 | 10,869 | 6,319 | 7,869 | 1,319 | 869 | 125,726 | 0.45 | 462 | 2.37% |
| **TOTAL PROPERTY REPLACEMENTS** | 12,134 | 4,734 | 36,084 | 12,734 | 26,184 | 22,734 | 10,934 | 14,734 | 10,184 | 11,734 | 5,184 | 4,734 | 172,111 | 0.62 | 633 | 3.25% |
| **NET RESERVE ACTIVITY** | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | (13,600) | 61,200 | 0.22 | 225 | 1.15% |
| **AVAILABLE FOR DEBT SERVICE** | 236,769 | 251,540 | 230,728 | 251,165 | 245,587 | 255,323 | 265,587 | 266,499 | 277,556 | 269,954 | 284,731 | 309,143 | 3,144,581 | 11.24 | 11,561 | 59.33% |
| **DEBT SERVICE** | 149,256 | 149,256 | 149,256 | 149,256 | 149,256 | 149,256 | 149,256 | 149,256 | 149,256 | 149,256 | 149,256 | 149,256 | 1,791,071 | 6.40 | 6,585 | 33.79% |
| **CASH FLOW** | 87,513 | 102,284 | 81,472 | 101,909 | 96,331 | 106,067 | 116,331 | 117,243 | 128,300 | 120,698 | 135,475 | 159,887 | 1,353,510 | 4.84 | 4,976 | 25.54% |

PAGE 2 OF 12

Addendum i

letter of engagement

App. 447



| 5949 Sherry Lane, Suite 1500 | John Jordan, MAI | 📞 214 693 4419 |
|---|---|---|
| Dallas, TX 75225 | Managing Director | 🌐 jjordan@apprise.us |

May 9, 2023

Erik Johnson
Southern Properties Capital, Ltd.
1603 LBJ Freeway, Suite 800
Dallas, TX 75234
Erik.Johnson@pillarincome.com
469-522-4413

**REQUEST FOR TWO RESTRICTED APARTMENT APPRAISALS:**

**Parc @ Windmill Farms (1003 Windmill Farms Blvd., Forney, TX)**
**Bellwether Ridge (841 South Polk Street, DeSoto, TX)**

Per your request, Apprise by Walker & Dunlop is pleased to provide this proposal for two Restricted Appraisals regarding the above defined properties. Upon your acceptance, this proposal including the attached Terms and Conditions will form the agreement for this assignment and our services.

---

## TERMS OF ENGAGEMENT

| | |
|---|---|
| **REPORT TYPE** | Restricted Appraisals |
| **CLIENT** | Erik Johnson as agent for Southern Properties Capital, Ltd |
| **INTENDED USERS** | Southern Properties Capital, Ltd., its successor, and assigns; Client agrees that that the Restricted Reports are solely for the use and benefit of Client. Although, the client is authorized to provide a copy in its entirety to Shamoun & Norman, LLP (legal counsel for client) and the Northern District of Texas (Dallas, TX division; regarding Case No. 3:22-cv-2118-X) as additional intended users. No other users are intended or authorized by Apprise, and no other parties should use or rely on the Restricted Reports or any content in the reports. |
| **INTENDED USE** | Restricted reports are to estimate the "As Is" Market Value as of February 21, 2023, the date that the court appointed Receiver and Palmetto/i3 entered into a Purchase and Sale Agreement. The reports are not intended or authorized for any other use. |
| **PREPARATION COMPLIANCE** | USPAP, Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute. |

App. 448

**ANTICIPATED SCOPE OF WORK**

All minimum content as required by applicable regulatory guidelines.  The actual scope of work will be communicated within the report. In general, we anticipate the following scope:

- Research the immediate market to establish the highest and best use of each property.
- Provided an abbreviated Income Approach with direct capitalization.
- Research and report sale comparables to determine Market Cap Rate(s) for the subject properties & support for the value conclusion via the Income Approach.

**TYPE OF OPINION**

As Is Market Value

**DATE OF OPINION:**

February 21, 2023

**PROPERTY TYPE**

Two garden-style apartment complexes

**DELIVERY DATE & FEE**

**May 15, 2023, or sooner; $6,400 ($3,200/per report)**

*Fee quoted is inclusive of any related expenses incurred during the preparation of the report.  All invoices are due upon receipt.*

*Apprise will use its best efforts to deliver the Restricted reports within the above timeframe. Our delivery of the report is contingent on timely receipt from the Client of the requested information below. In the event of a delay, Apprise will inform Client promptly as soon as reasonably practicable.*

**RETAINER**

None

**START DATE**

Restricted Reports will commence upon receipt of signed copy of this agreement, requested property information, and any applicable retainer.

**REPORT COPIES**

PDF delivered via email

**ACCEPTANCE**

The above price quote is effective and valid for one (1) business day. Upon acceptance by the client, this document is intended to function as a formal letter of engagement and contract for services. The appraiser hereby certifies they have no present or prospective interest in the property that is the subject of the proposed report.

**PRIOR SERVICE DISCLOSURE**

The appraiser(s) performing the Restricted Reports have provided several consecutive annual appraisal reports with the most recent report reflecting an effective date of value as of December 1, 2022. The appraiser(s) have not provided any additional services regarding the subject properties in any other capacity within the three-year period preceding the date of this proposal. If this engagement presents a conflict for Apprise, we reserve the right to withdraw from the engagement without penalty; provided that it refunds any payments made by Client pursuant to this agreement.

**MARKETING DISCLOSURE**

We may disclose that we have provided valuation services for the property in future marketing documents and materials, unless otherwise directed at the conclusion of this engagement.

**ADDITIONAL TERMS AND CONDITIONS**

The reports will be drafted in a restricted format. Thus, the report(s) may not contain supporting rationale for all the opinions and conclusions set forth in the report(s). The appraiser(s) are not inspecting the properties for this assignment. Both properties were inspected in late November 2022. The appraisals will reflect an extraordinary assumption which depicts the properties are in the same general condition as reflected in the last property inspection. The attached Terms and Conditions form a material part of the agreement and are no less important than any other part.

If you accept the terms of this proposal by signing below, it will become a binding agreement regarding our Restricted Reports of the properties. For report(s) delivery by the provided due date herein, please sign and date below and return this agreement via email to the sender within one (1) business day along with the requested property information below.

- January 31, 2023, T-12 P&L statements (in excel)
- January 1, 2023, P&L Statement (in excel)
- February 12, 2023 Rent Roll (in excel)

The additional information needed (site plan, floor plans, etc.) is contained in our files from the previous appraisals prepared for Southern Properties Capital, Ltd. By the appraiser(s). If additional data is necessary, a request for information will be sent.

Please don't hesitate to call or email me directly with any further questions. Thank you for the opportunity to be of service on this assignment. We look forward to working with you!

Sincerely,

**Apprise by Walker & Dunlop**

John Jordan, MAI
Managing Director
JJordan@apprise.us
214-693-4419

**CLIENT AND INTENDED USER – AGREED AND ACCEPTED**
Erik Johnson as agent for Southern Properties Capital, Ltd

DATE: 5/10/23

# TERMS AND CONDITIONS

1. **Payment.** The fee is due upon delivery of the final report or within thirty (30) days of Client's receipt of the draft report, whichever is sooner.  If a draft is requested, the fee is considered earned upon delivery of our draft report. Client agrees to pay all fees and expenses, including attorney's fees, incurred by Apprise in connection with the collection or attempted collection of the fees and expenses. In the event Client fails to make payments when due and payable, the amount due shall bear interest at 1.5% per month or the maximum rate permitted by law.

2. **Cap Rate Study Assumptions and Conditions.** Cap Rate Study limiting conditions and assumptions, including any necessary extraordinary assumptions or hypothetical conditions, will be stated within the Cap Rate Study report. Use of or reliance on the Cap Rate Study will constitute acceptance of all such conditions and assumptions.

3. **Subpoenas and Testimony.** In the event that Apprise, any of its appraisers or other personnel (collectively, "Personnel") or any of its affiliates is compelled by subpoena or other legal or administrative process to provide testimony or produce documents relating to this assignment, whether in court, deposition, arbitration or any other proceeding, Apprise will make reasonable efforts to notify Client. Unless Apprise, its Personnel or any of its affiliates is a party to the underlying proceeding, Client agrees to compensate Apprise or its affiliate, as applicable, for the time and expenses, including attorneys' fees, incurred in connection with the demand for testimony or documents at the then current hourly rates of the Personnel or other persons responding.

4. **Termination of Assignment.** The Cap Rate Study assignment may be terminated by Client in writing (including via email); however, Apprise will be entitled to a portion of the quoted fee based upon the timing of the cancelation and work performed prior to termination.

5. **Assignment Changes.** The Client, Intended User(s), or Intended Use, effective date, or interest appraised covered by this agreement may not be modified without a new agreement.

6. **No Assignments of Agreement.** Neither this agreement nor any legal claims or causes of action by any party relating to the Cap Rate Study or this agreement may be assigned by either party without the other parties' prior written consent.

7. **Mutual Limitations of Liability.** To the fullest extent permitted by applicable law, the maximum monetary liability of Apprise (including its Personnel and affiliates) or Client to one another for any and all claims or causes of action relating to the Cap Rate Study or this agreement shall be limited to the total compensation actually received by Apprise for the Cap Rate Study or other services that are the subject of the claim(s) or cause(s) of action. This limitation of liability extends to all types of claims and causes of action, whether in contract or tort, but excludes: (i) claims/causes of action for intentionally fraudulent or criminal conduct, intentionally caused injury, or unauthorized use or publication of the Cap Rate Study or other work product or (ii) claims/causes of action by Apprise for the collection of unpaid compensation for the Cap Rate Study or other services (for which the maximum recovery shall be the total amount unpaid and owing to Apprise plus reasonable costs of collection).

8. **Mutual Limitations on Types of Damages.** Neither Apprise (including its Personnel and affiliates) or Client shall be liable  to one another or to any third party for special, consequential, punitive or incidental damages relating to the Cap Rate Study or this agreement, including,  without limitation, loss of profits or revenue, cost of capital, interest or late charges, or loss of clients or prospective business opportunities, regardless of whether arising from negligence, gross negligence, breach of contract or otherwise, and regardless of whether a party was advised or knew of the  possibility of such damages.

9. **No Publication of Report.** The Client may not publish any part of the Cap Rate Study report without Apprise's express prior permission in writing.  This includes using any part of the report in marketing materials or securities filings, except as specifically permitted.

5949 Sherry Lane, Suite 1500 | Dallas, TX 75225   📞 214 693 4419   ⊕ Apprise.us



App. 451

10. **Apprise Not Responsible for Certain Conditions.** Notwithstanding that the Cap Rate Study report may comment on, analyze or assume certain conditions in the Cap Rate Study, unless otherwise stated in the report, neither Apprise nor its Personnel or affiliates shall have any responsibility for investigating and liability for matters pertaining to: (a) title defects, liens or encumbrances affecting the property; (b) the property's compliance with local, state or federal zoning, planning, building, disability access and environmental laws, regulations and standards; (c) building permits and planning approvals for improvements on the property; (d) structural or mechanical soundness or safety; (e) contamination, mold, pollution, storage tanks, animal infestations and hazardous conditions affecting the property; and (f) other conditions and matters for which licensed real estate appraisers are not customarily deemed to have professional expertise.

11. **No Third Party Beneficiaries.** Unless identified expressly, there are no third party beneficiaries of this agreement, and no other person or entity shall have any right, benefit or interest under this agreement. The identification of a party as an intended user of the Cap Rate Study does not mean that the party is a third party beneficiary of this agreement.

12. **Modifications.** This agreement may only be modified by a subsequent agreement of the parties in writing signed by all the parties; provided, however, that the parties recognize and agree that, as stated above, use of or reliance on the Cap Rate Study will constitute acceptance of the Cap Rate Study conditions and assumptions stated within the Cap Rate Study report.

13. **Severability.** If any provision of these Terms and Conditions or other parts of the agreement is held, in whole or part, to be unenforceable or invalid for any reason, the remainder of that provision and the remainder of the entire agreement will be severable and remain in effect.

14. **Applicable Law.** This Agreement shall be construed and enforced in accordance with the laws of the State of Maryland without regard to the principles of conflict of laws thereof, and the parties hereto agree to the exclusive jurisdiction of the state and federal courts located in Montgomery County and Prince George's country, Maryland, respectively. EACH PARTY HEREBY IRREVOCABLY AND UNCONDITIONALLY WAIVES, TO THE FULLEST EXTENT IT MAY LEGALLY AND EFFECTIVELY DO SO, ANY AND ALL RIGHT TO TRIAL BY JURY IN ANY LEGAL PROCEEDING (WHETHER SOUNDING IN CONTRACT, TORT, OR OTHERWISE) ARISING OUT OF, OR RELATED TO, THIS AGREEMENT.



Addendum j

appraiser qualifications

App. 453



SOUTHWEST



**JASON RIBELIN**
SENIOR DIRECTOR

Work: 469.248.1249
Cell: 405.517.6917
jribelin@apprise.us

## CREDENTIALS

**Certified General Real Estate Appraiser**

| | |
|---|---|
| TX – 1380338 | LA – 4232 |
| OK – 13292 | AZ - 1029779 |
| MS – 1420 | AK - 185970 |
| MN – 40808735 | |
| MD – 33970 | |
| CO – 200000038 | |

## EDUCATION & AFFILIATIONS

**University of North Texas**
Bachelor of Science, Integrative Studies

**Successfully completed the following relevant courses.**
- Basic Appraisal Principles
- Basic Appraisal Procedures
- Uniform Standards of Professional Appraisal Practice (USPAP)

**Appraisal Institute Courses Completed:**
- General Appraiser Market Analysis and Highest & Best Use
- General Appraiser Sales Comparison Approach
- General Appraiser Site Valuation and Cost Approach

5949 SHERRY LANE, SUITE 1500
DALLAS, TEXAS 75225

## PERSONAL QUALIFICATIONS

Mr. Ribelin has been engaged in the real estate industry in excess of thirteen years. Over the last seven years, Mr. Ribelin has been primarily focused on multi-family properties and has personally inspected and appraised over 1,000 apartments complexes in 35 states ranging from ten units to 2,000+ units. Mr. Ribelin has appraised all asset classes and has vast knowledge of conventional and affordable properties inclusive of LIHTC, LURA, Section 236, and HAP properties. Additionally, Mr. Ribelin has conducted research on and made appraisals and/or inspections of numerous other property types which include the following:

- Automotive Dealerships
- Office buildings
- Planned unit developments
- Retail centers (all property types)
- Industrial / Flex warehouse
- Waterfront Land
- Community Amenity Centers
- Vacant land
- Hotels

App. 454

# QUALIFICATIONS



SOUTHWEST



**JASON RIBELIN**
SENIOR DIRECTOR

Work: 469.248.1249
Cell: 405.517.6917
jribelin@apprise.us

## LICENSES



**Certified General
Real Estate Appraiser**

Appraiser: **JASON PAUL RIBELIN**
License #: **TX 1380338 G**    License Expires: **07/31/2024**

Having provided satisfactory evidence of the qualifications required by the Texas Appraiser Licensing and Certification Act, Occupations Code, Chapter 1103, authorization is granted to use this title: Certified General Real Estate Appraiser

For additional information or to file a complaint please contact TALCB at www.talcb.texas.gov.

Chelsea Buchholtz
Commissioner



### State of Louisiana
Certified General Appraiser License

Jason P. Ribelin

Period Covered: August 9, 2021    Through December 31, 2022

License Number: G-4232

### State of Oklahoma
**Oklahoma Real Estate Appraiser Board**

This is to certify that:

**Jason P. Ribelin**

has complied with the provisions of the Oklahoma Real Estate Appraisers Act to transact business as a **Certified General Real Estate Appraiser** in the State of Oklahoma.
In Witness Whereof, I have hereunto set my hand and caused the seal of my office to be affixed at the City of Oklahoma City, State of Oklahoma, this 7th day of August, 2020.

Glen Mulready, Insurance Commissioner
Chairperson, Oklahoma Real Estate Appraiser Board

Members, Oklahoma Real Estate Appraiser Board

Brandon Wott    Patricia M. Br

Expires: 8/31/2023    Oklahoma Appraiser Number: 13292CGA

### Department of Insurance and Financial Institutions
State of Arizona

CGA - 1029779

This document is evidence that    **JASON PAUL RIBELIN**    has complied with the provisions of Arizona Revised Statutes, relating to the establishment and operation of a

**Certified Residential Real Estate Appraiser**

and that the Superintendent of Financial Institutions of the State of Arizona has granted this license to transact the business of a

**Certified Residential Real Estate Appraiser**

**JASON PAUL RIBELIN**

This license is subject to the laws of Arizona and will remain in full force and effect until surrendered, revoked or suspended as provided by law.

Expiration Date: **September 30, 2023**

### State of Mississippi
**MISSISSIPPI REAL ESTATE APPRAISER LICENSING AND CERTIFICATION BOARD**

LICENSE # GA-1420    STATUS:  ACTIVE

**JASON PAUL RIBELIN**

HAS BEEN GRANTED A LICENSE AS A
**STATE CERTIFIED GENERAL APPRAISER**

Effective Date:    Expiration Date:
06/17/2022    06/30/2024

SIGNATURE OF LICENSEE
Robert E. Praytor, Administrator

### STATE OF MINNESOTA

JASON PAUL RIBELIN
1145 BENTLEY DRIVE
ROANOKE, TX 76262

**Department of Commerce**

The Undersigned COMMISSIONER OF COMMERCE for the State of Minnesota hereby certifies that
Jason Paul Ribelin

1145 BENTLEY DRIVE
ROANOKE, TX 76262

has complied with the laws of the State of Minnesota and is hereby licensed to transact the business of
Non-Resident Appraiser : Certified General

**License Number: 40808735**

unless this authority is suspended, revoked, or otherwise legally terminated. This license shall be in effect until August 31, 2023.
IN TESTIMONY WHEREOF, I have hereunto set my hand this June 17, 2022.

COMMISSIONER OF COMMERCE
Minnesota Department of Commerce
Licensing Division
85 7th Place East, Suite 500
St. Paul, MN 55101-3165
Telephone: (651) 539-1599
Email: licensing.commerce@state.mn.us
Website: commerce.state.mn.us

Notes:
- Individual Licensees Only - Continuing Education: 15 hours is required in the first renewal period, which includes a 7 hour USPAP course. 30 hours is required for each subsequent renewal period, which includes a 7 hour USPAP course.
- Appraisers: You must hold a licensed Residential, Certified Residential, or Certified General qualification in order to perform appraisals for federally-related transactions. Trainees do not qualify. For further details, please visit our website at commerce.state.mn.us



### STATE OF MARYLAND
LICENSE * REGISTRATION * CERTIFICATION * PERMIT

**MARYLAND DEPARTMENT OF LABOR**

COMMISSION OF RE APPRAISERS & HOME INSPECTORS
CERTIFIES THAT:

**JASON PAUL RIBELIN**

IS AN AUTHORIZED.    **04- CERTIFIED GENERAL**

LIC/REG/CERT: 53970    EXPIRATION: 10-20-2025    EFFECTIVE: 10-20-2020    CONTROL NO: 5559366

Signature of Bearer    Secretary
WHERE REQUIRED BY LAW THIS MUST BE CONSPICUOUSLY DISPLAYED IN OFFICE TO WHICH IT APPLIES



### State of Colorado
**Department of Regulatory Agencies
Division of Real Estate**

Jason P Ribelin
1145 Bentley Drive
Roanoke, TX 76262

**Board of Real Estate Appraisers**

Jason P Ribelin
Certified General Appraiser

License #: CG200000038
Status: Active
Expires: 12/31/2023

Director: Marcia Waters

For the most up to date information regarding this credential, visit http://dora.colorado.gov/dre

### State of Alaska
Department of Commerce, Community, and Economic Development
Division of Corporations, Business, and Professional Licensing
**Board of Certified Real Estate Appraisers**

Jason Paul Ribelin

As

Certified General Real Estate Appraiser

| License 185970 | Effective 11/30/20 | Expires 06/30/2023 |

# QUALIFICATIONS



SOUTHWEST



**COREY CLIFTON**
ASSOCIATE

Work: 817.504.4636
cclifton@apprise.us

## CREDENTIALS

**General Real Estate Appraiser Trainee**
TX – 1340250 Trainee

## EDUCATION

**Texas Woman's University**
**Denton, TX**
Bachelor of General Studies
(Concentration in Business, Real Estate, and Government)

## PERSONAL QUALIFICATIONS

Corey Clifton is an Associate in the Dallas, TX office of Apprise. He has been engaged in the real estate industry in excess of ten years. Over the last ten years, Mr. Clifton has specialized on multi-family properties and has personally appraised over 900 apartment complexes ranging from ten units to 2,000+ units. Mr. Clifton has appraised all asset classes and has vast knowledge of conventional and affordable properties inclusive of LIHTC, LURA, Section 236, and HAP properties. Additionally, he has conducted research on and made appraisals and/or inspections of numerous other property types.

Prior to joining Apprise, Mr. Clifton was a Valuation Associate at another national full-service brokerage firm for roughly four years, where he specialized in multi-family valuations throughout the United States.

## LICENSES



5949 SHERRY LANE, SUITE 1500
DALLAS, TX 75225-8011

App. 456

QUALIFICATIONS

**APPRISE**
BY WALKER & DUNLOP

SOUTHWEST



**JOHN JORDAN, MAI**
MANAGING DIRECTOR

Work: 214.693.4419
jjordan@apprise.us

## CREDENTIALS

**Certified General Real Estate Appraiser**
TX – 1321156
OK – 12104
MO – 2019002055

**Texas Licensed Broker**

## EDUCATION & AFFILIATIONS

**University of Oklahoma**
Finance

**Appraisal Institute Designated Member MAI**

**Past Associate Member of Mortgage Bankers Association of America**

**Past Licensed Tax Consultant, State of Texas**

5949 SHERRY LANE, SUITE 1500
DALLAS, TX 75225

## PERSONAL QUALIFICATIONS

John D. Jordan, MAI is a Managing Director at Apprise by Walker & Dunlop, based in Dallas, Texas. In his role, he is responsible for client relationships, growing the national platform, and expanding the Southwest multifamily team. He brings more than 35 years of real estate experience to Walker & Dunlop. Mr. Jordan has experience with nearly every property type and has provided consulting/appraisals assignments in every state. During his career, he has appraised/reviewed over 6,000 multifamily complexes.

Separate from Walker & Dunlop, Mr. Jordan is the President of Deverick & Associates, Inc. (D&A), a company he founded in 1984 which was a full-service real estate appraisal, mortgage/investment sales brokerage, consulting, and review firm with a national presence. D&A provided comprehensive valuation services and specializes in preparing high-quality appraisals on complex properties with a major emphasis on multifamily assets. In 2019 D&A's appraisal team merged with Colliers where Mr. Jordan served in multiple roles including Executive Managing Director / US Multifamily Client Services. Prior to the Colliers' merger, D&A was one of the top five appraisal firms by annual appraisal volume with Fannie Mae and Freddie Mac.

Mr. Jordan's tenure has included Director of Acquisition for Ensearch Realty, brokerage, and consulting. In these various capacities, he has enabled the purchase and financing of several investment-grade properties, represented the seller as principal broker in one of the largest multifamily trades in 2017 in the State of Texas, and represented the buyer and seller as principal broker on a large four property portfolio valued more than $170 MM, reflecting one of the largest 2020 multifamily trades in North Texas. Further, he is an active participant in various real estate entities, consults with several publicly held corporations, and has acted as a broker on approximately $500 million in CMBS, banks, & Fannie Mae loans.

Mr. Jordan is a Member of the Appraisal Institute, Licensed Texas Real Estate Broker, State Certified General Real Estate Appraiser, and past Texas Licensed Tax Consultant.

App. 457

**QUALIFICATIONS**

**APPRISE** "WALKER & DUNLOP

SOUTHWEST



**JOHN JORDAN, MAI**
MANAGING DIRECTOR

Work: 214.693.4419
jjordan@apprise.us

## LICENSES



**State of Missouri**

Missouri Department of Commerce and Insurance
Division of Professional Registration
Real Estate Appraisers Commission
**State Certified General Real Estate Appraiser**

VALID THROUGH JUNE 30, 2024
ORIGINAL CERTIFICATE/LICENSE NO. 2019002055

JOHN JORDAN
6103 HUNTER LN
COLLEYVILLE TX 76034
USA

EXECUTIVE DIRECTOR

DIVISION DIRECTOR

---

**State of Oklahoma**



Glen Mulready, Insurance Commissioner
**Oklahoma Real Estate Appraiser Board**

This is to certify that:

# John Jordan

has complied with the provisions of the Oklahoma Real Estate Appraisers Act to transact business as a **State Certified General Real Estate Appraiser** in the State of Oklahoma.

In Witness Whereof, I have hereunto set my hand and caused the seal of my office to be affixed at the City of Oklahoma City, State of Oklahoma, this 23rd day of August , 2021 .

Glen Mulready, Insurance Commissioner
Chairperson, Oklahoma Real Estate Appraiser Board

Members, Oklahoma Real Estate Appraiser Board

Brandon Wttt        Patricia M B

Expires:                     Oklahoma Appraiser Number:
08/31/2024              12104CGA

---

**TALCB**
TEXAS APPRAISER LICENSING &
CERTIFICATION BOARD

**Certified General Real Estate Appraiser**

Appraiser: **John Deverick Jordan**
License #:  **TX 1321156 G**        License Expires: **06/30/2023**

Having provided satisfactory evidence of the qualifications required by the Texas Appraiser Licensing and Certification Act, Occupations Code, Chapter 1103, authorization is granted to use this title: Certified General Real Estate Appraiser

For additional information or to file a complaint please contact TALCB at www.talcb.texas.gov.

**Chelsea Buchholtz**
**Commissioner**

# EXHIBIT G-4

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 112 of 344    PageID 8305



**MARKET-RATE APARTMENT COMPLEX**

# BELLWETHER RIDGE

**841 S Polk St Desoto TX 75115-7500**

**Please direct inquiries to:**
Jason Ribelin
jribelin@apprise.us | 405-517-6917

APPRISE BY WALKER & DUNLOP
1919 McKinney Ave, Suite 100
Dallas, TX 75201



App. 460

**Job #:** 23.SW.8885.TX6138765



May 15, 2023

Erik Johnson
Southern Properties Capital, Ltd.
1603 LBJ Freeway
Suite 800
Dallas, TX 75234

A Retrospective Restricted Appraisal Report of Bellwether Ridge
a 150 unit, market-rate apartment complex
located at 841 S Polk St Desoto TX 75115-7500

Per the request and authorization of our above-mentioned client, Apprise By Walker & Dunlop has prepared the following retrospective restricted appraisal report outlining the findings, conclusions, and market value estimates of the referenced property.   This is a Restricted Appraisal Report which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(c) of the Uniform Standards of Professional Appraisal Practice (USPAP) for a Restricted Appraisal Report. As such, it presents minimal to no discussion of the data, reasoning, and analyses that were used in the appraisal process to develop the appraiser's opinion of value. Supporting documentation concerning the data, reasoning, and analyses is retained in the appraiser's file(s).  Without having access to the appraiser's work-file, the report may not contain supporting rationale for all of the opinions and conclusions set forth in the report.  The depth of discussion contained in this report is specific to the needs of the client and for the intended use stated above. The appraisers are not responsible for unauthorized use of this report.

The Income Approach to value was developed herein for the retrospective date of value as of February 21, 2023.  A summary of improved sales was included to support the value via the Income Approach.  The Cost Approach was not necessary for credible assignment results given the subjectivity of estimating depreciation and the propensity of market participants to analyze only the two market-driven valuation methods for similar, existing property. This omission, in no way, detracts from our findings and value estimate(s).

Based on the market data and analyses contained herein, the following estimate(s) of market value were derived:

| Premise | Interest | Date | Value | Per Unit |
|---|---|---|---|---|
| As Is | Leased Fee | February 21, 2023 | $31,200,000 | $208,000 |

## Project Highlights

- The subject is a garden-style apartment with 150 units built in 2019, with an average unit size of 937 square feet, and situated on 7.389 acres. The subject is currently 94.7% occupied, and our projected stabilized occupancy is 94.0%.
- The subject property is currently under contract for $27,000,000.  Based upon our analysis herein, the purchase price appears to be well below market value.
- The subject's stabilized, effective market rent was estimated to be $1,649/month ($1.76/SF), which was found to be roughly 4.1% above the current in-place rent.

## COVID-19

While COVID-19 continues to be a global health concern, the effects of the pandemic appear to be waning. Nevertheless, there are macroeconomic uncertainties in regard to inflationary pressures, regional bank turmoil, and global/national geopolitical issues. Pricing for multifamily assets appears to have peaked sometime around 2Q2022 due to strong market conditions and historically low capitalization rates at the time. Notably, the Federal Funds Rate has increased nine times in the past 12 months totaling 475 basis points to try and stave off inflation resulting in increased capital costs. Additional rate increases are possible in 2023 as the Fed is indicating the banking system is resilient and well-capitalized yet acknowledges that inflation is slowing.

App. 461

Market participants have reported increased capitalization rates for multifamily product as buyers adapt to the increased borrowing costs and market uncertainties. Concerns of a looming recession has caused a pullback by lenders. Given the rising mortgage rates, capitalization rate decompression has occurred and rent growth has decelerated and-or turned negative in some markets. Due to the recent slowdown in number of transactions, there is limited market evidence to determine a specific impact on values. Where possible, our valuation reflects the comments and outlook of the market participants active in the subject's area.

## Reliance Language

It is our intent to comply with the following regulatory sources: 12 CFR, Subpart C - Subsection 34.42(g), Department of the Treasury, Office of the Comptroller of the Currency; the Uniform Standards of Professional Appraisal Practice (USPAP); and the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.  The undersigned have experience appraising similar properties in the market area, and therefore comply with the competency rule as mandated in USPAP. This report is the sole property of Apprise and the intended user(s) stipulated herein. Apprise is not liable for recipient's disbursement to any third parties and/or use for any purposes other than the specified intended use.

## Extraordinary Assumptions

EXTRAORDINARY ASSUMPTION: an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions.

This appraisal is developed on the premise of the following extraordinary assumptions:

- We relied on public record for real estate tax information, site size, zoning information and in some cases building size. We assume this information is accurate, if additional information indicates otherwise we reserves the right to amend our conclusions.
- We assume the subject is not encumbered by any detrimental easements or encroachments, should a title report indicate otherwise we reserve the right to amend our conclusion.
- All unit sizes, unit count, lease rates, and operating data are true and accurate as presented herein.
- The subject was inspected by an appraiser on November 22, 2022 which is approximately three months before the effective date of February 21, 2023.  The property is assumed to be in similar condition with exception of standard depreciation. We reserve the right to make changes should this be found to be false, inaccurate, and/or misleading.

## Hypothetical Conditions

HYPOTHETICAL CONDITION: a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results but is used for the purpose of analysis. Comment: Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.

This appraisal is developed on the premise of the following hypothetical conditions:

- This appraisal employs hypothetical conditions with respect to the retrospective date of the analysis. In a retrospective analysis, evaluation is based on what was perceived by the market and its' participants as opposed to what actually transpired. The projected income levels for the "coming year" are known to be false given actual data is currently available. Our projection is based on the perceived market as of the reported retrospective date(s).

Respectfully,

**Jason Ribelin | Senior Director**
Texas Certified General TX 1380338 G
jribelin@apprise.us
405-517-6917

**John Jordan | Managing Director**
Texas Managing Director TX 1321156 G
jjordan@apprise.us
214-693-4419

App. 462



# Table of Contents

Executive Summary ................................................................................................................ 5

Introduction ................................................................................................................ 6

Regional Map ................................................................................................................ 9

Neighborhood Map ................................................................................................................ 10

Taxes ................................................................................................................ 11

Market Analysis ................................................................................................................ 13

Highest and Best Use ................................................................................................................ 21

Income ................................................................................................................ 23

Reconciliation ................................................................................................................ 45

Certification ................................................................................................................ 46

Addenda ................................................................................................................ 47

    Addendum A ................................................................................ Assignment Conditions

    Addendum B ................................................................................ Glossary

    Addendum C ................................................................................ Photographs

    Addendum D ................................................................................ Site Maps

    Addendum E ................................................................................ Sales

    Addendum F ................................................................................ Rents

    Addendum G ................................................................................ Rent Roll

    Addendum H ................................................................................ Income Statements

    Addendum I ................................................................................ Letter Of Engagement

    Addendum J ................................................................................ Appraiser Qualifications

App. 463

# Executive Summary

| Assignment | |
| --- | --- |
| Report Type | Appraisal Report |
| Report Date | May 15, 2023 |
| Client | Southern Properties Capital, Ltd. |
| Date of Inspection | November 21, 2022 |

| Property | |
| --- | --- |
| Property Type | Market-Rate Apartment Complex |
| Property Name | Bellwether Ridge |
| Address | 841 S Polk St Desoto TX 75115-7500 |
| School District | DeSoto Independent School District |
| Investment Class | A |

| Economics | |
| --- | --- |
| Current Occupancy | 94.7% |
| Stabilized Occupancy | 94.0% |
| In-Place Contract Rent | $1,583/Mo. ($1.71/SF) |
| Mkt. Concluded Rent. | $1,649/Mo. ($1.76/SF) |
| Stabilized NOI | $1,514,708 |
| Current Mkt. Cap Rate | 4.85% |

| Market Sale | |
| --- | --- |
| Typical Buyer Profile | National And Regional Investor |
| Exposure Time | Six Months Or Less |
| Marketing Time | Six Months Or Less |

| Site | |
| --- | --- |
| Net Primary Site Area | 7.389 Acres; 321,868 SF |
| Primary Site Shape | Irregular |
| Number of Parcels | 2 |
| Excess Land Area | - |
| Topography | Generally Level |
| Zoning | PD-74 |
| Parking | 260 Spaces |

| Improvements | |
| --- | --- |
| Status | Existing |
| Year Built | 2019 |
| Year Renovated | |
| Pending CapEx | N/A |
| Gross Building Area | 167,717 SF |
| Net Rentable Area | 140,511 SF |
| Number of Units | 150 Units |
| Average Unit Size | 937 SF |
| One-Bedroom Units | 84 |
| Two-Bedroom Units | 66 |
| Density | 20 |
| Land-to-Building Ratio | 1.92:1 |
| Total Buildings | 10 |
| Residential Buildings | 9 |
| Non Residential Buildings | 1 |
| Stories | 1 - 3 |
| Construction Frame Type | Wood |
| Building Type | Garden |
| Construction Class | D |
| Exterior Walls | Brick |
| Roof Type | Gable |
| Roof Surface | Composite Shingle |
| Construction Quality | Average |
| Condition | Average-Good |
| Economic Life | 50 Years |
| Effective Age | 3 Years |
| Remain. Economic Life | 47 Years |

| Value Conclusions | As Is |
| --- | --- |
| Interest | Leased Fee |
| Date | February 21, 2023 |
| Sales Comparison Approach | N/A |
| Income Capitalization Approach | $31,200,000 |
| **Final Conclusions** | **$31,200,000** |
| $/Unit | $208,000 |

App. 464

# Introduction

## The Property

### Identification

- Physical Address: 841 S Polk St Desoto TX 75115-7500
- Legal Description: See Survey in Addendum
- Tax Assessor's Parcel ID: 200547500A1A1A000; 200547500A3A1A000

### Ownership History

The subject title is currently recorded in the name of D4DS, LLC who acquired title to the property from DeSoto Development, LLC on October 24, 2017 as vacant land and constructed the current improvements.

### Three-Year Sales History

Research of the applicable public records, private data services and an interview of the current owner and/or broker revealed that the subject property has not transferred during the past three years of the effective date of value stated in this report.

### Subject Sales Status

According to documentation provided by the client, on October 18, 2022, the Court entered an Order Appointing Receiver by which Cortney C. Thomas was appointed as Receiver for the subject property. According to the Receiver's Motion for Appointment,

"After the Receiver's appointment, he consulted multiple industry professionals and brokers regarding the potential value of the Property and three other similar projects (Parc at Windmill Farms in Forney, the Parc at Ingleside outside of Corpus Christi, and the Parc at Opelika in Alabama) that involve both HUD loans serviced by Greystone and additional loans from Southern Properties to JMJ. Due to the uncertainty surrounding the outstanding dispute with Southern Properties, the Receiver ultimately was unable to reach agreement to engage the brokers, who expressed unease in marketing the properties due to Southern Properties' ownership claims.

Despite difficulties listing the Property with a broker, the Receiver communicated with dozens of potential interested purchasers. Pursuant to the Receivership Order and in accordance with the Administrative Order, the Receiver negotiated with these potential buyers. While most of the potential purchasers ultimately were unwilling to submit offers on the Property, the Receiver obtained multiple offers on the Property, the highest of which was a letter of intent submitted by Palmetto Capital Partners, LLC—on behalf of a joint venture (Polk Street 2023, LLC) between Palmetto and i3 Interests LLC (collectively, "Palmetto/i3")—on November 30, 2023 at a purchase price of $27,000,000.

During the following months, the Receiver and Palmetto/i3 engaged in protracted negotiations regarding the purchase and sale agreements for the Property and one other related property. During this time, the Receiver continued to communicate with other potential interested purchasers, none of whom provided higher offers than that received from Palmetto/i3. Finally, on February 21, 2023 the Receiver and Palmetto/i3 entered into a Purchase and Sale Agreement, whereby the Receiver agreed, subject to Court approval and certain other contingencies outlined below, to sell the Property to Palmetto/i3, which will assume the existing HUD loan, for a total of $27,000,000."

Based upon our analysis herein, it appears that the subject's market value was notably higher as of February 21, 2023.

## Identification of the problem

This is a Restricted Appraisal Report which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(c) of the Uniform Standards of Professional Appraisal Practice (USPAP) for a Restricted Appraisal Report. As such, it presents minimal to no discussion of the data, reasoning, and analyses that were used in the appraisal process to develop the appraiser's opinion of value. Supporting documentation concerning the data, reasoning, and analyses is retained in the appraiser's file(s). The depth of discussion contained in this report is specific to the needs of the client and for the intended use stated above. The appraisers are not responsible for unauthorized use of this report.

App. 465

## Scope of Work

In order to develop the opinion of value, Apprise employed the relevant and commonly accepted appraisal methods and principles to derive a credible value conclusion. The appraiser(s) thoroughly performed an appraisal process, as set forth in Standard 1 by the Uniform Standards of Appraisal Practice. The scope of the assignment relates to the manner and extent to which research is conducted, data is accumulated, and analysis is conducted. In preparing this appraisal, the appraisers did the following:

- Researched the local area for comparable market data; utilized multiple data sources including but not limited to: CoStar, LoopNet, RCA, REIS Reports, area brokers, buyers and sellers, as well as the appraiser's internal database
- Interviewed local property owners, managers, brokers, buyers and sellers, and other various market participants familiar with competitive area real estate
- Obtained various information from surrounding jurisdictions and reporting entities regarding comparable data, demographics, zoning, property taxes, deed history, flood zones, utilities, transit, planned developments, income and expense data, etc.
- Most of the subject and market information is contained within our previous appraisal of the subject property completed at Colliers International and dated December 9, 2022.
- Estimated the Retrospective market value using the Income Approach. We have not provided the narrative discussion of a Sales Comparison Approach; although, we presented the sales in the addendum. These sales have been utilized as a check of reasonableness of the value conclusion and in order to derive a reasonable capitalization rate. A traditional Cost Approach was not utilized. Please see the Appraisal Process section of this report for additional discussion and explanation of the various approaches to value.

Please refer to the assignment conditions section for the basic and extraordinary assumptions, as well as the limiting and hypothetical conditions upon which our value conclusions are made.

## Intended User

The intended user of the appraisal is Southern Properties Capital, Ltd., its successor, and assigns; Client agrees that this Restricted Report is solely for the use and benefit of Client. Although, the client is authorized to provide a copy in its entirety to Shamoun & Norman, LLP (legal counsel for client) and the Northern District of Texas (Dallas, TX division; regarding Case No. 3:22-cv-2118-X) as additional intended users. No other users are intended or authorized by Apprise, and no other parties should use or rely on this Restricted Report or any content in the report.

## Intended Use

This restricted report is prepared to estimate the "As Is" Market Value as of February 21, 2023, the date that the court appointed Receiver and Palmetto/i3 entered into a Purchase and Sale Agreement. The report is not intended or authorized for any other use.

## Type and Definition of Value

The type of value analyzed in this Retrospective appraisal is market value at highest and best use as of February 21, 2023. The definition of value employed in this report is Market Value as defined in 12 CFR - Part 34.42 (FIRREA), Department of the Treasury, Office of the Comptroller of the Currency. Market Value means: the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- Buyer and seller are typically motivated;
- Both parties are well informed or well advised, and acting in what they consider their own best interests;
- A reasonable time is allowed for exposure in the open market;
- Payment is made in terms of cash in US dollars or in terms of financial arrangements comparable thereto; and
- The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

### Retrospective Value

According to the Dictionary of Real Estate Appraisal (Fifth Edition, 2011), published by the Appraisal Institute, retrospective value opinion is defined as, "A value opinion effective as of a specified historical date." In this case, we are providing the retrospective market value as of February 21, 2023 ("As Is").

App. 466

## Interest Appraised

This report and market value conclusions analyze the Leased Fee interest of the subject property with the following dates of value:

- As Is Leased Fee February 21, 2023

The Leased Fee interest is defined by the Dictionary of Real Estate Appraisal as follows:

- A freehold (ownership interest) where the possessory interest has been granted to another party by creation of a contractual landlord-tenant relationship (i.e., a lease).

## Market Time & Exposure Period

Marketing Time is opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal.

Exposure Period is the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.

### EXPOSURE & MARKETING TIME

| SOURCE | | YEAR/QUARTER | MONTHS RANGE | | | AVERAGE |
|---|---|---|---|---|---|---|
| National Apartment | PwC | | | | | |
| Current Quarter | | 2022 Q4 | 1.0 | to | 12.0 | 4.6 |
| Last Quarter | | 2022 Q3 | 1.0 | to | 12.0 | 4.3 |
| Four Quarters Ago | | 2021 Q4 | 1.0 | to | 12.0 | 4.2 |
| Southeast Region Apartment | PwC | | | | | |
| Current Quarter | | 2022 Q4 | 3.0 | to | 6.0 | 3.9 |
| Last Quarter | | 2022 Q3 | 1.0 | to | 6.0 | 3.4 |
| Four Quarters Ago | | 2021 Q4 | 1.0 | to | 6.0 | 4.2 |
| **OVERALL AVERAGE** | | | | | | **4.3** |
| Exposure Period Conclusion | | | | | | Six Months or Less |
| Marketing Time Conclusion | | | | | | Six Months or Less |

App. 467

# Regional Map



App. 468

# Neighborhood Map

Geophy neighborhoods are individual or combinations of adjacent census block groups that have similar demographic and economic characteristics that influence value: social, economic, governmental, and environmental factors. The following map illustrates the subject's location and surrounding area as well as the subject neighborhood and specific boundaries. The neighborhoods are ranked and assigned a rating of A, B, C, and D relative to the demographic and economic characteristics inclusive of rental data when available and proximity to amenities and employment.



The economic borders of the subject's neighborhood are shown on the map above. Uses within the subject's neighborhood are generally characterized as 2000's, multifamily buildings of low-to moderate-density and reflecting average maintenance levels. Supporting retail uses are generally along I-34E and South Hampton Road. The subject's neighborhood rating is B.

App. 469

# Taxes

Assessment of real property is established by an assessor that is an appointed or elected official charged with determining the value of each property. The assessment is used to determine the necessary rate of taxation required to support the municipal budget. A property tax is a levy on the value of property that the owner is required to pay to the municipality in which it is situated. Multiple jurisdictions may tax the same property. The subject property is located within Dallas County. The 2022 assessed value and property tax for 2022 is summarized in the following table.

## ASSESSMENT & TAXES

| Tax Year | 2022 | | | | 2022 Tax Rate | $2.519399 |
|---|---|---|---|---|---|---|
| Tax Rate Area | Dallas County | | | | Taxes Current | Yes |
| **APN** | **LAND** | **IMPV** | **TOTAL** | **EXEMPTIONS** | **TAXABLE** | **BASE TAX** |
| 200547500A1A1A000 | $426,890 | $27,081,270 | $27,508,160 | $0 | $27,508,160 | $693,040 |
| 200547500A3A1A000 | $216,840 | $0 | $216,840 | $0 | $216,840 | $5,463 |
| **Totals** | **$643,730** | **$27,081,270** | **$27,725,000** | **$0** | **$27,725,000** | **$698,503** |
| **Totals/Unit** | **$2,367** | **$99,563** | | | **$101,930** | **$2,568** |
| **Total/SF (NRA)** | **$2.30** | **$96.84** | | | **$99.14** | **$2.50** |

Source: Dallas County Assessment & Taxation

In Texas, the amount of tax is determined by the product of the tax rate and the assessed valuation of the property. The tax rate is set each year by the governing bodies of local taxing entities such as county commissioners, school boards, cities and special districts, usually in October. It includes multiple individual charges for flood, schools, hospitals, utilities, and general city and county levies. The assessed valuation of each piece of property is set by the county assessor according to state statutory guidelines. The subject's 2022 tax burden based upon the 2022 assessment and 2022 tax rates is detailed as follows:

## 2022 TAX BURDEN

| Jurisdiction | Assessed Value | Tax Rate/$100 | Estimated Taxes |
|---|---|---|---|
| City of Desoto | $27,725,000 | $0.691554 | $191,733.35 |
| Desoto ISD | $27,725,000 | $1.258200 | $348,835.95 |
| Dallas County | $27,725,000 | $0.217946 | $60,425.53 |
| Dallas College | $27,725,000 | $0.115899 | $32,133.00 |
| Parkland Hospital | $27,725,000 | $0.235800 | $65,375.55 |
| **Total** | **$27,725,000** | **$2.519399** | **$698,503.37** |

The chart below details the subject's tax assessment history:

## SUBJECT HISTORICAL TAX ASSESSMENTS

| Tax Year | Taxable | % Δ |
|---|---|---|
| 2019 | $8,143,730 | - |
| 2020 | $18,383,960 | 126% |
| 2021 | $23,273,830 | 27% |
| 2022 | $27,725,000 | 19% |

Source: Dallas County Assessment & Taxation

The State of Texas is a non-disclosure state, meaning that the sales price of a property does not have to be revealed to the public. Therefore, property taxes are not automatically increased to the sales price of the property. Additionally, the Texas Constitution requires that taxation of properties must be "equal and uniform." Therefore, the assessment for a property must be similar to comparable properties in the area. Based upon our research of sales that have occurred in Dallas County over the last several years, reassessments for properties that recently sold can range anywhere between 60% and 100%+ of the purchase price depending on location and quality class. Typically, reassessments for Class A properties fall towards the upper end of the range while Class B/C fall towards the lower end of the range. In addition, the increases are not consistent and will depend on if the appraisal district discovers the purchase price and the assessments of other properties in the area. Therefore, projecting a stabilized assessment solely on percentage of purchase price is not appropriate in Dallas County. Therefore, the taxes comparables were also relied upon.

App. 470

## TAX COMPARABLES

To determine if the assessment and taxes on the subject property are reasonable, we considered historical information, as well as information from similar properties in the market. They are illustrated in the table below.

| TAX COMPARABLES | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | SUBJECT | COMP 1 | COMP 2 | COMP 3 | COMP 4 | COMP 5 | LOW | HIGH | AVG |
| Property Name | Bellwether Ridge | Abigail | Beacon on Westmoreland | Desoto Ranch | Legacy of Cedar Hill | Bella Ruscello | - | - | - |
| City, State | Desoto, TX | Desoto, TX | Desoto, TX | Desoto, TX | Cedar Hill, TX | Duncanville, TX | - | - | - |
| Year Built | 2019 | 2007 | 2021 | 2002 | 2003 | 2007 | 2002 | 2021 | 2008 |
| Units | 150 | 198 | 194 | 248 | 600 | 216 | 194 | 600 | 291 |
| NRA | 140,511 | 199,106 | 154,724 | 246,257 | 572,636 | 173,922 | 154,724 | 572,636 | 269,329 |
| 2022 Assessed $ | $27,508,160 | $35,900,000 | $34,518,520 | $42,850,000 | $100,200,000 | $25,129,630 | $25,129,630 | $100,200,000 | $47,719,630 |
| 2022 Assessed $/Unit | $183,388 | $181,313 | $177,931 | $172,782 | $167,000 | $116,341 | $116,341 | $181,313 | $163,073 |
| 2022 Assessed $/SF | $195.77 | $180.31 | $223.10 | $174.01 | $174.98 | $144.49 | $144.49 | $223.10 | $179.38 |

The comparable properties reflect 2022 tax assessments ranging from $116,341 to $181,313 per unit with an average of $163,073 per unit.  On a per square foot basis, the comparables range from $144.49 to $223.10 per square foot with an average of $179.38 per square foot.  The Subject's 2022 assessment falls above the range of the tax comparables on a per unit basis and towards the upper end of the range on a per square foot basis.  Overall, it appears that the subject's current assessment is at the upper end or slightly above market.

During 2022, rents continued to increase but capitalization rates began to rise during the second half of the year due to rising interest rates.  Given the significant value increases over the last several years and assessment values being below true market value, it is reasonable to assume that the appraisal district will continue to increase assessments across the board in 2023. Given this, we have increased the subject's assessment by 3% in anticipation of market wide increases in 2023 which is further supported by the historical trends.  We note that our projected value to assessment ratio is 92%.  If the subject's assessment were to be increased above the tax comparables, the subject's assessment could be protested on an "equal and uniform" basis assuming assessments weren't increased across the board.  Overall, we have taken into consideration the future risk in taxes increasing in our capitalization rate selection.  The estimated stabilized taxes are detailed in the chart below:

### ESTIMATED STABILIZED TAXES

| | | |
|---|---|---|
| | As Is Value | $31,200,000 |
| | Estimated Assessed Value | $28,556,750 |
| | Estimated Assessed Value Per Unit | $104,988 |
| | Estimated Assessed Value Per SF | $102.12 |
| | % of As Is Value | 92% |
| x | Current Millage Rate | $2.519399 |
| = | Stabilized Taxes Estimate (rounded) | $719,458 |
| | Stabilized Taxes/Unit | $2,645 |

App. 471

# Market Analysis

## Overview

A variety of factors influence the performance of a property in the market. In this section, we provide an in-depth analysis of both the market in which the subject property competes and its position within that market. Demographic comparisons are made to larger study areas such as the CBSA, state and U.S. to place the historical and prospective performance of the subject trade area in context.

## Dallas-Plano-Irving Market & Southern Dallas County Submarket

The property being appraised lies within the incorporated city limits of Forney. This places the property in what RealPage defines as the Dallas-Plano-Irving apartment market and Southern Dallas County submarket – the Dallas-Plano-Irving, Texas MSA. Following is a discussion of the historical, current, and forecasted apartment market conditions in the Dallas-Plano-Irving apartment market, along with the subject submarket and specific competitive apartment projects that significantly impact the property being appraised. The data is extracted from the 4Q 2022 Dallas-Plano-Irving, Texas Market Performance Summary report published by RealPage.



App. 472

# Dallas-Plano-Irving, TX

## Apartment Performance

Effective rent decreased 0.9% from $1,581 in 3Q22 to $1,572 in 4Q22, which resulted in an annual growth rate of 8.8%. Annual effective rent growth is forecast to be 3.9% in 2023, and average 3.7% from 2024 to 2026. Annual effective rent growth has averaged 2.9% since 2Q96.

The market's annual rent growth rate was above the national average of 6.6%. Out of the 150 markets ranked by RealPage nationally, Dallas-Plano-Irving, TX was 90th for quarterly effective rent growth, and 36th for annual effective rent growth for 4Q22.

The market's occupancy rate decreased from 95.2% in 3Q22 to 94.3% in 4Q22, and was down from 97.2% a year ago. The market's occupancy rate was below the national average of 95.3% in 4Q22. For the forecast period, the market's occupancy rate is expected to be 94.7% in 2023, and average 93.1% from 2024 to 2026. The market's occupancy rate has averaged 93.8% since 2Q96.

## Market Survey Results and Forecasts

| | Sequential | | | | Month | Annual | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q22 | 2Q22 | 3Q22 | 4Q22 | Dec-22 | 2020 | 2021 | 2022 | 2023F | 2024F | 2025F | 2026F |
| **Effective Rent Per Unit** | $1,485 | $1,538 | $1,586 | $1,572 | $1,569 | $1,251 | $1,350 | $1,545 | $1,612 | $1,667 | $1,723 | $1,790 |
| Per Sq. Ft | $1.69 | $1.74 | $1.80 | $1.78 | $1.77 | $1.43 | $1.54 | $1.75 | $1.83 | $1.89 | $1.95 | $2.03 |
| Effective Rent Growth - Annually | 18.7% | 17.9% | 13.7% | 8.8% | 7.4% | -1.3% | 16.6% | 8.8% | 3.9% | 3.3% | 3.5% | 4.2% |
| Effective Rent Growth - Quarterly | 2.7% | 3.6% | 3.1% | -0.9% | | | | | | | | |
| **Occupancy Rate** | 97.3% | 96.2% | 95.1% | 94.3% | 94.0% | 94.1% | 95.5% | 95.7% | 94.9% | 93.8% | 93.3% | 93.1% |
| Occupancy Change - Annually | 3.5% | 1.2% | -1.5% | -2.9% | -3.2% | -0.6% | 3.1% | -2.9% | 0.4% | -1.5% | -0.1% | -0.4% |
| Occupancy Change - Quarterly | 0.2% | -1.2% | -1.1% | -0.9% | | | | | | | | |
| **Economic Concessions** | | | | | | | | | | | | |
| Concession Value | $79.00 | $77.00 | $66.00 | $52.00 | $93.00 | $50.50 | $66.00 | $68.50 | | | | |
| As a % of Asking Rent | 5.5% | 5.2% | 4.3% | 3.3% | 5.9% | 4.1% | 5.0% | 4.5% | | | | |

## Market Rank

| 4Q22 | Market | National | Rank | | 4Q22 Annual Results | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Effective Rent Per Unit** | $1,572 | $1,777 | 60 | **By Bedroom Type** | % | Area | Occ | ERG | Erent | ERSF |
| Effective Rent Growth - Annually | 8.8% | 6.6% | 32 | Studio/One bedroom | 57.7% | 722 | 94.3% | 8.6% | $1,377 | $1.91 |
| Effective Rent Growth - Quarterly | -0.9% | -1.0% | 89 | Two bedroom | 37.4% | 1,066 | 94.4% | 8.7% | $1,768 | $1.66 |
| **Occupancy Rate** | 94.3% | 95.2% | 127 | Three + bedrooms | 4.9% | 1,367 | 94.5% | 9.2% | $2,140 | $1.57 |
| Occupancy change - Annually | -2.9% | -2.3% | 118 | **By Year Built** | | | | | | |
| Occupancy change - Quarterly | -0.9% | -0.7% | 109 | <= 1980 | 10.8% | 823 | 95.8% | 13.1% | $1,244 | $1.51 |
| **Concession Value** | $52.00 | $81.00 | 62 | 1981-1990 | 13.8% | 796 | 94.8% | 12.5% | $1,287 | $1.62 |
| **Build Average** | 1997 | 1994 | 48 | 1991-2000 | 18.4% | 872 | 94.2% | 9.3% | $1,453 | $1.67 |
| *Ranking based on Top 150 Markets | | | | 2001-2010 | 25.6% | 908 | 93.8% | 7.5% | $1,576 | $1.74 |
| | | | | 2011-Current | 31.4% | 925 | 94.3% | 7.2% | $1,840 | $1.99 |



### Annual Effective Rent Growth



### Annual Occupancy Rate

App. 473

# Dallas-Plano-Irving, TX

## Demand and Supply

According to the Bureau of Labor Statistics, job growth in Dallas-Plano-Irving, TX was 6.8% in November 2022, reflecting 194,100 jobs added during a 12-month period. The metro job growth figure was above the national number of 3.2%.

RealPage forecasts Dallas-Plano-Irving, TX's job growth to be 1.6% in 2023, with 47,529 jobs added. Job growth is expected to average 1.2% from 2024 to 2026, with an average of 36,248 jobs added each year.

On the supply side, permits for 22,098 multifamily units were issued in the 12 months ending in November 2022, up 3,620 units from the prior year's sum. In terms of total residential housing, 54,420 units were permitted in the 12 months ending November 2022, a decrease of -1,573 units from the prior year's total.

## Market Employment and Permitting

| | Annual | | | November-22 | | Annual Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | Market | National | 2022 | 2023F | 2024F | 2025F | 2026F |
| Employment (000s) | 2,698.3 | 2,618.1 | 2,750.6 | 3,055.8 | 154,990.0 | 2,954.6 | 3,002.1 | 3,035.7 | 3,077.6 | 3,110.9 |
| Job Gain (000s) | 73.1 | (80.2) | 132.5 | 194.1 | 4,780.0 | 204.0 | 47.5 | 33.6 | 41.9 | 33.3 |
| Job Growth (%) | 2.8% | -3.0% | 5.1% | 6.8% | 3.2% | 7.4% | 1.6% | 1.1% | 1.4% | 1.1% |
| Total Residential Permitting | 43,467 | 42,765 | 55,993 | 54,420 | 1,319,575 | 54,636 | 46,637 | 49,141 | 50,476 | 51,906 |
| Relative Change | -8.8% | -1.6% | 30.9% | -4.4% | 2.0% | -2.4% | -14.6% | 5.4% | 2.7% | 2.8% |
| Single Family Units Permitted | 25,586 | 31,731 | 37,114 | 31,517 | 748,367 | | | | | |
| Relative Change | -3.3% | 24.0% | 17.0% | -16.9% | -8.3% | | | | | |
| Multifamily Units Permitted | 17,434 | 10,343 | 18,478 | 22,098 | 533,860 | | | | | |
| Relative Change | -15.2% | -40.7% | 78.7% | 18.6% | 20.4% | | | | | |
| Multifamily as a % of Total | 40.1% | 24.2% | 33.0% | 40.6% | 40.5% | | | | | |
| Demand/Supply Ratio | | | | | | | | | | |
| Job Gain / Total Residential Units Permitted | 1.5 | (1.8) | 3.1 | 3.4 | 3.7 | 3.6 | 0.9 | 0.7 | 0.9 | 0.7 |
| Job Gain / Single Family Units Permitted | 2.8 | (3.1) | 4.2 | 5.1 | 5.9 | | | | | |
| Job Gain / Multifamily Units Permitted | 3.6 | (4.6) | 12.8 | 10.4 | 10.8 | | | | | |

## Multifamily Absorption and Supply

| | Annual | | | 4Q22 | | Annual Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | Market | National | 2022 | 2023F | 2024F | 2025F | 2026F |
| Total Units Absorbed | 20,761 | 13,773 | 38,170 | (4,614) | (103,485) | (4,614) | 28,058 | 12,881 | 15,865 | 11,999 |
| New Supply | 20,041 | 19,528 | 20,541 | 16,214 | 345,685 | 16,214 | 26,790 | 24,292 | 17,798 | 16,123 |
| Inventory Growth | 3.2% | 3.1% | 3.1% | 2.3% | 1.8% | 2.3% | 4.0% | 3.5% | 2.5% | 2.2% |

### Annual Employment Growth



### MF Supply and Inventory Growth



App. 474

# Dallas-Plano-Irving, TX

## Demand and Supply

Dallas-Plano-Irving, TX's two largest job sectors are the Professional and Business Services sector (20.8% of employment), followed by the Trade, Transportation, and Utilities sector (20.4% of employment). The Professional and Business Services sector gained 43,400 jobs during the 12 months ending November 2022, constituting job growth of 7.3%. The Trade, Transportation, and Utilities sector grew 28,000 jobs during the same period; a 4.7% growth rate.

### Market Employment by Industry

| Employment (000s) | Total Employment | | | | Annual | | Percent of | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2019 | 2020 | Nov21 | Nov22 | Absolute | %Change | Metro | US | LQ |
| Mining, Logging, and/or Construction* | 149.5 | 146.1 | 147.1 | 160.6 | 13.50 | 9.2% | 5.3% | | |
| Manufacturing | 186.6 | 181.1 | 186.4 | 201.4 | 15.00 | 8.0% | 6.6% | 8.3% | 0.79 |
| Trade, Transportation, and Utilities | 530.8 | 532.4 | 595.5 | 623.5 | 28.00 | 4.7% | 20.4% | 18.9% | 1.08 |
| Information | 71.4 | 69.3 | 74.8 | 77.5 | 2.70 | 3.6% | 2.5% | 2.0% | 1.28 |
| Financial Activities | 250.6 | 256.9 | 277.2 | 300.9 | 23.70 | 8.5% | 9.8% | 5.8% | 1.69 |
| Professional and Business Services | 518.8 | 511.2 | 593.5 | 636.9 | 43.40 | 7.3% | 20.8% | 14.6% | 1.42 |
| Education & Health Services | 321.6 | 310.5 | 328.2 | 350.3 | 22.10 | 6.7% | 11.5% | 16.2% | 0.71 |
| Leisure and Hospitality | 271.7 | 225.1 | 258.7 | 290.8 | 32.10 | 12.4% | 9.5% | 10.2% | 0.93 |
| Other Services | 86.6 | 76.0 | 85.0 | 94.3 | 9.30 | 10.9% | 3.1% | 3.7% | 0.83 |
| Government | 310.7 | 309.6 | 315.3 | 319.6 | 4.30 | 1.4% | 10.5% | 14.8% | 0.71 |
| Nonfarm | 2,698.3 | 2,618.1 | 2,861.7 | 3,055.8 | 194.10 | 6.8% | | | |

\* Employment may be duplicated due to BLS grouping

Dallas-Plano-Irving, TX's 2021 population of 5,217,380 was an increase of 45,446, 0.9% from the previous year, above the national population change of 0.7%, according to the U.S. Census Bureau.

The median price for existing single family homes in Dallas-Plano-Irving, TX was $390,100 in 3Q22, according to the National Association of Realtors, 13.0% more than the previous year. According to the U.S. Department of Housing and Urban Development, the market's median family income was $97,400, an increase of 9.4% from the prior year.

When combining median home price, median family income, interest rate, and the loan-to-price ratio into the housing affordability index, Dallas-Plano-Irving, TX ranks as the 69th most affordable single family market out of the 169 markets measured nationwide.

### Housing Affordability

| | Annual | | 3Q22 |
| --- | --- | --- | --- |
| | 2021 | 2022 | |
| Housing Affordability Index | 160 | 158 | 101 |
| Median Existing Home Price (000s) | $350.0 | | $390.1 |
| Relative Change | 17.9% | | 13.0% |
| Median Family Income (HUD,000s) | $89.0 | | $97.4 |
| Relative Change | 3.2% | | 9.4% |
| Effective Mortgage Rate (%) | 2.9 | | 6.6 |
| Loan to Price Ratio | 80.0 | | 80.0 |

### Population

| | Annual | | | |
| --- | --- | --- | --- | --- |
| | 2018 | 2019 | 2020 | 2021 |
| Total Population (000s) | 4,997 | 5,082 | 5,172 | 5,217 |
| Relative Change | 1.7% | 1.7% | 1.8% | 0.9% |
| Absolute Change | 82,550 | 85,107 | 89,992 | 45,446 |
| US Relative Change | 0.5% | 0.5% | 0.4% | 0.7% |
| Metro > US Ratio | 3.2 | 3.6 | 4.7 | 1.2 |

| | 2013 | | |
| --- | --- | --- | --- |
| | Metro | US | Metro>US |
| Total Household Income | $57,585 | $52,250 | 1.10 |
| Householder under 25 years | $29,756 | $25,391 | 1.17 |
| Householder 25 to 44 years | $57,822 | $56,987 | 1.01 |
| Householder 45 to 64 years | $71,358 | $63,474 | 1.12 |
| Householder 65 years and older | $42,121 | $37,847 | 1.11 |

| | Annual | | | |
| --- | --- | --- | --- | --- |
| | 2018 | 2019 | 2020 | 2021 |
| Total Migration | 46,046 | 49,315 | 56,186 | 44,317 |
| As % of pop growth | 55.8% | 57.9% | 62.4% | 97.5% |
| International Migration | 16,150 | 15,177 | 12,974 | 6,790 |
| % of change | 19.6% | 17.8% | 14.4% | 14.9% |
| Domestic Migration | 29,896 | 34,138 | 43,212 | 37,527 |
| % of change | 36.2% | 40.1% | 48.0% | 82.6% |

App. 475

# Dallas-Plano-Irving, TX

## Identified Supply

As of January 12, 2023, RealPage has identified 16,214 apartment units scheduled for delivery in 2022, which all units have been delivered. As a comparison, there were 20,192 apartment units delivered in 2021. Properties delivered to the market in the last 12 months have achieved an average asking rent of $2,409 per unit, or $2.30 per square foot. Effective rent has averaged $2,293, or $2.19 per square foot, resulting in an average concession value of $240.48. As a comparison, existing properties in the market had an average asking rent of $1,578 per unit ($1.79 per square foot) and an average effective rent of $1,572 per unit, or $1.78 per square foot, in 4Q22. Concessions for existing properties averaged $52.00.

## Submarket Delivery Schedule

| | Pipeline Delivery Schedule | | | | Pipeline Lease Up Trend | | | | | |
| | | | | | Units Absorbed | | Asking Rent | | Effective Rent | |
| Top Submarkets | 2020 | 2021 | 2022 | Total | Totals | PPM | Per Unit | PSF | Per Unit | PSF |
|---|---|---|---|---|---|---|---|---|---|---|
| Allen/McKinney | 1,247 | 2,871 | 2,227 | 6,345 | 793 | 6 | $1,972 | $1.81 | $1,940 | $1.78 |
| Denton | 291 | 1,448 | 1,274 | 3,013 | 602 | 11 | $1,916 | $1.69 | $1,874 | $1.65 |
| Frisco | 2,329 | 1,838 | 4,090 | 8,257 | 1,899 | 15 | $2,035 | $1.96 | $1,949 | $1.87 |
| Grand Prairie | 699 | 694 | 1,639 | 3,032 | 1,003 | 17 | $1,833 | $2.00 | $1,750 | $1.90 |
| Intown Dallas | 1,534 | 1,553 | 1,193 | 4,280 | 903 | 13 | $3,667 | $3.43 | $3,477 | $3.25 |
| Other | 13,428 | 11,788 | 5,791 | 31,007 | 3,459 | 10 | $2,632 | $2.52 | $2,478 | $2.38 |
| **Dallas-Plano-Irving, TX** | **19,528** | **20,192** | **16,214** | **55,934** | **8,659** | **11** | **$2,409** | **$2.30** | **$2,293** | **$2.19** |

*Based on 2022 deliveries                    *Trend based on a trailing 12 month period

### Identified Unit Deliveries



### Lease Up Performance



## Top 10 Market Deliveries

| | Pipeline Delivery Schedule | | | | Pipeline Lease Up Trend | | | | | |
| | | | | | Units Absorbed | | Asking Rent | | Effective Rent | |
| Market | 2020 | 2021 | 2022 | Total | Totals | PPM | Per Unit | Per Ft. | Per Unit | Per Ft. |
|---|---|---|---|---|---|---|---|---|---|---|
| Dallas-Plano-Irving, TX | 19,528 | 20,192 | 16,214 | 55,934 | 8,659 | 11 | $2,409 | $2.30 | $2,293 | $2.19 |
| Houston-The Woodlands-Sugar Land, TX | 18,793 | 16,812 | 14,970 | 50,575 | 10,931 | 14 | $2,126 | $2.03 | $1,983 | $1.89 |
| Phoenix-Mesa-Scottsdale, AZ | 8,758 | 9,858 | 14,434 | 33,050 | 7,669 | 11 | $2,138 | $2.24 | $2,060 | $2.15 |
| Austin-Round Rock, TX | 10,414 | 10,568 | 13,853 | 34,835 | 8,876 | 16 | $2,187 | $2.28 | $2,087 | $2.17 |
| Washington-Arlington-Alexandria, DC-VA-MD-WV | 13,541 | 11,913 | 13,075 | 38,529 | 8,860 | 12 | $2,800 | $3.32 | $2,530 | $3.00 |
| New York-White Plains, NY | 6,052 | 3,493 | 12,437 | 21,982 | 602 | 2 | $3,936 | $4.73 | $3,755 | $4.50 |
| Atlanta-Sandy Springs-Roswell, GA | 13,060 | 8,881 | 11,378 | 33,319 | 6,103 | 13 | $2,172 | $2.13 | $2,069 | $2.03 |
| Newark-Jersey City, NJ-PA | 7,886 | 12,720 | 11,138 | 31,744 | 5,425 | 5 | $2,590 | $3.04 | $2,484 | $2.91 |
| Seattle-Bellevue-Everett, WA | 6,895 | 7,651 | 9,991 | 24,537 | 3,435 | 6 | $2,602 | $3.58 | $2,450 | $3.37 |
| Minneapolis-St. Paul-Bloomington, MN-WI | 8,008 | 9,312 | 9,123 | 26,443 | 3,099 | 2 | $1,990 | $2.32 | $1,881 | $2.18 |
| **National** | **351,347** | **339,799** | **349,015** | **1,040,16** | **185,590** | **8** | **$2,264** | **$2.51** | **$2,159** | **$2.39** |

*Based on 2022 deliveries                    *Trend based on a trailing 12 month period

App. 476

## Dallas-Plano-Irving, TX

## Annual Submarket Rankings

### Effective Rent Growth Ranking

| Submarket | Rank | 4Q22 | LTA* | Forecast 2022 | Forecast 2023-2026 |
|---|---|---|---|---|---|
| Hunt County | 1 | 17.2% | 3.3% | 17.2% | 5.0% |
| Northwest Dallas | 2 | 16.0% | 3.5% | 16.0% | 5.9% |
| Southeast Dallas | 3 | 15.4% | 3.8% | 15.4% | 6.0% |
| Kaufman County | 4 | 14.8% | 3.3% | 14.8% | 4.3% |
| Mesquite | 5 | 12.9% | 3.3% | 12.9% | 5.6% |
| Denton | 6 | 12.9% | 3.2% | 12.9% | 5.1% |
| Far East Dallas | 7 | 12.6% | 3.2% | 12.6% | 6.0% |
| South Irving | 8 | 12.3% | 3.4% | 12.3% | 6.1% |
| Southwest Dallas | 9 | 10.8% | 3.3% | 10.8% | 5.3% |
| North Irving | 10 | 10.7% | 3.1% | 10.7% | 5.1% |
| Garland | 11 | 10.3% | 3.5% | 10.3% | 5.5% |
| Carrollton/Farmers Branch | 12 | 10.2% | 3.3% | 10.2% | 4.3% |
| Far North Dallas | 13 | 10.0% | 2.9% | 10.0% | 3.6% |
| West Plano | 14 | 9.9% | 2.7% | 9.9% | 2.9% |
| Northeast Dallas | 15 | 9.9% | 2.9% | 9.9% | 5.4% |
| North Oak Cliff/West Dallas | 16 | 9.7% | 3.3% | 9.7% | 5.3% |
| Central/East Plano | 17 | 9.6% | 2.9% | 9.6% | 3.0% |
| Ellis County | 18 | 9.5% | 3.1% | 9.5% | 5.0% |
| North Dallas | 18 | 9.5% | 2.8% | 9.5% | 4.3% |
| East Dallas | 20 | 9.5% | 3.0% | 9.5% | 2.5% |
| Richardson | 21 | 8.4% | 2.7% | 8.4% | 3.1% |
| Southern Dallas County | 22 | 8.1% | 3.2% | 8.1% | 5.3% |
| Zang Triangle/Cedars/Fair Park | 23 | 8.0% | 2.5% | 8.0% | 2.1% |
| Las Colinas/Coppell | 24 | 7.9% | 2.4% | 7.9% | 2.6% |
| Frisco | 25 | 7.8% | 2.4% | 7.8% | 2.4% |
| Addison/Bent Tree | 26 | 7.8% | 2.6% | 7.8% | 3.1% |
| Love Field/Medical District | 27 | 7.3% | 3.5% | 7.3% | 2.0% |
| Grand Prairie | 28 | 6.9% | 3.0% | 6.9% | 4.8% |
| Oak Lawn/Park Cities | 29 | 6.5% | 2.2% | 6.5% | 2.5% |
| The Colony/Far North Carrollton | 29 | 6.5% | 2.0% | 6.5% | 3.6% |
| Intown Dallas | 31 | 6.4% | 2.0% | 6.4% | 2.1% |
| Allen/McKinney | 32 | 6.3% | 2.6% | 6.3% | 2.5% |
| Lewisville/Flower Mound | 33 | 6.2% | 3.0% | 6.2% | 2.9% |
| Rockwall/Rowlett/Wylie | 34 | 5.8% | 2.9% | 5.8% | 2.5% |
| **Market Average** |  | 9.8% | 3.0% | 9.8% | 4.0% |

*LTA - Long term average 1996 (or available) to current

### Occupancy Ranking

| Submarket | Rank | 4Q22 | LTA* | Forecast 2022 | Forecast 2023-2026 |
|---|---|---|---|---|---|
| Hunt County | 1 | 96.4% | 94.8% | 96.4% | 94.1% |
| Northwest Dallas | 2 | 95.7% | 93.4% | 95.7% | 94.5% |
| South Irving | 3 | 95.6% | 94.8% | 95.6% | 94.4% |
| Zang Triangle/Cedars/Fair Park | 4 | 95.2% | 92.5% | 95.2% | 93.7% |
| Carrollton/Farmers Branch | 5 | 95.2% | 94.5% | 95.2% | 93.6% |
| Ellis County | 5 | 95.2% | 95.5% | 95.2% | 95.0% |
| Kaufman County | 7 | 95.2% | 96.5% | 95.2% | 94.2% |
| Southeast Dallas | 8 | 95.1% | 92.0% | 95.1% | 92.2% |
| The Colony/Far North Carrollton | 9 | 95.1% | 93.5% | 95.1% | 93.5% |
| Addison/Bent Tree | 10 | 94.9% | 94.4% | 94.9% | 94.0% |
| Garland | 10 | 94.9% | 94.3% | 94.9% | 93.8% |
| Love Field/Medical District | 12 | 94.8% | 93.8% | 94.8% | 93.0% |
| Denton | 13 | 94.8% | 95.4% | 94.8% | 94.4% |
| Lewisville/Flower Mound | 14 | 94.7% | 94.0% | 94.7% | 93.4% |
| Central/East Plano | 15 | 94.7% | 94.3% | 94.7% | 93.0% |
| Richardson | 16 | 94.7% | 94.7% | 94.7% | 93.2% |
| West Plano | 17 | 94.6% | 94.5% | 94.6% | 93.7% |
| North Dallas | 18 | 94.5% | 93.1% | 94.5% | 92.7% |
| Frisco | 19 | 94.5% | 93.7% | 94.5% | 92.6% |
| North Irving | 20 | 94.5% | 94.1% | 94.5% | 93.7% |
| East Dallas | 21 | 94.4% | 93.4% | 94.4% | 93.1% |
| Las Colinas/Coppell | 22 | 94.4% | 94.1% | 94.4% | 93.4% |
| Allen/McKinney | 23 | 94.2% | 93.8% | 94.2% | 93.2% |
| Far North Dallas | 24 | 94.0% | 94.4% | 94.0% | 93.8% |
| Grand Prairie | 24 | 94.0% | 93.8% | 94.0% | 93.6% |
| Southern Dallas County | 26 | 94.0% | 94.3% | 94.0% | 94.0% |
| Southwest Dallas | 27 | 94.0% | 93.3% | 94.0% | 93.4% |
| Far East Dallas | 28 | 93.8% | 92.4% | 93.8% | 92.8% |
| Oak Lawn/Park Cities | 28 | 93.8% | 94.0% | 93.8% | 92.4% |
| North Oak Cliff/West Dallas | 30 | 93.8% | 94.3% | 93.8% | 93.1% |
| Mesquite | 31 | 93.7% | 94.1% | 93.7% | 93.9% |
| Intown Dallas | 32 | 93.5% | 92.9% | 93.5% | 92.6% |
| Northeast Dallas | 33 | 93.1% | 91.3% | 93.1% | 92.1% |
| Rockwall/Rowlett/Wylie | 34 | 92.3% | 95.0% | 92.3% | 92.3% |
| **Market Average** |  | 94.5% | 94.0% | 94.5% | 93.4% |

*LTA - Long term average 1996 (or available) to current

App. 477

## Dallas-Plano-Irving, TX

## Annual Submarket Rankings

### Concession Value Ranking

**% of Asking Rent**

| Submarket | Rank | 4Q22 | LTA* |
|---|---|---|---|
| Frisco | 1 | 5.0% | 7.7% |
| Northwest Dallas | 2 | 4.8% | 5.7% |
| East Dallas | 3 | 4.4% | 7.9% |
| Intown Dallas | 3 | 4.4% | 7.1% |
| Love Field/Medical District | 5 | 4.3% | 6.1% |
| Richardson | 5 | 4.3% | 6.7% |
| The Colony/Far North Carrollton | 7 | 4.1% | 6.7% |
| Las Colinas/Coppell | 8 | 4.0% | 7.1% |
| North Dallas | 9 | 3.9% | 6.8% |
| North Oak Cliff/West Dallas | 9 | 3.9% | 5.2% |
| Northeast Dallas | 11 | 3.6% | 6.5% |
| Zang Triangle/Cedars/Fair Park | 12 | 3.4% | 5.9% |
| Rockwall/Rowlett/Wylie | 13 | 3.3% | 4.4% |
| Far East Dallas | 14 | 3.1% | 6.1% |
| Southwest Dallas | 14 | 3.1% | 5.7% |
| West Plano | 14 | 3.1% | 6.2% |
| Addison/Bent Tree | 17 | 3.0% | 6.7% |
| Carrollton/Farmers Branch | 17 | 3.0% | 6.6% |
| Grand Prairie | 17 | 3.0% | 6.7% |
| Southeast Dallas | 20 | 2.9% | 5.1% |
| Central/East Plano | 21 | 2.7% | 6.1% |
| Lewisville/Flower Mound | 22 | 2.3% | 6.8% |
| Oak Lawn/Park Cities | 22 | 2.3% | 7.2% |
| Allen/McKinney | 24 | 2.2% | 6.5% |
| Southern Dallas County | 25 | 2.1% | 5.0% |
| Denton | 26 | 2.0% | 4.3% |
| Kaufman County | 27 | 1.7% | 3.0% |
| South Irving | 28 | 1.6% | 5.9% |
| Ellis County | 29 | 1.5% | 4.8% |
| Garland | 29 | 1.5% | 6.1% |
| Hunt County | 29 | 1.5% | 2.8% |
| Mesquite | 32 | 1.4% | 5.6% |
| North Irving | 33 | 1.2% | 6.7% |
| Far North Dallas | 34 | 1.1% | 6.8% |
| **Market Average** | | 2.9% | 6.0% |

*LTA - Long term average 1996 (or available) to current

### Concession Value

| Submarket | Rank | 4Q22 | LTA* |
|---|---|---|---|
| Frisco | 1 | $87.00 | $81.33 |
| Intown Dallas | 2 | $85.00 | $97.00 |
| Northwest Dallas | 3 | $74.00 | $40.87 |
| Richardson | 4 | $70.00 | $67.04 |
| Love Field/Medical District | 5 | $68.00 | $62.33 |
| The Colony/Far North Carrollt | 6 | $67.00 | $71.90 |
| East Dallas | 7 | $66.00 | $83.43 |
| Las Colinas/Coppell | 8 | $65.00 | $73.92 |
| North Oak Cliff/West Dallas | 9 | $64.00 | $42.26 |
| Zang Triangle/Cedars/Fair Pa | 10 | $59.00 | $66.22 |
| Rockwall/Rowlett/Wylie | 11 | $55.00 | $40.89 |
| Oak Lawn/Park Cities | 12 | $53.00 | $94.85 |
| West Plano | 12 | $53.00 | $64.48 |
| North Dallas | 14 | $51.00 | $56.35 |
| Addison/Bent Tree | 15 | $49.00 | $57.52 |
| Carrollton/Farmers Branch | 15 | $49.00 | $56.04 |
| Central/East Plano | 17 | $48.00 | $57.25 |
| Grand Prairie | 17 | $48.00 | $52.43 |
| Northeast Dallas | 19 | $47.00 | $44.87 |
| Kaufman County | 20 | $42.00 | $24.31 |
| Far East Dallas | 21 | $39.00 | $41.25 |
| Lewisville/Flower Mound | 21 | $39.00 | $57.58 |
| Allen/McKinney | 23 | $37.00 | $59.77 |
| Southeast Dallas | 24 | $35.00 | $32.15 |
| Southwest Dallas | 25 | $31.00 | $36.00 |
| Denton | 26 | $29.00 | $33.38 |
| Southern Dallas County | 26 | $29.00 | $39.04 |
| Ellis County | 28 | $27.00 | $37.19 |
| South Irving | 29 | $22.00 | $43.68 |
| Garland | 30 | $21.00 | $46.00 |
| Mesquite | 30 | $21.00 | $40.95 |
| North Irving | 32 | $18.00 | $54.96 |
| Hunt County | 33 | $16.00 | $21.41 |
| Far North Dallas | 34 | $15.00 | $51.67 |
| **Market Average** | | $46.44 | $53.83 |

*LTA - Long term average 1996 (or available) to current

**REALPAGE INC.**

www.realpage.com

App. 478

# Dallas-Plano-Irving, TX

## Southern Dallas County

### Apartment Performance

Effective rent decreased 0.4% from $1,368 in 3Q22 to $1,362 in 4Q22. The submarket's annual rent growth rate of 8.1% was below the market average of 8.8%. Out of the 34 submarkets in the market, the Southern Dallas County submarket ranked 17th for quarterly effective rent growth and 22nd for annual effective rent growth for 4Q22. Annual effective rent growth is forecast to be 4.9% in 2023, and average 5.4% through 2024 to 2026. The annual effective rent growth has averaged 3.5% per year since 2Q96.

The submarket's occupancy rate decreased from 95.0% in 3Q22 to 94.0% in 4Q22, and was down from 97.3% a year ago. The submarket's occupancy rate was below the market average of 94.3% in 4Q22. For the forecast period, the submarket's occupancy rate is expected to increase to 95.3% in 2023 and average 93.8% from 2024 to 2026. The submarket's occupancy rate has averaged 94.3% since 2Q96

### New Supply

Based on RealPage's identified supply of properties under construction, the submarket is expected to deliver 0 units in 2022 of which all have been delivered. Overall market deliveries decreased from 20,192 units in 2021 to 16,214 in 2022, and the total is expected to rise to 26,790 units in 2023.

During the last 12 months, 8,659 units were absorbed in lease-up properties across the market with none of them in this submarket. The average absorption rate for lease-up properties in the market was 11 units per property, per month.

## Submarket Survey Results and Forecasts

| | Sequential | | | | Month | Annual | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q22 | 2Q22 | 3Q22 | 4Q22 | Dec-22 | 2019 | 2020 | 2021 | 2022 | 2023F | 2024F | 2025F |
| Effective Rent Per Unit | $1,295 | $1,332 | $1,368 | $1,362 | $1,357 | $1,088 | $1,121 | $1,203 | $1,339 | $1,417 | $1,483 | $1,559 |
| Per Sq. Ft | $1.47 | $1.51 | $1.55 | $1.54 | $1.53 | $1.23 | $1.27 | $1.36 | $1.52 | $1.60 | $1.68 | $1.76 |
| Effective Rent Growth - Annually | 12.4% | 12.4% | 11.8% | 8.1% | 6.6% | 3.7% | 4.0% | 9.7% | 8.1% | 4.9% | 5.7% | 5.2% |
| Effective Rent Growth - Quarterly | 3.1% | 2.8% | 2.7% | -0.5% | | | | | | | | |
| Occupancy Rate | 97.7% | 95.8% | 95.0% | 94.0% | 94.0% | 95.9% | 95.2% | 96.3% | 95.6% | 95.3% | 94.4% | 94.0% |
| Occupancy Change - Annually | 2.5% | 0.2% | -2.1% | -3.2% | -3.6% | 1.0% | -0.7% | 1.9% | -3.2% | 1.4% | -1.4% | -0.1% |
| Occupancy Change - Quarterly | 0.4% | -1.9% | -0.8% | -1.0% | | | | | | | | |
| Economic Concessions | | | | | | | | | | | | |
| Concession Value | $44.00 | $33.00 | $39.00 | $29.00 | $80.00 | $21.00 | $24.75 | $38.75 | $36.25 | | | |
| As a % of Asking Rent | 3.6% | 2.6% | 2.9% | 2.1% | 5.9% | 2.0% | 2.3% | 3.2% | 2.7% | | | |

## Submarket Profile

| | Submkt | Market | Rank |
|---|---|---|---|
| Effective Rent Per Unit | $1,362 | $1,572 | 26/34 |
| Effective Rent Growth - Annually | 8.1% | 8.8% | 21/34 |
| Effective Rent Growth - Quarterly | -0.5% | -0.9% | 16/34 |
| Occupancy Rate | 94.0% | 94.3% | 25/34 |
| Occupancy change - Annually | -3.2% | -2.9% | 27/34 |
| Occupancy change - Quarterly | -1.0% | -0.9% | 22/34 |
| Concession Value | $29.00 | $52.00 | 26/34 |
| Build Average | 1988 | 1997 | 26/34 |

| Pipeline Delivery Schedule | | | | | |
|---|---|---|---|---|---|
| | 2020 | 2021 | 2022 | 2023 | 2024 | Total |
| Submarket | 135 | 194 | 0 | 223 | | 552 |
| Market | 19,528 | 20,192 | 16,214 | 26,790 | 22,861 | 105,58 |

| Pipeline Lease Up Trend | | | | | |
|---|---|---|---|---|---|
| | Units Absorbed | | Asking Rent | | Effective Rent | |
| | Totals | PPM | Level | Per Ft. | Level | Per Ft. |
| Market | 8,659 | 11 | $2,409 | $2.30 | $2,293 | $2.19 |

*Ranking based on Submarkets with 5 or more Projects

*Trend based on a trailing 12 month period

© 2023 All rights reserved. No secondary distribution permitted without the express permission of RealPage Inc.

**REALPAGE INC.**

www.realpage.com

App. 479

# Highest and Best Use

Highest and best use is the reasonably probable use of a property that results in the highest value. The four criteria that the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity.

| 1 | **Legally Permissible** |
|---|---|

Possible uses considering the site's legal restrictions (zoning, deed, easements, etc.)

| 2 | **Physically Possible** |
|---|---|

Possible uses considering the site's physical characteristics

| 3 | **Financially Feasible** |
|---|---|

Physically possible and legally permissible uses that yield a positive return on invested capital

| 4 | **Maximally Productive** |
|---|---|

The single use which meets all the prerequisite criteria and yields the greatest return on invested capital

To develop the highest and best use, which is integral to the development of market value, the property is viewed from two perspectives: the site as if vacant and the property as improved. The highest and best use as improved examines the existing improvements and determines whether continued use, modified use (renovation, conversion, or expansion), or demolition and redevelopment of the site is maximally productive. In addition to consideration of the site's use, the identification of the most likely user and the timing of the identified use are critical to the analysis of the highest and best use.

## As Vacant Analysis

**Legally Permissible**

The highest and best use of vacant land is typically found among those uses that are permitted by the zoning designation or deed restrictions governing the property.  The subject is zoned PD-74 by the City of Dallas which is open to a variety of potential uses. There are no known easements, encroachments, covenants, or other use restrictions impacting the subject.

**Physically Possible**

The test of what is physically possible for the subject site considers the physical and locational characteristics that influence its highest and best use. The site size is adequate for development and displays Generally Level topography with average access and average exposure. The site has access to typical utilities. These attributes allow for a variety of legally permissible uses.

The appraisal principle of conformity, which holds that real estate value is created and sustained when the characteristics of a property conform to the demands of its market, is of particular importance in the analysis of physically possible uses. With consideration for the principal of conformity, the subject is surrounded largely by residential uses with some supportive commercial uses along the primary thoroughfares in the local area.

**Financially Feasible**

Based on the analysis of the subject market and construction costs, a new property similar to the subject would likely return a typical profit incentive for a developer, given the stable vacancy and increasing rental rates in the competitive market. This data indicates achievable rent levels would support new construction at present.

**Maximally Productive**

After consideration of all legal, physical, and financially feasible attributes, the development of development of a multi-family residential property as market conditions warrant is determined to return the highest value of the site, indicating the highest and best use of the site as though vacant.

App. 480

## As Improved Analysis

### Legally Permissible

Based upon our analysis of the subject property and zoning, the subject property is a Legal, Conforming. The surrounding uses are supportive of the existing development and further support the physically possible indications that its highest and best use is for continued use as a multi-family residential property.

### Physically Possible

The existing improvements are consistent with similar multifamily uses in the area, with a unit mix and amenity package generally consistent with market demands. Based on the physical and locational characteristics, the existing improvements meet the criteria for the continued use as a multi-family residential property.

### Financially Feasible

As presented in the Income Approach, the subject is projected to generate positive net income over the holding period. Therefore, continued use as continued use as a multi-family residential property is financially feasible.

Further, alternative uses of the improvements are considered: continued use as is, modification (renovation, expansion, and/or conversion) to an alternate use, or demolition and redevelopment.

As improved, the subject has been well received by the market and continued operation As Is is financially feasible.

### Maximally Productive

After consideration of legal, locational, and physical attributes as well as potential alternative uses, it is our opinion that the existing improvements contribute significantly to the site and continued use as a multi-family residential property is appropriate.

### Most Probable Buyer

Based on our analysis, the most probable buyer for the subject, as improved, would be a national and regional investor.

App. 481

# Income

The income capitalization approach estimates value by analyzing a property's income generating capacity. This approach assumes that an asset's value is a function of the expected future benefits (cash flows) associated with it. These benefits, or cash flows, include the outflow an investor is willing to pay today in return for the expected inflows each year from normal operations, as well as the expected reversion, or future sale price, achieved at the end of the holding period.

There are three valuation methodologies associated with the income capitalization approach; the direct capitalization method, the yield capitalization (DCF) and the effective gross income multiplier method. The direct cap method consists of estimating the net operating income generated in the next full year of operations, and then capitalizing it, by means of a capitalization (cap) rate, into value. The yield capitalization method, also known as the discounted cash flow (DCF), consists of estimating each individual cash flow expected during the holding period (including the reversion), and discounting each of which to present value by means of a discount rate. The EGIM is derived by dividing the effective gross annual income of each comparable into the sales price. The direct cap method is the simplest of the three, and most commonly relied upon by prospective investors for multifamily properties (except for estimating IRR in equity returns analysis). Because apartment leases are typically 12 months or less, the next year's income estimate is less assumptive and thus more reliable than projecting the multiple cash flows associated with an entire holding period.

Based on the appraisal problem and scope of work previously defined in the Introduction section, the Direct Capitalization analysis was utilized. The EGIM analysis and Discounted Cash Flow method were not developed.

## Subject Rents

Analyzing a subject's existing operations provides support for income and occupancy conclusions. Investors typically analyze in-place rents, recent leasing, and occupancy with consideration given to historical and market supported annual changes.

**Rent Roll Analysis**

| Unit Type | Min SF | Max SF | Avg SF | # of Units | % of Total | Total SF (NRA) | Occ Units | Vacant Units | % Occ | Contract Rent Avg | Avg PSF | PGR/Mo | Quoted Rent Avg | Avg PSF | PGR/Mo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-BR | 699 | 878 | 792 | 84 | 56% | 66,501 | 77 | 7 | 91.7% | $1,434 | $1.82 | $110,423 | $1,549 | $1.96 | $130,086 |
| 2-BR | 1,067 | 1,276 | 1,121 | 66 | 44% | 74,010 | 65 | 1 | 98.5% | $1,760 | $1.57 | $114,377 | $1,925 | $1.72 | $127,024 |

| Unit Type \| Detailed | Size SF | # of Units | % of Total | Total SF (NRA) | Occ Units | Vacant Units | % Occ | Contract Rent Avg | Avg PSF | PGR/Mo | Quoted Rent AVG | Avg PSF | PGR/Mo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 699 | 39 | 26% | 27,261 | 37 | 2 | 94.9% | $1,303 | $1.86 | $48,198 | $1,410 | $2.02 | $54,981 |
| A2 | 868 | 27 | 18% | 23,436 | 22 | 5 | 81.5% | $1,604 | $1.85 | $35,288 | $1,707 | $1.97 | $46,083 |
| A3 | 878 | 18 | 12% | 15,804 | 18 | 0 | 100.0% | $1,497 | $1.70 | $26,937 | $1,612 | $1.84 | $29,022 |
| B1 | 1,067 | 42 | 28% | 44,814 | 42 | 0 | 100.0% | $1,663 | $1.56 | $69,843 | $1,827 | $1.71 | $76,733 |
| B2 | 1,157 | 12 | 8% | 13,884 | 11 | 1 | 91.7% | $1,896 | $1.64 | $20,854 | $2,042 | $1.76 | $24,503 |
| B3 | 1,276 | 12 | 8% | 15,312 | 12 | 0 | 100.0% | $1,973 | $1.55 | $23,680 | $2,149 | $1.68 | $25,788 |
| Total/Avg | 937 | 150 | | 140,511 | 142 | 8 | 94.7% | $1,583 | $1.71* | $224,800 | $1,714 | $1.83 | $257,110 |

**The calculated overall average contract $/mo and contract $/sf is based upon number of occupied units, weighted.

App. 482

## Recent Leases

Recent leases within the last 180/90/60/30 days indicate that rents have started to stabilize or decrease slightly. However, this timeframe typically reflects the slower leasing season and as the summer months approach effective rents are anticipated to trend upwards.

| Floor Plan | Last 180 | Δ | # Leases | Last 90 | Δ | # Leases | Last 60 | Δ | # Leases | Last 30 | Δ | # Leases | Avg In-Place Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B2 | $1,942 | 2.44% | 5 | $1,937 | 2.19% | 3 | | | | | | | $1,896 |
| B1 | $1,710 | 2.80% | 20 | $1,772 | 6.58% | 3 | $1,772 | 6.58% | 3 | $1,799 | 8.18% | 2 | $1,663 |
| A2 | $1,627 | 1.44% | 8 | $1,654 | 3.12% | 1 | $1,654 | 3.12% | 1 | | | | $1,604 |
| B3 | $1,998 | 1.24% | 7 | $1,977 | 0.19% | 4 | $1,671 | -15.32% | 1 | $1,671 | -15.32% | 1 | $1,973 |
| A1 | $1,355 | 4.00% | 14 | $1,399 | 7.40% | 3 | $1,404 | 7.78% | 1 | | | | $1,303 |
| A3 | $1,568 | 4.80% | 8 | $1,614 | 7.85% | 2 | $1,609 | 7.52% | 1 | $1,609 | 7.52% | 1 | $1,497 |
| Total/Average | $1,652 | | 62 | $1,757 | | 16 | $1,665 | | 7 | $1,720 | | 4 | $1,583 |

## Rent Comps

Following is a map and summary of the most comparable properties to the subject, which are used to support income and occupancy assumptions for the subject property.



**Rent Comps Summary**

| Comp | Name | Address | YOC | Units | Occ | Avg SF | Rent SF | Avg Rent | Dist. (mi) |
|---|---|---|---|---|---|---|---|---|---|
| Rent 1 | The Abigail Apartments | 821 S Polk St Desoto TX 75115-7589 | 2007 | 198 | 94% | 951 | $1.77 | $1,685 | 0.10 |
| Rent 2 | The Beacon On Westmoreland | 120 S Westmoreland Rd Desoto TX 75115-5403 | 2021 | 194 | 95% | 849 | $1.93 | $1,635 | 2.13 |
| Rent 3 | Desoto Ranch | 801 S Polk St Desoto TX 75115-7573 | 2002 | 248 | 91% | 993 | $1.81 | $1,797 | 0.22 |
| Rent 4 | Legacy Of Cedar Hill | 720 N Joe Wilson Rd Cedar Hill TX 75104-6134 | 2003 | 600 | 90% | 954 | $1.43 | $1,366 | 5.08 |
| Rent 5 | Bella Ruscello | 250 E Highway 67 Duncanville TX 75137-4429 | 2007 | 216 | 87% | 805 | $1.90 | $1,532 | 5.09 |
| Subject | Bellwether Ridge | 841 S Polk St Desoto TX 75115-7500 | 2019 | 150 | 95% | 937 | $1.83 | $1,714 | |

App. 483

## Rent Comps Analysis

The subject is property is considered to be a Class A, Garden community. This section analyzes only the most similar and competitive properties to the subject for comparability. Following is a table summarizing the rent comparables. Adjustments were applied to account for material differences, on the basis of overall location, overall improvements and amenities, utilities inclusions and other adjustments as needed.

### Comparable Rents + Adjustments

| | Subject | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Property Name | Bellwether Ridge | The Abigail Apartments | The Beacon On Westmoreland | Desoto Ranch | Legacy Of Cedar Hill | Bella Ruscello |
| City | Desoto | Desoto | Desoto | Desoto | Cedar Hill | Duncanville |
| Class | A | B | A | A | A | A |
| Building Type | Garden | Garden | Garden | Garden | Garden | Garden |
| Units | 150 | 198 | 194 | 248 | 600 | 216 |
| Submarket | C+ | C+ | C+ | C+ | C+ | C+ |
| Neighborhood | B | B | C | B | B- | B- |
| Location | A+ | A+ | A+ | A+ | A+ | A+ |
| Amenities | A | A | A | A- | A | A |
| Year Built | 2019 | 2007 | 2021 | 2002 | 2003 | 2007 |
| Quality | Average | Good | Good | Good | Average-Good | Average-Good |
| Condition | Average-Good | Good | Good | Good | Average-Good | Average-Good |
| Unit Finishes | Good | Average | Good | Average-Good | Average-Good | Average-Good |
| Parking Ratio | 1.73 | | 1.88 | 1.81 | | 1.70 |
| Occupancy | 94.7% | 94.4% | 94.7% | 91.0% | 90.0% | 87.0% |
| **Property Adjustments** | | | | | | |
| Overall Location | B+ | 0% | 0% | 0% | 0% | 0% |
| Overall Improvements | B | 0% | -5% | -5% | 0% | 0% |
| Amenities | A | 0% | 0% | 0% | 0% | 0% |
| Overall | | 0% | -5% | -5% | 0% | 0% |
| **Utility & Other Adjustments** | | | | | | |
| | Included in Rent | incl. | adj. | incl. | adj. | incl. | adj. | incl. | adj. | incl. | adj. |
| Gas | | - | - | - | - | - | - | - | - | - | - |
| Electric | | - | - | - | - | - | - | - | - | - | - |
| Water/Sewer | | - | - | - | - | - | - | - | - | - | - |
| TV/Internet | | - | - | - | - | - | - | - | - | - | - |
| Trash | | - | - | - | - | - | - | - | - | - | - |
| **Total** | | - | - | - | - | - | - | - | - | - | - |

### Rent Comparable Adjustment Grid

The following tables adjust the comparables to the subject property quantitatively.

#### RENT COMPARABLE ADJUSTMENT SUMMARY

| | # Units | AVG Size (SF) | EFF. RENT $/UNIT | LOCATION | IMPROVEMENTS | AMENITIES | TOTAL ADJ | ADJUSTED $/UNIT |
|---|---|---|---|---|---|---|---|---|
| **COMPARABLE 1** | | | | | | | | |
| ALL UNIT TYPES | 198 | 951 | $1,685 | $0 | $0 | $0 | $0 | $1,685 |
| **COMPARABLE 2** | | | | | | | | |
| ALL UNIT TYPES | 194 | 849 | $1,635 | $0 | ($82) | $0 | ($82) | $1,553 |
| **COMPARABLE 3** | | | | | | | | |
| ALL UNIT TYPES | 248 | 993 | $1,797 | $0 | ($90) | $0 | ($90) | $1,707 |
| **COMPARABLE 4** | | | | | | | | |
| ALL UNIT TYPES | 600 | 954 | $1,366 | $0 | $0 | $0 | $0 | $1,366 |
| **COMPARABLE 5** | | | | | | | | |
| ALL UNIT TYPES | 216 | 805 | $1,532 | $0 | $0 | $0 | $0 | $1,532 |
| **SUBJECT** | | | | | | | | |
| **ALL UNIT TYPES** | **150** | **937** | **$1,714** | - | - | - | - | **$1,714** |

Based upon the adjusted rent comparables, it appears that the subject's quoted rents were above market. Therefore, we have projected market rents more in line with the subject's in-place and recent leases.

App. 484

## Potential Gross Rent (PGR)

Considering the most likely rental rates the subject units are each capable of commanding in the market, the overall subject property is projected to generate the potential gross rental income (PGR) before other income, vacancy, and concessions, indicated in the table below.

### CALCULATION OF POTENTIAL GROSS RENTAL INCOME

| Floor Plan | # Units | Size (SF) | Quoted Rents | | | | Appraiser's Estimated Market Rents | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Market Rent | Market Rent/SF | Effective Market Rent | Eff. Market Rent/SF | Market Rent | Market Rent/SF | Total Rent Per Year |
| 1 Bed / 1 Bath | 39 | 699 | $1,410 | $2.02 | $1,410 | $2.02 | $1,375 | $1.97 | $643,500 |
| 1 Bed / 1 Bath | 27 | 868 | $1,707 | $1.97 | $1,707 | $1.97 | $1,650 | $1.90 | $534,600 |
| 1 Bed / 1 Bath | 18 | 878 | $1,612 | $1.84 | $1,612 | $1.84 | $1,600 | $1.82 | $345,600 |
| 2 Bed / 2 Bath | 42 | 1,067 | $1,827 | $1.71 | $1,827 | $1.71 | $1,750 | $1.64 | $882,000 |
| 2 Bed / 2 Bath | 12 | 1,157 | $2,042 | $1.76 | $2,042 | $1.76 | $1,925 | $1.66 | $277,200 |
| 2 Bed / 2 Bath | 12 | 1,276 | $2,149 | $1.68 | $2,149 | $1.68 | $1,975 | $1.55 | $284,400 |
| Total/Mean | 150 | 937 | $1,714 | $1.85 | $1,714 | $1.85 | $1,649 | $1.79 | $2,967,300 |

The subject's average effective quoted rents are $1,714 per unit. We have relied heavily on the subject's average in-place rent, average of the recent leases, and the rent comparables in order to determine market rent.

### CALCULATION OF LOSS TO LEASE

| Floor Plan | Size (SF) | Occupied Units | Vacant Units | Actual Face Rents | | | Estimated Market Rent | Actual Vs. Market |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Total | Average | $/SF | | |
| 1 Bed / 1 Bath | 699 | 37 | 2 | $48,211 | $1,303 | $1.86 | $1,375 | 5.5% |
| 1 Bed / 1 Bath | 868 | 22 | 5 | $35,288 | $1,604 | $1.85 | $1,650 | 2.9% |
| 1 Bed / 1 Bath | 878 | 18 | 0 | $26,946 | $1,497 | $1.71 | $1,600 | 6.9% |
| 2 Bed / 2 Bath | 1,067 | 42 | 0 | $69,846 | $1,663 | $1.56 | $1,750 | 5.2% |
| 2 Bed / 2 Bath | 1,157 | 11 | 1 | $20,856 | $1,896 | $1.64 | $1,925 | 1.5% |
| 2 Bed / 2 Bath | 1,276 | 12 | 0 | $23,676 | $1,973 | $1.55 | $1,975 | 0.1% |
| Total/Mean | 937 | 142 | 8 | $224,823 | $1,583 | $1.68 | $1,649 | 4.1% |

Based upon the current rent roll, the subject's actual collected rents average $1,583 per unit, which equates to $1.68 per square foot. These current in-place rents are 4.1% less than our estimated market rents. Thus, the majority of the subject's in-place leases are below market and loss-to-lease should trend downward over the next year as leases roll to market terms. Given this situation, we have utilized a loss to lease factor of 2.0%.

App. 485

## Operating Analysis

In our analysis and projection of the subject's operating expenses, we considered the subject's reported historical information, operating data from comparables, and survey data, as available.

### Market Operating Comparables

The following shows operating data of similar multifamily properties in the market and the data is considered reasonable, representative, and supportive of the subject's most likely operating expenses to be incurred by prudent ownership.

| Operating Comparables | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 2 | | 3 | | 4 | | 5 | | 6 | |
| Market | DFW | | DFW | | DFW | | DFW | | DFW | | Dallas | |
| Year Built | 2019 | | 2008 | | 2013 | | 2012 | | 2017 | | 2018 | |
| #Units | 320 | | 399 | | 308 | | 334 | | 247 | | 248 | |
| Expense Year | 2021 | | 2022 | | 2022 | | 2022 | | 2021 | | 2022 | |
| Income | %PGR | $/Unit | %PGR | $/Unit | %PGR | $/Unit | %PGR | $/Unit | %PGR | $/Unit | %PGR | $/Unit |
| PGR - Potential Gross Rent | | $14,662 | | $16,989 | | $17,415 | | $18,594 | | $16,421 | | $16,182 |
| Loss/(Gain) to Lease | - | - | 5.5% | $942 | 5.3% | $919 | 12.4% | $2,309 | 4.3% | $701 | 5.8% | $941 |
| Non-Revenue/Model Units | 0.2% | $36 | 0.4% | $75 | 0.8% | $134 | - | - | - | - | - | - |
| Vacancy | 17.6% | $2,584 | 4.0% | $672 | 2.5% | $437 | 5.0% | $935 | 6.0% | $992 | 4.7% | $760 |
| Bad Debt | 0.5% | $69 | 0.3% | $49 | 0.8% | $134 | 0.9% | $160 | 2.2% | $361 | 3.0% | $478 |
| Concessions | 2.8% | $415 | 0.8% | $129 | 0.7% | $119 | 0.0% | $1 | 1.1% | $176 | 3.0% | $490 |
| NRI - Net Rental Income | | $11,558 | | $15,122 | | $15,672 | | $15,190 | | $14,190 | | $13,514 |
| Parking & Storage Income | 2.1% | $305 | 2.3% | $383 | 4.6% | $797 | 2.2% | $406 | 1.6% | $259 | - | - |
| Utility Reimbursements | 3.9% | $571 | 3.3% | $565 | 2.7% | $470 | 4.5% | $843 | 4.3% | $705 | 3.2% | $523 |
| Other Income | 4.3% | $626 | 6.8% | $1,152 | 7.0% | $1,221 | 5.8% | $1,073 | 3.8% | $629 | 10.0% | $1,625 |
| EGI - Effective Gross Income | 89.1% | $13,060 | 101.4% | $17,222 | 104.3% | $18,160 | 94.2% | $17,512 | 96.1% | $15,783 | 96.8% | $15,661 |
| Expenses | %EGI | $/Unit | %EGI | $/Unit | %EGI | $/Unit | %EGI | $/Unit | %EGI | $/Unit | %EGI | $/Unit |
| Real Estate Taxes | 21.7% | $2,837 | 23.1% | $3,976 | 20.7% | $3,768 | 23.8% | $4,168 | 26.7% | $4,217 | 16.5% | $2,581 |
| Franchise Taxes | - | - | - | - | - | - | 0.3% | $53 | 0.3% | $53 | - | - |
| Property Insurance | 3.2% | $420 | 2.2% | $374 | 1.9% | $350 | 1.8% | $319 | 4.2% | $661 | 3.8% | $603 |
| Trash Removal | 1.7% | $227 | 0.9% | $154 | 0.7% | $120 | 1.6% | $287 | 1.9% | $304 | 2.2% | $341 |
| Utilities - Gas | - | - | 0.0% | $5 | - | - | - | - | 0.0% | $3 | - | - |
| Utilities - Electric | 0.7% | $93 | 0.9% | $154 | 0.9% | $155 | 0.7% | $125 | 1.1% | $168 | 0.4% | $66 |
| Utilities - Water & Sewer | 2.9% | $384 | 2.6% | $445 | 2.0% | $357 | 2.9% | $500 | 3.2% | $498 | 1.6% | $247 |
| Repairs & Maintenance | 3.2% | $412 | 4.2% | $718 | 4.2% | $770 | 2.7% | $471 | 3.6% | $565 | 3.6% | $569 |
| Management | 2.8% | $370 | 2.5% | $432 | 3.1% | $564 | 3.0% | $521 | 2.7% | $428 | 2.9% | $459 |
| Payroll | 10.7% | $1,399 | 7.3% | $1,254 | 7.2% | $1,312 | 7.2% | $1,259 | 9.3% | $1,469 | 9.7% | $1,518 |
| Advertising | 2.4% | $316 | 1.0% | $173 | 1.0% | $183 | 1.4% | $243 | 0.9% | $139 | 0.7% | $107 |
| General & Administrative | 2.0% | $259 | 2.0% | $340 | 2.0% | $362 | 1.6% | $274 | 1.1% | $176 | 1.8% | $275 |
| Non-Revenue/Model Units | - | - | - | - | - | - | 0.7% | $126 | 0.8% | $130 | 0.3% | $45 |
| Security Contract | 0.3% | $42 | - | - | - | - | - | - | - | - | - | - |
| Asset Specific | - | - | - | - | - | - | 0.4% | $72 | - | - | 2.7% | $427 |
| Total Operating Expenses | 51.8% | $6,759 | 46.6% | $8,025 | 43.7% | $7,940 | 48.1% | $8,418 | 55.8% | $8,813 | 46.2% | $7,239 |
| Total Operating Expenses Less Property Taxes | 30.0% | $3,922 | 23.5% | $4,049 | 23.0% | $4,172 | 24.3% | $4,250 | 29.1% | $4,595 | 29.7% | $4,658 |
| NOI - Net Operating Income | 48.2% | $6,301 | 53.4% | $9,196 | 56.3% | $10,220 | 51.9% | $9,094 | 44.2% | $6,971 | 53.8% | $8,423 |

App. 486

## Subject Operating History

Following is a summary of the actual incurred and reported expenses by the subject property in recent years; the subject's historical expenses are considered a reasonable and likely indication of what expenses will be in future years of operation. The operating expense data presented and analyzed herein is based on net rentable area (NRA) in unit count.

**Subject Operating History**

| | Oct 2022 T-12 | | | Jan 2023 T-12 | | | Jan 2023 T-3 | | | 2023 Budget | | | Appraised Pro Forma | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | %PGR | $/Unit | Total | %PGR | $/Unit | Total | %PGR | $/Unit | Total | %PGR | $/Unit | Total | %PGR | $/Unit | Total |
| PGR | | $19,019 | $2,852,780 | | $19,597 | $2,939,600 | | $20,394 | $3,059,160 | | $20,783 | $3,117,480 | | $19,782 | $2,967,300 |
| Loss/(Gain) to Lease | 6.7% | $1,265 | $189,750 | 7.2% | $1,416 | $212,400 | 6.8% | $1,397 | $209,540 | 5.7% | $1,176 | $176,468 | 2.0% | $396 | $59,346 |
| Vacancy | 2.1% | $404 | $60,643 | 2.9% | $574 | $86,081 | 4.5% | $927 | $139,048 | 5.0% | $1,039 | $155,865 | 6.0% | $1,187 | $178,038 |
| Bad Debt | 1.47% | $279 | $41,882 | 1.56% | $305 | $45,767 | 0.79% | $162 | $24,242 | - | - | - | 1.5% | $297 | $44,510 |
| Concessions | 0.1% | $19 | $2,795 | 0.2% | $34 | $5,042 | 0.3% | $60 | $8,988 | - | - | - | - | - | - |
| NRI | | $17,051 | $2,557,710 | | $17,269 | $2,590,310 | | $17,849 | $2,677,342 | | $18,568 | $2,785,147 | | $17,903 | $2,685,407 |
| Parking & Storage Income | 1.3% | $247 | $37,024 | 1.2% | $242 | $36,247 | 1.1% | $231 | $34,692 | - | - | - | 1.2% | $247 | $37,000 |
| Utility Reimbursements | 4.5% | $851 | $127,682 | 4.6% | $908 | $136,206 | 5.0% | $1,018 | $152,699 | - | - | - | 4.6% | $913 | $137,000 |
| Other Income | 3.6% | $679 | $101,842 | 3.5% | $678 | $101,745 | 3.2% | $652 | $97,813 | 4.2% | $880 | $132,050 | 3.4% | $680 | $102,000 |
| EGI | 99.0% | $18,828 | $2,824,258 | 97.4% | $19,097 | $2,864,508 | 96.8% | $19,750 | $2,962,546 | 93.6% | $19,448 | $2,917,197 | 99.8% | $19,743 | $2,961,407 |
| **Expenses** | %EGI | $/Unit | Total | %EGI | $/Unit | Total | %EGI | $/Unit | Total | %EGI | $/Unit | Total | %EGI | $/Unit | Total |
| Real Estate Taxes | 23.2% | $4,373 | $656,002 | 24.7% | $4,712 | $706,829 | 39.5% | $7,793 | $1,169,011 | 21.2% | $4,129 | $619,407 | 24.3% | $4,796 | $719,458 |
| Franchise Taxes | - | - | - | - | - | - | - | - | - | - | - | - | 0.3% | $65 | $9,802 |
| Property Insurance | 2.5% | $475 | $71,248 | 2.6% | $490 | $73,458 | 2.6% | $504 | $75,660 | 2.6% | $504 | $75,660 | 2.6% | $507 | $76,000 |
| Trash Removal | 0.4% | $73 | $10,973 | 0.4% | $72 | $10,799 | 0.4% | $73 | $11,016 | - | - | - | 0.4% | $73 | $11,000 |
| Utilities - Electric | 0.7% | $126 | $18,886 | 0.7% | $130 | $19,461 | 0.7% | $132 | $19,772 | 1.7% | $325 | $48,804 | 0.7% | $133 | $20,000 |
| Utilities - Water & Sewer | 4.3% | $818 | $122,755 | 4.7% | $889 | $133,374 | 5.0% | $985 | $147,751 | - | - | - | 4.5% | $893 | $134,000 |
| Repairs & Maintenance | 2.9% | $537 | $80,577 | 2.9% | $557 | $83,579 | 2.9% | $575 | $86,196 | 1.9% | $375 | $56,295 | 2.8% | $560 | $84,000 |
| Management | 2.74% | $516 | $77,435 | 2.76% | $527 | $79,122 | 2.91% | $575 | $86,324 | 2.87% | $558 | $83,638 | 2.75% | $543 | $81,439 |
| Payroll | 7.3% | $1,378 | $206,639 | 7.7% | $1,476 | $221,409 | 7.4% | $1,468 | $220,237 | 7.9% | $1,545 | $231,761 | 7.1% | $1,400 | $210,000 |
| Advertising | 0.9% | $173 | $25,977 | 0.8% | $146 | $21,849 | 0.6% | $123 | $18,489 | 1.1% | $205 | $30,762 | 0.8% | $160 | $24,000 |
| General & Administrative | 1.2% | $229 | $34,371 | 1.1% | $214 | $32,036 | 0.9% | $183 | $27,474 | 1.2% | $225 | $33,794 | 1.2% | $233 | $35,000 |
| Non-Revenue/Model Units | 0.3% | $66 | $9,840 | - | - | - | - | - | - | - | - | - | - | - | - |
| Security Contract | 0.4% | $71 | $10,698 | 0.4% | $77 | $11,498 | 0.5% | $101 | $15,200 | - | - | - | 0.4% | $80 | $12,000 |
| Replacement Reserves | - | - | - | - | - | - | - | - | - | - | - | - | 1.0% | $200 | $30,000 |
| **Total Operating Expenses** | 46.9% | $8,836 | $1,325,401 | 48.6% | $9,289 | $1,393,414 | 63.4% | $12,514 | $1,877,130 | 40.5% | $7,867 | $1,180,121 | 48.9% | $9,645 | $1,446,699 |
| Total Operating Expenses less Taxes | 23.7% | $4,463 | $669,399 | 24.0% | $4,577 | $686,585 | 23.9% | $4,721 | $708,119 | 19.2% | $3,738 | $560,714 | 24.6% | $4,848 | $727,241 |
| **NOI** | 53.1% | $9,992 | $1,498,857 | 51.4% | $9,807 | $1,471,094 | 36.6% | $7,236 | $1,085,416 | 59.5% | $11,581 | $1,737,076 | 51.1% | $10,098 | $1,514,708 |

App. 487

## Adjustments to PGR

| Loss/(Gain) to Lease | | | | | Analysis and Conclusion |
|---|---|---|---|---|---|
| **Subject** | **$/Unit** | **$/SF** | **%PGR** | **Total** | Based upon the current rent roll, the current in-place rents are slightly below our estimated market rents. Thus, the majority of the subject's in-place leases are below market and loss-to-lease should trend downward over the next year as leases roll to current market terms. Given this situation, we have utilized a nominal loss to lease factor, which also takes into account current leases that are not increased to market at renewal. |
| Oct 2022 T-12 | $1,265 | $1.35 | 6.7% | $189,750 | |
| Jan 2023 T-12 | $1,416 | $1.51 | 7.2% | $212,400 | |
| Jan 2023 T-3 | $1,397 | $1.49 | 6.8% | $209,540 | |
| 2023 Budget | $1,176 | $1.26 | 5.7% | $176,468 | |
| **Conclusion** | **$396** | **$0.42** | **2.0%** | **$59,346** | |

## Allowances

| Vacancy | | | | | | Analysis and Conclusion |
|---|---|---|---|---|---|---|
| **Comps** | | **Date** | **Units** | **Vacant** | **%** | Based on the subject's size, location and appeal, the competitive set analysis findings warrant primary consideration. The competitive set analysis indicated a current vacancy rate for directly competitive properties of 8.58%. The submarket level analysis warrants secondary consideration based on its moderate applicability to the subject. The metro level analysis indicated a MPF vacancy rate of 5.7% and a submarket level analysis indicated a MPF vacancy rate of 6.0%. Based on our analysis of supply/demand trends and considering the subject's actual performance, a general vacancy rate of 6.0% is concluded. |
| Comp 1 | The Abigail Apartments | 02-21-2023 | 198 | 11 | 5.60% | |
| Comp 2 | The Beacon On Westmoreland | 02-21-2023 | 194 | 10 | 5.30% | |
| Comp 3 | Desoto Ranch | 02-21-2023 | 248 | 22 | 9.00% | |
| Comp 4 | Legacy Of Cedar Hill | 02-21-2023 | 600 | 60 | 10.00% | |
| Comp 5 | Bella Ruscello | 02-21-2023 | 216 | 28 | 13.00% | |
| Total/Avg | | | 1,456 | 131 | 9.00% | |
| Simple AVG | | | | | 8.58% | |
| **Market Data** | | | | | | |
| MPF/RealPage | Metro | 4Q 2022 | | | 5.7 | |
| MPF/RealPage | Submarket | 4Q 2022 | | | 6.0 | |
| **Subject** | | | | | | |
| Oct 2022 T-12 | | | | | 2.13% | |
| Jan 2023 T-12 | | | | | 2.93% | |
| Jan 2023 T-3 | | | | | 4.55% | |
| 2023 Budget | | | | | 5.00% | |
| Rent Roll | | | | | 5.30% | |
| **Conclusion** | | | | | **6.00%** | |

App. 488

## Bad Debt

| Subject | $/Unit | $/SF | %PGR | Total |
|---|---|---|---|---|
| Oct 2022 T-12 | $279 | $0.30 | 1.47% | $41,882 |
| Jan 2023 T-12 | $305 | $0.33 | 1.56% | $45,767 |
| Jan 2023 T-3 | $162 | $0.17 | 0.79% | $24,242 |
| 2023 Budget | - | - | - | - |
| **Conclusion** | **$297** | **$0.32** | **1.5%** | **$44,510** |

### Analysis and Conclusion

Most properties will, at some point, fail to collect rent and incur some bad debt. Typical losses range from 0%-2.0% but can be more or less depending on the market. We considered the asset class, location and typical tenant profile as well as the historical data if available in our conclusion.

## Historical Concessions

| Subject | $/Unit | $/SF | %PGR | Total |
|---|---|---|---|---|
| Oct 2022 T-12 | $19 | $0.02 | 0.1% | $2,795 |
| Jan 2023 T-12 | $34 | $0.04 | 0.2% | $5,042 |
| Jan 2023 T-3 | $60 | $0.06 | 0.3% | $8,988 |
| 2023 Budget | - | - | - | - |
| **Conclusion** | **-** | **-** | **-** | **-** |

### Analysis and Conclusion

Many comparables utilize daily pricing software which fluctuates rates daily based on supply and demand and exposure to roll over at given times for specific unit types, essentially eliminating the need for concessions. For our analysis we have projected market rents net of concessions. Should concessions be used as a marketing tool, market rents should be increased to offset any concession usage.

## Adjustments & Allowances Conclusions

| | |
|---|---|
| Loss/(Gain) to Lease | 2.00% |
| Vacancy | 6.00% |
| Bad Debt | 1.50% |

### Analysis and Conclusion

Our projected economic vacancy considers the in-place operations, local market data and our concluded market rent estimates. In this case we didn't project a signficant increase in rents and a minimal loss to lease was required.

## Other Income

### Utility Reimbursements

| Operating Comps | $/Unit | $/SF | %PGR | RECAP % | Total |
|---|---|---|---|---|---|
| Comp 1 | $571 | $0.64 | 3.9% | 93.5% | $182,749 |
| Comp 2 | $565 | $0.66 | 3.3% | 94.4% | $225,451 |
| Comp 3 | $470 | $0.49 | 2.7% | 98.7% | $144,778 |
| Comp 4 | $843 | $0.92 | 4.5% | 107.2% | $281,524 |
| Comp 5 | $705 | $0.81 | 4.3% | 87.9% | $174,065 |
| Comp 6 | $523 | $0.65 | 3.2% | 88.9% | $129,696 |
| Comp Average | $613 | $0.69 | 3.7% | 95.1% | $189,711 |
| **Subject** | | | | | |
| Oct 2022 T-12 | $851 | $0.91 | 4.5% | 95.5% | $127,682 |
| Jan 2023 T-12 | $908 | $0.97 | 4.8% | 94.5% | $136,206 |
| Jan 2023 T-3 | $1,018 | $1.09 | 5.2% | 96.2% | $152,699 |
| 2023 Budget | - | - | - | 0.0% | - |
| **Conclusion** | **$913** | **$0.98** | **4.6%** | **94.5%** | **$137,000** |

**Analysis and Conclusion**

This category includes possible utility charge backs for electricity, water/sewer, gas, and garbage. The subject's tenants reimburse the property for water/sewer and trash. Typically the full 12-month reporting periods will provide the best indicator as utility rates can fluctuate during the warmer and cooler months. Therefore, we have relied on the trailing 12-months figure for our projection. If utility costs differ from our projection, utility reimbursements should offset the majority of the delta.

### Parking & Storage Income

| Operating Comps | $/Unit | $/SF | %PGR | Total |
|---|---|---|---|---|
| Comp 1 | $305 | $0.34 | 2.3% | $97,621 |
| Comp 2 | $383 | $0.45 | 2.2% | $152,672 |
| Comp 3 | $797 | $0.83 | 4.4% | $245,375 |
| Comp 4 | $406 | $0.44 | 2.3% | $135,743 |
| Comp 5 | $259 | $0.30 | 1.6% | $63,895 |
| Comp 6 | - | - | - | - |
| Comp Average | $430 | $0.47 | 2.5% | $139,061 |
| **Subject** | | | | |
| Oct 2022 T-12 | $247 | $0.26 | 1.3% | $37,024 |
| Jan 2023 T-12 | $242 | $0.26 | 1.3% | $36,247 |
| Jan 2023 T-3 | $231 | $0.25 | 1.2% | $34,692 |
| 2023 Budget | - | - | - | - |
| **Conclusion** | **$247** | **$0.26** | **1.2%** | **$37,000** |

**Analysis and Conclusion**

This includes income associated with rentals of attached or detached garages, reserved parking spaces, parking garage fees and/or storage units if available. We concluded based on the subject's historical data.

App. 490

## Other Income

| Operating Comps | $/Unit | $/SF | %PGR | Total |
|---|---|---|---|---|
| Comp 1 | $626 | $0.70 | 4.8% | $200,303 |
| Comp 2 | $1,152 | $1.34 | 6.7% | $459,721 |
| Comp 3 | $1,221 | $1.27 | 6.7% | $375,971 |
| Comp 4 | $1,073 | $1.17 | 6.1% | $358,243 |
| Comp 5 | $629 | $0.72 | 4.0% | $155,462 |
| Comp 6 | $1,625 | $2.03 | 10.4% | $402,951 |
| Comp Average | $1,054 | $1.21 | 6.3% | $325,442 |
| Subject | | | | |
| Oct 2022 T-12 | $679 | $0.72 | 3.6% | $101,842 |
| Jan 2023 T-12 | $678 | $0.72 | 3.6% | $101,745 |
| Jan 2023 T-3 | $652 | $0.70 | 3.3% | $97,813 |
| 2023 Budget | $880 | $0.94 | 4.5% | $132,050 |
| **Conclusion** | **$680** | **$0.73** | **3.4%** | **$102,000** |

**Analysis and Conclusion**

Miscellaneous income may be attributed to furniture rent, washer/dryer rental, late charges, lease termination fees, month-to-month fees, NSF fees, pet fees, move-out charges, or any other related charges.  Thus, we have leaned on the subject's recent collections for our projection.

## Effective Gross Income

| Subject | $/Unit | $/SF | % Change | Total |
|---|---|---|---|---|
| Oct 2022 T-12 | $18,828 | $20.10 | - | $2,824,258 |
| Jan 2023 T-12 | $19,097 | $20.39 | 1.4% | $2,864,508 |
| Jan 2023 T-3 | $19,750 | $21.08 | 3.4% | $2,962,546 |
| 2023 Budget | $19,448 | $20.76 | -1.5% | $2,917,197 |
| **Conclusion** | **$19,743** | **$21.08** | **-** | **$2,961,407** |

**Analysis and Conclusion**

Historical trends indicate moderate positive growth which is consistent with our projections.  Our EGI projection is approximately 3.38% above the subject's T-12 collections and similar to the T-3 annualized collections.  Over the last few months, the subject's recent leases typically reflect an increase of 1% to 8%.  Based upon this information our EGI projection is reasonable and well supported by market.

App. 491

**Operating Expenses**

### Real Estate Taxes

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $2,837 | $3.17 | 21.7% | $907,986 |
| Comp 2 | $3,976 | $4.62 | 23.1% | $1,586,606 |
| Comp 3 | $3,768 | $3.92 | 20.7% | $1,160,520 |
| Comp 4 | $4,168 | $4.56 | 23.8% | $1,392,027 |
| Comp 5 | $4,217 | $4.84 | 26.7% | $1,041,616 |
| Comp 6 | $2,581 | $3.22 | 16.5% | $640,087 |
| Comp Average | $3,591 | $4.06 | 22.1% | $1,121,474 |
| **Subject** | | | | |
| Oct 2022 T-12 | $4,373 | $4.67 | 23.2% | $656,002 |
| Jan 2023 T-12 | $4,712 | $5.03 | 24.7% | $706,829 |
| Jan 2023 T-3 | $7,793 | $8.32 | 39.5% | $1,169,011 |
| 2023 Budget | $4,129 | $4.41 | 21.2% | $619,407 |
| **Conclusion** | **$4,796** | **$5.12** | **24.3%** | **$719,458** |

**Analysis and Conclusion**

Please see the Real Estate Tax Section of this report for additional information and directly applicable tax comparables as the expense comps presented may be located in varying municipalities.

### Franchise Taxes

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | - | - | - | - |
| Comp 2 | - | - | - | - |
| Comp 3 | - | - | - | - |
| Comp 4 | $53 | $0.06 | 0.3% | $17,839 |
| Comp 5 | $53 | $0.06 | 0.3% | $13,060 |
| Comp 6 | - | - | - | - |
| Comp Average | $53 | $0.06 | 0.3% | $15,450 |
| **Subject** | | | | |
| Oct 2022 T-12 | - | - | - | - |
| Jan 2023 T-12 | - | - | - | - |
| Jan 2023 T-3 | - | - | - | - |
| 2023 Budget | - | - | - | - |
| **Conclusion** | **$65** | **$0.07** | **0.3%** | **$9,802** |

**Analysis and Conclusion**

Franchise Tax is an income tax which depends on numerous scenarios and there are various tax rates that could be imposed on the property owner, if any. Thus, for our analysis we have assumed the subject's owners would qualify for the 0.331% tax rate unless the property's EGI is over $20 million. If the property has an EGI below $1,230,000, no franchise tax would be due.

App. 492

## Property Insurance

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $420 | $0.47 | 3.2% | $134,544 |
| Comp 2 | $374 | $0.44 | 2.2% | $149,337 |
| Comp 3 | $350 | $0.36 | 1.9% | $107,851 |
| Comp 4 | $319 | $0.35 | 1.8% | $106,455 |
| Comp 5 | $661 | $0.76 | 4.2% | $163,262 |
| Comp 6 | $603 | $0.75 | 3.8% | $149,452 |
| Comp Average | $455 | $0.52 | 2.9% | $135,150 |
| Subject | | | | |
| Oct 2022 T-12 | $475 | $0.51 | 2.5% | $71,248 |
| Jan 2023 T-12 | $490 | $0.52 | 2.6% | $73,458 |
| Jan 2023 T-3 | $504 | $0.54 | 2.6% | $75,660 |
| 2023 Budget | $504 | $0.54 | 2.6% | $75,660 |
| **Conclusion** | **$507** | **$0.54** | **2.6%** | **$76,000** |

### Analysis and Conclusion

This expense includes all premiums and costs incurred for insurance covering structures, public liability, rental value, and equipment. The subject's historical costs fall within the expense comparable range and appear reasonable.  Thus, we have projected a similar expense.

## Trash Removal

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $227 | $0.25 | 1.7% | $72,639 |
| Comp 2 | $154 | $0.18 | 0.9% | $61,408 |
| Comp 3 | $120 | $0.12 | 0.7% | $36,863 |
| Comp 4 | $287 | $0.31 | 1.6% | $95,725 |
| Comp 5 | $304 | $0.35 | 1.9% | $74,988 |
| Comp 6 | $341 | $0.43 | 2.2% | $84,582 |
| Comp Average | $239 | $0.27 | 1.5% | $71,034 |
| Subject | | | | |
| Oct 2022 T-12 | $73 | $0.08 | 0.4% | $10,973 |
| Jan 2023 T-12 | $72 | $0.08 | 0.4% | $10,799 |
| Jan 2023 T-3 | $73 | $0.08 | 0.4% | $11,016 |
| 2023 Budget | - | - | - | - |
| **Conclusion** | **$73** | **$0.08** | **0.4%** | **$11,000** |

### Analysis and Conclusion

This includes all trash removal and recycling (if applicable) expenses. If there are reimbursements these were considered separately in the respective income categories. Given utility costs are property specific, the conclusion is based on the historical expenses.  We note that the majority of the comparables has valet trash service which is not offered at the subject.

App. 493

## Utilities - Gas

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | - | - | - | - |
| Comp 2 | $5 | $0.01 | 0.0% | $1,972 |
| Comp 3 | - | - | - | - |
| Comp 4 | - | - | - | - |
| Comp 5 | $3 | $0.00 | 0.0% | $763 |
| Comp 6 | - | - | - | - |
| Comp Average | $4 | $0.00 | 0.0% | $1,368 |
| **Subject** | | | | |
| Oct 2022 T-12 | - | - | - | - |
| Jan 2023 T-12 | - | - | - | - |
| Jan 2023 T-3 | - | - | - | - |
| 2023 Budget | - | - | - | - |
| **Conclusion** | **-** | **-** | **-** | **-** |

### Analysis and Conclusion

Gas is not utilized at the subject.

## Utilities - Electric

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $93 | $0.10 | 0.7% | $29,858 |
| Comp 2 | $154 | $0.18 | 0.9% | $61,282 |
| Comp 3 | $155 | $0.16 | 0.9% | $47,624 |
| Comp 4 | $125 | $0.14 | 0.7% | $41,905 |
| Comp 5 | $168 | $0.19 | 1.1% | $41,597 |
| Comp 6 | $66 | $0.08 | 0.4% | $16,376 |
| Comp Average | $127 | $0.14 | 0.8% | $39,774 |
| **Subject** | | | | |
| Oct 2022 T-12 | $126 | $0.13 | 0.7% | $18,886 |
| Jan 2023 T-12 | $130 | $0.14 | 0.7% | $19,461 |
| Jan 2023 T-3 | $132 | $0.14 | 0.7% | $19,772 |
| 2023 Budget | $325 | $0.35 | 1.7% | $48,804 |
| **Conclusion** | **$133** | **$0.14** | **0.7%** | **$20,000** |

### Analysis and Conclusion

This includes all associated electric costs for the subject. Given utility costs are property specific, the conclusion is based on the historical expenses. Our projection is supported by the expense comparables. We note that the budget includes all utility costs and appears to be net of reimbursements.

App. 494

## Utilities - Water & Sewer

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $384 | $0.43 | 2.9% | $122,736 |
| Comp 2 | $445 | $0.52 | 2.6% | $177,500 |
| Comp 3 | $357 | $0.37 | 2.0% | $109,855 |
| Comp 4 | $500 | $0.55 | 2.9% | $166,896 |
| Comp 5 | $498 | $0.57 | 3.2% | $123,081 |
| Comp 6 | $247 | $0.31 | 1.6% | $61,364 |
| Comp Average | $405 | $0.46 | 2.5% | $126,905 |
| Subject | | | | |
| Oct 2022 T-12 | $818 | $0.87 | 4.3% | $122,755 |
| Jan 2023 T-12 | $889 | $0.95 | 4.7% | $133,374 |
| Jan 2023 T-3 | $985 | $1.05 | 5.0% | $147,751 |
| 2023 Budget | - | - | - | - |
| **Conclusion** | **$893** | **$0.95** | **4.5%** | **$134,000** |

### Analysis and Conclusion

This includes all water and sewer costs. If service to the units is billed directly from the provider the expense shown is only for common areas, model/vacant units and amenities. If water/sewer is included for tenants this expense is also shown here. If there are reimbursements these were considered separately in the respective income categories and typically include utility billing fees. As this expense is typically property-specific, the conclusion is based on the historical data. Should waster/sewer costs differ from our projection, utility reimbursements will offset the majority of the delta.

## Repairs & Maintenance

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $412 | $0.46 | 3.2% | $131,851 |
| Comp 2 | $718 | $0.84 | 4.2% | $286,553 |
| Comp 3 | $770 | $0.80 | 4.2% | $237,301 |
| Comp 4 | $471 | $0.52 | 2.7% | $157,253 |
| Comp 5 | $565 | $0.65 | 3.6% | $139,655 |
| Comp 6 | $569 | $0.71 | 3.6% | $141,189 |
| Comp Average | $584 | $0.66 | 3.6% | $182,300 |
| Subject | | | | |
| Oct 2022 T-12 | $537 | $0.57 | 2.9% | $80,577 |
| Jan 2023 T-12 | $557 | $0.59 | 2.9% | $83,579 |
| Jan 2023 T-3 | $575 | $0.61 | 2.9% | $86,196 |
| 2023 Budget | $375 | $0.40 | 1.9% | $56,295 |
| **Conclusion** | **$560** | **$0.60** | **2.8%** | **$84,000** |

### Analysis and Conclusion

This expense covers the cost of all routine maintenance and repairs that would be reoccurring. The subject's historical R&M costs have increased with the most recent expense falling within the expense comparable range. Therefore, we have projected a R&M expense in line with the subject's current expense.

App. 495

## Management

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $370 | $0.41 | 2.83% | $118,302 |
| Comp 2 | $432 | $0.50 | 2.51% | $172,531 |
| Comp 3 | $564 | $0.59 | 3.11% | $173,779 |
| Comp 4 | $521 | $0.57 | 2.98% | $174,168 |
| Comp 5 | $428 | $0.49 | 2.71% | $105,807 |
| Comp 6 | $459 | $0.57 | 2.93% | $113,842 |
| Comp Average | $463 | $0.52 | 2.85% | $143,072 |
| **Subject** | | | | |
| Oct 2022 T-12 | $516 | $0.55 | 2.74% | $77,435 |
| Jan 2023 T-12 | $527 | $0.56 | 2.76% | $79,122 |
| Jan 2023 T-3 | $575 | $0.61 | 2.91% | $86,324 |
| 2023 Budget | $558 | $0.60 | 2.87% | $83,638 |
| **Conclusion** | **$543** | **$0.58** | **2.75%** | **$81,439** |

### Analysis and Conclusion

For Class A & B assets 2.00% - 4.00% for third party management is adequate when also tested on a $/unit basis. For smaller properties or Class C assets fees can be higher from 3.0% - 8.0%, depending on scope of management services and on-site staff levels. In recent years additional ownership groups have added third party management platforms and management fees have gotten more aggressive. Frequently buyer budgets are showing third party management contracts to the low aspect of the range but this hasn't yet been reflected in historical operating statements. Overall, we have projected a 2.75% management fee which is supported by the expense comparables.

## Payroll

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $1,399 | $1.56 | 10.7% | $447,584 |
| Comp 2 | $1,254 | $1.46 | 7.3% | $500,337 |
| Comp 3 | $1,312 | $1.36 | 7.2% | $404,117 |
| Comp 4 | $1,259 | $1.38 | 7.2% | $420,519 |
| Comp 5 | $1,469 | $1.69 | 9.3% | $362,856 |
| Comp 6 | $1,518 | $1.89 | 9.7% | $376,513 |
| Comp Average | $1,369 | $1.56 | 8.6% | $418,654 |
| **Subject** | | | | |
| Oct 2022 T-12 | $1,378 | $1.47 | 7.3% | $206,639 |
| Jan 2023 T-12 | $1,476 | $1.58 | 7.7% | $221,409 |
| Jan 2023 T-3 | $1,468 | $1.57 | 7.4% | $220,237 |
| 2023 Budget | $1,545 | $1.65 | 7.9% | $231,761 |
| **Conclusion** | **$1,400** | **$1.49** | **7.1%** | **$210,000** |

### Analysis and Conclusion

This expense consists of all on-site payroll costs including associated taxes, and employee benefits. The subject's historical payroll costs fall within the expense comparable range. Therefore, we have projected a payroll expense similar to historical costs.

App. 496

## Advertising

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $316 | $0.35 | 2.4% | $101,097 |
| Comp 2 | $173 | $0.20 | 1.0% | $69,146 |
| Comp 3 | $183 | $0.19 | 1.0% | $56,283 |
| Comp 4 | $243 | $0.27 | 1.4% | $81,186 |
| Comp 5 | $139 | $0.16 | 0.9% | $34,272 |
| Comp 6 | $107 | $0.13 | 0.7% | $26,526 |
| Comp Average | $193 | $0.22 | 1.2% | $61,418 |
| **Subject** | | | | |
| Oct 2022 T-12 | $173 | $0.18 | 0.9% | $25,977 |
| Jan 2023 T-12 | $146 | $0.16 | 0.8% | $21,849 |
| Jan 2023 T-3 | $123 | $0.13 | 0.6% | $18,489 |
| 2023 Budget | $205 | $0.22 | 1.1% | $30,762 |
| **Conclusion** | **$160** | **$0.17** | **0.8%** | **$24,000** |

### Analysis and Conclusion

This includes all associated marketing, advertising and promoting. The subject's historical advertising costs have decreased and fall within the expense comparable range.  Therefore, we projected an advertising expense in line with the subject's historical costs.

## General & Administrative

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $259 | $0.29 | 2.0% | $82,897 |
| Comp 2 | $340 | $0.39 | 2.0% | $135,464 |
| Comp 3 | $362 | $0.38 | 2.0% | $111,350 |
| Comp 4 | $274 | $0.30 | 1.6% | $91,523 |
| Comp 5 | $176 | $0.20 | 1.1% | $43,523 |
| Comp 6 | $275 | $0.34 | 1.8% | $68,149 |
| Comp Average | $281 | $0.32 | 1.7% | $88,818 |
| **Subject** | | | | |
| Oct 2022 T-12 | $229 | $0.24 | 1.2% | $34,371 |
| Jan 2023 T-12 | $214 | $0.23 | 1.1% | $32,036 |
| Jan 2023 T-3 | $183 | $0.20 | 0.9% | $27,474 |
| 2023 Budget | $225 | $0.24 | 1.2% | $33,794 |
| **Conclusion** | **$233** | **$0.25** | **1.2%** | **$35,000** |

### Analysis and Conclusion

This includes office administrative expenses including office supplies, accounting, legal fees, other professional fees, background check expenses, office phone and internet expenses, and personal property taxes.  The subject's historical administrative costs have been trending downward with recent costs falling at the low end of the expense comparable range.  Therefore, we projected an administrative expense more in line with the expense comparable mean.

App. 497

## Non-Revenue/Model Units

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | - | - | - | - |
| Comp 2 | - | - | - | - |
| Comp 3 | - | - | - | - |
| Comp 4 | $126 | $0.14 | 0.7% | $42,104 |
| Comp 5 | $130 | $0.15 | 0.8% | $32,211 |
| Comp 6 | $45 | $0.06 | 0.3% | $11,100 |
| Comp Average | $100 | $0.11 | 0.6% | $28,472 |
| **Subject** | | | | |
| Oct 2022 T-12 | $66 | $0.07 | 0.3% | $9,840 |
| Jan 2023 T-12 | - | - | - | - |
| Jan 2023 T-3 | - | - | - | - |
| 2023 Budget | - | - | - | - |
| **Conclusion** | **-** | **-** | **-** | **-** |

### Analysis and Conclusion

Our payroll projections specifically assume that no employees will receive free rent. If an employee does receive free rent, then there should be a commensurate decrease in salaries. Therefore, we have not projected any income loss from the employees. The subject does not have a model unit or any administrative units.  Thus, no income loss is projected.

## Security Contract

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Comp 1 | $42 | $0.05 | 0.3% | $13,423 |
| Comp 2 | - | - | - | - |
| Comp 3 | - | - | - | - |
| Comp 4 | - | - | - | - |
| Comp 5 | - | - | - | - |
| Comp 6 | - | - | - | - |
| Comp Average | $42 | $0.05 | 0.3% | $13,423 |
| **Subject** | | | | |
| Oct 2022 T-12 | $71 | $0.08 | 0.4% | $10,698 |
| Jan 2023 T-12 | $77 | $0.08 | 0.4% | $11,498 |
| Jan 2023 T-3 | $101 | $0.11 | 0.5% | $15,200 |
| 2023 Budget | - | - | - | - |
| **Conclusion** | **$80** | **$0.09** | **0.4%** | **$12,000** |

### Analysis and Conclusion

This includes contract security services. Not all the comps provide this service. Therefore, we have projected an expense similar to the subject's historical costs going forward.

App. 498

## Replacement Reserves

| | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| **Subject** | | | | |
| Oct 2022 T-12 | - | - | - | - |
| Jan 2023 T-12 | - | - | - | - |
| Jan 2023 T-3 | - | - | - | - |
| 2023 Budget | - | - | - | - |
| **Conclusion** | **$200** | **$0.21** | **1.01%** | **$30,000** |

### Analysis and Conclusion

Reserves for replacements typically average from $150 to $350 per unit, depending on number of units, average unit size, and condition of the property. In this instance, the appraisers have utilized a per unit amount of $200, or $30,000 which is considered sufficient, if properly invested, to yield the amount necessary for the replacement of items such as appliances, roofs, carpet and parking areas.

## Total Operating Expenses

| Operating Comps | $/Unit | $/SF | %EGI | Total |
|---|---|---|---|---|
| Min | $6,759 | $7.56 | 43.7% | $1,795,179 |
| Max | $8,813 | $10.12 | 55.8% | $3,202,136 |
| Avg | $7,866 | $8.92 | 48.7% | $2,432,330 |
| **Subject** | | | | |
| Min | $7,867 | $8.40 | 40.5% | $1,180,121 |
| Max | $12,514 | $13.36 | 63.4% | $1,877,130 |
| Avg | $9,627 | $10.28 | 49.8% | $1,444,017 |
| **Conclusion** | **$9,645** | **$10.30** | **48.9%** | **$1,446,699** |

### Analysis and Conclusion

Our overall projection falls above the expense comparable range but reasonable given our higher projected tax burden and the subject's higher utility costs. We note that our projection includes reserves while none of the expense comparables have reserves included.

App. 499

## Capitalization Rate

The following methods were considered when selecting a capitalization rate for the subject:

- Band of Investment Method
- Debt Service Coverage Ratio Method
- Investor Surveys
- Market Participant Interviews
- Market Extraction (Primary and/or Supplemental Sales)

### Band of Investment Method

The Band of Investment Method estimates an overall capitalization rate by weighting mortgage and equity components of the total property investment. The assumptions utilized within the Band of Investment method are consistently applied below.

| Band of Investment | | | | | |
|---|---|---|---|---|---|
| Loan Amortization Period | | | | | 30 Years |
| Interest Rate | | | | | 5.50% |
| Loan-to-Value (LTV) Ratio | | | | | 65.00% |
| Mortgage Constant | | | | | 6.81% |
| Equity Dividend Rate | | | | | 6.00% |
| Mortgage Component | 65.00% | × | 6.81% | = | 4.43% |
| Equity Component | 35.00% | × | 6.00% | = | 2.10% |
| **Band of Investment Capitalization Rate** | | | | | **6.53%** |

The Band of Investment does not reflect the impact of interest only loans. Typical investors are receiving several years of interest only, which is driving cap rates below levels indicated by the Band of Investment analysis.

It should be noted that interest rates have risen faster than cap rates in the local market, creating an environment where many buyers are going into deals with negative leverage. Negative leverage is defined as when the cap rate on a property acquisition is less than the cost of debt or debt constant and therefore, the cash-on-cash return is less than the cap rate. Buyers of multifamily properties are willing to invest with these terms for a number of reasons: one being that they may have capital raised in a fund that they are eager to allocate; another being that they believe rent increases will be high enough to generate positive leverage within a short period of time; and finally, as protection from inflation, which is currently at its highest level in decades. In addition, some investors are of the opinion that interest rates will come back down within the next couple of years.  All of these factors are present to some degree and provide support for our concluded equity and mortgage components above, which reflect the inverse of the typical mortgage-equity relationship where the equity component is expected to exceed the mortgage component.

### Debt Service Coverage Ratio Method

The Debt Service Coverage Ratio is derived by looking at NOI against the annual debt service. Assumptions for Loan Interest Rate and LTV were applied as was shown above in the Band of Investments.

| Debt Service Coverage Ratio | |
|---|---|
| Concluded Debt Coverage Ratio | 1.25 |
| Loan-To-Value Ratio (LTV) Ratio | 65.00% |
| Mortgage Constant | 6.81% |
| **Debt Service Coverage Ratio Capitalization Rate** | **5.54%** |

App. 500

## Investor Surveys

The results of the most recent published survey(s) are presented below. These surveys are published and updated quarterly.

Investor surveys are typically included as a reference point for overall national or regional trends. In the case of the subject, these rates are not directly applicable, and we did not rely on the indications in our conclusion.

| Investor Surveys | | |
| --- | --- | --- |
| Capitalization Rate (OAR) | Range | Average |
| **National Apartments by PwC** | | |
| 2022 Q4 | 3.25% to 8.00% | 4.89% |
| 2022 Q3 | 3.00% to 8.00% | 4.75% |
| **Southeast Apartments by PwC** | | |
| 2022 Q4 | 4.00% to 5.00% | 4.30% |
| 2022 Q3 | 3.00% to 4.50% | 4.00% |

## Market Participants

The following table presents cap rate ranges for similar assets thru market participant interviews with local brokers active in the market.

| Market Participant Interviews | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Name | Company | Deal Type | Investment Class | Date | Range | Average |
| Confidential | Marcus & Millichap | Market Rate | Class A - Actual | 2023 Q1 | 4.00 % to 4.75% | 4.25 % |
| Confidential | IPA | Market Rate | Class A - Actual | 2023 Q1 | 4.25 % to 5.00% | 4.75 % |
| Investment Sales Broker | Confidental | Market Rate | Class A - Actual | 2022 Q4 | 4.50 % to 5.00% | 4.75 % |
| Confidential | Walker & Dunlop | Market Rate | Class A - Actual | 2022 Q4 | 4.25 % to 4.50% | 4.25 % |

Market participants have indicated that capitalization rates for Class A properties have increased between 25 and 75 basis points since the peak of the market in early 2022.

## Market Extraction

The following table illustrates the transaction data for the sales previously presented in the Sales Comparison Approach.

### Market Extraction

| Comp | Close Date | Price | # Units | $/Unit | Avg Unit Size | Occupancy | NOI/Unit | Cap Rate |
|------|-----------|-------|---------|--------|---------------|-----------|----------|----------|
| 1 | Mar-23 | $80,000,000 | 336 | $238,095 | 964 | 91.8% | $12,554 | 5.27% |
| 2 | Jan-23 | $81,788,000 | 322 | $254,000 | 939 | 94.2% | $11,709 | 4.61% |
| 3 | Nov-22 | $32,650,000 | 112 | $291,518 | 960 | 98.0% | $14,111 | 4.84% |
| 4 | Nov-22 | $81,000,000 | 300 | $270,000 | 860 | 97.0% | $10,854 | 4.02% |
| 5 | Oct-22 | $90,720,000 | 336 | $270,000 | 896 | 82.7% | $11,151 | 4.13% |
| 6 | Oct-22 | $66,126,000 | 321 | $206,000 | 952 | 96.0% | $8,737 | 4.13% |
| 7 | Oct-22 | $76,045,000 | 227 | $335,000 | 981 | 95.0% | $15,110 | 4.51% |
| 8 | Oct-22 | $58,000,000 | 285 | $203,509 | 852 | 95.5% | $8,417 | 4.14% |
| 9 | Sep-22 | $41,760,000 | 248 | $168,387 | 844 | 94.0% | $7,969 | 4.73% |
| 10 | Aug-22 | $64,000,000 | 252 | $253,968 | 936 | 96.8% | $10,191 | 4.01% |
| Avg | | $67,208,900 | 274 | $249,048 | 919 | 94.1% | $11,080 | 4.44% |

*Sale 1 was under contract as of the effective date of this report.

Based upon our proforma income and expense projections and considering recent upward movement in capitalization rates across the country, a reasonable and applicable cap rate would be at the upper end of the sales between 4.75% and 5.00%.  We note that the subject's taxes are projected at approximately 92% of our concluded value which reflects less tax risk in the future.  Most of the sales have taxes adjusted between 70% and 90% of the purchase price.  Our concluded market value of $208,000 per unit falls at the low end of the sale comparables.

## Capitalization Rate Conclusion

### Capitalization Rate Conclusions

| Component | Range | Indicated/Average |
|-----------|-------|-------------------|
| Band of Investment | | 6.53% |
| DSCR | | 5.54% |
| Investor Surveys | 3.00% to 8.00% | 4.49% |
| Market Participant Interviews | 4.00% to 5.00% | 4.50% |
| Market Extraction | 4.01% to 5.27% | 4.44% |
| **Concluded Capitalization Rate** | | **4.85%** |

In our conclusion we placed primary weight on the comparable sales and reported capitalization reported by with market participants at the time.

App. 502

## Income Approach Conclusion

The concluded potential gross rental income, vacancy allowance, and operating expenses are outlined and summarized below, as well as the subject's net operating income conclusion.

**Appraised Pro Forma & Direct Cap**

| Income | %/PGR | $/SF | $/Unit | Total/Annum |
|---|---|---|---|---|
| PGR - Potential Gross Rent | | $21.12 | $19,782 | $2,967,300 |
| Loss/(Gain) to Lease | 2.0% | $0.42 | $396 | $59,346 |
| Vacancy | 6.0% | $1.27 | $1,187 | $178,038 |
| Bad Debt | 1.5% | $0.32 | $297 | $44,510 |
| NRI - Net Rental Income | | $19.11 | $17,903 | $2,685,407 |
| Parking & Storage Income | 1.2% | $0.26 | $247 | $37,000 |
| Utility Reimbursements | 4.6% | $0.98 | $913 | $137,000 |
| Other Income | 3.4% | $0.73 | $680 | $102,000 |
| Total Other Income | 9.3% | $1.96 | $1,840 | $276,000 |
| EGI - Effective Gross Income | 99.8% | $21.08 | $19,743 | $2,961,407 |
| **Expenses** | **%/EGI** | | | |
| Real Estate Taxes | 24.3% | $5.12 | $4,796 | $719,458 |
| Franchise Taxes | 0.3% | $0.07 | $65 | $9,802 |
| Property Insurance | 2.6% | $0.54 | $507 | $76,000 |
| Trash Removal | 0.4% | $0.08 | $73 | $11,000 |
| Utilities - Electric | 0.7% | $0.14 | $133 | $20,000 |
| Utilities - Water & Sewer | 4.5% | $0.95 | $893 | $134,000 |
| Repairs & Maintenance | 2.8% | $0.60 | $560 | $84,000 |
| Management | 2.75% | $0.58 | $543 | $81,439 |
| Payroll | 7.1% | $1.49 | $1,400 | $210,000 |
| Advertising | 0.8% | $0.17 | $160 | $24,000 |
| General & Administrative | 1.2% | $0.25 | $233 | $35,000 |
| Security Contract | 0.4% | $0.09 | $80 | $12,000 |
| Replacement Reserves | 1.0% | $0.21 | $200 | $30,000 |
| Total Operating Expenses | 48.9% | $10.30 | $9,645 | $1,446,699 |
| Total Operating Expenses Less Property Taxes | 24.6% | $5.18 | $4,848 | $727,241 |
| **NOI - Net Operating Income** | **51.1%** | **$10.78** | **$10,098** | **$1,514,708** |
| Overall Capitalization Rate | 4.85% | | | $31,231,084 |
| **Concluded Value, rounded to the nearest $100,000** | | **$222.05** | **$208,000** | **$31,200,000** |

App. 503

# Reconciliation

The preceding section of this report derived value indication(s) based on separate and independent appraisal processes. The most comparable data available was researched and analyzed in the various sections of this report. In the final analysis of the subject property, the results of the Income Capitalization Approach herein are considered reliable and well-supported. Following are the final thoughts, conclusions, and estimates of value derived from approach employed.

## Summary of Approaches

### Sales Comparison Approach

The Sales Comparison Approach is based on the principle of substitution, which states that the limits of prices, rents, and rates tend to be set by the prevailing prices, rents and rates of equally desirable substitutes. While the reliability of the Sales Comparison Approach is strengthened by the general similarity of the locational and physical characteristics of the sales, it is weakened by its failure to capture the subject's future operating potential.

Due to the nature of the assignment, the sales approach was not presented.  However, in order to derive an appropriate market capitalization rate for the Income Approach, 10 recent Class A sales were presented.  The sales ranged from $168,387 per unit to $335,000 per unit.  The subject's indicated value of $208,000 per unit falls within the lower end of the range and is well supported.

### Income Capitalization

This approach is typically most heavily weighted by investors for similar assets. There was sufficient historical operating data as well as rent/expense comparable information available for analysis. Investment metrics related to capitalization rates and supply/demand were analyzed and discussed with market participants. The income approach has been awarded primary weight in the final reconciliation of value.

### Final Value Conclusion

Primary weight is placed on the income capitalization approach, as the typical buyer for the subject (national and regional investor) is primarily interested in the income-generating capacity of the property. This appraisal is subject to the assumptions and limiting conditions following this section, was conducted and prepared in accordance with the Uniform Standards of Professional Appraisal Practice and reasonably led the appraisers to the following opinion(s) of Retrospective Market Value:

| Value Conclusions | |
| --- | --- |
| | As Is |
| Interest | Leased Fee |
| Date | February 21, 2023 |
| Income Capitalization Approach | $31,200,000 |
| **Final Conclusions** | **$31,200,000** |
| $/Unit | $208,000 |

App. 504

# Certification

We certify to the best of our knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial and unbiased professional analyses, opinions, and conclusions.

- We have no present or prospective interest in the property that is the subject of this report and have no personal interest with respect to the parties involved.

- We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

- Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice and the laws, standards or other requirements of the State of Texas.

- Austin Franklin, an appraiser with Apprise and formerly with Colliers, made a personal inspection of the property that is the subject of this report on November 22, 2022.

- Travis Hall (Texas State Registered Appraiser Assistant No. 1342348 Trainee) provided significant real property appraisal assistance to the appraisers signing the certification. Assistance included gathering, analyzing and reporting regional, local area, zoning, and tax information, confirming some of the comparable data, and assisting with portions of the valuation analysis.

- John Jordan has provided real property valuation services as an appraiser for the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.  John Jordan has provided several consecutive annual appraisal reports with the most recent report reflecting an effective date of value as of December 1, 2022.  Jason Ribelin and Travis Hall have not provided services, as an appraiser or in any other capacity regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute.

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- As of the date of this report, John Jordan has completed the continuing education program for Designated Members of the Appraisal Institute.

- As of the date of this report, Jason Ribelin has completed the Standards and Ethics Education Requirements for Candidates of the Appraisal Institute.


**Jason Ribelin | Senior Director**
Texas Certified General TX 1380338 G
jribelin@apprise.us
405-517-6917

**John Jordan | Managing Director**
Texas Managing Director TX 1321156 G
jjordan@apprise.us
214-693-4419

App. 505

Addenda

Addendum a

assignment conditions

App. 507

# Assignment Conditions

## General Assumptions and Limiting Conditions

In these General Assumptions and Limiting Conditions, "Property" means the property or properties that are the subject of the appraisal report and refers, without limitation, to all associated land (including earth and soil), improvements and property rights. "Appraiser" means each appraiser signing the report or providing assistance in connection with the appraisal and also includes Apprise, Walker & Dunlop, Inc. and its subsidiaries.

This report has been prepared and is subject to the following general assumptions and limiting conditions:

- Unless otherwise stated in the report, it is assumed that title to the Property is clear and marketable and that there are no recorded or unrecorded liens, encumbrances or other matters affecting the Property that would adversely affect marketability or value. No opinion is expressed and no responsibility is assumed for the legal description of the Property or any matters that are legal in nature or that require legal expertise beyond that of a real estate appraiser. Title and legal matters were not part of the scope of work for this assignment.

- The conclusions stated in the report are only as of the effective date of the appraisal. Changes and conditions occurring after that date and market factors will affect the conclusions.

- This report assumes any improvements on the Property are structurally sound, seismically safe, and compliant with all applicable laws, regulations, codes and standards, unless otherwise stated in the report. This report assumes that all building components and systems, including but not limited to HVAC, MEP (mechanical, electrical, plumbing), elevators, roofing, exterior veneers, walls or columns, and other components and systems do not suffer from material deferred maintenance or deficiencies and are free from water intrusion. The Appraiser has no responsibility for the safety, soundness or compliance of such components and systems.

- Unless otherwise stated in the report, it is assumed that there are no hidden or unapparent conditions of the Property that render the Property more or less valuable and that the Property is not affected by the past or current presence of hazardous materials, contamination, asbestos, mold, pollution, infestations, disease causing organisms or other hazardous conditions. The Appraiser is not qualified to detect such conditions. No responsibility is assumed for such conditions or for any expertise or engineering assistance required to discover them. Unless otherwise stated in the report, such matters were not part of the scope of work for this assignment.

- It is assumed that the Property is in compliance with all applicable federal, state and local laws, ordinances, regulations, building standards and codes, use restrictions and zoning unless the lack of compliance is stated in the report. Determining and reporting on such compliance were not part of the scope of work for this assignment.

- It is assumed that all water, sewer facilities and utilities (whether existing or proposed) are or will be in good working order, safe for use, and sufficient to serve the current or proposed uses of the Property. Determining and reporting on such matters were not part of the scope of work for this assignment.

- It is assumed that use of the land and improvements and their construction is confined within the boundaries or property lines of the Property and that there are no encroachments or trespasses unless noted in the report. Determining and reporting encroachments or trespasses were not within the scope of work for this assignment.

- Any estimate of Insurable Replacement Cost, if stated in the report, is based upon figures developed consistent with regular appraisal practices. However, actual local and regional construction costs may vary significantly from the estimate, and individual insurance policies and underwriters have varied specifications, exclusions, and non-insurable items. The Appraiser strongly recommends that estimates be obtained from professionals experienced in establishing appropriate insurance coverage. This analysis should not be relied upon to determine insurance coverage and the Appraiser makes no warranties regarding this estimate.

- The Appraiser has not made any investigation to determine if the Property is in conformity with the Americans with Disabilities Act (ADA) or similar state or local laws or ordinances. It is possible that such an investigation could reveal that the Property is not in compliance with the ADA or similar laws or ordinances. If so, this could have a negative effect on the value and use of the Property.

- The information furnished by external sources, including but not limited to the Property owners or representatives, taxing or regulatory authorities, or related market participants, is thought to be accurate and reliable. Such information includes but is not limited to gross building and net rentable areas, rent rates and schedules, unit mix and sizes, historical financial and operating data, land size, proposed or ongoing improvements, budgets, sale data, or the like. The Appraiser makes no representations regarding information obtained from other sources. As such, if a significant error is discovered in any of the reported information, the Appraiser reserves the right to amend the report and/or value conclusions.

App. 508

- Unless otherwise stated in the report, no mineral deposits or subsurface rights of value are involved or considered in this appraisal, whether gas, liquid, or solid, nor are any rights associated with extraction or exploration of such elements considered or analyzed. It is also assumed that there are no transferrable air or development rights of value unless otherwise stated. These matters are outside the scope of work for this assignment and of the Appraiser's expertise.

- Any and all furnishings, fixtures, or equipment, except those specifically stated or typically included or traded as a part of real property, were disregarded and not considered in the appraisal.

- Required licenses, permits, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization are assumed to have been obtained and renewed as necessary for any use on which the value estimate(s) in this report is based.

- Responsible and prudent ownership and reasonably competent property management are assumed.

- Diagrams, plans, charts, sketches, and other illustrative materials in this report are included only to assist the reader in visualizing the Property. The Appraiser makes no warranties about the accuracy of such materials and they should not be used or relied on for any other purpose.

- Any cash flows, analyses of estimated income or forecasts of future economic conditions performed for this appraisal or included in the report are predicated on the information and assumptions contained within the report and are not predictions or guaranties of the future. The achievement of any financial projections or forecast relating to the Property will be affected by fluctuating economic conditions and will depend on other future occurrences that cannot be assured. Actual results will vary from any projections or forecasts stated in the report. The Appraiser does not warrant any projections or forecasts.

- The allocation of the overall property value between land and improvements, if any, applies only under the stated program of utilization. The individual allocations of land and building value may not be used in conjunction with any other analysis.

- The Appraiser is not required to provide any further consultation, testimony, or court appearance with regard to the Property unless agreed to by the Appraiser in writing.

- The contents of this report, in whole or in part (including its value conclusions, market data, or identity of the Appraiser) are confidential and may not be disseminated to the public through advertising, public relations, news, sales, video, or any other media without the prior, written consent of the Appraiser.

- Possession of this report does not carry with it the right of use, reliance, distribution, or publication, unless authorized by the Appraiser in writing.

- The maximum monetary liability of the Appraiser (including Apprise, Walker & Dunlop, Inc. and its subsidiaries) for any and all claims or causes of action relating to the appraisal shall be limited to the total compensation actually received by Apprise for the appraisal. This limitation of liability extends to all types of claims and causes of action, whether in contract or tort, but excludes claims/causes of action for intentionally fraudulent or criminal conduct, or intentionally caused injury. In the event that different limitations of liability are set forth in an engagement agreement for the appraisal between Apprise and its client, however, the limitations in that agreement shall apply between the Appraiser (including Apprise) and the client.

- Use of or reliance on the appraisal, regardless of whether such use or reliance is known or authorized by the Appraiser, constitutes acknowledgement and acceptance of these General Assumptions and Limiting Conditions, any extraordinary assumptions or hypothetical conditions stated in the report, and any other terms and conditions stated in the report. The appraisal should not be used or relied on by any party who is not identified as the client or as an additional intended user in the report or identified in specific reliance language, if any, contained in the report.

Addendum b

glossary

App. 510

# GLOSSARY

Definitions were sourced from The Dictionary of Real Estate Appraisal, Sixth Edition (2015), Uniform Standards of Professional Appraisal Practice (2020-2021), Intragency Appraisal and Evaluation Guidelines, and Marshall Valuation Service / Marshall & Swift.

**ARMS-LENGTH TRANSACTION:** A transaction between unrelated parties who are each acting in his or her own best interest.

**AS IS MARKET VALUE:** The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal's effective date.

**ASSESSED VALUE:** The value of a property according to the tax rolls in ad valorem taxation; may be higher or lower than market value or based on an assessment ratio that is a percentage of market value.

**BAND OF INVESTMENT:** A technique in which the capitalization rates attributable to components of a capital investment are weighted and combined to derive a weighted-average rate attributable to the total investment.

**CASH EQUIVALENCY:** analytical process in which the sale price of a transaction with non-market-oriented financing or financing with unusual conditions/incentives is converted into a price expressed in terms of cash.

**CONFORMITY:** Conformity is the appraisal principle that holds that real property value is created and sustained when the characteristics of a property conform to the demands of its market.

**CONTRACT RENT:** The actual rental income specified in a lease.

**CURABLE FUNCTIONAL OBSOLESCENCE:** An element of depreciation; a curable defect caused by a flaw in the structure, materials, or design, which can be practically and economically corrected.

**DEBT COVERAGE RATIO (DCR):** The ratio of net operating income to annual debt service, which measures the relative ability of a property to meet its debt service out of net operating income; also called debt service coverage ratio (DSCR).

**DEFERRED MAINTENANCE:** Items of wear and tear on a property that should be fixed now to protect the value or income- producing ability of a property.

**DEPRECIATION:** In appraising, a loss in property value from any cause; the difference between the cost of an improvement on the effective date of the appraisal and the market value of the improvement on the same date.

**DIRECT COST:** Expenditures for the labor and materials used in the construction of improvements; also called hard costs.

**DISCOUNT RATE:** Expenditures for the labor and materials used in the construction of improvements; also called hard costs.

**DISPOSITION VALUE:** The most probable price that a specified interest in real property should bring given the following terms: consummation of sale within a limited future marketing period, current market conditions prevail as of the date of valuation, prudent and knowledgeable buyer and seller, seller is under compulsion to sell and buyer is typically motivated, both parties acting with consideration to best interest, adequate marketing effort made in the limited time allowed to complete the sale, payment made in local currency or other comparable financial arrangements, and the price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions. Definition is different from market value, due to the motivation of the seller to dispose within a limited future marketing period.

**EASEMENT:** The right to use another's land for a stated purpose. Access or right-of-way easements may be acquired by private parties or public utilities. Governments may be the beneficiaries of easements placed on privately owned land that is dedicated to conservation, open space, or preservation.

**EFFECTIVE AGE:** defined as the age indicated by the condition and utility of a structure. Effective age can be greater or less than actual age. Regular repairs, maintenance, and renovating all influence the effective age of a structure.

**EFFECTIVE DATE:** The date on which the appraisal or review opinion applies.

**EFFECTIVE GROSS INCOME (EGI):** The anticipated income from all operations of the real estate after an allowance is made for vacancy and collection losses and an addition is made for any other income.

App. 511

**EFFECTIVE GROSS INCOME MULTIPLIER (EGIM):** The ratio between the sale price (or value) of a property and its effective gross income.

**EFFECTIVE RENT:** The rental rate net of financial concessions such as periods of free rent during the lease term and above or below-market tenant improvements (TIs).

**ECONOMIC LIFE:** Defined as the period over which improvements to real property contribute to property value. Economic life and physical life rarely equate, as the economic life of a structure is typically of shorter duration due to the fluctuating market demands external and unrelated to the physical structure itself. Remaining economic life is the remaining duration, from the date of value, over which the improvements are estimated to contribute value.

**ENTREPRENEURIAL INCENTIVE:** The amount an entrepreneur expects to receive for his or her contribution to a project. Entrepreneurial incentive may be distinguished from entrepreneurial profit (often referred to as developer's profit) in that it is the expectation of future profit as opposed to the profit actually earned on a development or improvement.

**ENTREPRENEURIAL PROFIT:** A market-derived figure that represents the amount an entrepreneur receives for his or her contribution to a project and risk; the difference between the total cost of a property (cost of development) and its market value (property value after completion), which represents the entrepreneur's compensation for the risk and expertise associated with development. An entrepreneur is motivated by the prospect of future value enhancement (i.e., the entrepreneurial incentive). An entrepreneur who successfully creates value through new development, expansion, renovation, or an innovative change of use is rewarded by entrepreneurial profit. Entrepreneurs may also fail and suffer losses.

**EXCESS LAND:** Land that is not needed to serve or support the existing improvement. The highest and best use of the excess land may or may not be the same as the highest and best use of the improved parcel. Excess land has the potential to be sold separately and is valued separately.

**EXPOSURE TIME:** The estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.

**EXTERNAL OBSOLESCENCE:** A type of depreciation; a diminution in value caused by negative external influences and generally incurable on the part of the owner, landlord, or tenant. The external influence may be temporary or permanent.

**EXTRAORDINARY ASSUMPTION:** An assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. Comment: Uncertain information might include physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends; or the integrity of data used in an analysis.

**FAIR MARKET VALUE:** As used in condemnation, litigation, income tax, and property tax situations, a term that is similar in concept to market value but may be defined explicitly by the relevant agency.

**FEASIBILITY ANALYSIS:** A study of the cost-benefit relationship of an economic endeavor.

**FEE SIMPLE:** Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.

**FLOOR AREA RATIO:** The relationship between the above-ground floor area of a building, as described by the zoning or building code, and the area of the plot on which it stands; in planning and zoning, often expressed as a decimal.

**FUNCTIONAL OBSOLESCENCE:** The impairment of functional capacity of improvements according to market tastes and standards.

**FURNITURE, FIXTURES, AND EQUIPMENT (FF&E):** Business trade fixtures and personal property, exclusive of inventory.

**GROSS BUILDING AREA:** Total floor area of a building, excluding unenclosed areas, measured from the exterior of the walls of the above-grade area. This includes mezzanines and basements if and when typically included in the market area of the type of property involved.

**HIGHEST AND BEST USE:** The highest and best use of a property is defined as "the reasonably probable and legal use of vacant land or an improved that is physically possible, appropriately supported, finically feasible, and that results in the highest value."

**HYPOTHETICAL CONDITION:** A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results but is used for the purpose of analysis. Comment: Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.

**INCURABLE FUNCTIONAL OBSOLESCENCE:** An element of depreciation; a defect caused by a deficiency or super adequacy in the structure, materials, or design that cannot be practically or economically corrected as of the effective date of the appraisal.

**INDIRECT COSTS:** Expenditures or allowances for items other than labor and materials that are necessary for construction but are not typically part of the construction contract. Indirect costs may include administrative costs, professional fees, financing costs and the interest paid on construction loans, taxes and the builder's or developer's all-risk insurance during construction, and marketing, sales, and lease-up costs incurred to achieve occupancy or sale. Also referred to as soft costs.

**INSURABLE REPLACEMENT COST:** The cost estimate, at current prices as of the effective date of valuation, of a substitute for the building being valued, using modern materials and current standards, design and layout for insurance coverage purposes guaranteeing that damaged property is replaced with a new property.

**INTERIM USE:** The temporary use to which a site or improved property is put until a different use becomes maximally productive.

**INVESTMENT VALUE:** The value of a property to a particular investor or class of investors based on the investor's specific requirements. Investment value may be different from market value because it depends on a set of investment criteria that are not necessarily typical of the market.

**LEASED FEE INTEREST:** Freehold (ownership interest) where the possessory interest has been granted to another party by creation of a contractual landlord-tenant relationship (i.e., a lease).

**LEASEHOLD INTEREST:** The right held by the lessee to use and occupy real estate for a stated term and under the conditions specified in the lease.

**LEGALLY NONCONFORMING USE:** A use that was lawfully established and maintained, but no longer conforms to the use regulations of its current zoning.

**LIFE CYCLE:** The three stages of a neighborhood's life cycle are integration (development or growth stage), equilibrium (static or stability stage), and disintegration (decline stage with diminishing demand); in some cases, a neighborhood experiences revitalization (redevelopment stage with increasing demand), and the cycle continues.

**MARKET AREA:** The geographic region from which a majority of demand comes and in which the majority of competition is located. Depending on the market, a market area may be further subdivided into components such as primary, secondary, and tertiary market areas.

**MARKET STUDY:** An analysis of the market conditions of supply, demand, and pricing for a specific property type in a specific area.

**MARKETABILITY ANALYSIS:** The study of how a specific property is expected to perform in a specific market. A marketability analysis expands on a market analysis by addressing a specific property.

**NEIGHBORHOOD:** A neighborhood is a group of complementary land uses, inhabitants, buildings, or business enterprises. The neighborhood analysis entails the objective analyzing of observable or quantifiable data indicating discernable patterns of urban growth, structure, and change that may detract from or enhance property values; the analysis focuses on the four sets of considerations that influence value: social, economic, governmental, and environmental factors.

**NET OPERATING INCOME (NOI):** The actual or anticipated net income that remains after all operating expenses are deducted from effective gross income but before mortgage debt service and book depreciation are deducted.

**OBSOLESCENCE:** One cause of depreciation; an impairment of desirability and usefulness caused by new inventions, changes in design, improved processes for production, or external factors that make a property less desirable and valuable for a continued use; may be either functional or external.

**OVERALL CAPITALIZATION RATE (OAR):** The relationship between a single year's net operating income expectancy and the total property price or value.

**POTENTIAL GROSS INCOME (PGI):** The total income attributable to property at full occupancy before vacancy and operating expenses are deducted.

**POTENTIAL GROSS INCOME MULTIPLIER (PGIM):** The ratio between the sale price (or value) of a property and its annual potential gross income.

**QUALITATIVE ADJUSTMENT:** An indication that one property is superior, inferior, or the same as another property. Note that the common usage of the term is a misnomer in that an adjustment to the sale price of a comparable property is not made. Rather, the indication of a property's superiority or inferiority to another is used in relative comparison analysis, bracketing, and other forms of qualitative analysis.

App. 513

**QUANTITATIVE ADJUSTMENT:** A numerical (dollar or percentage) adjustment to the indicated value of the comparable property to account for the effect of a difference between two properties on value.

**RENTABLE AREA:** The amount of space on which the rent is based; calculated according to local practice.

**REPLACEMENT COST:** The estimated cost to construct, at current prices as of a specific date, a substitute for a building or other improvements, using modern materials and current standards, design, and layout.

**SCOPE OF WORK:** The type and extent of research and analysis in an appraisal or appraisal review assignment.

**SURPLUS LAND:** Land that is not currently needed to support the existing use but cannot be separated from the property and sold off for another use. Surplus land does not have an independent highest and best use and may or may not contribute value to the improved parcel.

**USABLE AREA:** The area that is actually used by the tenants measured from the inside of the exterior walls to the inside of walls separating the space from hallways and common areas.

**USEFUL LIFE:** The period of time over which a structure or a component of a property may reasonably be expected to perform the function for which it was designed.

**VACANCY AND COLLECTION LOSS:** A deduction from potential gross income (PGI) made to reflect income deductions due to vacancies, tenant turnover, and non-payment of rent; also called vacancy and credit loss or vacancy and contingency loss.

App. 514

Addendum c

photographs

App. 515



Subject Exterior



Subject Exterior



Subject Exterior



Subject Exterior



Subject Exterior



Subject Exterior

App. 516



Fitness Center



Business Center



Leasing Office/Clubhouse



Leasing Office/Clubhouse



Swimming Pool



Subject Signage

App. 517



Subject Interior



Subject Interior



Subject Interior



Subject Interior



Subject Interior



Subject Interior

App. 518

Addendum d

site maps

App. 519









# Flood Zones



| | Zone X-Shaded 0.2% Annual Chance Flood Hazard | | Zone AE 1% Annual Chance Flood Hazard | | Zone A 1% Annual Chance Flood Hazard |
| --- | --- | --- | --- | --- | --- |
| | Zone AE Regulatory Floodway | | Zone X-Unshaded Area Of Minimal Flood Hazard | | |

App. 524

# ALTA/NSPS LAND TITLE SURVEY

Client/Project
JMJ DEVELOPMENT LLC.

BELLWETHER RIDGE

Title
ALTA/NSPS LAND TITLE SURVEY
BEING A 2.489 AND 4.900 ACRE TRACT OF LAND SITUATED IN THE CURTIS PARKS SURVEY, ABSTRACT NUMBER 1124
CITY OF DESOTO, DALLAS COUNTY, TEXAS



App. 525

Addendum e

sales

App. 526



**Capitalization Rate Comps**

| Comp | Close Date | Price | # Units | $/Unit | Avg Unit Size | Occupancy | NOI/Unit | Cap Rate |
|------|-----------|-------|---------|--------|---------------|-----------|----------|----------|
| 1 | Mar-23 | $80,000,000 | 336 | $238,095 | 964 | 91.8% | $12,554 | 5.27% |
| 2 | Jan-23 | $81,788,000 | 322 | $254,000 | 939 | 94.2% | $11,709 | 4.61% |
| 3 | Nov-22 | $32,650,000 | 112 | $291,518 | 960 | 98.0% | $14,111 | 4.84% |
| 4 | Nov-22 | $81,000,000 | 300 | $270,000 | 860 | 97.0% | $10,854 | 4.02% |
| 5 | Oct-22 | $90,720,000 | 336 | $270,000 | 896 | 82.7% | $11,151 | 4.13% |
| 6 | Oct-22 | $66,126,000 | 321 | $206,000 | 952 | 96.0% | $8,737 | 4.13% |
| 7 | Oct-22 | $76,045,000 | 227 | $335,000 | 981 | 95.0% | $15,110 | 4.51% |
| 8 | Oct-22 | $58,000,000 | 285 | $203,509 | 852 | 95.5% | $8,417 | 4.14% |
| 9 | Sep-22 | $41,760,000 | 248 | $168,387 | 844 | 94.0% | $7,969 | 4.73% |
| 10 | Aug-22 | $64,000,000 | 252 | $253,968 | 936 | 96.8% | $10,191 | 4.01% |
| Avg | | $67,208,900 | 274 | $249,048 | 919 | 94.1% | $11,080 | 4.44% |

App. 527

## Sale Comp 1

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 180 of 344    PageID 8373





### Prose Magnolia

Class A Market-Rate Apartment Complex | 336 Units | 14864 Fishtrap Rd Aubrey TX 76227-7634

| Property | | |
|---|---|---|
| Market | Dallas (A) | |
| Submarket | Northwest Denton County (A) | |
| Neighborhood Rating | (A-) | |
| Location Rating | (A+) | |

| Building | | |
|---|---|---|
| Building | 3-Story Garden (B+) | |
| Construction | Frame, Brick And Wood Siding, Hip, Composite Shingle | |
| GBA | | |
| Year Built | 2022 | |
| Quality | Good | |
| NRA | 323880 | |
| Renovated | | |
| Condition | Good | |
| Amenities | Clubhouse, Controlled Access, Business Center, Fitness Center, Resort-Style Pool, Billiards, BBQ Grill, Cabana/Pergola, Outdoor Lounge, Dog Park, Package Locker, Courtyard, Spas, Pools, Businesscenter, Fitness, Washerdryer, Washerdryer Hookuponly, Balcony/Patio (Partial Units), Microwave (All Units) And Elevators | |

| Units | |
|---|---|
| Unit Finishes | Good |
| Appliances | High-End Stainless-Steel |
| Countertops | Granite |
| Cabinets | Good W/Hardware |
| Primary Flooring | Luxury Vinyl Plank |
| Secondary Flooring | Luxury Vinyl Plank |
| Washer/Dryer | Included All Units |
| Features | Dishwasher, Garbage Disposal, Microwave, Ceiling Fan, Walk-In Closet, Patio Balcony, Tile Backsplash, High/Vaulted Ceilings, Recessed Lighting, Breakfast Bar, Window Coverings And Built-In Shelving |

| Transaction | |
|---|---|
| **Sale** | |
| Close Date | 03/01/2023 |
| Contract Price | $80,000,000 |
| Adjustments | $0 |
| Adjusted Sale Price | $80,000,000 |
| Adj. Price/Unit | $238,095 |
| Adj. Price/BR | $158,730 |
| Adj. Price/SF | $247 |
| Buyer | 14864 Fishtrap Rd Owner, LLC |
| Seller | Alliance Residential Company |
| Broker | |
| Broker Company | IPA |
| Broker Phone | |
| Conditions | Arm's Length |
| Recording Info | 2023-19180 |
| Verification | Confidential |
| Originator/Lender | |

| General | |
|---|---|
| Parking Type | Surface |
| Parking/Unit | 1.15 |
| Land Area | 761428 SF; 17.480 Acres |
| Density | 19 |
| Land-to-Building Ratio | - |
| Floor Area | 7.435 |
| School District | |
| County Parcel ID | SD5168A-000000A-0000-0002-0000 |
| Formerly Known As | |
| ID # | 6131959 |

| Unit Mix | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| 1-BR | 168 | 1.0 | 731 - 812 | 766 |
| 2-BR | 168 | 2.0 | 1,105 - 1,185 | 1,162 |
| Average | | 1.5 | | 964 |
| Total | 336 | | 731 - 1,185 | 323,880 |

| Income | | |
|---|---|---|
| Potential Gross Rent | $20.13/SF | $6,520,000 |
| Less Vacancy | 6.47% | $422,018 |
| Potential Net Rent | | $6,097,982 |
| Less: Allowances | | |
| Other Income & Reimbs | 10.28% | $670,000 |
| Effective Gross Income | | $6,767,982 |
| Less Operating Expenses | 37.68% | $2,550,000 |
| Net Operating Income | | $4,217,982 |
| NOI/Unit | | $12,554 |
| Cap Rate | Actual | 5.27% |

### Comments

Prose Magnolia is a 336-unit, market rate apartment complex that was constructed in 2022. The property is a three-story, garden style community with surface parking. The property reflects new construction and reached 91% occupancy when the property sold. The purchase price was verified by a confidential source directly involved with the transaction. For our proforma, income was based upon in-place figures with slight modifications to market assuming stabilized operations. Expenses were based upon in-place figures with adjustments assuming stabilized operations and taxes adjusted to 80% of the purchase price. The property was actively marketed IPA.

App. 528

**Sale Comp 2**

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 181 of 344    PageID 8374





## Axis Grand Crossing

Class A Market-Rate Apartment Complex | 322 Units | 1661 S Forum Dr Grand Prairie TX 75052-1267

### Property

| | |
|---|---|
| Market | Dallas (A) |
| Submarket | Grand Prairie (B+) |
| Neighborhood Rating | (C+) |
| Location Rating | (A+) |

### Building

| | |
|---|---|
| Building | 4-Story Mid-Rise (A) |
| Construction | Wood, Brick, Sloped, Composite Shingle |
| GBA | 322000 |
| Year Built | 2022 |
| Quality | Excellent |
| NRA | 302413 |
| Renovated | |
| Condition | Excellent |
| Amenities | Clubhouse, Leasing Office, Controlled Access, Fitness Center, Business Center, Billiards, Resort-Style Pool, BBQ Grill, Package Locker And Private Garages |

### Units

| | |
|---|---|
| Unit Finishes | Excellent |
| Appliances | Stainless Steel |
| Countertops | Granite |
| Cabinets | Good W/Hardware |
| Primary Flooring | Luxury Vinyl Plank |
| Secondary Flooring | Luxury Carpet |
| Washer/Dryer | Included All Units |
| Features | Dishwasher, Garbage Disposal, Microwave, Ceiling Fan, Walk-In Closet, Patio Balcony, Built-In Shelving, Window Coverings And Breakfast Bar |

### Transaction

#### Sale

| | | |
|---|---|---|
| Close Date | 01/12/2023 | |
| Contract Price | $81,788,000 | |
| Adjustments | $0 | |
| Adjusted Sale Price | $81,788,000 | |
| Adj. Price/Unit | $254,000 | |
| Adj. Price/BR | $179,360 | |
| Adj. Price/SF | $270 | |
| Buyer | Sherman Residential | |
| Seller | Wood Partners | |
| Broker | | |
| Broker Company | IPA | |
| Broker Phone | | |
| Conditions | Arm's Length | |
| Recording Info | N/A | |
| Verification | WDIS | |
| Originator/Lender | | |

### General

| | |
|---|---|
| Parking Type | Attached Garage And Surface |
| Parking/Unit | 1.09 |
| Land Area | 629442 SF; 14.450 Acres |
| Density | |
| Land-to-Building Ratio | 1.95:1 |
| Floor Area | 6.942 |
| School District | |
| County Parcel ID | 65-03951-101-002-0000 |
| Formerly Known As | Alta Grand Crossing |
| ID # | 6135778 |

### Unit Mix

| | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| Studio | 20 | 1.0 | 673 - 673 | 673 |
| 1-BR | 183 | 1.0 | 722 - 849 | 789 |
| 2-BR | 104 | 1.8 | 1,127 - 1,223 | 1,181 |
| 3-BR | 15 | 2.8 | 1,450 - 1,450 | 1,450 |
| Average | | 1.3 | | 939 |
| Total | 322 | | 673 - 1,450 | 302,413 |

### Income

| | | |
|---|---|---|
| Potential Gross Rent | $0.00/SF | $0 |
| Less Vacancy | | |
| Potential Net Rent | | |
| Less: Allowances | | |
| Other Income & Reimbs | | |
| Effective Gross Income | | $0 |
| Less Operating Expenses | | |
| Net Operating Income | | $3,770,427 |
| NOI/Unit | | $11,709 |
| Cap Rate | Actual | 4.61% |

## Comments

Axis Grand Crossing, fka Alta Grand Crossing is a 322-unit, market rate apartment complex that was constructed in 2022. The property display excellent finish out and a high level of amenities. The purchase price and in-place cap rate were confirmed by parties privy to the transaction.

App. 529

**Sale Comp 3**





### Horizon at Ridgeview

Class A Market-Rate Apartment Complex | 112 Units | 1000 E Harmon Rd, Fort Worth TX 76131-3302

| Property | |
|---|---|
| Market | Fort Worth (A-) |
| Submarket | Northwest (A) |
| Neighborhood Rating | (A-) |
| Location Rating | (A) |

| Building | |
|---|---|
| Building | 1-Story Garden (B+) |
| Construction | Frame And Brick, Brick, Wood Siding And Tile, Gable, Composite Shingle |
| GBA | 107490 |
| Year Built | 2021 |
| Quality | Good |
| NRA | 107490 |
| Renovated | |
| Condition | Good |
| Amenities | Controlled Access, Gated Parking, Pool, BBQ Grill And Dog Park |

| Units | |
|---|---|
| Unit Finishes | Good |
| Appliances | Stainless Steel |
| Countertops | Granite |
| Cabinets | Good W/Hardware |
| Primary Flooring | Luxury Vinyl Plank |
| Secondary Flooring | |
| Washer/Dryer | Included |
| Features | Dishwasher, Garbage Disposal, Microwave, Ceiling Fan, Walk-In Closet, Patio Balcony, Tile Backsplash, High/Vaulted Ceiling And Recessed Lighting |

| Transaction | |
|---|---|
| **Sale** | |
| Close Date | 11/10/2022 |
| Contract Price | $32,650,000 |
| Adjustments | $0 |
| Adjusted Sale Price | $32,650,000 |
| Adj. Price/Unit | $291,518 |
| Adj. Price/BR | $142,576 |
| Adj. Price/SF | $304 |
| Buyer | Starboard Ridgeview DST |
| Seller | NEXMETRO Fossil Creek LP |
| Broker | |
| Broker Company | |
| Broker Phone | |
| Conditions | Arm's Length |
| Recording Info | |
| Verification | Appraiser |
| Originator/Lender | |

| General | |
|---|---|
| Parking Type | Attached Garage And Street |
| Parking/Unit | |
| Land Area | 625193 SF; 14.352 Acres |
| Density | 7 |
| Land-to-Building Ratio | 5.82:1 |
| Floor Area | 2.468 |
| School District | |
| County Parcel ID | 42611251 |
| Formerly Known As | |
| ID # | 6137686 |

| Unit Mix | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| 1-BR | 30 | 1.0 | 637 - 637 | 637 |
| 2-BR | 47 | 2.0 | 960 - 960 | 960 |
| 3-BR | 35 | 2.0 | 1,236 - 1,236 | 1,236 |
| Average | | 1.7 | | 960 |
| Total | 112 | | 637 - 1,236 | 107,490 |

| Income | | |
|---|---|---|
| Potential Gross Rent | $27.20/SF | $2,923,200 |
| Less Vacancy | 7.00% | $204,624 |
| Potential Net Rent | | $2,718,576 |
| Less: Allowances | | |
| Other Income & Reimbs | 11.70% | $342,000 |
| Effective Gross Income | | $3,060,576 |
| Less Operating Expenses | 48.36% | $1,480,200 |
| Net Operating Income | | $1,580,376 |
| NOI/Unit | | $14,111 |
| Cap Rate | | 4.84% |

### Comments

The property was in good condition and 92% occupied at the time of sale. The purchase price was verified by the purchase and sales agreement. The purchase price reflects a 4.05% capitalization rate based upon the T-11 annualized income and expenses with $200 per unit in reserves. For our proforma, income was based upon in-place figures with slight modifications to market. Expenses were based upon in-place figures with several categories decreased to market terms and a projected increase in taxes. The property was actively marketed by Berkadia.

App. 530

**Sale Comp 4**

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 183 of 344    PageID 8376





### Gray Branch Luxury Apartments

| Class A Market-Rate Apartment Complex | 300 Units | 1760 N Ridge Rd, McKinney TX 75071 |
|---|---|---|

**Property**

| | |
|---|---|
| Market | Dallas (A) |
| Submarket | Plano/Allen/McKinney (A) |
| Neighborhood Rating | (A-) |
| Location Rating | (A+) |

**Building**

| | |
|---|---|
| Building | 2-Story Garden (A-) |
| Construction | Frame And Wood, Combination, Wood Siding And Brick Veneer, Gable, Composite Shingle |
| GBA | 366759 |
| Year Built | 2020 |
| Quality | Good |
| NRA | 258136 |
| Renovated | |
| Condition | Excellent |
| Amenities | BBQ Grill, Clubhouse, Fitness Center, Pool, Sport Court, Dog Park, Picnic Area, Controlled Access, Gated Parking, Leasing Office, Business Center, On-Site Manager, Spa, Volleyball Court And Yard Games |

**Units**

| | |
|---|---|
| Unit Finishes | Very-Good |
| Appliances | Black |
| Countertops | Granite |
| Cabinets | Good W/Hardware |
| Primary Flooring | Real Hardwood |
| Secondary Flooring | Luxury Carpet |
| Washer/Dryer | Included All Units |
| Features | Patio Balcony, Dishwasher, Garbage Disposal, Walk-In Closet, Microwave, Ceiling Fan, Tile Backsplash, High/Vaulted Ceilings, Pendant Lighting, Recessed Lighting, Window Coverings, Breakfast Bar And Built-In Shelving |

**Transaction**

**Sale**

| | |
|---|---|
| Close Date | 11/01/2022 |
| Contract Price | $81,000,000 |
| Adjustments | $0 |
| Adjusted Sale Price | $81,000,000 |
| Adj. Price/Unit | $270,000 |
| Adj. Price/BR | $197,561 |
| Adj. Price/SF | $314 |
| Buyer | Magellan Development |
| Seller | Cross Development |
| Broker | Roberto Casas |
| Broker Company | JLL |
| Broker Phone | (469) 232-1939 |
| Conditions | Arm's Length |
| Recording Info | 0160450 |
| Verification | WDIS |
| Originator/Lender | |

**General**

| | |
|---|---|
| Parking Type | Surface, Attached Garage And Detached Garage |
| Parking/Unit | 1.82 |
| Land Area | 803856 SF; 18.454 Acres |
| Density | 16 |
| Land-to-Building Ratio | 2.19:1 |
| Floor Area | 5.926 |
| School District | McKinney ISD |
| County Parcel ID | R2762742 |
| Formerly Known As | |
| ID # | 6114967 |

**Unit Mix**

| | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| 1-BR | 198 | 1.0 | 597 - 946 | 743 |
| 2-BR | 94 | 1.8 | 993 - 1,234 | 1,073 |
| 3-BR | 8 | 1.8 | 1,260 - 1,260 | 1,260 |
| Average | | 1.3 | | 860 |
| Total | 300 | | 597 - 1,260 | 258,136 |

**Income**

| | | |
|---|---|---|
| Potential Gross Rent | $0.00/SF | $0 |
| Less Vacancy | | |
| Potential Net Rent | | |
| Less: Allowances | | |
| Other Income & Reimbs | | |
| Effective Gross Income | | $0 |
| Less Operating Expenses | | |
| Net Operating Income | | $3,256,200 |
| NOI/Unit | | $10,854 |
| Cap Rate | Actual | 4.02% |

### Comments

Gray Branch Luxury Apartments is a 300-unit class A, garden style apartment complex in McKinney, TX. The eight building two-story property was built in 2020 and displays a high end finish of its units and offers a number of typical amenities for its classification such as a pool, volleyball court, pet park, fitness center, clubhouse and controlled access/gated parking. The property was sold November 1st by Cross Development to Magellan Development in an arms length transaction. The seller was represented by JLL. The sale price and cap rate information were provided by parties privy to the transaction.

App. 531

**Sale Comp 5**

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 184 of 344    PageID 8377





## Copeland

Class A Market-Rate Apartment Complex | 336 Units | 2045 S Forum Dr Grand Prairie TX 75052-1190

### Property

| | |
|---|---|
| Market | Dallas (A) |
| Submarket | Grand Prairie (B+) |
| Neighborhood Rating | (B) |
| Location Rating | (A+) |

### Building

| | |
|---|---|
| Building | 3-Story Garden (A) |
| Construction | Wood, Combination, Flat, |
| GBA | 340000 |
| Year Built | 2022 |
| Quality | Excellent |
| NRA | 301121 |
| Renovated | |
| Condition | Excellent |
| Amenities | Clubhouse, Controlled Access, Fitness Center, Pool, Business Center, Resort-Style Pool, BBQ Grill, Outdoor Lounge, Dog Park, Package Locker And Electric Vehicle (EV) Charging Stations Available On Site. |

### Units

| | |
|---|---|
| Unit Finishes | Excellent |
| Appliances | High-End Stainless-Steel |
| Countertops | Quartz |
| Cabinets | Good W/Hardware |
| Primary Flooring | Basic Vinyl Plank |
| Secondary Flooring | Basic Carpet |
| Washer/Dryer | Included All Units |
| Features | Dishwasher, Garbage Disposal, Microwave, Ceiling Fan, Walk-In Closet, Patio Balcony, Tile Backsplash, Pendant Lighting And Window Coverings |

### Transaction

#### Sale

| | |
|---|---|
| Close Date | 10/20/2022 |
| Contract Price | $90,720,000 |
| Adjustments | $0 |
| Adjusted Sale Price | $90,720,000 |
| Adj. Price/Unit | $270,000 |
| Adj. Price/BR | $183,273 |
| Adj. Price/SF | $301 |
| Buyer | Copeland Grand Prairie LLC |
| Seller | KIW Grand Prairie Venture LLC |
| Broker | |
| Broker Company | CBRE |
| Broker Phone | |
| Conditions | Arm's Length |
| Recording Info | 20220276195 |
| Verification | Confidential |
| Originator/Lender | |

### General

| | |
|---|---|
| Parking Type | Carport, Attached Garage And Surface |
| Parking/Unit | 1.82 |
| Land Area | SF; Acres |
| Density | |
| Land-to-Building Ratio | - |
| Floor Area | 6.913 |
| School District | Grand Pairie ISD |
| County Parcel ID | 280665800A0010000, 280665800A0020000 |
| Formerly Known As | Forum At Sara Jane, Wolff Multifamily |
| ID # | 6133189 |

### Unit Mix

| | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| 1-BR | 198 | 1.0 | 624 - 936 | 724 |
| 2-BR | 117 | 2.0 | 993 - 1,307 | 1,114 |
| 3-BR | 21 | 2.0 | 1,309 - 1,309 | 1,309 |
| Average | | 1.4 | | 896 |
| Total | 336 | | 624 - 1,309 | 301,121 |

### Income

| | | |
|---|---|---|
| Potential Gross Rent | $0.00/SF | $0 |
| Less Vacancy | | |
| Potential Net Rent | | |
| Less: Allowances | | |
| Other Income & Reimbs | | |
| Effective Gross Income | | $0 |
| Less Operating Expenses | | |
| Net Operating Income | | $3,746,736 |
| NOI/Unit | | $11,151 |
| Cap Rate | Actual | 4.13% |

## Comments

Copeland is a 336 unit, market-rate apartment complex that was constructed in 2022. The property is a three-story, garden style community with surface and garage parking. The purchase price was confirmed by confidential parties privy to the transaction. No cap rate information or unusual sale conditions were reported. The property recently completed construction and is almost stabilized as of the sale date.

App. 532

**Sale Comp 6**





## Station 3700

Class B Market-Rate Apartment Complex | 321 Units | 3700 Post Oak Blvd, Euless TX 76040-7577

### Property

| | |
|---|---|
| Market | Fort Worth (A-) |
| Submarket | North Arlington (B+) |
| Neighborhood Rating | (A+) |
| Location Rating | (B) |

### Building

| | |
|---|---|
| Building | 3-Story Low-Rise (B) |
| Construction | Wood, Masonry, Sloped, Composite Shingle |
| GBA | 305751 |
| Year Built | 2001 |
| Quality | Average-Good |
| NRA | 305751 |
| Renovated | |
| Condition | Average-Good |
| Amenities | Business Center, Clubhouse, Controlled Access, Fitness Center, Gated Parking, BBQ Grill, Leasing Office, Package Locker And Pool |

### Units

| | |
|---|---|
| Unit Finishes | Average-Good |
| Appliances | Black And White |
| Countertops | Epoxy-Surfaced |
| Cabinets | Good, No Hardware |
| Primary Flooring | Basic Vinyl Plank |
| Secondary Flooring | Basic Carpet |
| Washer/Dryer | Connections |
| Features | Breakfast Bar, Ceiling Fan, Dishwasher, Garbage Disposal, High/Vaulted Ceilings, Microwave, Patio Balcony, Recessed Lighting, Walk-In Closet And Window Coverings |

### Transaction

#### Sale

| | | |
|---|---|---|
| Close Date | 10/12/2022 | |
| Contract Price | $66,126,000 | |
| Adjustments | $0 | |
| Adjusted Sale Price | $66,126,000 | |
| Adj. Price/Unit | $206,000 | |
| Adj. Price/BR | $111,511 | |
| Adj. Price/SF | $216 | |
| Buyer | Station 3700 MF, LP | |
| Seller | Noel Management | |
| Broker | | |
| Broker Company | NGKF | |
| Broker Phone | | |
| Conditions | Arm's Length | |
| Recording Info | D222246811 | |
| Verification | Confidential | |
| Originator/Lender | | |

### General

| | |
|---|---|
| Parking Type | Carport And Surface |
| Parking/Unit | 1.87 |
| Land Area | 561440 SF; 12.889 Acres |
| Density | 24.9 |
| Land-to-Building Ratio | 1.84:1 |
| Floor Area | 7.019 |
| School District | |
| County Parcel ID | 07064136; 07064144 |
| Formerly Known As | Bluffs At Paradise Creek, The, Paradise Hills |
| ID # | 6107002 |

### Unit Mix

| | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| 1-BR | 96 | 1.0 | 745 - 782 | 764 |
| 2-BR | 178 | 1.8 | 913 - 1,020 | 985 |
| 3-BR | 47 | 2.0 | 1,217 - 1,217 | 1,217 |
| Average | | 1.6 | | 952 |
| Total | 321 | | 745 - 1,217 | 305,751 |

### Income

| | | |
|---|---|---|
| Potential Gross Rent | $19.31/SF | $5,904,037 |
| Less Vacancy | 5.00% | $295,202 |
| Potential Net Rent | | $5,608,835 |
| Less: Allowances | | |
| Other Income & Reimbs | | |
| Effective Gross Income | | $5,608,835 |
| Less Operating Expenses | 50.00% | $2,804,418 |
| Net Operating Income | | $2,804,417 |
| NOI/Unit | | $8,737 |
| Cap Rate | Pro Forma | 4.13% |

## Comments

Station 3700 is a 321-unit, market rate apartment complex that was constructed in 2001. It was reported that the property was renovated in 2015; however, no details on the number of units or depth of the renovation. This was an arms-length sale of a Class B, unrestricted garden style apartment complex. The transaction was brokered by NGKF. The sale information was provided by confidential parties privy to the transaction. The pro forma cap rate is based on the rents at the time of sale, a 95% occupancy rate, and a 50% operating expense ratio.

App. 533

**Sale Comp 7**

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 186 of 344    PageID 8379





## Avilla Reserve

| Class A Independent Living Facility | 227 Units | 11049 State Hwy 114 |
|---|---|---|

### Property

| | |
|---|---|
| Market | Dallas (B) |
| Submarket | Northwest Denton County (B) |
| Neighborhood Rating | (B) |
| Location Rating | (B) |

### Building

| | |
|---|---|
| Building | 1-Story Garden (B+) |
| Construction | Wood And Frame, Masonry, Rock Stone, Wood Siding And Siding Not (Aluminum, Vinyl, Etc.), Hip And Gable, Metal |
| GBA | 222640 |
| Year Built | 2020 |
| Quality | Good |
| NRA | 222640 |
| Renovated | |
| Condition | Good |
| Amenities | Clubhouse, Leasing Office, Pool, BBQ Grill And Dog Park |

### Units

| | |
|---|---|
| Unit Finishes | Good |
| Appliances | Stainless Steel |
| Countertops | Granite |
| Cabinets | Good W/Hardware |
| Primary Flooring | Basic Vinyl Plank |
| Secondary Flooring | Basic Carpet |
| Washer/Dryer | Included All Units |
| Features | Ceiling Fan, Dishwasher, Garbage Disposal, High/Vaulted Ceilings, Microwave, Tile Backsplash, Walk-In Closet And Window Coverings |

### Transaction

#### Sale

| | |
|---|---|
| Close Date | 10/12/2022 |
| Contract Price | $76,045,000 |
| Adjustments | $0 |
| Adjusted Sale Price | $76,045,000 |
| Adj. Price/Unit | $335,000 |
| Adj. Price/BR | $157,770 |
| Adj. Price/SF | $342 |
| Buyer | Confidential |
| Seller | NEXMETRO RESERVE LP |
| Broker | |
| Broker Company | Berkadia |
| Broker Phone | |
| Conditions | Arm's Length |
| Recording Info | No Recording # |
| Verification | Confidential |
| Originator/Lender | Not Disclosed |

### General

| | |
|---|---|
| Parking Type | Detached Garage And Surface |
| Parking/Unit | 2.05 |
| Land Area | 871244 SF; 20.001 Acres |
| Density | 11 |
| Land-to-Building Ratio | 3.91:1 |
| Floor Area | 5.111 |
| School District | Northwest ISD |
| County Parcel ID | R766701 |
| Formerly Known As | |
| ID # | 3892 |

### Unit Mix

| | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| 1-BR | 64 | 1.0 | 637 - 637 | 637 |
| 2-BR | 71 | 2.0 | 960 - 960 | 960 |
| 3-BR | 92 | 2.0 | 1,236 - 1,236 | 1,236 |
| Average | | 1.7 | | 981 |
| Total | 227 | | 637 - 1,236 | 222,640 |

### Income

| | | |
|---|---|---|
| Potential Gross Rent | $25.60/SF | $5,700,000 |
| Less Vacancy | 6.00% | $342,000 |
| Potential Net Rent | | $5,358,000 |
| Less: Allowances | | |
| Other Income & Reimbs | 12.32% | $702,000 |
| Effective Gross Income | | $6,060,000 |
| Less Operating Expenses | 43.40% | $2,630,000 |
| Net Operating Income | | $3,430,000 |
| NOI/Unit | | $15,110 |
| Cap Rate | Pro Forma | 4.51% |

## Comments

Avilla Reserve is a 227-unit market rate BFR apartment complex located at 11049 State Hwy 114 in Justin, Tx. The property was in good/new condition at the time of sale and 95% occupied. The purchase price was verified by a confidential source directly involved in the transaction. The purchase price reflects a 4.13% capitalization rate based upon the T-3 annualized income and T-12 expenses with $200 per unit in reserves. For our proforma, income was based upon in-place figures with slight modifications to market. Expenses were based upon in-place figures with R&M decreased to market terms and taxes adjusted and based on an assessment at 80% of the purchase price. Each unit has a fenced backyard area and patio. The property was actively marketed for sale by Berkadia.

App. 534

**Sale Comp 8**





### Bardin Greene Apartments

Class B Market-Rate Apartment Complex | 285 Units | 300 Bardin Greene Dr, Arlington, TX 76018

**Property**

| | |
|---|---|
| Market | Fort Worth (A-) |
| Submarket | Southeast (A) |
| Neighborhood Rating | (A+) |
| Location Rating | (A) |

**Building**

| | |
|---|---|
| Building | 2-Story Garden (B) |
| Construction | Frame, Brick And Wood Siding, Gable And Hip, Composite Shingle |
| GBA | 252416 |
| Year Built | 2001 |
| Quality | Average-Good |
| NRA | 242896 |
| Renovated | |
| Condition | Average-Good |
| Amenities | Leasing Office, Controlled Access, Clubhouse, Business Center, Fitness Center, Pool, Sport Court, Laundry Facilities, Courtyard, Picnic Area And Private Garages |

**Units**

| | |
|---|---|
| Unit Finishes | Average-Good |
| Appliances | Stainless Steel And White |
| Countertops | Laminate |
| Cabinets | Good, No Hardware |
| Primary Flooring | Basic Vinyl Plank |
| Secondary Flooring | Basic Carpet |
| Washer/Dryer | Connections |
| Features | Dishwasher, Garbage Disposal, Ceiling Fan, Microwave, Walk-In Closet, Built-In Shelving And Window Coverings |

**Transaction**

**Sale**

| | |
|---|---|
| Close Date | 10/01/2022 |
| Contract Price | $58,000,000 |
| Adjustments | $0 |
| Adjusted Sale Price | $58,000,000 |
| Adj. Price/Unit | $203,509 |
| Adj. Price/BR | $132,723 |
| Adj. Price/SF | $239 |
| Buyer | Magma Equities Holdings LLC |
| Seller | Bardin Greene DST |
| Broker | |
| Broker Company | Marcus & Millichap |
| Broker Phone | |
| Conditions | Arm's Length |
| Recording Info | D223054263 |
| Verification | Confidential |
| Originator/Lender | |

**General**

| | |
|---|---|
| Parking Type | Surface |
| Parking/Unit | 2.28 |
| Land Area | 690804 SF; 15.859 Acres |
| Density | 17.96 |
| Land-to-Building Ratio | 2.74:1 |
| Floor Area | 5.576 |
| School District | Arlington ISD |
| County Parcel ID | 07697201 |
| Formerly Known As | |
| ID # | 6132614 |

**Unit Mix**

| | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| 1-BR | 152 | 1.0 | 605 - 750 | 669 |
| 2-BR | 114 | 2.0 | 900 - 1,167 | 1,022 |
| 3-BR | 19 | 2.0 | 1,295 - 1,295 | 1,295 |
| Average | | 1.5 | | 852 |
| Total | 285 | | 605 - 1,295 | 242,896 |

**Income**

| | | |
|---|---|---|
| Potential Gross Rent | $19.43/SF | $4,719,600 |
| Less Vacancy | 6.50% | $306,774 |
| Potential Net Rent | | $4,412,826 |
| Less: Allowances | | |
| Other Income & Reimbs | 11.23% | $530,123 |
| Effective Gross Income | | $4,942,949 |
| Less Operating Expenses | 51.47% | $2,544,186 |
| Net Operating Income | | $2,398,763 |
| NOI/Unit | | $8,417 |
| Cap Rate | Pro Forma | 4.14% |

### Comments

This property is located in Arlington, Texas and currently under contract as part of a three-property portfolio to Magma Equities Holdings LLC (Buyer) for an allocated purchase price of $58,000,000. The portfolio as a whole is being purchased for $230,000,000. The property was in average condition at the time of contract and 97% occupied. The property has received minor renovations with vinyl-plank flooring and stainless-steel appliances in a small number of units. The buyer plans to renovate and reposition the asset. However, we have analyzed the sale in its As- Is condition. For our proforma, income was based upon in-place figures with slight modifications to market. Expenses were based upon in-place figures with slight modifications to market. the estimated amount of taxes was based on the assessment being adjusted to 75% of the contract purchase price.

App. 535

**Sale Comp 9**

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 188 of 344    PageID 8381





## Falcon Lakes

| Class B Market-Rate Apartment Complex | 248 Units | 6504 Falcon River Way Arlington TX 76001-2831 |
|---|---|---|

### Property

| | |
|---|---|
| Market | Fort Worth (A-) |
| Submarket | Southeast (A) |
| Neighborhood Rating | (A+) |
| Location Rating | (B) |

### Building

| | |
|---|---|
| Building | 3-Story Garden (B-) |
| Construction | Wood And Frame, Brick Veneer And Stucco, Hip, Composite Shingle |
| GBA | 209280 |
| Year Built | 2002 |
| Quality | Average |
| NRA | 209280 |
| Renovated | |
| Condition | Average |
| Amenities | Leasing Office, Gated Parking, Clubhouse, Laundry Facilities, Pool, Fitness Center, Business Center And BBQ Grill |

### Units

| | |
|---|---|
| Unit Finishes | Average |
| Appliances | White |
| Countertops | Formica |
| Cabinets | Refinished Original W/Hardware |
| Primary Flooring | Basic Vinyl Plank |
| Secondary Flooring | Basic Carpet |
| Washer/Dryer | Connections |
| Features | Dishwasher, Garbage Disposal, Ceiling Fan, Walk-In Closet, Patio Balcony, Recessed Lighting And Window Coverings |

### Transaction

#### Sale

| | |
|---|---|
| Close Date | 09/16/2022 |
| Contract Price | $41,760,000 |
| Adjustments | $0 |
| Adjusted Sale Price | $41,760,000 |
| Adj. Price/Unit | $168,387 |
| Adj. Price/BR | $108,750 |
| Adj. Price/SF | $200 |
| Buyer | MACK (ARLINGTON) LLC |
| Seller | FALCON LAKES LTD |
| Broker | |
| Broker Company | Eastdil Secured |
| Broker Phone | |
| Conditions | Portfolio Sale |
| Recording Info | D222229292 |
| Verification | Confidential 3rd Party |
| Originator/Lender | |

### General

| | |
|---|---|
| Parking Type | Other |
| Parking/Unit | 1.98 |
| Land Area | 760122 SF; 17.450 Acres |
| Density | 14 |
| Land-to-Building Ratio | 3.63:1 |
| Floor Area | 4.804 |
| School District | Kennedale ISD |
| County Parcel ID | 40012964 |
| Formerly Known As | |
| ID # | 6133728 |

### Unit Mix

| | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| 1-BR | 120 | 1.0 | 689 - 689 | 689 |
| 2-BR | 120 | 2.0 | 976 - 976 | 976 |
| 3-BR | 8 | 2.0 | 1,185 - 1,185 | 1,185 |
| Average | | 1.5 | | 844 |
| Total | 248 | | 689 - 1,185 | 209,280 |

### Income

| | | |
|---|---|---|
| Potential Gross Rent | $19.88/SF | $4,160,448 |
| Less Vacancy | 5.00% | $208,022 |
| Potential Net Rent | | $3,952,426 |
| Less: Allowances | | |
| Other Income & Reimbs | | |
| Effective Gross Income | | $3,952,426 |
| Less Operating Expenses | 50.00% | $1,976,213 |
| Net Operating Income | | $1,976,213 |
| NOI/Unit | | $7,969 |
| Cap Rate | Pro Forma | 4.73% |

## Comments

This was an arms-length sale of a Class B, unrestricted apartment complex. This transaction was representative of "market" to the best of the appraiser's knowledge. The pro forma cap rate information is based on rents at the time of transaction, and the expenses are market proforma. Reportedly, this property was part of a 34-property portfolio transaction.

App. 536

**Sale Comp 10**

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 189 of 344    PageID 8382





## Creekside South

Class A Market-Rate Apartment Complex | 252 Units | 3400 McMillen Rd, Wylie, TX 75098

### Property

| | |
|---|---|
| Market | Dallas (A) |
| Submarket | Plano/Allen/McKinney (A) |
| Neighborhood Rating | (B+) |
| Location Rating | (A+) |

### Building

| | |
|---|---|
| Building | 3-Story Garden (B+) |
| Construction | Masonry, Brick And Rock Stone, Gable And Hip, Composite Shingle |
| GBA | 332047 |
| Year Built | 2015 |
| Quality | Good |
| NRA | 235992 |
| Renovated | |
| Condition | Good |
| Amenities | Leasing Office, Controlled Access, Clubhouse, Fitness Center, Business Center, Resort-Style Pool, BBQ Grill, Outdoor Lounge, Firepit, Cabana/Pergola, Dog Park, Courtyard And Picnic Area |

### Units

| | |
|---|---|
| Unit Finishes | Good |
| Appliances | Stainless Steel |
| Countertops | Granite |
| Cabinets | Good W/Hardware |
| Primary Flooring | Basic Vinyl Plank |
| Secondary Flooring | Basic Carpet |
| Washer/Dryer | Included All Units |
| Features | Dishwasher, Garbage Disposal, Microwave, Ceiling Fan, Walk-In Closet, Patio Balcony, High/Vaulted Ceilings, Pendant Lighting, Recessed Lighting, Built-In Shelving, Window Coverings And Breakfast Bar |

### Transaction

#### Sale

| | |
|---|---|
| Close Date | 08/18/2022 |
| Contract Price | $64,000,000 |
| Adjustments | $0 |
| Adjusted Sale Price | $64,000,000 |
| Adj. Price/Unit | $253,968 |
| Adj. Price/BR | $152,381 |
| Adj. Price/SF | $271 |
| Buyer | 3400 McMillen Borrower LLC |
| Seller | Creekside South Gardens, LP |
| Broker | |
| Broker Company | |
| Broker Phone | |
| Conditions | Arms-Length |
| Recording Info | 0112371 |
| Verification | Confidential |
| Originator/Lender | |

### General

| | |
|---|---|
| Parking Type | Surface |
| Parking/Unit | 1.79 |
| Land Area | 804771 SF; 18.475 Acres |
| Density | 13 |
| Land-to-Building Ratio | 2.42:1 |
| Floor Area | 5.418 |
| School District | |
| County Parcel ID | R-6589-000-0010-1 |
| Formerly Known As | |
| ID # | 225 |

### Unit Mix

| | # | Avg Baths | SF Range | Avg SF |
|---|---|---|---|---|
| 1-BR | 96 | 1.0 | 780 - 780 | 780 |
| 2-BR | 144 | 1.8 | 903 - 1,037 | 1,015 |
| 3-BR | 12 | 2.0 | 1,250 - 1,250 | 1,250 |
| Average | | 1.5 | | 936 |
| Total | 252 | | 780 - 1,250 | 235,992 |

### Income

| | | |
|---|---|---|
| Potential Gross Rent | $19.85/SF | $4,683,600 |
| Less Vacancy | 5.70% | $266,965 |
| Potential Net Rent | | $4,416,635 |
| Less: Allowances | | |
| Other Income & Reimbs | 13.02% | $610,000 |
| Effective Gross Income | | $5,026,635 |
| Less Operating Expenses | 48.91% | $2,458,557 |
| Net Operating Income | | $2,568,078 |
| NOI/Unit | | $10,191 |
| Cap Rate | Pro Forma | 4.01% |

## Comments

The property was 96% occupied at the time of sale and in good condition. The purchase price was verified by the purchase and sales agreement. The purchase price reflects a 3.89% capitalization rate based upon the T-12 NOI annualized income, inclusive of $200 per unit in reserves. For our proforma, income was based upon in-place figures with slight modifications to market. Expenses were based upon in-place figures with several categories decreased to market terms and taxes increased to approximately 75% of the purchase price.

App. 537

Addendum f

rents

App. 538

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 191 of 344    PageID 8384



**Rent Comps Summary**

| Comp | Name | Address | YOC | Units | Occ | Avg SF | Rent SF | Avg Rent | Dist. (mi) |
|---|---|---|---|---|---|---|---|---|---|
| Rent 1 | The Abigail Apartments | 821 S Polk St Desoto TX 75115-7589 | 2007 | 198 | 94% | 951 | $1.77 | $1,685 | 0.10 |
| Rent 2 | The Beacon On Westmoreland | 120 S Westmoreland Rd Desoto TX 75115-5403 | 2021 | 194 | 95% | 849 | $1.93 | $1,635 | 2.13 |
| Rent 3 | Desoto Ranch | 801 S Polk St Desoto TX 75115-7573 | 2002 | 248 | 91% | 993 | $1.81 | $1,797 | 0.22 |
| Rent 4 | Legacy Of Cedar Hill | 720 N Joe Wilson Rd Cedar Hill TX 75104-6134 | 2003 | 600 | 90% | 954 | $1.43 | $1,366 | 5.08 |
| Rent 5 | Bella Ruscello | 250 E Highway 67 Duncanville TX 75137-4429 | 2007 | 216 | 87% | 805 | $1.90 | $1,532 | 5.09 |
| Subject | Bellwether Ridge | 841 S Polk St Desoto TX 75115-7500 | 2019 | 150 | 95% | 937 | $1.83 | $1,714 | |

App. 539

## Rent Comp 1

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 192 of 344    PageID 8385





### The Abigail Apartments

Class B Market-Rate Apartment Complex | 198 Units | 821 S Polk St Desoto TX 75115-7589

#### Property

| | |
|---|---|
| Market | Dallas (A) |
| Submarket | South County (C+) |
| Neighborhood Rating | (B) |
| Location Rating | (A+) |

#### Building

| | |
|---|---|
| Building | 2-Story Garden (B) |
| Construction | Wood And Frame, Brick, Wood Siding And Stucco, Gable, Composite Shingle |
| GBA | 227423 |
| Year Built | 2007 |
| Quality | Good |
| NRA | 188333.9964 |
| Renovated | |
| Condition | Good |
| Amenities | Gated Parking, Controlled Access, Clubhouse, Fitness Center, Business Center, Pool, BBQ Grill, Outdoor Lounge, Sport Court And Private Garages |

#### General

| | |
|---|---|
| Electric | Sub-Meter; Tenant-Pay |
| Gas | |
| Water/Sewer | Sub-Meter; Tenant-Pay |
| Trash | Master-Meter; Tenant-Pay |
| Parking Type & Ratio | , |
| Land Area | 0 SF; 0.000 Acres |
| County Parcel ID | 200547500A1A1A000; 200547500A3A1A000; 200547500A0020000 |
| PM Company | Indio Management |
| Formerly Known As | |
| ID # | 6129766 |

#### Unit Mix

| | |
|---|---|
| Occupancy | 94% |
| Concessions | None |
| As Of | 02/21/2023 |

#### Summary

| | # Units | Avg Baths | SF Range | Avg SF | Contract Rent | Quoted Rent | Contract PSF | Quoted PSF |
|---|---|---|---|---|---|---|---|---|
| 1-BR | 198 | 1.0 | 951 - 951 | 951 | $1,685 | $1,685 | $1.77 | $1.77 |
| Avg | | 1.0 | | 951 | $1,685 | $1,685 | $1.77 | $1.77 |
| Total | 198 | | | 188,334 | $333,630 | $333,630 | | |

#### Breakdown

| layout | # | Beds | Baths | SF | Current Rent | Quoted Rent | Current PSF | Quoted PSF |
|---|---|---|---|---|---|---|---|---|
| All Floorplans | 198 | 1 | 1.0 | 951 | $1,685 | $1,685 | $1.77 | $1.77 |

### Comments

This property is located along the west line of South Polk Street, just north of East Parkerville Road. The unit mix presented represents all floorplans.

App. 540

**Rent Comp 2**

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 193 of 344    PageID 8386





### The Beacon On Westmoreland

Class A Market-Rate Apartment Complex | 194 Units | 120 S Westmoreland Rd Desoto TX 75115-5403

| Property | |
|---|---|
| Market | Dallas (A) |
| Submarket | South County (C+) |
| Neighborhood Rating | (C) |
| Location Rating | (A+) |

| Building | |
|---|---|
| Building | 3-Story Garden (B+) |
| Construction | , Brick Veneer And Rock Stone, , |
| GBA | |
| Year Built | 2021 |
| Quality | Good |
| NRA | 164701.9842 |
| Renovated | |
| Condition | Good |
| Amenities | Pool, Clubhouse, Fitness Center, BBQ Grill, Playground, Dog Park, Gated Parking And Elevators |

| General | |
|---|---|
| Electric | Sub-Meter; Tenant-Pay |
| Gas | |
| Water/Sewer | Sub-Meter; Tenant-Pay |
| Trash | Master-Meter; Tenant-Pay |
| Parking Type & Ratio | Tuckunder Garage, |
| Land Area | 0 SF; 0.000 Acres |
| County Parcel ID | 200657400A0010000 |
| PM Company | Valiant Residential |
| Formerly Known As | |
| ID # | 6138742 |

**Unit Mix**

| | | |
|---|---|---|
| Occupancy | 95% | |
| Concessions | None | |
| As Of | 02/21/2023 | |

**Summary**

| | # Units | Avg Baths | SF Range | Avg SF | Contract Rent | Quoted Rent | Contract PSF | Quoted PSF |
|---|---|---|---|---|---|---|---|---|
| 1-BR | 194 | 1.0 | 849 - 849 | 849 | $1,635 | $1,635 | $1.93 | $1.93 |
| Avg | | 1.0 | | 849 | $1,635 | $1,635 | $1.93 | $1.93 |
| Total | 194 | | | 164,702 | $317,190 | $317,190 | | |

**Breakdown**

| layout | # | Beds | Baths | SF | Current Rent | Quoted Rent | Current PSF | Quoted PSF |
|---|---|---|---|---|---|---|---|---|
| All Floorplans | 194 | 1 | 1.0 | 849 | $1,635 | $1,635 | $1.93 | $1.93 |

**Comments**

This comparable is located in the southeast quadrant of West Belt Line Road and South Westmoreland Road, just west of Hampton Road. The unit mix presented represents all floorplans.

App. 541

**Rent Comp 3**





## Desoto Ranch

| Class A Market-Rate Apartment Complex | 248 Units | 801 S Polk St Desoto TX 75115-7573 |
| --- | --- | --- |

### Property

| | |
| --- | --- |
| Market | Dallas (A) |
| Submarket | South County (C+) |
| Neighborhood Rating | (B) |
| Location Rating | (A+) |

### Building

| | |
| --- | --- |
| Building | 3-Story Garden (B+) |
| Construction | , Brick And Wood Siding, , Composite Shingle |
| GBA | |
| Year Built | 2002 |
| Quality | Good |
| NRA | 246256.9816 |
| Renovated | |
| Condition | Good |
| Amenities | Pool, Clubhouse, Fitness Center, Business Center, BBQ Grill, Dog Park And Gated Parking |

### General

| | |
| --- | --- |
| Electric | Sub-Meter; Tenant-Pay |
| Gas | Master-Meter; Tenant-Pay |
| Water/Sewer | Sub-Meter; Tenant-Pay |
| Parking Type & Ratio | Tuckunder Garage, |
| Land Area | 0 SF; 0.000 Acres |
| County Parcel ID | 65112436510250000 |
| PM Company | Bell Partners |
| Formerly Known As | |
| ID # | 6138745 |

### Unit Mix

| | |
| --- | --- |
| Occupancy | 91% |
| Concessions | None |
| As Of | 02/21/2023 |

### Summary

| | # Units | Avg Baths | SF Range | Avg SF | Contract Rent | Quoted Rent | Contract PSF | Quoted PSF |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-BR | 248 | 1.0 | 993 - 993 | 993 | $1,797 | $1,797 | $1.81 | $1.81 |
| Avg | | 1.0 | | 993 | $1,797 | $1,797 | $1.81 | $1.81 |
| Total | 248 | | | 246,257 | $445,656 | $445,656 | | |

### Breakdown

| layout | # | Beds | Baths | SF | Current Rent | Quoted Rent | Current PSF | Quoted PSF |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| All Floorplans | 248 | 1 | 1.0 | 993 | $1,797 | $1,797 | $1.81 | $1.81 |

## Comments

This property is located along the west line of South Polk Street, just north of East Parkerville Road. The unit mix presented represents all floorplans.

App. 542

**Rent Comp 4**

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 195 of 344    PageID 8383





### Legacy of Cedar Hill

| Class A Market-Rate Apartment Complex | 600 Units | 720 N Joe Wilson Rd Cedar Hill TX 75104-6134 |
|---|---|---|

**Property**

| | |
|---|---|
| Market | Dallas (A) |
| Submarket | South County (C+) |
| Neighborhood Rating | (B-) |
| Location Rating | (A+) |

**Building**

| | |
|---|---|
| Building | 2-Story Garden (B) |
| Construction | Wood, Brick, , |
| GBA | |
| Year Built | 2003 |
| Quality | Average-Good |
| NRA | 572652.96 |
| Renovated | |
| Condition | Average-Good |
| Amenities | Pool, Clubhouse, BBQ Grill, Fitness Center, Playground And Gated Parking |

**General**

| | |
|---|---|
| Electric | Sub-Meter; Tenant-Pay |
| Gas | |
| Water/Sewer | Sub-Meter; Tenant-Pay |
| Trash | Master-Meter; Tenant-Pay |
| Parking Type & Ratio | , |
| Land Area | 0 SF; 0.000 Acres |
| County Parcel ID | 16-02825-001-001-0000 |
| PM Company | Morgan Properties |
| Formerly Known As | |
| ID # | 6138762 |

**Unit Mix**

| | |
|---|---|
| Occupancy | 90% |
| Concessions | None |
| As Of | 02/21/2023 |

**Summary**

| | # Units | Avg Baths | SF Range | Avg SF | Contract Rent | Quoted Rent | Contract PSF | Quoted PSF |
|---|---|---|---|---|---|---|---|---|
| 1-BR | 600 | 1.0 | 954 - 954 | 954 | $1,366 | $1,366 | $1.43 | $1.43 |
| Avg | | 1.0 | | 954 | $1,366 | $1,366 | $1.43 | $1.43 |
| Total | 600 | | | 572,653 | $819,600 | $819,600 | | |

**Breakdown**

| layout | # | Beds | Baths | SF | Current Rent | Quoted Rent | Current PSF | Quoted PSF |
|---|---|---|---|---|---|---|---|---|
| All Floorplans | 600 | 1 | 1.0 | 954 | $1,366 | $1,366 | $1.43 | $1.43 |

### Comments

This property is located in the SEC of East Pleasant Run Road and North Joe Wilson Road. The property was built in three phases (2000, 2003, and 2006). The YOC reflects the weighted average.

App. 543

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 196 of 344    PageID 8389





**Bella Ruscello**

| Class A Market-Rate Apartment Complex | 216 Units | 250 E Highway 67 Duncanville TX 75137-4429 |
|---|---|---|

| **Property** | |
|---|---|
| Market | Dallas (A) |
| Submarket | South County (C+) |
| Neighborhood Rating | (B-) |
| Location Rating | (A+) |

| **Building** | |
|---|---|
| Building | 3-Story Garden (B) |
| Construction | Frame, Brick And Stucco, , Composite Shingle |
| GBA | |
| Year Built | 2007 |
| Quality | Average-Good |
| NRA | 173921.9904 |
| Renovated | |
| Condition | Average-Good |
| Amenities | Pool, Clubhouse, Fitness Center, Business Center And Gated Parking |

| **General** | |
|---|---|
| Electric | Sub-Meter; Tenant-Pay |
| Gas | |
| Water/Sewer | Sub-Meter; Tenant-Pay |
| Trash | Master-Meter; Tenant-Pay |
| Parking Type & Ratio | Tuckunder Garage, |
| Land Area | 0 SF; 0.000 Acres |
| County Parcel ID | 22-03577-00A-06A-0000 |
| PM Company | Venterra Realty |
| Formerly Known As | Duncanville Villages |
| ID # | 6138763 |

| **Unit Mix** | |
|---|---|
| Occupancy | 87% |
| Concessions | None |
| As Of | 02/21/2023 |

| **Summary** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | # Units | Avg Baths | SF Range | Avg SF | Contract Rent | Quoted Rent | Contract PSF | Quoted PSF |
| 1-BR | 216 | 1.0 | 805 - 805 | 805 | $1,532 | $1,532 | $1.90 | $1.90 |
| Avg | | 1.0 | | 805 | $1,532 | $1,532 | $1.90 | $1.90 |
| Total | 216 | | | 173,922 | $330,912 | $330,912 | | |

| **Breakdown** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| layout | # | Beds | Baths | SF | Current Rent | Quoted Rent | Current PSF | Quoted PSF |
| All Floorplans | 216 | 1 | 1.0 | 805 | $1,532 | $1,532 | $1.90 | $1.90 |

**Comments**

This comparable has a setback location along the southeast line of Highway 67, just northeast of South Main Street. The unit mix presented represents all floorplans.

App. 544

Addendum g

rent roll

App. 545



Addendum h

income statements

App. 548

| | 01/31/2020 | 02/29/2020 | 03/31/2020 | 04/30/2020 | 05/31/2020 | 06/30/2020 | 07/31/2020 | 08/31/2020 | 09/30/2020 | 10/31/2020 | 11/30/2020 | 12/31/2020 | 12 Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | |
| Total Potential Per Schedule | 210,990 | 210,990 | 210,990 | 210,990 | 210,990 | 210,990 | 213,240 | 213,240 | 213,240 | 213,240 | 213,240 | 214,740 | 2,546,880 |
| Leases Under Schedule | (8,420) | (8,120) | (8,517) | (8,517) | (8,617) | (7,897) | (8,737) | (8,827) | (8,342) | (7,652) | (6,572) | (7,612) | (97,830) |
| **TOTAL POSSIBLE RENT PER LEASES** | 202,570 | 202,870 | 202,473 | 202,473 | 202,373 | 203,093 | 204,503 | 204,413 | 204,898 | 205,588 | 206,668 | 207,128 | 2,449,050 |
| **RENTAL LOSSES** | | | | | | | | | | | | | |
| Vacancy Loss | (30,329) | (23,044) | (16,370) | (11,030) | (13,825) | (3,298) | (6,333) | (5,101) | (5,432) | (6,537) | (2,840) | (3,717) | (127,856) |
| Administrative & Model | (1,124) | (543) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (1,667) |
| Bad Debt Loss | 0 | 0 | (3,412) | (2,715) | (1,047) | (3,229) | (7,410) | (2,132) | (1,073) | 779 | (3,918) | (1,570) | (25,727) |
| Discounts & Concessions | (5,096) | (11,466) | (6,630) | (3,054) | (6,495) | (6,719) | (501) | (700) | (100) | (739) | (797) | (297) | (42,595) |
| **TOTAL LOSSES** | (36,549) | (35,053) | (26,412) | (16,799) | (21,367) | (13,246) | (14,244) | (7,933) | (6,605) | (6,497) | (7,555) | (5,584) | (197,845) |
| **NET RENTAL REVENUE** | 166,021 | 167,817 | 176,061 | 185,674 | 181,006 | 189,847 | 190,259 | 196,480 | 198,293 | 199,091 | 199,113 | 201,544 | 2,251,205 |
| **OTHER REVENUE** | | | | | | | | | | | | | |
| Parking | 3,509 | 3,849 | 4,054 | 4,290 | 4,250 | 4,375 | 4,807 | 4,343 | 4,508 | 4,134 | 4,223 | 4,200 | 50,542 |
| Cable TV & Internet | 0 | 0 | 0 | 30,043 | 964 | 1,038 | 622 | 1,046 | 562 | 1,040 | 0 | 959 | 36,274 |
| Interest Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 71 | 7 | 78 |
| Deposit Forfeitures | 250 | 967 | 1,207 | 1,062 | 2,442 | 1,039 | 4,801 | 332 | 1,304 | 2,030 | 1,512 | 777 | 17,724 |
| Application Fees | 490 | 610 | 375 | 375 | 1,305 | 780 | 715 | 600 | 867 | 470 | 740 | 150 | 7,477 |
| Non-Refundable Pet Fees | 700 | 725 | 475 | 225 | 650 | 175 | 175 | 175 | 150 | 150 | 475 | 125 | 4,200 |
| Late & NSF Charges | 2,065 | 2,725 | 2,390 | 60 | 0 | 0 | 0 | 3,685 | 3,145 | 2,795 | 3,500 | 3,165 | 23,530 |
| Misc Tenant Charges | 977 | 1,962 | 1,462 | 695 | 1,386 | 750 | 1,915 | 2,006 | 1,113 | 1,766 | 2,033 | 1,475 | 17,539 |
| **TOTAL OTHER REVENUE** | 7,991 | 10,838 | 9,963 | 36,750 | 10,997 | 8,157 | 13,035 | 12,187 | 11,649 | 12,385 | 12,554 | 10,858 | 157,364 |
| **TOTAL REVENUE** | 174,012 | 178,655 | 186,024 | 222,424 | 192,003 | 198,004 | 203,294 | 208,667 | 209,942 | 211,476 | 211,667 | 212,402 | 2,408,569 |
| **OPERATING EXPENSES** | | | | | | | | | | | | | |
| **PERSONNEL EXPENSES** | | | | | | | | | | | | | |
| Office Salaries | 8,997 | 8,859 | 10,774 | 9,180 | 8,295 | 6,656 | 6,777 | 6,038 | 5,457 | 6,792 | 6,687 | 6,971 | 91,483 |
| Maintenance Salaries | 3,845 | 3,650 | 3,260 | 3,725 | 3,520 | 3,360 | 4,385 | 3,989 | 3,848 | 3,755 | 3,635 | 3,786 | 44,755 |
| Porters & Housekeepers | 0 | 1,392 | 2,400 | 2,232 | 2,136 | 2,016 | 2,240 | 2,506 | 2,527 | 2,562 | 2,555 | 2,562 | 25,130 |
| Bonuses | 282 | 0 | 0 | 693 | 0 | 0 | 693 | 0 | 0 | 704 | 0 | 0 | 2,370 |
| Payroll Taxes | 1,739 | 1,776 | 2,238 | 1,983 | 1,794 | 1,594 | 1,776 | 1,630 | 1,517 | 1,691 | 1,581 | 1,697 | 21,018 |
| Worker's Comp Insurance | 435 | 444 | 560 | 496 | 449 | 398 | 444 | 408 | 379 | 422 | 395 | 424 | 5,254 |
| Employee Insurance | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Employee Recruitment | 160 | 0 | 152 | 0 | 0 | 87 | 113 | 0 | 193 | 0 | 0 | 0 | 706 |
| Contract Help | 0 | 0 | 0 | 0 | 0 | 0 | 870 | 0 | 1,862 | 690 | 897 | 0 | 4,317 |
| Payroll Administration | 102 | 70 | 77 | 84 | 70 | 56 | 63 | 56 | 103 | 56 | 56 | 56 | 850 |
| **TOTAL PERSONNEL EXPENSES** | 16,160 | 16,791 | 20,061 | 18,993 | 16,864 | 14,767 | 17,961 | 15,227 | 16,486 | 17,272 | 16,406 | 16,096 | 203,083 |

# SunRidge Management Group
## INCOME STATEMENT - 12 MONTH ROLLING

| | 01/31/2020 | 02/29/2020 | 03/31/2020 | 04/30/2020 | 05/31/2020 | 06/30/2020 | 07/31/2020 | 08/31/2020 | 09/30/2020 | 10/31/2020 | 11/30/2020 | 12/31/2020 | 12 Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MANAGEMENT FEES** | | | | | | | | | | | | | |
| Management Fees | 4,890 | 4,890 | 5,041 | 6,945 | 6,503 | 5,332 | 5,692 | 5,856 | 6,121 | 6,034 | 5,684 | 5,011 | 67,999 |
| **TOTAL MANAGEMENT FEES** | 4,890 | 4,890 | 5,041 | 6,945 | 6,503 | 5,332 | 5,692 | 5,856 | 6,121 | 6,034 | 5,684 | 5,011 | 67,999 |
| **PROPERTY ADMINISTRATION** | | | | | | | | | | | | | |
| Office Furniture & Supplies | 0 | 326 | 0 | 507 | 228 | 102 | 102 | 219 | 17 | 65 | 46 | 40 | 1,651 |
| Telephone & Answering Service | 584 | 584 | 585 | 603 | 563 | 594 | 1,369 | 1,331 | 1,402 | 1,497 | 1,578 | 1,515 | 12,206 |
| Professional Service | 121 | 86 | 835 | 86 | 86 | 138 | 141 | 88 | 88 | 88 | 88 | 0 | 1,844 |
| Site Office Travel | 165 | 110 | 72 | 24 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | (27) | 364 |
| Postage & Freight | 0 | 0 | 0 | 100 | 100 | 100 | 118 | 122 | 100 | 100 | 100 | 100 | 940 |
| Employee Relations | 23 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 248 | 200 | 481 |
| Licenses, Permits, Taxes | 237 | 1,148 | 178 | 115 | 156 | 115 | 3,575 | 331 | 281 | 200 | 233 | 66 | 6,634 |
| Credit & Collections | 686 | 859 | 608 | 307 | 292 | 292 | 554 | 513 | 490 | 210 | 210 | 1,186 | 6,205 |
| Dues & Subscriptions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 214 | 0 | 0 | 0 | 0 | 215 |
| Copier, Forms & Printing | 0 | 103 | 0 | 361 | 164 | 176 | 303 | 0 | 39 | 0 | 143 | 0 | 1,289 |
| Training & Seminars | 153 | 58 | 3 | 48 | 48 | 48 | 48 | 48 | 48 | 75 | 0 | 73 | 651 |
| Administrative/Forms | 0 | 0 | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 90 |
| Computer Supplies | 0 | 310 | 0 | 119 | 215 | 0 | 0 | 0 | 108 | 216 | 0 | 0 | 969 |
| Miscellaneous Administrative | 269 | 339 | 322 | 484 | 481 | 455 | 512 | 672 | 494 | 495 | 469 | 413 | 5,404 |
| **TOTAL ADMINISTRATIVE EXPENSE** | 2,238 | 3,923 | 2,613 | 2,764 | 2,361 | 2,030 | 6,732 | 3,548 | 3,077 | 2,956 | 3,125 | 3,576 | 38,943 |
| **LEASING** | | | | | | | | | | | | | |
| Advertising | 1,210 | 1,214 | 1,245 | 1,396 | 543 | 391 | 1,021 | 402 | 1,242 | 687 | 688 | 520 | 10,560 |
| Locator Commissions | 1,786 | 662 | 1,297 | 562 | 0 | 562 | 735 | 500 | 742 | 0 | 0 | 1,312 | 8,157 |
| Property Promotions & Other Mktg | 1,978 | 2,006 | 634 | 378 | 548 | 245 | 446 | 392 | 89 | 345 | 418 | 325 | 7,803 |
| Referral Fees | 0 | 1,000 | 1,500 | 500 | 0 | 0 | 0 | 0 | 200 | 0 | 0 | 0 | 3,200 |
| Model Furniture & Supply | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 87 | 0 | 0 | 0 | 0 | 87 |
| Brochures & Related Materials | 0 | 136 | 1,112 | 216 | 0 | 87 | 176 | 0 | 127 | 183 | 0 | 0 | 2,038 |
| Leasing Commissions | 1,375 | 900 | 2,215 | 700 | 1,000 | 1,245 | 710 | 1,055 | 810 | 280 | 300 | 815 | 11,405 |
| **TOTAL LEASING EXPENSE** | 6,349 | 5,918 | 8,003 | 3,752 | 2,091 | 2,530 | 3,088 | 2,436 | 3,210 | 1,495 | 1,406 | 2,972 | 43,250 |
| **UTILITIES** | | | | | | | | | | | | | |
| Electricity-Property | 989 | 608 | 1,014 | 1,717 | 977 | 1,051 | 1,033 | 1,101 | 1,073 | 1,077 | 1,248 | 480 | 12,366 |
| Electricity-Vacant & Model | 1,784 | 1,248 | 859 | 363 | 185 | 272 | 278 | 332 | 236 | 270 | 161 | 6,182 | 12,172 |
| Electric Reimbursement | (282) | (398) | (267) | (69) | (65) | 0 | (15) | (125) | (12) | 0 | (41) | (48) | (1,323) |
| VCR-Vacant Electric Billing | 0 | 171 | 341 | 341 | 256 | 128 | 214 | 128 | 0 | 128 | 170 | 0 | 1,876 |
| Water | 2,821 | 2,532 | 2,262 | 2,529 | 2,542 | 3,483 | 3,569 | 3,193 | 2,929 | 4,562 | 2,411 | 2,482 | 35,317 |
| Water-Irrigation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 887 | 487 | 366 | 1,740 |
| Water/Sewer Reimbursements | (2,696) | (3,947) | (4,181) | (4,353) | (4,824) | (4,590) | (4,928) | (4,893) | (4,918) | (5,136) | (4,903) | (4,843) | (54,212) |
| Sewer | 3,398 | 2,469 | 2,454 | 2,472 | 2,516 | 2,517 | 2,516 | 1,833 | 1,734 | 3,877 | 2,600 | 2,601 | 30,987 |
| Billing fees & Tax Credit Expenses | 364 | 298 | 437 | 450 | 323 | 492 | 342 | 506 | 506 | 398 | 506 | 0 | 4,620 |
| Late Charges | 0 | 0 | (105) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (104) |

App. 550

| | 01/31/2020 | 02/29/2020 | 03/31/2020 | 04/30/2020 | 05/31/2020 | 06/30/2020 | 07/31/2020 | 08/31/2020 | 09/30/2020 | 10/31/2020 | 11/30/2020 | 12/31/2020 | 12 Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL UTILITY EXPENSE | 6,378 | 2,981 | 2,814 | 3,450 | 1,910 | 3,353 | 3,009 | 2,075 | 1,548 | 6,063 | 2,639 | 7,220 | 43,439 |

| | 01/31/2020 | 02/29/2020 | 03/31/2020 | 04/30/2020 | 05/31/2020 | 06/30/2020 | 07/31/2020 | 08/31/2020 | 09/30/2020 | 10/31/2020 | 11/30/2020 | 12/31/2020 | 12 Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SERVICE EXPENSE** | | | | | | | | | | | | | |
| Grounds Maintenance Contract | 2,165 | 2,165 | 2,165 | 2,165 | 2,165 | 2,165 | 2,165 | 2,165 | 2,165 | 2,165 | 2,165 | 2,165 | 25,980 |
| Exterminating Service & Supplies | 179 | 179 | 179 | 0 | 0 | 379 | 227 | 0 | 179 | 506 | 179 | 357 | 2,363 |
| Pest Control Reimbursement | (760) | (960) | (984) | (1,032) | (1,128) | (1,080) | (1,144) | (1,144) | (1,144) | (1,136) | (1,112) | (1,120) | (12,744) |
| Garbage & Trash Removal | 5,870 | 2,348 | 1,499 | 1,297 | 1,334 | 1,974 | 564 | 1,067 | 2,153 | 1,112 | 1,092 | 1,644 | 21,958 |
| Trash Reimbursement | (1,551) | (2,081) | (2,197) | (2,254) | (2,575) | (2,418) | (2,668) | (2,590) | (2,643) | (2,663) | (2,510) | (2,521) | (28,673) |
| Courtesy Patrol | 0 | 0 | 0 | 0 | 0 | 405 | 0 | 1,622 | 811 | 811 | 0 | 65 | 3,714 |
| Uniform Services & Cleaning | 0 | 130 | 41 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 171 |
| Pool Cleaning | 0 | 0 | 0 | 0 | 0 | 84 | 0 | 0 | 0 | 0 | 0 | 0 | 84 |
| Vehicles | 143 | 0 | 0 | 0 | 0 | 0 | 0 | 38 | 5 | 0 | 0 | 0 | 184 |
| Hallway Cleaning & Repairs | 180 | 210 | 180 | 0 | 0 | 0 | 0 | 200 | 0 | 0 | 0 | 0 | 770 |
| Fire Protection | 70 | 124 | 70 | 70 | 346 | 92 | 115 | 116 | 70 | 70 | 70 | 44 | 1,260 |
| **TOTAL SERVICE EXPENSE** | 6,296 | 2,115 | 953 | 246 | 142 | 1,601 | (741) | 1,474 | 1,596 | 865 | (116) | 634 | 15,067 |
| **CLEANING & DECORATING** | | | | | | | | | | | | | |
| Painting-Contract Labor | 0 | 0 | 0 | 0 | 484 | 999 | 616 | 0 | 1,105 | 2,370 | 0 | 0 | 5,573 |
| Paint Supplies | 0 | 0 | 92 | 0 | 79 | 0 | 206 | 904 | 501 | 34 | 95 | 132 | 2,043 |
| Contract Cleaning & Supply | 79 | 304 | 95 | 459 | 1,067 | 777 | 1,200 | 1,238 | 1,324 | 1,264 | 497 | 1,047 | 9,351 |
| Carpet Cleaning | 0 | 146 | 22 | 245 | 141 | 0 | 162 | 217 | 129 | 43 | 314 | 54 | 1,471 |
| Carpet Dying & Repairs | 0 | 71 | 21 | 0 | 173 | 0 | 162 | 378 | 141 | 65 | 54 | 316 | 1,383 |
| Sheetrock Repairs | 0 | 0 | 0 | 0 | 60 | 245 | 190 | 0 | 145 | 455 | 0 | 0 | 1,095 |
| **TOTAL CLEANING & DECORATING** | 79 | 521 | 230 | 704 | 2,004 | 2,021 | 2,536 | 2,737 | 3,345 | 4,231 | 960 | 1,549 | 20,916 |
| **REPAIRS & MAINTENANCE** | | | | | | | | | | | | | |
| Grounds Maintenance Supplies | 64 | 335 | 75 | 215 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 690 |
| Pool Supplies & Repairs | 0 | 130 | 0 | 84 | 130 | 132 | 252 | 622 | 422 | 269 | 341 | 209 | 2,589 |
| Parking Lot & Sidewalks | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 491 | 0 | 0 | 0 | 0 | 491 |
| Clubhouse & Amenity Repairs | 0 | 0 | 0 | 0 | 0 | 70 | 222 | 0 | 0 | 0 | 0 | 55 | 347 |
| Electrical Supplies & Repairs | 0 | 10 | 0 | 0 | 0 | 82 | 17 | 83 | 0 | 111 | 0 | 0 | 303 |
| Plumbing Supplies & Repairs | 96 | 110 | 0 | 189 | 138 | 157 | 202 | 87 | 386 | 635 | 6 | 378 | 2,386 |
| Hvac Supplies & Repairs | 0 | 30 | 0 | 41 | 0 | 24 | 150 | 194 | 463 | 340 | 0 | 34 | 1,275 |
| Appliance Supplies & Repairs | 0 | 0 | 0 | 144 | 295 | 300 | 100 | 258 | 0 | 785 | 183 | 229 | 2,293 |
| Carpentry Supplies | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 306 | 119 | 112 | 0 | 0 | 542 |
| Hardware Supplies | 0 | 103 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 123 |
| Lock And Keys | 0 | 0 | 350 | 34 | 122 | 0 | 35 | 29 | 0 | 0 | 0 | 0 | 570 |
| Light Bulbs And Fixtures | 0 | 24 | 445 | 370 | 183 | 0 | 107 | 71 | 93 | 226 | 0 | 219 | 1,738 |
| Glass,Mirrors & Screens | 0 | 0 | 241 | 0 | 0 | 0 | 0 | 241 | 0 | 0 | 0 | 0 | 484 |
| **TOTAL REPAIRS & MAINTENANCE** | 160 | 747 | 1,111 | 1,077 | 868 | 765 | 1,085 | 2,382 | 1,483 | 2,478 | 530 | 1,145 | 13,831 |

| | 01/31/2020 | 02/29/2020 | 03/31/2020 | 04/30/2020 | 05/31/2020 | 06/30/2020 | 07/31/2020 | 08/31/2020 | 09/30/2020 | 10/31/2020 | 11/30/2020 | 12/31/2020 | 12 Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROPERTY TAXES** | | | | | | | | | | | | | |
| Real Estate Tax | 0 | 0 | 0 | 0 | 215,000 | 43,000 | 43,000 | 43,000 | 43,000 | 43,000 | 43,000 | 54,709 | 527,708 |
| **TOTAL PROPERTY TAXES** | 0 | 0 | 0 | 0 | 215,000 | 43,000 | 43,000 | 43,000 | 43,000 | 43,000 | 43,000 | 54,709 | 527,708 |
| **PROPERTY INSURANCE** | | | | | | | | | | | | | |
| Hazard Insurance | 6,469 | 6,469 | 6,469 | 6,469 | 5,383 | 5,379 | 5,379 | 5,379 | 5,379 | 5,379 | 5,379 | 5,379 | 68,912 |
| **TOTAL PROPERTY INSURANCE** | 6,469 | 6,469 | 6,469 | 6,469 | 5,383 | 5,379 | 5,379 | 5,379 | 5,379 | 5,379 | 5,379 | 5,379 | 68,912 |
| **TOTAL OPERATING EXPENSES** | 49,019 | 44,355 | 47,295 | 44,400 | 253,126 | 80,778 | 87,741 | 84,114 | 85,245 | 89,773 | 79,013 | 98,291 | 1,043,148 |
| **NET OPERATING INCOME** | 124,993 | 134,300 | 138,729 | 178,024 | (61,123) | 117,226 | 115,553 | 124,553 | 124,697 | 121,703 | 132,654 | 114,111 | 1,365,421 |
| **PROPERTY REPLACEMENTS** | | | | | | | | | | | | | |
| **RECURRING REPLACEMENTS** | | | | | | | | | | | | | |
| Drapery Replacements | 0 | 0 | 0 | 0 | 0 | 0 | 713 | 0 | 0 | 0 | 0 | 0 | 712 |
| Appliance Replacements | 0 | 0 | 0 | 0 | 0 | 1,968 | 983 | 0 | 0 | 0 | 0 | 0 | 2,952 |
| **TOTAL RECURRING REPLACEMENTS** | 0 | 0 | 0 | 0 | 0 | 1,968 | 1,696 | 0 | 0 | 0 | 0 | 0 | 3,664 |
| **NON-RECURRING REPLACEMENTS** | | | | | | | | | | | | | |
| Lawns, Tree & Shrubs | 649 | 0 | (649) | 0 | 0 | 0 | 4,999 | 0 | 0 | 2,000 | 0 | 0 | 6,999 |
| Paving & Parking Lot Renovations | 0 | 0 | 0 | 0 | 0 | 2,145 | 0 | 0 | 0 | 0 | 0 | 0 | 2,146 |
| Fire & Storm & Insured Loss Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,921 | 0 | 0 | 0 | 3,921 |
| Playground & Recreational Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 277 | 0 | 0 | 0 | 0 | 276 |
| Other Non-Recurring Expenses | 740 | 1,081 | 0 | 0 | 86 | 0 | 1,875 | 525 | 0 | 0 | 0 | 0 | 4,308 |
| Clubroom and Office Upgrades | 0 | 0 | 0 | 0 | 465 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 465 |
| Fire Alarm System Inspection\Repairs | 0 | 337 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 336 |
| Gate/Garage Door Repairs\Supplies | 1,261 | 334 | 0 | 426 | 80 | 125 | 0 | 130 | 105 | 250 | 0 | 0 | 2,713 |
| Pest Control Expenses | 0 | 0 | 0 | 178 | 0 | 0 | 0 | 0 | 0 | 963 | 0 | 0 | 1,142 |
| **TOTAL NON-RECURRING REPLACEMENTS** | 2,650 | 1,752 | (649) | 604 | 631 | 2,270 | 6,874 | 932 | 4,026 | 3,213 | 0 | 0 | 22,306 |
| **TOTAL PROPERTY REPLACEMENTS** | 2,650 | 1,752 | (649) | 604 | 631 | 4,238 | 8,570 | 932 | 4,026 | 3,213 | 0 | 0 | 25,970 |
| **RESERVE ACTIVITY** | | | | | | | | | | | | | |
| **RECURRING RESERVE ACTIVITY** | | | | | | | | | | | | | |
| Recurring Payment | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 45,000 |
| **NET RECURRING RESERVE ACTIVITY** | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 45,000 |

| | 01/31/2020 | 02/29/2020 | 03/31/2020 | 04/30/2020 | 05/31/2020 | 06/30/2020 | 07/31/2020 | 08/31/2020 | 09/30/2020 | 10/31/2020 | 11/30/2020 | 12/31/2020 | 12 Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NET RESERVE ACTIVITY | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 45,000 |
| AVAILABLE FOR DEBT SERVICE | 118,593 | 128,798 | 135,628 | 173,670 | (65,504) | 109,238 | 103,233 | 119,871 | 116,921 | 114,740 | 128,904 | 110,361 | 1,294,452 |
| **DEBT SERVICE** | | | | | | | | | | | | | |
| Mortgage Payment-1st | 73,414 | 73,414 | 69,864 | 69,865 | 69,865 | 69,865 | 71,832 | 73,629 | 73,626 | 71,835 | 74,858 | 74,310 | 866,375 |
| D/S mip | 3,963 | 3,963 | 3,963 | 3,963 | 3,963 | 3,963 | 3,963 | 3,963 | 3,963 | 3,963 | 3,962 | 3,876 | 47,467 |
| TOTAL DEBT SERVICE | 77,377 | 77,377 | 73,827 | 73,828 | 73,828 | 73,828 | 75,795 | 77,592 | 77,589 | 75,798 | 78,820 | 78,186 | 913,842 |
| NET CASH FLOW/ (DEFICIT) | 41,216 | 51,421 | 61,801 | 99,842 | (139,332) | 35,410 | 27,439 | 42,279 | 39,332 | 38,942 | 50,084 | 32,175 | 380,609 |
| **NON-OPERATING EXPENSES** | | | | | | | | | | | | | |
| 1st Mortgage Interest | 55,696 | 55,854 | 53,380 | 54,845 | 54,811 | 53,984 | 51,991 | 55,529 | 55,471 | 56,906 | 53,692 | 56,390 | 658,550 |
| Replacement Escrow - Contra | (3,750) | (3,750) | (3,750) | (3,750) | (3,750) | (3,750) | (3,750) | (3,750) | (3,750) | (3,750) | (3,750) | (3,750) | (45,000) |
| Mortgage Payment Contra | (77,377) | (77,376) | (73,827) | (73,828) | (73,828) | (73,827) | (75,795) | (77,591) | (77,589) | (75,798) | (78,820) | (78,187) | (913,843) |
| MIP Amortization | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 3,962 | 3,962 | 3,962 | 3,962 | 15,857 |
| TOTAL NON-OPERATING EXPENSES | (25,431) | (25,272) | (24,197) | (22,733) | (22,767) | (23,593) | (27,554) | (25,803) | (21,906) | (18,680) | (24,916) | (21,585) | (284,436) |
| NET INCOME (LOSS) | 66,647 | 76,693 | 85,998 | 122,575 | (116,565) | 59,003 | 54,993 | 68,082 | 61,238 | 57,622 | 75,000 | 53,760 | 665,045 |

Multifamily Performance Summary
PROPERTY NAME: **BELLWETHER RIDGE**
City: DESOTO
State: TX
Total Units: 150            Average Unit Size:        937 Sq. Ft.
Total Square Feet: 140,601            Mgmt. Co.: ALL

08-Nov-21
03:00 PM

Page 3 of 6

| ACTUAL | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Derived Physical Occupancy | 96.9% | 98.7% | 98.3% | 96.4% | 96.9% | 95.1% | 96.9% | 95.6% | 97.3% | 98.0% | 97.7% | 95.9% | 96.7% | 97.0% |
| Economic Occupancy (NRR/GPR) | 96.8% | 96.3% | 97.3% | 90.7% | 96.4% | 92.0% | 94.8% | 95.2% | 89.7% | 90.1% | 102.7% | 90.9% | 86.7% | 93.6% |
| Average Rent/Month/SF | 1.517 | 1.517 | 1.527 | 1.527 | 1.527 | 1.538 | 1.538 | 1.559 | 1.559 | 1.575 | 1.575 | 1.591 | 1.591 | 1.552 |
| Average Expenses/Month/SF | 0.029 | 0.030 | 0.030 | 0.027 | 0.028 | 0.024 | 0.024 | 0.022 | 0.021 | 0.022 | 0.022 | 0.022 | 0.021 | 0.024 |

**12 FINANCIAL DETAIL**

| | | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIS Change | | | | 0.7% | | | 0.7% | | 1.4% | | 1.0% | | 1.0% | | 4.8% |
| RPS/Unit | | 1422 | 1422 | 1432 | 1432 | 1432 | 1442 | 1442 | 1462 | 1462 | 1477 | 1477 | 1492 | 1492 | |
| EffRent/Unit | | 1,366 | 1,372 | 1,379 | 1,383 | 1,373 | 1,389 | 1,393 | 1,394 | 1,402 | 1,408 | 1,416 | 1,423 | 1,429 | |
| ACTUAL | | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | TOTAL |
| | | 2020 | 2020 | 2020 | 2021 | 2021 | 2021 | 2021 | 2021 | 2021 | 2021 | 2021 | 2021 | 2021 | |

**REVENUE**

| | | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loss/Gain to Leases | Rent per Schedule | 213,240 | 213,240 | 214,740 | 214,740 | 214,740 | 216,240 | 216,240 | 219,240 | 219,240 | 221,490 | 221,490 | 223,740 | 223,740 | 2,618,880 |
| Loss/Gain to Leases | Leases Over Schedule | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vacancy Losses | Leases Under Schedule | (7,652) | (6,572) | (7,612) | (6,979) | (8,423) | (7,514) | (6,929) | (9,889) | (8,680) | (9,985) | (9,095) | (10,285) | (9,350) | (101,313) |
| | **Gross Possible Rent** | 205,588 | 206,668 | 207,128 | 207,761 | 206,317 | 208,726 | 209,311 | 209,351 | 210,560 | 211,505 | 212,395 | 213,455 | 214,390 | 2,517,567 |

**RENTAL LOSSES**

| | | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other Rental Losses | Vacancy | 6,537 | 2,840 | 3,717 | 7,701 | 6,615 | 10,556 | 6,776 | 9,749 | 5,989 | 4,361 | 5,056 | 9,068 | 7,363 | 79,791 |
| Other Rental Losses | Administrative & Model | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Rental Losses | Bad Debt | (779) | 3,918 | 1,570 | 11,290 | 551 | 5,854 | 3,805 | (73) | 15,418 | 16,167 | (10,786) | 10,407 | 21,140 | 79,262 |
| Other Rental Losses | Discounts & Concessions | 739 | 797 | 297 | 297 | 297 | 303 | 398 | 297 | 297 | 347 | (3) | 0 | 0 | 3,327 |
| Total Other Revenue | UHF Concessions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Total Rental Losses** | 6,497 | 7,555 | 5,584 | 19,288 | 7,463 | 16,713 | 10,979 | 9,973 | 21,704 | 20,875 | (5,733) | 19,475 | 28,503 | 162,380 |
| | **Net Rental Revenue** | 199,091 | 199,113 | 201,544 | 188,474 | 198,854 | 192,013 | 198,332 | 199,378 | 188,856 | 190,630 | 218,128 | 193,980 | 185,887 | 2,355,187 |

**OTHER REVENUE**

| | | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Other Revenue | Application Fees | 470 | 740 | 150 | 770 | 470 | 1,410 | 375 | 825 | 695 | 1,125 | 1,410 | 75 | 750 | 8,795 |
| Total Other Revenue | Cable TV | 1,040 | 0 | 959 | 0 | 20,220 | (7,704) | 1,277 | 5,757 | 1,180 | 676 | 1,237 | 1,237 | 1,263 | 26,102 |
| Total Other Revenue | Corporate Rentals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Revenue | Deposit Forfeitures | 2,030 | 1,512 | 777 | 4,118 | 1,239 | 2,428 | 1,581 | 1,850 | 2,120 | 4,103 | 1,252 | 3,424 | 3,624 | 28,028 |
| Total Other Revenue | Equip., Facility, & Furn. Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Revenue | Interest Income | 0 | 71 | 7 | 0 | 10 | 0 | 0 | 20 | 21 | 20 | 0 | (45) | 20 | 125 |
| Total Other Revenue | Laundry | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Revenue | Misc. Resident Charges | 1,766 | 2,033 | 1,475 | 1,605 | 1,764 | 3,937 | 3,446 | 4,331 | 4,317 | 1,865 | 1,950 | 2,254 | 2,163 | 31,139 |
| Total Other Revenue | Miscellaneous Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Revenue | Non-Refundable Pet Deposits | 150 | 475 | 125 | 125 | 125 | 425 | 125 | 450 | 125 | 500 | 800 | 150 | 150 | 3,575 |
| Total Other Revenue | NSF & Late Fees | 2,795 | 3,500 | 3,165 | 3,810 | 3,120 | 3,885 | 2,380 | 3,075 | 2,705 | 3,320 | 3,410 | 3,080 | 3,500 | 38,950 |
| Total Other Revenue | Parking | 4,134 | 4,223 | 4,200 | 3,838 | 3,990 | 3,331 | 3,425 | 3,069 | 2,900 | 3,050 | 3,112 | 3,068 | 2,977 | 41,183 |
| Personnel Expenses | Vending & Telephone | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Total Other Revenue** | 12,384 | 12,554 | 10,858 | 14,266 | 30,938 | 7,713 | 12,609 | 19,376 | 14,062 | 14,659 | 13,171 | 13,243 | 14,447 | 177,897 |
| **TOTAL REVENUE** | | 211,476 | 211,667 | 212,402 | 202,739 | 229,791 | 199,726 | 210,942 | 218,754 | 202,918 | 205,289 | 231,299 | 207,222 | 200,334 | 2,533,084 |

**EXPENSES**

| | | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Personnel | Bonuses | 704 | 0 | 0 | 704 | 0 | 0 | 678 | 0 | 0 | 1,240 | 0 | 0 | 1,099 | 3,720 |
| Personnel | Contract Help | 690 | 897 | 0 | 0 | 0 | 0 | 65 | 65 | 65 | 65 | 65 | 1,063 | 863 | 3,148 |
| Personnel | Employee Apartments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Personnel | Employee Recruitment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 95 | 0 | 0 | 159 | 0 | 88 | 342 |
| Personnel | Group Insurance | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| Personnel | Maintenance Salaries | 3,754 | 3,635 | 3,786 | 3,827 | 8,783 | 8,431 | 6,621 | 6,131 | 6,549 | 7,210 | 4,735 | 4,194 | 3,994 | 67,896 |
| Personnel | Misc. Personnel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Personnel | Office Salaries | 6,792 | 6,687 | 6,972 | 7,132 | 6,087 | 6,649 | 7,084 | 6,851 | 7,582 | 9,363 | 9,146 | 9,587 | 8,213 | 91,352 |
| Personnel | Other Payroll Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Personnel | Other Salaries | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Personnel | Payroll Administration | 56 | 56 | 56 | 63 | 56 | 56 | 56 | 110 | 63 | 70 | 56 | 63 | 70 | 775 |
| Personnel | Payroll Taxes - FICA | 1,691 | 1,581 | 1,696 | 1,763 | 1,521 | 1,831 | 1,801 | 1,623 | 1,747 | 2,228 | 1,715 | 1,783 | 1,967 | 21,257 |
| Personnel | Porter/Housekeeper Salaries | 2,563 | 2,555 | 2,563 | 2,755 | (2,755) | 0 | 0 | 0 | 0 | 0 | 0 | 336 | 2,464 | 7,918 |
| Personnel | Worker's Comp | 423 | 395 | 424 | 441 | 380 | 458 | 450 | 406 | 437 | 557 | 429 | 446 | 492 | 5,314 |
| | **TOTAL PERSONNEL EXP** | 17,272 | 16,406 | 16,096 | 17,286 | 14,672 | 18,025 | 17,355 | 15,880 | 17,042 | 21,332 | 16,904 | 18,072 | 19,851 | 208,921 |
| Management Fees | Management Company | 6,034 | 5,684 | 5,011 | 5,428 | 6,164 | 6,304 | 5,677 | 6,183 | 6,045 | 6,264 | 6,413 | 6,359 | 6,015 | 71,547 |
| Administrative | Administrative Forms | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 120 |
| Administrative | Computer Lease | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative | Computer Supplies/Maint. | 216 | 0 | 0 | 0 | 0 | 130 | 0 | 0 | 0 | 0 | 331 | 0 | 0 | 461 |
| Administrative | Copier & Printing | 0 | 144 | 0 | 0 | 88 | 452 | 135 | 126 | 0 | 0 | 0 | 802 | 0 | 1,747 |
| Administrative | Credit/Collection/Eviction | 210 | 210 | 1,186 | 419 | 498 | 210 | 210 | 210 | 323 | 159 | 517 | 305 | 367 | 4,612 |
| Administrative | Dues & Subscriptions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative | Employee Relations | 0 | 248 | 200 | 0 | 41 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 489 |
| Administrative | Licenses/Permits/Fees | 200 | 233 | 65 | 327 | 890 | 176 | 119 | 341 | 387 | 1,778 | 686 | 1,121 | 1,187 | 7,310 |
| Administrative | Misc. Administrative | 495 | 469 | 412 | 395 | 430 | 401 | 380 | 392 | 383 | 370 | 367 | 363 | 355 | 4,717 |
| Administrative | Office Furniture Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative | Office Supplies | 65 | 45 | 41 | 40 | 9 | 0 | 0 | 0 | 0 | 119 | 76 | 134 | 0 | 463 |

The following reproduces the account/category labels and the leftmost (total) data column, which is the reliably legible portion of this wide multi-column spreadsheet.

| Category | Account | Amount |
|---|---|---|
| Administrative | Petty Cash Exp | 0 |
| Administrative | Postage & Freight | 1,222 |
| Administrative | Professional Fees | 2,499 |
| Administrative | Site Travel | 115 |
| Administrative | Telephone & Answ. Svc. | 9,373 |
| Administrative | Training & Seminars | 1,110 |
| | **TOTAL ADMIN EXP** | **34,236** |
| Leasing | Advertising | 8,908 |
| Leasing | Brochures & Related | 1,180 |
| Leasing | Leasing Commissions | 6,256 |
| Leasing | Locator Commissions | 5,050 |
| Leasing | Model & Related | 0 |
| Leasing | Project Promotions | 2,958 |
| Leasing | Referral Fees | 200 |
| | **TOTAL LEASING EXP** | **24,552** |
| Utility | Electric Reimbursement | (326) |
| Utility | Electricity - House Meters | 14,740 |
| Utility | Electricity - Vacant/Model | 8,604 |
| Utility | GAS & OIL - VACANT / MODEL | 0 |
| Utility | Gas & Oil Expense | 0 |
| Utility | Gas Reimbursement | 0 |
| Utility | Misc. Utility Charges | 0 |
| Utility | VCR-Vacant Elec Billing | 597 |
| Utility | Resident Billing Expense | 5,903 |
| Utility | Sewer Expense | 43,066 |
| Utility | Utility Connection Charges | 105 |
| Utility | Other Utility Reimbursement | 0 |
| Utility | Water - Irrigation | 10,275 |
| Utility | Water - Vacant | 0 |
| Utility | Water Expense | 28,914 |
| Utility | Water/Sewer Reimbursements | (68,586) |
| | **TOTAL UTILITY EXP** | **43,191** |
| Service | Cable TV & Antenna | 0 |
| Service | Clubhouse Furniture Rental | 0 |
| Service | Corporate Unit | 0 |
| Service | Elevator Maintenance | 0 |
| Service | Equipment Rental | 1,452 |
| Service | Fire Protection | 25,980 |
| Service | Grounds Contract | 750 |
| Service | Hallway Cleaning | 0 |
| Service | Misc. Services | 2,204 |
| Service | Pest Control | (13,792) |
| Service | Pest Control Reimbursement | 0 |
| Service | Pool Cleaning | 7,165 |
| Service | Security Services | 0 |
| Service | Sweeping/Snow Removal | (31,641) |
| Service | Trash Reimbursement | 14,812 |
| Service | Trash Removal | 360 |
| Service | Uniform Service | 26 |
| Service | Vehicle Expense | |
| | **TOTAL SERVICE EXP** | **7,316** |
| C&D | Carpet Cleaning | 2,750 |
| C&D | Carpet Dyeing & Repair | 1,995 |
| C&D | Contract Cleaning & Supplies | 9,304 |
| C&D | Contract Painting | 1,902 |
| C&D | Drapes/Blinds Cleaning/Repair | 0 |
| C&D | Occupancy Inspections | 0 |
| C&D | Other Interior Repair | 0 |
| C&D | Paint Supplies | 3,839 |
| C&D | Sheetrock Repair | 694 |
| C&D | Wallcovering | 0 |
| | **TOTAL C&D EXP** | **20,484** |
| R&M | Appliance Repair & Supplies | 988 |
| R&M | Balcony & Stairway | 0 |
| R&M | Carpentry Supplies | 931 |
| R&M | Clubhouse & Amenity Repair | 655 |
| R&M | Electrical Repair & Supplies | 73 |
| R&M | Grounds Maintenance Supplies | 2,165 |
| R&M | Hardware Supplies | 374 |
| R&M | HVAC Repair & Supplies | 1,126 |
| R&M | Light Bulbs & Fixtures | 1,211 |
| R&M | Locks & Keys | 492 |
| R&M | Mirrors, Glass, & Screens | 989 |
| R&M | Misc. Maintenance | 0 |
| R&M | Other Exterior Repairs | 0 |
| R&M | Parking Lot/Sidewalk Repair | 1,574 |
| R&M | Plumbing Repair & Supplies | 2,649 |
| R&M | Pool Repair & Supplies | 2,547 |
| R&M | Roof Repair & Supplies | 882 |
| R&M | Sprinkler System | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **TOTAL R&M EXP** | 2,478 | 530 | 1,145 | 45 | 264 | 1,390 | 1,716 | 1,771 | 3,131 | 2,092 | 130 | 1,675 | 2,767 | 16,657 |
| Property Taxes | Real Estate Taxes | 43,000 | 43,000 | 54,709 | 43,457 | 43,457 | 43,457 | 43,457 | 43,457 | 43,457 | 43,457 | 43,457 | 43,457 | 43,457 | 532,279 |
| Property Insurance | Property Insurance | 5,379 | 5,379 | 5,379 | 5,379 | 5,379 | 5,379 | 5,379 | 5,576 | 5,568 | 5,568 | 5,568 | 5,568 | 5,568 | 65,690 |
| | **Total Operating Exp** | 89,773 | 79,013 | 98,291 | 80,331 | 77,383 | 82,676 | 83,524 | 80,778 | 86,840 | 91,914 | 82,134 | 90,617 | 91,370 | 1,024,871 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NET OPERATING INCOME** | | 121,703 | 132,654 | 114,111 | 122,409 | 152,408 | 117,050 | 127,418 | 137,976 | 116,078 | 113,375 | 149,164 | 116,605 | 108,963 | 1,508,213 |

**REPLACEMENTS**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Recurring Repl | Appliances | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 265 | 0 | 0 | 0 | 0 | 265 |
| Recurring Repl | Carpets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 572 | 0 | 572 |
| Recurring Repl | Drapes & Blinds | 0 | 0 | 0 | 0 | 256 | 160 | 0 | 108 | 108 | 0 | 144 | 0 | 399 | 1,174 |
| Recurring Repl | Individual Water Heaters | 0 | 0 | 0 | 0 | 165 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 165 |
| | **TOTAL RECURRING REPL** | 0 | 0 | 0 | 0 | 421 | 160 | 0 | 108 | 373 | 0 | 144 | 572 | 399 | 2,176 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Recurring Repl | Audit Fee | 0 | 0 | 0 | 3,600 | 0 | 3,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,200 |
| Non-Recurring Repl | Boilers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Carpentry/Siding/Gutters | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | City Inspection/Multi-family License fee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Clubroom and Office Upgrades | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Concrete Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Constr. Mgmt. Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Down Units | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Electrical | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Elevator inspection and repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Exterior Painting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Fire & Storm Damage | 0 | 0 | 0 | 0 | 0 | 18,520 | 0 | 0 | 0 | 3,994 | 1,924 | 7,900 | 7,600 | 39,939 |
| Non-Recurring Repl | Fire Alarm System Inspection and related repa | 0 | 0 | 0 | 10,000 | 0 | 0 | 1,624 | 0 | 0 | 0 | 0 | 0 | 0 | 11,624 |
| Non-Recurring Repl | Foundation Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Gate Repairs and Supplies | 250 | 0 | 0 | 0 | 495 | 0 | 0 | 0 | 2,086 | 0 | 0 | 25 | 0 | 2,606 |
| Non-Recurring Repl | HVAC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 58 | 0 | 0 | 0 | 0 | 58 |
| Non-Recurring Repl | Insurance Adjuster Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Insured Loss Recovery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Landscaping | 2,000 | 0 | 0 | 0 | 0 | 0 | 4,314 | 4,655 | 0 | 0 | 0 | 0 | 0 | 8,969 |
| Non-Recurring Repl | Liability Claim | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Major Exterior Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Major Pest Control Expenses | 963 | 0 | 0 | 0 | 0 | 0 | 0 | 963 | 0 | 0 | 0 | 0 | 0 | 963 |
| Non-Recurring Repl | Masonry, Bricks, Stucco, Etc. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Monument/Directional Signage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | New Computer and peripherals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Other Non-Recurring | 0 | 0 | 0 | 1,500 | 2,974 | 1,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,474 |
| Non-Recurring Repl | Ownership Level Expenses | 0 | 0 | 0 | 0 | 300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 300 |
| Non-Recurring Repl | Paving & Parking Lot | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,679 | 2,466 | 0 | 0 | 0 | 0 | 4,145 |
| Non-Recurring Repl | Plumbing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Pool & Equip. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Pool Furniture | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | REAC Inspection related Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Recreational Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Roof Replacement/Overlay | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Social Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Supervisory Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Tax Credit related expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Unit Upgrades | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **TOTAL NON RECURRING REPL** | 3,213 | 0 | 0 | 15,100 | 3,769 | 23,120 | 5,938 | 7,297 | 4,610 | 3,994 | 1,924 | 7,925 | 7,600 | 81,278 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Reserve Activity | Repair Escrow Exp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Reserve Activity | Repair Escrow Reimb. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Reserve Activity | Repl. Reserve Exp. | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 45,000 |
| Net Reserve Activity | Repl. Reserve Reimb. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **TOTAL NET RESERVE ACTIVITY** | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 45,000 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow Before Debt** | | **114,740** | **128,904** | **110,361** | **103,559** | **144,468** | **90,020** | **117,731** | **126,821** | **107,345** | **105,631** | **143,347** | **104,358** | **97,214** | **1,379,759** |
| | *TOT DEBT SVCE* | 75,797 | 78,821 | 78,187 | 78,187 | 78,187 | 78,187 | 78,187 | 78,187 | 78,187 | 78,187 | 78,187 | 79,411 | 79,411 | 941,323 |
| **CASH FLOW** | | 38,942 | 50,084 | 32,175 | 25,372 | 66,282 | 11,834 | 39,544 | 48,635 | 29,159 | 27,444 | 65,160 | 24,947 | 17,803 | 438,436 |

Multifamily Performance Summary

PROPERTY NAME: BELLWETHER RIDGE
City / State: TX

**12 FINANCIAL DETAIL**

A dense multifamily financial detail spreadsheet with monthly columns (JAN through DEC) plus ACTUAL, TOTAL, and a budget-variance section. Principal row categories include:

**ACTUAL**

| Section | Rows |
|---|---|
| REVENUE | RES Charge, RPS Line, Effective Rent, Gross Possible Rent, Rent per Schedule, Loss/Gain to Lease, Leases Under Schedule, Vacancy Losses |
| RENTAL LOSSES | Vacancy, Administrative & Model, Bad Debt, Discounts & Concessions, UHF Concessions, Total Rental Losses, Net Rental Revenue |
| OTHER REVENUE | Application Fees, Cable TV, Corporate Rentals, Deposit Forfeitures, Employee Recruitment, Equip./Facility & Fun. Rental, Group Insurance, Interest Income, Laundry, Misc. Resident Charges, Non-Refundable Pet Deposits, NSF & Late Fees, Parking, Vending & Telephone, Total Other Revenue |
| TOTAL REVENUE | |
| EXPENSES – Management Fees | Management Company |
| PERSONNEL | Bonuses, Employee Help, Employee Apartments, Employee Recruitment, Group Insurance, Misc. Personnel, Office Salaries, Other Payroll Taxes, Payroll Admin, Payroll Taxes – FICA, Porter/Housekeeper Salaries, Workers Comp, Total Personnel Exp |
| ADMINISTRATIVE | Administrative Forms, Computer Leases, Computer Supplies/Maint., Copier & Printing, Courier/Collection Exp, Dues & Subscriptions, Employee Relations, Licenses/Permits/Fees, Office Furniture Rental, Office Supplies, Petty Cash Exp, Postage & Freight, Professional Fees, Site Travel, Telephone & Answ. Svc, Training & Seminars, Total Admin Exp |
| LEASING | Advertising, Banners & Related, Electricity – Vacant/Model, Locator Commissions, Model & Related, Referral Premiums, Total Leasing Exp |
| UTILITY | Electric Reimbursement, Electricity – House Meters, Electricity – Vacant/Model, Gas & Oil Expense, Gas Reimbursement, Misc. Utility Charges, Resident Billing Expense, Sewer, Utility Connection Charges, Other Utility Reimbursement, Water – Irrigation, Water – Vacant, Water Expense, Water/Sewer Reimbursements, Total Utility Exp |
| SERVICE | Cable TV & Antenna, Clubhouse Furniture Rental, Corporate Unit, Elevator Maintenance, Equipment Rental |

(Monthly numeric columns: JAN, FEB, MAR, APR, MAY, JUN, JUL, AUG, SEP, OCT, NOV, DEC, TOTAL — followed by a variance section with the same monthly columns.)

Page 3 of 6    06 Mar 23   10:25 AM

App. 558



Case 3:22-cv-02118-X   Document 250   Filed 05/30/23   Page 212 of 344   PageID 8405

| MGT CO: | SUNRIDGE |
|---|---|

**2023**
# PILLAR INCOME  RESIDENTIAL OPERATING  BUDGET

| PRINTED: | 15-May-23 | 09:18 AM |
|---|---|---|
| FILE NAME: | BELLWETHER-23 | |

| YEAR BUILT | **2019** | |
|---|---|---|
| 1ST STABLE MONTH / PURCHASE DATE | | May-19 |
| PROPERTY: | **BELLWETHER RIDGE** | |
| CITY / ST: | **DESOTO** | |
| OWNER: | **SPC** | |

| FOR THE BUDGET PERIOD BEGINNING: | Jan-23 |
|---|---|
| FOR THE BUDGET PERIOD ENDING: | Dec-23 |

| | 140,601 |
|---|---|
| NET RENTABLE SQ. FEET: | |
| NUMBER OF UNITS: | 150 |
| AVERAGE UNIT SIZE: | 937 |

| RENT INCREASES | | POTENTIAL | POSSIBLE |
|---|---|---|---|
| Avg. rent/unit | Dec-22 | 1,695 | 1,572 |
| Avg. rent/unit | Dec-23 | 1,775 | 1,676 |
| Percentage Increase: | | 4.72% | 6.62% |

| | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | | Dec-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AVERAGE RENT/UNIT - POTENTIAL: | 1,695 | 1,695 | 1,715 | 1,715 | 1,715 | 1,735 | 1,735 | 1,735 | 1,755 | 1,755 | 1,755 | 1,775 | | 1,695 |
| AVERAGE RENT/SQ.FT. - POTENTIAL: | 1.81 | 1.81 | 1.83 | 1.83 | 1.83 | 1.85 | 1.85 | 1.85 | 1.87 | 1.87 | 1.87 | 1.89 | | 1.81 |
| $ INCREASE FROM PRIOR MO: | | | 20.00 | | | 20.00 | | | 20.00 | | | 20.00 | | |
| % INCREASE FROM PRIOR MO: | | | 1.18% | | | 1.17% | | | 1.15% | | | 1.14% | | |
| AVERAGE RENT/UNIT - POSSIBLE: | 1,575 | 1,587 | 1,596 | 1,608 | 1,622 | 1,635 | 1,647 | 1,656 | 1,663 | 1,669 | 1,673 | 1,676 | | 1,572 |
| AVERAGE RENT/SQ.FT. - POSSIBLE: | 1.68 | 1.69 | 1.70 | 1.72 | 1.73 | 1.74 | 1.76 | 1.77 | 1.77 | 1.78 | 1.78 | 1.79 | | 1.68 |
| $ INCREASE FROM PRIOR MO: | 3.00 | 12.00 | 9.00 | 12.00 | 14.00 | 13.00 | 12.00 | 9.00 | 7.00 | 6.00 | 4.00 | 3.00 | | |
| % INCREASE FROM PRIOR MO: | 0.19% | 0.76% | 0.57% | 0.75% | 0.87% | 0.80% | 0.73% | 0.55% | 0.42% | 0.36% | 0.24% | 0.18% | | |

| PHYSICAL OCCUPANCY: | 96.50% | 96.50% | 96.50% | 96.50% | 96.50% | 96.50% | 96.50% | 96.50% | 96.50% | 96.50% | 96.50% | 96.50% | 96.50% | AVERAGE OCCUPANCY | | % OF TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | TOTAL | $/SQFT | $/UNIT | POSSIBLE |
| **REVENUES** | | | | | | | | | | | | | | | | |
| GROSS POTENTIAL RENT PER SCHEDULE | 254,290 | 254,290 | 257,290 | 257,290 | 257,290 | 260,290 | 260,290 | 260,290 | 263,290 | 263,290 | 263,290 | 266,290 | 3,117,480 | 22.17 | 20,783 | 106.00% |
| (LOSS) / GAIN TO LEASES | (18,028) | (16,287) | (17,827) | (16,106) | (13,995) | (14,968) | (13,214) | (11,938) | (13,867) | (12,911) | (12,377) | (14,950) | (176,468) | (1.26) | (1,176) | -6.00% |
| TOTAL POSSIBLE RENT PER LEASES | 236,262 | 238,003 | 239,463 | 241,184 | 243,295 | 245,322 | 247,076 | 248,352 | 249,423 | 250,379 | 250,913 | 251,340 | 2,941,012 | 20.92 | 19,607 | 100.00% |
| **VACANCY LOSSES** | 8,900 | 8,900 | 9,005 | 9,005 | 9,005 | 9,110 | 9,110 | 9,110 | 9,215 | 9,215 | 9,215 | 9,320 | 109,110 | 0.78 | 727 | 3.71% |
| TOTAL OTHER RENTAL LOSSES | 3,764 | 3,790 | 3,812 | 3,838 | 3,869 | 3,900 | 3,926 | 3,945 | 3,961 | 3,976 | 3,984 | 3,990 | 46,755 | 0.33 | 312 | 1.59% |
| TOTAL RENTAL LOSSES | 12,664 | 12,690 | 12,817 | 12,843 | 12,874 | 13,010 | 13,036 | 13,055 | 13,176 | 13,191 | 13,199 | 13,310 | 155,865 | 1.11 | 1,039 | 5.30% |
| **NET RENTAL REVENUE** | 223,598 | 225,313 | 226,646 | 228,341 | 230,421 | 232,312 | 234,040 | 235,297 | 236,247 | 237,188 | 237,714 | 238,030 | 2,785,147 | 19.81 | 18,568 | 94.70% |
| TOTAL OTHER REVENUE | 10,100 | 10,350 | 10,425 | 10,870 | 13,470 | 13,545 | 11,390 | 10,870 | 10,425 | 10,350 | 10,350 | 9,905 | 132,050 | 0.94 | 880 | 4.49% |
| **TOTAL REVENUES** | 233,698 | 235,663 | 237,071 | 239,211 | 243,891 | 245,857 | 245,430 | 246,167 | 246,672 | 247,538 | 248,064 | 247,935 | 2,917,197 | 20.75 | 19,448 | 99.19% |
| **OPERATING EXPENSES** | | | | | | | | | | | | | | | | |
| PERSONNEL | 18,624 | 17,469 | 17,679 | 18,866 | 20,368 | 20,368 | 21,684 | 20,496 | 20,729 | 19,281 | 18,104 | 18,093 | 231,761 | 1.65 | 1,545 | 7.88% |
| MANAGEMENT FEES | 6,714 | 6,765 | 6,804 | 6,863 | 6,991 | 7,045 | 7,034 | 7,054 | 7,068 | 7,092 | 7,106 | 7,102 | 83,638 | 0.59 | 558 | 2.84% |
| ADMINISTRATIVE | 3,212 | 3,368 | 3,347 | 2,597 | 2,697 | 2,597 | 2,597 | 2,597 | 2,597 | 2,797 | 2,797 | 2,797 | 33,794 | 0.24 | 225 | 1.15% |
| LEASING | 2,397 | 2,277 | 2,277 | 2,592 | 2,667 | 3,217 | 2,657 | 2,342 | 2,477 | 2,972 | 2,477 | 2,412 | 30,762 | 0.22 | 205 | 1.05% |
| UTILITIES | 4,464 | 5,179 | 3,961 | 3,848 | 3,487 | 4,484 | 4,817 | 7,065 | 3,283 | 3,103 | 3,139 | 1,973 | 48,804 | 0.35 | 325 | 1.66% |
| SERVICES | 1,106 | 1,106 | 1,206 | 1,106 | 1,106 | 1,306 | 1,306 | 1,406 | 1,106 | 1,106 | 1,106 | 1,106 | 14,072 | 0.10 | 94 | 0.48% |
| CLEANING & DECORATING | 1,604 | 1,604 | 1,604 | 1,932 | 3,571 | 3,541 | 2,260 | 1,902 | 1,604 | 1,604 | 1,604 | 1,276 | 24,103 | 0.17 | 161 | 0.82% |
| REPAIRS & MAINTENANCE | 1,420 | 1,420 | 1,420 | 1,420 | 1,540 | 1,740 | 1,740 | 1,740 | 1,420 | 1,420 | 1,420 | 1,420 | 18,120 | 0.13 | 121 | 0.62% |
| PROPERTY TAXES | 51,617 | 51,617 | 51,617 | 51,617 | 51,617 | 51,617 | 51,617 | 51,617 | 51,617 | 51,617 | 51,617 | 51,617 | 619,407 | 4.41 | 4,129 | 21.06% |
| PROPERTY INSURANCE | 6,305 | 6,305 | 6,305 | 6,305 | 6,305 | 6,305 | 6,305 | 6,305 | 6,305 | 6,305 | 6,305 | 6,305 | 75,660 | 0.54 | 504 | 2.57% |
| **TOTAL OPERATING EXPENSES** | 97,462 | 97,109 | 96,219 | 97,146 | 100,349 | 102,220 | 102,016 | 102,524 | 98,205 | 97,096 | 95,675 | 94,100 | 1,180,120 | 8.39 | 7,867 | 40.13% |
| **NET OPERATING INCOME** | 136,236 | 138,554 | 140,852 | 142,066 | 143,542 | 143,637 | 143,414 | 143,643 | 148,466 | 150,442 | 152,390 | 153,835 | 1,737,077 | 12.35 | 11,581 | 59.06% |
| **PROPERTY REPLACEMENTS** | | | | | | | | | | | | | | | | |
| RECURRING | 212 | 212 | 212 | 212 | 212 | 1,332 | 212 | 1,332 | 212 | 212 | 212 | 212 | 4,785 | 0.03 | 32 | 0.16% |
| NON-RECURRING (includes Property Loss) | 3,600 | 3,400 | 10,319 | 15,017 | 7,775 | 1,000 | 5,500 | 5,000 | 10,817 | 5,665 | 2,567 | 500 | 71,160 | 0.51 | 474 | 2.42% |
| **TOTAL PROPERTY REPLACEMENTS** | 3,812 | 3,612 | 10,531 | 15,229 | 7,987 | 2,332 | 5,712 | 6,332 | 11,029 | 5,877 | 2,779 | 712 | 75,945 | 0.54 | 506 | 2.58% |
| **NET RESERVE ACTIVITY** | 3,750 | 0 | 0 | 3,750 | 0 | 0 | 3,750 | 0 | 0 | 3,750 | 0 | 0 | 15,000 | 0.11 | 100 | 0.51% |
| **AVAILABLE FOR DEBT SERVICE** | 128,674 | 134,942 | 130,321 | 123,087 | 135,555 | 141,305 | 133,952 | 137,311 | 137,437 | 140,815 | 149,611 | 153,123 | 1,646,132 | 11.71 | 10,974 | 55.97% |
| **DEBT SERVICE** | 78,297 | 78,297 | 78,297 | 78,297 | 78,297 | 78,297 | 78,297 | 78,297 | 78,297 | 78,297 | 78,297 | 78,297 | 939,560 | 6.68 | 6,264 | 31.95% |
| **CASH FLOW** | 50,377 | 56,645 | 52,024 | 44,790 | 57,258 | 63,008 | 55,656 | 59,015 | 59,140 | 62,518 | 71,314 | 74,826 | 706,571 | 5.03 | 4,710 | 24.02% |

PAGE 2 OF 12

Addendum i

letter of engagement

App. 561



| 5949 Sherry Lane, Suite 1500<br>Dallas, TX 75225 | John Jordan, MAI<br>Managing Director | 📞 214 693 4419<br>🌐 jjordan@apprise.us |
|---|---|---|

May 9, 2023

Erik Johnson
Southern Properties Capital, Ltd.
1603 LBJ Freeway, Suite 800
Dallas, TX 75234
Erik.Johnson@pillarincome.com
469-522-4413

**REQUEST FOR TWO RESTRICTED APARTMENT APPRAISALS:**

**Parc @ Windmill Farms (1003 Windmill Farms Blvd., Forney, TX)**
**Bellwether Ridge (841 South Polk Street, DeSoto, TX)**

Per your request, Apprise by Walker & Dunlop is pleased to provide this proposal for two Restricted Appraisals regarding the above defined properties. Upon your acceptance, this proposal including the attached Terms and Conditions will form the agreement for this assignment and our services.

---

### TERMS OF ENGAGEMENT

| | |
|---|---|
| **REPORT TYPE** | Restricted Appraisals |
| **CLIENT** | Erik Johnson as agent for Southern Properties Capital, Ltd |
| **INTENDED USERS** | Southern Properties Capital, Ltd., its successor, and assigns; Client agrees that that the Restricted Reports are solely for the use and benefit of Client. Although, the client is authorized to provide a copy in its entirety to Shamoun & Norman, LLP (legal counsel for client) and the Northern District of Texas (Dallas, TX division; regarding Case No. 3:22-cv-2118-X) as additional intended users. No other users are intended or authorized by Apprise, and no other parties should use or rely on the Restricted Reports or any content in the reports. |
| **INTENDED USE** | Restricted reports are to estimate the "As Is" Market Value as of February 21, 2023, the date that the court appointed Receiver and Palmetto/i3 entered into a Purchase and Sale Agreement. The reports are not intended or authorized for any other use. |
| **PREPARATION COMPLIANCE** | USPAP, Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute. |

App. 562

**ANTICIPATED SCOPE OF WORK**

All minimum content as required by applicable regulatory guidelines. The actual scope of work will be communicated within the report. In general, we anticipate the following scope:

- Research the immediate market to establish the highest and best use of each property.
- Provided an abbreviated Income Approach with direct capitalization.
- Research and report sale comparables to determine Market Cap Rate(s) for the subject properties & support for the value conclusion via the Income Approach.

**TYPE OF OPINION**

As Is Market Value

**DATE OF OPINION:**

February 21, 2023

**PROPERTY TYPE**

Two garden-style apartment complexes

**DELIVERY DATE & FEE**

**May 15, 2023, or sooner; $6,400 ($3,200/per report)**

*Fee quoted is inclusive of any related expenses incurred during the preparation of the report. All invoices are due upon receipt.*

*Apprise will use its best efforts to deliver the Restricted reports within the above timeframe. Our delivery of the report is contingent on timely receipt from the Client of the requested information below. In the event of a delay, Apprise will inform Client promptly as soon as reasonably practicable.*

**RETAINER**

None

**START DATE**

Restricted Reports will commence upon receipt of signed copy of this agreement, requested property information, and any applicable retainer.

**REPORT COPIES**

PDF delivered via email

**ACCEPTANCE**

The above price quote is effective and valid for one (1) business day. Upon acceptance by the client, this document is intended to function as a formal letter of engagement and contract for services. The appraiser hereby certifies they have no present or prospective interest in the property that is the subject of the proposed report.

**PRIOR SERVICE DISCLOSURE**

The appraiser(s) performing the Restricted Reports have provided several consecutive annual appraisal reports with the most recent report reflecting an effective date of value as of December 1, 2022. The appraiser(s) have not provided any additional services regarding the subject properties in any other capacity within the three-year period preceding the date of this proposal. If this engagement presents a conflict for Apprise, we reserve the right to withdraw from the engagement without penalty; provided that it refunds any payments made by Client pursuant to this agreement.

5949 Sherry Lane, Suite 1500 | Dallas, TX 75225    📞 214 693 4419    🌐 Apprise.us

**APPRISE**

App. 563

**MARKETING DISCLOSURE**

We may disclose that we have provided valuation services for the property in future marketing documents and materials, unless otherwise directed at the conclusion of this engagement.

**ADDITIONAL TERMS AND CONDITIONS**

The reports will be drafted in a restricted format. Thus, the report(s) may not contain supporting rationale for all the opinions and conclusions set forth in the report(s). The appraiser(s) are not inspecting the properties for this assignment. Both properties were inspected in late November 2022. The appraisals will reflect an extraordinary assumption which depicts the properties are in the same general condition as reflected in the last property inspection. The attached Terms and Conditions form a material part of the agreement and are no less important than any other part.

If you accept the terms of this proposal by signing below, it will become a binding agreement regarding our Restricted Reports of the properties. For report(s) delivery by the provided due date herein, please sign and date below and return this agreement via email to the sender within one (1) business day along with the requested property information below.

- January 31, 2023, T-12 P&L statements (in excel)
- January 1, 2023, P&L Statement (in excel)
- February 12, 2023 Rent Roll (in excel)

The additional information needed (site plan, floor plans, etc.) is contained in our files from the previous appraisals prepared for Southern Properties Capital, Ltd. By the appraiser(s). If additional data is necessary, a request for information will be sent.

Please don't hesitate to call or email me directly with any further questions. Thank you for the opportunity to be of service on this assignment. We look forward to working with you!

Sincerely,

**Apprise by Walker & Dunlop**

John Jordan, MAI
Managing Director
JJordan@apprise.us
214-693-4419

**CLIENT AND INTENDED USER – AGREED AND ACCEPTED**
Erik Johnson as agent for Southern Properties Capital, Ltd

DATE: 5/10/23

5949 Sherry Lane, Suite 1500 | Dallas, TX 75225    214 693 4419    Apprise.us

**APPRISE**

App. 564

# TERMS AND CONDITIONS

1. **Payment.** The fee is due upon delivery of the final report or within thirty (30) days of Client's receipt of the draft report, whichever is sooner.  If a draft is requested, the fee is considered earned upon delivery of our draft report. Client agrees to pay all fees and expenses, including attorney's fees, incurred by Apprise in connection with the collection or attempted collection of the fees and expenses. In the event Client fails to make payments when due and payable, the amount due shall bear interest at 1.5% per month or the maximum rate permitted by law.

2. **Cap Rate Study Assumptions and Conditions.** Cap Rate Study limiting conditions and assumptions, including any necessary extraordinary assumptions or hypothetical conditions, will be stated within the Cap Rate Study report. Use of or reliance on the Cap Rate Study will constitute acceptance of all such conditions and assumptions.

3. **Subpoenas and Testimony.** In the event that Apprise, any of its appraisers or other personnel (collectively, "Personnel") or any of its affiliates is compelled by subpoena or other legal or administrative process to provide testimony or produce documents relating to this assignment, whether in court, deposition, arbitration or any other proceeding, Apprise will make reasonable efforts to notify Client. Unless Apprise, its Personnel or any of its affiliates is a party to the underlying proceeding, Client agrees to compensate Apprise or its affiliate, as applicable, for the time and expenses, including attorneys' fees, incurred in connection with the demand for testimony or documents at the then current hourly rates of the Personnel or other persons responding.

4. **Termination of Assignment.** The Cap Rate Study assignment may be terminated by Client in writing (including via email); however, Apprise will be entitled to a portion of the quoted fee based upon the timing of the cancelation and work performed prior to termination.

5. **Assignment Changes.** The Client, Intended User(s), or Intended Use, effective date, or interest appraised covered by this agreement may not be modified without a new agreement.

6. **No Assignments of Agreement.** Neither this agreement nor any legal claims or causes of action by any party relating to the Cap Rate Study or this agreement may be assigned by either party without the other parties' prior written consent.

7. **Mutual Limitations of Liability.** To the fullest extent permitted by applicable law, the maximum monetary liability of Apprise (including its Personnel and affiliates) or Client to one another for any and all claims or causes of action relating to the Cap Rate Study or this agreement shall be limited to the total compensation actually received by Apprise for the Cap Rate Study or other services that are the subject of the claim(s) or cause(s) of action. This limitation of liability extends to all types of claims and causes of action, whether in contract or tort, but excludes: (i) claims/causes of action for intentionally fraudulent or criminal conduct, intentionally caused injury, or unauthorized use or publication of the Cap Rate Study or other work product or (ii) claims/causes of action by Apprise for the collection of unpaid compensation for the Cap Rate Study or other services (for which the maximum recovery shall be the total amount unpaid and owing to Apprise plus reasonable costs of collection).

8. **Mutual Limitations on Types of Damages.** Neither Apprise (including its Personnel and affiliates) or Client shall be liable  to one another or to any third party for special, consequential, punitive or incidental damages relating to the Cap Rate Study or this agreement, including,  without limitation, loss of profits or revenue, cost of capital, interest or late charges, or loss of clients or prospective business opportunities, regardless of whether arising from negligence, gross negligence, breach of contract or otherwise, and regardless of whether a party was advised or knew of the  possibility of such damages.

9. **No Publication of Report.** The Client may not publish any part of the Cap Rate Study report without Apprise's express prior permission in writing.  This includes using any part of the report in marketing materials or securities filings, except as specifically permitted.



10. **Apprise Not Responsible for Certain Conditions.** Notwithstanding that the Cap Rate Study report may comment on, analyze or assume certain conditions in the Cap Rate Study, unless otherwise stated in the report, neither Apprise nor its Personnel or affiliates shall have any responsibility for investigating and liability for matters pertaining to: (a) title defects, liens or encumbrances affecting the property; (b) the property's compliance with local, state or federal zoning, planning, building, disability access and environmental laws, regulations and standards; (c) building permits and planning approvals for improvements on the property; (d) structural or mechanical soundness or safety; (e) contamination, mold, pollution, storage tanks, animal infestations and hazardous conditions affecting the property; and (f) other conditions and matters for which licensed real estate appraisers are not customarily deemed to have professional expertise.

11. **No Third Party Beneficiaries.** Unless identified expressly, there are no third party beneficiaries of this agreement, and no other person or entity shall have any right, benefit or interest under this agreement. The identification of a party as an intended user of the Cap Rate Study does not mean that the party is a third party beneficiary of this agreement.

12. **Modifications.** This agreement may only be modified by a subsequent agreement of the parties in writing signed by all the parties; provided, however, that the parties recognize and agree that, as stated above, use of or reliance on the Cap Rate Study will constitute acceptance of the Cap Rate Study conditions and assumptions stated within the Cap Rate Study report.

13. **Severability.** If any provision of these Terms and Conditions or other parts of the agreement is held, in whole or part, to be unenforceable or invalid for any reason, the remainder of that provision and the remainder of the entire agreement will be severable and remain in effect.

14. **Applicable Law.** This Agreement shall be construed and enforced in accordance with the laws of the State of Maryland without regard to the principles of conflict of laws thereof, and the parties hereto agree to the exclusive jurisdiction of the state and federal courts located in Montgomery County and Prince George's country, Maryland, respectively. EACH PARTY HEREBY IRREVOCABLY AND UNCONDITIONALLY WAIVES, TO THE FULLEST EXTENT IT MAY LEGALLY AND EFFECTIVELY DO SO, ANY AND ALL RIGHT TO TRIAL BY JURY IN ANY LEGAL PROCEEDING (WHETHER SOUNDING IN CONTRACT, TORT, OR OTHERWISE) ARISING OUT OF, OR RELATED TO, THIS AGREEMENT.

5949 Sherry Lane, Suite 1500 | Dallas, TX 75225     📞 214 693 4419     🌐 Apprise.us



App. 566

Addendum j

appraiser qualifications

App. 567

# QUALIFICATIONS



**JASON RIBELIN**
SENIOR DIRECTOR

Work: 469.248.1249
Cell: 405.517.6917
jribelin@apprise.us

## CREDENTIALS

**Certified General Real Estate Appraiser**

| | |
|---|---|
| TX – 1380338 | LA – 4232 |
| OK – 13292 | AZ - 1029779 |
| MS – 1420 | AK - 185970 |
| MN – 40808735 | |
| MD – 33970 | |
| CO – 200000038 | |

## EDUCATION & AFFILIATIONS

**University of North Texas**
Bachelor of Science, Integrative Studies

**Successfully completed the following relevant courses.**

- Basic Appraisal Principles
- Basic Appraisal Procedures
- Uniform Standards of Professional Appraisal Practice (USPAP)

**Appraisal Institute Courses Completed:**

- General Appraiser Market Analysis and Highest & Best Use
- General Appraiser Sales Comparison Approach
- General Appraiser Site Valuation and Cost Approach

5949 SHERRY LANE, SUITE 1500
DALLAS, TEXAS 75225

## PERSONAL QUALIFICATIONS

Mr. Ribelin has been engaged in the real estate industry in excess of thirteen years. Over the last seven years, Mr. Ribelin has been primarily focused on multi-family properties and has personally inspected and appraised over 1,000 apartments complexes in 35 states ranging from ten units to 2,000+ units. Mr. Ribelin has appraised all asset classes and has vast knowledge of conventional and affordable properties inclusive of LIHTC, LURA, Section 236, and HAP properties. Additionally, Mr. Ribelin has conducted research on and made appraisals and/or inspections of numerous other property types which include the following:

- Automotive Dealerships
- Office buildings
- Planned unit developments
- Retail centers (all property types)
- Industrial / Flex warehouse
- Waterfront Land
- Community Amenity Centers
- Vacant land
- Hotels

App. 568

# QUALIFICATIONS



SOUTHWEST



**JASON RIBELIN**
SENIOR DIRECTOR

Work: 469.248.1249
Cell: 405.517.6917
jribelin@apprise.us

## LICENSES



### Certified General Real Estate Appraiser (TALCB)

Appraiser: JASON PAUL RIBELIN
License #: TX 1380338 G
License Expires: 07/31/2024

Having provided satisfactory evidence of the qualifications required by the Texas Appraiser Licensing and Certification Act, Occupations Code, Chapter 1103, authorization is granted to use this title: Certified General Real Estate Appraiser

For additional information or to file a complaint please contact TALCB at www.talcb.texas.gov.

Chelsea Buchholtz
Commissioner

### State of Louisiana — Certified General Appraiser License

Jason P. Ribelin
Permit Effective: August 9, 2021　Through December 31, 2022
License Number: G4252

### State of Oklahoma
#### Oklahoma Real Estate Appraiser Board

Glen Mulready, Insurance Commissioner

This is to certify that:

**Jason P. Ribelin**

has complied with the provisions of the Oklahoma Real Estate Appraisers Act to transact business as a **Certified General Real Estate Appraiser** in the State of Oklahoma.

In Witness Whereof, I have hereunto set my hand and caused the seal of my office to be affixed at the City of Oklahoma City, State of Oklahoma, this 7th day of August, 2020.

Glen Mulready, Insurance Commissioner
Chairperson, Oklahoma Real Estate Appraiser Board

Members, Oklahoma Real Estate Appraiser Board

Brandon Wotts　Patrice A. Brown

Expires: 8/31/2023　Oklahoma Appraiser Number: 13292CGA

### Department of Insurance and Financial Institutions
#### State of Arizona

CGA - 1029779

This document to evidence that JASON PAUL RIBELIN has complied with the provisions of Arizona Revised Statutes, relating to the establishment and operation of a

Certified Residential Real Estate Appraiser

and that the Superintendent of Financial Institutions of the State of Arizona has granted this license to transact the business of a

Certified Residential Real Estate Appraiser

JASON PAUL RIBELIN

This license is subject to the laws of Arizona and will remain in full force and effect until surrendered, revoked or suspended as provided by law.

Expiration Date: September 30, 2023

### State of Mississippi
**MISSISSIPPI REAL ESTATE APPRAISER LICENSING AND CERTIFICATION BOARD**

LICENSE # GA-1420　　STATUS:　ACTIVE

**JASON PAUL RIBELIN**

HAS BEEN GRANTED A LICENSE AS A
**STATE CERTIFIED GENERAL APPRAISER**

Effective Date: 06/17/2022　　Expiration Date: 06/30/2024

SIGNATURE OF LICENSEE
Robert E. Praytor, Administrator

### STATE OF MINNESOTA
#### Department of Commerce

JASON PAUL RIBELIN
1145 BENTLEY DRIVE
ROANOKE, TX 76262

The Undersigned COMMISSIONER OF COMMERCE for the State of Minnesota hereby certifies that Jason Paul Ribelin

1145 BENTLEY DRIVE
ROANOKE, TX 76262

has complied with the laws of the State of Minnesota and is hereby licensed to transact the business of Non-Resident Appraiser : Certified General

License Number: 40808735

unless this authority is suspended, revoked, or otherwise legally terminated. This license shall be in effect until August 31, 2023.
IN TESTIMONY WHEREOF, I have hereunto set my hand this June 17, 2022.

Grace Arnold

COMMISSIONER OF COMMERCE
Minnesota Department of Commerce

Licensing Division
85 7th Place East, Suite 500
St. Paul, MN 55101-3165
Telephone: (651) 539-1599
Email: licensing.commerce@state.mn.us
Website: commerce.state.mn.us

### STATE OF MARYLAND
#### MARYLAND DEPARTMENT OF LABOR
LICENSE * REGISTRATION * CERTIFICATION * PERMIT

Lawrence J. Hogan, Jr. Governor
Boyd K. Rutherford, Lt. Governor
Tiffany P. Robinson, Secretary

COMMISSION OF RE APPRAISERS & HOME INSPECTORS
CERTIFIES THAT,

JASON PAUL RIBELIN

IS AN AUTHORIZED: **04 - CERTIFIED GENERAL**

| LIC/REG/CERT | EXPIRATION | EFFECTIVE | CONTROL NO |
|---|---|---|---|
| 55970 | 10-20-2023 | 10-20-2020 | 5559366 |

Signature of Bearer
Secretary
WHERE REQUIRED BY LAW THIS MUST BE CONSPICUOUSLY DISPLAYED IN OFFICE TO WHICH IT APPLIES

### State of Colorado
#### Department of Regulatory Agencies
#### Division of Real Estate
#### Board of Real Estate Appraisers

Jason P Ribelin
1145 Bentley Drive
Roanoke, TX 76262

Jason P Ribelin
Certified General Appraiser

Marcia Waters
Director: Marcia Waters

License #: CG200000038
Status: Active
Expires: 12/31/2023

For the most up to date information regarding this credential, visit http://dora.colorado.gov/dre

### State of Alaska
Department of Commerce, Community, and Economic Development
Division of Corporations, Business, and Professional Licensing
Board of Certified Real Estate Appraisers

Jason Paul Ribelin

As

Certified General Real Estate Appraiser

| License | Effective | Expires |
|---|---|---|
| 185970 | 11/30/2021 | 06/30/2023 |

App. 569

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 222 of 344    PageID 8415

# QUALIFICATIONS

**APPRISE** BY WALKER & DUNLOP

SOUTHWEST



**JOHN JORDAN, MAI**
MANAGING DIRECTOR

Work: 214.693.4419
jjordan@apprise.us

## CREDENTIALS

**Certified General Real Estate Appraiser**
TX – 1321156
OK – 12104
MO – 2019002055

**Texas Licensed Broker**

## EDUCATION & AFFILIATIONS

**University of Oklahoma**
Finance

**Appraisal Institute Designated Member MAI**

**Past Associate Member of Mortgage Bankers Association of America**

**Past Licensed Tax Consultant, State of Texas**

## PERSONAL QUALIFICATIONS

John D. Jordan, MAI is a Managing Director at Apprise by Walker & Dunlop, based in Dallas, Texas. In his role, he is responsible for client relationships, growing the national platform, and expanding the Southwest multifamily team. He brings more than 35 years of real estate experience to Walker & Dunlop. Mr. Jordan has experience with nearly every property type and has provided consulting/appraisals assignments in every state. During his career, he has appraised/reviewed over 6,000 multifamily complexes.

Separate from Walker & Dunlop, Mr. Jordan is the President of Deverick & Associates, Inc. (D&A), a company he founded in 1984 which was a full-service real estate appraisal, mortgage/investment sales brokerage, consulting, and review firm with a national presence. D&A provided comprehensive valuation services and specializes in preparing high-quality appraisals on complex properties with a major emphasis on multifamily assets. In 2019 D&A's appraisal team merged with Colliers where Mr. Jordan served in multiple roles including Executive Managing Director / US Multifamily Client Services. Prior to the Colliers' merger, D&A was one of the top five appraisal firms by annual appraisal volume with Fannie Mae and Freddie Mac.

Mr. Jordan's tenure has included Director of Acquisition for Ensearch Realty, brokerage, and consulting. In these various capacities, he has enabled the purchase and financing of several investment-grade properties, represented the seller as principal broker in one of the largest multifamily trades in 2017 in the State of Texas, and represented the buyer and seller as principal broker on a large four property portfolio valued more than $170 MM, reflecting one of the largest 2020 multifamily trades in North Texas. Further, he is an active participant in various real estate entities, consults with several publicly held corporations, and has acted as a broker on approximately $500 million in CMBS, banks, & Fannie Mae loans.

Mr. Jordan is a Member of the Appraisal Institute, Licensed Texas Real Estate Broker, State Certified General Real Estate Appraiser, and past Texas Licensed Tax Consultant.

5949 SHERRY LANE, SUITE 1500
DALLAS, TX 75225



## QUALIFICATIONS

SOUTHWEST



**JOHN JORDAN, MAI**
MANAGING DIRECTOR

Work: 214.693.4419
jjordan@apprise.us

## LICENSES



**State of Missouri**

Missouri Department of Commerce and Insurance
Division of Professional Registration
Real Estate Appraisers Commission
**State Certified General Real Estate Appraiser**

VALID THROUGH JUNE 30, 2024
ORIGINAL CERTIFICATE/LICENSE NO. 2019002055

JOHN JORDAN
6103 HUNTER LN
COLLEYVILLE  TX  76034
USA

EXECUTIVE DIRECTOR

DIVISION DIRECTOR

---

**State of Oklahoma**



Glen Mulready, Insurance Commissioner
**Oklahoma Real Estate Appraiser Board**

This is to certify that:

# John Jordan

has complied with the provisions of the Oklahoma Real Estate
Appraisers Act to transact business as a **State Certified General
Real Estate Appraiser** in the State of Oklahoma.

In Witness Whereof, I have hereunto set my hand and caused
the seal of my office to be affixed at the City of Oklahoma City,
State of Oklahoma, this 23rd day of   August  , 2021 .



Glen Mulready, Insurance Commissioner
Chairperson, Oklahoma Real Estate Appraiser Board

Members, Oklahoma Real Estate Appraiser Board

Brandon Witt          Patricia M B

Expires:                          Oklahoma Appraiser Number:
08/31/2024                    12104CGA

---



**TALCB**

TEXAS APPRAISER LICENSING &
CERTIFICATION BOARD

**Certified General
Real Estate Appraiser**

Appraiser:  **John Deverick Jordan**
License #:   **TX 1321156 G**            License Expires: **06/30/2023**

Having provided satisfactory evidence of the qualifications required
by the Texas Appraiser Licensing and Certification Act, Occupations
Code, Chapter 1103, authorization is granted to use this title:
Certified General Real Estate Appraiser

For additional information or to file a complaint please contact TALCB
at www.talcb.texas.gov.

**Chelsea Buchholtz**
Commissioner

App. 571

## QUALIFICATIONS



**TRAVIS HALL**
ASSOCIATE

Work: 469.364.7013
Cell: 972.672.9646
thall@apprise.us

### CREDENTIALS

**Texas State Appraiser Trainee**
TX - 1342348

### EDUCATION & AFFILIATIONS

**University of North Texas**
**Denton, TX**
Bachelor of Arts, Sociology

**Appraisal Institute Courses Completed:**
- USPAP (15-Hour Course)
- Basic Appraisal Principles
- Basic Appraisal Procedures
- Market Analysis and Highest and Best Use

**Other Related Course**
- Supervisor-Trainee Course for TX

5949 SHERRY LANE, SUITE 1500
DALLAS, TX 75201

## APPRISE
BY WALKER & DUNLOP

SOUTHWEST

### PERSONAL QUALIFICATIONS

Travis Hall is an Associate in the Dallas, TX office of Apprise by Walker & Dunlop. Previously, he was with Colliers International Valuation & Advisory Services as a Valuation Associate. Mr. Hall has been in the commercial real estate industry since 2013. He has assisted in performing research on real estate valuation assignments involving primarily multifamily family assets across several different states. Other asset types he has assisted with include vacant land and self-storage. Prior to joining Colliers, Travis was a real estate analyst with Deverick & Associates, Inc. Additionally, he took on the role of Office Manager in 2018 and aided with several administrative and day to day operational duties.

### LICENSE



**Appraiser Trainee**

Trainee: **Travis Hall**
Authorization #: **TX 1342348 Trainee**          Expires: **08/31/2024**

Review the list of the above Trainee's Supervisors on the License Holder Search at www.talcb.texas.gov.

Having provided satisfactory evidence of the qualifications required by the Texas Appraiser Licensing and Certification Act, Occupations Code, Chapter 1103, authorization is granted to use this title: Appraiser Trainee

For additional information or to file a complaint please contact TALCB at www.talcb.texas.gov.

Chelsea Buchholtz
Commissioner

App. 572

# EXHIBIT G-5

QUALIFICATIONS

**APPRISE**
BY WALKER & DUNLOP

SOUTHWEST



**JOHN JORDAN, MAI**
MANAGING DIRECTOR

Work: 214.693.4419
jjordan@apprise.us

## CREDENTIALS

**Certified General Real Estate Appraiser**
TX – 1321156
OK – 12104
MO – 2019002055

**Texas Licensed Broker**

## EDUCATION & AFFILIATIONS

**University of Oklahoma**
Finance

**Appraisal Institute Designated Member MAI**

**Past Associate Member of Mortgage Bankers Association of America**

**Past Licensed Tax Consultant, State of Texas**

5949 SHERRY LANE, SUITE 1500
DALLAS, TX 75225

## PERSONAL QUALIFICATIONS

John D. Jordan, MAI is a Managing Director at Apprise by Walker & Dunlop, based in Dallas, Texas. In his role, he is responsible for client relationships, growing the national platform, and expanding the Southwest multifamily team. He brings more than 35 years of real estate experience to Walker & Dunlop. Mr. Jordan has experience with nearly every property type and has provided consulting/appraisals assignments in every state. During his career, he has appraised/reviewed over 6,000 multifamily complexes.

Separate from Walker & Dunlop, Mr. Jordan is the President of Deverick & Associates, Inc. (D&A), a company he founded in 1984 which was a full-service real estate appraisal, mortgage/investment sales brokerage, consulting, and review firm with a national presence. D&A provided comprehensive valuation services and specializes in preparing high-quality appraisals on complex properties with a major emphasis on multifamily assets. In 2019 D&A's appraisal team merged with Colliers where Mr. Jordan served in multiple roles including Executive Managing Director / US Multifamily Client Services. Prior to the Colliers' merger, D&A was one of the top five appraisal firms by annual appraisal volume with Fannie Mae and Freddie Mac.

Mr. Jordan's tenure has included Director of Acquisition for Ensearch Realty, brokerage, and consulting. In these various capacities, he has enabled the purchase and financing of several investment-grade properties, represented the seller as principal broker in one of the largest multifamily trades in 2017 in the State of Texas, and represented the buyer and seller as principal broker on a large four property portfolio valued more than $170 MM, reflecting one of the largest 2020 multifamily trades in North Texas. Further, he is an active participant in various real estate entities, consults with several publicly held corporations, and has acted as a broker on approximately $500 million in CMBS, banks, & Fannie Mae loans.

Mr. Jordan is a Member of the Appraisal Institute, Licensed Texas Real Estate Broker, State Certified General Real Estate Appraiser, and past Texas Licensed Tax Consultant.

App. 574

**QUALIFICATIONS**

**APPRISE**
BY WALKER & DUNLOP

SOUTHWEST



**JOHN JORDAN, MAI**
MANAGING DIRECTOR

Work: 214.693.4419

jjordan@apprise.us

## LICENSES







# EXHIBIT G-6

# QUALIFICATIONS



**JASON RIBELIN**
SENIOR DIRECTOR

Work: 469.248.1249
Cell: 405.517.6917
jribelin@apprise.us

## CREDENTIALS

**Certified General Real Estate Appraiser**

| | |
|---|---|
| TX – 1380338 | LA – 4232 |
| OK – 13292 | AZ - 1029779 |
| MS – 1420 | AK - 185970 |
| MN – 40808735 | |
| MD – 33970 | |
| CO – 200000038 | |

## EDUCATION & AFFILIATIONS

**University of North Texas**
Bachelor of Science, Integrative Studies

**Successfully completed the following relevant courses.**
- Basic Appraisal Principles
- Basic Appraisal Procedures
- Uniform Standards of Professional Appraisal Practice (USPAP)

**Appraisal Institute Courses Completed:**
- General Appraiser Market Analysis and Highest & Best Use
- General Appraiser Sales Comparison Approach
- General Appraiser Site Valuation and Cost Approach

5949 SHERRY LANE, SUITE 1500
DALLAS, TEXAS 75225

## PERSONAL QUALIFICATIONS

Mr. Ribelin has been engaged in the real estate industry in excess of thirteen years. Over the last seven years, Mr. Ribelin has been primarily focused on multi-family properties and has personally inspected and appraised over 1,000 apartments complexes in 35 states ranging from ten units to 2,000+ units. Mr. Ribelin has appraised all asset classes and has vast knowledge of conventional and affordable properties inclusive of LIHTC, LURA, Section 236, and HAP properties. Additionally, Mr. Ribelin has conducted research on and made appraisals and/or inspections of numerous other property types which include the following:

- Automotive Dealerships
- Office buildings
- Planned unit developments
- Retail centers (all property types)
- Industrial / Flex warehouse
- Waterfront Land
- Community Amenity Centers
- Vacant land
- Hotels

App. 577



## QUALIFICATIONS

SOUTHWEST



**JASON RIBELIN**
SENIOR DIRECTOR

Work: 469.248.1249
Cell: 405.517.6917
jribelin@apprise.us

## LICENSES
















# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| Plaintiff, | § | CASE NO. 3:22-CV-2118-X |
| | § | |
| v. | § § | |
| TIMOTHY BARTON, et al., | § § | |
| Defendants, | § § § | |

**DECLARATION OF SCOTT D. HAKALA, PH.D., CFA RELATED TO SOUTHERN PROPERTIES CAPITAL, LTD.'S MOTION FOR INTERVENTION AND OPPOSITION TO THE SALE OF CERTAIN APARTMENT COMPLEXES KNOWN AS PARC AT WINDMILL FARMS, BELLWETHER RIDGE, PARC AT INGLESIDE, AND PARC AT OPELIKA**

1.     I have been employed by counsel for Southern Properties Capital, Ltd., ("SPC") to address a number of issues related to the Receivership of four entities purportedly owning apartment complexes known as Parc at Windmill Farms ("Windmill Farms" purportedly owned by D4FR LLC or "D4FR"), Bellwether Ridge ("Bellwether" purportedly owned by D4DS LLC or "D4DS"), Parc at Ingleside ("Ingleside", purportedly owned by D4IN LLC or "D4IN")  and Parc at Opelika (Opelika, purportedly owned by D4OP LLC or "D4OP") (collectively the properties will be referred to as the "Apartment Complexes") and proposed sales by the Receiver of Parc at Windmill

---

Hakala Declaration re. SPC Intervention and Reply to Receiver          Page 1

App. 580

Farms and Bellwether Ridge (the "Proposed Sales").[1]    Additionally, the Receiver has now proposed similar actions with respect to the Opelika and Ingleside apartment complexes in the Receiver's Motion for Summary Judgment.

2.    In this declaration, my conclusions are as follows:

a.    The subject loans from SPC to entities holding interests in D4FR, D4DS, D4IN, and D4OP were hybrid securities known as loans convertible into equity interests.  These are common in real estate finance.  The conversion features are essential in order to provide an adequate return to the convertible lender given that the funds are used to finance equity in each project.  There is no requirement of default for the conversion of such loans to equity, nor would such a condition make sense financially or practically.

b.    The National Valuation Consultants, Inc. ("NVC") and brokers opinions obtained by the Receiver and submitted in connection with the respective motions for the Proposed Sales are understated and not consistent with the market for a fair sale of either the Windmill Farms or the Bellwether properties. They underestimated revenues and overestimated operating expenses relative to the management budgets prepared for D4FR and D4DS. They also chose capitalization rates and valuation conclusions that were at the upper end of or outside of the range suggested by the market comparable sales information and understated value relative to what would be realized in a fair market sales process for these properties.

c.    Apprise by Walker and Dunlop, Inc. ("Apprise") used conservative methods based on an arm's-length sale (with more conservative estimates on net operating income) to estimate

---

[1] See RECEIVER'S VERIFIED MOTION FOR APPOINTMENT OF APPRAISERS, APPROVAL OF APPRAISALS, APPROVAL HEARING, AND APPROVAL OF SALE OF BELLWETHER RIDGE, 9 March 2023, ('Bellwether Ridge Motion") and RECEIVER'S VERIFIED MOTION FOR APPOINTMENT OF APPRAISERS, APPROVAL OF APPRAISALS, APPROVAL HEARING, AND APPROVAL OF SALE OF PARC AT WINDMILL FARMS, 23 February 2023 ("Windmill Farms Motions").

the value of Bellwether Ridge to be $31.2 million (not including the favorable HUD financing loan rate) as opposed to the lower values suggested by NVC and the brokers cited by the Receiver. The proposed sale at $27.0 million is inadequate given the potential for growth in rents, the current market, the age of the complex, and the favorable HUD loan financing (which is worth at least another $2.00 million in additional value).

d. Apprise used conservative methods based on an arm's-length sale (with more conservative estimates on net operating income) to estimate the value of Parc at Windmill Farms at $57.8 million as opposed to the much lower values suggested by NVC and the brokers cited by the Receiver and as compared with a current proposed sale at $51.0 million. The proposed sale at $51.0 million is inadequate given the potential for growth in rents, the lower actual operating expenses, the age of the complex, and the favorable HUD loan financing (which is worth at least another $3.57 million in value).

e. The sales process and the fact that the Receiver conducted that process renders the negotiations more in the nature of an "orderly liquidation" or "forced sale", not a fair sale. In that process, the buyer typically understands that the Receiver desires and needs to sell and that the property has not been fully marketed. This process, therefore, will naturally result in less value than a fully marketed property in a fair market sales process. The differences in the valuations obtained by the Receiver as opposed to those by Colliers International and Apprise reflect in part that fact. The discount in price is significant as a result.

f. The appraisals provided by NVC, the brokers' opinions obtained by the Receiver, and even the appraisals by Colliers International and now Apprise by Walker & Dunlop, Inc. all assume a buyer obtains replacement financing and do not consider the values of the

Hakala Declaration re. SPC Intervention and Reply to Receiver                    Page 3

App. 582

favorable interest rates associated with the HUD loads to D4FR and D4DS. As shown in Schedule C.1, the HUD loan on Bellwether Ridge represents favorable financing in the amount of at least $2.00 million for a ten-year period and $2.53 million for a fifteen-year period. In Schedule C.2, the HUD loan on Parc at Windmill Farms is worth at least $3.57 million in favorable financing for a ten-year holding period and $4.56 million on a fifteen-year holding period. The buyer is proposing to and SPC also would assume the HUD loans at those favorable interest rates and terms. Additionally, the HUD loans have prepayment penalties that would be avoided by having any acquirer assume those HUD loans. Thus, all transactions should consider the value of favorable financing in the analyses of fairness.

g.  The Proposed Sales of Windmill Farms and Bellwether Ridge apartments would both result in less-than fair proceeds to the estates of D4DS and D4FR.

   i.   As shown in Schedule C.1, the Receiver has an estimated shortfall in consideration of between $6.39 million and $6.91 million on the sale of Bellwether Ridge with the assumption of the HUD loan by the buyer.

   ii.  As shown in Schedule C.2, the Receiver has an estimated shortfall in consideration of between $10.80 million and $11.79 million on the sale of Parc at Windmill Ridge with the assumed of the HUD loan by the buyer.

h.  SPC realizes greater irreparable harm given the proposals of the Receiver and upon the sale of Bellwether Ridge and Windmill Farms.

   i.   SPC effectively owns through its conversion rights the equity to D4DS, D4FR, D4IN, and D4OP.

   ii.  There is additional value to control and in the right to manage the property and time the sale of the property in the future. That option or right has incremental value to a

Hakala Declaration re. SPC Intervention and Reply to Receiver                    Page 4

App. 583

party holding an asset, often called a "control premium". The value of that option or control right to hold the properties and maximize value through ownership adds additional value to SPC.

iii.    As shown in Schedule C.1, the sale of Bellwether Ridge and retention of the net proceeds after paying off the SPC loan would inadequately compensate SPC and result in a loss in value of at least $12.00 million to $12.48 million. This does not include the option value associated with continued control and ownership and the ability to manage and time the future sale.

iv.    As shown in Schedule C.2, the sale of Windmill Farms and retention of the net proceeds after paying off the SPC loan would inadequately compensate SPC and result in an immediate loss of between $19.16 million and $20.15 million. This does not include the option value associated with continued control and ownership and the ability to manage and time the future sale.

v.    Given the nature of the valuations, both D4IN and D4OP are expected to appreciate substantially in the future as rents stabilize such that SPC's ownership rights are worth millions of dollars each that would be effectively denied by the Receiver. As shown in Schedule C.3, estimates based on the Receiver's position and assuming an average discount of 5.0% off fair value for the losses to SPC from a similar sale of the Ingleside property are between $5.75 million and $6.59 million using conservative estimates. As shown in Schedule C.4, estimates based on the Receiver's position and assuming an average discount of 5.0% off fair value for the losses to SPC from a similar sale of the Opelika property would be between $15.21 million and $16.22 million.

vi.  Both SPC and its parent Transcontinental Realty Investors ("TCI") are publicly reporting companies such that these damages would flow to the shareholders as well. SPC and TCI publicly disclose the value of their conversion rights associated with D4DS, D4FR, D4IN, and D4OP and are constructive owners as a result of those conversion rights for financial accounting purposes.

3. Additionally, the entities D4DS, D4FR, D4IN, and D4OP and their immediate affiliate companies were Special Purposes Entities ("SPE") subject to audit and review and separated from the other Barton interests that the Receiver represents. The funds used to capitalize D4DS, D4FR, D4IN, and D4OP are identified as from the HUD and SPC loans and not from other sources. I have been tasked with and involved in preparing plans of allocation for the distributions of recoveries on numerous occasions for courts, for the US Securities & Exchange Commission or Department of Justice, for private class plaintiffs, and for FINRA. In my experience, it is inequitable and improper in any plan of allocation associated with a recovery to use funds from a recovery from one distinct set of companies to cover losses and claims of creditors and investors who claim losses for separate and distinct reasons in unrelated entities and thereby deprive a party, SPC in this instance, of its contractual rights and claims and cause SPC to incur a loss.

4. My expertise and experience are set forth later in this declaration and also in Exhibit A to this Declaration. I have more than thirty years of experience as a valuation expert. That experience has included:

a. Valuing numerous convertible securities and conversion rights or other derivative securities for financial reporting, income and estate and gift tax purposes, private equity reporting, advisory (fairness) purposes, and in litigation.

---

Hakala Declaration re. SPC Intervention and Reply to Receiver                          Page 6

b.  Valuing assets and entities in financial or operating distress including for or related to trustees or receivers, orderly liquidation purposes, secured lending purposes, financial reporting, bankruptcy or insolvency or financial restructuring, advisory (fairness) purposes, and in litigation.

c.  Assessing the value of control, options to control the timing of sale or purchase, and liquidity on the valuation of assets and securities for financial reporting, secured lending, orderly liquidation, bankruptcy, advisory (fairness) purposes, and in litigation.

d.  Valuing real estate holding companies, commercial real estate, and real estate interests for financial reporting, advisory (fairness) purposes, bankruptcy or financial or operational restructuring purposes, income tax and gift and estate tax purposes, solvency assessments, and in litigation.[2]

e.  Assisting in preparing and preparing plans of allocation and distributions of funds recovered for trustees and receivers, to private litigations in litigation, in class actions (particularly private securities litigation), for FINRA recoveries and fines, and associated with United States Department of Justice and Securities & Exchange Commission "Fair Funds" distributions.

**BACKGROUND**

5.    Each of the four subject Apartment Complexes was funded by a HUD loan which was senior and secured by each respective property.  JMJ Development, LLC ("JMJ"), or an affiliate, then borrowed funds from SPC to provide additional funds to finance the development, construction, and initial operations of each of the four subject Apartment Complexes and to

---

[2] While not a licensed real estate appraiser, it is common for a business valuation expert to address valuation issues related to entities owning and holding real estate and real estate outside of secured lending.  Some of the factors addressed in this report, such as favorable financing, are particularly important and relevant but omitted from the appraisals by the other experts.

Hakala Declaration re. SPC Intervention and Reply to Receiver                    Page 7

provide equity funding to each of the respective original ownership entities D4DS, D4FR, D4IN, and D4OP.  The loans from SPC to JMJ and its affiliates are deemed equity in convertible loans and, also, indirect loans to each property holding entity.[3]  However, from a practical standpoint, SPC effectively owned and oversaw management of the subject properties through its convertible loans and through the conversion rights associated with each such loan.

6.      The loans from SPC to JMJ and affiliates were documented by Promissory Notes.  Three of the loans paid interest at annual rate of 5% to maturity in connection with three of the Apartment Complexes: JMJ/D4DS (Bellwether; $3.8 million loan dated October 19, 2017, with interest and principal due originally at May 1, 2020[4] [5]); JMJ/D4FR (Windmill Farms; $7.3 million loan dated

---

[3] A convertible equity loan is a loan to an entity where some portion of the underlying collateral, assets, or claims at the entity level or a subsidiary level are subject to senior claims such that the convertible equity loan is subordinated in nature.  Additionally, a convertible equity loan is typically structure so that the lender received certain premium compensation in the form of profits-interests, equity rights, or conversion rights associated with said loan.  See Luc Nijs, *Mezzanine Financing: Tools, Applications and Total Performance*, 2014, pp. 3, 9, and Chapter 7 Real Estate Projects and Mezzanine Finance pages 211-220.

[4] See SPC Opposition App. 350+ for Note with reference to pledge at SPC Opposition App. 360.  Late payments added 5% and compounding interest.  See Amended and Restated Pledge and Security Agreement of 100% member interest of JMJAV LLC by JMJ and TRWF LLC to Lender at SPC Opposition App.363+; Amended and Restated Pledge and Security Agreement of 1% member interest of D4DS  by JMJAV and JMJ to Lender at SPC Opposition App. 393+, SPC Opposition App. 466; Amended and Restated Pledge and Security Agreement of 98.5% member interest of D4DS by JMJ and Enoch Investments, LLC to Lender at SPC Opposition App.423+, SPC Opposition App.469.

There was an Agreement for Purchase and Sale dated July 6, 2021, between APTS at Bellwether Ridge, LLC and D4DS at SPC Opposition App. 471+.  The HUD Loan balance was modified to $18,608,100 as of October 1, 2020.  The Agreement and transfer or property was subject to receipt of a HUD Transfer of Property Agreement ("TPA").  SPC gave notice on October 3, 2022, of the Purchase and Sale Agreement and Exercise of its conversion option for $100.00 to various relevant entities at SPC Opposition App. 511 and attached a First Amendment to the Agreement for Purchase and Sale at SPC Opposition App. 513+.

[5] The HUD loan (SPC Opposition App. 284) to D4DS was approved for $19,021,200 as of October 1, 2017, with interest only to be paid at the annual rate of 3.70% payable monthly until June 1, 2019.  The HUD note had a pre-payment premium for amount prepaid until June 30, 2029. (SPC Opposition App. 294)  The HUD Note was modified to $18,608,100 as of October 1, 2020, at Receiver MSJ APP000368.

---

Hakala Declaration re. SPC Intervention and Reply to Receiver                    Page 8

App. 587

December 14, 2017, with interest and principal due originally at May 1, 2020[6] [7]); and JMJAV/D4IN loans (Ingleside; $6,634,490 loan dated June 13, 2019, with interest and principal due originally at the earliest of "30 months after the construction loan is closed for property" or "seven years from the date" of the Note[8] [9]). The fourth loan paid SPC 10% interest in connection with the MF D4/D4OP loan (Opelika; $5,129,000 loan dated January 13, 2021, with interest and principal due January 13, 2023[10] [11]). Construction of the Opelika property was not completed as

---

[6] See SPC Opposition App. 96; SPC Opposition App.92, and SPC Opposition App. 199-200 (assignment of Pledge and Securities Interests to SPC). Late payments added 5% and compounding interest at SPC Opposition App. 98. The Note was accompanied by a letter requiring the pledge of all the member interests in JMJAV and JMJD4 through TRWF LLC (see SPC Opposition App. 109+ for 100% of member interests in JMJAV), JMJAV LLC (see SPC Opposition App. 139+ for 1% member interest in JMJD4), and Enoch Investments, LLC (see SPC Opposition App. 169+ for 99% member interest in JMJD4), The UCC filings provided for 98.50% of D4FR at SPC Opposition App. 244 and 1% of D4FR at SPC Opposition App. 242.

The Note was amended on October 25, 2019, to increase the Note to $8.3 million (SPC Opposition App. 207); on May 1, 2020, to extend the maturity date to November 1, 2020 (SPC Opposition App. 220); on November 1, 2020, to extend the maturity date to November 1, 2022 (SPC Opposition App. 224).

SPC gave notice of its exercise of its conversion option on October 3, 2022 (SPC Opposition App. 246) for $100.00.

[7] The HUD loan (SPC Opposition App. 25) was approved for $36,240,200 as of December 1, 2017, with interest only to be paid monthly at the annual rate of 3.9% until February 1, 2020. There was a prepayment penalty until February 28, 2030 (SPC Opposition App. 34).

[8] See RECEIVER MSJ APP000760; RECEIVER MSJ APP000768 lists the pledged entity to be JMJD4. The Note was accompanied by Pledge and Security Agreement in JMJD4 through JMJAV LLC (see RECEIVER MSJ APP000780+)+ for a 1% member interest in D4IN and 98.75% managing member interests in D4IN. See also RECEIVER MSJ APP001076 and RECEIVER MSJ APP001078 for associated UCC filings.

There was a temporary VOD Loan Agreement between SPC and D4IN for $5,900,000 at 7.5% interest for a period of up to ten days on June 4, 2019, prior to this Note.

SPC gave notice of its exercise of its conversion option on October 3, 2022 (RECEIVER MSJ APP000815) for $100.00.

[9] The HUD loan (RECEIVER MSJ APP000688+) was approved for $25,201,00 as of November 1, 2019, with interest only to be paid monthly at the annual rate of 3.59% until August 1, 2021. There was a prepayment penalty until August 31, 2031 (RECEIVER MSJ APP000698).

[10] See RECEIVER MSJ APP000933+. The Note was accompanied by Pledge and Security Agreement in D4OP through MF D4 LLC (see RECEIVER MSJ APP000940+)+ for a 1.0% member interest in D4OP and 98.75% managing member interests in D4OP.

There was a temporary VOD Loan Agreement between SPC and D4IN for $5,900,000 at 7.5% interest for a period of up to ten days on June 4, 2019, prior to this Note.

SPC gave notice of its exercise of its conversion option on October 3, 2022 (RECEIVER MSJ APP000815) for $100.00.

[11] The HUD loan (RECEIVER MSJ APP000910+) was approved for $23,661,300 as of January 1, 2021, with interest only to be paid monthly at the annual rate 2.99% until November 1, 2022. There was a prepayment penalty until November 30, 2032 (RECEIVER MSJ APP000920).

---

Hakala Declaration re. SPC Intervention and Reply to Receiver                    Page 9

App. 588

of November 3, 2022, requiring more draws from both the HUD loan and the SPC Note to complete construction.[12]

7.      In addition to receiving accrued interest (with some later paid) from JMJ and its affiliates on each of the four Notes issued to SPC associated with the four Apartment Complexes, JMJ and its affiliates assigned to SPC Pledge and Security Agreements associated with equity interests in D4DS, D4FR, D4IN, and D4OP held by intermediate entities.  Pursuant to Section 7.15 of the respective Pledge and Security Agreements, SPC had the option upon "thirty days' notice …to exercise an option to acquire the Collateral from Pledgor for consideration of $100.00".[13] Alternatively, the "Pledgor may elect to transfer to Lender the … Property instead of and in place of the Collateral".[14]  <u>There is no requirement of a condition of default stated associated with this conversion right.</u>  The effect is to give SPC the right to convert its loans to JMJ and affiliates into controlling interests that provided substantial control over the property holding entities (in total, 99.5% of D4DS/Bellwether, 99.5% of D4FR/Windmill Farms, 99.75% of D4IN/Ingleside, and 99.75% of D4OP/Opelika) or, alternatively, to convey to SPC the underlying properties.  All conversion options recognized the possibility of obtaining HUD Transfer Property Approval ("TPA") in order to continue with the HUD financing program.  SPC intended to exercise its conversion option associated with each convertible equity loan upon completion of construction and once operations had begun to approach stabilization.[15]  This understanding and intention is evidenced by the Agreement for Purchase and Sale dated July 6, 2021, between APTS at

---

[12] See RECEIVER MSJ APP001005 Letter to Mr. Courtney C. Thomas from SPC.

[13] See RECEIVER MSJ APP000162, APP000195, and RAPP000228 for the D4FR entity and Property (Windmill Farms). See RECEIVER MSJ APP000516, APP000545, for D4DS entity and Property (Bellwether).  See, in modified language, APP000797-8 for D4IN entity and Property (Ingleside).

[14] See RECEIVER MSJ APP000516, APP000545-6.

[15] Based on my interview of Mr. Brad Philips and SOUTHERN PROPERTIES CAPITAL, LTD.'S MOTION FOR INTERVENTION, OPPOSITION TO RECEIVER'S VERIFIED MOTIONS FOR APPOINTMENT OF APPRAISER, APPROVAL OF APPRAISERS, APPROVAL OF HEARINGS AND APPROVAL OF SALES AND BRIEF IN SUPPORT OF COMPLAINT FOR DECLARATORY RELIEF WITH RESPECT TO PARC AT WINDMILL FARMS AND BELLWETHER RIDGE.

Hakala Declaration re. SPC Intervention and Reply to Receiver                                    Page 10

App. 589

Bellwether Ridge, LLC and D4DS (at SPC Opposition App. 471+) signed by Timothy Barton as President of D4DS for the purchase of the underlying real property held by D4DS.

8.    My understanding is that such approval is customarily and commonly provided by HUD to qualified purchasers of subject properties.  SPC and its parent TCI have experience with and received a number of TPAs associated with such property transfers over the years.[16]

## SUMMARY OF GENERAL OPINIONS AND CONCLUSIONS

9.    It is common to use convertible loan financing for equity capital in real estate developments.[17]  It is common and customary for lenders in real estate investments to set interest rates on loans at lower-than-market rates for such loans in return for conversion rights to ownership or partial ownership of the underlying property holding entities and other contingent consideration.

a.    The lower-than-market interest rates are set in order to allow for financial feasibility and solvency of the real estate development or properties.

b.    Certain loans also often do not require a pledge of collateral of the underlying properties and are collateralized by claims to the equity of a holding entity.[18]

c.    In order to compensate for the subordinated claims relative to secured lender(s) and to provide an adequate return commensurate with the risk, convertible lenders typically require and receive additional consideration in options, warrants, or conversion features designed to provide significant returns in the event the real estate development or investment is successful.[19]

---

[16] Based on interview of Mr. Brad Philips and the Declaration of Alfred Crozier at SPC Opposition App. 934+.

[17] See Luc Nijs, *Mezzanine Financing: Tools, Applications and Total Performance*, 2014, Chapter 7 Real Estate Projects and Mezzanine Finance pages 211-220, and, also, Declaration of Alfred Crozier at SPC Opposition App. 934+ specific to this type of development.

[18] See Luc Nijs, *Mezzanine Financing: Tools, Applications and Total Performance*, 2014, pp. 3, 9, and Chapter 7 Real Estate Projects and Mezzanine Finance, p. 215.  "In the event of default, the investor cannot foreclose the mortgage, but does foreclose on the ownership interest….."

[19] See Luc Nijs, *Mezzanine Financing: Tools, Applications and Total Performance*, 2014, pp. 3, 9, and Chapter 7 Real Estate Projects and Mezzanine Finance pages 211-220.

---

Hakala Declaration re. SPC Intervention and Reply to Receiver                                    Page 11

App. 590

d. Inclusive of the equity and other additional consideration, the target compounded annualized returns, if the development or investment is successful, on such loans are often in the range of 15% to 30% or greater with interest rates set relatively low in order to allow for senior financing and avoid default risk.[20]

e. The restrictions on distributions created by the HUD oversight and loan terms would ordinarily result in greater target and required returns to the investor.

f. A requirement of default to exercise the conversion option is not stated or found in any of the subject Pledge and Security Agreements.  It also would not make sense to have the conversion option contingent on an event of default since the conversion option has the most value and return in the absence of default.

g. Each convertible loan in this instance is structured to be essentially an equity claim with downside protection.  This is a common feature in private equity real estate investment.[21]

h. Thus, SPC would never have made the loans for interest rates of only 5% for the Windmill Farms, Bellwether, and Ingleside entities and 10% for the Opelika entity in the absence of the conversion rights.  Such rates of interest are insufficient compensation for the amounts lent and character and risks associated with such loans.

---

[20] Ibid., p. 15; Smith, Smith, & Bliss, *Entrepreneurial Finance: Strategy, Valuation, & Deal Structure*, 2011, p. 345, but note that realized returns tend to be substantially lower due to failures and falling short of expectations.

[21] See Luc Nijs, Mezzanine Financing: Tools, Applications and Total Performance, 2014, Chapter 7 Real Estate Projects and Mezzanine Finance pages 211-220.  It is common for the outside investor to create an interest that is structured as a loan or preferred security but with substantial equity rights, especially in the investor is the primary source of "equity" for the project.  See Peiser & Hamilton, *Professional Real Estate Development,* The ULI Guide to the Business, Third Edition, 2012, pp. 210-214.  With SPC and affiliates performing substantial development activities, as set forth in the Muth Declaration dated 10 March 2023 and with SPC providing essentially all the equity funding, the lender would expect to receive nearly all the equity upside and pay a developer's fee and modest equity participation to the developer.

---

Hakala Declaration re. SPC Intervention and Reply to Receiver

10.    The National Valuation Consultants, Inc. ("NVC") and brokers opinions obtained by the Receiver and submitted in connection with the respective motions in the Proposed Sales are understated and not consistent with the fair market values of the properties.

a. The appraisals all failed to fully account for the growth in revenues in 2023 actually forecasted for Windmill Farms and Bellwether Apartment Complexes. Historically, management forecasts have been reasonably reliable.

    i.    The management budget for Windmill Farms for 2023 includes a 2.93% increase in revenue as compared with a 0% increase in the NVC appraisal.  But NVC also made other adjustments and started with a lower base revenue.  As a result, Windmill Farms expected net revenues (effective gross revenue) of $5,250,080 in 2023 as compared with $4,900,867 in 2023 estimated by NVC (Windmill Farms Appraisal at page 97, APP000145).  NVC reduced forecast revenue in 2023 by 6.65% relative to management budget.

    ii.    The management budget for Bellwether for 2023 includes a 4.72% increase in revenue as compared to a 0% increase in the NVC appraisal.  Total net revenue (effective gross revenue) is budgeted to be $2,917,197.  By comparison, the NVC appraisal forecast 2023 revenue at only $2,831,532 (Bellwether Appraisal at page 90, APP000138), or approximately 2.94% lower than the management budget.

    iii.    The management budgets provided for greater potential growth in revenue by 7.94% for Windmill Farms and 6.62% for Bellwether in the event of more favorable rent increases and greater occupancy rates than forecast.

b. The operating expenses assumed in the NVC appraisals are materially greater than expected for both Windmill Farms and Bellwether.

---

Hakala Declaration re. SPC Intervention and Reply to Receiver      Page 13

App. 592

i. In the NVC appraisal for Windmill Farms, the operating expenses before replacement reserves are estimated to be $2,109,808 (Windmill Farms Appraisal at page 97, APP000145) as compared with the management budget of $1,872,188. That is an increase in operating expenses of 12.69% by NVC over management.

ii. In the NVC appraisal for Bellwether, the operating expenses before replacement reserves are estimated to be $1,266,068 (Bellwether Appraisal at page 90, APP000138) as compared with the management budget of $1,180,121. That is an increase in operating expenses of 7.28% by NVC over management.

c. Due to the greater revenues and lower operating expenses, the net operating income before replacement reserves is substantially greater in the management budgets than provided for in the NVC appraisals. This causes the NVC appraisal to substantially undervalue the Windmill Farms and the Bellwether Apartment Complexes in both the direct capitalization method and even more in the discounted cash flow method (due to a lower revenue growth rate in 2024).

i. In the NVC appraisal for Windmill Farms, the net operating income before replacement reserves was estimated to be $2,791,059 (Windmill Farms Appraisal at page 97, APP000145) as compared with the management budget of $3,377,892. That is an underestimation of net operating income of 17.37% by NVC over management. That translates into a substantial undervaluation of approximately $10.5 million even if the capitalization rate and all other assumptions were correct.

ii. In the NVC appraisal for Bellwether, the net operating income before replacement reserves was estimated to be $1,565,464 (Bellwether Appraisal at page 90, APP000138) as compared with the management budget of $1,737,076. That is an

Hakala Declaration re. SPC Intervention and Reply to Receiver                    Page 14

App. 593

underestimation of net operating income of 9.88% by NVC relative to management. The undervaluation of just this one error is approximately $3.1 million even if the capitalization rate and all other assumptions were correct.

d. The capitalization rates and discount rates used in the NVC appraisals and the brokers' estimates provided to the Receiver are at the upper end of the market range, fail to adequately consider relatively new Class A Apartment Complex capitalization rates, and are arbitrarily chosen with excess adjustments relative to comparable sales transactions. Brokers and investors tend to cite discount rates and capitalization rates that they would like to realize, which tend imply property valuations at less than actual transactions in fair sales would suggest. This further depressed or understated the valuations provided by NVC and the brokers' opinions.

11. Allowing the Receiver to sell the Bellwether and Windmill Farms properties would substantially damage and impair the value of SPC's interests.

a. The conversion feature allows SPC to time the conversion of each promissory note into equity at SPC's option when appropriate, typically at some point after the completion of construction through stabilization of operations and profitability. This conversion feature has substantial value. According to the valuation analyses of Empire Valuation Consultants dated February 9, 2023, the Bellwether Note had a "liquidation value" as of December 31, 2022, of $13,01,147 based on the "conservative" valuation of the underlying Apartment Complex of $32.8 million.[22] The Empire Valuation Constants report also

---

[22] I have reviewed the underlying appraisal. The concluded capitalization rate of 4.75% was above the market capitalization rate for relatively new Class A apartment complexes and, thus, likely undervalued the Bellwether property. My conversations with the appraisers (John Jordan, MAI, and Jason Ribelin, MAI) confirmed that they intended to have a more conservative value for financial reporting to reduce the risk of reductions in value. For purposes of this report, I nevertheless will use the appraisal report by Colliers International dated March 16, 2023,

concluded that the Windmill Farms Note has a "liquidation value" of $22,225,974 as of December 31, 2022, based on a "conservative" valuation of the underlying Apartment Complex of $62.1 million.[23]    These valuation conclusions are conservative in that they imputed immediate transactions costs (which are not ordinarily included in the fair value or fair market value customarily) of $1,312,000 for Bellwether and $2,484,000 for Windmill Farms and did not fully simulate the upside prospects.[24]    Additionally, these values are discounted for the time required to sell of 180 days each implying a sale with a fixed price.  Additionally, the HUD loans have favorable terms and interest rates such that the HUD loans provide greater value to equity if assumed and not paid off.  Thus, exercising the conversion option and obtaining a TPA would result in greater realized fair values than suggested in the Empire Valuation Consultants report.  Also, such discounts for transactions costs and time to sell are not appropriate for fair value if SPC exercised its conversion options and continued to own and operate the subject properties.  Using the most recent Apprise valuation conclusions, upon conversion, SPC would hold fair value of equity in Bellwether in excess of $15.3 million, depending on the length of the HUD loan, and equity in Windmill Farms in excess of $26.2 million depending on the amortization

---

appraising the Bellwether property as of December 1, 2022, with the understanding that the appraisers, now as part of Apprise by Walker & Dunlop, Inc., are updating their analyses.

[23] The implied capitalization rate of 5.00% is well above market rates of relatively new (Class A) apartment complexes and, thus, likely undervalues the subject property relative to actual sales in the market.  For purposes of this report, I nevertheless will use the appraisal report by Colliers International dated March 16, 2023, appraising the Windmill property as of December 1, 2022. My conversations with the appraisers (John Jordan, MAI, and Jason Ribelin, MAI) confirmed that they intended to have a more conservative value for financial reporting to reduce the risk of reductions in value.

[24] The transactions costs would be avoided in the absence of a sale and replaced with more nominal and much lower costs to SPC in assuming ownership subject to HUD approval.  Also, the National Valuation Consultants, Inc. ("NVC") and Colliers International appraisals all applied significantly lower percentage transactions costs (ranging from 1.50% to 2.00%) upon sale in their respective appraisals in the terminal valuation in the future.

---

Hakala Declaration re. SPC Intervention and Reply to Receiver

Page 16

terms and holding period for the respective HUD loans.  This is shown in Schedules C.1 and C.2 and discussed later in this declaration.

b.  By contrast, the Receiver is projecting a net recovery of only $5.1 million from the sale of the Bellwether property with SPC receiving only $3,797,759 on an equivalent basis in principal payments as of January 17, 2023.[25]  As discussed previously, the Receiver is relying on appraisers and brokers opinions that underestimate the potential net operating income of the Bellwether property, use capitalization rates and discount rates towards the upper end of the range suggested by the market data, and failed to consider the additional value to the buyer associated with assuming the HUD loan on the property.  Thus, after the sale of Bellwether, the total combined net recovery of the Receiver for SPC and the equity remaining would be only approximately $8.9 million.  That is at least $6.4 million less than determined based on a conservative appraisal by Apprise and continued ownership and operation of the Bellwether property assuming approval of a TPA.  See Schedule C.1.

c.  Similarly, the Receiver is projecting a net recovery of only $7.5 million from the sale of the Windmill property with SPC receiving only $7,885,547 on an equivalent basis in principal payments as of January 17, 2023.[26]  The appraisal and brokers' opinions relied upon similarly do not accept the budgets for the Windmill property in 2023, use conservative revenue and expense assumptions for 2023 and thereafter, failed to consider the favorable interest rate on the HUD loan to be assumed by the buyer, and chose capitalization rates and discount rates at the upper end of the reasonable range.  Thus, after the sale of the Windmill Farms apartment complex, the total combined net recovery of the

---

[25] See RECEIVER'S VERIFIED MOTION FOR APPOINTMENT OF APPRAISERS, APPROVAL OF APPRAISALS, APPROVAL HEARING, AND APPROVAL OF SALE OF BELLWETHER RIDGE, 9 March 2023.

[26] See RECEIVER'S VERIFIED MOTION FOR APPOINTMENT OF APPRAISERS, APPROVAL OF APPRAISALS, APPROVAL HEARING, AND APPROVAL OF SALE OF PARC AT WINDMILL FARMS, 23 February 2023.

Hakala Declaration re. SPC Intervention and Reply to Receiver                    Page 17

App. 596

Receiver for SPC and the equity remaining would be only approximately $15.4 million. Again, that amount is at least $10.8 million less than determined based on a conservative appraisal by Apprise and continued ownership and operation of the Windmill Farms property assuming approval of a TPA.  See Schedule C.2.

d.  There are multiple reasons for these projected shortfalls by the Receiver relative to the fair value in continued ownership associated with the properties.

i.  First, generally, sales by Receivers with limited marketing typically are made at a substantial discount to full fair market value due to the perception of the relative negotiating strengths.[27]  The Receiver typically is under some perceived pressure to sell to realize net proceeds and does not want to continue to carry the investment.  This is the same reason why sales by lenders in a foreclosure or other actions even if actively marketed in an orderly liquidation process are often heavily discounted relative to fair market value, fair value, or market value standards of value.  With fair value or market value, the seller does not have to sell and can refuse the "best" offer if it does not meet the target price of the seller.  With a Receiver or orderly liquidation sale, the time to sell is typically reduced and the bargaining power of the Receiver is perceived as less. This is well known and customarily factored into appraisals for lenders and in the event of foreclosures.

ii.  Second, in the appraisals provided by Colliers International capitalization, the capitalization rates quoted by some brokers and investors were often greater than those observed in actual sales transactions.  The same is true with the NVC appraisals obtained by the Receiver as well as the brokers' opinions.  A greater capitalization rate

---

[27] It is customary for appraisers to discount the fair value or market value in such circumstances.  See, for example, https://elliottco.com/publications/columns/market-value-disposition-value-or-liquidation-value-appraisal/.

means a lower valuation of the property, so brokers and investors often tend to understate valuations of commercial real estate. It is fine to be conservative for secured lending purposes or even financial reporting purposes but not for fairness purposes. A buyer in a competitive fair sale process often has to stretch to buy and close the deal.

iii. Third, the HUD loan interest rate is well below the lower end of the range of interest rates assumed in the appraisals for such properties. The Receiver's proposed transactions require approval for the buyer to retain the HUD loan and obtain a TPA. Absent such HUD loan assumption, D4DS and D4FR would incur prepayment penalties on the HUD loans and the cost of financing the acquisition would be significantly greater. As a result, continued ownership and operation of the subject properties with the existing HUD loans pursuant to a TPA results in an increase in realized equity value relative to the current sale prices proposed. This will especially be true with currently rising and risky short-term interest rates and uncertain markets due to the risk of denial of increasing US government debt limits and risk of a pending recession. As shown in Schedules C.1 and C.2, the values of the favorable HUD loan interest rates on the Windmill Farms and Bellwether Apartment Complex loans were considerable. The values estimated for the favorable HUD interest rates for the Ingleside and Opelika apartments, as shown in Schedules C.3 and C.4, were similarly substantial.

iv. The ability of a control owner of the property to time the sale and pick when to sell has a substantial "option value" to the controlling member of each property holding entity. This is one reason why sales of properties not under pressure and performing well tend

---

Hakala Declaration re. SPC Intervention and Reply to Receiver                    Page 19

to be at much more favorable prices as measured by capitalization of NOI (net operating income) and cash flow multiples and other metrics.

v.   Finally, by deferring the sale, one avoids substantial transactions costs.

e.  There is substantial value in control relative to holding an interest or claim.  In control, the owner has rights to gain income from operations, has the ability to choose when or if to sell, and gains far greater rights and additional income from operations.

i.   By selling two of the four Apartment Complexes, Bellwether and Windmill Farms, the value of continuing control is lost leading to a discount in value to TCI and SPC.  Most apartment complexes tend to increase in value as they reach stabilized, market occupancy levels and have a sustained track record to show to buyers.  Bellwether and Windmill Farms apartments have only been operating two and a half to three years,[28] which is when commercial real estate only begins to reach more stabilized values.[29] Furthermore, management and other income resulting from owning and operating those two apartment complexes is lost by SPC and its affiliates.

ii.   By continuing to claim control over the other two Apartment Complexes, Ingleside and Opelika, there is an even greater loss in value.

1.   Apartment Complexes and other real estate tend to be more heavily discounted in value during the construction phase.  With Opelika, there is the perverse situation

---

[28] See Schedules A.3 and A.5

[29] For example, I was recently involved in a bankruptcy related to Bishops Lodge in Santa Fe, New Mexico, listed in Exhibit A.  In that instance, the failure of the manager of the development to complete the development in a timely manner and cost over-runs led to default and the mezzanine lender exercised its options to take partial control with a trustee and worked with the equity investors (other than the developer) to structure a plan to restructure with the equity investors realized far greater potential upside by completing construction and development and by then operating the facility for a number of years prior to a possible sale.  The alternative bidders were limited in numbers and offered inferior, discounted offers by comparison.

I have worked on a number of similar matters where the property was in default late in the construction phase or early in operations and failed to realize full value in a sale relative to what would be realized by financial restructuring and continuing construction and operation until stabilization of operations and financial recovery had been achieved.

---

Hakala Declaration re. SPC Intervention and Reply to Receiver                    Page 20

of SPC continuing to fund a portion of the construction without a reasonable rate of return or prospect of an upside and without any prospect for obtaining future control. That loss is substantial and in the millions. In liquidation, SPC stands to lose value even relative to the principal amount of its loan balance and loses the "conversion" value associated with management and ownership of the apartment complex in the future.[30] As discussed later, the conversion right is expected to be worth a substantial amount by the end of 2023, at least $15.21 million (Schedule C.4) based on management forecasts for 2023.

2. With respect to the Ingleside property, operations began in the second half of 2021 and the property has not achieved full stabilization. See Schedule B.3. The Empire Valuation Consultants report estimates a current loss relative to the balance on SPC loan.[31]  Until the revenues and net operating income reaches stabilization, the valuation of SPC's Note and conversion options will continue be discounted significantly due to uncertainty. The upside to SPC is removed. Therefore, SPC would expect to lose some portion of its outstanding loan balance of $3.76 million as of December 31, 2022.[32] As discussed later, SPC would lose at least $5.75 million (Schedule C.3) more in current value expected from the conversion right based on management budgets for 2023.

---

[30] Using the Empire Valuation Consultants report dated February 9, 2022, the projected loss is $360,000 with some 50% chance of the conversion option being exercised.  With a full conversion option and time allowed for the value to reach stabilization with a favorable HUD loan, the expected value substantially exceeds the loan balance.

[31] The stated balance on the SPC Note was reportedly $3,759,164 as compared with a "fair value" of only $2,809,213 determined by Empire Valuation Consultants as of December 31, 2022.

[32] Using the Empire Valuation Consultants report dated February 9, 2022, the projected loss is $1.0 million with some 50% chance of the conversion option being exercised.  With a full conversion option and time allowed for the value to stabilize with a favorable HUD loan, the expected value substantially exceeds the loan balance.

Hakala Declaration re. SPC Intervention and Reply to Receiver                    Page 21

App. 600

12.     There is no evidence of the use of funds from investors other than SPC and HUD to finance the construction and operation of the four Apartment Complexes in this instance.[33]

a.  The relevant entities (D4DS, D4FR, D4IN, and D4OP) are Special Purpose Entities ("SPEs") designed to hold equity interests in real property investments or real property. They are operated as separate "silos" with separate financials and operations and distinct financial controls and are managed and owned by separate entities. Given the relatively recent construction of the four Apartment Complexes and the existence of two lenders, HUD and SPC, all funds invested in the four Apartment Complexes and their holding companies, are accounted for and isolated. There was no need to draw funds from other Timothy Barton affiliated entities since these entities received funding directly from HUD and SPC loans. Additionally, all payments and distributions from such entities were tracked and reported.

b.  The HUD loan documents required regular reports and monitoring of property cash flows and funds and annual audits. D4FR and D4DS both were audited by Farmer, Fuqua & Huff P.C.

c.  SPC conducted its own reviews and oversight and was audited as a public reporting company, as was Transcontinental Realty Investors ("TCI"). SPC is currently audited by KOST FORER GABBAY & KASIERER, a Member of Ernst & Young Global. TCI is also audited annually.

d.  Therefore, the commingling of funds from the holding companies associated with the Apartment Complexes with other Barton affiliated companies was extremely unlikely and, if found, entirely immaterial. The subject entities did not benefit from the funds provided

---

[33] See, also, Declaration of Brad Kyles beginning at SPC Opposition App. 945+, Declaration of Robert Canham beginning at SPC Opposition App. 930, and Declaration of Doug Graham beginning at SPC Opposition App. 940.

Hakala Declaration re. SPC Intervention and Reply to Receiver                    Page 22

App. 601

by other parties that are claiming losses according to the Receiver.  Those losses occurred in entirely separate entities.

13.     The Receiver's claim of ability to use and transfer funds from the sale of Bellwether and Windmill properties to fund his own expenses and to satisfy claims of other creditors with no relation to those properties is inequitable.

    a.  SPC and TCI are public reporting to shareholders and investors the values potentially realizable from the sales of the subject Apartment Complexes.  SPC is reporting under IFRS and indicates that the value of its Windmill Farms Note is $22.226 million as of December 31, 2022, up from $18.819 million in December 31, 2021, and $10.77 million December 31, 2020.[34]  SPC indicates that the value of its Bellwether Note is $13.010 million as of December 31, 2022, up from $12.308 million in December 31, 2021, and December 31, 2020, $5.898 million.[35]  These values are based on the conversion options in the respective Pledge and Security Agreements and conservatively assuming the sale of such interests without considering the additional value in the HUD loans and the value of holding such interests indefinitely.  Thus, incurring costs and selling properties in what amounts to an orderly liquidation will deprive those shareholders and investors and will damage innocent parties.

    b.  The entities holding the Apartment Complexes did not receive or benefit from funds associated with investors and others in other completely separate entities affiliated with Barton because they are SPEs and separately audited and monitored.

---

[34] Audit Southern Property Capital, Ltd. Audited Consolidated Financial Statements as of December 31, 2022, in U.S. Dollars.

[35] Audit Southern Property Capital, Ltd. Audited Consolidated Financial Statements as of December 31, 2022, in U.S. Dollars.

Hakala Declaration re. SPC Intervention and Reply to Receiver    Page 23

App. 602

c.  There is no evidence of any commingling of funds from investors in other Timothy Barton entities that suffered damages or losses due to fraud or other wrongful acts with the entities holding the Apartment Complexes at issue here.

d.  The Receiver relies on incorrect assertions that ignore the value created by the efforts and expenses of SPC and TCI personnel, ignores the terms of the conversion options that do not require a condition of default, and fails to understand the customary terms of convertible loans that are convertible into equity interests.  Thus, the Receiver proposes to deny SPC the rights and expectations that it has bargained and contracted for, that it has represented to its shareholders, and that represent substantial value to SPC.

e.  Finally, having worked on many plans of allocation associated with distributions and multiple subclasses and groups of plaintiffs and creditors over the past twenty years, the principle is that recoveries from one group of entities should be used to satisfy only creditors and claimants associated with those entities.  It is not acceptable to use proceeds from one entity to satisfy creditor claims and other claims asserted by other, unrelated entities simply because of one person being commonly affiliated with those entities.  Put more simply, it is not permissible or equitable to take funds or assets from one pot and put them in another, completely independent pot simply because one pot has sufficient assets and funds and the other does not. This is especially true if doing so would damage or reduce the total amounts recovered and prejudice the rights of a party.  In this instance, SPC has conversion options that provide it with the value and upside from the four Apartment Complexes and was the equity lender and assisted in the development of those four Apartment Complexes.  The entities involved in the Apartment Complexes subject to indirect loans and funding by SPC are not related in any way with those other entities

managed by Timothy Barton that are subject to other claims and should not benefit at the expense of SPC's legally recognized contractual rights, assuming they are upheld by the court.

**INFORMATION RELIED UPON AND REVIEWED**

14. The primary information I have relied upon has included certain financial statements and budget information for the four Apartment Complexes and appraisals provided by the Receiver and by SPC. A more complete listing of documents is provided in Exhibit B. I have relied on my experience as an appraiser, knowledge of market interest rates, and other information as well:

a. The RECEIVER'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT REGARDING SOUTHERN PROPERTIES CAPITAL, LTD.'S CLAIMED OWNERSHIP INTEREST IN CERTAIN RECEIVERSHIP PROPERTIES and APPENDIX;

b. SOUTHERN PROPERTIES CAPITAL, LTD.'S MOTION FOR INTERVENTION, OPPOSITION TO RECEIVER'S VERIFIED MOTIONS FOR APPOINTMENT OF APPRAISER, APPROVAL OF APPRAISERS, APPROVAL OF HEARINGS AND APPROVAL OF SALES AND BRIEF IN SUPPORT OF COMPLAINT FOR DECLARATORY RELIEF WITH RESPECT TO PARC AT WINDMILL FARMS AND BELLWETHER RIDGE and APPENDIX;

c. RECEIVER'S VERIFIED MOTION FOR APPOINTMENT OF APPRAISERS, APPROVAL OF APPRAISALS, APPROVAL HEARING, AND APPROVAL OF SALE OF BELLWETHER RIDGE and APPENDIX;

Hakala Declaration re. SPC Intervention and Reply to Receiver    Page 25

App. 604

d. RECEIVER'S VERIFIED MOTION FOR APPOINTMENT OF APPRAISERS, APPROVAL OF APPRAISALS, APPROVAL HEARING, AND APPROVAL OF SALE OF PARC AT WINDMILL FARMS and APPENDIX;

e. Declarations of Robert Canham, Alfred Crozier, Doug Graham, Brad Kyles, and Bradley Muth all filed in support of SPC's Motion for Intervention and Opposition to the Proposed Sales;

f. Appraisal of Parc at Windmill Farms by Colliers International as of December 1, 2022, dated March 16, 2023;

g. Appraisal of Bellwether Ridge by Colliers International as of December 1, 2022, dated March 16, 2023;

h. Empire Valuation Consultants, Inc. report dated February 9, 2023, appraising the fair value of SPC's convertible loans in various apartment complexes as of December 31, 2022;

i. Audited Financial statements for D4DS and D4FR for the years ended December 31, 2020, 2021, and 2022;

j. Property financial histories in Excel format for each of the four Apartment Complexes to 2022;

k. Pillar Residential Operating Budgets for Bellwether, Windmill Farms, Opelika, and Ingleside for 2023;

l. HUD Loan statement for the Month of May 2023 for Opelika;

m. Interview with Brad Philips;

n. Discussions with Jason Ribelin, MAI, and John Jordan, MAI, regarding the Colliers International appraisals and status of Apprise update work;

Hakala Declaration re. SPC Intervention and Reply to Receiver                    Page 26

App. 605

o.  SPC Consolidated Financial Statements for the years ended December 31, 2020, 2021, and 2022,

p.  Transcontinental Realty Investors, Inc. Form 10-K for the fiscal year ended December 31, 2022; and,

q.  General market interest rate and capitalization rate information.

### QUALIFICATIONS

15.  I am a Principal of ValueScope, Inc. ("ValueScope"), a national business valuation and consulting firm.  I joined ValueScope in November 2014.  Prior to joining ValueScope I was a managing director of CBIZ Valuation Group, LLC, and had been employed by that firm or its predecessor from May 1992 through October 2014.   See Exhibit A.

16.  I received a Doctor of Philosophy degree in Economics and a Bachelor's degree in Economics from the University of Minnesota.  I have earned the professional designation of Chartered Financial Analyst ("CFA"), awarded by the Association for Investment Management and Research.   The CFA program is one of the most difficult and extensive professional credentials.  Earning the CFA designation requires passing a series of three annual exams and a demonstrated level of expertise in financial analysis, financial accounting, valuation of securities and derivative assets and real estate interests, portfolio and asset management, and ethics in the investment industry (including passing three annual exams, each with relatively a high failure rate of as much as 50% or more in each year).

17.  In addition, I have served as a consultant and expert witness on numerous occasions specializing in the valuation of conversion rights, security interests, residential mortgage portfolios, and commercial mortgage loan portfolios, and other interests, including related asset-backed securities and derivative securities (including guarantee and insurance obligations) on real

Hakala Declaration re. SPC Intervention and Reply to Receiver                    Page 27

App. 606

estate holding entities and assets. I have valued many and various types of these interests for secured lending purposes, advisory purposes, financial reporting purposes, solvency analyses and bankruptcy purposes, securities litigation and damages, private equity valuations, commercial litigation (including fraudulent conveyance claims).

18.     I have also valued real estate holding companies, real estate management companies, and real estate interests as well as fractional and derivative interests in such companies and assets for financial reporting, gift and estate tax and income tax purposes, fairness and advisory purposes including in bankruptcy, and in commercial litigation.

19.     I was a contributing author to the text The Art of M&A Integration, ed. Lajoux, McGraw-Hill, 1998, where I wrote sections on the valuation of intangible assets, allocation of purchase price, and assisted in editing sections on issues relating to the issues and problems involved in the integration of companies subsequent to the completion of a merger and acquisition and have extensively studied this issue over a number of years. I also authored a peer-reviewed chapter on "Valuation for Smaller Capitalization Companies" in *Financial Valuation: Businesses and Business Interests*, 1998 Cumulative Update, Warren, Gorham & Lamont, 1998 and a peer-reviewed chapter on the "Valuation of Distressed Businesses" in *Financial Valuation: Businesses and Business Interests*, 1999 Cumulative Update, Warren, Gorham & Lamont, 1999, which was also republished in a valuation journal.

20.     I have performed a number of solvency and fairness opinions. I have also performed numerous reviews on solvency and fairness opinions and opined on solvency or fairness in numerous matters over the years. These have included issuing opinions on the fairness and allocation of services and value between related companies within the asset management industry.

Hakala Declaration re. SPC Intervention and Reply to Receiver          Page 28

App. 607

21.    I have been engaged on numerous occasions to assist in preparing plans of allocation for the allocation of funds recovered to various groups of private litigants, in private securities class actions, for FINRA, for the Securities & Exchange Commission and United States Department of Justice in connection with "fair funds" distributions.

22.    A detailed summary of my qualifications, including prior testimony (back to 2001) and articles is provided as Exhibit A in my curriculum vitae.

23.    My fees for my services in this engagement are based on my hourly billing rate of $560 per hour.  My fee for my analysis through this Declaration is not to exceed $20,000 in professional fees.  I have received some limited assistance from other staff employed by ValueScope.  I and ValueScope have no financial interest in the outcome of this case, and my compensation is not dependent in any way on the outcome of this matter.

## FURTHER DISCUSSION

24.    SPC was established as a Special Purpose Entity ("SPE") for purposes of raising capital from the public in Israel.  The Company has issued non-convertible debentures on the Tel Aviv Stock Exchange Ltd.  Schedules A.1 and A.2 provide the income statements for SPC for the years 2019 through 2022 and balance sheets for SPC for the years ended 2020, 2021, and 2022, respectively.

   a. The financial statements are prepared in accordance with IFRS-international standards, which differ from US GAAP.  Overall, this is a well-capitalized and very profitable company.

   b. There was a sale ("VAA Sale") closed on September 16, 2022, of a portfolio of assets in a joint venture, Victory Abode Apartments, LLC, in 2022 that resulted in an increase in the cash balance in 2022 and the receipt of certain properties (and assumption of certain

Hakala Declaration re. SPC Intervention and Reply to Receiver                     Page 29

App. 608

mortgage loans) by SPC.  Portions of the distributions from that sale also helped finance an increase in investment in real estate as well as real estate held back from that sale.

c.  On November 30, 2022, SPC approved a distribution of $100 million to its parent company related to the tax liability from the gain on the VAA sale.

d.  Gains in the valuation of multifamily properties were offset by decreases in valuations on some commercial properties.  The multifamily properties realized gains of $14.9 million in 2022 and $26.5 million in 2021.

e.  The financing income included a gain on revaluation of the convertible loans (including loans related to the four Apartment Complexes) of $32.5 million in 2021 and $13.3 million in 2022.

f.  The current debt rating for the debentures was raised from "ilA-" to "ilA" by Maalot Standard & Poors Ltd. on February 1, 2023.

g.  As of year-end 2022, SPC owned 14 multi-family properties with 2,328 rentable units with net operating income of $10.751 million and FFO (fund from operations) of $5.474 million inclusive of two properties sold in 2022.  The total estimated value of the 14 properties was $381.199 million.

h.  SPC also owned three large commercial properties at year-end 2022 with a total of 1,053,981 sq. ft.; net operating income of $7.663 million, and FFO of $5.207 million.

i.  SPC held six properties held for development and had acquisition options on two properties pending at year-end 2022.

j.  SPC held loans convertible into ownership interests on nine multifamily properties, including Windmill Farms, Bellwether, Ingleside, and Opelika.  As of December 31, 2022, these properties had a combined appraised value of $313.794 million with HUD loans (at

Hakala Declaration re. SPC Intervention and Reply to Receiver                    Page 30

App. 609

favorable interest rates) with principal outstanding of $201.540 million. The convertible loans had a principal balance of only $40.954 million.    As of December 31, 2022, the "carrying values" of the relevant loans were $13.010 million for Bellwether Ridge, $2.809 million for Ingleside, $2.844 million for Opelika, and $22.226 million for Windmill Farms on a "liquidation basis.".

25.    The audited financial statements for the Bellwether entity D4DS are summarized in Schedules A.3 and A.4.   An unaudited summary of income statements for Bellwether from a real estate perspective is provided in Schedule B.1.  Schedule B.1 has income summaries for 2019, 2020, 2021, and 2022 as well as for the first four months of 2023 and the management projections for the year.  As discussed previously, Bellwether was continuing to grow and stabilize operations. Management is reportedly on track to perform well at the budgeted levels for 2023 shown in Schedule B.1.  The increase in 2023 in net operating income and cash flow after replacements and reserve and debt service (both interest and principal payments to HUD) provides a healthy cushion and suggests that the assumptions in the NVC report or overly conservative and unrealistic.  The Apprise valuation report on Bellwether projected revenues relative to market rents and forecast revenues consistent with management is reportedly on track to perform well as the budgeted levels for 2023 shown in Schedule B.1.  Apprise, however, forecast operating expenses well above management's budget for 2023 with a forecast increase in property taxes being the major contributor to the difference.  This suggests the Apprise appraisal was conservative in its forecast of net operating income as well.[36] Thus, the Apprise valuation conclusion of $31.2 million should set the floor for a fair sale price.    This valuation assumed a financing rate of 5.50% (Apprise

---

[36] This was confirmed during my phone conversation with Jason Ribelin on May 15, 2023.

Report, p. 41) instead of the more favorable HUD loan rate of 3.70%. Thus, the incremental value of assuming the HUD loan rate is not accounted for in the appraisal.

26.    The audited financial statements for the Windmill Farms entity D4FR are summarized in Schedules A.4 and A.5. An unaudited summary of income statements for Windmill Farms from a real estate perspective is provided in Schedule B.2. Schedule B.2 has income summaries for 2019, 2020, 2021, and 2022 as well as for the first four months of 2023 and the management projections for the year. The increase in 2023 in net operating income and cash flow after replacements and reserve and debt service (both interest and principal payments to HUD) provides a healthy cushion and suggests that the assumptions in the NVC report were overly conservative and unrealistic. Revenues are still growing as the rent rolls stabilize given that the apartment complex is now at three years of operation. Management reportedly expects to be on track to perform at the budgeted levels for 2023 but noted a slight shortfall through April (which is before the season of moves and rent increases) shown in Schedule B.2. The Apprise valuation report (p. 25) suggested that the rents were slightly above market and used that as a basis to moderate the rents and forecast revenues below management budget for 2023, but this may relate to location and other factors. The Apprise valuation report also forecasts greater operating expenses than management, despite the lower operating expenses in the first four months of 2023. This suggests that the Apprise valuation report may be conservative as well and likely sets a floor for the valuation at $57.8 million in a fair sale reflecting current market assumptions. This valuation did not include the HUD loan rate and assumed a financing rate of 5.50% (Apprise report, p. 40) instead of the favorable HUD rate of 3.90%.

27.    Schedule B.3 provides the operating financials for the Ingleside property. These financial statements reflect the fact that the apartment complex only began leasing in 2021 and is still

ramping up to stabilized levels. The management budget and results for the first four months of 2023 demonstrate that Parc at Ingleside is expected to be substantially more profitable going forward and will realize positive cash flows from operations after debt service in 2023. The SPC loan balance as of December 31, 2022, was only $3,759,164 according to the Empire Valuation Consultants report. The HUD loan balance was $24,814,836. If a capitalization rate of 5.0% were applied to a forecast NOI after replacements and reserves of $1,563,000 forecast for 2023, then the value would be $31.26 million and the SPC note would have a conversion value of $6.45 million before considering the favorable interest rate on the HUD loan and the relatively high loan to value ratio for the HUD loan (both of which would add millions to the valuation of equity). It is highly likely that this value will increase in subsequent years as occurred with the other convertible loans of SPC as the apartment complex stabilizes rents and operations and as a result of the lower HUD interest rates. Thus, the denial of SPC's conversion rights would substantially cause substantial damages to SPC's interests in D4IN.

28.     Schedule B.4 provided the operating financials for the Opelika property. The property realized reduced operations and revenues in 2022 and the first four months of 2023 as it begins to lease up. While preliminary, the management budget forecasts a positive net operating income in 2023, the first year of full operation. That suggests further room for additional growth in future years. The senior debt balance on the Opelika property was $21,904,386, and the SPC loan balance was at $3,189,660 as of December 31, 2022, according to the Empire Valuation Consultants report. If the management budget for 2023 is realized at an adjusted net operating income level of $1,654,000, then at a 5.0% capitalization rate (conservative for a relatively new apartment complex) the SPC note would have a value upon conversion of $11.17 million and would be

Hakala Declaration re. SPC Intervention and Reply to Receiver                Page 33

App. 612

expected to increase as rents and operations stabilize and with the lower HUD loan rate. Thus, the denial of SPC's conversion rights would cause substantial damages to SPC interests in D4OP.

29.    In Schedule C.1, I have provided a more detailed estimate of the shortfall in the recovery from the proposed sale of Bellwether Ridge and the damages to SPC. Even if a buyer could not obtain HUD approval for a TPA, the Receiver would recover a total of $8.8 million with $3.8 million paid to SPC for its loan balance and the remainder retained by the Receiver as proposed. Given the valuation of Bellwether Ridge by Apprise at $31.2 million and a selling cost of 1.5% (based on the NVC appraisals), this results in a shortfall in recovery of $4.4 million upon an immediate sale.

30.    However, the proposed purchaser expects to assume the HUD loan as part of the transaction. In Schedule C.1, I have valued the HUD loan based on the difference between the 3.70% stated interest and an interest rate of 5.50% set forth in the Apprise report for Bellwether and calculated the present value of the different in interest payments using a 6.5% discount rate for each monthly excess interest payment.[37]  For a ten-year period but assuming the loan is not assumed until June 2023, the present value of interest savings would be $2.00 million. If the loan is assumed and held for a fifteen-year period until December 2037, then the present value of the interest savings will be $2.53 million. If the favorable loan assumption is included in the value that should have been paid, then the net proceeds should have been at least $15.29 million to $15.81 million, instead of $13.28 million. In that event, the shortfall in the recovery by the Receiver would be between $6.39 million and $6.91 million.

31.    As shown in Schedule C.1, the damages to SPC are far greater. This is because SPC does not incur closing and selling costs, only some modest costs to obtain a TPA from HUD. As a

---

[37] The 6.5% discount rate is the approximately cost of capital but is considering high for a loan at 5.5%. Therefore, the favorable financing is conservatively valued.

Hakala Declaration re. SPC Intervention and Reply to Receiver                    Page 34

App. 613

result, SPC loses $9.96 million from the immediate sale (assuming no HUD prepayment penalty) but suffers an actual loss ranging from $11.96 million to $12.48 million from the loss of its conversion rights and inability to assume the HUD loan.

32.    Schedule C.2 provides the same calculations as in Schedule C.1, but for the sale of Parc at Windmill Farms.  In this instance, the Receiver's recovery is $7.23 million less than indicated by a conservative Apprise appraisal.  However, the loss is actually far greater due to the favorable HUD loan assumed by the buyer.  The favorable financing has a value of between $3.57 million for a ten-year term to $4.56 million for a fifteen-year term.  Thus, the shortfall is between $10.80 million and $11.79 million.  SPC's losses due to the denial of its conversion rights are between $19.16 million and $20.15 million.  This is based on the HUD interest rate of 3.90% as compared with 5.50% for an alternative equivalent interest rate.

33.    In Schedule C.3, I conservatively applied a 5.00% capitalization rate to management's forecast of adjusted Net Operating Income for the Ingleside apartments for 2023 to derive an estimated fair sale value of $31.26 million.  I then assumed a minimum discount of 5.0% upon sale involving the Receiver.  Considering the favorable HUD financing, the loss to SPC would be between $5.75 million and $6.59 million given the Receiver's position and later effort to sell the Ingleside property.

34.    In Schedule C.4, I conservatively applied a 5.25% capitalization rate (greater due to using projections from later in the year 2023 and uncertainty) to management's forecast of adjusted annualized Net Operating Income for the Opelika apartments for September to December 2023, to derive an estimated fair sale value of $36.82 million.  I then assumed a minimum discount of 5.0% upon sale involving the Receiver.  Considering the favorable HUD financing, the loss to SPC

would be between $15.21 million and $16.22 million given the Receiver's position and later effort to sell the Opelika property.

35.    I am independent of the parties subject to this litigation.  My fee has been disclosed at $560 per hour. This concludes my declaration testimony.

Jurat

My name is Scott Hakala, my date of birth is June 9, 1961 and my address is 2635 Bierstadt Drive, Highland Village, Texas. My work address is ValueScope, Inc. at 950 E. State Highway 114, Suite 120, Southlake, Texas, 76092.  I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

Executed in Tarrant County, Texas on May 30, 2023

Scott D.  Hakala

Hakala Declaration re. SPC Intervention and Reply to Receiver                    Page 36

App. 615

# EXHIBIT H-1

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

**SCOTT D. HAKALA, PH.D., CFA**
**VALUESCOPE, INC.    *PRINCIPAL***
shakala@valuescopeinc.com, 817-481-6347

Dr. Hakala has more than 25 years of business consulting and business valuation experience, concentrating on complex financial analyses. He provides business valuation and financial consulting services to companies in a broad range of industries. Working with domestic and international clients, Dr. Hakala has performed more than a thousand business valuations involving closely held common stock, preferred stock, options, intellectual property and other tangible and intangible assets. His work has involved advising numerous clients on prospective transactions involving business and business related assets, including providing fairness opinions, solvency opinions and financial accounting analysis. As an expert witness, Dr. Hakala has provided deposition and courtroom testimony in matters relating to shareholder values, tax valuations, bankruptcy and economic damages.

## FINANCIAL AND TAX REPORTING AND TRANSACTION ADVISORY SERVICES

Dr. Hakala has performed a substantial amount of business valuation work for clients with a focus on companies in the middle market ($5 million to $500 million market value), private equity backed companies, venture capital and development stage companies, asset holding entities and asset-backed securitizations, and smaller capitalization public companies (including valuations and advice for companies preparing or considering public offerings or sale). Valuation services include:

- Determining fair market value appraisals of debt, preferred equity and common equity (including LLC, LP and partnership) determinations and discount studies for tax, financial planning, and advisory purposes
- Valuation/appraisals of Derivative Securities and Embedded Derivatives for tax and financial reporting and advisory (including fairness) purposes (incentive compensation awards; officer, director and employee stock options; commodity and currency options and swaps; interest rate options and swaps; warrants; convertible securities; carried interest valuations)
- Advisory valuations (fairness opinions, solvency opinions, prospective private placement or investment purposes, possible sale of business interests, securities held in private and public fund portfolios and holding entities)
- Gift and estate valuations for tax purposes
- Valuations of asset holding companies, partnerships and asset-backed securitizations (receivables, debt securities, mortgage securities, real estate trusts, credit card portfolios, subprime portfolios)
- Reasonable compensation studies including reasonable return to investor analyses for advisory, tax and fairness purposes
- Officer, director, and employee stock and incentive compensation for tax (IRC Section 83(b), IRC 409A), financial accounting, and advisory/fairness purposes
- Transfer pricing analyses for tax, financial reporting, and advisory (fairness) purposes (IRC Section 482)
- Allocation of Purchase Price and related Asset Impairment Studies
- Valuations and Discounts associated with Built-in Capital Gains and Deferred Taxes for tax, financial reporting, and advisory purposes (including S Corporation conversions)
- Valuation of Employee Stock Ownership Plans (ESOPs) for tax, financial reporting, and advisory purposes

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

## INTELLECTUAL PROPERTY AND INTANGIBLE ASSET VALUATION

Dr. Hakala has extensive experience in valuing intellectual property and other types of intangible assets in business appraisals. Having analyzed and overseen the valuation of hundreds of businesses, Dr. Hakala has gained the technical background necessary to analyze complex intellectual property valuations including:

- Contract-related (e.g., favorable supplier or other product/service contracts)
- Customer-related (e.g., customer lists and customer relationships)
- Data processing-related (e.g., computer software, databases)
- Intellectual property-related (e.g., patents, trade secrets, copyrights, Internet domain names, and trademarks)
- Goodwill-related (e.g., going-concern value, tradename value)
- Human capital-related (e.g., employment agreements, a trained and assembled workforce, non-competition and non-solicitation agreements)
- Location-related (e.g., leasehold interests, certificates of need)

## LITIGATION SUPPORT

A significant portion of Dr. Hakala's practice has involved expert testimony or consulting in litigation. This includes matters relating to general measures of economic loss. The areas Dr. Hakala has testified in include:

- Intellectual property (patent and copyright infringement damages)
- Breach of contract damages and breach of warranty claims (defective equipment)
- Investment and securities litigation (fraud in the inducement damages, restitution damages, market manipulation, loss causation and economic damages involving both unregistered and registered securities, ERISA and investment management damages relating to unsuitable investments and investment advice) including providing advisory services for administering claims and recoveries of funds by the SEC and FINRA
- Fraudulent conveyance (fairness opinions, solvency opinions, reasonably equivalent value opinions)
- Lost economic income (wrongful termination, personal injury; discrimination)
- Breach of fiduciary duties and related claims (shareholder oppression, fairness in merger and acquisition transactions, fairness involving related party transactions)
- Marital dissolution (valuation of business interests, valuation of pension benefits, valuation of personal goodwill, valuation of private investments) including work as a court appointed expert or jointly hired by the parties to determine values

Dr. Hakala has served as an expert in many of the most prominent securities fraud cases, including: Enron, Dynegy, Williams Companies, AOL Time Warner, Computer Associates, Mortgage-Backed Securities litigation, NYU v Ezra Merkin (Madoff-related litigation), and Parmalat. In connection with that work, Dr. Hakala co-authored a law review article in 2006 on the economics of loss causation which has been cited in significant court cases and in briefs before the US Supreme Court. In the vast majority of cases, courts have adopted, relied upon or otherwise given significant weight to Dr. Hakala's opinions.

VALUESCOPE, inc.                    Confidential                    2

App. 618

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

**EMPLOYMENT HISTORY**

**November 2014 to Current**
**ValueScope, Inc. ...............................................................................................*Principal***

As a financial economist and financial analyst, Dr. Hakala brings to the firm extensive practical knowledge of finance, economics and statistics. His expertise includes: the valuation or appraisal of securities and business interests (transactions, mergers, acquisitions, fairness opinions, business appraisal); the valuation of intangible assets (patents, trademarks); analysis of publicly traded securities (insider trading studies, trading analyses, event analyses, materiality, damages in securities litigation); economic loss analyses (commercial litigation); wage and compensation determination (reasonable compensation studies, lost personal income, wrongful termination); transfer pricing; valuation of derivative securities (options pricing and valuation); and antitrust and industry structure, strategic pricing, marketing and cost allocation analyses.

**May 1992 to October 2014**
**CBIZ Valuation Group, LLC (f/k/a Business Valuation Services, Inc.).........................................**
***Managing Director** (Senior Consultant 1992 to1994; Dir./Principal 1995 to 2009)*

Dr. Hakala managed engagements and advised clients on a large number of business valuation, economic and financial consulting, and litigation projects. His work included: the valuation of securities and business interests; the valuation of intangible assets; analysis of publicly traded securities; economic loss analyses; wage and compensation determination; intercompany and related party transfer pricing; analyses and valuation of derivative securities; and antitrust and industry structure, strategic pricing, marketing and cost allocation analyses. He frequently reviewed valuation reports for CBIZ's accounting affiliate and assisted in audits involving valuation and related issues.

**Jan 1998 – March 1998**
**Laser BioTherapy, Inc. ............................................................................ *Consultant/Interim CEO***
Dr. Hakala initially served as a consultant to the company. As Interim CEO, his decision-making authority involved issues of marketing, employment, negotiating with investors, pricing, product planning, financial planning and all other corporate decisions related to a development stage company involved in seeking approval for a patented medical device with a variety of non-invasive therapeutic benefits.

**1988 – 1992**
**Dept. of Economics, Southern Methodist University......................*Assistant Professor***
Dr. Hakala taught graduate and undergraduate courses in macroeconomics, monetary/financial economics, financial institution regulation and international financial management. He supervised dissertations on international money, commodity options and forward markets, and foreign exchange rates. His research interests included monetary policy, the causes of fluctuations in employment and output, capital stock estimation, aggregate production theory, foreign currency movements (futures, options and forward contracts), inflation, interest rate movements and the term structure of interest rates, asset pricing and consumption.

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

**1983 – 1988**

**Dept. of Economics, University of Minnesota ................................................................ *Lecturer***
Dr. Hakala designed course materials and taught large classes in macroeconomics and international economics. He served on hiring committees and evaluated other instructors.

### FORMAL EDUCATION

Doctor of Philosophy, Economics - 1989
University of Minnesota, Minneapolis, Minnesota
Graduate School Fellowship
(Graduate/dissertation advisor Edward Prescott was awarded the Nobel Prize in Economics in 2004.)

Bachelor of Arts, Economics - 1983
Minor in Business Administration and Pre-Law Emphasis
University of Minnesota, Duluth, Minnesota
Graduated Summa Cum Laude Whiteside Scholarship, full tuition and expenses

### ACADEMIC HONORS

Distinguished Instructor, Department of Economics, University of Minnesota, 1987-1988

Earhart Foundation Award, Department of Economics, University of Minnesota, 1985

Graduate School Fellowship, 1983 and 1984

Cecil H. Meyers Outstanding Economics Student Award, 1982

Perfect Scores on Quantitative Analysis and Verbal Analysis sections of Graduate Record Examination (GRE), 1982

Alice Touhy Tweed Award, High School Valedictorian, 1979

Lee Krough Award (outstanding character), American Legion's Minnesota Boy's State, 1978, elected Lt. Governor and invited to represent state at other events

Centrum Award, 1979 (for outstanding character and contributions)

### ORGANIZATIONS AND PROFESSIONAL ASSOCIATIONS

CFA Charter, The Institute of Chartered Financial Analysts, completed all tests and requirements for a CFA designation, 1998

American Society of Appraisers (ASA), Uniform Standards of Professional Appraisal Practice, Certification Course, December 2017, Member

App. 620

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

## PUBLICATIONS

"Lessons from Single-Company Event Studies: The Importance of Controlling for Company-Specific Events" (December 4, 2017). Available at SSRN: https://ssrn.com/abstract=3083495

"Valuing Complex Derivatives," ValueScope White Paper, March 2016, updated version December 14, 2017 at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3087998 (pending release)

"Lessons from Single Company Event Studies," Working Paper publicly available via BE Press, August 2, 2010.

"The Other Side of Kohler: IRS Expert Offers Insights," Business Valuation Update, January 2007.

Thorsen, Kaplan and Hakala, "Rediscovering the Economics of Loss Causation," Journal of Business and Security Law Acceptance, Vol. 6, No. 1 and 2, April 2006, pp. 93-125.

"Estimating and Applying Economic Value Added," Chapter 13E - Financial Valuation: Businesses and Business Interests - 1998 Update. Publisher: Warren, Gorham & Lamont

"Valuation for Smaller Capitalization Companies" (with Dr. Mukesh Bajaj), Chapter 12A – Financial Valuation: Businesses and Business Interests - 1998 Update. Publisher: Warren, Gorham & Lamont.

"Analysis and Valuation of Distressed Equity Securities" (with Mr. M. Travis Keath), Chapter 13F - Financial Valuation: Businesses and Business Interests - 1999 Update. Publisher: Warren, Gorham & Lamont.

"Analysis and Valuation of Distressed Equity Securities" (with Mr. M. Travis Keath), Valuation Strategies, September/October 1999, pp. 24-34. Publisher: Warren, Gorham & Lamont.

Contributing author in The Art of M&A Integration: A Guide to Merging Resources, Processes and Responsibilities. October 1997. Publisher: McGraw-Hill. Contributed on valuation of tangible and intangible assets (patents, trade secrets, customers, goodwill, employment agreements, non-competes, etc.), allocation of purchase price issues, accounting treatment of acquisitions, international valuation and transfer pricing and general valuation and due diligence issues. Assisted editor in commenting on and editing first half of text.

Provided live and taped interviews pertaining to economic issues for television, including lengthy interviews for CNN (July 1990), WFAA-TV (July 1990; July 1991; March 1992), and radio (Internet radio on November 9, 1999, discussing Microsoft anti-trust issues).

## SELECTED LECTURES AND APPEARANCES

Reasonable Compensation –presentation to the Dallas CPA Society Member Appreciation CPE Series, September 23, 2014

The Knowledge Foundation, Brand Valuation of Intangible Assets: Hot Topics for 2014 and Beyond, Webinar Presentation February 12, 2014

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

New York City Bar Association, Securities Litigation Meeting– Discussion with Marcia Mayer Kramer regarding: "View from the trenches: How has Dura changed the way you analyze damages" – May 14, 2008

PLUS D&O Symposium – New York-Panel Discussion-Written presentation entitled "Current Economic Issues in Securities Litigation" and Panel Discussion - February 2, 2006

"Valuation of Options for Litigation Purposes" – New York University CLE Presentation-October 2000

"Valuation Issues-Family Limited Partnerships" – Professional Financial Service, LP's Family Limited Partnership Alert and Update; Dallas/Fort Worth - February 2000

"PPOs for Sale: the Valuation of Managed Care Entities" - Caesars Palace; Las Vegas, Nevada - September 1992

"Equilibria in Continuous-Time Models of Money" - refereed paper presented to the Sixth World Congress of the Econometric Society; Barcelona, Spain - August 1990

"The Use and Holding of Currency" - Feature Presentation - Western Economic Association Meeting; San Diego, California - July 1990

"Values and Economics" - Dallas Philosophical Forum; Dallas, Texas - March 1990

"Ethics and the Role of Government" - ARCO Oil and Gas Research Center; Plano, Texas – October 1989

"Continuous-Time Models of Money: Policy Implications" - paper presented to the Division of Research and Statistics of the Board of Governors of the Federal Reserve; Washington DC – January 1988

App. 622

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA
## LITIGATION SUPPORT / EXPERT WITNESS TESTIMONY

*Gary M. Schwarz & Marlee Schwarz, v. Commissioner of Internal Revenue* (Docket No. 12347-20); United States Tax Court; trial testimony February 3, 2023;; testified as to the profits, accumulation of value, and development of a hunting, farming, ranching, and land development company and its affiliates.

*Insuraprise, Inc. vs. Universal Fidelity Life Insurance Company, Legend Insurance Agency, et al.  (Cause No. D-1-GN-18-003277);* 459th Judicial District Court, Travis County, Texas; deposition November 16, 2022; testified as to damages and value of trade secrets associated with allegations of theft of trade secrets and violation and interference with non-competition agreements.

*Stephen Vance, in his capacity as the Trustee of the Stephen M. Vance Revocable Trust dated October 9, 2017, Derivatively on behalf of Broce Manufacturing Co., Inc. v. Alan B. Vance, Teri V. Hubbeling, Michael F. Hubbeling, Julie B. Vance, and Waldon Equipment, LLC, and Broce Manufacturing Co., Inc, Nominal Defendant* (Case No. 6:19-CV-1136); In the United States District Court for Kansas; deposition testimony August 18, 2022; rebuttal and supplemental deposition October 25, 2022; testified regarding claims of breach of fiduciary duty, fairness, transfer pricing, theft of corporate opportunities, and damages involving heavy construction equipment manufacturers.

*I&I Hair Corporation v. Beauty Plus Trading Co., Inc. DBA Janet Collection and Hair Plus Trading Co., Inc. DBA Femi Collection* (Civil Action No. 3:20-CV-2179); In the United States District Court for the Northern District of Texas-Dallas Division; deposition testimony March 15, 2022; testified regarding trademark infringement measures of presumptive damages.

*TXI Operations, LP v. City of McKinney, Texas and the Board of Adjustment for the City of McKinney, Texas* (Case Nos. 4:20-CV-00353 and 4:20-CV-609); In the United States District Court for the Eastern District of Texas-Sherman Division; deposition testimony February 25, 2022; testified regarding prior analyses involving the amortization of remaining assets for a concrete batch plant.

*In re: BL Santa Fe, LLC, et al.* (File No. 21-11190 (MFW)*); In the United States Bankruptcy Court for the District of Delaware; deposition testimony October 18, 2021; trial testimony October 19, 2021; testified to the valuation of competing bids and solvency and feasibility associated with a motion for plan confirmation for a resort in New Mexico.

*Forum US, Inc. v. Odessa Separator, Inc.* (Case No. 6:20-cv-00150-ADA); In the United States District Court for the Western District of Texas-Waco Division; deposition testimony August 3, 2021; testified regarding claims of lost profits and reasonably royalties associated claims of patent infringement involving a downhole tool for oil and gas production.

*GEFT Outdoor, L.L.C. v. Monroe County, Indiana, et al.* (Case No. 1:19-cv-01257-JRS-MPB); In the United States District Court for the Southern District of Indiana; deposition testimony June 23, 2021; engaged by counsel for defendants; testified as to the valuation of a prospective digital billboard in Bloomington, IN, and associated lost profits associated with claims of delay in ability to install a billboard.

App. 623

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*David M. Clapper, Atlantic Midwest L.L.C., and Atlantic XIII, L.L.C. v. American Realty Investors, Inc.., et al. (Case No. 3:14-cv-02970-D);* In the United States District Court for the Northern District of Texas, Dallas Division; trial testimony May 14, 2021 (prior deposition testimony October 12, 2017, previously listed); testified as to the valuation of certain commercial real estate development companies and other investments (Highly Confidential) related to allegations of fraudulent conveyance.

*Scott M. Hoensheid & Anne M. Hoensheid, v. Commissioner of Internal Revenue* (Docket No. 18606-19); United States Tax Court; trial testimony March 24, 2021; testified as to the valuation of a charitable gift of equity interests in a private company subject to pending sale and whether the value was reasonably fixed and determinable as of various alternative valuation or transfer dates.

*Daniel Small v. DMRJ Group LLC (Index No. 654522/2018);* Supreme Court for the State of New York, New York County; deposition testimony February 4, 2020; testified as to the value of a convertible note as of a given valuation date.

*Halliburton Energy Services, Inc. v. MCR Oil Tools, LLC; Pursuant to UNCITRAL Arbitration Rules (2010), Dallas, Texas;* deposition testimony December 8, 2020; hearing testimony March 30, 2021; testified as to damages associated with breach of contract, tortious interference, and unjust enrichment and in rebuttal to tortious interference claims for damages made by the Plaintiff's expert.

*In re: Essential Financial Education, Inc., Debtor (Case No. 18-33108-mvl7);* In the United States Bankruptcy Court for the Northern District of Texas, Dallas Division; deposition testimony December 3, 2020; testified to insolvency, fraudulent transfers, and inadequate consideration for an "online trading education" franchise.

*Equine Sports Medicine & Surgery, Weatherford Division, PLLC vs. Tyler Tipton (Cause No. CV19-0408);* 43rd Judicial District Court, Parker County, Texas; deposition testimony October 16, 2020; testified in rebuttal and damages in a matter relating to claims of a violation of a non-competition agreement.

*In re: IMH Financial Corporation, Debtor (Case No. 20-11858-CSS);* In the United States Bankruptcy Court for the District of Delaware; hearing testimony October 13, 2020; testified briefly to declaration with extensive report prepared prior to pre-packaged bankruptcy as to the fair values and liquidation values of the Company's assets (including any number of real estate properties, real estate development prospects, and water rights and an associated prospective water project in N.Mx.) and the fair value and liquidation value of equity in connection with a plan of restructuring. (My testimony was not contested at the hearing.)

*City of McKinney, Board of Adjustment, regarding: BO20-05 2015 South McDonald Street, McKinney, Texas;* September 30, 2020, hearing testimony; Testimony and analyses used by the City of McKinney and Board of Adjustment for purposes of setting a date for final enforcement associated with the non-conforming use of a property currently used for concrete batch plant operations. I provided an "amortization" analysis of the subject batch plant operation and assets. This analysis was then used to determine the amount of time required for the property to be allowed to continue its non-conforming operations so as to permit the owner and operator to jointly recover their original investments and realize a fair return on investment.

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*In re: ZPower Texas, LLC, and ZPower, LLC, Debtors (Case No. 20-41157-11);* In the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division; deposition testimony April 17, 2020; testified (no report) as to the financial condition, insolvency, budget, and prospects for the debtor's financing and business and the issues with collateral proposed for DIP financing.

*In re: Rhoderick Terrance Williams (Case No. 19-33539-hdh7);* In the United States Bankruptcy Court for the Northern District of Texas, Dallas Division; hearing testimony February 13, 2020; testified (no report) as to the value and, financial condition of and potential damage to the debtor's business in a hearing related to an involuntary bankruptcy.

*City of Dallas, Zoning Board of Adjustment, Panel B, regarding: BDA189-031 (SL) 2702 Martin Luther King Jr. Boulevard;* Hearing Testimony June 19, 2019; Testimony and analyses used by the City of Dallas for purposes of setting a date for final enforcement associated with the non-conforming use of the property. I testified as to the estimated revenues, cash flows of a self-service cash wash and whether the historical cost of improvements up to the date of the zoning change as of December 2012 had been recovered.

*Beacon Point Capital, LLC vs. Philips Lighting North America Corporation;* American Arbitration Association (Case No. 50-20-0700-0029); Deposition Testimony May 14, 2019; Hearing Testimony July 15, 2019; testified as to issues of relating to breach of contract, reasonable royalties, calculation of interest, commercially reasonable interest, and other matters relating to a royalty agreement. (Confidential).

*ROY ARTERBURY, INDIVIDUALLY, DELWIN COBB, INDIVIDUALLY, CAVINS CORPORATION v. ODESSA SEPARATOR, INC., (Civil Action No. 5:16-CV-00183;* In the United States District Court for the Eastern District of Texas, Texarkana Division; trial testimony February 28, 2019; testified as to lost profits and reasonable royalty relating to oilfield tools for filtering sand in the wellbore.

*IMH Special Asset NT 168, LLC v. Aperion Communities, LLLP, et al.; IMH Special; Asset NT 161, LLC v. Eladio Properties, LLLP, et al. (Case Nos. CV2010-010943 and CV2010-010990);* In the Superior Court for the State of Arizona, County of Maricopa; deposition testimony September 6 and October 30, 2018; hearing testimony September 21 and 28 and November 2 and 9, 2018; testified as to the costs of collection, required rates of return, and damages associated with defaults on loans secured by undeveloped real estate (Confidential). Testified in the later deposition and hearing as to the values of certain recoveries realized by the Plaintiffs on assets received during collection efforts.

*Symetra Life Insurance Company and Symetra Assigned Benefits Company v. RSL-3B-IL, Ltd.; RSL-2012-1, LP; Liquidating Marketing Ltd.; Stewart Feldman; Marla Matz Feldman; IberiaBank, Rapid Management Corp.; RSL-3B-IL Management Corp.; and RSL-2012-1 Management Corp., (Civil Actions No. 4:16-CV-00791;* In the United States District Court for the Southern District of Texas, Houston Division; deposition testimony May 31, 2018; testified as to issues of Insolvency, non-arm's-length transfers and transactions, adequacy of collateral, and comingling of assets, revenues, collateral, expenses, and liabilities. (Highly Confidential).

App. 625

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Transamerica Annuity Service Corporation v. Symetra Life Insurance Company, A.M.Y. Property & Casualty Insurance Company, FinServ Casualty Corp., and Liquidated Marketing, Ltd. f/k/a Rapid Settlements, Ltd. (Civil Actions No. 4:16-CV-01426);* In the United States District Court for the Southern District of Texas, Houston Division; deposition testimony February 1, 2018; testified as to issues of insolvency, non-arm's-length transfers and transactions, adequacy of collateral, and comingling of assets, revenues, collateral, expenses, and liabilities. (Highly Confidential).

*Consulting Services, LLC and Roger W. Smith. vs. Solera Holdings, Inc., Mobile Productivity, LLC d/b/a AutoPoint, et al..; (JAMS Ref. No. 1310022879);* JAMS, Dallas Division; deposition testimony November 3, 2017; arbitration testimony August testified as the value of a specialty software (SaaS) company specializing in software and related services for auto dealerships.

*David M. Clapper, Atlantic Midwest L.L.C., and Atlantic XIII, L.L.C. v. American Realty Investors, Inc.., et al. (Case No. 3:14-cv-02970-D);* In the United States District Court for the Northern District of Texas, Dallas Division; deposition testimony October 12, 2017; testified as to the valuation of certain commercial real estate development companies and other investments (Highly Confidential).

*Swiftair, LLC v. Row 44, Inc.; Southwest Airlines Co., et al. (Case NoSC122964);* Superior Court of California, County of Los Angeles-West District, Santa Monica Courthouse; deposition testimony July 12, 2017, and September 7, 2017; trial testimony August 29, 2019; testified as to breach of contract damages (losses incurred in reliance and lost prospective future profits) associated with agreements to provide advertising and promotional content and on airline flights.

*MCM Investment Management, et al. vs. Commissioner of Internal Revenue* (Docket No. 13550-15); United States Tax Court; deposition testimony May 24, 2017; testified as to the valuation of certain preferred and equity interests and range of potential future value associated with the real estate development company.

*Oyokey, Inc., v. Naya Ventures, LLC, et al. (Cause No. DC-15-04746);* 44th Judicial District Court, Dallas County, Texas; deposition testimony December 14, 2016; testified in rebuttal to valuation analyses, adequacy of compensation, measures of damages, and speculative damages related to a development stage company.

*Regions Bank, et al., v. Nexbank Securities, et al. (Cause No. DC-13-14628);* 101st Judicial District Court, Dallas County, Texas; deposition testimony November 1 and 2, 2016; testified in rebuttal to various assertions of loss causation, damages, and claims of losses related to the financing and subsequent bankruptcy of a wholesale greenhouse nursery business focused on decorative plants.

*MEI Investments, LP vs. Comerica Bank, Blackbriar Advisors, and Harold J. Kessler; (Cause No. DC-15-04024);* 68th Judicial District Court, Dallas County, Texas; deposition testimony October 11, 2016; testified as to damages and the valuation of a subprime used auto dealership related to allegations of tortious interference and fraud.

*John D. Spicer, as Chapter 7 Trustee for Bankruptcy Estate of Primcogent Solutions LLC. vs. Erchonia Corporation and Santa Barbara Medical Innovations, LLC.; (File No. 14 193 Y 00243 11);* JAMS, Dallas Division; deposition testimony October 4, 2016; arbitration testimony November 10, 2016; testified as to specific misrepresentations in connection with an asset purchase agreement and resulting out-of-pocket and benefit of the bargain damages resulting from such misrepresentations.

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Erwin Cruz and the Erwin A. Cruz Family Limited Partnership vs. Mehrdad Ghani, Michael Taba, Ghani Medical Investments Inc., and Plano AMI LP; (Case No. 10-16274);* 101st Judicial District Court, Dallas County, Texas; trial testimony July 19 and 21, 2016; testified as to the valuation of certain partnership interests in imaging centers, the fairness of certain offers to purchase the imaging center, and certain financial transactions involving those imaging centers.

*Mirna Reyes, et al., v. North Texas Tollway Authority; (Civil Action No. 3:10-CV-00868-G);* In the United States District Court for the Northern District of Texas, Dallas Division; deposition testimony January 19, 2016; testified as to the amount administrative fees for costs of collecting tolls and measures of damages for persons charged fees in excess of costs (Highly Confidential).

*EVM Systems, LLC, vs. Rex Medical, L.P., et al.; (Civil Action No. 6:13-CV-184);* In the United States District Court for the Eastern District of Texas, Tyler Division; trial testimony August 19, 2015; testified as to the reasonable royalty and allocated profitability associated with patent infringement allegations involving the manufacturer and sale of certain endovascular medical devices.

*Kimberly Garcia v. Corinthian Wellness Spa, LLC.; (Case No. 4:14-CV-00799-Y);* In the United States District Court for the Northern District of Texas, Fort Worth Division; deposition testimony May 12, 2015; testified as to lost income associated with alleged discriminatory rescission of an offer of employment.

*H. Jonathan Cooke et al., vs. Robert C. Karlseng; et al. (Cause No. Dc-06-02783-L);* 193rd Judicial District, Dallas County, Texas; deposition testimony January 19, 2015; testified as a rebuttal expert on the valuation of a set of title closing businesses subject to material regulatory and legal risks; issues with the opposing expert's valuation  and damages analyses; and the absences of measurable damages associated with alleged claims of conversion, shareholder oppression, fraud, and breach of contract in light of the legal and operational issues surrounding the businesses.

*AD Global 2000 Fund, LLC, et al. v. Commissioner of Internal Revenue,* and *AD Investment 2000 Fund, LLC, et al. v. Commissioner of Internal Revenue* (Jointly tried; Docket Nos. 9177-08 and 9178-08.); United States Tax Court; trial testimony June 3 and 4, 2014; testified as to the fairness, reasonableness and terms of certain digital foreign currency options.

*Axcess International, Inc. v. Baker Botts L.L.P.;* County Court at Law Number Five, Dallas County, Texas; trial testimony May 8, 2014; testified as to the value and reasonable royalty rate for certain intellectual property, patents, and priority dates involving active RFID technologies as of 2002 and 2003 and resulting damages associated with the failure to disclose conflicts of interest, failure to properly prosecute certain patents, wrongful prosecution of patents of an infringer that conflicted with and infringed the plaintiffs patents and intellectual property, and failure to notify a client of possible interference actions and claims against an infringer (also, represented by the defendant).

*In the Matter of the Marriage of Nalini Prabhakar and Meenakshi Prabhakar;* 254th Judicial District, Dallas County, Texas; deposition testimony April 22, 2014, hearing testimony April 28, 2014; first trial testimony October 27 & 30, November 6 & 7, and December 1 & 2,2014; second deposition November 15, 2015; second testimony trial testimony November 20, 23, 25, & 30, 2015 and December 10 & 11, 2015; testified as to personal goodwill and business valuation of a large infectious disease and infusion therapy group medical practice; testified in a hearing regarding information deficiencies and valuation issues in valuing the practice.

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Endotach LLC. vs. Cook Medical Inc.; (Civil Action No. 1:13-CV-01135-LJM-DKL);* In the United States District Court For the Southern District of Indiana, Indianapolis Division; deposition testimony February 27, 2014; testified as to reasonable royalties associated with patent infringement claims relating to stent graft patents.

*Coats, Rose, Yale, Ryman & Lee, P.C. vs. Print Fulfillment Services, LLC; (Cause No. DC-12-02377- F);* 14th Judicial District Court, Dallas County, Texas; deposition testimony November 25, 2013; testified as a "fact witness" to the content and analyses in a prior expert report and related damage issues arising from allegedly defective printers in a prior matter.

*Thomas L. Weintraut, Transferee, et al. v. Commissioner of Internal Revenue* (Docket Nos. 6505-12, 6715-12, and 6751-12); United States Tax Court; trial testimony June 11, 2013; testified as to solvency and business purpose as of and subsequent to the of all the common shares of a company with built-in-capital gains and no business operations at the time of sale.

*BUTTONWOOD TREE VALUE PARTNERS, LP and JOHN SORRELLS on Behalf of Themselves and all Others Similarly Situated, VS. JACK A. SWEENEY, STEVEN J. SWEENEY, MARILYN J., SWEENEY, GARY M. HORGAN, H. ANTHONY GARSHORE, ELIZABETH THOMPSON, FRED M. EDWARDS, THOMAS E. McCULLOUGH, RICHARD SCHREIBER, and LAWRENCE J. HERMAN, (Case No. 8:10-cv-00537 CJC (MLGx);* In the United States District Court For the Central District of California, Southern Division; deposition testimony May 24, 2013; testified as to market efficiency and damages related to class certification motion involving allegations of securities fraud in First Regional Bancorp litigation.

*Axcess International Inc. vs. Savi Technology Inc.; (Case No. 3:10-CV-01033-F);* In the United States District Court for the Northern District of Texas, Dallas Division; deposition testimony September 14, 2012; testified as to reasonable royalties associated with patent infringement claims relating to active RFID technologies.

*Erwin Cruz and the Erwin A. Cruz Family Limited Partnership vs. Mehrdad Ghani, Michael Taba,Ghani Medical Investments Inc., and Plano AMI LP; (Case No. 10-16274);* 101st Judicial District Court, Dallas County, Texas; deposition testimony October 3, 2011; trial testimony May 7 and 8, 2012; testified as to the valuation of certain partnership interests in imaging centers, the fairness of certain offers to purchase the imaging center, and certain financial transactions involving those imaging centers.

*BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on Behalf of Itself and All Others Similarly Situated, vs. WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES AR1, et al.; (Master Case No.: C09-0037 (MJP));* In the United States District Court For the Western District of Washington; deposition testimony May 12, 2011; testimony regarding class certification issues including loss causation for Section 11 claims; deposition testimony June 8, 2012, testimony regarding Section 11(e) measures of damages, values of the certificates at issue at the time of suit, and in rebuttal to opposing expert reports.

App. 628

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*John K. Agamalian et al. v. Wedbush Morgan Securities, Inc. and Michael Farah*; Financial Industry Regulatory Authority Arbitration; hearing testimony February 16 and 17, 2011 and November 22, 2011; testified as to the standards for appropriate diversification of assets and suitability of assets in various individual and trust accounts, representations regarding the securities invested in the accounts, and losses realized both in absolute terms and relative to appropriate benchmark funds between 2000 and 2004 resulting from investments inconsistent with the individuals' and trusts' needs and objectives and violations of the principle of diversification of risk. In particular, the testimony focused on excessive losses associated with investments and concentrations of holdings in more volatile equity securities and in mezzanine and subordinated tranches of non-agency mortgage-backed securities (often representing less-than-prime mortgages).

*David Greenberg et al. v. Commissioner of Internal Revenue*, (Docket No. 1143-05 et al.); United States Tax Court; trial testimony February 8 and 9, 2011; testified as to the fairness, reasonableness and terms of certain digital foreign currency options.

*PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JAWSON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, individually and on behalf of all other similarly situated; vs. TYLER TECNOLOGIES, INC. AND EDP ENTERPRISES, INC;* (Case No. 2:08-CV-422 TJW); In the United States District Court For the Eastern District of Texas; deposition testimony October 25, 2010; testimony regarding the imputed hourly pay rate, overtime pay rate, and pay scales relative to technical, managerial, and significant administrative personnel for the type and nature of the business relating to claims of unpaid overtime in violation of the Fair Labor Standards Act.

*Jayhawk Capital Management, LLC et al. vs. LSB Industries, Inc., et al.;* (Case No. 08-CV-2561 EFM/JPO); In the United States District Court For the District of Kansas at Kansas City; deposition testimony October 7, 2010; trial testimony September 13, 2011; testimony regarding the payment of preferred dividends, the ability of the company to pay dividends, the economic payment of dividends, and the damages associated with omission of accrued cumulative dividends and denial of the ability to participate equally in certain exchanges of preferred shares into common shares.

*EDUARDO PURICELLI, on behalf of itself and all others similarly situated, vs. THE REPUBLIC OF ARGENTINA;* (Civil Action No. 04-CV-02117 (TPG)) and related cases; In the United States District Court for the Southern District of New York; deposition testimony October 4, 2010; testimony regarding the amount of interest, principal and default interest due and owing to date on eight debt securities issued by and defaulted on by the Republic of Argentina on or before December 31, 2001.

*Six & Mango Equipment, L.L.P., et al. v. Adair, Morris & Osborn, P.C., et al;* (Cause No. 296-00453-2009); In the 296th District Court, Collin County, Texas; deposition testimony July 29, 2010; testimony regarding economic damages (loss of business value, additional expenses and lost profits) resulting from undisclosed restrictions on use and delays in development of commercial real estate for an operating commercial equipment dealership.

*WILLIAM MOUNTANOS, PETER MOUNTANOS, JAMES RYE, and TYRONE REMINGA, vs. DENDREON CORPORATION, et al.;* (Case No. C 09-426-MJP); In the United States District Court for the Western District of Washington at Seattle; deposition testimony June 15, 2010; testimony regarding market efficiency, materiality, loss causation, and damages.

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*MIDDLECOUNTY RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, vs. SEMTECH CORP., JOHN D. POE, JASON L. CARLSON, MOHAN R. MAHESWARAN, DAVID G. FRANZ JR., and JOHN M. BAUMAN;* (Civil Action No. 07-CV-7183); In the United States District Court for the Southern District of New York; deposition testimony March 30, 2010; testimony regarding market efficiency, materiality, and loss causation relating to issues of class certification.

*James I. Jaconette, in his capacity as Trustee of the James I. Jaconette Separate Property Trust Dated January 14, 2004 vs. EMERALD BAY FINANCIAL, INC., a California corporation; BOB SYREK, an individual; AND DOES 1-50, inclusive;* (Case No. 37-2008-00071642 CU-FR-SC); In the Superior Court for the State of California, County of San Diego, South County Division; trial testimony March 23, 2010; testified as to losses and measures of losses associated with allegations of fraud and negligent misrepresentation in connection with the sale of a mortgage loan to the plaintiff.

*In re: Cobalis Corp., a Nevada Corporation; COBLAIS CORP., A NEVADA CORPORATION, and CORNELL CAPITAL PARTNERS, LP, YORKVILLE ADVISORS, LLC AND, YA GLOBAL INVESTMENTS, LP;* (CASE NO. 8:07: 12347-TA; ADVERSARY NO. 09:09-AP); In the United States Bankruptcy Court For the Central District of California-Santa Ana Division; deposition testimony February 16, 2010; hearing testimony March 10, 2010; testimony regarding gains from short sales and avoided losses from sales of shares by defendants and damage to market value of debtor/plaintiff.

*Harvey Lapin vs. Goldman Sachs Group, Inc. et al.;* (No. 1:04-CV-02236-KMK); In the United States District Court for the Southern District of New York; deposition testimony February 11, 2010; testimony regarding market efficiency, materiality, loss causation, inflation per share, and damages.

*In re: Northfield Laboratories, Inc. Securities Litigation;* (Master File No. 06 C 1493); In the United States District Court for the Northern District of Illinois; deposition testimony February 8, 2010; testimony regarding market efficiency, materiality, and loss causation relating to issues of class certification.

*In re: Gary Vanier* (MDL No. 06-0784); 48th Judicial District Court, Tarrant County, Texas; deposition testimony February 3, 2010; hearing testimony June 17 and 18, 2010; arbitration testimony January 5, 2023; testified as to the absence of any stock price impact (and no damages) associated with various critical Yahoo! Bulletin Board posts regarding a publicly-traded company.

*ROBERT LEVITT for himself and as custodian for Richard Levitt and Monica Levitt, ROBERT RICE, STEPHEN G. SIBEN, STEPHEN STROBEHN, STANLEY VELTKAMP, PHILIP C. VITANZA for himself and Elizabeth Vitanza and Luke Vitanza, JOHN T. WHITE, GUY V. WOOD, CARL ZANDER, JR., and TED M. and KATHRYN N. JONES, as Trustees, vs. J.P. MORGAN SECURITIES INC., and J.P. MORGAN CLEARING CORP.* (Civil Action No. 99 Civ. 2789 MDL 1208 (ADS) (MLO)); In the United States District Court for the Eastern District of New York; deposition testimony November 20, 2009; testimony related to a motion for class certification in a class action alleging market manipulation and non-disclosure in connection with an initial public offering regarding issues of loss causation and common measures of damages.

*Between: ED J. MCKENNA and GAMMON GOLD, INC., RUSSELL BARWICK, COLIN P. SUTHERLAND, DALE M. HENRICK, FRED GEORGE, FRANK CONTE, KENT NOSEWORTHY, CANEK RANGEL, BRADLEY LANGILLE, ALEJANDRO CARAVEO, BMO NESBITT BURNS INC., SCOTIA CAPITAL INC., and TD SECURITIES INC.* Proceeding under the *Class Proceedings Act,* 1992 (Court File No. 56862); Ontario Superior Court of Justice; deposition testimony October 27, 2009; testimony, including rebuttal testimony, regarding marketing efficiency, materiality, and loss causation for class certification purposes.

**VALUESCOPE, inc.**                              Confidential                                        14

App. 630

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Douglas Fletcher v. Pivot International*, American Arbitration Association (Arbitration Case No. 57-180-Y-00070-08); deposition testimony October 14, 2009; direct and rebuttal arbitration testimony February 23 and 25, 2010; testified as to various transfer pricing and fair market valuation issues relating to the valuation of Pivot International in connection with a buy-sell agreement for a departing employee.

*In re Herley Industries Inc. Securities Litigation.* (Civil Action No. 06-2596 (JRS)); In the United States District Court for the Eastern District of Pennsylvania; deposition testimony October 9, 2009; testimony, including regarding loss causation and damages issues associated with failure to disclose issues with government contracts.

*Between: ROMAN PYSZNYJ and ORSU METALS CORPORATION (f/k/a EUROPEAN MINERALS CORPORATION) WILLIAM G. KENNEDY and JAMES COLE* Proceeding under the *Class Proceedings Act,* 1992 (Court File No.: 59650CP); Ontario Superior Court of Justice; deposition testimony August 26, 2009; testimony, including rebuttal testimony, regarding marketing efficiency, materiality, and loss causation for class certification purposes.

*In re Merix Corporation Securities Litigation.* (Lead Case No. CV-04-826-MO); In the United States District Court for the District of Oregon; deposition testimony August 21, 2009; testimony, including rebuttal testimony, regarding loss causation issues and market and industry forces in a Section 11 case at class certification.

*United States v. Charles Cathcart et al.* (Civil Case No. 07-4762-PJH (JCS)); In the United States District Court for the Northern District of California- San Francisco Division; deposition testimony July 20, 2009; testimony regarding hedging strategies for common equity shares with built-in capital gain and the materiality of various alternatives with respect to constructive sale guidelines.

*In re Scientific-Atlanta, Inc. Securities Litigation* (Case No. 1:01- CV- 1950- RWS); In the United States District Court for the Northern District of Georgia- Atlanta Division; deposition testimony March 6, 2009; testimony regarding market efficiency and reliance, inflation per share, loss causation and damages relating to a relating to securities fraud claims involving "channel-stuffing" and premature revenue recognition.

*In re MIVA Inc. Securities Litigation* (Civil Action No. 2:05-cv-00201-FtM-29DNF); In the United States District Court for the Middle District of Florida- Fort Myers Division; deposition testimony February 18, 2009; testimony regarding market efficiency and reliance, inflation per share, loss causation and damages relating to a relating to securities fraud claims involving revenues based on unethical Internet activity (including "click-fraud").

*Brenholb, Inc. d/b/a Brenner Printing. v. Komori America Corporation* (Cause No. 51 181 Y 00365 08); American Arbitration Association; deposition testimony January 15, 2009; testified as to issues related to lost profits resulting from and impairment of the value of a defective printing press.

*Capital One Financial Corporation and Subsidiaries. v. Commissioner of Internal Revenue* (Docket Nos. 24260-05 and 19519-05); United States Tax Court; trial testimony December 17, 2008; testified as to calculation of OID accruals related to certain fees and revenues generated by credit card portfolios based on analyses of account and balance turnover by type.

App. 631

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*JOHN CARFAGNO, derivatively on behalf of CENTERLINE HOLDING COMPANY, vs. MARC D. SCHNITZER, STEPHEN M. ROSS, JEFF T. BLAU, LEONARD W. COTTON, ROBERT J. DOLAN, NATHAN GANTCHER, JEROME Y. HALPERIN, ROBERT L. LOVERD, ROBERT A. MEISTER, JANICE COOK ROBERTS, and THOMAS W. WHITE, and CENTERLINE HOLDING COMPANY* (Case No. 1:08-cv-00912-SAS-JCF); In the United States District Court for the Southern District of New York; deposition testimony November 18, 2008; testimony regarding the fairness of a preferred equity investment by an affiliate and related fiduciary issues and damages.

*BENJAMIN SHIRK and RONALD JAUSS, individually and on behalf of all others similarly situated, vs. FIFTH THIRD BANCORP, et al.,* (Civil Action No. 05-cv-00049); In the United States District Court for the Southern District of Ohio, Western Division; deposition testimony November 13, 2008; testimony regarding lost profits and economic losses associated with alleged breaches of fiduciary duties and other acts related to investments in company stock in retirement plans.

*AIR MEASUREMENT TECHNOLOGIES, INC. et al. v. AKIN GUMP STRAUSS HAUER & FELD, L.L.P.* (Civil Action No. SA 03 CA 0541 RF); In the United States District Court for the Western District of Texas, San Antonio Division; deposition testimony October 16, 2008; trial testimony April 20 and 21, 2009; testimony regarding reasonable royalty rates and lost royalties associated with a portfolio of patents.

*Cyberdyne Systems Inc. v. BGI, Inc.* (Case No. 06-2954-PHX-ROS); In the United States District Court for the District of Arizona; deposition testimony August 18, 2008; testimony regarding preliminary analyses of claims of damages in a case involving claims of copyright infringement and breach of contract relating to an exclusive distribution agreement.

*In re Credit Suisse-AOL Securities Litigation* (Civ. Action No. 02-15146-NG); In the United States District Court for the District of Massachusetts; deposition testimony August 11, 2008; hearing testimony December 20, 2011; testimony regarding the impact of analyst reports on the share price of AOL, event studies, damages, and in rebuttal to opposing expert.

*In re Stone Energy Securities Litigation* (Civil Action No. 6:05CV2088p, 6:05CV2109, and 6:05CV2220); In the United States District Court for the Western District of Louisiana- Lafayette-Opelousas Division; deposition testimony June 18, 2008; testimony regarding market efficiency and reliance and loss causation relating to a motion for class certification relating to securities fraud claims involving overstated petroleum reserves.

*Asher, et al. v. Baxter International, Inc.* (Case No. CV 02-CV-5608, 5742, 5807, 6085, 6175, and 62567); In the United States District Court for the Northern District of Illinois; deposition testimony May 12, 2008; testimony regarding market efficiency and reliance, loss causation, and damages relating to securities fraud claims involving common stock.

*Charles Moon and AlSoft, Inc. v. Infoglide Software Corporation* (Cause No. D-1-GN-07-000747); 353rd Judicial District Court, Travis County, Texas; deposition testimony May 9, 2007; testified as to lost income due to severance and termination associated with allegations of wrongful termination.

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Gordon Roundtree Motors, Ltd. v. Mazda Motor of America Inc. et al.;* (Case No. WA:06-CV--00251); In the United States District Court for the Western District of Texas, Waco Division; deposition testimony April 10, 2008; testimony regarding capitalization and capitalization ratios involving an application for the purchase of an automotive franchise; testimony in hearing before Texas Motor Vehicle Division August 29, 2008, regarding the financial condition and proposed capitalization of the subject dealership relative to manufacturer requirements.

*In re Retek Inc. Securities Litigation* (Case No. CV 02-4209 JRT/AJB); In the United States District Court for the District of Minnesota; deposition testimony March 25, 2008; testimony regarding market efficiency and reliance, loss causation, and damages relating to securities fraud claims involving common stock.

*In re Accredo Health Inc. Securities Litigation* (Civil Action No. 03-2216-BP); In the United States District Court for the Western District of Tennessee; deposition testimony March 10, 2008; testimony regarding market efficiency and reliance, loss causation, and damages relating to securities fraud claims involving common stock.

*Planview, Inc. vs. Computer Associates International, Inc. et al.;* (Cause No. D-1-GN-06-001382); 345th Judicial District Court, Travis County, Texas; deposition testimony March 4, 2008; testified as to lost revenues and profits, unjust enrichment, and other issues relating to allegations of theft of trade secrets, tortuous interference with contractual relationships (including confidentiality, non-solicitation and non-competition agreements with employees of Planview), unfair competition, and other related causes of action.

*In re Petco Corporation Securities Litigation* (Master File No. 05-CV-0823-H(RBB)); In the United States District Court for the Southern District of California; deposition testimony February 29, 2008; testimony regarding market efficiency and reliance, loss causation, and damages relating to securities fraud claims involving common stock.

*In re Faro Technologies Securities Litigation* (Lead Case No. 6:05-cv-1810-Orl-22DAB); In the United States District Court for the Middle District of Florida, Orlando Division; deposition testimony February 1, 2008; testimony regarding market efficiency and reliance and loss causation relating to securities fraud claims involving common stock.

*James Morton as Trustee for the James E. Morton Living Trust, vs. Merrill Lynch Pierce Fenner & Smith, Inc. and Presidio Capital Advisors, LLC,* (Case No. 2:06cv00236 DB); United States District Court, District of Utah, Central Division; deposition testimony February 12, 2008; testimony regarding damages and measures of damages relating to certain block sales of common shares in alleged violation of plaintiff's instructions.

*New Phoenix Sunrise Corporation and Subsidiaries v. Commissioner of Internal Revenue,* (Docket No. 23096-05); United Stated Tax Court; trial testimony January 22, 2007; testified as to the fairness, reasonableness and terms of certain foreign currency swaps.

*MS Perry Company, Inc.; Michael Perry; Starr Perry; and Anisa International, Inc. vs. Mary Kay, Inc. et al.;* (Cause No. 05-00857); 68th Judicial District Court, Dallas County, Texas; deposition testimony December 3, 2007; testified as to revenues, unjust enrichment, lost profits and other issues relating to allegations of theft of trade secrets, breach of confidentiality agreements, and other related causes of action.

**VALUESCOPE, Inc.**                              Confidential                                    17

App. 633

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Premier Ambulatory Surgery of Austin, L.L.P. vs. Brown McCaroll, L.L.P., Hilgers & Watkins, P.C. and David Hilgers* (Cause No. D-1-GN-06-003926); 200th Judicial District Court, Travis County, Texas; deposition testimony October 24, 2007; testified as to lost profits and lost purchase price consideration resulting from the loss of certain prospective partners associated with a surgical center.

*In re Tower Automotive Securities Litigation (Civil Action No. 1:05-CV-01926-RWS);* United States District Court Southern District of New York; deposition testimony November 14, 2007; testimony regarding market efficiency and loss causation.

*In re Forest Laboratories Securities Litigation* (Civil Action No. 05-CV-2827 (RMB)); In the United States District Court for the Southern District of New York; deposition testimony October 19, 2007; testimony regarding market efficiency and reliance, loss causation, and damages relating to securities fraud claims involving common stock.

*Taffazzoli Family Limited Partnership, PMA Corp., Zum Tobel Holdings, Inc. v. Ralph L. Cruz, RLCFI 1997 Limited Partnership, William R. Cruz, WRCF-I 1997 Limited Partnership, Marc J. Stone, Charles F. Wright, David H. Fleischman and Tradestation Group, Inc.;* In the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (Case No. 03-19815-CA40); deposition testimony September 24, 2007; testified as to materiality of alleged omissions, false and/or misleading statements relating to the sales of common shares by the plaintiffs in Tradestation Group and the losses or damages arising from those sales based on rescission and out-of-pocket damages.

*Hubert Fu v. Baptist/ St. Anthony's Health System; Deborah McCollum; and, Amarillo Anesthesia Consultants, P.A.;* U.S. District Court for the Northern District of Texas, Amarillo Division (Civil Action No. 2-07CV-028-J); deposition testimony September 20, 2007; testified as to lost income and incremental expenses incurred as a result of defamation and other claims involving anesthesiologist.

*CHASE MEDICAL, LP v. CHF TECHNOLOGIES, INC. and ENDOSCOPIC TECHNOLOGIES, INC.;* U.S. District Court for the Northern District of Texas, Dallas Division (Civil Action No. 304 CV 2570 M); trial testimony September 12, 2007; testified as to the reasonable royalty and lost profits in a patent infringement and trademark infringement case involving a cardiovascular surgical procedure and device.

*In re: CDX CORPORATION: CDX LIQUIDATING TRUST by the CDX LIQUIDATING TRUSTEE, vs. VENROCK ASSOCIATES, et al.;* U.S. Bankruptcy Court, Northern District of Illinois, Eastern Division (Case No. 02-23467; Adversary Case No. 04A03018); deposition testimony August 30, 2007; testified as to the fairness of various non-arm's-length transactions and bridge loans involving the debtor corporation.

*In re Parmalat Securities Litigation* (Master Docket No. 04-MD-1653 (LAK)); In the United States District Court for the Southern District of New York; deposition testimony August 16 and 17, 2007; testimony regarding market efficiency and reliance, loss causation, and damages relating to securities fraud claims involving common stock, preferred stock and bonds.

App. 634

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*In re. Xcelera.Com Securities Litigation.;* United States District Court, District of Massachusetts, Boston, Massachusetts (Civil Action No. 00- CV-11649(RWZ)); deposition testimony August 9, 2007; hearing testimony April 25, 2008; testified as to loss causation and damages in a securities fraud case.

*iValue Group, Inc. a/k/a Explore, Inc. v. M&A Technology, Inc. et al.; v. Julian Ross* (Cause No. 02- 09794-B); In the 44th Judicial District Court, Dallas County, Texas; trial testimony August 2, 2007; testimony regarding errors in opposing expert's valuation analysis and speculative value of a failing dot.com enterprise.

*Peter Kaltman, et al.; vs. Key Energy Services, Inc., et al.; (Case No. MO-04-CV-082);* In the United States District Court for the Western District of Texas, Midland-Odessa Division; deposition testimony August 6, 2007; testimony regarding market efficiency, reliance, and loss causation relating to a motion for class certification in securities fraud case.

*Thomas G. Ong for Thomas G. Ong IRA and Thomas G. Ong, Individually and on behalf of all others similarly situated, v. Sears, Roebuck & Co., Sears Roebuck Acceptance Corp., et al.; (Case No. 03 C 4142);* In the United States District Court for the Northern District of Illinois, Eastern Division; deposition testimony July 26, 2007; testimony regarding market efficiency and reliance relating to a motion for class certification involving debt and preferred securities.

*In re Credit Suisse-AOL Securities Litigation* (Civ. Action No. 02-15146-NG); In the United States District Court for the District of Massachusetts; deposition testimony July 10, 2007; testimony regarding market efficiency and reliance relating to a motion for class certification.

*RICHARD WAGNER, MURIEL P. ENGELMAN, PHILIP SCHECHTER, IRA GAINES, and C.H. SMITH, Individually and on Behalf of all Other. Similarly Situated vs. BARRICK GOLD CORP., RANDALL OLIPHANT, JOHN K. CARRINGTON, and JAMIE C. SOKALSKY,* (Case Nos. 1:03CV4302; 1:03CV5059; 1:03CV5104; 1:03CV5856;1:03CV6089); In the United States District Court For the Southern District of New York; deposition testimony June 27, 2007, testimony regarding market efficiency and loss causation related to a motion for class certification in a class action securities case; deposition testimony November 20, 2008, regarding market efficiency, loss causation and damages.

*Suzanne Coates and 2055 Incorporated vs. Robert Coates,* 101st Judicial District Court, Dallas Texas (Cause No. 05-02456); trial testimony October 2007; testified as a fact witness on June 13, 2007, regarding a preliminary valuation analysis prepared for a company owned by a couple preparing for a divorce in 2002.

*In re Worldcom, Inc., et al.; (Abbott Litigation Claims)* (Chapter 11 Case No.02-13533 (AJG)); In the United States Bankruptcy Court for the Southern District of New York; deposition testimony May 24, 2007; testimony regarding damages and insolvency associated with the merger of WorldxChange with World Access, Inc. in 2000.

*Matt Brody, On Behalf of Himself and All Others Similarly Situated, vs. Zix Corporation, et al.;* (Civ. Action No. 3:04-CV-1931-K ECF); In the United States District Court for the Northern District of Texas-Dallas Division; deposition testimony May 17, 2007 and October 30, 2007; testimony regarding market efficiency and loss causation related to a motion for class certification in a class action securities case.

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Oscar Munoz, et al.; vs. AT&T Corp.* (Civil Action No. 06-cv-01205-PSF-MJW); In the United States District Court for the District of Colorado; deposition testimony May 7, 2007; testimony regarding the valuation of AT&T Wireless stock options vested and held by the Plaintiff, Oscar Munoz.

*In re Flag Telecom Holdings, Ltd. Securities Litigation* (Case No. 02-Civ. 3400 (WCC)); In the United States District Court for the Southern District of New York; deposition testimony May 2, 2007; testimony regarding market efficiency, tracing of shares to an offering and loss causation related to a motion for class certification in a class action securities case.

*156 Alliance Partners, Ltd. V. Susan Bonner Mead, Amy Col Griffin, and Don Cole, as Trustees for the M.T. Cole Trust No. 2, and M.T. Cole Trust No. 3* (Cause No. 2003-10038-16); 16th Judicial District, Denton County, Texas; deposition testimony April 18, 2007; hearing testimony May 8, 2008; testimony regarding the calculation of damages associated with claims of breach of contract and fraud involving a real estate transaction.

*Harvey Lapin vs. Goldman Sachs Group, Inc. et al.;* (No. 1:04-CV-02236-KMK); In the United States District Court for the Southern District of New York; deposition testimony April 5, 2007; testimony regarding market efficiency, materiality, and loss causation.

*ESTATE OF MARJORIE deGREEFF LITCHFIELD, DECEASED, GEORGE B. SNELL AND PETER deGREEFF JACOBI, CO-EXECUTORS, v. COMMISSIONER TO INTERNAL REVENUE* (Docket No. 15882-05); United States Tax Court; trial testimony April 12 and 13, 2007; testified as to the discounts for built-in capital gains, lack of control and lack of marketability of two corporations (with equity investments and agricultural real estate and operations representing the primary assets of the corporations).

*In re JDS Uniphase Corporation Securities Litigation* (Master File No. C-02-1486 CW (EDL)); In the United States District Court for the Northern District of California, Oakland Division; deposition testimony March 12 and 13, 2007; additional deposition testimony regarding supplemental report October 20, 2007; trial testimony November 1, 2 and 16, 2007; testimony regarding materiality, loss causation, and damages in a class action securities case.

*In re Enron Corporation Securities, Derivative and "ERISA" Litigation; LAMKIN et al.; vs. UBS PAINE WEBBER, INC., and UBS WARBURG LLC, and, GIANCARLO vs. UBS FINANCIAL SERVICES, INC., UBS SECURITIES, L.L.C., and UBS AG* (MDL Docket No. 1446; Civil Action Nos. H-02-CV- 0851 & H-03-4359, respectively); In the United States District Court For the Southern District of Texas, Houston Division; deposition testimony October 26, 2006; testimony regarding materiality, loss causation, solvency and damages in two class action securities cases involving customers and counter-parties of the defendants and Enron employees awarded stock options.

*F. L. Motheral Company d/b/a Motheral Printing Company vs. MLP, U.S.A., Incorporated, Mitsubishi & Company, (U.S.A.), Incorporated;* American Arbitration Association, Fort Worth, Texas (Arbitration No. 71 181 Y 00094 05); deposition testimony August 25 and September 20, 2006; testified regarding economic losses relating to allegedly defective printing equipment.

*In re Rhythms Securities Litigation;* (Case No. 02-K-35); In the United States District Court for the District of Colorado; deposition testimony July 21, 2006; testimony regarding materiality, loss causation, inflation per share and damages in a class action securities case.

App. 636

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Rose Johnson, Individually and as Personal Representative of the Estate of Jay Johnson, and Thelma Johnson, Jason Johnson and Kindra Johnson, Individually v. Journeyman Construction, L.P.; Austex Concrete Construction, et al.;* (Cause No. GN-303431) 126th Judicial District, Travis County, Texas; deposition testimony July 11, 2006; testified as to the lost income associated with the death of Jay Johnson.

*In re Enron Corporation Securities Litigation; Mark Newby, et al.; vs. Enron Corp., et al.;* (MDL Docket No. 1446; Civil Action No. H-01-3624); In the United States District Court For the Southern District of Texas, Houston Division; deposition testimony May 8 and 9, 2006; testimony regarding materiality, loss causation, solvency and damages in a class action securities case in rebuttal to a number of expert reports for defendants.

*Thomas J. O'Neil, et al.; (Plaintiffs) v. Texas American Communications Network, Inc., et al.; (Defendants);* (Cause No. 67-210728-05) 17th Judicial District, Tarrant County, Texas; trial testimony May 3, 2006; testified as to the fair value of a small Internet service provider in a case involving breach of fiduciary duty, wrongful termination and destruction of business.

*Jeffrey H. Winokur, Individually and on Behalf of all Other Similarly Situated, vs. Direct General Corporation, et al.;* (Civil Action No. 3:05-0077); In the United States District Court, Middle District of Tennessee; deposition testimony April 7, 2006; testimony regarding materiality, loss causation and damages in a class action securities case.

*WRS Group, Ltd. And SJS Partnership v. United States* (Civil Action WA:05-CV-166); In the United States District Court, Western District of Texas, Waco Division; deposition testimony April 4, 2006; testified in rebuttal to and regarding the valuation of equity interests of a medical education company and relating allocation issues in an income tax dispute.

*Jules Adrian Carmack vs. John Dee Carmack II, Kevin Wayne Cloud and Id Software, Inc.;* 134th Judicial District, Dallas County, Texas; deposition testimony March 31, 2006; testified as to valuation of a computer game design company and related issues in a shareholder dispute regarding a buy-sell agreement, allegations of oppression and issues of fair value.

*In re Williams Sec. Litig.* (Case No. 02-CV-75-H(M)); In the United States District Court, Northeastern District of Oklahoma; deposition testimony March 22, 2006; testimony regarding materiality, loss causation and damages in a class action securities case.

*James Kelsoe, et al.; v. Texas United Excavators, L.L.C. and Leslie Lynn Cox;* (Cause No. 67-209655-05) Judicial District, Tarrant County, Texas; deposition March 9, 2006; testified as to lost household income and other support in a wrongful death case.

*In re Cigna Corporation Sec. Lit.* (Master File No. 2:02CV8088); In the United States District Court, Eastern District of Pennsylvania; deposition testimony March 7, 2006; testified as to issues of loss causation and damages.

*Windscape Holdings, Ltd. And Live Oak Holdings, Ltd. v. Wes Lochridge & Associates General Contractors, Inc.* (Cause No. 04-8259); 101st Judicial District, Dallas County, Texas; deposition February 27, 2006; testified in rebuttal to and regarding claims of lost rental income in apartments as result of alleged paint peeling.

**VALUE**SCOPE, Inc.                    Confidential                    21

App. 637

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Joseph D. Martinec, Chapter 11 Trustee of WSNET Holdings, Inc. v. Ceberus Capital Management L.P., et al.;* 200th Judicial District, Travis County, Texas; deposition testimony December 15, 2005; testified as to valuation of a digital cable/satellite television provider.

*Vitamin Village, Inc. v. Commissioner of Internal Revenue* (Docket No. 8745-02) and *Universal Marketing, Inc. v. Commissioner of Internal Revenue* (Docket No. 8744-02); United States Tax Court; trial testimony December 9, 2005; testified as to issues related to reasonable compensation of two affiliated companies.

*Estate of Frederic C. Kohler v. Commissioner of Internal Revenue;* (Docket No. 4646-03); United States Tax Court; trial testimony December 7, 2005; valuation of minority shares of Kohler Inc.

*In the Matter of the Marriage of Pamela Elaine White and Jeffrey Alan White;* 401st Judicial District, Collin County, Texas; deposition testimony November 8, 2005, trial testimony November 17, 2005; testified as to personal goodwill and business valuation.

*In re Calpine Corporation Securities Litigation;* In the United States District Court, Northern District of California (N.D. Cal. Case No. C-02-1200 SBA (WDB)); deposition testimony October 6 and 7, 2005; testified as to Section 11 damages involving issued debt securities related to allegations of omissions regarding manipulation of the California energy markets in 2000 and 2001.

*In re Omnicom Group Inc. Securities Litigation;* In the United States District Court, Southern District of New York (Case No. 02 Civ. 4483); deposition testimony September 14, 2005; and April 25, 2007; testified as market efficiency in relation to a motion for class certification in the first deposition and testified as to materiality, loss causation and damages in the second deposition.

*In re: Metris Companies Inc. Securities Litigation;* In the United States District Court, District of Minnesota (Civil Action No. 02-CV-3677 JMR/FLN); deposition testimony August 15, 2005; testified as to materiality, inflation per share and aggregate damages in a class action securities case involving a subprime credit card lender.

*Federal Home Loan Mortgage Corp. v. Commissioner,* United States Tax Court (Docket Nos. 3941-99, 15626-99 and 5829-02); trial testimony June 8 and 9, 2005; testified as to allocation of purchase price, valuation of intangible assets and favorable financing.

*David Graben and Frank Strickler v. Western Reserve Life Assurance Company of Ohio; Intersecurities, Inc. and Timothy Hutton;* State District Court, 271st Judicial District, Wise County, Texas; deposition testimony March 29, 2005; trial testimony May 18, 2005; testified as to economic losses and prudent investment management involving the management of investment portfolios for two retired individuals.

*Wechsler & Co., Inc. v. Commissioner of Internal Revenue,* United States Tax Court (Docket No. 9667-04); trial testimony March 24, 2005; prepared a written report and rebuttal report as testimony in a matter involving the determination of the reasonable compensation of a Chief Executive Officer of a broker-dealer specializing in trading convertible debt securities as a dealer and on its own account.

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Stephen T. Davis, Individually and as Owner of Lone Star Phones v. Dobson Cellular Systems Inc. d/b/a CellularOne and Dobson Communications Corporation and Kelly Lane;* In the United States District Court for the Northern District of Texas, Dallas Division (Case No. 3-04-CV-0465 B); deposition testimony February 25, 2005; testified as to lost income associated with allegations of a breach of contract and wrongful termination of a dealership agreement.

*In re: PE Corporation Securities Litigation;* In the United States District Court, District of Connecticut (Master File No. 3:00CV705(CFD)); deposition testimony February 23, 2005; testified as to materiality, inflation per share and aggregate damages in a class action securities case involving allegations of inadequate and misleading disclosures relating to a secondary offering of tracking shares.

*Alpine International Corp. v. Texas Health Resources;* State District Court, 101st Judicial District, Dallas County, Texas; deposition testimony February 21, 2005; supplemental deposition October 3, 2005; trial testimony November 23, 2005; testified as to lost profits associated with a breach of a non-solicitation provision in a contract.

*Michael Gloster and Victoria Gloster, t/a Gloster Marketing v. Relios, Inc., H. William Pollack, III, and Carolyn Pollack;* In the United States District Court, Eastern District of Pennsylvania (Cause No. 02-CV-7140); deposition testimony February 11, 2005; testified as to issues of valuation and profits involving claims of trademark and copyright infringement.

*In re: Clarent Corporation Securities Litigation;* In the United States District Court, Northern District of California, San Francisco Division (Master File No. C-0103361CRB(JCS)); deposition testimony January 11, 2005; trial testimony January 31 and February 9, 2005; testified as to materiality, inflation per share and aggregate damages in a class action securities case involving allegations of accounting fraud against former officers of the company and the accounting firm for its audit.

*In re: DQE, Inc. Securities Litigation;* In the United States District Court, Western District of Pennsylvania (Master File No. 01-1851); deposition testimony November 23, 2004; testified as to materiality, inflation per share and aggregate damages in a class action securities case.

*In re: Worldcom, Inc. ERISA Securities Litigation;* In the United States District Court, Southern District of New York (Master File No. 02 Civ. 4816 (DLC)); deposition testimony November 15, 2004; testified as to discounts related to block size and information effects associated with the possible sale of shares of Worldcom and MCI tracking stock in the first half of the 2002.

*Adele Brody, et al.; on behalf of themselves and all others similarly situated, vs. Peter S. Hellman, et al.;* District Court, City and County of Denver, State of Colorado; deposition testimony September 3, 2004, and May 27, 2005; hearing testimony November 30, 2004; testified as to the ability to measure damages to a class of shareholders via a plan of allocation.

*In re: Broadcom Corp. Securities Litigation;* In the United States District Court, Central District of California, Southern Division (No. SACV 01-275 GLT (MLGx)); deposition testimony August 27 and 29, September 10, December 1 and 2, 2004, and January 21, 2005; testimony during hearings April 21 and May 25, 2005; testified as to materiality, valuation of customer contracts, valuation, inflation per share and aggregate damages in a securities class action and damages in a related private action.

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Burt L. Schmidt, Individually and d/b/a Diamond S Trucking vs. Navistar Financial Corporation;* State District Court, Hamilton County, Texas; deposition testimony July 28, 2004; trial testimony August 30, 2004; testified in rebuttal as to claims of lost profits associated with the repossession of tractor trucks by the defendant in 2001.

*Basic Management Inc, et al.; vs. United States of America, et al.;* In the United States District Court, District of Nevada (No. CV-S-02-0884-RCJ-(RJJ)); deposition testimony July 22 and 23, 2004; testified in rebuttal as to appropriate assumptions and methods (including discount rates and appreciation rates) for a real estate development company in Nevada.

*In re. JTS Corporation, Suzanne L. Decker, Trustee, vs. Roger W. Johnson, et al.;* In the United States Bankruptcy Court, Northern District of California, (No. 98-59752 MM; A.P. No. 00-5423); deposition testimony July 15, 2004; trial testimony April 11, 2005; testified in rebuttal to trustee's expert as to economic losses to creditors and reasonable value associated with certain business decisions.

*Randy S. Myers, Individually and on Behalf of all others Similarly Situated, vs. Progressive Concepts, Inc. d/b/a Hawk Electronics;* 352nd Judicial District, Tarrant County, Texas (Cause No. 352-201156-03); deposition testimony July 2, 2004; testified as to the appropriate measure of damages involving allegations of improper billing involving cell phone services.

*OnSite Technology LLC vs. Duratherm, Inc. et al.;* In the United States District Court for the Southern District of Texas (Civil Action No. H-02-2624); trial testimony June 10, 2004; testified as to lost profits and reasonable royalties as a result of allegations of patent infringement.

*ATS Telecommunications Systems, Inc. and ATS Liquidating, Inc. f/k/a Advanced Telecommunications Systems, Inc., by and through its Plan Agent H. Malcolm Lovett, Jr. vs. Philip R. Lacerte and Four LC Trust vs. Stan M. Gorman, Sr., and D. Scott Pool;* 113th Judicial District, Harris County, Texas (Cause No. 2001-00997); deposition testimony May 25, 2004; testified as to reasonable and customary terms and consideration for the provision of performance guarantees, reasonable start-up and operating expenses, and issues of fraud and breach of fiduciary duty.

*ISG State Operations, Inc. vs. National Heritage Insurance Company, Inc.;* 250th Judicial District, Travis County, Texas (Cause No. 95-11014); deposition testimony May 11, 2004; trial testimony April 25, 2005; testified as to appropriate measures for calculation lost profits in a breach of contract claim involving data processing.

*Xperex Corporation, et al.; vs. Viasystems Technologies Corp., LLC;* Court of Chancery, New Castle County, State of Delaware (Civil No. 20582-NC); deposition testimony April 23, 2004; testified as to the valuation of intangible assets and business related to allegations of fraudulent conveyance and breach of fiduciary duty to creditors

*Richard Marcoux, on behalf of himself and all others similarly situated, v. Billy D. Prim, Andrew J. Filipowski, et al.;* County of Forsyth, State of North Carolina (No. 04 CvS 920); deposition testimony April 12, 2004; testified as to errors in a fairness opinion issued in a proposed acquisition of a public company.

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Houston Saba, L.P. vs. Nick Hernandez and Boyd Page Inc. d/b/a Boyd Page & Associates*; 280th Judicial District, Harris County, Texas (Cause No. 2003-07457); deposition testimony March 31, 2004; testified as lost profits associated with disruption of a restaurant due to street repairs and construction.

*Autoland of New Jersey, Inc., et al.; v. Commissioner of Internal Revenue;* U.S. Tax Court (Docket number 12639-02); testified in trial February 19, 2004; testified as to issues related to the reasonable compensation of executives in the auto retail business.

*Soils Control International, Inc. vs. Martin Marietta Magnesia Specialties, L.L.C. and Midwest Industrial Supply, Inc;* United States Court, District of Massachusetts (Civil Action No. A-03-CA-531 H); deposition testimony January 30, 2004; testified as to lost profits in a dispute relating to allegations of deceptive trade practices.

*In re Raytheon Company Securities Litigation;* United States Court, District of Massachusetts (Civil Action No. 99-12142 (PBS)); deposition testimony January 27, 2004; testimony in hearings May 3 and 7, 2004; testified as to materiality, causation, inflation per share and aggregate damages.

*In re: AT&T Corp Securities Litigation;* United States District Court of New Jersey (MDL No. 1399, Civil Action No. 01-1883 (GEB)); Consolidation Class Action on Behalf of the Purchasers of AT&T Wireless Tracking Stock Shares between April 27 and May 1, 2000; deposition testimony January 16, 2004; testified as to materiality, causation, inflation per share and aggregate damages.

*Robert Rodgers vs. Johnson Health Tech. Co., Ltd., Epix, Inc. d/b/a Vision Fitness, et al.;* United States District Court for the Western District of Texas, Austin Division (Civil Action No. A 02 CA 731 SS); deposition testimony January 7, 2004; testified as to reasonable royalties and damages for alleged patent infringement.

*In re. Xcelera.Com Securities Litigation.;* United States District Court, District of Massachusetts, Boston, Massachusetts (Civil Action No. 00- CV-11649(RWZ)); hearing testimony November 20 and 21, 2003; testified as to materiality, reliance and market efficiency in a hearing on class certification.

*C. F. Jordan, L.P. v. Argosy Gaming Company, Laneco Construction Systems, and Louisiana Glass,* AAA Arbitration (Case Number 71 110 01059 01); deposition testimony November 18, 2003; testified in rebuttal to allegations of lost income from hotel construction and remediation activities.

*ELIZABETH M. KURECKA, Individually and as Representative of the estate of Edward Kurecka, Deceased, MICHAEL KURECKA, TIM KURECKA, and MELANIE KURECKA POWELL v. DAVID H. AMMONS, M.D., GARY R. GODSIN, M.D., and MICHAEL PETTIBON, M.D.;* 342nd Judicial District, Tarrant County, Texas; deposition testimony September 2003; testified as to the loss of income to the survivors in a wrongful death case.

*Betsy Gross v. David Halbert and AdvancePCS;* 352nd Judicial District, Tarrant County, Texas (Cause No. 352-196123-02); deposition testimony August 26, 2003; testified at trial November 10 and 11, 2004; testified as to the valuation of executive stock options.

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Michael Aldridge, Individually and on Behalf of All Other Similarly Situated, vs. A. T. Cross Corporation; Bradford R. Boss; Russell A. Boss; et al.;* United States District Court, District of Rhode Island (C.A. No. 00-203 (ML)); deposition testimony August 19, 2003; testified as to materiality, causation and damages in a securities class action.

*In Re Broadcom Corp. Securities Litigation;* United States District Court, Central District of California, Southern Division (Master File No. SACV 01-275 GLT (Eex)); deposition testimony July 29 and 30, 2003; testified as to the market efficiency of the trading of Broadcom shares and aggregate damages calculations relating to class certification.

*J. Bryan Pickens vs. John T. Pickens, J. Michael Tiner, Michael K. Pickens, C. Robert Milner, Jr., Pickens Financial Group, L.L.C., Pickens Resource Corp., and Pickens, Ltd.;* 298th Judicial District, Dallas County, Texas (Cause No. 02-01105); deposition testimony July 11, 2003; testified as to the overall financial performance of certain companies and the fairness (or benefits to the plaintiff) of certain transactions involving the defendant companies and affiliated trusts.

*In re Arthur Franklin Tyler, Jr., Debtor; Arthur Franklin Tyler, Jr., v. Tywell Manufacturing Corporation;* U.S. Bankruptcy Court, Northern District of Texas, Dallas Division (Case No. 01-80343-SAF-13; Adversary No. 02-3530); trial testimony July 1, 2003; testified as to net asset value under various assumptions in an involuntary shareholder foreclosure/shareholder oppression dispute.

*FFP Partners, L.P. v. Jack J. Ceccarelli, Restructure Petroleum Marketing Services, Inc. f/k/a E-Z Serve Petroleum Marketing Company and Environmental Corporation of America, Inc.;* American Arbitration Association (Case No. 71-Y-198-00167-02); hearing testimony May 19, 2003; testified as to the value of gas-only operations related to allegations of breach of contract, breach of fiduciary duty and theft of business opportunities.

*RadioShack Corporation, and TE Electronics, L.P. vs. Fried, Frank, Harris, Shriver & Jacobson and Harvey Pitt;* United States District Court, Northern District of Texas, Ft. Worth Division (Civil Action No. 4:02-CV-0639-TV); deposition testimony May 9, 2003; testified as to causation and damages as a result of allegations of legal malpractice.

*Printwrap, Inc. v. Printwrap Sales, Inc. and Maxine Ammon;* 134th Judicial District, Dallas County, Texas (Cause No. 02-5064-G); deposition testimony May 6, 2003; testified as to the valuation and economic losses of a purchase of a specialty printing business as a result of allegations of material misrepresentations on the part of the seller.

*In re Theragenics Corp. Securities Litigation;* United States District Court, Northern District of Georgia, Atlanta Division (Civil Action No. 1:99-CV-141-TWT); deposition testimony April 2, 2003, and August 14, 2003; testified as to materiality, causation, inflation per share and damages as a result of allegations of securities fraud (violations of the Securities Exchange Act of 1934, Rule 10b-5).

*Teleplus, Inc., v. Avantel, S.A.;* United States District Court, Western District of Texas, San Antonio Division (Civil No. SA-98-CA-0849 FB); deposition testimony March 26, 2003; trial testimony September 25, 26 and 29, 2003; testified as to the valuation of a reseller and marketer of long-distance telephone services (primarily for domestic and international service in Mexico).

App. 642

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*Russell Grigsby vs. ProTrader Group Management, L.L.C., et al.;* American Arbitration Association (Cause No. 70-180-00648-02); deposition testimony March 7, 2003; arbitration hearing testimony October 17 and November 3, 2003; testified in a fraud and shareholder oppression case as to the fair value of a brokerage firm with specialization in day trading.

*Donald P. Williams vs. Peter O. Holliday, III, MD, and Open MRI of Decatur;* Circuit Court of Morgan County, Alabama (Case Number: CV-00-974); testified at trial March 4, 2003; testified as to the value of loan guarantees and the value of a business operating an MRI in a shareholder oppression lawsuit.

*Menard, Inc. v. Commissioner of Internal Revenue;* U.S. Tax Court; testified in trial February 27, 2003; testified as to the compensation of executives in comparable and guideline companies and the proper valuation of incentive compensation benefits.

*Richard Strauss, Sovereign Texas Homes, ltd., et al.; vs. Wallace Sanders & Company, et al.;* 191st Judicial District, Dallas County, Texas (Cause No. 02-2562-J); deposition testimony February 14 and 20, 2003; testified as to materiality, causation, and damages as a result of allegations of improper accounting.

*Paul Dzera, Philip J. Gund and Stephen Marotta v. Zolfo Cooper, L.L.C.;* American Arbitration Association (Arbitration no. 18Y180143301), Newark, New Jersey; hearing testimony February 11, 2003; testified as to measures of economic loss associated with claims brought by defendant.

*In re VISIONAMERICA, INC. SECURITIES LITIGATION;* United States District Court, Middle District of Tennessee, Nashville Division (Master File No. 3-00-0279); deposition testimony December 12, 2002; testified as to materiality, causation, inflation per share and damages as a result of allegations of securities fraud involving accounting misstatements (violations of the Securities Exchange Act of 1934, Rule 10b-5).

*In re National Golf Properties, Inc. Shareholder Litigation; (Masseo Investment Partners, Ltd., Anne Marie Rouleau, Thomas Feiman, IRA and Robert Lewis, On Behalf of Themselves and All Others Similarly Situated, vs. James M. Stanich, et al.;* Superior Court of the State of California, County of Los Angeles (Lead Case No. BC268215); deposition testimony November 22, 2002; testified as to fairness and problems with a fairness opinion involving a proposed acquisition of the public REIT, including process, disclosure and allocations of proceeds problems.

*Ralph R. Unstead, Jr., On behalf of Himself and All Other Similarly Situated, v. Intellect Communications, Inc., et al.;* U.S. District Court for the Northern District of Texas, Dallas Division (No. 3:99-CV-2604-M); deposition testimony October 31, 2002; testified as to materiality, causation and damages in a class action securities case.

*Physicians Resource Group, Inc. and EyeCorp, Inc., vs. Dr. David Meyer, et al.;* U.S. Bankruptcy Court, Northern District of Texas, Dallas Division; deposition testimony October 22, 2002; trial testimony February 7, 2002; testified as to issues of solvency and reasonably equivalent damages as a result of certain transactions between the defendants and the plaintiffs prior to bankruptcy.

*Maximicer, L.L.C., vs. PepsiCo, Inc.;* U.S. District Court for the Eastern District of Texas, Marshall Division (No. 2-01-CV-132(tjw)); deposition testimony October 21, 2002; trial testimony December 10, 2002; testified as to damages arising from claims of commercial defamation and other causes.

App. 643

# Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*HALCYON INVESTMENTS INC., f/k/a B.A.S.S., Inc., et al.; vs. B.A.S.S., LLC, f/k/a LIVEWELL ACQUISITION, LLC, B.A.S.S. (IP)., et al.;* AAA Arbitration (File No. 30 E 181 00434 02); deposition testimony October 10, 2002; testified as to due diligence, disclosures and economic damages estimates involving an agreement to sell a business between the parties (subject to confidentiality agreement).

*Jerry Krim, et al.; v. pcOrder.com, Inc., et al.;* U.S. District Court for the Western District of Texas, Austin Division (Master File No. A:00-CA-776-SS); hearing testimony September 20, 2002; testified in a class certification hearing on the trading of shares and source of shares purchased by proposed lead plaintiffs.

*APA EXCELSIOR III L.P., APA EXCELSIOR III OFFSHORE, L.P.,APA/FOSTIN PENNSYLVANIA VENTURE CAPITAL FUND, CIN VENTURE NOMINEES LIMITED, STUART A. EPSTEIN and DAVID EPSTEIN, v. PREMIERE TECHNOLOGIES, INC.,BOLAND T. JONES, PATRICK G.JONES, GEORGE W. BAKER, SR., and RAYMOND H. PIRTLE, JR;* U.S. District Court for the Northern District of Georgia (Civil Action No. 1:99-CV-1377-JOF); deposition testimony September 4, 2002; testified as to the materiality of certain representations and damages related to claims of securities fraud.

*Microtune, L.P. v. Broadcom Corporation;* U.S. District Court for the Eastern District of Texas, Sherman Division (Civil Action No. 4:01-CV-023); deposition testimony August 29, 2002; testified as to the reasonable royalty in a patent infringement case.

*John F. Havens, On Behalf of Himself and All Others Similarly Situated, vs. James L. Pate, et al.; and Howard Lasker, On Behalf of Himself and All Others Similarly Situated, vs. James L. Pate, et al.;* 295th Judicial District, Harris County, Texas (Cause No. 2002-16085); deposition testimony July 15, 2002; hearing testimony July 18, 2002; testified as to the materiality of certain information omitted from a proxy to Pennzoil-Quaker State shareholders, issues with respect to the fairness opinion analysis by Pennzoil's financial advisor, the determination of fairness and issues with respect to mergers and acquisitions.

*Lawrence D. Poliner, M.D. v. Texas Health Systems, et al.;* U.S. District Court, Northern District of Texas, Dallas Division (Civil Action No. 3:00CV1007-P); deposition testimony May 20, 2002; testified as to certain anti-competitive issues involving a specialist medical practice.

*In re: Chartwell Health Care, Inc.; John H. Litzler, Chapter 7 Trustee, vs. Irving D. Boyes, et al.;* U.S. Bankruptcy Court, Northern District of Texas, Dallas Division (Case No. 398-38546-SAF-7); deposition testimony April 25, 2002; testified as to solvency and economic losses of a nursing home operator.

*Leonard Sauls, Jr., v. The Estate of William Lee Hatch, Jr., Deceased, et al.;* In the Probate Court Number One, Travis County, Texas (Cause No. 75278-A); deposition testimony March 22, 2002; testified as to the measurement of lost future earning capacity, case settled before issuance of deposition transcript.

*Leland Stenovich, et al., vs. Spencer F. Eccles, et al.;* Third Judicial District Court, Salt Lake County, State of Utah (Class Action, Case No. 000907870); deposition testimony February 5 and 6, 2002; testified as to standards of practice, fairness and adequacy of consideration in a class action lawsuit relating to the acquisition of First Security Corporation by Wells Fargo.

App. 644

## Exhibit A: VITAE OF SCOTT D. HAKALA, PH.D., CFA

*In re Computer Associates Class Action Securities Litigation;* U.S. District Court for the Eastern District of New York (Master File No. 98-CV-4839); deposition testimony January 23 and 24, 2002; testified as to materiality, causation and damages in a securities fraud lawsuit.

*Pamela Graham Reeves vs. VIJ, Inc. d/b/a National Utilities Co./NUCO and Greer Industries, Inc.;* U.S. District Court for the Northern District of Texas-Fort Worth Division (Case No. 400=CV-1671- BE); trial testimony January 9, 2002; testified as to market wages, current job market and likelihood of employment for an individual alleged to have been wrongfully terminated.

*Patricia E. Vincent and James R. Vincent v. Bank of America Texas, N.A..;* In the 68th Judicial District Court, Dallas County, Texas (Cause No. DV99-00745); testimony in hearing in December 2000 and trial testimony December 18, 2001; testified as to the proper calculation of interest on a home mortgage and common standards and practices for calculating mortgage interest.

*Joan C. Howard and Charles A. Anderson, on behalf of themselves and all others similarly situated vs. Everex Systems, Inc., and Steven L.W. Hui, et al.;* U.S. District Court for the Northern District of California (Case No. C 92 3742 CAL); deposition testimony November 19 and 20 and December 17, 2001; testified as to materiality, causation and damages in a securities fraud lawsuit.

*Reinsurance International Services Company, L.L.C. v. Lambert Fenchurch Group Limited, et al.;* In the 98th Judicial District Court, Travis County Texas (Civil Action No. 99-00745); deposition testimony September 20, 2001; testified as to lost profits and lost business value experienced by a reinsurance broker relating to allegations of misrepresentations and breach of duty.

*Robert Alpert, James Ventures, L.P., Markus Investments, Inc. and James Investments, Inc. vs. Innovative Valve Technologies, Inc., et al.;* U.S. District Court for the Southern District of Texas, Houston Division (Civil Action No. H-01-076); deposition testimony September 19, 2001; testified as to materiality, causation and damages in a securities fraud lawsuit.

*Premier Lifestyles International Corporation vs. Electronic Clearing House, Inc.; XpresscheX, Inc., et al.;* Superior Court for the State of California, County of Los Angeles (Case No. BC230691); deposition testimony September 17 and 27, 2001; trial testimony November 27 and 28, 2001; testified as to lost business opportunities and damages arising from various causes of action.

*In re Phycor Corporation Securities Litigation;* U.S. District Court for the Middle District of Tennessee, Nashville Division (Civil Action No. 3-98-0834); deposition testimony August 9 and November 6,2001; testified as to materiality, causation and damages in a securities class action lawsuit.

*Ben Higbee and Bridgestone Healthcare Management, Inc., vs. Bridgestone Healthcare Management, Inc., and David E. Sones;* 101st Judicial District, Dallas County, Texas (Cause No. 00-7365-3); deposition testimony June 21, 2001; testified as to preliminary findings as to fairness of certain transactions involving a workers' compensation and rehabilitation business.

*Auto Wax Co., Inc. v. Mark V Products, Inc.;* U.S. District Court for the Northern District of Texas, Dallas Division (Civil Action No. 3-99 CV 0982-T); deposition testimony April 25, 2001; trial testimony June 29, 2001; testified as to the reasonable royalty and lost profits in a patent infringement and trademark infringement case.

# EXHIBIT H-2

Exhibit B-1

List of Documents Considered

| PBC | Appraisals | Restricted Appraisal Report – Bellwether Ridge 5-15-23.pdf |
| | | Restricted Appraisal Report – Parc At Windmill Farms 5-15-23.pdf |
| | D4 Financials | Barton properties financial history  – inception thru date 202304.xlsx |
| | | BELLWETHER-23.pdf |
| | | D4DS LLC 2021 FS    (Bellwether).pdf |
| | | D4DS LLC 2022 FS.pdf |
| | | D4DS LLC fs 2020.pdf |
| | | D4FR, LLC 12-31-2022 FS.pdf |
| | | D4FR, LLC 2020 fs.pdf |
| | | D4FR, LLC 2021 fs (Parc at Windmill Farms).pdf |
| | | PARCINGLESIDE-23.pdf |
| | | PARCOPELIKA-23.pdf |
| | | PARCWINDMILL-23.pdf |
| | SPC Financials | SPC 2022.09.30 Consolidated IFRS FS-final (signed).pdf |
| | | SPC 2022.09.30 Consolidated.pdf |
| | | SPC 2022.12.31 IFRS EN Consolidated financial statements - as filed (executed).pdf |
| | | SPC Board Report Ch A 2022 Q4 (FINAL).pdf |
| | | SPC Board Report Ch B 2022 Q4 (FINAL).pdf |
| | | SPC Board Report Ch D 2022 Q4 (FINAL).pdf |
| | | SPC Board Report Ch E 2022 Q4 (FINAL).pdf |
| | | SPC IFRS Cons FS 12.31.21 EN (002).pdf |
| | | SPC IFRS Cons FS 12.31.21 EN.pdf |

Appendix in Support of Bellwether Ridge Apartments Motion.pdf
Appendix Vol 1.pdf
Appendix Vol 2.pdf
Appendix Vol 3-2.pdf
Appendix Vol 3.pdf
Appendix Vol 4.pdf
Appendix Vol 5.pdf
Bellwether Ridge Appraisal - 2022 12 01 - Colliers 2023 03 16.pdf
Canham Dec.pdf
Crozier Dec.pdf
Graham Dec.pdf
Kyles Dec.pdf
Microsoft Word - Appendix ISO Receiver's Motion for Appointment of Appraisers, etc re Approval of Sale of Parc at Windmill Farms 4864-6994-4146 v.1.pdf
Muth Dec.pdf
Order Appointing Receiver.pdf
Order Granting Supplement to Receivership Order.pdf
Order re Receivership Administration.pdf
Parc at Windmill Farms Appraisal - 2022 12 01 - Colliers 2023 03 16.pdf
Receiver's Appendix 1.pdf
Receiver's Appendix 2.pdf
Receiver's Appendix 3.pdf
Receiver's Appendix 4.pdf
Receiver's Appendix 5.pdf
Receiver's Appendix 6.pdf
Receiver's Brief in Support of MSJ.pdf
Receiver's Motion for Appointment of Appraisers, Approval of Appraisals and Setting Hearing re Approval of Sale of Bellwether Ridge.pdf
Receiver's Motion for Appointment of Appraisers, Approval of Appraisals and Setting Hearing re Approval of Sale of Parc at Windmill F_ 4856-0667-6560 v.4.pdf
SEC - Complaint (FINAL) 9.23.22.docx
SPC Client Document Index.docx
SPC Convertible loans FV report 12-31-22-final.pdf
SPC Response to Motions--filed version.pdf

App. 647

| Bellwether Ridge Appraisal – 2022 12 01 – Colliers 2023 03 16 | Appraisal Report | PDF | |
|---|---|---|---|
| Parc at Windmill Farms Appraisal–2022 12 01- Colliers 2023 03 16 | Appraisal Report | PDF | |
| Receiver's Brief in Support of MSJ | Court Brief | PDF | |
| Canham Dec | Court Declaration | PDF | |
| Crozier Dec | Court Declaration | PDF | |
| Graham Dec | Court Declaration | PDF | |
| Kyles Dec | Court Declaration | PDF | |
| Muth Dec | Court Declaration | PDF | |
| SPC Client Document Index | Court Doc Index | Word | |
| Order Granting Supplement to Receivership Order | Court Order | PDF | |
| Order re Receivership Administration | Court Order | PDF | |
| Order Appointing Receiver | Court Order | PDF | |
| Receiver's Motion for Appointment of Appraisers, Approval of Appraisals and Setting Hearing re Approval of Sale of Bellwether Ridge | Motion to Court | PDF | |
| Receiver's Motion for Appointment of Appraisers, Approval of Appraisals and Setting Hearing re Approval of Sale of Parc at Windmill F_ 4856-0667 | Motion to Court | PDF | |
| SPC Response to Motions–filed version | Motion to Court | PDF | |
| SPC Convertible loans FV report 12-31-22-final | Valuation Report | PDF | |

App. 648

Case 3:22-cv-02118-X   Document 250   Filed 05/30/23   Page 301 of 344   PageID 8494

App. 649

| | | | |
|---|---|---|---|
| Receiver's Appendix 1 | Appendix - Support of Motion for Summary Judgement / Court Motion - Exhibits | PDF | A - Declation of Cortney C. Thomas<br>A-1 - Not for Parc at Windmill Farms Apts<br>A-2 Borrowers Oath - Parc at Windmill Farms<br>A-3 - Deed of Trust - parc at windmill farms<br>A-4 - Loan agreement from Southern Properties to JMJ Development<br>A-5 First Amendment to loan agreement<br>A-6 Second amendment to loan agreement<br>A-7 Promissory note b/w Sother Properties and JMJ Development<br>A-8 First amendment to Promissory note<br>A-9 Rescission of First amendment to Promissory note<br>A-10 Second amendment to Promissory note<br>A-11 Third amendment to Promissory note<br>A-12 Fourth amendment to Promissory note<br>A-13 Amended and Restated Pledge and Security Agreement<br>A-14 First Amendment to Amended and Restated Pledge and Security Agreement<br>A-15 Amended and Restated Pledge and Security Agreement<br>A-16 First Amendment to Amended and Restated Pledge and Security Agreement<br>A-17 Amended and Restated Pledge and Security Agreement<br>A-18 First Amendment to Amended and Restated Pledge and Security Agreement<br>A-19 Texas UCC Initial Filing Acknowledgment<br>A-20, 21, 22, 23 UCC Financing Statement<br>A-24 Exercise Notice for Conversion Option for Parc at Windmill Farms<br>A-25 Purchase Agreement b/w Southern Properties and D4FR<br>A-26 Management Agreement b/w D4FR and Sunridge for Parc at Windmill Farms<br>A-27 US HUD regulatory agreement for multi-family projects<br>A-28 Civil Action; Parc at Windmill Farms |
| Receiver's Appendix 2 | Court Motion - Exhibits | PDF | A-29 Note on Bellweather ridge apts<br>A-30 Deed of Trust - Bellwether Ridge Apts<br>A-31 Promissory Note - JMJ Development and Southern Properties Capital<br>A-32 Amended and Restated Pledge and Security Agreement<br>A-33 Amended and Restated Pledge and Security Agreement<br>A-34 Amended and Restated Pledge and Security Agreement<br>A-35 Assignment of Pledge and Security Agreement<br>A-36 - 39, 41 UCC Financing Statement<br>A-40 Texas UCC Initial Filing Acknowledgment<br>A-42 Exercise Notice for Conversion Option for Bellwether Ridge<br>A-43 Purchase Agreement b/w Southern Properties and D4DS<br>A-44 First Amendment to Purchase Agreement |

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 302 of 344    PageID 8495

App. 650

| | | | |
|---|---|---|---|
| | | | A-45 Management Agreement b/w D4FR and Sunridge for Bellwether Ridge |
| | | | A-46 US HUD regulatory agreement for multi-family projects – Bellwether |
| | | | A-47 Note for Parc at Ingleside |
| | | | A-48 Borrower's Oath |
| | | | A-49  Deed of Trust - parc at ingleside |
| | | | A-50 Promissory note b/w JMJAV and Southern Properties |
| | | | A-51 First amendment to Promissory note |
| | | | A-52 Rescission of First amendment to Promissory note |
| | | | A-53 Pledge and Security Agreement |
| | | | A-54 Exercise Notice for Conversion Option for Parc at Ingleside |
| | | | A-55 Purchase Agreement b/w Southern Properties and D4IN |
| | | | A-56 US HUD regulatory agreement for multi-family projects |
| | | | A-57 Civil Action; Parc at Ingleside |
| | | | A-58 Membership Cert |
| | | | A-59 Assignment of Membership Interest |
| | | | A-60 Assignment of Membership Interest |
| | | | A-61 Parc at Ingleside ownership interest |
| Receiver's Appendix 3 | Court Motion - Exhibits | PDF | A-62 VOD Loan Agreement b/w Southern Properties and D4IN |
| | | | A-63 Note for HUD Project: Parc at Opelika |
| | | | A-64 Statutory Warranty Deed in favor of AL Opelika McCoy St |
| | | | A-65 Borrower's Oath |
| | | | A-66 Promissory Note b/w D4OPM LLC, One MF D4 LLC and Southern Properties |
| Receiver's Appendix 4 | Court Motion - Exhibits | PDF | A-67 Pledge and Security Agreement with Assignment of Rights b/w D4OPM LLC, One MF D4 LLC and Southern Properties |
| | | | A-68 US HUD regulatory agreement for multi-family projects |
| | | | A-69 Civil Action; Parc at Opelika |
| | | | A-70 Multifamily Accelerated Processing MAP Guide |
| Receiver's Appendix 5 | Court Motion - Exhibits | PDF | A-71 Borrower's Oath |
| | | | A-72 Amended Regulations of D4IN, LLC |
| | | | A-73 Amendment to Pledge and Security Agreement - JMJAV Enoch and Southern Properties |
| | | | A-74 Letter for civil action against Bellwether Ridge |
| | | | A-75 and A-76 UCC Financing Statement |
| Receiver's Appendix 6 | Court Motion - Exhibits | PDF | A-77 Multifamily Assignment of Leases and Rents and Security Agreement |
| Appendix Vol 2 | Appendix - Support of Motion for Intervention Court Motion - Exhibits | PDF | Table of Contents and Exhibits 5 to 28 |
| Appendix Vol 3 | Appendix - Support of Motion for Intervention Court Motion - Exhibits | PDF | Table of Contents and Exhibits 29 to 42 |
| Appendix Vol 4 | Appendix - Support of Motion for Intervention Court Motion - Exhibits | PDF | Table of Contents and Exhibits 43 to 45 |

| | | | | |
|---|---|---|---|---|
| Appendix Vol 1 | Appendix - Support of Motion for Intervention Court Motion - Exhibits | PDF | Table of Contents and Exhibits 1 to 4 | |
| Appendix Vol 5 | Appendix - Support of Motion for Intervention Court Motion - Exhibits | PDF | Table of Contents and Exhibits 45 to 47 | |
| SEC - Complaint (FINAL).9.23.22 | | Word | | |

| FILE NAME | FINANCIAL INFORMATION/EXHIBITS |
|---|---|
| Appendix Vol 4 | Transcontinental Realty Investors, Inc. 2019, 2020 and 2021 10-K |
| Appendix Vol 5 | Transcontinental Realty Investors, Inc. 2017, 2018 and 2019 10-K |
| Bellwether Ridge Appraisal - 2022 12 01 - Colliers | Bellwether's Rent Roll |
| | Operating Historicals 2020 - 2023 (pg 78) |
| Parc at Windmill Farms Appraisal - 2022 12 01 - Co | Financial Exhibits (pg 86 onwards) |
| Appendix Vol 3 | Southern Properties Capital Ltd. - Consolidated Financial Statements 2020 and 2021 |
| | Southern Properties Capital Ltd. - Interim Financial Statements (year ending Sep 2022) |

| Southern Properties Capital LLC | Schedule A.1 |
|---|---|
| Financial Statement Analysis | Date: September 30, 2022 |

**Historical Income Statements - SPC**                                All figures are in thousands

| | For twelve months ending: | | | |
| | 31-Dec-19 Actual | 31-Dec-20 Actual | 31-Dec-21 Actual | 31-Dec-22 Actual |
|---|---|---|---|---|
| Revenue (Rental) | $ 44,935 | $ 52,191 | $ 40,012 | $ 36,531 |
| Property operating expenses | 21,203 | 22,659 | 19,135 | 18,112 |
| **Gross profit** | **23,732** | **29,532** | **20,877** | **18,419** |
| General and administrative expense | 5,154 | 5,057 | 6,505 | 5,439 |
| Share of income (loss) from joint ventures | 38,993 | (472) | 100,399 | 199,900 |
| **Earnings before interest, taxes, depreciation & amortization (EBITDA)** | **57,571** | **24,003** | **114,771** | **212,880** |
| Depreciation expense | - | - | - | - |
| Amortization expense | - | - | - | - |
| **Earnings before interest & taxes (EBIT)** | **57,571** | **24,003** | **114,771** | **212,880** |
| Other income (expense) | (10,557) | - | (29,600) | - |
| Revaluation of investments | 11,845 | 1,489 | 22,273 | (7,727) |
| Interest income (expense) | (14,556) | (6,322) | 14,653 | 2,925 |
| Foreign currency gain (loss) | (15,108) | (13,378) | (6,175) | 20,067 |
| Other income, net | (28,376) | (18,211) | 1,151 | 15,265 |
| **Pretax Income (EBT)** | **29,195** | **5,792** | **115,922** | **228,145** |
| Provision (benefit) for income taxes | - | - | - | - |
| **Total** | **29,195** | **5,792** | **115,922** | **228,145** |

**Southern Properties Capital LLC**
**Financial Statement Analysis**

Schedule A.2
Date: September 30, 2022

*Historical Balance Sheets - SPC*

*All figures are in thousands*

| | As of: | | |
|---|---|---|---|
| | 31-Dec-20 Actual | 31-Dec-21 Actual | 31-Dec-22 Actual |
| **Current Assets** | | | |
| Cash and cash equivalents | $ 33,871 | $ 50,739 | $ 67,371 |
| Short-term investments | - | 16,002 | 119,787 |
| Restricted and designated cash | 35,071 | 8,572 | 101,985 |
| **Total cash and cash equivalents** | 68,942 | 75,313 | 289,143 |
| Receivables and other assets | 3,828 | 6,761 | 2,199 |
| Due from joint venture | 2,356 | - | - |
| Property held for sale | - | 26,750 | - |
| **Total Current Assets** | 75,126 | 108,824 | 291,342 |
| **Non-Current Assets** | | | |
| Investment properties | 513,779 | 387,925 | 595,369 |
| Investment in joint venture | 289,725 | 352,673 | 20,904 |
| **Total Investment** | 803,504 | 740,598 | 616,273 |
| Loan receivable | 14,117 | 7,472 | 6,998 |
| Notes receivable | 47,850 | 79,507 | 93,605 |
| Advances for acquisition of real estate | 11,548 | 13,878 | 13,287 |
| Accounts receivable | 30,742 | 38,095 | 42,432 |
| Restricted and designated cash | 16,484 | 11,678 | 6,741 |
| **Other assets** | 120,741 | 150,630 | 163,063 |
| **Total Assets** | 999,371 | 1,000,052 | 1,070,678 |
| **Current Liabilities** | | | |
| Current portion of mortgages notes payable | 14,979 | 43,854 | 10,903 |
| Current portion of bonds payable | 44,775 | 46,286 | 107,453 |
| Accounts payable | 29,459 | 14,640 | 12,372 |
| Tenant deposits | 1,414 | 878 | 1,285 |
| Related party payable | 2,356 | - | - |
| Liabilities attributed to property held for sale | - | 13,697 | - |
| **Total Current Liabilities** | 92,983 | 119,355 | 132,013 |
| **Non-Current Liabilities** | | | |
| Mortgages notes payable | 207,269 | 118,416 | 169,640 |
| Bonds payable | 193,113 | 143,166 | 21,765 |
| Other long-term liabilities | 2,813 | - | - |
| **Total Non-Current Liabilities** | 403,195 | 261,582 | 191,405 |
| **Total Liabilities** | 496,178 | 380,937 | 323,418 |
| Common stock | 304,208 | 304,208 | 304,208 |
| Additional paid-in capital | - | - | - |
| Retained earnings | 198,985 | 314,907 | 443,052 |
| Treasury stock | - | - | - |
| **Total Equity** | 503,193 | 619,115 | 747,260 |
| **Total Liabilities & Equity** | 999,371 | 1,000,052 | 1,070,678 |

App. 653

| Southern Properties Capital LLC | Schedule A.3 |
|---|---|
| Financial Statement Analysis | Date: December 31, 2022 |

**Historical Income Statements - D4DS**    *All figures are in thousands*

| | For twelve months ending: | | |
|---|---|---|---|
| | 31-Dec-20 Actual | 31-Dec-21 Actual | 31-Dec-22 Actual |
| Revenue (Rental) | $ 2,329 | $ 2,490 | $ 2,664 |
| Property operating expenses | 910 | 1,116 | 1,189 |
| **Gross profit** | **1,419** | **1,374** | **1,475** |
| General and administrative expense | 296 | 300 | 306 |
| **Earnings before interest, taxes, depreciation & amortization (EBITDA)** | **1,123** | **1,074** | **1,170** |
| Depreciation expense | 523 | 523 | 523 |
| Amortization expense | - | - | - |
| **Earnings before interest & taxes (EBIT)** | **600** | **551** | **647** |
| Other income (expense) | 208 | 255 | 234 |
| Interest income (expense) | (714) | (728) | (720) |
| Foreign currency gain (loss) | - | - | |
| Other income, net | (506) | (472) | (486) |
| **Pretax income (EBT)** | **93** | **78** | **161** |
| Provision (benefit) for income taxes | - | - | - |
| **Total** | **93** | **78** | **161** |

App. 654

**Southern Properties Capital LLC**
**Financial Statement Analysis**

**Schedule A.4**
**Date: December 31, 2022**

*Historical Balance Sheets - D4DS*

*All figures are in thousands*

| | As of: | | |
|---|---|---|---|
| | 31-Dec-20 Actual | 31-Dec-21 Actual | 31-Dec-22 Actual |
| **Current Assets** | | | |
| Cash and cash equivalents | $ 532 | $ 295 | $ 278 |
| Accounts receivables (tenants) | 16 | 9 | 9 |
| Misc. prepaid expenses | 53 | 56 | 59 |
| **Total Current Assets** | **601** | **360** | **346** |
| | | | |
| Tenant Deposits Held in Trust | 71 | 71 | 47 |
| Restricted Deposits | 966 | 1,487 | 1,641 |
| | | | |
| **Non-Current Assets** | | | |
| Fixed assets, net | 20,750 | 20,227 | 19,704 |
| Other assets | 14 | 14 | 14 |
| **Total Assets** | **22,403** | **22,160** | **21,752** |
| | | | |
| **Current Liabilities** | | | |
| Current portion of mortgages notes payable | 219 | 227 | 236 |
| Current portion of bonds payable | 2 | - | - |
| Accounts payable | - | - | - |
| Accrued expenses | 593 | 695 | 763 |
| Unearned Income | 8 | 24 | 17 |
| **Total Current Liabilities** | **821** | **946** | **1,016** |
| | | | |
| Tenant deposits held in trust | 67 | 55 | 46 |
| | | | |
| **Non-Current Liabilities** | | | |
| Mortgages notes payable | 17,653 | 17,436 | 17,212 |
| Other loans and notes payable | 148 | - | - |
| Other long-term liabilities | - | - | - |
| **Total Non-Current Liabilities** | **17,801** | **17,436** | **17,212** |
| **Total Liabilities** | **18,689** | **18,437** | **18,273** |
| | | | |
| Common stock | 3,714 | 3,723 | 3,479 |
| **Total Equity** | **3,714** | **3,723** | **3,479** |
| **Total Liabilities & Equity** | **22,403** | **22,160** | **21,752** |

App. 655

**Southern Properties Capital LLC**
**Financial Statement Analysis**

Schedule A.5
Date: December 31, 2022

*Historical Income Statements - D4FR*

*All figures are in thousands*

| | For twelve months ending: | | |
| --- | --- | --- | --- |
| | 31-Dec-20 Actual | 31-Dec-21 Actual | 31-Dec-22 Actual |
| Revenue (Rental) | $ 1,469 | $ 4,302 | $ 4,638 |
| Property operating expenses | 552 | 1,553 | 1,824 |
| **Gross profit** | **918** | **2,749** | **2,814** |
| General and administrative expense | 211 | 423 | 427 |
| **Earnings before interest, taxes, depreciation & amortization (EBITDA)** | **706** | **2,325** | **2,387** |
| Depreciation expense | 507 | 1,030 | 1,030 |
| Amortization expense | - | - | - |
| **Earnings before interest & taxes (EBIT)** | **200** | **1,296** | **1,357** |
| Other income (expense) | 111 | 432 | 330 |
| Interest income (expense) | (702) | (1,493) | (1,474) |
| Foreign currency gain (loss) | - | - | - |
| Other income, net | (591) | (1,061) | (1,145) |
| **Pretax income (EBT)** | **(391)** | **235** | **213** |
| Provision (benefit) for income taxes | - | - | - |
| **Total** | **(391)** | **235** | **213** |

App. 656

**Southern Properties Capital LLC**
**Financial Statement Analysis**

Schedule A.6
Date: December 31, 2022

*Historical Balance Sheets - D4FR*

*All figures are in thousands*

| | As of: | | |
|---|---|---|---|
| | **31-Dec-20** **Actual** | **31-Dec-21** **Actual** | **31-Dec-22** **Actual** |
| **Current Assets** | | | |
| Cash and cash equivalents | $ 248 | $ 695 | $ 639 |
| Accounts receivables (tenants) | 10 | 31 | 10 |
| Misc. prepaid expenses | 45 | 48 | 54 |
| **Total Current Assets** | **302** | **774** | **703** |
| | | | |
| Tenant Deposits Held in Trust | 143 | 146 | 139 |
| Restricted Deposits | 2,584 | 2,798 | 2,895 |
| | | | |
| **Non-Current Assets** | | | |
| Fixed assets, net | 41,540 | 40,511 | 39,481 |
| Other assets | 1 | 1 | 1 |
| **Total Assets** | **44,571** | **44,230** | **43,219** |
| | | | |
| **Current Liabilities** | | | |
| Current portion of mortgages notes payable | 397 | 412 | 429 |
| Current portion of bonds payable | 2 | - | - |
| Accounts payable | 3 | 11 | 3 |
| Accrued expenses | 577 | 1,022 | 1,047 |
| Unearned income | 14 | 35 | 8 |
| **Total Current Liabilities** | **992** | **1,481** | **1,487** |
| | | | |
| Tenant deposits held in trust | 137 | 143 | 134 |
| | | | |
| **Non-Current Liabilities** | | | |
| Mortgages notes payable | 35,142 | 34,739 | 34,320 |
| Other loans and notes payable | 148 | - | - |
| Other long-term liabilities | - | - | - |
| **Total Non-Current Liabilities** | **35,290** | **34,739** | **34,320** |
| **Total Liabilities** | **36,419** | **36,363** | **35,941** |
| | | | |
| Common stock | 8,152 | 7,867 | 7,278 |
| **Total Equity** | **8,152** | **7,867** | **7,278** |
| **Total Liabilities & Equity** | **44,571** | **44,230** | **43,219** |

App. 657

# EXHIBIT H-3

**Southern Properties Capital LLC**
**Financial Statement Analysis**

Schedule B.1
Date: April 30, 2023

*Historical Income Statements - Bellwether*

*All figures are in thousands*

| | For twelve months ending: | | | | For 4 months ending: | For 12 months ending: |
|---|---|---|---|---|---|---|
| | 31-Dec-19 Unaudited | 31-Dec-20 Unaudited | 31-Dec-21 Unaudited | 31-Dec-22 Unaudited | 30-Apr-23 Unaudited | 31-Dec-23 Projected |
| Revenue (Rental) | $ 594 | $ 2,251 | $ 2,375 | $ 2,584 | $ 885 | $ 2,785 |
| Other Income | 50 | 157 | 175 | 123 | 51 | 132 |
| Property operating expenses | 560 | 1,004 | 1,099 | 1,198 | 384 | 1,146 |
| **Gross profit** | **84** | **1,404** | **1,451** | **1,509** | **552** | **1,771** |
| General and administrative expense | 28 | 39 | 36 | 31 | 9 | 34 |
| **Net Operating Income** | **56** | **1,365** | **1,415** | **1,477** | **544** | **1,737** |
| Replacements | (44) | (26) | (106) | (73) | (49) | (76) |
| Net Reserve Activity | (8) | (45) | (45) | (45) | (15) | (15) |
| Total debt service | (153) | (914) | (943) | (946) | (313) | (940) |
| **Net Cashflow** | **(149)** | **381** | **322** | **413** | **167** | **707** |

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 312 of 344    PageID 8505

**Southern Properties Capital LLC**
**Financial Statement Analysis**

Schedule B.2
Date: April 30, 2023

*Historical Income Statements - Parc at Windmill*

*All figures are in thousands*

| | For twelve months ending: | | | | For 4 months ending: | For 12 months ending: |
|---|---|---|---|---|---|---|
| | 31-Dec-19 Unaudited | 31-Dec-20 Unaudited | 31-Dec-21 Unaudited | 31-Dec-22 Unaudited | 30-Apr-23 Unaudited | 31-Dec-23 Projected |
| Revenue (Rental) | $ 17 | $ 1,928 | $ 4,265 | $ 4,567 | $ 1,515 | $ 5,027 |
| Other income | 5 | 119 | 262 | 210 | 45 | 223 |
| Property operating expenses | 154 | 1,013 | 1,618 | 1,740 | 582 | 1,819 |
| **Gross profit** | **(132)** | **1,035** | **2,909** | **3,038** | **978** | **3,431** |
| General and administrative expense | 10 | 53 | 51 | 51 | 16 | 53 |
| **Net Operating Income** | **(142)** | **982** | **2,858** | **2,987** | **962** | **3,378** |
| Replacements | (11) | (62) | (145) | (290) | (71) | (172) |
| Net Reserve Activity | - | (54) | (82) | (82) | (27) | (61) |
| Debt Service | - | (848) | (1,880) | (1,835) | (597) | (1,791) |
| **Net Cashflow** | **(153)** | **17** | **751** | **779** | **267** | **1,354** |

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 313 of 344    PageID 8506

*Historical Income Statements - Parc at Ingleside*

*All figures are in thousands*

| | For twelve months ending: | | | For 4 months ending: | For 12 months ending: |
|---|---|---|---|---|---|
| | **31-Dec-20** **Unaudited** | **31-Dec-21** **Unaudited** | **31-Dec-22** **Unaudited** | **30-Apr-23** **Unaudited** | **31-Dec-23** **Projected** |
| Revenue (Rental) | $        - | $      519 | $    1,750 | $      882 | $     2,615 |
| Other income | - | 54 | 115 | 42 | 111 |
| Property operating expenses | 19 | 574 | 922 | 355 | 1,019 |
| **Gross profit** | **(19)** | **(2)** | **943** | **570** | **1,707** |
| General and administrative expense | 5 | 40 | 47 | 16 | 42 |
| **Net Operating Income** | **(25)** | **(42)** | **897** | **554** | **1,665** |
| Replacements | - | (28) | (111) | (18) | (54) |
| Net Reserve Activity | - | - | (48) | (16) | (48) |
| Debt Service | - | - | (1,244) | (417) | (1,251) |
| **Net Cashflow** | **(25)** | **(70)** | **(507)** | **103** | **312** |

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 314 of 344    PageID 8507

## Southern Properties Capital LLC
### Financial Statement Analysis

Schedule B.4
Date: April 30, 2023

*Historical Income Statements - Parc at Opelika*

*All figures are in thousands*

| | For 12-months ending: | For 4 months ending: | For 12 months ending: |
|---|---|---|---|
| | 31-Dec-22 Unaudited | 30-Apr-23 Unaudited | 31-Dec-23 Projected |
| Revenue (Rental) | $ 423 | $ 510 | $ 2,399 |
| Other income | 86 | 43 | 101 |
| Property operating expenses | 273 | 265 | 774 |
| **Gross profit** | **236** | **288** | **1,727** |
| General and administrative expense | 21 | 14 | 28 |
| **Net Operating Income** | **216** | **274** | **1,699** |
| Replacements | (44) | (22) | (15) |
| Net Reserve Activity | (4) | (14) | - |
| Debt Service | (141) | (356) | NA |
| **Net Cashflow** | **27** | **(118)** | **1,684** |

# EXHIBIT H-4

## Schedule C.1
## Bellwether Net Proceeds and Interest Savings Calculations

| Value of Property | Net from Immediate Sale - no Prepayment Penalty | Net Proceeds from Sale w 15-Year HUD Assumption | Net Proceeds from Sale w/ Ten Year HUD Assumption | PV 15-Year Interest Savings | PV 10-Year Interest Savings | Assumed Selling Costs @ 1.5% |
|---|---|---|---|---|---|---|
| $ 31,200,000 Apprise | $ 13,284,885 | $ 15,811,964.18 | $ 15,285,000.88 | $ 2,527,079.18 | $ 2,000,115.88 | $ 468,000 |

| | | | |
|---|---|---|---|
| Receiver Net | $ 5,100,000.00 | | |
| Payoff SPC | $ 3,797,759.00 | | |
| Receiver Proceeds | $ 8,897,759.00 | $ 8,897,759.00 | $ 8,897,759.00 |
| Shortfall | $ 4,387,126.00 | $ 6,914,205.18 | $ 6,387,241.88 |
| Loss to SPC | $ 9,955,126.00 | $ 12,482,205.18 | $ 11,955,241.88 |

# Schedule C.1
## Bellwether Net Proceeds and Interest Savings Calculations

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 317 of 344    PageID 8510

App. 665

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|-------|-----|-------------|---------|----------|-----------|------------------------------|-----------|------------------|----------------------|---------------------|
| | | $ 17,447,115.00 | | 3.70% | | 5.50% | | | 6.50% | |
| Jan-23 | 1 | $ 17,422,613.27 | $ 78,297.00 | $ 53,795.27 | $ 24,501.73 | $ 79,965.94 | $ 24,501.73 | $ 26,170.67 | 99.48% | $ 26,033.69 |
| Feb-23 | 2 | $ 17,398,036.00 | $ 78,297.00 | $ 53,719.72 | $ 24,577.28 | $ 79,853.64 | $ 24,577.28 | $ 26,133.92 | 98.96% | $ 25,861.06 |
| Mar-23 | 3 | $ 17,373,382.94 | $ 78,297.00 | $ 53,643.94 | $ 24,653.06 | $ 79,741.00 | $ 24,653.06 | $ 26,097.05 | 98.44% | $ 25,689.41 |
| Apr-23 | 4 | $ 17,348,653.87 | $ 78,297.00 | $ 53,567.93 | $ 24,729.07 | $ 79,628.01 | $ 24,729.07 | $ 26,060.07 | 97.92% | $ 25,518.73 |
| May-23 | 5 | $ 17,323,848.55 | $ 78,297.00 | $ 53,491.68 | $ 24,805.32 | $ 79,514.66 | $ 24,805.32 | $ 26,022.98 | 97.41% | $ 25,349.03 |
| Jun-23 | 6 | $ 17,298,966.75 | $ 78,297.00 | $ 53,415.20 | $ 24,881.80 | $ 79,400.97 | $ 24,881.80 | $ 25,985.77 | 96.90% | $ 25,180.30 |
| Jul-23 | 7 | $ 17,274,008.23 | $ 78,297.00 | $ 53,338.48 | $ 24,958.52 | $ 79,286.93 | $ 24,958.52 | $ 25,948.45 | 96.39% | $ 25,012.52 |
| Aug-23 | 8 | $ 17,248,972.76 | $ 78,297.00 | $ 53,261.53 | $ 25,035.47 | $ 79,172.54 | $ 25,035.47 | $ 25,911.01 | 95.89% | $ 24,845.70 |
| Sep-23 | 9 | $ 17,223,860.09 | $ 78,297.00 | $ 53,184.33 | $ 25,112.67 | $ 79,057.79 | $ 25,112.67 | $ 25,873.46 | 95.39% | $ 24,679.84 |
| Oct-23 | 10 | $ 17,198,669.99 | $ 78,297.00 | $ 53,106.90 | $ 25,190.10 | $ 78,942.69 | $ 25,190.10 | $ 25,835.79 | 94.89% | $ 24,514.92 |
| Nov-23 | 11 | $ 17,173,402.23 | $ 78,297.00 | $ 53,029.23 | $ 25,267.77 | $ 78,827.24 | $ 25,267.77 | $ 25,798.00 | 94.39% | $ 24,350.94 |
| Dec-23 | 12 | $ 17,148,056.55 | $ 78,297.00 | $ 52,951.32 | $ 25,345.68 | $ 78,711.43 | $ 25,345.68 | $ 25,760.10 | 93.90% | $ 24,187.89 |
| Jan-24 | 13 | $ 17,122,632.72 | $ 78,297.00 | $ 52,873.17 | $ 25,423.83 | $ 78,595.26 | $ 25,423.83 | $ 25,722.08 | 93.41% | $ 24,025.78 |
| Feb-24 | 14 | $ 17,097,130.51 | $ 78,297.00 | $ 52,794.78 | $ 25,502.22 | $ 78,478.73 | $ 25,502.22 | $ 25,683.95 | 92.92% | $ 23,864.59 |
| Mar-24 | 15 | $ 17,071,549.66 | $ 78,297.00 | $ 52,716.15 | $ 25,580.85 | $ 78,361.85 | $ 25,580.85 | $ 25,645.70 | 92.43% | $ 23,704.32 |
| Apr-24 | 16 | $ 17,045,889.94 | $ 78,297.00 | $ 52,637.28 | $ 25,659.72 | $ 78,244.60 | $ 25,659.72 | $ 25,607.32 | 91.95% | $ 23,544.97 |
| May-24 | 17 | $ 17,020,151.10 | $ 78,297.00 | $ 52,558.16 | $ 25,738.84 | $ 78,127.00 | $ 25,738.84 | $ 25,568.83 | 91.46% | $ 23,386.52 |
| Jun-24 | 18 | $ 16,994,332.90 | $ 78,297.00 | $ 52,478.80 | $ 25,818.20 | $ 78,009.03 | $ 25,818.20 | $ 25,530.23 | 90.99% | $ 23,228.99 |
| Jul-24 | 19 | $ 16,968,435.09 | $ 78,297.00 | $ 52,399.19 | $ 25,897.81 | $ 77,890.69 | $ 25,897.81 | $ 25,491.50 | 90.51% | $ 23,072.35 |
| Aug-24 | 20 | $ 16,942,457.43 | $ 78,297.00 | $ 52,319.34 | $ 25,977.66 | $ 77,771.99 | $ 25,977.66 | $ 25,452.65 | 90.04% | $ 22,916.61 |
| Sep-24 | 21 | $ 16,916,399.68 | $ 78,297.00 | $ 52,239.24 | $ 26,057.76 | $ 77,652.93 | $ 26,057.76 | $ 25,413.69 | 89.56% | $ 22,761.76 |
| Oct-24 | 22 | $ 16,890,261.58 | $ 78,297.00 | $ 52,158.90 | $ 26,138.10 | $ 77,533.50 | $ 26,138.10 | $ 25,374.60 | 89.10% | $ 22,607.80 |
| Nov-24 | 23 | $ 16,864,042.88 | $ 78,297.00 | $ 52,078.31 | $ 26,218.69 | $ 77,413.70 | $ 26,218.69 | $ 25,335.39 | 88.63% | $ 22,454.72 |
| Dec-24 | 24 | $ 16,837,743.35 | $ 78,297.00 | $ 51,997.47 | $ 26,299.53 | $ 77,293.53 | $ 26,299.53 | $ 25,296.06 | 88.17% | $ 22,302.51 |
| Jan-25 | 25 | $ 16,811,362.72 | $ 78,297.00 | $ 51,916.38 | $ 26,380.62 | $ 77,172.99 | $ 26,380.62 | $ 25,256.62 | 87.70% | $ 22,151.18 |
| Feb-25 | 26 | $ 16,784,900.76 | $ 78,297.00 | $ 51,835.04 | $ 26,461.96 | $ 77,052.08 | $ 26,461.96 | $ 25,217.04 | 87.25% | $ 22,000.71 |
| Mar-25 | 27 | $ 16,758,357.20 | $ 78,297.00 | $ 51,753.44 | $ 26,543.56 | $ 76,930.80 | $ 26,543.56 | $ 25,177.35 | 86.79% | $ 21,851.11 |
| Apr-25 | 28 | $ 16,731,731.80 | $ 78,297.00 | $ 51,671.60 | $ 26,625.40 | $ 76,809.14 | $ 26,625.40 | $ 25,137.54 | 86.33% | $ 21,702.36 |
| May-25 | 29 | $ 16,705,024.31 | $ 78,297.00 | $ 51,589.51 | $ 26,707.49 | $ 76,687.10 | $ 26,707.49 | $ 25,097.60 | 85.88% | $ 21,554.47 |
| Jun-25 | 30 | $ 16,678,234.47 | $ 78,297.00 | $ 51,507.16 | $ 26,789.84 | $ 76,564.69 | $ 26,789.84 | $ 25,057.54 | 85.43% | $ 21,407.42 |

Schedule C.1

Bellwether Net Proceeds and Interest Savings Calculations

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Jul-25 | 31 | $ 16,651,362.03 | $ 78,297.00 | $ 51,424.56 | $ 26,872.44 | $ 76,441.91 | $ 26,872.44 | $ 25,017.35 | 84.99% | $ 21,261.22 |
| Aug-25 | 32 | $ 16,624,406.72 | $ 78,297.00 | $ 51,341.70 | $ 26,955.30 | $ 76,318.74 | $ 26,955.30 | $ 24,977.04 | 84.54% | $ 21,115.86 |
| Sep-25 | 33 | $ 16,597,368.31 | $ 78,297.00 | $ 51,258.59 | $ 27,038.41 | $ 76,195.20 | $ 27,038.41 | $ 24,936.61 | 84.10% | $ 20,971.33 |
| Oct-25 | 34 | $ 16,570,246.53 | $ 78,297.00 | $ 51,175.22 | $ 27,121.78 | $ 76,071.27 | $ 27,121.78 | $ 24,896.05 | 83.66% | $ 20,827.63 |
| Nov-25 | 35 | $ 16,543,041.12 | $ 78,297.00 | $ 51,091.59 | $ 27,205.41 | $ 75,946.96 | $ 27,205.41 | $ 24,855.37 | 83.22% | $ 20,684.76 |
| Dec-25 | 36 | $ 16,515,751.83 | $ 78,297.00 | $ 51,007.71 | $ 27,289.29 | $ 75,822.27 | $ 27,289.29 | $ 24,814.56 | 82.78% | $ 20,542.71 |
| Jan-26 | 37 | $ 16,488,378.40 | $ 78,297.00 | $ 50,923.57 | $ 27,373.43 | $ 75,697.20 | $ 27,373.43 | $ 24,773.63 | 82.35% | $ 20,401.48 |
| Feb-26 | 38 | $ 16,460,920.57 | $ 78,297.00 | $ 50,839.17 | $ 27,457.83 | $ 75,571.73 | $ 27,457.83 | $ 24,732.57 | 81.92% | $ 20,261.06 |
| Mar-26 | 39 | $ 16,433,378.07 | $ 78,297.00 | $ 50,754.51 | $ 27,542.49 | $ 75,445.89 | $ 27,542.49 | $ 24,691.38 | 81.49% | $ 20,121.44 |
| Apr-26 | 40 | $ 16,405,750.66 | $ 78,297.00 | $ 50,669.58 | $ 27,627.42 | $ 75,319.65 | $ 27,627.42 | $ 24,650.07 | 81.07% | $ 19,982.63 |
| May-26 | 41 | $ 16,378,038.05 | $ 78,297.00 | $ 50,584.40 | $ 27,712.60 | $ 75,193.02 | $ 27,712.60 | $ 24,608.63 | 80.64% | $ 19,844.62 |
| Jun-26 | 42 | $ 16,350,240.01 | $ 78,297.00 | $ 50,498.95 | $ 27,798.05 | $ 75,066.01 | $ 27,798.05 | $ 24,567.06 | 80.22% | $ 19,707.41 |
| Jul-26 | 43 | $ 16,322,356.25 | $ 78,297.00 | $ 50,413.24 | $ 27,883.76 | $ 74,938.60 | $ 27,883.76 | $ 24,525.36 | 79.80% | $ 19,570.98 |
| Aug-26 | 44 | $ 16,294,386.51 | $ 78,297.00 | $ 50,327.27 | $ 27,969.73 | $ 74,810.80 | $ 27,969.73 | $ 24,483.53 | 79.38% | $ 19,435.34 |
| Sep-26 | 45 | $ 16,266,330.54 | $ 78,297.00 | $ 50,241.03 | $ 28,055.97 | $ 74,682.60 | $ 28,055.97 | $ 24,441.58 | 78.97% | $ 19,300.49 |
| Oct-26 | 46 | $ 16,238,188.05 | $ 78,297.00 | $ 50,154.52 | $ 28,142.48 | $ 74,554.01 | $ 28,142.48 | $ 24,399.50 | 78.55% | $ 19,166.41 |
| Nov-26 | 47 | $ 16,209,958.80 | $ 78,297.00 | $ 50,067.75 | $ 28,229.25 | $ 74,425.03 | $ 28,229.25 | $ 24,357.28 | 78.14% | $ 19,033.10 |
| Dec-26 | 48 | $ 16,181,642.51 | $ 78,297.00 | $ 49,980.71 | $ 28,316.29 | $ 74,295.64 | $ 28,316.29 | $ 24,314.94 | 77.73% | $ 18,900.56 |
| Jan-27 | 49 | $ 16,153,238.91 | $ 78,297.00 | $ 49,893.40 | $ 28,403.60 | $ 74,165.86 | $ 28,403.60 | $ 24,272.46 | 77.33% | $ 18,768.79 |
| Feb-27 | 50 | $ 16,124,747.73 | $ 78,297.00 | $ 49,805.82 | $ 28,491.18 | $ 74,035.68 | $ 28,491.18 | $ 24,229.86 | 76.92% | $ 18,637.78 |
| Mar-27 | 51 | $ 16,096,168.70 | $ 78,297.00 | $ 49,717.97 | $ 28,579.03 | $ 73,905.09 | $ 28,579.03 | $ 24,187.12 | 76.52% | $ 18,507.53 |
| Apr-27 | 52 | $ 16,067,501.55 | $ 78,297.00 | $ 49,629.85 | $ 28,667.15 | $ 73,774.11 | $ 28,667.15 | $ 24,144.25 | 76.12% | $ 18,378.02 |
| May-27 | 53 | $ 16,038,746.01 | $ 78,297.00 | $ 49,541.46 | $ 28,755.54 | $ 73,642.72 | $ 28,755.54 | $ 24,101.25 | 75.72% | $ 18,249.07 |
| Jun-27 | 54 | $ 16,009,901.81 | $ 78,297.00 | $ 49,452.80 | $ 28,844.20 | $ 73,510.92 | $ 28,844.20 | $ 24,058.12 | 75.32% | $ 18,121.26 |
| Jul-27 | 55 | $ 15,980,968.68 | $ 78,297.00 | $ 49,363.86 | $ 28,933.14 | $ 73,378.72 | $ 28,933.14 | $ 24,014.85 | 74.93% | $ 17,993.99 |
| Aug-27 | 56 | $ 15,951,946.33 | $ 78,297.00 | $ 49,274.65 | $ 29,022.35 | $ 73,246.11 | $ 29,022.35 | $ 23,971.45 | 74.54% | $ 17,867.46 |
| Sep-27 | 57 | $ 15,922,834.50 | $ 78,297.00 | $ 49,185.17 | $ 29,111.83 | $ 73,113.09 | $ 29,111.83 | $ 23,927.92 | 74.15% | $ 17,741.66 |
| Oct-27 | 58 | $ 15,893,632.91 | $ 78,297.00 | $ 49,095.41 | $ 29,201.59 | $ 72,979.66 | $ 29,201.59 | $ 23,884.25 | 73.76% | $ 17,616.59 |
| Nov-27 | 59 | $ 15,864,341.27 | $ 78,297.00 | $ 49,005.37 | $ 29,291.63 | $ 72,845.82 | $ 29,291.63 | $ 23,840.45 | 73.37% | $ 17,492.24 |
| Dec-27 | 60 | $ 15,834,959.33 | $ 78,297.00 | $ 48,915.05 | $ 29,381.95 | $ 72,711.56 | $ 29,381.95 | $ 23,796.51 | 72.99% | $ 17,368.62 |
| Jan-28 | 61 | $ 15,805,486.78 | $ 78,297.00 | $ 48,824.46 | $ 29,472.54 | $ 72,576.90 | $ 29,472.54 | $ 23,752.44 | 72.61% | $ 17,245.71 |

App. 666

**Schedule C.1**

**Bellwether Net Proceeds and Interest Savings Calculations**

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Feb-28 | 62 | $ 15,775,923.37 | $ 78,297.00 | $ 48,733.58 | $ 29,563.42 | $ 72,441.81 | $ 29,563.42 | $ 23,708.23 | 72.23% | $ 17,123.51 |
| Mar-28 | 63 | $ 15,746,268.80 | $ 78,297.00 | $ 48,642.43 | $ 29,654.57 | $ 72,306.32 | $ 29,654.57 | $ 23,663.89 | 71.85% | $ 17,002.02 |
| Apr-28 | 64 | $ 15,716,522.79 | $ 78,297.00 | $ 48,551.00 | $ 29,746.00 | $ 72,170.40 | $ 29,746.00 | $ 23,619.40 | 71.47% | $ 16,881.24 |
| May-28 | 65 | $ 15,686,685.07 | $ 78,297.00 | $ 48,459.28 | $ 29,837.72 | $ 72,034.06 | $ 29,837.72 | $ 23,574.78 | 71.10% | $ 16,761.16 |
| Jun-28 | 66 | $ 15,656,755.35 | $ 78,297.00 | $ 48,367.28 | $ 29,929.72 | $ 71,897.31 | $ 29,929.72 | $ 23,530.03 | 70.73% | $ 16,641.77 |
| Jul-28 | 67 | $ 15,626,733.35 | $ 78,297.00 | $ 48,275.00 | $ 30,022.00 | $ 71,760.13 | $ 30,022.00 | $ 23,485.13 | 70.36% | $ 16,523.08 |
| Aug-28 | 68 | $ 15,596,618.78 | $ 78,297.00 | $ 48,182.43 | $ 30,114.57 | $ 71,622.53 | $ 30,114.57 | $ 23,440.10 | 69.99% | $ 16,405.08 |
| Sep-28 | 69 | $ 15,566,411.35 | $ 78,297.00 | $ 48,089.57 | $ 30,207.43 | $ 71,484.50 | $ 30,207.43 | $ 23,394.93 | 69.62% | $ 16,287.76 |
| Oct-28 | 70 | $ 15,536,110.78 | $ 78,297.00 | $ 47,996.43 | $ 30,300.57 | $ 71,346.05 | $ 30,300.57 | $ 23,349.62 | 69.26% | $ 16,171.13 |
| Nov-28 | 71 | $ 15,505,716.79 | $ 78,297.00 | $ 47,903.01 | $ 30,393.99 | $ 71,207.17 | $ 30,393.99 | $ 23,304.17 | 68.89% | $ 16,055.18 |
| Dec-28 | 72 | $ 15,475,229.09 | $ 78,297.00 | $ 47,809.29 | $ 30,487.71 | $ 71,067.87 | $ 30,487.71 | $ 23,258.58 | 68.53% | $ 15,939.90 |
| Jan-29 | 73 | $ 15,444,647.38 | $ 78,297.00 | $ 47,715.29 | $ 30,581.71 | $ 70,928.13 | $ 30,581.71 | $ 23,212.84 | 68.17% | $ 15,825.29 |
| Feb-29 | 74 | $ 15,413,971.37 | $ 78,297.00 | $ 47,621.00 | $ 30,676.00 | $ 70,787.97 | $ 30,676.00 | $ 23,166.97 | 67.82% | $ 15,711.34 |
| Mar-29 | 75 | $ 15,383,200.78 | $ 78,297.00 | $ 47,526.41 | $ 30,770.59 | $ 70,647.37 | $ 30,770.59 | $ 23,120.96 | 67.46% | $ 15,598.07 |
| Apr-29 | 76 | $ 15,352,335.32 | $ 78,297.00 | $ 47,431.54 | $ 30,865.46 | $ 70,506.34 | $ 30,865.46 | $ 23,074.80 | 67.11% | $ 15,485.45 |
| May-29 | 77 | $ 15,321,374.69 | $ 78,297.00 | $ 47,336.37 | $ 30,960.63 | $ 70,364.87 | $ 30,960.63 | $ 23,028.50 | 66.76% | $ 15,373.49 |
| Jun-29 | 78 | $ 15,290,318.59 | $ 78,297.00 | $ 47,240.91 | $ 31,056.09 | $ 70,222.97 | $ 31,056.09 | $ 22,982.06 | 66.41% | $ 15,262.18 |
| Jul-29 | 79 | $ 15,259,166.74 | $ 78,297.00 | $ 47,145.15 | $ 31,151.85 | $ 70,080.63 | $ 31,151.85 | $ 22,935.48 | 66.06% | $ 15,151.52 |
| Aug-29 | 80 | $ 15,227,918.84 | $ 78,297.00 | $ 47,049.10 | $ 31,247.90 | $ 69,937.85 | $ 31,247.90 | $ 22,888.75 | 65.72% | $ 15,041.51 |
| Sep-29 | 81 | $ 15,196,574.59 | $ 78,297.00 | $ 46,952.75 | $ 31,344.25 | $ 69,794.63 | $ 31,344.25 | $ 22,841.88 | 65.37% | $ 14,932.14 |
| Oct-29 | 82 | $ 15,165,133.69 | $ 78,297.00 | $ 46,856.10 | $ 31,440.90 | $ 69,650.97 | $ 31,440.90 | $ 22,794.86 | 65.03% | $ 14,823.41 |
| Nov-29 | 83 | $ 15,133,595.86 | $ 78,297.00 | $ 46,759.16 | $ 31,537.84 | $ 69,506.86 | $ 31,537.84 | $ 22,747.70 | 64.69% | $ 14,715.31 |
| Dec-29 | 84 | $ 15,101,960.78 | $ 78,297.00 | $ 46,661.92 | $ 31,635.08 | $ 69,362.31 | $ 31,635.08 | $ 22,700.39 | 64.35% | $ 14,607.84 |
| Jan-30 | 85 | $ 15,070,228.16 | $ 78,297.00 | $ 46,564.38 | $ 31,732.62 | $ 69,217.32 | $ 31,732.62 | $ 22,652.94 | 64.01% | $ 14,501.01 |
| Feb-30 | 86 | $ 15,038,397.69 | $ 78,297.00 | $ 46,466.54 | $ 31,830.46 | $ 69,071.88 | $ 31,830.46 | $ 22,605.34 | 63.68% | $ 14,394.80 |
| Mar-30 | 87 | $ 15,006,469.09 | $ 78,297.00 | $ 46,368.39 | $ 31,928.61 | $ 68,925.99 | $ 31,928.61 | $ 22,557.60 | 63.35% | $ 14,289.21 |
| Apr-30 | 88 | $ 14,974,442.03 | $ 78,297.00 | $ 46,269.95 | $ 32,027.05 | $ 68,779.65 | $ 32,027.05 | $ 22,509.70 | 63.01% | $ 14,184.24 |
| May-30 | 89 | $ 14,942,316.23 | $ 78,297.00 | $ 46,171.20 | $ 32,125.80 | $ 68,632.86 | $ 32,125.80 | $ 22,461.66 | 62.68% | $ 14,079.88 |
| Jun-30 | 90 | $ 14,910,091.37 | $ 78,297.00 | $ 46,072.14 | $ 32,224.86 | $ 68,485.62 | $ 32,224.86 | $ 22,413.47 | 62.36% | $ 13,976.14 |
| Jul-30 | 91 | $ 14,877,767.15 | $ 78,297.00 | $ 45,972.78 | $ 32,324.22 | $ 68,337.92 | $ 32,324.22 | $ 22,365.14 | 62.03% | $ 13,873.00 |
| Aug-30 | 92 | $ 14,845,343.27 | $ 78,297.00 | $ 45,873.12 | $ 32,423.88 | $ 68,189.77 | $ 32,423.88 | $ 22,316.65 | 61.70% | $ 13,770.47 |

App. 667

## Schedule C.1
## Bellwether Net Proceeds and Interest Savings Calculations

Case 3:22-cv-02118-X  Document 250  Filed 05/30/23  Page 320 of 344  PageID 8513

App. 668

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Sep-30 | 93 | $ 14,812,819.41 | $ 78,297.00 | $ 45,773.14 | $ 32,523.86 | $ 68,041.16 | $ 32,523.86 | $ 22,268.01 | 61.38% | $ 13,668.54 |
| Oct-30 | 94 | $ 14,780,195.27 | $ 78,297.00 | $ 45,672.86 | $ 32,624.14 | $ 67,892.09 | $ 32,624.14 | $ 22,219.23 | 61.06% | $ 13,567.21 |
| Nov-30 | 95 | $ 14,747,470.54 | $ 78,297.00 | $ 45,572.27 | $ 32,724.73 | $ 67,742.56 | $ 32,724.73 | $ 22,170.29 | 60.74% | $ 13,466.47 |
| Dec-30 | 96 | $ 14,714,644.90 | $ 78,297.00 | $ 45,471.37 | $ 32,825.63 | $ 67,592.57 | $ 32,825.63 | $ 22,121.21 | 60.42% | $ 13,366.32 |
| Jan-31 | 97 | $ 14,681,718.06 | $ 78,297.00 | $ 45,370.16 | $ 32,926.84 | $ 67,442.12 | $ 32,926.84 | $ 22,071.97 | 60.11% | $ 13,266.77 |
| Feb-31 | 98 | $ 14,648,689.69 | $ 78,297.00 | $ 45,268.63 | $ 33,028.37 | $ 67,291.21 | $ 33,028.37 | $ 22,022.58 | 59.79% | $ 13,167.79 |
| Mar-31 | 99 | $ 14,615,559.48 | $ 78,297.00 | $ 45,166.79 | $ 33,130.21 | $ 67,139.83 | $ 33,130.21 | $ 21,973.03 | 59.48% | $ 13,069.40 |
| Apr-31 | 100 | $ 14,582,327.13 | $ 78,297.00 | $ 45,064.64 | $ 33,232.36 | $ 66,987.98 | $ 33,232.36 | $ 21,923.34 | 59.17% | $ 12,971.59 |
| May-31 | 101 | $ 14,548,992.30 | $ 78,297.00 | $ 44,962.18 | $ 33,334.82 | $ 66,835.67 | $ 33,334.82 | $ 21,873.49 | 58.86% | $ 12,874.36 |
| Jun-31 | 102 | $ 14,515,554.69 | $ 78,297.00 | $ 44,859.39 | $ 33,437.61 | $ 66,682.88 | $ 33,437.61 | $ 21,823.49 | 58.55% | $ 12,777.69 |
| Jul-31 | 103 | $ 14,482,013.99 | $ 78,297.00 | $ 44,756.29 | $ 33,540.71 | $ 66,529.63 | $ 33,540.71 | $ 21,773.33 | 58.24% | $ 12,681.60 |
| Aug-31 | 104 | $ 14,448,369.86 | $ 78,297.00 | $ 44,652.88 | $ 33,644.12 | $ 66,375.90 | $ 33,644.12 | $ 21,723.02 | 57.94% | $ 12,586.07 |
| Sep-31 | 105 | $ 14,414,622.00 | $ 78,297.00 | $ 44,549.14 | $ 33,747.86 | $ 66,221.70 | $ 33,747.86 | $ 21,672.55 | 57.64% | $ 12,491.11 |
| Oct-31 | 106 | $ 14,380,770.09 | $ 78,297.00 | $ 44,445.08 | $ 33,851.92 | $ 66,067.02 | $ 33,851.92 | $ 21,621.93 | 57.33% | $ 12,396.71 |
| Nov-31 | 107 | $ 14,346,813.80 | $ 78,297.00 | $ 44,340.71 | $ 33,956.29 | $ 65,911.86 | $ 33,956.29 | $ 21,571.16 | 57.03% | $ 12,302.86 |
| Dec-31 | 108 | $ 14,312,752.81 | $ 78,297.00 | $ 44,236.01 | $ 34,060.99 | $ 65,756.23 | $ 34,060.99 | $ 21,520.22 | 56.74% | $ 12,209.57 |
| Jan-32 | 109 | $ 14,278,586.79 | $ 78,297.00 | $ 44,130.99 | $ 34,166.01 | $ 65,600.12 | $ 34,166.01 | $ 21,469.13 | 56.44% | $ 12,116.82 |
| Feb-32 | 110 | $ 14,244,315.44 | $ 78,297.00 | $ 44,025.64 | $ 34,271.36 | $ 65,443.52 | $ 34,271.36 | $ 21,417.88 | 56.14% | $ 12,024.63 |
| Mar-32 | 111 | $ 14,209,938.41 | $ 78,297.00 | $ 43,919.97 | $ 34,377.03 | $ 65,286.45 | $ 34,377.03 | $ 21,366.47 | 55.85% | $ 11,932.98 |
| Apr-32 | 112 | $ 14,175,455.39 | $ 78,297.00 | $ 43,813.98 | $ 34,483.02 | $ 65,128.88 | $ 34,483.02 | $ 21,314.91 | 55.56% | $ 11,841.87 |
| May-32 | 113 | $ 14,140,866.04 | $ 78,297.00 | $ 43,707.65 | $ 34,589.35 | $ 64,970.84 | $ 34,589.35 | $ 21,263.18 | 55.27% | $ 11,751.31 |
| Jun-32 | 114 | $ 14,106,170.04 | $ 78,297.00 | $ 43,601.00 | $ 34,696.00 | $ 64,812.30 | $ 34,696.00 | $ 21,211.30 | 54.98% | $ 11,661.27 |
| Jul-32 | 115 | $ 14,071,367.07 | $ 78,297.00 | $ 43,494.02 | $ 34,802.98 | $ 64,653.28 | $ 34,802.98 | $ 21,159.26 | 54.69% | $ 11,571.77 |
| Aug-32 | 116 | $ 14,036,456.78 | $ 78,297.00 | $ 43,386.72 | $ 34,910.28 | $ 64,493.77 | $ 34,910.28 | $ 21,107.05 | 54.40% | $ 11,482.81 |
| Sep-32 | 117 | $ 14,001,438.86 | $ 78,297.00 | $ 43,279.08 | $ 35,017.92 | $ 64,333.76 | $ 35,017.92 | $ 21,054.69 | 54.12% | $ 11,394.36 |
| Oct-32 | 118 | $ 13,966,312.96 | $ 78,297.00 | $ 43,171.10 | $ 35,125.90 | $ 64,173.26 | $ 35,125.90 | $ 21,002.16 | 53.83% | $ 11,306.45 |
| Nov-32 | 119 | $ 13,931,078.76 | $ 78,297.00 | $ 43,062.80 | $ 35,234.20 | $ 64,012.27 | $ 35,234.20 | $ 20,949.47 | 53.55% | $ 11,219.05 |
| Dec-32 | 120 | $ 13,895,735.92 | $ 78,297.00 | $ 42,954.16 | $ 35,342.84 | $ 63,850.78 | $ 35,342.84 | $ 20,896.62 | 53.27% | $ 11,132.17 |
| Jan-33 | 121 | $ 13,860,284.10 | $ 78,297.00 | $ 42,845.19 | $ 35,451.81 | $ 63,688.79 | $ 35,451.81 | $ 20,843.60 | 52.99% | $ 11,045.81 |
| Feb-33 | 122 | $ 13,824,722.98 | $ 78,297.00 | $ 42,735.88 | $ 35,561.12 | $ 63,526.30 | $ 35,561.12 | $ 20,790.43 | 52.72% | $ 10,959.96 |
| Mar-33 | 123 | $ 13,789,052.21 | $ 78,297.00 | $ 42,626.23 | $ 35,670.77 | $ 63,363.31 | $ 35,670.77 | $ 20,737.08 | 52.44% | $ 10,874.62 |

# Schedule C.1
## Bellwether Net Proceeds and Interest Savings Calculations

Case 3:22-cv-02118-X   Document 250   Filed 05/30/23   Page 321 of 344   PageID 8514

App. 669

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Apr-33 | 124 | $ 13,753,271.45 | $ 78,297.00 | $ 42,516.24 | $ 35,780.76 | $ 63,199.82 | $ 35,780.76 | $ 20,683.58 | 52.17% | $ 10,789.79 |
| May-33 | 125 | $ 13,717,380.37 | $ 78,297.00 | $ 42,405.92 | $ 35,891.08 | $ 63,035.83 | $ 35,891.08 | $ 20,629.91 | 51.89% | $ 10,705.46 |
| Jun-33 | 126 | $ 13,681,378.63 | $ 78,297.00 | $ 42,295.26 | $ 36,001.74 | $ 62,871.33 | $ 36,001.74 | $ 20,576.07 | 51.62% | $ 10,621.64 |
| Jul-33 | 127 | $ 13,645,265.88 | $ 78,297.00 | $ 42,184.25 | $ 36,112.75 | $ 62,706.32 | $ 36,112.75 | $ 20,522.07 | 51.35% | $ 10,538.31 |
| Aug-33 | 128 | $ 13,609,041.78 | $ 78,297.00 | $ 42,072.90 | $ 36,224.10 | $ 62,540.80 | $ 36,224.10 | $ 20,467.90 | 51.08% | $ 10,455.48 |
| Sep-33 | 129 | $ 13,572,706.00 | $ 78,297.00 | $ 41,961.21 | $ 36,335.79 | $ 62,374.77 | $ 36,335.79 | $ 20,413.56 | 50.81% | $ 10,373.15 |
| Oct-33 | 130 | $ 13,536,258.17 | $ 78,297.00 | $ 41,849.18 | $ 36,447.82 | $ 62,208.24 | $ 36,447.82 | $ 20,359.06 | 50.55% | $ 10,291.30 |
| Nov-33 | 131 | $ 13,499,697.97 | $ 78,297.00 | $ 41,736.80 | $ 36,560.20 | $ 62,041.18 | $ 36,560.20 | $ 20,304.39 | 50.28% | $ 10,209.94 |
| Dec-33 | 132 | $ 13,463,025.04 | $ 78,297.00 | $ 41,624.07 | $ 36,672.93 | $ 61,873.62 | $ 36,672.93 | $ 20,249.55 | 50.02% | $ 10,129.07 |
| Jan-34 | 133 | $ 13,426,239.03 | $ 78,297.00 | $ 41,510.99 | $ 36,786.01 | $ 61,705.53 | $ 36,786.01 | $ 20,194.54 | 49.76% | $ 10,048.68 |
| Feb-34 | 134 | $ 13,389,339.60 | $ 78,297.00 | $ 41,397.57 | $ 36,899.43 | $ 61,536.93 | $ 36,899.43 | $ 20,139.36 | 49.50% | $ 9,968.77 |
| Mar-34 | 135 | $ 13,352,326.40 | $ 78,297.00 | $ 41,283.80 | $ 37,013.20 | $ 61,367.81 | $ 37,013.20 | $ 20,084.01 | 49.24% | $ 9,889.34 |
| Apr-34 | 136 | $ 13,315,199.07 | $ 78,297.00 | $ 41,169.67 | $ 37,127.33 | $ 61,198.16 | $ 37,127.33 | $ 20,028.49 | 48.98% | $ 9,810.38 |
| May-34 | 137 | $ 13,277,957.27 | $ 78,297.00 | $ 41,055.20 | $ 37,241.80 | $ 61,028.00 | $ 37,241.80 | $ 19,972.80 | 48.73% | $ 9,731.90 |
| Jun-34 | 138 | $ 13,240,600.64 | $ 78,297.00 | $ 40,940.37 | $ 37,356.63 | $ 60,857.30 | $ 37,356.63 | $ 19,916.94 | 48.47% | $ 9,653.88 |
| Jul-34 | 139 | $ 13,203,128.82 | $ 78,297.00 | $ 40,825.19 | $ 37,471.81 | $ 60,686.09 | $ 37,471.81 | $ 19,860.90 | 48.22% | $ 9,576.33 |
| Aug-34 | 140 | $ 13,165,541.47 | $ 78,297.00 | $ 40,709.65 | $ 37,587.35 | $ 60,514.34 | $ 37,587.35 | $ 19,804.69 | 47.96% | $ 9,499.25 |
| Sep-34 | 141 | $ 13,127,838.22 | $ 78,297.00 | $ 40,593.75 | $ 37,703.25 | $ 60,342.07 | $ 37,703.25 | $ 19,748.31 | 47.71% | $ 9,422.63 |
| Oct-34 | 142 | $ 13,090,018.72 | $ 78,297.00 | $ 40,477.50 | $ 37,819.50 | $ 60,169.26 | $ 37,819.50 | $ 19,691.76 | 47.46% | $ 9,346.47 |
| Nov-34 | 143 | $ 13,052,082.62 | $ 78,297.00 | $ 40,360.89 | $ 37,936.11 | $ 59,995.92 | $ 37,936.11 | $ 19,635.03 | 47.22% | $ 9,270.76 |
| Dec-34 | 144 | $ 13,014,029.54 | $ 78,297.00 | $ 40,243.92 | $ 38,053.08 | $ 59,822.05 | $ 38,053.08 | $ 19,578.12 | 46.97% | $ 9,195.51 |
| Jan-35 | 145 | $ 12,975,859.13 | $ 78,297.00 | $ 40,126.59 | $ 38,170.41 | $ 59,647.64 | $ 38,170.41 | $ 19,521.04 | 46.72% | $ 9,120.71 |
| Feb-35 | 146 | $ 12,937,571.03 | $ 78,297.00 | $ 40,008.90 | $ 38,288.10 | $ 59,472.69 | $ 38,288.10 | $ 19,463.79 | 46.48% | $ 9,046.36 |
| Mar-35 | 147 | $ 12,899,164.87 | $ 78,297.00 | $ 39,890.84 | $ 38,406.16 | $ 59,297.20 | $ 38,406.16 | $ 19,406.36 | 46.23% | $ 8,972.46 |
| Apr-35 | 148 | $ 12,860,640.30 | $ 78,297.00 | $ 39,772.43 | $ 38,524.57 | $ 59,121.17 | $ 38,524.57 | $ 19,348.75 | 45.99% | $ 8,899.00 |
| May-35 | 149 | $ 12,821,996.94 | $ 78,297.00 | $ 39,653.64 | $ 38,643.36 | $ 58,944.60 | $ 38,643.36 | $ 19,290.96 | 45.75% | $ 8,825.98 |
| Jun-35 | 150 | $ 12,783,234.43 | $ 78,297.00 | $ 39,534.49 | $ 38,762.51 | $ 58,767.49 | $ 38,762.51 | $ 19,233.00 | 45.51% | $ 8,753.40 |
| Jul-35 | 151 | $ 12,744,352.40 | $ 78,297.00 | $ 39,414.97 | $ 38,882.03 | $ 58,589.82 | $ 38,882.03 | $ 19,174.85 | 45.27% | $ 8,681.26 |
| Aug-35 | 152 | $ 12,705,350.49 | $ 78,297.00 | $ 39,295.09 | $ 39,001.91 | $ 58,411.62 | $ 39,001.91 | $ 19,116.53 | 45.04% | $ 8,609.55 |
| Sep-35 | 153 | $ 12,666,228.32 | $ 78,297.00 | $ 39,174.83 | $ 39,122.17 | $ 58,232.86 | $ 39,122.17 | $ 19,058.03 | 44.80% | $ 8,538.28 |
| Oct-35 | 154 | $ 12,626,985.52 | $ 78,297.00 | $ 39,054.20 | $ 39,242.80 | $ 58,053.55 | $ 39,242.80 | $ 18,999.34 | 44.57% | $ 8,467.44 |

# Schedule C.1
## Bellwether Net Proceeds and Interest Savings Calculations

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Nov-35 | 155 | $ 12,587,621.73 | $ 78,297.00 | $ 38,933.21 | $ 39,363.79 | $ 57,873.68 | $ 39,363.79 | $ 18,940.48 | 44.33% | $ 8,397.02 |
| Dec-35 | 156 | $ 12,548,136.56 | $ 78,297.00 | $ 38,811.83 | $ 39,485.17 | $ 57,693.27 | $ 39,485.17 | $ 18,881.43 | 44.10% | $ 8,327.03 |
| Jan-36 | 157 | $ 12,508,529.65 | $ 78,297.00 | $ 38,690.09 | $ 39,606.91 | $ 57,512.29 | $ 39,606.91 | $ 18,822.20 | 43.87% | $ 8,257.46 |
| Feb-36 | 158 | $ 12,468,800.61 | $ 78,297.00 | $ 38,567.97 | $ 39,729.03 | $ 57,330.76 | $ 39,729.03 | $ 18,762.79 | 43.64% | $ 8,188.31 |
| Mar-36 | 159 | $ 12,428,949.08 | $ 78,297.00 | $ 38,445.47 | $ 39,851.53 | $ 57,148.67 | $ 39,851.53 | $ 18,703.20 | 43.41% | $ 8,119.58 |
| Apr-36 | 160 | $ 12,388,974.68 | $ 78,297.00 | $ 38,322.59 | $ 39,974.41 | $ 56,966.02 | $ 39,974.41 | $ 18,643.42 | 43.19% | $ 8,051.27 |
| May-36 | 161 | $ 12,348,877.01 | $ 78,297.00 | $ 38,199.34 | $ 40,097.66 | $ 56,782.80 | $ 40,097.66 | $ 18,583.46 | 42.96% | $ 7,983.37 |
| Jun-36 | 162 | $ 12,308,655.72 | $ 78,297.00 | $ 38,075.70 | $ 40,221.30 | $ 56,599.02 | $ 40,221.30 | $ 18,523.32 | 42.73% | $ 7,915.88 |
| Jul-36 | 163 | $ 12,268,310.41 | $ 78,297.00 | $ 37,951.69 | $ 40,345.31 | $ 56,414.67 | $ 40,345.31 | $ 18,462.98 | 42.51% | $ 7,848.80 |
| Aug-36 | 164 | $ 12,227,840.70 | $ 78,297.00 | $ 37,827.29 | $ 40,469.71 | $ 56,229.76 | $ 40,469.71 | $ 18,402.47 | 42.29% | $ 7,782.12 |
| Sep-36 | 165 | $ 12,187,246.21 | $ 78,297.00 | $ 37,702.51 | $ 40,594.49 | $ 56,044.27 | $ 40,594.49 | $ 18,341.76 | 42.07% | $ 7,715.85 |
| Oct-36 | 166 | $ 12,146,526.55 | $ 78,297.00 | $ 37,577.34 | $ 40,719.66 | $ 55,858.21 | $ 40,719.66 | $ 18,280.87 | 41.85% | $ 7,649.99 |
| Nov-36 | 167 | $ 12,105,681.34 | $ 78,297.00 | $ 37,451.79 | $ 40,845.21 | $ 55,671.58 | $ 40,845.21 | $ 18,219.79 | 41.63% | $ 7,584.52 |
| Dec-36 | 168 | $ 12,064,710.19 | $ 78,297.00 | $ 37,325.85 | $ 40,971.15 | $ 55,484.37 | $ 40,971.15 | $ 18,158.52 | 41.41% | $ 7,519.45 |
| Jan-37 | 169 | $ 12,023,612.71 | $ 78,297.00 | $ 37,199.52 | $ 41,097.48 | $ 55,296.59 | $ 41,097.48 | $ 18,097.07 | 41.19% | $ 7,454.77 |
| Feb-37 | 170 | $ 11,982,388.52 | $ 78,297.00 | $ 37,072.81 | $ 41,224.19 | $ 55,108.22 | $ 41,224.19 | $ 18,035.42 | 40.98% | $ 7,390.49 |
| Mar-37 | 171 | $ 11,941,037.22 | $ 78,297.00 | $ 36,945.70 | $ 41,351.30 | $ 54,919.28 | $ 41,351.30 | $ 17,973.58 | 40.76% | $ 7,326.60 |
| Apr-37 | 172 | $ 11,899,558.41 | $ 78,297.00 | $ 36,818.20 | $ 41,478.80 | $ 54,729.75 | $ 41,478.80 | $ 17,911.56 | 40.55% | $ 7,263.10 |
| May-37 | 173 | $ 11,857,951.72 | $ 78,297.00 | $ 36,690.31 | $ 41,606.69 | $ 54,539.64 | $ 41,606.69 | $ 17,849.34 | 40.34% | $ 7,199.99 |
| Jun-37 | 174 | $ 11,816,216.74 | $ 78,297.00 | $ 36,562.02 | $ 41,734.98 | $ 54,348.95 | $ 41,734.98 | $ 17,786.93 | 40.13% | $ 7,137.26 |
| Jul-37 | 175 | $ 11,774,353.07 | $ 78,297.00 | $ 36,433.33 | $ 41,863.67 | $ 54,157.66 | $ 41,863.67 | $ 17,724.33 | 39.92% | $ 7,074.92 |
| Aug-37 | 176 | $ 11,732,360.33 | $ 78,297.00 | $ 36,304.26 | $ 41,992.74 | $ 53,965.78 | $ 41,992.74 | $ 17,661.53 | 39.71% | $ 7,012.95 |
| Sep-37 | 177 | $ 11,690,238.11 | $ 78,297.00 | $ 36,174.78 | $ 42,122.22 | $ 53,773.32 | $ 42,122.22 | $ 17,598.54 | 39.50% | $ 6,951.36 |
| Oct-37 | 178 | $ 11,647,986.01 | $ 78,297.00 | $ 36,044.90 | $ 42,252.10 | $ 53,580.26 | $ 42,252.10 | $ 17,535.36 | 39.29% | $ 6,890.15 |
| Nov-37 | 179 | $ 11,605,603.63 | $ 78,297.00 | $ 35,914.62 | $ 42,382.38 | $ 53,386.60 | $ 42,382.38 | $ 17,471.98 | 39.09% | $ 6,829.31 |
| Dec-37 | 180 | $ 11,563,090.57 | $ 78,297.00 | $ 35,783.94 | $ 42,513.06 | $ 53,192.35 | $ 42,513.06 | $ 17,408.41 | 38.88% | $ 6,768.85 |

## Schedule C.2
### Windmill Farms Net Proceeds and Interest Savings Calculation

| Value of Property | Net from Immediate Sale - no Prepayment Penalty | Net Proceeds from Sale w 15-Year HUD Assumption | Net Proceeds from Sale w/ Ten Year HUD Assumption | PV 15-Year Interest Savings | PV 10-Year Interest Savings | Assumed Selling Costs @ 1.5% |
|---|---|---|---|---|---|---|
| $ 57,800,000.00 | $ 22,613,293.00 | $ 27,172,633.73 | $ 26,182,956.46 | $ 4,559,340.73 | $ 3,569,663.46 | $ 867,000 |

| | | | |
|---|---|---|---|
| Receiver Net | $ 7,500,000.00 | | |
| Payoff SPC | $ 7,885,547.00 | | |
| Receiver Proceeds | $ 15,385,547.00 | $ 15,385,547.00 | $ 15,385,547.00 |
| Shortfall | $ 7,227,746.00 | $ 11,787,086.73 | $ 10,797,409.46 |
| Loss to SPC | $ 15,594,746.00 | $ 20,154,086.73 | $ 19,164,409.46 |

## Schedule C.2
## Windmill Farms Net Proceeds and Interest Savings Calculation

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 324 of 344    PageID 8517

App. 672

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| | | $ 34,319,707.00 | | 3.90% | | 5.50% | | | 6.50% | |
| Jan-23 | 1 | $ 34,281,990.05 | $ 149,256 | $ 111,539.05 | $ 37,716.95 | $ 157,298.66 | $ 37,716.95 | $ 45,759.61 | 99.48% | $ 45,520.10 |
| Feb-23 | 2 | $ 34,244,150.52 | $ 149,256 | $ 111,416.47 | $ 37,839.53 | $ 157,125.79 | $ 37,839.53 | $ 45,709.32 | 98.96% | $ 45,232.07 |
| Mar-23 | 3 | $ 34,206,188.00 | $ 149,256 | $ 111,293.49 | $ 37,962.51 | $ 156,952.36 | $ 37,962.51 | $ 45,658.87 | 98.44% | $ 44,945.66 |
| Apr-23 | 4 | $ 34,168,102.12 | $ 149,256 | $ 111,170.11 | $ 38,085.89 | $ 156,778.36 | $ 38,085.89 | $ 45,608.25 | 97.92% | $ 44,660.84 |
| May-23 | 5 | $ 34,129,892.45 | $ 149,256 | $ 111,046.33 | $ 38,209.67 | $ 156,603.80 | $ 38,209.67 | $ 45,557.47 | 97.41% | $ 44,377.61 |
| Jun-23 | 6 | $ 34,091,558.60 | $ 149,256 | $ 110,922.15 | $ 38,333.85 | $ 156,428.67 | $ 38,333.85 | $ 45,506.52 | 96.90% | $ 44,095.97 |
| Jul-23 | 7 | $ 34,053,100.16 | $ 149,256 | $ 110,797.57 | $ 38,458.43 | $ 156,252.98 | $ 38,458.43 | $ 45,455.41 | 96.39% | $ 43,815.89 |
| Aug-23 | 8 | $ 34,014,516.74 | $ 149,256 | $ 110,672.58 | $ 38,583.42 | $ 156,076.71 | $ 38,583.42 | $ 45,404.13 | 95.89% | $ 43,537.38 |
| Sep-23 | 9 | $ 33,975,807.92 | $ 149,256 | $ 110,547.18 | $ 38,708.82 | $ 155,899.87 | $ 38,708.82 | $ 45,352.69 | 95.39% | $ 43,260.43 |
| Oct-23 | 10 | $ 33,936,973.29 | $ 149,256 | $ 110,421.38 | $ 38,834.62 | $ 155,722.45 | $ 38,834.62 | $ 45,301.08 | 94.89% | $ 42,985.03 |
| Nov-23 | 11 | $ 33,898,012.46 | $ 149,256 | $ 110,295.16 | $ 38,960.84 | $ 155,544.46 | $ 38,960.84 | $ 45,249.30 | 94.39% | $ 42,711.16 |
| Dec-23 | 12 | $ 33,858,925.00 | $ 149,256 | $ 110,168.54 | $ 39,087.46 | $ 155,365.89 | $ 39,087.46 | $ 45,197.35 | 93.90% | $ 42,438.83 |
| Jan-24 | 13 | $ 33,819,710.50 | $ 149,256 | $ 110,041.51 | $ 39,214.49 | $ 155,186.74 | $ 39,214.49 | $ 45,145.23 | 93.41% | $ 42,168.02 |
| Feb-24 | 14 | $ 33,780,368.56 | $ 149,256 | $ 109,914.06 | $ 39,341.94 | $ 155,007.01 | $ 39,341.94 | $ 45,092.95 | 92.92% | $ 41,898.72 |
| Mar-24 | 15 | $ 33,740,898.76 | $ 149,256 | $ 109,786.20 | $ 39,469.80 | $ 154,826.69 | $ 39,469.80 | $ 45,040.49 | 92.43% | $ 41,630.93 |
| Apr-24 | 16 | $ 33,701,300.68 | $ 149,256 | $ 109,657.92 | $ 39,598.08 | $ 154,645.79 | $ 39,598.08 | $ 44,987.87 | 91.95% | $ 41,364.64 |
| May-24 | 17 | $ 33,661,573.91 | $ 149,256 | $ 109,529.23 | $ 39,726.77 | $ 154,464.29 | $ 39,726.77 | $ 44,935.07 | 91.46% | $ 41,099.84 |
| Jun-24 | 18 | $ 33,621,718.02 | $ 149,256 | $ 109,400.12 | $ 39,855.88 | $ 154,282.21 | $ 39,855.88 | $ 44,882.10 | 90.99% | $ 40,836.52 |
| Jul-24 | 19 | $ 33,581,732.61 | $ 149,256 | $ 109,270.58 | $ 39,985.42 | $ 154,099.54 | $ 39,985.42 | $ 44,828.96 | 90.51% | $ 40,574.68 |
| Aug-24 | 20 | $ 33,541,617.24 | $ 149,256 | $ 109,140.63 | $ 40,115.37 | $ 153,916.27 | $ 40,115.37 | $ 44,775.64 | 90.04% | $ 40,314.30 |
| Sep-24 | 21 | $ 33,501,371.49 | $ 149,256 | $ 109,010.26 | $ 40,245.74 | $ 153,732.41 | $ 40,245.74 | $ 44,722.16 | 89.56% | $ 40,055.39 |
| Oct-24 | 22 | $ 33,460,994.95 | $ 149,256 | $ 108,879.46 | $ 40,376.54 | $ 153,547.95 | $ 40,376.54 | $ 44,668.50 | 89.10% | $ 39,797.92 |
| Nov-24 | 23 | $ 33,420,487.19 | $ 149,256 | $ 108,748.23 | $ 40,507.77 | $ 153,362.89 | $ 40,507.77 | $ 44,614.66 | 88.63% | $ 39,541.90 |
| Dec-24 | 24 | $ 33,379,847.77 | $ 149,256 | $ 108,616.58 | $ 40,639.42 | $ 153,177.23 | $ 40,639.42 | $ 44,560.65 | 88.17% | $ 39,287.31 |
| Jan-25 | 25 | $ 33,339,076.27 | $ 149,256 | $ 108,484.51 | $ 40,771.49 | $ 152,990.97 | $ 40,771.49 | $ 44,506.46 | 87.70% | $ 39,034.15 |
| Feb-25 | 26 | $ 33,298,172.27 | $ 149,256 | $ 108,352.00 | $ 40,904.00 | $ 152,804.10 | $ 40,904.00 | $ 44,452.10 | 87.25% | $ 38,782.41 |
| Mar-25 | 27 | $ 33,257,135.33 | $ 149,256 | $ 108,219.06 | $ 41,036.94 | $ 152,616.62 | $ 41,036.94 | $ 44,397.56 | 86.79% | $ 38,532.09 |
| Apr-25 | 28 | $ 33,215,965.02 | $ 149,256 | $ 108,085.69 | $ 41,170.31 | $ 152,428.54 | $ 41,170.31 | $ 44,342.85 | 86.33% | $ 38,283.16 |
| May-25 | 29 | $ 33,174,660.91 | $ 149,256 | $ 107,951.89 | $ 41,304.11 | $ 152,239.84 | $ 41,304.11 | $ 44,287.95 | 85.88% | $ 38,035.64 |

# Schedule C.2
## Windmill Farms Net Proceeds and Interest Savings Calculation

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Jun-25 | 30 | $ 33,133,222.56 | $ 149,256 | $ 107,817.65 | $ 41,438.35 | $ 152,050.53 | $ 41,438.35 | $ 44,232.88 | 85.43% | $ 37,789.51 |
| Jul-25 | 31 | $ 33,091,649.53 | $ 149,256 | $ 107,682.97 | $ 41,573.03 | $ 151,860.60 | $ 41,573.03 | $ 44,177.63 | 84.99% | $ 37,544.75 |
| Aug-25 | 32 | $ 33,049,941.39 | $ 149,256 | $ 107,547.86 | $ 41,708.14 | $ 151,670.06 | $ 41,708.14 | $ 44,122.20 | 84.54% | $ 37,301.38 |
| Sep-25 | 33 | $ 33,008,097.70 | $ 149,256 | $ 107,412.31 | $ 41,843.69 | $ 151,478.90 | $ 41,843.69 | $ 44,066.59 | 84.10% | $ 37,059.37 |
| Oct-25 | 34 | $ 32,966,118.02 | $ 149,256 | $ 107,276.32 | $ 41,979.68 | $ 151,287.11 | $ 41,979.68 | $ 44,010.80 | 83.66% | $ 36,818.72 |
| Nov-25 | 35 | $ 32,924,001.90 | $ 149,256 | $ 107,139.88 | $ 42,116.12 | $ 151,094.71 | $ 42,116.12 | $ 43,954.82 | 83.22% | $ 36,579.42 |
| Dec-25 | 36 | $ 32,881,748.91 | $ 149,256 | $ 107,003.01 | $ 42,252.99 | $ 150,901.68 | $ 42,252.99 | $ 43,898.67 | 82.78% | $ 36,341.47 |
| Jan-26 | 37 | $ 32,839,358.59 | $ 149,256 | $ 106,865.68 | $ 42,390.32 | $ 150,708.02 | $ 42,390.32 | $ 43,842.33 | 82.35% | $ 36,104.86 |
| Feb-26 | 38 | $ 32,796,830.51 | $ 149,256 | $ 106,727.92 | $ 42,528.08 | $ 150,513.73 | $ 42,528.08 | $ 43,785.81 | 81.92% | $ 35,869.58 |
| Mar-26 | 39 | $ 32,754,164.21 | $ 149,256 | $ 106,589.70 | $ 42,666.30 | $ 150,318.81 | $ 42,666.30 | $ 43,729.11 | 81.49% | $ 35,635.63 |
| Apr-26 | 40 | $ 32,711,359.24 | $ 149,256 | $ 106,451.03 | $ 42,804.97 | $ 150,123.25 | $ 42,804.97 | $ 43,672.22 | 81.07% | $ 35,402.99 |
| May-26 | 41 | $ 32,668,415.16 | $ 149,256 | $ 106,311.92 | $ 42,944.08 | $ 149,927.06 | $ 42,944.08 | $ 43,615.15 | 80.64% | $ 35,171.66 |
| Jun-26 | 42 | $ 32,625,331.51 | $ 149,256 | $ 106,172.35 | $ 43,083.65 | $ 149,730.24 | $ 43,083.65 | $ 43,557.89 | 80.22% | $ 34,941.63 |
| Jul-26 | 43 | $ 32,582,107.83 | $ 149,256 | $ 106,032.33 | $ 43,223.67 | $ 149,532.77 | $ 43,223.67 | $ 43,500.44 | 79.80% | $ 34,712.90 |
| Aug-26 | 44 | $ 32,538,743.68 | $ 149,256 | $ 105,891.85 | $ 43,364.15 | $ 149,334.66 | $ 43,364.15 | $ 43,442.81 | 79.38% | $ 34,485.46 |
| Sep-26 | 45 | $ 32,495,238.60 | $ 149,256 | $ 105,750.92 | $ 43,505.08 | $ 149,135.91 | $ 43,505.08 | $ 43,384.99 | 78.97% | $ 34,259.30 |
| Oct-26 | 46 | $ 32,451,592.13 | $ 149,256 | $ 105,609.53 | $ 43,646.47 | $ 148,936.51 | $ 43,646.47 | $ 43,326.98 | 78.55% | $ 34,034.42 |
| Nov-26 | 47 | $ 32,407,803.80 | $ 149,256 | $ 105,467.67 | $ 43,788.33 | $ 148,736.46 | $ 43,788.33 | $ 43,268.79 | 78.14% | $ 33,810.80 |
| Dec-26 | 48 | $ 32,363,873.16 | $ 149,256 | $ 105,325.36 | $ 43,930.64 | $ 148,535.77 | $ 43,930.64 | $ 43,210.41 | 77.73% | $ 33,588.45 |
| Jan-27 | 49 | $ 32,319,799.75 | $ 149,256 | $ 105,182.59 | $ 44,073.41 | $ 148,334.42 | $ 44,073.41 | $ 43,151.83 | 77.33% | $ 33,367.35 |
| Feb-27 | 50 | $ 32,275,583.10 | $ 149,256 | $ 105,039.35 | $ 44,216.65 | $ 148,132.42 | $ 44,216.65 | $ 43,093.07 | 76.92% | $ 33,147.49 |
| Mar-27 | 51 | $ 32,231,222.75 | $ 149,256 | $ 104,895.65 | $ 44,360.35 | $ 147,929.76 | $ 44,360.35 | $ 43,034.11 | 76.52% | $ 32,928.88 |
| Apr-27 | 52 | $ 32,186,718.22 | $ 149,256 | $ 104,751.47 | $ 44,504.53 | $ 147,726.44 | $ 44,504.53 | $ 42,974.96 | 76.12% | $ 32,711.51 |
| May-27 | 53 | $ 32,142,069.05 | $ 149,256 | $ 104,606.83 | $ 44,649.17 | $ 147,522.46 | $ 44,649.17 | $ 42,915.62 | 75.72% | $ 32,495.36 |
| Jun-27 | 54 | $ 32,097,274.78 | $ 149,256 | $ 104,461.72 | $ 44,794.28 | $ 147,317.82 | $ 44,794.28 | $ 42,856.09 | 75.32% | $ 32,280.43 |
| Jul-27 | 55 | $ 32,052,334.92 | $ 149,256 | $ 104,316.14 | $ 44,939.86 | $ 147,112.51 | $ 44,939.86 | $ 42,796.37 | 74.93% | $ 32,066.72 |
| Aug-27 | 56 | $ 32,007,249.01 | $ 149,256 | $ 104,170.09 | $ 45,085.91 | $ 146,906.54 | $ 45,085.91 | $ 42,736.45 | 74.54% | $ 31,854.21 |
| Sep-27 | 57 | $ 31,962,016.57 | $ 149,256 | $ 104,023.56 | $ 45,232.44 | $ 146,699.89 | $ 45,232.44 | $ 42,676.33 | 74.15% | $ 31,642.91 |
| Oct-27 | 58 | $ 31,916,637.12 | $ 149,256 | $ 103,876.55 | $ 45,379.45 | $ 146,492.58 | $ 45,379.45 | $ 42,616.02 | 73.76% | $ 31,432.80 |
| Nov-27 | 59 | $ 31,871,110.19 | $ 149,256 | $ 103,729.07 | $ 45,526.93 | $ 146,284.59 | $ 45,526.93 | $ 42,555.52 | 73.37% | $ 31,223.89 |

App. 673

## Schedule C.2
## Windmill Farms Net Proceeds and Interest Savings Calculation

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Dec-27 | 60 | $ 31,825,435.30 | $ 149,256 | $ 103,581.11 | $ 45,674.89 | $ 146,075.92 | $ 45,674.89 | $ 42,494.81 | 72.99% | $ 31,016.15 |
| Jan-28 | 61 | $ 31,779,611.97 | $ 149,256 | $ 103,432.66 | $ 45,823.34 | $ 145,866.58 | $ 45,823.34 | $ 42,433.91 | 72.61% | $ 30,809.59 |
| Feb-28 | 62 | $ 31,733,639.71 | $ 149,256 | $ 103,283.74 | $ 45,972.26 | $ 145,656.55 | $ 45,972.26 | $ 42,372.82 | 72.23% | $ 30,604.20 |
| Mar-28 | 63 | $ 31,687,518.03 | $ 149,256 | $ 103,134.33 | $ 46,121.67 | $ 145,445.85 | $ 46,121.67 | $ 42,311.52 | 71.85% | $ 30,399.97 |
| Apr-28 | 64 | $ 31,641,246.47 | $ 149,256 | $ 102,984.43 | $ 46,271.57 | $ 145,234.46 | $ 46,271.57 | $ 42,250.02 | 71.47% | $ 30,196.90 |
| May-28 | 65 | $ 31,594,824.52 | $ 149,256 | $ 102,834.05 | $ 46,421.95 | $ 145,022.38 | $ 46,421.95 | $ 42,188.33 | 71.10% | $ 29,994.98 |
| Jun-28 | 66 | $ 31,548,251.70 | $ 149,256 | $ 102,683.18 | $ 46,572.82 | $ 144,809.61 | $ 46,572.82 | $ 42,126.43 | 70.73% | $ 29,794.21 |
| Jul-28 | 67 | $ 31,501,527.52 | $ 149,256 | $ 102,531.82 | $ 46,724.18 | $ 144,596.15 | $ 46,724.18 | $ 42,064.34 | 70.36% | $ 29,594.57 |
| Aug-28 | 68 | $ 31,454,651.48 | $ 149,256 | $ 102,379.96 | $ 46,876.04 | $ 144,382.00 | $ 46,876.04 | $ 42,002.04 | 69.99% | $ 29,396.07 |
| Sep-28 | 69 | $ 31,407,623.10 | $ 149,256 | $ 102,227.62 | $ 47,028.38 | $ 144,167.15 | $ 47,028.38 | $ 41,939.54 | 69.62% | $ 29,198.69 |
| Oct-28 | 70 | $ 31,360,441.87 | $ 149,256 | $ 102,074.78 | $ 47,181.22 | $ 143,951.61 | $ 47,181.22 | $ 41,876.83 | 69.26% | $ 29,002.43 |
| Nov-28 | 71 | $ 31,313,107.31 | $ 149,256 | $ 101,921.44 | $ 47,334.56 | $ 143,735.36 | $ 47,334.56 | $ 41,813.92 | 68.89% | $ 28,807.29 |
| Dec-28 | 72 | $ 31,265,618.91 | $ 149,256 | $ 101,767.60 | $ 47,488.40 | $ 143,518.41 | $ 47,488.40 | $ 41,750.81 | 68.53% | $ 28,613.25 |
| Jan-29 | 73 | $ 31,217,976.17 | $ 149,256 | $ 101,613.26 | $ 47,642.74 | $ 143,300.75 | $ 47,642.74 | $ 41,687.49 | 68.17% | $ 28,420.32 |
| Feb-29 | 74 | $ 31,170,178.59 | $ 149,256 | $ 101,458.42 | $ 47,797.58 | $ 143,082.39 | $ 47,797.58 | $ 41,623.97 | 67.82% | $ 28,228.48 |
| Mar-29 | 75 | $ 31,122,225.67 | $ 149,256 | $ 101,303.08 | $ 47,952.92 | $ 142,863.32 | $ 47,952.92 | $ 41,560.24 | 67.46% | $ 28,037.74 |
| Apr-29 | 76 | $ 31,074,116.91 | $ 149,256 | $ 101,147.23 | $ 48,108.77 | $ 142,643.53 | $ 48,108.77 | $ 41,496.30 | 67.11% | $ 27,848.08 |
| May-29 | 77 | $ 31,025,851.79 | $ 149,256 | $ 100,990.88 | $ 48,265.12 | $ 142,423.04 | $ 48,265.12 | $ 41,432.16 | 66.76% | $ 27,659.49 |
| Jun-29 | 78 | $ 30,977,429.80 | $ 149,256 | $ 100,834.02 | $ 48,421.98 | $ 142,201.82 | $ 48,421.98 | $ 41,367.80 | 66.41% | $ 27,471.98 |
| Jul-29 | 79 | $ 30,928,850.45 | $ 149,256 | $ 100,676.65 | $ 48,579.35 | $ 141,979.89 | $ 48,579.35 | $ 41,303.24 | 66.06% | $ 27,285.54 |
| Aug-29 | 80 | $ 30,880,113.22 | $ 149,256 | $ 100,518.76 | $ 48,737.24 | $ 141,757.23 | $ 48,737.24 | $ 41,238.47 | 65.72% | $ 27,100.16 |
| Sep-29 | 81 | $ 30,831,217.58 | $ 149,256 | $ 100,360.37 | $ 48,895.63 | $ 141,533.85 | $ 48,895.63 | $ 41,173.48 | 65.37% | $ 26,915.83 |
| Oct-29 | 82 | $ 30,782,163.04 | $ 149,256 | $ 100,201.46 | $ 49,054.54 | $ 141,309.75 | $ 49,054.54 | $ 41,108.29 | 65.03% | $ 26,732.55 |
| Nov-29 | 83 | $ 30,732,949.07 | $ 149,256 | $ 100,042.03 | $ 49,213.97 | $ 141,084.91 | $ 49,213.97 | $ 41,042.88 | 64.69% | $ 26,550.32 |
| Dec-29 | 84 | $ 30,683,575.15 | $ 149,256 | $ 99,882.08 | $ 49,373.92 | $ 140,859.35 | $ 49,373.92 | $ 40,977.27 | 64.35% | $ 26,369.12 |
| Jan-30 | 85 | $ 30,634,040.77 | $ 149,256 | $ 99,721.62 | $ 49,534.38 | $ 140,633.05 | $ 49,534.38 | $ 40,911.43 | 64.01% | $ 26,188.96 |
| Feb-30 | 86 | $ 30,584,345.41 | $ 149,256 | $ 99,560.63 | $ 49,695.37 | $ 140,406.02 | $ 49,695.37 | $ 40,845.39 | 63.68% | $ 26,009.83 |
| Mar-30 | 87 | $ 30,534,488.53 | $ 149,256 | $ 99,399.12 | $ 49,856.88 | $ 140,178.25 | $ 49,856.88 | $ 40,779.13 | 63.35% | $ 25,831.72 |
| Apr-30 | 88 | $ 30,484,469.62 | $ 149,256 | $ 99,237.09 | $ 50,018.91 | $ 139,949.74 | $ 50,018.91 | $ 40,712.65 | 63.01% | $ 25,654.62 |
| May-30 | 89 | $ 30,434,288.14 | $ 149,256 | $ 99,074.53 | $ 50,181.47 | $ 139,720.49 | $ 50,181.47 | $ 40,645.96 | 62.68% | $ 25,478.54 |

App. 674

# Schedule C.2
## Windmill Farms Net Proceeds and Interest Savings Calculation

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Jun-30 | 90 | $ 30,383,943.58 | $ 149,256 | $ 98,911.44 | $ 50,344.56 | $ 139,490.49 | $ 50,344.56 | $ 40,579.05 | 62.36% | $ 25,303.46 |
| Jul-30 | 91 | $ 30,333,435.40 | $ 149,256 | $ 98,747.82 | $ 50,508.18 | $ 139,259.74 | $ 50,508.18 | $ 40,511.92 | 62.03% | $ 25,129.37 |
| Aug-30 | 92 | $ 30,282,763.06 | $ 149,256 | $ 98,583.67 | $ 50,672.33 | $ 139,028.25 | $ 50,672.33 | $ 40,444.58 | 61.70% | $ 24,956.29 |
| Sep-30 | 93 | $ 30,231,926.04 | $ 149,256 | $ 98,418.98 | $ 50,837.02 | $ 138,796.00 | $ 50,837.02 | $ 40,377.02 | 61.38% | $ 24,784.19 |
| Oct-30 | 94 | $ 30,180,923.80 | $ 149,256 | $ 98,253.76 | $ 51,002.24 | $ 138,562.99 | $ 51,002.24 | $ 40,309.23 | 61.06% | $ 24,613.08 |
| Nov-30 | 95 | $ 30,129,755.80 | $ 149,256 | $ 98,088.00 | $ 51,168.00 | $ 138,329.23 | $ 51,168.00 | $ 40,241.23 | 60.74% | $ 24,442.95 |
| Dec-30 | 96 | $ 30,078,421.51 | $ 149,256 | $ 97,921.71 | $ 51,334.29 | $ 138,094.71 | $ 51,334.29 | $ 40,173.01 | 60.42% | $ 24,273.78 |
| Jan-31 | 97 | $ 30,026,920.38 | $ 149,256 | $ 97,754.87 | $ 51,501.13 | $ 137,859.43 | $ 51,501.13 | $ 40,104.56 | 60.11% | $ 24,105.59 |
| Feb-31 | 98 | $ 29,975,251.87 | $ 149,256 | $ 97,587.49 | $ 51,668.51 | $ 137,623.39 | $ 51,668.51 | $ 40,035.89 | 59.79% | $ 23,938.36 |
| Mar-31 | 99 | $ 29,923,415.44 | $ 149,256 | $ 97,419.57 | $ 51,836.43 | $ 137,386.57 | $ 51,836.43 | $ 39,967.00 | 59.48% | $ 23,772.09 |
| Apr-31 | 100 | $ 29,871,410.54 | $ 149,256 | $ 97,251.10 | $ 52,004.90 | $ 137,148.99 | $ 52,004.90 | $ 39,897.89 | 59.17% | $ 23,606.77 |
| May-31 | 101 | $ 29,819,236.62 | $ 149,256 | $ 97,082.08 | $ 52,173.92 | $ 136,910.63 | $ 52,173.92 | $ 39,828.55 | 58.86% | $ 23,442.39 |
| Jun-31 | 102 | $ 29,766,893.14 | $ 149,256 | $ 96,912.52 | $ 52,343.48 | $ 136,671.50 | $ 52,343.48 | $ 39,758.98 | 58.55% | $ 23,278.96 |
| Jul-31 | 103 | $ 29,714,379.55 | $ 149,256 | $ 96,742.40 | $ 52,513.60 | $ 136,431.59 | $ 52,513.60 | $ 39,689.19 | 58.24% | $ 23,116.47 |
| Aug-31 | 104 | $ 29,661,695.28 | $ 149,256 | $ 96,571.73 | $ 52,684.27 | $ 136,190.91 | $ 52,684.27 | $ 39,619.17 | 57.94% | $ 22,954.90 |
| Sep-31 | 105 | $ 29,608,839.79 | $ 149,256 | $ 96,400.51 | $ 52,855.49 | $ 135,949.44 | $ 52,855.49 | $ 39,548.93 | 57.64% | $ 22,794.27 |
| Oct-31 | 106 | $ 29,555,812.52 | $ 149,256 | $ 96,228.73 | $ 53,027.27 | $ 135,707.18 | $ 53,027.27 | $ 39,478.45 | 57.33% | $ 22,634.55 |
| Nov-31 | 107 | $ 29,502,612.91 | $ 149,256 | $ 96,056.39 | $ 53,199.61 | $ 135,464.14 | $ 53,199.61 | $ 39,407.75 | 57.03% | $ 22,475.76 |
| Dec-31 | 108 | $ 29,449,240.40 | $ 149,256 | $ 95,883.49 | $ 53,372.51 | $ 135,220.31 | $ 53,372.51 | $ 39,336.82 | 56.74% | $ 22,317.87 |
| Jan-32 | 109 | $ 29,395,694.43 | $ 149,256 | $ 95,710.03 | $ 53,545.97 | $ 134,975.69 | $ 53,545.97 | $ 39,265.65 | 56.44% | $ 22,160.89 |
| Feb-32 | 110 | $ 29,341,974.44 | $ 149,256 | $ 95,536.01 | $ 53,719.99 | $ 134,730.27 | $ 53,719.99 | $ 39,194.26 | 56.14% | $ 22,004.82 |
| Mar-32 | 111 | $ 29,288,079.86 | $ 149,256 | $ 95,361.42 | $ 53,894.58 | $ 134,484.05 | $ 53,894.58 | $ 39,122.63 | 55.85% | $ 21,849.64 |
| Apr-32 | 112 | $ 29,234,010.11 | $ 149,256 | $ 95,186.26 | $ 54,069.74 | $ 134,237.03 | $ 54,069.74 | $ 39,050.77 | 55.56% | $ 21,695.35 |
| May-32 | 113 | $ 29,179,764.65 | $ 149,256 | $ 95,010.53 | $ 54,245.47 | $ 133,989.21 | $ 54,245.47 | $ 38,978.68 | 55.27% | $ 21,541.95 |
| Jun-32 | 114 | $ 29,125,342.88 | $ 149,256 | $ 94,834.24 | $ 54,421.76 | $ 133,740.59 | $ 54,421.76 | $ 38,906.35 | 54.98% | $ 21,389.43 |
| Jul-32 | 115 | $ 29,070,744.25 | $ 149,256 | $ 94,657.36 | $ 54,598.64 | $ 133,491.15 | $ 54,598.64 | $ 38,833.79 | 54.69% | $ 21,237.79 |
| Aug-32 | 116 | $ 29,015,968.17 | $ 149,256 | $ 94,479.92 | $ 54,776.08 | $ 133,240.91 | $ 54,776.08 | $ 38,760.99 | 54.40% | $ 21,087.03 |
| Sep-32 | 117 | $ 28,961,014.06 | $ 149,256 | $ 94,301.90 | $ 54,954.10 | $ 132,989.85 | $ 54,954.10 | $ 38,687.96 | 54.12% | $ 20,937.13 |
| Oct-32 | 118 | $ 28,905,881.36 | $ 149,256 | $ 94,123.30 | $ 55,132.70 | $ 132,737.98 | $ 55,132.70 | $ 38,614.69 | 53.83% | $ 20,788.09 |
| Nov-32 | 119 | $ 28,850,569.47 | $ 149,256 | $ 93,944.11 | $ 55,311.89 | $ 132,485.29 | $ 55,311.89 | $ 38,541.18 | 53.55% | $ 20,639.92 |

App. 675

## Schedule C.2
## Windmill Farms Net Proceeds and Interest Savings Calculation

Case 3:22-cv-02118-X   Document 250   Filed 05/30/23   Page 328 of 344   PageID 8521

App. 676

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Dec-32 | 120 | $ 28,795,077.82 | $ 149,256 | $ 93,764.35 | $ 55,491.65 | $ 132,231.78 | $ 55,491.65 | $ 38,467.43 | 53.27% | $ 20,492.60 |
| Jan-33 | 121 | $ 28,739,405.83 | $ 149,256 | $ 93,584.00 | $ 55,672.00 | $ 131,977.44 | $ 55,672.00 | $ 38,393.44 | 52.99% | $ 20,346.13 |
| Feb-33 | 122 | $ 28,683,552.90 | $ 149,256 | $ 93,403.07 | $ 55,852.93 | $ 131,722.28 | $ 55,852.93 | $ 38,319.21 | 52.72% | $ 20,200.50 |
| Mar-33 | 123 | $ 28,627,518.44 | $ 149,256 | $ 93,221.55 | $ 56,034.45 | $ 131,466.28 | $ 56,034.45 | $ 38,244.74 | 52.44% | $ 20,055.72 |
| Apr-33 | 124 | $ 28,571,301.88 | $ 149,256 | $ 93,039.43 | $ 56,216.57 | $ 131,209.46 | $ 56,216.57 | $ 38,170.02 | 52.17% | $ 19,911.77 |
| May-33 | 125 | $ 28,514,902.61 | $ 149,256 | $ 92,856.73 | $ 56,399.27 | $ 130,951.80 | $ 56,399.27 | $ 38,095.07 | 51.89% | $ 19,768.65 |
| Jun-33 | 126 | $ 28,458,320.04 | $ 149,256 | $ 92,673.43 | $ 56,582.57 | $ 130,693.30 | $ 56,582.57 | $ 38,019.87 | 51.62% | $ 19,626.36 |
| Jul-33 | 127 | $ 28,401,553.58 | $ 149,256 | $ 92,489.54 | $ 56,766.46 | $ 130,433.97 | $ 56,766.46 | $ 37,944.43 | 51.35% | $ 19,484.89 |
| Aug-33 | 128 | $ 28,344,602.63 | $ 149,256 | $ 92,305.05 | $ 56,950.95 | $ 130,173.79 | $ 56,950.95 | $ 37,868.74 | 51.08% | $ 19,344.24 |
| Sep-33 | 129 | $ 28,287,466.59 | $ 149,256 | $ 92,119.96 | $ 57,136.04 | $ 129,912.76 | $ 57,136.04 | $ 37,792.80 | 50.81% | $ 19,204.40 |
| Oct-33 | 130 | $ 28,230,144.86 | $ 149,256 | $ 91,934.27 | $ 57,321.73 | $ 129,650.89 | $ 57,321.73 | $ 37,716.62 | 50.55% | $ 19,065.38 |
| Nov-33 | 131 | $ 28,172,636.83 | $ 149,256 | $ 91,747.97 | $ 57,508.03 | $ 129,388.16 | $ 57,508.03 | $ 37,640.19 | 50.28% | $ 18,927.15 |
| Dec-33 | 132 | $ 28,114,941.90 | $ 149,256 | $ 91,561.07 | $ 57,694.93 | $ 129,124.59 | $ 57,694.93 | $ 37,563.52 | 50.02% | $ 18,789.73 |
| Jan-34 | 133 | $ 28,057,059.46 | $ 149,256 | $ 91,373.56 | $ 57,882.44 | $ 128,860.15 | $ 57,882.44 | $ 37,486.59 | 49.76% | $ 18,653.10 |
| Feb-34 | 134 | $ 27,998,988.90 | $ 149,256 | $ 91,185.44 | $ 58,070.56 | $ 128,594.86 | $ 58,070.56 | $ 37,409.41 | 49.50% | $ 18,517.27 |
| Mar-34 | 135 | $ 27,940,729.61 | $ 149,256 | $ 90,996.71 | $ 58,259.29 | $ 128,328.70 | $ 58,259.29 | $ 37,331.99 | 49.24% | $ 18,382.22 |
| Apr-34 | 136 | $ 27,882,280.99 | $ 149,256 | $ 90,807.37 | $ 58,448.63 | $ 128,061.68 | $ 58,448.63 | $ 37,254.31 | 48.98% | $ 18,247.96 |
| May-34 | 137 | $ 27,823,642.40 | $ 149,256 | $ 90,617.41 | $ 58,638.59 | $ 127,793.79 | $ 58,638.59 | $ 37,176.37 | 48.73% | $ 18,114.47 |
| Jun-34 | 138 | $ 27,764,813.24 | $ 149,256 | $ 90,426.84 | $ 58,829.16 | $ 127,525.03 | $ 58,829.16 | $ 37,098.19 | 48.47% | $ 17,981.76 |
| Jul-34 | 139 | $ 27,705,792.88 | $ 149,256 | $ 90,235.64 | $ 59,020.36 | $ 127,255.39 | $ 59,020.36 | $ 37,019.75 | 48.22% | $ 17,849.82 |
| Aug-34 | 140 | $ 27,646,580.71 | $ 149,256 | $ 90,043.83 | $ 59,212.17 | $ 126,984.88 | $ 59,212.17 | $ 36,941.06 | 47.96% | $ 17,718.65 |
| Sep-34 | 141 | $ 27,587,176.09 | $ 149,256 | $ 89,851.39 | $ 59,404.61 | $ 126,713.49 | $ 59,404.61 | $ 36,862.11 | 47.71% | $ 17,588.24 |
| Oct-34 | 142 | $ 27,527,578.42 | $ 149,256 | $ 89,658.32 | $ 59,597.68 | $ 126,441.22 | $ 59,597.68 | $ 36,782.90 | 47.46% | $ 17,458.58 |
| Nov-34 | 143 | $ 27,467,787.05 | $ 149,256 | $ 89,464.63 | $ 59,791.37 | $ 126,168.07 | $ 59,791.37 | $ 36,703.44 | 47.22% | $ 17,329.68 |
| Dec-34 | 144 | $ 27,407,801.35 | $ 149,256 | $ 89,270.31 | $ 59,985.69 | $ 125,894.02 | $ 59,985.69 | $ 36,623.72 | 46.97% | $ 17,201.53 |
| Jan-35 | 145 | $ 27,347,620.71 | $ 149,256 | $ 89,075.35 | $ 60,180.65 | $ 125,619.09 | $ 60,180.65 | $ 36,543.74 | 46.72% | $ 17,074.13 |
| Feb-35 | 146 | $ 27,287,244.48 | $ 149,256 | $ 88,879.77 | $ 60,376.23 | $ 125,343.26 | $ 60,376.23 | $ 36,463.49 | 46.48% | $ 16,947.46 |
| Mar-35 | 147 | $ 27,226,672.02 | $ 149,256 | $ 88,683.54 | $ 60,572.46 | $ 125,066.54 | $ 60,572.46 | $ 36,382.99 | 46.23% | $ 16,821.54 |
| Apr-35 | 148 | $ 27,165,902.70 | $ 149,256 | $ 88,486.68 | $ 60,769.32 | $ 124,788.91 | $ 60,769.32 | $ 36,302.23 | 45.99% | $ 16,696.35 |
| May-35 | 149 | $ 27,104,935.89 | $ 149,256 | $ 88,289.18 | $ 60,966.82 | $ 124,510.39 | $ 60,966.82 | $ 36,221.20 | 45.75% | $ 16,571.89 |

# Schedule C.2
## Windmill Farms Net Proceeds and Interest Savings Calculation

App. 677

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Jun-35 | 150 | $ 27,043,770.93 | $ 149,256 | $ 88,091.04 | $ 61,164.96 | $ 124,230.96 | $ 61,164.96 | $ 36,139.91 | 45.51% | $ 16,448.15 |
| Jul-35 | 151 | $ 26,982,407.19 | $ 149,256 | $ 87,892.26 | $ 61,363.74 | $ 123,950.62 | $ 61,363.74 | $ 36,058.36 | 45.27% | $ 16,325.13 |
| Aug-35 | 152 | $ 26,920,844.01 | $ 149,256 | $ 87,692.82 | $ 61,563.18 | $ 123,669.37 | $ 61,563.18 | $ 35,976.54 | 45.04% | $ 16,202.84 |
| Sep-35 | 153 | $ 26,859,080.75 | $ 149,256 | $ 87,492.74 | $ 61,763.26 | $ 123,387.20 | $ 61,763.26 | $ 35,894.46 | 44.80% | $ 16,081.25 |
| Oct-35 | 154 | $ 26,797,116.76 | $ 149,256 | $ 87,292.01 | $ 61,963.99 | $ 123,104.12 | $ 61,963.99 | $ 35,812.11 | 44.57% | $ 15,960.38 |
| Nov-35 | 155 | $ 26,734,951.39 | $ 149,256 | $ 87,090.63 | $ 62,165.37 | $ 122,820.12 | $ 62,165.37 | $ 35,729.49 | 44.33% | $ 15,840.21 |
| Dec-35 | 156 | $ 26,672,583.99 | $ 149,256 | $ 86,888.59 | $ 62,367.41 | $ 122,535.19 | $ 62,367.41 | $ 35,646.60 | 44.10% | $ 15,720.75 |
| Jan-36 | 157 | $ 26,610,013.88 | $ 149,256 | $ 86,685.90 | $ 62,570.10 | $ 122,249.34 | $ 62,570.10 | $ 35,563.45 | 43.87% | $ 15,601.98 |
| Feb-36 | 158 | $ 26,547,240.43 | $ 149,256 | $ 86,482.55 | $ 62,773.45 | $ 121,962.56 | $ 62,773.45 | $ 35,480.02 | 43.64% | $ 15,483.91 |
| Mar-36 | 159 | $ 26,484,262.96 | $ 149,256 | $ 86,278.53 | $ 62,977.47 | $ 121,674.85 | $ 62,977.47 | $ 35,396.32 | 43.41% | $ 15,366.53 |
| Apr-36 | 160 | $ 26,421,080.82 | $ 149,256 | $ 86,073.85 | $ 63,182.15 | $ 121,386.21 | $ 63,182.15 | $ 35,312.35 | 43.19% | $ 15,249.84 |
| May-36 | 161 | $ 26,357,693.33 | $ 149,256 | $ 85,868.51 | $ 63,387.49 | $ 121,096.62 | $ 63,387.49 | $ 35,228.11 | 42.96% | $ 15,133.83 |
| Jun-36 | 162 | $ 26,294,099.83 | $ 149,256 | $ 85,662.50 | $ 63,593.50 | $ 120,806.09 | $ 63,593.50 | $ 35,143.59 | 42.73% | $ 15,018.50 |
| Jul-36 | 163 | $ 26,230,299.66 | $ 149,256 | $ 85,455.82 | $ 63,800.18 | $ 120,514.62 | $ 63,800.18 | $ 35,058.80 | 42.51% | $ 14,903.84 |
| Aug-36 | 164 | $ 26,166,292.13 | $ 149,256 | $ 85,248.47 | $ 64,007.53 | $ 120,222.21 | $ 64,007.53 | $ 34,973.73 | 42.29% | $ 14,789.86 |
| Sep-36 | 165 | $ 26,102,076.58 | $ 149,256 | $ 85,040.45 | $ 64,215.55 | $ 119,928.84 | $ 64,215.55 | $ 34,888.39 | 42.07% | $ 14,676.54 |
| Oct-36 | 166 | $ 26,037,652.33 | $ 149,256 | $ 84,831.75 | $ 64,424.25 | $ 119,634.52 | $ 64,424.25 | $ 34,802.77 | 41.85% | $ 14,563.90 |
| Nov-36 | 167 | $ 25,973,018.70 | $ 149,256 | $ 84,622.37 | $ 64,633.63 | $ 119,339.24 | $ 64,633.63 | $ 34,716.87 | 41.63% | $ 14,451.91 |
| Dec-36 | 168 | $ 25,908,175.01 | $ 149,256 | $ 84,412.31 | $ 64,843.69 | $ 119,043.00 | $ 64,843.69 | $ 34,630.69 | 41.41% | $ 14,340.58 |
| Jan-37 | 169 | $ 25,843,120.58 | $ 149,256 | $ 84,201.57 | $ 65,054.43 | $ 118,745.80 | $ 65,054.43 | $ 34,544.23 | 41.19% | $ 14,229.90 |
| Feb-37 | 170 | $ 25,777,854.72 | $ 149,256 | $ 83,990.14 | $ 65,265.86 | $ 118,447.64 | $ 65,265.86 | $ 34,457.49 | 40.98% | $ 14,119.88 |
| Mar-37 | 171 | $ 25,712,376.75 | $ 149,256 | $ 83,778.03 | $ 65,477.97 | $ 118,148.50 | $ 65,477.97 | $ 34,370.47 | 40.76% | $ 14,010.50 |
| Apr-37 | 172 | $ 25,646,685.97 | $ 149,256 | $ 83,565.22 | $ 65,690.78 | $ 117,848.39 | $ 65,690.78 | $ 34,283.17 | 40.55% | $ 13,901.76 |
| May-37 | 173 | $ 25,580,781.70 | $ 149,256 | $ 83,351.73 | $ 65,904.27 | $ 117,547.31 | $ 65,904.27 | $ 34,195.58 | 40.34% | $ 13,793.67 |
| Jun-37 | 174 | $ 25,514,663.24 | $ 149,256 | $ 83,137.54 | $ 66,118.46 | $ 117,245.25 | $ 66,118.46 | $ 34,107.71 | 40.13% | $ 13,686.21 |
| Jul-37 | 175 | $ 25,448,329.90 | $ 149,256 | $ 82,922.66 | $ 66,333.34 | $ 116,942.21 | $ 66,333.34 | $ 34,019.55 | 39.92% | $ 13,579.39 |
| Aug-37 | 176 | $ 25,381,780.97 | $ 149,256 | $ 82,707.07 | $ 66,548.93 | $ 116,638.18 | $ 66,548.93 | $ 33,931.11 | 39.71% | $ 13,473.19 |
| Sep-37 | 177 | $ 25,315,015.76 | $ 149,256 | $ 82,490.79 | $ 66,765.21 | $ 116,333.16 | $ 66,765.21 | $ 33,842.37 | 39.50% | $ 13,367.62 |
| Oct-37 | 178 | $ 25,248,033.56 | $ 149,256 | $ 82,273.80 | $ 66,982.20 | $ 116,027.16 | $ 66,982.20 | $ 33,753.35 | 39.29% | $ 13,262.67 |
| Nov-37 | 179 | $ 25,180,833.67 | $ 149,256 | $ 82,056.11 | $ 67,199.89 | $ 115,720.15 | $ 67,199.89 | $ 33,664.04 | 39.09% | $ 13,158.35 |

## Schedule C.2
## Windmill Farms Net Proceeds and Interest Savings Calculation

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Dec-37 | 180 | $ 25,113,415.38 | $ 149,256 | $ 81,837.71 | $ 67,418.29 | $ 115,412.15 | $ 67,418.29 | $ 33,574.44 | 38.88% | $ 13,054.63 |

App. 678

## Schedule C.3
## Ingleside Net Proceeds and Interest Savings Calculations

| Min. Est. Value of Property | Net from Immediate Sale - no Prepayment Penalty | Net Proceeds from Sale w 15-Year HUD Assumption | Net Proceeds from Sale w/ Ten Year HUD Assumption | PV 15-Year Interest Savings | PV 10-Year Interest Savings | Assumed Selling Costs @ 1.5% |
|---|---|---|---|---|---|---|
| $ 31,263,860 | $ 4,416,873 | $ 9,877,234.76 | $ 9,040,530.89 | $ 3,897,168.66 | $ 3,060,464.79 | $ 468,958 |
| 5.00% cap rate 2023 projected | 5% Discount | | | | | |

| | | | |
|---|---|---|---|
| Receiver Net | $ 657,709.10 | | |
| Payoff SPC | $ 3,759,164.00 | | |
| Receiver Proceeds | $ 4,416,873.10 | $ 4,416,873.10 | $ 4,416,873.10 |
| Shortfall | $ 1,563,193.00 | $ 5,460,361.66 | $ 4,623,657.79 |
| Loss to SPC | $ 2,220,902.10 | $ 6,587,028.66 | $ 5,750,324.79 |

App. 679

## Schedule C.3

## Ingleside Net Proceeds and Interest Savings Calculations

| Month | No. | Loan Balance | Payment | Interest 3.59% | Principal | Assumed Alt. Rate (Colliers) 5.50% | Principal | Interest Savings | Present Value Factor 6.50% | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| | | $ 24,814,836.00 | | | | | | | | |
| Jan-23 | 1 | $ 24,784,832.72 | $ 104,241 | $ 74,237.72 | $ 30,003.28 | $ 113,734.67 | $ 30,003.28 | $ 39,496.95 | 99.48% | $ 39,290.21 |
| Feb-23 | 2 | $ 24,754,739.68 | $ 104,241 | $ 74,147.96 | $ 30,093.04 | $ 113,597.15 | $ 30,093.04 | $ 39,449.19 | 98.96% | $ 39,037.31 |
| Mar-23 | 3 | $ 24,724,556.61 | $ 104,241 | $ 74,057.93 | $ 30,183.07 | $ 113,459.22 | $ 30,183.07 | $ 39,401.29 | 98.44% | $ 38,785.83 |
| Apr-23 | 4 | $ 24,694,283.24 | $ 104,241 | $ 73,967.63 | $ 30,273.37 | $ 113,320.88 | $ 30,273.37 | $ 39,353.25 | 97.92% | $ 38,535.77 |
| May-23 | 5 | $ 24,663,919.30 | $ 104,241 | $ 73,877.06 | $ 30,363.94 | $ 113,182.13 | $ 30,363.94 | $ 39,305.07 | 97.41% | $ 38,287.14 |
| Jun-23 | 6 | $ 24,633,464.53 | $ 104,241 | $ 73,786.23 | $ 30,454.77 | $ 113,042.96 | $ 30,454.77 | $ 39,256.74 | 96.90% | $ 38,039.90 |
| Jul-23 | 7 | $ 24,602,918.64 | $ 104,241 | $ 73,695.11 | $ 30,545.89 | $ 112,903.38 | $ 30,545.89 | $ 39,208.26 | 96.39% | $ 37,794.07 |
| Aug-23 | 8 | $ 24,572,281.37 | $ 104,241 | $ 73,603.73 | $ 30,637.27 | $ 112,763.38 | $ 30,637.27 | $ 39,159.65 | 95.89% | $ 37,549.63 |
| Sep-23 | 9 | $ 24,541,552.45 | $ 104,241 | $ 73,512.08 | $ 30,728.92 | $ 112,622.96 | $ 30,728.92 | $ 39,110.88 | 95.39% | $ 37,306.58 |
| Oct-23 | 10 | $ 24,510,731.59 | $ 104,241 | $ 73,420.14 | $ 30,820.86 | $ 112,482.12 | $ 30,820.86 | $ 39,061.97 | 94.89% | $ 37,064.90 |
| Nov-23 | 11 | $ 24,479,818.53 | $ 104,241 | $ 73,327.94 | $ 30,913.06 | $ 112,340.85 | $ 30,913.06 | $ 39,012.91 | 94.39% | $ 36,824.59 |
| Dec-23 | 12 | $ 24,448,812.99 | $ 104,241 | $ 73,235.46 | $ 31,005.54 | $ 112,199.17 | $ 31,005.54 | $ 38,963.71 | 93.90% | $ 36,585.64 |
| Jan-24 | 13 | $ 24,417,714.69 | $ 104,241 | $ 73,142.70 | $ 31,098.30 | $ 112,057.06 | $ 31,098.30 | $ 38,914.36 | 93.41% | $ 36,348.05 |
| Feb-24 | 14 | $ 24,386,523.35 | $ 104,241 | $ 73,049.66 | $ 31,191.34 | $ 111,914.53 | $ 31,191.34 | $ 38,864.86 | 92.92% | $ 36,111.81 |
| Mar-24 | 15 | $ 24,355,238.70 | $ 104,241 | $ 72,956.35 | $ 31,284.65 | $ 111,771.57 | $ 31,284.65 | $ 38,815.22 | 92.43% | $ 35,876.91 |
| Apr-24 | 16 | $ 24,323,860.45 | $ 104,241 | $ 72,862.76 | $ 31,378.24 | $ 111,628.18 | $ 31,378.24 | $ 38,765.42 | 91.95% | $ 35,643.34 |
| May-24 | 17 | $ 24,292,388.34 | $ 104,241 | $ 72,768.88 | $ 31,472.12 | $ 111,484.36 | $ 31,472.12 | $ 38,715.48 | 91.46% | $ 35,411.09 |
| Jun-24 | 18 | $ 24,260,822.07 | $ 104,241 | $ 72,674.73 | $ 31,566.27 | $ 111,340.11 | $ 31,566.27 | $ 38,665.38 | 90.99% | $ 35,180.17 |
| Jul-24 | 19 | $ 24,229,161.36 | $ 104,241 | $ 72,580.29 | $ 31,660.71 | $ 111,195.43 | $ 31,660.71 | $ 38,615.14 | 90.51% | $ 34,950.56 |
| Aug-24 | 20 | $ 24,197,405.93 | $ 104,241 | $ 72,485.57 | $ 31,755.43 | $ 111,050.32 | $ 31,755.43 | $ 38,564.75 | 90.04% | $ 34,722.25 |
| Sep-24 | 21 | $ 24,165,555.51 | $ 104,241 | $ 72,390.57 | $ 31,850.43 | $ 110,904.78 | $ 31,850.43 | $ 38,514.20 | 89.56% | $ 34,495.24 |
| Oct-24 | 22 | $ 24,133,609.79 | $ 104,241 | $ 72,295.29 | $ 31,945.71 | $ 110,758.80 | $ 31,945.71 | $ 38,463.51 | 89.10% | $ 34,269.51 |
| Nov-24 | 23 | $ 24,101,568.51 | $ 104,241 | $ 72,199.72 | $ 32,041.28 | $ 110,612.38 | $ 32,041.28 | $ 38,412.66 | 88.63% | $ 34,045.08 |
| Dec-24 | 24 | $ 24,069,431.37 | $ 104,241 | $ 72,103.86 | $ 32,137.14 | $ 110,465.52 | $ 32,137.14 | $ 38,361.66 | 88.17% | $ 33,821.92 |
| Jan-25 | 25 | $ 24,037,198.08 | $ 104,241 | $ 72,007.72 | $ 32,233.28 | $ 110,318.23 | $ 32,233.28 | $ 38,310.51 | 87.70% | $ 33,600.03 |
| Feb-25 | 26 | $ 24,004,868.37 | $ 104,241 | $ 71,911.28 | $ 32,329.72 | $ 110,170.49 | $ 32,329.72 | $ 38,259.21 | 87.25% | $ 33,379.40 |
| Mar-25 | 27 | $ 23,972,441.93 | $ 104,241 | $ 71,814.56 | $ 32,426.44 | $ 110,022.31 | $ 32,426.44 | $ 38,207.75 | 86.79% | $ 33,160.02 |
| Apr-25 | 28 | $ 23,939,918.49 | $ 104,241 | $ 71,717.56 | $ 32,523.44 | $ 109,873.69 | $ 32,523.44 | $ 38,156.14 | 86.33% | $ 32,941.90 |
| May-25 | 29 | $ 23,907,297.74 | $ 104,241 | $ 71,620.26 | $ 32,620.74 | $ 109,724.63 | $ 32,620.74 | $ 38,104.37 | 85.88% | $ 32,725.02 |
| Jun-25 | 30 | $ 23,874,579.41 | $ 104,241 | $ 71,522.67 | $ 32,718.33 | $ 109,575.11 | $ 32,718.33 | $ 38,052.45 | 85.43% | $ 32,509.37 |

App. 680

## Schedule C.3
## Ingleside Net Proceeds and Interest Savings Calculations

Case 3:22-cv-02118-X   Document 250   Filed 05/30/23   Page 333 of 344   PageID 8526

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Jul-25 | 31 | $ 23,841,763.19 | $ 104,241 | $ 71,424.78 | $ 32,816.22 | $ 109,425.16 | $ 32,816.22 | $ 38,000.37 | 84.99% | $ 32,294.96 |
| Aug-25 | 32 | $ 23,808,848.80 | $ 104,241 | $ 71,326.61 | $ 32,914.39 | $ 109,274.75 | $ 32,914.39 | $ 37,948.14 | 84.54% | $ 32,081.76 |
| Sep-25 | 33 | $ 23,775,835.94 | $ 104,241 | $ 71,228.14 | $ 33,012.86 | $ 109,123.89 | $ 33,012.86 | $ 37,895.75 | 84.10% | $ 31,869.78 |
| Oct-25 | 34 | $ 23,742,724.32 | $ 104,241 | $ 71,129.38 | $ 33,111.62 | $ 108,972.58 | $ 33,111.62 | $ 37,843.21 | 83.66% | $ 31,659.01 |
| Nov-25 | 35 | $ 23,709,513.63 | $ 104,241 | $ 71,030.32 | $ 33,210.68 | $ 108,820.82 | $ 33,210.68 | $ 37,790.50 | 83.22% | $ 31,449.44 |
| Dec-25 | 36 | $ 23,676,203.59 | $ 104,241 | $ 70,930.96 | $ 33,310.04 | $ 108,668.60 | $ 33,310.04 | $ 37,737.64 | 82.78% | $ 31,241.07 |
| Jan-26 | 37 | $ 23,642,793.90 | $ 104,241 | $ 70,831.31 | $ 33,409.69 | $ 108,515.93 | $ 33,409.69 | $ 37,684.62 | 82.35% | $ 31,033.89 |
| Feb-26 | 38 | $ 23,609,284.26 | $ 104,241 | $ 70,731.36 | $ 33,509.64 | $ 108,362.81 | $ 33,509.64 | $ 37,631.45 | 81.92% | $ 30,827.89 |
| Mar-26 | 39 | $ 23,575,674.37 | $ 104,241 | $ 70,631.11 | $ 33,609.89 | $ 108,209.22 | $ 33,609.89 | $ 37,578.11 | 81.49% | $ 30,623.07 |
| Apr-26 | 40 | $ 23,541,963.93 | $ 104,241 | $ 70,530.56 | $ 33,710.44 | $ 108,055.17 | $ 33,710.44 | $ 37,524.62 | 81.07% | $ 30,419.42 |
| May-26 | 41 | $ 23,508,152.64 | $ 104,241 | $ 70,429.71 | $ 33,811.29 | $ 107,900.67 | $ 33,811.29 | $ 37,470.96 | 80.64% | $ 30,216.93 |
| Jun-26 | 42 | $ 23,474,240.20 | $ 104,241 | $ 70,328.56 | $ 33,912.44 | $ 107,745.70 | $ 33,912.44 | $ 37,417.14 | 80.22% | $ 30,015.60 |
| Jul-26 | 43 | $ 23,440,226.30 | $ 104,241 | $ 70,227.10 | $ 34,013.90 | $ 107,590.27 | $ 34,013.90 | $ 37,363.17 | 79.80% | $ 29,815.42 |
| Aug-26 | 44 | $ 23,406,110.64 | $ 104,241 | $ 70,125.34 | $ 34,115.66 | $ 107,434.37 | $ 34,115.66 | $ 37,309.03 | 79.38% | $ 29,616.38 |
| Sep-26 | 45 | $ 23,371,892.92 | $ 104,241 | $ 70,023.28 | $ 34,217.72 | $ 107,278.01 | $ 34,217.72 | $ 37,254.73 | 78.97% | $ 29,418.49 |
| Oct-26 | 46 | $ 23,337,572.83 | $ 104,241 | $ 69,920.91 | $ 34,320.09 | $ 107,121.18 | $ 34,320.09 | $ 37,200.26 | 78.55% | $ 29,221.72 |
| Nov-26 | 47 | $ 23,303,150.07 | $ 104,241 | $ 69,818.24 | $ 34,422.76 | $ 106,963.88 | $ 34,422.76 | $ 37,145.64 | 78.14% | $ 29,026.09 |
| Dec-26 | 48 | $ 23,268,624.33 | $ 104,241 | $ 69,715.26 | $ 34,525.74 | $ 106,806.10 | $ 34,525.74 | $ 37,090.85 | 77.73% | $ 28,831.57 |
| Jan-27 | 49 | $ 23,233,995.30 | $ 104,241 | $ 69,611.97 | $ 34,629.03 | $ 106,647.86 | $ 34,629.03 | $ 37,035.89 | 77.33% | $ 28,638.17 |
| Feb-27 | 50 | $ 23,199,262.67 | $ 104,241 | $ 69,508.37 | $ 34,732.63 | $ 106,489.15 | $ 34,732.63 | $ 36,980.78 | 76.92% | $ 28,445.88 |
| Mar-27 | 51 | $ 23,164,426.13 | $ 104,241 | $ 69,404.46 | $ 34,836.54 | $ 106,329.95 | $ 34,836.54 | $ 36,925.49 | 76.52% | $ 28,254.69 |
| Apr-27 | 52 | $ 23,129,485.37 | $ 104,241 | $ 69,300.24 | $ 34,940.76 | $ 106,170.29 | $ 34,940.76 | $ 36,870.04 | 76.12% | $ 28,064.59 |
| May-27 | 53 | $ 23,094,440.08 | $ 104,241 | $ 69,195.71 | $ 35,045.29 | $ 106,010.14 | $ 35,045.29 | $ 36,814.43 | 75.72% | $ 27,875.58 |
| Jun-27 | 54 | $ 23,059,289.95 | $ 104,241 | $ 69,090.87 | $ 35,150.13 | $ 105,849.52 | $ 35,150.13 | $ 36,758.65 | 75.32% | $ 27,687.66 |
| Jul-27 | 55 | $ 23,024,034.66 | $ 104,241 | $ 68,985.71 | $ 35,255.29 | $ 105,688.41 | $ 35,255.29 | $ 36,702.70 | 74.93% | $ 27,500.82 |
| Aug-27 | 56 | $ 22,988,673.89 | $ 104,241 | $ 68,880.24 | $ 35,360.76 | $ 105,526.83 | $ 35,360.76 | $ 36,646.59 | 74.54% | $ 27,315.05 |
| Sep-27 | 57 | $ 22,953,207.34 | $ 104,241 | $ 68,774.45 | $ 35,466.55 | $ 105,364.76 | $ 35,466.55 | $ 36,590.31 | 74.15% | $ 27,130.35 |
| Oct-27 | 58 | $ 22,917,634.69 | $ 104,241 | $ 68,668.35 | $ 35,572.65 | $ 105,202.20 | $ 35,572.65 | $ 36,533.86 | 73.76% | $ 26,946.71 |
| Nov-27 | 59 | $ 22,881,955.61 | $ 104,241 | $ 68,561.92 | $ 35,679.08 | $ 105,039.16 | $ 35,679.08 | $ 36,477.24 | 73.37% | $ 26,764.12 |
| Dec-27 | 60 | $ 22,846,169.80 | $ 104,241 | $ 68,455.18 | $ 35,785.82 | $ 104,875.63 | $ 35,785.82 | $ 36,420.45 | 72.99% | $ 26,582.59 |
| Jan-28 | 61 | $ 22,810,276.92 | $ 104,241 | $ 68,348.12 | $ 35,892.88 | $ 104,711.61 | $ 35,892.88 | $ 36,363.49 | 72.61% | $ 26,402.09 |

# Schedule C.3
## Ingleside Net Proceeds and Interest Savings Calculations

Case 3:22-cv-02118-X    Document 250    Filed 05/30/23    Page 334 of 344    PageID 8527

App. 682

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Feb-28 | 62 | $ 22,774,276.67 | $ 104,241 | $ 68,240.75 | $ 36,000.25 | $ 104,547.10 | $ 36,000.25 | $ 36,306.36 | 72.23% | $ 26,222.64 |
| Mar-28 | 63 | $ 22,738,168.71 | $ 104,241 | $ 68,133.04 | $ 36,107.96 | $ 104,382.10 | $ 36,107.96 | $ 36,249.06 | 71.85% | $ 26,044.22 |
| Apr-28 | 64 | $ 22,701,952.73 | $ 104,241 | $ 68,025.02 | $ 36,215.98 | $ 104,216.61 | $ 36,215.98 | $ 36,191.59 | 71.47% | $ 25,866.82 |
| May-28 | 65 | $ 22,665,628.41 | $ 104,241 | $ 67,916.68 | $ 36,324.32 | $ 104,050.62 | $ 36,324.32 | $ 36,133.94 | 71.10% | $ 25,690.45 |
| Jun-28 | 66 | $ 22,629,195.41 | $ 104,241 | $ 67,808.00 | $ 36,433.00 | $ 103,884.13 | $ 36,433.00 | $ 36,076.13 | 70.73% | $ 25,515.09 |
| Jul-28 | 67 | $ 22,592,653.42 | $ 104,241 | $ 67,699.01 | $ 36,541.99 | $ 103,717.15 | $ 36,541.99 | $ 36,018.14 | 70.36% | $ 25,340.74 |
| Aug-28 | 68 | $ 22,556,002.11 | $ 104,241 | $ 67,589.69 | $ 36,651.31 | $ 103,549.66 | $ 36,651.31 | $ 35,959.97 | 69.99% | $ 25,167.39 |
| Sep-28 | 69 | $ 22,519,241.15 | $ 104,241 | $ 67,480.04 | $ 36,760.96 | $ 103,381.68 | $ 36,760.96 | $ 35,901.64 | 69.62% | $ 24,995.05 |
| Oct-28 | 70 | $ 22,482,370.21 | $ 104,241 | $ 67,370.06 | $ 36,870.94 | $ 103,213.19 | $ 36,870.94 | $ 35,843.13 | 69.26% | $ 24,823.70 |
| Nov-28 | 71 | $ 22,445,388.97 | $ 104,241 | $ 67,259.76 | $ 36,981.24 | $ 103,044.20 | $ 36,981.24 | $ 35,784.44 | 68.89% | $ 24,653.34 |
| Dec-28 | 72 | $ 22,408,297.09 | $ 104,241 | $ 67,149.12 | $ 37,091.88 | $ 102,874.70 | $ 37,091.88 | $ 35,725.58 | 68.53% | $ 24,483.96 |
| Jan-29 | 73 | $ 22,371,094.25 | $ 104,241 | $ 67,038.16 | $ 37,202.84 | $ 102,704.70 | $ 37,202.84 | $ 35,666.54 | 68.17% | $ 24,315.56 |
| Feb-29 | 74 | $ 22,333,780.10 | $ 104,241 | $ 66,926.86 | $ 37,314.14 | $ 102,534.18 | $ 37,314.14 | $ 35,607.33 | 67.82% | $ 24,148.13 |
| Mar-29 | 75 | $ 22,296,354.33 | $ 104,241 | $ 66,815.23 | $ 37,425.77 | $ 102,363.16 | $ 37,425.77 | $ 35,547.93 | 67.46% | $ 23,981.66 |
| Apr-29 | 76 | $ 22,258,816.59 | $ 104,241 | $ 66,703.26 | $ 37,537.74 | $ 102,191.62 | $ 37,537.74 | $ 35,488.36 | 67.11% | $ 23,816.16 |
| May-29 | 77 | $ 22,221,166.55 | $ 104,241 | $ 66,590.96 | $ 37,650.04 | $ 102,019.58 | $ 37,650.04 | $ 35,428.62 | 66.76% | $ 23,651.62 |
| Jun-29 | 78 | $ 22,183,403.87 | $ 104,241 | $ 66,478.32 | $ 37,762.68 | $ 101,847.01 | $ 37,762.68 | $ 35,368.69 | 66.41% | $ 23,488.03 |
| Jul-29 | 79 | $ 22,145,528.22 | $ 104,241 | $ 66,365.35 | $ 37,875.65 | $ 101,673.93 | $ 37,875.65 | $ 35,308.58 | 66.06% | $ 23,325.38 |
| Aug-29 | 80 | $ 22,107,539.26 | $ 104,241 | $ 66,252.04 | $ 37,988.96 | $ 101,500.34 | $ 37,988.96 | $ 35,248.30 | 65.72% | $ 23,163.67 |
| Sep-29 | 81 | $ 22,069,436.65 | $ 104,241 | $ 66,138.39 | $ 38,102.61 | $ 101,326.22 | $ 38,102.61 | $ 35,187.83 | 65.37% | $ 23,002.90 |
| Oct-29 | 82 | $ 22,031,220.05 | $ 104,241 | $ 66,024.40 | $ 38,216.60 | $ 101,151.58 | $ 38,216.60 | $ 35,127.19 | 65.03% | $ 22,843.07 |
| Nov-29 | 83 | $ 21,992,889.11 | $ 104,241 | $ 65,910.07 | $ 38,330.93 | $ 100,976.43 | $ 38,330.93 | $ 35,066.36 | 64.69% | $ 22,684.15 |
| Dec-29 | 84 | $ 21,954,443.51 | $ 104,241 | $ 65,795.39 | $ 38,445.61 | $ 100,800.74 | $ 38,445.61 | $ 35,005.35 | 64.35% | $ 22,526.16 |
| Jan-30 | 85 | $ 21,915,882.88 | $ 104,241 | $ 65,680.38 | $ 38,560.62 | $ 100,624.53 | $ 38,560.62 | $ 34,944.16 | 64.01% | $ 22,369.08 |
| Feb-30 | 86 | $ 21,877,206.90 | $ 104,241 | $ 65,565.02 | $ 38,675.98 | $ 100,447.80 | $ 38,675.98 | $ 34,882.78 | 63.68% | $ 22,212.92 |
| Mar-30 | 87 | $ 21,838,415.21 | $ 104,241 | $ 65,449.31 | $ 38,791.69 | $ 100,270.53 | $ 38,791.69 | $ 34,821.22 | 63.35% | $ 22,057.65 |
| Apr-30 | 88 | $ 21,799,507.47 | $ 104,241 | $ 65,333.26 | $ 38,907.74 | $ 100,092.74 | $ 38,907.74 | $ 34,759.48 | 63.01% | $ 21,903.29 |
| May-30 | 89 | $ 21,760,483.33 | $ 104,241 | $ 65,216.86 | $ 39,024.14 | $ 99,914.41 | $ 39,024.14 | $ 34,697.55 | 62.68% | $ 21,749.83 |
| Jun-30 | 90 | $ 21,721,342.44 | $ 104,241 | $ 65,100.11 | $ 39,140.89 | $ 99,735.55 | $ 39,140.89 | $ 34,635.44 | 62.36% | $ 21,597.26 |
| Jul-30 | 91 | $ 21,682,084.46 | $ 104,241 | $ 64,983.02 | $ 39,257.98 | $ 99,556.15 | $ 39,257.98 | $ 34,573.14 | 62.03% | $ 21,445.57 |
| Aug-30 | 92 | $ 21,642,709.03 | $ 104,241 | $ 64,865.57 | $ 39,375.43 | $ 99,376.22 | $ 39,375.43 | $ 34,510.65 | 61.70% | $ 21,294.76 |

Case 3:22-cv-02118-X Document 250 Filed 05/30/23 Page 335 of 344 PageID 8528

App. 683

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Sep-30 | 93 | $ 21,603,215.80 | $ 104,241 | $ 64,747.77 | $ 39,493.23 | $ 99,195.75 | $ 39,493.23 | $ 34,447.98 | 61.38% | $ 21,144.83 |
| Oct-30 | 94 | $ 21,563,604.42 | $ 104,241 | $ 64,629.62 | $ 39,611.38 | $ 99,014.74 | $ 39,611.38 | $ 34,385.12 | 61.06% | $ 20,995.78 |
| Nov-30 | 95 | $ 21,523,874.54 | $ 104,241 | $ 64,511.12 | $ 39,729.88 | $ 98,833.19 | $ 39,729.88 | $ 34,322.07 | 60.74% | $ 20,847.58 |
| Dec-30 | 96 | $ 21,484,025.79 | $ 104,241 | $ 64,392.26 | $ 39,848.74 | $ 98,651.09 | $ 39,848.74 | $ 34,258.83 | 60.42% | $ 20,700.26 |
| Jan-31 | 97 | $ 21,444,057.84 | $ 104,241 | $ 64,273.04 | $ 39,967.96 | $ 98,468.45 | $ 39,967.96 | $ 34,195.41 | 60.11% | $ 20,553.78 |
| Feb-31 | 98 | $ 21,403,970.31 | $ 104,241 | $ 64,153.47 | $ 40,087.53 | $ 98,285.27 | $ 40,087.53 | $ 34,131.79 | 59.79% | $ 20,408.17 |
| Mar-31 | 99 | $ 21,363,762.86 | $ 104,241 | $ 64,033.54 | $ 40,207.46 | $ 98,101.53 | $ 40,207.46 | $ 34,067.99 | 59.48% | $ 20,263.39 |
| Apr-31 | 100 | $ 21,323,435.11 | $ 104,241 | $ 63,913.26 | $ 40,327.74 | $ 97,917.25 | $ 40,327.74 | $ 34,003.99 | 59.17% | $ 20,119.47 |
| May-31 | 101 | $ 21,282,986.72 | $ 104,241 | $ 63,792.61 | $ 40,448.39 | $ 97,732.41 | $ 40,448.39 | $ 33,939.80 | 58.86% | $ 19,976.38 |
| Jun-31 | 102 | $ 21,242,417.32 | $ 104,241 | $ 63,671.60 | $ 40,569.40 | $ 97,547.02 | $ 40,569.40 | $ 33,875.42 | 58.55% | $ 19,834.12 |
| Jul-31 | 103 | $ 21,201,726.56 | $ 104,241 | $ 63,550.23 | $ 40,690.77 | $ 97,361.08 | $ 40,690.77 | $ 33,810.85 | 58.24% | $ 19,692.70 |
| Aug-31 | 104 | $ 21,160,914.05 | $ 104,241 | $ 63,428.50 | $ 40,812.50 | $ 97,174.58 | $ 40,812.50 | $ 33,746.08 | 57.94% | $ 19,552.10 |
| Sep-31 | 105 | $ 21,119,979.46 | $ 104,241 | $ 63,306.40 | $ 40,934.60 | $ 96,987.52 | $ 40,934.60 | $ 33,681.12 | 57.64% | $ 19,412.32 |
| Oct-31 | 106 | $ 21,078,922.39 | $ 104,241 | $ 63,183.94 | $ 41,057.06 | $ 96,799.91 | $ 41,057.06 | $ 33,615.97 | 57.33% | $ 19,273.36 |
| Nov-31 | 107 | $ 21,037,742.50 | $ 104,241 | $ 63,061.11 | $ 41,179.89 | $ 96,611.73 | $ 41,179.89 | $ 33,550.62 | 57.03% | $ 19,135.21 |
| Dec-31 | 108 | $ 20,996,439.42 | $ 104,241 | $ 62,937.91 | $ 41,303.09 | $ 96,422.99 | $ 41,303.09 | $ 33,485.07 | 56.74% | $ 18,997.86 |
| Jan-32 | 109 | $ 20,955,012.76 | $ 104,241 | $ 62,814.35 | $ 41,426.65 | $ 96,233.68 | $ 41,426.65 | $ 33,419.33 | 56.44% | $ 18,861.32 |
| Feb-32 | 110 | $ 20,913,462.18 | $ 104,241 | $ 62,690.41 | $ 41,550.59 | $ 96,043.81 | $ 41,550.59 | $ 33,353.40 | 56.14% | $ 18,725.58 |
| Mar-32 | 111 | $ 20,871,787.29 | $ 104,241 | $ 62,566.11 | $ 41,674.89 | $ 95,853.37 | $ 41,674.89 | $ 33,287.26 | 55.85% | $ 18,590.63 |
| Apr-32 | 112 | $ 20,829,987.72 | $ 104,241 | $ 62,441.43 | $ 41,799.57 | $ 95,662.36 | $ 41,799.57 | $ 33,220.93 | 55.56% | $ 18,456.47 |
| May-32 | 113 | $ 20,788,063.10 | $ 104,241 | $ 62,316.38 | $ 41,924.62 | $ 95,470.78 | $ 41,924.62 | $ 33,154.40 | 55.27% | $ 18,323.10 |
| Jun-32 | 114 | $ 20,746,013.05 | $ 104,241 | $ 62,190.96 | $ 42,050.04 | $ 95,278.62 | $ 42,050.04 | $ 33,087.67 | 54.98% | $ 18,190.51 |
| Jul-32 | 115 | $ 20,703,837.21 | $ 104,241 | $ 62,065.16 | $ 42,175.84 | $ 95,085.89 | $ 42,175.84 | $ 33,020.74 | 54.69% | $ 18,058.69 |
| Aug-32 | 116 | $ 20,661,535.19 | $ 104,241 | $ 61,938.98 | $ 42,302.02 | $ 94,892.59 | $ 42,302.02 | $ 32,953.61 | 54.40% | $ 17,927.65 |
| Sep-32 | 117 | $ 20,619,106.61 | $ 104,241 | $ 61,812.43 | $ 42,428.57 | $ 94,698.70 | $ 42,428.57 | $ 32,886.28 | 54.12% | $ 17,797.38 |
| Oct-32 | 118 | $ 20,576,551.11 | $ 104,241 | $ 61,685.49 | $ 42,555.51 | $ 94,504.24 | $ 42,555.51 | $ 32,818.74 | 53.83% | $ 17,667.87 |
| Nov-32 | 119 | $ 20,533,868.29 | $ 104,241 | $ 61,558.18 | $ 42,682.82 | $ 94,309.19 | $ 42,682.82 | $ 32,751.01 | 53.55% | $ 17,539.12 |
| Dec-32 | 120 | $ 20,491,057.78 | $ 104,241 | $ 61,430.49 | $ 42,810.51 | $ 94,113.56 | $ 42,810.51 | $ 32,683.07 | 53.27% | $ 17,411.12 |
| Jan-33 | 121 | $ 20,448,119.19 | $ 104,241 | $ 61,302.41 | $ 42,938.59 | $ 93,917.35 | $ 42,938.59 | $ 32,614.93 | 52.99% | $ 17,283.88 |
| Feb-33 | 122 | $ 20,405,052.15 | $ 104,241 | $ 61,173.96 | $ 43,067.04 | $ 93,720.55 | $ 43,067.04 | $ 32,546.59 | 52.72% | $ 17,157.39 |
| Mar-33 | 123 | $ 20,361,856.26 | $ 104,241 | $ 61,045.11 | $ 43,195.89 | $ 93,523.16 | $ 43,195.89 | $ 32,478.04 | 52.44% | $ 17,031.64 |

Case 3:22-cv-02118-X   Document 250   Filed 05/30/23   Page 336 of 344   PageID 8529

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Apr-33 | 124 | $ 20,318,531.15 | $ 104,241 | $ 60,915.89 | $ 43,325.11 | $ 93,325.17 | $ 43,325.11 | $ 32,409.29 | 52.17% | $ 16,906.62 |
| May-33 | 125 | $ 20,275,076.42 | $ 104,241 | $ 60,786.27 | $ 43,454.73 | $ 93,126.60 | $ 43,454.73 | $ 32,340.33 | 51.89% | $ 16,782.35 |
| Jun-33 | 126 | $ 20,231,491.69 | $ 104,241 | $ 60,656.27 | $ 43,584.73 | $ 92,927.43 | $ 43,584.73 | $ 32,271.16 | 51.62% | $ 16,658.80 |
| Jul-33 | 127 | $ 20,187,776.57 | $ 104,241 | $ 60,525.88 | $ 43,715.12 | $ 92,727.67 | $ 43,715.12 | $ 32,201.79 | 51.35% | $ 16,535.98 |
| Aug-33 | 128 | $ 20,143,930.67 | $ 104,241 | $ 60,395.10 | $ 43,845.90 | $ 92,527.31 | $ 43,845.90 | $ 32,132.21 | 51.08% | $ 16,413.89 |
| Sep-33 | 129 | $ 20,099,953.60 | $ 104,241 | $ 60,263.93 | $ 43,977.07 | $ 92,326.35 | $ 43,977.07 | $ 32,062.42 | 50.81% | $ 16,292.51 |
| Oct-33 | 130 | $ 20,055,844.96 | $ 104,241 | $ 60,132.36 | $ 44,108.64 | $ 92,124.79 | $ 44,108.64 | $ 31,992.43 | 50.55% | $ 16,171.85 |
| Nov-33 | 131 | $ 20,011,604.36 | $ 104,241 | $ 60,000.40 | $ 44,240.60 | $ 91,922.62 | $ 44,240.60 | $ 31,922.22 | 50.28% | $ 16,051.90 |
| Dec-33 | 132 | $ 19,967,231.41 | $ 104,241 | $ 59,868.05 | $ 44,372.95 | $ 91,719.85 | $ 44,372.95 | $ 31,851.80 | 50.02% | $ 15,932.66 |
| Jan-34 | 133 | $ 19,922,725.71 | $ 104,241 | $ 59,735.30 | $ 44,505.70 | $ 91,516.48 | $ 44,505.70 | $ 31,781.18 | 49.76% | $ 15,814.12 |
| Feb-34 | 134 | $ 19,878,086.87 | $ 104,241 | $ 59,602.15 | $ 44,638.85 | $ 91,312.49 | $ 44,638.85 | $ 31,710.34 | 49.50% | $ 15,696.29 |
| Mar-34 | 135 | $ 19,833,314.48 | $ 104,241 | $ 59,468.61 | $ 44,772.39 | $ 91,107.90 | $ 44,772.39 | $ 31,639.29 | 49.24% | $ 15,579.14 |
| Apr-34 | 136 | $ 19,788,408.14 | $ 104,241 | $ 59,334.67 | $ 44,906.33 | $ 90,902.69 | $ 44,906.33 | $ 31,568.03 | 48.98% | $ 15,462.70 |
| May-34 | 137 | $ 19,743,367.46 | $ 104,241 | $ 59,200.32 | $ 45,040.68 | $ 90,696.87 | $ 45,040.68 | $ 31,496.55 | 48.73% | $ 15,346.93 |
| Jun-34 | 138 | $ 19,698,192.04 | $ 104,241 | $ 59,065.57 | $ 45,175.43 | $ 90,490.43 | $ 45,175.43 | $ 31,424.86 | 48.47% | $ 15,231.86 |
| Jul-34 | 139 | $ 19,652,881.46 | $ 104,241 | $ 58,930.42 | $ 45,310.58 | $ 90,283.38 | $ 45,310.58 | $ 31,352.96 | 48.22% | $ 15,117.46 |
| Aug-34 | 140 | $ 19,607,435.33 | $ 104,241 | $ 58,794.87 | $ 45,446.13 | $ 90,075.71 | $ 45,446.13 | $ 31,280.84 | 47.96% | $ 15,003.74 |
| Sep-34 | 141 | $ 19,561,853.24 | $ 104,241 | $ 58,658.91 | $ 45,582.09 | $ 89,867.41 | $ 45,582.09 | $ 31,208.50 | 47.71% | $ 14,890.70 |
| Oct-34 | 142 | $ 19,516,134.79 | $ 104,241 | $ 58,522.54 | $ 45,718.46 | $ 89,658.49 | $ 45,718.46 | $ 31,135.95 | 47.46% | $ 14,778.32 |
| Nov-34 | 143 | $ 19,470,279.56 | $ 104,241 | $ 58,385.77 | $ 45,855.23 | $ 89,448.95 | $ 45,855.23 | $ 31,063.18 | 47.22% | $ 14,666.61 |
| Dec-34 | 144 | $ 19,424,287.14 | $ 104,241 | $ 58,248.59 | $ 45,992.41 | $ 89,238.78 | $ 45,992.41 | $ 30,990.19 | 46.97% | $ 14,555.56 |
| Jan-35 | 145 | $ 19,378,157.13 | $ 104,241 | $ 58,110.99 | $ 46,130.01 | $ 89,027.98 | $ 46,130.01 | $ 30,916.99 | 46.72% | $ 14,445.17 |
| Feb-35 | 146 | $ 19,331,889.12 | $ 104,241 | $ 57,972.99 | $ 46,268.01 | $ 88,816.55 | $ 46,268.01 | $ 30,843.57 | 46.48% | $ 14,335.44 |
| Mar-35 | 147 | $ 19,285,482.69 | $ 104,241 | $ 57,834.57 | $ 46,406.43 | $ 88,604.49 | $ 46,406.43 | $ 30,769.92 | 46.23% | $ 14,226.36 |
| Apr-35 | 148 | $ 19,238,937.43 | $ 104,241 | $ 57,695.74 | $ 46,545.26 | $ 88,391.80 | $ 46,545.26 | $ 30,696.06 | 45.99% | $ 14,117.92 |
| May-35 | 149 | $ 19,192,252.91 | $ 104,241 | $ 57,556.49 | $ 46,684.51 | $ 88,178.46 | $ 46,684.51 | $ 30,621.98 | 45.75% | $ 14,010.13 |
| Jun-35 | 150 | $ 19,145,428.74 | $ 104,241 | $ 57,416.82 | $ 46,824.18 | $ 87,964.49 | $ 46,824.18 | $ 30,547.67 | 45.51% | $ 13,902.98 |
| Jul-35 | 151 | $ 19,098,464.48 | $ 104,241 | $ 57,276.74 | $ 46,964.26 | $ 87,749.88 | $ 46,964.26 | $ 30,473.14 | 45.27% | $ 13,796.47 |
| Aug-35 | 152 | $ 19,051,359.72 | $ 104,241 | $ 57,136.24 | $ 47,104.76 | $ 87,534.63 | $ 47,104.76 | $ 30,398.39 | 45.04% | $ 13,690.59 |
| Sep-35 | 153 | $ 19,004,114.03 | $ 104,241 | $ 56,995.32 | $ 47,245.68 | $ 87,318.73 | $ 47,245.68 | $ 30,323.41 | 44.80% | $ 13,585.34 |
| Oct-35 | 154 | $ 18,956,727.01 | $ 104,241 | $ 56,853.97 | $ 47,387.03 | $ 87,102.19 | $ 47,387.03 | $ 30,248.21 | 44.57% | $ 13,480.72 |

# Schedule C.3
## Ingleside Net Proceeds and Interest Savings Calculations

Case 3:22-cv-02118-X   Document 250   Filed 05/30/23   Page 337 of 344   PageID 8530

| Month | No. | Loan Balance | Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Nov-35 | 155 | $ 18,909,198.22 | $ 104,241 | $ 56,712.21 | $ 47,528.79 | $ 86,885.00 | $ 47,528.79 | $ 30,172.79 | 44.33% | $ 13,376.72 |
| Dec-35 | 156 | $ 18,861,527.24 | $ 104,241 | $ 56,570.02 | $ 47,670.98 | $ 86,667.16 | $ 47,670.98 | $ 30,097.14 | 44.10% | $ 13,273.34 |
| Jan-36 | 157 | $ 18,813,713.64 | $ 104,241 | $ 56,427.40 | $ 47,813.60 | $ 86,448.67 | $ 47,813.60 | $ 30,021.26 | 43.87% | $ 13,170.58 |
| Feb-36 | 158 | $ 18,765,757.00 | $ 104,241 | $ 56,284.36 | $ 47,956.64 | $ 86,229.52 | $ 47,956.64 | $ 29,945.16 | 43.64% | $ 13,068.43 |
| Mar-36 | 159 | $ 18,717,656.89 | $ 104,241 | $ 56,140.89 | $ 48,100.11 | $ 86,009.72 | $ 48,100.11 | $ 29,868.83 | 43.41% | $ 12,966.89 |
| Apr-36 | 160 | $ 18,669,412.88 | $ 104,241 | $ 55,996.99 | $ 48,244.01 | $ 85,789.26 | $ 48,244.01 | $ 29,792.27 | 43.19% | $ 12,865.96 |
| May-36 | 161 | $ 18,621,024.54 | $ 104,241 | $ 55,852.66 | $ 48,388.34 | $ 85,568.14 | $ 48,388.34 | $ 29,715.48 | 42.96% | $ 12,765.63 |
| Jun-36 | 162 | $ 18,572,491.44 | $ 104,241 | $ 55,707.90 | $ 48,533.10 | $ 85,346.36 | $ 48,533.10 | $ 29,638.46 | 42.73% | $ 12,665.90 |
| Jul-36 | 163 | $ 18,523,813.14 | $ 104,241 | $ 55,562.70 | $ 48,678.30 | $ 85,123.92 | $ 48,678.30 | $ 29,561.22 | 42.51% | $ 12,566.76 |
| Aug-36 | 164 | $ 18,474,989.21 | $ 104,241 | $ 55,417.07 | $ 48,823.93 | $ 84,900.81 | $ 48,823.93 | $ 29,483.74 | 42.29% | $ 12,468.22 |
| Sep-36 | 165 | $ 18,426,019.22 | $ 104,241 | $ 55,271.01 | $ 48,969.99 | $ 84,677.03 | $ 48,969.99 | $ 29,406.02 | 42.07% | $ 12,370.27 |
| Oct-36 | 166 | $ 18,376,902.73 | $ 104,241 | $ 55,124.51 | $ 49,116.49 | $ 84,452.59 | $ 49,116.49 | $ 29,328.08 | 41.85% | $ 12,272.91 |
| Nov-36 | 167 | $ 18,327,639.30 | $ 104,241 | $ 54,977.57 | $ 49,263.43 | $ 84,227.47 | $ 49,263.43 | $ 29,249.90 | 41.63% | $ 12,176.12 |
| Dec-36 | 168 | $ 18,278,228.49 | $ 104,241 | $ 54,830.19 | $ 49,410.81 | $ 84,001.68 | $ 49,410.81 | $ 29,171.49 | 41.41% | $ 12,079.92 |
| Jan-37 | 169 | $ 18,228,669.85 | $ 104,241 | $ 54,682.37 | $ 49,558.63 | $ 83,775.21 | $ 49,558.63 | $ 29,092.85 | 41.19% | $ 11,984.30 |
| Feb-37 | 170 | $ 18,178,962.96 | $ 104,241 | $ 54,534.10 | $ 49,706.90 | $ 83,548.07 | $ 49,706.90 | $ 29,013.97 | 40.98% | $ 11,889.25 |
| Mar-37 | 171 | $ 18,129,107.35 | $ 104,241 | $ 54,385.40 | $ 49,855.60 | $ 83,320.25 | $ 49,855.60 | $ 28,934.85 | 40.76% | $ 11,794.77 |
| Apr-37 | 172 | $ 18,079,102.60 | $ 104,241 | $ 54,236.25 | $ 50,004.75 | $ 83,091.74 | $ 50,004.75 | $ 28,855.50 | 40.55% | $ 11,700.85 |
| May-37 | 173 | $ 18,028,948.25 | $ 104,241 | $ 54,086.65 | $ 50,154.35 | $ 82,862.55 | $ 50,154.35 | $ 28,775.90 | 40.34% | $ 11,607.50 |
| Jun-37 | 174 | $ 17,978,643.85 | $ 104,241 | $ 53,936.60 | $ 50,304.40 | $ 82,632.68 | $ 50,304.40 | $ 28,696.08 | 40.13% | $ 11,514.72 |
| Jul-37 | 175 | $ 17,928,188.96 | $ 104,241 | $ 53,786.11 | $ 50,454.89 | $ 82,402.12 | $ 50,454.89 | $ 28,616.01 | 39.92% | $ 11,422.49 |
| Aug-37 | 176 | $ 17,877,583.13 | $ 104,241 | $ 53,635.17 | $ 50,605.83 | $ 82,170.87 | $ 50,605.83 | $ 28,535.70 | 39.71% | $ 11,330.81 |
| Sep-37 | 177 | $ 17,826,825.90 | $ 104,241 | $ 53,483.77 | $ 50,757.23 | $ 81,938.92 | $ 50,757.23 | $ 28,455.15 | 39.50% | $ 11,239.69 |
| Oct-37 | 178 | $ 17,775,916.82 | $ 104,241 | $ 53,331.92 | $ 50,909.08 | $ 81,706.29 | $ 50,909.08 | $ 28,374.36 | 39.29% | $ 11,149.11 |
| Nov-37 | 179 | $ 17,724,855.44 | $ 104,241 | $ 53,179.62 | $ 51,061.38 | $ 81,472.95 | $ 51,061.38 | $ 28,293.33 | 39.09% | $ 11,059.08 |
| Dec-37 | 180 | $ 17,673,641.29 | $ 104,241 | $ 53,026.86 | $ 51,214.14 | $ 81,238.92 | $ 51,214.14 | $ 28,212.06 | 38.88% | $ 10,969.60 |

App. 685

## Schedule C.4
## Opelika Estimated Net Proceeds and Interest Savings Calculations

| Min. Est. Value of Property | Net from Immediate Sale - no Prepayment Penalty | Net Proceeds from Sale w 15-Year HUD Assumption | Net Proceeds from Sale w/ Ten Year HUD Assumption | | PV 15-Year Interest Savings | PV 10-Year Interest Savings | Assumed Selling Costs @ 1.5% |
|---|---|---|---|---|---|---|---|
| $ 36,819,048 | $ 12,388,772 | $ 18,859,755.75 | $ 17,847,582.35 | | $ 4,630,031.43 | $ 3,617,858.03 | $ 552,286 |
| 5.25% cap rate Sep-Dec 2023 projected | 5% Discount | | | | | | |

| | | | |
|---|---|---|---|
| Receiver Net | $ 9,199,112.04 | | |
| Payoff SPC | $ 3,189,659.90 | | |
| Receiver Proceeds | $ 12,388,771.94 | $ 12,388,771.94 | $ 12,388,771.94 |
| Shortfall | $ 1,840,952.38 | $ 6,470,983.81 | $ 5,458,810.41 |
| Loss to SPC | $ 9,199,112.04 | $ 16,222,381.57 | $ 15,210,208.17 |

# Schedule C.4
## Opelika Estimated Net Proceeds and Interest Savings Calculations

| Month | No. | Loan Balance | Est. Payment | Interest (2.99%) | Principal | Assumed Alt. Rate (Colliers) (5.50%) | Principal | Interest Savings | Present Value Factor (6.50%) | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Jan-23 | 1 | | | | | | | | 99.48% | $ - |
| Feb-23 | 2 | | | | | | | | 98.96% | $ - |
| Mar-23 | 3 | | | | | | | | 98.44% | $ - |
| Apr-23 | 4 | $ 22,062,229.32 | | | | | | | 97.92% | $ - |
| May-23 | 5 | $ 22,037,037.58 | $ 80,163 | $ 54,971.72 | $ 25,191.74 | $ 101,003.09 | $ 25,191.74 | $ 46,031.37 | 97.41% | $ 44,839.24 |
| Jun-23 | 6 | $ 22,011,783.07 | $ 80,163 | $ 54,908.95 | $ 25,254.51 | $ 101,003.09 | $ 25,254.51 | $ 46,094.14 | 96.90% | $ 44,665.36 |
| Jul-23 | 7 | $ 21,986,465.64 | $ 80,163 | $ 54,846.03 | $ 25,317.43 | $ 100,887.34 | $ 25,317.43 | $ 46,041.31 | 96.39% | $ 44,380.66 |
| Aug-23 | 8 | $ 21,961,085.12 | $ 80,163 | $ 54,782.94 | $ 25,380.52 | $ 100,771.30 | $ 25,380.52 | $ 45,988.36 | 95.89% | $ 44,097.59 |
| Sep-23 | 9 | $ 21,935,641.37 | $ 80,163 | $ 54,719.70 | $ 25,443.76 | $ 100,654.97 | $ 25,443.76 | $ 45,935.27 | 95.39% | $ 43,816.13 |
| Oct-23 | 10 | $ 21,910,134.21 | $ 80,163 | $ 54,656.31 | $ 25,507.15 | $ 100,538.36 | $ 25,507.15 | $ 45,882.05 | 94.89% | $ 43,536.30 |
| Nov-23 | 11 | $ 21,884,563.50 | $ 80,163 | $ 54,592.75 | $ 25,570.71 | $ 100,421.45 | $ 25,570.71 | $ 45,828.70 | 94.39% | $ 43,258.06 |
| Dec-23 | 12 | $ 21,858,929.08 | $ 80,163 | $ 54,529.04 | $ 25,634.42 | $ 100,304.25 | $ 25,634.42 | $ 45,775.21 | 93.90% | $ 42,981.42 |
| Jan-24 | 13 | $ 21,833,230.79 | $ 80,163 | $ 54,465.16 | $ 25,698.30 | $ 100,186.76 | $ 25,698.30 | $ 45,721.59 | 93.41% | $ 42,706.37 |
| Feb-24 | 14 | $ 21,807,468.46 | $ 80,163 | $ 54,401.13 | $ 25,762.33 | $ 100,068.97 | $ 25,762.33 | $ 45,667.84 | 92.92% | $ 42,432.89 |
| Mar-24 | 15 | $ 21,781,641.94 | $ 80,163 | $ 54,336.94 | $ 25,826.52 | $ 99,950.90 | $ 25,826.52 | $ 45,613.95 | 92.43% | $ 42,160.98 |
| Apr-24 | 16 | $ 21,755,751.07 | $ 80,163 | $ 54,272.59 | $ 25,890.87 | $ 99,832.53 | $ 25,890.87 | $ 45,559.93 | 91.95% | $ 41,890.64 |
| May-24 | 17 | $ 21,729,795.69 | $ 80,163 | $ 54,208.08 | $ 25,955.38 | $ 99,713.86 | $ 25,955.38 | $ 45,505.78 | 91.46% | $ 41,621.84 |
| Jun-24 | 18 | $ 21,703,775.64 | $ 80,163 | $ 54,143.41 | $ 26,020.05 | $ 99,594.90 | $ 26,020.05 | $ 45,451.49 | 90.99% | $ 41,354.59 |
| Jul-24 | 19 | $ 21,677,690.76 | $ 80,163 | $ 54,078.57 | $ 26,084.89 | $ 99,475.64 | $ 26,084.89 | $ 45,397.06 | 90.51% | $ 41,088.87 |
| Aug-24 | 20 | $ 21,651,540.87 | $ 80,163 | $ 54,013.58 | $ 26,149.88 | $ 99,356.08 | $ 26,149.88 | $ 45,342.50 | 90.04% | $ 40,824.68 |
| Sep-24 | 21 | $ 21,625,325.84 | $ 80,163 | $ 53,948.42 | $ 26,215.04 | $ 99,236.23 | $ 26,215.04 | $ 45,287.81 | 89.56% | $ 40,562.01 |
| Oct-24 | 22 | $ 21,599,045.48 | $ 80,163 | $ 53,883.10 | $ 26,280.36 | $ 99,116.08 | $ 26,280.36 | $ 45,232.97 | 89.10% | $ 40,300.85 |
| Nov-24 | 23 | $ 21,572,699.64 | $ 80,163 | $ 53,817.62 | $ 26,345.84 | $ 98,995.63 | $ 26,345.84 | $ 45,178.00 | 88.63% | $ 40,041.19 |
| Dec-24 | 24 | $ 21,546,288.16 | $ 80,163 | $ 53,751.98 | $ 26,411.48 | $ 98,874.87 | $ 26,411.48 | $ 45,122.90 | 88.17% | $ 39,783.02 |
| Jan-25 | 25 | $ 21,519,810.87 | $ 80,163 | $ 53,686.17 | $ 26,477.29 | $ 98,753.82 | $ 26,477.29 | $ 45,067.65 | 87.70% | $ 39,526.34 |
| Feb-25 | 26 | $ 21,493,267.60 | $ 80,163 | $ 53,620.20 | $ 26,543.26 | $ 98,632.47 | $ 26,543.26 | $ 45,012.27 | 87.25% | $ 39,271.13 |
| Mar-25 | 27 | $ 21,466,658.20 | $ 80,163 | $ 53,554.06 | $ 26,609.40 | $ 98,510.81 | $ 26,609.40 | $ 44,956.75 | 86.79% | $ 39,017.40 |
| Apr-25 | 28 | $ 21,439,982.50 | $ 80,163 | $ 53,487.76 | $ 26,675.70 | $ 98,388.85 | $ 26,675.70 | $ 44,901.09 | 86.33% | $ 38,765.12 |
| May-25 | 29 | $ 21,413,240.33 | $ 80,163 | $ 53,421.29 | $ 26,742.17 | $ 98,266.59 | $ 26,742.17 | $ 44,845.30 | 85.88% | $ 38,514.30 |
| Jun-25 | 30 | $ 21,386,431.52 | $ 80,163 | $ 53,354.66 | $ 26,808.80 | $ 98,144.02 | $ 26,808.80 | $ 44,789.36 | 85.43% | $ 38,264.92 |
| Jul-25 | 31 | $ 21,359,555.92 | $ 80,163 | $ 53,287.86 | $ 26,875.60 | $ 98,021.14 | $ 26,875.60 | $ 44,733.29 | 84.99% | $ 38,016.98 |
| Aug-25 | 32 | $ 21,332,613.36 | $ 80,163 | $ 53,220.89 | $ 26,942.57 | $ 97,897.96 | $ 26,942.57 | $ 44,677.07 | 84.54% | $ 37,770.47 |
| Sep-25 | 33 | $ 21,305,603.66 | $ 80,163 | $ 53,153.76 | $ 27,009.70 | $ 97,774.48 | $ 27,009.70 | $ 44,620.72 | 84.10% | $ 37,525.38 |

# Schedule C.4
## Opelika Estimated Net Proceeds and Interest Savings Calculations

Case 3:22-cv-02118-X   Document 250   Filed 05/30/23   Page 340 of 344   PageID 8533

App. 688

| Month | No. | Loan Balance | Est. Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Oct-25 | 34 | $ 21,278,526.66 | $ 80,163 | $ 53,086.46 | $ 27,077.00 | $ 97,650.68 | $ 27,077.00 | $ 44,564.22 | 83.66% | $ 37,281.70 |
| Nov-25 | 35 | $ 21,251,382.20 | $ 80,163 | $ 53,019.00 | $ 27,144.46 | $ 97,526.58 | $ 27,144.46 | $ 44,507.58 | 83.22% | $ 37,039.43 |
| Dec-25 | 36 | $ 21,224,170.10 | $ 80,163 | $ 52,951.36 | $ 27,212.10 | $ 97,402.17 | $ 27,212.10 | $ 44,450.81 | 82.78% | $ 36,798.56 |
| Jan-26 | 37 | $ 21,196,890.19 | $ 80,163 | $ 52,883.56 | $ 27,279.90 | $ 97,277.45 | $ 27,279.90 | $ 44,393.89 | 82.35% | $ 36,559.08 |
| Feb-26 | 38 | $ 21,169,542.32 | $ 80,163 | $ 52,815.58 | $ 27,347.88 | $ 97,152.41 | $ 27,347.88 | $ 44,336.83 | 81.92% | $ 36,320.98 |
| Mar-26 | 39 | $ 21,142,126.30 | $ 80,163 | $ 52,747.44 | $ 27,416.02 | $ 97,027.07 | $ 27,416.02 | $ 44,279.63 | 81.49% | $ 36,084.25 |
| Apr-26 | 40 | $ 21,114,641.97 | $ 80,163 | $ 52,679.13 | $ 27,484.33 | $ 96,901.41 | $ 27,484.33 | $ 44,222.28 | 81.07% | $ 35,848.90 |
| May-26 | 41 | $ 21,087,089.16 | $ 80,163 | $ 52,610.65 | $ 27,552.81 | $ 96,775.44 | $ 27,552.81 | $ 44,164.79 | 80.64% | $ 35,614.90 |
| Jun-26 | 42 | $ 21,059,467.70 | $ 80,163 | $ 52,542.00 | $ 27,621.46 | $ 96,649.16 | $ 27,621.46 | $ 44,107.16 | 80.22% | $ 35,382.25 |
| Jul-26 | 43 | $ 21,031,777.41 | $ 80,163 | $ 52,473.17 | $ 27,690.29 | $ 96,522.56 | $ 27,690.29 | $ 44,049.39 | 79.80% | $ 35,150.95 |
| Aug-26 | 44 | $ 21,004,018.13 | $ 80,163 | $ 52,404.18 | $ 27,759.28 | $ 96,395.65 | $ 27,759.28 | $ 43,991.47 | 79.38% | $ 34,920.99 |
| Sep-26 | 45 | $ 20,976,189.68 | $ 80,163 | $ 52,335.01 | $ 27,828.45 | $ 96,268.42 | $ 27,828.45 | $ 43,933.40 | 78.97% | $ 34,692.36 |
| Oct-26 | 46 | $ 20,948,291.90 | $ 80,163 | $ 52,265.67 | $ 27,897.79 | $ 96,140.87 | $ 27,897.79 | $ 43,875.20 | 78.55% | $ 34,465.05 |
| Nov-26 | 47 | $ 20,920,324.60 | $ 80,163 | $ 52,196.16 | $ 27,967.30 | $ 96,013.00 | $ 27,967.30 | $ 43,816.84 | 78.14% | $ 34,239.06 |
| Dec-26 | 48 | $ 20,892,287.61 | $ 80,163 | $ 52,126.48 | $ 28,036.98 | $ 95,884.82 | $ 28,036.98 | $ 43,758.35 | 77.73% | $ 34,014.37 |
| Jan-27 | 49 | $ 20,864,180.77 | $ 80,163 | $ 52,056.62 | $ 28,106.84 | $ 95,756.32 | $ 28,106.84 | $ 43,699.70 | 77.33% | $ 33,790.99 |
| Feb-27 | 50 | $ 20,836,003.89 | $ 80,163 | $ 51,986.58 | $ 28,176.88 | $ 95,627.50 | $ 28,176.88 | $ 43,640.91 | 76.92% | $ 33,568.90 |
| Mar-27 | 51 | $ 20,807,756.81 | $ 80,163 | $ 51,916.38 | $ 28,247.08 | $ 95,498.35 | $ 28,247.08 | $ 43,581.97 | 76.52% | $ 33,348.10 |
| Apr-27 | 52 | $ 20,779,439.34 | $ 80,163 | $ 51,845.99 | $ 28,317.47 | $ 95,368.89 | $ 28,317.47 | $ 43,522.89 | 76.12% | $ 33,128.58 |
| May-27 | 53 | $ 20,751,051.32 | $ 80,163 | $ 51,775.44 | $ 28,388.02 | $ 95,239.10 | $ 28,388.02 | $ 43,463.66 | 75.72% | $ 32,910.33 |
| Jun-27 | 54 | $ 20,722,592.56 | $ 80,163 | $ 51,704.70 | $ 28,458.76 | $ 95,108.99 | $ 28,458.76 | $ 43,404.28 | 75.32% | $ 32,693.34 |
| Jul-27 | 55 | $ 20,694,062.90 | $ 80,163 | $ 51,633.79 | $ 28,529.67 | $ 94,978.55 | $ 28,529.67 | $ 43,344.76 | 74.93% | $ 32,477.62 |
| Aug-27 | 56 | $ 20,665,462.14 | $ 80,163 | $ 51,562.71 | $ 28,600.75 | $ 94,847.79 | $ 28,600.75 | $ 43,285.08 | 74.54% | $ 32,263.15 |
| Sep-27 | 57 | $ 20,636,790.13 | $ 80,163 | $ 51,491.44 | $ 28,672.02 | $ 94,716.70 | $ 28,672.02 | $ 43,225.26 | 74.15% | $ 32,049.92 |
| Oct-27 | 58 | $ 20,608,046.67 | $ 80,163 | $ 51,420.00 | $ 28,743.46 | $ 94,585.29 | $ 28,743.46 | $ 43,165.29 | 73.76% | $ 31,837.93 |
| Nov-27 | 59 | $ 20,579,231.59 | $ 80,163 | $ 51,348.38 | $ 28,815.08 | $ 94,453.55 | $ 28,815.08 | $ 43,105.16 | 73.37% | $ 31,627.17 |
| Dec-27 | 60 | $ 20,550,344.72 | $ 80,163 | $ 51,276.59 | $ 28,886.87 | $ 94,321.48 | $ 28,886.87 | $ 43,044.89 | 72.99% | $ 31,417.64 |
| Jan-28 | 61 | $ 20,521,385.87 | $ 80,163 | $ 51,204.61 | $ 28,958.85 | $ 94,189.08 | $ 28,958.85 | $ 42,984.47 | 72.61% | $ 31,209.33 |
| Feb-28 | 62 | $ 20,492,354.86 | $ 80,163 | $ 51,132.45 | $ 29,031.01 | $ 94,056.35 | $ 29,031.01 | $ 42,923.90 | 72.23% | $ 31,002.22 |
| Mar-28 | 63 | $ 20,463,251.52 | $ 80,163 | $ 51,060.12 | $ 29,103.34 | $ 93,923.29 | $ 29,103.34 | $ 42,863.18 | 71.85% | $ 30,796.33 |
| Apr-28 | 64 | $ 20,434,075.66 | $ 80,163 | $ 50,987.60 | $ 29,175.86 | $ 93,789.90 | $ 29,175.86 | $ 42,802.30 | 71.47% | $ 30,591.62 |
| May-28 | 65 | $ 20,404,827.10 | $ 80,163 | $ 50,914.91 | $ 29,248.55 | $ 93,656.18 | $ 29,248.55 | $ 42,741.27 | 71.10% | $ 30,388.12 |
| Jun-28 | 66 | $ 20,375,505.67 | $ 80,163 | $ 50,842.03 | $ 29,321.43 | $ 93,522.12 | $ 29,321.43 | $ 42,680.10 | 70.73% | $ 30,185.79 |
| Jul-28 | 67 | $ 20,346,111.18 | $ 80,163 | $ 50,768.97 | $ 29,394.49 | $ 93,387.73 | $ 29,394.49 | $ 42,618.77 | 70.36% | $ 29,984.64 |

| Month | No. | Loan Balance | Est. Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Aug-28 | 68 | $ 20,316,643.45 | $ 80,163 | $ 50,695.73 | $ 29,467.73 | $ 93,253.01 | $ 29,467.73 | $ 42,557.28 | 69.99% | $ 29,784.67 |
| Sep-28 | 69 | $ 20,287,102.29 | $ 80,163 | $ 50,622.30 | $ 29,541.16 | $ 93,117.95 | $ 29,541.16 | $ 42,495.65 | 69.62% | $ 29,585.86 |
| Oct-28 | 70 | $ 20,257,487.53 | $ 80,163 | $ 50,548.70 | $ 29,614.76 | $ 92,982.55 | $ 29,614.76 | $ 42,433.86 | 69.26% | $ 29,388.21 |
| Nov-28 | 71 | $ 20,227,798.97 | $ 80,163 | $ 50,474.91 | $ 29,688.55 | $ 92,846.82 | $ 29,688.55 | $ 42,371.91 | 68.89% | $ 29,191.71 |
| Dec-28 | 72 | $ 20,198,036.44 | $ 80,163 | $ 50,400.93 | $ 29,762.53 | $ 92,710.75 | $ 29,762.53 | $ 42,309.81 | 68.53% | $ 28,996.36 |
| Jan-29 | 73 | $ 20,168,199.76 | $ 80,163 | $ 50,326.77 | $ 29,836.69 | $ 92,574.33 | $ 29,836.69 | $ 42,247.56 | 68.17% | $ 28,802.15 |
| Feb-29 | 74 | $ 20,138,288.73 | $ 80,163 | $ 50,252.43 | $ 29,911.03 | $ 92,437.58 | $ 29,911.03 | $ 42,185.15 | 67.82% | $ 28,609.07 |
| Mar-29 | 75 | $ 20,108,303.17 | $ 80,163 | $ 50,177.90 | $ 29,985.56 | $ 92,300.49 | $ 29,985.56 | $ 42,122.59 | 67.46% | $ 28,417.12 |
| Apr-29 | 76 | $ 20,078,242.90 | $ 80,163 | $ 50,103.19 | $ 30,060.27 | $ 92,163.06 | $ 30,060.27 | $ 42,059.87 | 67.11% | $ 28,226.28 |
| May-29 | 77 | $ 20,048,107.73 | $ 80,163 | $ 50,028.29 | $ 30,135.17 | $ 92,025.28 | $ 30,135.17 | $ 41,996.99 | 66.76% | $ 28,036.57 |
| Jun-29 | 78 | $ 20,017,897.47 | $ 80,163 | $ 49,953.20 | $ 30,210.26 | $ 91,887.16 | $ 30,210.26 | $ 41,933.96 | 66.41% | $ 27,847.96 |
| Jul-29 | 79 | $ 19,987,611.94 | $ 80,163 | $ 49,877.93 | $ 30,285.53 | $ 91,748.70 | $ 30,285.53 | $ 41,870.77 | 66.06% | $ 27,660.46 |
| Aug-29 | 80 | $ 19,957,250.95 | $ 80,163 | $ 49,802.47 | $ 30,360.99 | $ 91,609.89 | $ 30,360.99 | $ 41,807.42 | 65.72% | $ 27,474.05 |
| Sep-29 | 81 | $ 19,926,814.30 | $ 80,163 | $ 49,726.82 | $ 30,436.64 | $ 91,470.73 | $ 30,436.64 | $ 41,743.92 | 65.37% | $ 27,288.73 |
| Oct-29 | 82 | $ 19,896,301.82 | $ 80,163 | $ 49,650.98 | $ 30,512.48 | $ 91,331.23 | $ 30,512.48 | $ 41,680.25 | 65.03% | $ 27,104.50 |
| Nov-29 | 83 | $ 19,865,713.31 | $ 80,163 | $ 49,574.95 | $ 30,588.51 | $ 91,191.38 | $ 30,588.51 | $ 41,616.43 | 64.69% | $ 26,921.34 |
| Dec-29 | 84 | $ 19,835,048.59 | $ 80,163 | $ 49,498.74 | $ 30,664.72 | $ 91,051.19 | $ 30,664.72 | $ 41,552.45 | 64.35% | $ 26,739.26 |
| Jan-30 | 85 | $ 19,804,307.46 | $ 80,163 | $ 49,422.33 | $ 30,741.13 | $ 90,910.64 | $ 30,741.13 | $ 41,488.31 | 64.01% | $ 26,558.24 |
| Feb-30 | 86 | $ 19,773,489.73 | $ 80,163 | $ 49,345.73 | $ 30,817.73 | $ 90,769.74 | $ 30,817.73 | $ 41,424.01 | 63.68% | $ 26,378.29 |
| Mar-30 | 87 | $ 19,742,595.22 | $ 80,163 | $ 49,268.95 | $ 30,894.51 | $ 90,628.49 | $ 30,894.51 | $ 41,359.55 | 63.35% | $ 26,199.39 |
| Apr-30 | 88 | $ 19,711,623.72 | $ 80,163 | $ 49,191.97 | $ 30,971.49 | $ 90,486.89 | $ 30,971.49 | $ 41,294.93 | 63.01% | $ 26,021.54 |
| May-30 | 89 | $ 19,680,575.06 | $ 80,163 | $ 49,114.80 | $ 31,048.66 | $ 90,344.94 | $ 31,048.66 | $ 41,230.15 | 62.68% | $ 25,844.73 |
| Jun-30 | 90 | $ 19,649,449.03 | $ 80,163 | $ 49,037.43 | $ 31,126.03 | $ 90,202.64 | $ 31,126.03 | $ 41,165.20 | 62.36% | $ 25,668.96 |
| Jul-30 | 91 | $ 19,618,245.45 | $ 80,163 | $ 48,959.88 | $ 31,203.58 | $ 90,059.97 | $ 31,203.58 | $ 41,100.10 | 62.03% | $ 25,494.22 |
| Aug-30 | 92 | $ 19,586,964.12 | $ 80,163 | $ 48,882.13 | $ 31,281.33 | $ 89,916.96 | $ 31,281.33 | $ 41,034.83 | 61.70% | $ 25,320.50 |
| Sep-30 | 93 | $ 19,555,604.84 | $ 80,163 | $ 48,804.19 | $ 31,359.27 | $ 89,773.59 | $ 31,359.27 | $ 40,969.40 | 61.38% | $ 25,147.81 |
| Oct-30 | 94 | $ 19,524,167.43 | $ 80,163 | $ 48,726.05 | $ 31,437.41 | $ 89,629.86 | $ 31,437.41 | $ 40,903.81 | 61.06% | $ 24,976.13 |
| Nov-30 | 95 | $ 19,492,651.69 | $ 80,163 | $ 48,647.72 | $ 31,515.74 | $ 89,485.77 | $ 31,515.74 | $ 40,838.05 | 60.74% | $ 24,805.46 |
| Dec-30 | 96 | $ 19,461,057.42 | $ 80,163 | $ 48,569.19 | $ 31,594.27 | $ 89,341.32 | $ 31,594.27 | $ 40,772.13 | 60.42% | $ 24,635.79 |
| Jan-31 | 97 | $ 19,429,384.43 | $ 80,163 | $ 48,490.47 | $ 31,672.99 | $ 89,196.51 | $ 31,672.99 | $ 40,706.05 | 60.11% | $ 24,467.12 |
| Feb-31 | 98 | $ 19,397,632.52 | $ 80,163 | $ 48,411.55 | $ 31,751.91 | $ 89,051.35 | $ 31,751.91 | $ 40,639.80 | 59.79% | $ 24,299.45 |
| Mar-31 | 99 | $ 19,365,801.49 | $ 80,163 | $ 48,332.43 | $ 31,831.03 | $ 88,905.82 | $ 31,831.03 | $ 40,573.38 | 59.48% | $ 24,132.76 |
| Apr-31 | 100 | $ 19,333,891.15 | $ 80,163 | $ 48,253.12 | $ 31,910.34 | $ 88,759.92 | $ 31,910.34 | $ 40,506.80 | 59.17% | $ 23,967.05 |
| May-31 | 101 | $ 19,301,901.31 | $ 80,163 | $ 48,173.61 | $ 31,989.85 | $ 88,613.67 | $ 31,989.85 | $ 40,440.06 | 58.86% | $ 23,802.32 |

Case 3:22-cv-02118-X   Document 250   Filed 05/30/23   Page 341 of 344   PageID 8534

App. 689

# Schedule C.4
## Opelika Estimated Net Proceeds and Interest Savings Calculations

| Month | No. | Loan Balance | Est. Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Jun-31 | 102 | $ 19,269,831.75 | $ 80,163 | $ 48,093.90 | $ 32,069.56 | $ 88,467.05 | $ 32,069.56 | $ 40,373.14 | 58.55% | $ 23,638.55 |
| Jul-31 | 103 | $ 19,237,682.29 | $ 80,163 | $ 48,014.00 | $ 32,149.46 | $ 88,320.06 | $ 32,149.46 | $ 40,306.06 | 58.24% | $ 23,475.76 |
| Aug-31 | 104 | $ 19,205,452.72 | $ 80,163 | $ 47,933.89 | $ 32,229.57 | $ 88,172.71 | $ 32,229.57 | $ 40,238.82 | 57.94% | $ 23,313.92 |
| Sep-31 | 105 | $ 19,173,142.84 | $ 80,163 | $ 47,853.59 | $ 32,309.87 | $ 88,024.99 | $ 32,309.87 | $ 40,171.41 | 57.64% | $ 23,153.04 |
| Oct-31 | 106 | $ 19,140,752.47 | $ 80,163 | $ 47,773.08 | $ 32,390.38 | $ 87,876.90 | $ 32,390.38 | $ 40,103.82 | 57.33% | $ 22,993.10 |
| Nov-31 | 107 | $ 19,108,281.38 | $ 80,163 | $ 47,692.37 | $ 32,471.09 | $ 87,728.45 | $ 32,471.09 | $ 40,036.07 | 57.03% | $ 22,834.11 |
| Dec-31 | 108 | $ 19,075,729.39 | $ 80,163 | $ 47,611.47 | $ 32,551.99 | $ 87,579.62 | $ 32,551.99 | $ 39,968.16 | 56.74% | $ 22,676.06 |
| Jan-32 | 109 | $ 19,043,096.29 | $ 80,163 | $ 47,530.36 | $ 32,633.10 | $ 87,430.43 | $ 32,633.10 | $ 39,900.07 | 56.44% | $ 22,518.94 |
| Feb-32 | 110 | $ 19,010,381.88 | $ 80,163 | $ 47,449.05 | $ 32,714.41 | $ 87,280.86 | $ 32,714.41 | $ 39,831.81 | 56.14% | $ 22,362.75 |
| Mar-32 | 111 | $ 18,977,585.95 | $ 80,163 | $ 47,367.53 | $ 32,795.93 | $ 87,130.92 | $ 32,795.93 | $ 39,763.38 | 55.85% | $ 22,207.49 |
| Apr-32 | 112 | $ 18,944,708.31 | $ 80,163 | $ 47,285.82 | $ 32,877.64 | $ 86,980.60 | $ 32,877.64 | $ 39,694.78 | 55.56% | $ 22,053.14 |
| May-32 | 113 | $ 18,911,748.75 | $ 80,163 | $ 47,203.90 | $ 32,959.56 | $ 86,829.91 | $ 32,959.56 | $ 39,626.01 | 55.27% | $ 21,899.70 |
| Jun-32 | 114 | $ 18,878,707.06 | $ 80,163 | $ 47,121.77 | $ 33,041.69 | $ 86,678.85 | $ 33,041.69 | $ 39,557.07 | 54.98% | $ 21,747.18 |
| Jul-32 | 115 | $ 18,845,583.05 | $ 80,163 | $ 47,039.45 | $ 33,124.01 | $ 86,527.41 | $ 33,124.01 | $ 39,487.96 | 54.69% | $ 21,595.55 |
| Aug-32 | 116 | $ 18,812,376.50 | $ 80,163 | $ 46,956.91 | $ 33,206.55 | $ 86,375.59 | $ 33,206.55 | $ 39,418.68 | 54.40% | $ 21,444.83 |
| Sep-32 | 117 | $ 18,779,087.21 | $ 80,163 | $ 46,874.17 | $ 33,289.29 | $ 86,223.39 | $ 33,289.29 | $ 39,349.22 | 54.12% | $ 21,294.99 |
| Oct-32 | 118 | $ 18,745,714.97 | $ 80,163 | $ 46,791.23 | $ 33,372.23 | $ 86,070.82 | $ 33,372.23 | $ 39,279.59 | 53.83% | $ 21,146.04 |
| Nov-32 | 119 | $ 18,712,259.59 | $ 80,163 | $ 46,708.07 | $ 33,455.39 | $ 85,917.86 | $ 33,455.39 | $ 39,209.79 | 53.55% | $ 20,997.98 |
| Dec-32 | 120 | $ 18,678,720.84 | $ 80,163 | $ 46,624.71 | $ 33,538.75 | $ 85,764.52 | $ 33,538.75 | $ 39,139.81 | 53.27% | $ 20,850.80 |
| Jan-33 | 121 | $ 18,645,098.53 | $ 80,163 | $ 46,541.15 | $ 33,622.31 | $ 85,610.80 | $ 33,622.31 | $ 39,069.66 | 52.99% | $ 20,704.48 |
| Feb-33 | 122 | $ 18,611,392.44 | $ 80,163 | $ 46,457.37 | $ 33,706.09 | $ 85,456.70 | $ 33,706.09 | $ 38,999.33 | 52.72% | $ 20,559.04 |
| Mar-33 | 123 | $ 18,577,602.36 | $ 80,163 | $ 46,373.39 | $ 33,790.07 | $ 85,302.22 | $ 33,790.07 | $ 38,928.83 | 52.44% | $ 20,414.46 |
| Apr-33 | 124 | $ 18,543,728.10 | $ 80,163 | $ 46,289.19 | $ 33,874.27 | $ 85,147.34 | $ 33,874.27 | $ 38,858.15 | 52.17% | $ 20,270.74 |
| May-33 | 125 | $ 18,509,769.43 | $ 80,163 | $ 46,204.79 | $ 33,958.67 | $ 84,992.09 | $ 33,958.67 | $ 38,787.30 | 51.89% | $ 20,127.87 |
| Jun-33 | 126 | $ 18,475,726.14 | $ 80,163 | $ 46,120.18 | $ 34,043.28 | $ 84,836.44 | $ 34,043.28 | $ 38,716.27 | 51.62% | $ 19,985.85 |
| Jul-33 | 127 | $ 18,441,598.03 | $ 80,163 | $ 46,035.35 | $ 34,128.11 | $ 84,680.41 | $ 34,128.11 | $ 38,645.06 | 51.35% | $ 19,844.67 |
| Aug-33 | 128 | $ 18,407,384.89 | $ 80,163 | $ 45,950.32 | $ 34,213.14 | $ 84,523.99 | $ 34,213.14 | $ 38,573.68 | 51.08% | $ 19,704.34 |
| Sep-33 | 129 | $ 18,373,086.49 | $ 80,163 | $ 45,865.07 | $ 34,298.39 | $ 84,367.18 | $ 34,298.39 | $ 38,502.11 | 50.81% | $ 19,564.84 |
| Oct-33 | 130 | $ 18,338,702.64 | $ 80,163 | $ 45,779.61 | $ 34,383.85 | $ 84,209.98 | $ 34,383.85 | $ 38,430.37 | 50.55% | $ 19,426.17 |
| Nov-33 | 131 | $ 18,304,233.12 | $ 80,163 | $ 45,693.93 | $ 34,469.53 | $ 84,052.39 | $ 34,469.53 | $ 38,358.45 | 50.28% | $ 19,288.33 |
| Dec-33 | 132 | $ 18,269,677.70 | $ 80,163 | $ 45,608.05 | $ 34,555.41 | $ 83,894.40 | $ 34,555.41 | $ 38,286.35 | 50.02% | $ 19,151.30 |
| Jan-34 | 133 | $ 18,235,036.19 | $ 80,163 | $ 45,521.95 | $ 34,641.51 | $ 83,736.02 | $ 34,641.51 | $ 38,214.08 | 49.76% | $ 19,015.10 |
| Feb-34 | 134 | $ 18,200,308.36 | $ 80,163 | $ 45,435.63 | $ 34,727.83 | $ 83,577.25 | $ 34,727.83 | $ 38,141.62 | 49.50% | $ 18,879.70 |
| Mar-34 | 135 | $ 18,165,494.00 | $ 80,163 | $ 45,349.10 | $ 34,814.36 | $ 83,418.08 | $ 34,814.36 | $ 38,068.98 | 49.24% | $ 18,745.12 |

App. 690

# Schedule C.4
## Opelika Estimated Net Proceeds and Interest Savings Calculations

Case 3:22-cv-02118-X   Document 250   Filed 05/30/23   Page 343 of 344   PageID 8536

App. 691

| Month | No. | Loan Balance | Est. Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Apr-34 | 136 | $ 18,130,592.90 | $ 80,163 | $ 45,262.36 | $ 34,901.10 | $ 83,258.51 | $ 34,901.10 | $ 37,996.16 | 48.98% | $ 18,611.33 |
| May-34 | 137 | $ 18,095,604.83 | $ 80,163 | $ 45,175.39 | $ 34,988.07 | $ 83,098.55 | $ 34,988.07 | $ 37,923.16 | 48.73% | $ 18,478.35 |
| Jun-34 | 138 | $ 18,060,529.59 | $ 80,163 | $ 45,088.22 | $ 35,075.24 | $ 82,938.19 | $ 35,075.24 | $ 37,849.97 | 48.47% | $ 18,346.16 |
| Jul-34 | 139 | $ 18,025,366.95 | $ 80,163 | $ 45,000.82 | $ 35,162.64 | $ 82,777.43 | $ 35,162.64 | $ 37,776.61 | 48.22% | $ 18,214.75 |
| Aug-34 | 140 | $ 17,990,116.69 | $ 80,163 | $ 44,913.21 | $ 35,250.25 | $ 82,616.27 | $ 35,250.25 | $ 37,703.06 | 47.96% | $ 18,084.14 |
| Sep-34 | 141 | $ 17,954,778.61 | $ 80,163 | $ 44,825.37 | $ 35,338.09 | $ 82,454.70 | $ 35,338.09 | $ 37,629.33 | 47.71% | $ 17,954.30 |
| Oct-34 | 142 | $ 17,919,352.47 | $ 80,163 | $ 44,737.32 | $ 35,426.14 | $ 82,292.74 | $ 35,426.14 | $ 37,555.41 | 47.46% | $ 17,825.24 |
| Nov-34 | 143 | $ 17,883,838.06 | $ 80,163 | $ 44,649.05 | $ 35,514.41 | $ 82,130.37 | $ 35,514.41 | $ 37,481.31 | 47.22% | $ 17,696.96 |
| Dec-34 | 144 | $ 17,848,235.17 | $ 80,163 | $ 44,560.56 | $ 35,602.90 | $ 81,967.59 | $ 35,602.90 | $ 37,407.03 | 46.97% | $ 17,569.44 |
| Jan-35 | 145 | $ 17,812,543.56 | $ 80,163 | $ 44,471.85 | $ 35,691.61 | $ 81,804.41 | $ 35,691.61 | $ 37,332.56 | 46.72% | $ 17,442.68 |
| Feb-35 | 146 | $ 17,776,763.02 | $ 80,163 | $ 44,382.92 | $ 35,780.54 | $ 81,640.82 | $ 35,780.54 | $ 37,257.90 | 46.48% | $ 17,316.69 |
| Mar-35 | 147 | $ 17,740,893.33 | $ 80,163 | $ 44,293.77 | $ 35,869.69 | $ 81,476.83 | $ 35,869.69 | $ 37,183.06 | 46.23% | $ 17,191.45 |
| Apr-35 | 148 | $ 17,704,934.26 | $ 80,163 | $ 44,204.39 | $ 35,959.07 | $ 81,312.43 | $ 35,959.07 | $ 37,108.04 | 45.99% | $ 17,066.96 |
| May-35 | 149 | $ 17,668,885.60 | $ 80,163 | $ 44,114.79 | $ 36,048.67 | $ 81,147.62 | $ 36,048.67 | $ 37,032.82 | 45.75% | $ 16,943.22 |
| Jun-35 | 150 | $ 17,632,747.11 | $ 80,163 | $ 44,024.97 | $ 36,138.49 | $ 80,982.39 | $ 36,138.49 | $ 36,957.42 | 45.51% | $ 16,820.21 |
| Jul-35 | 151 | $ 17,596,518.58 | $ 80,163 | $ 43,934.93 | $ 36,228.53 | $ 80,816.76 | $ 36,228.53 | $ 36,881.83 | 45.27% | $ 16,697.95 |
| Aug-35 | 152 | $ 17,560,199.78 | $ 80,163 | $ 43,844.66 | $ 36,318.80 | $ 80,650.71 | $ 36,318.80 | $ 36,806.05 | 45.04% | $ 16,576.42 |
| Sep-35 | 153 | $ 17,523,790.48 | $ 80,163 | $ 43,754.16 | $ 36,409.30 | $ 80,484.25 | $ 36,409.30 | $ 36,730.08 | 44.80% | $ 16,455.63 |
| Oct-35 | 154 | $ 17,487,290.47 | $ 80,163 | $ 43,663.44 | $ 36,500.02 | $ 80,317.37 | $ 36,500.02 | $ 36,653.93 | 44.57% | $ 16,335.56 |
| Nov-35 | 155 | $ 17,450,699.50 | $ 80,163 | $ 43,572.50 | $ 36,590.96 | $ 80,150.08 | $ 36,590.96 | $ 36,577.58 | 44.33% | $ 16,216.21 |
| Dec-35 | 156 | $ 17,414,017.37 | $ 80,163 | $ 43,481.33 | $ 36,682.13 | $ 79,982.37 | $ 36,682.13 | $ 36,501.05 | 44.10% | $ 16,097.57 |
| Jan-36 | 157 | $ 17,377,243.84 | $ 80,163 | $ 43,389.93 | $ 36,773.53 | $ 79,814.25 | $ 36,773.53 | $ 36,424.32 | 43.87% | $ 15,979.66 |
| Feb-36 | 158 | $ 17,340,378.68 | $ 80,163 | $ 43,298.30 | $ 36,865.16 | $ 79,645.70 | $ 36,865.16 | $ 36,347.40 | 43.64% | $ 15,862.45 |
| Mar-36 | 159 | $ 17,303,421.66 | $ 80,163 | $ 43,206.44 | $ 36,957.02 | $ 79,476.74 | $ 36,957.02 | $ 36,270.29 | 43.41% | $ 15,745.95 |
| Apr-36 | 160 | $ 17,266,372.56 | $ 80,163 | $ 43,114.36 | $ 37,049.10 | $ 79,307.35 | $ 37,049.10 | $ 36,192.99 | 43.19% | $ 15,630.15 |
| May-36 | 161 | $ 17,229,231.14 | $ 80,163 | $ 43,022.04 | $ 37,141.42 | $ 79,137.54 | $ 37,141.42 | $ 36,115.50 | 42.96% | $ 15,515.04 |
| Jun-36 | 162 | $ 17,191,997.19 | $ 80,163 | $ 42,929.50 | $ 37,233.96 | $ 78,967.31 | $ 37,233.96 | $ 36,037.81 | 42.73% | $ 15,400.64 |
| Jul-36 | 163 | $ 17,154,670.45 | $ 80,163 | $ 42,836.73 | $ 37,326.73 | $ 78,796.65 | $ 37,326.73 | $ 35,959.93 | 42.51% | $ 15,286.92 |
| Aug-36 | 164 | $ 17,117,250.71 | $ 80,163 | $ 42,743.72 | $ 37,419.74 | $ 78,625.57 | $ 37,419.74 | $ 35,881.85 | 42.29% | $ 15,173.89 |
| Sep-36 | 165 | $ 17,079,737.74 | $ 80,163 | $ 42,650.48 | $ 37,512.98 | $ 78,454.07 | $ 37,512.98 | $ 35,803.58 | 42.07% | $ 15,061.54 |
| Oct-36 | 166 | $ 17,042,131.29 | $ 80,163 | $ 42,557.01 | $ 37,606.45 | $ 78,282.13 | $ 37,606.45 | $ 35,725.12 | 41.85% | $ 14,949.87 |
| Nov-36 | 167 | $ 17,004,431.14 | $ 80,163 | $ 42,463.31 | $ 37,700.15 | $ 78,109.77 | $ 37,700.15 | $ 35,646.46 | 41.63% | $ 14,838.88 |
| Dec-36 | 168 | $ 16,966,637.05 | $ 80,163 | $ 42,369.37 | $ 37,794.09 | $ 77,936.98 | $ 37,794.09 | $ 35,567.60 | 41.41% | $ 14,728.55 |
| Jan-37 | 169 | $ 16,928,748.80 | $ 80,163 | $ 42,275.20 | $ 37,888.26 | $ 77,763.75 | $ 37,888.26 | $ 35,488.55 | 41.19% | $ 14,618.90 |

## Schedule C.4
## Opelika Estimated Net Proceeds and Interest Savings Calculations

Case 3:22-cv-02118-X   Document 250   Filed 05/30/23   Page 344 of 344   PageID 8537

| Month | No. | Loan Balance | Est. Payment | Interest | Principal | Assumed Alt. Rate (Colliers) | Principal | Interest Savings | Present Value Factor | PV Interest Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| Feb-37 | 170 | $ 16,890,766.14 | $ 80,163 | $ 42,180.80 | $ 37,982.66 | $ 77,590.10 | $ 37,982.66 | $ 35,409.30 | 40.98% | $ 14,509.90 |
| Mar-37 | 171 | $ 16,852,688.83 | $ 80,163 | $ 42,086.16 | $ 38,077.30 | $ 77,416.01 | $ 38,077.30 | $ 35,329.85 | 40.76% | $ 14,401.57 |
| Apr-37 | 172 | $ 16,814,516.66 | $ 80,163 | $ 41,991.28 | $ 38,172.18 | $ 77,241.49 | $ 38,172.18 | $ 35,250.21 | 40.55% | $ 14,293.90 |
| May-37 | 173 | $ 16,776,249.37 | $ 80,163 | $ 41,896.17 | $ 38,267.29 | $ 77,066.53 | $ 38,267.29 | $ 35,170.36 | 40.34% | $ 14,186.87 |
| Jun-37 | 174 | $ 16,737,886.73 | $ 80,163 | $ 41,800.82 | $ 38,362.64 | $ 76,891.14 | $ 38,362.64 | $ 35,090.32 | 40.13% | $ 14,080.50 |
| Jul-37 | 175 | $ 16,699,428.50 | $ 80,163 | $ 41,705.23 | $ 38,458.23 | $ 76,715.31 | $ 38,458.23 | $ 35,010.08 | 39.92% | $ 13,974.77 |
| Aug-37 | 176 | $ 16,660,874.45 | $ 80,163 | $ 41,609.41 | $ 38,554.05 | $ 76,539.05 | $ 38,554.05 | $ 34,929.64 | 39.71% | $ 13,869.68 |
| Sep-37 | 177 | $ 16,622,224.34 | $ 80,163 | $ 41,513.35 | $ 38,650.11 | $ 76,362.34 | $ 38,650.11 | $ 34,849.00 | 39.50% | $ 13,765.23 |
| Oct-37 | 178 | $ 16,583,477.92 | $ 80,163 | $ 41,417.04 | $ 38,746.42 | $ 76,185.19 | $ 38,746.42 | $ 34,768.15 | 39.29% | $ 13,661.42 |
| Nov-37 | 179 | $ 16,544,634.96 | $ 80,163 | $ 41,320.50 | $ 38,842.96 | $ 76,007.61 | $ 38,842.96 | $ 34,687.11 | 39.09% | $ 13,558.23 |
| Dec-37 | 180 | $ 16,505,695.22 | $ 80,163 | $ 41,223.72 | $ 38,939.74 | $ 75,829.58 | $ 38,939.74 | $ 34,605.86 | 38.88% | $ 13,455.68 |

App. 692