**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, | § § § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | **CASE NO. 3:22-cv-2118-X** |
| **TIMOTHY BARTON ET AL.,** | § § § § | |
| *Defendants,* | § § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § § § § | |
| *Relief Defendants.* | § | |

**SOUTHERN PROPERTIES CAPITAL, LTD.'S RESPONSE TO RECEIVER'S MOTION**
**FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE BRANTLEY STARR:

COMES NOW Southern Properties Capital, Ltd. ("SPC"), and files *Southern Properties Capital, Ltd.'s Response to Receiver's Motion for Summary Judgment* (the "Response" and the "Motion," respectively). In support thereof, SPC respectfully shows the Court as follows:

## I.  SUMMARY

Pursuant to Local Rule 56.4, SPC states that each of the required matters will be set forth in its Brief, in support of this Response. The Brief will set forth why SPC opposes the Motion and will cite to SPC's Appendix for all assertions.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, SPC respectfully prays that this Court deny the Receiver's Motion for Summary Judgment, that this Court award SPC all reasonable and

necessary attorneys' fees incurred in the defense of the Motion, and that the Court grant SPC such

further and additional relief to which it may show itself to be justly entitled, at law or in equity.

**RESPECTFULLY SUBMITTED BY:**

/s/ *Brian K. Norman*
**C. GREGORY SHAMOUN**
Co-Lead Counsel State
Bar No. 18089650
g@snlegal.com
**BRIAN K. NORMAN**
Co-Lead Counsel State
Bar No. 00797161
bkn@snlegal.com
**SHAMOUN & NORMAN, LLP**
1800 Valley View Lane, Suite 200
Farmers Branch, Texas 75234
Telephone (214) 987-1745
Facsimile: (214) 521-9033

**ATTORNEYS FOR SOUTHERN
PROPERTIES CAPITAL, LTD**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2023, I filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, Dallas Division using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

/s/ *J. Blair Norris*
**J. BLAIR NORRIS**