## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | Civil Action No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENTS, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU, STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| *Defendants,* | § § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC | § § § | |
| *Relief Defendants.* | § § § | |

---

### CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS
---

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to Federal Rule of Civil Procedure 11, regardless of whether generative artificial intelligence drafted any portion of that filing.

Dated: June 8, 2023.

*/s/ Robert W. Buchholz*

_____

Robert W. Buchholz
Texas Bar No. 03290600
The Law Office of Robert W. Buchholz, P.C.
5220 Spring Valley Road, Suite 618
Dallas, Texas 75254
214-754-5500 phone
214-754-9100 fax
bob@attorneybob.com

Attorney for non-party
Southern Star Capital, LLC
d/b/a Reliance Mortgage Company

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Appearance was forwarded to all counsel of record via the Court's ECF system on this 8th day of June 2023.

*/s/ Robert W. Buchholz*

_____

Robert W. Buchholz