**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | **Case No. 3:22-cv-2118-X** |
| TIMOTHY BARTON, *et al.*, | § § § | |
| *Defendants.* | § | |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to FEDERAL RULE OF CIVIL PROCEDURE 11, regardless of whether generative artificial intelligence drafted any portion of that filing.

Dated: June 8, 2023

/s/Ian E. Fullington
Ian E. Fullington

Respectfully submitted,

**MFO VENUS DEVELOPMENT, LLC**


by: /s/Ian E. Fullington
    Ian E. Fullington
    State Bar No. 24093459
    *ifullington@mosscm.com*

6950 TPC Drive
Suite 300
McKinney, Texas 75070

Tel: 469-625-9063
Fax: 469-754-0918

**ATTORNEYS FOR NON-PARTY MFO
VENUS DEVELOPMENT, LLC**


## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct photocopy of the foregoing instrument was served upon all attorneys and parties of record, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE, on June 8, 2023.

/s/Ian E. Fullington
Ian E. Fullington