UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § § § § § § | |
| *Plaintiff,* | | Civil Action No. 3:22-CV-2118-X |
| v. | | |
| STEPHEN T. WALL, | | |
| *Defendant.* | | |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to Federal Rule of Civil Procedure 11, regardless of whether generative artificial intelligence drafted any portion of that filing.

/s/ Michael P. Heiskell

_____

MICHAEL P. HEISKELL
SBOT: 09383700
JOHNSON, VAUGHN & HEISKELL
5601 Bridge Street, Suite 220
Fort Worth, TX 76112
E-mail: mheiskell@johnson-vaughn-heiskell.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2023, I filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, Dallas Division using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

 /s/Michael P. Heiskell
Michael P. Heiskell