# United States Court of Appeals for the Fifth Circuit

---

No. 22-11132

---

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff—Appellee*,

*versus*

TIMOTHY BARTON,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

---

## UNPUBLISHED ORDER

Before CLEMENT, GRAVES, and HIGGINSON, *Circuit Judges*.

PER CURIAM:[*]

The Securities and Exchange Commission ("SEC") sued Defendant Timothy Barton as well as other individual Defendants and corporate entities for securities violations. Barton appealed the district court's order appointing a receiver over entities controlled by him. Barton previously sought to stay the receivership order in whole or in part pending appeal, and this court

No. 22-11132

denied both requests. Barton now seeks a partial stay of certain receivership activities pending appeal. In particular, he asks this court to: 1) order the receiver to retain possession of all receivership entities and their property pending a final decision on the merits, 2) suspend the receiver's power to sell the assets of receivership entities, and 3) stay the receiver's ability to undertake receivership activities that go beyond caring for the seized assets. Barton filed his motion on May 26, 2023 and requested a ruling by June 9, 2023. As the SEC notes in its response, parties seeking relief within fourteen days must follow our local rule pertaining to emergency motions. Among other things, parties filing emergency motions must "[c]ertify that the facts supporting emergency consideration of the motion are true and complete." 5TH CIR. R. 27.3. Barton's motion contains no such certification, and he does not address his failure to comply with this rule in his reply brief. His motion is DENIED without prejudice.