# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 08, 2023

Ms. Kelli Ann Willis
U.S. District Court
Northern District of Texas
1100 Commerce Street
Suite 1528
Dallas, TX 75242

        No. 23-10515    SEC v. Barton
                        USDC No. 3:22-CV-2118

Dear Ms. Willis,

We have not received your acknowledgment of the enclosed purchase order for the transcript in this case.  We assume the appellant has made the necessary financial arrangements for preparing the transcript.  You have 30 days from the date we received the purchase order (5/23/2023) to file the transcript with the district court clerk.  We will adjust this time only in the event financial arrangements are not complete.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Casey A. Sullivan, Deputy Clerk
                        504-310-7642

Enclosure(s)

cc:
    Mr. Keefe Michael Bernstein
    Mr. Michael Christopher Dingman
    Mr. Michael J. Edney
    Mr. Ezekiel Levenson Hill
    Ms. Karen S. Mitchell
    Mr. David B. Reece