**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

**ORDER**

Before the Court is the Receiver's Expedited Motion to Extend Time to File Reply in Support of Motion for Summary Judgment (the "Reply"). After consideration, the Motion is **GRANTED**.

It is therefore **ORDERED** that the Receiver's filing deadline is extended as follows:

The Receiver's deadline to file a Reply in Support of Motion for Summary Judgment Regarding Southern Properties Capital, Ltd.'s Claimed Ownership Interest in Certain Receivership

Entities and Properties [Dkts. 206 and 207], as well as a separate Objection or Motion to Strike

Southern Properties Capital, Ltd.'s evidence, if necessary, is extended from June 20, 2023, to June

30, 2023.

      IT IS SO ORDERED this \_\_\_\_ day of June, 2023.

 

HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE