**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON, et al.,** | § § § | |
| *Defendants.* | § | |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

The undersigned attorneys, hereby certify that they have each read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

The undersigned attorneys further each certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. The undersigned attorneys understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to Federal Rule of Civil Procedure 11, regardless of whether generative artificial intelligence drafted any portion of that filing.

– 2 –

Respectfully submitted,

**RECEIVER CORTNEY C. THOMAS**

By: */s/ Cortney C. Thomas*
     Cortney C. Thomas
       State Bar No. 24075153
       cort@brownfoxlaw.com
     BROWN FOX PLLC
     8111 Preston Road, Suite 300
     Dallas, Texas 75225
     T: (214) 327-5000
     F: (214) 327-5001


By: */s/ Charlene C. Koonce*
     Charlene C. Koonce
       State Bar No. 11672850
       charlene@brownfoxlaw.com

By: */s/ C. Alan Carrillo*
     C. Alan Carrillo
     State Bar No. 24109693
     alan@brownfoxlaw.com

By: */s/ Timothy B. Wells*
     Timothy B. Wells
       State Bar No. 24131941
       tim@brownfoxlaw.com

     BROWN FOX PLLC
     8111 Preston Road, Suite 300
     Dallas, TX  75225
     Tel. 214.327.5000
     Fax. 214.327.5001

*Attorneys for Receiver Cortney C. Thomas*