**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DIVISION OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **Case No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON, *et al.,*** | § § § | |
| *Defendants.* | § | |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

I, the undersigned attorney, hereby certifies that I have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal database, by a human being before it is submitted to the Court. I understand that any attorney who signs filings in this case will be held responsible for the contents thereof according to FEDERAL RULE OF CIVIL PROCEDURE 11, regardless of whether generative artificial intelligence drafted any portion of that filing.

Dated:  June 9, 2023

*/s/ George W. Hicks, Jr.*
GEORGE W. HICKS, JR.

Respectfully submitted,

DATED:  June 9, 2023

Respectfully submitted,

s/ *George W. Hicks, Jr.*

Erin Nealy Cox
Texas State Bar No. 00794357
Tel: (214) 972-1847
erin.nealycox@kirkland.com
George W. Hicks, Jr. *(pro hac vice)*
Virginia State Bar No. 91711
Tel: (214) 972-1722
george.hicks@kirkland.com
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Tel: (214) 972-1770

Kyle M. DeYoung *(pro hac vice)*
Washington D.C. Bar No. 472613
Tel: (202) 389-3251
kyle.deyoung@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave. NW
Washington, DC 20004
Tel: (202) 389-3251

John J. Kane
Texas State Bar No. 24066794
Tel: (214) 777-4261
jkane@krcl.com
KANE RUSSELL COLEMAN LOGAN PC
901 Main Street, Suite 5200
Dallas, TX 75202
Tel: (214) 777-4200

*Counsel for HNGH Turtle Creek, LLC*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct correct photocopy of the foregoing instrument was served upon all attorneys and parties of record, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on June 9, 2023.

                                        */s/ George W. Hicks, Jr.*
                                        George W. Hicks, Jr.