**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**  Plaintiff | § § § | |
| | § § | **Case No. 3:22-cv-02118-X** |
| **v.** | § § | |
| **TIMOTHY BARTON, et al,**  Defendants | § § § | |
| | § | |

## <u>CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS</u>

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

**CERTIFICATION**                          1

Respectfully submitted,

  /s/ Jonathan Gitlin
Jonathan Gitlin
jgitlin@patellegal.com
Texas State Bar No. 24064305
The Patel Law Group, PLLC
1125 Executive Circle, Suite 200
Irving, Texas 75038
Ph: (972) 650-6848
Fax: (972) 650-6167
**ATTORNEYS FOR FIRST
DEVELOPMENT COMPANY OF
OHIO, LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 11, 2023, a true and correct copy of this document was served on all parties who have made an appearance in this case by the Court's ECF system.

  /s/ Jonathan Gitlin
    Jonathan Gitlin

**CERTIFICATION**                           **2**