# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br> *Plaintiff,*<br><br>v.<br><br>TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL0007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012,LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAUQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,<br><br> *Defendants,*<br><br>v.<br><br>DJD LAND PARTNERS, LLC, and, LDG001, LLC,<br><br> *Relief Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:22-CV-2118-X |

## **CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and

legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to Federal Rule of Civil Procedure 11, regardless of whether generative artificial intelligence drafted any portion of that filing.

Dated: June 12, 2023

Respectfully submitted,

*/s/ Jonathan R. Patton*
Jonathan R. Patton
State Bar No. 24088198
jpatton@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1201 Main Street, Suite 1300
Dallas, TX 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile
**ATTORNEY FOR INTERESTED PARTY**
**PALISADES TC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 12, 2023, the foregoing document was electronically filed with the Clerk of the U.S. District Court, Northern District of Texas, using the CM/ECF system, which will send a Notice of Electronic Filing to the attorneys of record.

*/s/ Jonathan R. Patton*
Jonathan R. Patton