UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § § § | |
| *Plaintiff,* | | Civil Action No. 3:22-cv-2118-x |
| v. | | |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (a/k/a MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § § | |
| *Defendants.* | § | |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court.  I understand that

1

any attorney who signs any filing in this case will be held responsible for the contents thereof according to Federal Rule of Civil Procedure 11, regardless of whether generative artificial intelligence drafted any portion of that filing.

Respectfully submitted,

/s/ *Corinna Chandler*
Corinna Chandler
Texas Bar No. 24061272
CHANDLER & SHAVIN, PLLC
12377 Merit Drive, Suite 880
Dallas, Texas 75251
972-863-9063 (tel)
chandler@chandlershavin.com

**ATTORNEY FOR INTERESTED PARTY DHIRAJ "DAVID" RAMOLIA**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2023, the foregoing document was electronically filed with the Clerk of the U.S. District Court, Northern District of Texas, using the CM/ECF system, which will send a Notice of Electronic Filing to the attorneys of record.

/s/ *Corinna Chandler*
Corinna Chandler