**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | **Case No. 3:22-cv-2118-X** |
| TIMOTHY BARTON, *et al.,* | § § § | |
| *Defendants.* | § | |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

I, the undersigned attorney, hereby certifies that I have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal database, by a human being before it is submitted to the Court. I understand that any attorney who signs filings in this case will be held responsible for the contents thereof according to FEDERAL RULE OF CIVIL PROCEDURE 11, regardless of whether generative artificial intelligence drafted any portion of that filing.

Dated: June 9, 2023

/s/ Kyle M. DeYoung
KYLE M. DeYOUNG

Respectfully submitted,

DATED:  June 9, 2023                          Respectfully submitted,

                                             s/ *Kyle M. DeYoung*
                                             Erin Nealy Cox
                                             Texas State Bar No. 00794357
                                             Tel: (214) 972-1847
                                             erin.nealycox@kirkland.com
                                             George W. Hicks, Jr. *(pro hac vice)*
                                             Virginia State Bar No. 91711
                                             Tel: (214) 972-1722
                                             george.hicks@kirkland.com
                                             KIRKLAND & ELLIS LLP
                                             4550 Travis Street
                                             Dallas, TX 75205
                                             Tel: (214) 972-1770

                                             Kyle M. DeYoung *(pro hac vice)*
                                             Washington D.C. Bar No. 472613
                                             Tel: (202) 389-3251
                                             kyle.deyoung@kirkland.com
                                             KIRKLAND & ELLIS LLP
                                             1301 Pennsylvania Ave. NW
                                             Washington, DC 20004
                                             Tel: (202) 389-3251

                                             John J. Kane
                                             Texas State Bar No. 24066794
                                             Tel: (214) 777-4261
                                             jkane@krcl.com
                                             KANE RUSSELL COLEMAN LOGAN PC
                                             901 Main Street, Suite 5200
                                             Dallas, TX 75202
                                             Tel: (214) 777-4200

                                             *Counsel for HNGH Turtle Creek, LLC*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct correct photocopy of the foregoing instrument was served upon all attorneys and parties of record, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on June 9, 2023.

/s/ *Kyle M. DeYoung*
Kyle M. DeYoung