**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| **TIMOTHY LYNCH BARTON** **CARNEGIE DEVELOPMENT, LLC** **WALL007, LLC** **WALL009, LLC** **WALL010, LLC** **WALL011, LLC** **WALL012, LLC** **WALL016, LLC** **WALL017, LLC** **WALL018, LLC** **WALL019, LLC** **HAOQIANG FU (a/k/a MICHAEL FU)** **STEPHEN T. WALL** | § § § § § § § § § § § § § | **No. 3:22-CV-2118-X** |
| *Defendants,* | § § § | |
| **DJD LAND PARTNERS, LLC** **LDG001, LLC** | § § § | |
| *Relief Defendants.* | § | |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy,

using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Dated: June 14, 2023

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Nathan Baum*
**Nathan Baum**
Texas State Bar No. 24082665
2200 Ross Ave., Suite 3600
Dallas, TX 75201
Nathan.baum@nortonrosefulbright.com
Phone: 214-855-7487
Fax: 214-855-8200

**Samuel Ramer**
*Pro Hac to Be Sought*
799 9th Street NW, Suite 1000
Washington, DC 20001-4501
samuel.ramer@nortonrosefulbright.com
Phone: 202-662-0214
Fax: 202-662-4643

**Chris Cooke**
Texas State Bar No. 24129241
111 W. Houston Street, Suite 1800
San Antonio, TX 78205
christopher.cooke@nortonrosefulbright.com
Phone: 210-270-7175
Fax: 210-270-7205

**Barbara Light**
Texas State Bar No. 24109472
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Barbara.light@nortonrosefulbright.com
(713) 651-5151 – Tel
(713) 651-5246 – Fax

-3-

**COUNSEL FOR MAXIMILIEN BARTON, GILLESPIE VILLAS LLC, VENUS59 LLC, TRTX PROPERTIES LLC, MXBA LLC, TITAN INVESTMENTS LLC, TC Hall, LLC, and TITAN 2022 INVESTMENT, LLC**

## CERTIFICATE OF SERVICE

On June 14, 2023, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Chris Cooke*
Christopher R. Cooke