**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

                      Plaintiff,

v.

TIMOTHY BARTON,                                    C.A. No.: 3:22-cv-2118-X
CARNEGIE DEVELOPMENT, LLC,
WALL007, LLC,
WALL009, LLC,                                      Jury Trial Demanded
WALL010, LLC,
WALL011, LLC,
WALL012, LLC,
WALL016, LLC,
WALL017, LLC,
WALL018, LLC,
WALL019, LLC,
HAOQIANG FU (A/K/A MICHAEL FU),
STEPHEN T. WALL,

                      Defendants,

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

                      Relief Defendants.

**ORDER DENYING FIRST DEVELOPMENT COMPANY OF OHIO, LLC'S**
**MOTION TO INTERVENE AND LIFT STAY**

    This matter comes before the court on First Development Company of Ohio, LLC's Motion

to Intervene and Lift Stay.  After considering the Motion and all responses thereto, the Court has

determined that the Motion should be denied without prejudice.

IT IS HEREBY ORDERED that First Development Company of Ohio, LLC's Motion to Intervene and Lift Stay is DENIED without prejudice.

SIGNED this ____ day of _____, 2023.


_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE