**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § | |

**ORDER GRANTING RECEIVER'S
MOTION TO STAY DEADLINE FOR REPLY
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT REGARDING
SOUTHERN PROPERTIES CAPITAL, LTD.'S CLAIMED OWNERSHIP
INTEREST IN CERTAIN RECEIVERSHIP ENTITIES AND PROPERTIES**

On this date, the Court considered the Receiver's Motion to Stay the Deadline for Receiver's Reply in support of Motion for Summary Judgment Regarding Southern Properties Capital, Ltd.'s Claimed Ownership Interest in Certain Receivership Entities and Properties, and any related motion objecting to or striking SPC's evidence. Having considered the Motion, the Court hereby **GRANTS** the Motion.

1

**IT IS THEREFORE ORDERED AS FOLLOWS:**

The deadline for the Receiver's Reply in support of the SPC Motion for Summary Judgment, including any motion challenging SPC's evidence, is **STAYED** until the earlier of: (i) the date on which the stay of the mandate for the Fifth Circuit's Opinion expires, or, (ii) if the Court enters a new or amended Order Appointing Receiver, fourteen days after such order.

SO ORDERED this _____ day of _____, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT COURT JUDGE