IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON CARNEGIE DEVELOPMENT, LLC WALL007, LLC WALL009, LLC WALL010, LLC WALL011, LLC WALL012, LLC WALL016, LLC WALL017, LLC WALL018, LLC WALL019, LLC HAOQIANG FU (a/k/a MICHAEL FU) STEPHEN T. WALL | § § § § § § § § § § § § § § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC LDG001, LLC | § § | |
| *Relief Defendants.* | | |

**JOINT STATUS REPORT**

The parties in *SEC v. Barton* submit the following Joint Status Report in response to this Court's July 5, 2023, Order for the "parties to meet and confer and, by July 12, 2023, inform the Court whether they agree to proceed before a mandate issues from the Fifth Circuit."

The interested parties met and had a productive discussion on the way forward. While the Commission agrees to proceed, and understands this Court to have jurisdiction to proceed, before the mandate of the Fifth Circuit issues. Defendant Barton believes that the Court lacks jurisdiction to entertain requests to impose a replacement receivership before the Fifth Circuit's mandate is issued and that the parties probably cannot create that jurisdiction by agreement. As a result, Defendant Barton does not agree to proceed before a mandate issues from the Fifth Circuit.

The parties, however, did agree to discuss a potential resolution of the issues underlying the receivership question. The parties will promptly report to the Court if any such settlement is reached.

Dated: July 12, 2023 Respectfully submitted,

By: */s/Keefe Bernstein*
Keefe Bernstein
bernsteink@sec.gov
**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
Phone: (817) 900-2607

**COUNSEL FOR UNITED STATES SECURITIES AND EXCHANGE COMMISSION**


By: */s/Michael J. Edney*
Michael J. Edney
medney@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

**COUNSEL FOR TIMOTHY LYNCH BARTON**

3