# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-10516

————————

United States Court of Appeals
Fifth Circuit

**FILED**

July 17, 2023

Lyle W. Cayce
Clerk

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

_____

## UNPUBLISHED ORDER

Before Smith, Southwick, and Wilson, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the appellee's opposed motion to dismiss the appeal is GRANTED.