**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | |
| TIMOTHY BARTON, et al. CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | C.A. No.: 3:22-cv-2118-X |
| Defendants, | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | |
| Relief Defendants. | |

**<u>ORDER</u>**

Before the Court is the Plaintiff Securities and Exchange Commission's Motion to

Withdraw David B. Reece as Counsel.  The motion is **GRANTED**.

IT IS THEREFORE ORDERED that David B. Reece is **WITHDRAWN** as an attorney

of record for the SEC.

**SO ORDERED**.

_____, 2023          _____
                                            BRANTLEY STARR
                                            UNITED STATES DISTRICT JUDGE