# EXHIBIT A

# EXHIBIT A-1

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of June 30, 2023

| | | | |
|---|---|---:|---:|
| 1 | Beginning Balance - April 1, 2023: | | $ 478,598.36 |
| 2 | Business Income | | 204,650.27 |
| 3 | Funds Received | | 617,724.58 |
| 4 | Interest/Dividend Income | | 4,490.01 |
| 5 | Business Asset Liquidation | | |
| 6 | Personal Asset Liquidation | | |
| 7 | Third-Party Litigation Income | | |
| 8 | Miscellaneous - Other | | |
| 9 | Disbursements to Investors | | |
| 10 | Disbursements for Receivership Operations: | | 899,653.55 |
| 10a | Disbursements to Receiver or Other Professionals | 445,779.23 | |
| 10b | Business Asset and Operating Expenses | 430,321.42 | |
| 10c | Personal Asset Expenses | | |
| 10d | Investment Expenses | | |
| 10e | Third-Party Litigation Expenses | | |
| 10f | Tax Administrator Fees and Bonds | | |
| 10g | Federal and State Tax Expenses | 23,552.90 | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | - |
| 11a | Distribution Plan Development Expenses | | |
| 11b | Distribution Plan Implementation Expenses | | |
| 12 | Disbursements to Court/Other | | - |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | |
| 12b | Federal income taxes | | |
| 13 | Ending Balance - June 30, 2023 | | $ 405,809.67 |
| 14 | Ending Balance of Fund - Net Assets | | 405,809.67 |
| 14a | Cash & Cash Equivalents | 405,809.67 | |
| 14b | Investments | | |
| 14c | Other Assets or Uncleared Funds | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | |
| 16b | Federal income taxes | | |

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of June 30, 2023

17      DC & State Tax Payments

18      No. of Claims

18a the number of claims received from investors during this reporting period

18b the number of claims received from investors as a result of all orders since the inception of the Fund

19      No. of Claimants/Investors

19a the number of claimants/investors receiving distributions during the reporting period

19b the number of claimants/investors receiving distributions pursuant to all orders of distribution since the inception of the Fund

# EXHIBIT A-2

**Barton Receivership Account**
**Cash Accounting Summary**
**April 1, 2023 through June 30, 2023**

**Cash Receipts**

| Date | Item Description | Cash Receipts 2Q23 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Receipts 4Q22 | | $819,171.90 |
| 03/31/2023 | Cash Receipts 1Q23 | | $129,887.29 |
| 04/07/2023 | DDA Deposit <br> • JAMS reimbursement | $489.99 | |
| 04/27/2023 | Hunton Andrews Kurth [reimbursement of fees] | 750.00 | |
| 04/30/2023 | Interest Deposit | $865.58 | |
| 05/18/2023 | Wire Transfer Credit (HNGH Turtle Creek) [1st settlement installment] | $500,000.00 | |
| 05/31/2023 | Interest Deposit | $1,174.40 | |
| 06/07/2023 | Wire Transfer Credit (Auction Proceeds) | $32,724.58 | |
| 06/09/2023 | DDA Deposit <br> • First Insurance Funding | $186.70 | |
| 06/22/2023 | Deposit (Rock Creek catch-up and pre-pay) | $85,000.00 | |
| 06/30/2023 | DDA Deposit <br> • JAMS reimbursement | $75.00 | |
| 07/02/203 | Interest Deposit | $1,277.57 | |

**TOTAL RECEIPTS 2Q23**          **$622,543.82**

**TOTAL RECEIPTS RECEIVERSHIP**          **$1,571,603.01**

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 2Q23 | Cash Disbursements 4Q22 to present |
|------|------------------|------------------------:|-----------------------------------:|
| 12/31/2022 | Cash Disbursements 4Q22 | | $10,764.09 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $504,163.52 |
| 04/04/2023 | JAMS (#145) (BM318) | $2,700.00 | |
| 04/06/2023 | First Insurance [Wire] (SF Rock Creek) | $591.46 | |
| 04/13/2023 | Public Storage (#146) (receivership units) | $283.28 | |
| 04/14/2023 | Dusk to Dawn Movers (#147) (2999 Turtle Creek) | $1,400.00 | |
| 04/19/2023 | TXU Energy [Wire] (2999 Turtle Creek) | $5,221.11 | |
| 04/25/2023 | Alfredo Franco Nino (#148) (Hall St./Gillespie) | $200.00 | |
| 05/01/2023 | Dallas Water Utilities (#149) (2999TC Acquisitions) | $533.57 | |
| 05/01/2023 | Dallas Water Utilities (#150) (2999TC Acquisitions) | $281.88 | |
| 05/01/2023 | Dallas Water Utilities (#151) (Gillespie Villas) | $42.47 | |
| 05/03/2023 | Check Order | $74.89 | |
| 05/08/2023 | Ever Maldonado (#152) (Gillespie Villas porch repair) | $945.00 | |
| 05/09/2023 | TXU Energy [Wire] (2999 Turtle Creek) | $5,320.99 | |
| 05/16/2023 | Alfredo Nino (#153) (landscaping) | $460.00 | |
| 05/18/2023 | City of Venus (#154) (Ridgeview Addition citation) | $206.00 | |
| 05/22/2023 | Dusk 2 Dawn Moving Co. (#155) (movers) | $450.00 | |

| Date | Item Description | Cash Disbursements 2Q23 | Cash Disbursements 4Q22 to present |
|------|------------------|------------------------:|-----------------------------------:|
| 05/22/2023 | Alfredo Nino (#156) (landscaper) | $200.00 | |
| 05/30/2023 | City of Dallas (#157) (2999 Turtle Creek) | $171.44 | |
| 05/30/2023 | City of Dallas (#158) (Gillespie Villas) | $21.67 | |
| 05/30/2023 | City of Dallas (#159) (2999 Turtle Creek) | $137.50 | |
| 06/05/2023 | AFCO [Wire] (SF Rock Creek insurance) | $8,595.45 | |
| 06/08/2023 | Alfredo Franco Nino (#162) (landscaper) | $200.00 | |
| 06/12/2023 | SBA (#160) (D4OP loan payoff) | $166,782.52 | |
| 06/12/2023 | City of Dallas (#161) (2999 Turtle Creek) | $137.50 | |
| 06/13/2023 | TXU Energy [Wire] (2999 Turtle Creek) | $6,383.88 | |
| 06/13/2023 | Parker County Appraisal District (#163) (taxes) | $1,707.53 | |
| 06/14/2023 | Alfredo Franco Nino (#164) (landscaper) | $475.00 | |
| 06/20/2023 | Brown Fox PLLC (#168) (legal fees) | $235,794.00 | |
| 06/20/2023 | Cort Thomas (#169) (receiver fees) | $109,326.63 | |
| 06/21/2023 | Byron Walker (#165) (partial return of escrowed funds) | $60,000.00 | |
| 06/26/2023 | Veracity Forensics (#166) (IT analysis) | $20,944.39 | |
| 06/26/2023 | Ahuja & Clark (#167) (accountants) | $78,329.20 | |
| 06/27/2023 | Alfredo Franco Nino (#171) (landscaper) | $200.00 | |

BARTON RECEIVERSHIP CASH ACCOUNTING SUMMARY APR. 1, 2023 THROUGH JUN. 30, 2023
PAGE 3

| Date | Item Description | Cash Disbursements 2Q23 | Cash Disbursements 4Q22 to present |
|------|-----------------|------------------------:|-----------------------------------:|
| 06/27/2023 | City of Dallas (#172) (2999 Turtle Creek) | $114.29 | |
| 06/27/2023 | City of Dallas (#173) (Gillespie Villas) | $20.72 | |
| 06/28/2023 | Bakken Contracting dba BC Contracting (#170) (Parc at Opelika) | $5,226.56 | |

**TOTAL DISBURSEMENTS**            **$713,478.93**

**TOTAL DISBURSEMENTS RECEIVERSHIP**            <u>**$1,228,406.54**</u>

# EXHIBIT A-3

**Goldmark Hospitality**
**Cash Accounting Summary**
**April 1, 2023 through June 30, 2023**

**Cash Receipts**

| Date | Item Description | Cash Receipts 2Q23 | Cash Receipts 4Q22 to present |
|------|------------------|-------------------:|------------------------------:|
| 12/31/2022 | Cash Receipts 4Q22 | | $108,460.28 |
| 03/31/2023 | Cash Receipts 1Q23 | | $206,811.44 |
| 04/03/2023 | DHA Deposit [Wire] (rents) | $4,400.00 | |
| 04/04/2023 | Cash Deposit (rents) | $2,440.00 | |
| 04/04/2023 | Cash Deposit (rents) | $10,515.56 | |
| 04/06/2023 | Cash Deposit (rents) | $1,431.10 | |
| 04/10/2023 | Cash Deposit (rents) | $100.00 | |
| 04/10/2023 | Cash Deposit (rents) | $2,333.28 | |
| 04/10/2023 | Cash Deposit (rents) | $3,917.33 | |
| 04/14/2023 | Cash Deposit (rents) | $701.58 | |
| 04/14/2023 | Cash Deposit (rents) | $830.20 | |
| 04/17/2023 | Cash Deposit (rents) | $889.85 | |
| 04/17/2023 | Cash Deposit (rents) | $1,809.58 | |
| 04/19/2023 | Cash Deposit (rents) | $2,541.08 | |
| 04/25/2023 | Cash Deposit (rents) | $1,186.15 | |

| Date | Item Description | Cash Receipts 2Q23 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 04/25/2023 | Cash Deposit (rents) | $1,680.04 | |
| 04/27/2023 | Square [Wire] (rents) | $27,033.89 | |
| 04/28/2023 | Cash Deposit (rents) | $600.00 | |
| 04/28/2023 | Cash Deposit (rents) | $2,205.00 | |
| 05/02/2023 | DHA Deposit [Wire] (rents) | $4,400.00 | |
| 05/02/2023 | Cash Deposit (rents) | $2,594.24 | |
| 05/03/2023 | Cash Deposit (rents) | $6,310.00 | |
| 05/04/2023 | Cash Deposit (rents) | $6,074.72 | |
| 05/08/2023 | Square [Wire] (rents) | $14,525.04 | |
| 05/08/2023 | Cash Deposit (rents) | $2,141.20 | |
| 05/08/2023 | Cash Deposit (rents) | $3,080.20 | |
| 05/10/2023 | Cash Deposit (rents) | $847.00 | |
| 05/10/2023 | Cash Deposit (rents) | $1,850.00 | |
| 05/12/2023 | Cash Deposit (rents) | $541.88 | |
| 05/12/2023 | Cash Deposit (rents) | $1,829.32 | |
| 05/16/2023 | Square [Wire] (rents) | $5,745.68 | |
| 05/16/2023 | Cash Deposit (rents) | $990.92 | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY APR. 1, 2023 THROUGH JUN. 30, 2023
PAGE 2

| Date | Item Description | Cash Receipts 2Q23 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 05/23/2023 | Cash Deposit (rents) | $2,461.66 | |
| 05/25/2023 | Cash Deposit (rents) | $600.00 | |
| 05/25/2023 | Cash Deposit (rents) | $1,203.70 | |
| 05/31/2023 | Cash Deposit (rents) | $2,108.26 | |
| 06/01/2023 | Cash Deposit (rents) | $3,700.00 | |
| 06/01/2023 | Cash Deposit (rents) | $4,350.58 | |
| 06/02/2023 | DHA Deposit [Wire] (rents) | $4,400.00 | |
| 06/02/2023 | Cash Deposit (rents) | $1,352.00 | |
| 06/05/2023 | Square [Wire] (rents) | $16,419.03 | |
| 06/05/2023 | Cash Deposit (rents) | $2,430.68 | |
| 06/05/2023 | Cash Deposit (rents) | $7,889.26 | |
| 06/06/2023 | Cash Deposit (rents) | $4,651.66 | |
| 06/12/2023 | Cash Deposit (rents) | $2,965.00 | |
| 06/16/2023 | Cash Deposit (rents) | $1,689.70 | |
| 06/20/2023 | Cash Deposit (rents) | $2,506.00 | |
| 06/23/2023 | Cash Deposit (rents) | $3,028.00 | |
| 06/26/2023 | Cash Deposit (rents) | $2,562.62 | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY APR. 1, 2023 THROUGH JUN. 30, 2023
PAGE 3

| Date | Item Description | Cash Receipts 2Q23 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 06/27/2023 | Square [Wire] (rents) | $11,581.08 | |
| 06/28/2023 | Cash Deposit (rents) | $2,586.60 | |
| 06/30/2023 | Cash Deposit (rents) | $5,972.60 | |
| 06/30/2023 | Cash Deposit (rents) | $4,647.00 | |
| **TOTAL GOLDMARK RECEIPTS 2Q23** | | **$204,650.27** | |
| **TOTAL GOLDMARK RECEIPTS TO PRESENT** | | | **$519,921.99** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 2Q23 | Cash Disbursements 4Q22 to present |
|---|---|---:|---:|
| 12/31/2022 | Cash Disbursements 4Q22 | | $99,830.15 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $202,341.23 |
| 04/03/2023 | Matthew Hilburn (maintenance) (#5012) | $850.00 | |
| 04/03/2023 | Kevin Wright (maintenance) (#5013) | $640.00 | |
| 04/03/2023 | Air Texas AC & Heating (AC maintenance) (#5016) | $2,800.00 | |
| 04/03/2023 | Air Texas AC & Heating (AC repairs) (#5017) | $4,000.00 | |
| 04/05/2023 | Spectrum (internet & phone) (ACH) | $268.05 | |
| 04/06/2023 | Air Texas AC & Heating (AC repairs) (#5018) | $380.00 | |
| 04/10/2023 | Bryan Williams (maintenance) (#5022) | $360.00 | |
| 04/11/2023 | TXU Energy (utilities) (ACH) | $6,685.62 | |
| 04/11/2023 | Affordable Lawn (lawn maintenance) (#5019) | $500.00 | |
| 04/11/2023 | Impact Floors of Texas (floor maintenance) (#5023) | $3,164.34 | |
| 04/13/2023 | Air Texas AC & Heating (AC repairs) (#5020) | $660.00 | |
| 04/13/2023 | Air Texas AC & Heating (AC repairs) (#5021) | $3,000.00 | |
| 04/13/2023 | Jovanca Silvasan (property manager) (#5028) | $1,633.00 | |
| 04/17/2023 | Frank Guzman (maintenance) (#5024) | $1,020.00 | |
| 04/17/2023 | Sedrick Grant (maintenance) (#5026) | $200.00 | |

| Date | Item Description | Cash Disbursements 2Q23 | Cash Disbursements 4Q22 to present |
|---|---|---:|---|
| 04/17/2023 | Kevin Wright (maintenance) (#5027) | $830.00 | |
| 04/18/2023 | Check Order | $14.29 | |
| 04/19/2023 | Matthew Hilburn (maintenance) (#5025) | $790.00 | |
| 04/28/2023 | Republic Services [trash collection] (ACH) | $851.48 | |
| 04/30/2023 | Bank Service Charge | $2.00 | |
| 05/01/2023 | Go To Premium Financial [insurance] (ACH) | $14,446.16 | |
| 05/01/2023 | Frank Guzman (maintenance) (#5031) | $885.00 | |
| 05/01/2023 | Kevin Wright (maintenance) (#5033) | $720.00 | |
| 05/01/2023 | Jovanca Silvasan (property manager) (#5034) | $95.39 | |
| 05/01/2023 | Jovanca Silvasan (property manager) (#5035) | $1,633.00 | |
| 05/01/2023 | Dallas Water Utilities (utilities) (#5038) | $11,014.29 | |
| 05/01/2023 | TXU Energy [utilities] (ACH) | $4,641.20 | |
| 05/02/2023 | Payment Processing Fee | $10.00 | |
| 05/02/2023 | Bryan Williams (maintenance) (#5036) | $450.00 | |
| 05/02/2023 | Alfredo Franco Nino (lawn maintenance) (#5037) | $1,000.00 | |
| 05/05/2023 | Spectrum [internet & phone] (ACH) | $522.23 | |
| 05/09/2023 | Matthew Hilburn (maintenance) (#5032) | $720.00 | |
| 05/11/2023 | Republic Services [trash collection] (ACH) | $926.53 | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY APR. 1, 2023 THROUGH JUN. 30, 2023
PAGE 6

| Date | Item Description | Cash Disbursements 2Q23 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 05/15/2023 | Frank Guzman (maintenance) (#5039) | $600.00 | |
| 05/15/2023 | Jovanca Silvasan (property manager) (#5042) | $1,633.00 | |
| 05/15/2023 | Impact Property Solutions (#5043) | $1,805.48 | |
| 05/16/2023 | Matthew Hilburn (maintenance) (#5040) | $430.00 | |
| 05/16/2023 | Kevin Wright (maintenance) (#5041) | $665.00 | |
| 05/23/2023 | Air Texas AC & Heating (AC repairs) (#5044) | $3,400.00 | |
| 05/30/2023 | Frank Guzman (maintenance) (#5046) | $952.50 | |
| 05/30/2023 | Jovanca Silvasan (property manager) (#5049) | $74.14 | |
| 05/30/2023 | Jovanca Silvasan (property manager) (#5050) | $1,633.00 | |
| 05/30/2023 | Sedrick Grant (property manager) (#5101) | $200.00 | |
| 05/30/2023 | Dallas Water Utilities (utilities) (#5102) | $13,721.15 | |
| 05/31/2023 | Payment Processing Fee | $10.00 | |
| 05/31/2023 | Go To Premium Financial [insurance] (ACH) | $14,446.16 | |
| 05/31/2023 | Kevin Wright (maintenance) (#5047) | $755.00 | |
| 05/31/2023 | Bank Service Charge | $2.00 | |
| 06/01/2023 | Matthew Hilburn (maintenance) (#5048) | $720.00 | |
| 06/02/2023 | ABC Fire Extinguisher (repairs) (#5045) | $474.41 | |
| 06/02/2023 | Air Texas AC & Heating (AC repairs) (#5103) | $3,400.00 | |

| Date | Item Description | Cash Disbursements 2Q23 | Cash Disbursements 4Q22 to present |
|------|------------------|---:|---:|
| 06/02/2023 | Air Texas AC & Heating (AC repairs) (#5104) | $3,400.00 | |
| 06/02/2023 | Air Texas AC & Heating (AC repairs) (#5105) | $3,400.00 | |
| 06/06/2023 | TXU Energy [utilities] (ACH) | $4,323.74 | |
| 06/06/2023 | Alfredo Nino (lawn maintenance) (#5106) | $1,000.00 | |
| 06/07/2023 | Construction by Ernesto LLC (#5108) | $2,430.00 | |
| 06/08/2023 | Spectrum [internet & phone] (ACH) | $268.05 | |
| 06/12/2023 | Matthew Hilburn (maintenance) (#5110) | $600.00 | |
| 06/12/2023 | Frank Guzman (maintenance) (#5111) | $937.50 | |
| 06/12/2023 | Jovanca Silvasan (property manager) (#5112) | $1,633.00 | |
| 06/13/2023 | Kevin Wright (maintenance) (#5109) | $560.00 | |
| 06/14/2023 | Richardson ISD Tax Office (taxes) (#5113) | $21,845.37 | |
| 06/23/2023 | Republic Services [trash collection] (ACH) | $926.53 | |
| 06/26/2023 | Air Texas AC & Heating (AC repairs) (#5114) | $2,800.00 | |
| 06/26/2023 | Air Texas AC & Heating (AC repairs) (#5115) | $5,500.00 | |
| 06/26/2023 | Air Texas AC & Heating (AC repairs) (#5116) | $700.00 | |
| 06/26/2023 | Air Texas AC & Heating (AC repairs) (#5117) | $75.00 | |
| 06/26/2023 | Frank Guzman (maintenance) (#5118) | $982.50 | |

| Date | Item Description | Cash Disbursements 2Q23 | Cash Disbursements 4Q22 to present |
|---|---|---:|---:|
| 06/26/2023 | Kevin Wright (maintenance) (#5119) | $770.00 | |
| 06/26/2023 | Jovanca Silvasan (property manager) (#5120) | $85.77 | |
| 06/26/2023 | Matthew Hilburn (maintenance) (#5122) | $775.00 | |
| 06/26/2023 | Sedrick Grant (maintenance) (#5123) | $200.00 | |
| 06/27/2023 | Jovanca Silvasan (property manager) (#5121) | $1,633.00 | |
| 06/28/2023 | Terminix (pest control) (#5124) | $189.44 | |
| 06/28/2023 | Terminix (pest control) (#5125) | $126.65 | |
| 06/28/2023 | Terminix (pest control) (#5126) | $189.44 | |
| 06/28/2023 | Terminix (pest control) (#5127) | $126.65 | |
| 06/28/2023 | Terminix (pest control) (#5128) | $189.44 | |
| 06/28/2023 | Terminix (pest control) (#5129) | $126.65 | |
| 06/30/2023 | Payment Processing Fee | $10.00 | |
| 06/30/2023 | Go To Premium Financial [insurance] (ACH) | $14,446.16 | |
| 06/30/2023 | Air Texas AC & Heating (AC repairs) (#5130) | $3,400.00 | |
| 06/30/2023 | Air Texas AC & Heating (AC repairs) (#5131) | $3,400.00 | |
| 06/30/2023 | Bank Service Charge | $2.00 | |
| **TOTAL DISBURSEMENTS 1Q23** | | **$187,686.31** | |
| **TOTAL RECEIVERSHIP DISBURSEMENTS** | | | **$489,857.69** |