Patrick J. Schurr
State Bar No. 17853530
Patrick.schurr@solidcounnsel.com
SCHEEF & STONE, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150

ATTORNEYS FOR TEXAS REPUBLIC BANK, N.A.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | No. 3:22-cv-2118-X |
| *Plaintiff*, | § § § | |
| v. | § § | |
| TIMOTHY BARTON,  CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC,  WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), and STEPHEN T. WALL, | § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned (hereinafter referred to as "Movant"), counsel for TEXAS REPUBLIC BANK, N.A., a secured creditor and party-in-interest in the above styled and numbered case, hereby file this his Notice of

NOTICE OF APPEARANCE – PAGE 1

Appearance and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the address and telephone number set forth below:

> Patrick J. Schurr
> Patrick.schurr@solidcounsel.com
> SCHEEF & STONE, L.L.P.
> 2600 Network Boulevard
> Suite 400
> Frisco, Texas 75034
> Telephone: 214.472.2100
> Telecopier: 214.472.2150

Movant additionally requests that the parties and the Clerk of the United States District Court place the above name and address on any mailing matrix or list of creditors to be prepared or existing in the above numbered case.

PLEASE TAKE FURTHER NOTICE that Movant intends that neither this Notice nor any later appearance, pleading, claim or suit shall waive (1) any right to trial by jury in any proceeding; or (2) any other rights, claims, actions, defenses, setoffs or recoupment under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted this the 22nd day of August, 2023.

> SCHEEF & STONE, L.L.P.
> 2600 Network Boulevard
> Suite 400
> Frisco, Texas 75034
> Telephone: 214.472.2100
> Telecopier: 214.472.2150
>
>
> By:   /s/ Patrick J. Schurr
>   Patrick J. Schurr
>   State Bar No. 17853530
>   Patrick.schurr@solidcounsel.com
>
> ATTORNEYS FOR TEXAS REPUBLIC BANK, N.A.

NOTICE OF APPEARANCE – PAGE 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on counsel for the parties and those requesting notice herein, via electronic means, on this the 22nd day of August, 2023.


/s/ Patrick J. Schurr