UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| | § § | |
| | § | CASE NO. 3:22-cv-02118-X |
| TIMOTHY BARTON, et al., | § § § | |
| | § § | |
| | § § | |
| Defendants. | § | |

NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Russell W. Mills, Gwen I. Walraven, and Lewis F. Collins, III of Bell Nunnally & Martin LLP file this Notice of Appearance and Request For Notices and Service Of Papers as counsel for interested party McCormick 101, LLC ("Interested Party") in the above-referenced case (the "Case"). All such notices given or required to be given in this Case, and all papers served or required to be served in this Case shall be addressed as follows:

Russell W. Mills, Esq.
Gwen I. Walraven, Esq.
Lewis F. Collins, III, Esq.
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
214.740.1400 (Telephone)
214.740.1499 (Facsimile)
rmills@bellnunnally.com (E-mail)
gwalraven@bellnunnally.com (E-mail)
lcollins@bellnunnally.com (E-mail)

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES                    PAGE 1

Dated: September 5, 2023.

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By: /s/ *Lewis F. Collins, III*
Russell W. Mills
Texas Bar No. 00784609
rmills@bellnunnally.com
Gwen I. Walraven
Texas Bar No. 24047065
gwalraven@bellnunnally.com
Lewis F. Collins, III
Texas Bar No. 24132383
lcollins@bellnunnally.com
2323 Ross Avenue, Suite 1900
Dallas, TX 75201
214-740-1400 Telephone
214-740-1499 Facsimile

**COUNSEL FOR McCORMICK 101, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Appearance and Request for Notices and Service of Papers was served on all parties on this 5th day of September 2023, v*ia CM/ECF* and/or by First Class Regular Mail.

/s/ *Lewis F. Collins, III*
Lewis F. Collins, III

7574585_1.docx

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**                                          **PAGE 2**