UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | |
| TIMOTHY BARTON, | C.A. No.: 3:22-cv-2118-X |
| CARNEGIE DEVELOPMENT, LLC, | |
| WALL007, LLC, | |
| WALL009, LLC, | Jury Trial Demanded |
| WALL010, LLC, | |
| WALL011, LLC, | |
| WALL012, LLC, | |
| WALL016, LLC, | |
| WALL017, LLC, | |
| WALL018, LLC, | |
| WALL019, LLC, | |
| HAOQIANG FU (A/K/A MICHAEL FU), | |
| STEPHEN T. WALL, | |
| Defendants, | |
| DJD LAND PARTNERS, LLC, and | |
| LDG001, LLC, | |
| Relief Defendants. | |

**APPENDIX IN SUPPORT OF
PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR APPOINTMENT OF RECEIVER, FOR PRELIMINARY INJUNCTION
AND ANCILLARY RELIEF, AND TO LIFT STAY FOR LIMITED PURPOSE**

The following supplements Plaintiff's Appendix in support of Plaintiff Securities and Exchange Commission's Expedited Motion for Appointment of Receiver (Dkt. 7-9), which is incorporated herein by reference: This appendix contains:

| DESCRIPTION | SUPPLEMENTAL APPENDIX NO. |
|---|---|
| **Supplemental Declaration of Carol Hahn** | 001-004 |
| Ex. A: Tracing Examples | 005-010 |
| Ex. B: Receivership Entities | 011-012 |

Dated: September 7, 2023

Respectfully submitted,

*/s/ Keefe M. Bernstein*
Keefe M. Bernstein
Texas Bar No. 24006839
James E. Etri
Texas Bar No. 24002061
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2607 (KMB phone)
(817) 978-4927 (facsimile)
bernsteink@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

## CERTIFICATE OF SERVICE

      I affirm that on September 7, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

                                        */s/ Keefe M. Bernstein*
                                        Keefe M. Bernstein