**1  Entity: BEE2019 LLC**     **Property: Bee Street Townhomes (13325 Bee St Farmers Branch, TX 75234)**

Description: DJD Land Partners obtained a loan with Moss & Associates LLC in August 2019 for $4,000,000 (this loan was secured at least in part by Wall 11's property). From the loan proceeds, $2,602,437.28 was wired on 9/19/2019 to 2999TC JMJ CMGR LLC's bank account. A total of $220,000 of Moss & Associates (DJD) loan proceeds was transferred from 2999TC JMJ CMGR to JMJ Development on 10/2/19, and then $50,000 was wired from JMJ Development to Community National Title as earnest money for the Bee Street contract.

| Bank Account Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct | Transfer From Entity | Transfer From Acct | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| 2999TC JMJ CMGR LLC | JPM 1126 | | 9/19/2019 | $ 2,602,437.28 | | | Silver Star Title LLC | | Moss & Associates (DJD) Loan Proceeds | Loan proceeds from a loan secured, at least in part, by a property purchased with investor funds were used toward the purchase of a property in the name of BEE2019. |
| JMJ Development | JPM 5193 | $ 47,685.07 | 10/2/2019 | $ 100,000.00 | | | 2999TC JMJ CMGR | JPM 1126 | Moss & Associates (DJD) Loan Proceeds. Beg Balance includes additional Moss & Associates (DJD) loan proceeds from 2999TC JMJ CMGR. | |
| JMJ Development | JPM 5193 | | 10/2/2019 | $ 120,000.00 | | | 2999TC JMJ CMGR | JPM 1126 | Moss & Associates (DJD) Loan Proceeds | |
| JMJ Development | JPM 5193 | | 10/2/2019 | $ (50,000.00) | Community National Title | N/A | | | | |

**2  Entity: BM318 LLC**     **Property: Bear Creek Ranch (118.34 acres Aledo, TX)**

Description: $1,500,000 of Wall Entity Investor funds were transferred from Wall bank accounts on 11/27/18 to Carnegie Development, commingled with other funds from JMJAV LLC, and then $2,000,000 was wired to Reunion Title and applied towards BM318 LLC's purchase of 118.34 acres of the Bear Creek Ranch property.

| Entity Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct No. | Transfer From Entity | Transfer From Acct No. | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| Carnegie Development | JPM 7036 | $ 33,329.80 | 11/27/2018 | $ 1,440,000.00 | | | Wall017 | JPM 2529 | Wall Entity Investor Funds from Wall017 (JPM 2529) | |
| Carnegie Development | JPM 7036 | | 11/27/2018 | $ 60,000.00 | | | Wall016 | JPM 1761 | Wall Entity Investor Funds from Wall016 (JPM 1761) | Investor funds were used to purchase a property in the name of BM318. |
| Carnegie Development | JPM 7036 | | 11/27/2018 | $ 500,000.00 | | | JMJAV | JPM 6539 | Other Funds | |
| Carnegie Development | JPM 7036 | | 11/27/2018 | $ (2,000,000.00) | Reunion Title (Wire Ref: "GF 2025-262749-RU" "Bear Creek Ranch") | | | | | |

**3  Entity: Carnegie Development LLC, Ridgeview Addition LLC**     **Property: Ridgeview Addition**

Description: Carnegie Development LLC purchased the Ridgeview Addition property on February 19, 2019 from RES Land Holdings LLC which included a $525,000 loan from Southern Star Capital LLC. In January 2020, Wall009, Carnegie Development and DJD Land Partners took out a new $2,000,000 loan with Liberty Banks Life Insurance Company (secured in part by Wall Entity property and also Ridgeview property) and used part of the new loan proceeds to pay off the then existing loan between Carnegie Development and Southern Star Capital LLC. The Ridgeview Addition propertiy was eventually sold by Carnegie Development to Ridgeview Addition LLC. In addition, there was at least $52,500 of Wall Entity Investor funds used in connection with the purchase of the Ridgeview property as detailed below.

| Bank Account Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct | Transfer From Entity | Transfer From Acct | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| Carnegie Development | JPM 7036 | $ 11,460.76 | 2/19/2019 | $ 100,000.00 | | | Wall017 | JPM 2529 | Wall Entity Investor Funds from Wall017 (JPM 2529) | Loan proceeds from a loan secured, at least in part, by a Wall Entity property were used to pay off a loan in the name of Carnegie Development. Also, investor funds were used toward the purchase of a property in the name of Carnegie Development. |
| Carnegie Development | JPM 7036 | | 2/19/2019 | $ (52,500.00) | Southern Star Capital LLC (Wire Ref: "Ridgeview") | N/A | | | | |

**4  Entity: D4DS LLC**     **Property: Bellwether Ridge**

Description: Loan proceeds of $1,186,680.95 from LDG001 LLC's loan with Southern Star Capital (Wall 18 property) was wired from Silver Star Title LLC to JMJ Development (CO 1622) on 7/12/19. These loan proceeds were then sent from JMJ Development (CO 1622) to JMJ Development (JPM 5193) on multiple dates including the $75,000 on 7/26/19 shown below. On 8/1/19, $25,000 was transferred to D4DS LLC.

| Bank Account Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct | Transfer From Entity | Transfer From Acct | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| JMJ Development | JPM 5193 | | 7/26/2019 | $ 75,000.00 | | | JMJ Development | CO 1622 | Southern Star Capital (LDG001) Loan Proceeds of $1,186,680.95 wired to JMJ Development (CO 1622) on 7/12/2019. | |
| JMJ Development | JPM 5193 | $ 79,095.16 | 8/1/2019 | $ (25,000.00) | D4DS LLC | JPM 5851 | | | Commingled Funds: Southern Star Capital (LDG001) Loan Proceeds and a $30,000 transfer from Goldmark Hospitality (JPM 6928) on 8/1/19. In addition, the beg balance on 8/1/19 for JMJ Development (CO 5193) includes additional Southern Star Capital (LDG001) Loan Proceeds. | D4DS LLC received loan proceeds from a loan secured, at least in part, by a property purchased with investor funds. |
| D4DS LLC | JPM 5851 | $ 6,367.82 | 8/1/2019 | $ 25,000.00 | | | JMJ Development | JPM 5193 | | |
| D4DS LLC | JPM 5851 | | 8/1/2019 | $ (28,644.51) | Greystone Servicing Company (Wire Ref: "Loan Number 002081 Bellwether Ridge Apartments Mortgage Payment") | | | | | |



**Supp. App005**

**5  Entity: D4FR LLC**                                    **Property: 4618 N. Versailles Highland Park, TX; Windmill Farms**

Description: Wall Entity Investor funds were transferred in March 2017 from Wall 7 to JMJ Development and then wired to The McElroy Family Versailles LP for potential investment, in the name of D4FR, LLC, in a property located at 4618 N. Versailles Highland Park, TX. In addition, in July 2019, loan proceeds from LDG001's loan with Southern Star Capital (Wall 18 property) were transferred from JMJ Development (CO 1622) to JMJ Development (JPM 5193) and then to D4FR LLC.

| Bank Account Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct | Transfer From Entity | Transfer From Acct | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| Wall007 | CO 5436 | | 3/10/2017 | $ 75,000.00 | JMJ Development | CO 1622 | | | Wall Entity Investor Funds in Wall007 (CO 5436) | JMJ Development received investor funds that were to be used for an investment in the name of D4FR LLC. |
| JMJ Development | CO 1622 | | 3/10/2017 | $ (50,000.00) | The McElroy Family Versailles Limited Partnership | | Wall007 | CO 5436 | | |
| Wall007 | CO 5436 | | 3/27/2017 | $ 50,000.00 | JMJ Development | CO 1622 | | | Wall Entity Investor Funds in Wall007 (CO 5436) | JMJ Development received investor funds that were to be used for an investment in the name of D4FR LLC. |
| JMJ Development | CO 1622 | | 3/27/2017 | $ (40,000.00) | The McElroy Family Versailles Limited Partnership | | Wall007 | CO 5436 | Note: There was also a check for $138,992.96 from Pillar Income Asset Management deposited on 3/27/2017 but this exact amount was wired out to BGO Architects on 3/31/2017. | |
| JMJ Development | JPM 5193 | $286,039.41 | 7/17/2019 | $ 100,000.00 | | | JMJ Development | CO 1622 | Southern Star Capital (LDG001) Loan Proceeds of $1,186,680.95 into JMJ Development (CO 1622) on 7/12/2019. Note: The beg balance on 7/17/19 for JMJ Development (CO 5193) includes additional Southern Star Capital (LDG001) Loan Proceeds. | D4FR LLC received loan proceeds from a loan secured, at least in part, by a property purchased with investor funds. |
| JMJ Development | JPM 5193 | | 7/17/2019 | $ (106,097.70) | D4FR LLC | JPM 9375 | JPM Development | CO 1622 | Southern Star Capital (LDG001) Loan Proceeds | |

**6  Entity: D4KL LLC, JMJ Acquisitions LLC**             **Property: Rosewood Dr, Killeen TX**

Description: $400,000 of Wall Entity Investor funds were transferred on 8/16/18 from Wall 12 (JPM 0510) to Carnegie Development and then to JMJ Development. From JMJ Development, $396,077.99 was wired to Monteith Title for JMJ Acquisitions to close on the Rosewood Dr., Killeen TX property. A special warranty deed was executed on 11/19/19 transferring ownership from JMJ Acquisitions to D4KL LLC.

| Bank Account Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct | Transfer From Entity | Transfer From Acct | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| JMJ Development | JPM 5193 | $132,735.04 | 8/16/2018 | $ 400,000.00 | | | Carnegie Development | JPM 7036 | Wall Entity Investor Funds from Wall012 (JPM 0510) | Investor funds were used toward the purchase of a property that was transferred to D4KL LLC. |
| JMJ Development | JPM 5193 | | 8/16/2018 | $ (396,077.99) | Monteith Abstract and Title Co. (Wire Ref: "18-0598 Rosewood") | | | | | |

**7  Entity: DJD Land Partners LLC**                      **Property: 11417 CR 501 Venus, TX**

Description: $1,609,000 of Wall 7 property sale proceeds were transferred on 6/26/18 from Wall007 (CO 4536) to Carnegie Development then to Wall 11. From Wall 11, $1,608,059.97 was wired to Silver Star Title LLC on 6/26/18 and credited to DJD Land Partners for DJD to purchase Wall 11's property.

| Entity Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct No. | Transfer From Entity | Transfer From Acct No. | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| Carnegie Development | CO 1331 | $ 67,804.07 | 6/26/2018 | $ 1,500,000.00 | | | Wall007 | CO 4536 | Wall 7 Partial Property Sale Proceeds | Proceeds from the sale of a Wall Entity property were used to purchase a property in the name of DJD Land Partners. |
| Carnegie Development | CO 1331 | | 6/26/2018 | $ 109,000.00 | | | Wall007 | CO 4536 | Wall 7 Partial Property Sale Proceeds | |
| Carnegie Development | CO 1331 | | 6/26/2018 | $ (1,500,000.00) | Wall011 | CO 1846 | | | | |
| Carnegie Development | CO 1331 | | 6/26/2018 | $ (109,000.00) | Wall011 | CO 1846 | | | | |
| Wall011 | CO 1846 | $ - | 6/26/2018 | $ 1,500,000.00 | | | Carnegie Development | CO 1331 | | |
| Wall011 | CO 1846 | | 6/26/2018 | $ 109,000.00 | | | Carnegie Development | CO 1331 | | |
| Wall011 | CO 1846 | | 6/26/2018 | $ (1,500,000.00) | Silver Star Title LLC | | | | | |
| Wall011 | CO 1846 | | 6/26/2018 | $ (108,059.97) | Silver Star Title LLC | | | | | |

**8  Entity: Enoch Investments LLC**                      **Property: Unknown**

Description: $250,000 of Wall Entity Investor funds were transferred on 11/14/2017 from Wall 10 (CO 3851) to Carnegie Development to JMJ Development to Enoch Investments and then to Chicago Title of Texas LLC.

| Bank Account Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct | Transfer From Entity | Transfer From Acct | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| JMJ Development | CO 1662 | $372,694.48 | 11/14/2017 | $ 250,000.00 | | | Carnegie Development | CO 1331 | Wall Entity Investor Funds From Wall010 LLC (CO 3851). Note: Beg Balance includes $356,645.87 from Manlyn Land Partners (Wall Entity Investor funds) that was transferred in and out of JMJ Development on 11/13/17 and 11/16/17 respectively. | Enoch Investments received investor funds and used them toward the purchase of a property. |
| JMJ Development | CO 1662 | | 11/14/2017 | $ (250,000.00) | Enoch Investments | CO 6285 | | | | |
| Enoch Investments | CO 6285 | $ 370.16 | 11/14/2017 | $ 250,000.00 | | | JMJ Development | CO 1662 | | |
| Enoch Investments | CO 6285 | | 11/14/2017 | $ (250,000.00) | Chicago Title of Texas LLC | N/A | | | | |

**9  Entity: FHC Acquisition LLC**                **Property: The Gate Frisco TX**

Description: $100,000 of Wall Entity Investor funds from Wall016 (JPM 1761) were transferred on 10/26/18 to Carnegie Development and then to JMJ Development. From JMJ Development, the investor funds were commingled with funds from JMJAV and $100,000 was wired to Chicago Title of Texas LLC as escrow toward FHC Acquisition's purchase of The Gate property in Frisco TX.

| Entity Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct No. | Transfer From Entity | Transfer From Acct No. | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| JMJ Development | JPM 5193 | $20,964.61 | 10/26/2018 | $ 100,000.00 | | | Carnegie Development | JPM 7036 | Wall Entity Investor Funds from Wall016 (JPM 1761) | Commingled investor funds were used toward the purchase of a property by FHC Acquisition. |
| JMJ Development | JPM 5193 | | 10/26/2018 | $ (100,000.00) | Chicago Title of Texas LLC (Wire Ref: "Escrow No 4712010652") | | | | Commingled Funds: Wall Entity Investor funds and funds transferred to JMJ Development from JMJAV | |

**10  Entity: Goldmark Hospitality LLC**                **Property: Amerigold Suites**

Description: $750,000 of Wall Entity Investor funds were transferred on 9/28/18 from Wall 16 (JPM 1761) to Carnegie Development and then on the same day $525,000 was transferred from Carnegie Development to JMJ Development. Of the $525,000, $300,000 was paid from JMJ Development to Aero Space Reports Inc. toward the purchase of an airplane and $200,000 was transferred to Goldmark Hospitality LLC.

| Bank Account Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct | Transfer From Entity | Transfer From Acct | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| JMJ Development | JPM 5193 | $191,198.87 | 9/28/2018 | $ 325,000.00 | | | Carnegie Development | JPM 7036 | Wall Entity Investor Funds from Wall016 (JPM 1761) | Investor funds were used toward the purchase of an airplane. |
| JMJ Development | JPM 5193 | | 9/28/2018 | $ 200,000.00 | | | Carnegie Development | JPM 7036 | Wall Entity Investor Funds from Wall016 (JPM 1761) | |
| JMJ Development | JPM 5193 | | 9/28/2018 | $ (300,000.00) | Aero Space Reports Inc. | | | | | |
| JMJ Development | JPM 5193 | | 9/28/2018 | $ (200,000.00) | Goldmark Hospitality | JPM 6928 | | | | Goldmark Hospitality received investor funds. |
| Goldmark Hospitality | JPM 6928 | $24,950.98 | 9/28/2018 | $ 200,000.00 | | | JMJ Development | JPM 5193 | | |
| Goldmark Hospitality | JPM 6928 | | 10/3/2018 | $ (200,000.00) | Universal Solar System (Check #10201) | | | | | |

**11  Entity: HR Sterling LLC**                **Property: None**

Description: There were numerous transfers to HR Sterling LLC (usually for payroll) from JMJ Development and Carnegie Development using Wall Entity investor funds or loan proceeds from a loan secured by a property purchased with Wall Entity investor funds. Below is an example of funds transferred to HR Sterling LLC.

| Entity Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct No. | Transfer From Entity | Transfer From Acct No. | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| JMJ Development | JPM 5193 | | 9/27/2019 | $ (90,000.00) | HR Sterling LLC | | 2999TC JMJ CMGR LLC | JPM 1126 | Moss & Associates (DJD) Loan Proceeds | HR Sterling received investor funds or proceeds from loans secured by properties purchased with investor funds. |
| JMJ Development | JPM 5193 | | 9/30/2019 | $ (50,000.00) | HR Sterling LLC | | 2999TC JMJ CMGR LLC | JPM 1126 | Moss & Associates (DJD) Loan Proceeds | |
| JMJ Development | JPM 5193 | | 10/2/2019 | $ (50,000.00) | HR Sterling LLC | | 2999TC JMJ CMGR LLC | JPM 1126 | Moss & Associates (DJD) Loan Proceeds | |

**12  Entity: JMJ Acquisitions LLC**                **Property: Mustang Creek Subdivision, Waxahachie, TX**

Description: $425,000 of Wall Entity Investor funds were transferred on 6/21/17 from Wall 9 (CO 6246) to Carnegie Development then to JMJ Development and then to JMJAV where the Wall Entity Investor funds where commingled with other funds and wired to Stewart Title Co. for JMJ Acquisitions to purchase single family homes in the Mustang Creek Subdivision in Waxahachie, TX.

| Bank Account Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct | Transfer From Entity | Transfer From Acct | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| JMJ Development | CO 1622 | $33,421.24 | 6/21/2017 | $ 425,000.00 | | | Carnegie Development | CO 1331 | Wall Entity Investor Funds from Wall009 (CO 6246) | Commingled investor funds were used toward the purchase of a property in the name of JMJ Acquisitions. |
| JMJ Development | CO 1622 | | 6/21/2017 | $ (425,000.00) | JMJAV | CO 5459 | | | | |
| JMJAV | CO 5459 | $600,189.00 | 6/21/2017 | $ 425,000.00 | | | JMJ Development | CO 1622 | | |
| JMJAV | CO 5459 | | 6/21/2017 | $ (1,024,590.81) | Stewart Title Co. (Wire Ref: JMJ Acquisitions, LLC; 01128-49935) | | | | Commingled Funds: Wall Entity Investor Funds, Other Funds | |

**13  Entity: JMJ Residential LLC**                **Property: Windmill Farms**

Description: $955,000 of Wall Entity Investor funds were transferred on 2/11/19 ($300,000) and 2/12/19 ($655,000) from Wall 17 (JPM 2529) to Carnegie Development and then to JMJ Development. From JMJ Development, $50,000 was wired to Sendera Title on 2/13/19 for earnest money toward the purchase of a Windmill Farms tract (email documentation shows this wire was for File No. 1900321-VVJA Windmill Farms). On 12/21/21, $49,900 was wired to JMJ Residential from Silver Star Title with a wire memo stating "Termination of Windmill Farms Tract from Sendera Title" for File No. 1900321-VVJA.

| Bank Account Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct | Transfer From Entity | Transfer From Acct | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| JMJ Development | JPM 5193 | $178,565.08 | 2/11/2019 | $ 300,000.00 | | | Carnegie Development | JPM 7036 | Wall Entity Investor Funds from Wall017 (JPM 2529) | |
| JMJ Development | JPM 5193 | | 2/12/2019 | $ 655,000.00 | | | Carnegie Development | JPM 7036 | Wall Entity Investor Funds from Wall017 (JPM 2529) | |
| JMJ Development | JPM 5193 | | 2/13/2019 | $ (50,000.00) | Sendera Title (Wire Ref: "Earnest Money") | | | | | |
| JMJ Residential | JPM 8721 | | 12/21/2021 | $ 49,900.00 | | | Silver Star Title LLC ("Termination of Windmill Farms Tract from Sendera Title" "1900321-VVJA") | | | JMJ Residential received investor funds. |

**14  Entity: JMJAV LLC**     **Property: Camillo Lakes**

Description: $800,000 of Wall Entity Investor funds were transferred on 3/29/2018 from Wall 11 (CO 1846) to Carnegie Development then to JMJ Development then to JMJAV then to a different JMJAV account and then wired to LCH Title Company for JMJAV LLC to purchase lots in Camillo Lakes.

| Bank Account Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct | Transfer From Entity | Transfer From Acct | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| JMJ Development | CO 1622 | $ 65,737.05 | 3/29/2018 | $ 800,000.00 | | | Carnegie Development | CO 1331 | Wall Entity Investor Funds from Wall011 (CO 1846) | |
| JMJ Development | CO 1622 | | 3/29/2018 | $ (800,000.00) | JMJAV | CO 5459 | | | | |
| JMJAV | CO 5459 | $193,094.10 | 3/29/2018 | $ 800,000.00 | | | JMJ Development | CO 1622 | | Investor funds were used toward the purchase of a property in the name of JMJAV. |
| JMJAV | CO 5459 | | 3/29/2018 | $ (800,000.00) | JMJAV | CO 1811 | | | | |
| JMJAV | CO 1811 | $ 49,291.60 | 3/29/2018 | $ 800,000.00 | | | JMJAV | CO 5459 | | |
| JMJAV | CO 1811 | | 3/29/2018 | $ (145,756.55) | LCH Title Company | | | | | |
| JMJAV | CO 1811 | | 3/29/2018 | $ (719,045.77) | LCH Title Company | | | | | |

**15  Entity: JMR 100 LLC**     **Property: 99.963 acres White Settlement Rd. Aledo, TX**

Description: $955,000 of Wall Entity Investor funds were transferred on 2/11/19 ($300,000) and 2/12/19 ($655,000) from Wall 17 (JPM 2529) to Carnegie Development and then to JMJ Development. From JMJ Development, $650,937.94 was wired to Reunion Title for JMR 100, LLC to pay closing costs associated with its purchase of 99.963 acres White Settlement Rd. in Aledo, TX. In addition, $259,000 of Wall investor funds was wired from JMJ Development in February 2019 to JMR 100, LLC's account at Texas Republic Bank and used to purchase a one year business CD.

| Bank Account Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct | Transfer From Entity | Transfer From Acct | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| JMJ Development | JPM 5193 | $178,565.08 | 2/11/2019 | $ 300,000.00 | | | Carnegie Development | JPM 7036 | Wall Entity Investor Funds from Wall017 (JPM 2529). Note: Beg balance includes other transfers of Wall Entity investor funds from Wall017 to Carnegie Development to JMJ Development. | Investor funds were used toward the purchase of a property in the name of JMR 100. |
| JMJ Development | JPM 5193 | | 2/12/2019 | $ 655,000.00 | | | Carnegie Development | JPM 7036 | Wall Entity Investor Funds from Wall017 (JPM 2529) | |
| JMJ Development | JPM 5193 | | 2/12/2019 | $ (650,937.94) | Reunion Title (Wire Ref: "99.963 Acres White Settlement Rd Aledo, TX") | | | | | |
| JMJ Development | JPM 5193 | | 2/12/2019 | $ (259,000.00) | JMR 100, LLC | TRB 1309 | | | | JMR 100 received investor funds. |

**16  Entity: LaJolla Construction Management LLC**     **Property: Unknown**

Description: Wall 9 obtained a $1,700,000 loan with Liberty Bankers Life Insurance in December 2017 and draws from that loan were periodically wired to Wall 9's bank accounts. Part of those proceeds were then sent to LaJolla Construction Management LLC.

| Bank Account Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct | Transfer From Entity | Transfer From Acct | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| Wall009 | CO 6246 | | 3/12/2018 | $ 163,423.77 | | | Liberty Bankers Life Insurance | | Liberty Bankers Life Insurance (Wall 9) Loan Proceeds | |
| Wall009 | CO 6246 | | 3/14/2018 | $ (66,812.32) | LaJolla Construction Management | CO 9489 | | | Liberty Bankers Life Insurance (Wall 9) Loan Proceeds | LaJolla Construction received proceeds from a Wall Entity loan. |
| Wall009 | CO 6246 | | 5/9/2018 | $ 311,987.81 | | | Liberty Bankers Life Insurance | | Liberty Bankers Life Insurance (Wall 9) Loan Proceeds | |
| Wall009 | CO 6246 | | 5/9/2018 | $ (209,442.53) | LaJolla Construction Management | JPM 1391 | | | Liberty Bankers Life Insurance (Wall 9) Loan Proceeds | LaJolla Construction received proceeds from a Wall Entity loan. |
| Wall009 | CO 6246 | | 6/7/2018 | $ 362,261.19 | | | Liberty Bankers Life Insurance | | Liberty Bankers Life Insurance (Wall 9) Loan Proceeds | |
| Wall009 | CO 6246 | | 6/15/2018 | $ (362,261.19) | Wall009 | JPM 0075 | | | Liberty Bankers Life Insurance (Wall 9) Loan Proceeds | |
| Wall009 | JPM 0075 | | 6/15/2018 | $ 362,261.19 | | | Wall009 | CO 6246 | Liberty Bankers Life Insurance (Wall 9) Loan Proceeds | |
| Wall009 | JPM 0075 | | 6/18/2018 | $ (328,633.94) | LaJolla Construction Management | JPM 1391 | | | Liberty Bankers Life Insurance (Wall 9) Loan Proceeds | LaJolla Construction received proceeds from a Wall Entity loan. |
| Wall009 | CO 6246 | | 8/23/2018 | $ 286,117.67 | | | Liberty Bankers Life Insurance | | Liberty Bankers Life Insurance (Wall 9) Loan Proceeds | |
| Wall009 | CO 6246 | | 8/27/2018 | $ (233,862.26) | LaJolla Construction Management | JPM 1391 | | | Liberty Bankers Life Insurance (Wall 9) Loan Proceeds | LaJolla Construction received proceeds from a Wall Entity loan. |

**17  Entity: LDG001 LLC**     **Property: 940 CR 110 Venus TX (Griffin)**

Description: $1,880,000 of Wall Entity Investor funds were transferred on 8/29/18 from Wall012 ($1,660,000) and Wall016 ($220,000) to Carnegie Development. From there, $1,878,179.37 of those investor funds were wired on 8/30/18 to LDG001 LLC. LDG001 LLC then wired $1,878,579.27 on 8/31/18 to First American Title to purchase Wall 18's property.

| Entity Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct No. | Transfer From Entity | Transfer From Acct No. | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| Carnegie Development | JPM 7036 | $ 119.88 | 8/29/2018 | $ 1,660,000.00 | | | Wall012 | JPM 0510 | Wall Entity Investor Funds from Wall012 (JPM 0510) | |
| Carnegie Development | JPM 7036 | | 8/29/2018 | $ 220,000.00 | | | Wall016 | JPM 1761 | Wall Entity Investor Funds from Wall016 (JPM 1761) | Investor funds were used to purchase a property in the name of LDG001. |
| Carnegie Development | JPM 7036 | | 8/30/2018 | $ (1,878,179.37) | LDG001 LLC | CO 0734 | | | | |
| LDG001 | CO 0734 | $ 250.00 | 8/30/2018 | $ 1,878,179.37 | | | Carnegie Development | JPM 7036 | | |
| LDG001 | CO 0734 | | 8/31/2018 | $ (1,878,579.27) | First American Title | | | | | |

**Supp. App008**

**18  Entity: LYNCO Ventures LLC**             **Property: 1209 CR 501 and 11209 CR 501 Venus, TX**

Description: As detailed in my First Declaration, Wall Entity investor funds were sent to Silver Star Title LLC both in both May 2017 (through a series of transfers from the Seagoville Farms transaction) and in July 2017 to purchase Wall 9's property from LYNCO Ventures LLC. LYNCO Ventures LLC used part of these funds to actually purchase Wall 9's property from a third party and then sell it to Wall 9 at an inflated price. Johnson County property records show that LYNCO Ventures LLC aquired this Wall 9 property again on 8/17/22.

| Entity Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct No. | Transfer From Entity | Transfer From Acct No. | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| Carnegie Development | CO 1331 | $ 250.00 | 5/3/2017 | $ 1,400,000.00 | | | JMJ Development | CO 1622 | Primarily Wall 7 investor funds - $1,478,360.03 from ASCO Land LLC (Seagoville Farms proceeds which included Wall 7 investor funds that were transferred to Seagoville Farms for that purchase) to JMJ Development on 5/3/2017. | LYNCO Ventures received investor funds in connection with the purchase of a property by Wall 9 at an inflated price. |
| Carnegie Development | CO 1331 | | 5/3/2017 | $ (1,050,000.00) | Wall009 | CO 6246 | | | | |
| Carnegie Development | CO 1331 | | 5/3/2017 | $ (50,000.00) | Wall009 | CO 6246 | | | | |
| Wall009 | CO 6246 | | 5/3/2017 | $ 1,050,000.00 | | | Carnegie Development | CO 1331 | | |
| Wall009 | CO 6246 | | 5/3/2017 | $ 50,000.00 | | | Carnegie Development | CO 1331 | | |
| Wall009 | CO 6246 | | 5/3/2017 | $ (1,100,000.00) | Silver Star Title LLC | | | | | |
| Carnegie Development | CO 1331 | | 7/10/2017 | $ 200,000.00 | | | Wall007 | CO 5436 | Wall Entity Investor Funds from Wall007 (CO 5436 | |
| Carnegie Development | CO 1331 | | 7/10/2017 | $ (200,000.00) | Wall009 | CO 6246 | | | | |
| Wall009 | CO 6246 | | 7/10/2017 | $ 200,000.00 | | | Carnegie Development | CO 1331 | | |
| Wall009 | CO 6246 | | 7/10/2017 | $ (1,800,470.53) | Silver Star Title LLC | | | | | |

**19  Entity: Mansions Apartment Homes at Marine Creek LLC, D4MC LLC**   **Property: Marine Creek Apartments, Fort Worth, TX**

Description: Wall 7 obtained a $1,854,000 loan from Gino Sabatini in May 2018 and the loan proceeds were wired into Wall 7's account. From these loan proceeds, funds totaling $1,036,763.69 were wired in June 2018 to Chicago Title of Texas to use in the purchase of Marine Creek Apartments by Mansions Apartment Homes at Marine Creek LLC. In connection with this purchase, Mansions Apartment Homes at Marine Creek LLC took out a $5,400,000 loan with Happy State Bank. An additional $160,000 was wired from Wall 7 to Mansions Apartment Homes at Marine Creek LLC's bank account at Happy State Bank for a required 6-month interest reserve for the Marine Creek loan. There is also a signed sales agreement between Mansions Apartment Homes at Marine Creek LLC and D4MC LLC for D4MC LLC to take ownership of the Marine Creek property.

| Bank Account Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct | Transfer From Entity | Transfer From Acct | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| Wall007 | CO 1714 | $ 90.00 | 5/17/2018 | $ 1,782,806.65 | | | Fidelity National Title | | Gino Sabatini (Wall 7) Loan Proceeds | |
| Wall007 | CO 1714 | | 6/6/2018 | $ (1,026,763.69) | Chicago Title of Texas LLC (GF# 8000371700346) | | | | Gino Sabatini (Wall 7) Loan Proceeds | Loan proceeds from a Wall Entity loan were used to purchase a property in the name of Mansions Apartment Homes at Marine Creek. |
| Wall007 | CO 1714 | | 6/7/2018 | $ (10,000.00) | Chicago Title of Texas LLC (GF# 8000371700346) | | | | Gino Sabatini (Wall 7) Loan Proceeds | |
| Wall007 | CO 1714 | | 6/19/2018 | $ (160,000.00) | Mansions Apartment Homes at Marine Creek C/O JMJ Holdings LLC | HSB 1234 | | | Gino Sabatini (Wall 7) Loan Proceeds | Loan proceeds from a Wall Entity loan were transferred to a Mansions Apartment Homes at Marine Creek account. |

**20  Entity: MO 2999TC LLC, 2999TC JMJ CMGR LLC**        **Property: 2999 Turtle Creek**

Description: DJD Land Partners obtained a loan with Moss & Associates LLC in August 2019 for $4,000,000 (this loan was secured at least in part by Wall 11's property). From the loan proceeds, $1,325,000 was wired from Silver Star Title LLC on 9/19/2019 to Benchmark Title LLC for MO 2999TC LLC to purchase the 2999 Turtle Creek property, and $2,602,437.28 was wired on 9/19/2019 to 2999TC JMJ CMGR LLC's bank account. In addition, in January 2020, Wall 9, Carnegie Development, and DJD Land Partners took out a $2,000,000 loan with Liberty Bankers Life Insurance. From this loan, $1,371,992.96 was wired on 1/23/20 to JMJ Development and then from JMJ Development, $1,343,333.33 was wired that same day to Madison Realty Capital (MRFS IV LLC) to replenish the required interest reserves on the 2999 Turtle Creek loan.

| Bank Account Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct | Transfer From Entity | Transfer From Acct | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| Title Company to Title Company | | | 9/19/2019 | $ 1,325,000.00 | Benchmark Title LLC | | Silver Star Title LLC | | Moss & Associates (DJD) Loan Proceeds | Loan proceeds from a loan secured, at least in part, by a property purchased with investor funds were used to purchase a property in the name of MO 2999TC. |
| 2999TC JMJ CMGR LLC | JPM 1126 | | 9/19/2019 | $ 2,602,437.28 | | | Silver Star Title LLC | | Moss & Associates (DJD) Loan Proceeds | Loan proceeds from a loan secured, at least in part, by a property purchased with investor funds were sent to 2999TC JMJ CMGR's account. |
| JMJ Development | JPM 5193 | $ 1,644.61 | 1/23/2020 | $ 1,371,992.96 | | | Silver Star Title LLC | | Liberty Bankers Life Insurance (Wall 9, Carnegie, DJD) Loan Proceeds | Loan proceeds from a loan secured, at least in part, by a property purchased with investor funds were used to pay interest reserves on the loan for MO 2999TC. |
| JMJ Development | JPM 5193 | | 1/23/2020 | $ (1,343,333.33) | MRFS IV LLC (Madison Realty Capital) | | | | | |

**Supp. App009**

**21 Entity: Orchard Farms Village LLC** — **Property: Tract of land in Shelby County School Land Survey, Fort Worth, TX**

| Description | Summary |
|---|---|
| Description: Effective December 11, 2020, Barton caused Wall 7 to transfer ownership of Wall 7's property to Orchard Farms Village LLC (a Barton entity). Special Warranty Deed filed 1/8/2021. | Transferred ownership of a Wall Entity property to Orchard Farms Village. |

**22 Entity: Seagoville Farms LLC** — **Property: 89 Acres Herman Heider Survey Seagoville, TX**

Description: $1,300,000 of Wall Entity Investor funds were transferred from Wall007 to Carnegie Development and then to Seagoville Farms where the investor funds were commingled with non-Wall Entity Investor funds and $1,400,000 was wired to Silver Star Title LLC to purchase Seagoville Farm's property from ASCO Land LLC.

| Entity Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct No. | Transfer From Entity | Transfer From Acct No. | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| Carnegie Development | CO 1331 | | 5/1/2017 | $ (1,300,000.00) | Seagoville Farms LLC | CO 7841 | Wall007 | CO 5436 | Wall Entity Investor Funds from Wall007 (CO 5436) | Investor funds were used toward the purchase of a property in the name of Seagoville Farms. |
| Seagoville Farms LLC | CO 7841 | $103,535.77 | 5/1/2017 | $ 1,300,000.00 | | | Carnegie Development | CO 1331 | | |
| Seagoville Farms LLC | CO 7841 | | 5/3/2017 | $ (1,400,000.00) | Silver Star Title LLC | | | | | |

**23 Entity: Villita Towers LLC** — **Property: Villita Towers San Antonio, TX**

Description: From 2017 to 2019, Wall Entity Investor funds were repeatedly transferred to Carnegie Development and JMJ Development and then to Villita Towers. In addition, in July 2019, LDG001 LLC obtained a $1,400,000 loan from Southern Star Capital LLC secured at least in part by Wall 18's property. From this loan, $1,186,680.95 was wired to JMJ Development (JPM 1622) and then spent in various ways including transferring money to Villita Towers. In September 2019, JMJ Development also received $356,806.80 from the 2999 Turtle Creek closing and these funds were commingled with Moss & Associates (DJD) loan proceeds that were transferred from 2999TC JMJ CMGR LLC to JMJ Development and then to Villita Towers.

| Bank Account Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct | Transfer From Entity | Transfer From Acct | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| JMJ Development | CO 1622 | | 3/14/2017 | $ (91,000.00) | Villita Towers | CO 8090 | Wall007 | CO 5436 | Wall Entity Investor Funds from Wall007 (CO 5436) | Investor funds, loan proceeds from a Wall Entity loan or a loan secured at least in part by a property purchased with investor funds, or proceeds from the sale of a property purchased in part with investor funds were sent to Villita Towers. |
| JMJ Development | CO 1622 | | 5/1/2017 | $ (275,000.00) | Villita Towers | CO 8090 | Wall007 | CO 5436 | Wall Entity Investor Funds from Wall007 (CO 5436) | |
| JMJ Development | CO 1622 | | 5/1/2017 | $ (11,000.00) | Villita Towers | CO 8090 | Wall007 | CO 5436 | Wall Entity Investor Funds from Wall007 (CO 5436) | |
| JMJ Development | CO 1622 | | 11/30/2017 | $ (150,000.00) | Villita Towers | CO 8090 | Carnegie Development | CO 1331 | Wall Entity Investor Funds from Wall010 (CO 3851) | |
| JMJ Development | CO 1622 | | 5/24/2018 | $ (100,000.00) | Villita Towers | CO 8090 | Wall007 | CO 1714 | Gino Sabatini (Wall 7) Loan Proceeds | |
| JMJ Development | JPM 5193 | | 2/1/2019 | $ (225,000.00) | Villita Towers | JPM 8167 | Carnegie Development | JPM 7036 | Wall Entity Investor Funds from Wall017 (JPM 2529) | |
| JMJ Development | JPM 5193 | | 2/19/2019 | $ (25,000.00) | Villita Towers | JPM 8167 | Carnegie Development | JPM 7036 | Wall Entity Investor Funds from Wall017 (JPM 2529) | |
| JMJ Development | JPM 5193 | | 5/20/2019 | $ (25,000.00) | Villita Towers | JPM 8167 | Carnegie Development | JPM 7036 | Wall Entity Investor Funds from Wall019 (JPM 6359) | |
| JMJ Development | JPM 5193 | | 7/31/2019 | $ (25,000.00) | Villita Towers | JPM 8167 | JMJ Development | JPM 1622 | Southern Star Capital (LDG001) Loan Proceeds | |
| JMJ Development | JPM 5193 | | 9/20/2019 | $ (225,000.00) | Villita Towers | JPM 8167 | 2999TC JMJ CMGR LLC | JPM 1126 | Commingled Funds: 2999 Turtle Creek closing and Moss & Associates (DJD) Loan Proceeds | |
| JMJ Development | JPM 5193 | | 9/24/2019 | $ (175,000.00) | Villita Towers | JPM 8167 | 2999TC JMJ CMGR LLC | JPM 1126 | Moss & Associates (DJD) Loan Proceeds | |

**24 Entity: 126 Villita LLC** — **Property: 126 Villita St San Antonio, TX**

Description: In August 2017, JMJ Acquisitions signed a contract to purchase 126 Villita St from CLTR Properties. This contract was extended multiple times and then assigned by JMJ Acquisitions to 126 Villlita LLC to purchase the property in September 2019. In connection with this purchase, 126 Villita LLC obtained a $1,900,000 loan from Tuna Capital, L.P. 126 Villita LLC, through Villita Towers and JMJ Development, contributed at least $773,026.07 toward the costs associated with this purchase, the majority of which came from Wall Entity Investor funds or loan proceeds secured, at least in part, by Wall properties or properties purchased with Wall Entity investor funds.

| Bank Account Name | Bank Acct No. | Beg Balance | Date | Amount | Transfer to Entity | Transfer To Acct | Transfer From Entity | Transfer From Acct | Source of Funds | Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| Villita Towers | CO 8090 | | 11/30/2017 | $ (150,000.00) | Presidio Title LLC | | | | Detailed under Villita Towers | Investor funds, loan proceeds from a Wall Entity loan or a loan secured at least in part by a property purchased with investor funds, or proceeds from the sale of a property purchased in part with investor funds were used toward the purchase of a property in the name of 126 Villita. |
| JMJ Development | JPM 5193 | | 8/20/2018 | $ (100,000.00) | Presidio Title LLC | | Carnegie Development | JPM 7036 | Wall Entity Investor Funds from Wall012 (JPM 0510) | |
| Villita Towers | JPM 8167 | | 2/19/2019 | $ (25,000.00) | Presidio Title LLC | | | | Detailed under Villita Towers | |
| Villita Towers | JPM 8167 | | 4/19/2019 | $ (25,000.00) | Presidio Title LLC | | | | Other Funds | |
| Villita Towers | JPM 8167 | | 5/20/2019 | $ (25,000.00) | Presidio Title LLC | | | | Detailed under Villita Towers | |
| Villita Towers | JPM 8167 | | 6/21/2019 | $ (25,000.00) | Presidio Title LLC | | | | Other Funds | |
| Villita Towers | JPM 8167 | | 8/1/2019 | $ (25,000.00) | Presidio Title LLC | | | | Detailed under Villita Towers | |
| Villita Towers | JPM 8167 | | 9/20/2019 | $ (223,026.07) | Presidio Title LLC | | | | Detailed under Villita Towers | |
| Villita Towers | JPM 8167 | | 9/24/2019 | $ (175,000.00) | Presidio Title LLC | | | | Detailed under Villita Towers | |

**25 Entity: WRL2019 LLC** — **Property: 7427 Coronado Dallas TX**

| Description | Summary |
|---|---|
| Description: On May 3, 2019, BM318 LLC took out a $1,650,000 loan from Southern Star Capital secured by the Bear Creek Ranch property (118.34 acres Aledo, TX) that was originally purchased by BM318 in part with Wall Entity Investor funds in November 2018. From this Southern Star Capital loan, Reunion Title wired $667,003 to Community National Title with a wire description of "Sent on behalf of WRL2019 LLC Prop: 7427 Coronado Dallas TX GF# 19010386ARL". | Loan proceeds from a loan secured by a property purchased in part with investor funds were used toward the purchase of a property in the name of WRL2019. |