## PROPOSED RECEIVERSHIP ENTITIES

1. 126 Villita, LLC
2. 2999TC Acquisitions LLC
3. 2999TC Acquisitions MZ, LLC fka MO 2999TC MZ, LLC
4. 2999TC JMJ CMGR, LLC (Delaware)
5. AVG West, LLC
6. BEE2019, LLC
7. BM318, LLC
8. Broadview Holdings Trust
9. Broadview Holdings, LLC (Texas)
10. Carnegie Development, LLC
11. D4AVEG, LLC
12. D4DS LLC
13. D4FR LLC
14. D4IN, LLC (Texas)
15. D4KL, LLC
16. D4MC, LLC (Texas)
17. D4OP, LLC
18. D4OPM, LLC (Texas)
19. Dallas Real Estate Investors, LLC
20. Dallas Real Estate Lenders, LLC (Delaware)
21. DJD Land Partners, LLC
22. Enoch Investments, LLC
23. FHC Acquisition, LLC
24. Five Star MM, LLC (Delaware)
25. Five Star MM, LLC (Texas)
26. Five Star TC, LLC (Delaware)
27. Gillespie Villas, LLC
28. Goldmark Hospitality, LLC
29. HR Sterling, LLC
30. JMJ Acquisitions, LLC
31. JMJ Development LLC (f/k/a JMJ Development, Inc.)
32. JMJ Hospitality, LLC
33. JMJ Residential, LLC
34. JMJ VC Management, LLC
35. JMJAV, LLC
36. JMJD4, LLC
37. JMJD4, LLC (Delaware)
38. JMR100, LLC
39. Lajolla Construction Management, LLC
40. LC Aledo TX, LLC
41. LDG001, LLC
42. Lynco Ventures, LLC
43. Mansions Apartment Homes at Marine Creek, LLC
44. Marine Creek SP, LLC
45. MF Container, LLC (Delaware)


EXHIBIT B

**Supp. App011**

46. Middlebury Trust
47. MO 2999TC, LLC
48. MXBA, LLC
49. Northstar PM, LLC (Texas)
50. ONE MF Residential, LLC
51. One MFD4, LLC
52. One Pass Investments, LLC (Delaware)
53. One RL Trust
54. ONE SF Residential, LLC
55. Orchard Farms Village, LLC
56. Ridgeview Addition, LLC (Texas)
57. Seagoville Farms, LLC
58. SF Rock Creek, LLC
59. TC Hall, LLC
60. The MXBA Trust
61. The Timothy L. Barton Irrevocable Life Insurance
62. Titan Investments, LLC a/k/a Titan 2022 Investments, LLC
63. TLB 2012 IRR Trust
64. TLB 2018 Trust
65. TLB 2019 Trust
66. TLB 2020 Trust
67. TRTX Properties, LLC
68. TRWF LODGE, LLC
69. TRWF, LLC
70. Venus59, LLC
71. Villita Development, LLC
72. Villita Towers, LLC
73. WALL007, LLC
74. WALL009, LLC
75. WALL010, LLC
76. WALL011, LLC
77. WALL012, LLC
78. WALL016, LLC
79. WALL017, LLC
80. WALL018, LLC
81. WALL019, LLC
82. WRL2019, LLC (Texas)