**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** § § § | |
| *Plaintiffs*, § § | |
| **v.** § § | **C.A. No: 3:22-cv-2118-X** |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, et al,** § § § § | **JURY TRIAL DEMANDED** |
| *Defendants*. § | |

**ORDER GRANTING**
**MOTION OF MCCORMICK 101, LLC FOR ORDER (1) LIFTING STAY AND (2) FOR EXCEPTION FROM THE COURT'S ORDER APPOINTING RECEIVER OF MCCORMICK 101, LLC [DOC. 29], OR, (3) IN THE ALTERNATIVE, MOTION FOR ADEQUATE PROTECTION**

On this day, the Court considered McCormick 101, LLC's ("McCormick") Motion for Order (1) Lifting Stay and (2) For Exception from the Court's Order Appointing Receiver of McCormick 101, LLC [Doc. 29], or, (3) In the Alternative, Motion for Adequate Protection ("Motion") [Doc. __]. Having considered the Motion and supporting documentation, the pleadings on file, and the controlling authority, the Court is of the opinion that the Court's Order Granting Motion to Intervene and Stay Proceedings (the "Stay Order") [Doc. 64] should be lifted. The Court is also of the opinion that McCormick should be permitted to take any action, permitted under state and/or federal law and the governing loan documents including, without limitation, foreclosure of the property described in the Motion (the "Property"). As such, the Court finds that the Motion should be **GRANTED**.

**It is therefore ORDERED** that McCormick's Motion [Doc. __] is **GRANTED** and the Stay Order [Doc. 64] is hereby **LIFTED** to permit McCormick to take any action permitted under

**ORDER GRANTING MCCORMICK'S MOTION** **PAGE 1**

state and/or federal law and the governing loan documents including, without limitation, foreclosure of the Property.

**SIGNED** this _____ day of _____, 2023.

_____
**JUDGE PRESIDING**