UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff | § § § | |
| v. | § § | C.A. No.: 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (aka MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § | Jury Trial Demanded |
| Defendants | § § | |
| DJD LAND PARTNERS, LLC and LDG001, LLC, | § § § | |
| Relief Defendants | § § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

TO ALL PARTIES, PLEASE TAKE NOTICE that Serena Badgley (Badgley), individually and as a representative of minor B.B., by and through the undersigned counsel, files this Notice of Appearance and Request for Service in the above-captioned case, and respectfully requests that copies of all notices, pleadings, and papers given or filed in this proceeding be given and served upon the undersigned:

> Ryan E. Chapple
> State Bar No. 24036354
> Email: rchapple@cstrial.com
> **CAIN & SKARNULIS PLLC**
> 303 Colorado Street, Suite 2850
> Austin, Texas 78701
> 512-477-5000
> 512-477-5011—Facsimile

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE—PAGE 1

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, and reports, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service is not intended as consent or waiver of any right to trial by jury in any proceeding; any right to contest jurisdiction or appropriate venue; and any other rights, claims, actions, or defenses in law, in equity, or otherwise that may be available under applicable law, which Badgley expressly reserves.

Respectfully submitted this 28th day of September 2023

*/s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
Email: rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile
**ATTORNEYS FOR BADGLEY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service has been served on counsel for the parties and all parties receiving or entitled to notice through CM/ECF on this 28th day of September 2023.

*/s/ Ryan E. Chapple*
Ryan E. Chapple
