UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff | § § | |
| v. | § § | C.A. No.: 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (aka MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § | Jury Trial Demanded |
| Defendants | § § | |
| DJD LAND PARTNERS, LLC and LDG001, LLC, | § § § | |
| Relief Defendants | § | |

# EXHIBIT D



**JUDGE MELISSA J. BELLAN**
COUNTY COURT AT LAW NO. 2
GEORGE L. ALLEN SR. COURTS BUILDING
600 COMMERCE STREET, 5TH FLOOR
DALLAS, TEXAS 75202
214-653-7365

FEBRUARY 22, 2022

KURT B. ARNOLD
ARNOLD & ITKIN LLP
6009 MEMORIAL DR
HOUSTON TX 77098

---

NOTICE OF TRIAL SETTING

---

| | |
|---|---|
| Cause No.: | CC-21-02991-B |
| Style of case: | SERENA BADGLEY, AS NEXT FRIEND OF A MINOR vs. GOLDMARK HOSPITALITY, LLC |
| Jury Trial Date: | February 14, 2023 @ 9:00 AM |

Trial announcements of "Ready" or "Not Ready" must be made in accordance with LOCAL RULE 3.02. A copy of the DALLAS COUNTY LOCAL RULES can be obtained from the Clerk's office or on the web at www.dallascourts.com/rules/localrules.pdf. The parties are instructed to contact Court Administrator Michael Fitzgerald with their announcements.

Pursuant to LOCAL RULE 3.02, when no announcement is made for plaintiff, the case may be dismissed for want of prosecution. If no announcement is made by the defendant, the court will presume that defendant is "Ready" for trial.. **WARNING**: Failure to appear for trial may result in the case being dismissed or a default judgment being entered. The parties are further instructed to cross-serve this notice on all adverse parties in compliance with TEX. RULE OF CIV. PROC. 21a. **Please see the Court's website at County Court @ Law No. 2 for current trial docket information.**

Sincerely,

Judge Presiding

.

**Dallas County no longer maintains paper files, if you file a pleading within 24 hours of a trial or hearing please provide a courtesy copy to the court at the trial/hearing. Thank you.**