## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| *Plaintiffs*, | § § | **C.A. No: 3:22-cv-2118-X** |
| v. | § § | |
| | § | **JURY TRIAL DEMANDED** |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, et al, | § § § | |
| | § | |
| *Defendants*. | | |

**APPENDIX IN SUPPORT OF MOTION OF MCCORMICK 101, LLC FOR (1) CLARIFICATION OF THE SCOPE OF ORDER APPOINTING RECEIVER [DOC. 29] OR, (2) IN THE ALTERNATIVE, MOTION FOR ORDER LIFTING STAY AND BRIEF IN SUPPORT**

| EXHIBIT | DESCRIPTION | APP. NO. |
|---|---|---|
| Exhibit A | Loan Agreement | App. 001 - 032 |
| Exhibit B | Deed of Trust | App. 033 – 063 |
| Exhibit C | Guaranty Agreement | App. 064 - 073 |

Dated: September 28, 2023
Dallas, Texas

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By:    */s/ Russell W. Mills*
Russell W. Mills
Texas Bar No. 0078469
rmills@bellnunnally.com
Gwen I Walraven
Texas Bar No. 24047065
gwalraven@bellnunnally.com
Lewis F. Collins III
Texas Bar No. 24132383
lcollins@bellnunnally.com
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
214-740-1400 Telephone
214-740-1499 Facsimile

**ATTORNEYS FOR
MCCORMICK 101, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Appendix in Support of Motion of McCormick 101, LLC for (1) Clarification of the Scope Appointing Receiver [Doc. 29] Or, (2) In the Alternative, Motion for Order Lifting Stay and Brief in Support was served on all parties on this 28th day of September 2023, v*ia CM/ECF*.

*/s/ Russell W. Mills*
Russell W. Mills

**APPENDIX IN SUPPORT OF MOTION OF MCCORMICK 101, LLC FOR
(1) CLARIFICATION OF THE SCOPE OF ORDER APPOINTING RECEIVER
[DOC. 29] OR, (2) IN THE ALTERNATIVE, MOTION FOR ORDER LIFTING STAY
AND BRIEF IN SUPPORT**                                        **PAGE 2**