**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** § § § | |
| *Plaintiffs*, § § | **C.A. No: 3:22-cv-2118-X** |
| **v.** § § | **JURY TRIAL DEMANDED** |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, et al,** § § § | |
| *Defendants*. | |

**ORDER GRANTING
MOTION OF MCCORMICK 101, LLC FOR (1) CLARIFICATION OF THE SCOPE
OF ORDER APPOINTING RECEIVER [DOC. 29] OR, (2) IN THE ALTERNATIVE,
MOTION FOR ORDER LIFTING STAY AND BRIEF IN SUPPORT**

On this day, the Court considered McCormick 101, LLC's ("McCormick") Motion for (1) Clarification of the Scope of Order Appointing Receiver [Doc. 29] and (2) In the Alternative, Motion for Order Lifting Stay ("Motion") [Doc. 321]. Having considered the Motion and supporting documentation, the pleadings on file, and the controlling authority, the Court is of the opinion that the Stay of Litigation contained in the Court's Order Appointing Receiver [Doc. 29] does not preclude, prohibit, or otherwise limit McCormick from pursuing its claims against Timothy Barton, individually. As such, the Court finds that the Motion should be **GRANTED**.

**It is therefore ORDERED** that McCormick's Motion [Doc. 321] is **GRANTED** and the Court hereby confirms that the Stay of Litigation contained in the Court's Order Approving Receiver [Doc. 29] does not preclude, prohibit, or otherwise limit McCormick from pursuing its claims against Timothy Barton, individually.

**ORDER GRANTING MCCORMICK'S MOTION**                                                                 **PAGE 1**

**SIGNED** this _____ day of _____, 2023.

_____
**JUDGE PRESIDING**

7612357_1.docx