**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | |
| TIMOTHY BARTON, | C.A. No.: 3:22-cv-2118-X |
| CARNEGIE DEVELOPMENT, LLC, | |
| WALL007, LLC, | |
| WALL009, LLC, | |
| WALL010, LLC, | |
| WALL011, LLC, | |
| WALL012, LLC, | |
| WALL016, LLC, | |
| WALL017, LLC, | |
| WALL018, LLC, | |
| WALL019, LLC, | |
| HAOQIANG FU (A/K/A MICHAEL FU), | |
| STEPHEN T. WALL, | |
| Defendants, | |
| DJD LAND PARTNERS, LLC, and | |
| LDG001, LLC, | |
| Relief Defendants. | |

**ORDER DENYING MOTION OF MCCORMICK 101, LLC FOR ORDER (1) LIFTING STAY AND (2) FOR EXCEPTION FROM THE COURT'S ORDER APPOINTING RECEIVER OF MCCORMICK 101, LLC, OR, (3) IN THE ALTERNATIVE, <u>MOTION FOR ADEQUATE PROTECTION</u>**

This matter comes before the court on Motion of McCormick 101, LLC for Order (1)

Lifting Stay and (2) for Exception from the Court's Order Appointing Receiver of McCormick

1

101, LLC, or, (3) in the Alternative, Motion for Adequate Protection ("Motion"). After considering the Motion and all responses thereto, the Court has determined that the Motion should be denied. IT IS HEREBY ORDERED that the Motion is DENIED.

SIGNED this _____ day of _____, 2023.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE