**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

               Plaintiff,

v.

TIMOTHY BARTON,                                        C.A. No.: 3:22-cv-2118-X
CARNEGIE DEVELOPMENT, LLC,
WALL007, LLC,
WALL009, LLC,                                          Jury Trial Demanded
WALL010, LLC,
WALL011, LLC,
WALL012, LLC,
WALL016, LLC,
WALL017, LLC,
WALL018, LLC,
WALL019, LLC,
HAOQIANG FU (A/K/A MICHAEL FU),
STEPHEN T. WALL,

               Defendants,

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

               Relief Defendants.

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE
TO MOTION OF MCCORMICK 101, LLC FOR (1) CLARIFICATION OF THE SCOPE
OF ORDER APPOINTING RECEIVER OR, (2) IN THE ALTERNATIVE,
<u>MOTION FOR ORDER LIFTING STAY</u>**

The Securities and Exchange Commission ("SEC") submits this response to the motion of McCormick 101, LLC ("McCormick") for (1) clarification of the scope of the order appointing receiver or, (2) in the alternative, motion for order lifting stay, and respectfully shows the court as follows:

1.     On October 18, 2022, the Court entered an Order Appointing Receiver in this case. ("Receivership Order"). (Dkt. 29)

2.     The Receivership Order includes a stay of all civil legal proceedings involving the Receivership Property and Receivership Entities (as those terms are defined therein). Receivership Order at ¶¶ 34-36.

3.     McCormick is a secured lender that purchased its note with knowledge of the Receivership Order.

4.     McCormick is also the beneficiary of a personal guarantee from Defendant Timothy Barton ("Barton") relating to the note. McCormick seeks to enforce that personal guarantee.

5.     Barton has not been placed in receivership, and the Receivership Order does not include his personal assets, which are not Receivership Property.

6.     The SEC does not contend that the Receivership Order would preclude McCormick from filing an action to the extent it seeks to pursue a claim against Barton individually to recover against his personal assets, if any. The SEC believes the Receivership Order is clear on this point.

For these reasons, the SEC respectfully requests that the Court deny McCormick's Motion as moot.

Dated: September 29, 2023

Respectfully submitted,

/s/ Keefe M. Bernstein
Keefe M. Bernstein
Texas Bar No. 24006839
James E. Etri
Texas Bar No. 24002061
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2607 (KMB phone)
(817) 978-4927 (facsimile)
bernsteink@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

## <u>CERTIFICATE OF SERVICE</u>

I affirm that on September 29, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.


*/s/ Keefe M. Bernstein*
Keefe M. Bernstein