**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

                                    Plaintiff,

v.

TIMOTHY BARTON,                                    C.A. No.: 3:22-cv-2118-X
CARNEGIE DEVELOPMENT, LLC,
WALL007, LLC,
WALL009, LLC,
WALL010, LLC,
WALL011, LLC,
WALL012, LLC,
WALL016, LLC,
WALL017, LLC,
WALL018, LLC,
WALL019, LLC,
HAOQIANG FU (A/K/A MICHAEL FU),
STEPHEN T. WALL,

                                    Defendants,

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

                                    Relief Defendants.

**ORDER DENYING MOTION OF MCCORMICK 101, LLC FOR (1) CLARIFICATION
OF THE SCOPE OF ORDER APPOINTING RECEIVER OR,
(2) IN THE ALTERNATIVE, MOTION FOR ORDER LIFTING STAY**

This matter comes before the court on Motion of McCormick 101, LLC for (1)

clarification of the scope of the order appointing receiver or, (2) in the alternative, motion for

1

order lifting stay ("Motion").  After considering the Motion and all responses thereto, the Court

has determined that the Motion should be denied as moot.  IT IS HEREBY ORDERED that the

Motion is DENIED.

SIGNED this _____ day of _____, 2023.


_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE