**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | **CASE NO. 3:22-cv-2118-X** |
| **TIMOTHY BARTON, ET AL.,** | § § § | |
| Defendants. | § § | |

**ORDER GRANTING SOUTHERN PROPERTIES CAPITAL, LTD.'S MOTION FOR INTERVENTION, REQUEST TO PRESENT A WITNESS AT HEARING ON SEC'S MOTION, AND, IN THE ALTERNATIVE, REQUEST TO FILE AMICUS BRIEF**

Before the Court is Southern Properties Capital, Ltd.'s ("SPC") Motion for Intervention, Request to Present a Witness at Hearing on SEC's Motion, and, in the Alternative, Request to File Amicus Brief ("Motion"). After consideration of the Motion, the response and other pleadings on file, this Court hereby **GRANTS** the Motion; it is further

**ORDERED** that SPC is entitled to intervene; it is further

**ORDERED** that SPC may present a witness for examination for 30 minutes during the hearing on the SEC's Motion for Evidentiary Hearing on October 11, 2023.

**IT IS SO ORDERED.**

Signed this _____ day of October, 2023

_____

**BRANTLEY STARR**
UNITED STATES DISTRICT JUDGE