IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § | |
| CARNEGIE DEVELOPMENT, LLC | § | **Jury Trial Demanded** |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § | |

**UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT**

Defendant Timothy Lynch Barton ("Defendant") respectfully submits this Unopposed Motion for Extension of Page Limit with respect to Defendant Barton's Opposition to Plaintiff Securities and Exchange Commission's Motion for Appointment of Receiver, for a Preliminary Injunction and Ancillary Relief, and to Lift Stay for Limited Purpose, and Brief in Support ("Opposition Brief"). Specifically, Defendant requests that the Court grant him leave to exceed, by ten pages, the twenty-five page limit for briefs outlined in this Court's Local Rule

7.2(c).Plaintiff Securities and Exchange Commission (the "Commission") is unopposed to this Motion.

There are extraordinary and compelling reasons that necessitate the additional pages of the Opposition Brief.  The Opposition Brief is responding in a combined filing to two submissions, by the Commission and the Receiver. The Opposition Brief addresses extremely complex legal and factual issues, including the seizure of 82 corporate entities.  Wherefore, the Defendant respectfully requests that this Court grant this Motion and extend the page limit for his consolidated response brief by 10 pages to 35 pages.

Dated: October 2, 2023

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*admitted to N.D. Tex.*)
medney@huntonak.com
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

COUNSEL FOR TIMOTHY LYNCH BARTON

## CERTIFICATE OF SERVICE

On October 2, 2023, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*
Michael J. Edney

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the United States Securities and Exchange Commission, who stated that the Commission does not oppose the relief requested herein.

*/s/ Michael J. Edney*
Michael J. Edney