## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § § | |
| CARNEGIE DEVELOPMENT, LLC | § | **Jury Trial Demanded** |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § | |

## ORDER GRANTING LEAVE OF PAGE LIMIT

Before the Court comes Defendant's Unopposed Motion for Extension of Page Limit ("Motion") with respect to Defendant Barton's Opposition to Plaintiff Securities and Exchange Commission's Motion for Appointment of Receiver, for a Preliminary Injunction and Ancillary Relief, and to Lift Stay for Limited Purpose, and Brief in Support ("Opposition Brief"). After consideration, the Motion is **GRANTED**.

It is therefore **ORDERED** that Defendant is **GRANTED** leave to exceed the twenty-five page limit by ten pages, so that his Opposition Brief may total thirty-five pages.

ORDER GRANTING LEAVE

**IT IS SO ORDERED** this _____ day of October, 2023.


                                        _____
                                        HON. BRANTLEY STARR
                                        UNITED STATES DISTRICT JUDGE

**ORDER GRANTING LEAVE**