# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **CASE NO. 3:22-cv-2118-X** |
| **TIMOTHY BARTON ET AL.,** | § § § | |
| *Defendants.* | § | |

## APPENDIX VOLUME V

## APP. 564-640

## APPENDIX TO SOUTHERN PROPERTIES CAPITAL, LTD.'S BRIEF IN SUPPORT OF RESPONSE TO SEC'S MOTION FOR APPOINTMENT OF A RECEIVER, FOR A PRELIMINARY INJUNCTION AND ANCILLARY RELIEF, AND TO LIFT STAY FOR LIMITED PURPOSE, AND BRIEF IN SUPPORT

| Ex. No. | Title | App. No. |
|---|---|---|
| Ex. A-51 | Opelika Letter of Credit Application | App. 564-580 |
| Ex. A-52 | SPC 2021 Consolidated IFRS FS (SPC Audited Consolidated Financial Statements as of Dec. 31, 2021) | App. 581-584 |
| Ex. A-53 | SPC 2022 Consolidated IFRS FS (SPC Audited Consolidated Financial Statements as of Dec. 31, 2022) | App. 585-587 |
| Ex. A-54 | Relevant Pages of TCI 10Ks | App. 588-596 |
| Ex. B | Declaration of Robert Canham, dated May 30, 2023 | App. 597-600 |
| Ex. C | Declaration of Doug Graham, dated May 30, 2023 | App. 601-604 |
| Ex. D | Declaration of Brad Kyles, dated May 30, 2023 | App. 605-609 |
| Ex. E | Declaration of Don Phillips, dated May 30, 2023 | App. 610-614 |
| Ex. E-1 | Windmill Farms Meeting Minutes | App. 615-619 |

| Ex. E-2 | Bellwether Ridge Meeting Minutes | App. 620-631 |
| Ex. E-3 | Ingleside Project Emails | App. 632-636 |
| Ex. E-4 | Opelika Project Emails | App. 637-640 |

**RESPECTFULLY SUBMITTED BY:**

/s/ *Brian K. Norman*
**C. GREGORY SHAMOUN**
State Bar No. 18089650
Email: g@snlegal.com
**BRIAN K. NORMAN**
State Bar No. 00797161
Email: bkn@snlegal.com
**J. BLAIR NORRIS**
State Bar No. 24014515
Email: bn@snlegal.com
**SHAMOUN & NORMAN, LLP**
1800 Valley View Lane, Suite 200
Farmers Branch, Texas 75234
Telephone (214) 987-1745
Facsimile: (214) 521-9033

**ATTORNEYS FOR SOUTHERN
PROPERTIES CAPITAL, LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 2, 2023, a true and correct copy of the foregoing document was served upon all counsel of record through the Court's CM/ECF system:

/s/ *J. Blair Norris*
**J. BLAIR NORRIS**

# EXHIBIT 51



ATTENTION: <u>Bank Leumi - LC Department</u>
(PLEASE TYPE OR PRINT)

**IRREVOCABLE STANDBY LETTER OF CREDIT APPLICATION AND SECURITY AGREEMENT**

GENTLEMEN:                    DATE <u>1/20/2021</u>              L/C NO. _____

PLEASE ISSUE AN IRREVOCABLE LETTER OF CREDIT AS SET FORTH BELOW AND FORWARD THE SAME TO
YOUR CORRESPONDENT OR THE BENEFICIARY (AT YOUR OPTION) BY:

[✔] AIRMAIL
    MESSENGER/COURIER
[ ] AIRMAIL WITH BRIEF TELEX/CABLE
    OR OTHER TELETRANSMISSION METHOD
[ ] FULL TELEX/CABLE OR OTHER
    TELETRANSMISSION METHOD

APPLICANT NAME: <u>Parc at Opelika on behalf of D4OP LLC</u>
ADDRESS: <u>1603 LBJ Frwy</u>
         <u>Suite 800</u>
         <u>Dallas, TX  75234</u>

BENEFICIARY NAME: <u>Greystone Funding Company LLC</u>
ADDRESS: <u>419 Belle Air Lane</u>
         <u>Warranton, VA  20186</u>

ADVISING BANK NAME: _____
ADDRESS: _____
_____ SWIFT CODE: _____

AMOUNT: $1,073,963

EXPIRY
DATE: 1/31/2024

AVAILABLE BY PRESENTATION OF THE FOLLOWING DOCUMENTS, EACH OF WHICH MUST BEAR YOUR L/C NO. (Check
one or more of the following. As appropriate, and completed as directed)

[✔] DRAFT(S) AT SIGHT TO BE DRAWN ON YOU (OR, AT YOUR OPTION, A CORRESPONDENT BANK SELECTED BY YOU),
    WHEN ACCOMPANIED BY THE FOLLOWING DOCUMENTS:

[ ] A WRITTEN STATEMENT PURPORTEDLY SIGNED BY THE BENEFICIARY, READING AS FOLLOWS:  (Please indicate
    below the exact wording to appear on the statement to be presented with the draft(s))

_____

_____

_____

[ ] OTHER DOCUMENTS:  (Please specify below, if any)

_____

_____

(Check one or more of the following, as applicable)

PARTIAL DRAWINGS        [✔] ALLOWED        [ ] NOT ALLOWED
[✔] TERMS AND CONDITIONS OF THE LETTER OF CREDIT TO BE IN THE FORM
    ATTACHED HERETO, WHICH FORMS AN INTEGRAL PART OF THIS
    L/C APPLICATION

[ ] ADDITIONAL CONDITIONS OR INSTRUCTIONS, IF ANY:

_____

_____

UNLESS OTHERWISE EXPRESSLY STATED HEREIN, THIS CREDIT AND ANY AMENDMENTS THERETO SHALL BE
SUBJECT TO: (PLEASE CHECK ONE OF THE BOXES BELOW):

[ ] THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS (2007 REVISION) PUBLICATION
    NO. 600 OF THE INTERNATIONAL CHAMBER OF COMMERCE (THE "UCP") OR SUCH OTHER VERSION OF
    THE "UCP" AS MAY BE IN EFFECT FROM TIME TO TIME, IN SO FAR AS THE SAME SHALL BE
    APPLICABLE.

[✔] INTERNATIONAL STANDBY PRACTICES (THE "ISP98") PUBLICATION NO. 590 OF THE INTERNATIONAL
    CHAMBER OF COMMERCE OR SUCH OTHER VERSION OF THE ISP98 AS MAY BE IN EFFECT FROM TIME TO
    TIME, IN SO FAR AS THE SAME SHALL BE APPLICABLE.

PLEASE DATE AND OFFICIALLY SIGN THE AGREEMENT ON THE REVERSE SIDE OF THIS APPLICATION IN
CONSIDERATION OF YOUR ISSUING THE REQUEST OF THE UNDERSIGNED YOUR IRREVOCABLE STANDY LETTER
OF CREDIT (HEREIN CALLED THE "CREDIT"), SUBSTANTIALLY IN ACCORDANCE WITH THE FOREGOING
APPLICATION, THE UNDERSIGNED AGREES AS FOLLOWS:

Irrevocable Standby Letter of Credit Application and Security Agreement

1.    As to drafts payable in United Sates currency drawn or purporting to be drawn under the Credit, the undersigned
agrees (a) in case of each sight draft, to pay to you at your office at 350 Madison Avenue, 3rd Floor, New York, New
York 10017 (hereinafter called the "Office") in United States currency the amount payable thereon immediately upon
receipt of notice of payment there of, with interest from the time of such payment at the rate of four (4%) percent above
the rate of interest designated by you, and in effect from time to time, as your "Reference Rate", adjusted
when  said Reference Rate changes, or at such other rate as is agreed upon in writing between us (but if such interest rate
shall not be lawful with respect to the undersigned, then such rate shall be the highest lawful rate permitted to be charged
by you on a loan to the undersigned), or, if so demanded by you, to so pay to you the amount of such draft in
advance at a time to be determined by you; and (b) in case of each time draft, to pay to you the amount thereof at
your Office, in United States currency not later than two (2) business days prior to its maturity, or, if the draft is

payable elsewhere, then to make such payment at your Office in sufficient time to reach the place of payment in the usual course of the regular mails, not later than two (2) business days prior to maturity. Interest payable hereunder shall be computed on the basis of the actual number of days in a 360-day year. The charging of interest on the basis of a 360-day year results in the payment of more interest than would be required if interest were charged on the basis of the actual number of days in the year. The undersigned acknowledges that the Reference Rate may not necessarily represent the lowest rate charged by you to customers. You are hereby authorized, but not required, to charge the undersigned's account(s) maintained with you for any or all amounts due to you hereunder. For purposes of this Agreement, the term "draft" shall mean any sight or time draft or other document or written statement required for a drawing under the Credit.

2. As to drafts payable in currency other than United States currency drawn or purporting to be drawn under the Credit, the undersigned agrees (a) in case of each sight draft, to pay to you immediately upon receipt of notice of payment thereof at your office in United States currency the equivalent of the amount payable on each draft at your then selling rate for cable transfers to the place where, and in the currency in which, such draft is payable, with interest at the legal rate or at such other rate as is agreed upon in writing from the time of such payment, or if so demanded by you to pay the same to you in advance at any other time to be determined by you, and (b) in case of each time draft to furnish you at said Office, sufficiently in advance to reach the place of payment in the usual course of the regular mails not later than two (2) business days prior to maturity, with first class banker's demand bills of exchange to be approved by you for the amount and in the currency of such draft and bearing the unqualified endorsement of the undersigned, or if you so request, to pay to you on demand at said office in United States currency the equivalent of the amount of such draft at your then selling rate for demand drafts on, or cable transfers to, the place where, and in the currency in which, such draft is payable. If at the time payment is to be made by the undersigned as aforesaid, there exists no rate of exchange generally current in New York City for cable transfers or demand drafts as hereinbefore provided, the undersigned agrees to pay to you on demand in United States currency the actual cost to you of settlement of your obligation to the payee of the draft or to any holder thereof as the case may be and however and whenever such settlement shall be made by you, including interest on the dollar amount payable by the undersigned from the date of payment of such draft to the date of the undersigned's payment to you. The undersigned shall pay you on demand in United States currency, such amounts as you may be required to expend in order to comply with all governmental exchange, currency control or other laws, orders and regulations of any country now or hereafter applicable to the purchase or sale of and/or dealings in, foreign currency.

3. The undersigned shall pay to you such fees as are set forth on the Addendum attached hereto.  The undersigned shall pay to you on demand from time to time any additional amounts necessary (in your sole determination) to indemnify you against any increase in your direct or indirect costs of issuing or maintaining, or any reduction in the net amount to be received by you with respect to, the Credit, whether due to the imposition or modification of any reserve, special deposit or similar requirement (including any assessment for insurance of deposits or of letters of credit), any requirement to pay, or withhold or deduct from any amount payable, any taxes, fees or similar charges, or for any other reason.

4. Except as expressly stated to the contrary herein, the undersigned agrees: (a) that partial payments may be made under the Credit and that you may honor the relative drafts without inquiry; (b) that notwithstanding the provisions of Article 45 of the UCP or any successor provision thereof, if the Credit provides for drawings available in installments within designated periods and there is a failure to draw under the Credit in any designated period, the Credit will not cease to be available for any subsequent installment, and subsequent installments made in their respective designated periods may be drawn against the Credit and drafts may be accepted and paid with respect to such installments; (c) that you may accept or pay, as complying with the terms of the Credit, any drafts or other documents otherwise in order which may be signed or issued by an administrator, executor, trustee in bankruptcy, debtor in possession, assignee for benefit of creditors, liquidator, receiver or other legal representative of the party who is authorized, under the Credit, to draw or issue any drafts or other documents without being required to inquire as to his authority or appointment; (d) that without limiting any other provisions of this agreement, you and any of your correspondents may accept documents of any character which comply with the provisions, definitions, interpretations and practices contained in "The Uniform Customs and Practice for Documentary Credits", The International Chamber of Commerce Publication as amended from time to time, or which comply with the laws or regulations in force in customs and usages of the place of negotiation; (e) that in the event of any extension of the maturity or time for negotiation or presentation of drafts, acceptances or documents or any other modification of the terms or provisions of the Credit at the request or with the consent of any of the undersigned with or without notification to the others or in the event of any increase in the amount of the Credit at the request of the undersigned, this Agreement shall be binding upon the undersigned with regard to (I) the Credit so increased or otherwise modified, (II) drafts, documents and property covered thereby, and (III) any action taken by you or any of your correspondents in accordance with such extension, increase or other modification; and (f) that you and/or any of your correspondents may accept or pay any draft dated on or before the expiration of any time limit expressed in the Credit, regardless of when drawn and when or whether negotiated, provided the other required documents are dated prior to the expiration date of the Credit.

5. The undersigned assumes all risks of the acts or omissions of the users of the Credit and all risks of misuse of the Credit. Neither you nor any of your correspondents, agents, representatives or designees shall be liable or responsible in any manner including, without limitation, for any damages, losses or other consequences resulting by reason of, and the undersigned's obligations to you shall not be affected by, (a) the form, validity, accuracy, sufficiency, genuineness or legal effect of any draft, claim, document or required statement, or any endorsement thereon, even if such draft, claim, document, statement or endorsement should in fact prove to be in any or all respects invalid, insufficient, inaccurate, fraudulent or forged (and notwithstanding that the undersigned shall have notified you thereof); (b) the validity or sufficiency of any instrument transferring or assigning or purporting to transfer or assign the Credit or the rights or benefits thereunder or the proceeds thereof, in whole or part, which may prove to be invalid or ineffective for any reason; (c) any loss or delay in the transmission or otherwise of any such draft, claim, document, statement or endorsement, or any proceeds thereof; (d) any act or omission of you or any of your correspondents or of your or their respective agents or employees, other than any such act or omission arising

2

from your or their gross negligence or willful misconduct; (e) any act or omission of the beneficiary of the Credit and the transferee of the Credit, if transferable; (f) the solvency or responsibility of any party issuing any documents in connection with the property; (g) delay in arrival or failure to arrive of either the property or any of the documents relating thereto; (h) delay in giving, or failure to give any notice; (i) any breach of contract between the undersigned and any other party; (j) failure of any draft to bear any reference or adequate reference to the Credit or failure of documents to accompany any draft at negotiation or failure of any person to note the amount of any draft on the reverse side of the Credit or to surrender or take up the Credit or to send forward documents apart from drafts as required by the terms of the Credit, each of which provisions, if contained in the Credit itself, it is agreed may be waived by you; (k) errors, omissions, interruptions or delays in transmission or delivery of any message by mail, cable, telegram, wireless, telex or otherwise, whether or not they be in cipher; (l) errors in translation or errors in interpretation of technical term; (m) any act, error, neglect or default, omission, insolvency or failure in business of any correspondent or for any consequences arising from causes beyond your control; or (n) any payment against presentation of any draft, claim, document, required statement or endorsement thereon that does not strictly comply with the terms of the Credit, provided that such draft, claim, document, required statement or endorsement substantially complies with the terms of the Credit. You shall have sole discretion to decide whether to pay against any draft, claim, document, required statement or endorsement thereon that does not strictly comply, but substantially complies, with the terms of the Credit, provided, however, that the beneficiary of the Credit may not require you to pay against such draft, claim, document, required statement or endorsement thereon that does not strictly comply with the terms of the Credit. In case of any variation between the undersigned's instructions and the requirements of the Credit or between any draft, claim, document, required statement or endorsement thereon accepted by you or your correspondents and the requirements of the Credit for which you are otherwise responsible hereunder, the undersigned shall conclusively be deemed to have waived any right to object to such variation unless, upon the undersigned's receipt of a copy of the Credit or of any such draft, claim, document, required statement or endorsement or notice of such variation, the undersigned immediately delivers to you a written notice of objection specifying each variation to which the undersigned objects and such notice is actually received by you and such receipts acknowledged by the signature of one of your officers. No legal proceeding or action shall be brought by the undersigned against you arising from any such variation unless (i) the undersigned shall have given you written notice of objection, as provided in the preceding sentence, and (ii) such legal proceeding or action shall be commenced in a court of competent jurisdiction sitting in the State and City of New York, within six months after the date when such copy of the Credit or draft, claim, document, required statement or endorsement thereon were delivered or mailed to the undersigned. In furtherance and extension (and not in limitation) of the specific provisions hereinbefore set forth, the undersigned agrees that any action taken or omitted by you or any of your correspondents under or in connection with the Credit or the relative drafts or documents if done in good faith, shall be binding on the undersigned and shall not put you or your correspondents under any resulting liability to the undersigned and the undersigned shall indemnify and hold you and your correspondents, agents and representatives harmless from any claim, loss or liability arising from or in connection with the Credit or the related drafts or documents.

6. In case the undersigned consents to any overdrafts under any Credit or authorizes payment or acceptance of drafts drawn thereunder with irregular documents attached thereto, or authorizes or consents to any departure from, or modification of the terms of this agreement or the Credit hereunder, this agreement shall be fully binding upon the undersigned in respect thereto and notwithstanding such overdrafts, irregularities or variances, this agreement and the documents shall be, subsist, and remain as though all matters had been done in strict compliance with this agreement and with the Credit. You and your correspondents shall not be liable for any failure by you or anyone else to pay or accept any draft or acceptance under this Credit or for any loss or damage resulting from any censorship, law, control or restriction rightfully or wrongfully exercised by any de facto or de jure domestic or foreign government or agency thereof, declared or undeclared war, or from any other cause, of whatsoever nature, beyond your control or the control of your correspondents, agents or representatives, and the undersigned agrees to indemnify and hold you harmless from any claim, loss, liability or expense arising by reason thereof.

7. The word "Obligations" as used in this agreement shall mean any and every indebtedness, obligation and liability of the undersigned to you and your claims of every nature and description against the undersigned, whether or not represented by negotiable instruments or other writings, whether arising under this agreement, the Credit or by reason of any other agreement or transaction, whether now existing or hereafter incurred, originally contracted with you and/or with another or others and now or hereafter owing to or acquired in any manner by you, whether contracted by the undersigned alone or jointly or severally with another or others, direct or indirect, absolute or contingent, secured or not secured, matured or not matured.

8. In order to secure the prompt and unconditional payment of the Obligations, the undersigned hereby grants you a security interest in any and all property of the undersigned in your actual or constructive possession or in transit to you or your correspondents, agents or representatives from or for the undersigned and the proceeds thereof, whether for safekeeping, custody, pledge, transmission, collection or otherwise or coming into your possession in any other manner for any other reason, and the undersigned agrees to pledge, transfer and deposit with you and grant to you a security interest in such other property as you shall reasonably request to secure payment of the Obligations and to make such payments as you request on account of the Obligations. You are also hereby given a continuing lien and/or right of set-off for the amount of the Obligations, upon or with respect to any and all deposits, general or special, and credits of the undersigned with, and any and all claims of the undersigned against you at any time existing, and you are hereby authorized at any time or times, without prior notice, to apply such deposits or credits, or any part thereof, to payment of the Obligations in such amounts as you may select, although contingent or unmatured, and whether the Collateral is deemed adequate or not. All of the foregoing, together with any property in which you may now or hereafter be granted a security interest, or which may be deposited with you or your agents by the undersigned to secure the Obligations, is herein collectively called "Collateral", and you are hereby authorized to deal therewith in the same manner as if you had sole title thereto. If the undersigned, as registered holder of Collateral, shall become entitled to receive or does receive any stock certificate, option or right, whether as an addition to, in substitution of, or in exchange for, such Collateral, or otherwise, the undersigned agrees to accept same as your agent and to hold same in trust for you, to forthwith deliver the same to you in the exact form received, with the undersigned's endorsement when necessary, to be held by you as Collateral

3

9.  You may, but shall not be obligated to, insure all or any part of the Collateral held by you hereunder against all risks of any kind and the premium thereon shall be paid to you by the undersigned within five days after the demand for the same and you shall have the right to debit the amount of such premium to any balances of the undersigned without notice. If the undersigned fails to pay the premium upon any policy of insurance pledged hereunder or upon any policy of insurance covering any property or Collateral within five days of the due date (without benefit of the grace period), you may, but shall not be obligated to, pay the same without notice to the undersigned and said premium shall be repaid to, or may be debited by you, as above provided. The undersigned agrees to reimburse you upon demand in the event you or any of your correspondents, agents or representatives pay for or incur any expense or liability in connection with the Credit or any draft accepted by you pursuant to this agreement or in relation to any of the matters set forth or referred to herein, including, but not limited to all correspondents' charges and expenses and charges for or incidental to the care, the safekeeping or otherwise of any of the Collateral pursuant to, or in connection with the Credit.

10. The undersigned will at any and all times at your request, sign financing statements, security agreements or other documents with respect to the Collateral as you may reasonably request. The right is expressly granted to you, at your discretion, to file one or more financing statements without the signature of the undersigned under the Uniform Commercial Code naming the undersigned as debtor and you as secured party and indicating therein the types or describing the items of Collateral herein referred to. The undersigned hereby agrees to pay on demand, and authorizes you to charge its account with the cost of any and all filing fees and costs which you deem necessary to incur to protect your interest in the Collateral.

11. The undersigned consents that, without the necessity for any reservation of rights against the undersigned and without notice to or further assent by the undersigned, the liability of any party for or upon Obligations or Collateral may from time to time, in whole or in part, be renewed, extended, modified, prematured, compromised, settled for cash, credit or otherwise and upon any terms or conditions you may deem advisable and that you may discharge or release any party from all such liabilities and that any collateral security for any of the Obligations may from time to time, in whole or in part, be exchanged, sold or surrendered by you all without in any way affecting or releasing the liability of the undersigned upon the Obligations. You shall not be liable for any failure to collect or demand payment of or protest or give any notice of non-payment of any of the Collateral or for any delay in so doing, nor shall you be under any obligation to take any action whatsoever with respect to the Collateral or any part thereof. You shall use reasonable care in the custody and preservation of Collateral in your possession but need not take any steps to preserve rights against prior parties or keep the Collateral identifiable. You shall be deemed to have exercised reasonable care in the custody and preservation of the Collateral in your possession if you take such action as the undersigned shall reasonably request in writing but in no event shall an omission to do any act which the undersigned fails to request in writing be deemed a failure to exercise such reasonable care and no omission to comply with any request of the undersigned shall be deemed a failure to exercise such reasonable care. Any right of set-off exercised by you shall be deemed to have been exercised immediately upon the occurrence of any event referred to in Paragraph 12 hereof, even though such set-off is made or entered on your books subsequent thereto. You shall have no obligation to comply with any recording re-recording, filing, re-filing or other legal requirement necessary to establish or maintain the validity, priority or enforceability of, or your rights in and to, Collateral, or any part thereof. You may exercise any right of the undersigned with respect to any Collateral. In any statutory or non-statutory proceeding, affecting the undersigned or Collateral, you or your nominee may, whether or not a default exists and regardless of the amount of Obligations, file a proof of claim for the full amount of any Collateral and vote such claim for the full amount thereof: (a) for or against any proposal or resolution; (b) for a Trustee or Trustees or for a Committee of Creditors; (c) for the acceptance or rejection of any proposed agreement, plan of reorganization, wage earners' plan, composition or extension, and you or your nominee may receive any payment or distribution and give acquittance therefor and may exchange or release Collateral. Any Collateral held by you hereunder, may without notice and whether or not a default exists, be registered and held in your or your nominee's name. You are hereby granted a power of attorney to endorse the undersigned's name on any and all notes, checks, drafts, bills of exchange, money orders or commercial paper included in the Collateral or representing the proceeds thereof.

12. All monies due or owing to you from the undersigned under this agreement or any other Obligations shall, at your option, become immediately due and payable, without notice or demand and notwithstanding any time or credit otherwise allowed or given to you under this or any other agreement or instrument and the undersigned and all guarantors shall be deemed in default hereunder upon the occurrence of any one of the following events with respect to any one of the undersigned or any guarantor or endorser of any Obligations of any of the undersigned to you: (a) failure to pay any sum upon the due date thereof; (b) if any statement, representation or warranty made in any application, financial statement or other agreement made with, or document delivered to you, shall be false or untrue in any material respect; (c) default in the performance of any condition or provision of this agreement or any other agreement with, or any Obligations to you; (d) death, and if a partnership, death of a partner, (e) insolvency, howsoever evidenced; (f) the making of a general assignment for the benefit of creditors; (g) the filing of any petition or the commencement of any proceedings by or against any of the undersigned or any guarantor of any Obligations, for any relief under any bankruptcy or insolvency laws or any laws relating to the relief of debtors, readjustment of indebtedness, reorganization, compositions or extensions; (h) the appointment of a temporary or permanent receiver or trustee or similar legal representative of, or the issuance or making of a writ or order of attachment, against any property or assets; (i) entry of a judgment; (j) the commencement of any proceeding for enforcement of a judgment under Article 52 of the New York Civil Practice Law and Rules or under provisions of any other law; (k) the adoption of any resolution for dissolution or liquidation or the taking of any action for the purpose of such dissolution or liquidation; (l) the suspension of usual business; (m) the failure to deposit any additional collateral security with you upon demand; (n) the failure to pay any premium on any insurance policy pledged, or any insurance policy covering any property pledged with you, or in which you are granted a security interest, within five days after such premium becomes due without benefit of any period of grace; (o) failure forthwith upon demand to furnish any financial information or to permit inspection of books, documents or records of account; (p) failure to pay any tax when due; (q) if at any time in your sole judgment the financial responsibility

4

of any of the undersigned, or of any guarantor of any Obligations of the undersigned shall become impaired or unsatisfactory to you.

13. Upon the happening of any of the events set forth in Paragraph 12, and at any time thereafter, you shall have, in addition to all other rights and remedies, the remedies of a secured party under the New York Uniform Commercial Code. The undersigned shall, upon your request, assemble the Collateral and make it available to you at a place to be designated by you which is reasonably convenient to you and the undersigned. You will give the undersigned notice of the time and place of any public sale of the Collateral or of the time after which any private sale or any other intended disposition thereof is to be made by sending notice, as provided below, at least five days before the time of the sale or disposition, which provisions for notice you and the undersigned agree are reasonable. No such notice need be given by you with respect to Collateral which is perishable or threatens to decline speedily in value or is of a type customarily sold on a recognized market. You may apply the net proceeds of any sale, lease or other disposition of Collateral after deducting all costs and expenses of every kind incurred therein or incidental to the retaking, holding, preparing for sale, selling, leasing or the like of said Collateral, or in any way relating to the rights of the undersigned thereunder, including attorney's fees hereinafter provided for and legal expenses, to the payment, in whole or in part, in such order as you may elect, of one or more of said Obligations, whether due or not due, absolute or contingent, and if contingent you may retain sufficient of such proceeds to cover the largest aggregate sum which may become due or owing thereunder to you with prospective interest, costs, expenses and counsel fees and you shall not be charged with any interest with respect thereto, and only after so applying such net proceeds and after the payment by you of any other amounts required by law need you account for the surplus, if any. The undersigned shall remain liable to you for the payment of any deficiency, with legal interest, and does hereby waive any and all rights of redemption with relation to the Collateral, to the extent permitted by law.

14. Any notice to you shall be deemed effective only if sent to and received at your office, division or department conducting the transaction or transactions hereunder. Any notice to or demand on and of the undersigned shall be binding on the undersigned and shall be deemed effective if not first otherwise made or given when forwarded by mail, telegraph, cable, radio, telephone or otherwise to the last address or telephone number of any of the undersigned appearing on your books with the same effect as if the same were actually delivered to and received by the undersigned in person. You shall not by any act, delay, omission or otherwise be deemed to have waived any of your rights or remedies hereunder and no waiver whatsoever shall be valid unless in writing, signed by one of your duly authorized officers, and then only to the extent therein set forth. A waiver by you of any right or remedy hereunder on any one occasion shall not be construed as a bar to any right or remedy which you would otherwise have on any future occasion. No term or provision of this agreement can be changed orally and no executory agreement shall be effective to change or modify or to discharge in whole or in part this agreement unless such executory agreement is in writing and signed by one of your duly authorized officers. All your rights and remedies hereunder shall be cumulative and may be exercised singly or concurrently, and your rights specified herein are in addition to those otherwise created. No delay on you part in exercising any power or right hereunder, shall operate as a waiver thereof, nor shall any single or partial exercise of any power or right hereunder preclude other or further exercise thereof or the exercise of any other power or right, nor shall you be liable for exercising or failing to exercise any such power or right. The undersigned hereby waives demand, presentment, protest, notice of protest and notice of dishonor of any and all drafts, notes, bills of exchange, checks and other instruments deposited or pledged as Collateral hereunder whether upon inception, maturity, acceleration of maturity or due date, or at any other time, and any and all other notices and demands whatsoever, whether or not relating to such instruments.

15. In the event that you or any of your correspondents, at the request of the undersigned, extend, renew or refinance any of the obligations of the undersigned to you, arising by means of (a) bankers' acceptances created by the acceptance of drafts drawn by the undersigned on you, arising under Paragraphs 1 and 2 hereof; (b) drafts drawn by the beneficiary of the Credit, accepted by you or any of your correspondents; (c) notes made by the undersigned; or (d) otherwise, or in the event that you further extend, renew or refinance, from time to time, any such bankers' acceptances, draft or note, then, and in consideration thereof, the undersigned agrees to pay to you the amount of each bankers acceptance or draft in the manner provided in Paragraphs 1 and 2 hereof for the payment of time drafts drawn under the Credit, or, if a note is involved, then in the manner provided in the note. The undersigned further agrees that with respect to any such extension, renewal or refinancing, all of the terms, conditions, agreements and obligations contained in this agreement shall apply thereto and that you shall have all the rights and remedies set forth in this agreement as well as those set forth in any other document signed by or on behalf of the undersigned. Should the beneficiary under the Credit, upon receipt of advice by cable or otherwise of the issuance of the Credit, but prior to its actual receipt, negotiate drafts by virtue of such advice, such negotiation shall be considered a proper one and shall be included under the terms and subject to all conditions hereof and in addition thereto the undersigned assumes all the risk of the misuse of the Credit

16. You may, but shall not be obligated to, contest, pay and/or discharge all liens, encumbrances, taxes or assessments on, or claims, actions or demands against, any of the Collateral deposited hereunder without notice to, or the consent of, the undersigned and you may, but shall not be obligated to, take all actions and proceedings in your own name or in the name of the undersigned or of any other appropriate person to remove or contest such liens, encumbrances, claims, actions, demands, taxes or assessments and all sums advanced or paid by you and all costs, attorneys' fees and expenses relating thereto shall be paid by, and chargeable to, the undersigned.

17. The word "property" as used in this agreement, includes goods, merchandise, instruments, documents, securities, funds, choses in action and any and all other forms of property, whether real, personal or mixed, and any right or interest therein and the proceeds thereof. Property in your possession shall include property in possession of any person holding same for you in any manner whatsoever.

18. If any of the undersigned is a partnership, the members thereof shall be individually bound and liable hereunder. If this agreement is signed by two or more parties, it shall be the joint and several agreement of such parties.

19. If the Credit issued by you will provide that it will be available by presentation, to you or to any of your correspondents, of the documents described in the application, unaccompanied by drafts, the undersigned agrees

5

that all reference herein to drafts, documents relative to drafts, and the presentation, acceptance for payment or payment of drafts shall refer to documents presented for payment without drafts, the presentation and acceptance thereof, and payment upon such presentation, and that the undersigned's obligation and your rights, privileges and remedies hereunder shall be the same as though payments had been made upon presentation of drafts drawn under the Credit accompanied by the said documents.

20. The undersigned will bear and pay all expenses of every kind for the enforcement of any of your rights herein mentioned or of any claim or demand by you against the undersigned and/or guarantors and/or any other person, firm or corporation and of any Collateral held by you, and the undersigned will pay to you upon demand any such expenses incurred by you. If an attorney is used to collect or enforce the Obligations or to enforce, declare or adjudicate any rights or obligations under this agreement, or with respect to the Obligations or Collateral, whether by suit, or any other means whatsoever, attorneys' fees incurred by you shall be payable by the undersigned. The undersigned in any litigation (whether or not arising out of or relating to this agreement or to any Obligations) in which you and any of the undersigned shall be adverse parties, waives trial by jury and the right to interpose any defense based on any statute of limitations or any claim of laches, set-off, or counterclaim of any nature or description. Notwithstanding anything to the contrary contained herein, the undersigned hereby indemnifies and holds you harmless from and against any and all claims, actions (including, without limitation, legal proceedings relating to any court order, injunction or other process or decree restraining or seeking to restrain you from paying any amount under the Credit or relating to any attachment or execution in connection with the Credit, any Obligations or Collateral), losses, judgments, amounts and expenses including, without limitation, attorneys' fees, and court costs, ( such claims, actions, losses, etc., hereinafter called collectively "Liabilities") suffered or incurred by you in connection with or arising out of this agreement, any Obligations or the Collateral and regardless of whether such Liabilities relate to claims or actions brought by the undersigned or any third party, including without limitation liabilities suffered or incurred by you in connection with (a) your exercise of any right or remedy granted to you hereunder, by law or otherwise, (b) any claim and the prosecution or defense thereof arising out of or in any way connected to this agreement, and any Obligations or the Collateral, (c) the collection or enforcement of the Obligations, and (d) any of the events or circumstances referred to in Paragraph 5 hereof. In the event of the undersigned or any guarantor of any of the Obligations acts in any way (including but not limited to seeking an injunction or temporary restraining order) to prevent or delay payment by you of a draft or claim, the undersigned: (i) agrees to provide to you on demand such additional collateral in such amount as you, in your sole discretion, shall deem necessary to secure the payment to you of the Obligations; (ii) agrees to bear and pay all expenses of every kind incurred by you, including attorneys' fees, in connection with such action to prevent or delay payment by you of a draft or claim; (iii) consents to your exclusive determination to pay or compromise any claim or obligation of any nature or description relating to the Credit, including without limitation all costs, attorneys' fees, fines, interest, damages or any other charge, expense or liability; and (iv) agrees to indemnify you and to reimburse you on demand for the amount of such payments or compromises together with interest thereon at the rate and on the terms set forth in Paragraph 1 hereof.

21. The term "you" as used throughout this agreement shall be deemed to include the Bank Leumi USA and all its branches or departments wherever located, and any individuals, partnerships or corporations acting as nominee, for, or in behalf of, the Bank Leumi USA and any subsidiary or entity controlled by the Bank Leumi USA and any other subsidiary or entity which is controlled directly or indirectly by any such subsidiary or entity. The term "undersigned", as used throughout this agreement shall include the individual or individuals, association, partnership, corporation, or other entity named herein as "undersigned", and (a) any successor individual or individuals, associations or partnership, corporation, or other entity to which all or substantially all of the business or assets of said undersigned shall have been transferred, (b) in case of a partnership, any new partnership which shall have been created by reason of the admission of any new partner or partners therein or the dissolution of the existing partnership by death, resignation or other withdrawal of any partner, and (c) in the case of a corporation, any other corporation into or with which said undersigned shall have been merged, consolidated, reorganized or absorbed.

22. This agreement is made in the City of New York and shall be construed in accordance with the laws of the State of New York without giving effect to the choice of law provisions thereof. In the event that you bring any action or suit in any court of record of New York State or the Federal Government to enforce any or all of the Liabilities of the undersigned or any of your rights hereunder, service of process may be made upon the undersigned by mailing a copy of the summons to the undersigned at the address set forth below, and the undersigned hereby irrevocably submits to the jurisdiction and venue of any New York State or Federal court located in New York City over any action, suit or proceeding arising out of any dispute between the undersigned and you.

23. If any term, condition or provisions of this agreement or of any other agreement or document executed and/or delivered to you is determined to be invalid or unenforceable, such determination shall not affect the validity or enforceability of any other term, condition or provisions of this agreement and all other agreements executed and/or delivered to you and they shall be carried out as if any such invalid or unenforceable term, condition or provision were not embodied herein or therein.

24. You may assign or transfer this agreement and all Collateral and in such event the assignee or transferee thereof shall have the same rights and remedies hereunder as if originally named herein in your place. Upon any such assignment or transfer, you may deliver the Collateral and property held as security or any part thereof to the assignee or transferee, who shall thereupon become vested with all your powers and rights in respect thereof and you shall thereafter be forever relieved and fully discharged from any liability or responsibility with respect to the property transferred, but you shall retain all powers and rights with respect to the property not so transferred. You shall, at all reasonable times and from time to time, be allowed, by or through any of your officers, agents, attorneys or accountants, to examine, inspect and make abstracts from the undersigned's books.

25. Except as otherwise provided herein, the Credit shall be subject to the Uniform Customs and Practice for Documentary Credits, International Chamber of Commerce Publication as amended from time to time.

26. The undersigned agrees that: (a) any assistance provided by you in the preparation of the terms of the credit was requested by the undersigned and was based solely upon information provided to you by the undersigned, (b) except for information furnished by the undersigned, you have no knowledge of the transaction for which the credit has been obtained, (c) the undersigned has read and understands all of the terms and provisions of the credit and this Letter of Credit Application, and (d) the terms of the credit are in accord with the undersigned's instructions and represent all the conditions that the undersigned has requested as a prerequisite for you to pay under the credit.

*Erik Johnson*

By Erik Johnson - CFO

Address 1603 LBJ Frwy

Suite 800

Dallas, TX  75234

On behalf of:
TRANSCONTINENTAL REALTY INVESTORS, INC.

On behalf of:
PARC AT OPELIKA, ON BEHALF OF D4OP LLC

On behalf of:
MID SOUTHERN, LLC

FORM 1221 (R6/11)

7

citrix | RightSignature

**REFERENCE NUMBER**
F012EFE1-DAFA-4C47-B38E-6BB4D59621B6

# SIGNATURE CERTIFICATE

| TRANSACTION DETAILS | DOCUMENT DETAILS |
|---|---|
| **Reference Number**<br>F012EFE1-DAFA-4C47-B38E-6BB4D59621B6 | **Document Name**<br>Irrevocable Standby Letter Of Credit Application (IOD) |
| **Transaction Type**<br>Signature Request | **Filename**<br>irrevocable_standby_letter_of_credit_application_iod_.pdf |
| **Sent At**<br>01/21/2021 13:43 EST | **Pages**<br>7 pages |
| **Executed At**<br>01/21/2021 14:23 EST | **Content Type**<br>application/pdf |
| **Identity Method**<br>email | **File Size**<br>261 KB |
| **Distribution Method**<br>email | **Original Checksum**<br>3f66a72b7f6ee1ae59d274f7eaa396fe11504c0a078c41c8e28910e33d2045b9 |
| **Signed Checksum**<br>2e79ae4d2690123a9e25ddc8281c825f024030f440bc11099a772b2cfe16924f | |
| **Signer Sequencing**<br>Disabled | |
| **Document Passcode**<br>Disabled | |

## SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Erik Johnson | **Status**<br>signed | **Viewed At**<br>01/21/2021 14:23 EST |
| **Email**<br>erik.johnson@pillarincome.com | **Multi-factor Digital Fingerprint Checksum**<br>75d38c7031bf41418a202fade2f1786c36026089437f4fe3a44634f4e2e9f45f | **Identity Authenticated At**<br>01/21/2021 14:23 EST |
| **Components**<br>1 | **IP Address**<br>67.200.141.109 | **Signed At**<br>01/21/2021 14:23 EST |
| | **Device**<br>Chrome via Windows | |
| | **Typed Signature**<br>*Erik Johnson* | |
| | **Signature Reference ID**<br>FD8AFE6B | |

## AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 01/21/2021 13:43 EST | Judson Stagner (judson.stagner@pillarincome.com) created document 'irrevocable_standby_letter_of_credit_application_iod_.pdf' on Chrome via Windows from 67.200.141.109. |
| 01/21/2021 13:43 EST | Erik Johnson (erik.johnson@pillarincome.com) was emailed a link to sign. |
| 01/21/2021 14:23 EST | Erik Johnson (erik.johnson@pillarincome.com) viewed the document on Chrome via Windows from 67.200.141.109. |
| 01/21/2021 14:23 EST | Erik Johnson (erik.johnson@pillarincome.com) authenticated via session on Chrome via Windows from 67.200.141.109. |
| 01/21/2021 14:23 EST | Erik Johnson (erik.johnson@pillarincome.com) signed the document on Chrome via Windows from 67.200.141.109. |



ATTENTION: <u>Bank Leumi - LC Department</u>
(PLEASE TYPE OR PRINT)

**IRREVOCABLE STANDBY LETTER OF CREDIT APPLICATION AND SECURITY AGREEMENT**

GENTLEMEN:                          DATE <u>1/21/2021</u>                L/C NO.<u>                    </u>
PLEASE ISSUE AN IRREVOCABLE LETTER OF CREDIT AS SET FORTH BELOW AND FORWARD THE SAME TO
YOUR CORRESPONDENT OR THE BENEFICIARY (AT YOUR OPTION) BY:

[✔] AIRMAIL                    [ ] AIRMAIL WITH BRIEF TELEX/CABLE          [ ] FULL TELEX/CABLE OR OTHER
    MESSENGER/COURIER              OR OTHER TELETRANSMISSION METHOD            TELETRANSMISSION METHOD

APPLICANT NAME: <u>Parc at Opelika on behalf of D4OP LLC</u>
ADDRESS: <u>1603 LBJ Frwy</u>
         <u>Suite 800</u>
         <u>Dallas, TX  75234</u>

BENEFICIARY NAME: <u>Greystone Funding Company LLC</u>
ADDRESS: <u>419 Belle Air Lane</u>
         <u>Warranton, VA  20186</u>

ADVISING BANK NAME: <u>                                        </u>          AMOUNT: $946,452
ADDRESS: <u>                                                     </u>
<u>                                                     </u>          EXPIRY
<u>                                        </u> SWIFT CODE: <u>            </u>   DATE: <u>1/31/2024</u>

AVAILABLE BY PRESENTATION OF THE FOLLOWING DOCUMENTS, EACH OF WHICH MUST BEAR YOUR L/C NO. (Check
one or more of the following. As appropriate, and completed as directed)

[✔] DRAFT(S) AT SIGHT TO BE DRAWN ON YOU (OR, AT YOUR OPTION, A CORRESPONDENT BANK SELECTED BY YOU),
    WHEN ACCOMPANIED BY THE FOLLOWING DOCUMENTS:

[ ] A WRITTEN STATEMENT PURPORTEDLY SIGNED BY THE BENEFICIARY, READING AS FOLLOWS:  (Please indicate
    below the exact wording to appear on the statement to be presented with the draft(s))

_____

_____

_____

[ ] OTHER DOCUMENTS:  (Please specify below, if any)

_____

_____

(Check one or more of the following, as applicable)

PARTIAL DRAWINGS        [✔] ALLOWED          [ ] NOT ALLOWED
[✔] TERMS AND CONDITIONS OF THE LETTER OF CREDIT TO BE IN THE FORM
    ATTACHED HERETO, WHICH FORMS AN INTEGRAL PART OF THIS
    L/C APPLICATION

[ ] ADDITIONAL CONDITIONS OR INSTRUCTIONS, IF ANY:

_____

_____

UNLESS OTHERWISE EXPRESSLY STATED HEREIN, THIS CREDIT AND ANY AMENDMENTS THERETO SHALL BE
SUBJECT TO: (PLEASE CHECK ONE OF THE BOXES BELOW):

[ ] THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS (2007 REVISION) PUBLICATION
    NO. 600 OF THE INTERNATIONAL CHAMBER OF COMMERCE (THE "UCP") OR SUCH OTHER VERSION OF
    THE "UCP" AS MAY BE IN EFFECT FROM TIME TO TIME, IN SO FAR AS THE SAME SHALL BE
    APPLICABLE.

[✔] INTERNATIONAL STANDBY PRACTICES (THE "ISP98") PUBLICATION NO. 590 OF THE INTERNATIONAL
    CHAMBER OF COMMERCE OR SUCH OTHER VERSION OF THE ISP98 AS MAY BE IN EFFECT FROM TIME TO
    TIME, IN SO FAR AS THE SAME SHALL BE APPLICABLE.

PLEASE DATE AND OFFICIALLY SIGN THE AGREEMENT ON THE REVERSE SIDE OF THIS APPLICATION IN
CONSIDERATION OF YOUR ISSUING THE REQUEST OF THE UNDERSIGNED YOUR IRREVOCABLE STANDY LETTER
OF CREDIT (HEREIN CALLED THE "CREDIT"), SUBSTANTIALLY IN ACCORDANCE WITH THE FOREGOING
APPLICATION, THE UNDERSIGNED AGREES AS FOLLOWS:

Irrevocable Standby Letter of Credit Application and Security Agreement

1.    As to drafts payable in United Sates currency drawn or purporting to be drawn under the Credit, the undersigned agrees (a) in case of each sight draft, to pay to you at your office at 350 Madison Avenue, 3rd Floor, New York, New York 10017 (hereinafter called the "Office") in United States currency the amount payable thereon immediately upon receipt of notice of payment there of, with interest from the time of such payment at the rate of four (4%) percent above the rate of interest designated by you, and in effect from time to time, as your "Reference Rate", adjusted when said Reference Rate changes, or at such other rate as is agreed upon in writing between us (but if such interest rate shall not be lawful with respect to the undersigned, then such rate shall be the highest lawful rate permitted to be charged by you on a loan to the undersigned), or, if so demanded by you, to so pay to you the amount of such draft in advance at a time to be determined by you; and (b) in case of each time draft, to pay to you the amount thereof at your Office, in United States currency not later than two (2) business days prior to its maturity, or, if the draft is

payable elsewhere, then to make such payment at your Office in sufficient time to reach the place of payment in the usual course of the regular mails, not later than two (2) business days prior to maturity. Interest payable hereunder shall be computed on the basis of the actual number of days in a 360-day year. The charging of interest on the basis of a 360-day year results in the payment of more interest than would be required if interest were charged on the basis of the actual number of days in the year. The undersigned acknowledges that the Reference Rate may not necessarily represent the lowest rate charged by you to customers. You are hereby authorized, but not required, to charge the undersigned's account(s) maintained with you for any or all amounts due to you hereunder. For purposes of this Agreement, the term "draft" shall mean any sight or time draft or other document or written statement required for a drawing under the Credit.

2. As to drafts payable in currency other than United States currency drawn or purporting to be drawn under the Credit, the undersigned agrees (a) in case of each sight draft, to pay to you immediately upon receipt of notice of payment thereof at your office in United States currency the equivalent of the amount payable on each draft at your then selling rate for cable transfers to the place where, and in the currency in which, such draft is payable, with interest at the legal rate or at such other rate as is agreed upon in writing from the time of such payment, or if so demanded by you to pay the same to you in advance at any other time to be determined by you, and (b) in case of each time draft to furnish you at said Office, sufficiently in advance to reach the place of payment in the usual course of the regular mails not later than two (2) business days prior to maturity, with first class banker's demand bills of exchange to be approved by you for the amount and in the currency of such draft and bearing the unqualified endorsement of the undersigned, or if you so request, to pay to you on demand at said office in United States currency the equivalent of the amount of such draft at your then selling rate for demand drafts on, or cable transfers to, the place where, and in the currency in which, such draft is payable. If at the time payment is to be made by the undersigned as aforesaid, there exists no rate of exchange generally current in New York City for cable transfers or demand drafts as hereinbefore provided, the undersigned agrees to pay to you on demand in United States currency the actual cost to you of settlement of your obligation to the payee of the draft or to any holder thereof as the case may be and however and whenever such settlement shall be made by you, including interest on the dollar amount payable by the undersigned from the date of payment of such draft to the date of the undersigned's payment to you. The undersigned shall pay you on demand in United States currency, such amounts as you may be required to expend in order to comply with all governmental exchange, currency control or other laws, orders and regulations of any country now or hereafter applicable to the purchase or sale of and/or dealings in, foreign currency.

3. The undersigned shall pay to you such fees as are set forth on the Addendum attached hereto. The undersigned shall pay to you on demand from time to time any additional amounts necessary (in your sole determination) to indemnify you against any increase in your direct or indirect costs of issuing or maintaining, or any reduction in the net amount to be received by you with respect to, the Credit, whether due to the imposition or modification of any reserve, special deposit or similar requirement (including any assessment for insurance of deposits or of letters of credit), any requirement to pay, or withhold or deduct from any amount payable, any taxes, fees or similar charges, or for any other reason.

4. Except as expressly stated to the contrary herein, the undersigned agrees: (a) that partial payments may be made under the Credit and that you may honor the relative drafts without inquiry; (b) that notwithstanding the provisions of Article 45 of the UCP or any successor provision thereof, if the Credit provides for drawings available in installments within designated periods and there is a failure to draw under the Credit in any designated period, the Credit will not cease to be available for any subsequent installment, and subsequent installments made in their respective designated periods may be drawn against the Credit and drafts may be accepted and paid with respect to such installments; (c) that you may accept or pay, as complying with the terms of the Credit, any drafts or other documents otherwise in order which may be signed or issued by an administrator, executor, trustee in bankruptcy, debtor in possession, assignee for benefit of creditors, liquidator, receiver or other legal representative of the party who is authorized, under the Credit, to draw or issue any drafts or other documents without being required to inquire as to his authority or appointment; (d) that without limiting any other provisions of this agreement, you and any of your correspondents may accept documents of any character which comply with the provisions, definitions, interpretations and practices contained in "The Uniform Customs and Practice for Documentary Credits", The International Chamber of Commerce Publication as amended from time to time, or which comply with the laws or regulations in force in customs and usages of the place of negotiation; (e) that in the event of any extension of the maturity or time for negotiation or presentation of drafts, acceptances or documents or any other modification of the terms or provisions of the Credit at the request or with the consent of any of the undersigned with or without notification to the others or in the event of any increase in the amount of the Credit at the request of the undersigned, this Agreement shall be binding upon the undersigned with regard to (I) the Credit so increased or otherwise modified, (II) drafts, documents and property covered thereby, and (III) any action taken by you or any of your correspondents in accordance with such extension, increase or other modification; and (f) that you and/or any of your correspondents may accept or pay any draft dated on or before the expiration of any time limit expressed in the Credit, regardless of when drawn and when or whether negotiated, provided the other required documents are dated prior to the expiration date of the Credit.

5. The undersigned assumes all risks of the acts or omissions of the users of the Credit and all risks of misuse of the Credit. Neither you nor any of your correspondents, agents, representatives or designees shall be liable or responsible in any manner including, without limitation, for any damages, losses or other consequences resulting by reason of, and the undersigned's obligations to you shall not be affected by, (a) the form, validity, accuracy, sufficiency, genuineness or legal effect of any draft, claim, document or required statement, or any endorsement thereon, even if such draft, claim, document, statement or endorsement should in fact prove to be in any or all respects invalid, insufficient, inaccurate, fraudulent or forged (and notwithstanding that the undersigned shall have notified you thereof); (b) the validity or sufficiency of any instrument transferring or assigning or purporting to transfer or assign the Credit or the rights or benefits thereunder or the proceeds thereof, in whole or part, which may prove to be invalid or ineffective for any reason; (c) any loss or delay in the transmission or otherwise of any such draft, claim, document, statement or endorsement, or any proceeds thereof; (d) any act or omission of you or any of your correspondents or of your or their respective agents or employees, other than any such act or omission arising

2

from your or their gross negligence or willful misconduct; (e) any act or omission of the beneficiary of the Credit and the transferee of the Credit, if transferable; (f) the solvency or responsibility of any party issuing any documents in connection with the property; (g) delay in arrival or failure to arrive of either the property or any of the documents relating thereto; (h) delay in giving, or failure to give any notice; (i) any breach of contract between the undersigned and any other party; (j) failure of any draft to bear any reference or adequate reference to the Credit or failure of documents to accompany any draft at negotiation or failure of any person to note the amount of any draft on the reverse side of the Credit or to surrender or take up the Credit or to send forward documents apart from drafts as required by the terms of the Credit, each of which provisions, if contained in the Credit itself, it is agreed may be waived by you; (k) errors, omissions, interruptions or delays in transmission or delivery of any message by mail, cable, telegram, wireless, telex or otherwise, whether or not they be in cipher; (l) errors in translation or errors in interpretation of technical term; (m) any act, error, neglect or default, omission, insolvency or failure in business of any correspondent or for any consequences arising from causes beyond your control; or (n) any payment against presentation of any draft, claim, document, required statement or endorsement thereon that does not strictly comply with the terms of the Credit, provided that such draft, claim, document, required statement or endorsement substantially complies with the terms of the Credit. You shall have sole discretion to decide whether to pay against any draft, claim, document, required statement or endorsement thereon that does not strictly comply, but substantially complies, with the terms of the Credit, provided, however, that the beneficiary of the Credit may not require you to pay against such draft, claim, document, required statement or endorsement thereon that does not strictly comply with the terms of the Credit. In case of any variation between the undersigned's instructions and the requirements of the Credit or between any draft, claim, document, required statement or endorsement thereon accepted by you or your correspondents and the requirements of the Credit for which you are otherwise responsible hereunder, the undersigned shall conclusively be deemed to have waived any right to object to such variation unless, upon the undersigned's receipt of a copy of the Credit or of any such draft, claim, document, required statement or endorsement or notice of such variation, the undersigned immediately delivers to you a written notice of objection specifying each variation to which the undersigned objects and such notice is actually received by you and such receipts acknowledged by the signature of one of your officers. No legal proceeding or action shall be brought by the undersigned against you arising from any such variation unless (i) the undersigned shall have given you written notice of objection, as provided in the preceding sentence, and (ii) such legal proceeding or action shall be commenced in a court of competent jurisdiction sitting in the State and City of New York, within six months after the date when such copy of the Credit or draft, claim, document, required statement or endorsement thereon were delivered or mailed to the undersigned. In furtherance and extension (and not in limitation) of the specific provisions hereinbefore set forth, the undersigned agrees that any action taken or omitted by you or any of your correspondents under or in connection with the Credit or the relative drafts or documents if done in good faith, shall be binding on the undersigned and shall not put you or your correspondents under any resulting liability to the undersigned and the undersigned shall indemnify and hold you and your correspondents, agents and representatives harmless from any claim, loss or liability arising from or in connection with the Credit or the related drafts or documents.

6.  In case the undersigned consents to any overdrafts under any Credit or authorizes payment or acceptance of drafts drawn thereunder with irregular documents attached thereto, or authorizes or consents to any departure from, or modification of the terms of this agreement or the Credit hereunder, this agreement shall be fully binding upon the undersigned in respect thereto and notwithstanding such overdrafts, irregularities or variances, this agreement and the documents shall be, subsist, and remain as though all matters had been done in strict compliance with this agreement and with the Credit. You and your correspondents shall not be liable for any failure by you or anyone else to pay or accept any draft or acceptance under this Credit or for any loss or damage resulting from any censorship, law, control or restriction rightfully or wrongfully exercised by any de facto or de jure domestic or foreign government or agency thereof, declared or undeclared war, or from any other cause, of whatsoever nature, beyond your control or the control of your correspondents, agents or representatives, and the undersigned agrees to indemnify and hold you harmless from any claim, loss, liability or expense arising by reason thereof.

7.  The word "Obligations" as used in this agreement shall mean any and every indebtedness, obligation and liability of the undersigned to you and your claims of every nature and description against the undersigned, whether or not represented by negotiable instruments or other writings, whether arising under this agreement, the Credit or by reason of any other agreement or transaction, whether now existing or hereafter incurred, originally contracted with you and/or with another or others and now or hereafter owing to or acquired in any manner by you, whether contracted by the undersigned alone or jointly or severally with another or others, direct or indirect, absolute or contingent, secured or not secured, matured or not matured.

8.  In order to secure the prompt and unconditional payment of the Obligations, the undersigned hereby grants you a security interest in any and all property of the undersigned in your actual or constructive possession or in transit to you or your correspondents, agents or representatives from or for the undersigned and the proceeds thereof, whether for safekeeping, custody, pledge, transmission, collection or otherwise or coming into your possession in any other manner for any other reason, and the undersigned agrees to pledge, transfer and deposit with you and grant to you a security interest in such other property as you shall reasonably request to secure payment of the Obligations and to make such payments as you request on account of the Obligations. You are also hereby given a continuing lien and/or right of set-off for the amount of the Obligations, upon or with respect to any and all deposits, general or special, and credits of the undersigned with, and any and all claims of the undersigned against you at any time existing, and you are hereby authorized at any time or times, without prior notice, to apply such deposits or credits, or any part thereof, to payment of the Obligations in such amounts as you may select, although contingent or unmatured, and whether the Collateral is deemed adequate or not. All of the foregoing, together with any property in which you may now or hereafter be granted a security interest, or which may be deposited with you or your agents by the undersigned to secure the Obligations, is herein collectively called "Collateral", and you are hereby authorized to deal therewith in the same manner as if you had sole title thereto. If the undersigned, as registered holder of Collateral, shall become entitled to receive or does receive any stock certificate, option or right, whether as an addition to, in substitution of, or in exchange for, such Collateral, or otherwise, the undersigned agrees to accept same as your agent and to hold same in trust for you, to forthwith deliver the same to you in the exact form received, with the undersigned's endorsement when necessary, to be held by you as Collateral

3

9. You may, but shall not be obligated to, insure all or any part of the Collateral held by you hereunder against all risks of any kind and the premium thereon shall be paid to you by the undersigned within five days after the demand for the same and you shall have the right to debit the amount of such premium to any balances of the undersigned without notice. If the undersigned fails to pay the premium upon any policy of insurance pledged hereunder or upon any policy of insurance covering any property or Collateral within five days of the due date (without benefit of the grace period), you may, but shall not be obligated to, pay the same without notice to the undersigned and said premium shall be repaid to, or may be debited by you, as above provided. The undersigned agrees to reimburse you upon demand in the event you or any of your correspondents, agents or representatives pay for or incur any expense or liability in connection with the Credit or any draft accepted by you pursuant to this agreement or in relation to any of the matters set forth or referred to herein, including, but not limited to all correspondents' charges and expenses and charges for or incidental to the care, the safekeeping or otherwise of any of the Collateral pursuant to, or in connection with the Credit.

10. The undersigned will at any and all times at your request, sign financing statements, security agreements or other documents with respect to the Collateral as you may reasonably request. The right is expressly granted to you, at your discretion, to file one or more financing statements without the signature of the undersigned under the Uniform Commercial Code naming the undersigned as debtor and you as secured party and indicating therein the types or describing the items of Collateral herein referred to. The undersigned hereby agrees to pay on demand, and authorizes you to charge its account with the cost of any and all filing fees and costs which you deem necessary to incur to protect your interest in the Collateral.

11. The undersigned consents that, without the necessity for any reservation of rights against the undersigned and without notice to or further assent by the undersigned, the liability of any party for or upon Obligations or Collateral may from time to time, in whole or in part, be renewed, extended, modified, prematured, compromised, settled for cash, credit or otherwise and upon any terms or conditions you may deem advisable and that you may discharge or release any party from all such liabilities and that any collateral security for any of the Obligations may from time to time, in whole or in part, be exchanged, sold or surrendered by you all without in any way affecting or releasing the liability of the undersigned upon the Obligations. You shall not be liable for any failure to collect or demand payment of or protest or give any notice of non-payment of any of the Collateral or for any delay in so doing, nor shall you be under any obligation to take any action whatsoever with respect to the Collateral or any part thereof. You shall use reasonable care in the custody and preservation of Collateral in your possession but need not take any steps to preserve rights against prior parties or keep the Collateral identifiable. You shall be deemed to have exercised reasonable care in the custody and preservation of the Collateral in your possession if you take such action as the undersigned shall reasonably request in writing but in no event shall an omission to do any act which the undersigned fails to request in writing be deemed a failure to exercise such reasonable care and no omission to comply with any request of the undersigned shall be deemed a failure to exercise such reasonable care. Any right of set-off exercised by you shall be deemed to have been exercised immediately upon the occurrence of any event referred to in Paragraph 12 hereof, even though such set-off is made or entered on your books subsequent thereto. You shall have no obligation to comply with any recording re-recording, filing, re-filing or other legal requirement necessary to establish or maintain the validity, priority or enforceability of, or your rights in and to, Collateral, or any part thereof. You may exercise any right of the undersigned with respect to any Collateral. In any statutory or non-statutory proceeding, affecting the undersigned or Collateral, you or your nominee may, whether or not a default exists and regardless of the amount of Obligations, file a proof of claim for the full amount of any Collateral and vote such claim for the full amount thereof: (a) for or against any proposal or resolution; (b) for a Trustee or Trustees or for a Committee of Creditors; (c) for the acceptance or rejection of any proposed agreement, plan of reorganization, wage earners' plan, composition or extension, and you or your nominee may receive any payment or distribution and give acquittance therefor and may exchange or release Collateral. Any Collateral held by you hereunder, may without notice and whether or not a default exists, be registered and held in your or your nominee's name. You are hereby granted a power of attorney to endorse the undersigned's name on any and all notes, checks, drafts, bills of exchange, money orders or commercial paper included in the Collateral or representing the proceeds thereof.

12. All monies due or owing to you from the undersigned under this agreement or any other Obligations shall, at your option, become immediately due and payable, without notice or demand and notwithstanding any time or credit otherwise allowed or given to you under this or any other agreement or instrument and the undersigned and all guarantors shall be deemed in default hereunder upon the occurrence of any one of the following events with respect to any one of the undersigned or any guarantor or endorser of any Obligations of any of the undersigned to you: (a) failure to pay any sum upon the due date thereof; (b) if any statement, representation or warranty made in any application, financial statement or other agreement made with, or document delivered to you, shall be false or untrue in any material respect; (c) default in the performance of any condition or provision of this agreement or any other agreement with, or any Obligations to you; (d) death, and if a partnership, death of a partner, (e) insolvency, howsoever evidenced; (f) the making of a general assignment for the benefit of creditors; (g) the filing of any petition or the commencement of any proceedings by or against any of the undersigned or any guarantor of any Obligations, for any relief under any bankruptcy or insolvency laws or any laws relating to the relief of debtors, readjustment of indebtedness, reorganization, compositions or extensions; (h) the appointment of a temporary or permanent receiver or trustee or similar legal representative of, or the issuance or making of a writ or order of attachment, against any property or assets; (i) entry of a judgment; (j) the commencement of any proceeding for enforcement of a judgment under Article 52 of the New York Civil Practice Law and Rules or under provisions of any other law; (k) the adoption of any resolution for dissolution or liquidation or the taking of any action for the purpose of such dissolution or liquidation; (l) the suspension of usual business; (m) the failure to deposit any additional collateral security with you upon demand; (n) the failure to pay any premium on any insurance policy pledged, or any insurance policy covering any property pledged with you, or in which you are granted a security interest, within five days after such premium becomes due without benefit of any period of grace; (o) failure forthwith upon demand to furnish any financial information or to permit inspection of books, documents or records of account; (p) failure to pay any tax when due; (q) if at any time in your sole judgment the financial responsibility

4

of any of the undersigned, or of any guarantor of any Obligations of the undersigned shall become impaired or unsatisfactory to you.

13. Upon the happening of any of the events set forth in Paragraph 12, and at any time thereafter, you shall have, in addition to all other rights and remedies, the remedies of a secured party under the New York Uniform Commercial Code. The undersigned shall, upon your request, assemble the Collateral and make it available to you at a place to be designated by you which is reasonably convenient to you and the undersigned. You will give the undersigned notice of the time and place of any public sale of the Collateral or of the time after which any private sale or any other intended disposition thereof is to be made by sending notice, as provided below, at least five days before the time of the sale or disposition, which provisions for notice you and the undersigned agree are reasonable. No such notice need be given by you with respect to Collateral which is perishable or threatens to decline speedily in value or is of a type customarily sold on a recognized market. You may apply the net proceeds of any sale, lease or other disposition of Collateral after deducting all costs and expenses of every kind incurred therein or incidental to the retaking, holding, preparing for sale, selling, leasing or the like of said Collateral, or in any way relating to the rights of the undersigned thereunder, including attorney's fees hereinafter provided for and legal expenses, to the payment, in whole or in part, in such order as you may elect, of one or more of said Obligations, whether due or not due, absolute or contingent, and if contingent you may retain sufficient of such proceeds to cover the largest aggregate sum which may become due or owing thereunder to you with prospective interest, costs, expenses and counsel fees and you shall not be charged with any interest with respect thereto, and only after so applying such net proceeds and after the payment by you of any other amounts required by law need you account for the surplus, if any. The undersigned shall remain liable to you for the payment of any deficiency, with legal interest, and does hereby waive any and all rights of redemption with relation to the Collateral, to the extent permitted by law.

14. Any notice to you shall be deemed effective only if sent to and received at your office, division or department conducting the transaction or transactions hereunder. Any notice to or demand on and of the undersigned shall be binding on the undersigned and shall be deemed effective if not first otherwise made or given when forwarded by mail, telegraph, cable, radio, telephone or otherwise to the last address or telephone number of any of the undersigned appearing on your books with the same effect as if the same were actually delivered to and received by the undersigned in person. You shall not by any act, delay, omission or otherwise be deemed to have waived any of your rights or remedies hereunder and no waiver whatsoever shall be valid unless in writing, signed by one of your duly authorized officers, and then only to the extent therein set forth. A waiver by you of any right or remedy hereunder on any one occasion shall not be construed as a bar to any right or remedy which you would otherwise have on any future occasion. No term or provision of this agreement can be changed orally and no executory agreement shall be effective to change or modify or to discharge in whole or in part this agreement unless such executory agreement is in writing and signed by one of your duly authorized officers. All your rights and remedies hereunder shall be cumulative and may be exercised singly or concurrently, and your rights specified herein are in addition to those otherwise created. No delay on you part in exercising any power or right hereunder, shall operate as a waiver thereof, nor shall any single or partial exercise of any power or right hereunder preclude other or further exercise thereof or the exercise of any other power or right, nor shall you be liable for exercising or failing to exercise any such power or right. The undersigned hereby waives demand, presentment, protest, notice of protest and notice of dishonor of any and all drafts, notes, bills of exchange, checks and other instruments deposited or pledged as Collateral hereunder whether upon inception, maturity, acceleration of maturity or due date, or at any other time, and any and all other notices and demands whatsoever, whether or not relating to such instruments.

15. In the event that you or any of your correspondents, at the request of the undersigned, extend, renew or refinance any of the obligations of the undersigned to you, arising by means of (a) bankers' acceptances created by the acceptance of drafts drawn by the undersigned on you, arising under Paragraphs 1 and 2 hereof; (b) drafts drawn by the beneficiary of the Credit, accepted by you or any of your correspondents; (c) notes made by the undersigned; or (d) otherwise, or in the event that you further extend, renew or refinance, from time to time, any such bankers' acceptances, draft or note, then, and in consideration thereof, the undersigned agrees to pay to you the amount of each bankers acceptance or draft in the manner provided in Paragraphs 1 and 2 hereof for the payment of time drafts drawn under the Credit, or, if a note is involved, then in the manner provided in the note. The undersigned further agrees that with respect to any such extension, renewal or refinancing, all of the terms, conditions, agreements and obligations contained in this agreement shall apply thereto and that you shall have all the rights and remedies set forth in this agreement as well as those set forth in any other document signed by or on behalf of the undersigned. Should the beneficiary under the Credit, upon receipt of advice by cable or otherwise of the issuance of the Credit, but prior to its actual receipt, negotiate drafts by virtue of such advice, such negotiation shall be considered a proper one and shall be included under the terms and subject to all conditions hereof and in addition thereto the undersigned assumes all the risk of the misuse of the Credit

16. You may, but shall not be obligated to, contest, pay and/or discharge all liens, encumbrances, taxes or assessments on, or claims, actions or demands against, any of the Collateral deposited hereunder without notice to, or the consent of, the undersigned and you may, but shall not be obligated to, take all actions and proceedings in your own name or in the name of the undersigned or of any other appropriate person to remove or contest such liens, encumbrances, claims, actions, demands, taxes or assessments and all sums advanced or paid by you and all costs, attorneys' fees and expenses relating thereto shall be paid by, and chargeable to, the undersigned.

17. The word "property" as used in this agreement, includes goods, merchandise, instruments, documents, securities, funds, choses in action and any and all other forms of property, whether real, personal or mixed, and any right or interest therein and the proceeds thereof. Property in your possession shall include property in possession of any person holding same for you in any manner whatsoever.

18. If any of the undersigned is a partnership, the members thereof shall be individually bound and liable hereunder. If this agreement is signed by two or more parties, it shall be the joint and several agreement of such parties.

19. If the Credit issued by you will provide that it will be available by presentation, to you or to any of your correspondents, of the documents described in the application, unaccompanied by drafts, the undersigned agrees

5

that all reference herein to drafts, documents relative to drafts, and the presentation, acceptance for payment or payment of drafts shall refer to documents presented for payment without drafts, the presentation and acceptance thereof, and payment upon such presentation, and that the undersigned's obligation and your rights, privileges and remedies hereunder shall be the same as though payments had been made upon presentation of drafts drawn under the Credit accompanied by the said documents.

20. The undersigned will bear and pay all expenses of every kind for the enforcement of any of your rights herein mentioned or of any claim or demand by you against the undersigned and/or guarantors and/or any other person, firm or corporation and of any Collateral held by you, and the undersigned will pay to you upon demand any such expenses incurred by you. If an attorney is used to collect or enforce the Obligations or to enforce, declare or adjudicate any rights or obligations under this agreement, or with respect to the Obligations or Collateral, whether by suit, or any other means whatsoever, attorneys' fees incurred by you shall be payable by the undersigned. The undersigned in any litigation (whether or not arising out of or relating to this agreement or to any Obligations) in which you and any of the undersigned shall be adverse parties, waives trial by jury and the right to interpose any defense based on any statute of limitations or any claim of laches, set-off, or counterclaim of any nature or description. Notwithstanding anything to the contrary contained herein, the undersigned hereby indemnifies and holds you harmless from and against any and all claims, actions (including, without limitation, legal proceedings relating to any court order, injunction or other process or decree restraining or seeking to restrain you from paying any amount under the Credit or relating to any attachment or execution in connection with the Credit, any Obligations or Collateral), losses, judgments, amounts and expenses including, without limitation, attorneys' fees, and court costs, ( such claims, actions, losses, etc., hereinafter called collectively "Liabilities") suffered or incurred by you in connection with or arising out of this agreement, any Obligations or the Collateral and regardless of whether such Liabilities relate to claims or actions brought by the undersigned or any third party, including without limitation liabilities suffered or incurred by you in connection with (a) your exercise of any right or remedy granted to you hereunder, by law or otherwise, (b) any claim and the prosecution or defense thereof arising out of or in any way connected to this agreement, and any Obligations or the Collateral, (c) the collection or enforcement of the Obligations, and (d) any of the events or circumstances referred to in Paragraph 5 hereof. In the event of the undersigned or any guarantor of any of the Obligations acts in any way (including but not limited to seeking an injunction or temporary restraining order) to prevent or delay payment by you of a draft or claim, the undersigned: (i) agrees to provide to you on demand such additional collateral in such amount as you, in your sole discretion, shall deem necessary to secure the payment to you of the Obligations; (ii) agrees to bear and pay all expenses of every kind incurred by you, including attorneys' fees, in connection with such action to prevent or delay payment by you of a draft or claim; (iii) consents to your exclusive determination to pay or compromise any claim or obligation of any nature or description relating to the Credit, including without limitation all costs, attorneys' fees, fines, interest, damages or any other charge, expense or liability; and (iv) agrees to indemnify you and to reimburse you on demand for the amount of such payments or compromises together with interest thereon at the rate and on the terms set forth in Paragraph 1 hereof.

21. The term "you" as used throughout this agreement shall be deemed to include the Bank Leumi USA and all its branches or departments wherever located, and any individuals, partnerships or corporations acting as nominee, for, or in behalf of, the Bank Leumi USA and any subsidiary or entity controlled by the Bank Leumi USA and any other subsidiary or entity which is controlled directly or indirectly by any such subsidiary or entity. The term "undersigned", as used throughout this agreement shall include the individual or individuals, association, partnership, corporation, or other entity named herein as "undersigned", and (a) any successor individual or individuals, associations or partnership, corporation, or other entity to which all or substantially all of the business or assets of said undersigned shall have been transferred, (b) in case of a partnership, any new partnership which shall have been created by reason of the admission of any new partner or partners therein or the dissolution of the existing partnership by death, resignation or other withdrawal of any partner, and (c) in the case of a corporation, any other corporation into or with which said undersigned shall have been merged, consolidated, reorganized or absorbed.

22. This agreement is made in the City of New York and shall be construed in accordance with the laws of the State of New York without giving effect to the choice of law provisions thereof. In the event that you bring any action or suit in any court of record of New York State or the Federal Government to enforce any or all of the Liabilities of the undersigned or any of your rights hereunder, service of process may be made upon the undersigned by mailing a copy of the summons to the undersigned at the address set forth below, and the undersigned hereby irrevocably submits to the jurisdiction and venue of any New York State or Federal court located in New York City over any action, suit or proceeding arising out of any dispute between the undersigned and you.

23. If any term, condition or provisions of this agreement or of any other agreement or document executed and/or delivered to you is determined to be invalid or unenforceable, such determination shall not affect the validity or enforceability of any other term, condition or provisions of this agreement and all other agreements executed and/or delivered to you and they shall be carried out as if any such invalid or unenforceable term, condition or provision were not embodied herein or therein.

24. You may assign or transfer this agreement and all Collateral and in such event the assignee or transferee thereof shall have the same rights and remedies hereunder as if originally named herein in your place. Upon any such assignment or transfer, you may deliver the Collateral and property held as security or any part thereof to the assignee or transferee, who shall thereupon become vested with all your powers and rights in respect thereof and you shall thereafter be forever relieved and fully discharged from any liability or responsibility with respect to the property transferred, but you shall retain all powers and rights with respect to the property not so transferred. You shall, at all reasonable times and from time to time, be allowed, by or through any of your officers, agents, attorneys or accountants, to examine, inspect and make abstracts from the undersigned's books.

25. Except as otherwise provided herein, the Credit shall be subject to the Uniform Customs and Practice for Documentary Credits, International Chamber of Commerce Publication as amended from time to time.

6

26. The undersigned agrees that: (a) any assistance provided by you in the preparation of the terms of the credit was requested by the undersigned and was based solely upon information provided to you by the undersigned, (b) except for information furnished by the undersigned, you have no knowledge of the transaction for which the credit has been obtained, (c) the undersigned has read and understands all of the terms and provisions of the credit and this Letter of Credit Application, and (d) the terms of the credit are in accord with the undersigned's instructions and represent all the conditions that the undersigned has requested as a prerequisite for you to pay under the credit.

*Erik Johnson*

By Erik Johnson - CFO

Address 1603 LBJ Frwy

Suite 800

Dallas, TX  75234

On behalf of:
TRANSCONTINENTAL REALTY INVESTORS, INC.

On behalf of:
PARC AT OPELIKA, ON BEHALF OF D4OP LLC

On behalf of:
MID SOUTHERN, LLC

FORM 1221 (R6/11)

7

citrix | RightSignature

**REFERENCE NUMBER**
4769C362-15AA-4EEF-B783-C6D3866A96CA

# SIGNATURE CERTIFICATE

| **TRANSACTION DETAILS** | **DOCUMENT DETAILS** |
|---|---|
| **Reference Number**<br>4769C362-15AA-4EEF-B783-C6D3866A96CA | **Document Name**<br>Irrevocable Standby Letter Of Credit Application (WC) |
| **Transaction Type**<br>Signature Request | **Filename**<br>irrevocable_standby_letter_of_credit_application_wc_.pdf |
| **Sent At**<br>01/21/2021 13:45 EST | **Pages**<br>7 pages |
| **Executed At**<br>01/21/2021 14:23 EST | **Content Type**<br>application/pdf |
| **Identity Method**<br>email | **File Size**<br>265 KB |
| **Distribution Method**<br>email | **Original Checksum**<br>66b4c824e0e291670352166e563432737f126fa827b143381cd485871262105d |
| **Signed Checksum**<br>684cb128a251ff209b882c1345078145333cc35e1792cf16e955a89626370dd2 | |
| **Signer Sequencing**<br>Disabled | |
| **Document Passcode**<br>Disabled | |

# SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Erik Johnson<br><br>**Email**<br>erik.johnson@pillarincome.com<br><br>**Components**<br>1 | **Status**<br>signed<br><br>**Multi-factor Digital Fingerprint Checksum**<br>64d6251c45862f8cff3de8f3e373311ccae1af22c3417d7597626151ba610c18<br><br>**IP Address**<br>67.200.141.109<br><br>**Device**<br>Chrome via Windows<br><br>**Typed Signature**<br><br>*Erik Johnson*<br><br>**Signature Reference ID**<br>FDE0F90B | **Viewed At**<br>01/21/2021 14:22 EST<br><br>**Identity Authenticated At**<br>01/21/2021 14:23 EST<br><br>**Signed At**<br>01/21/2021 14:23 EST |

# AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 01/21/2021 13:45 EST | Judson Stagner (judson.stagner@pillarincome.com) created document 'irrevocable_standby_letter_of_credit_application_wc_.pdf' on Chrome via Windows from 67.200.141.109. |
| 01/21/2021 13:45 EST | Erik Johnson (erik.johnson@pillarincome.com) was emailed a link to sign. |
| 01/21/2021 14:22 EST | Erik Johnson (erik.johnson@pillarincome.com) viewed the document on Chrome via Windows from 67.200.141.109. |
| 01/21/2021 14:23 EST | Erik Johnson (erik.johnson@pillarincome.com) authenticated via session on Chrome via Windows from 67.200.141.109. |
| 01/21/2021 14:23 EST | Erik Johnson (erik.johnson@pillarincome.com) signed the document on Chrome via Windows from 67.200.141.109. |

# EXHIBIT A-52

# SOUTHERN PROPERTIES CAPITAL LTD.

## Audited Consolidated Financial Statements

### As of December 31, 2021

### U.S. Dollars in Thousands

### INDEX

| | PAGE |
|---|---|
| Auditors Report | 1 |
| Consolidated Financial Position | 2 |
| Consolidated Statements of Comprehensive Income | 3 |
| Consolidated Statements of Changes in Equity | 4 |
| Consolidated Statements of Cash Flows | 5 |
| Notes to Consolidated Financial Statements | 6 |
| Appendix | |

**SOUTHERN PROPERTIES CAPITAL LTD.**

**Notes to Consolidated Financial Statements
(dollars in thousands)**

v.  To establish and replenish an agreed-upon operating reserve of $8,000 (the "Operating Reserve") as needed to fund operating deficits or in any other manner as agreed to by the Class A Members; and

vi.  The balance among the Class A Members and the Class B Member pro rata in proportion to their capital and profit and loss percentages.

In addition, the joint venture agreement provides for the distributions of proceeds from capital events, including the sale of one or more of the multifamily apartment properties, as follows:

i.  To the Company, in payment of a lease guarantee in connection with two specific properties owned by the Joint Venture;

ii.  To the Class A Members in proportion to, and to the extent of, any accrued but unpaid Cost Overrun Preferred Return;

iii.  To the Class A Members in proportion to, and to the extent of, any unreturned Cost Overrun Contribution;

iv.  To the Class A Members in proportion to their ownership percentages, until their capital contributions less prior distributions have been fully returned;

v.  To the extent that any portion of the Notes remain outstanding, an amount sufficient to repay those loans; and

vi.  The balance among the Class A Members, the Class B Member, and other Members who may be designated in the course of the Company's operations ("Class C Members") in proportion to their ownership and profit and loss percentages.

**Note 9. Loan Receivable**

On February 13, 2017, TCI assigned its rights under the Mercer Loan and The Mercer Profit Participation Agreement to the Company. The profits participation agreement was cancelled in 2018, and as a result, the Company obtained full ownership of the single family lots and commercial land referred as Mercer Crossing.

On June 5, 2019, the Company distributed non-cash dividend to TCI by transferring two commercial lots of Mercer Crossing that totaled 9.92 acres and a book value is $3,958. The Company's Board of Directors approved the distribution based on meeting of the distribution requirements.

The Company sold 58, 134 and 161 lots for $8,980, $16,346 and $16,200, resulting in gains on sale of $6,429, $5,700 and $5,100 for the years ended December 31, 2021, 2020 and 2019, respectively. The gains on sale were included in finance income. As of December 31, 2021, the loan receivable balance represents the value of two single family lots that are under contract and 19 acres of commercial land that are available for sale.

**Note 10. Notes Receivable**

The following table summarizes the Company's notes receivable at December 31, 2021 and 2020:

29

## SOUTHERN PROPERTIES CAPITAL LTD.

### Notes to Consolidated Financial Statements
### (dollars in thousands)

| Borrower / Project | Carrying Value 2021 | Carrying Value 2020 | Interest Rate | Maturity Date |
|---|---|---|---|---|
| Autumn Breeze(1) | $ 10,365 | $ 4,854 | 5.00 % | 7/1/22 |
| Bellwether Ridge(1)(2) | 12,308 | 5,898 | 5.00 % | 11/1/26 |
| Forest Pines(1) | 9,404 | 2,294 | 5.00 % | 11/1/22 |
| Parc at Ingleside(1) | 2,426 | 2,422 | 5.00 % | 11/1/26 |
| Parc at Opelika(1)(3) | 1,363 | — | 10.00 % | 1/13/23 |
| Parc at Windmill Farms(1) | 18,819 | 10,770 | 5.00 % | 11/1/22 |
| Plum Tree(1) | 1,979 | 1,113 | 5.00 % | 4/26/26 |
| RNC Portfolio, Inc.(4) | — | 9,430 | 5.00 % | 9/1/24 |
| Spyglass of Ennis(1)(5) | 9,488 | 4,680 | 5.00 % | 11/1/22 |
| Steeple Crest(1) | 13,355 | 6,389 | 5.00 % | 8/1/26 |
| | $ 79,507 | $ 47,850 | | |

(1)  The note is convertible, at our option, into a 100% ownership interest in the underlying development property and is collateralized by the underlying development property.

(2)  The loan agreement is with HGH Residential, LLC and the borrower is making semi-annual distributions of interest as approved by HUD.

(3)  On January 13, 2021, the Company issued a note receivable that is secured by a project to build a 168 unit residential property in Opelika, Alabama. The note provides for borrowings of up to $5,126.

(4)  On December 13, 2021, the note was collected in full.

(5)  Maturity date is thirty months from the date that the senior loan was provided or seven years from the loan provision date whichever is earlier.

The convertible loans are stated at fair value, which has been determined based on valuations performed by independent external valuation experts who hold recognized and relevant professional qualifications and who have experience in the category of the assets being valued. The fair value measurement is classified as Level 3 in the fair value hierarchy.

### Note 11. Advances for Acquisition of Real Estate

Below is summarized information about the statement of financial position and the statement

| | December 31, 2021 | December 31, 2020 |
|---|---|---|
| ABC Land and Development | $ 2,000 | $ 2,000 |
| Tower Bay Lofts | 11,878 | 9,548 |
| | $ 13,878 | $ 11,548 |

30

App. 584

# EXHIBIT A-53

# SOUTHERN PROPERTIES CAPITAL LTD.

## Interim Unaudited Consolidated Financial Statements

### As of September 30, 2022

### U.S. Dollars in Thousands

## INDEX

|  | PAGE |
|---|---|
| Review of Interim Consolidated Financial Statements | 1 |
| Consolidated Financial Position | 3 |
| Consolidated Statements of Comprehensive Income | 4 |
| Consolidated Statements of Changes in Equity | 5 |
| Consolidated Statements of Cash Flows | 6 |
| Notes to Interim Consolidated Financial Statements | 8 |

App. 586

## SOUTHERN PROPERTIES CAPITAL LTD.

### Notes to Consolidated Financial Statements
### (dollars in thousands)

**Note 2. Significant Accounting Policies**

The interim consolidated financial statements have been prepared in accordance with IAS 34, "Interim Financial Reporting" and in accordance with the disclosure requirements of Chapter D of the Securities Regulations (Periodic and Immediate Reports), 1970.

The accounting policies adopted in the preparation of the interim consolidated financial statements are consistent with those followed in the preparation of the consolidated financial statements. However, the Company has changed the current presentation of its financial statement to conform with how it presents financial information in the United States for internal and external purposes. The Company believes that these changes will improve the usefulness of the financial statements by investors in the United States and an internationally. As a result, the Company now presents current assets before non-current assets, and current liabilities before non-current liabilities and equity on its consolidated statements of financial position. Certain reclassifications of prior year amounts have been made to conform with the current presentation.

*Windmill Farms*

The Company accounts for its investment in Windmill Farms as investment property held for capital appreciation. The property is not used in the production or supply of goods or services or for administrative purposes; or sold in the ordinary course of business. From time-to-time the Company may sell portions of the Windmill Farms to third-party home builders, which may require the division of the sold pieces into individual lots and the the preparation of the lots for home construction use.

*Convertible Notes*

The Company accounts for its investment in convertible notes at fair value that is based on third-party appraisals. The appraisers determined the fair values of note loans using the income approach, specifically a discounted cash flow analysis. The cash flows were based upon the values provided in the appraisal reports of the underlying properties, net of transaction costs and the senior debt service payments, discounted to the value date. The convertible loan advances were then subtracted from the present value of the remaining equity

**Note 3. Operating Segments**

Operating segments are reported in a manner consistent with the internal reporting provided to the Company's chief executive officer or chief operating decision maker ("CODM"). The CODM, is responsible for allocating resources and assessing the performance of the operating segments, and strategic decisions.

Management has determined the operating segments based on the reports reviewed by the senior management team in making strategic decisions. For management purposes, the Company considers the business based on the following operating segments:

- Multifamily real estate - purchases and develops investment properties primarily consisting of multifamily apartment complexes or buildings in order to produce rental income or for capital appreciation or both. The segment includes the financial information of Victory Abode Apartments, LLC on a 50% proportion share (See Note 4).

- Commercial real estate - purchases and develops investment properties primarily consisting of offices in order to produce rental income or for capital appreciation or both.

9

# EXHIBIT A-54

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

---

# FORM 10-K

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2017

**OR**

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Commission File Number 001-09240

---

# Transcontinental Realty Investors, Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Nevada** | **94-6565852** |
| (State or other jurisdiction of | (IRS Employer |
| Incorporation or organization) | Identification Number) |
| **1603 LBJ Freeway,** | |
| **Suite 300, Dallas, Texas** | **75234** |
| (Address of principal executive offices) | (Zip Code) |

**(469) 522-4200**
Registrant's Telephone Number, including area code
Securities registered pursuant to Section 12(b) of the Act:

| *Title of Each Class* | *Name of each exchange on which registered* |
|---|---|
| Common Stock, $0 01 par value | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:
NONE

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act    Yes        No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act    Yes        No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days    Yes        No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232 405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files)    Yes        No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229 405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer  "large accelerated filer", "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act

| | |
|---|---|
| **Large accelerated filer** | **Accelerated filer** |
| **Non-accelerated filer**        (Do not check  if smaller reporting company) | **Smaller Reporting Company** |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act ) Yes     No

The aggregate market value of the shares of voting and non-voting common equity held by non-affiliates of the Registrant, computed by reference to the closing price at which the common equity was last sold which was the sales price of the Common stock on the New York Stock Exchange as of December 31, 2017 (the last business day of the Registrant's most recently completed second fiscal quarter) was $13,555,912 based upon a total of 1,361,049 shares held as of December 31, 2017 by persons believed to be non-affiliates of the Registrant  The basis of the calculation does not constitute a determination by the Registrant as defined in Rule 405 of the Securities Act of 1933, as amended, such calculation, if made as of a date within sixty days of this filing, would yield a different value

As of March 30, 2018, there were 8,717,767 shares of common stock outstanding

**DOCUMENTS INCORPORATED BY REFERENCE:**

Consolidated Financial Statements of Income Opportunity Realty Investors, Inc  Commission File No  001-14784
Consolidated Financial Statements of American Realty Investors, Inc  Commission File No  001-15663

App. 589

The highlights of our significant real estate transactions for the year ended December 31, 2017, are discussed below

*Purchases*

During the year ended December 31, 2017, the Company acquired one income-producing apartment property from a third party in the state of North Carolina, increasing the total number of units by 201, for a combined purchase price of $36 7 million  In addition, we acquired one land parcel for future development for a total purchase price of $5 4 million, adding 18 5 acres to the development portfolio

*Sales*

As of December 31, 2017, the Company has approximately 66 7 acres of land, at various locations that were sold to related parties in multiple transactions  These transactions are treated as "subject to sales contract" on the Consolidated Balance Sheets  Due to the related party nature of the transactions, TCI has deferred the recording of the sales in accordance with ASC 360-20

We continue to invest in the development of apartment projects  During the year ended December 31, 2017, we have expended $69 8 million related to the construction or predevelopment of various apartment complexes and capitalized $2 4 million of interest costs

42

## NOTE 3.  *NOTES AND INTEREST RECEIVABLE*

A portion of our assets are invested in mortgage notes receivable, principally secured by real estate  We may originate mortgage loans in conjunction with providing purchase money financing of property sales  Notes receivable are generally collateralized by real estate or interests in real estate and personal guarantees of the borrower and, unless noted otherwise, are so secured  Management intends to service and hold for investment the mortgage notes in our portfolio  A majority of the notes receivable provide for principal to be paid at maturity (dollars in thousands)

As of December 31, 2017, the obligors on $45 1 million or 64 3% of the mortgage notes receivable portfolio were due from related entities  The Company recognized $3 7 million of interest income from these related party notes receivables

As of December 31, 2017, none of the mortgage notes receivable portfolio were non-performing

The Company has various notes receivable from Unified Housing foundation, Inc  "UHF"  UHF is determined to be a related party due to our significant investment in the performance of the collateral secured under the notes receivable  Payments are due from surplus cash flow from operations, sale or refinancing of the underlying properties  These notes are cross collateralized to the extent that any surplus cash available from any of the properties underlying these notes will be used to repay outstanding interest and principal for the remaining notes  Furthermore, any surplus cash available from any of the properties UHF owns, besides the properties underlying these notes, can be used to repay outstanding interest and principal for these notes  The allowance on the notes was a purchase allowance that was netted against the notes when acquired

| Borrower | Maturity Date | Interest Rate | Amount | Security |
|---|---|---|---|---|
| Performing loans: | | | | |
| H198, LLC (Las Vegas Land) | 01/20 | 12 00% | $ 5,907 | Secured |
| H198, LLC (McKinney Ranch Land) | 09/18 | 6 00% | 4,290 | Secured |
| Oulan-Chikh Family Trust | 03/21 | 8 00% | 174 | Secured |
| Spyglass Apartments of Ennis | 11/19 | 5 00% | 4,522 | Secured |
| Bellwether Ridge | 05/20 | 5 00% | 2,954 | Secured |
| Parc at Windmill Farms | 05/20 | 5 00% | 2,505 | Secured |
| Unified Housing Foundation, Inc  (Echo Station) [1] | 12/32 | 12 00% | 1,481 | Secured |
| Unified Housing Foundation, Inc  (Lakeshore Villas) [1] | 12/32 | 12 00% | 2,000 | Secured |
| Unified Housing Foundation, Inc  (Lakeshore Villas) [1] | 12/32 | 12 00% | 6,368 | Secured |
| Unified Housing Foundation, Inc  (Limestone Ranch) [1] | 12/32 | 12 00% | 6,000 | Secured |
| Unified Housing Foundation, Inc  (Limestone Ranch) [1] | 12/32 | 12 00% | 1,953 | Secured |
| Unified Housing Foundation, Inc  (Timbers of Terrell) [1] | 12/32 | 12 00% | 1,323 | Secured |
| Unified Housing Foundation, Inc  (Tivoli) [1] | 12/32 | 12 00% | 6,138 | Secured |
| Unified Housing Foundation, Inc  [1] | 12/18 | 12 00% | 3,994 | Unsecured |
| Unified Housing Foundation, Inc  [1] | 12/18 | 12 00% | 6,407 | Unsecured |
| Unified Housing Foundation, Inc  [1] | 06/20 | 12 00% | 5,760 | Unsecured |
| Other related party notes [1] | Various | Various | 465 | Various unsecured interests |
| Other non-related party notes | Various | Various | 796 | Various secured interests |
| Other non-related party notes | Various | Various | 983 | Various unsecured interests |
| Accrued interest | | | 6,146 | |
| **Total Performing** | | | $ 70,166 | |

(1) Related Party notes

43

## NOTE 4.  *INVESTMENT IN UNCONSOLIDATED JOINT VENTURES AND INVESTEES*

Investments in unconsolidated subsidiaries, jointly owned companies and other investees in which we have a 20% to 50% interest or otherwise exercise significant influence are carried at cost, adjusted for the Company's proportionate share of their undistributed earnings or losses, via the equity method of accounting  ARL is our parent company and is considered as an unconsolidated joint venture

App. 590

10-K 1 tci-10k_123118 htm ANNUAL REPORT

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-K

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2018**

**OR**

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-09240**

# Transcontinental Realty Investors, Inc.

**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Nevada** | **94-6565852** |
| **(State or other jurisdiction of Incorporation or organization)** | **(IRS Employer Identification Number)** |
| **1603 LBJ Freeway, Suite 800** | |
| **Dallas, Texas** | **75234** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(469) 522-4200**
**Registrant's Telephone Number, including area code**
**Securities registered pursuant to Section 12(b) of the Act:**

| *Title of Each Class* | *Name of each exchange on which registered* |
|---|---|
| Common Stock, $0.01 par value | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:**
NONE

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes        No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes        No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes        No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes        No

App. 591

| | | | | |
|---|---|---|---|---|
| H198, LLC (McKinney Ranch Land) | 09/20 | 6.00% | 4,554 | Secured |
| Forest Pines | 09/19 | 5.00% | 2,223 | Secured |
| Spyglass Apartments of Ennis, LP | 11/19 | 5.00% | 5,083 | Secured |
| Bellwether Ridge | 05/20 | 5.00% | 3,429 | Secured |
| Parc at Windmill Farms | 05/20 | 5.00% | 6,066 | Secured |
| Unified Housing Foundation, Inc. (Echo Station) [1] | 12/32 | 12.00% | 1,481 | Secured |
| Unified Housing Foundation, Inc. (Lakeshore Villas) [1] | 12/32 | 12.00% | 2,000 | Secured |
| Unified Housing Foundation, Inc. (Lakeshore Villas) [1] | 12/32 | 12.00% | 6,369 | Secured |
| Unified Housing Foundation, Inc. (Limestone Ranch) [1] | 12/32 | 12.00% | 1,953 | Secured |
| Unified Housing Foundation, Inc. (Limestone Ranch) [1] | 12/32 | 12.00% | 2,000 | Secured |
| Unified Housing Foundation, Inc. (Limestone Ranch) [1] | 12/32 | 12.00% | 4,000 | Secured |
| Unified Housing Foundation, Inc. (Timbers of Terrell) [1] | 12/32 | 12.00% | 1,323 | Secured |
| Unified Housing Foundation, Inc. (Tivoli) [1] | 12/32 | 12.00% | 6,140 | Secured |
| Unified Housing Foundation, Inc. [1] | 12/19 | 12.00% | 10,401 | Unsecured |
| Unified Housing Foundation, Inc. [1] | 06/20 | 12.00% | 11,075 | Unsecured |
| Other related party notes | Various | Various | 2,290 | Various secured interests |
| Other non-related party notes | Various | Various | 1,631 | Various secured interests |
| Accrued interest | | | 6,771 | |
| **Total Performing** | | | $ 85,366 | |
| Allowance for estimated losses | | | (1,825) | |
| **Total** | | | $ 83,541 | |

[1] Related party notes

[2] An allowance was taken for estimated losses at full value of note.

As of December 31, 2018, the obligors on $49.0 million or 57.4% of the mortgage notes receivable portfolio were due from related entities. The Company recognized $5.7 million of interest income from these related party notes receivables.

As of December 31, 2018, none of the mortgage notes receivable portfolio were non-performing.

The Company has various notes receivable from Unified Housing foundation, Inc. "UHF". UHF is determined to be a related party due to our significant investment in the performance of the collateral secured under the notes receivable. Payments are due from surplus cash flow from operations, sale or refinancing of the underlying properties. These notes are cross collateralized to the extent that any surplus cash available from any of the properties underlying these notes will be used to repay outstanding interest and principal for the remaining notes. Furthermore, any surplus cash available from any of the properties UHF owns, besides the properties underlying these notes, can be used to repay outstanding interest and principal for these notes. The allowance on the notes was a purchase allowance that was netted against the notes when acquired.

48

## NOTE 6.    *INVESTMENT IN UNCONSOLIDATED JOINT VENTURES AND INVESTEES*

Investments in unconsolidated subsidiaries, jointly owned companies and other investees in which we have a 20% to 50% ownership interest or otherwise exercise significant influence are carried at cost, adjusted for the Company's proportionate share of their undistributed earnings or losses, via the equity method of accounting. ARL is our parent company and is an unconsolidated joint venture.

Investments accounted for via the equity method consists of the following, except for VAA which is discussed in Note 2.

| | Percentage ownership as of December 31, | | |
|---|---|---|---|
| | **2018** | **2017** | **2016** |
| American Realty Investors, INC. [1] | 0.90% | 0.90% | 0.90% |

[1] Unconsolidated investment in parent company

App. 592

tci-10k_123119.htm

10-K 1 tci-10k_123119.htm ANNUAL REPORT

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 10-K

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2019**

**OR**

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-09240**

# Transcontinental Realty Investors, Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Nevada** | **94-6565852** |
| **(State or other jurisdiction of Incorporation or organization)** | **(IRS Employer Identification Number)** |

| | |
|---|---|
| **1603 LBJ Freeway, Suite 800** | |
| **Dallas, Texas** | **75234** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(469) 522-4200**
**Registrant's Telephone Number, including area code**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock | TCI | NYSE |

Securities registered pursuant to Section 12(g) of the Act:
NONE

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes        No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes        No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes        No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes        No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company"

App. 593

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2020**
**OR**

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-09240**

# Transcontinental Realty Investors, Inc.
(Exact name of registrant as specified in its charter)

| **Nevada** | | | | **94-6565852** |
|---|---|---|---|---|
| (State or other jurisdiction of Incorporation or organization) | | | | (IRS Employer Identification Number) |

| **1603 LBJ Freeway,** | **Suite 800** | **Dallas** | **TX** | **75234** |
|---|---|---|---|---|
| (Address of principal executive offices) | | | | (Zip Code) |

**(469) 522-4200**
Registrant's Telephone Number, including area code
Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock | TCI | NYSE |

Securities registered pursuant to Section 12(g) of the Act: NONE

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes        No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes        No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.    Yes        No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes        No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company in Rule 12b-2 of the Exchange Act.

Large accelerated filer        Accelerated filer        Non-accelerated filer        Smaller reporting company
Emerging growth Company

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act.) Yes      No

The aggregate market value of voting and non-voting common equity held by non-affiliates of the registrant was approximately $37.4 million as of the last business day of the registrant's most recently completed second fiscal quarter based upon the price at which the common stock was last sold on that day.

As of March 24, 2021, there were 8,639,516 shares of common stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE:**

Consolidated Financial Statements of Income Opportunity Realty Investors, Inc. Commission File No. 001-14784
Consolidated Financial Statements of American Realty Investors, Inc. Commission File No. 001-15663

App. 594

| | | | | |
|---|---|---|---|---|
| Parc at Windmill Farms(1) | 7,805 | 7,601 | 5.00 % | 3/1/22 |
| Phillips Foundation for Better Living, Inc.(2) | — | 314 | 12.00 % | 3/31/22 |
| Phillips Foundation for Better Living, Inc.(2) | 61 | — | 12.00 % | 3/31/23 |
| Plum Tree(1) | 857 | 413 | 5.00 % | 4/26/26 |
| Riverview on the Park Land, LLC | 1,045 | 1,045 | 9.50 % | 6/30/21 |
| RNC Portfolio, Inc. | 8,853 | 8,802 | 5.00 % | 9/1/24 |
| Spartan Land | 5,907 | 5,907 | 12.00 % | 1/16/23 |
| Spyglass of Ennis(1) | 5,360 | 5,288 | 5.00 % | 11/1/22 |
| Steeple Crest(1) | 6,498 | 6,665 | 5.00 % | 8/1/21 |
| Unified Housing Foundation, Inc. (2)(3) | 2,880 | 3,793 | 12.00 % | 7/31/21 |
| Unified Housing Foundation, Inc. (2)(3) | 212 | 212 | 12.00 % | 8/30/21 |
| Unified Housing Foundation, Inc. (2)(3) | 6,831 | 6,831 | 12.00 % | 10/31/21 |
| Unified Housing Foundation, Inc. (2)(3) | 10,896 | 10,926 | 12.00 % | 12/31/21 |
| Unified Housing Foundation, Inc. (2)(3) | 10,096 | 10,096 | 12.00 % | 3/31/22 |
| Unified Housing Foundation, Inc. (2)(3) | 6,990 | — | 12.00 % | 3/31/23 |
| Unified Housing Foundation, Inc. (2)(3) | 3,615 | — | 12.00 % | 5/31/23 |
| Unified Housing Foundation, Inc. (2)(3) | 19,139 | 19,127 | 12.00 % | 12/31/32 |
| | $ 123,556 | $ 112,357 | | |

(1)  The note is convertible, at our option, into a 100% ownership interest in the underlying development property, and is collateralized by the underlying development property.

(2)   The borrower is determined to be a related party due to our significant investment in the performance of the collateral secured by the notes receivable.

(3)   Principal and interest payments on the notes from Unified Housing Foundation, Inc. ("UHF") are funded from surplus cash flow from operations, sale or refinancing of the underlying properties and are cross collateralized to the extent that any surplus cash available from any of the properties underlying the notes.

41

**TRANSCONTINENTAL REALTY INVESTORS, INC.**

**NOTES TO FINANCIAL STATEMENTS**

**(Dollars in thousands, except per share amounts)**

### 9. Investment in Unconsolidated Joint Ventures

On November 19, 2018, we formed the VAA joint venture with the Macquarie Group ("Macquarie"). In connection with the formation of VAA, we sold a 50% ownership interest in certain multifamily properties to Macquarie for a $236.8 million cash payment, resulting in a gain on sale of assets of $154.1 million. We then immediately transferred our respective ownership interests in the multifamily projects ("VAA Portfolio") to VAA in exchange for a 50% voting interest / 49% profit participation interest ("Class A interest") in VAA and note payable ("Mezzanine Loan") in accordance with the terms of a contribution agreement (the "Contribution"). Upon completion of the Contribution, VAA owned and controlled 52 multifamily properties. VAA assumed all liabilities of those properties, including mortgage debt insured by the Department of Housing and Urban Development ("HUD").

Concurrent with the Contribution, VAA issued Class B interests with a 2% profits participation interest and no voting rights to Daniel J. Moos, our former President and Chief Executive Officer ("Class B Member"). The Class B Member serves as the Manager of VAA.

Interest on the Mezzanine loan is limited to cash generated from the properties and matures concurrently with the termination of VAA. Accordingly, we account for our interest in the Mezzanine Loan as additional equity interest and includes any interest payments accrued as income from unconsolidated joint ventures.

On December 31, 2018, we purchased 900,000 shares of ARL Series A convertible preferred shares ("ARL Preferred Shares") from Realty Advisors, Inc. ("RAI"). On December 22, 2020, we transferred our ownership of the ARL Preferred Shares and the ARL common shares that we had

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2021**
**OR**

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-09240**

# Transcontinental Realty Investors, Inc.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Nevada** | **94-6565852** |
| (State or other jurisdiction of Incorporation or organization) | (IRS Employer Identification Number) |

| | | | | |
|---|---|---|---|---|
| **1603 LBJ Freeway,** | **Suite 800** | **Dallas** | **TX** | **75234** |
| (Address of principal executive offices) | | | | (Zip Code) |

**(469) 522-4200**
Registrant's Telephone Number, including area code
Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock | TCI | NYSE |

Securities registered pursuant to Section 12(g) of the Act: NONE

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes        No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes        No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.    Yes        No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes        No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company in Rule 12b-2 of the Exchange Act.

Large accelerated filer        Accelerated filer        Non-accelerated filer        Smaller reporting company
Emerging growth Company

   If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

   Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act.) Yes        No

   The aggregate market value of voting and non-voting common equity held by non-affiliates of the registrant was approximately $37.4 million as of the last business day of the registrant's most recently completed second fiscal quarter based upon the price at which the common stock was last sold on that day.

   As of March 28, 2021, there were 8,639,316 shares of common stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE:**

Consolidated Financial Statements of Income Opportunity Realty Investors, Inc. Commission File No. 001-14784
Consolidated Financial Statements of American Realty Investors, Inc. Commission File No. 001-15663

App. 596

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 3:22-cv-2118-X |
| TIMOTHY BARTON ET AL., | § § § | |
| Defendants, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| Relief Defendants. | § § | |

## DECLARATION OF ROBERT CANHAM

1.    My name is Robert Canham, I am over the age of twenty-one (21), have never been convicted of a felony or a crime involving moral turpitude, and am fully competent to testify in all respects. My address is 804 Green Valley Road, Suite 105, Greensboro, NC 27408, and my date of birth is November 2, 1948. I have personal knowledge of all facts set forth herein. I testify under the penalty of perjury that all facts herein are true and correct.

**Overview**

2.    I have over forty-five (45) years of experience in real estate property management. Prior to joining Sunchase American, Ltd. ("Sunchase"), I started my career in the early 1970s managing and brokering a portfolio of single family homes. I joined Sunchase in 1990. As Regional Vice President, I was involved in operations, acquisitions, analysis, and strategic planning for a portfolio of 14,000 apartment units.

3.    I am President of Sunchase. Sunchase is a real estate property management company. Property managers are responsible for the day-to-day management of residential properties. This can include maintenance, but it can also include leasing empty units, collecting rent, and communicating with property owners.

4.    As the President of Sunchase, I oversee operations, analysis, and strategic planning for all of our communities. This includes Parc at Opelika ("Opelika").

**Parc at Opelika**

5.    Opelika is a multifamily residential property located in Opelika, Alabama. Sunchase has managed Opelika since its inception. Southern Properties Capital, Ltd. ("SPC") is a developer. Sunchase receives a percentage fee from SPC to operate and manage Opelika. As the property manager, Sunchase collects and deposits rental payments, shows and leases vacant units, handles maintenance requests, and other duties related to operating and maintaining Opelika.

6.    Sunchase's primary contact at SPC is Brad Kyles ("Kyles"). Kyles is an asset manager with Pillar Income Asset Management ("Pillar"), which manages SPC. When Kyles acts on behalf of Pillar, he is also acting on behalf of SPC.

7.    I, or other at Sunchase, communicate with Kyles on a routine basis about various properties Sunchase manages for Pillar, including Opelika. In these routine conversations, Sunchase receives direction from Kyles regarding Opelika.

8.    Sunchase operates and maintains Opelika from rents and security deposits received from tenants. Opelika, like all properties that Sunchase manages, has its own separate operating account. Prior to the receivership, Sunchase has communicated solely with, and acted solely at the direction of, SPC, through Pillar.

**Parc at Opelika has not Received Funds or Direction from Barton, Barton-Related Entities, or Barton Investors**

9.      Prior to the receivership, Sunchase received its directions solely from SPC, through Pillar, and I am not aware of any instances in which Sunchase received directions from Timothy Barton ("Barton"). To my knowledge, Sunchase has had few communications with Barton regarding Opelika. These communications had to do with Opelika, in a general context.

10.     I am not aware that Sunchase has ever received any funds from Barton related to Opelika or its operations. I have no knowledge of Sunchase receiving, on account of Opelika, funds from Barton, a Barton-related entity, or a Barton investor. All funds received by Sunchase on account of Opelika come from one of three different sources: (1) SPC, through Pillar, (2) rents or security deposits collected from tenants, or (3) while being constructed and during lease-up, from construction loan proceeds.

I declare under penalty of perjury that the foregoing is true and correct.

ROBERT CANHAM

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 3:22-cv-2118-X |
| TIMOTHY BARTON ET AL., | § § | |
| Defendants, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| Relief Defendants. | § § | |

## DECLARATION OF DOUG GRAHAM

1. My name is Doug Graham, I am over the age of twenty-one (21), have never been convicted of a felony or a crime involving moral turpitude, and am fully competent to testify in all respects. My address is _3700 Aramus Dr. Plano, Tx 75025_, and my date of birth is _5/7/68_ _____. I have personal knowledge of all facts set forth herein. I testify under the penalty of perjury that all facts herein are true and correct.

### Overview

2. I have over thirty (30) years of experience in real estate property management. I currently work for SunRidge Management Group ("SunRidge"). Before I worked for SunRidge, I worked at McDougal Companies for ten (10) years. McDougal Companies is a real estate firm based in Lubbock, Texas, that provides property management services. At McDougal Companies, my job title and responsibilities included Manager, Property Supervisor, and, ultimately, Vice-President of Multi-Family.

Declaration of Doug Graham
(453645v1)

3.      In 2000, I began my career with SunRidge as Assistant Vice President. I currently hold the position of Executive Vice President. Among my duties as Executive Vice President, I oversee more than 21,000 apartment units across the United States. I have worked in a variety of markets, with significant experience in lease up and student housing, along with proficiency in mid-rise and high-rise housing.

4.      SunRidge manages 147 communities, spanning 12 states, and 23,221 multifamily units. As the Executive Vice President of SunRidge, I oversee operations, analysis, and strategic planning for all of our communities. This includes the apartment complex referred to as Parc at Ingleside ("Ingleside").

**Ingleside**

5.      Ingleside is a multifamily residential property located in Ingleside, Texas. SunRidge is the property manager for Ingleside. SunRidge has been the property manager since Ingleside's inception. Southern Properties Capital, Ltd. ("SPC") is a developer. SunRidge receives a percentage fee from SPC to operate and manage Ingleside. As the property manager, SunRidge collects and deposits rental payments, shows and leases vacant units, handles maintenance requests, and other duties related to operating and maintaining Ingleside.

6.      SunRidge's primary contact at SPC is Brad Kyles ("Kyles"). Kyles is an asset manager with Pillar Income Asset Management ("Pillar"), which manages SPC. When Kyles acts on behalf of Pillar, he is also acting on behalf of SPC.

7.      I, or others at SunRidge, communicate with Kyles on a routine basis about various properties SunRidges manages for Pillar, including Ingleside. In these routine conversations, SunRidge receives direction from Kyles regarding Ingleside.

8.   Pillar provides SunRidge with money to operate and maintain Ingleside. Ingleside, like all properties that SunRidge manages, has its own separate operating account. The majority of the funds that SunRidge uses to operate and manage Ingleside are derived from rents and security deposits collected from tenants. Through Pillar, SPC has funded Ingleside, too. From its inception, SunRidge has communicated with, and acted at the direction of, SPC, through Pillar.

**Ingleside has not Received Funds or Direction from Barton, Barton-Related Entities, or Barton Investors**

9.   SunRidge receives its directions from SPC, through Pillar, and I am not aware of any instances in which SunRidge received directions from Timothy Barton ("Barton"). To my knowledge, SunRidge has had few communications with Barton. These communications had to do with Ingleside, in a general context. None of these communications involved funding or directions from Barton.

10.   I am not aware that SunRidge has ever received any funds from Barton related to Ingleside or its operations. I have no knowledge of SunRidge receiving, on account of Ingleside, funds from Barton, a Barton-related entity, or a Barton investor. All funds received by SunRidge on account of Ingleside come from one of three different sources: (1) SPC, through Pillar, (2) rents or security deposits collected from tenants, or (3) while being constructed and during lease-up, from construction loan proceeds.

I declare under penalty of perjury that the foregoing is true and correct.

_____
DOUG GRAHAM

Declaration of Doug Graham
(453645v1)

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE                    §
COMMISSION,                                §
                                           §
    Plaintiff,                             §
                                           §
v.                                         §    CASE NO. 3:22-cv-2118-X
                                           §
TIMOTHY BARTON ET AL.,                     §
                                           §
    Defendants,                            §

DECLARATION OF BRAD KYLES
IN SUPPORT OF SOUTHERN PROPERTIES CAPITAL, LTD.'S
MOTION FOR INTERVENTION, OPPOSITION TO RECEIVER'S
VERIFIED MOTIONS FOR APPOINTMENT OF APPRAISER,
APPROVAL OF APPRAISERS, APPROVAL OF HEARINGS AND
APPROVAL OF SALES AND BRIEF IN SUPPORT OF COMPLAINT
FOR DECLARATORY RELIEF WITH RESPECT TO PARC AT
WINDMILL FARMS AND BELLWETHER RIDGE

1.    My name is Brad Kyles, I am over the age of twenty-one (21), have never been convicted of a felony or a crime involving moral turpitude, and am fully competent to testify in all respects. My address is 2772 Links, The Colony, TX 75056, and my date of birth is 4-30-60. I have personal knowledge of all facts set forth herein. I testify under the penalty of perjury that all facts herein are true and correct.

**Overview**

2.    I have over twenty-five (25) years of professional real estate experience. Prior to joining Pillar Income Asset Management ("Pillar"), I was the Founder and President of Allcoast Financial Services, LLC, a company providing nationwide property preservation and REO repair services for major lenders and holding companies. Before that, I was the Senior Portfolio Manager with JPI Partners, a real estate development company. In that role, I managed their

Declaration of Brad Kyles                                          Page 1 of 4

Student Living division. I have also held earlier positions where I oversaw a large property portfolio of multi-family assets.

3.    I am currently Executive Vice President of Residential Operations for Pillar. I oversee all property and asset management activities along with the operating performance of the multi-family portfolio of properties. This consists of over 100 apartment complexes located across 14 states. Parc at Windmill Farms and Bellwether Ridge ("Bellwether") are included in this portfolio.

**Parc at Windmill Farms**

4.    Parc at Windmill Farms is a multifamily residential property located in Forney, Texas. In my role, I routinely interact with Sunchase American ("Sunchase"). Sunchase is a property management group. Sunchase manages Parc at Windmill Farms. In my communications with Sunchase, I, on behalf of Pillar, provide direction to Sunchase regarding the management of Parc at Windmill Farms. No other person or entity, aside from Southern Properties Capital, Ltd. ("SPC") through Pillar, gives direction to Sunchase regarding Parc at Windmill Farms.

5.    Pillar, through SPC, also provides funding to Sunchase to operate and manage Parc at Windmill Farms. The majority of the funds that Sunchase uses to operate and manage Parc at Windmill Farms are derived from rents and security deposits collected from tenants. No money from Timothy Barton ("Barton") has been used to operate and manage Parc at Windmill Farms.

6.    Because Pillar, through SPC, gives direction and funding to Sunchase for Parc at Windmill Farms, Barton does not provide any direction or funding regarding Parc at Windmill Farms. Only Pillar provides direction regarding Parc at Windmill Farms. To this point, all funds for Parc at Windmill Farms come from one of three different sources: (1) SPC, through Pillar, (2)

rents or security deposits collected from tenants, or (3) while being constructed and during lease-up, from construction loan proceeds.

7.      To my knowledge, the funding Pillar, through SPC, has sent to Sunchase for Parc at Windmill Farms has not included any money from Barton, Barton-related entities, or Barton investors.

**Bellwether**

8.      Bellwether is a multifamily residential property located in Desoto, Texas. It consists of 150 multifamily units. In my role, I routinely interact with SunRidge Management Group ("SunRidge"). SunRidge is a property management group. SunRidge manages Bellwether. In my communications with SunRidge, I, on behalf of Pillar, provide direction to SunRidge regarding the management of Bellwether. No other person or entity, aside from SPC through Pillar, gives direction to SunRidge regarding Bellwether.

9.      Pillar, through SPC, also provides funds to SunRidge to operate and manage Bellwether. The majority of the funds that SunRidge uses to operate and manage Bellwether are derived from rents and security deposits collected from tenants. No money from Barton has been used to operate Bellwether.

10.     Because Pillar, through SPC, gives direction and funding to SunRidge for Bellwether, Barton does not provide any direction or funding regarding Bellwether. Only Pillar provides direction regarding Bellwether. To this point, all funds for Bellwether come from one of three different sources: (1) SPC, through Pillar, (2) rents or security deposits collected from tenants, or (3) while being constructed and during lease-up, from construction loan proceeds.

11.     To my knowledge, the funding Pillar, through SPC, has sent to SunRidge for Bellwether has not included any money from Barton, Barton-related entities, or Barton investors.

Declaration of Brad Kyles                                                    Page 3 of 4

App. 948

I declare under penalty of perjury that the foregoing is true and correct.

BRAD KYLES

# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| Plaintiff, | § | |
| v. | § § | CASE NO. 3:22-cv-2118-X |
| TIMOTHY BARTON ET AL., | § § § | |
| Defendants, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| Relief Defendants. | § § | |

## DECLARATION OF DON PHILLIPS

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF DALLAS | § |

1.    "My name is Don Phillips. I am over the age of twenty-one (21), have never been convicted of a felony or a crime involving moral turpitude, and am fully competent to testify in all respects. I have personal knowledge of all facts set forth herein.

2.    I am Vice-President, Construction, for Pillar Income Asset Management, Inc. ("Pillar") located at 1603 Lyndon B Johnson Freeway #800, Dallas, TX 75234. Pillar is a management company for Transcontinental Realty Investors, Inc., ("TCI") and American Realty Investors, Inc. ("ARI"), which are national real estate companies publicly traded on the New York Stock Exchange that specialize in the acquisition, development, and management of multifamily and commercial real estate. TCI is the 100% owner of Southern Properties Capital, Ltd. ("SPC"). When TCI and SPC are stated to perform functions, in most situations Pillar is the manager

carrying out the functions pursuant to a publicly filed and disclosed Advisory and Cash Management Agreement.

3.      I have held the position of Vice-President, Construction at Pillar since June 1, 1992.

4.      SPC was intimately involved in development of the properties known as Parc at Windmill Farms, Parc at Ingleside, Bellwether Ridge, and Parc at Opelika (together, the "Properties"). Throughout the development process, I have been involved in my capacity as representative of SPC, and carried out the majority of the owner's responsibilities in the construction of the Properties.

5.      My role as owner representative is reflected in the documents evidencing the construction and development process of the Properties. I and/or my employees either attended or were invited to attend each Project Progress Meeting for the Properties as a representative of Pillar. I attended these Meetings in the role of Owner.

6.      For example, on the Windmill Farms project, I was listed as "Owner" on the Project Progress Meeting Agenda, and two of my employees was listed as "Owner's rep" (Sarah Franco, Pillar Project Manager and Bob Brock, Pillar Project Manager). Attached to this Declaration as **Exhibit 1** are true and correct copies of the first pages of the first four Project Progress Meeting Agenda for Windmill Farms. They reflect:

| ATTENDEES: | Company: |
|---|---|
| • Gerald Hines | HUD Inspector |
| • Jaron Daily | BGO Architects |
| • Kristofer Spurgin | BGO Architects |
| • Sarah Franco | Owner's rep |
| • Don Phillips | Owner |
| • Timothy Barton | Developer |
| • Ron Wood | Developer Rep. |
| • Andre Nicholas | NE Construction, LLP. |
| • Michael White | NE Construction, LLP. |
| • JR Carey | NE Construction, LLP. |

Declaration of Don Phillips                                             Page 2 of 4
(45368v2)

App. 612

7.    Also, by way of example, attached to this Declaration as **Exhibit 2** are true and correct copies of the first pages of eleven Project Progress Meeting Agenda for Bellwether Ridge. I am listed for Pillar, and my employee, Mecca Smith Bey, Pillar Assistant Construction Manager, is listed as "Owner Rep" as follows:

| ATTENDEES | Company: |
|---|---|
| • Andre Nicholas | N.E. Construction |
| • Mel Walles | N.E. Construction |
| • Thomas Persinger | N.E. Construction |
| • Chris Martino | BGO Architects |
| • Carlos Melendez | BGO Architects |
| • Michael Mathews | Cynergy Development Advisors |
| • Timothy Barton | D4DS LLC / JMJ Development |
| • Don Phillips | Pillar Income |
| • Bob Brock | Pillar Income |
| • Mecca | Owners Rep |
| • Gerald Hines | Hud Inspector |
| • Scott Marsolok | JMJ Development |

8.    Barton often did not attend the Project Progress Meetings. I was in attendance for the majority, acting in the capacity of owner representative.

9.    I was also a frequent point of contact for the parties involved in the construction of the Properties, in the role of owner representative.

10.    For example, on the Ingleside project, I received emails from developer JMJ Development, LLC that requested my approval for change orders, and from contractor Axia requesting that requested that I participate in Owner draw reviews. Attached to this Declaration as **Exhibit 3** are true and correct copies of emails to me on the Ingleside project.

11.    Also, by way of example, on the Opelika project, I received emails from developer JMJ Development, LLC that requested my approval for change orders. I received requests from contractors for approval of change orders as well, including an invoice sent to me from a subcontractor requesting payment of an invoice for change order work. Attached to this Declaration as **Exhibit 4** are true and correct copies of emails to me on the Opelika project.

Declaration of Don Phillips
(45368v2)

Page 3 of 4

12.     I am a custodian of records for Pillar and am responsible for ensuring that Pillar maintains accurate and complete records of its regularly conducted activities. The exhibits attached hereto were made at or near the time of the events referenced in each exhibit by, or from information transmitted by, someone with knowledge of the facts; were kept by Pillar in the course of regularly conducted activity and were made as part of the regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct."

FURTHER AFFIANT SAYETH NOT

Executed in Dallas County, State of Texas, on the 30th of May, 2023.

DON PHILLIPS

Declaration of Don Phillips
(45368v2)

Page 4 of 4

# EXHIBIT E-1

# N═ CONSTRUCTION

a Texas Limited Liability Partnership

**Parc at Windmill Farms**
**Project Progress Meeting No. 1**
**Meeting Date: 01-08-2018**
**Agenda**

## PROJECT AT A GLANCE:

| | | | |
|---|---|---|---|
| • Start date: | 12-14-2017 | Total Weather Days | 7 |
| • Completion date: | 10-13-2019 | Time Impacted Weather days | 0 |
| • Original Days to complete: | 669 | Time Impacted not submitted | 0 |
| • Added days: | 00 | Submitted time impact: | 0 |
| • Total days to complete: | 669 | City delay | 0 |
| • Revised Completion date: | N/A | | |
| • Elapsed time: | 26 days | | |
| • Remaining time: | 643 days | | |
| • Original contract amount: | $31,090,523.00 | | |
| • Approved change orders amount: | $0.00 | | |
| • Open change proposals: | $0.00 | | |
| • Revised contract amount: | $0.00 | | |
| • Approved payments to date: | $0.00 | | |
| • Percent of Construction to date | 0.64 % | | |

| ATTENDEES: | Company: | In attendance: |
|---|---|---|
| • Gerald Hines | HUD Inspector | |
| • Jaron Daily | BGO Architects | |
| • Kristofer Spurgin | BGO Architects | |
| • Sarah Franco | Owner's rep | |
| • Don Phillips | Owner | |
| • Timothy Barton | Developer | |
| • Ron Wood | Developer Rep. | |
| • Andre Nicholas | NE Construction, LLP. | |
| • Michael White | NE Construction, LLP. | |
| • JR Carey | NE Construction, LLP. | |

## AGENDA

### 1- OLD Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| | | | | |

### 2- New Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 1.1 | Issued for construction drawings (civil changes forthcoming) | chris | | |
| 1.2 | existing Irrigation /Trees / | | | |

App. 616

Page 1 of 2



**a Texas Limited Liability Partnership**

**Parc at Windmill Farms**
**Project Progress Meeting No. 2**
**Meeting Date: 02-12-2018**
**Agenda**

## PROJECT AT A GLANCE:

| | | | |
|---|---|---|---|
| • Start date: | 12-14-2017 | Total Weather Days | 15 |
| • Completion date: | 10-13-2019 | Time Impacted Weather days | 0 |
| • Original Days to complete: | 669 | Time Impacted not submitted | 0 |
| • Added days: | 00 | Submitted time impact: | 0 |
| • Total days to complete: | 669 | City delay | 0 |
| • Revised Completion date: | N/A | | |
| • Elapsed time: | 61 days | | |
| • Remaining time: | 643 days | | |
| • Original contract amount: | $31,090,523.00 | | |
| • Approved change orders amount: | $0.00 | | |
| • Open change proposals: | $0.00 | | |
| • Revised contract amount: | $0.00 | | |
| • Approved payments to date: | $178,195.00 | | |
| • Percent of Construction to date | 1.28% | | |

| ATTENDEES: | Company: | In attendance: |
|---|---|---|
| • Gerald Hines | HUD Inspector | |
| • Jaron Daily | BGO Architects | |
| • Kristofer Spurgin | BGO Architects | |
| • Sarah Franco | Owner's rep | |
| • Don Phillips | Owner | |
| • Timothy Barton | Developer | |
| • Ron Wood | Developer Rep. | |
| • Andre Nicholas | NE Construction, LLP. | |
| • Michael White | NE Construction, LLP. | |
| • JR Carey | NE Construction, LLP. | |

## AGENDA

### 1- OLD Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 1.1 | Issued for construction drawings (civil changes forthcoming) | BGO | Open | |

### 2- New Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 2.1 | Final civil drawings reviewed by city and released for construction | BGO/ Stantec | | |

App. 617



**Parc at Windmill Farms**
**Project Progress Meeting No. 3**
**Meeting Date: 03-12-2018**
**Agenda**

**PROJECT AT A GLANCE:**

| | | | |
|---|---|---|---|
| • Start date: | 12-14-2017 | Total Weather Days | 31 |
| • Completion date: | 10-13-2019 | Time Impacted Weather days | 2 |
| • Original Days to complete: | 669 | Time Impacted not submitted | 0 |
| • Added days: | 00 | Submitted time impact: | 0 |
| • Total days to complete: | 669 | City delay | 0 |
| • Revised Completion date: | N/A | | |
| • Elapsed time: | 89 days | | |
| • Remaining time: | 580 days | | |
| • Original contract amount: | $31,090,523.00 | | |
| • Approved change orders amount: | $0.00 | | |
| • Open change proposals: | $0.00 | | |
| • Revised contract amount: | $0.00 | | |
| • Approved payments to date: | $ 357,941.00 | | |
| • Percent of Construction to date | 1.73% | | |

*- Anthony Wilson - New P.M.*

| ATTENDEES: | Company: | In attendance: |
|---|---|---|
| Gerald Hines | HUD Inspector | |
| Jaron Daily | BGO Architects | |
| Kristofer Spurgin | BGO Architects | |
| Chris Martino | BGO Architects | |
| Bob Brock | Owner's rep | |
| Don Phillips | Owner | |
| Ron Wood | Developer | |
| Timothy Barton | Developer Rep. | |
| Andre Nicholas | NE Construction, LLP. | |
| Michael White | NE Construction, LLP. | |
| J.R. Carey | NE Construction, LLP. | |
| *Tony Wilson* | NE Construction, LLP | |

**AGENDA**

**1- OLD Business:**

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 1.1 | Issued for construction drawings (civil changes forthcoming) 2-12-18 Work list of outstanding civil design issues | BGO/ JMJ | Open | |
| 2.1 | Final civil drawings reviewed by city and released for construction | BGO/ Stantec | | |
| 2.2 | Site electrical distribution design. 2-12-18 JMJ and Jordan Skala to coordinate with Randy Voight from ONCOR | JMJ/ Jordan Skala | Open | |
| 2.3 | Jones Carter review comments and design changes to Windmill Farms Boulevard layout | ? | *closed?* | |

App. 618



a Texas Limited Liability Partnership

**Parc at Windmill Farms**
**Project Progress Meeting No. 4**
**Meeting Date: 04-09-2018**
**Agenda**

## PROJECT AT A GLANCE:

| | | | |
|---|---|---|---|
| • Start date: | 12-14-2017 | Total Weather Days | 73 |
| • Completion date: | 10-13-2019 (pending) | Time Impacted Weather days | 41 |
| • Original Days to complete: | 669 | Time Impacted not submitted | 0 |
| • Added days: | 00 | Submitted time impact: | 66 |
| • Total days to complete: | 669 | City delay | 30 |
| • Revised Completion date: | N/A | | |
| • Elapsed time: | 117 days | | |
| • Remaining time: | 552 days | | |
| • Original contract amount: | $31,090,523.00 | | |
| • Approved change orders amount: | $0.00 | | |
| • Open change proposals: | $0.00 | | |
| • Revised contract amount: | $0.00 | | |
| • Approved payments to date: | $ 485,404.00 | | |
| • Percent of Construction to date | 2.38% | | |

| ATTENDEES: | Company: | In attendance: |
|---|---|---|
| Gerald Hines | HUD Inspector | |
| Jaron Daily | BGO Architects | |
| Kristofer Spurgin | BGO Architects | |
| Chris Martino | BGO Architects | |
| Bob Brock | Owner's rep | |
| Don Phillips | Owner | |
| Ron Wood | Developer | |
| Timothy Barton | Developer Rep. | |
| Andre Nicholas | NE Construction, LLP. | |
| Michael White | NE Construction, LLP. | |
| Anthony Wilson | NE Construction, LLP. | |
| J.R. Carey | NE Construction, LLP | |

## AGENDA

### 1- OLD Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 1.1 | Issued for construction drawings (civil changes forthcoming) 2-12-18 Work list of outstanding civil design issues. 3-12-18- Civil engineer to submit final revisions to Jones Carter for comments today. | BGO/ JMJ | Closed | 3/23/18 |
| 2.1 | Final civil drawings reviewed by city and released for construction. 3-16-18 Stantec staff hand delivered final, Jones Carter reviewed, plans to city engineer Richard Dormier. Robert Jebavy indicated that the plan review would be complete by the end of the week (3-24-18). | BGO/ Stantec | Closed | 3-24-18 |

App. 619

# EXHIBIT E-2

# NE CONSTRUCTION, LLP

**Bellwether Ridge**
**Project Progress Meeting No. 13**
**Meeting Date:**        1 1 . 0 5 . 2 0 1 8
**Meeting 13**

## PROJECT AT A GLANCE

| | | | |
|---|---|---|---|
| • Start date: | 10.26-2017 | Total Weather Days | 84 |
| • Completion date: | 02-25-2019 | Time Impacted Weather days | 24 |
| • Original Days to complete: | 488 Days' | Time Impacted Not Submitted | 4(civil) |
| • Added Days: | 205 Days | Weather delays | 20 |
| • Total Days to complete | 693 Days | Civil Delays | 185 |
| • Revised Completion Date | 09-18-19 | | |
| • Elapsed time: | 375 Days | | |
| • Remaining time: | 318 Days | | |
| • Original contract amount: | $ 16,398,479.00 | | |
| • Approved change orders amount: | $ 000,000.00 | | |
| • Open change proposals | $ 0.00 | | |
| • Revised contract amount: | $00,000,000.00 | | |
| • Approved payments to date: | $7,333,419.00 | | |
| • Percent of Construction to date: | 58.34%. | | |

### ATTENDEES

| | Company: | In attendance. |
|---|---|---|
| • Andre Nicholas | N.E. Construction | Yes |
| • Mel Waites | N.E. Construction | Yes |
| • Thomas Persinger | N.E. Construction | Yes |
| • Chris Martino | BGO Architects | Yes |
| • Carlos Melendez | BGO Architects | Yes |
| • Michael Mathews | Cynergy Development Advisors | Yes |
| • Timothy Barton | D4DS LLC / JMJ Development | No |
| • Don Phillips | Pillar Income | Yes |
| • Bob Brock | Pillar Income | Yes |
| • Mecca | Owners Rep | Yes |
| • Gerald Hines | Hud Inspector | Yes |

12/10  1/14  2/11

## Agenda
## 1-  OLD Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 12.1 | Shop Drawings sent to BGO for review on cables for garages | JJ BGO | Closed | 10-10-18 |
| 12.2 | Pool samples given to Pillar Income for review need to provide set to choose from | Pillar | Closed closed. | 10-10-18 |
| 12.3 | General cleanup of entire site | NE | Open | 11-5-18 |
| 12.3 | 6x6 waterline tile needs standard selection to pillar income need chipped edge on coping not rounded | NE | Closed | 10-11-18 |
| 12.4 | Clubhouse doors need swapped out | NE | Open | |
| 12.5 | Time Extension Change order 20 days weather 185 days Civil | BGO | Open closed | 11-5-18 |

App. 621

# NE CONSTRUCTION, LLP

**Bellwether Ridge**
**Project Progress Meeting No. 14**
**Meeting Date:       1 2 . 1 0 . 2 0 1 8**
**Meeting 13**

### PROJECT AT A GLANCE

| | | | |
|---|---|---|---|
| • Start date: | 10.26-2017 | Total Weather Days | 84 |
| • Completion date: | 02-25-2019 | Time Impacted Weather days | 24 |
| • Original Days to complete: | 488 Days' | Time Impacted Not Submitted | 4(civil) |
| • Added Days: | 205 Days | Weather delays | 20 |
| • Total Days to complete | 693 Days | Civil Delays | 185 |
| • Revised Completion Date | 09-18-19 | | |
| • Elapsed time: | 411 Days | | |
| • Remaining time: | 282 Days | | |
| • Original contract amount: | $ 16.398.479.00 | | |
| • Approved change orders amount: | $ 000.000.00 | | |
| • Open change proposals | $ 0.00 | | |
| • Revised contract amount: | $00.000.000.00 | | |
| • Approved payments to date: | $8.467.555.00 | | |
| • Percent of Construction to date: | 66.76%. | | |

### ATTENDEES

| | Company: | In attendance. |
|---|---|---|
| • Andre Nicholas | N.E. Construction | Yes |
| • Mel Waites | N.E. Construction | Yes |
| • Thomas Persinger | N.E. Construction | Yes |
| • Chris Martino | BGO Architects | Yes |
| • Carlos Melendez | BGO Architects | Yes |
| • Michael Mathews | Cynergy Development Advisors | Yes |
| • Timothy Barton | D4DS LLC / JMJ Development | No |
| • Don Phillips | Pillar Income | Yes |
| • Bob Brock | Pillar Income | Yes |
| • Mecca | Owners Rep | Yes |
| • Gerald Hines | Hud Inspector | Yes |

### Agenda
1- OLD Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 12.1 | Shop Drawings sent to BGO for review on cables for garages | JJ BGO | Closed | 10-10-18 |
| 12.4 | Clubhouse doors need swapped out  *19th trim - No Date for door* | NE | Open | |
| 12.5 | Time Extension Change order 20 days weather 185 days Civil | BGO | Close | 11-5-18 |
| 13.2 | Color for Plank Intrigue Same as Ennis | BGO | Closed | 11-5-18 |
| 13.3 | No Back splash wall tile | BGO | Closed | 11-5-18 |
| 13.4 | Leave the bubblers in pool deck | BGO | Closed | 11-5-18 |
| | | | | |

2-New Business:

App. 622

# NE CONSTRUCTION, LLP

**Bellwether Ridge**
**Project Progress Meeting No. 15**
**Meeting Date:        0 1 . 1 4 . 2 0 1 9**

## PROJECT AT A GLANCE

| | | | |
|---|---|---|---|
| • Start date: | 10.26-2017 | Total Weather Days | 84 |
| • Completion date: | 02-25-2019 | Time Impacted Weather days | 24 |
| • Original Days to complete: | 488 Days' | Time Impacted Not Submitted | 4(civil) |
| • Added Days: | 205 Days | Weather delays | 20 |
| • Total Days to complete | 693 Days | Civil Delays | 185 |
| • Revised Completion Date | 09-18-19 | | |
| • Elapsed time: | 455 Days | | |
| • Remaining time: | 238 Days | | |
| • Original contract amount: | $ 16,398,479.00 | | |
| • Approved change orders amount: | $ 000,000.00 | | |
| • Open change proposals | $ 121,200.14 | | |
| • Revised contract amount: | $00,000,000.00 | | |
| • Approved payments to date: | $9,689,822.00 | | |
| • Percent of Construction to date: | 73.97%. | | |

## ATTENDEES

| | Company: | In attendance. |
|---|---|---|
| • Andre Nicholas | N.E. Construction | Yes |
| • Mel Waites | N.E. Construction | No |
| • Thomas Persinger | N.E. Construction | Yes |
| • Chris Martino | BGO Architects | Yes |
| • Carlos Melendez | BGO Architects | Yes |
| • Michael Mathews | Cynergy Development Advisors | No |
| • Timothy Barton | D4DS LLC / JMJ Development | No |
| • Don Phillips | Pillar Income | Yes |
| • Bob Brock | Pillar Income | Yes |
| • Mecca | Owners Rep | Yes |
| • Gerald Hines | Hud Inspector | Yes |
| • Scott Marsolek | JMJ Development | Yes |

## Agenda
## 1- OLD Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 12.4 | Clubhouse doors need swapped out | NE | Open | |
| 14.1 | Concrete Break low at 28 days at garages Connect will issue letter that foundation is acceptable Have not received letter to cut the cables email sent back out 1-9-19 | BGO/NE | Open | |
| 14.2 | Site walk of buildings 9,8,7 lumber is discolored but acceptable Moisture content of trusses will be monitored by NE. BFS (Truss Manufacture) will issue letter by end of week. Any Damaged trusses will be repaired per Truss Manufactures and paper work attached. Received email from Truss Manufacture | BGO/NE/BFS | Closed | 12-14-2018 |
| 14.3 | Change order log submitted to JMJ and Pillar for approval for NE to submit | JMJ | Open | |
| | | | | |

## 2-New Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|

App. 623

Page 1 of 2

# NE CONSTRUCTION, LLP

**Bellwether Ridge**
**Project Progress Meeting No. 16**
**Meeting Date:    02.11.2019**

## PROJECT AT A GLANCE

| | | | |
|---|---|---|---|
| • Start date: | 10.26-2017 | Total Weather Days | 84 |
| • Completion date: | 02-25-2019 | Time Impacted Weather days | 24 |
| • Original Days to complete: | 488 Days' | Time Impacted Not Submitted | 4(civil) |
| • Added Days: | 205 Days | Weather delays | 20 |
| • Total Days to complete | 693 Days | Civil Delays | 185 |
| • Revised Completion Date | 09-18-19 | | |
| • Elapsed time: | 473 Days | | |
| • Remaining time: | 220 Days | | |
| • Original contract amount: | $ 16,398,479.00 | | |
| • Approved change orders amount: | $ 000,000.00 | | |
| • Open change proposals | $ 121,200.14 | | |
| • Revised contract amount: | $00,000,000.00 | | |
| • Approved payments to date: | $11,274,932.00 | | |
| • Percent of Construction to date: | 82.17%. | | |

## ATTENDEES

| | Company: | In attendance. |
|---|---|---|
| • Andre Nicholas | N.E. Construction | Yes |
| • Mel Waites | N.E. Construction | Yes |
| • Thomas Persinger | N.E. Construction | Yes |
| • Chris Marlino | BGO Architects | Yes |
| • Carlos Melendez | BGO Architects | Yes |
| • Michael Mathews | Cynergy Development Advisors | No |
| • Timothy Barton | D4DS LLC / JMJ Development | No |
| • Don Phillips | Pillar Income | Yes |
| • Bob Brock | Pillar Income | Yes |
| • Mecca | Owners Rep | Yes |
| • Gerald Hines | Hud Inspector | Yes |
| • Scott Marsolek | JMJ Development | Yes |

## Agenda

### 1- OLD Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 12.4 | Clubhouse doors need swapped out—update glass scheduled to be in this week and installed | NE | Open | |
| 14.3 | Change order log submitted to JMJ and Pillar for approval for NE to submit | JMJ | Open | |
| 15.1 | Review installation of cabinets above Refrigerators in units | NE | Open | |
| 15.2 | Place Frosted film on bathroom Windows in Clubhouse | NE | Open | |
| | | | | |

### 2-New Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 16.1 | Trellis and grills at trash compactor | NE | Open | |

App. 624

# NE CONSTRUCTION, LLP

**Bellwether Ridge**
**Project Progress Meeting No. 17**
**Meeting Date:        0 3 . 1 1 . 2 0 1 9**

## PROJECT AT A GLANCE

| | | | |
|---|---|---|---|
| • Start date: | 10.26-2017 | Total Weather Days | 84 |
| • Completion date: | 02-25-2019 | Time Impacted Weather days | 24 |
| • Original Days to complete: | 488 Days' | Time Impacted Not Submitted | 4(civil) |
| • Added Days: | 205 Days | Weather delays | 20 |
| • Total Days to complete | 693 Days | Civil Delays | 185 |
| • Revised Completion Date | 09-18-19 | | |
| • Elapsed time: | 501 473 Days | | |
| • Remaining time: | 192 220 Days | | |
| • Original contract amount: | $ 16,398,479.00 | | |
| • Approved change orders amount: | $ 121,200.14 | | |
| • Open change proposals | $ 000,000.00 | | |
| • Revised contract amount: | $16,619,679.14 | | |
| • Approved payments to date: | $12,921,337.00 | | |
| • Percent of Construction to date: | 88.01%. | | |

*Next Draw Meeting.*

| ATTENDEES | Company: | In attendance. |
|---|---|---|
| • Andre Nicholas | N.E. Construction | Yes |
| • Mel Waites | N.E. Construction | Yes |
| • Thomas Persinger | N.E. Construction | Yes |
| • Chris Martino | BGO Architects | Yes |
| • Carlos Melendez | BGO Architects | Yes |
| • Michael Mathews | Cynergy Development Advisors | No |
| • Timothy Barton | D4DS LLC / JMJ Development | No |
| • Don Phillips | Pillar Income | Yes |
| • Bob Brock | Pillar Income | Yes |
| • Mecca | Owners Rep | Yes |
| • Gerald Hines | Hud Inspector | Yes |
| • Scott Marsolek | JMJ Development | Yes |

## Agenda
### 1- OLD Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 12.4 | Clubhouse doors need swapped out—update One glass piece missing from mail room door | NE *one Piece M·Glass door* | Open | |
| 14.3 | Change order log submitted to JMJ and Pillar for approval for NE to submit | JMJ | Closed- *Open* | |
| 15.1 | Review installation of cabinets above Refrigerators in units | NE | Closed | |
| 15.2 | Place Frosted film on bathroom Windows in Clubhouse | NE | Closed | |
| 16.1 | Trellis and grills at trash compactor Up-date to be installed at dog park, area *Move to dog park* | | Closed | |

### 2-New Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 17.1 | **Color selections of playground equipment furniture** | **NE** | **Open** | |

App. 625

# NE CONSTRUCTION, LLP

**Bellwether Ridge**
**Project Progress Meeting No. 18**
**Meeting Date:       04.08.2019**

## PROJECT AT A GLANCE

| | | | |
|---|---|---|---|
| • Start date: | 10.26-2017 | Total Weather Days | 84 |
| • Completion date: | 02-25-2019 | Time Impacted Weather days | 24 |
| • Original Days to complete: | 488 Days' | Time Impacted Not Submitted | 4(civil) |
| • Added Days: | 205 Days | Weather delays | 20 |
| • Total Days to complete | 693 Days | Civil Delays | 185 |
| • Revised Completion Date | 09-18-19 | | |
| • Elapsed time: | 529 Days | | |
| • Remaining time: | 164 Days | | |
| • Original contract amount: | $ 16,398,479.00 | | |
| • Approved change orders amount: | $ 138,878.14 | | |
| • Open change proposals | $ 000,000.00 | | |
| • Revised contract amount: | $16,537,357.14 | | |
| • Approved payments to date: | $12,924,337.00 — 13,828,309. | | |
| • Percent of Construction to date: | %. | | |



## ATTENDEES

| | Company: | In attendance. |
|---|---|---|
| • Andre Nicholas | N.E. Construction | Yes |
| • Mel Waltes | N.E. Construction | Yes |
| • Thomas Persinger | N.E. Construction | Yes |
| • Chris Martino | BGO Architects | Yes |
| • Carlos Melendez | BGO Architects | Yes |
| • Michael Mathews | Cynergy Development Advisors | No |
| • Timothy Barton | D4DS LLC / JMJ Development | No |
| • Don Phillips | Pillar Income | Yes |
| • Bob Brock | Pillar Income | Yes |
| • Mecca | Owners Rep | Yes |
| • Gerald Hines | Hud Inspector | Yes |
| • Scott Marsolek | JMJ Development | Yes |

## Agenda
1- **OLD Business:**

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 12.4 | Clubhouse doors need swapped out—update One glass piece missing from mail room door | NE | Closed | |
| 14.3 | Change order log submitted to JMJ and Pillar for approval for NE to submit | JMJ | Open Closed | change order owe |
| 16.1 | Trellis and grills at trash compactor up-date to be installed at dog park area | | closed | |
| 17.1 | Color selections of furniture Selected burgundy for benches and legacy gray for the frame colors | | closed | |
| 17.2 | Selected colors for playground equipment | Pillar | Closed | |
| 17.3 | Layout of trellis and pool equipment room | Pillar/NE | Closed | |
| 17.4 | Bollard light sent to Pillar is acceptable for installation | NE/Pillar | Closed | |

## 2-New Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| | | | | |

App. 626

---

Page 1 of 2

# NE CONSTRUCTION, LLP

**Bellwether Ridge**
**Project Progress Meeting No. 19**
**Meeting Date:        05.06.2019**

## PROJECT AT A GLANCE

| | | | |
|---|---|---|---|
| • Start date: | 10.26-2017 | Total Weather Days | 84 |
| • Completion date: | 02-25-2019 | Time Impacted Weather days | 24 |
| • Original Days to complete: | 488 Days' | Time Impacted Not Submitted | 4(civil) |
| • Added Days: | 205 Days | Weather delays | 20 |
| • Total Days to complete | 693 Days | Civil Delays | 185 |
| • Revised Completion Date | 09-18-19 | | |
| • Elapsed time: | 558 Days | | |
| • Remaining time: | 135 Days | b | |
| • Original contract amount: | $ 16,398,479.00 | | |
| • Approved change orders amount: | $ 138,878.14 | | |
| • Open change proposals | $ 30,653.45 | | |
| • Revised contract amount: | $16,537,357.14 | | |
| • Approved payments to date: | $            .00 *14,315,468.00* | | |
| • Percent of Construction to date: | *73.77* %. | | |

| ATTENDEES | Company: | In attendance. |
|---|---|---|
| • Andre Nicholas | N.E. Construction | Yes |
| • Mel Waites | N.E. Construction | Yes |
| • Thomas Persinger | N.E. Construction | Yes |
| • Chris Martino | BGO Architects | No |
| • Carlos Melendez | BGO Architects | Yes |
| • Michael Mathews | Cynergy Development Advisors | No |
| • Timothy Barton | D4DS LLC / JMJ Development | No |
| • Don Phillips | Pillar Income | Yes |
| • Bob Brock | Pillar Income | Yes |
| • Mecca | Owners Rep | Yes |
| • Gerald Hines | Hud Inspector | Yes |
| • Scott Marsolek | JMJ Development | Yes |

## Agenda
## 1- OLD Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 18.1 | Owners walk building #1 set for Thursday 8 am. | NE/Pillar | Closed | |
| 18.2 | Called in for inspection for Clubhouse 4-18-2019—Passed | NE | Closed | |
| 18.3 | Gate between property ---Work with Pillar on installation | NE | Closed | |
| 18.4 | Contact Oncor reference the meter at the trash compactor to be removed—Update meter has been removed Demo to start | | | |
| 18.5 | Furniture for clubhouse this week | NE | Closed | |
| 18.6 | Clean the mulch from the area drains north side building #3 | NE | Open | |
| | | | | |

## 2-New Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| | | | | |

App. 627

# NE CONSTRUCTION, LLP

**Bellwether Ridge**
**Project Progress Meeting No. 21**
**Meeting Date:       07.08.2019**

## PROJECT AT A GLANCE

| | | | |
|---|---|---|---|
| • Start date: | 10.26-2017 | Total Weather Days | 84 |
| • Completion date: | 02-25-2019 | Time Impacted Weather days | 24 |
| • Original Days to complete: | 488 Days' | Time Impacted Not Submitted | 4(civil) |
| • Added Days: | 205 Days | Weather delays | 20 |
| • Total Days to complete | 693 Days | Civil Delays | 185 |
| • Revised Completion Date | 09-18-19 | | |
| • Elapsed time: | 586 Days | | |
| • Remaining time: | 107 Days | | |
| • Original contract amount: | $ 16,398,479.00 | | |
| • Approved change orders amount: | $     177,768.59 | | |
| • Open change proposals | $         0.00 | | |
| • Revised contract amount: | $ 16,567,620.59 | | |
| • Approved payments to date: | $ 15,034,357.00 | | |
| • Percent of Construction to date: | 97.5%. | | |

## ATTENDEES

| | Company: | In attendance. |
|---|---|---|
| • Andre Nicholas | N.E. Construction | Yes |
| • Mel Waites | N.E. Construction | Yes |
| • Thomas Persinger | N.E. Construction | No |
| • Chris Martino | BGO Architects | Yes |
| • Carlos Melendez | BGO Architects | Yes |
| • Michael Mathews | Cynergy Development Advisors | No |
| • Timothy Barton | D4DS LLC / JMJ Development | No |
| • Don Phillips | Pillar Income | Yes |
| • Bob Brock | Pillar Income | Yes |
| • Mecca | Owners Rep | Yes |
| • Gerald Hines | Hud Inspector | Yes |
| • Scott Marsolek | JMJ Development | Yes |

## Agenda

1-  OLD Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 19.4 | TAS Report needs to come from Architect to Don and Bob for Review. | BGO | Closed | |
| 19.5 | Building 2 rub the concrete and install the railings at ramp | NE | Closed | |
| 19.6 | Building 8 and 9 clean up | NE | closed | |
| 19.7 | Install splash blocks and fill the holes no bushes in front of down spouts stake the trees | NE | On going | |
| 20.1 | Access for building #7 fencing set up TBD | NE | Open Closed | |
| 20.2 | Walk building #3 sidewalks at north end | NE/Pillar | open Done | |
| 20.3 | Fix the condensing pad at building #4 | NE | closed | |
| 20.4 | Building #2 siding repairs | NE | Open | |
| | | | | |

App. 628

# NE CONSTRUCTION, LLP

**Bellwether Ridge**
**Project Progress Meeting No. 22**
**Meeting Date:        08.05.2019**

## PROJECT AT A GLANCE

| | | | |
|---|---|---|---|
| • Start date: | 10.26-2017 | Total Weather Days | 84 |
| • Completion date: | 02-25-2019 | Time Impacted Weather days | 24 |
| • Original Days to complete: | 488 Days' | Time Impacted Not Submitted | 4(civil) |
| • Added Days: | 205 Days | Weather delays | 20 |
| • Total Days to complete | 693 Days | Civil Delays | 185 |
| • Revised Completion Date | 09-18-19 | | |
| • Elapsed time: | 586 Days | | |
| • Remaining time: | 107 Days | | |
| • Original contract amount: | $ 16.398.479.00 | | |
| • Approved change orders amount: | $     177.768.59 | | |
| • Open change proposals | $          0.00 | | |
| • Revised contract amount: | $ 16.567.620.59 | | |
| • Approved payments to date: | $  16,338. | | |
| • Percent of Construction to date: | %. | | |

## ATTENDEES

| ATTENDEES | Company: | In attendance. |
|---|---|---|
| • Andre Nicholas | N.E. Construction | Yes |
| • Mel Waites | N.E. Construction | Yes |
| • Thomas Persinger | N.E. Construction | No |
| • Chris Martino | BGO Architects | Yes |
| • Carlos Melendez | BGO Architects | Yes |
| • Michael Mathews | Cynergy Development Advisors | No |
| • Timothy Barton | D4DS LLC / JMJ Development | No |
| • Don Phillips | Pillar Income | Yes |
| • Bob Brock | Pillar Income | Yes |
| • Mecca | Owners Rep | Yes |
| • Gerald Hines | Hud Inspector | Yes |
| • Scott Marsolek | JMJ Development | Yes |

## Agenda
## 1- OLD Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 19.7 | Install splash blocks and fill holes. no bushes in front of down spouts stake the trees | NE | On going | |
| 20.1 | Access for building  #7 Fencing set up | NE/Pillar | Closed | |
| 20.2 | Walk Building #3 Sidewalks at north end | NE Pillar | closed | |
| 20.4 | Building #2 siding repairs | NE | Closed | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

App. 628

# NE CONSTRUCTION, LLP

**Bellwether Ridge**
**Project Progress Meeting No. 23**
**Meeting Date:        0 9 . 0 9 . 2 0 1 9**

## PROJECT AT A GLANCE

| | | | |
|---|---|---|---|
| • Start date: | 10.26-2017 | Total Weather Days | 84 |
| • Completion date: | 02-25-2019 | Time Impacted Weather days | 24 |
| • Original Days to complete: | 488 Days' | Time Impacted Not Submitted | 4(civil) |
| • Added Days: | 205 Days | Weather delays | 20 |
| • Total Days to complete | 693 Days | Civil Delays | 185 |
| • Revised Completion Date | 09-18-19 | | |
| • Elapsed time: | 648 Days | | |
| • Remaining time: | 45 Days ⌐10 days | | |
| • Original contract amount: | $ 16.398.479.00 | | |
| • Approved change orders amount: | $     177.768.59 | | |
| • Open change proposals | $           0.00 | | |
| • Revised contract amount: | $  16.567.620.59 | | |
| • Approved payments to date: | $  15.532.689.00 | | |
| • Percent of Construction to date: | %. | | |

## ATTENDEES

| ATTENDEES | Company: | In attendance. |
|---|---|---|
| • Andre Nicholas | N.E. Construction | No |
| • Mel Waites | N.E. Construction | Yes |
| • Thomas Persinger | N.E. Construction | Yes |
| • Chris Martino | BGO Architects | No |
| • Carlos Melendez | BGO Architects | Yes |
| • Michael Mathews | Cynergy Development Advisors | No |
| • Timothy Barton | D4DS LLC / JMJ Development | No |
| • Don Phillips | Pillar Income | Yes |
| • Bob Brock | Pillar Income | Yes |
| • Mecca | Owners Rep | Yes |
| • Gerald Hines | Hud Inspector | Yes |
| • Scott Marsolek | JMJ Development | Yes |

## Agenda
## 1-  OLD Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 19.7 | Install splash blocks and fill holes. no bushes in front of down spouts stake the trees | NE | On going | |
| 20.1 | Access for building  #7 Fencing set up | NE/Pillar | Closed | |
| 20.2 | Walk Building #3 Sidewalks at north end | NE Pillar | closed | |
| 20.4 | Building #2 siding repairs | NE | Closed | |
| 22.1 | Building 5 Meters are still not set by Oncor. According to Oncor scheduled for August 8. 2019 this can be a potential delay | Oncor | Open | |
| 22.2 | Building 6 Inspection set for Wednesday for building Final. Building 8 to follow. | NE | | |
| 22.3 | Building #3 Rock verses Mulch | NE | Closed | |
| 22.4 | Building #2 and 7 Rock Verses Mulch | NE | Open | Not done |
| 22.5 | Building #3 Rail at retaining wall at playground | NE | Open | . |

App. 630

# NE CONSTRUCTION, LLP

**Bellwether Ridge**
**Project Progress Meeting No. 24**
**Meeting  Agenda Date:       1 0 . 0 7 . 2 0 1 9**

## PROJECT AT A GLANCE

| | | | |
|---|---|---|---|
| • Start date: | 10.26-2017 | Total Weather Days | 84 |
| • Completion date: | 02-25-2019 | Time Impacted Weather days | 24 |
| • Original Days to complete: | 488 Days' | Time Impacted Not Submitted | 4(civil) |
| • Added Days: | 205 Days | Weather delays | 20 |
| • Total Days to complete | 693 Days | Civil Delays | 185 |
| • Revised Completion Date | 09-18-19 | | |
| • Elapsed time: | 712 Days | | |
| • Remaining time: | 0 Days | | |
| • Original contract amount: | $ 16.398.479.00 | | |
| • Approved change orders amount: | $    177.768.59 | | |
| • Open change proposals | $        0.00 | | |
| • Revised contract amount: | $ 16.567.620.59 | | |
| • Approved payments to date: | $ 15.615.912.00 | | |
| • Percent of Construction to date: | 99.31 %. | | |

### ATTENDEES

| | Company: | In attendance. |
|---|---|---|
| • Andre Nicholas | N.E. Construction | Yes |
| • Mel Waites | N.E. Construction | Yes |
| • Thomas Persinger | N.E. Construction | Yes |
| • Chris Martino | BGO Architects | Yes |
| • Carlos Melendez | BGO Architects | No |
| • Michael Mathews | Cynergy Development Advisors | No |
| • Timothy Barton | D4DS LLC / JMJ Development | No |
| • Don Phillips | Pillar Income | Yes |
| • Bob Brock | Pillar Income | Yes |
| • Mecca | Owners Rep | Yes |
| • Gerald Hines | Hud Inspector | Yes |
| • Scott Marsolek | JMJ Development | Yes |

## Agenda
## 1-  OLD Business:

| ITEM | DESCRIPTION | PARTY | STATUS | DUE DATE |
|---|---|---|---|---|
| 19.7 | Install splash blocks and fill holes. no bushes In front of down spouts stake the trees | NE | On going ~ *CLOSED* | |
| 22.1 | Building 5 Meters are still not set by Oncor. According to Oncor scheduled for August 8. 2019 this can be a potential delay. Meters were received on 13 September 2019 and we are now able to resume work inside of building to prepare for Inspections we are submitting for a 30 day time extension | Oncor | Open *Closed* | |
| 22.4 | Building #2 and 7 Rock Verses Mulch—A&A to Install | NE | Closed | |
| 22.5 | Building #3 Rail at retaining wall at playground | NE | Closed | |
| 23.1 | Fix Ruts at Playground | NE | Closed | |
| 23.2 | Color for trash compactor is  Tan | NE | Closed | |
| 23.3 | Clean up site by Saturday—IN progress | NE | Closed | 9-14-2019 |
| 23.4 | Close fence at building #4 | NE | Closed | 9-16-2019 |
| 23.5 | Splash blocks at down spouts | NE | Open *Closed* | |

App. 631

# EXHIBIT E-3

| | |
|---|---|
| **From:** | Bella Khusal <BKhusal@jmjdevelopment.com> |
| **Sent:** | Monday, December 27, 2021 4:30 PM |
| **To:** | Don Phillips; Ingrid Palet |
| **Subject:** | Parc at Ingleside |
| **Attachments:** | ING - Summary Statement.pdf; ING - Aff of Completion - Owner Sign Required.pdf; ING - Final GC Payment Due.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

I received a set of documents from Jeff about a week ago. Please review and approve the attached documents for signature:

1. Summary Statement – shows various outstanding amounts that Axia is Owed (does not need signature, just for your files)
2. Aff. of Completion (needs signature)

Attached is the final GC payment invoice as well for your files

Thank you.

Best,

**Bella Khusal**
JMJ Development
1755 Wittington Place, Suite 340
Dallas, Texas 75234
C: 972-802-0265
bkhusal@jmjdevelopment.com
www.jmjdevelopment.net

***CONFIDENTIALITY NOTICE****: This email message, including any attachments, is intended for the sole viewing and use by the individual or entity to which it is addressed, and may contain confidential, proprietary, and/or privileged information, which is prohibited from disclosure and any other use than for the purpose for which such information is being provided. By accepting such information, you agree that any unauthorized review, use, disclosure, distribution, or the taking of any action in reliance on the information contained in this email, including attachments, is prohibited except to the extent agreed to in writing by sender for so long as you retain such information. Unless otherwise agreed, all information contained herein remains the sole and exclusive property of the sender. If you are not the intended recipient, you are hereby notified that any dissemination or copy of this message, or any attachment, is strictly prohibited. If you have received a copy of this email in error, please notify the sender by reply email immediately, and remove all copies of the original message, including attachments, from your computer.*

App. 633

| **From:** | Bella Khusal <BKhusal@jmjdevelopment.com> |
|---|---|
| **Sent:** | Wednesday, January 26, 2022 4:44 PM |
| **To:** | Don Phillips; Ingrid Palet |
| **Subject:** | Request for advance of funds |
| **Attachments:** | 01192022_Parc at Ingleside CO 5 Adv 2.pdf; 01192022_Parc at Ingleside CO 1 Adv 4.pdf; 01192022_Parc at Ingleside Offsites Adv 5.pdf; 01192022_Parc at Ingleside CO #5 Adv 3.pdf |

Don can you approve the attached to be funded from the lender to the GC?
These are change orders and offsite requests GC is asking to be paid.


Best,


**Bella Khusal**
JMJ Development
1755 Wittington Place, Suite 340
Dallas, Texas 75234
C: 972-802-0265
bkhusal@jmjdevelopment.com
www.jmjdevelopment.net


*CONFIDENTIALITY NOTICE: This email message, including any attachments, is intended for the sole viewing and use by the individual or entity to which it is addressed, and may contain confidential, proprietary, and/or privileged information, which is prohibited from disclosure and any other use than for the purpose for which such information is being provided. By accepting such information, you agree that any unauthorized review, use, disclosure, distribution, or the taking of any action in reliance on the information contained in this email, including attachments, is prohibited except to the extent agreed to in writing by sender for so long as you retain such information. Unless otherwise agreed, all information contained herein remains the sole and exclusive property of the sender. If you are not the intended recipient, you are hereby notified that any dissemination or copy of this message, or any attachment, is strictly prohibited. If you have received a copy of this email in error, please notify the sender by reply email immediately, and remove all copies of the original message, including attachments, from your computer.*

| | |
|---|---|
| **From:** | Don Phillips <Don.Phillips@pillarincome.com> |
| **Sent:** | Monday, May 17, 2021 8:50 AM |
| **To:** | Ingrid Palet |
| **Subject:** | FW: Ingleside - Monthly Report and Draw |
| **Attachments:** | Axia Contracting- GC Fee - Draw 18.pdf; Ingleside - May Draw.pdf; HUD-COR #5 - Final 5.14.21.pdf; Ingleside Monthly Report- Draw 18.pdf |

Fyi and print please

**From:** Jeff Schaumann [mailto:jschaumann@axiacompanies.com]
**Sent:** Friday, May 14, 2021 4:07 PM
**To:** Don Phillips <Don.Phillips@pillarincome.com>; brumsey@crossarchitects.com
**Cc:** Sarah Franco <Sarah.Franco@pillarincome.com>; RANDY P. MARX <RANDY@themarxfirm.com>; Tim Barton <tbarton@jmjdevelopment.com>; Bella Khusal <BKhusal@jmjdevelopment.com>; Anthony Monaco <AMonaco@crossarchitects.com>; Brett Rossell <brossell@axiacompanies.com>; Dave Berdal <dberdal@axiacompanies.com>; Chad Westrick <cwestrick@axiacompanies.com>
**Subject:** Ingleside - Monthly Report and Draw

Don, etal,

Attached is the Monthly Report and Draw for next week's meeting. As usual, we will plan on starting the Owner draw review at 9:00 (Wednesday, May 19th) with the HUD Inspector arriving at 10:00. In addition, please find our GC Fee invoice attached hereto (per Pillar's approval), as well as our Other Fees.

As of today, Buildings 1-3 have been accepted, and Building 4 & 5 have substantial completion of owner punch. Reinspection and assumed acceptance of Building 4 & 5 is scheduled for next Wednesday with Mecca.

With the significant delay in getting power to the last 3 buildings (and deferred weather days), we are also requesting a time extension change order of 21 days (through the end of June). The change order is attached for review.

Please let us know if there are any questions prior to the meeting.

Respectfully,

Jeff Schaumann
President



3245 42nd Street South, Suite 200
Fargo, ND 58104

Office (701) 478-1500
Cell (701) 715-3565

1

**From:** Bella Khusal <BKhusal@jmjdevelopment.com>
**Sent:** Monday, January 24, 2022 9:53 AM
**To:** Erik Johnson; Randy Johnson; Ingrid Palet; Don Phillips; Kim Geisheimer
**Subject:** INGLESIDE Final GC Invoice and Change Orders
**Attachments:** ING - Final GC Payment Due.pdf; ING - CO 5 Final Retention Draw[35].pdf; ING - CO 1 Final Retention Draw[3].pdf; ING - CO 5 Draw 2 - Past Due[90].pdf; ING - Offsite Final Retention Draw[83].pdf; Final Bills Paid and Completion Affidavit for Parc at Ingleside[53].doc

All-

The attached CO's need to be signed and sent in to the Lender to be paid out. Please approve so I can get them signed and submitted. Don, I know we were waiting to sign the affidavit of completion until the Axia was completely done. Are we at that point where I can have Mr. Barton sign it and submit it?

Lastly, Jeff also sent me their final GC payment invoice, please let me know if you have already processed.

Thank you.

Best,

**Bella Khusal**
JMJ Development
1755 Wittington Place, Suite 340
Dallas, Texas 75234
C: 972-802-0265
bkhusal@jmjdevelopment.com
www.jmjdevelopment.net

**CONFIDENTIALITY NOTICE**: This email message, including any attachments, is intended for the sole viewing and use by the individual or entity to which it is addressed, and may contain confidential, proprietary, and/or privileged information, which is prohibited from disclosure and any other use than for the purpose for which such information is being provided. By accepting such information, you agree that any unauthorized review, use, disclosure, distribution, or the taking of any action in reliance on the information contained in this email, including attachments, is prohibited except to the extent agreed to in writing by sender for so long as you retain such information. Unless otherwise agreed, all information contained herein remains the sole and exclusive property of the sender. If you are not the intended recipient, you are hereby notified that any dissemination or copy of this message, or any attachment, is strictly prohibited. If you have received a copy of this email in error, please notify the sender by reply email immediately, and remove all copies of the original message, including attachments, from your computer.

App. 636

# EXHIBIT E-4

| | |
|---|---|
| **From:** | Ingrid Palet <Ingrid.Palet@pillarincome.com> |
| **Sent:** | Thursday, November 3, 2022 11:35 AM |
| **To:** | Ingrid Palet |
| **Subject:** | OPELIKA II- Change Order |
| **Attachments:** | 92464M - Request for Approval of Advance of Escrow Funds - Advance #6_Signed.pdf |

Change order approved 6-28-22 by Don Phillips.

---

**From:** Bella Khusal <BKhusal@jmjdevelopment.com>
**Sent:** Thursday, June 30, 2022 4:44 PM
**To:** Kim Geisheimer <Kim.Geisheimer@pillarincome.com>; Brad Kyles <Brad.Kyles@pillarincome.com>
**Cc:** Jennifer Williamson <Jennifer.Williamson@pillarincome.com>
**Subject:** Change Order

Please review and approve the attached change order already signed by Don Phillips.


Thanks.

Best,

**Bella Khusal**

JMJ Development

1755 Wittington Place, Suite 340

Dallas, Texas 75234

C: 972-802-0265

bkhusal@jmjdevelopment.com

www.jmjdevelopment.net


*CONFIDENTIALITY NOTICE: This email message, including any attachments, is intended for the sole viewing and use by the individual or entity to which it is addressed, and may contain confidential, proprietary, and/or privileged information, which is prohibited from disclosure and any other use than for the purpose for which such information is being provided. By accepting such information, you agree that any unauthorized review, use, disclosure, distribution, or the taking of any action in reliance on the information contained in this email, including attachments, is prohibited except to the extent agreed to in writing by sender for so long as you retain such information. Unless otherwise agreed, all information contained herein remains the sole and exclusive property of the sender.  If you are not the intended recipient, you are hereby notified that any dissemination or copy of this message, or any attachment, is strictly prohibited. If you have received a copy of this email in error, please notify the sender by reply email immediately, and remove all copies of the original message, including attachments, from your computer.*

App. 638



**BC CONTRACTING**

|  |  |
|---|---|
| | Don Phillips <Don.Phillips@pillarincome.com> |
| | Friday, March 5, 2021 9:42 AM |
| | Ingrid Palet |
| **Subject:** | FW: Opelika - Power Pole Invoice |
| **Attachments:** | BC Invoice _ Opelika Power Pole Relocation Reimbursment.pdf; Bakken Wire Instructions.pdf |

---

**From:** Jackson, Cory [mailto:Cory.Jackson@bccontractingco.com]
**Sent:** Thursday, March 4, 2021 10:13 AM
**To:** Don Phillips <Don.Phillips@pillarincome.com>; Ryan Dykes <Ryan.Dykes@pillarincome.com>; Bella Khusal <BKhusal@jmjdevelopment.com>; Michael Scott <michaels@mbicompanies.com>
**Subject:** Opelika - Power Pole Invoice

Don – Per our discussion this morning. Pillar will reimburse BC for the power pole relocation per direct payment. See attached invoice for payment.

I will then void the Change Order request for this matter.

**Cory Jackson** | Project Manager II
225 Broadway N, Fargo, ND 58102
**Office** 701.356.3010 | **Mobile** 701.866.3017
cory.jackson@bccontractingco.com | www.bccontractingco.com

1

**Champion Water Systems**
**818 Veterans Memorial Pkwy**
**Lanett, AL 36863**
**1800-333-2228**



| PILLAR INCOME | 4.5.2021 |
|---|---|

| BILL TO | JOB SITE | INSTRUCTIONS |
|---|---|---|
| Attention: Don Phillips | Opelika, AL | Proposal for Well |

| DESCRIPTION | TOTAL |
|---|---|
| Per 8 " Well | |
| First 200 feet of drilling will total $5,000.00 | |
| Includes PVC Casing and Mobilization | |
| $25 per foot after that drilled in 100 foot increments | |
| | |
| Per 6" Well | |
| First 200 feet of drilling will total $3,200.00 | |
| Includes PVC Casing and Mobilization | |
| $16 per foot after that drilled in 100 foot increments | |
| | |
| Per Pump: | |
| 1 HP-7.5HP single phase, 80 ft-480 ft, drop pipe, wire, well seal, tank, and controls installed and stubbed out | $4,700 to $21,000 |

Well production and pumping level will determine pump size. We will be able to give an exact price once wells are drilled and these factors are known.

The well that was plugged produced 50+ GPM. That will be our goal.

Thank you for your business!

For Questions call Frank Champion at 1800-333-2228

App. 640

# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **CASE NO. 3:22-cv-2118-X** |
| **TIMOTHY BARTON** *ET AL.*, | § § § | |
| *Defendants,* | § § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § § § | |
| *Relief Defendants.* | § § | |

## DECLARATION OF MARK SHAYNE

1.      My name is Mark Shayne.  I am over the age of 21 and I have never been convicted of a felony or any crime involving moral turpitude.  I have personal knowledge of the facts stated in this declaration and they are true and correct, and I would testify thereto if called upon as a witness.

2.      I am currently employed as Managing Director by Empire Valuation Consultants ("Empire") and was so employed in December 2022 and February 2023.  Attached as Exhibit 1 to this declaration is a true and correct copy of a document entitled Fair Value of Convertible Loan Portfolio which was prepared by Empire for Southern Properties Capital Ltd.  I participated in the preparation of Exhibit 1.

3.     I affirm under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 25, 2023 in New York County, New York.

_____
MARK SHAYNE

# EXHIBIT F-1



350 Fifth Ave. Suite 6115
New York, New York 10118

T 212.714.0122
empireval.com

## Private & Confidential

February 9, 2023

Mr. Erik Johnson
Southern Properties Capital Ltd.
1603 LBJ Freeway, Suite 800
Dallas, TX 75234

### Re: Fair Values of Convertible Loan Portfolio

Dear Mr. Johnson:

Southern Properties Capital Ltd. ("SPC") has engaged Empire Valuation Consultants, LLC, LLC and Empire-Essence Advisory Ltd. (individually and collectively "Empire") to estimate the fair values of SPC's nine convertible loans (the "Convertible Loans" or the "Positions") related to nine multifamily development projects, as of December 31, 2022 (the "Valuation Date"). We understand that the valuation of the convertible loans will be used by SPC for financial reporting purposes according to International Financial Reporting Standards ("IFRS"). This report is not intended for any other purpose or for any other users. The fair value of the Positions was estimated by Empire as follows:

### Fair Values of the Positions

| Convertible Loan | Convertible Loan Principal | Convertible Loan Balance | Fair Value | Exhibits |
|---|---|---|---|---|
| Autumn Breeze | $4,514,064 | $2,326,277 | $13,354,459 | 2 |
| Bellwether Ridge | $3,800,000 | $3,797,759 | $13,010,147 | 3 |
| Forest Pines (Phase I) | $6,500,000 | $6,472,031 | $9,821,917 | 4 |
| Parc at Ingleside | $6,634,490 | $3,759,164 | $2,809,213 | 5, 11 |
| Parc at Opelika | $5,129,000 | $3,189,660 | $2,843,506 | 6, 11 |
| Parc at Windmill Farms | $8,300,000 | $7,885,547 | $22,225,974 | 7 |
| Plum Tree | $4,654,019 | $1,767,165 | $4,323,016 | 8 |
| Spyglass of Ennis | $5,100,000 | $5,258,367 | $11,915,395 | 9 |
| Steeple Crest | $6,750,000 | $6,497,871 | $13,301,143 | 10 |
| **Total** | **$51,381,573** | **$40,953,839** | **$93,604,770** | |

Empire has accepted and incorporated the work of SPC and typical valuation sources and research in this analysis. It is assumed that all information supplied to Empire is accurate and reflects good faith efforts to describe the statuses and prospects of the Positions and the underlying development projects, from a financial point of view, as of the Valuation Date. Empire does not assume any responsibility for the accuracy of the information provided. At your request, this report has been prepared as a Restricted Report as defined in Standards Rule 10 of The Appraisal Foundation's Uniform Standards of Professional Appraisal Practice ("USPAP"), which specifically applies to the preparation of valuation reports of business interests.

| New York | Rochester | Long Island | West Hartford | Boston | San Francisco |
|---|---|---|---|---|---|
| 212.714.0122 | 585.475.9260 | 631.719.3456 | 860.233.6552 | 617.535.7785 | 415.659.1860 |

App. 645

Southern Properties Capital Ltd.
February 9, 2023
Page 2

For the purpose of this report, fair value is determined in accordance with the following definition promulgated by IFRS: fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.

## Sources of Information

Key sources of information used to estimate of fair values of the Positions include:

- Discussions and correspondences with representatives of SPC regarding the Positions;

- Real estate appraisals (the "Real Estate Appraisals") for the Positions' underlying development projects[1] provided by Colliers International Valuation & Advisory Services and Bowery Valuation, as of November 30, 2022 or December 2022[2];

- A memo (the "SPC Loan Analysis Memo") from SPC that assesses the status of development projects, the expected return of the underlying development projects and management's estimate of the likelihood of SPC's conversion of the Convertible Loans as of the Valuation Date;

- A schedule (the "SPC Convertible Loan Schedule") from SPC that detailed the initial Convertible Loan principals, the Positions' balances, the statuses of the underlying development projects, etc. as of the Valuation Date.

- The Positions' underwriting memos; the Convertible Loans' promissory notes (each a "Promissory Note") and/or pledge and security agreements; and the developer's agreements related to the underlying development projects; and

- Customary sources of market data for the Positions, as well as analyses, research, and other relevant data sources as were deemed necessary.

## Investment Overview[3]

SPC partners with third-party developers to construct multifamily apartments on its behalf. SPC works with the developers on the location, design, construction budget and initial lease plan for the underlying development projects. The construction plans include development fees to be paid to the developers.

SPC then enters into convertible loan arrangements with the developers, whereby SPC advances out-of-pocket capital to the developers at 5% or 10% rates of interest with an option to convert the loan into a 100% ownership interest in the entity that holds the underlying development project for a price equal to development cost. All parties expect the Convertible Loans to be converted if construction is completed on budget. Through the Valuation Date, management indicated that SPC has never elected collection over conversion for any convertible note.

**Autumn Breeze:** Per the Real Estate Appraisal, the subject is a Multifamily (Garden/Low Rise) property totaling 216 units located on a 12.86-acre site at 301 Mars Road in Wilmer, Texas. The improvements were built in 2020 and are in good condition. The subject property has a current occupancy level of 98.1%, which is slightly below the stabilized occupancy level estimate of

---

[1] Per management, a real estate appraisal, was not available for Parc at Opelika, as the underlying development project was under construction and only near completion at the Valuation Date.

[2] Appraisal reports were dated as of December 8, 9, and 12, 2022.

[3] Information from the Real Estate Appraisals, the SPC Loan Analysis Memo, and the SPC Convertible Loan Schedule.



Southern Properties Capital Ltd.
February 9, 2023
Page 3

94.5% that was developed in the Real Estate Appraisal. Colliers International Valuation & Advisory Services estimated the as-is market value to be $40.1 million as of November 30, 2022.

Per the Promissory Note[4] dated April 26, 2019, the Convertible Loan principal is $4,514,064, the interest rate is 5.0% and the maturity date is July 1, 2025. Per management, the estimated senior debt balance was approximately $24.5 million at the Valuation Date. Based on management's assessment of the underlying development project and other factors, management determined that conversion of the Position was "highly probable" at the Valuation Date.

**Bellwether Ridge:** Per the Real Estate Appraisal, the subject is a Multifamily (Garden/Low Rise) property totaling 150 units located on a 7.39-acre site at 841 South Polk Street in DeSoto, Texas. The improvements were built in 2019 and are in average/good condition. The subject property has a current occupancy level of 96.0%, which is above the stabilized occupancy level estimate of 95.0% that was developed in the Real Estate Appraisal. Colliers International Valuation & Advisory Services estimated the as-is market value to be $32.8 million as of November 30, 2021.

Per the Promissory Note dated October 19, 2017, the Convertible Loan principal is $3,800,00, the interest rate is 5% and the maturity date is November 1, 2026. Per management, the estimated senior debt balance was approximately $17.9 million at the Valuation Date. Based on management's assessment of the underlying development project and other factors, management determined that conversion of the Position was "highly probable" at the Valuation Date.

**Forest Pines:** Per the Real Estate Appraisal, the subject is a Multifamily (Garden/Low Rise) property totaling 240 units located on a 15.57-acre site at 852 N Harvey Mitchell Pkwy in Bryan, Texas. The improvements were completed in 2019 and are in good condition. The subject property has a current occupancy level of 100.0%, which is above the stabilized occupancy level estimate of 95.0% that was developed in the Real Estate Appraisal. Colliers International Valuation & Advisory Services estimated the as-is market value to be $38.4 million as of November 30, 2022.

Per the Promissory Note dated April 26, 2018, the Convertible Loan principal is $6,500,000, the interest rate is 5% and the maturity date is November 1, 2022.[5] Per management, the estimated senior debt balance was approximately $26.1 million at the Valuation Date. Based on management's assessment of the underlying development project and other factors, management determined that conversion of the Position was "highly probable" at the Valuation Date.

**Parc at Ingleside:** Per the Real Estate Appraisal, the subject is a Multifamily (Garden/Low Rise) property totaling 192 units located on a 7.80-acre site at 2850 Avenue J in Ingleside, Texas. The improvements were completed in 2021 and are in excellent condition. The subject property has a current occupancy level of 86.0%, which is well below the stabilized occupancy level estimate of 90.0% that was developed in the Real Estate Appraisal. The property is still in the initial lease-up phase. Bowery Valuation estimated the as-is market value to be $28.5 million as of November 30, 2022.

Per the Promissory Note dated June 13, 2019, the Convertible Loan principal is $6,634,490, the interest rate is 5% and the maturity date is November 1, 2026. Per management, the estimated senior debt balance was approximately $24.8 million at the Valuation Date. Based on

---

[4] The Second Amendment to the Promissory Note was entered into effective July 1, 2022, extending the Maturity Date to July 1, 2025.

[5] Per discussions with Management, Empire notes that SPC is in the process of converting the principal balance of the note to equity. Further, it is our understanding that all obligations of the Borrower are in effect until such time that the conversion is complete.



Southern Properties Capital Ltd.
February 9, 2023
Page 4

management's assessment of the underlying development project and other factors, management determined that conversion of the Position was "highly probable" at the Valuation Date.

**Parc at Opelika:** Per management, the property was still under construction as of the Valuation Date,[6] and consists of a Multifamily (Garden/Low Rise) property with 168 units located on an 11.95-acre site in Opelika, Alabama. Based on discussions with management, as of the Valuation Date, the development was nearly completed and there were no material changes to the pro forma budget. Therefore, the cost basis of the development was estimated to be roughly $25.6 million, rounded, at December 31, 2022.

Per the Promissory Note dated January 13, 2021, the Convertible Loan principal is $5,129,000, the interest rate is 10% and the maturity date is January 13, 2023. Per management and based on the status of the development project, the estimated senior debt balance was approximately $21.9 million at the Valuation Date. Based on management's assessment of the underlying development project and other factors, management determined that conversion of the Position was "highly probable" at the Valuation Date.

**Parc at Windmill Farms:** Per the Real Estate Appraisal, the subject is a Multifamily (Garden/Low Rise) property totaling 272 units located on a 18.45-acre site at 1003 Windmill Farms Boulevard in Forney, Texas. The improvements were built in 2019 and are in good condition. The subject property has a current occupancy level of 91.5%, which is below the stabilized occupancy level estimate of 95.0% that was developed in the Real Estate Appraisal. Colliers International Valuation & Advisory Services estimated the as-is market value to be $62.1 million as of November 30, 2022.

Per the Promissory Note dated December 2017, the Convertible Loan principal is $8,300,00, the interest rate is 5% and the maturity date is November 1, 2022.[7] Per management, the estimated senior debt balance was approximately $35.1 million at the Valuation Date. Based on management's assessment of the underlying development project and other factors, management determined that conversion of the Position was "highly probable" at the Valuation Date.

**Plum Tree:** Per the Real Estate Appraisal, the subject is a Multifamily (Garden/Low Rise) property with 143 units located on a 7.36-acre site at 4200 South Washington Street in Kaufman, Texas. The improvements were built in 2021 and are in excellent condition. The subject property has a current occupancy level of 94%, which is above the stabilized occupancy level estimate of 93.0% that was developed in the Real Estate Appraisal. Bowery Valuation estimated the as-is market value to be $23.1 million as of November 30, 2022.

Per the Promissory Note dated April 26, 2019, the Convertible Loan principal is $4,654,019, the interest rate is 5% and the maturity date is April 26, 2026. Per management, the estimated senior debt balance was approximately $17.5 million at the Valuation Date. Based on management's assessment of the underlying development project and other factors, management determined that conversion of the Position was "highly probable" at the Valuation Date.

**Spyglass:** Per the Real Estate Appraisal, the subject is a Multifamily (Garden/Low Rise) property totaling 192 units located on a 12.88-acre site at 1803 West Ennis Avenue in Ennis, Texas. The

---

[6] Source: SPC Convertible Loan Analysis, December 13, 2022.

[7] Per discussions with Management, Empire notes that SPC is in the process of converting the principal balance of the note to equity. Further, it is our understanding that all obligations of the Borrower are in effect until such time that the conversion is complete.



Southern Properties Capital Ltd.
February 9, 2023
Page 5

improvements were built in 2018 and are in average/good condition. The subject property has a current occupancy level of 93.8%, which is slightly below the stabilized occupancy level estimate of 94.0% that was developed in the Real Estate Appraisal. Colliers International Valuation & Advisory Services estimated the as-is market value to be $37.1 million as of November 30, 2022.

Per the Promissory Note dated May 4, 2017, the Convertible Loan principal is $5,100,00, the interest rate is 5% and the maturity date is November 1, 2022.[8] Per management, the estimated senior debt balance was approximately $22.5 million at the Valuation Date. Based on management's assessment of the underlying development project and other factors, management determined that conversion of the Position was "probable" at the Valuation Date.

**Steeple Crest:** Per the Real Estate Appraisal, the subject is a Multifamily (Garden/Low Rise) property totaling 200 units located on a 29.96-acre site at 5001 Riverchase Drive in Phenix City, Alabama. The improvements were completed in 2001 and are in average condition. The subject property has a current occupancy level of 98.0%, which is above the stabilized occupancy level estimate of 95.0% that was developed in the Real Estate Appraisal. Colliers International Valuation & Advisory Services estimated the as-is market value to be $26.6 million as of November 30, 2022.

Per the Promissory Note dated September 30, 2019, the Convertible Loan principal is $6,750,00, the interest rate is 5% and the maturity date is August 1, 2026. Per management, the estimated senior debt balance was approximately $11.3 million at the Valuation Date. Based on management's assessment of the underlying development project and other factors, management determined that conversion of the Position was "highly probable" at the Valuation Date.

**COVID-19 Impact:** Per management none of multifamily apartments in its operating portfolio have been significantly adversely impacted by COVID-19. Because the underlying development projects are located in similar markets, SPC did not expect COVID-19 to adversely impact any of the underlying development projects or Convertible Loans at the Valuation Date.

**Summary:** Please refer to the following table for a summary of the Positions as of the Valuation Date.

### Investment Overview

| Convertible Loan | Convertible Loan Principal | Convertible Loan Balance | SPC's Expected Return | Interest Rate | SPC's Likelihood of Conversion | Development Status | Exhibit |
|---|---|---|---|---|---|---|---|
| Autumn Breeze | $4,514,064 | $2,326,277 | 6.71% | 5.00% | Highly Probable | Completed | 2 |
| Bellwether Ridge | $3,800,000 | $3,797,759 | 6.56% | 5.00% | Highly Probable | Completed | 3 |
| Forest Pines Apartments | $6,500,000 | $6,472,031 | 6.10% | 5.00% | Highly Probable | Completed | 4 |
| Parc at Ingleside | $6,634,490 | $3,759,164 | 6.11% | 5.00% | Highly Probable | Completed | 5,11 |
| Parc at Opelika | $5,129,000 | $3,189,660 | 6.28% | 10.00% | Highly Probable | In Construction | 6,11 |
| Parc at Windmill Farms | $8,300,000 | $7,885,547 | 6.30% | 5.00% | Highly Probable | Completed | 7 |
| Plum Tree | $4,654,019 | $1,767,165 | 5.70% | 5.00% | Highly Probable | Lease-Up | 8 |
| Spyglass | $5,100,000 | $5,258,367 | 5.29% | 5.00% | Probable | Completed | 9 |
| Steeple Crest | $6,750,000 | $6,497,871 | 7.91% | 5.00% | Highly Probable | Completed | 10 |

---

[8] Per discussions with Management, Empire notes that SPC is in the process of converting the principal balance of the note to equity. Further, it is our understanding that all obligations of the Borrower are in effect until such time that the conversion is complete.



Southern Properties Capital Ltd.
February 9, 2023
Page 6

## Fair Values of the Convertible Loans

### A.  General Valuation Approaches

The **Income Approach** estimates value based on an expected stream of benefits, such as earnings or cash flow. Two common methods under this approach are the capitalization of benefits method, which is based on adjusted historical results, and the discounted future benefits method. In the capitalization of benefits method, a representative benefit level is divided by an appropriate capitalization factor to convert the benefit to a value. In the discounted future benefits method, benefits are estimated for each of several future periods. These benefits are converted to value by applying an appropriate discount rate and using present value calculations.

The **Market Approach** uses prices and other relevant information generated by market transactions. Two common methods under this approach are the guideline company method and the guideline transaction method. A guideline company analysis considers transactions that generally involve minority positions in publicly-traded companies. A guideline transaction analysis considers third-party and arm's-length transactions in the subject company as well as transactions in similar entities. These valuation techniques often use market multiples from the identified transactions to provide valuation guidance for the subject entity. The selection of the appropriate multiple requires judgment and should consider factors (both qualitative and quantitative) specific to the circumstances.

The **Asset (or Cost) Approach** determines the value of a business based on the value of its assets net of liabilities. Typically, the asset-based approach should be considered in valuations conducted at the enterprise level and involving: (1) an investment or real estate holding company; or (2) a business appraised on a basis other than as a going concern. Valuations of particular ownership interests in an enterprise may or may not require the use of the asset-based approach.

### B.  Outline of the Valuation Process

The fair values for the Positions were assessed using the income approach, specifically a DCF analysis. Given the reliability of the property values provided in the RE Appraisals, the Convertible Loans' future cash flows (the remaining value available for the Convertible Loans) were based upon the values of the underlying multifamily apartments as provided in the Real Estate Appraisals[9], net of transaction costs and estimated senior debt, discounted to the Valuation Date. The Convertible Loans' balances were subtracted from the present value of the remaining equity. In cases where the remaining value available for the Convertible Loans was sufficient to cover the Positions' balances at the Valuation Date, the differences are the estimated fair values.

In cases where the remaining value available for the Convertible Loans was not sufficient to cover the Positions' balances at the Valuation Date, the Convertible Loan balances were valued based on a selected market-based interest rate. The remaining value available for the Convertible Loans from above and the Positions' value based on a market-based interest rate were then weighted and summed to derive the Convertible Loans' fair values.

---

[9] Given no real estate appraisal was available for Parc at Opelika, an estimated cost basis was used.



Southern Properties Capital Ltd.
February 9, 2023
Page 7

### C.  Primary Approach: Income Approach

**Values Available for Convertible Loans:** The projected cash flows for the Positions consist of the market values per the Real Estate Appraisals of the underlying multifamily apartment development projects. In cases where the properties were still under construction, the prospective values upon stabilization provided in the Real Estate Appraisals was used as the projected cash flow. Refer to the following table for the market values provided by the Real Estate Appraisals.

#### Market or Prospective Values of the Underlying Development Projects

| Position | Development Status | Market Value As-Is | Prospective Value Upon Stabilization | Estimated Cost Basis | Exhibits |
|---|---|---|---|---|---|
| Autumn Breeze | Completed | $40,100,000 | N/A | N/A | 2 |
| Bellwether Ridge | Completed | $32,800,000 | N/A | N/A | 3 |
| Forest Pines Apartments | Completed | $38,400,000 | N/A | N/A | 4 |
| Parc at Ingleside | Lease-Up | $28,500,000 | N/A | N/A | 5 |
| Parc at Opelika | In Construction | N/A | N/A | $25,565,440 | 6 |
| Parc at Windmill Farms | Completed | $62,100,000 | N/A | N/A | 7 |
| Plum Tree | Lease-Up | $23,100,000 | N/A | N/A | 8 |
| Spyglass | Completed | $37,100,000 | N/A | N/A | 9 |
| Steeple Crest | Completed | $26,600,000 | N/A | N/A | 10 |

**Transaction Costs and Estimated Senior Debt Balances:** For each of the underlying development projects, transaction costs were projected to be 4% of the as-is market value or prospective value upon stabilization, which is based upon general market data regarding transaction costs. The estimated senior debt balances were provided by management. The transaction costs and estimated senior debt balances were subtracted from the as-is market value or prospective value upon stabilization to determine the values available for the Convertible Loans. Refer to the following table for details.

#### Values Available for Convertible Loans

| Position | Market or Prospective Values or Cost | Transaction Costs (4%) | Estimated Senior Debt Balances | Value Available for Convertible Loan | Exhibits |
|---|---|---|---|---|---|
| Autumn Breeze | $40,100,000 | ($1,604,000) | ($24,473,818) | $14,022,182 | 2 |
| Bellwether Ridge | $32,800,000 | ($1,312,000) | ($17,842,843) | $13,645,157 | 3 |
| Forest Pines Apartments | $38,400,000 | ($1,536,000) | ($26,059,891) | $10,804,109 | 4 |
| Parc at Ingleside | $28,500,000 | ($1,140,000) | ($24,814,836) | $2,545,164 | 5 |
| Parc at Opelika | $25,565,440 | ($1,022,618) | ($21,904,386) | $2,638,436 | 6 |
| Parc at Windmill Farms | $62,100,000 | ($2,484,000) | ($35,111,864) | $24,504,136 | 7 |
| Plum Tree | $23,100,000 | ($924,000) | ($17,524,738) | $4,651,262 | 8 |
| Spyglass | $37,100,000 | ($1,484,000) | ($22,509,065) | $13,106,935 | 9 |
| Steeple Crest | $26,600,000 | ($1,064,000) | ($11,297,982) | $14,238,018 | 10 |

**Lead Time and Discount Rate:** Lead times were selected for each underlying development project, which was based on a review of the Real Estate Appraisals, the current development status of the underlying multifamily apartments, general market data, Empire's experience and other factors. Discount rates were also selected for each Position based on a review of market-based discount rate data in Exhibit 12, the current development status of the underlying multifamily



Southern Properties Capital Ltd.
February 9, 2023
Page 8

apartments, and a review of the capitalization rate data in Exhibit 15 (discount rate is equal to the capitalization rate plus a long-term growth rate). Based on the selected lead times and discount rates, discount factors were calculated, which were then applied to the values available of the Convertible Loans to the determined their present values. Please refer to the following table for details.

### Present Values of Values Available for Convertible Loans

| Convertible Loan | Value Available for Convertible Loan | Lead Time | Discount Rate | Present Value of Value Available for Convertible Loan | Exhibit |
|---|---|---|---|---|---|
| Autumn Breeze | $14,022,182 | 180 days | 10.25% | $13,354,459 | 2 |
| Bellwether Ridge | $13,645,157 | 180 days | 10.00% | $13,010,147 | 3 |
| Forest Pines Apartments | $10,804,109 | 180 days | 10.00% | $9,821,917 | 4 |
| Parc at Ingleside | $2,545,164 | 270 days | 10.50% | $2,361,533 | 5 |
| Parc at Opelika | $2,638,436 | 180 days | 11.50% | $2,499,427 | 6 |
| Parc at Windmill Farms | $24,504,136 | 180 days | 10.25% | $22,225,974 | 7 |
| Plum Tree | $4,651,262 | 270 days | 10.25% | $4,323,016 | 8 |
| Spyglass | $13,106,935 | 180 days | 10.00% | $11,915,395 | 9 |
| Steeple Crest | $14,238,018 | 270 days | 9.50% | $13,301,143 | 10 |

**Fair Value of Convertible Loans with Sufficient Equity:** As noted earlier, in cases where the present value of value available for the Convertible Loans was sufficient to cover the Convertible Loan balance at the Valuation Date, this was the fair value of the Position. Refer to the following table for details.

### Fair Values of Convertible Loans

| Convertible Loan | Present Value of Value Available for Convertible Loan | Convertible Loan Balance | Fair Value of Convertible Loan | Exhibit |
|---|---|---|---|---|
| Autumn Breeze | $13,354,459 | $2,326,277 | $13,354,459 | 2 |
| Bellwether Ridge | $13,010,147 | $3,797,759 | $13,010,147 | 3 |
| Forest Pines Apartments | $10,301,314 | $6,472,031 | $9,821,917 | 4 |
| Parc at Windmill Farms | $23,337,272 | $7,885,547 | $22,225,974 | 7 |
| Plum Tree | $4,323,016 | $1,767,165 | $4,323,016 | 8 |
| Spyglass | $12,496,972 | $5,258,367 | $11,915,395 | 9 |
| Steeple Crest | $13,301,143 | $6,497,871 | $13,301,143 | 10 |

**Fair Value of Convertible Loans with No Value Above Balance:** As noted earlier, in cases where the present value of value available for the Convertible Loans was insufficient to cover the Convertible Loan balance at the Valuation Date, the Convertible Loan balances were valued based on a selected market-based interest rate. The selected interest rates are based on a review of relevant rates in Exhibit 12. The 9.0% selection was based on the mean discount rate data and the 12.0% was based on the data at the high end of the range and considers the additional risk and duration. Then, the remaining value available for the Convertible Loans calculated earlier in the report and the Positions' value based on a market-based interest rate were then weighted based on probabilities described next and summed to derive the Convertible Loans' fair values. The probabilities were determined based on management's assessment of the project (i.e., whether or



Southern Properties Capital Ltd.
February 9, 2023
Page 9

not its expected return is greater than 5%) and the equity cushion based on the real estate appraisals. In addition, Empire notes that management believed that conversion of all the loans was "highly probable" (or "probable" in the case of Spyglass) based on its calculation of the net operating income divided by the development costs. Empire considered management's expectation of conversion in the valuation. Finally, Empire did not know the financial position of the developers to determine whether or not the convertible loans could be repaid and therefore again relied upon management's assessment of the likelihood of conversion in determining the probabilities.

**Fair Values of Convertible Loans**

| Convertible Loan | Present Value of Value Available for Convertible Loan | Likelihood of Conversion | Selected Interest Rate | Value Based on Selected Discount Rate | 1 - Likelihood of Conversion | Sum of Weighted Values (Fair Value) | Exhibit |
|---|---|---|---|---|---|---|---|
| Parc at Ingleside | $2,361,533 | 50% | 9.0% | $3,256,893 | 50% | $2,809,213 | 11 |
| Parc at Opelika | $2,499,427 | 50% | 10.0% | $3,187,585 | 50% | $2,843,506 | 11 |

**REMAINDER OF PAGE LEFT BLANK**



Southern Properties Capital Ltd.
February 9, 2023
Page 10

**Conclusion:** Given the foregoing review and analysis, and subject to the attached Statement of Limiting Conditions, Empire estimates the following fair values of SPC's Convertible Loans as of December 31, 2022 for use by SPC for financial reporting purposes:

### Fair Values of Convertible Loans

| Convertible Loan | Convertible Loan Principal | Convertible Loan Balance | Fair Value | Exhibits |
|---|---|---|---|---|
| Autumn Breeze | $4,514,064 | $2,326,277 | $13,354,459 | 2 |
| Bellwether Ridge | $3,800,000 | $3,797,759 | $13,010,147 | 3 |
| Forest Pines (Phase I) | $6,500,000 | $6,472,031 | $9,821,917 | 4 |
| Parc at Ingleside | $6,634,490 | $3,759,164 | $2,809,213 | 5, 11 |
| Parc at Opelika | $5,129,000 | $3,189,660 | $2,843,506 | 6, 11 |
| Parc at Windmill Farms | $8,300,000 | $7,885,547 | $22,225,974 | 7 |
| Plum Tree | $4,654,019 | $1,767,165 | $4,323,016 | 8 |
| Spyglass of Ennis | $5,100,000 | $5,258,367 | $11,915,395 | 9 |
| Steeple Crest | $6,750,000 | $6,497,871 | $13,301,143 | 10 |
| **Total** | **$51,381,573** | **$40,953,839** | **$93,604,770** | |

This appraisal is not intended for any other purpose nor for any other users and the sharing of the contents herein is not permitted without the express written consent of Empire Valuation Consultants, LLC and Empire-Essence Advisory Ltd. Empire has no obligation to update this appraisal for information that comes to our attention after the date of this report.

Respectfully submitted,

**Empire Valuation Consultants, LLC and Empire-Essence Advisory Ltd.**


Owen Uscher, CFA
Senior Manager
Empire Valuation Consultants, LLC


Mark Shayne, ASA, CPA, ABV, CGMA
Senior Managing Director
Empire Valuation Consultants, LLC


Einat Sperling, CPA (IL)
Chief Executive Officer
Empire-Essence Advisory Ltd.



Addendum 1-1

## STATEMENT OF LIMITING CONDITIONS

1. Financial statements and other related information provided by or on behalf of the client entity or its representatives, in the course of this engagement, have been accepted without any verification as fully and correctly reflecting the enterprise's business conditions and operating results for the respective periods, except as specifically noted herein. Empire Valuation Consultants, LLC has not audited, reviewed, or compiled the financial information provided to us and, accordingly, we express no audit opinion or any other form of assurance on this information.

2. Public information and industry and statistical information have been obtained from sources we believe to be reliable. However, we make no representation as to the accuracy or completeness of such information and have performed no procedures to corroborate the information. Information used was limited to that available on or before the Valuation Date, or which could be reasonably ascertained as of that date. We reserve the right to make such adjustments to the valuation herein reported as may be required by consideration of additional or more reliable data that may become available subsequent to the issuance of this report.

3. We do not provide assurance on the achievability of the results forecasted by the client entity because events and circumstances frequently do not occur as expected; differences between actual and expected results may be material; and achievement of the forecasted results is dependent on actions, plans, and assumptions of management.

4. The conclusion of value arrived at herein is based on the assumption that the current level of management expertise and effectiveness would continue to be maintained, and that the character and integrity of the enterprise through any sale, reorganization, exchange, or diminution of the owners' participation would not be materially or significantly changed.

5. This report and the conclusion of value arrived at herein are for the exclusive use of our client for the sole and specific purposes as noted herein. They may not be used for any other purpose or by any other party for any purpose. Furthermore the report and conclusion of value are not intended by Empire Valuation Consultants, LLC and should not be construed by the reader to be investment advice in any manner whatsoever. The conclusion of value represents the considered opinion of Empire Valuation Consultants, LLC, based on information furnished to them by the client entity and other sources.

6. Neither all nor any part of the contents of this report (especially the conclusion of value, the identity of any valuation specialist(s), or the firm with which such valuation specialists are connected or any reference to any of their professional designations) should be disseminated to the public through advertising media, public relations, news media, sales media, mail, direct transmittal, or any other means of communication without the prior written consent and approval of Empire Valuation Consultants, LLC.

App. 655

Addendum 1-2

7. Future services regarding the subject matter of this report, including, but not limited to testimony or attendance in court, shall not be required of Empire Valuation Consultants, LLC unless previous arrangements have been made in writing.

8. Empire Valuation Consultants, LLC is not an environmental consultant or auditor, and it takes no responsibility for any actual or potential environmental liabilities. Any person entitled to rely on this report, wishing to know whether such liabilities exist, or the scope and their effect on the value of the property, is encouraged to obtain a professional environmental assessment. Empire Valuation Consultants, LLC does not conduct or provide environmental assessments and has not performed one for the subject property.

9. Empire Valuation Consultants, LLC has not determined independently whether the client entity is subject to any present or future liability relating to environmental matters (including, but not limited to CERCLA/Superfund liability) nor the scope of any such liabilities. Empire Valuation Consultants, LLC's valuation takes no such liabilities into account, except as they have been reported to Empire Valuation Consultants, LLC by the client entity or by an environmental consultant working for the client entity, and then only to the extent that the liability was reported to us in an actual or estimated dollar amount. Such matters, if any, are noted in the report. To the extent such information has been reported to us, Empire Valuation Consultants, LLC has relied on it without verification and offers no warranty or representation as to its accuracy or completeness.

10. Empire Valuation Consultants, LLC has not made a specific compliance survey or analysis of the subject property to determine whether it is subject to, or in compliance with, the Americans with Disabilities Act of 1990, and this valuation does not consider the effect, if any, of noncompliance.

11. No change of any item in this appraisal report shall be made by anyone other than Empire Valuation Consultants, LLC, and we shall have no responsibility for any such unauthorized change.

12. Unless otherwise stated, no effort has been made to determine the possible effect, if any, on the subject business due to future Federal, state, or local legislation, including any environmental or ecological matters or interpretations thereof.

13. If prospective financial information approved by management has been used in our work, we have not examined or compiled the prospective financial information and therefore, do not express an audit opinion or any other form of assurance on the prospective financial information or the related assumptions. Events and circumstances frequently do not occur as expected and there will usually be differences between prospective financial information and actual results, and those differences may be material.

14. We have conducted interviews with the current management of the client entity concerning the past, present, and prospective operating results of the company, as applicable for this analysis.

App. 656

Addendum 1-3

15. Except as noted, we have relied on the representations of the owners, management, and other third parties concerning the value and useful condition of all equipment, real estate, investments used in the business, and any other assets or liabilities, except as specifically stated to the contrary in this report. We have not attempted to confirm whether or not all assets of the business are free and clear of liens and encumbrances or that the client entity has good title to all assets.

16. The fee established for the formulation and reporting of these conclusions is not contingent upon the value or other opinions presented.

17. Neither the appraiser nor any officer or employee of Empire Valuation Consultants, LLC has any interest in the property appraised.

18. We assume that there are no hidden or unexpected conditions of the assets valued that would adversely affect value.

19. No opinion is intended for matters which require legal or specialized expertise, investigation or knowledge, beyond that customarily employed by appraisers.

Addendum 2

## CERTIFICATION OF APPRAISERS

We the appraisers certify that, to the best of our knowledge and belief:

1. Our analyses, opinions and conclusions were developed, and this report was prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

2. All statements of fact contained in this report are true and correct.

3. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, unbiased professional analyses, opinions, and conclusions.

4. Neither Empire nor any of its employees has, to the best of our knowledge, either a present or intended financial interest in the entity that is the subject of this report, in any affiliates that may exist, or with respect to the parties involved.

5. Empire has performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

6. We have no bias with respect to the entity that is the subject of this report or to the parties involved with this assignment.

7. Empire's engagement in this assignment was not contingent upon developing or reporting predetermined results.

8. The professional fee paid to Empire for the preparation of this report is not contingent upon its conclusion, including: developing or reporting a predetermined value or direction of value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

9. No one provided significant business appraisal assistance to the persons signing this certification, unless specifically stated herein.

The American Society of Appraisers has a mandatory recertification program for all of its Accredited Senior Appraisers. The senior members signing below, designated by the "ASA," are in compliance with that program.

**Empire Valuation Consultants, LLC**          **Empire-Essence Advisory Ltd.**


_____          _____
Owen Uscher, CFA                                    Einat Sperling, CPA (IL)
Senior Manager                                         Chief Executive Officer


_____
Mark Shayne, ASA CPA, ABV, CGMA
Managing Director


January 27, 2022
App. 658

Addendum 3-1

## EMPIRE VALUATION CONSULTANTS, LLC
www.empireval.com

777 Canal View Blvd.
Suite 200
Rochester, NY 14623
Tel: (585) 475-9260

350 Fifth Avenue
Suite 6115
New York, NY 10118
Tel: (212) 714-0122

One Boston Place
Suite 2600
Boston, MA 02108
Tel: (617) 419-7166

One Sansome Street
Suite 3500
San Francisco, CA 94104
Tel: (415) 590-4877

800 Veterans Highway
Suite 302
Hauppauge, NY 11788
Tel: (631) 719-3226

## Valuation Services

**Empire Valuation Consultants, LLC** provides valuations to private equity and hedge funds, business owners, attorneys, accountants, commercial bankers, investment bankers, trust departments, insurance agents, and financial planners, among others. **Empire's** consultants have prepared or managed the preparation of over 40,000 appraisals for the following reasons:

- Private Equity & Hedge Fund Marking
- Transfer Pricing
- Solvency Opinions
- Buy/Sell Agreements
- Gifting Programs
- Estate Taxes
- Mergers & Acquisitions
- Blocks of Publicly Traded Securities
- Employee Stock Ownership Plans (ESOPs)

- Financial and SEC Reporting
- Fairness Opinions
- Litigation Support
- Redemptions
- Recapitalizations
- Going Private Transactions
- Stock Option Plans
- Dissenting Shareholder Suits
- Impairment Testing
- Intellectual Property
- Purchase Price Allocations

## Other Financial Services

### Litigation Support & Expert Testimony

**Empire** can assist you with research and litigation support and its professionals are available to provide expert testimony in matters involving questions of valuation.

### ESOP Feasibility Studies & Preliminary Valuations

**Empire** is available to work with our client's team of financial advisors or participate in independent feasibility studies and preliminary valuation reviews in connection with ESOP formation planning.

<div align="right">Addendum 3-2</div>

# OWEN USCHER, CFA

## Academic Degrees

M.B.A    Texas Christian University, M.J. Neeley School of Business, 2012

B.A.    James Madison University, International Affairs, 2005

## Employment

Empire Valuation Consultants, New York, New York, (2022-Present)
Senior Manager (2022-present)

Värde Partners LP, New York, New York (2018 – 2022)
Director, Private Credit Asset Management (2021 – 2022)
Director, Portfolio Valuation (2018 – 2021)

KPMG LLP – Economic & Valuation Services, New York, New York (2015 – 2018)
Manager (2016 – 2018)
Senior Associate (2015 – 2016)

Valuescope Inc., Southlake, Texas (2012 – 2015)
Senior Associate (2013 – 2015)
Associate (2012 – 2013)

Mercedes-Benz Financial Services USA, Parsippany, New Jersey & Fort Worth, Texas, (2006 – 2012)
Various roles specializing in credit operations, consumer/commercial underwriting, floorplan financing, and loss recovery

## Experience

Owen brings over 15 years of experience performing and supervising hundreds of valuation engagements. Over the course of his career, Owen held roles as a third-party valuation consultant, Big Four audit support specialist, as well as 'in-house' valuation specialist and asset manager for an alternative investment firm.

Specific valuation experience includes valuations of private equity and debt investments across a variety of industries, such as Financial Services, Residential & Commercial Real Estate, Structured Products, Industrials, Pharmaceutical/Biotech, and Oil & Gas.

Owen is also a Chartered Financial Analyst (CFA) charterholder.

Addendum 3-3

# MARK SHAYNE, ASA, CPA, ABV, CGMA

## Academic Degrees

M.B.A.    Stern Graduate School of Business at New York University (with Distinction)

B.S.    The Wharton School, University of Pennsylvania (cum laude)

## Experience

Mr. Shayne is a Managing Director with Empire Valuation Consultants LLC, an Accredited Senior Appraiser (ASA) of the American Society of Appraisers, and Accredited in Business Valuation (ABV) by the American Institute of Certified Public Accountants (AICPA).

Mr. Shayne has over 25 years of experience providing valuation, financial consulting and due diligence services. He has extensive experience with the valuation of hedge fund and private equity investments, business assets and interests, financial securities and derivatives for purposes of ASC 820, ASC 805 and ASC 350-20 financial reporting, SEC reporting, fairness opinions, acquisition, sale, estate and gift tax, and buy/sell agreements.

Mr. Shayne works with many internationally recognized companies and funds, including major alternative asset managers and technology companies. He previously worked for JP Morgan Chase, Equitable Capital's (AXA) Private Placement & LBO Group, and PricewaterhouseCoopers (PwC).

## Professional

Mr. Shayne has lectured and published on business and securities valuation, the valuation of intellectual property, and financial reporting valuation for national accounting, hedge fund, valuation and legal organizations. He is past President of the NYC Chapter of the American Society of Appraisers; and has testified as an expert witness in Federal & State Courts and before the American Arbitration Association.

Mr. Shayne is a past Professor of Finance (Business Valuation) at Fordham University's Graduate School of Business. He is a member of the Wharton Hedge Fund Network, the CFA Institute, the Investment Management Due Diligence Association (IMDDA), the American Institute of Certified Public Accountants (AICPA), the Wharton Club of NY and the Beta Gamma Sigma Honor Society.

App. 661

Addendum 3-4

# EINAT SPERLING, CPA (IL)

## Academic Degrees

M.B.A.    Tel Aviv University, The Leon Recanati Graduate School of Business Administration, Finance and Strategy, *w/distinction*, 2002

B.A.    Technion – Israel Institute of Technology, Faculty of Industrial Engineering and Management, Economics and Management, *w/distinction*, 1998

## Employment

Founder and CEO of Essence Financial advisory Ltd. and of Empire – Essence Advisory Ltd., Ramat Gan, Israel, 2020 - Present

Partner, Head of Valuation and Business Modeling, Transaction Advisory Services, of Ernst & Young (EY), Tel-Aviv, Israel, 2000-2018

## Experience

Ms. Sperling is the CEO and founder of Empire-Essence Advisory Ltd. and the owner of Essence Financial Advisory Ltd.

Ms. Sperling has over 20 years of experience providing valuation, financial consulting and due diligence services.

Before founding Essence Financial Advisory Ltd. and Empire-Essence Advisory Ltd., Einat was the head of the Valuation and Business Modeling team in EY Israel. During her work in EY, Ms. Sperling has valued and reviewed the equity, debt, options/warrants, restricted stock, carried interests, etc. of publicly traded and privately held businesses for acquisitions, financial reporting, and general corporate planning purposes as well as fairness and solvency opinions. She has valued intangible assets, including trademarks/names, covenants not-to-compete, leases, technologies, licenses, patents, workforces in place, customer contracts, lists and relationships, and franchise rights, and has performed numerous valuations for purchase price allocation (ASC 805, IFRS3), goodwill impairment (ASC 350/360, IAS 36), stock compensation (ASC 718/409(a), IFRS2), and fair value (ASC 820) purposes.

EXHIBIT 1

## AUTUMN BREEZE
### SOUTHERN PROPERTIES CAPITAL, LTD.
### AS OF DECEMBER 31, 2022

| Convertible Loan | Convertible Loan Principal | Convertible Loan Balance | Property Status | Discount Rate | Cap Rate | Fair Value | Exhibit Reference |
|---|---|---|---|---|---|---|---|
| Autumn Breeze | 4,514,064 | 2,326,277 | Completed | 10.25% | 5.00% | 13,354,459 | 2 |
| Bellwether Ridge | 3,800,000 | 3,797,759 | Completed | 10.00% | 4.75% | 13,010,147 | 3 |
| Forest Pines Apartments | 6,500,000 | 6,472,031 | Completed | 10.00% | 5.00% | 9,821,917 | 4 |
| Parc at Ingleside | 6,634,490 | 3,759,164 | Lease-Up | 10.50% | 5.25% | 2,809,213 | 5, 11 |
| Parc at Opelika | 5,129,000 | 3,189,660 | Under Construction | 11.50% | N/A | 2,843,506 | 6, 11 |
| Parc at Windmill Farms | 8,300,000 | 7,885,547 | Completed | 10.25% | 5.00% | 22,225,974 | 7 |
| Plum Tree | 4,654,019 | 1,767,165 | Completed | 10.25% | 5.00% | 4,323,016 | 8 |
| Spyglass | 5,100,000 | 5,258,367 | Completed | 10.00% | 4.75% | 11,915,395 | 9 |
| Steeple Crest | 6,750,000 | 6,497,871 | Completed | 9.50% | 6.00% | 13,301,143 | 10 |
| **Total** | **51,381,573** | **40,953,839** | | **10.16%** | **4.74%** | **93,604,770** | |

## AUTUMN BREEZE
### SOUTHERN PROPERTIES CAPITAL, LTD.
### AS OF DECEMBER 31, 2022

The subject is a Multifamily (Garden/Low Rise) property with 216 units located on a 12.86-acre site at 301 Mars Road in Wilmer, Texas. The improvements were built in 2020 and are in good condition. The subject property has a current occupancy level of 94.0%, which is below the stabilized occupancy level estimate of 94.5% that was developed in the real estate appraisal.

| Project | | Autumn Breeze | |
|---|---|---|---|
| Convertible Loan Principal | | 4,514,064 | [1] |
| Convertible Loan Balance | | 2,326,277 | [2] |
| Convertible Loan Interest Rate | | 5.00% | [1] |
| Convertible Loan Expected Return | | 6.71% | [2,3] |
| Convertible Loan Origination Date | | 4/26/2019 | [1] |
| Convertible Loan Maturity Date | | 7/1/2025 | [1,4] |
| Likelihood of Conversion | | Highly Probable | [2] |
| Estimated Senior Debt Balance | | 24,473,818 | [2] |
| Senior Debt Interest Rate | | 3.63% | [2] |
| Development Status | | Completed | [2] |
| Market Value As-Is | | 40,100,000 | [5] |
| Capitalization Rate used in Real Estate Appraisal | | 5.00% | [5] |

| Valuation | | | |
|---|---|---|---|
| Market Value As-Is | | 40,100,000 | |
| Less: Transaction Costs | 4.00% | (1,604,000) | |
| Market Value As-Is, Net | | 38,496,000 | |
| Less: Estimated Senior Debt Balance | | 24,473,818 | |
| Value Available for Convertible Loan | | 14,022,182 | |
| | | | |
| Valuation Date | | 12/31/2022 | |
| Valuation Date, Including Estimated Lead Time (180 Days) | | 6/29/2023 | [6] |
| Selected Discount Rate | | 10.25% | [7] |
| Discount Factor | | 0.9524 | |
| | | | |
| Value Available for Convertible Loan | | 14,022,182 | |
| Times: Discount Factor | | 0.9524 | |
| Present Value of Value Available for Convertible Loan | | 13,354,459 | |
| | | | |
| Less: Present Value of Value Available for Convertible Loan | | 13,354,459 | |
| Convertible Loan Balance | | 2,326,277 | |
| Convertible Loan Value above Balance | | 11,028,182 | |

| | |
|---|---|
| **Fair Value of Autumn Breeze Convertible Loan** | **13,354,459** |

**Notes:**
[1] Source: Promissory Note dated April 26, 2019.
[2] Source: Management.
[3] Expected Return: The expected return is defined as net operating income divided by development cost.
[4] Maturity Date: The maturity date is defined as the earlier of (i) first day of the month following 30 months after the construction loan is closed for property ("Real Estate") in Dallas County, Texas owned by Autumn Breeze Apartments, LP, and (ii) seven years from the origination date.
[5] Source: Appraisal provided by Colliers International Valuation & Advisory Services as of November 30, 2022.
[6] Lead (marketing) time is based on a review of the Appraisal provided by Colliers International Valuation & Advisory Services as of November 30, 2022, the current development status, Empire's experience and other factors.
[7] Refer to EXHIBIT 12. As construction was completed, Empire selected a discount rate at the lower end of the range (9.99%) of the Garden & Suburban Townhouse discount rate data and the overall median (9.75%; again, low end of range) for properties in Texas.
Empire also reviewed the capitalization rate data in EXHIBIT 15, and determined that the selected discount rate (capitalization rate plus long-term growth rate) was appropriate for Autumn Breeze.

EXHIBIT 3

**BELLWETHER RIDGE**

**SOUTHERN PROPERTIES CAPITAL, LTD.**

**AS OF DECEMBER 31, 2022**

The subject is a Multifamily (Garden/Low Rise) property totaling 150 units located on a 7.39-acre site at 841 South Polk Street in Desoto, Texas. The improvements were built in 2019 and are in good condition. The subject property has a current occupancy level of 96.0%, which is above the stabilized occupancy level estimate of 95.0% that was developed in the real estate appraisal.

| Project | | Bellwether Ridge | |
|---|---|---|---|
| Convertible Loan Principal | | 3,800,000 | [1] |
| Convertible Loan Balance | | 3,797,759 | [2] |
| Convertible Loan Interest Rate | | 5.00% | [1] |
| Convertible Loan Expected Return | | 6.56% | [2,3] |
| Convertible Loan Origination Date | | 10/19/2017 | [1] |
| Convertible Loan Maturity Date | | 11/1/2026 | [1,4] |
| Likelihood of Conversion | | Highly Probable | [2] |
| Estimated Senior Debt Balance | | 17,842,843 | [2] |
| Senior Debt Interest Rate | | 3.70% | [2] |
| Development Status | | Completed | [5] |
| Market Value As-Is | | 32,800,000 | [5] |
| Capitalization Rate used in Real Estate Appraisal | | 4.75% | [5] |

| Valuation | | | |
|---|---|---|---|
| Market Value As-Is | | 32,800,000 | |
| Less: Transaction Costs | 4.00% | (1,312,000) | |
| Market Value As-Is, Net | | 31,488,000 | |
| Less: Estimated Senior Debt Balance | | 17,842,843 | |
| Value Available for Convertible Loan | | 13,645,157 | |
| | | | |
| Valuation Date | | 12/31/2022 | |
| Valuation Date plus Estimated Lead Time (180 Days) | | 6/29/2023 | [6] |
| Selected Discount Rate | | 10.00% | [7] |
| Discount Factor | | 0.9535 | |
| | | | |
| Value Available for Convertible Loan | | 13,645,157 | |
| Times: Discount Factor | | 0.9535 | |
| Present Value of Value Available for Convertible Loan | | 13,010,147 | |
| | | | |
| Less: Present Value of Value Available for Convertible Loan | | 13,010,147 | |
| Convertible Loan Balance | | 3,797,759 | |
| Convertible Loan Value above Balance | | 9,212,388 | |

| Fair Value of Bellwether Ridge Convertible Loan | 13,010,147 |
|---|---|

**Notes:**

[1]  Source: Promissory Note dated October 19, 2017.

[2]  Source: Management.

[3]  Expected Return: The expected return is defined as net operating income divided by development cost.

[4]  Source: Third Modification Agreement to Promissory Note dated June 30, 2021.

[5]  Source: Appraisal provided by Colliers International Valuation & Advisory Services as of November 30, 2022.

[6]  Lead (marketing) time is based on a review of the Appraisal provided by Colliers International Valuation & Advisory Services as of November 30, 2022, the current development status, Empire's experience and other factors.

[7]  Refer to EXHIBIT 12. As construction was completed, Empire selected a discount rate at the lower end of the range (9.99%) of the Garden & Suburban Townhouse discount rate data and the overall median (9.75%; again, low end of range) for properties in Texas.
Empire also reviewed the capitalization rate data in EXHIBIT 15, and determined that the selected discount rate (capitalization rate plus long-term growth rate) was appropriate for Bellwether Ridge.

**FOREST PINES**

**SOUTHERN PROPERTIES CAPITAL, LTD.**

**AS OF DECEMBER 31, 2022**

The subject is a Multifamily (Garden/Low Rise) property totaling 240 units located on a 15.57-acre site at 852 N Harvey Mitchell Pkwy in Bryan, Texas. The improvements were completed in 2019 and are in good condition. The subject property has a current occupancy level of 100.0%, which is above the stabilized occupancy level estimate of 95.0% that was developed in the real estate appraisal.

| Project | | Forest Pines | |
|---|---|---|---|
| Convertible Loan Principal | | 6,500,000 | [1] |
| Convertible Loan Balance | | 6,472,031 | [2] |
| Convertible Loan Interest Rate | | 5.00% | [1] |
| Convertible Loan Expected Return | | 6.10% | [2,3] |
| Convertible Loan Origination Date | | 4/16/2018 | [1] |
| Convertible Loan Maturity Date | | 11/1/2022 | [1,4] |
| Likelihood of Conversion | | Highly Probable | [2] |
| Estimated Senior Debt Balance | | 26,059,891 | [2] |
| Senior Debt Interest Rate | | 3.35% | [2] |
| Development Status | | Completed | [5] |
| Market Value As-Is | | 38,400,000 | [5] |
| Capitalization Rate used in Real Estate Appraisal | | 5.00% | [5] |

| Valuation | | | |
|---|---|---|---|
| Market Value As-Is | | 38,400,000 | |
| Less: Transaction Costs | 4.00% | (1,536,000) | |
| Market Value As-Is, Net | | 36,864,000 | |
| Less: Estimated Senior Debt Balance | | 26,059,891 | |
| Value Available for Convertible Loan | | 10,804,109 | |
| | | | |
| Valuation Date | | 12/31/2022 | |
| Valuation Date plus Estimated Lead Time (180 Days) | | 6/29/2023 | [6] |
| Selected Discount Rate | | 10.00% | [7] |
| Discount Factor | | 0.9091 | |
| | | | |
| Value Available for Convertible Loan | | 10,804,109 | |
| Times: Discount Factor | | 0.9091 | |
| Present Value of Value Available for Convertible Loan | | 9,821,917 | |
| | | | |
| Less: Present Value of Value Available for Convertible Loan | | 9,821,917 | |
| Convertible Loan Balance | | 6,472,031 | |
| Convertible Loan Value above Balance | | 3,349,886 | |

| | |
|---|---|
| **Fair Value of Forest Pines Convertible Loan** | **9,821,917** |

Notes:

[1]  Source: Promissory Note dated April 16, 2018.

[2]  Source: Management.

[3]  Expected Return: The expected return is defined as net operating income divided by development cost.

[4]

Source: Second Amendment to Promissory Note dated November 1, 2020. Per Management, this loan was in the process of being converted to equity as of the Valuation Date. As such, it is Empire's understanding that all obligations of the Borrower remain unchanged until the conversion is complete.

[5]  Source: Appraisal provided by Colliers International Valuation & Advisory Services as of November 30, 2022.

[6]  Lead (marketing) time is based on a review of the Appraisal provided by Colliers International Valuation & Advisory Services as of November 30, 2022, the current development status, Empire's experience and other factors.

[7]  Refer to EXHIBIT 12. As construction was completed, Empire selected a discount rate at the lower end of the range (9.99%) of the Garden & Suburban Townhouse discount rate data and the overall median (9.75%; again, low end of range) for properties in Texas.
Empire also reviewed the capitalization rate data in EXHIBIT 15, and determined that the selected discount rate (capitalization rate plus long-term growth rate) was appropriate for Forest Pines.

## PARC AT INGLESIDE
## SOUTHERN PROPERTIES CAPITAL, LTD.
## AS OF DECEMBER 31, 2022

The subject is a Multifamily (Garden/Low Rise) property totaling 192 units located on a 7.80-acre site at 2850 Avenue J in Ingleside, Texas. The improvements were completed in 2021 and are in excellent condition. The subject property has a current occupancy level of 86.0%, which is below the stabilized occupancy level estimate of 93.0%, that was developed in the real estate appraisal. Lease up efforts continue on pace, as prior year occupancy was 51%.

| Project | | Parc at Ingleside | |
|---|---|---|---|
| Convertible Loan Principal | | 6,634,490 | [1] |
| Convertible Loan Balance | | 3,759,164 | [2] |
| Convertible Loan Interest Rate | | 5.00% | [1] |
| Convertible Loan Expected Return | | 6.11% | [2,3] |
| Convertible Loan Origination Date | | 6/13/2019 | [1] |
| Convertible Loan Maturity Date | | 11/1/2026 | [1,4] |
| Likelihood of Conversion | | Highly Probable | [2] |
| Estimated Senior Debt Balance | | 24,814,836 | [2] |
| Senior Debt Interest Rate | | 3.59% | [2] |
| Development Status | | Lease-Up | [2] |
| Market Value As-Is | | 28,500,000 | [5] |
| Prospective Value Upon Stabilization | | 28,500,000 | [5] |
| Projected Stabilization Date | | 6/1/2023 | [5] |
| Capitalization Rate used in Real Estate Appraisal | | 5.25% | [5] |

| Valuation | | |
|---|---|---|
| Prospective Value Upon Stabilization | | 28,500,000 |
| Less: Transaction Costs | 4.00% | (1,140,000) |
| Prospective Value Upon Stabilization, Net | | 27,360,000 |
| Less: Estimated Senior Debt Balance | | 24,814,836 |
| Value Available for Convertible Loan | | 2,545,164 |
| | | |
| Projected Stabilization Date | | 6/1/2023 |
| Projected Stabilization Date, Including Estimated Lead Time (270 Days) | | 2/26/2024 [6] |
| Selected Discount Rate | | 10.50% [7] |
| Discount Factor | | 0.9279 |
| | | |
| Value Available for Convertible Loan | | 2,545,164 |
| Times: Discount Factor | | 0.9279 |
| Present Value of Value Available for Convertible Loan | | 2,361,533 |
| | | |
| Less: Present Value of Value Available for Convertible Loan | | 2,361,533 |
| Convertible Loan Balance | | 3,759,164 |
| Convertible Loan Value above Balance | | N/A |

**Notes:**

[1] Source: Promissory Note dated June 13, 2019.

[2] Source: Management.

[3] Expected Return: The expected return is defined as net operating income divided by development cost.

[4] Maturity Date: The maturity date is defined as the earlier of (i) first day of the month following 30 months after the construction loan is closed for property ("Real Estate") in Ingleside, Texas owned by D4IN LLC, a Texas limited partnership, and (ii) seven (7) years from the origination date.

[5] Source: Appraisal provided by Bowery Valuation as of November 30, 2022.

[6] Lead (marketing) time is based on a review of the Appraisal provided by Bowery Valuation of November 30, 2022, the current development status, Empire's experience and other factors.

[7]

Refer to EXHIBIT 12. As construction was completed but the Property was not fully leased, Empire selected a discount rate slightly above the low end of the range (9.99%) of the Garden & Suburban Townhouse discount rate data and the overall median (9.75%; again, low end of range) for properties in Texas. Empire also reviewed the capitalization rate data in EXHIBIT 15, and determined that the selected discount rate (capitalization rate plus long-term growth rate) was appropriate for Parc at Ingleside.

## PARC AT OPELIKA
## SOUTHERN PROPERTIES CAPITAL, LTD.
## AS OF DECEMBER 31, 2022

The subject is planned to be completed by July 17, 2022. It will consist of a Multifamily (Garden/Low Rise) property with 168 units located on an 11.95-acre site in Opelika, Alabama.

| Project | | Parc at Opelika | |
|---|---|---|---|
| Convertible Loan Principal | | 5,129,000 | [1] |
| Convertible Loan Balance | | 3,189,660 | [2] |
| Convertible Loan Interest Rate | | 10.00% | [1] |
| Convertible Loan Expected Return | | 6.28% | [2,3] |
| Convertible Loan Origination Date | | 1/13/2021 | [1] |
| Convertible Loan Maturity Date | | 1/13/2023 | [1,4] |
| Likelihood of Conversion | | Highly Probable | [2] |
| Estimated Senior Debt Balance | | 21,904,386 | [2,5] |
| Senior Debt Interest Rate | | 2.99% | [2] |
| Development Status | | Under Construction | [2] |
| Estimated Cost Basis | | 25,565,440 | [5] |

| Valuation | | | |
|---|---|---|---|
| Estimated Cost Basis | | 25,565,440 | |
| Less: Transaction Costs | 4.00% | (1,022,618) | |
| Estimated Cost Basis, Net | | 24,542,822 | |
| Less: Estimated Senior Debt Balance | | 21,904,386 | |
| Value Available for Convertible Loan | | 2,638,436 | |
| | | | |
| Valuation Date | | 12/31/2022 | |
| Valuation Date plus Estimated Lead Time (180 Days) | | 6/29/2023 | [6] |
| Selected Discount Rate | | 11.50% | [7] |
| Discount Factor | | 0.9473 | |
| | | | |
| Value Available for Convertible Loan | | 2,638,436 | |
| Times: Discount Factor | | 0.9473 | |
| Present Value of Value Available for Convertible Loan | | 2,499,427 | |
| | | | |
| Less: Present Value of Value Available for Convertible Loan | | 2,499,427 | |
| Convertible Loan Balance | | 3,189,660 | |
| Convertible Loan Value above Balance | | N/A | |

Notes:

[1]  Source: Promissory Note dated January 13, 2021.

[2]  Source: Management.

[3]  Expected Return: The expected return is defined as net operating income divided by development cost.

[4]  Source: Promissory Note dated January 13, 2021.

[5]  Excludes developer fees. Based on discussions with management, as of the Valuation Date, the development was approximately 50% completed and there were no material changes to the pro forma budget.

[6]  Lead (marketing) time is based on discussions with management, the current development status, Empire's experience and other factors.

[7]  Refer to EXHIBIT 12. As the property was under construction, Empire selected a discount rate between the low end of the range (9.49%) and the mean (12.22%) of the Garden & Suburban Townhouse discount rate data for properties in the Southeast.
Empire also reviewed the capitalization rate data in EXHIBIT 15, and determined that the selected discount rate (capitalization rate plus long-term growth rate) was appropriate for Parc at Opelika.

**PARC AT WINDMILL FARMS**
**SOUTHERN PROPERTIES CAPITAL, LTD.**
**AS OF DECEMBER 31, 2022**

The subject is a Multifamily (Garden/Low Rise) property with 272 units located on a 18.45-acre site at 1003 Windmill Farms Boulevard in Forney, Texas. The improvements were built in 2019 and are in good condition. The subject property has a current occupancy level of 91.5%, which is below the stabilized occupancy level estimate of 95.0% that was developed in the real estate appraisal.

| Project | | Parc at Windmill Farms | |
|---|---|---|---|
| Convertible Loan Principal | | 8,300,000 | [1] |
| Convertible Loan Balance | | 7,885,547 | [2] |
| Convertible Loan Interest Rate | | 5.00% | [1] |
| Convertible Loan Expected Return | | 6.30% | [2,3] |
| Convertible Loan Origination Date | | 12/14/2017 | [1] |
| Convertible Loan Maturity Date | | 11/1/2022 | [1,4] |
| Likelihood of Conversion | | Highly Probable | [2] |
| Estimated Senior Debt Balance | | 35,111,864 | [2] |
| Senior Debt Interest Rate | | 3.90% | [2] |
| Development Status | | Completed | [5] |
| Market Value As-Is | | 62,100,000 | [5] |
| Capitalization Rate used in Real Estate Appraisal | | 5.00% | [5] |

| Valuation | | | |
|---|---|---|---|
| Market Value As-Is | | 62,100,000 | |
| Less: Transaction Costs | 4.00% | (2,484,000) | |
| Market Value As-Is, Net | | 59,616,000 | |
| Less: Estimated Senior Debt Balance | | 35,111,864 | |
| Value Available for Convertible Loan | | 24,504,136 | |
| | | | |
| Valuation Date | | 12/31/2022 | |
| Valuation Date plus Estimated Lead Time (180 Days) | | 6/29/2023 | [6] |
| Selected Discount Rate | | 10.25% | [7] |
| Discount Factor | | 0.9070 | |
| | | | |
| Value Available for Convertible Loan | | 24,504,136 | |
| Times: Discount Factor | | 0.9070 | |
| Present Value of Value Available for Convertible Loan | | 22,225,974 | |
| | | | |
| Less: Present Value of Value Available for Convertible Loan | | 22,225,974 | |
| Convertible Loan Balance | | 7,885,547 | |
| Convertible Loan Value above Balance | | 14,340,427 | |

| **Fair Value of Parc at Windmill Farms Convertible Loan** | **22,225,974** |
|---|---|

**Notes:**

[1]  Source: Promissory Note dated December 2017.

[2]  Source: Management.

[3]  Expected Return: The expected return is defined as net operating income divided by development cost.

[4]
Source: Fourth Amendment to Promissory Note dated November 1, 2020. Per Management, this loan was in the process of being converted to equity as of the Valuation Date. As such, it is Empire's understanding that all obligations of the Borrower remain unchanged until the conversion is complete.

[5]  Source: Appraisal provided by Colliers International Valuation & Advisory Services as of November 30, 2022.

[6]  Lead (marketing) time is based on a review of the Appraisal provided by Colliers International Valuation & Advisory Services as of November 30, 2022, the current development status, Empire's experience and other factors.

[7]  Refer to EXHIBIT 12. As construction was completed, Empire selected a discount rate at the lower end of the range (9.99%) of the Garden & Suburban Townhouse discount rate data and the overall median (9.75%; again, low end of range) for properties in Texas.
Empire also reviewed the capitalization rate data in EXHIBIT 15, and determined that the selected discount rate (capitalization rate plus long-term growth rate) was appropriate for Parc at Windmill Farms.

## PLUM TREE
## SOUTHERN PROPERTIES CAPITAL, LTD.
### AS OF DECEMBER 31, 2022

The subject is a Multifamily (Garden/Low Rise) property with 143 units located on a 7.36-acre site at 4200 South Washington Street in Kaufman, Texas. The improvements were built in 2021 and are in excellent condition. The subject property has a current occupancy level of 94.0%, which is slightly above the stabilized occupancy level estimate of 93.0% that was developed in the real estate appraisal.

| Project | | Plum Tree | |
|---|---|---|---|
| Convertible Loan Principal | | 4,654,019 | [1] |
| Convertible Loan Balance | | 1,767,165 | [2] |
| Convertible Loan Interest Rate | | 5.00% | [1] |
| Convertible Loan Expected Return | | 5.70% | [2,3] |
| Convertible Loan Origination Date | | 4/26/2019 | [1] |
| Convertible Loan Maturity Date | | 4/26/2026 | [1,4] |
| Likelihood of Conversion | | Highly Probable | [2] |
| Estimated Senior Debt Balance | | 17,524,738 | [2] |
| Senior Debt Interest Rate | | 3.68% | [2] |
| Development Status | | Completed | [2] |
| Market Value As-Is | | 23,100,000 | [5] |
| Capitalization Rate used in Real Estate Appraisal | | 5.00% | [5] |

| Valuation | | | |
|---|---|---|---|
| Market Value As-Is | | 23,100,000 | |
| Less: Transaction Costs | 4.00% | (924,000) | |
| Market Value As-Is, Net | | 22,176,000 | |
| Less: Development Status | | 17,524,738 | |
| Value Available for Convertible Loan | | 4,651,262 | |
| | | | |
| Valuation Date | | 12/31/2022 | |
| Valuation Date plus Estimated Lead Time (9 Months) | | 9/27/2023 | [6] |
| Selected Discount Rate | | 10.25% | [7] |
| Discount Factor | | 0.9294 | |
| | | | |
| Value Available for Convertible Loan | | 4,651,262 | |
| Times: Discount Factor | | 0.9294 | |
| Present Value of Value Available for Convertible Loan | | 4,323,016 | |
| | | | |
| Less: Present Value of Value Available for Convertible Loan | | 4,323,016 | |
| Convertible Loan Balance | | 1,767,165 | |
| Convertible Loan Value above Balance | | 2,555,851 | |

| Fair Value of Plum Tree Convertible Loan | 4,323,016 |
|---|---|

**Notes:**

[1] Source: Promissory Note dated April 26, 2019.

[2] Source: Management.

[3] Expected Return: The expected return is defined as net operating income divided by development cost.

[4] Maturity Date: The maturity date is defined as the earlier of (i) first day of the month following 30 months after the construction loan is closed for property ("Real Estate") in Kaufman County, Texas owned by Plum Tree Apartments, LP, a Texas limited partnership, and (ii) seven years from the origination date.

[5] Source: Appraisal provided by Bowery Valuation as of November 30, 2022.

[6] Lead (marketing) time is based on a review of the Appraisal provided by Bowery Valuation as of November 30, 2022, the current development status, Empire's experience and other factors.

[7] Refer to EXHIBIT 12. As construction was completed but the Property was not fully leased, Empire selected a discount rate slightly above the low end of the range (9.99%) of the Garden & Suburban Townhouse discount rate data and the overall median (9.75%; again, low end of range) for properties in Texas. Empire also reviewed the capitalization rate data in EXHIBIT 15, and determined that the selected discount rate (capitalization rate plus long-term growth rate) was appropriate for Plum Tree.

## SPYGLASS
## SOUTHERN PROPERTIES CAPITAL, LTD.
### AS OF DECEMBER 31, 2022

The subject is a Multifamily (Garden/Low Rise) property totaling 192 units located on a 12.88-acre site at 1803 West Ennis Avenue in Ennis, Texas. The improvements were built in 2018 and are in good condition. The subject property has a current occupancy level of 93.8%, which is which is 20bps lower than the stabilized occupancy level estimate of 94.0% that was developed in the real estate appraisal.

| Project | | Spyglass | |
|---|---|---|---|
| Convertible Loan Principal | | 5,100,000 | [1] |
| Convertible Loan Balance | | 5,258,367 | [2] |
| Convertible Loan Interest Rate | | 5.00% | [1] |
| Convertible Loan Expected Return | | 5.29% | [2,3] |
| Convertible Loan Origination Date | | 5/4/2017 | [1] |
| Convertible Loan Maturity Date | | 11/1/2022 | [1,4] |
| Likelihood of Conversion | | Probable | [2] |
| Estimated Senior Debt Balance | | 22,509,065 | [2] |
| Senior Debt Interest Rate | | 3.79% | [2] |
| Development Status | | Completed | [5] |
| Market Value As-Is | | 37,100,000 | [5] |
| Capitalization Rate used in Real Estate Appraisal | | 4.75% | [5] |

| Valuation | | | |
|---|---|---|---|
| Market Value As-Is | | 37,100,000 | |
| Less: Transaction Costs | 4.00% | (1,484,000) | |
| Market Value As-Is, Net | | 35,616,000 | |
| Less: Estimated Senior Debt Balance | | 22,509,065 | |
| Value Available for Convertible Loan | | 13,106,935 | |
| | | | |
| Valuation Date | | 12/31/2022 | |
| Valuation Date plus Estimated Lead Time (180 Days) | | 6/29/2023 | [6] |
| Selected Discount Rate | | 10.00% | [7] |
| Discount Factor | | 0.9091 | |
| | | | |
| Value Available for Convertible Loan | | 13,106,935 | |
| Times: Discount Factor | | 0.9091 | |
| Present Value of Value Available for Convertible Loan | | 11,915,395 | |
| | | | |
| Less: Present Value of Value Available for Convertible Loan | | 11,915,395 | |
| Convertible Loan Balance | | 5,258,367 | |
| Convertible Loan Value above Balance | | 6,657,029 | |

| Fair Value of Spyglass Convertible Loan | 11,915,395 |
|---|---|

**Notes:**

[1] Source: Promissory Note dated May 4, 2017.

[2] Source: Management.

[3] Expected Return: The expected return is defined as net operating income divided by development cost.

[4]

Source: First Amendment to Promissory Note dated October 31, 2019. Per Management, this loan was in the process of being converted to equity as of the Valuation Date. As such, it is Empire's understanding that all obligations of the Borrower remain unchanged until the conversion is complete.

[5] Source: Appraisal provided by Colliers International Valuation & Advisory Services as of November 30, 2022.

[6] Lead (marketing) time is based on a review of the Appraisal provided by Colliers International Valuation & Advisory Services as of November 30, 2022, the current development status, Empire's experience and other factors.

[7] Refer to EXHIBIT 12. As construction was completed, Empire selected a discount rate at the low end of the range (9.99%) of the Garden & Suburban Townhouse discount rate data and the overall median (9.75%; again, low end of range) for properties in Texas.
Empire also reviewed the capitalization rate data in EXHIBIT 15, and determined that the selected discount rate (capitalization rate plus long-term growth rate) was appropriate for Spyglass.

## STEEPLE CREST
## SOUTHERN PROPERTIES CAPITAL, LTD.
## AS OF DECEMBER 31, 2022

The subject is a Multifamily (Garden/Low Rise) property totaling 200 units located on a 29.96-acre site at 5001 Riverchase Drive in Phenix City, Alabama. The improvements were completed in 2001 and are in average condition. The subject property has a current occupancy level of 98.0%, which is above the stabilized occupancy level estimate of 95.0% that was developed in the real estate appraisal.

| Project | | Steeple Crest | |
|---|---|---|---|
| Convertible Loan Principal | | 6,750,000 | [1] |
| Convertible Loan Balance | | 6,497,871 | [2] |
| Convertible Loan Interest Rate | | 5.00% | [1] |
| Convertible Loan Expected Return | | 7.91% | [2,3] |
| Convertible Loan Origination Date | | 9/30/2019 | [1] |
| Convertible Loan Maturity Date | | 8/1/2026 | [1,4] |
| Likelihood of Conversion | | Highly Probable | [2] |
| Estimated Senior Debt Balance | | 11,297,982 | [2] |
| Senior Debt Interest Rate | | 4.25% | [2] |
| Development Status | | Completed | [5] |
| Market Value As-Is | | 26,600,000 | [5] |
| Capitalization Rate used in Real Estate Appraisal | | 6.00% | [5] |

| Valuation | | | |
|---|---|---|---|
| Market Value As-Is | | 26,600,000 | |
| Less: Transaction Costs | 4.00% | (1,064,000) | |
| Market Value As-Is, Net | | 25,536,000 | |
| Less: Estimated Senior Debt Balance | | 11,297,982 | |
| Value Available for Convertible Loan | | 14,238,018 | |
| | | | |
| Valuation Date | | 12/31/2022 | |
| Valuation Date plus Estimated Lead Time (9 Months) | | 9/27/2023 | [6] |
| Selected Discount Rate | | 9.50% | [7] |
| Discount Factor | | 0.9342 | |
| | | | |
| Value Available for Convertible Loan | | 14,238,018 | |
| Times: Discount Factor | | 0.9342 | |
| Present Value of Value Available for Convertible Loan | | 13,301,143 | |
| | | | |
| Less: Present Value of Value Available for Convertible Loan | | 13,301,143 | |
| Convertible Loan Balance | | 6,497,871 | |
| Convertible Loan Value above Balance | | 6,803,272 | |

| Fair Value of Steeple Crest Convertible Loan | 13,301,143 |
|---|---|

Notes:

[1] Source: Promissory Note dated September 30, 2019.

[2] Source: Management.

[3] Expected Return: The expected return is defined as net operating income divided by development cost.

[4] Source: Third Amended and Restated Promissory Note dated June 30, 2021.

[5] Source: Appraisal provided by Colliers International Valuation & Advisory Services as of November 30, 2022.

[6] Lead (marketing) time is based on a review of the Appraisal provided by Colliers International Valuation & Advisory Services as of November 30, 2022, the current development status, Empire's experience and other factors.

[7] Refer to EXHIBIT 12. As construction was completed, Empire selected a discount rate at the low end of the range (9.49%) of the Garden & Suburban Townhouse discount rate data and the overall median (9.75%; again, low end of range) for properties in the Southeast.
Empire also reviewed the capitalization rate data in EXHIBIT 15, and determined that the selected discount rate (capitalization rate plus long-term growth rate) was appropriate for Steeple Crest.

**FAIR VALUE OF CONVERTIBLE LOANS WITH NO VALUE ABOVE BALANCE**

**SOUTHERN PROPERTIES CAPITAL, LTD.**

**AS OF DECEMBER 31, 2022**

| Convertible Loan | Convertible Loan Balance | Convertible Loan Maturity Date | Convertible Loan Interest Rate | Selected Interest Rate [1] |
|---|---|---|---|---|
| Parc at Ingleside | 3,759,164 | 11/1/2026 | 5.00% | 9.00% |
| Parc at Opelika | 3,189,660 | 1/13/2023 | 10.00% | 12.00% |

| Convertible Loan | Convertible Loan Balance | Value Based on Selected Interest Rate [2] |
|---|---|---|
| Parc at Ingleside | 3,759,164 | 3,256,893 |
| Parc at Opelika | 3,189,660 | 3,187,585 |

| Convertible Loan | Present Value of Value Available for Convertible Loan [3] | Times: Likelihood of Conversion [4] | Weighted Value [A] |
|---|---|---|---|
| Parc at Ingleside | 2,361,533 | 50.00% | 1,180,767 |
| Parc at Opelika | 2,499,427 | 50.00% | 1,249,714 |

| Convertible Loan | Value Based on Selected Interest Rate | Times: 1- Likelihood of Conversion | Weighted Value [B] |
|---|---|---|---|
| Parc at Ingleside | 3,256,893 | 50.00% | 1,628,447 |
| Parc at Opelika | 3,187,585 | 50.00% | 1,593,793 |

| Convertible Loan | Fair Value [A+B] |
|---|---|
| Parc at Ingleside | 2,809,213 |
| Parc at Opelika | 2,843,506 |

**Notes:**

[1]  Selected interest rate is based on a review of relevant rates in EXHIBIT 13.

[2]  Convertible loan balance was grown to maturity at the current interest rate and discounted back to the present at the selected discount rate.

[3]  Refer to EXHIBIT 5.

[4]  Based on the amount of equity cushion and management's assessment of conversion probabilities.

EXHIBIT 12

**CONSTRUCTION FINANCING AND DISCOUNT RATE BENCHMARKS**
**SOUTHERN PROPERTIES CAPITAL, LTD.**
**AS OF DECEMBER 31, 2022**

| Benchmark | Description / Comments | Geography | As of 12/31/22 | | |
|---|---|---|---|---|---|
| | | | Low | High | Mean |
| **REALTY RATES** | | | | | |
| Interim Construction Financing | Q3 2022 Developer Survey - New Development | National | 4.80% | 10.00% | 7.36% |
| | | | | | |
| **REALTY RATES** | | | | | |
| Primary Residential - Hi-Rise & Urban Townhouse | Q4 2022 Developer Survey - New Development | National | 9.63% | 26.08% | 17.95% |
| Primary Residential - Garden & Suburban Townhouse | Q4 2022 Developer Survey - New Development | National | 9.29% | 24.86% | 17.50% |
| Primary Residential - Mixed Use | Q4 2022 Developer Survey - New Development | National | 9.53% | 26.08% | 18.25% |
| | | | | | |
| Primary Residential - Hi-Rise & Urban Townhouse | Q4 2022 Developer Survey - New Development | Southeast (AL) | 9.85% | 16.76% | 13.03% |
| Primary Residential - Garden & Suburban Townhouse | Q4 2022 Developer Survey - New Development | Southeast (AL) | 9.49% | 15.97% | 12.22% |
| Primary Residential - Mixed Use | Q4 2022 Developer Survey - New Development | Southeast (AL) | 9.75% | 16.76% | 12.72% |
| | | | | | |
| Primary Residential - Hi-Rise & Urban Townhouse | Q4 2022 Developer Survey - New Development | TX | 10.36% | 17.64% | 13.72% |
| Primary Residential - Garden & Suburban Townhouse | Q4 2022 Developer Survey - New Development | TX | 9.99% | 16.81% | 12.87% |
| Primary Residential - Mixed Use | Q4 2022 Developer Survey - New Development | TX | 10.26% | 17.64% | 13.39% |
| | | | | | |
| | | Minimum | 9.29% | 15.97% | 12.22% |
| | | Maximum | 10.36% | 26.08% | 18.25% |
| | | Mean | 9.79% | 19.84% | 14.63% |
| | | Median | 9.75% | 17.64% | 13.39% |

App. 674

EXHIBIT 13

## CREDIT SPREADS & YIELDS: MEZZ & BRIDGE LOANS
## SOUTHERN PROPERTIES CAPITAL, LTD.
### AS OF DECEMBER 2022

| Mezzanine Surveyed / Quotes | Loan Type | Rate Type | Property Type | LTC/LTV Low | High | Mean | DSCR Low | High | Mean | Report Date | Base Rate | Credit Spread Low | High | Mean | Yield (no curve) Low | High | Mean | Yield (with curve) Low | High | Mean |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cushman & Wakefield 1 | mezz | floating | all | 60.0% | 70.0% | 65.0% | 1.05x | 1.15x | 1.10x | 12/5/22 | L | 6.50% | 8.50% | 7.50% | 10.89% | 12.89% | 11.89% | 10.88% | 12.88% | 11.88% |
| Cushman & Wakefield 2 | mezz | floating | all | 70.0% | 80.0% | 75.0% | N/A | N/A | N/A | 12/5/22 | L | 7.50% | 12.00% | 9.75% | 11.89% | 16.39% | 14.14% | 11.88% | 16.38% | 14.13% |
| C&W Surveyed | mezz | floating | all | 60.0% | 80.0% | 70.0% | 1.05x | 1.15x | 1.10x | 12/5/22 | L | 6.50% | 12.00% | 8.63% | 10.89% | 16.39% | 13.02% | 10.88% | 16.38% | 13.01% |
| Hedge/Opportunity Funds | mezz | fixed | all | 60.0% | 80.0% | 70.0% | N/A | N/A | N/A | 12/5/22 | F | 4.62% | 8.62% | 6.62% | 9.00% | 13.00% | 11.00% | 9.00% | 13.00% | 11.00% |
| Investment Banks | mezz | fixed | all | 60.0% | 80.0% | 70.0% | N/A | N/A | N/A | 12/5/22 | F | 4.62% | 8.62% | 6.62% | 9.00% | 13.00% | 11.00% | 9.00% | 13.00% | 11.00% |
| Private Lenders | mezz | fixed | all | 55.0% | 80.0% | 67.5% | N/A | N/A | N/A | 12/5/22 | F | 4.62% | 8.62% | 6.62% | 9.00% | 13.00% | 11.00% | 9.00% | 13.00% | 11.00% |
| C&W Surveyed | mezz | fixed | all | 55.0% | 80.0% | 69.2% | N/A | N/A | N/A | 12/5/22 | F | 4.62% | 8.62% | 6.62% | 9.00% | 13.00% | 11.00% | 9.00% | 13.00% | 11.00% |
| Fantini & Gorga Mezz | mezz | fixed | all | N/A | N/A | 85.0% | 1.10x | N/A | 1.10x | 6/30/22 | F | 1.62% | 8.62% | 5.12% | 6.00% | 13.00% | 9.50% | 6.00% | 13.00% | 9.50% |
| Fantini & Gorga (Preferred) | mezz | fixed | all | N/A | 95.0% | 95.0% | N/A | N/A | N/A | 6/30/22 | F | 1.62% | 3.62% | 2.62% | 6.00% | 8.00% | 7.00% | 6.00% | 8.00% | 7.00% |
| Fantini & Gorga Mezz | mezz | fixed | multi/apt | 85.0% | 90.0% | 87.5% | 1.10x | N/A | 1.10x | 12/27/22 | F | 1.62% | 7.62% | 4.62% | 6.00% | 12.00% | 9.00% | 6.00% | 12.00% | 9.00% |
| Fantini & Gorga Mezz | mezz | fixed | retail | 60.0% | 75.0% | 67.5% | 1.10x | N/A | 1.10x | 3/31/22 | F | 3.62% | 7.62% | 5.62% | 8.00% | 12.00% | 10.00% | 8.00% | 12.00% | 10.00% |
| F&G Surveyed | mezz | fixed | all | 60.0% | 95.0% | 83.8% | 1.10x | 1.10x | 1.10x | 7/22/22 | F | 1.62% | 8.62% | 4.49% | 6.00% | 13.00% | 8.88% | 6.00% | 13.00% | 8.88% |
| Pepperdine (10M-50M) | mezz | fixed | all | N/A | N/A | N/A | 1.40x | 1.60x | 1.50x | 4/26/22 | F | 4.12% | 12.92% | 8.52% | 8.50% | 17.30% | 12.90% | 8.50% | 17.30% | 12.90% |
| Lender Quote #1 | mezz | fixed | all | N/A | 85.0% | N/A | N/A | N/A | N/A | 9/30/22 | F | 5.62% | 7.62% | 6.62% | 10.00% | 12.00% | 11.00% | 10.00% | 12.00% | 11.00% |
| Lender Quote #2 | mezz | fixed | all | N/A | 90.0% | N/A | N/A | N/A | N/A | 9/30/22 | F | 4.62% | 7.62% | 6.12% | 9.00% | 12.00% | 10.50% | 9.00% | 12.00% | 10.50% |
| Mezzanine Min | | | | 55.0% | 70.0% | 65.0% | 1.05x | 1.15x | 1.10x | 3/31/22 | N/A | 1.62% | 3.62% | 2.62% | 6.00% | 8.00% | 7.00% | 6.00% | 8.00% | 7.00% |
| Mezzanine Max | | | | 85.0% | 95.0% | 95.0% | 1.40x | 1.60x | 1.50x | 12/27/22 | N/A | 7.50% | 12.92% | 9.75% | 11.89% | 17.30% | 14.14% | 11.88% | 17.30% | 14.13% |
| Mezzanine Mean | | | | 64.3% | 82.5% | 75.8% | 1.15x | 1.38x | 1.18x | 9/20/22 | N/A | 4.22% | 8.50% | 6.36% | 8.61% | 12.88% | 10.74% | 8.61% | 12.88% | 10.74% |
| Mezzanine Median | | | | 60.0% | 80.0% | 70.0% | 1.10x | 1.38x | 1.10x | 12/5/22 | N/A | 4.62% | 8.56% | 6.62% | 9.00% | 12.95% | 11.00% | 9.00% | 12.94% | 11.00% |

| Bridge/Dev Surveyed / Quotes | Loan Type | Rate Type | Property Type | LTC/LTV Low | High | Mean | DSCR Low | High | Mean | Pricing Date | Base Rate | Credit Spread Low | High | Mean | Yield (no curve) Low | High | Mean | Yield (with curve) Low | High | Mean |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lender #1 | bridge | fixed | all | N/A | 75.0% | N/A | N/A | N/A | N/A | 9/30/22 | F | 2.62% | 7.62% | 5.12% | 7.00% | 12.00% | 9.50% | 7.00% | 12.00% | 9.50% |
| Lender #2 | bridge | fixed | all | N/A | 85.0% | N/A | N/A | N/A | N/A | 9/30/22 | F | 2.52% | 8.12% | 5.32% | 6.90% | 12.50% | 9.70% | 6.90% | 12.50% | 9.70% |
| Lender #3 | bridge | fixed | all | N/A | 90.0% | N/A | N/A | N/A | N/A | 9/30/22 | F | 4.62% | 7.62% | 6.12% | 9.00% | 12.00% | 10.50% | 9.00% | 12.00% | 10.50% |
| Independent Lender Quotes | bridge | fixed | all | 75.0% | 90.0% | N/A | N/A | N/A | N/A | 9/30/22 | F | 2.52% | 8.12% | 5.52% | 6.90% | 12.50% | 9.90% | 6.90% | 12.50% | 9.90% |
| Fantini & Gorga Interim Loan | bridge | variable | multi/apt | 70.0% | 75.0% | 72.5% | 1.25x | 1.30x | 1.28x | 12/27/22 | L | 3.50% | 4.50% | 4.00% | 7.89% | 8.89% | 8.39% | 7.88% | 8.88% | 8.38% |
| Fantini & Gorga Interim Loan | bridge | variable | retail | 50.0% | 65.0% | 57.5% | 1.30x | 1.40x | 1.35x | 3/31/22 | L | 2.50% | 5.00% | 3.75% | 6.89% | 9.39% | 8.14% | 6.88% | 9.38% | 8.13% |
| Fantini & Gorga Interim Loan | bridge | floating | varies | 50.0% | 75.0% | 65.0% | 1.25x | 1.40x | 1.31x | 8/13/22 | L | 2.50% | 5.00% | 3.88% | 6.89% | 9.39% | 8.27% | 6.88% | 9.38% | 8.26% |
| RealtyRates | bridge | variable | apartments | 60.0% | 100.0% | 80.0% | N/A | N/A | N/A | 12/7/22 | P | 0.45% | 6.45% | 3.49% | 5.95% | 11.95% | 8.99% | 5.95% | 11.95% | 8.99% |
| RealtyRates | bridge | variable | retail | 50.0% | 100.0% | 80.0% | N/A | N/A | N/A | 12/7/22 | P | 0.95% | 6.75% | 3.94% | 6.45% | 12.25% | 9.44% | 6.45% | 12.25% | 9.44% |
| RealtyRates | bridge | variable | office | 50.0% | 100.0% | 83.0% | N/A | N/A | N/A | 12/7/22 | P | 0.95% | 6.45% | 3.80% | 6.45% | 11.95% | 9.30% | 6.45% | 11.95% | 9.30% |
| RealtyRates | bridge | variable | lodging | 50.0% | 100.0% | 80.0% | N/A | N/A | N/A | 12/7/22 | P | 1.25% | 7.00% | 4.24% | 6.75% | 12.50% | 9.74% | 6.75% | 12.50% | 9.74% |
| RealtyRates | bridge | variable | industrial | 50.0% | 100.0% | 80.0% | N/A | N/A | N/A | 12/7/22 | P | 0.95% | 6.85% | 3.94% | 6.45% | 12.35% | 9.44% | 6.45% | 12.35% | 9.44% |
| RealtyRates | bridge | variable | all | 50.0% | 100.0% | 73.0% | N/A | N/A | N/A | 12/7/22 | P | 0.45% | 8.15% | 4.32% | 5.95% | 13.65% | 9.82% | 5.95% | 13.65% | 9.82% |
| RealtyRates | bridge | variable | all | 50.0% | 100.0% | 79.3% | N/A | N/A | N/A | 12/7/22 | P | 0.45% | 8.15% | 3.96% | 5.95% | 12.50% | 9.46% | 5.95% | 12.50% | 9.46% |
| Bridge/Development Min | | | | 50.0% | 65.0% | 57.5% | 1.25x | 1.30x | 1.28x | 3/31/22 | N/A | 0.45% | 4.50% | 3.49% | 5.95% | 8.89% | 8.14% | 5.95% | 8.88% | 8.13% |
| Bridge/Development Max | | | | 70.0% | 100.0% | 83.0% | 1.30x | 1.40x | 1.35x | 12/27/22 | N/A | 4.62% | 8.15% | 6.12% | 9.00% | 12.50% | 10.50% | 9.00% | 12.50% | 10.50% |
| Bridge/Development Mean | | | | 53.8% | 90.0% | 75.8% | 1.28x | 1.35x | 1.31x | 10/28/22 | N/A | 1.89% | 6.77% | 4.37% | 6.88% | 11.58% | 9.36% | 6.88% | 11.58% | 9.36% |
| Bridge/Development Median | | | | 50.0% | 100.0% | 80.0% | 1.28x | 1.35x | 1.31x | 12/7/22 | N/A | 1.25% | 6.85% | 4.00% | 6.75% | 12.00% | 9.44% | 6.75% | 12.00% | 9.44% |

For Base Rate, F = fixed rate, L = LIBOR (generally 1 or 3 month), P = Prime, T = Treasury (generally 2-10 year), S = LIBOR maturity swap rate. Variable rate issuances typically have floors (often 0.5%-2.0%)
Unless specifically disclosed, LIBOR based spreads and yields were calculated and/or implied by Empire using the US 1 Month Libor spot rate and 3.0 year swap rate, if and as applicable.

EXHIBIT 14

## CREDIT SPREADS & YIELDS: APT/MULTI-FAMILY
### SOUTHERN PROPERTIES CAPITAL, LTD.
#### AS OF DECEMBER 31, 2022

| Senior/Whole Surveyed | Loan Type | Rate Type | Property Type | LTC/ LTV | | | DSCR | | | Report Date | Base Rate | Credit Spread | | | Yield (no curve) | | | Yield (with curve) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Low | High | Mean | Low | High | Mean | | | Low | High | Mean | Low | High | Mean | Low | High | Mean |
| Cushman & Wakefield | whole | fixed | all | 60.0% | 75.0% | 67.5% | 1.30x | 1.50x | 1.40x | 11/3/22 | T | 1.75% | 4.95% | 3.35% | 5.63% | 8.83% | 7.23% | 5.63% | 8.83% | 7.23% |
| Cushman & Wakefield | whole | fixed | all | 60.0% | 75.0% | 67.5% | 1.30x | 1.50x | 1.40x | 11/3/22 | T | 1.65% | 4.95% | 3.30% | 5.53% | 8.83% | 7.18% | 5.53% | 8.83% | 7.18% |
| Cushman & Wakefield | whole | fixed | multi/apt | 65.0% | 70.0% | 67.5% | 1.25x | N/A | 1.25x | 11/3/22 | T | 2.10% | 2.25% | 2.18% | 5.98% | 6.13% | 6.06% | 5.98% | 6.13% | 6.06% |
| Cushman & Wakefield | whole | fixed | multi/apt | 70.0% | 80.0% | 75.0% | 1.25x | N/A | 1.25x | 11/3/22 | T | 1.85% | 1.85% | 1.85% | 5.73% | 5.73% | 5.73% | 5.73% | 5.73% | 5.73% |
| **Cushman & Wakefield** | **whole** | **various** | **various** | **60.0%** | **80.0%** | **69.4%** | **1.25x** | **1.50x** | **1.33x** | **11/3/22** | **T** | **1.65%** | **4.95%** | **2.67%** | **5.53%** | **8.83%** | **6.55%** | **5.53%** | **8.83%** | **6.55%** |
| RealtyRates | whole | fixed | multi/apt | 55.0% | 90.0% | 73.2% | 1.00x | 1.86x | 1.43x | 12/7/22 | T | 0.72% | 4.98% | 2.88% | 4.60% | 8.86% | 6.76% | 4.60% | 8.86% | 6.76% |
| RealtyRates | whole | fixed | multi/apt | 65.0% | 90.0% | 78.0% | 1.00x | 1.61x | 1.26x | 12/7/22 | T | 0.72% | 3.83% | 2.28% | 4.60% | 7.71% | 6.16% | 4.60% | 7.71% | 6.16% |
| RealtyRates | whole | fixed | multi/apt | 55.0% | 75.0% | 70.0% | 1.25x | 1.86x | 1.56x | 12/7/22 | T | 0.92% | 4.98% | 2.95% | 4.80% | 8.86% | 6.83% | 4.80% | 8.86% | 6.83% |
| RealtyRates | whole | fixed | multi/apt | 55.0% | 75.0% | 70.0% | 1.15x | 1.71x | 1.43x | 12/7/22 | T | 0.92% | 4.41% | 2.66% | 4.80% | 8.29% | 6.54% | 4.80% | 8.29% | 6.54% |
| **RealtyRates** | **whole** | **fixed** | **multi/apt** | **55.0%** | **90.0%** | **72.8%** | **1.00x** | **1.86x** | **1.42x** | **12/7/22** | **T** | **0.72%** | **4.98%** | **2.69%** | **4.60%** | **8.86%** | **6.57%** | **4.60%** | **8.86%** | **6.57%** |
| **All Surveyed Min** | | | | 55.0% | 70.0% | 67.5% | 1.00x | 1.50x | 1.25x | 11/3/22 | N/A | 0.72% | 1.85% | 1.85% | 4.60% | 5.73% | 5.73% | 4.60% | 5.73% | 5.73% |
| **All Surveyed Max** | | | | 70.0% | 90.0% | 78.0% | 1.30x | 1.86x | 1.56x | 12/7/22 | N/A | 2.10% | 4.98% | 3.35% | 5.98% | 8.86% | 7.23% | 5.98% | 8.86% | 7.23% |
| **All Surveyed Mean** | | | | 60.6% | 78.8% | 71.1% | 1.19x | 1.67x | 1.37x | 11/20/22 | N/A | 1.33% | 4.03% | 2.68% | 5.21% | 7.91% | 6.56% | 5.21% | 7.91% | 6.56% |
| **All Surveyed Median** | | | | 60.0% | 75.0% | 70.0% | 1.25x | 1.66x | 1.40x | 11/20/22 | N/A | 1.29% | 4.68% | 2.77% | 5.17% | 8.56% | 6.65% | 5.17% | 8.56% | 6.65% |

For Base Rate, F = fixed rate, L = LIBOR (generally 1 or 3 month), P = Prime, T = Treasury (generally 2-10 year), S = LIBOR maturity swap rate. Variable rate issuances typically have floors (often 0.5%-2.0%)

Unless specifically disclosed, LIBOR based spreads and yields were calculated and/or implied by Empire using the US 1 Month Libor spot rate and 3.0 year swap rate, if and as applicable.

EXHIBIT 15

**CAP. RATE BENCHMARKS**
**SOUTHERN PROPERTIES CAPITAL, LTD.**
**AS OF DECEMBER 31, 2022**

| Benchmark | Description / Comments | Geography | As of 12/31/22 | | |
|---|---|---|---|---|---|
| | | | Low | High | Mean |
| **RERC** | | | | | |
| Apartment - Austin | Terminal | Austin | N/A | N/A | 5.30% |
| Apartment - Dallas | Terminal | Dallas | N/A | N/A | 5.20% |
| Apartment - Houston | Terminal | Houston | N/A | N/A | 5.70% |
| Apartment - South Region | Terminal | South | 4.30% | 7.50% | 5.70% |
| Apartment - U.S. | Terminal | U.S. | 4.10% | 6.30% | 4.90% |
| | | | | | |
| **PwC** | | | | | |
| Apartment - Southeast Region | Residual | Southeast | 4.00% | 5.00% | 4.70% |
| Apartment - U.S. | Residual | U.S. | 4.00% | 8.00% | 5.28% |
| | | | | | |
| **CBRE** | | | | | |
| Multifamily - Austin | Class A - Stabilized Properties | Austin | 3.25% | 3.75% | 3.50% |
| Multifamily - Dallas/Fort Worth | Class A - Stabilized Properties | Dallas | 3.25% | 3.75% | 3.50% |
| Multifamily - Houston | Class A - Stabilized Properties | Houston | 3.50% | 4.00% | 3.75% |
| | | | | | |
| **IRR Viewpoint** | | | | | |
| Suburban Multifamily - Austin | Class A | Austin | N/A | N/A | 5.25% |
| Suburban Multifamily - Austin | Class B | Austin | N/A | N/A | 5.50% |
| Suburban Multifamily - Dallas | Class A | Dallas | N/A | N/A | 5.50% |
| Suburban Multifamily - Dallas | Class B | Dallas | N/A | N/A | 6.50% |
| Suburban Multifamily - Fort Worth | Class A | Fort Worth | N/A | N/A | 6.00% |
| Suburban Multifamily - Fort Worth | Class B | Fort Worth | N/A | N/A | 6.25% |
| Suburban Multifamily - Houston | Class A | Houston | N/A | N/A | 5.70% |
| Suburban Multifamily - Houston | Class B | Houston | N/A | N/A | 6.80% |
| Suburban Multifamily - South | Class A | South | N/A | N/A | 4.88% |
| Suburban Multifamily - South | Class B | South | N/A | N/A | 5.60% |
| Suburban Multifamily - U.S | Class A | U.S. | N/A | N/A | 4.98% |
| Suburban Multifamily - U.S. | Class B | U.S. | N/A | N/A | 5.60% |
| | | | | | |
| | | Minimum | 3.25% | 3.75% | 3.50% |
| | | Maximum | 4.30% | 8.00% | 6.80% |
| | | Mean | 3.77% | 5.47% | 5.28% |
| | | Median | 4.00% | 5.00% | 5.40% |

App. 677

# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 3:22-cv-2118-X |
| TIMOTHY BARTON *ET AL.*, | § § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants.* | § § | |

## DECLARATION OF JOHN JORDAN

1.    My name is John Jordan.  I am over the age of 21 and I have never been convicted of a felony or any crime involving moral turpitude.  I have personal knowledge of the facts stated in this declaration and they are true and correct, and I would testify thereto under oath if called upon as a witness.

2.    Between August 2019 and February 2023, I was employed as Executive Managing Director and/or Managing Director of Colliers International Valuation & Advisory Services ("Colliers").  While I was employed at Colliers, I participated in performing appraisals and valuations of certain real estate developments on behalf of Southern Properties Capital, Ltd. ("SPC").

3.    Attached as Exhibit 1 to this declaration is an Appraisal Report prepared by Colliers for the Parc at Windmill Farms ("Windmill Farms") development in Forney, Texas.  The Colliers Windmill Farms Appraisal is dated March 16, 2023.

4.      Attached as Exhibit 2 to this declaration is an Appraisal Report prepared by Colliers for the Bellwether Ridge development in DeSoto, Texas.  The Colliers Bellwether Ridge Appraisal is dated March 16, 2023.

5.      I am currently employed as Managing Director of Apprise by Walker and Dunlap ("Apprise").  Recently, Apprise was requested to perform appraisals of the SPC developments know as Windmill Farms and Bellwether Ridge.

6.      Attached as Exhibit 3 to this declaration is an Appraisal Report prepared by Apprise relating to the Windmill Farms development.  The Windmill Farms Appraisal Report was specifically prepared by Jason Ribelin and me.  This Appraisal Report is dated May 15, 2023.

7.      Attached as Exhibit 4 to this declaration is an Appraisal Report prepared by Apprise relating to the Bellwether Ridge development.  The Bellwether Ridge Appraisal report was specifically prepared by Jason Ribelin and me.  The Appraisal Report is dated May 15, 2023.

8.      I am of the opinion that the information and conclusions contained in Exhibits 1 through 4 are true and correct to a reasonable certainty.

9.      A true and correct copy of my curriculum vitae is attached to this declaration as Exhibit 5.  A true and correct copy of Jason Ribelin's curriculum vitae is attached to this declaration as Exhibit 6.

To the best of my knowledge, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Dallas County on May 17, 2023.

JOHN JORDAN

**DECLARATION OF JOHN JORDAN**                                           PAGE 2 OF 2

# EXHIBIT G-1

**Colliers**
INTERNATIONAL

# PARC AT WINDMILL FARMS

1003 Windmill Farms Boulevard
Forney, Texas 75126

**APPRAISAL REPORT**

Date of Report: March 16, 2023

Colliers File #: DAL221304



PREPARED FOR
Erik Johnson
Southern Properties Capital, Ltd.
1603 LBJ Freeway
Dallas, Texas 75234

PREPARED BY
**COLLIERS INTERNATIONAL**
**VALUATION & ADVISORY SERVICES**

App. 682

# LETTER OF TRANSMITTAL

**COLLIERS INTERNATIONAL**
**VALUATION & ADVISORY SERVICES**

1717 McKinney Avenue, Suite 900
Dallas, TX 75202 USA
MAIN 214 692 1100
FAX  214 370 3992
WEB  www.colliers.com/valuationadvisory

March 16, 2023

Erik Johnson
**Southern Properties Capital, Ltd.**
1603 LBJ Freeway
Dallas, Texas 75234

**RE: Parc at Windmill Farms**
  1003 Windmill Farms Boulevard
  Forney, Texas 75126

Colliers File #: DAL221304

Mr. Johnson:

Pursuant with our engagement, the above captioned property was appraised utilizing best practice appraisal principles for this property type. This appraisal report satisfies the scope of work and requirements agreed upon by Southern Properties Capital, Ltd. and Colliers International Valuation & Advisory Services.

The date of this report is March 16, 2023. At the request of the client, this appraisal is presented in an Appraisal Report format as defined by *USPAP* Standards Rule 2-2(a). Our appraisal format provides a summary description of the appraisal process, subject and market data and valuation analyses.

The purpose of this appraisal is to develop an opinion of the As-Is Market Value of the subject property's leased fee interest. The following table conveys the final opinion of market value of the subject property that is developed within this appraisal report:

| VALUE TYPE | INTEREST APPRAISED | DATE OF VALUE | VALUE |
|---|---|---|---|
| Market Value As-Is | Leased Fee | December 1, 2022 | $62,100,000 |

The subject is a Multifamily (Garden/Low Rise) property totaling 272 units located on a 18.45-acre site at 1003 Windmill Farms Boulevard in Forney, Texas. The improvements were built in 2019, are in good condition and have a remaining economic life of 47 years based on our estimate.

The subject property has a current occupancy of 91.5%, which is below the stabilized occupancy estimate of 95.0% that was developed in this appraisal.  However, lease-up costs are immaterial and would be lost in rounding.

Colliers International Valuation & Advisory Services, and certain of its subsidiaries, is an independently owned and operated business and a member firm of Colliers International Property Consultants, an affiliation of independent companies with over 500+ offices throughout more than 68 countries worldwide.

App. 683

The analyses, opinions and conclusions communicated within this appraisal report were developed based upon the requirements and guidelines of the current Uniform Standards of Professional Appraisal Practice (USPAP), the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute.

The report, in its entirety, including all assumptions and limiting conditions, is an integral part of, and inseparable from, this letter. *USPAP* defines an Extraordinary Assumption as, "an assignment specific-assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions". *USPAP* defines a Hypothetical Condition as, "that which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis".

The Extraordinary Assumptions and/or Hypothetical Conditions that were made during the appraisal process to arrive at our opinion of value are fully discussed below. We advise the client to consider these issues carefully given the intended use of this appraisal, as their use might have affected the assignment results.

## EXTRAORDINARY ASSUMPTIONS

Colliers Valuation inspected the building exteriors, project/common amenities, and some unit interiors of the subject property.  We were able to inspect vacant, one occupied, and model units during our on-site inspection. It was conveyed to us that the units inspected are a good example of typical finishes, condition, and marketability of all of the subject's units. Because only a limited number of units were inspected, this analysis makes the extraordinary assumption that the non-inspected unit interiors are similar to the units inspected, consistent with the description provided to us by the subject's management, and are not down for repair or contain significant deferred maintenance. Any changes to this assumption may impact the assignment results.

## HYPOTHETICAL CONDITIONS

No Hypothetical Conditions were made for this assignment.

## RELIANCE LANGUAGE

The Appraisal is for the sole use of the Client; however, Client may provide only complete, final copies of the Appraisal report in its entirety (but not component parts) to third parties who shall review such reports in connection with loan underwriting or securitization efforts. Colliers International Valuation & Advisory Services is not required to explain or testify as to appraisal results other than to respond to the Client for routine and customary questions. Please note that our consent to allow the Appraisal prepared by Colliers International Valuation & Advisory Services or portions of such Appraisal, to become part of or be referenced in any public offering, the granting of such consent will be at our sole and absolute discretion and, if given, will be on condition that Colliers International Valuation & Advisory Services will be provided with an Indemnification Agreement and/or Non-Reliance letter, in a form and content satisfactory to Colliers International Valuation & Advisory Services, by a party satisfactory to Colliers International Valuation & Advisory Services. Colliers International Valuation & Advisory Services does consent to your submission of the reports to rating agencies, loan participants or your auditors in its entirety (but not component parts) without the need to provide Colliers International Valuation & Advisory Services with an Indemnification Agreement and/or Non-Reliance letter.

Colliers International Valuation & Advisory Services hereby expressly grants to Client the right to copy the Appraisal and distribute it to other parties in the transaction for which the Appraisal has been prepared, including employees of Client, other lenders in the transaction, and the borrower, if any.

App. 684

© 2023 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

Our opinion of value reflects current conditions and the likely actions of market participants as of the date of value. It is based on the available information gathered and provided to us, as presented in this report, and does not predict future performance. Changing market or property conditions can and likely will have an effect on the subject's value.

The signatures below indicate our assurance to the client that the development process and extent of analysis for this assignment adhere to the scope requirements and intended use of the appraisal. If you have any specific questions or concerns regarding the attached appraisal report, or if Colliers International Valuation & Advisory Services can be of additional assistance, please contact the individuals listed below.

Sincerely,

**COLLIERS INTERNATIONAL**
**VALUATION & ADVISORY SERVICES**

Jason Ribelin
Valuation Services Director
Certified General Real Estate Appraiser
State of Texas License #1380338 G
+1 214 217 9325
jason.ribelin@colliers.com

John Jordan, MAI
Managing Director | US Multifamily Leader
Certified General Real Estate Appraiser
State of Texas License #1321156 G
+1 214 217 9328
john.jordan@colliers.com

App. 685

© 2023 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

# TABLE OF CONTENTS

**LETTER OF TRANSMITTAL**

**PROPERTY AND ASSIGNMENT OVERVIEW**

Regional Analysis _____ 13
Exhibits _____ 19
    Floor Plans _____ 22
Site Description _____ 23
Improvement Description _____ 25
Assessment & Taxation _____ 28
Zoning Analysis _____ 30
Market Analysis _____ 31
Highest & Best Use _____ 43

**VALUATION** _____ **44**

Valuation Methods _____ 44
Income Approach (Direct Capitalization) _____ 45
Sales Comparison Approach _____ 68
Sales Comparison Approach Conclusion _____ 74
Reconciliation of Value Conclusions _____ 75

**CERTIFICATION**

**ASSUMPTIONS & LIMITING CONDITIONS**

**ADDENDA**

Financial Exhibits

Engagement Letter

ALTA Survey

Valuation Glossary

Qualifications of Appraisers

Qualifications of Colliers International Valuation & Advisory Services

App. 686

© 2023 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

# EXECUTIVE SUMMARY

## GENERAL INFORMATION

| | |
|---|---|
| **Property Name** | Parc at Windmill Farms |
| **Property Type** | Multifamily - Garden/Low Rise |
| **Address** | 1003 Windmill Farms Boulevard |
| **City** | Forney |
| **State** | Texas |
| **Zip Code** | 75126 |
| **County** | Kaufman |
| **Core Based Statistical Area (CBSA)** | Dallas-Fort Worth-Arlington, TX |
| **Market** | Dallas-Plano-Irving |
| **Submarket** | Kaufman County |
| **Longitude** | -96.396437 |
| **Latitude** | 32.740872 |
| **Number Of Parcels** | 1 |
| **Assessor Parcel** | 8214 |
| **Total Taxable Value** | $35,000,000 |
| **Census Tract Number** | 502.04 |

## SITE INFORMATION

| **Land Area** | **Acres** | **Square Feet** |
|---|---|---|
| Usable | 18.45 | 803,737 |
| Excess | 0.00 | 0 |
| Surplus | 0.00 | 0 |
| **Total** | **18.45** | **803,737** |

| | |
|---|---|
| **Topography** | Level at street grade |
| **Shape** | Irregular |
| **Access** | Good |
| **Exposure** | Good |
| **Appeal** | Good |
| **Current Zoning** | N/A (None Noted) |
| **Flood Zone** | Zone X (Unshaded) |
| **Seismic Zone** | Low Risk |

## IMPROVEMENT INFORMATION

| | |
|---|---|
| **Number Of Units** | 272 |
| **Average Unit Size** | 1,028 SF |
| **Net Rentable Area SF (NRA)** | 279,648 SF |
| **Gross Building Area SF (GBA)** | 317,280 SF |
| **Development Density** | 14.7 Units/Acre (272 Units / 18.45 Acres) |
| **Number Of Apartment Buildings** | 17 |
| **Number Of Non-Residential Buildings** | 1 |
| **Total Number Of Buildings** | 18 |
| **Number Of Stories** | 1 - 2 |
| **Year Built** | 2019 |
| **Quality** | Good |
| **Condition** | Good |
| **Marketability** | Average |
| **Type Of Construction** | Wood frame |
| **Parking Type** | Surface |
| **Number Of Parking Spaces** | 547 |
| **Parking Spaces/Unit** | 2.0 |
| **Unit Amenities** | Complete appliance package, microwave, ceiling fans, walk-in closets, premium countertops, premium appliances, premium flooring, balcony/patio, washer/dryer in-unit, washer/dryer hookups. Select units feature extra storage. |
| **Property Amenities** | Clubhouse, swimming pool, bbq/picnic area, fitness center, playground, dog park, and an electronic gate. |

App. 687

# EXECUTIVE SUMMARY

## HIGHEST & BEST USE

| | |
|---|---|
| **As Vacant** | Development of a multi-family residential property as market conditions warrant |
| **As Improved** | Continued use as a multi-family residential property |

## EXPOSURE TIME & MARKETING PERIOD

| | |
|---|---|
| **Exposure Time** | Six Months or Less |
| **Marketing Period** | Six Months or Less |

## VALUATION SUMMARY

| | |
|---|---|
| **Current Occupancy** | 91.5% |
| **Stabilized Occupancy** | 95.0% |
| **Current Average Rent/Unit** | $1,541/Unit |
| **Concluded Average Rent/Unit** | $1,632/Unit |
| **Potential Gross Income** | $5,655,940 |
| **Vacancy, Concessions & Credit Loss** | 5.5% |
| **Effective Gross Income** | $5,256,345 |
| **Total Expenses** | $2,152,261 |
| **Net Operating Income** | $3,104,084 |
| **Capitalization Rate (OAR)** | 5.00% |

## VALUATION SUMMARY

| VALUATION INDICES | MARKET VALUE AS-IS |
|---|---|
| **INTEREST APPRAISED** | LEASED FEE |
| **DATE OF VALUE** | DECEMBER 1, 2022 |
| **INCOME CAPITALIZATION APPROACH** | |
| **Direct Capitalization** | **$62,100,000** |
| Direct Capitalization $/Unit | $228,309/Unit |
| Direct Capitalization $/SF (NRA) | $222.06/SF |
| Net Operating Income | $3,104,084 |
| NOI $/Unit | $11,412/Unit |
| NOI $/SF (NRA) | $11.10/SF |
| Capitalization Rate | 5.00% |
| **INCOME CONCLUSION** | **$62,100,000** |
| Income Conclusion $/Unit | $228,309/Unit |
| Income Conclusion $/SF (NRA) | $222.06/SF |
| **SALES COMPARISON APPROACH** | |
| **SALES CONCLUSION** | **$62,600,000** |
| Sales Conclusion $/Unit | $230,147/Unit |
| Sales Conclusion $/SF | $223.85/SF |
| **FINAL VALUE CONCLUSION** | |
| **FINAL VALUE** | **$62,100,000** |
| Final $/Unit | $228,309/Unit |
| Final $/SF (NRA) | $222.06/SF |
| Implied Capitalization Rate | 5.00% |

App. 688

## AERIAL PHOTOGRAPH



App. 689

## SUBJECT PHOTOGRAPHS



**LEASING OFFICE / CLUBHOUSE**



**LEASING OFFICE / CLUBHOUSE**



**SWIMMING POOL**



**SWIMMING POOL**



**FITNESS CENTER**



**PLAYGROUND**

App. 690



**SUBJECT EXTERIOR**



**SUBJECT EXTERIOR**



**SUBJECT EXTERIOR**



**SUBJECT EXTERIOR**



**SUBJECT EXTERIOR**



**SUBJECT EXTERIOR**

App. 691

# PROPERTY & ASSIGNMENT OVERVIEW



**TYPICAL KITCHEN**



**TYPICAL KITCHEN**



**TYPICAL BATHROOM**



**TYPICAL BEDROOM**



**WASHER / DRYER PROVIDED**



**TYPICAL LIVING AREA**

App. 692


**TYPICAL KITCHEN**


**TYPICAL KITCHEN**


**TYPICAL BATHROOM**


**TYPICAL BEDROOM**


**WASHER / DRYER PROVIDED**


**TYPICAL LIVING AREA**

App. 693

## PROPERTY IDENTIFICATION

The subject is a Multifamily (Garden/Low Rise) property totaling 272 units. It is located on a 18.45-acre site at 1003 Windmill Farms Boulevard in Forney, Kaufman County, Texas. The assessor's parcel number is: 8214.

The legal description of the subject property is presented in the Addenda on the survey.

## SCOPE OF WORK

The scope of work for this appraisal assignment is outlined below:

› The appraisers analyzed the regional and local area economic profiles including employment, population, household income, and real estate trends.
› The appraisers confirmed and analyzed legal and physical features of the subject, and how they impact the functionality and overall competitive position of the property.
› The appraisers completed an apartment supply/demand market analysis of the Dallas-Plano-Irving market and Kaufman County sub-market. Conclusions were drawn regarding the subject property's competitive position given its physical and locational characteristics, the prevailing economic conditions and external influences.
› The appraisers conducted Highest and Best Use analysis and conclusions were drawn for the highest and best use of the subject property As-Vacant and As-Improved.
› The appraisers confirmed and analyzed financial features of the subject property. This information, as well as trends established by confirmed market indicators, was used to forecast performance of the subject property.
› Selection of the valuation methods was based on the identifications required in USPAP relating to the intended use, intended users, definition and date of value, relevant property characteristics and assignment conditions. This appraisal developed the Income (Direct Capitalization) and Sales Comparison approaches to value, which were adjusted and reconciled as appropriate.
› Reporting of this appraisal is in an Appraisal Report format as required in USPAP Standard 2. The appraiser's analysis and conclusions are summarized within this document.
› We understand the Competency Rule of USPAP and the authors of this report meet the standards.
› Corey Clifton (Texas State Registered Appraiser Assistant No. 1340250 Trainee) provided significant real property appraisal assistance to the appraisers signing the certification. Assistance included gathering, analyzing and reporting regional, local area, zoning, and tax information, confirming some of the comparable data, and assisting with portions of the valuation analysis.

## SOURCES OF INFORMATION

The following sources were contacted to obtain relevant information:

| SOURCES OF INFORMATION | |
| --- | --- |
| **ITEM** | **SOURCE** |
| Tax Information | Kaufman County Tax Assessor |
| Zoning Information | City of Forney Zoning Code |
| Site Size Information | Provided Survey |
| Building Size Information | Kaufman County Tax Assessor |
| New Construction | City of Forney / Kaufman County |
| Flood Map | InterFlood |
| Demographics | Pitney Bowes/Gadberry Group - GroundView® |
| Comparable Information | See Comparable Datasheets for details |
| Rent Roll (Dated November 30, 2022) | Client |
| Income/Expense Statements | Client |

App. 694

## SUBJECT PROPERTY INSPECTION

The following table illustrates the Colliers International professionals involved with this appraisal report and their status related to the property inspection.

| SUBJECT PROPERTY INSPECTION | | | |
|---|---|---|---|
| APPRAISER | INSPECTED | EXTENT | DATE OF INSPECTION |
| Jason R belin | Yes | Interior/Exterior | November 21, 2022 |
| John Jordan, MAI | No | - | - |
| Corey Clifton | No | - | - |

Colliers Valuation inspected the building exteriors, project/common amenities, and some unit interiors of the subject property. We were able to inspect vacant, one occupied, and model units during our on-site inspection. It was conveyed to us that the units inspected are a good example of typical finishes, condition, and marketability of all of the subject's units. Because only a limited number of units were inspected, this analysis makes the extraordinary assumption that the non-inspected unit interiors are similar to the units inspected, consistent with the description provided to us by the subject's management, and are not down for repair or contain significant deferred maintenance. Any changes to this assumption may impact the assignment results.

## CLIENT IDENTIFICATION

The client of this specific assignment is Southern Properties Capital, Ltd..

## PURPOSE

The purpose of this appraisal is to develop an opinion of the As-Is Market Value of the subject property's leased fee interest.

## INTENDED USE

This appraisal is to be used for Fair Value "As-Is" in accordance with International Financial Reporting Standards ("IFRS") for an appraisal report for the purpose of raising bonds on the Tel Aviv Stock Exchange ("TASE") purposes.

## INTENDED USERS

This appraisal is to be used to aid the Company in the preparation of Financial Statements for the prospectus to be published in the Tel Aviv Stock Exchange in 2022. We confirm that we have given our full consent to the inclusion of the valuation in its entirety within the Company Prospectus to be published in the Tel Aviv Stock Exchange and any Draft Prospectus to be published or disclosed to the Israeli Security Authority. Southern Properties Capital, Ltd is also an intended user of this report. Use of this report by third parties and other unintended users is not permitted. This report must be used in its entirety. Reliance on any portion of the report independent of others, may lead the reader to erroneous conclusions regarding the property values. Unless approval is provided by the authors no portion of the report stands alone.

## ASSIGNMENT DATES

| | |
|---|---|
| Date of Report | March 16, 2023 |
| Date of Inspection | November 21, 2022 |
| Valuation Date - As-Is | December 1, 2022 |

## PERSONAL TANGIBLE PROPERTY

All appliances and/or office items are considered real estate fixtures required for operation of the property. This value is included in the value conclusion contained in the report.

App. 695

## PROPERTY AND SALES HISTORY

### Current Owner

The subject title is currently recorded in the name of D4FR, LLC who acquired title to the property from ABC Land & Development, Inc. on December 1, 2017 as vacant land and is constructing the current improvements. ABC Land & Development is affiliated with D4FR and the transaction was internal and not arm's length. ABC Land & Development owned the land since December 2015.

### Three-Year Sales History

Research of the applicable public records, private data services and an interview of the current owner and/or broker revealed that the subject property has not transferred during the past three years of the effective date of value stated in this report.

### Subject Sale Status

Research of the applicable public records, private data services and an interview of the current owner and/or broker revealed that the subject property is not under a current agreement of sale or option and is not currently offered for sale on the open market.

## DEFINITIONS OF VALUE

Given the scope and intended use of this assignment, the following definition of value is applicable:

### Market Value

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently, knowledgeably, and assuming that the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised, and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.[1]

## PROPERTY RIGHTS APPRAISED

The property rights appraised constitute the leased fee interest.

## VALUE SCENARIOS

The valuation scenarios developed in this appraisal report include the As-Is Market Value of the subject property's leased fee interest.

---

[1] Office of Comptroller of the Currency (OCC), Title 12 of the Code of Federal Regulation, Part 34, Subpart C - Appraisals, 34.42 (g); Office of Thrift Supervision (OTS), 12 CFR 564.2 (g); This is also compatible with the FDIC, FRS and NCUA definitions of market value.

App. 696

# PROPERTY & ASSIGNMENT OVERVIEW

## REGIONAL MAP



App. 697

## LOCAL AREA MAP



App. 698

## INTRODUCTION



The Dallas-Fort Worth-Arlington, TX MSA is located in the northern portion of the state. The MSA comprises 13 counties and contains seven main cities, including: Dallas, Fort Worth, Plano, Denton and Richardson. Residents of the area refer to it as the Dallas-Fort Worth Metroplex, or The Metroplex and is considered the economic and cultural hub of the region commonly called North Texas or North Central Texas, the largest land-locked metropolitan area in the United States.

Dallas and its suburbs have one of the highest concentrations of corporate headquarters in the United States, including 18 of the Fortune 500 and roughly 30 Fortune 1000 companies. Many of those offices are in the Dallas central business district and along the Dallas North Tollway near Sam Rayburn Tollway and President George Bush Turnpike. The cities of Dallas and Fort Worth are the two central cities of the "Metroplex", with Arlington being a third economically-important city as a center for sporting events, tourism and manufacturing. Most other incorporated cities in the Dallas-Fort Worth-Arlington, TX MSA are "bedroom communities" serving largely as residential and small-business centers for residents with workplaces outside of town, though there are several key employers in these regions. The region contains the largest information technology industry base in the state, often referred to as Silicon Prairie or the Telecom Corridor especially when referring to US-75 through Richardson, just north of Dallas. Firms such as Texas Instruments, Hewlett Packard, Dell Services, Nokia, and Ericsson, are based in this area. Several notable defense manufacturers, including Lockheed Martin, Bell Helicopter Textron, and Raytheon, maintain significant operations in the region, primarily in the Fort Worth area. Fort Worth is home to a thriving farming and ranching industry, supplementing the traditional business community.

## DEMOGRAPHIC ANALYSIS

The following is a demographic study of the region sourced by *Pitney Bowes/Gadberry Group - GroundView®*, an on-line resource center that provides information used to analyze and compare the past, present, and future trends of geographical areas. Demographic changes are often highly correlated to changes in the underlying economic climate. Periods of economic uncertainty necessarily make demographic projections somewhat less reliable than projections in more stable periods. These projections are used as a starting point, but we also consider current and localized market knowledge in interpreting them within this analysis. Please note that our demographics provider sets forth income projections in constant dollars which, by definition, reflect projections after adjustment for inflation. We are aware of other prominent demographic data providers that project income in current dollars, which do not account for inflation. A simple comparison of projections for a similar market area made under the constant and current dollar methodologies can and likely will produce data points that vary, in some cases, widely. Further, all forecasts, regardless of demographer methodology(ies), are subjective in the sense that the reliability of the forecast is subject to modeling and definitional assumptions and procedures.

App. 699

© 2023 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

| REGIONAL AREA DEMOGRAPHICS | | | | | | |
|---|---|---|---|---|---|---|
| YEAR | US | TX | CBSA | YEAR | US | TX | CBSA |
| **POPULATION** | | | | **NUMBER OF HOUSEHOLDS** | | | |
| 2010 Total Population | 308,745,538 | 25,145,561 | 6,366,542 | 2021 | 125,920,087 | 10,604,665 | 2,791,145 |
| 2021 Total Population | 331,582,303 | 29,780,934 | 7,827,811 | 2026 | 130,248,641 | 11,382,237 | 3,017,018 |
| 2026 Total Population | 342,006,764 | 31,878,647 | 8,494,851 | CAGR | 0.7% | 1.4% | 1.6% |
| 2010 - 2021 CAGR | 0.7% | 1.5% | 1.9% | **AVERAGE HOUSEHOLD SIZE** | | | |
| 2021 - 2026 CAGR | 0.6% | 1.4% | 1.6% | 2021 | 2.57 | 2.75 | 2.77 |
| **POPULATION DENSITY** | | | | 2026 | 2.56 | 2.75 | 2.79 |
| 2021 Per Square Mile | 92 | 112 | 869 | CAGR | (0.04%) | (0.03%) | 0.09% |
| 2026 Per Square Mile | 95 | 120 | 943 | **HOUSING UNITS** | | | |
| **MEDIAN AGE** | | | | Owner Occupied | 81,634,787 | 6,780,480 | 1,709,452 |
| 2021 | 38.61 | 35.21 | 35.34 | Renter Occupied | 44,285,300 | 3,824,185 | 1,081,693 |
| 2026 | 39.39 | 35.99 | 36.10 | **AVERAGE HOUSEHOLD INCOME** | | | |
| CAGR | 0.40% | 0.44% | 0.43% | 2021 | $94,862 | $94,702 | $105,685 |
| **MEDIAN HOME VALUE** | | | | 2026 | $114,245 | $115,937 | $130,393 |
| 2021 | $216,425 | $175,480 | $218,497 | CAGR | 3.8% | 4.1% | 4.3% |
| **PER CAPITA INCOME** | | | | **MEDIAN HOUSEHOLD INCOME** | | | |
| 2021 | $36,918 | $34,406 | $38,090 | 2021 | $66,358 | $66,324 | $75,214 |
| 2026 | $44,556 | $42,187 | $46,790 | 2026 | $80,318 | $81,748 | $93,672 |
| CAGR | 3.8% | 4.2% | 4.2% | CAGR | 3.9% | 4.3% | 4.5% |

Source: Pitney Bowes/Gadberry Group - GroundView®

## Population

According to Pitney Bowes/Gadberry Group - GroundView®, a Geographic Information System (GIS) Company, the Dallas-Fort Worth-Arlington metropolitan area had a 2021 total population of 7,827,811 and experienced an annual growth rate of 1.9%, which was higher than the Texas annual growth rate of 1.5%. The metropolitan area accounted for 26.3% of the total Texas population (29,780,934). Within the metropolitan area the population density was 869 people per square mile compared to the lower Texas population density of 112 people per square mile and the lower United States population density of 92 people per square mile. The 2021 median age for the metropolitan area was 35.34, which was 9.26% younger than the United States median age of 38.61 for 2021. The median age in the metropolitan area is anticipated to grow by 0.43% annually, increasing the median age to 36.1 by 2026.

## Education

The Dallas-Fort Worth-Arlington, TX MSA is a center of education for much of the south central United States, containing a number of universities, colleges, trade schools, and other educational institutions. The University of Texas Southwestern Medical School is a medical school in the city's Stemmons Corridor, a stretch of industrial and commercial property in northwest Dallas. It is part of the University of Texas Southwestern Medical Center at Dallas, one of the largest grouping of medical facilities in the world. The facility enrolls over 3,200 postgraduates and is home to five Nobel Laureates, four in physiology/medicine and one in chemistry. Texas Woman's University is a co-educational university in Denton, Texas, with two health science center branches in Dallas and Houston. While male students are accepted into all programs, the school is better known as the largest state-supported university for women in the United States. Texas Woman's University has an enrollment of over 15,000 students annually.

App. 700

## Household Trends

The 2021 number of households in the metropolitan area was 2,791,145. The number of households in the metropolitan area is projected to grow by 1.6% annually, increasing the number of households to 3,017,018 by 2026. The 2021 average household size for the metropolitan area was 2.77, which was 7.98% larger than the United States average household size of 2.57 for 2021. The average household size in the metropolitan area is anticipated to grow by 0.09% annually, raising the average household size to 2.79 by 2026.

## Income Trends

The 2021 median household income for the metropolitan area was $75,214, which was 13.3% higher than the United States median household income of $66,358. The median household income for the metropolitan area is projected to grow by 4.5% annually, increasing the median household income to $93,672 by 2026.

According to the American Chamber of Commerce Researchers Association (ACCRA) Cost of Living Index, the Dallas-Fort Worth-Arlington, TX MSA's cost of living is 104.4 compared to the national average score of 100. The ACCRA Cost of Living Index compares groceries, housing, utilities, transportation, health care and miscellaneous goods and services for over 300 urban areas.



Consumer Spending Dallas-Fort Worth-Arlington



Consumer Spending Comparison Average Household

App. 701

# PROPERTY & ASSIGNMENT OVERVIEW

## EMPLOYMENT

Total employment has increased annually over the past decade in the state of Texas by 1.4% and increased annually by 2.2% in the area. From 2020 to 2021 unemployment decreased in Texas by 2.0% and decreased by 2.0% in the area. In the state of Texas unemployment has decreased over the previous month by 0.0% and decreased by 0.0% in the area.

| EMPLOYMENT & UNEMPLOYMENT STATISTICS 2012 - 2021 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTAL EMPLOYMENT** | | | | **UNEMPLOYMENT RATE** | | | |
| | Texas | | Dallas-Fort Worth-Arlington, TX Metropolitan Statistical Area | | United States* | Texas | Dallas-Fort Worth-Arlington, TX Metropolitan Statistical Area |
| Year | Total | % Δ Yr Ago | Total | % Δ Yr Ago | | | |
| 2012 | 11,794,975 | 2.6% | 3,188,765 | 2.6% | 8.1% | 6.7% | 6.5% |
| 2013 | 12,022,272 | 1.9% | 3,253,995 | 2.0% | 7.4% | 6.3% | 6.2% |
| 2014 | 12,333,076 | 2.6% | 3,350,325 | 3.0% | 6.2% | 5.2% | 5.1% |
| 2015 | 12,503,464 | 1.4% | 3,437,008 | 2.6% | 5.3% | 4.5% | 4.1% |
| 2016 | 12,728,898 | 1.8% | 3,559,384 | 3.6% | 4.9% | 4.6% | 3.9% |
| 2017 | 12,888,025 | 1.3% | 3,637,295 | 2.2% | 4.4% | 4.3% | 3.7% |
| 2018 | 13,149,672 | 2.0% | 3,713,687 | 2.1% | 3.9% | 3.9% | 3.6% |
| 2019 | 13,381,020 | 1.8% | 3,798,180 | 2.3% | 3.7% | 3.5% | 3.3% |
| 2020 | 12,808,616 | (4.3%) | 3,673,336 | (3.3%) | 8.1% | 7.7% | 7.1% |
| 2021 | 13,413,036 | 4.7% | 3,888,279 | 5.9% | 5.3% | 5.7% | 5.1% |
| **CAGR** | **1.4%** | - | **2.2%** | - | - | - | - |

Source: U.S. Bureau of Labor Statistics   *Unadjusted Non-Seasonal Rate



| | Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Oct 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA | 3.9% | 3.7% | 4.4% | 4.1% | 3.8% | 3.3% | 3.4% | 3.8% | 3.8% | 3.8% | 3.3% | 3.4% |
| Texas | 4.5% | 4.2% | 4.8% | 4.7% | 3.9% | 3.7% | 3.8% | 4.4% | 4.3% | 4.2% | 3.8% | 3.8% |
| Area | 3.9% | 3.6% | 4.1% | 4.1% | 3.3% | 3.2% | 3.3% | 3.8% | 3.8% | 3.7% | 3.4% | 3.4% |

The preceding chart depicts unemployment trends in the region, Texas and the U.S. The unemployment rate for the area is currently sitting at 3.4%, slightly outperforming the Texas and similar to the national rate.

App. 702

| TOP EMPLOYERS | | |
|---|---|---|
| EMPLOYER NAME | EMPLOYEES | INDUSTRY |
| Wal-Mart Stores, Inc. | 34,698 | Retail |
| AMR Corporation (American Airlines) | 24,700 | Airline Industry |
| Bank of America Corp. | 20,000 | Financial Institution |
| Texas Health Resources Inc. | 19,230 | Healthcare |
| Dallas ISD | 18,314 | Education |
| Baylor Health Care System | 17,097 | Healthcare |
| AT&T | 15,800 | Communications |
| Lockheed Martin Aeronautics Co. | 14,126 | Industrial/Aeronatics/Self-Defense |
| JP Morgan Chase & Co. | 13,500 | Financial Institution |
| UT-Southwestern Medical Center | 13,122 | Healthcare |
| City of Dallas | 12,836 | Government |
| HCA North Texas | 12,000 | Healthcare |
| NAS Fort Worth JRB | 11,350 | Naval Air Station |
| U.S. Postal Service | 10,439 | Government |
| Fort Worth ISD | 10,129 | Education |
| Kroger Co. | 10,097 | Retail |

Source: www.tiagotx.com

The preceding table depicts the top employers in the Dallas-Fort Worth MSA. The largest employers in the region are primarily found in the retail, transportation and healthcare industries. The largest employer is Walmart, the American multinational retailing corporation. The second largest employer is American Airlines Group with approximately 25,000 employees working at their Dallas location.

## AIRPORT STATISTICS

The following chart summarizes the local airport statistics.

| DALLAS/FORT WORTH INTERNATIONAL AIRPORT (DFW) | | |
|---|---|---|
| YEAR | ENPLANED PASSENGERS | % CHG |
| 2011 | 27,518,358 | - |
| 2012 | 28,022,904 | 1.8% |
| 2013 | 29,038,128 | 3.6% |
| 2014 | 30,766,940 | 6.0% |
| 2015 | 31,589,832 | 2.7% |
| 2016 | 31,283,579 | (1.0%) |
| 2017 | 31,816,933 | 1.7% |
| 2018 | 32,821,799 | 3.2% |
| 2019 | 35,778,573 | 9.0% |
| 2020 | 18,593,421 | (48.0%) |
| 2021 | 30,005,266 | 61.4% |

Source: U.S. Department of Transportation

## SUMMARY

With a strong and diverse economy, the "Metroplex" is home to world renowned corporations and Fortune 500 companies serving as the backbone for the city's economy and its continued growth. Overall, the Dallas-Fort Worth-Arlington region is attractive to potential investors as it offers a vibrant atmosphere, supported by top universities, urban attractions, and a history of stability. Real estate in the "Metroplex" area market should ultimately enjoy relative strength in terms of value stability and appreciation for the foreseeable future.

App. 703

© 2023 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

## LOCAL AREA PROFILE

The subject property is located in Forney, Texas, within Kaufman County.

## DEMOGRAPHIC PROFILE

Below is a demographic study of the area, sourced by *Pitney Bowes/Gadberry Group - GroundView®*, an on-line resource center that provides information used to analyze and compare the past, present, and future trends of properties and geographical areas. Please note that our demographics provider sets forth income projections in constant dollars which, by definition, reflect projections after adjustment for inflation. We are aware of other prominent demographic data providers that project income in current dollars, which do not account for inflation. A simple comparison of projections for a similar market area made under the constant and current dollar methodologies can and likely will produce data points that vary, in some cases, widely. Further, all forecasts, regardless of demographer methodology(ies), are subjective in the sense that the reliability of the forecast is subject to modeling and definitional assumptions and procedures.

| LOCAL AREA DEMOGRAPHICS | | | | | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | 1 MILE | 3 MILES | 5 MILES | DESCRIPTION | 1 MILE | 3 MILES | 5 MILES |
| **POPULATION** | | | | **AVERAGE HOUSEHOLD INCOME** | | | |
| 2000 Population | 79 | 1,868 | 10,333 | 2021 | $104,653 | $115,778 | $114,087 |
| 2010 Population | 1,372 | 10,917 | 30,198 | 2026 | $126,925 | $136,867 | $137,713 |
| 2021 Population | 3,759 | 21,845 | 57,346 | Change 2021-2026 | 21.28% | 18.21% | 20.71% |
| 2026 Population | 4,900 | 26,815 | 69,393 | **MEDIAN HOUSEHOLD INCOME** | | | |
| Change 2000-2010 | 1,636.71% | 484.42% | 192.25% | 2021 | $82,961 | $97,246 | $99,222 |
| Change 2010-2021 | 173.98% | 100.10% | 89.90% | 2026 | $94,170 | $113,347 | $116,420 |
| Change 2021-2026 | 30.35% | 22.75% | 21.01% | Change 2021-2026 | 13.51% | 16.56% | 17.33% |
| **POPULATION 65+** | | | | **PER CAPITA INCOME** | | | |
| 2010 Population | 34 | 393 | 1,778 | 2021 | $31,137 | $34,453 | $36,148 |
| 2021 Population | 209 | 1,356 | 4,223 | 2026 | $37,866 | $40,845 | $43,639 |
| 2026 Population | 333 | 2,044 | 6,156 | Change 2021-2026 | 21.61% | 18.55% | 20.72% |
| Change 2010-2021 | 514.71% | 245.04% | 137.51% | **2021 HOUSEHOLDS BY INCOME** | | | |
| Change 2021-2026 | 59.33% | 50.74% | 45.77% | <$15,000 | 8.3% | 3.9% | 4.2% |
| **NUMBER OF HOUSEHOLDS** | | | | $15,000-$24,999 | 3.3% | 4.1% | 4.1% |
| 2000 Households | 23 | 569 | 3,376 | $25,000-$34,999 | 2.5% | 2.6% | 3.2% |
| 2010 Households | 355 | 3,197 | 9,367 | $35,000-$49,999 | 4.2% | 4.6% | 7.2% |
| 2021 Households | 1,000 | 6,541 | 17,952 | $50,000-$74,999 | 27.0% | 21.9% | 18.4% |
| 2026 Households | 1,307 | 8,062 | 21,747 | $75,000-$99,999 | 14.6% | 14.5% | 13.3% |
| Change 2000-2010 | 1,443.48% | 461.86% | 177.46% | $100,000-$149,999 | 25.5% | 27.4% | 27.6% |
| Change 2010-2021 | 181.69% | 104.60% | 91.65% | $150,000-$199,999 | 6.5% | 12.6% | 14.2% |
| Change 2021-2026 | 30.70% | 23.25% | 21.14% | $200,000 or greater | 8.0% | 8.4% | 7.7% |
| **HOUSING UNITS (2021)** | | | | **MEDIAN HOME VALUE** | $199,278 | $223,251 | $221,925 |
| Owner Occupied | 882 | 5,748 | 15,518 | **AVERAGE HOME VALUE** | $251,923 | $251,570 | $243,755 |
| Renter Occupied | 144 | 801 | 2,471 | **HOUSING UNITS BY UNITS IN STRUCTURE** | | | |
| **HOUSING UNITS BY YEAR BUILT** | | | | 1, detached | 945 | 6,236 | 16,268 |
| Built 2010 or later | 131 | 1,350 | 4,603 | 1, attached | 12 | 37 | 92 |
| Built 2000 to 2009 | 748 | 4,194 | 8,876 | 2 | 0 | 2 | 24 |
| Built 1990 to 1999 | 60 | 661 | 1,884 | 3 or 4 | 0 | 35 | 147 |
| Built 1980 to 1989 | 12 | 106 | 1,047 | 5 to 9 | 43 | 100 | 294 |
| Built 1970 to 1979 | 8 | 42 | 673 | 10 to 19 | 0 | 0 | 45 |
| Built 1960 to 1969 | 40 | 162 | 552 | 20 to 49 | 0 | 0 | 127 |
| Built 1950 to 1959 | 1 | 18 | 197 | 50 or more | 26 | 69 | 175 |
| Built 1940 to 1949 | 0 | 0 | 34 | Mobile home | 0 | 61 | 769 |
| Built 1939 or earlier | 0 | 9 | 87 | Boat, RV, van, etc. | 0 | 9 | 49 |

Source: Pitney Bowes/Gadberry Group - GroundView ®

App. 704

## PLAT MAP



**Plat Map**

App. 705

## ZONING MAP



App. 706

## FLOOD MAP



Prepared for: Colliers International
1003 Windmill Farms Blvd
Forney, TX 75126-6326

**MAP DATA**

FEMA Special Flood Hazard Area: No
Map Number: 48257C0175D
Zone: X
Map Date: July 03, 2012
FIPS: 48257

**MAP LEGEND**

Powered by CoreLogic©

| | |
|---|---|
| Areas inundated by 500-year flooding | Protected Areas |
| Areas inundated by 100-year flooding | Floodway |
| Velocity Hazard | Subject Area |

App. 707

## FLOOR PLANS



App. 708

| | | |
|---|---|---|
| **General Description** | The subject site consists of 1 parcel. As noted below, the subject site has 803,737 SF (18.45 AC) of land area. The area is based on the provided survey. Going forward, our valuation analyses will utilize the usable site area. The following discussion summarizes the subject site size and characteristics. | |
| **Assessor Parcel** | 8214 | |
| **Number Of Parcels** | 1 | |

| Land Area | Acres | Square Feet |
|---|---|---|
| Primary Parcel | 18.45 | 803,737 |
| Excess Land | 0.00 | 0 |
| Surplus Land | 0.00 | 0 |
| **Total Land Area** | **18.45** | **803,737** |

| | |
|---|---|
| **Shape** | Irregular - See Plat Map For Exact Shape |
| **Topography** | Level at street grade |
| **Adjacent Use North** | Single-Family Development |
| **Adjacent Use South** | U.S. Highway 80 / Vacant Land |
| **Adjacent Use East** | Vacant Land |
| **Adjacent Use West** | Vacant Land |
| **Zoning** | N/A (None Noted) |
| **Drainage** | Assumed Adequate |
| **Utilities** | All available to the site |

| Street Improvements | Street | Direction | No. Lanes | Street Type | Curbs | Sidewalks | Streetlights | Center Lane | Gutters |
|---|---|---|---|---|---|---|---|---|---|
| Windmill Farms Boulevard | Secondary Street | two-way | four-lane | connector street | ✓ | | ✓ | | ✓ |
| Concord Drive | Secondary Street | two-way | two-lane | connector street | | | | | |
| U.S. Highway 80 | Primary Street | two-way | four-lane | major arterial | | | | | |

| | |
|---|---|
| **Frontage** | The subject's site has approximately 1,485 feet of frontage along the north line of U.S. Highway 80, 745 feet along the west line of Windmill Farms Boulevard, and 335 feet along the south line of Concord Drive. |
| **Accessibility** | **Good** - The subject is accessible via one curb cut along Concord Drive, one curb cut along Windmill Farms Boulevard, and one curb cut along U.S. Highway 80's frontage road. |
| **Exposure** | **Good** - The subject has exposure from Concord Drive, Windmill Farms Boulevard, and U.S. Highway 80. |
| **Seismic** | The subject is in a low risk zone. |

App. 709

© 2023 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

| | |
|---|---|
| **Flood Zone** | The subject site falls within the Zone X (Unshaded) flood zone. This is referenced by Community Number 48257, Panel Number 48257C0175D, dated July 03, 2012. The flood zone is defined as follows: |
| | Zone X (unshaded) is a moderate and minimal risk area. Areas of moderate or minimal hazard are studied based upon the principal source of flood in the area. However, buildings in these zones could be flooded by severe, concentrated rainfall coupled with inadequate local drainage systems. Local stormwater drainage systems are not normally considered in a community's flood insurance study. The failure of a local drainage system can create areas of high flood risk within these zones. Flood insurance is available in participating communities, but is not required by regulation in these zones. Nearly 25-percent of all flood claims filed are for structures located within these zones. Minimal risk areas outside the 1-percent and .2-percent-annual-chance floodplains. No BFEs or base flood depths are shown within these zones. (Zone X (unshaded) is used on new and revised maps in place of Zone C.) |
| **Easements** | A preliminary title report was not available for review. During the on-site inspection, no adverse easements or encumbrances were noted. This appraisal assumes that there is no negative value impact on the subject improvements. If questions arise regarding easements, encroachments, or other encumbrances, further research is advised. |
| **Soils** | A detailed soils analysis was not available for review. Based on the development of the subject, it appears the soils are stable and suitable for the existing improvements. |
| **Hazardous Waste** | We have not conducted an independent investigation to determine the presence or absence of toxins on the subject property. If questions arise, the reader is strongly cautioned to seek qualified professional assistance in this matter. Please see the Assumptions and Limiting Conditions for a full disclaimer. |
| **Conclusion** | Overall, the subject's location is rated as average. This location rating considers the subject's general market area (Dallas-Plano-Irving), its submarket (Kaufman County) and the surrounding uses and immediate neighborhood. It also takes into account the subject's exposure and access to employment centers, educational facilities, and shopping centers. All of these characteristics provide supporting uses for the subject site making it desirable for multifamily development. Overall, there are no known factors that would limit the site's development according to its highest and best use. |

App. 710

# SITE DESCRIPTION

**Introduction**

The information presented below is a basic description of the existing improvements. This information is used in the valuation of the property. Reliance has been placed upon information provided by sources deemed dependable for this analysis. It is assumed that there are no hidden defects, and that all structural components are functional and operational, unless otherwise noted. If questions arise regarding the integrity of the improvements or their operational components, it may be necessary to consult additional professional resources.

| | |
|---|---|
| **Property Type** | Multifamily - Garden/Low Rise |
| **Number of Units** | 272 |
| **Average Unit Size** | 1,028 SF |
| **Apartment Buildings** | 17 |
| **Common Area Buildings** | 1 |
| **Total Number of Buildings** | 18 |
| **Number of Stories** | 1 - 2 |
| **Development Density** | 14.7 Units/Acre (272 Units / 18.45 Acres) |
| **Net Rentable Area (NRA)** | 279,648 SF |
| **Gross Building Area (GBA)** | 317,280 SF |
| **Parking Total** | 547 (Surface) |
|   Open Parking Spaces | 547 |
|   Covered Parking Spaces | - |
|   Parking Comment | Parking is adequate and is consistent with the other projects in the market |
|   Parking Spaces/Unit | 2.0 |
| **Year Built** | 2019 |
| **Age/Life Analysis** | |
|   Actual Age | 4 Years |
|   Effective Age | 3 Years |
|   Economic Life | 50 Years |
|   Remaining Life | 47 Years |
| **Quality** | Good |
| **Condition** | Good |
| **Marketability** | Average |

App. 711

# SITE DESCRIPTION

| UNIT MIX | | | | |
|---|---|---|---|---|
| **UNIT TYPES** | **NO. UNITS** | **% OF TOTAL** | **UNIT SIZE (SF)** | **NRA (SF)** |
| 1 BD / 1 BA | 48 | 17.6% | 798 | 38,304 |
| 1 BD / 1 BA | 68 | 25.0% | 832 | 56,576 |
| 2 BD / 2 BA | 28 | 10.3% | 1,059 | 29,652 |
| 2 BD / 2 BA | 3 | 1.1% | 1,125 | 3,375 |
| 2 BD / 2 BA | 77 | 28.3% | 1,145 | 88,165 |
| 2 BD / 2 BA | 12 | 4.4% | 1,203 | 14,436 |
| 3 BD / 2 BA | 36 | 13.2% | 1,365 | 49,140 |
| **TOTAL/AVERAGE** | **272** | **100%** | **1,028** | **279,648** |
| **TOTAL NET RENTABLE AREA (NRA)** | | | | **279,648** |
| Common Area | | | | 37,632 |
| Leasing Office / Clubhouse | | | | 2,500 |
| **TOTAL GROSS BUILDING AREA (GBA)** | | | | **317,280** |

The unit sizes were provided by the subject's management.

| | |
|---|---|
| **Basic Construction** | Wood frame |
| **Foundation** | Reinforced concrete slab |
| **Framing** | Wood post and beam |
| **Exterior Walls** | Stone and Hardi-wood Siding |
| **Roof Type** | Gabled |
| **Roof Cover** | Composition asphalt shingles |
| **Insulation** | Exact type unknown, assumed adequate (R-type) and to code for both walls and ceilings. |
| **Plumbing** | Each bathroom includes a toilet, sink, and a shower/tub kit with wall-mounted showerhead. Kitchens include a sink, dishwasher, and garbage disposal. There is a laundry closet with a washer connections. |
| **Air Conditioning** | HVAC |
| **Heating** | Forced Air |
| **Hot Water** | Each unit includes a water heater with a capacity of 38 gallons. |
| **Lighting** | Each unit has adequate lighting (Fluorescent lights in the kitchen, incandescent lighting fixtures elsewhere). |
| **Electrical** | Each unit is separately metered |
| **Interior Walls** | Painted and medium textured finish on gypsum board. |
| **Ceilings** | Painted and medium textured finish on gypsum board. |
| **Windows** | Windows are double pane vinyl sliders with horizontal mini-blinds. |
| **Doors** | Exterior doors are typically metal with peepholes. Interior doors are hollow, painted wood. |
| **Flooring** | Floor coverings for bath, kitchen, and living areas are faux-wood. The floor coverings in bedrooms are wall to wall carpeting. |

App. 712

| | |
|---|---|
| **Elevators** | None |
| **Project Amenities** | The subject's common amenities include: clubhouse, swimming pool, bbq/picnic area, fitness center, playground, dog park, and an electronic gate. |
| **Unit Amenities** | Each unit features: complete appliance package, microwave, ceiling fans, walk-in closets, premium countertops, premium appliances, premium flooring, balcony/patio, washer/dryer in-unit, washer/dryer hookups. Select units feature extra storage. |
| **Appliances** | Each unit is equipped with an electric oven/range combination, garbage disposal, dishwasher, microwave, refrigerator/freezer, and a washer/dryer. The age and condition of appliances are new. |
| **Laundry** | All units have a full-size washer/dryer provided. |
| **Countertops** | The subject's units include granite countertops. |
| **Cabinets** | Typical wood cabinetry. |
| **Security** | Each unit has a fire/smoke detector and dead bolt. |
| **Fire Protection** | The subject has a fire sprinkler system and smoke alarms. |
| **Landscaping** | The subject has a typical amount of landscaping. There are mature plantings surrounding the property. Plantings throughout the property include trees, flowers, mowed lawn, shrubs and hedges. There is a sprinkler system. |
| **Deferred Maintenance** | Deferred maintenance is measured as the cost of repairing or restoring the item to new or reasonably new condition. Based on our interview with the property manager and the onsite inspection by the field appraiser, no observable deferred maintenance exists. |
| **Property Signage** | There is a monument style sign along Windmill Farms Boulevard at the entrance of the subject. |
| **Hazardous Materials** | This appraisal assumes that the improvements are constructed free of all hazardous waste and toxic materials, including (but not limited to) asbestos. Please refer to the Assumptions and Limiting Conditions section regarding this issue. |
| ***ADA* Compliance** | This analysis assumes that the subject complies with all ADA requirements. Please refer to the Assumptions and Limiting Conditions section regarding this issue. |
| **Conclusion** | The subject improvements are in good condition for their age and for the surrounding neighborhood.  The interiors have Class A standard finish, similar to most other properties in the immediate area.  The roofs are reportedly in good condition with no roof leaks reported.  The property has an attractive design and good curb appeal. |

App. 713

**INTRODUCTION**

Assessment of real property is established by an assessor that is an appointed or elected official charged with determining the value of each property. The assessment is used to determine the necessary rate of taxation required to support the municipal budget. A property tax is a levy on the value of property that the owner is required to pay to the municipality in which it is situated. Multiple jurisdictions may tax the same property. The subject property is located within Kaufman County.  The 2022 assessed value and property tax for 2022 are summarized in the following table.

| ASSESSMENT & TAXES | | | | | | |
|---|---|---|---|---|---|---|
| Tax Year | 2022 | | | | 2022 Tax Rate | 2.634592 |
| County | Kaufman | | | | Taxes Current | Yes |
| **APN** | **LAND** | **IMPV** | **TOTAL** | **EXEMPTIONS** | **TAXABLE** | **BASE TAX** |
| 8214 | $3,214,902 | $31,785,098 | $35,000,000 | $0 | $35,000,000 | $922,107 |
| **Totals** | **$3,214,902** | **$31,785,098** | **$35,000,000** | **$0** | **$35,000,000** | **$922,107** |
| **Total/Unit** | **$11,819** | **$116,857** | **$128,676** | **$0** | **$128,676** | **$3,390** |
| **Total/SF (NRA)** | **$11.50** | **$113.66** | **$125.16** | **$0.00** | **$125.16** | **$3.30** |

Source: Kaufman County Assessment & Taxation

In Texas, the amount of tax is determined by the product of the tax rate and the assessed valuation of the property. The tax rate is set each year by the governing bodies of local taxing entities such as county commissioners, school boards, cities and special districts, usually in October. It includes multiple individual charges for flood, schools, hospitals, utilities, and general city and county levies. The assessed valuation of each piece of property is set by the county assessor according to state statutory guidelines.  The subject's 2022 tax burden is detailed as follows:

| 2022 TAX BURDEN | | | |
|---|---|---|---|
| Jurisdiction | Assessed Value | Tax Rate/$100 | Estimated Taxes |
| KC ESD #6 (Forney) | $35,000,000 | $0.034830 | $12,191 |
| Kaufman County | $35,000,000 | $0.345850 | $121,048 |
| Road & Bridge | $35,000,000 | $0.070412 | $24,644 |
| Forney ISD | $35,000,000 | $1.354600 | $474,110 |
| Kaufman County Fresh Water District | $35,000,000 | $0.828900 | $290,115 |
| **Total** | **$35,000,000** | **$2.634592** | **$922,107** |

The chart below details the subject's tax assessment history:

| SUBJECT HISTORICAL TAX ANALYSIS | | |
|---|---|---|
| **TAX YEAR** | **TAXABLE** | **%Δ** |
| 2020 | $22,151,110 | 440% |
| 2021 | $32,640,000 | 47% |
| 2022 | $35,000,000 | 7% |
| **CAGR** | **16.5%** | **-** |

Source: Kaufman Assessment & Taxation

App. 714

The State of Texas is a non-disclosure state, meaning that the sales price of a property does not have to be revealed to the public. Therefore, property taxes are not automatically increased to the sales price of the property. Additionally, the Texas Constitution requires that taxation of properties must be "equal and uniform." Therefore, the assessment for a property must be similar to comparable properties in the area.

## TAX COMPARABLES

To determine if the assessment and taxes on the subject property are reasonable, we considered historical information, as well as information from similar properties in the market. They are illustrated in the table below.

| TAX COMPARABLES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | SUBJECT | COMP 1 | COMP 2 | COMP 3 | COMP 4 | LOW | HIGH | AVG |
| Property Name | Parc at Windmill Farms | Gateway Pines | Gateway Oaks | Gateway Cedars | Emerson at Forney Marketplace | - | - | - |
| Year Built | 2019 | 2018 | 2016 | 2014 | 2019 | 2014 | 2019 | 2017 |
| Units | 272 | 337 | 313 | 334 | 320 | | | |
| NRA | 279,648 | 272,856 | 269,086 | 263,730 | 286,013 | 263,730 | 286,013 | 272,921 |
| Avg. Unit Size | 1,028 | 810 | 860 | 790 | 894 | 790 | 894 | 838 |
| Assessment Period | 2022 | 2022 | 2022 | 2022 | 2022 | | | |
| Taxable $ | $35,000,000 | $41,956,500 | $39,100,000 | $38,800,000 | $37,000,000 | $37,000,000 | $41,956,500 | $39,214,125 |
| Taxable $/Unit | $128,676 | $124,500 | $124,920 | $116,168 | $115,625 | $115,625 | $124,920 | $120,303 |
| Taxable $/SF | $125.16 | $153.77 | $145.31 | $147.12 | $129.36 | $129.36 | $153.77 | $143.89 |

The subject's 2022 assessment falls within the range of the tax comparables on a per unit basis but below the range on a per square foot basis. Over the past year, rents have continued to increase well above inflation and values have generally increased; thus, it is reasonable to assume that the appraisal district will continue to increase assessments across the board in 2023. Given this, we have increased the subject's assessment in anticipation of market wide increases in 2023 which is further supported by the historical trends. The estimated stabilized taxes are detailed in the chart below:

| ESTIMATED STABILIZED TAXES | |
|---|---|
| As-Is Value | $62,100,000 |
| Estimated Assessed Value | $36,750,000 |
| Estimated Assessed Value Per Unit | $135,110 |
| Estimated Assessed Value Per SF | $131.42 |
| % of Value | 59% |
| x  Current Millage Rate | $2.634592 |
| =  **Stabilized Taxes Estimate (rounded)** | **$968,213** |

App. 715

© 2023 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

The zoning characteristics for the subject property are summarized below:

| ZONING SUMMARY | |
| --- | --- |
| Municipality Governing Zoning | City of Forney Planning & Zoning Department |
| Current Zoning | N/A (None Noted) |
| Permitted Uses | Open |
| Current Use | Multi-Family Apartments |
| Is Current Use Legally Permitted? | Yes |

| ZONING REQUIREMENTS | |
| --- | --- |
| Conforming Use | The existing improvements represent a legal conforming use. |

Source: City of Forney Planning & Zoning Department

**Zoning Conclusions**

The subject is located outside the city limits of Forney but within the City of Forney's ETJ (extra-territorial jurisdiction) and has no zoning designation. However, according to Alex Dixon, a City Planner with the City of Forney, the subject's developer submitted a site plan prior to development which was approved by the city. Therefore, the subject property is an outright permitted use that could be rebuilt if unintentionally destroyed.

App. 716

## INTRODUCTION

The market analysis section provides a comprehensive study of supply/demand conditions, examines transaction trends, and interprets ground level information conveyed by market participants. Based on these findings and an analysis of the subject property, conclusions are drawn with regard to the subject's competitive position within the marketplace. Below is a list of the various sections covered in the following apartment market analysis:

› Dallas-Plano-Irving Apartment Market
› Kaufman County Apartment Submarket
› Transaction Trends
› Competitive Dataset Analysis

## DALLAS-PLANO-IRVING METRO APARTMENT MARKET ANALYSIS

The following is an analysis of supply/demand trends in the Dallas-Plano-Irving Apartment Market using information provided by MPF Research, widely recognized as a market leader in Apartment data and statistics. Through their coverage of the MPF-100, a collection of the 100 largest primary and secondary markets in the US, data is primarily sourced at the floor-plan, transaction level. This is made possible through MPF's sister company relationship with RealPage, the developers of YieldStar and OneSite revenue and property management software suites, resulting in access to access individual lease transactions for roughly 3.7 million units.

We will first analyze the metro market, followed by the submarket. The following map highlights MPF's coverage of the Dallas-Plano-Irving Metro Market and the individual submarkets tracked. The subject is located within the Kaufman County submarket denoted as (32) below.



App. 717

## Current Market Snapshot

The table below presents a current quarter snapshot of key indicators for the Dallas-Plano-Irving Metro Market.

| DALLAS-PLANO-IRVING MARKET AT A GLANCE | | | | | | | | 2022 Q3 |
|---|---|---|---|---|---|---|---|---|
| | TOTAL UNITS | OCCUP-ANCY (%) | ABSORP. (UNITS) | NEW INV. (UNITS) | REMOVALS (UNITS) | INVENTORY UNITS Δ | INVENTORY % Δ | UNDER CONST. | NEAR-TERM DELIVERIES[1] |
| INVENTORY | 667,228 | 95.1% | -3,797 | 4,120 | 540 | 3,580 | 0.5% | 49,185 | 23,923 |

| | BY VINTAGE | | | | | BY STYLE | | | |
|---|---|---|---|---|---|---|---|---|---|
| CATEGORY | 2000+ | 1990s | 1980s | 1970s | PRE-1970s | LOW-RISE | MID-RISE | HIGH-RISE | TOTAL |
| Occupancy | 95.0% | 95.2% | 95.0% | 95.6% | 95.4% | 95.2% | 95.0% | 94.1% | 95.1% |
| Quarterly Occ. Δ | -0.9% | -1.2% | -1.3% | -1.2% | -1.4% | -1.2% | -0.8% | -0.9% | -1.1% |
| Annual Occ. Δ | -1.9% | -1.5% | -1.3% | -0.3% | -0.6% | -1.3% | -1.6% | -2.3% | -1.4% |
| Rent ($/mo.) | $1,833 | $1,687 | $1,295 | $1,222 | $1,169 | $1,458 | $1,805 | $2,505 | $1,582 |
| Rent ($/sf) | $1.95 | $1.82 | $1.63 | $1.50 | $1.44 | $1.68 | $2.00 | $2.45 | $1.79 |
| Annual Revenue Δ[2] | 10.3% | 11.8% | 15.1% | 16.0% | 14.1% | 13.4% | 10.5% | 6.4% | 12.2% |
| % Offering Concessions | 10.5% | 4.1% | 5.1% | 5.0% | 4.9% | 5.5% | 12.6% | 14.8% | 7.5% |
| Avg. Concession | 4.7% | 2.6% | 1.9% | 2.5% | 3.0% | 2.3% | 5.4% | 6.9% | 4.1% |
| Qtr. Same-Property Rent Δ | 3.0% | 3.0% | 3.0% | 3.9% | 4.1% | 3.3% | 2.9% | 2.6% | 3.1% |
| Ann. Same-Property Rent Δ | 12.2% | 13.4% | 16.4% | 16.3% | 14.7% | 14.7% | 12.1% | 8.7% | 13.7% |

Source: MPF Research®   [1] Delivering within next four quarters. [2] Annual Revenue Change = Annual Occ. Change + Annual Rent Change

## Occupancy

As presented, the Dallas-Plano-Irving market maintains a current inventory of 667,228 units, up approximately 0.50% (3,580 units) from the previous quarter. The current market-wide occupancy rate of 95.1% is indicated through a range extending from 94.1% to 95.6% across all property styles and vintages. When compared to the previous quarter, the market-wide average occupancy rate has decreased 1.1%. On a current-quarter annualized basis, occupancy rates have decreased 1.4%.

## Rental Rates / Revenue

On a per unit basis, rental rates by vintage range from a low of $1,169 per month to a high of $1,833 per month. When analyzed on the basis of style, rental rates range from $1,458 (low-rise) to $2,505 (high-rise). In total, the market-wide inventory-weighted average rental rate is $1,582 per unit per month. On a per square foot basis, rental rates range from a low of $1.44 to a high of $1.95 when analyzing property vintage and $1.68 to $2.45 when analyzed by property style. In aggregate, the market-wide average rental rate is $1.79 per square foot. Annual revenue change, defined as annual occupancy change plus annual rent change represents an increase of 12.2% versus the previous same-quarter annual period.

## Concessions

Analyzed by vintage, the percentage of properties currently offering concessions range from 4.1% (1990s) to 10.5% (2000+). When singularly analyzing property style, this range shifts to a low of 5.5% (low-rise) to a high of 14.8% (high-rise). An aggregate, market-wide average of 7.5% is indicated.

The average concession given ranges from 1.9% to 4.7% (vintage) and 2.3% to 6.9% (style) of potential gross income. An inventory-weighted average across all vintages and styles of 4.1% of potential gross income is indicated.

## Trailing Metro Performance

Key supply/demand, occupancy, rental rate, and concession statistics for available trailing annual and quarterly periods are summarized below.

App. 718

## Historical Supply/Demand

The following table highlights the trailing annual and quarterly supply, construction, and absorption metrics.

| HISTORICAL SUPPLY/DEMAND ANALYSIS | | | | | | | | DALLAS-PLANO-IRVING MARKET | |
|---|---|---|---|---|---|---|---|---|---|
| PERIOD | TOTAL UNITS | OCCUP-ANCY (%) | ABSORP. (UNITS) | NEW INV. (UNITS) | REMOVALS (UNITS) | INVENTORY UNITS Δ | INVENTORY % Δ | UNDER CONST. | NEAR-TERM DELIVERIES[1] |
| 2017 | 578,167 | 94.4% | 18,068 | 22,363 | 358 | 22,005 | 4.0% | 37,446 | 19,892 |
| 2018 | 598,159 | 94.5% | 19,715 | 20,330 | 338 | 19,992 | 3.5% | 38,133 | 19,996 |
| 2019 | 617,440 | 94.9% | 20,740 | 20,041 | 760 | 19,281 | 3.2% | 38,474 | 19,399 |
| 2020 | 636,666 | 94.2% | 13,773 | 19,529 | 303 | 19,226 | 3.1% | 30,573 | 20,098 |
| 2021 | 656,640 | 97.2% | 38,186 | 20,542 | 568 | 19,974 | 3.1% | 33,459 | 16,580 |
| 2021 Q4 | 656,640 | 97.2% | 8,525 | 5,194 | 532 | 4,662 | 0.7% | 33,459 | 16,580 |
| 2022 Q1 | 660,681 | 97.4% | 5,143 | 4,041 | 0 | 4,041 | 0.6% | 37,385 | 17,590 |
| 2022 Q2 | 663,648 | 96.2% | -4,754 | 3,031 | 64 | 2,967 | 0.4% | 46,403 | 20,408 |
| **2022 Q3** | **667,228** | **95.1%** | **-3,797** | **4,120** | **540** | **3,580** | **0.5%** | **49,185** | **23,923** |

Source: MPF Research®    [1] Delivering within next four quarters.



## Metro Occupancy Trends

| OCCUPANCY | | | | | | | | DALLAS-PLANO-IRVING METRO | |
|---|---|---|---|---|---|---|---|---|---|
| | BY VINTAGE | | | | | BY STYLE | | | |
| PERIOD | 2000+ | 1990s | 1980s | 1970s | PRE-1970s | LOW-RISE | MID-RISE | HIGH-RISE | TOTAL |
| 2017 | 93.7% | 94.9% | 94.8% | 94.4% | 94.6% | 94.7% | 93.0% | 93.2% | 94.4% |
| 2018 | 93.9% | 94.9% | 94.7% | 94.8% | 95.9% | 94.8% | 93.3% | 93.1% | 94.5% |
| 2019 | 94.5% | 95.5% | 95.1% | 95.2% | 95.6% | 95.2% | 94.1% | 93.8% | 94.9% |
| 2020 | 93.9% | 94.5% | 94.5% | 94.1% | 95.1% | 94.6% | 93.2% | 92.2% | 94.2% |
| 2021 | 97.2% | 97.3% | 97.1% | 97.2% | 97.0% | 97.3% | 96.9% | 96.1% | 97.2% |
| 2021 Q4 | 97.2% | 97.3% | 97.1% | 97.2% | 97.0% | 97.3% | 96.9% | 96.1% | 97.2% |
| 2022 Q1 | 97.3% | 97.3% | 97.3% | 97.7% | 97.5% | 97.5% | 97.2% | 96.2% | 97.4% |
| 2022 Q2 | 96.0% | 96.3% | 96.2% | 96.8% | 96.8% | 96.4% | 95.8% | 95.0% | 96.2% |
| **2022 Q3** | **95.0%** | **95.2%** | **95.0%** | **95.6%** | **95.4%** | **95.2%** | **95.0%** | **94.1%** | **95.1%** |

Source: MPF Research®

App. 719

© 2023 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES



## Metro Rental Rate Trends

The following tables and supporting graphs represent the current and historical rental rates on both a $/Unit (Table 1) and $/SF (Table 2) basis. Rental rates are reported as effective rates (net of concessions).

| EFFECTIVE RENT ($/UNIT) | | | | | | | | | DALLAS-PLANO-IRVING METRO |
|---|---|---|---|---|---|---|---|---|---|
| | BY VINTAGE | | | | | BY STYLE | | | |
| PERIOD | 2000+ | 1990s | 1980s | 1970s | PRE-1970s | LOW-RISE | MID-RISE | HIGH-RISE | TOTAL |
| 2017 | $1,358 | $1,218 | $929 | $898 | $879 | $1,043 | $1,380 | $1,930 | $1,117 |
| 2018 | $1,383 | $1,232 | $959 | $929 | $927 | $1,075 | $1,394 | $1,945 | $1,156 |
| 2019 | $1,434 | $1,282 | $1,002 | $969 | $957 | $1,119 | $1,427 | $2,093 | $1,209 |
| 2020 | $1,414 | $1,260 | $1,010 | $975 | $968 | $1,122 | $1,387 | $2,068 | $1,208 |
| 2021 | $1,670 | $1,539 | $1,158 | $1,086 | $1,041 | $1,311 | $1,654 | $2,261 | $1,423 |
| 2021 Q4 | $1,670 | $1,539 | $1,158 | $1,086 | $1,041 | $1,311 | $1,654 | $2,261 | $1,423 |
| 2022 Q1 | $1,716 | $1,581 | $1,206 | $1,125 | $1,076 | $1,354 | $1,696 | $2,338 | $1,471 |
| 2022 Q2 | $1,778 | $1,639 | $1,255 | $1,170 | $1,123 | $1,407 | $1,754 | $2,429 | $1,528 |
| **2022 Q3** | **$1,833** | **$1,687** | **$1,295** | **$1,222** | **$1,169** | **$1,458** | **$1,805** | **$2,505** | **$1,582** |

Source: MPF Research®



App. 720

© 2023 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

| EFFECTIVE RENT ($/SF) | | | | | | | DALLAS-PLANO-IRVING METRO | | |
|---|---|---|---|---|---|---|---|---|---|
| | BY VINTAGE | | | | | BY STYLE | | | |
| PERIOD | 2000+ | 1990s | 1980s | 1970s | PRE-1970s | LOW-RISE | MID-RISE | HIGH-RISE | TOTAL |
| 2017 | $1.44 | $1.32 | $1.17 | $1.10 | $1.08 | $1.21 | $1.55 | $1.88 | $1.28 |
| 2018 | $1.47 | $1.34 | $1.20 | $1.13 | $1.14 | $1.25 | $1.57 | $1.89 | $1.32 |
| 2019 | $1.53 | $1.39 | $1.26 | $1.19 | $1.17 | $1.30 | $1.60 | $2.03 | $1.38 |
| 2020 | $1.51 | $1.36 | $1.27 | $1.20 | $1.19 | $1.30 | $1.55 | $1.99 | $1.38 |
| 2021 | $1.78 | $1.66 | $1.46 | $1.34 | $1.28 | $1.52 | $1.83 | $2.21 | $1.62 |
| 2021 Q4 | $1.78 | $1.66 | $1.46 | $1.34 | $1.28 | $1.52 | $1.83 | $2.21 | $1.62 |
| 2022 Q1 | $1.83 | $1.71 | $1.52 | $1.38 | $1.32 | $1.56 | $1.88 | $2.28 | $1.67 |
| 2022 Q2 | $1.89 | $1.77 | $1.58 | $1.43 | $1.38 | $1.62 | $1.94 | $2.37 | $1.73 |
| 2022 Q3 | $1.95 | $1.82 | $1.63 | $1.50 | $1.44 | $1.68 | $2.00 | $2.45 | $1.79 |

Source: MPF Research®



## Metro Concession Trends

The following tables represent the percentage of properties offering concessions (Table 1) and the concessions granted as a percentage of potential gross income (Table 2).

| PERCENT OF PROPERTIES OFFERING CONCESSIONS | | | | | | | DALLAS-PLANO-IRVING METRO | | |
|---|---|---|---|---|---|---|---|---|---|
| | BY VINTAGE | | | | | BY STYLE | | | |
| PERIOD | 2000+ | 1990s | 1980s | 1970s | PRE-1970s | LOW-RISE | MID-RISE | HIGH-RISE | TOTAL |
| 2017 | 29.5% | 19.5% | 19.2% | 17.7% | 8.2% | 20.3% | 31.2% | 28.8% | 22.0% |
| 2018 | 31.4% | 21.4% | 17.6% | 18.0% | 12.6% | 20.9% | 33.5% | 32.1% | 23.3% |
| 2019 | 33.1% | 23.0% | 24.1% | 21.7% | 17.8% | 25.0% | 35.9% | 24.7% | 27.0% |
| 2020 | 38.6% | 31.8% | 31.3% | 30.3% | 21.3% | 31.1% | 42.5% | 44.9% | 33.8% |
| 2021 | 14.6% | 3.0% | 5.9% | 7.4% | 9.2% | 6.5% | 19.1% | 24.8% | 9.9% |
| 2021 Q4 | 14.6% | 3.0% | 5.9% | 7.4% | 9.2% | 6.5% | 19.1% | 24.8% | 9.9% |
| 2022 Q1 | 12.2% | 2.8% | 3.3% | 4.4% | 7.1% | 4.5% | 15.4% | 23.4% | 7.7% |
| 2022 Q2 | 10.9% | 3.0% | 4.7% | 5.3% | 5.6% | 5.0% | 13.0% | 22.3% | 7.6% |
| 2022 Q3 | 10.5% | 4.1% | 5.1% | 5.0% | 4.9% | 5.5% | 12.6% | 14.8% | 7.5% |

Source: MPF Research®

| CONCESSIONS AS PERCENT OF PGI | | | | | | | DALLAS-PLANO-IRVING METRO | | |
|---|---|---|---|---|---|---|---|---|---|
| | BY VINTAGE | | | | | BY STYLE | | | |
| PERIOD | 2000+ | 1990s | 1980s | 1970s | PRE-1970s | LOW-RISE | MID-RISE | HIGH-RISE | TOTAL |
| 2017 | 3.7% | 2.2% | 2.2% | 2.2% | 5.2% | 2.8% | 4.0% | 3.5% | 3.1% |
| 2018 | 4.4% | 2.3% | 2.0% | 2.1% | 2.2% | 2.8% | 5.1% | 3.9% | 3.5% |
| 2019 | 4.4% | 2.5% | 2.1% | 2.2% | 2.7% | 2.5% | 5.1% | 7.2% | 3.5% |
| 2020 | 6.1% | 3.7% | 2.5% | 3.3% | 3.5% | 3.5% | 6.6% | 8.8% | 4.8% |
| 2021 | 5.6% | 4.6% | 2.3% | 2.6% | 4.4% | 3.2% | 5.6% | 8.1% | 5.0% |
| 2021 Q4 | 5.6% | 4.6% | 2.3% | 2.6% | 4.4% | 3.2% | 5.6% | 8.1% | 5.0% |
| 2022 Q1 | 5.8% | 2.8% | 2.2% | 2.7% | 4.0% | 2.9% | 6.0% | 7.7% | 5.3% |
| 2022 Q2 | 5.6% | 3.2% | 2.1% | 2.0% | 3.1% | 2.4% | 6.1% | 7.1% | 4.8% |
| 2022 Q3 | 4.7% | 2.6% | 1.9% | 2.5% | 3.0% | 2.3% | 5.4% | 6.9% | 4.1% |

Source: MPF Research®

App. 721

**Metro Construction Activity**

| CONSTRUCTION ACTIVITY SUMMARY | DALLAS-PLANO-IRVING METRO | |
|---|---|---|
| CATEGORY | UNITS UNDER CONSTRUCTION | UNITS COMPLETED[1] |
| Conventional (Market) | 53,212 | 17,140 |
| **TOTAL** | **53,212** | **17,140** |

Source: MPF Research® [1]Properties completed in the last 4 quarters

Within the Dallas-Plano-Irving Metro area, there are a total of 53,212 conventional units currently under construction highlighted by activity in the Frisco, Allen/McKinney and Intown Dallas submarkets. There are currently 985 units under construction within the subject's submarket and 622 units have delivered within the past four quarters. The following table sets forth the detailed construction activity, by submarket, for conventional properties in the market.

| CONVENTIONAL CONSTRUCTION DETAIL | DALLAS-PLANO-IRVING METRO | |
|---|---|---|
| CATEGORY | UNITS UNDER CONSTRUCTION | UNITS COMPLETED[1] |
| Intown Dallas | 3,776 | 1,952 |
| Oak Lawn/Park Cities | 634 | 1,224 |
| East Dallas | 759 | 236 |
| North Oak Cliff/West Dallas | 2,203 | 82 |
| Love Field/Medical District | 951 | 153 |
| Northeast Dallas | 1,447 | 307 |
| Far East Dallas | 56 | 219 |
| Grand Prairie | 3,727 | 1,699 |
| Las Colinas/Coppell | 1,747 | 1,111 |
| Addison/Bent Tree | 749 | 353 |
| Garland | 561 | 1,054 |
| Lewisville/Flower Mound | 2,651 | 730 |
| The Colony/Far North Carrollton | 995 | 766 |
| West Plano | 0 | 212 |
| Denton | 2,764 | 1,175 |
| Frisco | 9,557 | 1,957 |
| Allen/McKinney | 7,111 | 2,498 |
| Rockwall/Rowlett/Wylie | 2,986 | 602 |
| Kaufman County | 985 | 622 |
| Ellis County | 1,084 | 188 |
| Zang Triangle/Cedars/Fair Park | 1,757 | 0 |
| North Dallas | 499 | 0 |
| Southeast Dallas | 24 | 0 |
| Southwest Dallas | 440 | 0 |
| Southern Dallas County | 158 | 0 |
| South Irving | 325 | 0 |
| Carrollton/Farmers Branch | 1,009 | 0 |
| Far North Dallas | 897 | 0 |
| Richardson | 711 | 0 |
| Central/East Plano | 2,281 | 0 |
| Hunt County | 368 | 0 |
| **TOTAL** | **53,212** | **17,140** |

Source: MPF Research® [1]Properties completed in the last 4 quarters

App. 722

## KAUFMAN COUNTY APARTMENT SUBMARKET OVERVIEW

The table below presents a current quarter snapshot of the key indicators within the submarket.

| KAUFMAN COUNTY SUBMARKET AT A GLANCE | | | | | | | | 2022 Q3 |
|---|---|---|---|---|---|---|---|---|
| | TOTAL UNITS | OCCUP-ANCY (%) | ABSORP. (UNITS) | NEW INV. (UNITS) | REMOVALS (UNITS) | INVENTORY Δ (UNITS) | INVENTORY Δ (%) | UNDER CONST. | NEAR-TERM DELIVERIES[1] |
| INVENTORY | 4,838 | 96.8% | -11 | 42 | 0 | 42 | 0.9% | 943 | 228 |

| | BY VINTAGE | | | | | BY STYLE | | | |
|---|---|---|---|---|---|---|---|---|---|
| CATEGORY | 2000+ | 1990s | 1980s | 1970s | PRE-1970s | LOW-RISE | MID-RISE | HIGH-RISE | TOTAL |
| Occupancy | 96.4% | 98.6% | 100.0% | 100.0% | n.a. | 96.8% | n.a. | n.a. | 96.8% |
| Quarterly Occ. Δ | -1.2% | -0.7% | 0.0% | 0.6% | n.a. | -1.1% | n.a. | n.a. | -1.1% |
| Annual Occ. Δ | -1.0% | 0.7% | 0.0% | 8.9% | n.a. | -0.3% | n.a. | n.a. | -0.3% |
| Rent ($/mo.) | $1,499 | $1,354 | $1,168 | $977 | n.a. | $1,464 | n.a. | n.a. | $1,464 |
| Rent ($/sf) | $1.56 | $1.48 | $1.45 | $1.03 | n.a. | $1.54 | n.a. | n.a. | $1.54 |
| Annual Revenue Δ[2] | 16.0% | 16.7% | 8.0% | 9.7% | n.a. | 15.7% | n.a. | n.a. | 15.7% |
| % Offering Concessions | 0.5% | 0.0% | 0.0% | 0.0% | n.a. | 0.4% | n.a. | n.a. | 0.4% |
| Avg. Concession | 1.7% | n.a. | n.a. | n.a. | n.a. | 1.7% | n.a. | n.a. | 1.7% |
| Qtr. Same-Property Rent Δ | 5.1% | 7.3% | 0.0% | 0.8% | n.a. | 4.9% | n.a. | n.a. | 4.9% |
| Ann. Same-Property Rent Δ | 16.9% | 16.0% | 8.0% | 0.8% | n.a. | 16.0% | n.a. | n.a. | 16.0% |

Source: MPF Research®   [1] Delivering within next four quarters. [2] Annual Revenue Change = Annual Occ. Change + Annual Rent Change

## Trailing Submarket Performance

Key supply/demand, occupancy, rental rate, and concession statistics for available trailing annual and quarterly periods are summarized below.

## Historical Supply/Demand

| HISTORICAL SUPPLY/DEMAND ANALYSIS | | | | | | KAUFMAN COUNTY SUBMARKET | | |
|---|---|---|---|---|---|---|---|---|
| PERIOD | TOTAL UNITS | OCCUP-ANCY (%) | ABSORP. (UNITS) | NEW INV. (UNITS) | REMOVALS (UNITS) | INVENTORY UNITS Δ | INVENTORY % Δ | UNDER CONST. | NEAR-TERM DELIVERIES[1] |
| 2017 | 3,449 | 96.2% | 450 | 448 | 0 | 448 | 14.9% | 133 | 84 |
| 2018 | 3,533 | 96.8% | 101 | 84 | 0 | 84 | 2.4% | 641 | 266 |
| 2019 | 3,799 | 94.2% | 159 | 266 | 0 | 266 | 7.5% | 375 | 375 |
| 2020 | 4,174 | 94.0% | 345 | 375 | 0 | 375 | 9.9% | 622 | 442 |
| 2021 | 4,616 | 99.1% | 651 | 442 | 0 | 442 | 10.6% | 540 | 294 |
| 2021 Q4 | 4,616 | 99.1% | 222 | 135 | 0 | 135 | 3.0% | 540 | 294 |
| 2022 Q1 | 4,706 | 98.7% | 74 | 90 | 0 | 90 | 1.9% | 450 | 276 |
| 2022 Q2 | 4,796 | 97.8% | 46 | 90 | 0 | 90 | 1.9% | 660 | 228 |
| **2022 Q3** | **4,838** | **96.8%** | **-11** | **42** | **0** | **42** | **0.9%** | **943** | **228** |

Source: MPF Research®   [1] Delivering within next four quarters



App. 723

© 2023 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

# MARKET ANALYSIS

## Submarket Occupancy Trends

| OCCUPANCY ANALYSIS | | | | | | | | | KAUFMAN COUNTY SUBMARKET | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | BY VINTAGE | | | | | BY STYLE | | | SUBMARKET | METRO | VERSUS |
| PERIOD | 2000+ | 1990s | 1980s | 1970s | PRE-1970s | LOW-RISE | MID-RISE | HIGH-RISE | TOTAL | TOTAL | METRO |
| 2017 | 95.5% | 96.5% | 100.0% | 94.6% | 98.1% | 96.2% | n.a. | n.a. | 96.2% | 94.4% | 🟢 |
| 2018 | 96.9% | 93.8% | 96.8% | 100.0% | 97.2% | 96.8% | n.a. | n.a. | 96.8% | 94.5% | 🟢 |
| 2019 | 92.9% | 97.9% | 97.6% | 98.2% | 93.5% | 94.2% | n.a. | n.a. | 94.2% | 94.9% | 🔴 |
| 2020 | 93.0% | 97.9% | 98.6% | 96.3% | 91.6% | 94.0% | n.a. | n.a. | 94.0% | 94.2% | 🔴 |
| 2021 | 99.1% | 98.6% | 99.1% | 100.0% | n.a. | 99.1% | n.a. | n.a. | 99.1% | 97.2% | 🟢 |
| 2021 Q4 | 99.1% | 98.6% | 99.1% | 100.0% | n.a. | 99.1% | n.a. | n.a. | 99.1% | 97.2% | 🟢 |
| 2022 Q1 | 98.7% | 97.9% | 100.0% | 100.0% | n.a. | 98.7% | n.a. | n.a. | 98.7% | 97.4% | 🟢 |
| 2022 Q2 | 97.6% | 99.3% | 100.0% | 100.0% | n.a. | 97.8% | n.a. | n.a. | 97.8% | 96.2% | 🟢 |
| **2022 Q3** | **96.4%** | **98.6%** | **100.0%** | **100.0%** | **n.a.** | **96.8%** | **n.a.** | **n.a.** | **96.8%** | **95.1%** | 🟢 |

Source: MPF Research®  Legend: 🟢 Outperforming  🔴 Underperforming  🔵 Similar



Submarket Rental Rate Trends

The following tables represent the current and historical submarket rental rates on both a $/Unit (Table 1) and $/SF (Table 2) basis. Rental rates are reported as effective rates (net of concessions).

| EFFECTIVE RENT ($/UNIT) | | | | | | | | | KAUFMAN COUNTY SUBMARKET | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | BY VINTAGE | | | | | BY STYLE | | | SUBMARKET | METRO | VERSUS |
| PERIOD | 2000+ | 1990s | 1980s | 1970s | PRE-1970s | LOW-RISE | MID-RISE | HIGH-RISE | TOTAL | TOTAL | METRO |
| 2017 | $1,090 | $1,084 | $880 | $836 | $719 | $1,032 | n.a. | n.a. | $1,032 | $1,117 | 🔴 |
| 2018 | $1,096 | $1,111 | $941 | $839 | $745 | $1,046 | n.a. | n.a. | $1,046 | $1,156 | 🔴 |
| 2019 | $1,060 | $1,038 | $1,025 | $888 | $809 | $1,023 | n.a. | n.a. | $1,023 | $1,209 | 🔴 |
| 2020 | $1,145 | $1,116 | $1,031 | $907 | $796 | $1,099 | n.a. | n.a. | $1,099 | $1,208 | 🔴 |
| 2021 | $1,325 | $1,193 | $1,133 | $949 | n.a. | $1,294 | n.a. | n.a. | $1,294 | $1,423 | 🔴 |
| 2021 Q4 | $1,325 | $1,193 | $1,133 | $949 | n.a. | $1,294 | n.a. | n.a. | $1,294 | $1,423 | 🔴 |
| 2022 Q1 | $1,359 | $1,218 | $1,168 | $949 | n.a. | $1,333 | n.a. | n.a. | $1,333 | $1,471 | 🔴 |
| 2022 Q2 | $1,427 | $1,262 | $1,168 | $969 | n.a. | $1,395 | n.a. | n.a. | $1,395 | $1,528 | 🔴 |
| **2022 Q3** | **$1,499** | **$1,354** | **$1,168** | **$977** | **n.a.** | **$1,464** | **n.a.** | **n.a.** | **$1,464** | **$1,582** | 🔴 |

Source: MPF Research®  Legend: 🟢 Outperforming  🔴 Underperforming  🔵 Similar

App. 724

# MARKET ANALYSIS



## HISTORICAL SUBMARKET EFFECTIVE RENT ($/UNIT)

| EFFECTIVE RENT ($/SF) | | | | | | | | | KAUFMAN COUNTY SUBMARKET | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | BY VINTAGE | | | | | BY STYLE | | | SUBMARKET | METRO | VERSUS |
| PERIOD | 2000+ | 1990s | 1980s | 1970s | PRE-1970s | LOW-RISE | MID-RISE | HIGH-RISE | TOTAL | TOTAL | METRO |
| 2017 | $1.27 | $1.18 | $1.13 | $0.88 | $0.97 | $1.21 | n.a. | n.a. | $1.21 | $1.28 | ● |
| 2018 | $1.27 | $1.21 | $1.21 | $0.88 | $1.00 | $1.23 | n.a. | n.a. | $1.23 | $1.32 | ● |
| 2019 | $1.23 | $1.13 | $1.32 | $0.93 | $1.09 | $1.19 | n.a. | n.a. | $1.19 | $1.38 | ● |
| 2020 | $1.28 | $1.22 | $1.38 | $0.95 | $1.07 | $1.24 | n.a. | n.a. | $1.24 | $1.38 | ● |
| 2021 | $1.35 | $1.30 | $1.41 | $1.00 | n.a. | $1.34 | n.a. | n.a. | $1.34 | $1.62 | ● |
| 2021 Q4 | $1.35 | $1.30 | $1.41 | $1.00 | n.a. | $1.34 | n.a. | n.a. | $1.34 | $1.62 | ● |
| 2022 Q1 | $1.41 | $1.33 | $1.45 | $1.00 | n.a. | $1.40 | n.a. | n.a. | $1.40 | $1.67 | ● |
| 2022 Q2 | $1.48 | $1.38 | $1.45 | $1.02 | n.a. | $1.46 | n.a. | n.a. | $1.46 | $1.73 | ● |
| **2022 Q3** | **$1.56** | **$1.48** | **$1.45** | **$1.03** | n.a. | **$1.54** | n.a. | n.a. | **$1.54** | **$1.79** | ● |

Source: MPF Research®   Legend: ● Outperforming   ● Underperforming   ● Similar



## HISTORICAL SUBMARKET EFFECTIVE RENT ($/SF)

App. 725

## Submarket Concession Trends

The following tables represent the percentage of properties offering concessions (Table 1) and the concessions granted as a percentage of potential gross income (Table 2).

| PERCENT OF PROPERTIES OFFERING CONCESSIONS | | | | | | | | | KAUFMAN COUNTY SUBMARKET | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | BY VINTAGE | | | | | BY STYLE | | | SUBMARKET | METRO | VERSUS |
| PERIOD | 2000+ | 1990s | 1980s | 1970s | PRE-1970s | LOW-RISE | MID-RISE | HIGH-RISE | TOTAL | TOTAL | METRO |
| 2017 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | n.a. | n.a. | 0.0% | 22.0% | 🟢 |
| 2018 | 0.0% | 0.0% | 64.5% | 0.0% | 0.0% | 5.8% | n.a. | n.a. | 5.8% | 23.3% | 🟢 |
| 2019 | 66.5% | 0.0% | 0.0% | 0.0% | 26.2% | 46.2% | n.a. | n.a. | 46.2% | 27.0% | 🔴 |
| 2020 | 59.7% | 0.0% | 0.0% | 0.0% | 26.2% | 45.3% | n.a. | n.a. | 45.3% | 33.8% | 🔴 |
| 2021 | 1.4% | 0.0% | 0.0% | 0.0% | n.a. | 1.2% | n.a. | n.a. | 1.2% | 9.9% | 🟢 |
| 2021 Q4 | 1.4% | 0.0% | 0.0% | 0.0% | n.a. | 1.2% | n.a. | n.a. | 1.2% | 9.9% | 🟢 |
| 2022 Q1 | 1.1% | 0.0% | 0.0% | 0.0% | n.a. | 1.0% | n.a. | n.a. | 1.0% | 7.7% | 🟢 |
| 2022 Q2 | 1.6% | 0.0% | 0.0% | 0.0% | n.a. | 1.4% | n.a. | n.a. | 1.4% | 7.6% | 🟢 |
| **2022 Q3** | **0.5%** | **0.0%** | **0.0%** | **0.0%** | **n.a.** | **0.4%** | **n.a.** | **n.a.** | **0.4%** | **7.5%** | 🟢 |

Source: MPF Research®  Legend: 🟢 Outperforming  🔴 Underperforming  🔵 Similar

| CONCESSIONS AS PERCENT OF PGI | | | | | | | | | KAUFMAN COUNTY SUBMARKET | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | BY VINTAGE | | | | | BY STYLE | | | SUBMARKET | METRO | VERSUS |
| PERIOD | 2000+ | 1990s | 1980s | 1970s | PRE-1970s | LOW-RISE | MID-RISE | HIGH-RISE | TOTAL | TOTAL | METRO |
| 2017 | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | n.a. | 3.1% | 🔴 |
| 2018 | n.a. | n.a. | 1.2% | n.a. | n.a. | 1.2% | n.a. | n.a. | 1.2% | 3.5% | 🟢 |
| 2019 | 2.1% | n.a. | n.a. | n.a. | 0.7% | 2.0% | n.a. | n.a. | 2.0% | 3.5% | 🟢 |
| 2020 | 3.8% | n.a. | n.a. | n.a. | 7.0% | 3.9% | n.a. | n.a. | 3.9% | 4.8% | 🟢 |
| 2021 | 0.6% | n.a. | n.a. | n.a. | n.a. | 0.6% | n.a. | n.a. | 0.6% | 5.0% | 🟢 |
| 2021 Q4 | 0.6% | n.a. | n.a. | n.a. | n.a. | 0.6% | n.a. | n.a. | 0.6% | 5.0% | 🟢 |
| 2022 Q1 | 0.6% | n.a. | n.a. | n.a. | n.a. | 0.6% | n.a. | n.a. | 0.6% | 5.3% | 🟢 |
| 2022 Q2 | 0.8% | n.a. | n.a. | n.a. | n.a. | 0.8% | n.a. | n.a. | 0.8% | 4.8% | 🟢 |
| **2022 Q3** | **1.7%** | **n.a.** | **n.a.** | **n.a.** | **n.a.** | **1.7%** | **n.a.** | **n.a.** | **1.7%** | **4.1%** | 🟢 |

Source: MPF Research®  Legend: 🟢 Outperforming  🔴 Underperforming  🔵 Similar

## Submarket Construction Activity

The following projects are listed as being currently under construction within the submarket.

| CONSTRUCTION ACTIVITY | | | | KAUFMAN COUNTY SUBMARKET | | |
|---|---|---|---|---|---|---|
| PROPERTY NAME | PROPERTY TYPE | NO. OF UNITS | NO. OF STORIES | PROJECT STATUS | START DATE | FINISH DATE |
| Avilla Oakridge | Conventional | 209 | 1 | Completion | 10/1/20 | 6/1/22 |
| Magnolia Grove | Conventional | 270 | 3 | Completion | 2/1/20 | 10/1/21 |
| Plum Tree | Conventional | 143 | 3 | Completion | 1/1/20 | 11/1/21 |
| Highbridge | Conventional | 60 | 1 | Under Construction | 8/1/21 | 2/1/23 |
| Southerly at Crossroads | Conventional | 300 | 3 | Under Construction | 5/1/22 | 3/1/24 |
| Wildwood | Conventional | 325 | 4 | Under Construction | 8/1/22 | 7/1/24 |
| Woodlands Terrell | Conventional | 300 | 2 | Under Construction | 12/1/21 | 3/1/24 |
| | TOTAL UNITS: | 1,607 | | | | |

Source: MPF Research®

App. 726

## COMPETITIVE DATASET ANALYSIS

The following table summarizes the results of a vacancy survey of directly competing properties to the subject that was confirmed during development of this assignment.

| VACANCY SURVEY AS OF DECEMBER 2022 | | | |
|---|---|---|---|
| PROJECT | UNITS | VACANT UNITS | VACANCY |
| Parc at Windmill Farms | 272 | 23 | 8.5% |
| Gateway Pines | 337 | 10 | 3.0% |
| Gateway Oaks | 313 | 9 | 2.9% |
| Gateway Cedars | 334 | 3 | 0.9% |
| Emerson at Forney Marketplace | 320 | 10 | 3.1% |
| TOTAL/AVERAGE | 1,576 | 55 | 3.5% |
| ADJUSTED AVERAGE | 1,304 | 32 | 2.5% |

Source: Colliers International Valuation & Advisory Services

### General Vacancy Conclusion

As summarized in the table below this market analysis relied on various published data sources and field research for assessing how supply/demand conditions influence the long-term vacancy estimate of the subject property.

| GENERAL VACANCY CONCLUSION | | | |
|---|---|---|---|
| MPF | 2022 Q3 | LAST YR | AVG LAST 5 |
| Dallas-Plano-Irving | 4.9% | 2.8% | 5.0% |
| Kaufman County | 3.2% | 0.9% | 4.0% |
| Competitive Set | 3.5% | - | - |
| Competitive Set - Adjusted | 2.5% | | |
| Subject | 8.5% | - | - |
| GENERAL VACANCY RATE CONCLUSIONS | | | 5.0% |

Based on the subject's size, location and appeal, the competitive set analysis findings warrant primary consideration. The competitive set analysis indicated a current vacancy rate for directly competitive properties of 3.5%. The submarket level analysis warrants secondary consideration based on its moderate applicability to the subject. The submarket level analysis indicated a MPF vacancy rate of 3.2% and an average vacancy rate of 4.0% over the past five years. As of the effective date of this appraisal, the subject property has a current vacancy rate of 8.5%. Based on our analysis of supply/demand trends and considering the subject's actual performance, a general vacancy rate of 5.0% is concluded.

## SUMMARY OF MARKET ANALYSIS

Overall, based on interviews with planners and brokers, and Colliers International Valuation & Advisory Services market survey, there is sufficient demand for the improvements. The depth of demand for the subject property is anticipated to be sufficient based on continuing economic and population growth in the subject's area.

App. 727

## EXPOSURE TIME & MARKETING PERIOD

Exposure time is best established based the recent history of marketing periods for comparable sales, discussions with market participants and information from published surveys. The following table summarizes the information that was taken into consideration to develop an estimate of exposure time and marketing period for the subject property:

| EXPOSURE TIME & MARKETING PERIOD | | | | | | | |
|---|---|---|---|---|---|---|---|
| SOURCE | QUARTER | RANGE | | | AVG | LAST Q | LAST YR |
| **PriceWaterhouse Coopers** | | | | | | | |
| National Apartment Market | 3Q 22 | 1.0 to | 12.0 | | 4.3 | 4.3 | 4.6 |
| Southeast Region Apartment | 3Q 22 | 1.0 to | 6.0 | | 3.4 | 3.4 | 4.2 |
| **Market Participant** | 4Q 22 | 0.0 to | 6.0 | | 3.0 | - | - |
| **AVERAGE** | | **0.7 to** | **8.0** | | **3.6** | **3.9** | **4.4** |

The preceding information generally supports an exposure time range from 1 to 12 months for Multifamily (Garden/Low Rise) properties. The availability of acquisition financing also factors into exposure time and marketing period. Our review of the local capital market indicate that adequate financing options would have been available to consummate a sale of the subject on the date of value. Based on our analysis of the subject property and investigation of substitute properties in the marketplace, the subject is considered to have good overall buyer appeal with a strong competitive position if the asset was exposed to the open market.

**Exposure Time Conclusion**

Six Months Or Less

**Marketing Period Conclusion**

Six Months Or Less

App. 728

# HIGHEST & BEST USE ANALYSIS

This section develops the highest and best use of the subject property as-vacant and as-improved. The highest and best use, or most probable use, must be legally permissible, physically possible, financially feasible, and maximally productive.

## As-Vacant Analysis

Regarding physical characteristics, the subject site is irregular in shape and has level topography with good access and good exposure. The subject site has frontage on a neighborhood street. The immediate area is developed with office, retail, mixed-use and auto dealership development along major arterials that is interspersed with multi-family complexes and single-family residential development removed from arterials. Based on our observations of land development trends for sites with similar zoning and physical characteristics as the subject and analysis of current supply/demand trends, the highest and best use of the subject site as-vacant is development of a multi-family residential property as market conditions warrant.

## As-Improved Analysis

The subject's Multifamily (Garden/Low Rise) use (as-improved) is permitted outright by site plan approval. The legal factors influencing the highest and best use of the subject property support the existing use. The subject's improvements were constructed in 2019 and have a remaining economic life of 47 years based on our estimate. The project is of good quality construction and in good condition, with adequate service amenities. Legal, physical, locational and marketability factors support the existing use as the highest and best use of the subject site.

In addition to legal, physical and locational considerations, analysis of the subject property as-improved requires the treatment of alternative uses for the property. The five possible alternative treatments of the property are demolition, expansion, renovation, conversion, and the subject's use "as-improved". Among the five alternative uses, continued use as a multi-family residential property is the Highest and Best Use of the subject property as-improved.

App. 729

© 2023 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

## VALUATION METHODS

The following presentation of the appraisal process deals directly with the valuation of the subject property. The paragraphs below describe the standard approaches to value that were considered for this analysis.

### Income Approach

The two fundamental methods of this valuation technique include Direct Capitalization and Effective Gross Income Multiplier.

Development of the Income Approach is a specific scope requirement of this assignment. Characteristics specific to the subject property warrant that this valuation technique is developed. The subject is an investment property; therefore, the Income Approach represents the decision making process of knowledgeable buyers and sellers of this property type. The Direct Capitalization method is used in this analysis. Discounted Cash Flow and EGIM analysis do not contribute substantially to estimating value beyond the direct capitalization method and are not used in this analysis.

### Sales Comparison Approach

Development of the Sales Comparison Approach is a specific scope requirement of this assignment. Characteristics specific to the subject property warrant that this valuation technique to be developed. Sufficient sales data is available to provide a credible value estimate by the Sales Comparison Approach. Based on this reasoning, the Sales Comparison Approach is presented within this appraisal.

### Land Valuation

Development of the subject site value is not a specific scope requirement of this assignment. Characteristics specific to the subject property do not warrant that a site value is developed. Therefore, this appraisal does not provide valuation of the subject site.

### Cost Approach

Development of the Cost Approach is not a specific scope requirement of this assignment. Characteristics specific to the subject property do not warrant that this valuation technique is developed. The Cost Approach has limited applicability due to the age of the improvements and lack of market based data to support an estimate of accrued depreciation. Knowledgeable buyers and sellers typically do not rely on this valuation technique for income-producing properties similar to the subject. Based on the preceding information, the Cost Approach will not be presented.

### Reconciliation of Value Conclusions

The Income (Direct Capitalization) approach is used to value the subject property.

App. 730

## DIRECT CAPITALIZATION

The first step in the direct capitalization method is to estimate the subject's durable rental income through reconciliation of the subject's in-place lease terms and market rent analysis. Next, we analyze other income items including reimbursements and miscellaneous revenue. Then, vacancy allowance and operating expenses are estimated based on analysis of the subject and market indicators. Finally, the resulting net operating income is capitalized at an appropriate supported rate. The implied value may be adjusted to account for non-stabilized conditions or required capital expenditures to reflect an as is value.

## EFFECTIVE GROSS INCOME MULTIPLIER

Also known as the EGIM, this method is appropriate within the Income Approach because it is recognized that purchasers are concerned with the income-producing ability of the property. The EGIM is derived by dividing the effective gross annual income of each comparable into the sales price. The EGIM has the advantages of simplicity and easy calculation. It is based on the premise that rents and sales prices move in the same direction and, essentially, in the same proportion as do net income and sales prices. The EGIM is typically used without adjustments. The final selection of an effective income multiplier is based upon the applicability of each comparable and a range is established.

## SUBJECT INFORMATION

**Management & Leases** - The subject property is professionally managed by a third-party company known as Sunchase. Based on our interview with the subject's management, new residents sign 12-month leases. This is similar to the lease structure for existing residents. The subject does not use rent management software. Rather, rent pricing is determined by the subject's management.

**Rent Increases & Concessions** - The subject's management reported that rent levels at the property are experiencing an increasing trend. This trend is verified in analyzing the rent levels of the recently leased units. The subject is not currently offering any concessions for new residents. Per our conversation with the management, rental concessions or move-in specials have not been historically provided. This is consistent with the market, as evidenced by the rent comparables presented later in this section. It is additionally noted that concessions minimally appear on the subject's historical income and expense statements.

**Occupancy Information** - The subject is currently operating with an occupancy level of 91.5%, which is similar to the historical average for the property. The subject's management noted that the project's historical occupancy has ranged from 96% to 98%. The subject's current occupancy is only slightly below the stabilized occupancy conclusion (95.0%). We estimate that over the course of the next 2-4 weeks the remaining units needed to achieve stabilized occupancy can be leased at a minimal cost, without the subject incurring any significant rent loss. Therefore, no deductions will be applied.

**Subject's Operations and Policies** - The subject does not include any corporate units. None of the units are delivered with furnishings. The subject does not accept Section 8 vouchers. Similarly, the property is not subject to a HAP/low-income contract of any sort. The subject includes a policy for late payment of rent. The subject is a pet-friendly community.

App. 731

**Rent Roll Data** - A rent roll dated November 30, 2022 was provided for our analysis. A copy of the rent roll is located in the addenda of this report. The following table displays the unit statistics of each floor plan based on our analysis of the rent roll.

## SUBJECT LEASING INFORMATION

| UNIT TYPE | UNIT SUMMARY OCC | VAC | TOT | UNITS PERCENT OF TOTAL | AVG UNIT SF | NRA SF | UNIT % OCC-UPIED | ASKING RENT PER UNIT | TOTAL $/MO | AVG $/SF | ACTUAL RENT PER UNIT AVERAGE | TOTAL $/MO | AVG $/SF | RECENT LEASES PER UNIT AVERAGE | NUM LEASES | AVG $/SF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 BD / 1 BA | 43 | 5 | 48 | 17.6% | 798 | 38,304 | 90% | $1,335 | $64,080 | $1.67 | $1,321 | $56,788 | $1.65 | $1,396 | 7 | $1.75 |
| 1 BD / 1 BA | 63 | 5 | 68 | 25.0% | 832 | 56,576 | 93% | $1,405 | $95,540 | $1.69 | $1,409 | $88,777 | $1.69 | $1,477 | 15 | $1.78 |
| 2 BD / 2 BA | 25 | 3 | 28 | 10.3% | 1,059 | 29,652 | 89% | $1,675 | $46,900 | $1.58 | $1,581 | $39,535 | $1.49 | $1,693 | 5 | $1.60 |
| 2 BD / 2 BA | 3 | 0 | 3 | 1.1% | 1,125 | 3,375 | 100% | $1,832 | $5,496 | $1.63 | $1,687 | $5,060 | $1.50 | $1,760 | 1 | $1 56 |
| 2 BD / 2 BA | 70 | 7 | 77 | 28.3% | 1,145 | 88,165 | 91% | $1,892 | $145,684 | $1.65 | $1,627 | $113,892 | $1.42 | $1,692 | 16 | $1.48 |
| 2 BD / 2 BA | 12 | 0 | 12 | 4.4% | 1,203 | 14,436 | 100% | $1,944 | $23,328 | $1.62 | $1,625 | $19,500 | $1.35 | - | 0 | - |
| 3 BD / 2 BA | 33 | 3 | 36 | 13.2% | 1,365 | 49,140 | 92% | $1,850 | $66,600 | $1.36 | $1,827 | $60,282 | $1.34 | $2,031 | 5 | $1.49 |
| **TOTAL/AVG** | **249** | **23** | **272** | **100%** | **1,028** | **279,648** | **91.5%** | **$1,646** | **$447,628** | **$1.60** | **$1,542** | **$383,834** | **$1.50** | **$1,620** | **49** | **$1.62** |

RECENT LEASES AS OF SEPTEMBER 1, 2022 THROUGH DECEMBER 1, 2022

It should be noted that the above figures represent rent along and do not include trash fees, washer/dryer rental, pet rent or month-to-month fees.

## Subject Utility Structure

› **Water/Sewer -** Not included in the rent - RUBS system is used (tenants reimburse owner through 3rd party)
› **Trash Removal -** Not included in the rent - Residents are billed a $28 flat fee for trash
› **Gas -** Not included in the rent - The subject does not utilize gas
› **Electricity -** Not included in the rent - Residents directly billed from utility provider
› **Telephone -** Not included in the rent - Residents directly billed from utility provider
› **Cable -** Not included in the rent - Residents directly billed from utility provider
› **Internet -** Not included in the rent - Residents directly billed from utility provider

## ANALYSIS OF RENT COMPARABLES

### Unit of Comparison

The analysis is conducted on a rent per month basis, reflecting market behavior. This unit of comparison is predominantly used in this market.

### Selection of Comparables

A complete search of the area was conducted in order to find the most comparable complexes in terms of age, appeal, condition, number of units, and amenities. The rent comparables are located in the subject's local area. The subject is in good condition with good appeal for the market area considering its vintage. The comparables selected in this analysis are similar properties to the subject property.

### Concessions

Please see the data sheets for full details.

### Presentation

The following presentation summarizes the comparables most similar to the subject property. A Rent Comparable Summation Table, Rent Comparable Location Map, Data Sheets, and analysis of the rent comparables is presented on the following pages.

App. 732

CONCLUSE 1304

## RENT SUMMATION TABLE

| COMPARABLE | SUBJECT | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 | COMPARABLE 4 |
|---|---|---|---|---|---|
| **Name** | Parc at Windmill Farms | Gateway Pines | Gateway Oaks | Gateway Cedars | Emerson at Forney Marketplace |
| **Address** | 1003 Windmill Farms Boulevard | 1200 Gateway Boulevard | 1105 North Gateway Boulevard | 1100 Gateway Boulevard | 300 Trailhouse Lane |
| **City** | Forney | Forney | Forney | Forney | Forney |
| **State** | TX | TX | TX | TX | TX |
| **Zip** | 75126 | 75126 | 75126 | 75126 | 75126 |
| **PHYSICAL INFORMATION** | | | | | |
| **Project Design** | Garden | Garden | Garden | Garden | Garden |
| **Number of Units** | 272 | 337 | 313 | 334 | 320 |
| **NRA** | 279,648 | 272,856 | 269,086 | 263,730 | 286,013 |
| **Year Built** | 2019 | 2018 | 2016 | 2014 | 2019 |
| **Average SF/Unit** | 1,028 | 810 | 860 | 790 | 894 |
| **RENT INFORMATION** | | | | | |
| **Occupancy** | 91.5% | 97.0% | 97.0% | 99.0% | 97.0% |
| **Rent Type** | In-Place | Market Rent | Market Rent | Market Rent | Market Rent |
| **$/Unit Average** | $1,542 | $1,417 | $1,443 | $1,316 | $1,613 |
| **$/SF Average** | $1.50 | $1.75 | $1.68 | $1.67 | $1.80 |
| **1 BD $/Unit Avg** | $1,373 | $1,311 | $1,293 | $1,179 | $1,460 |
| **2 BD $/Unit Avg** | $1,618 | $1,743 | $1,730 | $1,696 | $1,774 |
| **3 BD $/Unit Avg** | $1,827 | - | $2,125 | - | $2,099 |

App. 733

## RENT COMPARABLE LOCATION MAP



| COMP | DISTANCE | NAME | ADDRESS | OCC % | AVG SF/UNIT | UNITS | BUILT |
|------|----------|------|---------|-------|-------------|-------|-------|
| SUBJECT | - | Parc at Windmill Farms | 1003 Windmill Farms Boulevard, Forney, TX | 91.5% | 1,028 | 272 | 2019 |
| No. 1 | 2.2 Miles | Gateway Pines | 1200 Gateway Boulevard, Forney, TX | 97.0% | 810 | 337 | 2018 |
| No. 2 | 2.3 Miles | Gateway Oaks | 1105 North Gateway Boulevard, Forney, TX | 97.0% | 860 | 313 | 2016 |
| No. 3 | 2.4 Miles | Gateway Cedars | 1100 Gateway Boulevard, Forney, TX | 99.0% | 790 | 334 | 2014 |
| No. 4 | 3.2 Miles | Emerson at Forney Marketplace | 300 Trailhouse Lane, Forney, TX | 97.0% | 894 | 320 | 2019 |

App. 734

# INCOME APPROACH

## COMPARABLE 1

### LOCATION INFORMATION

| | |
|---|---|
| Name | Gateway Pines |
| Address | 1200 Gateway Boulevard |
| City, State, Zip Code | Forney, TX, 75126 |

### PHYSICAL INFORMATION

| | |
|---|---|
| Project Design | Garden |
| Number of Units | 337 |
| Year Built | 2018 |
| Net Rentable Area (NRA) | 272,856 |
| Average Unit Size (SF) | 810 |
| Rent Type | Market Rent |
| Location | Average |
| Quality | Good |
| Condition | Good |
| Appeal | Good |
| Project Amenities | BBQ/Picnic Area, Business Center, Dog Park, Fitness Center, Game Room, Swimming Pool |
| Unit Amenities | Balcony/Patio, Ceiling Fans, Complete Appliance Package, Microwave, Parking Covered, Premium Appliances, Premium Flooring, Walk-in Closets, Washer/Dryer Hookups, Washer/Dryer In-Unit |



## GATEWAY PINES

### OCCUPANCY / ABSORPTION

| | |
|---|---|
| Vacant Units | 10 |
| Occupancy Rate | 97% |
| Fees & Deposits | N/Av |
| Concessions | None |

### CONFIRMATION

| | |
|---|---|
| Name | Virginia |
| Source | Manager |
| Date | 12/01/2022 |
| Phone Number | +1 972 357 7892 |

### REMARKS

This property offers carports at $35/month and detached garages for $85/month.

### UTILITIES

| | INCL. IN RENT | NOT INCL. IN RENT |
|---|---|---|
| Electricity | | ✓ |
| Water | | ✓ |
| Hot Water | | ✓ |
| Sewer | | ✓ |
| Garbage | | ✓ |
| Telephone | | ✓ |
| Gas | | ✓ |
| Cable/Satellite | | ✓ |
| High-Speed Internet | | ✓ |

### UNIT MIX

| DESCRIPTION | UNITS | SIZE | AVG RENT |
|---|---|---|---|
| STUDIO / 1 BA | 12 | 499 | $1,075 |
| 1 BD / 1 BA | 78 | 587 | $1,100 |
| 1 BD / 1 BA | 60 | 712 | $1,375 |
| 1 BD / 1 BA | 2 | 713 | $1,350 |
| 1 BD / 1 BA | 54 | 763 | $1,410 |
| 1 BD / 1 BA | 42 | 816 | $1,485 |
| 2 BD / 2 BA | 18 | 825 | $1,515 |
| 2 BD / 2 BA | 27 | 1,038 | $1,700 |
| 2 BD / 2 BA | 18 | 1,197 | $1,755 |
| 2 BD / 2 BA | 12 | 1,213 | $1,745 |
| 2 BD / 2 BA | 14 | 1,606 | $2,100 |

App. 735

# INCOME APPROACH

## COMPARABLE 2

### LOCATION INFORMATION

| | |
|---|---|
| Name | Gateway Oaks |
| Address | 1105 North Gateway Boulevard |
| City, State, Zip Code | Forney, TX, 75126 |

### PHYSICAL INFORMATION

| | |
|---|---|
| Project Design | Garden |
| Number of Units | 313 |
| Year Built | 2016 |
| Net Rentable Area (NRA) | 269,086 |
| Average Unit Size (SF) | 860 |
| Rent Type | Market Rent |
| Location | Average |
| Quality | Good |
| Condition | Good |
| Appeal | Good |
| Project Amenities | BBQ/Picnic Area, Clubhouse, Dog Park, Fitness Center, Storage Units, Swimming Pool |
| Unit Amenities | Balcony/Patio, Ceiling Fans, Complete Appliance Package, Microwave, Parking Covered, Premium Appliances, Premium Countertops, Premium Flooring, Walk-in Closets, Washer/Dryer Hookups |



## GATEWAY OAKS

### OCCUPANCY / ABSORPTION

| | |
|---|---|
| Vacant Units | 9 |
| Occupancy Rate | 97% |
| Fees & Deposits | N/Av |
| Concessions | None |

### CONFIRMATION

| | |
|---|---|
| Name | Kimberley |
| Source | Manager |
| Date | 12/01/2022 |
| Phone Number | +1 972 552 9441 |

### REMARKS

This property offers covered parking for $35/month and detached garages for $100/month. Select units feature granite countertops.

### UTILITIES

| UTILITIES | INCL. IN RENT | NOT INCL. IN RENT |
|---|---|---|
| Electricity | | ✔ |
| Water | | ✔ |
| Hot Water | | ✔ |
| Sewer | | ✔ |
| Garbage | | ✔ |
| Telephone | | ✔ |
| Gas | | ✔ |
| Cable/Satellite | | ✔ |
| High-Speed Internet | | ✔ |

### UNIT MIX

| DESCRIPTION | UNITS | SIZE | AVG RENT |
|---|---|---|---|
| 1 BD / 1 BA | 22 | 564 | $1,100 |
| 1 BD / 1 BA | 44 | 575 | $1,090 |
| 1 BD / 1 BA | 84 | 716 | $1,350 |
| 1 BD / 1 BA | 20 | 817 | $1,420 |
| 1 BD / 1 BA | 42 | 828 | $1,425 |
| 1 BD / 1 BA | 2 | 839 | $1,450 |
| 2 BD / 2 BA | 36 | 1,076 | $1,685 |
| 2 BD / 2 BA | 12 | 1,133 | $1,730 |
| 2 BD / 2 BA | 24 | 1,238 | $1,765 |
| 2 BD / 2 BA | 18 | 1,317 | $1,775 |
| 3 BD / 2 BA | 9 | 1,410 | $2,125 |

App. 736

# INCOME APPROACH

## COMPARABLE 3

### LOCATION INFORMATION

| | |
|---|---|
| Name | Gateway Cedars |
| Address | 1100 Gateway Boulevard |
| City, State, Zip Code | Forney, TX, 75126 |

### PHYSICAL INFORMATION

| | |
|---|---|
| Project Design | Garden |
| Number of Units | 334 |
| Year Built | 2014 |
| Net Rentable Area (NRA) | 263,730 |
| Average Unit Size (SF) | 790 |
| Rent Type | Market Rent |
| Location | Average |
| Quality | Good |
| Condition | Good |
| Appeal | Good |
| Project Amenities | BBQ/Picnic Area, Clubhouse, Dog Park, Electronic Gate, Fitness Center, Storage Units, Swimming Pool |
| Unit Amenities | Balcony/Patio, Ceiling Fans, Complete Appliance Package, Microwave, Parking Covered, Premium Appliances, Premium Countertops, Premium Flooring, Walk-in Closets, Washer/Dryer Hookups |



## GATEWAY CEDARS

### OCCUPANCY / ABSORPTION

| | |
|---|---|
| Vacant Units | 3 |
| Occupancy Rate | 99% |
| Fees & Deposits | N/Av |
| Concessions | None |

### CONFIRMATION

| | |
|---|---|
| Name | Stephanie |
| Source | Leasing Agent |
| Date | 12/01/2022 |
| Phone Number | +1 972 564 9292 |

### REMARKS

This property offers covered parking for $25/month and detached garages for $75 per month.

### UTILITIES

| UTILITIES | INCL. IN RENT | NOT INCL. IN RENT |
|---|---|---|
| Electricity | | ✔ |
| Water | | ✔ |
| Hot Water | | ✔ |
| Sewer | | ✔ |
| Garbage | | ✔ |
| Telephone | | ✔ |
| Gas | | ✔ |
| Cable/Satellite | | ✔ |
| High-Speed Internet | | ✔ |

### UNIT MIX

| DESCRIPTION | UNITS | SIZE | AVG RENT |
|---|---|---|---|
| 1 BD / 1 BA | 78 | 560 | $1,039 |
| 1 BD / 1 BA | 84 | 675 | $1,229 |
| 1 BD / 1 BA | 66 | 775 | $1,239 |
| 1 BD / 1 BA | 18 | 850 | $1,339 |
| 2 BD / 2 BA | 58 | 1,050 | $1,679 |
| 2 BD / 2 BA | 30 | 1,200 | $1,729 |

App. 737

# INCOME APPROACH

## COMPARABLE 4

### LOCATION INFORMATION

| | |
|---|---|
| Name | Emerson at Forney Marketplace |
| Address | 300 Trailhouse Lane |
| City, State, Zip Code | Forney, TX, 75126 |

### PHYSICAL INFORMATION

| | |
|---|---|
| Project Design | Garden |
| Number of Units | 320 |
| Year Built | 2019 |
| Net Rentable Area (NRA) | 286,013 |
| Average Unit Size (SF) | 894 |
| Rent Type | Market Rent |
| Location | Average |
| Quality | Good |
| Condition | Good |
| Appeal | Good |
| Project Amenities | BBQ/Picnic Area, Business Center, Clubhouse, Dog Park, Electronic Gate, Fitness Center, Game Room, Swimming Pool |
| Unit Amenities | Balcony/Patio, Ceiling Fans, Complete Appliance Package, Microwave, Parking Covered, Premium Appliances, Premium Countertops, Premium Flooring, Walk-in Closets, Washer/Dryer Hookups |



## EMERSON AT FORNEY MARKETPLACE

### OCCUPANCY / ABSORPTION

| | |
|---|---|
| Vacant Units | 10 |
| Occupancy Rate | 97% |
| Fees & Deposits | N/Av |
| Concessions | None |

### CONFIRMATION

| | |
|---|---|
| Name | Scherrie |
| Source | Manager |
| Date | 12/01/2022 |
| Phone Number | +1 972 552 5584 |

### REMARKS

This property has covered parking for $35/month and detached garages for $150/month. Select units feature premium countertops.

### UTILITIES

| UTILITIES | INCL. IN RENT | NOT INCL. IN RENT |
|---|---|---|
| Electricity | | ✔ |
| Water | | ✔ |
| Hot Water | | ✔ |
| Sewer | | ✔ |
| Garbage | | ✔ |
| Telephone | | ✔ |
| Gas | | ✔ |
| Cable/Satellite | | ✔ |
| High-Speed Internet | | ✔ |

### UNIT MIX

| DESCRIPTION | UNITS | SIZE | AVG RENT |
|---|---|---|---|
| 1 BD / 1 BA | 59 | 725 | $1,442 |
| 1 BD / 1 BA | 54 | 750 | $1,438 |
| 1 BD / 1 BA | 40 | 779 | $1,516 |
| 1 BD / 1 BA | 2 | 833 | $1,405 |
| 1 BD / 1 BA | 37 | 887 | $1,461 |
| 2 BD / 2 BA | 35 | 966 | $1,750 |
| 2 BD / 2 BA | 32 | 1,000 | $1,805 |
| 2 BD / 2 BA | 20 | 1,018 | $1,743 |
| 2 BD / 2 BA | 14 | 1,148 | $1,810 |
| 3 BD / 2 BA | 15 | 1,237 | $2,149 |
| 3 BD / 2 BA | 12 | 1,358 | $2,037 |

App. 738

## DISCUSSION OF RENTAL ADJUSTMENTS

Adjustments for differences between the subject property and the comparables can be made quantitatively or qualitatively. Adjustments for some differences can be derived from the market and are addressed below. Other items for which dollar adjustments are more difficult to derive are addressed in the Qualitative Adjustments paragraph.

### Adjustments

The subject property and the comparables vary to some degree in terms of physical characteristics, project amenities, unit amenities, parking, laundry, and utilities. The following grid illustrates the quantitative adjustments applied to the comparables (when necessary) in order to make the comparables similar to the subject in terms of these features.

| RENT COMPARABLE ADJUSTMENT TABLE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | $ ADJ. | SUBJECT | COMP 1 | | COMP 2 | | COMP 3 | | COMP 4 |
| **PHYSICAL PROJECT FEATURES** | | | | | | | | | |
| Age | $25 | 4 | 4 | $0 | 6 | $0 | 8 | $0 | 3 | $0 |
| **Physical Subtotal Adjustment** | | | | $0 | | $0 | | $0 | | $0 |
| **PROJECT AMENITIES** | | | | | | | | | |
| Swimming Pool | $30 | Yes | Yes | $0 | Yes | $0 | Yes | $0 | Yes | $0 |
| Fitness Center | $30 | Yes | Yes | $0 | Yes | $0 | Yes | $0 | Yes | $0 |
| Electronic Gate | $30 | Yes | No | $30 | No | $30 | Yes | $0 | Yes | $0 |
| **Project Amenities Subtotal Adjustment** | | | | $30 | | $30 | | $0 | | $0 |
| **UNIT AMENITIES** | | | | | | | | | |
| Microwave | $5 | Yes | Yes | $0 | Yes | $0 | Yes | $0 | Yes | $0 |
| Premium Appliances | $75 | Yes | Yes | $0 | Yes | $0 | Yes | $0 | Yes | $0 |
| Premium Countertops | $50 | Yes | No | $50 | Select | $25 | Yes | $0 | Select | $25 |
| Premium Flooring | $25 | Yes | Yes | $0 | Yes | $0 | Yes | $0 | Yes | $0 |
| **Unit Amenities Subtotal Adjustment** | | | | $50 | | $25 | | $0 | | $25 |
| **LAUNDRY** | | | | | | | | | |
| Washer/Dryer Hookups | $25 | Yes | Yes | $0 | Yes | $0 | Yes | $0 | Yes | $0 |
| Washer/Dryer In-Unit | $50 | Yes | Yes | $0 | No | $50 | No | $50 | No | $50 |
| **Laundry Subtotal Adjustment** | | | | $0 | | $50 | | $50 | | $50 |
| **PARKING INCLUDED IN RENT** | | | | | | | | | |
| Parking Covered | $35 | No | No | $0 | No | $0 | No | $0 | No | $0 |
| **Parking Subtotal Adjustment** | | | | $0 | | $0 | | $0 | | $0 |
| **UTILITIES INCLUDED IN RENT** | | | | | | | | | |
| Electricity | $75 | No | No | $0 | No | $0 | No | $0 | No | $0 |
| Water | $50 | No | No | $0 | No | $0 | No | $0 | No | $0 |
| Garbage | $10 | No | No | $0 | No | $0 | No | $0 | No | $0 |
| Cable | $25 | No | No | $0 | No | $0 | No | $0 | No | $0 |
| Internet | $25 | No | No | $0 | No | $0 | No | $0 | No | $0 |
| **Utilities Subtotal Adjustment** | | | | $0 | | $0 | | $0 | | $0 |
| **TOTAL ADJUSTMENTS** | | | | $80 | | $105 | | $50 | | $75 |

App. 739

## RENT COMPARABLE ADJUSTMENT GRID

The following tables adjust the comparables to the subject property quantitatively.

| RENT COMPARABLE ADJUSTMENT SUMMARY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COMPARABLE 1** | NO. UNITS | AVG SIZE | EFF. RENT $/UNIT | PHYSICAL | PROJECT | UNIT | LAUNDRY | PARKING | UTILITIES | TOTAL ADJ | ADJUSTED $/UNIT | $/SF |
| STUDIO / 1 BA | 12 | 499 | $1,075 | $0 | $30 | $50 | $0 | $0 | $0 | $80 | $1,155 | $2.31 |
| 1 BD / 1 BA | 78 | 587 | $1,100 | $0 | $30 | $50 | $0 | $0 | $0 | $80 | $1,180 | $2.01 |
| 1 BD / 1 BA | 60 | 712 | $1,375 | $0 | $30 | $50 | $0 | $0 | $0 | $80 | $1,455 | $2.04 |
| 1 BD / 1 BA | 2 | 713 | $1,350 | $0 | $30 | $50 | $0 | $0 | $0 | $80 | $1,430 | $2.01 |
| 1 BD / 1 BA | 54 | 763 | $1,410 | $0 | $30 | $50 | $0 | $0 | $0 | $80 | $1,490 | $1.95 |
| 1 BD / 1 BA | 42 | 816 | $1,485 | $0 | $30 | $50 | $0 | $0 | $0 | $80 | $1,565 | $1.92 |
| 2 BD / 2 BA | 18 | 825 | $1,515 | $0 | $30 | $50 | $0 | $0 | $0 | $80 | $1,595 | $1.93 |
| 2 BD / 2 BA | 27 | 1,038 | $1,700 | $0 | $30 | $50 | $0 | $0 | $0 | $80 | $1,780 | $1.71 |
| 2 BD / 2 BA | 18 | 1,197 | $1,755 | $0 | $30 | $50 | $0 | $0 | $0 | $80 | $1,835 | $1.53 |
| 2 BD / 2 BA | 12 | 1,213 | $1,745 | $0 | $30 | $50 | $0 | $0 | $0 | $80 | $1,825 | $1.50 |
| 2 BD / 2 BA | 14 | 1,606 | $2,100 | $0 | $30 | $50 | $0 | $0 | $0 | $80 | $2,180 | $1.36 |
| **COMPARABLE 2** | | | | | | | | | | | | |
| 1 BD / 1 BA | 22 | 564 | $1,100 | $0 | $30 | $25 | $50 | $0 | $0 | $105 | $1,205 | $2.14 |
| 1 BD / 1 BA | 44 | 575 | $1,090 | $0 | $30 | $25 | $50 | $0 | $0 | $105 | $1,195 | $2.08 |
| 1 BD / 1 BA | 84 | 716 | $1,350 | $0 | $30 | $25 | $50 | $0 | $0 | $105 | $1,455 | $2.03 |
| 1 BD / 1 BA | 20 | 817 | $1,420 | $0 | $30 | $25 | $50 | $0 | $0 | $105 | $1,525 | $1.87 |
| 1 BD / 1 BA | 42 | 828 | $1,425 | $0 | $30 | $25 | $50 | $0 | $0 | $105 | $1,530 | $1.85 |
| 1 BD / 1 BA | 2 | 839 | $1,450 | $0 | $30 | $25 | $50 | $0 | $0 | $105 | $1,555 | $1.85 |
| 2 BD / 2 BA | 36 | 1,076 | $1,685 | $0 | $30 | $25 | $50 | $0 | $0 | $105 | $1,790 | $1.66 |
| 2 BD / 2 BA | 12 | 1,133 | $1,730 | $0 | $30 | $25 | $50 | $0 | $0 | $105 | $1,835 | $1.62 |
| 2 BD / 2 BA | 24 | 1,238 | $1,765 | $0 | $30 | $25 | $50 | $0 | $0 | $105 | $1,870 | $1.51 |
| 2 BD / 2 BA | 18 | 1,317 | $1,775 | $0 | $30 | $25 | $50 | $0 | $0 | $105 | $1,880 | $1.43 |
| 3 BD / 2 BA | 9 | 1,410 | $2,125 | $0 | $30 | $25 | $50 | $0 | $0 | $105 | $2,230 | $1.58 |
| **COMPARABLE 3** | | | | | | | | | | | | |
| 1 BD / 1 BA | 78 | 560 | $1,039 | $0 | $0 | $0 | $50 | $0 | $0 | $50 | $1,089 | $1.94 |
| 1 BD / 1 BA | 84 | 675 | $1,229 | $0 | $0 | $0 | $50 | $0 | $0 | $50 | $1,279 | $1.89 |
| 1 BD / 1 BA | 66 | 775 | $1,239 | $0 | $0 | $0 | $50 | $0 | $0 | $50 | $1,289 | $1.66 |
| 1 BD / 1 BA | 18 | 850 | $1,339 | $0 | $0 | $0 | $50 | $0 | $0 | $50 | $1,389 | $1.63 |
| 2 BD / 2 BA | 58 | 1,050 | $1,679 | $0 | $0 | $0 | $50 | $0 | $0 | $50 | $1,729 | $1.65 |
| 2 BD / 2 BA | 30 | 1,200 | $1,729 | $0 | $0 | $0 | $50 | $0 | $0 | $50 | $1,779 | $1.48 |
| **COMPARABLE 4** | | | | | | | | | | | | |
| 1 BD / 1 BA | 59 | 725 | $1,442 | $0 | $0 | $25 | $50 | $0 | $0 | $75 | $1,517 | $2.09 |
| 1 BD / 1 BA | 54 | 750 | $1,438 | $0 | $0 | $25 | $50 | $0 | $0 | $75 | $1,513 | $2.02 |
| 1 BD / 1 BA | 40 | 779 | $1,516 | $0 | $0 | $25 | $50 | $0 | $0 | $75 | $1,591 | $2.04 |
| 1 BD / 1 BA | 2 | 833 | $1,405 | $0 | $0 | $25 | $50 | $0 | $0 | $75 | $1,480 | $1.78 |
| 1 BD / 1 BA | 37 | 887 | $1,461 | $0 | $0 | $25 | $50 | $0 | $0 | $75 | $1,536 | $1.73 |
| 2 BD / 2 BA | 35 | 966 | $1,750 | $0 | $0 | $25 | $50 | $0 | $0 | $75 | $1,825 | $1.89 |
| 2 BD / 2 BA | 32 | 1,000 | $1,805 | $0 | $0 | $25 | $50 | $0 | $0 | $75 | $1,880 | $1.88 |
| 2 BD / 2 BA | 20 | 1,018 | $1,743 | $0 | $0 | $25 | $50 | $0 | $0 | $75 | $1,818 | $1.79 |
| 2 BD / 2 BA | 14 | 1,148 | $1,810 | $0 | $0 | $25 | $50 | $0 | $0 | $75 | $1,885 | $1.64 |
| 3 BD / 2 BA | 15 | 1,237 | $2,149 | $0 | $0 | $25 | $50 | $0 | $0 | $75 | $2,224 | $1.80 |
| 3 BD / 2 BA | 12 | 1,358 | $2,037 | $0 | $0 | $25 | $50 | $0 | $0 | $75 | $2,112 | $1.56 |

## Investor Income Expectation Comment

Based on discussions with numerous brokers throughout the subject's region, investors are placing heavy emphasis on actual, "in place" rents, as well as recent leases at this time. Thus, this rental rate analysis will compare the subject's actual, asking, and recent lease rents to market comparables.

App. 740

## MARKET RENT ANALYSIS

The following tables summarize the various indicators of market rent, and provide the market rent analysis and conclusions for the subject property.

| | | | 1 BEDROOM UNIT CONCLUSION | | | | |
|---|---|---|---|---|---|---|---|
| | | UNIT | RENT/MONTH | | ADJUSTED RENT/MONT | | NET |
| COMP | UNIT TYPE | SIZE | $/UNIT | $/SF | $/UNIT | $/SF | ADJ % |
| 3 | 1 BD / 1 BA | 560 | $1,039 | $1.86 | $1,089 | $1.94 | 4.8% |
| 1 | 1 BD / 1 BA | 587 | $1,100 | $1.87 | $1,180 | $2.01 | 7.3% |
| 2 | 1 BD / 1 BA | 575 | $1,090 | $1.90 | $1,195 | $2.08 | 9.6% |
| 2 | 1 BD / 1 BA | 564 | $1,100 | $1.95 | $1,205 | $2.14 | 9.5% |
| 3 | 1 BD / 1 BA | 675 | $1,229 | $1.82 | $1,279 | $1.89 | 4.1% |
| 3 | 1 BD / 1 BA | 775 | $1,239 | $1.60 | $1,289 | $1.66 | 4.0% |
| 3 | 1 BD / 1 BA | 850 | $1,339 | $1.58 | $1,389 | $1.63 | 3.7% |
| 1 | 1 BD / 1 BA | 713 | $1,350 | $1.89 | $1,430 | $2.01 | 5.9% |
| 1 | 1 BD / 1 BA | 712 | $1,375 | $1.93 | $1,455 | $2.04 | 5.8% |
| 2 | 1 BD / 1 BA | 716 | $1,350 | $1.89 | $1,455 | $2.03 | 7.8% |
| 1 | 1 BD / 1 BA | 763 | $1,410 | $1.85 | $1,490 | $1.95 | 5.7% |
| 4 | 1 BD / 1 BA | 833 | $1,405 | $1.69 | $1,480 | $1.78 | 5.3% |
| 2 | 1 BD / 1 BA | 817 | $1,420 | $1.74 | $1,525 | $1.87 | 7.4% |
| 2 | 1 BD / 1 BA | 828 | $1,425 | $1.72 | $1,530 | $1.85 | 7.4% |
| 4 | 1 BD / 1 BA | 750 | $1,438 | $1.92 | $1,513 | $2.02 | 5.2% |
| 4 | 1 BD / 1 BA | 725 | $1,442 | $1.99 | $1,517 | $2.09 | 5.2% |
| 2 | 1 BD / 1 BA | 839 | $1,450 | $1.73 | $1,555 | $1.85 | 7.2% |
| 4 | 1 BD / 1 BA | 887 | $1,461 | $1.65 | $1,536 | $1.73 | 5.1% |
| 1 | 1 BD / 1 BA | 816 | $1,485 | $1.82 | $1,565 | $1.92 | 5.4% |
| 4 | 1 BD / 1 BA | 779 | $1,516 | $1.95 | $1,591 | $2.04 | 4.9% |
| LOW | | 560 | $1,039 | $1.58 | $1,089 | $1.63 | 3.7% |
| HIGH | | 887 | $1,516 | $1.99 | $1,591 | $2.14 | 9.6% |
| AVERAGE | | 738 | $1,333 | $1.82 | $1,413 | $1.93 | 6.1% |
| MEDIAN | | 757 | $1,390 | $1.85 | $1,468 | $1.95 | 5.5% |

| SUBJECT ANALYSIS & CONCLUSIONS | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ASKING RENT | | ACTUAL RENT | | RECENTLY LEASED | | | CONCLUDED RENT | | |
| UNITS | VAC | UNIT TYPE | SIZE | $/UNIT | $/SF | $/UNIT | $/SF | UNITS | $/UNIT | $/SF | $/UNIT | $/SF | |
| 48 | 5 | 1 BD / 1 BA | 798 | $1,335 | $1.67 | $1,321 | $1.65 | 7 | $1,396 | $1.75 | $1,395 | $1.75 | |
| 68 | 5 | 1 BD / 1 BA | 832 | $1,405 | $1.69 | $1,409 | $1.69 | 15 | $1,477 | $1.78 | $1,475 | $1.77 | |

The rent comparables range in size from 560 SF to 887 SF, with an average unit size of 738 SF. The rent comparables' unadjusted rent per month ranges from $1,039 to $1,516, with an average rent of $1,333. After applying adjustments to the comparables for differences in amenities, laundry, parking and utilities, the rent comparables' rent per month ranges from $1,089 to $1,591, with an average rent of $1,413.  Overall, our market rent projections fall in line with the subject's recent leases and within the range of adjusted rent comparables.

App. 741

## 2 BEDROOM UNIT CONCLUSION

| COMP | UNIT TYPE | UNIT SIZE | RENT/MONTH $/UNIT | RENT/MONTH $/SF | ADJUSTED RENT/MONT $/UNIT | ADJUSTED RENT/MONT $/SF | NET ADJ % |
|------|-----------|-----------|---------|---------|---------|---------|-------|
| 1 | 2 BD / 2 BA | 825 | $1,515 | $1.84 | $1,595 | $1.93 | 5.3% |
| 3 | 2 BD / 2 BA | 1,050 | $1,679 | $1.60 | $1,729 | $1.65 | 3.0% |
| 3 | 2 BD / 2 BA | 1,200 | $1,729 | $1.44 | $1,779 | $1.48 | 2.9% |
| 1 | 2 BD / 2 BA | 1,038 | $1,700 | $1.64 | $1,780 | $1.71 | 4.7% |
| 2 | 2 BD / 2 BA | 1,076 | $1,685 | $1.57 | $1,790 | $1.66 | 6.2% |
| 1 | 2 BD / 2 BA | 1,213 | $1,745 | $1.44 | $1,825 | $1.50 | 4.6% |
| 2 | 2 BD / 2 BA | 1,133 | $1,730 | $1.53 | $1,835 | $1.62 | 6.1% |
| 1 | 2 BD / 2 BA | 1,197 | $1,755 | $1.47 | $1,835 | $1.53 | 4.6% |
| 4 | 2 BD / 2 BA | 1,018 | $1,743 | $1.71 | $1,818 | $1.79 | 4.3% |
| 4 | 2 BD / 2 BA | 966 | $1,750 | $1.81 | $1,825 | $1.89 | 4.3% |
| 2 | 2 BD / 2 BA | 1,238 | $1,765 | $1.43 | $1,870 | $1.51 | 5.9% |
| 2 | 2 BD / 2 BA | 1,317 | $1,775 | $1.35 | $1,880 | $1.43 | 5.9% |
| 4 | 2 BD / 2 BA | 1,000 | $1,805 | $1.81 | $1,880 | $1.88 | 4.2% |
| 4 | 2 BD / 2 BA | 1,148 | $1,810 | $1.58 | $1,885 | $1.64 | 4.1% |
| 1 | 2 BD / 2 BA | 1,606 | $2,100 | $1.31 | $2,180 | $1.36 | 3.8% |
| LOW | | 825 | $1,515 | $1.31 | $1,595 | $1.36 | 2.9% |
| HIGH | | 1,606 | $2,100 | $1.84 | $2,180 | $1.93 | 6.2% |
| AVERAGE | | 1,135 | $1,752 | $1.57 | $1,834 | $1.64 | 4.7% |
| MEDIAN | | 1,133 | $1,745 | $1.57 | $1,825 | $1.64 | 4.6% |

### SUBJECT ANALYSIS & CONCLUSIONS

| UNITS | VAC | UNIT TYPE | SIZE | ASKING RENT $/UNIT | ASKING RENT $/SF | ACTUAL RENT $/UNIT | ACTUAL RENT $/SF | RECENTLY LEASED UNITS | RECENTLY LEASED $/UNIT | RECENTLY LEASED $/SF | CONCLUDED RENT $/UNIT | CONCLUDED RENT $/SF |
|-------|-----|-----------|------|---------|---------|---------|---------|-------|---------|---------|---------|---------|
| 28 | 3 | 2 BD / 2 BA | 1,059 | $1,675 | $1.58 | $1,581 | $1.49 | 5 | $1,693 | $1.60 | $1,695 | $1.60 |
| 3 | 0 | 2 BD / 2 BA | 1,125 | $1,832 | $1.63 | $1,687 | $1.50 | 1 | $1,760 | $1.56 | $1,760 | $1.56 |
| 77 | 7 | 2 BD / 2 BA | 1,145 | $1,892 | $1.65 | $1,627 | $1.42 | 16 | $1,692 | $1.48 | $1,695 | $1.48 |
| 12 | 0 | 2 BD / 2 BA | 1,203 | $1,944 | $1.62 | $1,625 | $1.35 | 0 | - | | $1,700 | $1.41 |

The rent comparables range in size from 825 SF to 1,606 SF, with an average unit size of 1,135 SF. The rent comparables' unadjusted rent per month ranges from $1,515 to $2,100, with an average rent of $1,752. After applying adjustments to the comparables for differences in amenities, laundry, parking and utilities, the rent comparables' rent per month ranges from $1,595 to $2,180, with an average rent of $1,834.  Overall, our market rent projections fall in line with the subject's recent leases and within the range of adjusted rent comparables.

## 3 BEDROOM UNIT CONCLUSION

| COMP | UNIT TYPE | UNIT SIZE | RENT/MONTH $/UNIT | RENT/MONTH $/SF | ADJUSTED RENT/MONT $/UNIT | ADJUSTED RENT/MONT $/SF | NET ADJ % |
|------|-----------|-----------|---------|---------|---------|---------|-------|
| 4 | 3 BD / 2 BA | 1,358 | $2,037 | $1.50 | $2,112 | $1.56 | 3.7% |
| 2 | 3 BD / 2 BA | 1,410 | $2,125 | $1.51 | $2,230 | $1.58 | 4.9% |
| 4 | 3 BD / 2 BA | 1,237 | $2,149 | $1.74 | $2,224 | $1.80 | 3.5% |
| LOW | | 1,237 | $2,037 | $1.50 | $2,112 | $1.56 | 3.5% |
| HIGH | | 1,410 | $2,149 | $1.74 | $2,230 | $1.80 | 4.9% |
| AVERAGE | | 1,335 | $2,104 | $1.58 | $2,189 | $1.64 | 4.0% |
| MEDIAN | | 1,358 | $2,125 | $1.51 | $2,224 | $1.58 | 3.7% |

### SUBJECT ANALYSIS & CONCLUSIONS

| UNITS | VAC | UNIT TYPE | SIZE | ASKING RENT $/UNIT | ASKING RENT $/SF | ACTUAL RENT $/UNIT | ACTUAL RENT $/SF | RECENTLY LEASED UNITS | RECENTLY LEASED $/UNIT | RECENTLY LEASED $/SF | CONCLUDED RENT $/UNIT | CONCLUDED RENT $/SF |
|-------|-----|-----------|------|---------|---------|---------|---------|-------|---------|---------|---------|---------|
| 36 | 3 | 3 BD / 2 BA | 1,365 | $1,850 | $1.36 | $1,827 | $1.34 | 5 | $2,031 | $1.49 | $2,030 | $1.49 |

App. 742

The rent comparables range in size from 1,237 SF to 1,410 SF, with an average unit size of 1,335 SF. The rent comparables' unadjusted rent per month ranges from $2,037 to $2,149, with an average rent of $2,104. After applying adjustments to the comparables for differences in amenities, laundry, parking and utilities, the rent comparables' rent per month ranges from $2,112 to $2,230, with an average rent of $2,189.  Overall, our market rent projections fall in line with the subject's recent leases but below the range of adjusted rent comparables.  Thus, there appears to be additional upside in increasing rents above our projection.

## POTENTIAL RENTAL INCOME

The gross rental income equals the total gross income based the rent conclusions presented previously and is summarized in the following table.

| APARTMENT POTENTIAL GROSS INCOME | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | ASKING RENT | | | CONTRACT RENT (BLENDED)¹ | | | CONCLUDED MARKET RENT | | | CONTRACT |
| UNIT TYPE | UNITS | VAC | SF | $/UNIT (MO.) | MONTHLY | ANNUALLY | $/UNIT (MO.) | MONTHLY | ANNUALLY | $/UNIT (MO.) | MONTHLY | ANNUALLY | V. MARKET |
| 1 BD / 1 BA | 48 | 5 | 798 | $1,335 | $64,080 | $768,960 | $1,328 | $63,763 | $765,156 | $1,395 | $66,960 | $803,520 | 95.2% |
| 1 BD / 1 BA | 68 | 5 | 832 | $1,405 | $95,540 | $1,146,480 | $1,414 | $96,152 | $1,153,824 | $1,475 | $100,300 | $1,203,600 | 95.9% |
| 2 BD / 2 BA | 28 | 3 | 1,059 | $1,675 | $46,900 | $562,800 | $1,594 | $44,620 | $535,440 | $1,695 | $47,460 | $569,520 | 94.0% |
| 2 BD / 2 BA | 3 | 0 | 1,125 | $1,832 | $5,496 | $65,952 | $1,687 | $5,060 | $60,720 | $1,760 | $5,280 | $63,360 | 95.8% |
| 2 BD / 2 BA | 77 | 7 | 1,145 | $1,892 | $145,684 | $1,748,208 | $1,633 | $125,757 | $1,509,084 | $1,695 | $130,515 | $1,566,180 | 96.4% |
| 2 BD / 2 BA | 12 | 0 | 1,203 | $1,944 | $23,328 | $279,936 | $1,625 | $19,500 | $234,000 | $1,700 | $20,400 | $244,800 | 95.6% |
| 3 BD / 2 BA | 36 | 3 | 1,365 | $1,850 | $66,600 | $799,200 | $1,844 | $66,372 | $796,464 | $2,030 | $73,080 | $876,960 | 90.8% |
| TOTAL | 272 | | | $1,646 | $447,628 | $5,371,536 | $1,549 | $421,224 | $5,054,688 | $1,632 | $443,995 | $5,327,940 | 94.9% |

¹ Contract + Market (Vacant Units Projected At Market Level)

### Rent Roll Analysis

The rent roll analysis serves as a crosscheck to the estimate of market rent for the subject. The collections shown on the rent roll include rent premiums and/or discounts.

| RENT ROLL ANALYSIS | | | | |
| --- | --- | --- | --- | --- |
| INCOME COMPONENT | | | MONTHLY | TOTAL ANNUAL |
| 249 | Occupied Units | @ Contract Rent | $383,834 | $4,606,008 |
| 23 | Vacant Units | @ Market Rates | $37,390 | $448,680 |
| 272 | Total Units | @ Contract Rent (Blended) | $421,224 | $5,054,688 |
| 272 | Total Units | @ Market Rent | $443,995 | $5,327,940 |
| % Difference (In-Place versus Market) | | | | 5.4% |

The variation between the total annual rent reflected in the rent roll analysis and the market rent conclusion owes to older leases that reflect recent lower rents. Based upon the current rent roll, the majority of the subject's in-place leases are slightly below market and loss-to-lease should trend downward over the next year as leases roll to current market terms. Given this situation, we have utilized a nominal loss to lease factor moving forward.

## INCOME & EXPENSE ANALYSIS

The preceding section addressed potential risks associated with the cash flow of the subject property. Having addressed potential risks, it is appropriate to analyze historical revenues and operating expenses. Operating expenses include those items necessary to maintain the subject property and generate income at the forecasted level. Expenses associated with debt financing, depreciation, or other accounting items are disregarded. Expenses are estimated based on one or more of the following sources: (1) historical or projected operation of the subject; (2) comparable expense properties; (3) published operating sources; or (4) individual suppliers. The expense comparables reflect varying accounting methods with respect to individual line items and reserves for replacement expenses. On a line-item basis, due to the variances in accounting and classification, their applicability is diminished. The following section provides supporting information and discusses the individual expense conclusions for the subject property.

App. 743

## SUBJECT OPERATING HISTORICALS

| YEAR | Oct 2021 T-12 | | | | Oct 2022 T-12 | | | | Oct 2022 T3 / T12 | | | | COLLIERS FORECAST PROFORMA | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INCOME ITEMS | TOTAL | $/UNIT | $/SF | %EGI | TOTAL | $/UNIT | $/SF | %EGI | TOTAL | $/UNIT | $/SF | %EGI | TOTAL | $/UNIT | $/SF | %EGI |
| Potential Rental Income | $4,509,800 | $16,580 | $16.13 | 99.5% | $5,097,022 | $18,739 | $18 23 | 104.5% | $5,512,684 | $20,267 | $19.71 | 108.8% | $5,327,940 | $19,588 | $19.05 | 101.4% |
| TOTAL RENTAL INCOME | $4,509,800 | $16,580 | $16.13 | 99 5% | $5,097,022 | $18,739 | $18 23 | 104.5% | $5,512,684 | $20,267 | $19.71 | 108.8% | $5,327,940 | $19,588 | $19.05 | 101.4% |
| OTHER INCOME | | | | | | | | | | | | | | | | |
| Miscellaneous Income | $268,089 | $986 | $0.96 | 5 9% | $223,690 | $822 | $0 80 | 4.6% | $203,623 | $749 | $0.73 | 4.0% | $224,000 | $824 | $0.80 | 4.3% |
| U ility Reimbursements | $101,715 | $374 | $0.36 | 2 2% | $103,061 | $379 | $0 37 | 2.1% | $106,105 | $390 | $0.38 | 2.1% | $104,000 | $382 | $0.37 | 2.0% |
| TOTAL OTHER INCOME | $369,804 | $1,360 | $1.32 | 8 2% | $326,751 | $1,201 | $1.17 | 6.7% | $309,728 | $1,139 | $1.11 | 6.1% | $328,000 | $1,206 | $1.17 | 6.2% |
| POTENTIAL GROSS INCOME (PGI) | $4,879,604 | $17,940 | $17.45 | 107.7% | $5,423,773 | $19,940 | $19.40 | 111.1% | $5,822,412 | $21,406 | $20.82 | 114.9% | $5,655,940 | $20,794 | $20.23 | 107.6% |
| Vacancy | ($119,816) | ($441) | ($0.43) | (2.6%) | ($130,036) | ($478) | ($0.46) | (2.7%) | ($169,543) | ($623) | ($0.61) | (3.3%) | ($266,397) | ($979) | ($0.95) | (5.1%) |
| Credit Loss | ($26,225) | ($96) | ($0 09) | (0.6%) | ($47,612) | ($175) | ($0.17) | (1.0%) | ($28,642) | ($105) | ($0.10) | (0.6%) | ($26,640) | ($98) | ($0.10) | (0 5%) |
| Concessions | ($42,873) | ($158) | ($0.15) | (0.9%) | ($12,610) | ($46) | ($0 05) | (0.3%) | ($9,260) | ($34) | ($0.03) | (0.2%) | $0 | - | - | 0.0% |
| Loss To Lease | ($158,737) | ($584) | ($0 57) | (3.5%) | ($353,810) | ($1,301) | ($1.27) | (7.3%) | ($549,604) | ($2,021) | ($1.97) | (10.9%) | ($106,559) | ($392) | ($0.38) | (2 0%) |
| EFFECTIVE GROSS INCOME (EGI) | $4,531,953 | $16,662 | $16.21 | 100.0% | $4,879,705 | $17,940 | $17.45 | 100.0% | $5,065,363 | $18,623 | $18.11 | 100.0% | $5,256,345 | $19,325 | $18 80 | 100.0% |
| EXPENSE ITEMS | | | | | | | | | | | | | | | | |
| Real Estate Taxes | ($306,431) | ($1,127) | ($1.10) | (6.8%) | ($1,213,875) | ($4,463) | ($4 34) | (24.9%) | ($1,213,875) | ($4,463) | ($4.34) | (24.0%) | ($968,213) | ($3,560) | ($3.46) | (18.4%) |
| Franchise Tax | $0 | - | - | 0 0% | $0 | - | - | 0.0% | $0 | - | - | 0.0% | ($17,399) | ($64) | ($0.06) | (0 3%) |
| Property Insurance | ($109,480) | ($403) | ($0 39) | (2.4%) | ($108,405) | ($399) | ($0 39) | (2.2%) | ($108,405) | ($399) | ($0.39) | (2.1%) | ($150,000) | ($551) | ($0.54) | (2 9%) |
| Gas | $0 | - | - | 0.0% | $0 | - | - | 0.0% | $0 | - | - | 0.0% | $0 | - | - | 0.0% |
| Electricity | ($27,572) | ($101) | ($0.10) | (0.6%) | ($24,529) | ($90) | ($0.09) | (0.5%) | ($24,529) | ($90) | ($0.09) | (0.5%) | ($25,000) | ($92) | ($0.09) | (0 5%) |
| Water & Sew er | ($97,496) | ($358) | ($0 35) | (2.2%) | ($97,023) | ($357) | ($0.35) | (2.0%) | ($97,023) | ($357) | ($0.35) | (1.9%) | ($98,000) | ($360) | ($0.35) | (1 9%) |
| Trash | ($24,933) | ($92) | ($0 09) | (0.6%) | ($27,039) | ($99) | ($0.10) | (0.6%) | ($27,039) | ($99) | ($0.10) | (0.5%) | ($28,000) | ($103) | ($0.10) | (0 5%) |
| Repairs & Maintenance | ($111,188) | ($409) | ($0.40) | (2.5%) | ($129,670) | ($477) | ($0.46) | (2.7%) | ($129,670) | ($477) | ($0.46) | (2.6%) | ($150,000) | ($551) | ($0.54) | (2 9%) |
| Management Fee | ($123,931) | ($456) | ($0.44) | (2.7%) | ($134,525) | ($495) | ($0.48) | (2.8%) | ($134,525) | ($495) | ($0.48) | (2.7%) | ($144,549) | ($531) | ($0.52) | (2.8%) |
| Payroll | ($277,316) | ($1,020) | ($0 99) | (6.1%) | ($314,771) | ($1,157) | ($1.13) | (6.5%) | ($314,771) | ($1,157) | ($1.13) | (6 2%) | ($355,000) | ($1,305) | ($1.27) | (6.8%) |
| Advertising | ($57,310) | ($211) | ($0 20) | (1.3%) | ($51,552) | ($190) | ($0.18) | (1.1%) | ($51,552) | ($190) | ($0.18) | (1 0%) | ($52,000) | ($191) | ($0.19) | (1.0%) |
| Administrative | ($50,744) | ($187) | ($0.18) | (1.1%) | ($51,646) | ($190) | ($0.18) | (1.1%) | ($51,646) | ($190) | ($0.18) | (1.0%) | ($75,000) | ($276) | ($0.27) | (1.4%) |
| Asset specific / Other | ($16,861) | ($62) | ($0 06) | (0.4%) | ($16,680) | ($61) | ($0.06) | (0.3%) | ($16,680) | ($61) | ($0.06) | (0.3%) | ($17,000) | ($63) | ($0.06) | (0 3%) |
| Administrative Unit(s) | ($20,463) | ($75) | ($0 07) | (0.5%) | ($17,294) | ($64) | ($0.06) | (0.4%) | ($17,294) | ($64) | ($0.06) | (0.3%) | ($17,700) | ($65) | ($0.06) | (0 3%) |
| Reserves | $0 | - | - | 0.0% | $0 | - | - | 0.0% | $0 | - | - | 0.0% | ($54,400) | ($200) | ($0.19) | (1 0%) |
| TOTAL EXPENSES | ($1,223,725) | ($4,499) | ($4 38) | (27.0%) | ($2,187,009) | ($8,040) | ($7.82) | (44.8%) | ($2,187,009) | ($8,040) | ($7.82) | (43.2%) | ($2,152,261) | ($7,913) | ($7.70) | (40 9%) |
| NET OPERATING INCOME (NOI) | $3,308,228 | $12,163 | $11.83 | 73.0% | $2,692,696 | $9,900 | $9.63 | 55.2% | $2,878,354 | $10,582 | $10.29 | 56.8% | $3,104,084 | $11,412 | $11.10 | 59.1% |

App. 744

Case 3:22-cv-02118-X    Document 336    Filed 10/03/23    Page 184 of 231    PageID 12060 1304

## OTHER INCOME

In the following section, we analyzed and made conclusions for the other income items of the subject property.

### OTHER INCOME ANALYSIS & CONCLUSIONS

**MISCELLANEOUS INCOME**

| YEAR | SUBJECT | | | |
|---|---|---|---|---|
| | TOTAL | $/UNIT | $/SF | %EGI |
| Oct 2021 T-12 | $268,089 | $986 | $0.96 | 5.9% |
| Oct 2022 T-12 | $223,690 | $822 | $0.80 | 4.6% |
| Oct 2022 T3 / T12 | $203,623 | $749 | $0.73 | 4.0% |
| **CONCLUSION** | **$224,000** | **$824** | **$0.80** | **4.3%** |

**ANALYSIS**

Miscellaneous income may be attributed to furniture rent, washer/dryer rental, late charges, lease termination fees, month-to-month fees, NSF fees, pet fees, move-out charges, or any other related charges. Overall, we have leaned on the subject's historical figures for our projection.

**UTILITY REIMBURSEMENTS**

| YEAR | SUBJECT | | | |
|---|---|---|---|---|
| | TOTAL | $/UNIT | $/SF | %EGI |
| Oct 2021 T-12 | $101,715 | $374 | $0.36 | 2.2% |
| Oct 2022 T-12 | $103,061 | $379 | $0.37 | 2.1% |
| Oct 2022 T3 / T12 | $106,105 | $390 | $0.38 | 2.1% |
| **CONCLUSION** | **$104,000** | **$382** | **$0.37** | **2.0%** |

**ANALYSIS**

Typically the full 12-month reporting periods will provide the best indicator as utility rates can fluctuate during the warmer and cooler months. Therefore, we have relied on the trailing 12-months figure for our projection. If utility costs differ from our projection, utility reimbursements should offset the majority of the delta.

### Other Income

Our analysis and conclusions of the subject's other income are detailed as follows:

| TOTAL OTHER INCOME | | | | | |
|---|---|---|---|---|---|
| YEAR | TOTAL | $/UNIT | $/SF | %EGI | ANALYSIS |
| Oct 2021 T-12 | $369,804 | $1,360 | $1.32 | 8.2% | Overall, our total Other Income projection is well supported by the historical figures. |
| Oct 2022 T-12 | $326,751 | $1,201 | $1.17 | 6.7% | |
| Oct 2022 T3 / T12 | $309,728 | $1,139 | $1.11 | 6.1% | |
| **CONCLUSION** | **$328,000** | **$1,206** | **$1.17** | **6.2%** | |

### Vacancy and Credit Loss

This category was discussed in depth in the market analysis section of this report. Please reference that discussion for a full analysis.

| INCOME LOSS | |
|---|---|
| General Vacancy Rate | 5.0% |
| Credit Loss Conclusion | 0.5% |
| Concessions | 0.0% |
| Loss to Lease | 2.0% |
| **TOTAL** | **7.5%** |

App. 745

**Analysis of Operating Expenses**

Expenses are estimated based on one or more of the following sources: (1) historical or projected operation of the subject; (2) comparable expense properties; (3) published operating sources; or (4) individual suppliers. The expense comparables reflect varying accounting methods with respect to individual line items and reserves for replacement expenses. On a line-item basis, due to the variances in accounting and classification, their applicability is diminished. The following section provides supporting information and discusses the individual expense conclusions for the subject property. The operating expenses for the subject property were presented previously. The following chart summarizes comparable expenses.

| EXPENSE COMPARABLES | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COMPARABLE** | **COMP 1** | | **COMP 2** | | **COMP 3** | | **COMP 4** | | **COMP 5** | | **COMP 6** | |
| MSA | DFW | | DFW | | DFW | | DFW | | DFW | | DFW | |
| State | Texas | | Texas | | Texas | | Texas | | Texas | | Texas | |
| Expense Year | 2021 | | 2021 | | 2021 | | 2022 | | 2022 | | 2022 | |
| Units | 304 | | 399 | | 308 | | 248 | | 247 | | 334 | |
| Net Rentable Area | 270,934 | | 343,064 | | 296,296 | | 198,772 | | 215,785 | | 298,542 | |
| Year Built | 2014 | | 2008 | | 2016 | | 2018 | | 2017 | | 2010 | |
| Rental Income | $13,516 | | $16,691 | | $17,315 | | $16,182 | | $16,421 | | $18,594 | |
| **EGI ($/UNIT)** | $15,148 | | $17,198 | | $18,128 | | $15,661 | | $15,783 | | $17,512 | |
| **EXPENSE ITEMS** | **$/UNIT** | **$/SF** | **$/UNIT** | **$/SF** | **$/UNIT** | **$/SF** | **$/UNIT** | **$/SF** | **$/UNIT** | **$/SF** | **$/UNIT** | **$/SF** |
| Real Estate Taxes | $3,065 | $3.44 | $4,067 | $4.73 | $3,753 | $3.90 | $2,581 | $3.22 | $4,217 | $4.83 | $4,168 | $4.66 |
| Franchise Tax | - | - | - | - | $60 | $0.06 | - | - | $53 | $0.06 | $53 | $0.06 |
| Property Insurance | $513 | $0.58 | $373 | $0.43 | $345 | $0.36 | $603 | $0.75 | $661 | $0.76 | $319 | $0.36 |
| Gas | - | - | $5 | $0 01 | - | - | - | - | $3 | $0.00 | - | - |
| Electricity | $221 | $0.25 | $153 | $0.18 | $150 | $0.16 | $247 | $0.31 | $168 | $0.19 | $125 | $0.14 |
| Water & Sewer | $589 | $0.66 | $496 | $0 58 | $407 | $0.42 | $66 | $0.08 | $498 | $0.57 | $500 | $0.56 |
| Trash | $79 | $0.09 | $257 | $0 30 | $264 | $0.27 | $341 | $0.43 | $304 | $0.35 | $287 | $0.32 |
| Repairs & Maintenance | $490 | $0.55 | $614 | $0.71 | $615 | $0.64 | $569 | $0.71 | $565 | $0.65 | $471 | $0.53 |
| Management Fee | $398 | $0.45 | $429 | $0 50 | $453 | $0.47 | $459 | $0.57 | $428 | $0.49 | $521 | $0.58 |
| Payroll | $990 | $1.11 | $1,244 | $1.45 | $1,295 | $1.35 | $1,518 | $1.89 | $1,469 | $1.68 | $1,259 | $1.41 |
| Advertising | $397 | $0.45 | $173 | $0 20 | $185 | $0.19 | $107 | $0.13 | $139 | $0.16 | $243 | $0.27 |
| Administrative | $84 | $0.09 | $304 | $0 35 | $317 | $0.33 | $275 | $0.34 | $176 | $0.20 | $274 | $0.31 |
| Asset specific / Other | $54 | $0.06 | - | - | - | - | $427 | $0.53 | - | - | $72 | $0.08 |
| Administrative Unit(s) | - | - | $122 | $0.14 | $133 | $0.14 | $45 | $0.06 | $130 | $0.15 | $126 | $0.14 |
| Reserves | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL EXPENSES ($/UNIT)** | **$6,879** | **$7.72** | **$8,236** | **$9.58** | **$7,977** | **$8.29** | **$7,239** | **$9.03** | **$8,813** | **$10.09** | **$8,418** | **$9.42** |

App. 746

# INCOME APPROACH

## Conclusion of Operating Expenses
In the following section we discuss the individual expense conclusions for the subject property.

## EXPENSE ANALYSIS & CONCLUSIONS

### REAL ESTATE TAXES

| YEAR | TOTAL | $/UNIT | $/SF | %EGI | COMP | $/UNIT | $/SF | %EGI |
|---|---|---|---|---|---|---|---|---|
| | **SUBJECT** | | | | **EXPENSE COMPS** | | | |
| Oct 2021 T-12 | $306,431 | $1,127 | $1.10 | 6.8% | 1 | $3,065 | $3.44 | 20.2% |
| Oct 2022 T-12 | $1,213,875 | $4,463 | $4.34 | 24.9% | 2 | $4,067 | $4.73 | 23.6% |
| | | | | | 3 | $3,753 | $3.90 | 20.7% |
| | | | | | 4 | $2,581 | $3.22 | 16.5% |
| | | | | | 5 | $4,217 | $4.83 | 26.7% |
| | | | | | 6 | $4,168 | $4.66 | 23.8% |
| **CONCLUSION** | **$968,213** | **$3,560** | **$3.46** | **18.4%** | **AVG** | $3,642 | $4.13 | 21.9% |

**ANALYSIS**
Please refer to the Assessments and Taxes section for additional details.

### FRANCHISE TAX

| YEAR | TOTAL | $/UNIT | $/SF | %EGI | COMP | $/UNIT | $/SF | %EGI |
|---|---|---|---|---|---|---|---|---|
| | **SUBJECT** | | | | **EXPENSE COMPS** | | | |
| Oct 2021 T-12 | $0 | | $0.00 | 0.0% | 1 | - | - | - |
| Oct 2022 T-12 | $0 | | $0.00 | 0.0% | 2 | - | - | - |
| | | | | | 3 | $60 | $0.06 | 0.3% |
| | | | | | 4 | - | - | - |
| | | | | | 5 | $53 | $0.06 | 0.3% |
| | | | | | 6 | $53 | $0.06 | 0.3% |
| **CONCLUSION** | **$17,399** | **$64** | **$0.06** | **0.3%** | **AVG** | $55 | $0.06 | 0.3% |

**ANALYSIS**
Franchise Tax is an income tax which depends on numerous scenarios and there are various tax rates that could be imposed on the property owner, if any. Thus, for our analysis we have assumed the subject's owners would qualify for the 0.331% tax rate unless the property's EGI is over $20 million. If the property has an EGI below $1,230,000, no franchise tax would be due.

### PROPERTY INSURANCE

| YEAR | TOTAL | $/UNIT | $/SF | %EGI | COMP | $/UNIT | $/SF | %EGI |
|---|---|---|---|---|---|---|---|---|
| | **SUBJECT** | | | | **EXPENSE COMPS** | | | |
| Oct 2021 T-12 | $109,480 | $403 | $0.39 | 2.4% | 1 | $513 | $0.58 | 3.4% |
| Oct 2022 T-12 | $108,405 | $399 | $0.39 | 2.2% | 2 | $373 | $0.43 | 2.2% |
| | | | | | 3 | $345 | $0.36 | 1.9% |
| | | | | | 4 | $603 | $0.75 | 3.8% |
| | | | | | 5 | $661 | $0.76 | 4.2% |
| | | | | | 6 | $319 | $0.36 | 1.8% |
| **CONCLUSION** | **$150,000** | **$551** | **$0.54** | **2.9%** | **AVG** | $469 | $0.54 | 2.9% |

**ANALYSIS**
This expense includes all premiums and costs incurred for insurance covering structures, public liability, rental value, and equipment. The subject's historical cost falls towards the lower end of the expense comparable range and the owner likely has a blanket insurance policy. Therefore, we have projected an insurance cost more in line with typical market.

### GAS

| YEAR | TOTAL | $/UNIT | $/SF | %EGI | COMP | $/UNIT | $/SF | %EGI |
|---|---|---|---|---|---|---|---|---|
| | **SUBJECT** | | | | **EXPENSE COMPS** | | | |
| Oct 2021 T-12 | $0 | | $0.00 | 0.0% | 1 | - | - | - |
| Oct 2022 T-12 | $0 | | $0.00 | 0.0% | 2 | $5 | $0.01 | 0.0% |
| | | | | | 3 | - | - | - |
| | | | | | 4 | - | - | - |
| | | | | | 5 | $3 | $0.00 | 0.0% |
| | | | | | 6 | - | - | - |
| **CONCLUSION** | **$0** | **-** | **-** | **0.0%** | **AVG** | $4 | $0.00 | 0.0% |

**ANALYSIS**
Gas is not utilized at the subject.

### ELECTRICITY

| YEAR | TOTAL | $/UNIT | $/SF | %EGI | COMP | $/UNIT | $/SF | %EGI |
|---|---|---|---|---|---|---|---|---|
| | **SUBJECT** | | | | **EXPENSE COMPS** | | | |
| Oct 2021 T-12 | $27,572 | $101 | $0.10 | 0.6% | 1 | $221 | $0.25 | 1.5% |
| Oct 2022 T-12 | $24,529 | $90 | $0.09 | 0.5% | 2 | $153 | $0.18 | 0.9% |
| | | | | | 3 | $150 | $0.16 | 0.8% |
| | | | | | 4 | $247 | $0.31 | 1.6% |
| | | | | | 5 | $168 | $0.19 | 1.1% |
| | | | | | 6 | $125 | $0.14 | 0.7% |
| **CONCLUSION** | **$25,000** | **$92** | **$0.09** | **0.5%** | **AVG** | $178 | $0.20 | 1.1% |

**ANALYSIS**
This expense includes all electricity costs for the subject. Given that electric costs can vary from property-to-property due to numerous variables, we have leaned on the subject's historical figures for our projection.

### WATER & SEWER

| YEAR | TOTAL | $/UNIT | $/SF | %EGI | COMP | $/UNIT | $/SF | %EGI |
|---|---|---|---|---|---|---|---|---|
| | **SUBJECT** | | | | **EXPENSE COMPS** | | | |
| Oct 2021 T-12 | $97,496 | $358 | $0.35 | 2.2% | 1 | $589 | $0.66 | 3.9% |
| Oct 2022 T-12 | $97,023 | $357 | $0.35 | 2.0% | 2 | $496 | $0.58 | 2.9% |
| | | | | | 3 | $407 | $0.42 | 2.2% |
| | | | | | 4 | $66 | $0.08 | 0.4% |
| | | | | | 5 | $498 | $0.57 | 3.2% |
| | | | | | 6 | $500 | $0.56 | 2.9% |
| **CONCLUSION** | **$98,000** | **$360** | **$0.35** | **1.9%** | **AVG** | $426 | $0.48 | 2.6% |

**ANALYSIS**
This expense includes all water/sewer costs for the subject. Given that water costs can vary from property-to-property due to numerous variables, we have leaned on the subject's historical figures for our projection. We note that should water/sewer costs differ from our projection, the majority of the delta will be offset by tenant reimbursements.

App. 747

# INCOME APPROACH

## TRASH

| YEAR | SUBJECT | | | | EXPENSE COMPS | | | |
|---|---|---|---|---|---|---|---|---|
| | TOTAL | $/UNIT | $/SF | %EGI | COMP | $/UNIT | $/SF | %EGI |
| Oct 2021 T-12 | $24,933 | $92 | $0.09 | 0.6% | 1 | $79 | $0.09 | 0.5% |
| Oct 2022 T-12 | $27,039 | $99 | $0.10 | 0.6% | 2 | $257 | $0.30 | 1.5% |
| | | | | | 3 | $264 | $0.27 | 1.5% |
| | | | | | 4 | $341 | $0.43 | 2.2% |
| | | | | | 5 | $304 | $0.35 | 1.9% |
| | | | | | 6 | $287 | $0.32 | 1.6% |
| CONCLUSION | $28,000 | $103 | $0.10 | 0.5% | AVG | $255 | $0.29 | 1.5% |

**ANALYSIS**

This category includes trash removal expenses for the subject. Given that trash costs can vary from property-to-property due to numerous variables, we have leaned on the subject's historical figures for our projection.

## REPAIRS & MAINTENANCE

| YEAR | SUBJECT | | | | EXPENSE COMPS | | | |
|---|---|---|---|---|---|---|---|---|
| | TOTAL | $/UNIT | $/SF | %EGI | COMP | $/UNIT | $/SF | %EGI |
| Oct 2021 T-12 | $111,188 | $409 | $0.40 | 2.5% | 1 | $490 | $0.55 | 3.2% |
| Oct 2022 T-12 | $129,670 | $477 | $0.46 | 2.7% | 2 | $614 | $0.71 | 3.6% |
| | | | | | 3 | $615 | $0.64 | 3.4% |
| | | | | | 4 | $569 | $0.71 | 3.6% |
| | | | | | 5 | $565 | $0.65 | 3.6% |
| | | | | | 6 | $471 | $0.53 | 2.7% |
| CONCLUSION | $150,000 | $551 | $0.54 | 2.9% | AVG | $554 | $0.63 | 3.3% |

**ANALYSIS**

This expense covers the cost of all routine maintenance and repairs. The subject's historical costs fall towards the lower end of the expense comparable range. Therefore, we have projected an R&M expense more in line with typical market.

## MANAGEMENT FEE

| YEAR | SUBJECT | | | | EXPENSE COMPS | | | |
|---|---|---|---|---|---|---|---|---|
| | TOTAL | $/UNIT | $/SF | %EGI | COMP | $/UNIT | $/SF | %EGI |
| Oct 2021 T-12 | $123,931 | $456 | $0.44 | 2.73% | 1 | $398 | $0.45 | 2.63% |
| Oct 2022 T-12 | $134,525 | $495 | $0.48 | 2.76% | 2 | $429 | $0.50 | 2.49% |
| | | | | | 3 | $453 | $0.47 | 2.50% |
| | | | | | 4 | $459 | $0.57 | 2.93% |
| | | | | | 5 | $428 | $0.49 | 2.71% |
| | | | | | 6 | $521 | $0.58 | 2.98% |
| CONCLUSION | $144,549 | $531 | $0.52 | 2.75% | AVG | $448 | $0.51 | 2.71% |

**ANALYSIS**

The property is currently 3rd party-managed. A third-party management company would typically charge a management fee around 2.50% to 3.00% for the subject property, given the property size and income characteristics. Therefore, we have projected a management fee in line with the current rate and typical market.

## PAYROLL

| YEAR | SUBJECT | | | | EXPENSE COMPS | | | |
|---|---|---|---|---|---|---|---|---|
| | TOTAL | $/UNIT | $/SF | %EGI | COMP | $/UNIT | $/SF | %EGI |
| Oct 2021 T-12 | $277,316 | $1,020 | $0.99 | 6.1% | 1 | $990 | $1.11 | 6.5% |
| Oct 2022 T-12 | $314,771 | $1,157 | $1.13 | 6.5% | 2 | $1,244 | $1.45 | 7.2% |
| | | | | | 3 | $1,295 | $1.35 | 7.1% |
| | | | | | 4 | $1,518 | $1.89 | 9.7% |
| | | | | | 5 | $1,469 | $1.68 | 9.3% |
| | | | | | 6 | $1,259 | $1.41 | 7.2% |
| CONCLUSION | $355,000 | $1,305 | $1.27 | 6.8% | AVG | $1,296 | $1.48 | 7.8% |

**ANALYSIS**

This expense consists of all payroll and associated employee benefits related to the subject's personnel directly involved in the management of the subject. The subject's historical costs fall at the low end of the expense comparable range. Therefore, we have projected a payroll cost more in line with typical market.

## ADVERTISING

| YEAR | SUBJECT | | | | EXPENSE COMPS | | | |
|---|---|---|---|---|---|---|---|---|
| | TOTAL | $/UNIT | $/SF | %EGI | COMP | $/UNIT | $/SF | %EGI |
| Oct 2021 T-12 | $57,310 | $211 | $0.20 | 1.3% | 1 | $397 | $0.45 | 2.6% |
| Oct 2022 T-12 | $51,552 | $190 | $0.18 | 1.1% | 2 | $173 | $0.20 | 1.0% |
| | | | | | 3 | $185 | $0.19 | 1.0% |
| | | | | | 4 | $107 | $0.13 | 0.7% |
| | | | | | 5 | $139 | $0.16 | 0.9% |
| | | | | | 6 | $243 | $0.27 | 1.4% |
| CONCLUSION | $52,000 | $191 | $0.19 | 1.0% | AVG | $207 | $0.23 | 1.3% |

**ANALYSIS**

This expense includes marketing, advertising and promoting the subject property. The conclusion is based on the historical expenses which are supported by the expense comparable information.

## ADMINISTRATIVE

| YEAR | SUBJECT | | | | EXPENSE COMPS | | | |
|---|---|---|---|---|---|---|---|---|
| | TOTAL | $/UNIT | $/SF | %EGI | COMP | $/UNIT | $/SF | %EGI |
| Oct 2021 T-12 | $50,744 | $187 | $0.18 | 1.1% | 1 | $84 | $0.09 | 0.6% |
| Oct 2022 T-12 | $51,646 | $190 | $0.18 | 1.1% | 2 | $304 | $0.35 | 1.8% |
| | | | | | 3 | $317 | $0.33 | 1.7% |
| | | | | | 4 | $275 | $0.34 | 1.8% |
| | | | | | 5 | $176 | $0.20 | 1.1% |
| | | | | | 6 | $274 | $0.31 | 1.6% |
| CONCLUSION | $75,000 | $276 | $0.27 | 1.4% | AVG | $238 | $0.27 | 1.4% |

**ANALYSIS**

This expense includes office supplies, accounting, legal fees, other professional fees, and all other administrative costs. The subject's historical costs fall at the lower end of the expense comparable range. Therefore, we have projected an administrative expense more in line with typical market.

App. 748

Case 3:22-cv-02118-X    Document 336    Filed 10/03/23    Page 188 of 231    PageID 12064

CONCLUSION

### ASSET SPECIFIC / OTHER

| | SUBJECT | | | | EXPENSE COMPS | | | |
|---|---|---|---|---|---|---|---|---|
| YEAR | TOTAL | $/UNIT | $/SF | %EGI | COMP | $/UNIT | $/SF | %EGI |
| Oct 2021 T-12 | $16,861 | $62 | $0.06 | 0.4% | 1 | $54 | $0.06 | 0.4% |
| Oct 2022 T-12 | $16,680 | $61 | $0.06 | 0.3% | 2 | - | - | - |
| | | | | | 3 | - | - | - |
| | | | | | 4 | $427 | $0.53 | 2.7% |
| | | | | | 5 | - | - | - |
| | | | | | 6 | $72 | $0.08 | 0.4% |
| CONCLUSION | $17,000 | $63 | $0.06 | 0.3% | AVG | $184 | $0.22 | 1.2% |

**ANALYSIS**

The subject's P&L's detailed two asset specific expense items for utility billing service and security service. Thus, we have projected a similar expense for utility billing and security service going forward.

### ADMINISTRATIVE UNIT(S)

| | SUBJECT | | | | EXPENSE COMPS | | | |
|---|---|---|---|---|---|---|---|---|
| YEAR | TOTAL | $/UNIT | $/SF | %EGI | COMP | $/UNIT | $/SF | %EGI |
| Oct 2021 T-12 | $20,463 | $75 | $0.07 | 0.5% | 1 | - | - | - |
| Oct 2022 T-12 | $17,294 | $64 | $0.06 | 0.4% | 2 | $122 | $0.14 | 0.7% |
| | | | | | 3 | $133 | $0.14 | 0.7% |
| | | | | | 4 | $45 | $0.06 | 0.3% |
| | | | | | 5 | $130 | $0.15 | 0.8% |
| | | | | | 6 | $126 | $0.14 | 0.7% |
| CONCLUSION | $17,700 | $65 | $0.06 | 0.3% | AVG | $111 | $0.13 | 0.7% |

**ANALYSIS**

Our payroll projections specifically assume that no employees will receive free rent. If an employee does receive free rent, then there should be a commensurate decrease in salaries. Therefore, we have not projected any income loss from the employees. The subject has one model unit (Unit #116; 832 SF). Therefore, our projection is based upon the projected rent for the 832 SF unit.

### RESERVES

| | SUBJECT | | | | EXPENSE COMPS | | | |
|---|---|---|---|---|---|---|---|---|
| YEAR | TOTAL | $/UNIT | $/SF | %EGI | COMP | $/UNIT | $/SF | %EGI |
| Oct 2021 T-12 | $0 | | $0.00 | 0.0% | 1 | - | - | - |
| Oct 2022 T-12 | $0 | | $0.00 | 0.0% | 2 | - | - | - |
| | | | | | 3 | - | - | - |
| | | | | | 4 | - | - | - |
| | | | | | 5 | - | - | - |
| | | | | | 6 | - | - | - |
| CONCLUSION | $54,400 | $200 | $0.19 | 1.0% | AVG | - | - | - |

**ANALYSIS**

Reserves for replacements typically average from $150 to $350 per unit, depending on number of units, average unit size, and condition of the property. In this instance, the appraisers have utilized a per unit amount of $200, or $54,400 which is considered sufficient, if properly invested, to yield the amount necessary for the replacement of items such as appliances, roofs, carpet and parking areas.

| TOTAL EXPENSES | LOW | HIGH |
|---|---|---|
| SUBJECT HISTORICAL $/UNIT | $4,499 | $8,040 |
| EXPENSE COMPARABLES $/UNIT | $6,879 | $8,813 |
| SALE COMPARABLE $/UNIT | $8,139 | $10,013 |
| SUBJECT HISTORICAL %EGI | 27.0% | 44.8% |
| EXPENSE COMPARABLES %EGI | 44.0% | 55.8% |
| SALE COMPARABLES %EGI | 44.0% | 51.5% |
| TOTAL EXPENSES $/UNIT | $7,913 | |
| TOTAL EXPENSES %EGI | 40.9% | |
| TOTAL EXPENSES | $2,152,261 | |

**CONCLUSION**

Our overall projection falls within the expense comparable range. We note that our projection includes reserves while none of the expense comparables have reserves included.

App. 749

# INCOME APPROACH

## DEVELOPMENT OF CAPITALIZATION RATE

The going-in capitalization rate, also known as overall rate (OAR), can be determined using several sources and methods. In developing our opinion of OAR, the following techniques were used:

› Comparable Sales
› Investor Surveys
› Band of Investment Technique

### Comparable Sales

The following table presents a summary of the comparable sales used to derive our direct capitalization rate.

| | NAME | CITY | ST | SALE DATE | YR BLT | UNITS | AVG UNIT SF | $/UNIT | SALE PRICE | CAP RATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CAPITALIZATION RATE COMPARABLES (OAR)** | | | | | | | | | |
| 1 | Bardin Greene | Arlington | TX | October 1, 2022 | 2001 | 285 | 852 | $203,509 | $58,000,000 | 4.14% |
| 2 | Creekside South | Wylie | TX | August 18, 2022 | 2014 | 252 | 936 | $253,968 | $64,000,000 | 4.01% |
| 3 | Saxon Woods | McKinney | TX | June 1, 2022 | 2000 | 510 | 898 | $321,569 | $164,000,000 | 3.78% |
| 4 | Rancho Mirage | Irving | TX | April 28, 2022 | 1990 | 310 | 883 | $246,290 | $76,350,000 | 4.21% |
| 5 | Regalia Mansfield | Mansfield | TX | April 13, 2022 | 2016 | 308 | 962 | $254,221 | $78,300,000 | 3.91% |
| 6 | Watervue Apartments | Keller | TX | April 13, 2022 | 2008 | 399 | 859 | $237,469 | $94,750,000 | 4.00% |
| | **ADDITIONAL COMPS** | | | | | | | | | |
| | Horizon at Ridgeview | Fort Worth | TX | Contract | 2021 | 112 | 959 | $291,518 | $32,650,000 | 4.84% |
| | Avilla Reserve | Justin | TX | November 10, 2022 | 2020 | 227 | 980 | $335,000 | $76,045,000 | 4.51% |
| | Oaks 55 | Euless | TX | Contract | 2018 | 151 | 832 | $231,788 | $35,000,000 | 5.06% |
| | CityPlace Heights | Dallas | TX | September 7, 2022 | 2012 | 396 | 947 | $255,051 | $101,000,000 | 4.48% |
| | Axiom HUB 121 | McKinney | TX | August 25, 2022 | 2018 | 286 | 807 | $284,091 | $81,250,000 | 3.95% |
| | Harmony Luxury | Rowlett | TX | May 12, 2022 | 2018 | 644 | 821 | $253,106 | $163,000,000 | 3.50% |
| | Domain at The One Forty | Garland | TX | May 5, 2022 | 2018 | 299 | 1,035 | $248,161 | $74,200,000 | 3.84% |
| | Royalton at Grand Prairie | Grand Prairie | TX | May 2, 2022 | 2021 | 300 | 888 | $240,667 | $72,200,000 | 4.26% |
| | The Ellis | Carrollton | TX | April 13, 2022 | 2015 | 330 | 939 | $315,152 | $104,000,000 | 3.42% |
| **LOW** | | | | April 2022 | | | | | | **3.42%** |
| **HIGH** | | | | November 2022 | | | | | | **5.06%** |
| **AVERAGE** | | | | June 2022 | | | | | | **4.13%** |
| **MEDIAN** | | | | May 2022 | | | | | | **4.01%** |
| **INDICATED CAPITALIZATION RATE (OAR)** | | | | | | | | | | **5.00%** |

Rising interest rates will make acquisitions more challenging, but the rate jump is coming when commercial real estate fundamentals are strong, particularly in multifamily, which is benefitting from a supply-demand imbalance in material and labor shortages that have increased the barriers to building new supply. Fundamentals remain sound, with on-going rental rate increases, while single-family home inventory is scarce and new home supply is also constrained due to elevated construction costs. These factors are anticipated to maintain or even increase the percentage of renters in the US, which is anticipated to positively impact occupancies and rental rates. As a result, investors and owners continue to anticipate rental rate growth outpacing CPI, and resulting in more material NOI gains, which is anticipated to help combat rising interest rates.

The stability of multifamily assets is expected to remain appealing to institutional and non-institutional investors. Assuming the anticipated rent growth rate continues, investor returns in the multifamily market should outperform most other major real estate sectors.

App. 750

Based upon the above information, increasing interest rate environment, and conversations with brokers active in the market, a capitalization rate at the upper end of the range of the sales is reasonable for the subject. Several market participants have noted 25bps to 75bps increases in capitalization rates over the past few months.

## Investor Surveys

The following table provides capitalization rate statistics as surveyed by investors that we considered to be relevant to the subject property and our independent market participant interviews.

| CAPITALIZATION RATE SURVEYS (OAR) | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| SOURCE | QUARTER | RANGE | | | | AVG | LAST Q | LAST YR |
| **PriceWaterhouse Coopers** | | | | | | | | |
| National Apartment Market | 3Q 22 | 3.00% | to | 8.00% | | 4.75% | 4.45% | 4.59% |
| Southeast Region Apartment | 3Q 22 | 3.00% | to | 4.50% | | 4.00% | 3.85% | 4.60% |
| **RealtyRates.com** | | | | | | | | |
| Garden/Suburban TH | 2Q 22 | 4.37% | to | 10.65% | | 7.24% | 6.88% | 7.19% |
| Apartments | 2Q 22 | 4.37% | to | 11.77% | | 7.96% | 7.64% | 7.95% |
| **Real Capital Analytics** | | | | | | | | |
| Dallas | 3Q 22 | | | | | 4.05% | 4.38% | 4.22% |
| **10 Year Treasury** | 3Q 22 | - | | - | | 3.11% | 2.93% | 1.32% |
| **Market Participant Interview** | | | | | | | | |
| Investment Sales Brokers | 4Q 22 | 4.50% | to | 5.00% | | 4.75% | - | - |
| **AVERAGE** | | 3.85% | to | 7.98% | | 5.46% | 5.44% | 5.71% |

## Band of Investment Technique

Most properties are purchased with debt and equity capital; therefore, the overall capitalization rate must satisfy the market return requirements of both investment positions. Available financing information from lenders and the sales comparables indicates the following terms:

| BAND OF INVESTMENT ASSUMPTIONS | |
| --- | --- |
| Loan Amortization Period | 30 Years |
| Interest Rate | 5.50% |
| Loan-to-Value (LTV) Ratio | 65% |
| Mortgage Constant | 6.81% |

Equity dividend rates vary depending upon motivations of buyers and financing terms. The previous terms and an appropriate equity dividend rate are used in the Band of Investments calculations, which are presented on the following chart.

| BAND OF INVESTMENT CALCULATION | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Mortgage Component | 65% | x | 6.81% | = | 4.429% |
| Equity Component | 35% | x | 5.00% | = | 1.750% |
| Indicated Capitalization Rate | | | | | 6.179% |
| **INDICATED CAPITALIZATION RATE** | | | | | **6.18%** |

## Debt Coverage Ratio Technique

An alternate method to calculating capitalization rates based on financing metrics is the Debt Coverage Ratio method, which uses the relationship between the DCR, LTV, and mortgage constant to conclude to a rate value. Based on the assumptions previously discussed, we have concluded to a DCR of 1.25, an LTV of 65% and a mortgage constant of 6.81%. The following calculation indicates the cap rate conclusion by this method:

App. 751

Case 3:22-cv-02118-X    Document 336    Filed 10/03/23    Page 191 of 231    PageID 12067 1304

| DEBT COVERAGE RATIO CALCULATION | |
|---|---|
| Debt Coverage Ratio | 1.25 |
| Loan-to-Value (LTV) Ratio | 65% |
| Mortgage Constant | 6.81% |
| **INDICATED CAPITALIZATION RATE** | **5.54%** |

The Band of Investment does not reflect the impact of interest only loans. Typical investors are receiving 7-10 years of interest only, which is driving cap rates below levels indicated by the Band of Investment analysis and DCR ratio indications.

## Capitalization Rate Conclusion

Taking all factors into consideration, the following table summarizes the various capitalization rate indicators and provides the final capitalization rate conclusion.

| CAPITALIZATION RATE CONCLUSION (OAR) | | | | | |
|---|---|---|---|---|---|
| SOURCE | QUARTER | RANGE | | | AVG |
| Comparable Sales | | 3.78% | to | 4.21% | 4.01% |
| Investor Surveys | 3Q 22 | 3.85% | to | 7.98% | 5.46% |
| Investment Sales Brokers | 4Q 22 | 4.50% | to | 5.00% | 4.75% |
| Band of Investment Technique | | | | | 6.18% |
| Debt Coverage Technique | | | | | 5.54% |
| **AVERAGE** | | 4.04% | to | 5.73% | 5.19% |
| **CAPITALIZATION CONCLUSION** | | | | | **5.00%** |

App. 752

## DIRECT CAPITALIZATION

The table below summarizes the Direct Capitalization method and the Income Approach Value conclusion.

| DIRECT CAPITALIZATION SUMMATION TABLE | | | | | |
|---|---|---|---|---|---|
| INCOME ITEMS | %PGI | %EGI | $/SF | $/UNIT | TOTAL |
| Potential Rental Income | | | $19.05 | $19,588 | $5,327,940 |
| **TOTAL RENTAL INCOME** | | | **$19.05** | **$19,588** | **$5,327,940** |
| **OTHER INCOME** | | | | | |
| Miscellaneous Income | | | $0.80 | $824 | $224,000 |
| Utility Reimbursements | | | $0.37 | $382 | $104,000 |
| **TOTAL OTHER INCOME** | | | **$1.17** | **$1,206** | **$328,000** |
| **POTENTIAL GROSS INCOME (PGI)** | | | **$20.23** | **$20,794** | **$5,655,940** |
| INCOME LOSS | %PGI | | $/SF | $/UNIT | TOTAL |
| Vacancy | (5.0%) | | ($0.95) | ($979) | ($266,397) |
| Collection Loss | (0.5%) | | ($0.10) | ($98) | ($26,640) |
| Loss To Lease | (2.0%) | | ($0.38) | ($392) | ($106,559) |
| **TOTAL INCOME LOSS** | **(7.1%)** | | **($1.43)** | **($1,469)** | **($399,596)** |
| **EFFECTIVE GROSS INCOME (EGI)** | **92.9%** | | **$18.80** | **$19,325** | **$5,256,345** |
| EXPENSE ITEMS | %PGI | %EGI | $/SF | $/UNIT | TOTAL |
| Real Estate Taxes | (17.1%) | (18.4%) | ($3.46) | ($3,560) | ($968,213) |
| Franchise Tax | (0.3%) | (0.3%) | ($0.06) | ($64) | ($17,399) |
| Property Insurance | (2.7%) | (2.9%) | ($0.54) | ($551) | ($150,000) |
| Gas | 0.0% | 0.0% | - | - | $0 |
| Electricity | (0.4%) | (0.5%) | ($0.09) | ($92) | ($25,000) |
| Water & Sewer | (1.7%) | (1.9%) | ($0.35) | ($360) | ($98,000) |
| Trash | (0.5%) | (0.5%) | ($0.10) | ($103) | ($28,000) |
| Repairs & Maintenance | (2.7%) | (2.9%) | ($0.54) | ($551) | ($150,000) |
| Management Fee | (2.6%) | (2.8%) | ($0.52) | ($531) | ($144,549) |
| Payroll | (6.3%) | (6.8%) | ($1.27) | ($1,305) | ($355,000) |
| Advertising | (0.9%) | (1.0%) | ($0.19) | ($191) | ($52,000) |
| Administrative | (1.3%) | (1.4%) | ($0.27) | ($276) | ($75,000) |
| Asset specific / Other | (0.3%) | (0.3%) | ($0.06) | ($63) | ($17,000) |
| Administrative Unit(s) | (0.3%) | (0.3%) | ($0.06) | ($65) | ($17,700) |
| Reserves | (1.0%) | (1.0%) | ($0.19) | ($200) | ($54,400) |
| **TOTAL EXPENSES** | **(38.1%)** | **(40.9%)** | **($7.70)** | **($7,913)** | **($2,152,261)** |
| **NET OPERATING INCOME (NOI)** | **54.9%** | **59.1%** | **$11.10** | **$11,412** | **$3,104,084** |
| Capitalization Rate | | | | | 5.00% |
| Capitalized Value | | | | | $62,081,679 |
| **AS-IS MARKET VALUE** | | | **$222** | **$228,309** | **$62,100,000** |

<div align="right">Rounded to nearest $100,000</div>

App. 753

## SALES APPROACH

The Sales Comparison Approach analyzes comparable sales by applying transactional and property adjustments to bracket the subject property within an appropriate unit value comparison. The most relevant unit of comparison is the price per square foot of unit, as it best reflects the analysis used by buyers and sellers in this market for improved properties with similar design and utility. We completed a thorough search for similar improved sales in terms of property type, location, physical characteristics, and date of sale. Overall, the sales selected represent the best comparables available for this analysis.

### Adjustment Process
The following adjustments or general market trends were considered for the basis of valuation.

### Transactional Adjustments
Dollar adjustments to the comparable sales were considered and made when warranted for transactional adjustments including property rights transferred, financing terms, conditions of sale, expenditures after purchase and market conditions. The following table summarizes the market conditions adjustment applied in this analysis.

| MARKET CONDITIONS ADJUSTMENT | | |
|---|---|---|
| Per Year As Of   December 2022 | (As Is) | 5% |

The analysis applies an upward market conditions adjustment of 5% annually reflecting the conditions between the oldest comparable sale date up through the middle of June 2022.  Investment demand and activity remained strong for multifamily investments during 2021 and much of 2022.  However, the Fed has increased the benchmark interest rate six times and a total of 375 basis points since March 2022.  As a result of this situation, we have seen evidence of sales prices actually being negotiated downward on several pending contracts within the most recent three month period.  Thus, we have concluded that prices have essentially stabilized since June 15, 2022, which was the date of the second interest rate hike.

### Property Adjustments
Quantitative percentage adjustments are also made for location and physical characteristics such as size, age, site, access, exposure, quality and condition, as well as other applicable elements of comparison. Where possible the adjustments applied are based on paired data or other statistical analysis. It should be stressed that the adjustments are subjective in nature and are meant to illustrate our logic in deriving a value opinion for the subject property.

### Presentation
The following Sales Summation Table, Location Map and photographs summarize the improved sales data. Following these items, the comparable sales are adjusted for applicable elements of comparison and the opinion of value by the Sales Comparison Approach is concluded.

App. 754

## IMPROVED SALES SUMMATION TABLE

| COMPARABLE | SUBJECT | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 | COMPARABLE 4 | COMPARABLE 5 | COMPARABLE 6 |
|---|---|---|---|---|---|---|---|
| Name | Parc at Windmill Farms | Bardin Greene | Creekside South | Saxon Woods | Rancho Mirage | Regalia Mansfield | Watervue Apartments |
| Address | 1003 Windmill Farms Boulevard | 300 Bardin Greene Drive | 3400 McMillen Drive | 4490 Eldorado Pkwy | 1200 Hidden Ridge | 350 North State Highway 360 | 8660 N. Beach Street |
| City | Forney | Arlington | Wylie | McKinney | Irving | Mansfield | Keller |
| State | TX | TX | TX | TX | TX | TX | TX |
| Zip | 75126 | 76018 | 75098 | 75070 | 75038 | 76063 | 76244 |
| County | Kaufman | Tarrant | Collin | Collin | Dallas | Tarrant | Tarrant |
| **PHYSICAL INFORMATION** | | | | | | | |
| Project Design | Garden | Garden | Garden | Garden | Garden | Garden | Garden |
| NRA (SF) | 279,648 | 242,896 | 235,992 | 458,442 | 273,838 | 296,296 | 343,064 |
| Units | 272 | 285 | 252 | 510 | 310 | 308 | 399 |
| Average Unit SF | 1,028 | 852 | 936 | 898 | 883 | 962 | 859 |
| Density | 14.7 | 18.0 | 13.6 | 17.9 | 26.1 | 17.9 | 14.7 |
| Land Area (AC) | 18.5 | 15.9 | 18.5 | 28.5 | 11.9 | 17.2 | 27.2 |
| Land Area (SF) | 803,737 | 690,804 | 804,771 | 1,242,070 | 516,671 | 748,273 | 1,186,352 |
| Year Built | 2019 | 2001 | 2014 | 2000 | 1990 | 2016 | 2008 |
| Location | Average | Average | Average | Average | Average | Average | Average |
| Quality | Good | Average | Average | Average/Good | Average | Average/Good | Average/Good |
| Condition | Good | Average | Average/Good | Average/Good | Average | Good | Average/Good |
| Appeal | Good | Average | Average/Good | Average/Good | Average | Good | Good |
| **SALE INFORMATION** | | | | | | | |
| Date | | 10/1/2022 | 8/18/2022 | 6/1/2022 | 4/28/2022 | 4/13/2022 | 4/13/2022 |
| Status | | Pending | Recorded | Recorded | Recorded | Recorded | Recorded |
| Sale Conditions | | Arms-Length | Arms-Length | Arms-Length | Arms-Length | Arms-Length | Arms-Length |
| Rights Transferred | | Leased Fee | Leased Fee | Leased Fee | Leased Fee | Leased Fee | Leased Fee |
| Transaction Price | | $58,000,000 | $64,000,000 | $164,000,000 | $76,350,000 | $78,300,000 | $94,750,000 |
| Transaction $/Unit | | $203,509 | $253,968 | $321,569 | $246,290 | $254,221 | $237,469 |
| Transaction $/SF NRA | | $239 | $271 | $358 | $279 | $264 | $276 |
| Analysis Price | | $58,000,000 | $64,000,000 | $164,000,000 | $76,350,000 | $78,300,000 | $94,750,000 |
| Expenses % PGI | | 48% | 46% | 43% | 40% | 45% | 45% |
| Expenses % EGI | | 51% | 49% | 45% | 44% | 49% | 49% |
| NOI/Unit | $11,412 | $8,417 | $10,191 | $12,170 | $10,362 | $9,951 | $9,510 |
| NOI/SF NRA | $11.10 | $9.88 | $10.88 | $13.54 | $11.73 | $10.34 | $11.06 |
| Occupancy | 91.5% | 95.5% | 96.8% | 93.5% | 96.1% | 96.4% | 94.0% |
| Capitalization Rate | | 4.14% | 4.01% | 3.78% | 4.21% | 3.91% | 4.00% |
| PGIM | | 11.05 | 12.09 | 13.66 | 12.25 | 11.87 | 11.73 |
| EGIM | | 11.73 | 12.73 | 14.50 | 13.31 | 12.92 | 12.72 |

App. 755

## SALES LOCATION MAP



| COMP | DISTANCE | NAME | ADDRESS | OCC. | SALE DATE | OAR | $/UNIT |
|------|----------|------|---------|------|-----------|-----|--------|
| SUBJECT | - | Parc at Windmill Farms | 1003 Windmill Farms Boulevard, Forney, TX | 91.5% | - | - | $230,000 |
| No. 1 | 41.6 Miles | Bardin Greene | 300 Bardin Greene Drive, Arlington, TX | 95.5% | 10/1/2022 | 4.14% | $203,509 |
| No. 2 | 23.2 Miles | Creekside South | 3400 McMillen Drive, Wylie, TX | 96.8% | 8/18/2022 | 4.01% | $253,968 |
| No. 3 | 33.9 Miles | Saxon Woods | 4490 Eldorado Pkw y, McKinney, TX | 93.5% | 6/1/2022 | 3.78% | $321,569 |
| No. 4 | 34.6 Miles | Rancho Mirage | 1200 Hidden Ridge, Irving, TX | 96.1% | 4/28/2022 | 4.21% | $246,290 |
| No. 5 | 41.7 Miles | Regalia Mansfield | 350 North State Highw ay 360, Mansfield, TX | 96.4% | 4/13/2022 | 3.91% | $254,221 |
| No. 6 | 52.9 Miles | Watervue Apartments | 8660 N. Beach Street, Keller, TX | 94.0% | 4/13/2022 | 4.00% | $237,469 |

App. 756

# COMPARABLE SALES PHOTOGRAPHS



**COMPARABLE 1**



**COMPARABLE 2**



**COMPARABLE 3**



**COMPARABLE 4**



**COMPARABLE 5**



**COMPARABLE 6**

App. 757

## IMPROVED SALES ADJUSTMENT TABLE

| COMPARABLE | SUBJECT | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 | COMPARABLE 4 | COMPARABLE 5 | COMPARABLE 6 |
|---|---|---|---|---|---|---|---|
| Name | Parc at Windmill Farms | Bardin Greene | Creekside South | Saxon Woods | Rancho Mirage | Regalia Mansfield | Watervue Apartments |
| Address | 1003 Windmill Farms Boulevard | 300 Bardin Greene Drive | 3400 McMillen Drive | 4490 Eldorado Pkw y | 1200 Hidden Ridge | 350 North State Highw ay 360 | 8660 N. Beach Street |
| City, State | Forney, TX | Arlington, TX | Wylie, TX | McKinney, TX | Irving, TX | Mansfield, TX | Keller, TX |
| NRA | 279,648 | 242,896 | 235,992 | 458,442 | 273,838 | 296,296 | 343,064 |
| Units | 272 | 285 | 252 | 510 | 310 | 308 | 399 |
| Average Unit SF | 1,028 | 852 | 936 | 898 | 883 | 962 | 859 |
| Density | 14.7 | 18.0 | 13.6 | 17.9 | 26.1 | 17.9 | 14.7 |
| Land Area (AC) | 18.5 | 15.9 | 18.5 | 28.5 | 11.9 | 17.2 | 27.2 |
| Land Area (SF) | 803,737 | 690,804 | 804,771 | 1,242,070 | 516,671 | 748,273 | 1,186,352 |
| Year Built | 2019 | 2001 | 2014 | 2000 | 1990 | 2016 | 2008 |
| Location | Average | Average/Good | Good | Average/Good | Average/Good | Fair/Average | Average/Good |
| Quality | Good | Good | Good | Good | Good | Good | Good |
| Condition | Good | Good | Good | Good | Good | Good | Good |
| Appeal | Good | Good | Good | Good | Good | Good | Good |
| **SALE INFORMATION** | | | | | | | |
| Date | | 10/1/2022 | 8/18/2022 | 6/1/2022 | 4/28/2022 | 4/13/2022 | 4/13/2022 |
| Status | | Pending | Recorded | Recorded | Recorded | Recorded | Recorded |
| Rights Transferred | | Leased Fee | Leased Fee | Leased Fee | Leased Fee | Leased Fee | Leased Fee |
| Occupancy | 91.5% | 95.5% | 96.8% | 93.5% | 96.1% | 96.4% | 94.0% |
| Capitalization Rate | | 4.14% | 4.01% | 3.78% | 4.21% | 3.91% | 4.0% |
| NOI/Unit | | $8,417 | $10,191 | $12,170 | $10,362 | $9,951 | $9,510 |
| NOI/SF NRA | | $9.88 | $10.88 | $13.54 | $11.73 | $10.34 | $11.06 |
| $/Unit | | $203,509 | $253,968 | $321,569 | $246,290 | $254,221 | $237,469 |
| $/SF NRA | | $238.79 | $271.20 | $357.73 | $278.81 | $264.26 | $276.19 |
| Transaction Price | | $58,000,000 | $64,000,000 | $164,000,000 | $76,350,000 | $78,300,000 | $94,750,000 |
| **TRANSACTIONAL ADJUSTMENTS** | | | | | | | |
| Property Rights | | 0% | 0% | 0% | 0% | 0% | 0% |
| Financing | | 0% | 0% | 0% | 0% | 0% | 0% |
| Conditions of Sale | | 0% | 0% | 0% | 0% | 0% | 0% |
| Market Conditions[1] | | 1% | 1% | 2% | 3% | 3% | 3% |
| Subtotal Transactional Adj Price | | $205,544 | $256,508 | $328,000 | $253,679 | $261,847 | $244,593 |
| **PROPERTY ADJUSTMENTS** | | | | | | | |
| Location | | 0% | -5% | -30% | -20% | -10% | 0% |
| Quality | | 0% | 0% | 0% | 0% | 0% | 0% |
| Condition | | 5% | 0% | 5% | 5% | 0% | 0% |
| Appeal | | 0% | 0% | 0% | 0% | 0% | 0% |
| Unit Mix/Unit Size | | -10% | -5% | -10% | -10% | 0% | -10% |
| Age | | 5% | 0% | 5% | 10% | 0% | 5% |
| Project Amenities | | 10% | 0% | 0% | 5% | 0% | 0% |
| Subtotal Property Adjustment | | 10% | -10% | -30% | -10% | -10% | -5% |
| **TOTAL ADJUSTED PRICE** | | **$226,098** | **$230,857** | **$229,600** | **$228,311** | **$235,663** | **$232,363** |

| STATISTICS | UNADJUSTED | ADJUSTED |
|---|---|---|
| LOW | $203,509 | $226,098 |
| HIGH | $321,569 | $235,663 |
| MEDIAN | $250,129 | $230,229 |
| AVERAGE | $252,838 | $230,482 |

[1] Market Conditions Adjustment - Compound annual change in market conditions: 5%
Date of Value (for adjustment calculations): 12/01/22

App. 758

## SALES COMPARABLE ANALYSIS

Comparable 1 ($226,098/Unit as adjusted) required a total upward transaction adjustment of 1%. This considers the transaction date of this sale approximately 2 months ago in October 2022. This comparable required a total upward adjustment of 10% for property characteristics. Bardin Greene is a garden complex that includes 285 multi-family units on 15.859 acres. It has a similar location in Arlington, approximately 41.6 miles from the subject. Additionally, this comparable has an average unit size of 852 SF, which is smaller than the average of the subject's units at 1,028 SF. Overall, we have applied adjustments to this sale for differences in condition, unit mix/unit size, age and project amenities. The total net adjustment applied to this comparable was upward by 11%. The moderate level of net adjustments required for this comparable indicates that it can be adequately relied upon for valuation of the subject. This comparable is given primary consideration as a value indicator for the subject.

Comparable 2 ($230,857/Unit as adjusted) required a total upward transaction adjustment of 1%. This considers the transaction date of this sale approximately 4 months ago in August 2022. This comparable required a total downward adjustment of -10% for property characteristics. This garden development is known as Creekside South. It includes 252 apartment units on 18.475 acres. It has a slightly superior location in Wylie, approximately 23.2 miles from the subject. Additionally, this comparable has an average unit size of 936 SF, which is slightly smaller than the average of the subject's units at 1,028 SF. Overall, adjustments to this sale are applied for differences in location and unit mix/unit size. The total net adjustment applied to this comparable was downward by -9%. The minimal amount of net adjustments required for this comparable suggests it is similar to the subject, increasing is its applicability for this analysis. Overall this comparable warrants primary consideration as a value indicator for the subject.

Comparable 3 ($229,600/Unit as adjusted) required a total upward transaction adjustment of 2%. This considers the transaction date of this sale approximately 6 months ago in June 2022. This comparable required a total downward adjustment of -30% for property characteristics. Saxon Woods is a garden apartment complex that includes 510 dwelling units on 28.514 acres. It has a superior location in McKinney, approximately 41.6 miles from the subject. Additionally, this comparable has an average unit size of 898 SF, which is smaller than the average of the subject's units at 1,028 SF. Overall, we have applied adjustments to this sale for differences in location, condition, unit mix/unit size and age. The total net adjustment applied to this comparable was downward by -29%. The moderate level of net adjustments required for this comparable indicates that it can be adequately relied upon for valuation of the subject. This comparable is given primary consideration as a value indicator for the subject.

Comparable 4 ($228,311/Unit as adjusted) required a total upward transaction adjustment of 3%. This considers the transaction date of this sale approximately 7 months ago in April 2022. This comparable required a total downward adjustment of -10% for property characteristics. This garden development is known as Rancho Mirage. It includes 310 apartment units on 11.861 acres. It has a superior location in Irving, approximately 34.6 miles from the subject. Additionally, this comparable has an average unit size of 883 SF, which is smaller than the average of the subject's units at 1,028 SF. Overall, adjustments to this project were required to account for differences in location, condition, unit mix/unit size, age and project amenities. The total net adjustment applied to this comparable was downward by -7%. The minimal amount of net adjustments required for this comparable suggests it is similar to the subject, increasing is its applicability for this analysis. Overall this comparable warrants primary consideration as a value indicator for the subject.

App. 759

Case 3:22-cv-02118-X    Document 336    Filed 10/03/23    Page 199 of 231    PageID 12075 1304

Comparable 5 ($235,663/Unit as adjusted) required a total upward transaction adjustment of 3%. This considers the transaction date of this sale approximately 8 months ago in April 2022. This comparable required a total downward adjustment of -10% for property characteristics. Regalia Mansfield is a garden complex that includes 308 multi-family units on 17.178 acres. It has a superior location in Mansfield, approximately 41.7 miles from the subject. Additionally, this comparable has an average unit size of 962 SF, which is slightly smaller than the average of the subject's units at 1,028 SF. Overall, this sale only required an adjustment for differences in location. The total net adjustment applied to this comparable was downward by -7%. The minimal amount of net adjustments required for this comparable suggests it is similar to the subject, increasing is its applicability for this analysis. Overall this comparable warrants primary consideration as a value indicator for the subject.

Comparable 6 ($232,363/Unit as adjusted) required a total upward transaction adjustment of 3%. This considers the transaction date of this sale approximately 8 months ago in April 2022. This comparable required a total downward adjustment of -5% for property characteristics. This garden complex is known as Watervue Apartments. It includes 399 dwelling units on 27.235 acres. It has a similar location in Keller, approximately 52.9 miles from the subject. Additionally, this comparable has an average unit size of 859 SF, which is smaller than the average of the subject's units at 1,028 SF. Overall, adjustments to this sale are applied for differences in unit mix/unit size and age. The total net adjustment applied to this comparable was downward by -2%. The minimal amount of net adjustments required for this comparable suggests it is similar to the subject, increasing is its applicability for this analysis. Overall this comparable warrants primary consideration as a value indicator for the subject.

## SALES COMPARISON APPROACH CONCLUSION

The comparable sales indicate an adjusted value range from $226,098 to $235,663/Unit, with a median of $230,229/Unit and an average of $230,482/Unit. Based on the results of the preceding analysis, Comparable 1 ($226,098/Unit adjusted), Comparable 2 ($230,857/Unit adjusted), Comparable 3 ($229,600/Unit adjusted), Comparable 4 ($228,311/Unit adjusted), Comparable 5 ($235,663/Unit adjusted) and Comparable 6 ($232,363/Unit adjusted) are given primary consideration for the subject's opinion of value.

The following table summarizes the analysis of the comparables, reports the reconciled price per unit value conclusion, and presents the concluded value of the subject property.

| SALES COMPARISON APPROACH CONCLUSION (UNIT) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | TRANSACTION | ADJUSTMENT | | | | NET | GROSS | WEIGHT |
| COMP | PRICE | TRANSACTIONAL[1] | ADJUSTED | PROPERTY[2] | FINAL | ADJ % | ADJ % | GIVEN |
| 1 | $203,509 | 1% | $205,544 | 10% | $226,098 | 11% | 31% | PRIMARY |
| 2 | $253,968 | 1% | $256,508 | -10% | $230,857 | -9% | 11% | PRIMARY |
| 3 | $321,569 | 2% | $328,000 | -30% | $229,600 | -29% | 52% | PRIMARY |
| 4 | $246,290 | 3% | $253,679 | -10% | $228,311 | -7% | 53% | PRIMARY |
| 5 | $254,221 | 3% | $261,847 | -10% | $235,663 | -7% | 13% | PRIMARY |
| 6 | $237,469 | 3% | $244,593 | -5% | $232,363 | -2% | 18% | PRIMARY |
| LOW | $226,098 | | | | | | AVERAGE | $230,482 |
| HIGH | $235,663 | | | | | | MEDIAN | $230,229 |
| | | SUBJECT UNITS | | $/UNIT CONCLUSION | | | | VALUE |
| AS-IS MARKET VALUE | | 272 | x | $230,000 | | = | | $62,600,000 |

[1]Cumulative [2]Additive                                                                 Rounded to nearest $100,000

App. 760

# RECONCILIATION OF VALUE CONCLUSIONS

The Analysis of Value Conclusions is the final step in the appraisal process and involves the weighing of the individual valuation techniques in relationship to their substantiation by market data, and the reliability and applicability of each valuation technique to the subject property. The following table summarizes the opinions of the As-Is Market Value of the subject property's leased fee interest. Based on the overall quality of the data and analyses, and considering the decision-making process of the typical buyer profile of the subject asset, primary emphasis was placed on the Income Approach, which is reflected in our final opinion of market value below.

Our opinion of value reflects current conditions and the likely actions of market participants as of the date of value.  It is based on the available information gathered and provided to us, as presented in this report, and does not predict future performance.  Changing market or property conditions can and likely will have an effect on the subject's value.

| ANALYSIS OF VALUE CONCLUSIONS | |
| --- | --- |
| **VALUATION INDICES** | **MARKET VALUE AS-IS** |
| **INTEREST APPRAISED** | LEASED FEE |
| **DATE OF VALUE** | DECEMBER 1, 2022 |
| Sales Comparison Approach | $62,600,000 |
| Income Approach | $62,100,000 |
| **FINAL VALUE CONCLUSION** | **$62,100,000** |
| $/Unit | $228,309/Unit |
| $/SF (NRA) | $222.06/SF |
| Implied Capitalization Rate | 5.00% |
| Exposure Time | Six Months or Less |
| Marketing Period | Six Months or Less |

App. 761

# CERTIFICATION

We certify that, to the best of our knowledge and belief:

› The statements of fact contained in this report are true and correct.

› The reported analyses, opinions, and conclusions of the signers are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.

› The signers of this report has no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.

› Jason Ribelin has provided real property valuation services as an appraiser for the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. John Jordan, MAI has provided real property valuation services as an appraiser for the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Corey Clifton has provided real property valuation services as an appraiser for the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

› The signers are not biased with respect to the property that is the subject of this report or to the parties involved with this assignment.

› The engagement in this assignment was not contingent upon developing or reporting predetermined results.

› The compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

› The reported analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice* and the *Code of Professional Ethics and Standards of Professional Appraisal* Practice of the Appraisal Institute.

› Jason Ribelin inspected the property that is the subject of this report. John Jordan, MAI did not inspect the property that is the subject of this report. Corey Clifton did not inspect the property that is the subject of this report.

› Corey Clifton (Texas State Registered Appraiser Assistant No. 1340250 Trainee) provided significant real property appraisal assistance to the appraisers signing the certification. Assistance included gathering, analyzing and reporting regional, local area, zoning, and tax information, confirming some of the comparable data, and assisting with portions of the valuation analysis.

App. 762

# CERTIFICATION

The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

As of the date of this report John Jordan, MAI completed the continuing education program for Designated Members of the Appraisal Institute.

As of the date of this report Jason Ribelin has completed the Standards and Ethics Education Requirement for (Candidates or Practicing Affiliates) of the Appraisal Institute.

| | |
|---|---|
| _____ | March 16, 2023 |
| Jason Ribelin | Date |

Jason Ribelin
Valuation Services Director
Certified General Real Estate Appraiser
State of Texas License #1380338 G
+1 214 217 9325
jason.ribelin@colliers.com

| | |
|---|---|
| _____ | March 16, 2023 |
| John Jordan, MAI | Date |

John Jordan, MAI
Managing Director | US Multifamily Leader
Certified General Real Estate Appraiser
State of Texas License #1321156 G
+1 214 217 9328
john.jordan@colliers.com

App. 763

This appraisal is subject to the following assumptions and limiting conditions:

› The appraisers may or may not have been provided with a survey of the subject property. If further verification is required, a survey by a registered surveyor is advised.

› We assume no responsibility for matters legal in character, nor do we render any opinion as to title, which is assumed to be marketable. All existing liens, encumbrances, and assessments have been disregarded, unless otherwise noted, and the property is appraised as though free and clear, under responsible ownership, and competent management.

› The exhibits in this report are included to assist the reader in visualizing the property. We have made no survey of the property and assume no responsibility in connection with such matters.

› Unless otherwise noted herein, it is assumed that there are no encroachments, zoning, or restrictive violations existing in the subject property.

› The appraisers assume no responsibility for determining if the property requires environmental approval by the appropriate governing agencies, nor if it is in violation thereof, unless otherwise noted herein.

› Information presented in this report has been obtained from reliable sources, and it is assumed that the information is accurate.

› This report shall be used for its intended purpose only, and by the party to whom it is addressed. Possession of this report does not include the right of publication.

› The appraisers may not be required to give testimony or to appear in court by reason of this appraisal, with reference to the property in question, unless prior arrangements have been made therefore.

› The statements of value and all conclusions shall apply as of the dates shown herein.

› There is no present or contemplated future interest in the property by the appraisers which is not specifically disclosed in this report.

› Without the written consent or approval of the authors neither all, nor any part of, the contents of this report shall be conveyed to the public through advertising, public relations, news, sales, or other media. This applies particularly to value conclusions and to the identity of the appraisers and the firm with which the appraisers are connected.

› This report must be used in its entirety. Reliance on any portion of the report independent of others, may lead the reader to erroneous conclusions regarding the property values. Unless approval is provided by the authors no portion of the report stands alone.

› The valuation stated herein assumes professional management and operation of the buildings throughout the lifetime of the improvements, with an adequate maintenance and repair program.

› The liability of Colliers International Valuation & Advisory Services, its principals, agents, and employees is limited to the client. Further, there is no accountability, obligation, or liability to any third party. If this report is placed in the hands of anyone other than the client, the client shall make such party aware of all limiting conditions and assumptions of the assignment and related discussions. The appraisers are in no way responsible for any costs incurred to discover or correct any deficiency in the property.

› The appraisers are not qualified to detect the presence of toxic or hazardous substances or materials which may influence or be associated with the property or any adjacent properties, has made no investigation or analysis as to the presence of such materials, and expressly disclaims any duty to note the degree of fault. Colliers International Valuation & Advisory Services and its principals, agents, employees, shall not be liable for any costs, expenses, assessments, or penalties, or diminution in value, property damage, or personal injury (including death) resulting from or otherwise attributable to toxic or hazardous substances or materials, including without limitation hazardous waste, asbestos material, formaldehyde, or any smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids, solids or gasses, waste materials or other irritants, contaminants or pollutants.

App. 764

# ASSUMPTIONS & LIMITING CONDITIONS

› The appraisers assume no responsibility for determining if the subject property complies with the *Americans with Disabilities Act* (*ADA*). Colliers International Valuation & Advisory Services, its principals, agents, and employees, shall not be liable for any costs, expenses, assessments, penalties or diminution in value resulting from non-compliance. This appraisal assumes that the subject meets an acceptable level of compliance with *ADA* standards; if the subject is not in compliance, the eventual renovation costs and/or penalties would negatively impact the present value of the subject. If the magnitude and time of the cost were known today, they would be reduced from the reported value conclusion.

› An on-site inspection of the subject property was conducted. No evidence of asbestos materials on-site was noted. A Phase 1 Environmental Assessment was not provided for this analysis. This analysis assumes that no asbestos or other hazardous materials are stored or found in or on the subject property. If evidence of hazardous materials of any kind occurs, the reader should seek qualified professional assistance. If hazardous materials are discovered and if future market conditions indicate an impact on value and increased perceived risk, a revision of the concluded values may be necessary.

› A detailed soils study was not provided for this analysis. The subject's soils and sub-soil conditions are assumed to be suitable based upon a visual inspection, which did not indicate evidence of excessive settling or unstable soils. No certification is made regarding the stability or suitability of the soil or sub-soil conditions.

› This analysis assumes that the financial information provided for this appraisal, including rent rolls and historical income and expense statements; accurately reflect the current and historical operations of the subject property.

App. 765

© 2023 COLLIERS INTERNATIONAL VALUATION & ADVISORY SERVICES

Financial Exhibits

Engagement Letter

ALTA Survey

Valuation Glossary

Qualifications of Appraisers

Qualifications of Colliers International Valuation & Advisory Services

App. 766

**Mult family Performance Summary**

| | | | |
|---|---|---|---|
| PROPERTY NAME: | PARC A WINDMILL FARMS | | 13-Nov-22 |
| City | FORNEY | | 01 59 PM |
| State | TX | | Page 3 of 6 |
| Total Units | 272 | Average Unit S ze: 1,028 Sq. Ft. | |
| Total Square Feet | 279,6 8 | Mgmt. Co.: ALL | |

| AC UAL | OC | NOV | DEC | AN | FEB | MAR | APR | MAY | UN | UL | AUG | SEP | OC | O AL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Derived Physical Occupancy | 98. % | 97.5% | 97.6% | 98.8% | 98.8% | 97.2% | 97.0% | 97.3% | 97.1% | 97.6% | 96 8% | 97.1% | 96.8% | 97. % |
| Economic Occupancy (NRR/GPR) | 97.0% | 96.7% | 96.3% | 96.1% | 96.9% | 93.8% | 9 .7% | 95. % | 95.3% | 95.9% | 95 2% | 96.1% | 95.1% | 95.6% |
| Average Rent/Month/SF | 1. 13 | 1. 13 | 1. 13 | 1. 7 | 1. 7 | 1. 71 | 1. 71 | 1.510 | 1 523 | 1.60 | 1.60 | 1.662 | 1.662 | 1.519 |
| Average Expenses/Month/SF | 0. 03 | 0 396 | 1.665 | 0.521 | 0.520 | 0. 97 | 0.522 | 0.536 | 0 559 | 0.556 | 0.5 | 0.556 | 0.520 | 0.616 |

## 12 FINANCIAL DETAIL

| | | OC 2021 | NOV 2021 | DEC 2021 | AN 2022 | FEB 2022 | MAR 2022 | APR 2022 | MAY 2022 | UN 2022 | UL 2022 | AUG 2022 | SEP 2022 | OC 2022 | O AL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | R/S Change | | | | 2 % | | 1.7% | 0.0% | 2.6% | 0.9% | 5.3% | | 3.6% | | 16.5% |
| | RPS/Unit | 1 53 | 1 53 | 1 53 | 1 88 | 1 88 | 1513 | 1513 | 1552 | 1566 | 16 9 | 16 9 | 1709 | 1709 | |
| | EffRent Un t | 1,395 | 1,393 | 1,39 | 1,399 | 1, 01 | 1, 07 | 1, 28 | 1, 56 | 1, 71 | 1, 89 | 1, 98 | 1,518 | 1,537 | |
| **REVENUE** | | | | | | | | | | | | | | | |
| Loss/Gain to Leases | Rent per Schedule | 395,090 | 395,090 | 395,090 | 0 ,610 | 0 ,610 | 11, 10 | 11, 10 | 22,230 | 25,830 | 8,571 | 8 571 | 6 ,800 | 6 ,800 | 5,097,022 |
| Loss/Gain to Leases | Leases Over Schedule | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vacancy Losses | Leases Under Schedule | (15,176) | (15,028) | (13,9 1) | (22,723) | (22,23 ) | (27,187) | (21 520) | (25,180) | (2 ,879) | ( 3,716) | (39,9 1) | (50,901) | ( 6,558) | (353,810) |
| | **Gross Possible Rent** | 379 914 | 380 062 | 381 149 | 381 887 | 382 376 | 384 223 | 389 890 | 397 050 | 400 951 | 404 855 | 408 630 | 413 899 | 418 242 | 4 743 212 |
| **RENTAL LOSSES** | | | | | | | | | | | | | | | |
| Other Rental Losses | Vacancy | 6, 68 | 10,073 | 9,565 | ,77 | ,80 | 11,5 5 | 12,298 | 11, 55 | 12,321 | 10,815 | 1 ,2 8 | 13, 6 | 1 ,67 | 130,036 |
| Other Rental Losses | Administrative & Model | 1,350 | 1 350 | 1,350 | 1,385 | 1,385 | 1, 10 | 1, 10 | 1, 30 | 1, 50 | 1, 50 | 1,558 | 1,558 | 1,558 | 17,29 |
| Other Rental Losses | Bad Debt | 3,129 | (213) | 1,1 0 | 7,316 | ,2 5 | 9,575 | 5, 78 | ,291 | 026 | ,59 | 2,730 | 280 | ,150 | 7,612 |
| Other Rental Losses | Discoun s & Concess ons | 22 | 1,1 6 | 1,916 | 1,296 | 1,335 | 1, 50 | 1, 71 | 1,069 | 88 | (272) | 1,215 | 915 | 185 | 12,610 |
| Total Other Revenue | UHF Concessions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | otal Rental Losses | 11 369 | 12 356 | 13 971 | 14 772 | 11 769 | 23 980 | 20 657 | 18 244 | 18 681 | 16 587 | 19 751 | 16 218 | 20 566 | 207 553 |
| | **Net Rental Revenue** | 368,545 | 367,705 | 367,178 | 367,115 | 370,607 | 360,243 | 369,233 | 378,805 | 382,270 | 388,268 | 388,878 | 397,681 | 397,676 | 4,535,659 |
| **OTHER REVENUE** | | | | | | | | | | | | | | | |
| Total Other Revenue | App ication Fees | 850 | 1 500 | 1, 50 | 800 | 1,350 | 1,900 | 2,550 | 2,700 | 1, 50 | 2,200 | 1,700 | 800 | 600 | 19,000 |
| Total Other Revenue | Cable TV | 1,662 | 1 785 | 1,02 | 0 | 1,712 | 2,6 1 | 0 | 0 | 0 | 5,330 | 0 | 263 | 3,638 | 16,392 |
| Total Other Revenue | Corpora e Rentals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Revenue | Deposit Forfeitures | 5,0 7 | 0 7 | 7 | 6,0 | 298 | , 72 | 2,673 | 6,181 | 7 5 9 | 5,065 | 5,803 | 3,386 | 3,625 | 9,216 |
| Total Other Revenue | Equip., Facil ty, & Furn. Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Revenue | In erest Income | 6 | 8 | 7 | 8 | 9 | | 9 | 8 | 9 | 8 | 50 | 50 | 8 | 577 |
| Total Other Revenue | Laundry | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Revenue | M sc. Resident Charges | 2,3 6 | 6 881 | 6,23 | 6,133 | 5,235 | 8, 72 | 7, 53 | ,282 | 6 507 | 8,355 | 3,173 | ,3 9 | 7,696 | 7 ,769 |
| Total Other Revenue | M scellaneous Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Revenue | Non-Refundable Pet Deposits | 2, 2 | 3 8 | 2,609 | 1,758 | 1,510 | 952 | 2,25 | 2,036 | 3 686 | 2,723 | 2,521 | 2,763 | 1,765 | 28, 22 |
| Total Other Revenue | NSF & Late Fees | 2,965 | 306 | ,955 | ,230 | 1,985 | 1,3 7 | 1,823 | 2,685 | 1 955 | 2,875 | 2,985 | 2,560 | 2,655 | 3 ,361 |
| Total Other Revenue | Parking | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Personnel Expenses | Vending & Te ephone | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 76 | 0 | 76 | 0 | 0 | 952 |
| | otal Other Revenue | 15 376 | 22 412 | 16 392 | 19 014 | 12 138 | 19 828 | 16 802 | 17 932 | 21 672 | 26 595 | 16 707 | 14 171 | 20 028 | 223 690 |
| **TOTAL REVENUE** | | 383,921 | 390,117 | 383,570 | 386,129 | 382,745 | 380,070 | 386,034 | 396,738 | 403,942 | 414,863 | 405,585 | 411,852 | 417,704 | 4,759,349 |
| **EXPENSES** | | | | | | | | | | | | | | | |
| Personnel | Bonuses | 0 | 1,130 | 0 | 0 | 0 | 0 | 2,700 | 0 | 0 | 2,700 | 0 | 600 | 2,000 | 9,130 |
| Personnel | Contract Help | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Personnel | Emp oyee Apartments | 518 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Personnel | Emp oyee Recruitment | 0 | 50 | 0 | 0 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 |
| Personnel | Group Insurance | 500 | 500 | 500 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 8,500 |
| Personnel | Maintenance Salaries | 7,886 | 7 52 | 7,778 | 7,9 9 | 7,88 | 7,172 | 8,522 | 7,395 | 8 562 | 8,091 | 8,128 | 8,5 0 | 8,2 3 | 95,787 |
| Personnel | M sc. Personnel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Personnel | Office Salaries | 7,8 2 | 9 685 | 9,569 | 10,319 | 9,7 0 | 9,936 | 10,531 | 10,082 | 10,621 | 10,330 | 10,327 | 10,697 | 9,950 | 121,789 |
| Personnel | Other Payroll Taxes | 1,7 9 | 1 965 | 1,886 | 1,967 | 1,886 | 1,815 | 2,317 | 1,929 | 2,131 | 2,310 | 2,058 | 2,081 | 1,9 6 | 2 ,291 |
| Personnel | Other Salaries | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Personnel | Payroll Administration | 175 | 196 | 189 | 197 | 188 | 182 | 232 | 193 | 213 | 231 | 206 | 208 | 19 | 2, 29 |
| Personnel | Payroll Taxes - FICA | 1, 87 | 1 671 | 1,603 | 1,672 | 1,603 | 1,5 3 | 1,970 | 1,6 0 | 1 811 | 1,96 | 1,750 | 1,769 | 1,65 | 20,650 |
| Personnel | Porter/Housekeeper Sa aries | 2,178 | 2,193 | 2,28 | 2,29 | 2,289 | 2,1 9 | 2, 52 | 2,201 | 2, 77 | 2, 02 | 2,269 | 1,337 | 0 | 2 ,3 8 |
| Personnel | Worker's Comp | 557 | 626 | 602 | 627 | 602 | 578 | 739 | 615 | 680 | 737 | 657 | 663 | 621 | 7,7 7 |
| | O AL PERSONNEL EXP | 22 892 | 25 540 | 24 411 | 25 774 | 24 993 | 24 125 | 30 213 | 24 805 | 27 245 | 29 515 | 26 146 | 26 645 | 25 358 | 314 771 |
| Management Fees | Management Company | 10 752 | 10 798 | 10 759 | 10 754 | 11 386 | 11 059 | 10 993 | 10 876 | 11 351 | 11 760 | 11 494 | 11 606 | 11 689 | 134 525 |
| Admin strative | Administrative Forms | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Admin strative | Computer Lease | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Admin strative | Computer Supp ies/Maint. | 237 | 0 | 0 | 237 | 0 | 0 | 0 | 237 | 0 | 237 | 0 | 0 | 0 | 710 |
| Admin strative | Copier & Printing | 257 | 220 | 260 | 220 | 329 | 271 | 220 | 335 | 220 | 220 | 220 | 220 | 220 | 2,951 |
| Admin strative | Credit Co lection/Evict on | 512 | 1 596 | 1, 0 | 12 | 1, 36 | 12 | 12 | 1,326 | 556 | 1,572 | 2,171 | 2,358 | 556 | 1 ,213 |
| Admin strative | Dues & Subscriptions | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| Admin strative | Emp oyee Relat ons | 32 | 111 | 87 | (117) | 87 | 0 | 0 | 5 | 0 | 0 | 0 | 55 | 0 | 1,055 |
| Admin strative | L censes/Permits Fees | 2,008 | 866 | 87 | 2,569 | 1,579 | 907 | 850 | 872 | 866 | 866 | 87 | 809 | 232 | 12,167 |
| Admin strative | M sc. Admin strative | 77 | 91 | 2 | 72 | 1 | 71 | 9 | 502 | 576 | 392 | 91 | 391 | 288 | 5,389 |
| Admin strative | Office Furniture Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Admin strative | Office Suppl es | 186 | 81 | 30 | 0 | 83 | 35 | 23 | 111 | 193 | 88 | 0 | 135 | 0 | 778 |
| Admin strative | Petty Cash Exp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Admin strative | Postage & Fre ght | 235 | 238 | 2 | 262 | 281 | 277 | 272 | 253 | 30 | 269 | 277 | 29 | 233 | 3,205 |
| Admin strative | Professional Fees | 0 | 0 | 0 | 0 | 0 | 750 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 750 |
| Admin strative | Site Travel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 193 | 0 | 0 | 0 | 0 | 193 |
| Admin strative | Te ephone & Answ. Svc. | 865 | 707 | 672 | 688 | 680 | 668 | 667 | 670 | 689 | 678 | 698 | 882 | 666 | 8,36 |
| Admin strative | Training & Seminars | 17 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 150 | 1, 07 |
| | O AL ADMIN EXP | 4 982 | 4 425 | 4 897 | 5 321 | 5 030 | 3 905 | 3 007 | 4 466 | 3 710 | 4 436 | 4 846 | 5 258 | 2 345 | 51 646 |
| Leasing | Advertising | 2,090 | 2 236 | 2,201 | 2, 07 | 2, 09 | 2, 07 | 2, 07 | 2,298 | 2 298 | 2,298 | 2,298 | 2,365 | 2,232 | 27,859 |
| Leasing | Brochures & Re ated | 99 | 0 | 50 | 0 | 700 | 51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 801 |
| Leasing | Leasing Comm ss ons | 1,525 | 1 300 | 1,325 | 1,300 | 1,0 0 | 910 | 1,5 5 | 1,755 | 2 015 | 2,1 5 | 2,1 5 | 1,950 | 1, 30 | 18,860 |
| Leasing | Locator Commissions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 250 | 0 | 250 |
| Leasing | Model & Related | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Leasing | Project Promotions | 60 | 300 | 151 | 135 | 298 | 189 | 135 | 527 | 135 | 985 | 1 5 | 210 | 322 | 3,532 |
| Leasing | Referral Fees | 250 | 0 | 0 | 0 | 0 | 0 | 250 | 0 | 0 | 0 | 0 | 0 | 0 | 250 |
| | O AL LEASING EXP | 4 424 | 3 836 | 3 727 | 3 843 | 4 447 | 3 557 | 4 337 | 4 580 | 4 449 | 5 428 | 4 589 | 4 776 | 3 983 | 51 552 |
| Ut lity | Electric Reimbursement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ut lity | Electricity - House Meters | 2,06 | 2 262 | 1,972 | 1,807 | 2,262 | 2,250 | 2,392 | 2,120 | 2,100 | 1,876 | 2,027 | 1,79 | 90 | 22,952 |
| Ut lity | Electricity - Vacant/Model | 829 | ( 51) | 2 2 | 209 | (158) | 0 | 76 | 22 | 3 3 | 92 | 338 | (3) | 266 | 1,577 |
| Ut lity | GAS & OIL - VACANT / MODEL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ut lity | Gas & Oil Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ut lity | Gas Reimbursement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ut lity | M sc. Ut lity Charges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ut lity | VCR-Vacant Elec Bil ing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ut lity | Res dent B lling Expense | 835 | 925 | 925 | 90 | 925 | 925 | 932 | 911 | 925 | 90 | 918 | 897 | 911 | 11,003 |
| Ut lity | Sewer Expense | ,5 7 | 3 37 | 3,76 | 3,792 | ,857 | 3,7 5 | ,191 | 3,8 5 | 029 | ,290 | 3,965 | 3,827 | ,171 | 7,850 |
| Ut lity | Util ty Connect on Charges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ut lity | Other Util ty Reimbursement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ut lity | Water - Irrigat on | 1,579 | 311 | 01 | 30 | 69 | 339 | 5 0 | 592 | 821 | 98 | 2,229 | 3, 75 | 3,575 | 13,55 |
| Ut lity | Water - Vacant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ut lity | Water Expense | 3,596 | 2 377 | 2,69 | 2,722 | 3,8 6 | 2,676 | 3,117 | 2,775 | 2 957 | 3,6 2 | 2,893 | 2,826 | 3,097 | 35,619 |
| Ut lity | Water/Sewer Reimbursements | (5,536) | (7,062) | (6, 32) | (6,583) | (6,218) | (7,789) | (6,712) | (6,008) | (6,216) | (5,70 ) | (6,302) | (6,792) | (7,589) | (79, 08) |
| | O AL U ILI Y EXP | 7 914 | 1 735 | 3 565 | 3 155 | 5 983 | 2 146 | 4 936 | 4 458 | 4 959 | 5 597 | 6 068 | 6 024 | 4 520 | 53 147 |
| Service | Cable TV & Antenna | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service | Clubhouse Furniture Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service | Corpora e Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service | Elevator Maintenance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service | Equipment Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ####### | ####### | ####### | ####### | ####### | ####### | ####### | ####### | ####### | ####### | ####### | ####### | ####### |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (15,176) | (15,028) | (13,9 1) | (22,723) | (22,23 ) | (27,187) | (21,520) | (25,180) | (2 ,879) | ( 3,716) | (39,9 1) | (50,901) | ( 6,558) |
| (6, 68) | (10,073) | (9,565) | ( ,77 ) | ( ,80 ) | (11,5 5) | (12,298) | (11, 55) | (12,321) | (10,815) | (1 ,2 8) | (13, 6 ) | (1 ,67 ) |
| (1,350) | (1,350) | (1,350) | (1,385) | (1,385) | (1, 10) | (1, 10) | (1, 30) | (1, 50) | (1, 50) | (1,558) | (1,558) | (1,558) |
| (3,129) | 213 | (1,1 0) | (7,316) | ( ,2 5) | (9,575) | (5, 78) | ( ,291) | ( ,026) | ( ,59 ) | (2,730) | (280) | ( ,150) |
| ( 22) | (1,1 6) | (1,916) | (1,296) | (1,335) | (1, 50) | (1, 71) | (1,069) | (88 ) | 272 | (1,215) | (915) | (185) |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 850 | 1,500 | 1, 50 | 800 | 1,350 | 1,900 | 2,550 | 2,700 | 1, 50 | 2,200 | 1,700 | 800 | 600 |
| 1,662 | 1,785 | 1,02 | 0 | 1,712 | 2,6 1 | 0 | 0 | 0 | 5,330 | 0 | 263 | 3,638 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5,0 7 | 0 7 | 7 | 6,0 | 298 | , 72 | 2,673 | 6,181 | 7,5 9 | 5,065 | 5,803 | 3,386 | 3,625 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | 8 | 7 | 8 | 9 | | 9 | 8 | 9 | 8 | 50 | 50 | 8 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2,3 6 | 6 881 | 6,23 | 6,133 | 5,235 | 8, 72 | 7, 53 | ,282 | 6,507 | 8,355 | 3,173 | ,3 9 | 7,696 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2, 2 | 3 8 | 2,609 | 1,758 | 1,510 | 952 | 2,25 | 2,036 | 3,686 | 2,723 | 2,521 | 2,763 | 1,765 |
| 2,965 | 306 | ,955 | ,230 | 1,985 | 1,3 7 | 1,823 | 2,685 | 1,955 | 2,875 | 2,985 | 2,560 | 2,655 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 76 | 0 | 76 | 0 | 0 |
| 0 | (1,130) | 0 | 0 | 0 | 0 | (2,700) | 0 | 0 | (2,700) | 0 | (600) | (2,000) |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (518) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | (50) | 0 | 0 | (50) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (500) | (500) | (500) | (750) | (750) | (750) | (750) | (750) | (750) | (750) | (750) | (750) | (750) |
| (7,886) | (7 52 ) | (7,778) | (7,9 9) | (7,88 ) | (7,172) | (8,522) | (7,395) | (8,562) | (8,091) | (8,128) | (8,5 0) | (8,2 3) |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (7,8 2) | (9 685) | (9,569) | (10,319) | (9,7 0) | (9,936) | (10,531) | (10,082) | (10,621) | (10,330) | (10,327) | (10,697) | (9,950) |
| (1,7 9) | (1 965) | (1,886) | (1,967) | (1,886) | (1,815) | (2,317) | (1,929) | (2,131) | (2,310) | (2,058) | (2,081) | (1,9 6) |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (175) | (196) | (189) | (197) | (188) | (182) | (232) | (193) | (213) | (231) | (206) | (208) | (19 ) |
| (1, 87) | (1 671) | (1,603) | (1,672) | (1,603) | (1,5 3) | (1,970) | (1,6 0) | (1,811) | (1,96 ) | (1,750) | (1,769) | (1,65 ) |
| (2,178) | (2,193) | (2,28 ) | (2,29 ) | (2,289) | (2,1 9) | (2, 52) | (2,201) | (2, 77) | (2, 02) | (2,269) | (1,337) | 0 |
| (557) | (626) | (602) | (627) | (602) | (578) | (739) | (615) | (680) | (737) | (657) | (663) | (621) |
| (10,752) | (10,798) | (10,759) | (10,75 ) | (11,386) | (11,059) | (10,993) | (10,876) | (11,351) | (11,760) | (11, 9 ) | (11,606) | (11,689) |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (237) | 0 | 0 | (237) | 0 | 0 | 0 | (237) | 0 | (237) | 0 | 0 | 0 |
| (257) | (220) | (260) | (220) | (329) | (271) | (220) | (335) | (220) | (220) | (220) | (220) | (220) |
| (512) | (1 596) | (1, 0 ) | ( 12) | (1, 36) | ( 12) | ( 12) | (1,326) | (556) | (1,572) | (2,171) | (2,358) | (556) |
| 0 | 0 | 0 | ( 6 ) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (32) | (111) | (87 ) | 117 | (87) | 0 | 0 | ( 5) | 0 | 0 | 0 | (55) | 0 |
| (2,008) | (866) | (87 ) | (2,569) | (1,579) | (907) | (850) | (872) | (866) | (866) | (87 ) | (809) | (232) |
| ( 77) | ( 91) | ( 2 ) | ( 72) | ( 1) | ( 71) | ( 9) | (502) | (576) | (392) | ( 91) | (391) | (288) |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (186) | (81) | (30) | 0 | (83) | (35) | (23) | (111) | (193) | (88) | 0 | (135) | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (235) | (238) | (2 ) | (262) | (281) | (277) | (272) | (253) | (30 ) | (269) | (277) | (29 ) | (233) |
| 0 | 0 | 0 | 0 | 0 | (750) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (193) | 0 | 0 | 0 | 0 |
| (865) | (707) | (672) | (688) | (680) | (668) | (667) | (670) | (689) | (678) | (698) | (882) | (666) |
| (17 ) | (11 ) | (11 ) | (11 ) | (11 ) | (11 ) | (11 ) | (11 ) | (11 ) | (11 ) | (11 ) | (11 ) | (150) |
| (2,090) | (2 236) | (2,201) | (2, 07) | (2, 09) | (2, 07) | (2, 07) | (2,298) | (2,298) | (2,298) | (2,298) | (2,365) | (2,232) |
| (99) | 0 | (50) | 0 | (700) | (51) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (1,525) | (1 300) | (1,325) | (1,300) | (1,0 0) | (910) | (1,5 5) | (1,755) | (2,015) | (2,1 5) | (2,1 5) | (1,950) | (1, 30) |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (250) | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ( 60) | (300) | (151) | (135) | (298) | (189) | (135) | (527) | (135) | (985) | (1 5) | (210) | (322) |
| (250) | 0 | 0 | 0 | 0 | 0 | (250) | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (2,06 ) | (2,262) | (1,972) | (1,807) | (2,262) | (2,250) | (2,392) | (2,120) | (2,100) | (1,876) | (2,027) | (1,79 ) | (90) |
| (829) | 51 | (2 2) | (209) | 158 | 0 | ( 76) | (22 ) | (3 3) | (92) | (338) | 3 | (266) |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (835) | (925) | (925) | (90 ) | (925) | (925) | (932) | (911) | (925) | (90 ) | (918) | (897) | (911) |
| ( ,5 7) | (3,37 ) | (3,76 ) | (3,792) | ( ,857) | (3,7 5) | ( ,191) | (3,8 5) | ( ,029) | ( ,290) | (3,965) | (3,827) | ( ,171) |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (1,579) | (311) | ( 01) | (30 ) | ( 69) | (339) | (5 0) | (592) | (821) | ( 98) | (2,229) | (3, 75) | (3,575) |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (3,596) | (2,377) | (2,69 ) | (2,722) | (3,8 6) | (2,676) | (3,117) | (2,775) | (2,957) | (3,6 2) | (2,893) | (2,826) | (3,097) |
| 5,536 | 7,062 | 6, 32 | 6,583 | 6,218 | 7,789 | 6,712 | 6,008 | 6,216 | 5,70 | 6,302 | 6,792 | 7,589 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Service | Fire Protect on | 115 | 120 | 173 | 0 | 120 | 0 | 0 | 120 | 82 | 0 | 120 | 26 | 80 | 8 1 |
| Service | Grounds Contract | ,716 | 716 | ,716 | ,716 | ,716 | ,716 | ,716 | ,716 | 716 | ,716 | ,716 | ,716 | ,716 | 56,597 |
| Service | Hallway Cleaning | 0 | 180 | 0 | 6 | 150 | 300 | 150 | 50 | 0 | 300 | 150 | 300 | 210 | 2,95 |
| Service | M sc. Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service | Pest Control | 286 | 389 | 286 | 286 | 287 | 316 | 386 | 158 | 163 | 0 | 526 | 1,067 | 0 | ,7 3 |
| Service | Pest Control Reimbursement | (1, 3 ) | (1,52 ) | (1, 82) | (1, 52) | (1,52 ) | (1,506) | (1,593) | (1, 3 ) | (1, 0 ) | (1,3 ) | (1, 58) | (1, 58) | (1, 70) | (17,6 9) |
| Service | Pool C eaning | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service | Security Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,265 | 883 | 883 | 883 | 883 | 883 | 5,677 |
| Service | Sweeping/Snow Removal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service | Trash Reimbursement | (1,899) | (2,052) | (2,039) | (1,922) | (2,022) | (2,077) | (2,030) | (1,953) | (1,876) | (1,8 0) | (1,960) | (1,9 3) | (1,939) | (23,653) |
| Service | Trash Removal | 2,276 | 3, 30 | 2,656 | 2,656 | 2,656 | 300 | 885 | 885 | 1,991 | 2,656 | 1,759 | 2,156 | 2,656 | 27,039 |
| Service | Uniform Serv ce | 300 | 27 | 0 | 13 | 0 | 300 | (0) | 0 | 0 | 0 | 0 | 0 | 0 | 7 0 |
| Service | Veh cle Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **O AL SERVICE EXP** | **4 361** | **5 685** | **4 310** | **4 761** | **4 383** | **4 705** | **2 514** | **4 207** | **4 855** | **5 811** | **4 736** | **5 746** | **5 576** | **57 289** |
| C&D | Carpet Cleaning | 0 | 9 | 1,635 | 1,725 | 672 | 296 | 713 | 92 | 2, 5 | 1,501 | 517 | 1,508 | 902 | 12,887 |
| C&D | Carpet Dyeing & Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 325 | 0 | 325 |
| C&D | Contract Cleaning & Supplies | 2,678 | 196 | 2, 5 | 1,262 | 1,522 | 905 | 1,0 0 | 1,9 1 | 3 087 | 2,210 | 1,80 | 1,220 | 1,726 | 19,366 |
| C&D | Contract Painting | 0 | 3,116 | 0 | 0 | 0 | 7 0 | 5 5 | 3,150 | 1 377 | 1,031 | 2,521 | 0 | 0 | 12, 82 |
| C&D | Drapes/Blinds Cleaning/Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C&D | Occupancy Inspections | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C&D | Other In erior Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C&D | Paint Supp ies | 196 | 310 | 3 | 0 | 391 | 56 | 36 | 1,181 | 228 | 35 | 26 | 1,0 0 | 197 | 5,398 |
| C&D | Sheetrock Repair | 0 | 0 | 0 | 615 | 0 | 2 | 5 | 0 | 639 | 0 | 0 | 15 | 0 | 1,566 |
| C&D | Wa lcovering | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **O AL C&D EXP** | **2 875** | **3 671** | **4 523** | **3 602** | **2 585** | **2 749** | **2 789** | **7 196** | **7 775** | **5 096** | **5 106** | **4 108** | **2 825** | **52 025** |
| R&M | App iance Repair & Suppl es | 137 | 777 | 271 | 1,230 | 553 | 657 | 899 | 1,1 0 | 2 223 | 0 | 188 | 633 | 1,050 | 9,622 |
| R&M | Balcony & S airway | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| R&M | Carpentry Supp ies | 186 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| R&M | Clubhouse & Amen ty Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| R&M | Electrical Repair & Suppl es | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 89 | 100 | 0 | 106 | 13 | 0 | 311 |
| R&M | Grounds Maintenance Supplies | 0 | 5 | 0 | 21 | 0 | 0 | 0 | 132 | 272 | 0 | 197 | 373 | 216 | 1, 08 |
| R&M | Hardware Supplies | 0 | 107 | 7 | 2 | 20 | 151 | 9 | 0 | 103 | 68 | 0 | 52 | (0) | 639 |
| R&M | HVAC Repair & Suppl es | 139 | 179 | 292 | 869 | 232 | 76 | 0 | 355 | 520 | 60 | 1,098 | 1,578 | 399 | 5,657 |
| R&M | L ght Bulbs & Fixtures | 0 | 65 | 220 | 18 | 0 | 0 | 0 | (0) | 15 | 0 | 102 | 705 | 115 | 1,80 |
| R&M | Locks & Keys | 73 | 0 | 207 | 0 | 0 | 7 | 0 | 36 | 0 | 0 | 0 | 101 | 25 | 0 |
| R&M | Mirrors, Glass, & Screens | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| R&M | M sc. Maintenance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| R&M | Other Exterior Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| R&M | Parking Lot/Sidewalk Repair | 62 | 20 | 0 | 0 | 0 | 62 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 82 |
| R&M | Plumbing Repair & Supplies | 98 | 0 | 189 | 123 | 139 | 0 | 102 | 8 | 127 | 133 | 39 | 368 | 175 | 1,83 |
| R&M | Pool Repair & Supplies | 396 | 523 | 36 | 36 | 36 | 36 | 726 | 726 | 1,195 | 88 | 290 | 777 | 82 | 7,3 7 |
| R&M | Roof Repair & Supp ies | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 250 | 0 | 0 | 0 | 0 | 250 |
| R&M | Sprinkler System | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **O AL R&M EXP** | **1 091** | **1 676** | **1 669** | **3 098** | **1 380** | **1 456** | **1 791** | **2 562** | **5 206** | **1 145** | **2 375** | **4 599** | **2 462** | **29 419** |
| Property Taxes | Real Estate Taxes | 5,172 | 5,172 | 399,393 | 76,931 | 76,931 | 76,931 | 76,931 | 76,931 | 76,931 | 76,931 | 76,931 | 76,931 | 76,931 | 1,213,875 |
| Property Insurance | Property Insurance | 8,327 | 8 327 | 8,327 | 8,327 | 8,327 | 8,327 | 8,327 | 9,7 0 | 9 7 0 | 9,7 0 | 9,7 0 | 9,7 0 | 9,7 0 | 108, 05 |
| | **Total Operating Exp** | **112,789** | **110,865** | **465,580** | **145,566** | **145,444** | **138,961** | **145,838** | **149,822** | **156,223** | **155,459** | **152,031** | **155,433** | **145,429** | **2,066,653** |
| | **NET OPERATING INCOME** | **271,132** | **279,252** | **(82,010)** | **240,563** | **237,301** | **241,110** | **240,196** | **246,915** | **247,719** | **259,404** | **253,554** | **256,419** | **272,274** | **2,692,696** |

**REPLACEMEN S**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Recurring Repl | App iances | 0 | 0 | 1,89 | 0 | 2,559 | 2,521 | 1,332 | 2,020 | 819 | 789 | 0 | 1,705 | 0 | 13,638 |
| Recurring Repl | Carpets | 2,079 | 3 279 | 1,388 | 3,623 | 61 | 1,7 6 | ,219 | 3,765 | 7 3 | 1, 06 | 3,123 | 3,085 | 53 | 27,525 |
| Recurring Repl | Drapes & Blinds | 0 | 0 | 6 0 | 0 | 0 | 0 | 0 | 817 | 0 | 0 | 0 | 2,0 8 | 0 | 3,50 |
| Recurring Repl | Indiv dual Water Heaters | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **O AL RECURRING REPL** | **2 079** | **3 279** | **3 921** | **3 623** | **3 173** | **4 267** | **5 551** | **6 602** | **1 562** | **2 196** | **3 123** | **6 838** | **534** | **44 667** |
| Non-Recurring Repl | Aud t Fee | 0 | 0 | 0 | 3,750 | 0 | ,050 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,800 |
| Non-Recurring Repl | Boi ers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Carpentry/Siding/Gutters | 793 | 771 | 0 | 0 | 0 | 06 | 0 | 0 | 0 | 88 | 0 | 0 | 0 | 2,061 |
| Non-Recurring Repl | City Inspection/Mu ti-family License fee | 0 | 0 | 0 | 0 | 0 | 26,928 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26,928 |
| Non-Recurring Repl | Clubroom and Of ice Upgrades | 0 | 260 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 260 |
| Non-Recurring Repl | Concrete Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,789 | 0 | 0 | 0 | 0 | 3,789 |
| Non-Recurring Repl | Constr. Mgmt. Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Down Units | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Electrical | 920 | 1, 61 | 0 | 0 | 0 | 0 | 210 | 0 | 7 8 | 0 | 0 | 00 | 62 | 2,881 |
| Non-Recurring Repl | Elevator inspection and repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Exterior Painting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Fire & S orm Damage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Fire A arm System Inspection and related repa | 6,196 | 1 930 | 230 | 1,630 | 7,512 | 0 | 270 | 0 | 59 | 0 | 0 | 13,382 | 00 | 25,813 |
| Non-Recurring Repl | Foundat on Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,2 9 |
| Non-Recurring Repl | Gate Repairs and Supp ies | 300 | 336 | 928 | 300 | 0 | 300 | 0 | 399 | 300 | 2,687 | 0 | 0 | 0 | 5,370 |
| Non-Recurring Repl | HVAC | 0 | 0 | 0 | 0 | 1,375 | 1,925 | 530 | 1,129 | 10 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Insurance Adjuster Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Insured Loss Recovery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Landscaping | 35 | 2 02 | 0 | 5, 70 | 20,001 | 3 ,0 0 | 0 | 15,886 | 50,857 | 958 | 0 | 0 | 500 | 129,737 |
| Non-Recurring Repl | L abi ity Claim | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Major Exterior Repairs | 0 | 0 | 0 | 800 | 0 | 66 | 0 | 81 | 0 | 0 | 0 | 0 | 0 | 9 7 |
| Non-Recurring Repl | Major Pest Control Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Masonry, Bricks, Stucco, E c. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Monument/Direct onal Signage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | New Computer and peripherals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Other Non-Recurring | 0 | 1,125 | 0 | 5,860 | 0 | 0 | 0 | 3 9 | 0 | 6,8 0 | 1,033 | 0 | 0 | 15,207 |
| Non-Recurring Repl | Ownersh p Level Expenses | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 130 |
| Non-Recurring Repl | Paving & Parking Lot | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (3,815) | 0 | 0 | 0 | 0 | 0 | (3 815) |
| Non-Recurring Repl | Plumbing | 0 | 0 | 2,206 | 0 | 1,508 | 0 | 2, 85 | 0 | 0 | 279 | 0 | 0 | 0 | 6, 78 |
| Non-Recurring Repl | Pool & Equip. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 88 | 88 |
| Non-Recurring Repl | Pool Furniture | 0 | 0 | 0 | 0 | 0 | 0 | 1,959 | 0 | 0 | 0 | 0 | 0 | 0 | 1,959 |
| Non-Recurring Repl | REAC Inspection related Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Recreational Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 108 | 0 | 0 | 108 |
| Non-Recurring Repl | Roof Rep acement/Over ay | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | , 15 | 0 | , 15 |
| Non-Recurring Repl | Social Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Supervisory Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Tax Credit re ated expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 173 | ,068 | 66 | 0 | 0 |
| Non-Recurring Repl | Unit Upgrades | 0 | 1,797 | 0 | 99 | 0 | 301 | 1,601 | 165 | 0 | 0 | 0 | 0 | 1,510 | 10,675 |
| | **O AL NON RECURRING REPL** | **8 562** | **9 705** | **3 363** | **18 846** | **30 395** | **68 017** | **7 100** | **14 236** | **52 775** | **15 610** | **5 209** | **18 263** | **2 960** | **246 479** |
| Net Reserve Activity | Repair Escrow Exp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Reserve Activity | Repair Escrow Reimb. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Reserve Activity | Repl. Reserve Exp. | 6,800 | 6 800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6 800 | 6,800 | 6,800 | 6,800 | 6,800 | 81,600 |
| Net Reserve Activity | Repl. Reserve Reimb. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **O AL NE RESERVE AC IVI Y** | **6 800** | **6 800** | **6 800** | **6 800** | **6 800** | **6 800** | **6 800** | **6 800** | **6 800** | **6 800** | **6 800** | **6 800** | **6 800** | **81 600** |
| | **Cash Flow Before Debt** | **253,691** | **259,468** | **(96,095)** | **211,294** | **196,933** | **162,026** | **220,745** | **219,277** | **186,583** | **234,799** | **238,422** | **224,518** | **261,981** | **2,319,950** |
| | *TOT DEBT SVCE* | 156,6 0 | 156,6 0 | 156,6 0 | 156,6 0 | 156,6 0 | 156,6 0 | 156,6 0 | 156,6 0 | 156,6 0 | 1 9,256 | 1 9 256 | 1 9 256 | 1 9 256 | 1,850,144 |
| | **CASH FLOW** | **9 ,051** | **102,828** | **(252, 35)** | **54,654** | **40,293** | **5,386** | **64,105** | **62,63** | **29,943** | **85,543** | **89,166** | **5,262** | **112, 25** | **469,806** |

(115) (120) (173) 0 (120) 0 0 (120) (82) 0 (120) (26) (80)
( ,716) ( ,716) ( ,716) ( ,716) ( ,716) ( ,716) ( ,716) ( ,716) ( ,716) ( ,716) ( ,716) ( ,716) ( ,716)
0 (180) 0 ( 6) (150) (300) (150) ( 50) (300) (300) (150) (300) (210)
0 0 0 0 0 0 0 0 0 0 0 0 0
(286) (389) (286) (286) (287) (316) (386) (158) (163) ( 0) (526) (1,067) ( 0)
1, 3 1,52 1, 82 1, 52 1,52 1,506 1,593 1, 3 1, 0 1,3 1, 58 1, 58 1, 70
0 0 0 0 0 0 0 0 0 0 0 0 0
0 0 0 0 0 0 0 (1,265) (883) (883) (883) (883) (883)
0 0 0 0 0 0 0 0 0 0 0 0 0
1,899 2,052 2,039 1,922 2,022 2,077 2,030 1,953 1,876 1,8 0 1,960 1,9 3 1,939
(2,276) (3, 30) (2,656) (2,656) (2,656) (300) (885) (885) (1,991) (2,656) (1,759) (2,156) (2,656)
(300) ( 27) 0 (13) 0 (300) (0) 0 0 0 0 0 0
0 0 0 0 0 0 0 0 0 0 0 0 0

App. 768

| Multifamily Performance Summary | | | | | | | | | | | | | 08-Nov-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROPERTY NAME: | **PARC AT WINDMILL FARMS** | | | | | | | | | | | | 03:03 PM |
| City | FORNEY | | | | | | | | | | | | |
| State | TX | | | | | | | | | | | | Page 3 of 6 |
| Total Units | 272 | Average Unit Size: | 1,028 Sq. Ft. | | | | | | | | | | |
| Total Square Feet | 279,648 | Mgmt. Co.: ALL | | | | | | | | | | | |

| ACTUAL | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Derived Physical Occupancy | 86.9% | 92.5% | 93.6% | 96.8% | 99.2% | 98.9% | 99.2% | 98.8% | 97.0% | 97.9% | 96.8% | 98.8% | 98.4% | 97.3% |
| Economic Occupancy (NRR/GPR) | 81.2% | 86.4% | 88.6% | 92.3% | 98.0% | 98.1% | 98.7% | 98.2% | 95.9% | 96.8% | 94.8% | 98.4% | 97.0% | 95.3% |
| Average Rent/Month/SF | 1.273 | 1.273 | 1.273 | 1.293 | 1.293 | 1.332 | 1.358 | 1.358 | 1.362 | 1.362 | 1.396 | 1.413 | 1.413 | 1.344 |
| Average Expenses/Month/SF | | | | | | | | | | | | | | 0.000 |

## 12 FINANCIAL DETAIL

| | | OCT 2020 | NOV 2020 | DEC 2020 | JAN 2021 | FEB 2021 | MAR 2021 | APR 2021 | MAY 2021 | JUN 2021 | JUL 2021 | AUG 2021 | SEP 2021 | OCT 2021 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RIS Change | | | | 1.5% | | 3.1% | 1.9% | 0.0% | 0.3% | | 2.5% | 1.2% | 0.0% | 10.5% |
| | RPS/Unit | 1309 | 1309 | 1309 | 1329 | 1329 | 1370 | 1397 | 1397 | 1400 | 1400 | 1435 | 1453 | 1453 | |
| | EffRent/Unit | 1,232 | 1,239 | 1,240 | 1,278 | 1,299 | 1,306 | 1,334 | 1,314 | 1,338 | 1,351 | 1,367 | 1,378 | 1,395 | |
| | ACTUAL | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | TOTAL |

**REVENUE**

| | | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loss/Gain to Leases | Rent per Schedule | 356,050 | 356,050 | 356,050 | 361,490 | 361,490 | 372,610 | 379,850 | 379,850 | 380,930 | 380,930 | 390,370 | 395,090 | 395,090 | 4,509,800 |
| Loss/Gain to Leases | Leases Over Schedule | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vacancy Losses | Leases Under Schedule | (3,443) | (2,688) | (4,139) | (4,275) | (5,140) | (16,948) | (20,727) | (21,495) | (16,285) | (12,985) | (17,890) | (20,989) | (15,176) | (158,737) |
| | **Gross Possible Rent** | 352,607 | 353,362 | 351,911 | 357,215 | 356,350 | 355,662 | 359,123 | 358,356 | 364,645 | 367,945 | 372,480 | 374,101 | 379,914 | 4,351,063 |

**RENTAL LOSSES**

| | | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other Rental Losses | Vacancy | 46,584 | 26,656 | 22,911 | 11,444 | 2,905 | 4,222 | 3,139 | 4,603 | 11,609 | 7,880 | 13,212 | 4,766 | 6,468 | 119,816 |
| Other Rental Losses | Administrative & Model | 1,210 | 1,210 | 1,210 | 1,230 | 1,230 | 1,270 | 1,290 | 1,290 | 1,290 | 1,290 | 1,330 | 1,330 | 1,350 | 15,320 |
| Other Rental Losses | Bad Debt | 960 | 3,750 | 1,503 | 5,392 | (67) | 840 | 3,886 | (615) | 1,566 | 1,967 | 4,304 | 570 | 3,129 | 26,225 |
| Other Rental Losses | Discounts & Concessions | 17,469 | 16,386 | 14,503 | 9,551 | 2,933 | 518 | (3,696) | 1,046 | 658 | 581 | 564 | (592) | 422 | 42,873 |
| Total Other Revenue | UHF Concessions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Total Rental Losses** | 66,223 | 48,002 | 40,127 | 27,617 | 7,001 | 6,850 | 4,619 | 6,324 | 15,123 | 11,718 | 19,410 | 6,074 | 11,369 | 204,234 |
| | **Net Rental Revenue** | 286,384 | 305,360 | 311,785 | 329,598 | 349,349 | 348,812 | 354,504 | 352,031 | 349,522 | 356,227 | 353,070 | 368,027 | 368,545 | 4,146,829 |

**OTHER REVENUE**

| | | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Other Revenue | Application Fees | 1,800 | 1,250 | 1,150 | 1,350 | 1,450 | 600 | 1,400 | 1,550 | 2,250 | 1,900 | 1,900 | 1,500 | 850 | 17,150 |
| Total Other Revenue | Cable TV | 0 | 0 | 0 | 0 | 74,189 | 1,086 | 1,641 | 1,693 | 1,004 | 1,653 | 1,723 | 958 | 1,662 | 85,609 |
| Total Other Revenue | Corporate Rentals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Revenue | Deposit Forfeitures | 1,850 | 3,736 | 3,896 | 3,675 | 2,722 | 1,669 | 2,057 | 1,925 | 2,153 | 6,078 | 6,470 | 4,796 | 5,047 | 44,222 |
| Total Other Revenue | Equip., Facility, & Furn. Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Revenue | Interest Income | 0 | 0 | 0 | 7 | 76 | 69 | 77 | 56 | 58 | 56 | 58 | 58 | 64 | 579 |
| Total Other Revenue | Laundry | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Revenue | Misc. Resident Charges | 5,355 | 3,144 | 4,063 | 4,125 | 2,280 | 1,027 | 4,559 | 1,269 | 1,992 | 2,670 | 2,387 | 7,126 | 2,346 | 36,989 |
| Total Other Revenue | Miscellaneous Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Revenue | Non-Refundable Pet Deposits | 2,320 | 3,023 | 954 | 1,955 | 1,956 | 2,202 | 3,810 | 1,956 | 1,858 | 3,082 | 2,847 | 2,409 | 2,442 | 28,492 |
| Total Other Revenue | NSF & Late Fees | 2,290 | 2,220 | 3,680 | 2,695 | 2,760 | 3,150 | 1,730 | 3,060 | 2,915 | 4,680 | 3,970 | 3,745 | 2,965 | 37,570 |
| Total Other Revenue | Parking | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Personnel Expenses | Vending & Telephone | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Total Other Revenue** | 13,615 | 13,373 | 13,743 | 13,807 | 85,434 | 9,803 | 15,273 | 11,509 | 12,229 | 20,118 | 19,355 | 20,592 | 15,376 | 250,613 |
| | **TOTAL REVENUE** | 299,999 | 318,733 | 325,527 | 343,405 | 434,784 | 358,615 | 369,776 | 363,541 | 361,751 | 376,345 | 372,425 | 388,619 | 383,921 | 4,397,441 |

**EXPENSES**

| | | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Personnel | Bonuses | 0 | 3,000 | 1,500 | 0 | 0 | 0 | 2,000 | 0 | 0 | 3,000 | 0 | 0 | 0 | 9,500 |
| Personnel | Contract Help | 0 | 0 | 960 | 115 | 300 | 225 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,600 |
| Personnel | Employee Apartments | 1,273 | 674 | 766 | 498 | 301 | 268 | 268 | 87 | 210 | 794 | 242 | 518 | 518 | 5,143 |
| Personnel | Employee Recruitment | 113 | 0 | 0 | 0 | 110 | 221 | 10 | 0 | 0 | 50 | 108 | 0 | 0 | 500 |
| Personnel | Group Insurance | 250 | 250 | 250 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 5,500 |
| Personnel | Maintenance Salaries | 5,945 | 5,730 | 6,195 | 6,193 | 5,900 | 5,600 | 6,554 | 5,956 | 6,213 | 6,016 | 5,276 | 6,823 | 7,886 | 74,340 |
| Personnel | Misc. Personnel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Personnel | Office Salaries | 9,290 | 9,848 | 10,188 | 10,578 | 8,304 | 8,848 | 10,433 | 10,652 | 9,751 | 9,766 | 9,675 | 10,362 | 7,842 | 116,248 |
| Personnel | Other Payroll Taxes | 1,525 | 1,834 | 1,748 | 1,663 | 1,561 | 2,116 | 2,030 | 1,782 | 1,768 | 2,080 | 1,737 | 1,967 | 1,749 | 22,035 |
| Personnel | Other Salaries | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Personnel | Payroll Administration | 152 | 184 | 175 | 166 | 156 | 212 | 203 | 178 | 177 | 208 | 173 | 196 | 175 | 2,203 |
| Personnel | Payroll Taxes - FICA | 1,295 | 1,559 | 1,486 | 1,413 | 1,327 | 1,799 | 1,726 | 1,515 | 1,503 | 1,768 | 1,476 | 1,672 | 1,487 | 18,731 |
| Personnel | Porter/Housekeeper Salaries | 0 | 0 | 0 | 0 | 1,619 | 2,125 | 2,347 | 2,142 | 2,359 | 2,254 | 2,224 | 2,388 | 2,178 | 19,635 |
| Personnel | Worker's Comp | 486 | 585 | 558 | 530 | 498 | 674 | 647 | 568 | 564 | 664 | 553 | 627 | 557 | 7,025 |
| | **TOTAL PERSONNEL EXP** | 20,329 | 23,664 | 23,825 | 21,655 | 20,576 | 22,588 | 26,718 | 23,379 | 23,045 | 27,100 | 21,964 | 25,053 | 22,892 | 282,459 |
| Management Fees | Management Company | 9,026 | 9,836 | 10,075 | 9,727 | 10,259 | 9,725 | 10,946 | 10,533 | 10,262 | 10,343 | 10,525 | 10,948 | 10,752 | 123,931 |
| Administrative | Administrative Forms | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative | Computer Lease | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative | Computer Supplies/Maint. | 74 | 0 | 267 | 0 | 0 | 0 | 230 | 0 | 0 | 193 | 0 | 0 | 237 | 927 |
| Administrative | Copier & Printing | 220 | 220 | 220 | 322 | 263 | 260 | 179 | 220 | 322 | 220 | 373 | 220 | 257 | 3,075 |
| Administrative | Credit/Collection/Eviction | 590 | 547 | 547 | 547 | 547 | 547 | 547 | 793 | 1,947 | 1,499 | 1,820 | 798 | 512 | 10,652 |
| Administrative | Dues & Subscriptions | 0 | 0 | 0 | 448 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 448 |
| Administrative | Employee Relations | 47 | 0 | 837 | 0 | 96 | 0 | 115 | 41 | 83 | 44 | 95 | 54 | 32 | 1,397 |
| Administrative | Licenses/Permits/Fees | 1,373 | 296 | 337 | 1,425 | 353 | 288 | 337 | 288 | 362 | (173) | 997 | 1,070 | 2,008 | 7,589 |
| Administrative | Misc. Administrative | 624 | 437 | 496 | 482 | 498 | 551 | 816 | 442 | 454 | 516 | 509 | 536 | 477 | 6,213 |
| Administrative | Office Furniture Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative | Office Supplies | 0 | 193 | 0 | 0 | 0 | 39 | 32 | 183 | 196 | 56 | 45 | 116 | 186 | 1,046 |
| Administrative | Petty Cash Exp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative | Postage & Freight | 260 | 273 | 266 | 275 | 274 | 254 | 293 | 309 | 256 | 78 | 229 | 232 | 235 | 2,973 |

| Category | Item | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Administrative | Professional Fees | 161 | 161 | 161 | 161 | 161 | 911 | 161 | 161 | 161 | 0 | 0 | 0 | 0 | 2,040 |
| Administrative | Site Travel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative | Telephone & Answ. Svc. | 1,357 | 1,508 | 1,830 | (236) | 1,057 | 1,021 | 1,082 | 1,071 | 1,040 | 1,327 | 1,459 | 771 | 865 | 12,795 |
| Administrative | Training & Seminars | 141 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 273 | 174 | 1,590 |
| | **TOTAL ADMIN EXP** | **4,846** | **3,748** | **5,075** | **3,539** | **3,365** | **3,986** | **3,906** | **3,623** | **4,936** | **3,873** | **5,641** | **4,070** | **4,982** | **50,744** |
| Leasing | Advertising | 3,120 | 2,586 | 2,774 | 2,170 | 2,128 | 2,124 | 2,125 | 2,752 | 2,451 | 2,395 | 2,335 | 2,335 | 2,090 | 28,264 |
| Leasing | Brochures & Related | 0 | 170 | 0 | 0 | 48 | 222 | 0 | 50 | 0 | 0 | 179 | (108) | 99 | 659 |
| Leasing | Leasing Commissions | 1,700 | 1,800 | 1,535 | 1,705 | 1,525 | 1,475 | 1,225 | 1,050 | 1,325 | 2,075 | 2,125 | 2,275 | 1,525 | 19,640 |
| Leasing | Locator Commissions | 1,110 | 545 | 0 | 1,400 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,945 |
| Leasing | Model & Related | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Leasing | Project Promotions | 587 | 147 | 1,234 | 143 | 148 | 1,006 | 411 | 214 | 188 | 953 | 539 | 108 | 460 | 5,551 |
| Leasing | Referral Fees | 0 | 0 | 0 | 0 | 0 | 0 | 250 | 250 | 0 | 500 | 0 | 0 | 250 | 1,250 |
| | **TOTAL LEASING EXP** | **6,516** | **5,248** | **5,544** | **5,418** | **3,849** | **4,827** | **4,010** | **4,316** | **3,964** | **5,924** | **5,177** | **4,610** | **4,424** | **57,310** |
| Utility | Electric Reimbursement | (171) | (16) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (16) |
| Utility | Electricity - House Meters | 3,478 | 1,582 | 1,827 | 1,955 | 1,994 | 1,975 | 3,108 | 2,200 | 2,156 | 2,043 | 2,175 | 2,161 | 2,064 | 25,240 |
| Utility | Electricity - Vacant/Model | 1,072 | (274) | 498 | 511 | 23 | 350 | 191 | (425) | 0 | 138 | 490 | 0 | 829 | 2,332 |
| Utility | GAS & OIL - VACANT / MODEL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utility | Gas & Oil Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utility | Gas Reimbursement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utility | Misc. Utility Charges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utility | VCR-Vacant Elec Billing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utility | Resident Billing Expense | 1,090 | 1,090 | 1,090 | 1,090 | 1,090 | 1,090 | 1,025 | 1,011 | 1,022 | 1,008 | 1,004 | 1,011 | 835 | 12,366 |
| Utility | Sewer Expense | 2,516 | 3,786 | 4,495 | 2,884 | 4,133 | 4,808 | 3,134 | 4,142 | 3,842 | 4,286 | 3,801 | 3,117 | 4,547 | 46,975 |
| Utility | Utility Connection Charges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utility | Other Utility Reimbursement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utility | Water - Irrigation | 6,129 | 2,229 | 2,089 | 5 | 26 | 71 | 196 | 273 | 271 | 307 | 2,553 | 3,018 | 1,579 | 12,618 |
| Utility | Water - Vacant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utility | Water Expense | 2,137 | 3,512 | 4,415 | 2,726 | 2,786 | 3,798 | 2,141 | 3,208 | 3,343 | 3,338 | 2,862 | 2,180 | 3,596 | 37,903 |
| Utility | Water/Sewer Reimbursements | (5,564) | (6,543) | (6,067) | (9,227) | (5,333) | (6,419) | (7,331) | (5,573) | (7,430) | (5,753) | (7,164) | (6,146) | (5,536) | (78,522) |
| | **TOTAL UTILITY EXP** | **10,687** | **5,368** | **8,348** | **(57)** | **4,720** | **5,674** | **2,464** | **4,836** | **3,204** | **5,367** | **5,720** | **5,340** | **7,914** | **58,897** |
| Service | Cable TV & Antenna | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service | Clubhouse Furniture Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service | Corporate Unit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service | Elevator Maintenance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service | Equipment Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service | Fire Protection | 58 | 240 | 0 | 0 | 120 | 0 | 135 | 142 | 63 | 0 | 120 | 0 | 115 | 935 |
| Service | Grounds Contract | 4,999 | 4,999 | 9,999 | 4,716 | 4,716 | 4,716 | 4,716 | 4,716 | 4,716 | 4,716 | 4,716 | 4,716 | 4,716 | 62,163 |
| Service | Hallway Cleaning | 380 | 475 | 285 | 380 | 380 | 240 | 380 | 380 | 285 | 380 | 475 | 150 | 150 | 3,810 |
| Service | Misc. Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service | Pest Control | 335 | 298 | 286 | 473 | 396 | 286 | 300 | 301 | 301 | 286 | 300 | 321 | 286 | 3,833 |
| Service | Pest Control Reimbursement | (1,224) | (1,350) | (1,362) | (1,410) | (1,440) | (1,536) | (1,530) | (1,530) | (1,554) | (1,422) | (1,440) | (1,452) | (1,434) | (17,460) |
| Service | Pool Cleaning | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service | Security Services | 545 | 545 | 545 | 680 | 545 | 545 | 545 | 545 | 545 | 0 | 0 | 0 | 0 | 4,495 |
| Service | Sweeping/Snow Removal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service | Trash Reimbursement | (1,557) | (1,756) | (1,787) | (1,858) | (1,901) | (2,006) | (2,059) | (2,044) | (2,124) | (1,885) | (1,945) | (1,931) | (1,899) | (23,193) |
| Service | Trash Removal | 1,991 | 1,991 | 1,991 | 1,991 | 1,991 | 1,991 | 1,991 | 1,991 | 2,397 | 1,991 | 1,991 | 2,338 | 2,276 | 24,933 |
| Service | Uniform Service | 0 | 0 | 259 | 0 | 298 | 0 | 0 | 0 | 0 | 0 | 0 | 108 | 300 | 964 |
| Service | Vehicle Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **TOTAL SERVICE EXP** | **5,527** | **5,443** | **10,215** | **4,973** | **5,105** | **4,237** | **4,479** | **4,502** | **4,629** | **4,067** | **4,218** | **4,249** | **4,361** | **60,479** |
| C&D | Carpet Cleaning | 54 | 266 | 270 | 538 | 611 | 222 | 650 | 282 | 660 | 1,298 | 480 | 565 | 0 | 5,842 |
| C&D | Carpet Dyeing & Repair | 0 | 356 | 103 | 117 | 146 | 0 | 80 | 145 | 0 | 185 | 0 | 0 | 0 | 1,132 |
| C&D | Contract Cleaning & Supplies | 623 | 705 | 864 | 822 | 610 | 394 | 886 | 297 | 691 | 1,226 | 596 | 475 | 2,678 | 10,244 |
| C&D | Contract Painting | 325 | 0 | 295 | 935 | 0 | 0 | 0 | 661 | 343 | 1,605 | 0 | 0 | 0 | 3,839 |
| C&D | Drapes/Blinds Cleaning/Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 88 | (88) | 0 | 0 | 0 |
| C&D | Occupancy Inspections | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C&D | Other Interior Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| C&D | Paint Supplies | 79 | 304 | 283 | 291 | 111 | 0 | 193 | 0 | 84 | 419 | 232 | 111 | 196 | 2,224 |
| C&D | Sheetrock Repair | 528 | 0 | 495 | 425 | 0 | 0 | 0 | 0 | 0 | 1,044 | 0 | 0 | 0 | 1,964 |
| C&D | Wallcovering | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **TOTAL C&D EXP** | **1,609** | **1,631** | **2,310** | **3,128** | **1,478** | **616** | **1,809** | **1,385** | **1,778** | **5,863** | **1,221** | **1,151** | **2,875** | **25,245** |
| R&M | Appliance Repair & Supplies | 57 | 73 | 0 | 86 | 60 | 89 | 173 | 63 | 9 | 95 | 232 | 142 | 137 | 1,157 |
| R&M | Balcony & Stairway | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| R&M | Carpentry Supplies | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 186 | 186 |
| R&M | Clubhouse & Amenity Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| R&M | Electrical Repair & Supplies | 0 | 29 | 0 | 52 | 0 | 0 | 0 | 0 | 0 | 0 | 35 | 17 | 0 | 133 |
| R&M | Grounds Maintenance Supplies | 2 | 0 | 0 | 0 | 53 | 0 | 113 | 33 | 0 | 0 | 113 | 0 | 0 | 313 |
| R&M | Hardware Supplies | 49 | 61 | 47 | 86 | 55 | 0 | 10 | 17 | 98 | 0 | 53 | 0 | 0 | 427 |
| R&M | HVAC Repair & Supplies | 266 | 410 | 0 | 173 | 65 | 118 | 177 | 59 | 519 | 216 | 355 | 494 | 139 | 2,726 |
| R&M | Light Bulbs & Fixtures | 0 | 146 | 0 | 82 | 16 | 141 | 100 | 112 | 0 | 112 | 124 | 153 | 0 | 987 |
| R&M | Locks & Keys | 111 | 70 | (60) | 131 | 40 | 0 | 0 | 0 | 139 | 61 | 25 | 0 | 73 | 478 |
| R&M | Mirrors, Glass, & Screens | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| R&M | Misc. Maintenance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| R&M | Other Exterior Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| R&M | Parking Lot/Sidewalk Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 62 | 62 |
| R&M | Plumbing Repair & Supplies | 11 | 0 | 0 | 55 | 0 | 10 | 0 | 25 | 0 | 116 | 155 | 96 | 98 | 556 |
| R&M | Pool Repair & Supplies | 396 | 509 | 396 | 396 | 396 | 396 | 660 | 723 | 1,064 | 714 | 689 | 875 | 396 | 7,216 |
| R&M | Roof Repair & Supplies | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| R&M | Sprinkler System | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **TOTAL R&M EXP** | **892** | **1,297** | **382** | **1,062** | **686** | **755** | **1,234** | **1,033** | **1,829** | **1,313** | **1,781** | **1,777** | **1,091** | **14,239** |
| Property Taxes | Real Estate Taxes | 59,000 | 59,000 | (204,289) | 45,172 | 45,172 | 45,172 | 45,172 | 45,172 | 45,172 | 45,172 | 45,172 | 45,172 | 45,172 | 306,431 |
| Property Insurance | Property Insurance | 9,920 | 9,920 | 9,920 | 9,920 | 9,920 | 9,920 | 9,920 | 8,327 | 8,327 | 8,327 | 8,327 | 8,327 | 8,327 | 109,480 |

App. 770

| | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Total Operating Exp** | 128,351 | 125,154 | (128,595) | 104,536 | 105,129 | 107,501 | 110,657 | 107,105 | 107,145 | 117,349 | 109,747 | 110,697 | 112,789 | **1,089,214** |
| | **NET OPERATING INCOME** | 171,648 | 193,579 | 454,122 | 238,869 | 329,654 | 251,114 | 259,119 | 256,435 | 254,606 | 258,997 | 262,678 | 277,922 | 271,132 | **3,308,227** |
| **REPLACEMENTS** | | | | | | | | | | | | | | | |
| Recurring Repl | Appliances | 0 | 0 | 244 | 616 | 0 | 424 | 0 | 1,935 | 0 | 0 | 0 | 0 | 0 | 3,219 |
| Recurring Repl | Carpets | 0 | 0 | 474 | 708 | 708 | 214 | 1,154 | 596 | 1,463 | 3,430 | 370 | 513 | 2,079 | 11,707 |
| Recurring Repl | Drapes & Blinds | 0 | 0 | 0 | 0 | 0 | 501 | 0 | 0 | 0 | 1,103 | 88 | 0 | 0 | 1,692 |
| Recurring Repl | Individual Water Heaters | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **TOTAL RECURRING REPL** | 0 | 0 | 718 | 1,324 | 708 | 1,139 | 1,154 | 2,531 | 1,463 | 4,533 | 457 | 513 | 2,079 | **16,617** |
| Non-Recurring Repl | Audit Fee | 0 | 0 | 0 | 3,600 | 0 | 3,900 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,500 |
| Non-Recurring Repl | Boilers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Carpentry/Siding/Gutters | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 793 | 793 |
| Non-Recurring Repl | City Inspection/Multi-family License fee | 0 | 0 | 10,920 | 26,928 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37,848 |
| Non-Recurring Repl | Clubroom and Office Upgrades | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Concrete Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Constr. Mgmt. Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Down Units | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Electrical | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 920 | 920 |
| Non-Recurring Repl | Elevator inspection and repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Exterior Painting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Fire & Storm Damage | 0 | 0 | 0 | 0 | 0 | 7,731 | 14,024 | 4,428 | 1,263 | 469 | 0 | 0 | 0 | 27,915 |
| Non-Recurring Repl | Fire Alarm System Inspection and related rep: | 0 | 0 | 4,410 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,196 | 10,606 |
| Non-Recurring Repl | Foundation Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 428 | 0 | 0 | 0 | 428 |
| Non-Recurring Repl | Gate Repairs and Supplies | 0 | 0 | 0 | 400 | 0 | 0 | 200 | 0 | 0 | 0 | 300 | 765 | 300 | 1,965 |
| Non-Recurring Repl | HVAC | 0 | 0 | 0 | 2,712 | 0 | 0 | 0 | 0 | 326 | 0 | 0 | 0 | 0 | 3,038 |
| Non-Recurring Repl | Insurance Adjuster Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Insured Loss Recovery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Landscaping | 1,894 | 0 | 0 | 0 | 6,273 | 3,453 | 1,152 | 2,896 | 0 | 1,152 | 0 | 0 | 354 | 15,280 |
| Non-Recurring Repl | Liability Claim | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Major Exterior Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Major Pest Control Expenses | 969 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Masonry, Bricks, Stucco, Etc. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Monument/Directional Signage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | New Computer and peripherals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Other Non-Recurring | 2,116 | (0) | 5,987 | 0 | 458 | 221 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 6,699 |
| Non-Recurring Repl | Ownership Level Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Paving & Parking Lot | 408 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11,049 | 0 | 11,049 |
| Non-Recurring Repl | Plumbing | 0 | 191 | 2,798 | 1,690 | 0 | 0 | 1,295 | 0 | 0 | 0 | 1,004 | 0 | 0 | 6,978 |
| Non-Recurring Repl | Pool & Equip. | 1,644 | 148 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 148 |
| Non-Recurring Repl | Pool Furniture | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | REAC Inspection related Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Recreational Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Roof Replacement/Overlay | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Social Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Supervisory Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Tax Credit related expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurring Repl | Unit Upgrades | 0 | 0 | 0 | 0 | 620 | 0 | 987 | 140 | 253 | 125 | 237 | 0 | 0 | 2,362 |
| | **TOTAL NON RECURRING REPL** | 7,031 | 339 | 24,115 | 35,330 | 7,351 | 15,305 | 17,690 | 7,464 | 1,842 | 2,174 | 1,541 | 11,814 | 8,562 | **133,526** |
| Net Reserve Activity | Repair Escrow Exp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Reserve Activity | Repair Escrow Reimb. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Reserve Activity | Repl. Reserve Exp. | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 81,600 |
| Net Reserve Activity | Repl. Reserve Reimb. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **TOTAL NET RESERVE ACTIVITY** | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | **81,600** |
| | **Cash Flow Before Debt** | 157,817 | 186,441 | 422,490 | 195,415 | 314,796 | 227,870 | 233,475 | 239,640 | 244,501 | 245,489 | 253,880 | 258,795 | 253,691 | **3,076,483** |
| | *TOT DEBT SVCE* | 149,620 | 153,274 | 149,610 | 156,765 | 156,765 | 156,765 | 156,765 | 156,494 | 156,494 | 156,640 | 156,640 | 156,640 | 156,640 | **1,869,492** |
| | **CASH FLOW** | 8,197 | 33,166 | 272,880 | 38,651 | 158,031 | 71,105 | 76,710 | 83,146 | 88,006 | 88,849 | 97,240 | 102,155 | 97,051 | **1,206,991** |

App. 771

OneSite Reports  Parc at Windmill Farms
REN  ROLL DE A L
12 09/2022 02:51 PM
As of Date: 11/30/2022
Parameters: Properties:  all subproper ies ; Show All Unit Designations or Filter by: ALL; Subjournals: ALL; Sort by: Unit; Report  ype: Deta ls  Summary; Exclude Formers  : Yes; Show Un t Rent as: Market  Addl

| Resh D | Lease ID | Un t | Floorplan | Un t Designation | SQF | Unit Lease Status | Name | Move In | Move Out | Lease Start | Lease End | Market  Addl | Required Deposit | Dep On Hand | Ba ance | Lease Rent | REN | PE REN | M OM | EMPCONC | OFCRCRED | o al Bi ling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0970 | 003 | | B | N A | 059 | Occup ed | Alvarado, Wi fredo | 08 09 2022 | | 08 09 2022 | 08 06 2023 | 7  5.00 | 0 00 | 0.00 | 0.00 | 6  0.00 | 6  0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6  0.00 |
| 893 | 88 | 112 | C1-HC | N/A | 1365 | Occup ed | Guerra, Vanessa | 050  2022 | | 05 0  2022 | 05/07 2023 | 1,999.00 | 0 00 | 0.00 | 0.00 | 1,770.00 | 1,770.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,770.00 |
| 813 | 111 9 | 113 | A2 | N/A | 798 | Occup ed | Kinyanjui, Duncan | 01/29 2022 | | 11 28/2022 | 12/03 2023 | 1, 68.00 | 200 00 | 200.00 | -1 510. | 1, 68.00 | 1, 68.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1, 68.00 |
| 73 | 1111 | 11 | A1 | N/A | 832 | Occup ed | Al son, LeAnd ea | 09/1  2021 | | 09/10 2023 | 09/10 2023 | 1,558.00 | 200 00 | 200.00 | -1, 73.86 | 1, 50.00 | 1, 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1, 50.00 |
| 1105 | 11156 | 115 | A2 | N/A | 798 | Occup ed | ones, Jaylen | 11/1  2022 | | 11/1  2022 | 11/12 2023 | 1, 68.00 | 500 00 | 500.00 | -1 280.23 | 1,279.00 | 1,279.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,279.00 |
| | | 116 | A1 | N/A | 832 | Admin/Down | | | | | | 1,558.00 | 0 00 | 0.00 | -1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 890 | 11063 | 117 | B1 | N/A | 1059 | Occup ed | Dav s, Jimmy | 08/05 2021 | | 08/02/2022 | 09/03 2023 | 1,715.00 | 300 00 | 550.00 | 0.00 | 1,590.00 | 1,590.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,605.00 |
| | | 118 | C1 | N/A | 1365 | Vacant | | | | | | 1,850.00 | 0 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 767 | 3 | 2 | B | N A | 059 | Occup ed | Bu rsi II , Warren | 02 202 | | 0  2022 | 2 03 2023 | 675.00 | 300 00 | 300.00 | 0.00 | 650.00 | 650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 650.00 |
| 336 | 03 | 22 | C | N A | 365 | Occup ed | a erriteau, M randa | 06 23 2020 | | 07 26 2022 | 07 30 2023 | 999.00 | 00 00 | 650.00 | 0.00 | 770.00 | 770.00 | 5 00 | 0.00 | 0.00 | 0.00 | 785.00 |
| | | 123 | A2 | N/A | 798 | Vacant | VACANT | | | | | 1, 28.00 | 0 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 123 | 808 | 12 | A1 | N/A | 832 | Occup ed | ouret, Ashlyn | 01/0  2020 | | 03/08/2022 | 0 /09 2023 | 1,518.00 | 200 00 | 50.00 | 0.00 | 1,3 5.00 | 1,3 5.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,360.00 |
| 70 | 11112 | 125 | A2 | N/A | 798 | Occup ed | Bryant, A legra | 08/22 2020 | | 09/13/2022 | 10/15 2023 | 1, 28.00 | 1,290 00 | 1,290.00 | 0.00 | 1,330.00 | 1,330.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,330.00 |
| 735 | 11117 | 126 | A1 | N/A | 832 | Occup ed | Moore, Connie | 09/09 2021 | | 09/13/2022 | 10/15 2023 | 1,518.00 | 200 00 | 200.00 | 0.00 | 1, 10.00 | 1, 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1, 10.00 |
| 906 | 902 | 127 | B1 | N/A | 1059 | Occup ed | WANAN, RODOLPH NE | 06/0  2022 | | 06/0  2022 | 06/0  2023 | 1,675.00 | 0 00 | 0.00 | 0.00 | 1,530.00 | 1,530.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,530.00 |
| 850 | 822 | 128 | C1 | N/A | 1365 | Occup ed | Cast o, Jonathan | 02/11/2022 | | 02/11/2022 | 02/05 2023 | 1,999.00 | 00 00 | 650.00 | 0.00 | 1,7 5.00 | 1,7 5.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,760.00 |
| 775 | 721 | 211 | C1 | N/A | 1365 | Occup ed-NTV | Arno d, Kr sta | 12/10 2021 | 12/12/2022 | 12/10/2021 | 12/12 2022 | 2,019.00 | 00 00 | 900.00 | -385 55 | 1,730.00 | 1,730.00 | 30.00 | 0.00 | 0.00 | 0.00 | 1,760.00 |
| 883 | 869 | 2 2 | B2 | N A | 5 | Occup ed | vers, Kyle | 05 05 2022 | | 05 05 2022 | 05 07 2023 | 892.00 | 0 00 | 250.00 | 673 98 | 630.00 | 630.00 | 5 00 | 0.00 | 0.00 | 0.00 | 6  5.00 |
| 57 | 802 | 213 | A1 | N/A | 832 | Occup ed | Sayveau, Brian | 02/09 2021 | | 02/08/2022 | 02/12 2023 | 1,538.00 | 200 00 | 200.00 | 0.00 | 1,330.00 | 1,330.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,330.00 |
| 139 | 786 | 21 | B2 | N/A | 11 5 | Occup ed | Walker, Darrell | 01/22 2020 | | 03/01/2022 | 0 /02 2023 | 1,892.00 | 300 00 | 550.00 | 0.00 | 1,570.00 | 1,570.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,585.00 |
| 919 | 925 | 215 | A1 | N/A | 832 | Occup ed | Metz, Victor a | 05/28 2022 | | 05/28/2023 | 05/28 2023 | 1,538.00 | 0 00 | 500.00 | -1_ 62 67 | 1,390.00 | 1,390.00 | 30.00 | 0.00 | 0.00 | 0.00 | 1, 20.00 |
| 7 | 10995 | 216 | B2 | N/A | 11 5 | Occup ed | Bland, Kiel | 11/25 2019 | | 06/28/2022 | 07/02 2023 | 1,892.00 | 550 00 | 550.00 | 0.00 | 1,630.00 | 1,630.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,630.00 |
| 11027 | 11097 | 217 | C1 | N/A | 1365 | Occup ed | DAV S, ARIES | 08/19 2022 | | 08/19/2022 | 09/17 2023 | 2,019.00 | 0 00 | 0.00 | 0.00 | 1,930.00 | 1,930.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,930.00 |
| 659 | 983 | 218 | B2 | N/A | 11 5 | Occup ed | Neau t, Patr ck | 06/23 2021 | | 06/28/2022 | 07/30 2023 | 1,892.00 | 300 00 | 300.00 | -1 673 0 | 1,630.00 | 1,630.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,630.00 |
| 593 | 11056 | 221 | C1 | N/A | 1365 | Occup ed | Ho loway, Amanda | 02/01 2021 | | 08/22/2022 | 09/2  2023 | 1,979.00 | 00 00 | 650.00 | 0.00 | 1,770.00 | 1,770.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,770.00 |
| 099 | 0 | 222 | B2 | N A | 5 | Occup ed | Cooper, Bobby | 09  6 2022 | | 09  6 2022 | 09  7 2023 | 852.00 | 2,000 00 | 2,000.00 | 658 83 | 630.00 | 630.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630.00 |
| 10989 | 11031 | 223 | A1 | N/A | 832 | Occup ed | Viator, Nicho e | 08/31 2022 | | 08/31/2022 | 10/01 2023 | 1, 98.00 | 0 00 | 0.00 | -1 350 00 | 1,390.00 | 1,390.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,390.00 |
| | | 22 | B2 | N A | 11 5 | Vacant | VACANT | | | | | 1,852.00 | 0 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 636 | 86 | 225 | A1 | N/A | 832 | Occup ed | Aydelotte, Jess ca | 0  /10 2021 | | 03/08/2022 | 03/05 2023 | 1, 98.00 | 200 00 | 50.00 | -1 36  3 | 1,325.00 | 1,325.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,3 0.00 |
| 661 | 11010 | 226 | B2 | N/A | 11 5 | Occup ed | Henderson, Sacha | 06/1  2021 | | 07/12/2022 | 07/16 2023 | 1,852.00 | 300 00 | 300.00 | 0.00 | 1,590.00 | 1,590.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,590.00 |
| 10982 | 11021 | 227 | C1 | N/A | 1365 | Occup ed | Cabrera, Kevin | 08/31 2022 | | 08/30/2022 | 08/30 2023 | 1,979.00 | 0 00 | 0.00 | 0.00 | 1,890.00 | 1,890.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,890.00 |
| 665 | 110 6 | 228 | B2 | N/A | 11 5 | Occup ed | Silva, Marco | 06/29 2021 | | 07/0  2022 | 07/08/2023 | 1,852.00 | 300 00 | 300.00 | 0.00 | 1,590.00 | 1,590.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,590.00 |
| 11037 | 1112 | 311 | B1 | N/A | 1059 | Occup ed | Hendershott, Chr s opher | 11/0  2022 | | 11/0  2022 | 0 /30/2023 | 1,715.00 | 750 00 | 750.00 | -66 50 | 1,815.00 | 1,815.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,815.00 |
| 805 | 762 | 3 2 | C | N A | 365 | Occup ed | homb om, S ewart | 0   5 2022 | | 0   5 2022 | 0   6 2023 | 2,039.00 | 00 00 | 650.00 | 0 20 | 750.00 | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 |
| 7 6 | 8 | 3 3 | A2 | N A | 798 | Occup ed | Ba tles, Charles | 08 23 202 | | 03 0  2022 | 02 26 2023 | 68.00 | 50 00 | 50.00 | 0.00 | 270.00 | 270.00 | 0.00 | 0.00 | 0.00 | 0.00 | 270.00 |
| 68 | 97 | 31 | A1 | N/A | 832 | Occup ed | Thrash, M chael | 12/1  2019 | | 05/2  2022 | 05/21/2023 | 1,558.00 | 200 00 | 200.00 | 0.00 | 1, 25.00 | 1, 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1, 25.00 |
| 8 | 11109 | 315 | A2 | N/A | 798 | Occup ed | Sterling, Mike | 03/09 2022 | | 09/12/2022 | 03/12/2023 | 1, 68.00 | 200 00 | 200.00 | 0.00 | 1, 70.00 | 1, 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1, 70.00 |
| 11018 | 11080 | 316 | A1 | N/A | 832 | Occup ed | Lyles, Cody | 08/31 2022 | | 08/31/2022 | 0 /02/2023 | 1,558.00 | 200 00 | 2,250.00 | 0.00 | 1,658.00 | 1,658.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,673.00 |
| 128 | 817 | 317 | B1 | N/A | 1059 | Occup ed | Ba tle, L o dea | 01/16 2020 | | 02/15/2022 | 02/12/2023 | 1,715.00 | 800 00 | 800.00 | - 75 | 1,510.00 | 1,510.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,510.00 |
| | | 318 | C1 | N/A | 1365 | Vacant-Leased | VACANT | | | | | 2,019.00 | 0 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 110 3 | 11138 | 318 | C1 | N/A | 1365 | App icant | Brown, Jenna | 12/01 2022 | | 12/01/2022 | 11/26/2023 | 1,850.00 | 1,850 00 | 1,500.00 | 0.00 | 2,019.00 | 2,019.00 | 15 00 | 0.00 | 0.00 | 0.00 | 2,03  00.0 |
| 3 1 | 912 | 321 | B1 | N/A | 1059 | Occup ed | Ho ton, Nancy | 07/08 2020 | | 0  /05/2022 | 0  /02/2023 | 1,675.00 | 1,600 00 | 1,850.00 | 0.00 | 1,505.00 | 1,505.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,520.00 |
| 703 | 0 | 322 | C | N A | 365 | Occup ed | Flores, Pete | 08 03 202 | | 09 06 2022 | 0 08 2023 | 999.00 | 00 00 | 650.00 | 9  9 | 9 0.00 | 9 0.00 | 5 00 | 0.00 | 0.00 | 0.00 | 325.00 |
| 882 | 868 | 323 | A2 | N/A | 798 | Occup ed | Henry, Tierra | 0  /09 2022 | | 0  /09/2022 | 05/07/2023 | 1, 28.00 | 0 00 | 0.00 | 0.00 | 1,290.00 | 1,290.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 836 | 797 | 32 | A1 | N/A | 832 | Occup ed | Cooper, Delaney | 02/09 2022 | | 02/09/2022 | 02/05/2023 | 1,518.00 | 200 00 | 50.00 | 0.00 | 1,3 5.00 | 1,3 5.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,360.00 |
| 36 | 110 0 | 325 | A2 | N/A | 798 | Occup ed | Crum, Char es Jakob | 06/13 2020 | | 07/19/2022 | 08/20/2023 | 1, 28.00 | 50 00 | 50.00 | -1 316 68 | 1,290.00 | 1,290.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 917 | 923 | 326 | A1 | N/A | 832 | Occup ed | Fu nace, Keyoni | 0  /12 2022 | | 0  /12/2022 | 0  /09/2023 | 1,518.00 | 0 00 | 250.00 | 0.00 | 1,370.00 | 1,370.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,385.00 |
| 80 | 759 | 327 | B1 | N/A | 1059 | Occup ed | Roeske, Davis | 01/08 2022 | | 01/08/2022 | 01/09/2023 | 1,675.00 | 300 00 | 300.00 | -1  9  00 | 1, 70.00 | 1, 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1, 70.00 |
| 80 | 11151 | 327 | B1 | N/A | 1059 | Pending renewal | Roeske, Davis | 01/08 2022 | | 01/10/2023 | 01/07/202 | | 300 00 | 0.00 | 0.00 | 1,670.00 | 1 670.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,670.00 |
| 07 | 695 | 328 | C1 | N/A | 1365 | Occup ed | Ea on, Va ec a | 08/29 2020 | | 08/31/2021 | 08/29/2022 | 1,999.00 | 1,930 00 | 1,930.00 | 0.00 | 1,910.00 | 1,910.00 | 0.00 | 500.00 | 0.00 | 0.00 | 2. 10.00 |
| 0986 | 026 | | B | N A | 059 | Occup ed | Guggenheim, Me issa | 09  3 2022 | | 09  3 2022 | 09  7 2023 | 7  5.00 | 0 00 | 0.00 | 0.00 | 6  0.00 | 6  0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6  0.00 |
| 3 0 | 11119 | 12 | C1 | N/A | 1365 | Occup ed | Montague, Miche le | 08/08 2020 | | 08 30/2020 | 09/2  2023 | 2,019.00 | 650 00 | 650.00 | 0.00 | 1,810.00 | 1,810.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,810.00 |
| 10985 | 1102 | 13 | A2 | N/A | 798 | Occup ed | Wade, Ca t in | 08/09 2022 | | 08/09/2022 | 08/13 2023 | 1, 68.00 | 1,000 00 | 1,000.00 | 0.00 | 1,370.00 | 1,370.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,370.00 |
| | | 1 | A1 | N/A | 832 | Vacant | VACANT | | | | | 1,538.00 | 0 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 933 | 939 | 15 | A2 | N/A | 798 | Occup ed | Couch, She ley | 06/01 2022 | | 06/01/2022 | 05/31 2023 | 1, 68.00 | 0 00 | 250.00 | -1 370 00 | 1,330.00 | 1,330.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,3 5.00 |
| 831 | 792 | 16 | A1 | N/A | 832 | Occup ed | Dav s, Christina | 12/13 2021 | | 12/13/2021 | 12/18 2022 | 1,538.00 | 0 00 | 50.00 | 0.00 | 1,310.00 | 1,310.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,325.00 |
| 831 | 111 6 | 16 | A1 | N/A | 832 | Pending renewal | Dav s, Christina | 12/13 2021 | | 12/19/2022 | 01/1  202 | | 0 00 | 0.00 | 0.00 | 1,510.00 | 1,510.00 | 15 00 | 0.00 | 0.00 | 0.00 | 1,525.00 |
| | | 17 | B1 | N/A | 1059 | Vacant | VACANT | | | | | 1,715.00 | 0 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | 25 | 8 | C | N A | 365 | Occup ed | Ho zkamp, Barbara | 0   2022 | | 0   2022 | 0 2023 | 2,0  9.00 | 500 00 | 2,000.00 | 0.00 | 2, 0  0.00 | 2, 0  0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 2, 0  9.00 |
| | | 2 | B | N A | 059 | acant Leased | ACAN | | | | | 675.00 | 0 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 110 1 | 11136 | 21 | B1 | N/A | 1059 | App icant | owe, Coreisha | 12/07 2022 | | 12/07/2022 | 12/03 2023 | | 750 00 | 750.00 | 0.00 | 1,675.00 | 1,675.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,675.00 |
| 8 7 | 81 | 22 | C1 | N/A | 1365 | Occup ed | Niraqira, Jeanine | 03/12 2022 | | 03/12/2022 | 0  /16 2023 | 1,979.00 | 00 00 | 00.00 | -18 8.22 | 1,725.00 | 1,725.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,725.00 |
| 769 | 913 | 23 | A2 | N/A | 798 | Occup ed | ua oz, Franc sco | 09/17 2021 | | 0  /05/2022 | 0  /02 2023 | 1, 28.00 | 200 00 | 200.00 | 0.00 | 1,265.00 | 1,265.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,265.00 |
| 928 | 93 | 2 | A1 | N/A | 832 | Occup ed | Smith, Fel c a | 06/29 2022 | | 06/29/2022 | 06/25 2023 | 1, 98.00 | 0 00 | 0.00 | 0.00 | 1,350.00 | 1,350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 |
| 623 | 11127 | 25 | A2 | N/A | 798 | Occup ed | Snapp, Lucas | 03/17 2021 | | 10/2  2022 | 10/22 2023 | 1, 28.00 | 200 00 | 200.00 | 0.00 | 1, 28.00 | 1, 28.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1, 28.00 |
| 820 | 11075 | 26 | A1 | N/A | 832 | Occup ed | Se tles, Te ry | 12/02 2021 | | 10/03/2022 | 11/05 2023 | 1, 98.00 | 00 00 | 00.00 | 0.00 | 1, 90.00 | 1, 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1, 90.00 |
| 851 | 826 | 27 | B1 | N/A | 1059 | Occup ed | Green, B ionna | 03/19 2022 | | 03/19/2022 | 0 /23 2023 | 1,675.00 | 300 00 | 550.00 | 0.00 | 1,505.00 | 1,505.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,520.00 |
| 69 | 0 7 | 28 | C1 | N A | 1365 | Occup ed | uzzolo, Krist na | 08 08 2022 | | 08 3 2023 | 08  3 2023 | 979.00 | 9  0 00 | 9  0.00 | 0.00 | 1,930.00 | 1,930.00 | 0.00 | 0.00 | 0.00 | 0.00 | 770.00 |
| 1100 | 11057 | 511 | C1 | N/A | 1365 | Occup ed | OWENS, SANDRA | 07/25 2022 | | 07/25/2022 | 07/23 2023 | 2,019.00 | 9  0 00 | 9  0.00 | 0.00 | 1,930.00 | 1,930.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,930.00 |
| | | 512 | B2 | N/A | 11 5 | Vacant-Leased | VACANT | | | | | 1,872.00 | 0 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11059 | 11162 | 512 | B2 | N/A | 11 5 | App icant | Vines, Madeline | 12/17 2022 | | 12/17/2022 | 01/16 202 | | 750 00 | 750.00 | 0.00 | 1,803.00 | 1,803.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,803.00 |
| 627 | 865 | 513 | A1-HC | N/A | 832 | Occup ed | W lson, BreAnna | 0  /01 2021 | | 03/29/2022 | 03/26 2023 | 1,390.00 | 200 00 | 200.00 | 0.00 | 1,325.00 | 1,325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,325.00 |
| 905 | 901 | 51 | B2 | N/A | 11 5 | Occup ed | W ckersham, Candace | 05/25 2022 | | 05/25/2022 | 05/2  2023 | 1,872.00 | 0 00 | 500.00 | -0. 2 | 1,610.00 | 1,610.00 | 30.00 | 0.00 | 0.00 | 0.00 | 1 6 10.00 |
| 85 | 11131 | 515 | A1 | N/A | 832 | Occup ed | Rodriguez, Daniel | 09/01 2020 | | 10/18/2020 | 10/22 2023 | 1,538.00 | 700 00 | 700.00 | 0.00 | 1, 70.00 | 1, 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,625.00 |
| 720 | 887 | 5 | C1 | N A | 365 | Occup ed | So e o, Jose | 09/1  2021 | | 07/12/2022 | 08/20 2023 | 1,518.00 | 300 00 | 550.00 | 0.00 | 1,610.00 | 1,610.00 | 15.00 | 0.00 | 0.00 | 0.00 | 790.00 |
| 96 | 887 | 5 | | N/A | 365 | Occup ed | Hend ckson, Ja ed | 05 02 2022 | | 05 02 2022 | 0 30 2023 | 2,0  9.00 | 0 00 | 0.00 | 0.00 | 790.00 | 790.00 | 0.00 | 0.00 | 0.00 | 0.00 | 790.00 |
| 903 | 897 | 518 | B2-HC | N/A | 1125 | Occup ed-NTV | lippo, Dee | 05/0  2022 | 12 11/2022 | 05/0  2022 | 06/0  2023 | 1.8  0.00 | 0 00 | 250.00 | 0.00 | 1,790.00 | 1,790.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,805.00 |
| 957 | 977 | 521 | C1 | N/A | 1365 | Occup ed | amrichiane, Sanam | 03/20 2022 | | 03/22/2022 | 03/19 2023 | 1,979.00 | 0 00 | 250.00 | -1 85  08 | 1,790.00 | 1,790.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,805.00 |
| 229 | 907 | 522 | B2 | N/A | 11 5 | Occup ed | Sipes, Brooklyn | 03/20 2020 | | 03/22/2022 | 03/19 2023 | 1,832.00 | 900 00 | 900.00 | 0.00 | 1,5 5.00 | 1,5 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,5 5.00 |
| 11070 | 11070 | 523 | A1 | N/A | 832 | Occup ed | ones, Darren | 09/01 2020 | | 08/30/2022 | 10/01 2023 | 1, 98.00 | 0 00 | 200.00 | 0.00 | 1,370.00 | 1,370.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,370.00 |
| 11013 | 11071 | 52 | B2 | N/A | 11 5 | Occup ed | Hernandez, Michael | 09/16 2022 | | 09/16/2022 | 09/10 2023 | 1,832.00 | 0 00 | 0.00 | 0.00 | 1,699.00 | 1,699.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,699.00 |
| 8 8 | 815 | 525 | A1 | N/A | 832 | Occup ed | Cauolfi, Mark | 01/13 2022 | | 01/13/2022 | 01/09 2023 | 1, 98.00 | 700 00 | 700.00 | 0.00 | 1,325.00 | 1,325.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,3 0.00 |
| 11033 | 1110 | 526 | B2 | N/A | 11 5 | Occup ed | Hi l, Joshua | 11/12 2022 | | 11/12/2022 | 12/10 2023 | 1,832.00 | 750 00 | 750.00 | 0.00 | 1,832.00 | 1,832.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,832.00 |
| 22 | 829 | 527 | C | N A | 365 | Occup ed | Richardson, Kenneth | 03 06 2020 | | 0  26 2022 | 05 28 2023 | 979.00 | 9  0 00 | 9  0.00 | 0.00 | 725.00 | 725.00 | 0.00 | 0.00 | 0.00 | 0.00 | 725.00 |
| 008 | 06 | 528 | B | N A | 059 | Occup ed | ruesda e, Jeannine | 07 27 2022 | | 07 27 2022 | 07 23 2023 | 832.00 | 0 00 | 0.00 | 0.00 | 699.00 | 699.00 | 0.00 | 0.00 | 0.00 | 0.00 | 699.00 |
| | | 611 | A1 | N/A | 832 | Vacant-Leased | VACANT | | | | | 1,538.00 | 0 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11056 | | 611 | A1 | N/A | 832 | App icant | Trotter, Nathaniel | 12/01 2022 | | 12/01/2022 | 0 /02 2023 | 1,538.00 | 500 00 | 500.00 | -176 00 | 1,6 9.00? | 1,6 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,6 9.00 |
| 925 | 963 | 612 | B2 | N/A | 11 5 | Occup ed | JAMES, LABRITTANI | 05/06 2022 | | 05/06/2022 | 0 /16/2023 | 1,872.00 | 2,000 00 | 2,000.00 | 0.00 | 1,630.00 | 1,630.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,630.00 |
| 5 2 | 963 | 613 | A2 | N/A | 798 | Occup ed | Hearn, Darrell | 11/11 2020 | | 05/17/2022 | 05/1  /2023 | 1, 68.00 | 200 00 | 200.00 | 0.00 | 1,3 5.00 | 1,3 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,3 5.00 |
| 5 9 | 985 | 61 | A1 | N/A | 832 | Occup ed | Demus, LaCons ance | 12/09 2020 | | 06/1  /2022 | 06/18/2023 | 1,872.00 | 0 00 | 0.00 | 0.00 | 1,350.00 | 1,350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 |
| 601 | 835 | 615 | A2 | N/A | 798 | Occup ed | Schne der, Patr ck | 08/01 2021 | | 08/23/2022 | 09/2  /2023 | 1, 68.00 | 200 00 | 200.00 | -38. 0 | 1,350.00 | 1,350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 |
| 5 5 | 0 | 616 | B2 | N A | 11 5 | Occup ed | Nawar, Gyomna | 02/13 2021 | | 02/15/2022 | 02/19/2023 | 1,872.00 | 900 00 | 50.00 | 0.00 | 1,5 5.00 | 1,5 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,5 5.00 |
| 611 | 895 | 618 | B2 | N/A | 11 5 | Occup ed | Brad ey, Kamar a | 03/09 2021 | | 0  /12/2022 | 05/1  /2023 | 1,872.00 | 300 00 | 800.00 | -0 80 | 1,585.00 | 1,585.00 | 30.00 | 0.00 | 0.00 | 0.00 | 1,615.00 |
| 6 6 | 813 | 621 | A2 | N/A | 798 | Occup ed | Tuggle, Savannah | 03/09 2022 | | 03/09/2022 | 03/05/2023 | 1, 68.00 | 200 00 | 50.00 | 0.00 | 1,325.00 | 1,325.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,3 0.00 |
| 632 | 691 | 622 | B2 | N/A | 11 5 | Occup ed | Tay or, Matthew | 11/07 2020 | | 11/09/2021 | 12/12/2022 | 1,832.00 | 300 00 | 300.00 | -1 658  6 | 1, 90.00 | 1, 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1, 90.00 |
| 532 | 11153 | 622 | B2 | N/A | 11 5 | Pending renewal | Tay or, Matthew | 11/07 2020 | | 11/07/2022 | 12/13/2022 | 011  202 | | 300 00 | 0.00 | 0.00 | 1,690.00 | 1,690.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,690.00 |
| 72 | 11037 | 623 | A2 | N/A | 798 | Occup ed | Thomas, Macy | 07/16 2021 | | 07/18/2022 | 07/19/2022 | 1, 28.00 | 200 00 | 50.00 | -1 327 78 | 1,290.00 | 1,290.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 537 | 806 | 62 | B2 | N/A | 11 5 | Occup ed | Guerrero, S arr | 01/06 2021 | | 01/0  /2022 | 02/05/2023 | 1,832.00 | 800 00 | 1,050.00 | -0.96 | 1,510.00 | 1,510.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,525.00 |
| 313 | 993 | 625 | A2 | N/A | 798 | Occup ed | Led ord, Chr stopher | 05/01 2020 | | 05/03/2022 | 05/0  /2023 | 1, 28.00 | 200 00 | 200.00 | 0.00 | 1, 90.00 | 1, 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1, 90.00 |
| 867 | 8 6 | 626 | B2 | N A | 11 5 | Occup ed | Fac on, Jesus | 0 20 2022 | | 0 20 2022 | 0  /16 2023 | 832.00 | 00 00 | 0.00 | 626 26 | 585.00 | 585.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.00 |
| 680 | 11086 | 627 | A1 | N/A | 832 | Occup ed | Cozby, B yan | 08/31 2021 | | 09/01/2022 | 09/2  /2023 | 1, 98.00 | 0 00 | 300.00 | -1 6 8 | 1,610.00 | 1,610.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,610.00 |
| 188 | 11108 | 628 | B2 | N/A | 11 5 | Occup ed | i ott, Kimberly | 10/09 2020 | | 09/17/2022 | 09/2  /2023 | 1,832.00 | 50 00 | 300.00 | 0.00 | 1,625.00 | 1,625.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,610.00 |
| 10971 | 1100 | 711 | A1 | N/A | 832 | Occup ed | Du bin, Bree | 08/03 2022 | | 08/03/2022 | 08/06 2023 | 1,538.00 | 1,000 00 | 1,000.00 | 0.00 | 1, 30.00 | 1, 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1, 30.00 |
| 832 | 793 | 712 | B2 | N/A | 11 5 | Occup ed | C fton, Teresa | 02/05 2021 | | 02/08/2022 | 02/05 2023 | 1,872.00 | 200 00 | 200.00 | 0.00 | 1,550.00 | 1,550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,550.00 |
| 600 | 821 | 713 | A2 | N/A | 798 | Occup ed | Stephenson, Eva | 02/05 2021 | | 02/08/2022 | 02/05 2023 | 1, 68.00 | 0 00 | 0.00 | 0.00 | 1,360.00 | 1,360.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,360.00 |
| 18 | 825 | 715 | A2 | N/A | 798 | Vacant | VACANT | | | | | 1, 28.00 | 0 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0983 | 022 | 7 6 | A2 | N A | 798 | Occup ed | Payne J , Ronn e | 02/2  2020 | | 02/22/2020 | 03/26 2023 | 1, 28.00 | 0 00 | 200.00 | 0.00 | 1,270.00 | 1,270.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,270.00 |
| 787 | 11  0 | 7 7 | B2 | N A | 11 5 | Occup ed | He nandez gomez, Wences ao | 08 09 2022 | | 08 09 2022 | 08 06 2023 | 872.00 | 0 00 | 0.00 | 705 90 | 650.00 | 650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 650.00 |
| 960 | 30 | 718 | A1 | N/A | 832 | Occup ed | Godfrey, Rachel | 07/16 2022 | | 07/16/2022 | 07/16 2023 | 1,872.00 | 0 00 | 0.00 | 0.00 | 1,680.00 | 1,680.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,680.00 |
| 531 | 756 | 721 | B2 | N/A | 11 5 | Occup ed-NTV | Pena, Colt | 11/02 2020 | 12/12/2022 | 03/08/2022 | 03/05 2023 | 1,832.00 | 300 00 | 300.00 | 0.00 | 1,5 5.00 | 1,5 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,5 5.00 |
| 726 | 859 | 722 | A2 | N/A | 798 | Occup ed | Chase, Marquis | 06/12 2021 | | 06/12/2022 | 07/20 2023 | 1, 28.00 | 50 00 | 50.00 | 0.00 | 1,5 5.00 | 1,5 5.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,5 5.00 |
| 700 | 10989 | 723 | A2 | N/A | 798 | Occup ed | Warren, Krystal | 09/01 2021 | | 09/0  /2022 | 09/01 2023 | 1, 28.00 | 0 00 | 0.00 | 0.00 | 1,310.00 | 1,310.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,310.00 |
| 931 | 912 | 72 | B2 | N/A | 11 5 | Occup ed | Seguenot Dominguez, Alba ma | 06/16 2022 | | 06/16/2022 | 06/18 2023 | 1,832.00 | 0 00 | 0.00 | -1 517 0 | 1,585.00 | 1,585.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,585.00 |
| 953 | 11069 | 725 | A2 | N/A | 798 | Occup ed | Corker, Morgan | 07/09 2021 | | 07/08/2022 | 07/23 2023 | 1, 28.00 | 0 00 | 250.00 | 0.00 | 1,3 5.00 | 1,3 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,3 5.00 |
| 962 | 0 | 726 | B2 | N A | 11 5 | Occup ed | Adeyanju, Saheed | 03/28 2022 | | 03/28/2022 | 03/05 2023 | 1,872.00 | 0 00 | 0.00 | 0.00 | 1,585.00 | 1,585.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,585.00 |
| 677 | 0 | 727 | A | N A | 832 | Occup ed | Kempf Cantrel, Rachel | 03 08 202 | | 03 08 2022 | 03 05 2023 | 98.00 | 0 00 | 0.00 | 0.00 | 3  7.67 | 3  7.67 | 0.00 | 0.00 | 0.00 | 0.00 | 3  7.67 |
| 10995 | 11039 | 728 | B2 | N/A | 11 5 | Occup ed | Chr stensen, Rachel | 09/01 2022 | | 09/01/2022 | 11/05 2023 | 1,832.00 | 0 00 | 1,500.00 | 0.00 | 2,019.00 | 2,019.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,019.00 |
| 11039 | 11036 | 811 | B1 | N/A | 1059 | Occup ed | Bibins, Chr s opher | 10/07 2022 | | 10/07/2022 | 11/05 2023 | 1,715.00 | 0 00 | 1,500.00 | 0.00 | 1,500.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 |
| 617 | 910 | 812 | B2 | N/A | 11 5 | Occup ed-NTV | Garza, Juan | 07/06 2021 | 01/30/2023 | 07/05/2022 | 08/06 2023 | 1,892.00 | 300 00 | 550.00 | 0.00 | 1,630.00 | 1,630.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,630.00 |
| 52 | 767 | 813 | A1 | N/A | 832 | Occup ed | ackson, Henderson | 10/31 2020 | | 12/13/2021 | 01/09 2023 | 1,538.00 | 700 00 | 700.00 | -1 379 08 | 1,3 5.00 | 1,3 5.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,3 0.00 |
| 911 | 919 | 81 | B2 | N/A | 11 5 | Occup ed | Young, LaShya | 06/18 2022 | | 06/18/2022 | 0  /16 2023 | 1,892.00 | 0 00 | 0.00 | 0.00 | 1,630.00 | 1,630.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,630.00 |
| 5 | 11113 | 815 | A1 | N/A | 832 | Occup ed | Pe ers, Jared | 09/12 2020 | | 10/13 2022 | 11/12 2023 | 1,538.00 | 700 00 | 700.00 | -1 515 62 | 1,605.00 | 1,605.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,605.00 |
| 86 | 8 2 | 816 | B2 | N/A | 11 5 | Occup ed | Fa ters, Patsy | 03/28 2022 | | 03/28/2022 | 03/26 2023 | 1,892.00 | 0 00 | 0.00 | -25 00 | 1,6 5.00 | 1,6 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,6 5.00 |
| 722 | 911 | 817 | C | N A | 365 | Occup ed | Manior, Renel | 0  8 2022 | | 0  8 2022 | 0  6 2023 | 2,0  9.00 | 0 00 | 0.00 | 0.00 | 765.00 | 765.00 | 0.00 | 0.00 | 0.00 | 882 50 | 882.50 |
| 160 | 11051 | 818 | C1 | N/A | 1365 | Occup ed | Matara D r usku a | 02/25 2020 | | 03/01/2022 | 05/07 2023 | 2,019.00 | 1,910 00 | 1,910.00 | 0.00 | 1,899.00 | 1,899.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,890.00 |
| 263 | 809 | 821 | B2 | N/A | 11 5 | Occup ed | Moore, Rebecca | 07/01 2020 | | 07/31/2022 | 09/01 2023 | 1,892.00 | 300 00 | 550.00 | 0.00 | 1,630.00 | 1,630.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,630.00 |
| 89 | 878 | 823 | A1 | N/A | 832 | Occup ed | Stafford Hobbart, Ma iah | 06/20 2022 | | 06/20/2022 | 07/23 2023 | 1,538.00 | 0 00 | 50.00 | -1 0 8 | 1,390.00 | 1,390.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,390.00 |
| 722 | 11060 | 82 | B2 | N/A | 11 5 | Occup ed | Jeff ey, Ricky | 09/1  2021 | | 09/13/2022 | 10/08 2023 | 1,892.00 | 300 00 | 550.00 | 0.00 | 1,630.00 | 1,630.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,6 5.00 |
| 651 | 992 | 825 | A1 | N/A | 832 | Occup ed | Jones, Sarah | 06/19 2021 | | 06/20/2022 | 06/01 2023 | 1,538.00 | 200 00 | 200.00 | 0.00 | 1,3 5.00 | 1,3 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,3 5.00 |
| 927 | 933 | 826 | B2 | N/A | 11 5 | Occup ed | Ventura, Veron ca | 06/01 2022 | | 06/01/2022 | 06/0  2023 | 1,892.00 | 0 00 | 2,250.00 | -1 66 | 1,630.00 | 1,630.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,6 5.00 |
| 77 | 26 | 827 | C | N A | 365 | Occup ed | Gonzalez, Ka na | 0   5 2022 | | 0  8 2022 | 0 22 2023 | 852.00 | 0 00 | 0.00 | 0.00 | 890.00 | 890.00 | 0.00 | 0.00 | 0.00 | 0.00 | 890.00 |
| 866 | 8 5 | 828 | B | N A | 059 | Occup ed | Bu nett, Pamey | 0   5 2022 | | 0   5 2022 | 0   6 2023 | 852.00 | 0 00 | 0.00 | 0.00 | 585.00 | 585.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.00 |
| 110 | 111 0 | 911 | A1 | N/A | 832 | Occup ed | Vasquez, Brenda | 11/03 2022 | | 11/03/2022 | 12/03 2023 | 1,538.00 | 0 00 | 0.00 | 0.00 | 1,538.00 | 1,538.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,538.00 |
| 1022 | 506 | 912 | B2 | N/A | 11 5 | Occup ed | Turner, Da na | 08/27 2022 | | 08/27/2022 | 09/2  2023 | 1,892.00 | 300 00 | 300.00 | 0.00 | 1,759.00 | 1,759.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,306.00 |
| 505 | 900 | 913 | A2 | N/A | 798 | Occup ed | Kun ze, Roger | 09/29 2020 | | 03/08/2022 | 03/05 2023 | 1,538.00 | 0 00 | 300.00 | 0.00 | 1,300.00 | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,300.00 |
| 901 | 901 | 91 | A1 | N/A | 832 | Occup ed | K chen, Nancy J | 05/10 2022 | | 05/10/2022 | 05/07 2023 | 1,538.00 | 0 00 | 250.00 | 0.00 | 1,390.00 | 1,390.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1,390.00 |
| 622 | 893 | 915 | A2 | N/A | 798 | Occup ed | Lee, Shelby | 0  /10 2021 | | 0  /13/2022 | 05/1  2023 | 1, 68.00 | 200 00 | 200.00 | 0.00 | 1,3 0.00 | 1,3 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,3 0.00 |
| 687 | 11009 | 916 | B2 | N/A | 11 5 | Occup ed | Evans, Misty | 07/13 2021 | | 07/12/2022 | 07/16 2023 | 1,892.00 | 300 00 | 800.00 | -1 697 27 | 1,630.00 | 1,630.00 | 30.00 | 0.00 | 0.00 | 0.00 | 1,660.00 |
| 909 | 905 | 917 | A1 | N/A | 832 | Occup ed | Chambers, Sharday | 05/05 2022 | | 05/05/2022 | 05/07 2023 | 1,538.00 | 0 00 | 250.00 | 0.00 | 1,390.00 | 1,390.00 | 15.00 | 0.00 | 0.00 | 0.00 | 1 05.00 |

*Historically generated Rent Roll Data may be affected due to the following product functions (including but not limited to):*
- *Back dated move ins outs or apply dates*
- *Applicant is transferred to another unit will appear in the new unit, not the old*
- *Cancel ing not ces to vacate or t ans er*
- *Undoing move-ins/ou s or transfers*

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| otals: | | | | | | | | | | 464 074 00 | 115 725 00 | 134 175 00 | 93 977 61 | 383 834 00 | 383 834 00 | 1 140 00 | 2 000 00 | 709 40 | 882 50 | 385 382 10 |

App. 773

* Ind cates amoun s not included in detail totals





**Valuation & Advisory Services**

Direct: +1 206 695 4200
Fax: +1 206 682 7938
colliers.com

601 Union Street
Suite 4800
Seattle, WA 98101
United States

# Valuation Glossary

Unless specified otherwise, these definitions were extracted from the following sources or publications:

The Dictionary of Real Estate Appraisal, Sixth Edition, Appraisal Institute, Chicago, Illinois, 2015 (Dictionary).

Uniform Standards of Professional Appraisal Practice, 2020-2022 Edition (USPAP).

The Appraisal of Real Estate, Fourteenth Edition, Appraisal Institute, Chicago, Illinois, 2020 (15th Edition).

**Absolute Net Lease**

A lease in which the tenant pays all expenses including structural maintenance, building reserves, and management; often a long-term lease to a credit tenant. *(Dictionary)*

**Ad Valorem Tax**

A real estate tax based on the assessed value of the property, which is not necessarily equivalent to its market value. *(15th Edition)*

**Aggregate of Retail Values (ARV)**

The sum of the separate and distinct market value opinions for each of the units in a condominium; subdivision development, or portfolio of properties, as of the date of valuation. The aggregate of retail values does not represent the value of all the units as sold together in a single transaction; it is simply the total of the individual market value conclusions. Also called *sum of the retail values*. *(Dictionary)*

**Arm's-length Transaction**

A transaction between unrelated parties who are each acting in his or her own best interest. *(Dictionary)*

**As-Is Market Value**

The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal date. *(Dictionary)*

**Assessed Value**

The value of a property according to the tax rolls in ad valorem taxation; may be higher or lower than market value, or based on an assessment ratio that is a percentage of market value. *(Dictionary)*

**Average Daily Room Rate (ADR)**

In the lodging industry, the net rooms revenue derived from the sale of guest rooms divided by the number of paid occupied rooms. *(Dictionary)*

**Band of Investment**

A technique in which the capitalization rates attributable to components of an investment are weighted and combined to derive a weighted-average rate attributable to the total investment. *(Dictionary)*

**Cash-Equivalent Price**

The price of a property with nonmarket financing expressed as the price that would have been paid in an all-cash sale. *(Dictionary)*

**Common Area**

The total area within a property that is not designed for sale or rental but is available for common use by all owners, tenants, or their invitees, e.g., parking and its appurtenances, malls, sidewalks, landscaped areas, recreation areas, public toilets, truck and service facilities. *(Dictionary)*

**Contract Rent**

The actual rental income specified in a lease. *(15th Edition)*

**Cost Approach**

A set of procedures through which a value indication is derived for the fee simple interest in a property by estimating the current cost to construct a reproduction of (or replacement for) the existing structure, including an entrepreneurial incentive; deducting depreciation from the total cost; and adding the estimated land value. Adjustments may then be made to the indicated fee simple value of the subject property to reflect the value of the property interest being appraised. *(Dictionary)*

**Curable Functional Obsolescence**

An element of depreciation; a curable defect caused by a flaw in the structure, materials, or design, which can be practically and economically corrected. *(Dictionary)*

**Debt Coverage Ratio (DCR)**

The ratio of net operating income to annual debt service, which measures the relative ability of a property to meet its debt service out of net operating income; also called debt service coverage ratio (DSCR). *(Dictionary)*

**Deferred Maintenance**

Items of wear and tear on a property that should be fixed now to protect the value or income-producing ability of a property. *(Dictionary)*

**Depreciation**

In appraisal, a loss in property value from any cause; the difference between the cost of an improvement on the effective date of the appraisal and the market value of the improvement on the same date. *(Dictionary)*

**Direct Costs**

Expenditures for the labor and materials used in the construction of improvements; also called hard costs. *(Dictionary)*

**Discounted Cash Flow (DCF) Analysis**

The procedure in which a discount rate is applied to a set of projected income streams and a reversion. The analyst specifies the quantity, variability, timing, and duration of the income streams and the quantity and timing of the reversion, and discounts each to its present value at a specified yield rate. *(Dictionary)*

**Discount Rate**

A rate of return on capital used to convert future payments or receipts into present value; usually considered to be a synonym for yield rate. *(Dictionary)*

**Disposition Value**

The most probable price that a specified interest in property should bring under the following conditions:

1. Consummation of a sale within a specified time, which is shorter than the typical exposure time for such a property in that market.
2. The property is subjected to market conditions prevailing as of the date of valuation.
3. Both the buyer and seller are acting prudently and knowledgeably.
4. The seller is under compulsion to sell.
5. The buyer is typically motivated.
6. Both parties are acting in what they consider their best interests.
7. An adequate marketing effort will be made during the exposure time.
8. Payment will be made in cash in U.S. dollars (or the local currency) or in terms of financial arrangements comparable thereto.
9. The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

This definition can also be modified to provide for valuation with specified financing terms. *(Dictionary)*

**Easement**

The right to use another's land for a stated purpose. Access or right-of-way easements may be acquired by private parties or public utilities. Governments may be the beneficiaries of easements placed on privately owned land that is dedicated to conservation, open space, or preservation. *(15th Edition)*

**Economic Life**

The period over which improvements to real property contribute to property value. *(Dictionary)*

**Effective Age**

The age of property that is based on the amount of observed deterioration and obsolescence it has sustained, which may be different from its chronological age. *(Dictionary)*

**Effective Date**

The date on which the appraisal or review opinion applies (SVP) *(Dictionary)*

**Effective Gross Income (EGI)**

The anticipated income from all operations of the real estate after an allowance is made for vacancy and collection losses and an addition is made for any other income. *(Dictionary)*

**Effective Gross Income Multiplier (EGIM)**

The ratio between the sale price (or value) of a property and its effective gross income. *(Dictionary)*

**Effective Rent**

The total base rent, or minimum rent stipulated in a lease, over the specified lease term minus rent concessions - e.g. free rent, excessive tenant improvements, moving allowances, lease buyouts, cash allowances, and other lease incentives. *(15th Edition)*

**Eminent Domain**

The right of government to take private property for public use upon the payment of just compensation. The Fifth Amendment of the U.S. Constitution, also known as the takings clause, guarantees payment of just compensation upon appropriation of private property. *(Dictionary)*

**Entrepreneurial Incentive**

The amount an entrepreneur expects to receive for his or her contribution to a project. Entrepreneurial incentive may be distinguished from entrepreneurial profit (often called developer's profit) in that it is the expectation of future profit as opposed to the profit actually earned on a development or improvement. *(Dictionary)*

**Entrepreneurial Profit**

A market-derived figure that represents the amount an entrepreneur receives for his or her contribution to a project and risk; the difference between the total cost of a property (cost of development) and its market value (property value after completion), which represents the entrepreneur's compensation for the risk and expertise associated with



development. An entrepreneur is motivated by the prospect of future value enhancement (i.e., the entrepreneurial incentive). An entrepreneur who successfully creates value through new development, expansion, renovation, or an innovative change of use is rewarded by entrepreneurial profit. Entrepreneurs may also fail and suffer losses. *(Dictionary)*

**Excess Land**

Land that is not needed to serve or support the existing improvement. The highest and best use of the excess land may or may not be the same as the highest and best use of the improved parcel. Excess land has the potential to be sold separately and is valued separately. *(Dictionary)*

**Excess Rent**

The amount by which contract rent exceeds market rent at the time of the appraisal; created by a lease favorable to the lessor and may reflect superior management, a lease execution in an earlier, stronger rental market, or an agreement of the parties. Due to the higher risk inherent in the receipt of excess rent, it may be calculated separately and capitalized or discounted at a higher rate in the income capitalization approach. *(15th Edition)*

**Expense Stop**

A clause in a lease that limits the landlord's expense obligation, which results in the lessee paying any operating expenses above a stated level or amount. *(Dictionary)*

**Exposure Time**

An opinion, based on supporting market data, of the length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. *(USPAP)*

**Extraordinary Assumption**

An assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. Uncertain information might include physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends; or the integrity of data used in an analysis. An extraordinary assumption may be used in an assignment only if:

- It is required to properly develop credible opinions and conclusions;
- The appraiser has a reasonable basis for the extraordinary assumption;
- Use of the extraordinary assumption results in a credible analysis; and
- The appraiser complies with the disclosure requirements set forth in USPAP for extraordinary assumptions. *(USPAP)*

**External Obsolescence**

A type of depreciation; a diminution in value caused by negative external influences and generally incurable on the part of the owner, landlord, or tenant. The external influence may be temporary or permanent. *(Dictionary)*

**Fair Market Value**

In nontechnical usage, a term that is equivalent to the contemporary usage of market value.

As used in condemnation, litigation, income tax, and property tax situations, a term that is similar in concept to market value but may be defined explicitly by the relevant agency. *(Dictionary)*

**Feasibility Analysis**

A study of the cost-benefit relationship of an economic endeavor. *(USPAP)*

**Fee Simple Estate**

Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power and escheat. *(Dictionary)*

**Floor Area Ratio (FAR)**

The relationship between the above-ground floor area of a building, as described by the zoning or building code, and the area of the plot on which it stands; in planning and zoning, often expressed as a decimal, e.g., a ratio of 2.0 indicates that the permissible floor area of a building is twice the total land area. *(Dictionary)*

**Functional Obsolescence**

The impairment of functional capacity of improvements according to market tastes and standards. *(Dictionary)*

**Functional Utility**

The ability of a property or building to be useful and to perform the function for which it is intended according to current market tastes and standards; the efficiency of a building's use in terms of architectural style, design and layout, traffic patterns, and the size and type of rooms. *(Dictionary)*

**Furniture, Fixtures, and Equipment (FF&E)**

Business trade fixtures and personal property, exclusive of inventory. (Dictionary)

**Going-concern**

An established and operating business having an indefinite future life. *(Dictionary)*

Accelerating success.

**Going-concern Value**

An outdated label for the market value of all the tangible and intangible assets of an established and operating business with an indefinite life, as if sold in aggregate; more accurately termed the market value of the going concern or market value of the total assets of the business. *(Dictionary)*

**Gross Building Area (GBA)**

Total floor area of a building, excluding unenclosed areas, measured from the exterior of the walls of the above-grade area. This includes mezzanines and basements if and when typically included in the market area of the type of property involved. *(Dictionary)*

**Gross Leasable Area (GLA) - Commercial**

Total floor area designed for the occupancy and exclusive use of tenants, including basements and mezzanines; measured from the center of joint partitioning to the outside wall surfaces. *(Dictionary)*

**Gross Living Area (GLA) - Residential**

Total area of finished, above-grade residential area; calculated by measuring the outside perimeter of the structure and includes only finished, habitable, above-grade living space. (Finished basements and attic areas are not generally included in total gross living area. Local practices, however, may differ.) *(Dictionary)*

**Highest & Best Use**

The reasonably probable use of property that results in the highest value. The four criteria that the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity. The use of an asset that maximizes its potential and that is possible, legally permissible, and financially feasible. The highest and best use may be for continuation of an asset's existing use or for some alternative use. This is determined by the use that a market participant would have in mind for that asset when formulating the price that it would be willing to bid (IVS). *(Dictionary)*

**Hypothetical Condition**

A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis. *(USPAP)*

**Income Capitalization Approach**

In the income capitalization approach, an appraiser analyzes a property's capacity to generate future benefits and capitalizes the income into an indication of present value. The principle of anticipation is fundamental to this approach. Techniques and procedures from this approach are used to analyze comparable sales data and to measure obsolescence in the cost approach. *(15th Edition)*

**Incurable Functional Obsolescence**

An element of depreciation; a defect caused by a deficiency or superadequacy in the structure, materials, or design that cannot be practically or economically corrected as of the effective date of the appraisal. *(Dictionary)*

**Indirect Costs**

Expenditures or allowances for items other than labor and materials that are necessary for construction, but are not typically part of the construction contract. Indirect costs may include administrative costs, professional fees, financing costs and the interest paid on construction loans, taxes and the builder's or developer's all-risk insurance during construction, and marketing, sales, and lease-up costs incurred to achieve occupancy or sale. Also called soft costs. *(Dictionary)*

**Insurable Replacement Cost**

The cost estimate, at current prices as of the effective date of valuation, of a substitute for the building being valued, using modern materials and current standards, design and layout for insurance coverage purposes guaranteeing that damaged property is replaced with a new property (i.e., depreciation is not deducted). *(Dictionary)*

**Interim Use**

The temporary use to which a site or improved property is put until a different use becomes maximally productive. *(Dictionary)*

**Investment Value**

The value of a property to a particular investor or class of investors based on the investor's specific requirements. Investment value may be different from market value because it depends on a set of investment criteria that are not necessarily typical of the market. *(Dictionary)*

**Leased Fee Interest**

The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversion right when the lease expires. *(Dictionary)*

**Leasehold Interest**

The right held by the lessee to use and occupy real estate for a stated term and under the conditions specified in the lease. *(Dictionary)*

**Legally Nonconforming Use**

A use that was lawfully established and maintained, but no longer conforms to the use regulations of its current zoning; also known as a grandfathered use. *(Dictionary)*

**Liquidation Value**

The most probable price that a specified interest in real property should bring under the following conditions:

1. Consummation of a sale within a short time period.

2. The property is subjected to market conditions prevailing as of the date of valuation.

3. Both the buyer and seller are acting prudently and knowledgeably.

4. The seller is under extreme compulsion to sell.

5. The buyer is typically motivated.

6. Both parties are acting in what they consider to be their best interests.

7. A normal marketing effort is not possible due to the brief exposure time.

8. Payment will be made in cash in U.S. dollars (or the local currency) or in terms of financial arrangements comparable thereto.

9. The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

This definition can also be modified to provide for valuation with specified financing terms. *(Dictionary)*

**Market Area**

The geographic region from which a majority of demand comes and in which the majority of competition is located. Depending on the market, a market area may be further subdivided into components such as primary, secondary, and tertiary market areas. *(Dictionary)*

**Market Rent**

The most probable rent that a property should bring in a competitive and open market reflecting the conditions and restrictions of a specific lease agreement, including the rental adjustment and revaluation, permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements (TIs). *(Dictionary)*

**Market Study**

An analysis of the market conditions of supply, demand, and pricing for a specific property type in a specific area. *(Dictionary)*

**Market Value (Most Common Non-FRT)**

The most probable price, as of a specific date, in cash, or in terms equivalent to cash, or in other precisely revealed terms, for which the specified property rights should sell after reasonable exposure in a competitive market under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeably, and for self-interest, and assuming that neither is under undue distress. *(Dictionary)*

**Market Value (Interagency Guidelines)**

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;

2. both parties are well informed or well advised, and acting in what they consider their own best interests;

3. a reasonable time is allowed for exposure in the open market;

4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

5. the price represents the normal consideration for the property sold unaffected by special or creative financing or salesconcessions granted by anyone associated with the sale. (Interagency Appraisal and Evaluation Guidelines, December 10, 2010, Federal Register, Volume 75 Number 237, Page 77472)

**Marketability Analysis**

The study of how a specific property is expected to perform in a specific market. A marketability analysis expands on a market analysis by addressing a specific property.*(Dictionary)*

**Neighborhood Analysis**

The objective analysis of observable or quantifiable data indicating discernible patterns of urban growth, structure, and change that may detract from or enhance property values; focuses on four sets of considerations that influence value: social, economic, governmental, and environmental factors. *(Dictionary)*

**Net Operating Income (NOI)**

The actual or anticipated net income that remains after all operating expenses are deducted from effective gross income but before mortgage debt service and book depreciation are deducted. Note: This definition mirrors the convention used in corporate finance and business valuation for EBITDA (earnings before interest, taxes, depreciation, and amortization). *(15th Edition)*

**Obsolescence**

One cause of depreciation; an impairment of desirability and usefulness caused by new inventions, changes in design, improved processes for production, or external factors that make a property less desirable and valuable for a continued use; may be either functional or external. *(Dictionary)*

**Off-site Costs**

Costs incurred in the development of a project, excluding on-site costs such as grading and construction of the building and other improvements; also called common costs or off-site improvement costs. *(Dictionary)*

**On-site Costs**

Costs incurred for the actual construction of buildings and improvements on a particular site. *(Dictionary)*

**Overage Rent**

The percentage rent paid over and above the guaranteed minimum rent or base rent; calculated as a percentage of sales in excess of a specified breakeven sales volume. *(15th Edition)*

**Overall Capitalization Rate (OAR)**

The relationship between a single year's net operating income expectancy and the total property price or value. *(Dictionary)*

**Parking Ratio**

The ratio of parking area or parking spaces to an economic or physical unit of comparison. Minimum required parking ratios for various land uses are often stated in zoning ordinances.*(Dictionary)*

**Potential Gross Income (PGI)**

The total income attributable to property at full occupancy before vacancy and operating expenses are deducted. *(Dictionary)*

**Potential Gross Income Multiplier (PGIM)**

The ratio between the sale price (or value) of a property and its annual potential gross income. *(Dictionary)*

**Present Value (PV)**

The value of a future payment or series of future payments discounted to the current date or to time period zero. *(Dictionary)*

**Prospective Opinion of Value**

A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not achieved sellout or a stabilized level of long-term occupancy. *(Dictionary)*

**Qualitative Adjustment**

An indication that one property is superior, inferior, or the same as another property. Note that the common usage of the term is a misnomer in that an adjustment to the sale price of a comparable property is not made. Rather, the indication of a property's superiority or inferiority to another is used in relative comparison analysis, bracketing, and other forms of qualitative analysis. *(Dictionary)*

**Quantitative Adjustment**

A numerical (dollar or percentage) adjustment to the indicated value of the comparable property to account for the effect of a difference between two properties on value. *(Dictionary)*

**Rentable Area**

The amount of space on which the rent is based; calculated according to local practice. *(Dictionary)*

**Replacement Cost**

The estimated cost to construct, at current prices as of a specific date, a substitute for a building or other improvements, using modern materials and current standards, design, and layout. *(Dictionary)*

**Reproduction Cost**

The estimated cost to construct, at current prices as of the effective date of the appraisal, an exact duplicate or replica of the building being appraised, using the same materials, construction standards, design, layout, and quality of workmanship and embodying all the deficiencies, superadequacies, and obsolescence of the subject building. *(Dictionary)*

**Retrospective Value Opinion**

A value opinion effective as of a specified historical date. The term retrospective does not define a type of value. Instead, it identifies a value opinion as being effective at some specific prior date. Value as of a historical date is frequently sought in connection with property tax appeals, damage models, lease renegotiation, deficiency judgments, estate tax, and condemnation. Inclusion of the type of value with this term is appropriate, e.g., "retrospective market value opinion." *(Dictionary)*

**Sales Comparison Approach**

The process of deriving a value indication for the subject property by comparing sales of similar properties to the property being appraised, identifying appropriate units of comparison, and making adjustments to the sale prices (or unit prices, as appropriate) of the comparable properties based on relevant, market-derived elements of comparison. The sales comparison approach may be used to value improved properties, vacant land, or land being considered vacant when an adequate supply of comparable sales is available. *(Dictionary)*

**Scope of Work**

The type and extent of research and analysis in an appraisal or appraisal review assignment. Scope of work includes, but is not limited to:

The extent to which the property is identified;

The extent to which tangible property is inspected;

The type and extent of data researched; and

The type and extent of analysis applied to arrive at opinions or conclusions. *(USPAP)*

**Shopping Center Types**

Neighborhood Shopping Center: The smallest type of shopping center, generally with a gross leasable area of between 30,000 and 100,000 square feet. Typical anchors include supermarkets. Neighborhood shopping centers offer convenience goods and personal services and usually depend on a market population support of 3,000 to 40,000 people.

Community Shopping Center: A shopping center of 100,000 to 400,000 square feet that usually contains one junior department store, a variety store, discount or department store. A community shopping center generally has between 20 and 70 retail tenants and a market population support of 40,000 to 150,000 people.

Regional Shopping Center: A shopping center of 300,000 to 900,000 square feet that is built around one or two full-line department stores of approximately 200,000 square feet each plus small tenant spaces. This type of center is typically supported by a minimum population of 150,000 people.

Super-Regional Center: A large center of 600,000 to 2.0 million square feet anchored by three or more full-line department stores. This type of center is typically supported by a population area of 300,000 people. *(15th Edition)*

**Superadequacy**

An excess in the capacity or quality of a structure or structural component; determined by market standards. *(Dictionary)*

**Surplus Land**

Land that is not currently needed to support the existing use but cannot be separated from the property and sold off for another use. Surplus land does not have an independent highest and best use and may or may not contribute value to the improved parcel. *(Dictionary)*

**Tenant Improvements (TIs)**

1.  Fixed improvements to the land or structures installed for use by a lessee.

2.  The original installation of finished tenant space in a construction project; subject to periodic change for succeeding tenants. *(Dictionary)*

**Triple Net Lease**

An alternative term for a type of net lease. In some markets, a net net net lease is defined as a lease in which the tenant assumes all expenses (fixed and variable) of operating a property except that the landlord is responsible for structural maintenance, building reserves, and management. Also called NNN, triple net lease, or fully net lease. *(Dictionary)*

**Usable Area**

The area that is actually used by the tenants measured from the inside of the exterior walls to the inside of walls separating the space from hallways and common areas. *(Dictionary)*

**Useful Life**

The period of time over which a structure or a component of a property may reasonably be expected to perform the function for which it was designed. *(Dictionary)*

**Vacancy and Collection Loss**

A deduction from potential gross income (PGI) made to reflect income deductions due to vacancies, tenant turnover, and non-payment of rent; also called vacancy and credit loss or vacancy and contingency loss. *(Dictionary)*

**Yield Capitalization**

A method used to convert future benefits into present value by 1) discounting each future benefit at an appropriate yield rate, or 2) developing an overall rate that explicitly reflects the investment's income pattern, holding period, value change, and yield rate. *(Dictionary)*





**Jason Ribelin**

Valuation Services Director
Valuation & Advisory Services

jason.ribelin@colliers.com
Direct: +1 214 217 9325
Mobile: +1 405 517 6917
Fax: +1 214 723 7561
colliers.com

1717 McKinney Avenue
Suite 900
Dallas, TX 76262
United States

### Education or Qualifications

University of North Texas
Major: Bachelor of Science
Integrative Studies

University of Oklahoma
Major: Electrical Engineering

Oklahoma City Community
College
Major: Associates of Applied
Science

### State Certifications

| | |
|---|---|
| Alabama | Oklahoma |
| Arkansas | South Carolina |
| Colorado | Tennessee |
| Maryland | Texas |
| North Carolina | Virginia |

### Area of Expertise

Mr. Ribelin has been engaged in the real estate industry in excess of thirteen years. Over the last seven years, Mr. Ribelin has been primarily focused on multi-family properties and has personally inspected and appraised over 1,000 apartments complexes in 35 states ranging from ten units to 2,000+ units. Mr. Ribelin has appraised all asset classes and has vast knowledge of conventional and affordable properties inclusive of LIHTC, LURA, Section 236, and HAP properties. Additionally, Mr. Ribelin has conducted research on and made appraisals and/or inspections of numerous other property types which include the following:

- Automotive Dealerships
- Office buildings
- Planned unit developments
- Retail centers (all property types)
- Industrial / Flex warehouse
- Waterfront Land
- Community Amenity Centers
- Vacant land
- Hotels

### Professional Background

Colliers International
August 2019 – Present

Deverick & Associates, Inc.
May 2006 – August 2019

### Appraisal Institute Courses

- Real Estate Appraisal Principles
- Real Estate Appraisal Procedures
- General Appraiser Income Approach Part I
- General Appraiser Income Approach Part II
- General Appraiser Report Writing and Case Studies
- Advanced Income Capitalization
- Advanced Concepts & Case Studies

### Other Related Courses

- USPAP (15-Hour and 7-Hour Courses)
- Real Estate Finance, Statistics, and Valuation Modeling
- General Appraiser Market Analysis and Highest & Best Use
- General Appraiser Sales Comparison Approach
- General Appraiser Site Valuation and Cost Approach
- Avoiding Mortgage Fraud for Appraisers
- Understanding Residential Construction
- The Income Approach: An Overview
- Michigan Appraisal Law
- Even Odder - More Oddball Appraisals
- The Nuts and Bolts of Green Building for Appraisers
- The Dirty Dozen
- Essential Elements of Disclosures and Disclaimers

JASON PAUL RIBELIN
1145 BENTLEY DR
ROANOKE, TX 76262



## Certified General Real Estate Appraiser

Appraiser: **JASON PAUL RIBELIN**

License #: **TX 1380338 G**          License Expires: **07/31/2024**

Having provided satisfactory evidence of the qualifications required
by the Texas Appraiser Licensing and Certification Act, Occupations
Code, Chapter 1103, authorization is granted to use this title:
Certified General Real Estate Appraiser

For additional information or to file a complaint please contact TALCB
at www.talcb.texas.gov.

**Chelsea Buchholtz**
**Commissioner**

App. 785





Managing Director
TX & OK Multifamily
Valuation & Advisory Services

john.jordan@colliers.com
Direct: +1 214 217 9328
Mobile: +1 214 693 4419
Fax: +1 214 723 7561
colliers.com

1717 McKinney Ave
Suite 900
Dallas, TX 75202
United States

### Education or Qualifications

University of Oklahoma

Declared Major: Finance

### State Certifications

Texas

Oklahoma

## John Jordan, MAI

### Area of Expertise

John Jordan, MAI currently services as the Managing Director | TX & OK Multifamily Leader in the Dallas, TX office of Colliers International Valuation & Advisory Services. Mr. Jordan has been engaged in the real estate industry in excess of thirty-five (35) years. Mr. Jordan has conducted research on, and made appraisals and/or inspections of numerous property types.

### Affiliations or Memberships

Member of the Appraisal Institute, MAI # 10572

Past Member and Advisor of the National Assoc. of Real Estate Appraisers

Licensed Real Estate Broker, State of Texas License Number 0365933

Texas State Certified General Real Estate Appraiser, Certificate # TX-1321156-G

Past Associate Member of Mortgage Bankers Association of America

Past Licensed Tax Consultant, State of Texas

### Professional Background

Mr. Jordan has experience with nearly every property type. His previous firm has completed assignments nationally, from as far as Alaska to Maine. Since 2015, the firm completed in excess of 2,500 multi-family appraisals, accounting for several billion in value. Deverick & Associates was one of the top five appraisal firms by volume utilized by Fannie Mae and Freddie Mac. Mr. Jordan oversaw the operations of the firm and reviewed the vast majority of the appraisals completed by staff appraisers. Further, he was responsible for the training and supervising of several appraiser trainees at the firm.



**John Jordan, MAI**
Managing Director
TX & OK Multifamily
Valuation & Advisory Services

john.jordan@colliers.com
Direct: +1 214 217 9328
Mobile: +1 214 693 4419
Fax: +1 214 723 7561
colliers.com

1717 McKinney Ave
Suite 900
Dallas, TX 75202
United States

**Expert Testimony**

Mr. Jordan has been accepted as an expert witness by courts in the following jurisdictions:

**<u>Federal Courts</u>**

Eastern District of Texas

Northern District of Texas

**<u>State Courts</u>**

District Court State of Oklahoma

District Court State of Texas

**Seminars**

Preparation for MAI Comprehensive Exam

State Certification Workshop

Appraisal of Local Retail Properties

Analyzing Operating Expenses

Section 8/HUD Rent Comparability Studies

Appraisal Review – General

Highest and Best Use Applications

Affordable Housing Appraisal Seminar – RTC

Comprehensive Real Estate Workshop

Understanding Limited Appraisals

Rates, Ratios, & Reasonableness

Appraisal Practices for Litigation

Math Skills, Calculator, & Graphical Interpretation

Attacking & Defending an Appraisal Report

Lease Abstracting & Analysis

Accelerating success.

JOHN DEVERICK JORDAN
6103 HUNTER LANE
COLLEYVILLE, TX 76034



## Certified General
## Real Estate Appraiser

Appraiser: **John Deverick Jordan**

License #:  **TX 1321156 G**          License Expires: **06/30/2023**

Having provided satisfactory evidence of the qualifications required
by the Texas Appraiser Licensing and Certification Act, Occupations
Code, Chapter 1103, authorization is granted to use this title:
Certified General Real Estate Appraiser

For additional information or to file a complaint please contact TALCB
at www.talcb.texas.gov.

**Chelsea Buchholtz**
**Commissioner**





Valuation Analyst
Valuation & Advisory Services

corey.clifton@colliers.com
Direct: +1 214 217 9324
Mobile: +1 817 504 4636
Fax: +1 214 723 7561
colliers.com

1717 McKinney Ave
Suite 900
Dallas, TX 75202
United States

### Education or Qualifications

Texas Woman's University,
Denton, TX

Bachelor of General Studies
(Concentration in Business,
Real Estate, and Government)

### State Certifications

Texas Trainee

## Corey D. Clifton

### Area of Expertise

Corey D. Clifton is a Valuation Analyst in the Dallas, TX office of Colliers International Valuation & Advisory Services. He has been engaged in the real estate industry in excess of seven years. Over the last seven years, Mr. Clifton has been primarily focused on multi-family properties and has personally appraised over 750 apartments complexes in 33 states ranging from ten units to 2,000+ units. Mr. Clifton has appraised all asset classes and has vast knowledge of conventional and affordable properties inclusive of LIHTC, LURA, Section 236, and HAP properties. Additionally, he has conducted research on and made appraisals and/or inspections of numerous other property types.

### Professional Background

Deverick & Associates (Appraiser Trainee) 2012 - 2019

Colliers International (Valuation Analyst) 2019 - Present

### Appraisal Institute Courses

- USPAP (15-Hour and 7-Hour Courses)
- Real Estate Appraisal Principles
- Real Estate Appraisal Procedures
- General Appraiser Market Analysis and Highest & Best Use
- General Appraiser Sales Comparison Approach
- General Appraiser Site Valuation and Cost Approach
- General Appraiser Report Writing and Case Studies
- Supervisor-Trainee Course for Texas
- General Appraiser Income Approach Part I and Part II
- 7-Hour National USPAP Update Courses

Accelerating success.

DAVID COREY CLIFTON
6111A PLANTATION LANE
FLOWER MOUND, TX 75022



## Appraiser Trainee

Trainee: **DAVID COREY CLIFTON**

Authorization #: **TX 1340250 Trainee**          Expires: **04/30/2024**

Review the list of the above Trainee's Supervisors on the License Holder Search at www.talcb.texas.gov.

Having provided satisfactory evidence of the qualifications required by the Texas Appraiser Licensing and Certification Act, Occupations Code, Chapter 1103, authorization is granted to use this title: Appraiser Trainee

For additional information or to file a complaint please contact TALCB at www.talcb.texas.gov.

**Chelsea Buchholtz**
**Commissioner**

App. 790



# Valuation & Advisory Services

## Services Offered

Single Asset Valuation
Portfolio Valuation
Institutional Asset Valuation
Loan Pool Valuation
Appraisal Review
Appraisal Management
Lease and Cost Analysis
Insurance Valuation
Arbitration & Consulting
Feasibility Studies
Investment Analysis
Highest and Best Use Studies
Tax Appeals
Litigation Support
Segregated-Cost Analysis

## Experience That Counts

Office
Industrial
Retail
Multifamily
Mixed-Use Properties
Senior Housing
Land
Self-Storage
Manufactured Housing
Agriculture
Net Lease
Hospitality
Health Care
Subdivisions
Embassies & Consulates
GSA Properties
Special Use Properties
Telecommunications
Easements
Life Science

Real estate valuations play a pivotal role in today's business climate. An accurate and well supported opinion of property value can mean the difference between reaching a critical goal— securing a loan, closing a sale, reporting to investors, choosing the best asset—or failing to achieve it altogether.

Colliers Valuation & Advisory Services' reports are designed to deliver insight into a property's fundamentals, its competition and the overall market dynamics affecting value. A solid valuation report can be a strategic asset for investors, lenders and owners, provided that it addresses both a property's unique characteristics and the most current market conditions.

Commitment to high-end client service, coupled with Colliers' unparalleled market intelligence and resources, differentiates us as the firm of choice in the real estate industry.



## Professionals

Our professionals share a commitment to deliver the highest level of service and consistent results. We go the extra mile for our clients, whether this means meeting a tight deadline or working with a complex and challenging property.

## Technology

Our unmatched report creation technology speeds appraisals through the pipeline. This secure, centralized production system generates a wide range of reports and high volume portfolio orders without delays.

## Information

Today's business climate places valuation in a more pivotal position than ever before. All our appraisals are evaluated and approved by an experienced review team to ensure our clients receive concise and timely appraisals. With clear, prompt reporting and a comprehensive, big picture approach, Colliers International's Valuation and Advisory reports give our clients the information they need to make better business decisions.

This document has been prepared by Colliers for advertising and general information only. Colliers makes no guarantees, representations or warranties of any kind, expressed or implied, regarding the information including, but not limited to, warranties of content, accuracy and reliability. Any interested party should undertake their own inquiries as to the accuracy of the information. Colliers excludes unequivocally all inferred or implied terms, conditions and warranties arising out of this document and excludes all liability for loss and damages arising there from. This publication is the copyrighted property of Colliers and /or its licensor(s). © 2022. All rights reserved. This communication is not intended to cause or induce breach of an existing listing agreement. U.S. Valuation & Advisory Services.

Accelerating success.

# Valuation & Advisory Services National Leadership

**Colliers**

**US Leadership**
**Jeremy Walling, MAI, MRICS**
President | US
Jeremy.Walling@colliers.com
+1 312 371 4920

**Quality Enhancement**
**Jim Murrett, MAI, SRA**
Executive Managing Director
Jim.Murrett@colliers.com
+1 716 312 7790

**Client Relations & Service**
**Jerry Gisclair MAI, MRICS**
Executive Vice President
Jerry.Gisclair@colliers.com
+1 813 871 8531

**Advisory Services**
**Bruce Nell, MAI, AI-GRS, MRICS**
Executive Managing Director
Bruce.Nell@colliers.com
+1 614 437 4687

**Eastern US**
**PJ Cusmano, MAI, MRICS**
Executive Vice President
PJ.Cusmano@colliers.com
+1 813 229 1599

**Portfolio Management**
**AJ Hutson, MAI, AI-GRS**
Executive Managing Director
AJ.Hutson@colliers.com
+1 704 973 7202

**Western US**
**Jeff Shouse, MAI, CRE**
Executive Vice President
Jeff.Shouse@colliers.com
+1 916 724 5531

## Region & Market Leaders

**Albuquerque**
**Conner Marshall, MAI**
Sr. Valuation Services Director
Conner.Marshall@colliers.com
+1 505 880 7053

**Austin**
**Jay Lefevers, MAI**
Managing Director
Jay.Lefevers@colliers.com
+1 602 770 4530

**Atlanta**
**Leamon Holliday, MAI**
Managing Director
Leamon.Holliday@colliers.com
+1 404 892 3526

**Baltimore**
**Zachary Smith, MAI**
Associate Managing Director
Zachary.Smith@colliers.com
+1 443 602 8985

**Birmingham**
**Tim Rau, MAI, ASA**
Managing Director
Tim.Rau@colliers.com
+1 205 970 6160

**Boise**
**John Campbell, MAI**
Sr. Valuation Services Director
John.Campbell@colliers.com
+1 206 965 1129

**Boston**
**Chris Stickney, MAI**
Associate Managing Director
Chris.Stickney@colliers.com
+1 617 330 8171

**Buffalo**
**James Murrett, MAI, SRA**
Executive Managing Director
Jim.Murrett@colliers.com
+1 716 312 7790

**Charleston (SC)**
**Curt McCall, Jr., CRE, MAI**
Executive Managing Director
Curt.McCall@colliers.com
+1 843 442 1915

**Charleston (WV)**
**Douglas S. Butcher**
Sr. Valuation Services Director
Doug.Butcher@colliers.com
+1 304 712 8289

**Charlotte**
**Alan McNulty, MAI**
Managing Director
Alan.McNulty@colliers.com
+1 704 409 2374

**Chicago**
**Tony Guth, MAI**
Managing Director
Tony.Guth@colliers.com
+1 312 602 6159

**Cincinnati**
**Brian Graham, MAI, CCIM**
Sr. Valuation Services Director
Brian.Graham@colliers.com
+1 513 200 9735

**Cleveland**
**Jacob Roehl**
Senior Valuation Specialist
Jacob.Roehl@colliers.com
+1 303 915 5165

**Columbus**
**Christian Smith, MAI**
Managing Director
Christian.Smith@colliers.com
+1 614 437 4684

**Dallas**
**Kyle Knox, MAI**
Managing Director
Kyle.Knox@colliers.com
+1 214 217 9335

**Denver**
**Jonathan Fletcher, MAI**
Managing Director
Jon.Fletcher@colliers.com
+1 303 779 5500

**Destin**
**Kevin Branton**
Senior Valuation Specialist
Kevin.Branton@colliers.com
+1 850 460 1202

**Detroit**
**David Abraham, MAI, SRA**
Managing Director
David.Abraham@colliers.com
+1 248 226 1872

**Fayetteville**
**Curt Smith, MAI**
Valuation Services Director
Curt.Smith@colliers.com
+1 479 202 5932

**Fort Lauderdale**
**Denise Morales, MAI**
Valuation Services Director
Denise.Morales@colliers.com
+1 954 652 4627

**Fort Myers**
**Jacob Hutchings, MAI**
Valuation Services Director
Jacob.Hutchings@colliers.com
+1 239 985 8088

**Fresno**
**John Larson, MAI**
Sr. Valuation Services Director
John.Larson@colliers.com
+1 559 221 1271

**Grand Rapids**
**Will Fowler, MAI**
Valuation Services Director
Will.Fowler@colliers.com
+1 616 988 5843

**Hawaiian Islands**
**Bobby Hastings, MAI, MRICS**
Managing Director
Bobby.Hastings@colliers.com
+1 808 200 5603

**Huntsville**
**Wesley Pinyan, MAI, CCIM**
Valuation Services Director
Huntsville@colliers.com
+1 256 603 7099

**Houston**
**Jay Lefevers, MAI**
Managing Director
Jay.Lefevers@colliers.com
+1 602 770 4530

**Indianapolis**
**Tony Guth, MAI**
Managing Director
Tony.Guth@colliers.com
+1 312 602 6159

**Irvine**
**John Park, MAI**
Sr. Valuation Services Director
John.Park@colliers.com
+1 949 724 1152

**Jacksonville**
**Patrick Phipps, MAI**
Managing Director
Patrick.Phipps@colliers.com
+1 904 861 1114

**Kansas City**
**Alex Hoenig, MAI**
Associate Managing Director
Alex.Hoenig@colliers.com
+1 816 419 3561

**Knoxville**
**Nelson Pratt, MAI**
Managing Director
Nelson.Pratt@colliers.com
+1 865 673 4840 ext. 1

**Las Vegas**
**Evan Ranes, MAI, ASA, R/W-AC**
Managing Director
Evan.Ranes@colliers.com
+1 702 836 3749

**Lexington**
**Robert Lancaster, Ph.D.**
Sr. Valuation Services Director
robert.lancaster@colliers.com
+1 859 221 7802

**Lincoln**
**Alex Hoenig, MAI**
Associate Managing Director
Alex.Hoenig@colliers.com
+1 816 419 3561

**Little Rock**
**Joshua Smith, MAI, MRICS**
Managing Director
Joshua.Smith@colliers.com
+1 501 219 8546

**Los Angeles**
**Jeff Shouse, MAI, CRE**
Executive Vice President
Jeff.Shouse@colliers.com
+1 916 724 5531

**Miami**
**Ralph Peña, III, MAI**
Managing Director
Ralph.Pena@colliers.com
+1 786 517 4855

**Milwaukee**
**Tony Guth, MAI**
Managing Director
Tony.Guth@colliers.com
+1 312 602 6159

**Minneapolis**
**Jeff Shouse, MAI, CRE**
Executive Vice President
Jeff.Shouse@colliers.com
+1 916 724 5531

**Nashville**
**Patrick Gibson, MAI, CCIM**
Executive Managing Director
Patrick.Gibson@colliers.com
+1 615 610 4728

**New Orleans**
**Jason Lindsey, MAI**
Valuation Services Director
Jason.Lindsey@colliers.com
+1 504 717 1926

**New York**
**Tony O'Sullivan, MAI, MRICS**
Executive Managing Director
Tony.OSullivan@colliers.com
+1 212 207 8057

**New York (upstate)**
**Anthony Palma, MAI, MRICS**
Sr. Valuation Services Director
Anthony.Palma@colliers.com
+1 518 788 8108

**Orlando**
**Chuck Buhler, MAI, CCIM**
Managing Director
Chuck.Buhler@colliers.com
+1 407 362 6155

**Philadelphia**
**Albert Crosby, MAI**
Associate Managing Director
Albert.Crosby@colliers.com
+1 215 928 7526

**Phoenix**
**Michael Brown**
Associate Managing Director
Michael.Brown@colliers.com
+1 602 222 5166

**Pittsburgh**
**Bruce Nell, MAI, AI-GRS, MRICS**
Executive Managing Director
Bruce.Nell@colliers.com
+1 614 437 4687

**Portland/Vancouver**
**Jeremy Snow, MAI**
Managing Director
Jeremy.Snow@colliers.com
+1 503 542 5409

**Raleigh**
**Alan McNulty, MAI**
Managing Director
Alan.McNulty@colliers.com
+1 704 409 2374

**Reno**
**Rebekah Dunn, MAI**
Sr. Valuation Services Director
Rebekah.Dunn@colliers.com
+1 916 724 5508

**Richmond**
**Bruce Nell, MAI, AI-GRS, MRICS**
Executive Managing Director
Bruce.Nell@colliers.com
+1 614 437 4687

**Sacramento**
**Scott Shouse, MAI**
Managing Director
Scott.Shouse@colliers.com
+1 916 724 5532

**Salt Lake City**
**Kelly Tate, MAI**
Sr. Valuation Services Director
Kelly.Tate@colliers.com
+1 385 249 5444

**San Diego**
**Rob Detling, MAI**
Managing Director
Rob.Detling@colliers.com
+1 858 860 3852

**San Francisco**
**Vathana Duong, MAI**
Managing Director
Vathana.Duong@colliers.com
+1 415 288 7854

**San Jose**
**Jeff Shouse, MAI, CRE**
Executive Vice President
Jeff.Shouse@colliers.com
+1 916 724 5531

**Sarasota**
**Justin Butler, MAI**
Managing Director
Justin.Butler@colliers.com
+1 941 210 5004

**Seattle**
**Reid Erickson, MAI**
Executive Managing Director
Reid.Erickson@colliers.com
+1 206 965 1106

**St. Louis**
**Kate Spencer, MAI**
Managing Director
Kate.Spencer@colliers.com
+1 214 558 9953

**Tampa**
**Ryan Tolle, MAI, MRICS**
Vice President
Ryan.Tolle@colliers.com
+1 813 871 8510

**Washington DC**
**John Farrell, MAI, AI-GRS**
Managing Director
John.Farrell@colliers.com
+1 212 242 5487

## Practice Group Leaders

**Agriculture**
**Ben Slaughter, ARA**
Managing Director
Benjamin.Slaughter@colliers.com
+1 559 256 0156

**Healthcare**
**Justin Butler, MAI**
Managing Director
Justin.Butler@colliers.com
+1 941 210 5004

**Manufactured Housing**
**Bruce Nell, MAI, AI-GRS, MRICS**
Executive Managing Director
Bruce.Nell@colliers.com
+1 614 437 4687

**Self-Storage**
**Jeff Shouse, MAI, CRE**
Executive Vice President
Jeff.Shouse@colliers.com
+1 916 724 5531

**Kate Spencer, MAI**
Managing Director
Kate.Spencer@colliers.com
+1 214 558 9953