UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff | § § | |
| v. | § § | C.A. No.: 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (aka MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § | Jury Trial Demanded |
| Defendants | § § | |
| DJD LAND PARTNERS, LLC and LDG001, LLC, | § § § | |
| Relief Defendants | § | |

**APPENDIX IN SUPPORT OF
SERENA BADGLEY'S LIMITED OBJECTION TO
PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR APPOINTMENT OF A RECEIVER,
FOR A PRELIMINARY INJUNCTION AND ANCILLARY RELIEF,
AND TO LIFT STAY FOR LIMITED PURPOSE**

| EXHIBIT | DESCRIPTION | APP. NO. |
|---|---|---|
| Exhibit A | Original Petition | App. 0001-0006 |
| Exhibit B | Amended Petition | App. 0007-0012 |
| Exhibit C | Mediation Order | App. 0013 |
| Exhibit D | Trial Order | App. 0014 |
| Exhibit E | Insurance Policy | App. 0015-0202 |

Respectfully submitted this 4th day of October 2023.

*/s/ Ryan E. Chapple*

Ryan E. Chapple (pro hac vice)
Texas State Bar No. 24036354
Email: rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile
**ATTORNEY FOR BADGLEY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appendix in Support of Serena Badgley's Limited Objection has been served on counsel for the parties and all parties receiving or entitled to notice through CM/ECF on this 4th day of October 2023.

*/s/ Ryan E. Chapple*

Ryan E. Chapple
