CAUSE NO. CC-21-02991-B

| | | |
|---|---|---|
| SERENA BADGLEY, AS NEXT FRIEND OF A MINOR | §<br>§<br>§<br>§ | IN THE COUNTY COURT<br><br>AT LAW NO. 2 |
| vs. | §<br>§ | |
| GOLDMARK HOSPITALITY, LLC | § | DALLAS COUNTY, TEXAS |

## MEDIATION ORDER

This case is appropriate for mediation pursuant to Section 154.021 of the Texas Civil Practice and Remedies Code. Within ten (10) days of the date of the this order, the parties shall confer and decide on an agreed mediator for the case and all counsel are directed to contact that mediator to arrange the logistics of mediation within twenty (20) days from the date of this order. If the parties cannot agree on a mediator, all counsel are ordered to advise the court of the lack of agreement and the court will appoint a mediator for the case.

After mediation, the mediator shall advise the court, parties and counsel, whether the case settled or did not settle. The mediator shall not be a witness nor may the mediator's records be subpoenaed or used as evidence. No subpoenas, citations, writs, or other process shall be served at or near the location of any mediation session, upon any person entering, leaving or attending any mediation session.

The mediator will negotiate a reasonable fee with the parties which shall be divided and be shared equally by the parties unless agreed otherwise. The mediation fee shall be paid by the parties directly to the mediator, and shall be taxed as costs.

Each party and their counsel will be bound by the rules for mediation printed on the reverse hereof, and shall complete the information forms as are furnished by the mediator.

Named parties shall be present during the entire mediation session and if the party is an entity, it shall be represented by counsel and a representative with the necessary authority to negotiate a full, final and complete settlement.

The mediation shall be conducted by **12/02/2022**.

Failure or refusal to attend the mediation session as scheduled may result in the imposition of sanctions, as permitted by law, which may include dismissal or a default judgment.

Signed:    January 28, 2022

CC-21-02991-B
CME
ORDER - MEDIATION
2523570

_____
JUDGE PRESIDING

App. 0013