IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § | |
| CARNEGIE DEVELOPMENT, LLC | § | Jury Trial Demanded |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| Defendants, | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § § | |
| Relief Defendants. | § | |

SUPPLEMENTAL APPENDIX IN SUPPORT OF DEFENDANT BARTON'S RESPONSE IN OPPOSITION TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR APPOINTMENT OF RECEIVER, FOR A PRELIMINARY INJUNCTION AND ANCILLARY RELIEF, AND TO LIFT STAY FOR LIMITED PURPOSE, AND BRIEF IN SUPPORT

Defendant Timothy L. Barton files this Supplemental Appendix in Support of his Revised Response in Opposition to Plaintiff Securities and Exchange Commission's Motion for Appointment of Receiver, for a Preliminary Injunction and Ancillary Relief, and to Life Stay for

---

SUPPLEMENTAL RESPONSE APPENDIX – Page 1

Supp. App. 090

Limited Purpose, and Brief in Support.  The Supplemental Appendix has been consecutively paginated Supp. App. 090 –App. 108 as follows:

| APPENDIX PAGE | DOCUMENT |
|---|---|
| Supp. App. 092 - 099 | Supplemental Excerpt of Barton Testimony, dated March 22, 2021 |
| Supp. App. 100 - 105 | Supplemental Excerpt of Barton Testimony, dated May 24, 2021 |
| Supp. App. 106 - 108 | Dallas Morning News, *US Home Prices Reach All Time High as Dallas-Fort Worth Prices Plateau*, dated September 26, 2023 |

Dated: October 4, 2023

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 *(Admitted to NDTX)*
medney@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

**COUNSEL FOR TIMOTHY LYNCH BARTON**


## CERTIFICATE OF SERVICE

On October 4, 2023 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*
Michael J. Edney

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:    )
                     )    File No. FW-04420-A
JMJ HOLDINGS, LLC    )


WITNESS:    Timothy Barton
PAGES:      1 through 159
PLACE:      Securities and Exchange Commission
            801 Cherry Street
            Suite 19
            Fort Worth, Texas 76102
DATE:       Monday, March 22, 2021


        The above-entitled matter came on for hearing,
via WebEx, pursuant to notice, at 10:35 a.m.






        Diversified Reporting Services, Inc.
                (202)467-9200

```
                                                    Page 2
```

APPEARANCES:

On behalf of the Securities and Exchange Commission:

         JASON BRAUN, ESQ.
         JAMES ETRI, ESQ.
         AYESHA AHMED, STAFF ACCOUNTANT
         Division of Enforcement
         Securities and Exchange Commission
         801 Cherry Street
         Suite 19
         Fort Worth, Texas 76102

**Supp. App. 093**

Page 3

APPEARANCES(CONT.):

On behalf of the Witness:

     KHUDABUKSH WALJI, ESQ.

     Law Offices of Khudabuksh Walji

     10701 Corporate Drive

     Suite 350

     Stafford, Texas 77477

Also Present:

     Jamie Haussecker, Paralegal

Supp. App. 094

Page 79

Q    Can you really quick just educate those of us who aren't real estate people the horizontal development, what are you talking about there?

MR. WALJI:  Can I request, Jason, I just sent that e-mail, I'll let Mr. Barton explain, I'm sorry. Please, sir.

BY MR. BRAUN:

Q    So Mr. Barton, just if you could explain to us what you mean by horizontal development?

A    Yes, sir.  So the end result of a horizontal development is that you have a home builder ready to build a house on a piece of land.  Prior to that you basically had various stages, you can buy raw land, farm land, cow pasture land, and you can buy it in the city, you can buy it outside of the city, but from the most remote process the beginning is to buy raw land, basically farmland that is has no rights to do anything but other than raise cattle or farm.  And then you have to talk to the city or the county or whatever governmental relation is over the control of that land in that area and you have to discuss what it is that you want for rights to build houses, the size of the lots, they could be higher density 30-foot lots, 40-foot lots.

Mostly what we do is affordable housing, basically housing that's 250 thousand and below.  The

Page 80

smaller the parcel of land the less you have to pay for the home lot so we adjust the affordable sector. So after you find the land you have to negotiate with the land owner, it's all part of the horizontal development, you have to negotiate with the land owner, in the land business you want to get a year or more to control the property so you write a contract and you put up a deposit and that deposit may be 50, a hundred thousand, your earnest money, and sometimes it may be released as an option fee to control the land for a year. Or sometimes it just sits there and it's refundable after you do all your review and due diligence and you talk to the city or you might find there is a gas pipeline in the way or some soil problems that it doesn't work then the earnest money is returned, you go away, you lost a little money pursuing costs but you get your earnest money back.

A lot of times it's worth the risk, you get nonrefundable money so you have different ways of doing it.

**Q    So you're not just buying land out right in some situations you're just buying the right to start to develop it and figure out if it could work out and if then you decide within that year that it is something you are going to do you would then purchase and complete the land so you own it outright?**

Page 146

A    It does own and control that property now, yes, it does.

Q    So Wall 10 purchased the Lost Creek property?

A    Wall 10 was where there was problems with the zoning and the ability to acquire it.  During that one year, year and a half we were unable to ever successfully to get the zoning and the ability to get the ingress and egress on that property.  So that one was really problematic.

And eventually the seller and us as well, you know, there was a golf course on there and they went ahead and prematurely closed the golf course which is the land that we acquired, and once they close that golf course and the neighbors figured out what was happening that the golf course was being closed they started a whole campaign and brought bus loads of people down to the City of Forth Worth to stop us from getting any approvals to that and then they changed the zoning.  So we decided we should wait and see what we were going to do on that property and by then we had spent money in the due diligence and engineering and everything and we had given earnest money of $300 thousand on the property so we decided to leave that as a loan as a way to keep an option on the property open and if those people could sell it then we could get our money back, and if they couldn't, you know, then they

Page 147

would pay the loan back.  In the end they never paid the loan so we went through the foreclose process and took possession of the property.

Q    So when you say we took possession of the property due to foreclosure, that's Wall 10?

A    Yes.

Q    Sitting here today does Wall 10 own the Lost Creek property?

A    Yes.

Q    Were the funds from the Chinese individuals that loaned money to Wall 10 were those funds used to purchase that Lost creek property?

A    No.  Not all of them, no.

Q    What were the funds used for?

A    Some of it was for the pursuit architects, engineers, and of the earnest money contract, and then we have other administrative costs that were used on that property.

So not all of the funds were used for Wall 10.

Q    Were the Wall 10 funds used for non-Wall 10 projects?

A    Mr. Walji is working through the research on that as we speak, and he will be giving you the update on that as what was used and what was not used.

Q    So sitting here today do you know or not?

**Supp. App. 097**

Page 158

PROOFREADER'S CERTIFICATE

In the Matter of:   JMJ DEVELOPMENT

Witness:            Timothy Barton

File No:            FW-04420-A

Date:               Monday, March 22, 2021

Location:           Fort Worth, Texas

     This is to certify that I, Christine Boyce, (the undersigned) do hereby certify that the foregoing transcript is a complete, true and accurate transcription of all matters contained on the recorded proceedings of the investigative testimony.

_____   _____

  (Proofreader's Name)                 3-31-21

Supp. App. 098

Page 159

UNITED STATES SECURITIES AND EXCHANGE

REPORTER'S CERTIFICATE

I, MICHELLE R. PAYNE, Reporter, hereby certify that
the foregoing transcript of 157 pages (March 22, 2021) is
a complete, true, and accurate transcript of the testimony
indicated held on March 22, 2021 at 9:30 a.m. in the
matter of:  JMJ HOLDINGS, LLC.

I further certify that this proceeding was recorded
by me, and that the foregoing transcript was prepared
under my direction.

Date:  March 31, 2021
Official Reporter:  Michelle R. Payne
Diversified Reporting Services, Inc.

_____

MICHELLE PAYNE, Court Reporter

Notary Public-State of Florida
Commission No. GG137749
Expires: September 28, 2021
Transmittal Number: 312626

Page 160

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:    )

                     ) File No. FW-04420-A

JMJ HOLDINGS         )

WITNESS:  Timothy Barton

PAGES:    160 through 418

PLACE:    Securities and Exchange Commission

          801 Cherry Street, Suite 1900, Unit 18

          Fort Worth, Texas 76102

DATE:     Monday, May 24, 2021

     The above-entitled matter came on for a

hearing via Webex, pursuant to notice, at 9:29 a.m.

Diversified Reporting Services, Inc.

(202) 467-9200

**Supp. App. 100**

Page 161

APPEARANCES:

On Behalf of the Securities and Exchange Commission:

JASON BRAUN, ESQ.

CAROL HAHN, Accountant

JAMES ETRI, ESQ., Assistant Director

Fort Worth Regional Office

801 Cherry Street, Suite 1900, Unit 18

Fort Worth, Texas 76102

On Behalf of the Witness:

KHUDABUKSH K. WALJI, ESQ.

Law Office of K. Walji, P.C.

6300 Hillcroft, Suite 310

Houston, Texas 77081

Also Present:

Jamie Haussecker, Paralegal

Page 332

The bankruptcy problems have been enormous. And frankly, this process with you is damaging and causing a lot of problems. So we're just fighting all those fronts to -- to keep these assets at least moving towards where they can be monetized. That's what we've been doing.

**Q   So let me go back to something that maybe Carol had asked about.**

**So if these loans weren't fully funded, walk me through why you just didn't return the money. What was the commit -- the full gamut wasn't reached. We don't have the sufficient money for this whole project. We're not going to do this, here's the money back.**

A   Right. So I went to Michael Fu. I said: Michael, you've got to send back your the 6 percent. And we got to send it back. We have to stop this. If you're not going to perform and do what you say you're going to do, you know, you got to send you money back to us and we've got to solve this problem. And he said no, I'm not doing that and -- you know, I'm going to give you that money. I'll get it raised, I'll get it raised and he kept promising it so -- I was guessing that maybe he

Page 333

was going to do it, and I said -- you know, I went and got bank loans so that we could close the projects and keep everything moving, but it just became more and more where Michael said no, he wasn't going to do it.  And he said just solve it.  So I ended up solving it by getting the bank loans and moving forward.

**Q    Well, have -- did you -- did you have sufficient funds to pay back the interest and principal?**

A    Well, once you -- once you start -- you know, once the capital came in, and we started using it, initially, we -- we would have, but once we started the pre-development and started spending, then it became, you know, we're -- he had to send back his money, and we would have had to eat, you know, some of the engineers and architects that were done; but it was a nominal amount, but he was not as willing to do it.  And then, I just said, well, if I can get a construction loan, then we can go forward and do it.  So that's what we did, so that would solve it.

**Q    Where was the -- so for the various Wall entities -- let's talk about Wall009, for**

Page 417

                      PROOFREADER'S CERTIFICATE


In The Matter of:    JMJ HOLDINGS

Witness:             Timothy Barton

File Number:         FW-04420-A

Date:                Monday, May 24, 2021

Location:            Fort Worth, TX


          This is to certify that I, Maria E. Paulsen,

(the undersigned), do hereby certify that the

foregoing transcript is a complete, true and accurate

transcription of all matters contained on the recorded

proceedings of the investigative testimony.


_____        _____

(Proofreader's Name)           (Date)

**Supp. App. 104**

C E R T I F I C A T E

STATE OF NEW YORK    )

                            :ss

COUNTY OF NEW YORK   )

I, TIFFANIE JONES, a Notary Public within and for the State of New York, do hereby certify: That the examination, which hereinbefore set forth was duly sworn and that such an is a true record of the testimony given.

I further certify that I am not related to any of these parties to this action by blood or marriage, and that I am not in any way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 24th day of May, 2021.

                            _signature_

# U.S. home prices reach all-time high as Dallas-Fort Worth prices plateau

🌐 **dallasnews.com**/business/real-estate/2023/09/26/us-home-prices-reach-all-time-high-as-dallas-fort-worth-prices-plateau

September 26, 2023



Dallas-Fort Worth home sale prices increased 0.3% from June to July, according to the S&P CoreLogic Case-Shiller home price index. (Smiley N. Pool / Staff Photographer)

A key measure of the U.S. housing market showed July as the sixth month in a row where home prices grew slightly locally and nationally from the previous month. National prices reached a new all-time high, despite higher mortgage rates than in previous years.

Dallas-Fort Worth sale prices increased 0.3% from June to July, a slower growth rate than the 0.7% reported from May to June, according to the S&P CoreLogic Case-Shiller home price index. U.S. prices grew 0.6% to a new all-time high on the index, while D-FW prices haven't yet surpassed their record high in June 2022.

Despite the slight gain on the July report, a separate report based on more recent transactions showed D-FW prices finally began to decline in August. Those numbers, from North Texas Real Estate Information Systems, the listing service used by real estate agents, showed the median sale price of a local single-family home was $406,000 in August, down 2% from July.

1/3

**Supp. App. 106**

"After a strong 5% cumulative U.S. home price gain since the early spring, monthly increases are plateauing to a seasonal average, which reflects the pressure that higher mortgage rates have put on affordability," CoreLogic chief economist Selma Hepp said in a statement. "As a result of the early 2023 growth, annual price appreciation should accelerate in the coming months before slowing again. Areas in the Midwest continue to lead the national gains given their relative affordability."

The Case-Shiller index is a three-month moving average that compares sales-price changes of specific properties over time. While it is a couple of months behind current market conditions, the index's price estimate is considered more accurate than data from agents, which can be influenced by the type of properties that are selling each month.

In March, D-FW prices fell 1.2% to mark the first year-over-year decline on the Case-Shiller index since February 2012. The index shows local prices were still down 3.8% in July from their pandemic peak in June 2022.

"I really don't see [home prices] going down much more," Belinda Epps, president of the MetroTex Association of Realtors and broker and owner of Epps Realty in Mesquite and Royse City, told *The Dallas Morning News* earlier in September. "We don't have enough houses yet. Even though inventory is picking up, it's still not where it needs to be in order to balance out this market. It's just not there yet."

U.S. home prices were up 1% in July from a year before while D-FW prices were down 3.4%, according to the Case-Shiller index, which tracks 20 local markets. D-FW is the only Texas housing market included on the list.

Nationally, "buyer demand continues to outmatch housing supply, creating upward pressure on home prices despite the fact that home purchase costs are taking up an outsized share of household incomes," Realtor.com economist Danielle Hale said about the data.

Chicago, Cleveland and New York home prices were up the most from a year ago, but by no more than 4.4%. Las Vegas, Phoenix and San Francisco saw the biggest declines of, at most, 7.2%.

"Markets that saw home prices reset following the recent surge in mortgage rates are expected to see stronger gains over the next 12 months, particularly those in the West," CoreLogic's Hepp said.

All of the metro areas that did not hit all-time highs in July were in the Pacific or Mountain time zones except for D-FW and Tampa.

Despite higher home prices than in previous years, D-FW remains a relocation hotspot, ranking No. 8 on a Redfin report showing how many people on the search platform looked to leave their metro areas for other regions during the summer months. Redfin's research

**Supp. App. 107**

showed Los Angeles as the top origin of people who looked to move to North Texas.

Mitchell Parton, Residential Real Estate Reporter. Mitchell covers residential real estate across North Texas for The Dallas Morning News. He previously covered commercial and residential real estate for the San Antonio Business Journal and is a graduate of the University of Cincinnati.

✉ mitchell.parton@dallasnews.com    🐦 mitchellparton    in mitchellparton

3/3

**Supp. App. 108**