## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

                   Plaintiff,

v.

TIMOTHY BARTON,                                        C.A. No.: 3:22-cv-2118-X
CARNEGIE DEVELOPMENT, LLC,
WALL007, LLC,
WALL009, LLC,                                          Jury Trial Demanded
WALL010, LLC,
WALL011, LLC,
WALL012, LLC,
WALL016, LLC,
WALL017, LLC,
WALL018, LLC,
WALL019, LLC,
HAOQIANG FU (A/K/A MICHAEL FU),
STEPHEN T. WALL,

                   Defendants,

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

                   Relief Defendants.

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED
MOTION TO EXCEED PAGE LIMITS IN ITS REPLY IN SUPPORT OF
ITS MOTION FOR APPOINTMENT OF A RECEIVER,
FOR A PRELIMINARY INJUNCTION AND ANCILLARY RELIEF,
AND TO LIFT STAY FOR LIMITED PURPOSE**

Pursuant to Local Rule 7.2(c), the Securities and Exchange Commission ("SEC") submits this Unopposed Motion to Exceed Page Limits in Its Reply in Support of its Motion for Appointment of a Receiver, for a Preliminary Injunction and Ancillary Relief, and to Lift Stay for Limited Purpose ("Motion"), and respectfully shows the Court as follows:

1.      On September 7, 2023, the SEC filed the Motion, which is 25 pages.

2.      On October 3, 2023, Defendant Timothy Barton ("Barton") filed an approximately 33-page response to the Motion.  On October 4, 2023, Barton filed what appears to be a similar "supplemental" response brief that is also 33 pages.

3.      On October 4, 2023, the Court granted Barton leave to exceed page limits in his response brief.

4.      The SEC requests that the Court grant it leave to file a 15-page reply to Barton's brief.  There are extraordinary and compelling reasons for the requested relief.  The SEC is responding to a brief that exceeds the 25-page limit and that presents complex factual and legal issues.

For the foregoing reasons, the SEC respectfully requests that the Court grant the SEC's motion to exceed page limits and grant the SEC such other or further relief as this Court may deem just, proper, and equitable.

1

Dated: October 5, 2023

Respectfully submitted,

*/s/ Keefe M. Bernstein*
Keefe M. Bernstein
Texas Bar No. 24006839
James E. Etri
Texas Bar No. 24002061
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2607 (KMB phone)
(817) 978-4927 (facsimile)
bernsteink@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

**CERTIFICATE OF SERVICE**

I affirm that on October 5, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Keefe M. Bernstein*
Keefe M. Bernstein