**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | |
| TIMOTHY BARTON, | C.A. No.: 3:22-cv-2118-X |
| CARNEGIE DEVELOPMENT, LLC, | |
| WALL007, LLC, | |
| WALL009, LLC, | |
| WALL010, LLC, | |
| WALL011, LLC, | |
| WALL012, LLC, | |
| WALL016, LLC, | |
| WALL017, LLC, | |
| WALL018, LLC, | |
| WALL019, LLC, | |
| HAOQIANG FU (A/K/A MICHAEL FU), | |
| STEPHEN T. WALL, | |
| Defendants, | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | |
| Relief Defendants. | |

**ORDER EXTENDING PAGE LIMITS**

This matter comes before the court on the Plaintiff Securities and Exchange

Commission's Unopposed Motion to Exceed Page Limits in Its Reply in Support of its Motion

1

for Appointment of a Receiver, for a Preliminary Injunction and Ancillary Relief, and to Lift Stay for Limited Purpose.

After considering the Motion, the Court has determined that the Motion should be granted.  IT IS ORDERED that Plaintiff may exceed pages limits and file a 15-page reply brief.

SIGNED this ____ day of _____, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2