**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

v.

TIMOTHY BARTON,                                     C.A. No.: 3:22-cv-2118-X
CARNEGIE DEVELOPMENT, LLC,
WALL007, LLC,
WALL009, LLC,                                       Jury Trial Demanded
WALL010, LLC,
WALL011, LLC,
WALL012, LLC,
WALL016, LLC,
WALL017, LLC,
WALL018, LLC,
WALL019, LLC,
HAOQIANG FU (A/K/A MICHAEL FU),
STEPHEN T. WALL,

                    Defendants,

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

                    Relief Defendants.

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S WITNESS LIST**
**FOR HEARING ON MOTION FOR APPOINTMENT OF A RECEIVER, FOR A**
**PRELIMINARY INJUNCTION AND ANCILLARY RELIEF,**
**AND TO LIFT STAY FOR LIMITED PURPOSE**

Plaintiff Will Call:

1.  Cortney Thomas, Receiver
    c/o Charlene C. Koonce
    Brown Fox PLLC
    8111 Preston Rd. Suite 300
    Dallas, TX  75225
    214-327-5000
    Charlene@brownfoxlaw.com

2.  Carol Hahn, SEC Staff Accountant
    c/o Keefe M. Bernstein
    801 Cherry St., Suite 1900
    Fort Worth, TX  76102
    817-900-2607
    BernsteinK@sec.gov

Plaintiff May Call:

3.  Anthony Cecil, CPA
    Ahuja & Clark, PLLC
    c/o Charlene C. Koonce
    Brown Fox PLLC
    8111 Preston Rd. Suite 300
    Dallas, TX  75225
    214-327-5000
    Charlene@brownfoxlaw.com

4.  Timothy Barton, Defendant
    c/o Michael J. Edney
    2200 Pennsylvania Ave., NW
    Washington, DC  20037
    202-955-1500
    Medney@huntonak.com

Dated: October 6, 2023

Respectfully submitted,

/s/ Keefe M. Bernstein_____
Keefe M. Bernstein
Texas Bar No. 24006839
James E. Etri
Texas Bar No. 24002061
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2607 (KMB phone)
(817) 978-4927 (facsimile)
bernsteink@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

## CERTIFICATE OF SERVICE

I affirm that on October 6, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Keefe M. Bernstein
Keefe M. Bernstein

3