UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § | Civil Action No. 3:22-cv-2118-X |
| | § | |
| v. | § | |
| | § | |
| TIMOTHY BARTON, | § | |
| CARNEGIE DEVELOPMENT, LLC, | § | |
| WALL007, LLC, | § | |
| WALL009, LLC, | § | |
| WALL010, LLC, | § | |
| WALL011, LLC, | § | |
| WALL012, LLC, | § | |
| WALL017, LLC, | § | |
| WALL018, LLC, | § | |
| WALL019, LLC, | § | |
| HAOQIANG FU (a/k/a MICHAEL FU), | § | |
| STEPHEN T. WALL, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| DJD LAND PARTNERS, LLC and | § | |
| LDG001, LLC, | § | |
| | § | |
| *Relief Defendants.* | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that Tina Q. Nguyen and Lindsay L. Buchanan of Baker Botts,

L.L.P. file this Notice of Appearance and Request for Service as counsel for interested party

Pioneer Finance, Inc. ("Pioneer") in the above-referenced case and respectfully request that copies

of all notices, pleadings, and papers given or filed in this proceeding be given and served upon the

undersigned:

1

Tina Q. Nguyen
State Bar No. 24078670
Lindsay L. Buchanan
State Bar No. 24105551
Baker Botts L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1912
Facsimile: (713) 229-2712
tina.nguyen@bakerbotts.com
lindsay.buchanan@bakerbotts.com

The foregoing request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, and reports, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

This Notice of Appearance and Request for Service is not intended as consent or waiver of any right to trial by jury in any proceeding; any right to contest jurisdiction or appropriate venue; and any other rights, claims, actions, or defenses in law, in equity, or otherwise that may be available under applicable law, which Pioneer expressly reserves.

[Signature Page to Follow]

Dated: October 6, 2023

<div style="margin-left:50%">

Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/ Tina Q. Nguyen*
Tina Q. Nguyen
State Bar No. 24078670
Lindsay L. Buchanan
State Bar No. 24105551
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1912
Facsimile: (713) 229-2712
tina.nguyen@bakerbotts.com
lindsay.buchanan@bakerbotts.com

ATTORNEYS FOR
PIONEER FINANCE, INC.

</div>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Appearance and Request for Notices and Service of Papers was served on all parties on this 6th day of October 2023, via *CM/ECF* and/or by First Class Regular Mail.