# Ex. G

## Buchanan, Lindsay

| | |
|---|---|
| **From:** | Tim Wells <tim@brownfoxlaw.com> |
| **Sent:** | Tuesday, August 1, 2023 4:26 PM |
| **To:** | Buchanan, Lindsay |
| **Cc:** | Charlene Koonce; Cort Thomas; Nguyen, Tina |
| **Subject:** | RE: LDG001, LLC/Pioneer Finance, Inc. |
| **Attachments:** | 293. ELECTRONIC ORDER re Joint Status Report [292].pdf |

**[EXTERNAL EMAIL]**

Lindsay– sorry I missed your call. In light of the Fifth Circuit's June 28 order and the attached order from Judge Starr, we don't see further discussions being productive until after Judge Starr enters a new receivership order—if he does. Assuming a new receivership order is entered, and Cort is appointed as the receiver, we will be happy to continue discussions at that time.

Best,
Tim



**TIM WELLS**
📞 214.367.6091
**BROWNFOXLAW.COM**

**From:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>
**Sent:** Tuesday, August 1, 2023 3:36 PM
**To:** Tim Wells <tim@brownfoxlaw.com>
**Cc:** Charlene Koonce <charlene@brownfoxlaw.com>; Cort Thomas <cort@brownfoxlaw.com>; Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** FW: LDG001, LLC/Pioneer Finance, Inc.

**[EXTERNAL EMAIL]** Do not open links or attachments if you cannot verify the sender.

Tim –

I just gave you a call and left you a voicemail.  Are you free tomorrow to discuss the issues addressed in our July 18, 2023 correspondence?

Regards,

**Lindsay Buchanan**
*Senior Associate*

Baker Botts L.L.P.
lindsay.buchanan@bakerbotts.com
T +1.713.229.1450
F +1.713.229.7950
M +1.713.269.0667

**From:** Buchanan, Lindsay
**Sent:** Tuesday, July 18, 2023 3:36 PM
**To:** Cort Thomas <cort@brownfoxlaw.com>; Charlene Koonce <charlene@brownfoxlaw.com>; Tim Wells <tim@brownfoxlaw.com>; bernsteink@sec.gov; reeced@sec.gov; etrij@sec.gov; ted.huffman@katten.com; mdingman@huntonak.com; medney@huntonak.com
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** LDG001, LLC/Pioneer Finance, Inc.

Counsel:

Our firm represents Pioneer Finance, Inc. with respect to a secured loan in the original principal amount of $3,000,000.00 made to LDG001, LLC and guaranteed by Timothy Barton and JMJ Development, LLC.

Attached, please find correspondence from Tina Nguyen sent on behalf of Pioneer Finance, Inc.  A copy of this correspondence was sent to the addressed offices via certified mail this afternoon.

Regards,

**Lindsay Buchanan**
*Senior Associate*

Baker Botts L.L.P.
lindsay.buchanan@bakerbotts.com
T +1.713.229.1450
F +1.713.229.7950
M +1.713.269.0667

910 Louisiana Street
Houston, Texas 77002
USA



**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.