UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:22-cv-2118-X |
| v. | § § | |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (a/k/a MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| *Defendants.* | § § | |
| DJD LAND PARTNERS, LLC and LDG001, LLC, | § § § | |
| *Relief Defendants.* | § | |

**ORDER GRANTING PIONEER FINANCE, INC.'S MOTION TO INTERVENE**

Having considered Pioneer Finance, Inc.'s Motion to Intervene, all responses, replies, and arguments of counsel, the Court is of the opinion that Pioneer Finance, Inc. should be permitted to intervene in the above-captioned action. As such, the Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Pioneer Finance, Inc. is entitled to intervene in this matter and may make any filing or present any evidence which may be required to defend its interest(s).

1

2

SIGNED this _____ day of _____, 2023.


_____
JUDGE BRANTLEY STARR
UNITED STATES DISTRICT JUDGE