# Ex. E

| From: | Buchanan, Lindsay |
|---|---|
| **Sent:** | Wednesday, April 12, 2023 12:21 PM |
| **To:** | Tim Wells; Charlene Koonce |
| **Cc:** | Nguyen, Tina |
| **Subject:** | RE: LDG001,LLC - Notice of Default |

Tim –

I am writing to follow up on this email I sent you two weeks ago.  Have you had a chance to speak with the receiver regarding (1) his latest conversations with the buyer interested in the Venus properties; and (2) whether he has any renewed interest in selling the Venus properties to Pioneer, given the rising payoff amount?

Following a review of relevant appraisals and market conditions, Pioneer determined that it would be willing to purchase the Venus properties for no more than $3.5MM.  This amount does not constitute an offer or agreement to purchase, and it is subject to further review of the property and the conditions of any potential sale.  As the payoff owed to Pioneer will soon exceed that amount, Pioneer believes that this purchase price will only be a viable option before May 1.

Let me know if you have time to discuss further tomorrow afternoon.  I am generally free.

Regards,

**Lindsay Buchanan**
*Associate*

Baker Botts L.L.P.
lindsay.buchanan@bakerbotts.com
T +1.713.229.1450
F +1.713.229.7950
M +1.713.269.0667

---

**From:** Buchanan, Lindsay
**Sent:** Friday, March 31, 2023 12:51 PM
**To:** Tim Wells <tim@brownfoxlaw.com>; Charlene Koonce <charlene@brownfoxlaw.com>
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

Tim –

Thank you for taking my call yesterday.  As I mentioned, it is in the Receiver's best interests to initiate a sale of the Venus properties sooner rather than later, as the amount due to Pioneer on its secured first-lien interest in the land continues to increase daily.

Pioneer Finance Inc. is owed as of April 1, 2023 the following amount, which will continue to accrue unless paid off:

| PAYOFF DUE AS OF 04/01/2023 | |
|---|---|
| Principal Balance | $ 3,000,000.00 |

1

| Interest Accrued (09/24/22-04/01/2023) | $ 290,869.32 |
|---|---|
| Fees | $ 142,824.76 |
| **Total Payoff Amount** | **$ 3,433,694.08** |

We look forward to receiving the update that you and I discussed regarding: (1) the status of the Receiver's conversations with the party interested in purchasing both Venus properties; and (2) any interest the Receiver may have in selling to Pioneer at the now-increased payoff amount.  I will soon provide a "drop dead" date for Pioneer's willingness to renew its previous offer to purchase the land at that price.


Regards,


**Lindsay Buchanan**
*Associate*

Baker Botts L.L.P.
lindsay.buchanan@bakerbotts.com
T +1.713.229.1450
F +1.713.229.7950
M +1.713.269.0667


**From:** Tim Wells <tim@brownfoxlaw.com>
**Sent:** Monday, March 20, 2023 10:57 AM
**To:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>; Charlene Koonce <charlene@brownfoxlaw.com>
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default


**[EXTERNAL EMAIL]**

Sounds great. Thanks.



TIM WELLS
214.367.6091
BROWNFOXLAW.COM


**From:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>
**Sent:** Monday, March 20, 2023 10:56 AM
**To:** Tim Wells <tim@brownfoxlaw.com>; Charlene Koonce <charlene@brownfoxlaw.com>
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

Yes, that works for me.  Let's plan to chat at 2:30 pm.  I'll call your office.


Thanks,


**Lindsay Buchanan**
*Associate*

Baker Botts L.L.P.
lindsay.buchanan@bakerbotts.com

T +1.713.229.1450
F +1.713.229.7950
M +1.713.269.0667

---

**From:** Tim Wells <tim@brownfoxlaw.com>
**Sent:** Monday, March 20, 2023 10:50 AM
**To:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>; Charlene Koonce <charlene@brownfoxlaw.com>
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

**[EXTERNAL EMAIL]**

Hi Lindsay,

I'm available for a call this afternoon between 1-3. Does that work on your end?

Thanks,
Tim



TIM WELLS
214.367.6091
BROWNFOXLAW.COM

---

**From:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>
**Sent:** Monday, March 20, 2023 10:03 AM
**To:** Charlene Koonce <charlene@brownfoxlaw.com>; Tim Wells <tim@brownfoxlaw.com>
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

Hi Charlene and Tim –

Do either of you have time for a quick call this afternoon?

Thanks,

**Lindsay Buchanan**
*Associate*

Baker Botts L.L.P.
lindsay.buchanan@bakerbotts.com
T +1.713.229.1450
F +1.713.229.7950
M +1.713.269.0667

---

**From:** Buchanan, Lindsay
**Sent:** Monday, February 6, 2023 3:56 PM
**To:** Charlene Koonce <charlene@brownfoxlaw.com>; Tim Wells <tim@brownfoxlaw.com>

**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

Pioneer calculated the payoff amount using the Maximum Rate defined in the Promissory Note.

**Lindsay Buchanan**
*Associate*

Baker Botts L.L.P.
lindsay.buchanan@bakerbotts.com
T +1.713.229.1450
F +1.713.229.7950
M +1.713.269.0667

---

**From:** Charlene Koonce <charlene@brownfoxlaw.com>
**Sent:** Friday, February 3, 2023 1:43 PM
**To:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>; Tim Wells <tim@brownfoxlaw.com>
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

**[EXTERNAL EMAIL]**

Thank you, Lindsay.  What is the interest rate you are using to accrue the interest?  Is that the "standard" rate or a "default" rate?



CHARLENE KOONCE
214.367.7503
BROWNFOXLAW.COM

---

**From:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>
**Sent:** Friday, February 3, 2023 1:40 PM
**To:** Charlene Koonce <charlene@brownfoxlaw.com>; Tim Wells <tim@brownfoxlaw.com>
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

Charlene and Tim –

I am writing to follow up on my phone call with Tim on Monday regarding the Receiver's consideration of Pioneer's offer to purchase the Venus properties in which Pioneer has a secured first-lien interest (940 CR 110, 980 CR 110, and 324 W CR 109) for Pioneer's payoff amount.  We understand that the Receiver is not currently interested in a sale of the properties at Pioneer's proposed amount.

Pioneer's payoff amount has increased since the date of my discussion with Tim, and it will continue to grow daily.  Pioneer Finance Inc. is owed as of February 24, 2023 the following amount, which will continue to accrue unless paid off:

| PAYOFF DUE AS OF 02/24/2023 | |
|---|---|
| Principal Balance | $ 3,000,000.00 |
| Interest Accrued (09/24/22-02/24/2023) | $    233,291.19 |

4

| Fees | $ 130,499.08 |
|---|---|
| **Total Payoff Amount** | **$ 3,363,790.27** |

Accordingly, the timeliness of *any* sale (whether to Pioneer or a third-party) is critical to achieving the Receiver's goal of maximizing the amount of the Receivership Estate.

Regards,

**Lindsay Buchanan**
*Associate*

Baker Botts L.L.P.
lindsay.buchanan@bakerbotts.com
T +1.713.229.1450
F +1.713.229.7950
M +1.713.269.0667

---

**From:** Buchanan, Lindsay
**Sent:** Monday, January 30, 2023 11:40 AM
**To:** Tim Wells <tim@brownfoxlaw.com>
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>; Charlene Koonce <charlene@brownfoxlaw.com>
**Subject:** RE: LDG001,LLC - Notice of Default

Hi Tim –

Just called and left you a voicemail.  Please give me a call back when you can today.

Thanks,

**Lindsay Buchanan**
*Associate*

Baker Botts L.L.P.
lindsay.buchanan@bakerbotts.com
T +1.713.229.1450
F +1.713.229.7950
M +1.713.269.0667

---

**From:** Tim Wells <tim@brownfoxlaw.com>
**Sent:** Monday, January 30, 2023 11:21 AM
**To:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>; Charlene Koonce <charlene@brownfoxlaw.com>
**Subject:** RE: LDG001,LLC - Notice of Default

**[EXTERNAL EMAIL]**

Lindsay,

5

The Receiver is actively looking for buyers for this and other properties in Venus and believes the value of each property may be maximized by selling several tracts, including but not limited to the land on which Pioneer's lien attaches, as one collective unit. Regardless, at this time, he is not prepared to accept an offer lower than market value on any parcel. Based on the appraised value of $3.63M and the addition of 940 CR 110 for approximately $300,000, the market value appears closer to $3.9 million. The Receiver's objective is to protect the value of the Receivership Estate, and he would welcome an offer in line with the market value.

Thanks,
Tim



TIM WELLS
214.367.6091
BROWNFOXLAW.COM

**From:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>
**Sent:** Monday, January 30, 2023 9:59 AM
**To:** Charlene Koonce <charlene@brownfoxlaw.com>; Tim Wells <tim@brownfoxlaw.com>
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

Charlene –

Have you discussed Pioneer's proposal with the Receiver yet?  As I mentioned during our call on January 20, the proposal is time-sensitive.  Let me know if it would be helpful to schedule a follow-up discussion tomorrow or Wednesday.

Thanks,

**Lindsay Buchanan**
*Associate*

Baker Botts L.L.P.
lindsay.buchanan@bakerbotts.com
T +1.713.229.1450
F +1.713.229.7950
M +1.713.269.0667

**From:** Buchanan, Lindsay
**Sent:** Wednesday, January 18, 2023 2:12 PM
**To:** Charlene Koonce <charlene@brownfoxlaw.com>; Tim Wells <tim@brownfoxlaw.com>
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

Sounds good.  Will give you a call at 3pm CT on Friday.

**Lindsay Buchanan**
*Associate*

Baker Botts L.L.P.

lindsay.buchanan@bakerbotts.com
T +1.713.229.1450
F +1.713.229.7950
M +1.713.269.0667

---

**From:** Charlene Koonce <charlene@brownfoxlaw.com>
**Sent:** Wednesday, January 18, 2023 2:07 PM
**To:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>; Tim Wells <tim@brownfoxlaw.com>
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

**[EXTERNAL EMAIL]**

Lindsay – how about a call on Friday afternoon?  Maybe 2 or 3?



CHARLENE KOONCE
214.367.7503
BROWNFOXLAW.COM

---

**From:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>
**Sent:** Wednesday, January 18, 2023 12:04 PM
**To:** Charlene Koonce <charlene@brownfoxlaw.com>; Tim Wells <tim@brownfoxlaw.com>
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

Charlene and Tim –

Please let me know your availability to discuss later this week or early next.  I have a proposal on Pioneer's behalf to resolve its lien in full.

Thanks,

**Lindsay Buchanan**
*Associate*

Baker Botts L.L.P.
lindsay.buchanan@bakerbotts.com
T +1.713.229.1450
F +1.713.229.7950
M +1.713.269.0667

---

**From:** Charlene Koonce <charlene@brownfoxlaw.com>
**Sent:** Wednesday, January 4, 2023 2:17 PM
**To:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>; Tim Wells <tim@brownfoxlaw.com>
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

**[EXTERNAL EMAIL]**

Lindsay – As I informed Ms. Nguyen and as stated below, as a secured creditor and subject to any orders by the District Court to the contrary, Pioneer can expect repayment of all amounts due when the Receiver is authorized to sell the property.

Mr. Barton has filed a motion to stay the receivership, which would preclude any sales, in the 5th Circuit. We are preparing a Response that we will file tomorrow, opposing the stay.  If that stay is entered, I cannot speak to when a sale might occur.  If the stay is denied, the Receiver will proceed to sell each property in due course, and in a commercially reasonable manner.  In the interim, I remind you of the very specific provisions of the Receivership Order which preclude any efforts to perfect a lien, foreclose, or otherwise interfere with the Receiver's management of the receivership estate.



**CHARLENE KOONCE**
214.367.7503
BROWNFOXLAW.COM

---

**From:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>
**Sent:** Friday, December 30, 2022 5:28 PM
**To:** Charlene Koonce <charlene@brownfoxlaw.com>; Tim Wells <tim@brownfoxlaw.com>
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

Charlene –

It has been weeks since we first notified the Receiver of the default on Pioneer's secured loan.  Pioneer is getting concerned to see no action, while its secured property sits on the sidelines.  When you are able, please advise as to when Pioneer can expect repayment of its principal balance, the interest accrued from September 24, 2022 to the present, and the applicable fees.

Regards,

**Lindsay Buchanan**
*Associate*

Baker Botts L.L.P.
lindsay.buchanan@bakerbotts.com
T +1.713.229.1450
F +1.713.229.7950
M +1.713.269.0667

---

**From:** Charlene Koonce <charlene@brownfoxlaw.com>
**Sent:** Friday, December 30, 2022 10:51 AM
**To:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>; Tim Wells <tim@brownfoxlaw.com>
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

**[EXTERNAL EMAIL]**

Ms. Buchanan  - I am working on responding to an emergency motion filed in the 5th Circuit.  Although nothing substantively has changed since we last communicated with you about this matter, I will respond to your email next week after I come up for air on this emergency matter.



**CHARLENE KOONCE**
📞 214.367.7503
BROWNFOXLAW.COM

**From:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>
**Sent:** Thursday, December 29, 2022 2:38 PM
**To:** Charlene Koonce <charlene@brownfoxlaw.com>; Tim Wells <tim@brownfoxlaw.com>
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

Charlene and Tim –

I am writing to follow up on your review of the below-referenced title reports and payoff amount.  Could you please advise on the status of Receiver's efforts to compensate Pioneer Finance, Inc. pursuant to its first lien security interest in the three Venus properties?

Regards,

**Lindsay Buchanan**
*Associate*

Baker Botts L.L.P.
lindsay.buchanan@bakerbotts.com
T +1.713.229.1450
F +1.713.229.7950
M +1.713.269.0667

**From:** Charlene Koonce <charlene@brownfoxlaw.com>
**Sent:** Monday, December 12, 2022 12:37 PM
**To:** Nguyen, Tina <tina.nguyen@bakerbotts.com>; Tim Wells <tim@brownfoxlaw.com>
**Cc:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

**[EXTERNAL EMAIL]**

Received.



**CHARLENE KOONCE**
📞 214.367.7503
BROWNFOXLAW.COM

**From:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Sent:** Monday, December 12, 2022 11:37 AM
**To:** Charlene Koonce <charlene@brownfoxlaw.com>; Tim Wells <tim@brownfoxlaw.com>
**Cc:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

Charlene and Tim –

Thank you for your email below, Charlene.  As I have mentioned to you both, it is important to Pioneer Finance Inc. that its security interest is protected.  Tim stated previously that he has requested but not received the title report, which is necessary for him to confirm Pioneer's status as the only lienholder of the 3 Venus properties (940 CR 110, 980 CR 110, and 324 W CR 109).  I let him know that I would share my title report, as well as the appraisal obtained by Pioneer.

Attached are the title reports for the 3 Venus properties, which show that there are no other liens on the encumbered property.  Please confirm your agreement.  The bankruptcies referenced in this report do not impact title and were closed before Pioneer's lien on the properties took effect.

Pioneer Finance Inc. is owed as of December 30, 2022 the following amount, which will continue to accrue unless paid off:

| AMOUNT DUE AS OF 12/30/2022 | |
| --- | --- |
| Principal Balance | $ 3,000,000.00 |
| Interest Accrued (9/24/22-12/30/22) | $ 144,986.30 |
| Fees | $ 123,227.60 |
| **Total Payoff Amount** | **$ 3,268,213.90** |

In case they are needed, we have also attached the wire transfers reflecting Pioneer's transmission of $3,000,000 in loan funds to LDG001, LLC.  Also attached is the third-party appraisal showing the $3,630,000 value of the property (less the one acre of 940 Country Road 110) – meaning we'd expect the value of all 3 Venus properties to be higher with the additional one acre.

**Given the amount of attachments, please respond to confirm that you have received these materials.**

Regards,
Tina

**Tina Q. Nguyen**
*Partner*

Baker Botts L.L.P.
tina.nguyen@bakerbotts.com
T +1.713.229.1304
M +1.713.392.2412
F +1.713.229.7904
910 Louisiana Street
Houston, Texas 77002



**From:** Charlene Koonce <charlene@brownfoxlaw.com>
**Sent:** Friday, November 11, 2022 4:55 PM
**To:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Subject:** RE: LDG001,LLC - Notice of Default

**[EXTERNAL EMAIL]**

Ms. Nguyen, thank you for your call.  As we discussed, the Receiver is aware of your client's security interest in the 3 Venus properties.  While we are in the very early stages of this receivership, with respect to those properties and all others included in the receivership, his intent is to maximize the value of the properties most likely through an arm's length sale to qualified buyers.  The sales process is overseen by the Court and subject to procedures imposed by governing statutes.  The rights of secured lenders are generally and fully protected.  Notably, efforts by lenders that suggest any urgency to such a sale are likely to be perceived by prospective purchasers as a basis to reduce the amount of any purchase offer.

I understand your client is concerned about the borrower's default. Please convey the Receiver's intention to proceed in accordance with the law and the protections afforded secured creditors.  I hope they see no basis for the need to institute any litigation regarding their rights as a secured creditor or any of the terms of the Receivership Order, including its stay of all foreclosures, etc. (See ¶ 32 A and C in the attached Order).  In this regard, I must advise you, that given the absolutely crystal clear terms of the Receivership Order and the purpose of the provisions noted above, the Receiver would have no choice but to seek the recovery of all fees incurred in responding to any such efforts so that the receivership estate does not bear the burden of those unnecessary costs.

Thank you,



CHARLENE KOONCE
214.367.7503
BROWNFOXLAW.COM

**From:** Nguyen, Tina <tina.nguyen@bakerbotts.com>
**Sent:** Friday, November 11, 2022 12:23 PM
**To:** Charlene Koonce <charlene@brownfoxlaw.com>
**Subject:** FW: LDG001,LLC - Notice of Default

Charlene, as discussed.

**Tina Q. Nguyen**
*Partner*

Baker Botts L.L.P.
tina.nguyen@bakerbotts.com
T +1.713.229.1304
M +1.713.392.2412
F +1.713.229.7904
910 Louisiana Street
Houston, Texas 77002



**BAKER BOTTS**

**From:** Buchanan, Lindsay <lindsay.buchanan@bakerbotts.com>
**Sent:** Tuesday, November 8, 2022 4:14 PM
**To:** cort@brownfoxlaw.com; charlene@brownfoxlaw.com
**Cc:** Nguyen, Tina <tina.nguyen@bakerbotts.com>; dwcook@cookkeithdavis.com; Doug Bynum <doug@cookkeithdavis.com>
**Subject:** LDG001,LLC - Notice of Default

Mr. Thomas:

Our firm represents Pioneer Finance, Inc. with respect to a secured loan in the original principal amount of $3,000,000.00 made to LDG001, LLC and guaranteed by Timothy Barton and JMJ Development, LLC.

Attached, please find a Notice of Default from Tina Nguyen sent on behalf of Pioneer Finance, Inc.  A copy of this correspondence was sent to you via certified mail this afternoon.

Regards,

**Lindsay Buchanan**
*Associate*

Baker Botts L.L.P.
lindsay.buchanan@bakerbotts.com
T +1.713.229.1450
F +1.713.229.7950
M +1.713.269.0667

910 Louisiana Street
Houston, Texas 77002
USA



**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.