UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:22-cv-2118-X |
| v. | § § | |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (a/k/a MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| *Defendants.* | § § | |
| DJD LAND PARTNERS, LLC and LDG001, LLC, | § § § | |
| *Relief Defendants.* | § § | |

**ORDER GRANTING PIONEER FINANCE, INC.'S MOTION TO LIFT STAY AND FOR EXCEPTION FROM THE COURT'S ORDER APPOINTING RECEIVER (DKT. 29)**

Having considered Pioneer Finance, Inc.'s Motion to Lift Stay and for Exception from the Court's Order Appointing Receiver (the "Motion"), all responses, replies, and arguments of counsel, the Court is of the opinion that the stay of litigation imposed by the Court's Order Appointing Receiver (Dkt. 29) should be lifted as to Pioneer Finance, Inc. As such, the Court finds that the Motion should be **GRANTED**.

1

2

It is therefore **ORDERED** that Pioneer Finance, Inc.'s Motion is GRANTED and the stay of litigation imposed in the Court's Order Appointing Receiver (Dkt. 29) is hereby **LIFTED** to permit Pioneer Finance, Inc. to take any action to protect its property interests that is permitted under the Loan Documents and state and/or federal law, including, without limitation, foreclosure of the Properties described in the Motion.

SIGNED this _____ day of _____, 2023.

_____
JUDGE BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2