**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § | |
| CARNEGIE DEVELOPMENT, LLC | § | **Jury Trial Demanded** |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § | |

**DEFENDANT BARTON'S WITNESS LIST FOR HEARIING ON MOTION FOR
APPOINTMENT OF RECEIVER, FOR A PRELIMINARY INJUNCTION AND
ANCILLARY RELIEF, AND TO LIFT STAY FOR LIMITED PURPOSE**

Defendant Timothy Lynch Barton respectfully submits the following Witness List as

requested by this Court in its September 29, 2023 Electronic Order [Dkt. 323] setting Plaintiff

United States Securities and Exchange Commission's Motion for Appointment of Receiver, for a

Preliminary Injunction and Ancillary Relief, and to Lift Stay for Limited Purpose [Dkt. 309] for

hearing.

1

## **<u>DEFENDANT'S WITNESSES</u>**

1.      Michael Fu
        22203 Alder Bend Lane
        Spring, TX 77389

2.      Gregg Ginn
        Mosel & Ginn PLLC
        1255 West 15th Street, Suite 135
        Plano, TX 75075
        469-429-4229
        gregg@moselginn.com

3.      Mark Adams
        6746 Ridgeview Circle
        Dallas, TX 75240

4.      Kirk Wilson
        T. Wilson
        1800 Valley View Lane, Suite 316
        Farmers Branch, TX 75234
        (833) 433-8356
        kirk@twilson.com

5.      Jay LaJone
        Steptoe & Johnson PLLC
        500 North Akard Street, Suite 3200
        214-373-2556
        jay.lajone@steptoe-johnson.com

6.      Erik Johnson
        1603 Lyndon B Johnson Freeway, Suite 800
        Dallas, TX 75234
        469-522-4200

7.      Sada Cumber

8.      Any witness listed or called by the SEC; and

9.      Rebuttal witnesses as necessary.

Dated: October 6, 2023

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*admitted to N.D. Tex.*)
medney@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

**COUNSEL FOR TIMOTHY LYNCH BARTON**

## CERTIFICATE OF SERVICE

On October 6, 2023 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*
Michael J. Edney