IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE             §
COMMISSION,                          §
                                     §
        *Plaintiff,*                 §
                                     §
                                     §
v.                                   §        No. 3:22-CV-2118-X
                                     §
TIMOTHY LYNCH BARTON                 §
CARNEGIE DEVELOPMENT, LLC            §
WALL007, LLC                         §
WALL009, LLC                         §
WALL010, LLC                         §
WALL011, LLC                         §
WALL012, LLC                         §
WALL016, LLC                         §
WALL017, LLC                         §
WALL018, LLC                         §
WALL019, LLC                         §
HAOQIANG FU (a/k/a MICHAEL FU)       §
STEPHEN T. WALL                      §
                                     §
        *Defendants,*                §
                                     §
DJD LAND PARTNERS, LLC               §
LDG001, LLC                          §
                                     §
        *Relief Defendants.*         §

ORDER GRANTING DEFENDANT TIMOTHY LYNCH BARTON'S OPPOSED
MOTION TO QUASH OR, IN THE ALTERNATIVE, IN LIMINE, AND BRIEF IN
SUPPORT

This matter came before the Court upon Defendant Timothy Lynch Barton's ("Defendant")

Opposed Motion to Quash or, in the Alternative, in Limine, and Brief in Support ("Motion"). The

Court, having considered the pleadings and submissions in this case, including the Motion and

other evidence and argument presented to the Court, finds that:

1

**IT IS ORDERED** that Defendant's Motion is **GRANTED** and the that the Plaintiff's subpoena directing Defendant to testify at the Court-ordered hearing on October 11, 2023, is quashed.

**IT IS SO ORDERED, this _____ day of _____, _____**

_____
**HONORABLE BRANTLEY STARR**
**UNITED STATES DISTRICT JUDGE**