UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff | § § | |
| v. | § | C.A. No.: 3:22-cv-2118-X |
| | § | |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (aka MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § | Jury Trial Demanded |
| Defendants | § § | |
| DJD LAND PARTNERS, LLC and LDG001, LLC, | § § § | |
| Relief Defendants | § § | |

**SERENA BADGLEY'S NOTICE TO THE COURT**

**PLEASE TAKE NOTICE** that Serena Badgley (Badgley) filed her limited objection [Dkt. 320] (Objection) on September 28, 2023, to *Plaintiff Securities and Exchange Commission's Motion for Appointment of Receiver, for a Preliminary Injunction and Ancillary Relief, and to Lift Stay for Limited Purpose* [Dkt. 309] (Motion). On October 4, 2023, Badgley filed her appendix in support [Dkt. 338]. An in-person hearing is set to be held on October 11, 2023, at 1:00 p.m. (prevailing central time). The Court issued Orders on September 29, 2023 [Dkt. 323], October 4, 2023 [Dkt. 343], and October 5, 2023 [Dkt. 344], clarifying the Court will rely on the parties' papers for legal arguments and reserve the October 11, 2023, hearing to the presentation

of witnesses by the Securities and Exchange Commission (SEC) and Timothy Lynch Barton.  Although unable to participate in the October 11, 2023, hearing, Badgley reserves for determination her Objection and legal arguments and evidence contained therein.  In the interim, undersigned counsel is conferring with counsel for the SEC and counsel for the Receiver in an effort to resolve the issues raised in Badgley's Objection.

Respectfully submitted this 11th day of October 2023.

> _/s/ Ryan E. Chapple_
> Ryan E. Chapple
> State Bar No. 24036354
> Email: rchapple@cstrial.com
> **CAIN & SKARNULIS PLLC**
> 303 Colorado Street, Suite 2850
> Austin, Texas 78701
> 512-477-5000
> 512-477-5011—Facsimile
> **ATTORNEYS FOR BADGLEY**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice to the Court has been served on counsel for the parties and all parties receiving or entitled to notice through CM/ECF on this 11th day of October 2023.

> _/s/ Ryan E. Chapple_
> Ryan E. Chapple