UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § | Civil Action No. 3:22-cv-2118-X |
| | § | |
| v. | § | |
| | § | |
| TIMOTHY BARTON, | § | |
| CARNEGIE DEVELOPMENT, LLC, | § | |
| WALL007, LLC, | § | |
| WALL009, LLC, | § | |
| WALL010, LLC, | § | |
| WALL011, LLC, | § | |
| WALL012, LLC, | § | |
| WALL017, LLC, | § | |
| WALL018, LLC, | § | |
| WALL019, LLC, | § | |
| HAOQIANG FU (a/k/a MICHAEL FU), | § | |
| STEPHEN T. WALL, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| DJD LAND PARTNERS, LLC and | § | |
| LDG001, LLC, | § | |
| | § | |
| *Relief Defendants.* | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that Lindsay L. Buchanan of Baker Botts, L.L.P. files this Notice

of Appearance and Request for Service as counsel for interested party Pioneer Finance, Inc.

("Pioneer") in the above-referenced case and respectfully request that copies of all notices,

pleadings, and papers given or filed in this proceeding be given and served upon the undersigned:

2

Lindsay L. Buchanan
State Bar No. 24105551
Baker Botts L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1450
Facsimile: (713) 229-7950
lindsay.buchanan@bakerbotts.com

The foregoing request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, and reports, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

This Notice of Appearance and Request for Service is not intended as consent or waiver of any right to trial by jury in any proceeding; any right to contest jurisdiction or appropriate venue; and any other rights, claims, actions, or defenses in law, in equity, or otherwise that may be available under applicable law, which Pioneer expressly reserves.

[Signature Page to Follow]

Dated: October 12, 2023

Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/ Lindsay L. Buchanan*
  Lindsay L. Buchanan
  State Bar No. 24105551
  910 Louisiana Street
  Houston, Texas 77002
  Telephone: (713) 229-1450
  Facsimile: (713) 229-7950
  lindsay.buchanan@bakerbotts.com


  ATTORNEYS FOR
  PIONEER FINANCE, INC.


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Appearance and Request for Notices and Service of Papers was served on all parties on this 12th day of October 2023, via *CM/ECF* and/or by First Class Regular Mail.

3