# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-10515

_____

SECURITIES AND EXCHANGE COMMISSION,

United States Court of Appeals
Fifth Circuit

**FILED**

October 12, 2023

Lyle W. Cayce
Clerk

*Plaintiff—Appellee*,

*versus*

TIMOTHY BARTON,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

_____

ON MOTION FOR RECONSIDERATION
AND REHEARING EN BANC

<u>UNPUBLISHED ORDER</u>

Before SMITH, SOUTHWICK, and WILSON, *Circuit Judges*.
PER CURIAM:

The motion for reconsideration is DENIED. The order issued on July 17, 2023, is WITHDRAWN, and the following is SUBSTITUTED:

IT IS ORDERED that the appellee's opposed motion to dismiss the appeal is GRANTED for the reason that the appeal is moot in light of the

decision in No. 22-11132.

Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R. APP. P. 35 and 5TH CIR. R. 35), the petition for rehearing en banc is DENIED.

_____

*Judge Haynes is recused and did not participate in the consideration of the petition.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 12, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-10515   SEC v. Barton
              USDC No. 3:22-CV-2118


Enclosed is an order entered in this case.


           Sincerely,

           LYLE W. CAYCE, Clerk

           By: _____
           Roeshawn Johnson, Deputy Clerk
           504-310-7998

Mr. Keefe Michael Bernstein
Mr. Michael Christopher Dingman
Mr. Michael J. Edney
Mr. Ezekiel Levenson Hill
Ms. Karen S. Mitchell
Mr. David B. Reece