**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | |
| TIMOTHY BARTON, | C.A. No.: 3:22-cv-2118-X |
| CARNEGIE DEVELOPMENT, LLC, | |
| WALL007, LLC, | |
| WALL009, LLC, | Jury Trial Demanded |
| WALL010, LLC, | |
| WALL011, LLC, | |
| WALL012, LLC, | |
| WALL016, LLC, | |
| WALL017, LLC, | |
| WALL018, LLC, | |
| WALL019, LLC, | |
| HAOQIANG FU (A/K/A MICHAEL FU), | |
| STEPHEN T. WALL, | |
| Defendants, | |
| DJD LAND PARTNERS, LLC, and | |
| LDG001, LLC, | |
| Relief Defendants. | |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S**
**MOTION TO SUPPLEMENT THE RECORD IN SUPPORT OF ITS MOTION FOR**
**APPOINTMENT OF A RECEIVER, FOR A PRELIMINARY INJUNCTION AND**
**ANCILLARY RELIEF, AND TO LIFT STAY FOR LIMITED PURPOSE**
**AND BRIEF IN SUPPORT**

The Securities and Exchange Commission ("SEC") submits this Motion to Supplement the Record in Support of its Motion ("Motion") for Appointment of a Receiver, for a Preliminary Injunction and Ancillary Relief, and to Lift Stay for Limited Purpose and Brief in Support, and respectfully shows the Court as follows:

1.    On October 11, 2023, the Court held an evidentiary hearing on the Motion.

2.    Cort Thomas ("Receiver") appeared as a witness at the hearing.  At the conclusion of the hearing, the Receiver informed the Court that he brought a binder ("Binder") to the hearing that included bank records that he used in connection with preparing the tracing examples set forth as exhibits to his Declaration.  The Receiver's Declaration (Hearing Ex. 35 & Dkt. 308) was admitted in evidence, conditionally on Barton's objections.

3.    The Receiver further informed the Court that he believed the Binder would be helpful to the Court's analysis of the Motion.  The Receiver provided an example of how it might aid the Court to be able to compare questions raised at the hearing about certain tracing summaries in his Declaration to the face of the bank records in the Binder.

4.    Barton objected to admission of the Binder.  The Court advised the SEC that it could file a motion to supplement the record if it believed the Binder should come in as an exhibit for consideration by the Court.

5.    The SEC, like the Receiver, believes the Binder will help the Court evaluate the Motion and other evidence presented in support of the Motion.  The SEC therefore moves to supplement the record to admit the Binder.  *Edwards v. Pennsylvania Tpk. Comm'n*, 80 F. App'x 261, 265 (3d Cir. 2003) (district courts have discretion to supplement the record).

6.    The Binder contains a subset of the bank records that were previously produced to Barton (a) before Barton filed his response to the Motion and (b) well before the hearing.  Thus,

1

Barton will suffer no prejudice if the Binder is admitted.

7.      A PII redacted version of the Binder is submitted as Exhibit A hereto for proposed admission.  The Receiver is also delivering a courtesy copy of the Binder to the Court's chambers.

For the foregoing reasons, the SEC respectfully requests that the Court admit the Binder and grant it such other and further relief to which it may be justly entitled.

Dated: October 19, 2023                          Respectfully submitted,


                                                 /s/ Keefe M. Bernstein
                                                 Keefe M. Bernstein
                                                 Texas Bar No. 24006839
                                                 James E. Etri
                                                 Texas Bar No. 24002061
                                                 Securities and Exchange Commission
                                                 801 Cherry Street, Suite 1900
                                                 Fort Worth, Texas 76102
                                                 (817) 900-2607 (KMB phone)
                                                 (817) 978-4927 (facsimile)
                                                 bernsteink@sec.gov

                                                 Counsel for Plaintiff
                                                 Securities and Exchange Commission

**CERTIFICATE OF CONFERENCE**

I affirm that at the hearing on October 11, 2023, Barton's counsel objected to the relief requested herein.

/s/ *Keefe M. Bernstein*
Keefe M. Bernstein

**CERTIFICATE OF SERVICE**

I affirm that on October 19, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Keefe M. Bernstein*
Keefe M. Bernstein

3