**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | |
| TIMOTHY BARTON, | C.A. No.: 3:22-cv-2118-X |
| CARNEGIE DEVELOPMENT, LLC, | |
| WALL007, LLC, | |
| WALL009, LLC, | Jury Trial Demanded |
| WALL010, LLC, | |
| WALL011, LLC, | |
| WALL012, LLC, | |
| WALL016, LLC, | |
| WALL017, LLC, | |
| WALL018, LLC, | |
| WALL019, LLC, | |
| HAOQIANG FU (A/K/A MICHAEL FU), | |
| STEPHEN T. WALL, | |
| Defendants, | |
| DJD LAND PARTNERS, LLC, and | |
| LDG001, LLC, | |
| Relief Defendants. | |

**ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION TO SUPPLEMENT THE RECORD IN SUPPORT OF ITS MOTION FOR
APPOINTMENT OF A RECEIVER, FOR A PRELIMINARY INJUNCTION AND
ANCILLARY RELIEF, AND TO LIFT STAY FOR LIMITED PURPOSE**

This matter comes before the Court on the Plaintiff Securities and Exchange

Commission's Motion ("Motion") to Supplement the Record in Support of its Motion for Appointment of a Receiver, for a Preliminary Injunction and Ancillary Relief, and to Lift Stay for Limited Purpose.

After considering the Motion and all responses thereto, the Court has determined that the Motion is meritorious and should be granted.  IT IS HEREBY ORDERED that the Motion is GRANTED and Exhibit A to the Motion is hereby admitted in evidence.

SIGNED this _____ day of _____, 2023.


_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE