# EXHIBIT 1

SEC-FW-04420-REC0001

REC0001



**CHASE** 🟦
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43216 - 2051

February 01, 2019 through February 28, 2019
Account Number: ████████ **7036**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00011370 DRE 201 142 06419 NNNNNNNNNNN T  1 000000000 D4 0000
CARNEGIE DEVELOPMENT LLC
1755 WITTINGTON PLACE
STE 340
DALLAS TX 75234-1930



## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $146.43 |
| Deposits and Additions | 17 | 2,666,774.21 |
| Checks Paid | 3 | -13,135.67 |
| Electronic Withdrawals | 19 | -2,646,352.73 |
| **Ending Balance** | **39** | **$7,432.24** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | Fedwire Credit Via: Resource One Credit Union███████0162 B/O: Hillstone Construction L Duncanville TX 75138 Ref: Chase Nyc/Ctr/Bnf=Carnegie Development LLC Dallas, TX 75234/Ac-███████2991 Rfb=O/B Resource One Imad: 0201Gmqfmp01020686 Trn: 8260709032Ff | S36,774.21 |
| 02/01 | Online Transfer From Chk ...2529 Transaction#: 7900197700 | 450,000.00 |
| 02/01 | Online Transfer From Chk ...2529 Transaction#: 7896840316 | 50,000.00 |
| 02/04 | Online Transfer From Chk ...2529 Transaction#: 7907645238 | 100,000.00 |
| 02/08 | Online Transfer From Chk ...2529 Transaction#: 7923661780 | 235,000.00 |
| 02/08 | Online Transfer From Chk ...2529 Transaction#: 7923616586 | 100,000.00 |
| 02/11 | Online Transfer From Chk ...2529 Transaction#: 7931286186 | 300,000.00 |
| 02/12 | Online Transfer From Chk ...2529 Transaction#: 7933680581 | 655,000.00 |
| 02/13 | Online Transfer From Chk ...2529 Transaction#: 7936856169 | 120,000.00 |
| 02/13 | Online Transfer From Chk ...2529 Transaction#: 7936886617 | 10,000.00 |
| 02/14 | Online Transfer From Chk ...2529 Transaction#: 7940283407 | 200,000.00 |
| 02/15 | Online Transfer From Chk ...2529 Transaction#: 7945815159 | 100,000.00 |
| 02/19 | Online Transfer From Chk ...2529 Transaction#: 7954317532 | 100,000.00 |
| 02/19 | Online Transfer From Chk ...5193 Transaction#: 7954321215 | 50,000.00 |

Page 1 of 4

SEC-FW-04420-REC0002

## CHASE ◯

February 01, 2019 through February 28, 2019

Account Number: ████████ 7036

### DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/20 | Online Transfer From Chk ...2529 Transaction#: 7957581955 | 100,000.00 |
| 02/20 | Online Transfer From Chk ...5193 Transaction#: 7957583005 | 50,000.00 |
| 02/25 | Online Transfer From Chk ...5193 Transaction#: 7973218045 | 10,000.00 |
| **Total Deposits and Additions** | | **$2,666,774.21** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 10079 ^ | | 02/04 | $6,500.00 |
| 10080 ^ | | 02/11 | 135.67 |
| 10083 * ^ | | 02/25 | 6,500.00 |
| **Total Checks Paid** | | | **$13,135.67** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

### ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/01 | 02/01 Online Transfer To Chk ...5193 Transaction#: 7896847914 | $40,000.00 |
| 02/01 | 02/01 Online Transfer To Chk ...5193 Transaction#: 7900352710 | 290,000.00 |
| 02/01 | 02/01 Online Domestic Wire Transfer Via: Wells Fargo NA ████ 0248 A/C: Lawyers Title Company Southlake TX 76092 US Ref: Gf2000671900026 Carnegie Homes LLC Attn Robin Taylor/Bnf/Gf20006719000 26 Carnegie Homesllc Attn Robin Tay Lor/Time/15:42 Imad: 0201B1Qgc01C028482 Trn: 7187000032Es | 158,750.00 |
| 02/04 | 02/03 Online Transfer To Chk ...5193 Transaction#: 7907646100 | 100,000.00 |
| 02/04 | 02/04 Online Domestic Wire Transfer Via: Affilated Bk NA TX/ ████ 8818 A/C: Carnegie Homes Dallas TX 75234 US Ref:/Bnf/Carnegie Homes Imad: 0204B1Qgc06C007354 Trn: 5554100035Es | 36,774.21 |
| 02/05 | 02/05 Online Transfer To Chk ...3096 Transaction#: 7912674449 | 300.00 |
| 02/08 | 02/08 Online Transfer To Chk ...5193 Transaction#: 7923618009 | 100,000.00 |
| 02/08 | 02/08 Online Transfer To Chk ...6539 Transaction#: 7923663673 | 235,000.00 |
| 02/11 | 02/11 Online Transfer To Chk ...5193 Transaction#: 7931286802 | 300,000.00 |
| 02/12 | 02/12 Online Transfer To Chk ...5193 Transaction#: 7933682207 | 655,000.00 |
| 02/13 | 02/13 Online Transfer To Chk ...9823 Transaction#: 7936857097 | 120,000.00 |
| 02/13 | 02/13 Online Transfer To Chk ...9823 Transaction#: 7936889460 | 7,000.00 |
| 02/14 | 02/14 Online Transfer To Chk ...3096 Transaction#: 7940286896 | 50,000.00 |
| 02/14 | 02/14 Online Transfer To Chk ...0075 Transaction#: 7940301564 | 26,000.00 |
| 02/14 | 02/14 Online Transfer To Chk ...5193 Transaction#: 7940304916 | 120,000.00 |
| 02/15 | 02/15 Online Transfer To Chk ...5193 Transaction#: 7945816617 | 100,000.00 |
| 02/19 | 02/19 Online Transfer To Chk ...5193 Transaction#: 7954319077 | 100,000.00 |
| 02/19 | 02/19 Online Domestic Wire Transfer Via: Tib Dallas ████ 0170 A/C: Southern Star Capital LLC Dallas TX 75254 US Ref: Ridgeview/Bnf/Ridgeview Imad: 0219B1Qgc07C007885 Trn: 7006900050Es | 52,500.00 |
| 02/20 | 02/20 Online Domestic Wire Transfer Via: BB&T Florida ████ 1387 A/C: First Western Title Escrow Accountburleson TX 76028 US Ref: Order 1814715086 First Western Title 201 W Bufford 103 Burleson TX7602 8/Bnf/Order ████ 6 201 W Buffor Dburleson TX First Western Title Imad: 0220B1Qgc05C006943 Trn: 5281100051Es | 155,028.52 |
| **Total Electronic Withdrawals** | | **$2,646,352.73** |

Page 2 of 4

**SEC-FW-04420-REC0003**

## CHASE 🟡

February 01, 2019 through February 28, 2019
Account Number: ████████ 7036

### DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 02/01 | $48,170.64 | 02/11 | 4,460.76 | 02/15 | 11,460.76 |
| 02/04 | 4,896.43 | 02/12 | 4,460.76 | 02/19 | 8,960.76 |
| 02/05 | 4,596.43 | 02/13 | 7,460.76 | 02/20 | 3,932.24 |
| 02/08 | 4,596.43 | 02/14 | 11,460.76 | 02/25 | 7,432.24 |



### SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

SEC-FW-04420-REC0004

SB1382099-F12                                704

REC0004

**CHASE** ⬡

February 01, 2019 through February 28, 2019
Account Number:     ███████7036

This Page Intentionally Left Blank

Page 4 of 4

SEC-FW-04420-REC0005

# EXHIBIT 2

**SEC-FW-04420-REC0006**

REC0006



# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CARNEGIE DEVELOPMENT LLC
1755 WITTINGTON PL
SUITE 340
DALLAS TX  75234-1927

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD  NOVEMBER 01, 2017  -  NOVEMBER 30, 2017

**Spark Basic Checking** ███████1331                          **CARNEGIE DEVELOPMENT LLC**

| | | | |
|---|---|---|---|
| Previous Balance  10/31/17 | $168,652.98 | Number of Days in Cycle | 30 |
| 9 Deposits/Credits | $1,931,670.87 | Minimum Balance This Cycle | ($44,549.64) |
| 24 Checks/Debits | ($2,049,873.49) | Average Collected Balance | $143,800.65 |
| Service Charges | $0.00 | | |
| Ending Balance 11/30/17 | $50,450.36 | | |

## ACCOUNT DETAIL    FOR PERIOD  NOVEMBER 01, 2017  -  NOVEMBER 30, 2017

**Spark Basic Checking** ███████1331                          **CARNEGIE DEVELOPMENT LLC**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 11/01 | Online banking xfer deposit FROM ...3851 | $150,000.00 | | $318,652.98 |
| 11/01 | Transfer Debit TO ...5459 | | $150,000.00 | $168,652.98 |
| 11/02 | Wire transfer withdrawal SILVER STAR TITL E LLC DBA 110217 USD81531122 | | $25,000.00 | $143,652.98 |
| 11/02 | Wire transfer withdrawal MKP DEVELPMENT,  LLC 110217 USD81527966 | | $100,000.00 | $43,652.98 |
| 11/02 | Wire transfer fee WIRE TRANSFER 110217 | | $25.00 | $43,627.98 |
| 11/02 | Wire transfer fee WIRE TRANSFER 110217 | | $25.00 | $43,602.98 |
| 11/03 | Online banking xfer deposit FROM ...3851 | $375,000.00 | | $418,602.98 |
| 11/03 | Reverse miscellaneous fee WIRE TRANSFER          110317 | $25.00 | | $418,627.98 |
| 11/03 | Online banking xfer withdrawal TO ...5436 | | $375,000.00 | $43,627.98 |
| 11/03 | Wire transfer fee WIRE TRANSFER 110317 | | $25.00 | $43,602.98 |

*Thank you for banking with us.*                                         PAGE 1 OF 4

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.

SEC-FW-04420-REC0007



REC0007

An Important Message to Our Clients

What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

SEC-FW-04420-REC0008

PSI: 0 / SHC: 0 / LOB :S

REC0008



## MANAGE YOUR CASH
### CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CARNEGIE DEVELOPMENT LLC

ACCOUNT DETAIL    CONTINUED FOR PERIOD NOVEMBER 01, 2017  -  NOVEMBER 30, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 11/06 | Online banking xfer withdrawal TO ...5436 | | $5,000.00 | $38,602.98 |
| 11/07 | Online banking xfer deposit FROM ...3851 | $50,000.00 | | $88,602.98 |
| 11/07 | Online banking xfer withdrawal TO ...1622 | | $50,000.00 | $38,602.98 |
| 11/08 | Online banking xfer withdrawal TO ...5436 | | $7,000.00 | $31,602.98 |
| 11/10 | Online banking xfer withdrawal TO ...1846 | | $1,000.00 | $30,602.98 |
| 11/13 | Check        109 | | $6,738.49 | $23,864.49 |
| 11/14 | Online banking xfer deposit FROM ...3851 | $250,000.00 | | $273,864.49 |
| 11/14 | Online banking xfer withdrawal TO ...1622 | | $250,000.00 | $23,864.49 |
| 11/16 | Online banking xfer deposit FROM ...1622 | $356,645.87 | | $380,510.36 |
| 11/16 | Online banking xfer deposit FROM ...3851 | $250,000.00 | | $630,510.36 |
| 11/16 | Online banking xfer withdrawal TO ...1622 | | $250,000.00 | $380,510.36 |
| 11/16 | Wire transfer withdrawal TRAFALGAR CHINA  CAPITAL, L 111617 USD81678681 | | $25,000.00 | $355,510.36 |
| 11/16 | Wire transfer fee WIRE TRANSFER 111617 | | $25.00 | $355,485.36 |
| 11/17 | Online banking xfer withdrawal TO ...7841 | | $5,000.00 | $350,485.36 |
| 11/17 | Online banking xfer withdrawal TO ...5436 | | $45,000.00 | $305,485.36 |
| 11/27 | Online banking xfer withdrawal TO ...5459 | | $300,000.00 | $5,485.36 |
| 11/27 | Check        110 | | $50,000.00 | ($44,514.64) |
| 11/27 | Overdraft charge DR AMT 50,000.00 0050150000 112717 | | $35.00 | ($44,549.64) |
| 11/28 | Online banking xfer deposit FROM ...5459 | $300,000.00 | | $255,450.36 |
| 11/28 | Online banking xfer withdrawal TO ...7841 | | $55,000.00 | $200,450.36 |
| 11/29 | Online banking xfer withdrawal TO ...1622 | | $150,000.00 | $50,450.36 |
| 11/30 | Online banking xfer deposit FROM ...3851 | $200,000.00 | | $250,450.36 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



SEC-FW-04420  REC0009

REC0009

ACCOUNT DETAIL  CONTINUED FOR PERIOD NOVEMBER 01, 2017  -  NOVEMBER 30, 2017

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 11/30 | Online banking xfer withdrawal TO ...1622 | | $200,000.00 | $50,450.36 |
| **Total** | | $1,931,670.87 | $2,049,873.49 | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total NSF Fees | $0.00 | $0.00 |

**Spark Basic Checking** ███████1331                      **CARNEGIE DEVELOPMENT LLC**

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 109 | 11/13 | $6,738.49 | 110 | 11/27 | $50,000.00 | | | |

SEC-FW-04420-REC0010

REC0010

# EXHIBIT 3

**SEC-FW-04420-REC0011**

REC0011

# Transactions

SEC-FW-04420-REC0012

REC0012



**1** For the transactions that comprise the beginning balance amount in JMJKH, LLC Chase account No. 3236, please refer to Exhibit 17A. Note that the beginning balance of $26,734.38 includes a SBA small business loan of $153,900.

**2** For the transactions that comprise the beginning balance amount in JMJAV, LLC account No. 6539, please refer to Exhibit 17B. Note that the beginning balance of $78,146.78 includes a SBA small business loan of $149,900.00.

**3** For the transactions that comprise the beginning balance amount in account JMJD4, LLC no. 5320, please refer to Exhibit 17C.

**4** For the transactions that comprise the beginning balance amount in Lajolla Construction Management, LLC account No. 1391, please refer to Exhibit 17D. Note that the beginning balance of $128,439.42 consists of various SBA small business loans.

**5** For the transactions that comprise the beginning balance amount in Carnegie Development, LLC account no. 7036, please refer to Exhibit 17E.

SEC-FW-04420-REC0013

REC0013

## Transaction Schedule– SF Rock Creek

| Beg Balance | Date | Entity | Bank | Acct # | Amount | Transfer To | Transfer From | Transfer To/From Entity | Description |
|---|---|---|---|---|---|---|---|---|---|
| | 8/21/2020 | | | | 860,649.50 | | | | **FTF Lending, LLC** Loan 1 Funding |
| 334.38 | 6/17/2020 | JMJKH, LLC | Chase | 3236 | 4,000.00 | | | | Orig CO Name: **Sbad Treas 310** Ind Name: Jmjkh, LLC |
| 4,334.38 | 6/18/2020 | JMJKH, LLC | Chase | 3236 | 149,900.00 | | | | Orig CO Name: **Sbad Treas 310** Ind Name: Jmjkh, LLC |
| 26,734.38 | 8/17/2020 | JMJKH, LLC | Chase | 3236 | -20,000.00 | 5193 | | JMJ Development LLC | Online Transfer to Chk 5193 |
| 4,352.98 | 6/18/2020 | JMJAV, LLC | Chase | 6539 | 149,900.00 | | | | Orig CO Name: **Sbad Treas 310** Ind Name: Jmjav LLC |
| 78,146.78 | 8/17/2020 | JMJAV, LLC | Chase | 6539 | -50,000.00 | 5193 | | JMJ Development LLC | Online Transfer to Chk 5193 |
| 1,000.00 | 6/22/2020 | BM318 LLC | Chase | 9931 | 8,000.00 | | | | Orig CO Name: **Sbad Treas 310** Ind Name: BM 318 LLC |
| 9,000.00 | 6/23/2020 | BM318 LLC | Chase | 9931 | 149,900.00 | | | | Orig CO Name: **Sbad Treas 310** Ind Name: BM 318 LLC |
| 89,636.43 | 8/17/2020 | BM318 LLC | Chase | 9931 | -50,000.00 | 7036 | | Carnegie Development, LLC | Online Transfer to Chk 7036 |
| 1,475.43 | 8/17/2020 | Carnegie Development, LLC | Chase | 7036 | 50,000.00 | | 9931 | BM318 LLC | ONLINE TRANSFER FROM CHK ... 9931 |
| | 8/17/2020 | Carnegie Development, LLC | Chase | 7036 | -50,000.00 | 5193 | | JMJ Development LLC | ONLINE TRANSFER TO CHK ... 5193 |
| 39.42 | 6/18/2020 | Lajolla Construction Management LLC | Chase | 1391 | 149,900.00 | | | | Orig CO Name: Sbad Treas 310 Ind Name: Lajolla Construction M |
| | 6/18/2020 | Lajolla Construction Management LLC | Chase | 1391 | 113,500.00 | | | | Orig CO Name: Sbad Treas 310 Ind Name: Maximilien Barton |
| 263,439.42 | 6/26/2020 | Lajolla Construction Management LLC | Chase | 1391 | 4,000.00 | | | | Orig CO Name: Sbad Treas 310 Ind Name: Lajolla Construction M |
| 185,439.42 | 7/14/2020 | Lajolla Construction Management LLC | Chase | 1391 | 3,000.00 | | | | Orig CO Name: Sbad Treas 310 Ind Name: Rhino Stainless US |
| 128,439.42 | 8/17/2020 | Lajolla Construction Management LLC | Chase | 1391 | -120,000.00 | 5193 | | JMJ Development LLC | Online Transfer to Chk 5193 |
| 13,557.67 | 5/5/2020 | D4DS LLC | Chase | 5851 | 4,000.00 | | | | **Sbad Treas 310** |
| 17,557.67 | 6/18/2020 | D4DS LLC | Chase | 5851 | 149,900.00 | | | | Orig CO Name: **Sbad Treas 310** Ind Name: D4DS LLC |
| 167,457.67 | 8/17/2020 | D4DS LLC | Chase | 5851 | -150,000.00 | 5320 | | | ONLINE TRANSFER TO CHK ... 5320 |
| 3,100.00 | 6/17/2020 | D4OP, LLC | Chase | 1720 | 149,900.00 | | | | Orig CO Name: **Sbad Treas 310** Ind Name: D4OP LLC |
| 153,000.00 | 8/17/2020 | D4OP, LLC | Chase | 1720 | -150,000.00 | 5320 | | | ONLINE TRANSFER TO CHK ... 5320 |
| 4,100.00 | 6/17/2020 | D4KL LLC | Chase | 0077 | 149,900.00 | | | | Orig CO Name: **Sbad Treas 310** Ind Name: D4KL LLC |
| 143,734.25 | 8/17/2020 | D4KL LLC | Chase | 0077 | -140,000.00 | 5320 | | | ONLINE TRANSFER TO CHK ... 5320 |
| 0.00 | 6/16/2020 | D4AT, LLC | Chase | 8525 | 149,900.00 | | | | Orig CO Name: **Sbad Treas 310** Ind Name: D4DT LLC |
| 84,900.00 | 6/26/2020 | D4AT, LLC | Chase | 8525 | 3,000.00 | | | | Orig CO Name: **Sbad Treas 310** Ind Name: D4DT LLC |
| 82,900.00 | 8/17/2020 | D4AT, LLC | Chase | 8525 | -80,000.00 | 5320 | | | ONLINE TRANSFER TO CHK ... 5320 |
| 850.00 | 8/17/2020 | JMJD4, LLC | Chase | 5320 | 150,000.00 | | 5851 | D4DS LLC | ONLINE TRANSFER FROM CHK ... 5851 |
| | 8/17/2020 | JMJD4, LLC | Chase | 5320 | 150,000.00 | | 1720 | D4OP, LLC | ONLINE TRANSFER FROM CHK ... 1720 |
| | 8/17/2020 | JMJD4, LLC | Chase | 5320 | 140,000.00 | | 0077 | D4KL LLC | ONLINE TRANSFER FROM CHK ... 0077 |
| | 8/17/2020 | JMJD4, LLC | Chase | 5320 | 80,000.00 | | 8525 | D4AT, LLC | ONLINE TRANSFER FROM CHK ... 8525 |
| | 8/17/2020 | JMJD4, LLC | Chase | 5320 | -520,000.00 | 5193 | | JMJ Development LLC | ONLINE TRANSFER TO CHK ... 5193 |
| 80,124.46 | 8/17/2020 | JMJ Development LLC | Chase | 5193 | 20,000.00 | | 3236 | JMJKH, LLC | ONLINE TRANSFER FROM CHK ... 3236 TRANSACTION # : 10133237646 |
| | 8/17/2020 | JMJ Development LLC | Chase | 5193 | 50,000.00 | | 6539 | JMJAV, LLC | ONLINE TRANSFER FROM CHK ... 6539 TRANSACTION # : 10132853301 |
| | 8/17/2020 | JMJ Development LLC | Chase | 5193 | 50,000.00 | | 7036 | Carnegie Development, LLC | ONLINE TRANSFER FROM CHK ... 7036 TRANSACTION # : 10133396312 |
| | 8/17/2020 | JMJ Development LLC | Chase | 5193 | 120,000.00 | | 1391 | Lajolla Construction Management LLC | ONLINE TRANSFER FROM CHK ... 1391 TRANSACTION # : 10133278583 |
| | 8/17/2020 | JMJ Development LLC | Chase | 5193 | 520,000.00 | | 5320 | JMJD4, LLC | ONLINE TRANSFER FROM CHK ... 5320 TRANSACTION # : 10133386423 |
| | 8/17/2020 | JMJ Development LLC | Chase | 5193 | -300,000.00 | 3575 | | SF Rock Creek, LLC | ONLINE TRANSFER TO CHK ... 3575 TRANSACTION # : 10133408794 |
| 0.00 | 8/17/2020 | SF Rock Creek, LLC | Chase | 3575 | 300,000.00 | | 5193 | JMJ Development LLC | Online Transfer from Chk 5193 |
| | 8/17/2020 | SF Rock Creek, LLC | Chase | 3575 | -299,832.36 | | | | Online Domestic Wire Transfer A/C: **Hstx Title LLC** Ref: 41047 Rock Creek Drive Dallas TX 75204 - Balance Due at Closing |

SEC-FW-04420-REC0014

# JMJKH, LLC
# Chase Account 3236
# August, 2020

SEC-FW-04420-REC0015

REC0015



**CHASE** ◎
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43216 - 2051

August 01, 2020 through August 31, 2020
Account Number:  ▮▮▮▮3236

00012018 DRE 201 142 24720 NNNNNNNNNNN T  1 000000000 D4 0000
JMJKH LLC
1755 WITTINGTON PL STE 340
DALLAS TX 75234-1930

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $34,234.38 |
| Checks Paid | 1 | -7,500.00 |
| Electronic Withdrawals | 1 | -20,000.00 |
| **Ending Balance** | **2** | **$6,734.38** |

Your Chase Platinum Business Checking account provides:
• No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
• 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
• $25,000 in cash deposits per statement cycle
• Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 10001  ^ | | 08/07 | $7,500.00 |
| **Total Checks Paid** | | | **$7,500.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | 08/17 Online Transfer To Chk ...5193 Transaction#: 10133237646 | $20,000.00 |
| | **Total Electronic Withdrawals** | **$20,000.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/07 | $26,734.38 |
| 08/17 | 6,734.38 |

Page 1 of 2

**SEC-FW-04420-REC0016**

**SB1382099-F12**                                    **4415**

**REC0016**

# CHASE ⟡

August 01, 2020 through August 31, 2020

Account Number: ▅▅▅▅▅▅8236

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

SEC-FW-04420-REC0017

SB1382099-F12

4416

REC0017

# JMJAV, LLC
# Chase Account 6539
# August, 2020

SEC-FW-04420-REC0018

REC0018



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43216 - 2051

00012451 DRE 201 142 24720 NNNNNNNNNNN T 1 000000000 D5 0000

JMJAV LLC
1755 WITTINGTON PLACE
STE 340
DALLAS TX 75234-1930

August 01, 2020 through August 31, 2020

Account Number:                      ▆539



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $81,146.78 |
| Electronic Withdrawals | 3 | -64,553.10 |
| Ending Balance | 3 | $16,593.68 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04 | 08/04 Online Domestic Wire Transfer Via: Third Coast Ssb▆4149 A/C: Jmjav Dallas TX 75244 US Imad: 0804B1Qgc02C001785 Trn: 3197920217Es | $3,000.00 |
| 08/17 | 08/17 Online Transfer To Chk ...5193 Transaction#: 10132853301 | 50,000.00 |
| 08/25 | Orig CO Name:Tcb Spbd        Orig ID:▆557 Desc Date:082520 CO Entry Descr:Web Pmts  Sec:Web   Trace#:113094310375093 Eed:200825  Ind ID:Rqt Ind Name:Jmjav, LLC | 11,553.10 |
| **Total Electronic Withdrawals** | | **$64,553.10** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/04 | $78,146.78 |
| 08/17 | 28,146.78 |
| 08/25 | 16,593.68 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

Page 1 of 2

SEC-FW-04420-REC0019



**CHASE ○**

August 01, 2020 through August 31, 2020
Account Number:                    6539

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

---

Page 2 of 2

**SEC-FW-04420-REC0020**

**SB1382099-F13**                    **1149**

**REC0020**

# JMJD4, LLC
# Chase Account 5320
# August, 2020

SEC-FW-04420-REC0021

REC0021



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43216 - 2051

00012041 DRE 201 142 24720 NNNNNNNNNNN T 1 000000000 D4 0000
JMJD4 LLC
1755 WITTINGTON PL STE 340
DALLAS TX 75234-1930

August 01, 2020 through August 31, 2020
Account Number:                    5320



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $850.00 |
| Deposits and Additions | 6 | 580,000.00 |
| Electronic Withdrawals | 4 | -561,000.00 |
| **Ending Balance** | **10** | **$19,850.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | Online Transfer From Chk ...5851 Transaction#: 10133254036 | $150,000.00 |
| 08/17 | Online Transfer From Chk ...1720 Transaction#: 10132868066 | 150,000.00 |
| 08/17 | Online Transfer From Chk ...0077 Transaction#: 10133055577 | 140,000.00 |
| 08/17 | Online Transfer From Chk ...8525 Transaction#: 10132820197 | 80,000.00 |
| 08/25 | Online Transfer From Chk ...5193 Transaction#: 10175577965 | 10,000.00 |
| 08/26 | Online Transfer From Chk ...8873 Transaction#: 10180223199 | 50,000.00 |
| **Total Deposits and Additions** | | **$580,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | 08/17 Online Transfer To Chk ...5193 Transaction#: 10133386423 | $520,000.00 |
| 08/25 | 08/25 Online Transfer To Chk ...0735 Transaction#: 10175584977 | 6,000.00 |
| 08/26 | 08/26 Online Transfer To Chk ...0735 Transaction#: 10180225974 | 25,000.00 |
| 08/31 | 08/31 Online Transfer To Chk ...0735 Transaction#: 10208592522 | 10,000.00 |
| **Total Electronic Withdrawals** | | **$561,000.00** |

Page 1 of 2

SEC-FW-04420-REC0022

**CHASE** ⭘

August 01, 2020 through August 31, 2020
Account Number:                      5320

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 08/17 | $850.00 |
| 08/25 | 4,850.00 |
| 08/26 | 29,850.00 |
| 08/31 | 19,850.00 |

## SERVICE CHARGE SUMMARY

| | |
|------|--------|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

SEC-FW-04420-REC0023

# Lajolla Construction Management, LLC
# Chase Account 1391
# August, 2020

**SEC-FW-04420-REC0024**

REC0024



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43216 - 2051

August 01, 2020 through August 31, 2020
Account Number: ▮▮▮▮1391

00013372 DRE 201 142 24720 NNNNNNNNNNN T 1 000000000 D7 0000
LAJOLLA CONSTRUCTION MANAGEMENT LLC
13901 MIDWAY RD STE 102
DALLAS TX 75244-4388

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $128,439.42 |
| Electronic Withdrawals | 1 | -120,000.00 |
| Ending Balance | 1 | $8,439.42 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | 08/17 Online Transfer To Chk ...5193 Transaction#: 10133278583 | $120,000.00 |
| **Total Electronic Withdrawals** | | **$120,000.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/17 | $8,439.42 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

Page 1 of 2

SEC-FW-04420-REC0025


**CHASE O**

August 01, 2020 through August 31, 2020

Account Number: ▮▮▮▮▮▮391

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

SEC-FW-04420-REC0026

SB1382099-F12                                    4567

REC0026

# Carnegie Development, LLC
# Chase Account 7036
# August, 2020

**SEC-FW-04420-REC0027**

REC0027



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43216 - 2051

August 01, 2020 through August 31, 2020
Account Number:                7036

00012004 DRE 201 142 24720 NNNNNNNNNNN T 1 000000000 D4 0000
CARNEGIE DEVELOPMENT LLC
1755 WITTINGTON PLACE
STE 340
DALLAS TX 75234-1930

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $13,425.43 |
| Deposits and Additions | 10 | 223,000.00 |
| Checks Paid | 4 | -13,742.00 |
| Electronic Withdrawals | 7 | -206,274.78 |
| **Ending Balance** | **21** | **$16,408.65** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/06 | Online Transfer From Chk ...6910 Transaction#: 10073502112 | $30,000.00 |
| 08/07 | Online Transfer From Chk ...6910 Transaction#: 10080225617 | 50,000.00 |
| 08/14 | Online Transfer From Chk ...5193 Transaction#: 10119377774 | 10,000.00 |
| 08/17 | Online Transfer From Chk ...9931 Transaction#: 10133298614 | 50,000.00 |
| 08/19 | Online Transfer From Chk ...6910 Transaction#: 10144243794 | 33,000.00 |
| 08/19 | Online Transfer From Chk ...6910 Transaction#: 10144263222 | 5,000.00 |
| 08/24 | Online Transfer From Chk ...6910 Transaction#: 10170244455 | 20,000.00 |
| 08/25 | Online Transfer From Chk ...6910 Transaction#: 10175915543 | 10,000.00 |
| 08/25 | Online Transfer From Chk ...6359 Transaction#: 10175587766 | 5,000.00 |
| 08/28 | Online Transfer From Chk ...5193 Transaction#: 10191987237 | 10,000.00 |
| **Total Deposits and Additions** | | **$223,000.00** |

Page 1 of 4

SEC-FW-04420-REC0028

# CHASE ○

August 01, 2020 through August 31, 2020

Account Number: ███████ 7036

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 10127  ^ | | 08/04 | $10,000.00 |
| 10128  ^ | | 08/12 | 1,950.00 |
| 10129  ^ | | 08/26 | 847.00 |
| 10130  ^ | | 08/26 | 945.00 |
| **Total Checks Paid** | | | **$13,742.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/06 | 08/06 Online Domestic Wire Transfer Via: Bk Amer Nyc ███████ 9593 A/C: Merrill Lynch Pierce Fenner Smith Corvallis OR 97330 US Ref: Further Credit To Account - 2Gp-03983 - Account Name: Tamamoi LLC/Bnf/Further Credit To Account - 2Gp-039 83 - Account Name: Tamamoi L Lc Imad: 0806B1Qgc04C010242 Trn: 6504020219Es | $30,000.00 |
| 08/07 | 08/07 Online Domestic Wire Transfer Via: Texan Bank, NA/ ███████ 4162 A/C: Law Office of K Walji Stafford TX 77477 US Ref: Legal Fee For Wall Et AL/Bnf/Legal Fee For Wall Et AL Imad: 0807B1Qgc08C010213 Trn: 6265620220Es | 50,000.00 |
| 08/14 | 08/14 Online Transfer To Chk ...0861 Transaction#: 10119454567 | 10,000.00 |
| 08/17 | 08/17 Online Transfer To Chk ...5193 Transaction#: 10133396312 | 50,000.00 |
| 08/19 | 08/19 Online Domestic Wire Transfer Via: Pegasus Bk Dallas/ ███████ 5466 A/C: Evan Shaw IOLTA Dallas TX 75209 US Ref: Jmr100 Vs Southern Start Capital Invoice 10157/Bnf/Jmr100 Vs Southern Start Capital Invoice 10157 Imad: 0819B1Qgc08C011952 Trn: 6415320232Es | 35,774.78 |
| 08/24 | 08/24 Online Domestic Wire Transfer Via: Tib Dallas/ ███████ 0170 A/C: First State Bank Rice TX 75155 US Ref: For Further Credit To: Joyce W. Lindauer, IOLTA Account Account Number: ███████ 0095/Bnf/For Further Credit To : Joyce W. Lindauer, IOLTA Account Account Number: ███████ 0095 Imad: 0824B1Qgc04C007110 Trn: 3436500237Es | 20,000.00 |
| 08/25 | 08/25 Online Domestic Wire Transfer Via: Wells Fargo NA/ ███████ 0248 A/C: Elementary Business Inc Denton TX 76201 US Ref: Attn Neil Goldstein/Bnf/Attn Neil Goldstein - Invoice 597 And 601/Time/16:58 Imad: 0825B1Qgc05C011534 Trn: 3382120238Es | 10,500.00 |
| **Total Electronic Withdrawals** | | **$206,274.78** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 08/04 | $3,425.43 | 08/14 | 1,475.43 | 08/25 | 8,200.65 |
| 08/06 | 3,425.43 | 08/17 | 1,475.43 | 08/26 | 6,408.65 |
| 08/07 | 3,425.43 | 08/19 | 3,700.65 | 08/28 | 16,408.65 |
| 08/12 | 1,475.43 | 08/24 | 3,700.65 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

Page 2 of 4

SEC-FW-04420-REC0029

SB1382099-F12                                                               791

REC0029


**CHASE** ⬡

August 01, 2020 through August 31, 2020
Account Number: ▇▇▇▇▇▇▇▇7036



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

🏠 JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

SEC-FW-04420-REC0030

SB1382099-F12

792

REC0030

**CHASE ○**

August 01, 2020 through August 31, 2020
Account Number:        7036

This Page Intentionally Left Blank

Page 4 of 4

SEC-FW-04420-REC0031

# JMJ Development, LLC
# Chase Account 5193
# August, 2020

**SEC-FW-04420-REC0032**

REC0032

**CHASE ○**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

00013848 DRE 201 142 24720 NNNNNNNNNNN T 1 000000000 D8 0000

JMJ DEVELOPMENT, LLC
1755 WITTINGTON PLACE
STE 340
DALLAS TX 75234-1930

August 01, 2020 through August 31, 2020

Account Number:                    5193

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $146,504.94 |
| Deposits and Additions | 11 | 900,485.30 |
| Checks Paid | 16 | -197,725.35 |
| ATM & Debit Card Withdrawals | 2 | -900.89 |
| Electronic Withdrawals | 28 | -623,511.93 |
| Other Withdrawals | 1 | -300.00 |
| Fees | 1 | -434.00 |
| Ending Balance | 59 | $224,118.07 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04 | Online Transfer From Chk ...8873 Transaction#: 10063504757 | $50,000.00 |
| 08/11 | Online Transfer From Chk ...8533 Transaction#: 10100498295 | 20,000.00 |
| 08/12 | Online Transfer From Chk ...8533 Transaction#: 10105966345 | 20,000.00 |
| 08/13 | Online Transfer From Chk ...9892 Transaction#: 10110985208 | 50,000.00 |
| 08/17 | Online Transfer From Chk ...5320 Transaction#: 10133386423 | 520,000.00 |
| 08/17 | Online Transfer From Chk ...1391 Transaction#: 10133278583 | 120,000.00 |
| 08/17 | Online Transfer From Chk ...6539 Transaction#: 10132853301 | 50,000.00 |
| 08/17 | Online Transfer From Chk ...7036 Transaction#: 10133396312 | 50,000.00 |
| 08/17 | Online Transfer From Chk ...3236 Transaction#: 10133237646 | 20,000.00 |
| 08/20 | Deposit      1112514121 | 350.00 |
| 08/27 | Deposit      1112364139 | 135.30 |
| **Total Deposits and Additions** | | **$900,485.30** |

Page 1 of 8

SEC-FW-04420-REC0033

SB1382099-F12                                                              3832

REC0033

## CHASE ⬡

August 01, 2020 through August 31, 2020

Account Number: ▮▮▮▮▮ 5193

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 10778 ^ | | 08/07 | $130,000.00 |
| 10779 ^ | | 08/03 | 5,000.00 |
| 10785 * ^ | | 08/03 | 10,000.00 |
| 10787 * ^ | | 08/05 | 2,677.50 |
| 10789 * ^ | | 08/07 | 163.02 |
| 10790 ^ | | 08/03 | 1,663.74 |
| 10792 * ^ | | 08/17 | 10,000.00 |
| 10793 ^ | | 08/18 | 8,488.71 |
| 10794 ^ | | 08/20 | 54.00 |
| 10795 ^ | | 08/21 | 1,881.25 |
| 10796 ^ | | 08/21 | 250.00 |
| 10797 ^ | | 08/25 | 77.92 |
| 10800 * ^ | | 08/27 | 15,690.33 |
| 10801 ^ | | 08/25 | 3,900.00 |
| 10802 ^ | | 08/31 | 7,500.00 |
| 19781 * ^ | | 08/27 | 378.88 |

**Total Checks Paid**     **$197,725.35**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

### ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Card Purchase With Pin  08/02 Costco Whse #1266 Dallas TX Card 6378 | $898.89 |
| 08/03 | Card Purchase      08/03 Dfw Airport Parking Dfw Airport TX Card 6378 | 2.00 |

**Total ATM & Debit Card Withdrawals**     **$900.89**

### ATM & DEBIT CARD SUMMARY

Timothy L Barton  Card 6378

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $900.89 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $900.89 |
| Total Card Deposits & Credits | $0.00 |

SEC-FW-04420-REC0034

SB1382099-F12

3833

REC0034

## CHASE ⬡

August 01, 2020 through August 31, 2020

Account Number: ████ 5193

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/03 | Orig CO Name:Tesla 6          Orig ID:████6777 Desc Date:        CO Entry Descr:Web Pymnt Sec:Web   Trace#:041001038876232 Eed:200803  Ind ID:128111952          Ind Name:Jmj Development  Trn: 2168876232Tc | $569.73 |
| 08/04 | Orig CO Name:American Express    Orig ID:████2111 Desc Date:200804 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000024308530 Eed:200804  Ind ID:W2102 Ind Name:Jmj Development | 18,670.46 |
| 08/04 | Orig CO Name:Fdre Inc4       Orig ID:████2470 Desc Date:200804 CO Entry Descr:Payments Sec:CCD   Trace#:113122650978332 Eed:200804  Ind ID:Illinois_2 Ind Name:Jmjav          August 1 Illinois | 3,470.11 |
| 08/05 | 08/05 Online Transfer To Chk ...5098 Transaction#: 10068084254 | 100.00 |
| 08/07 | Orig CO Name:Capital One       Orig ID:████4991 Desc Date:200807 CO Entry Descr:Online Pmtsec:CCD   Trace#:021000021028692 Eed:200807  Ind ID:022039910493019         Ind Name:Barton Timothy Trn: 2201028692Tc | 3,062.45 |
| 08/07 | Orig CO Name:American Express    Orig ID:████2111 Desc Date:200807 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000021042806 Eed:200807  Ind ID:W4954 Ind Name:Jmj Development | 125.61 |
| 08/10 | Orig CO Name:Barclaycard US     Orig ID:████7970 Desc Date:        CO Entry Descr:Creditcardsec:Web   Trace#:091000015010033 Eed:200810  Ind ID:730028236 Ind Name:Timothy Barton Trn: 2235010033Tc | 4,923.06 |
| 08/10 | Orig CO Name:Bank of America     Orig ID:████0000 Desc Date:200810 CO Entry Descr:Online Pmtsec:CCD   Trace#:064100855176288 Eed:200810  Ind ID:Ckf575135894POS       Ind Name:Bedoya,Saskya | 1,000.00 |
| 08/10 | Orig CO Name:Lincoln AFS       Orig ID:████0004 Desc Date:200807 CO Entry Descr:Fordcreditsec:Web   Trace#:021000024836444 Eed:200810  Ind ID:055315327 Ind Name:Jmj Development Trn: 2234836444Tc | 803.30 |
| 08/10 | Orig CO Name:Citi Card Online    Orig ID:Citictp   Desc Date:200807 CO Entry Descr:Payment  Sec:Web   Trace#:091409685302793 Eed:200810  Ind ID:430189745895715         Ind Name:Timothy L Barton Trn: 2235302793Tc | 166.63 |
| 08/10 | Orig CO Name:Wells Fargo Card    Orig ID:3411650794 Desc Date:080720 CO Entry Descr:Ccpymt   Sec:Web   Trace#:091000018484717 Eed:200810  Ind ID:90400001387901 Ind Name:Barton Tim Trn: 2238484717Tc | 111.93 |
| 08/10 | Orig CO Name:Barclaycard US     Orig ID:████7970 Desc Date:        CO Entry Descr:Creditcardsec:Web   Trace#:091000015010034 Eed:200810  Ind ID:730028546 Ind Name:Timothy Barton Trn: 2235010034Tc | 58.00 |
| 08/11 | 08/11 Online Domestic Wire Transfer Via: Bk Amer Nyc/████9593 A/C: Merrill Lynch Pierce Fenner Smith Corvallis OR 97330 US Ref: Further Credit To Account - 2Gp-03983 - Account Name: Tamamoi LLC/Bnf/Further Credit To Account - 2Gp-039 83 - Account Name: Tamamoi L Lc Imad: 0811B1Qgc06C009243 Trn: 6611120224Es | 12,000.00 |
| 08/11 | Orig CO Name:Att         Orig ID:████1003 Desc Date:081020 CO Entry Descr:Payment  Sec:Tel   Trace#:031100205780429 Eed:200811  Ind ID:453996005Clarh Ind Name:Jmj Development LLC Trn: 2245780429Tc | 180.05 |
| 08/14 | 08/14 Online Transfer To Chk ...7036 Transaction#: 10119377774 | 10,000.00 |
| 08/17 | 08/17 Online Transfer To Chk ...3575 Transaction#: 10133408794 | 300,000.00 |
| 08/17 | 08/17 Online Domestic Wire Transfer Via: Bk Amer Ny████9593 A/C: Sohail Quraeshi Palm Beach FL 33480 US Imad: 0817B1Qgc07C013603 Trn: 7206120230Es | 8,000.00 |
| 08/17 | Orig CO Name:Porsche Agent We    Orig ID:████1211 Desc Date:200814 CO Entry Descr:Bill Pay  Sec:CCD   Trace#:031101110983044 Eed:200817  Ind ID:15472159271 Ind Name:Null Jmj Development Trn: 2300983044Tc | 2,731.27 |
| 08/17 | Orig CO Name:TD Auto Finance     Orig ID:████4244 Desc Date:200814 CO Entry Descr:Web Pay  Sec:Web   Trace#:211274455690929 Eed:200817  Ind ID:0001103137243 Ind Name:Jmj Development | 734.34 |
| 08/19 | 08/19 Online Domestic Wire Transfer Via: Pegasus Bk Dallas████5466 A/C: Evan Shaw IOLTA Dallas TX 75209 US Ref: Ramolia V Jmj Development Invoice 10158/Bnf/Ramolia V Jmj Development Invoice 10158 Imad: 0819B1Qgc01C010484 Trn: 6306020232Es | 5,225.00 |
| 08/20 | 08/20 Online Transfer To Chk ...8167 Transaction#: 10149003485 | 55,000.00 |
| 08/20 | 08/20 Online Domestic Wire Transfer Via: Citibank Nyc/████0089 A/C: Morgan Stanley New York NY 10005 US Ref: For Further Credit To Nancy L. Martin & Larry Martin - ████68-643/Bnf/For Further Credit To Nancy L.M Artin & Larry Martin - 870-01476 8-643/Time/14:15 Imad: 0820B1Qgc04C009022 Trn: 5737920233Es | 15,000.00 |



Page 3 of 8

SEC-FW-04420-REC0035

SB1382099-F12                                    3834

REC0035



**CHASE ○**

August 01, 2020 through August 31, 2020
Account Number: ███████ 5193

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/21 | 08/21 Online Domestic Wire Transfer Via: Capital One NA/████1014 A/C: Tim Barton Little Elm TX 75068 US Imad: 0821B1Qgc06C010356 Trn: 6552220234Es | 100,000.00 |
| 08/25 | 08/25 Online Transfer To Chk ...5320 Transaction#: 10175577965 | 10,000.00 |
| 08/25 | Orig CO Name:American Express    Orig ID:█████2111 Desc Date:200825 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000029023481 Eed:200825  Ind ID:W0830 Ind Name:Jmj Development | 1,579.99 |
| 08/26 | 08/26 Online Domestic Wire Transfer Via: Bankers Bk Okc███3616 A/C: First National Bank Weatherford TX 76086 US Ref: Further Credit To Reunion Title Escrow Account██4670 Notify Rakisha Chenault/Bnf/Further Credit To Reun Ion Title Escrow Account██4670 No Tify R Akisha Chenault Imad: 0826B1Qgc06C007944 Trn: 3300100239Es | 50,000.00 |
| 08/28 | 08/28 Online Transfer To Chk ...7036 Transaction#: 10191987237 | 10,000.00 |
| 08/28 | 08/28 Online Domestic Wire Transfer Via: Citibank Nyc███0089 A/C: Morgan Stanley New York NY 10005 US Ref: For Further Credit To Nancy L. Martin & Larry Martin - ████8-643/Bnf/For Further Credit To Nancy L.M Artin & Larry Martin - ██████8-643/Time/14:22 Imad: 0828B1Qgc06C017594 Trn: 3354990241Es | 10,000.00 |

**Total Electronic Withdrawals** — **$623,511.93**

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/13 | 08/13 Withdrawal | S300.00 |

**Total Other Withdrawals** — **$300.00**

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/05 | Service Charges For The Month of July | S434.00 |

**Total Fees** — **$434.00**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 08/03 | $128,370.58 | 08/13 | 90,124.46 | 08/21 | 333,109.89 |
| 08/04 | 156,230.01 | 08/14 | 80,124.46 | 08/25 | 317,551.98 |
| 08/05 | 153,018.51 | 08/17 | 518,658.85 | 08/26 | 267,551.98 |
| 08/07 | 19,667.43 | 08/18 | 510,170.14 | 08/27 | 251,618.07 |
| 08/10 | 12,604.51 | 08/19 | 504,945.14 | 08/28 | 231,618.07 |
| 08/11 | 20,424.46 | 08/20 | 435,241.14 | 08/31 | 224,118.07 |
| 08/12 | 40,424.46 | | | | |

SEC-FW-04420-REC0036

SB1382099-F12                    3835

REC0036

## CHASE

August 01, 2020 through August 31, 2020
Account Number: **5193**

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included:



Chase Platinum Business Checking Accounts Included:



Chase Platinum Business Checking Accounts Included:



| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $500.00 |
| **Total Service Charges** | **$500.00** Will be assessed on 9/3/20 |

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 24 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 167 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 1 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online US Dollar Intl Wire Fee | 1 | 1 | 0 | $40.00 | $0.00 |
| Online Domestic Wire Fee | 23 | 3 | 20 | $25.00 | $500.00 |
| **Cash Management Services** | | | | | |
| Quick Deposit Single Feed Maint | 1 | 0 | 1 | $0.00 | $0.00 |
| Subtotal Other Service Charges (Will be assessed on 9/3/20) | | | | | $500.00 |

**ACCOUNT** 5193

| DESCRIPTION | VOLUME |
|---|---|
| **Other Service Charges:** | |
| **Credits** | |
| Non-Electronic Transactions | 45 |
| **Miscellaneous Fees** | |
| Online Domestic Wire Fee | 7 |
| **Cash Management Services** | |
| Quick Deposit Single Feed Maint | 1 |

**ACCOUNT** 6928

| DESCRIPTION | VOLUME |
|---|---|
| **Credits** | |
| Non-Electronic Transactions | 70 |

**ACCOUNT** 6936

| DESCRIPTION | VOLUME |
|---|---|
| **Electronic Credits** | |
| Electronic Credits | 23 |

Page 5 of 8

SEC-FW-04420-REC0037

SB1382099-F12

3836

REC0037



CHASE

August 01, 2020 through August 31, 2020
Account Number: 5193

## SERVICE CHARGE DETAIL (continued)

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Credits** | | | | | |
| Non-Electronic Transactions | 4 | | | | |
| **ACCOUNT 0861** | | | | | |
| Non-Electronic Transactions | 1 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 1 | | | | |
| **ACCOUNT 6539** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 1 | | | | |
| **ACCOUNT 9375** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | | | | |
| **ACCOUNT 3096** | | | | | |
| Non-Electronic Transactions | 1 | | | | |
| **ACCOUNT 8167** | | | | | |
| Non-Electronic Transactions | 7 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 4 | | | | |
| **ACCOUNT 7036** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 9 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 5 | | | | |
| **ACCOUNT 3236** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | | | | |
| **ACCOUNT 2363** | | | | | |
| Non-Electronic Transactions | 12 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 3 | | | | |
| **ACCOUNT 0735** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 6 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online US Dollar Intl Wire Fee | 1 | | | | |
| Online Domestic Wire Fee | 1 | | | | |
| **ACCOUNT 565** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | | | | |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 1 | | | | |
| **ACCOUNT 7871** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 3 | | | | |
| **ACCOUNT 9931** | | | | | |

Page 6 of 8

SEC-FW-04420-REC0038

SB1382099-F12

3837

REC0038



CHASE ◯

August 01, 2020 through August 31, 2020
Account Number:            5193

## SERVICE CHARGE DETAIL *(continued)*

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| Non-Electronic Transactions | 1 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 1 | | | | |

**ACCOUNT         8509**

| | | | | | |
|---|---|---|---|---|---|
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | | | | |

**ACCOUNT          2083**

| | | | | | |
|---|---|---|---|---|---|
| Non-Electronic Transactions | 1 | | | | |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

SEC-FW-04420-REC0039

SB1382099-F12

3838

REC0039

CHASE ○

August 01, 2020 through August 31, 2020
Account Number:                    5193

This Page Intentionally Left Blank

Page 8 of 8

SEC-FW-04420-REC0040

SB1382099-F12

3839

REC0040

# SF Rock Creek, LLC
# Chase Account 3575
# August, 2020

SEC-FW-04420-REC0041

REC0041



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43216 - 2051

00013627 DRE 201 142 24720 NNNNNNNNNNN T 1 000000000 D7 0000

SF ROCK CREEK, LLC
1755 WITTINGTON PLACE SUITE 340
DALLAS TX 75234-1930

August 11, 2020 through August 31, 2020

Account Number: ████████575

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 2 | 302,948.00 |
| Electronic Withdrawals | 2 | -300,501.09 |
| **Ending Balance** | **4** | **$2,446.91** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | Online Transfer From Chk ...5193 Transaction#: 10133408794 | $300,000.00 |
| 08/21 | Fedwire Credit Via: Wells Fargo Bank/████0248 B/O: Hstx Title, LLC US 75238 Ref: Chase Nyc/Ctr/Bnf=Sf Rock Creek, LLC Dallas TX 75234 US/Ac-████636 3 Rfb=Hstx20-00198 Obi=Refund Exces S Closing Costs 4107 Rock Creek DR Dallas TX Hstx20-00198 Imad: 0821I1B7032R013997 Trn: 6115609234Ff | 2,948.00 |
| **Total Deposits and Additions** | | **$302,948.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | 08/17 Online Domestic Wire Transfer Via: Wells Fargo NA/████0248 A/C: Hstx Title LLC Dallas TX 75225 US Ref: 41047 Rock Creek Drive Dallas TX 75204 - Balance Due At Closing/Bnf/41 047 Rock Creek Drive Dallas TX 7520 4 - Balance Due At Closing/Time/16: 43 Imad: 0817B1Qgc04C012264 Trn: 7450420230Es | $299,832.36 |
| 08/27 | Orig CO Name:Lipscomb & Assoc    Orig ID:████8599 Desc Date:    CO Entry Descr:Payment  Sec:CCD   Trace#:091000016957414 Eed:200827  Ind ID:326722616 Ind Name:Sf Rock Creek LLC Trn: 2406957414Tc | 668.73 |
| **Total Electronic Withdrawals** | | **$300,501.09** |

Page 1 of 2

SEC-FW-04420-REC0042

SB1382099-F12                                                    4911

REC0042

# CHASE ⬡

August 11, 2020 through August 31, 2020
Account Number:                3575

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 08/17 | $167.64 |
| 08/21 | 3,115.64 |
| 08/27 | 2,446.91 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 1 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 1 | 4 | 0 | $25.00 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$0.00** |

**ACCOUNT** 000000636323575

| | |
|---|---|
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 1 |
| **Credits** | |
| Non-Electronic Transactions | 2 |
| **Electronic Credits** | |
| Domestic Incoming Wire Fee | 1 |
| **Miscellaneous Fees** | |
| Online Domestic Wire Fee | 1 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

SEC-FW-04420-REC0043

## Exhibit 17A – SF Rock Creek



SEC-FW-04420-REC0044

# JMKH, LLC
# Chase Account 3236
# June, 2020

SEC-FW-04420-REC0045

REC0045



**CHASE** 🅾

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43216 - 2051

00011770 DRE 201 142 18520 NNNNNNNNNNN T 1 000000000 D4 0000

JMJKH LLC
1755 WITTINGTON PL STE 340
DALLAS TX 75234-1930

May 30, 2020 through June 30, 2020
Account Number: ▮▮▮▮▮236

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$334.38** |
| Deposits and Additions | 2 | 153,900.00 |
| Electronic Withdrawals | 1 | -120,000.00 |
| **Ending Balance** | **3** | **$34,234.38** |

Your Chase Platinum Business Checking account provides:
* No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
* 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
* $25,000 in cash deposits per statement cycle
* Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/17 | Orig CO Name:Sbad Treas 310     Orig ID:▮▮▮6151 Desc Date:061720 CO Entry Descr: Misc Paysec:CCD   Trace#:101036152993135 Eed:200617  Ind ID:Eidg:3304089702     Ind Name:Jmjkh, LLC     Nte*Pmt*Eidg:3304089702\ Trn: 1692993135Tc | $4,000.00 |
| 06/18 | Orig CO Name:Sbad Treas 310     Orig ID▮▮▮6151 Desc Date:061820 CO Entry Descr: Misc Paysec:CCD   Trace#:101036158234782 Eed:200618  Ind ID:707016790873000     Ind Name:Jmjkh, LLC     Rmt*CT*7070167908 200 33578 F8118** ******\ Trn: 1708234782Tc | 149,900.00 |
| | **Total Deposits and Additions** | **$153,900.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/24 | 06/24 Online Transfer To Chk ...5193 Transaction#: 9827224391 | $120,000.00 |
| | **Total Electronic Withdrawals** | **$120,000.00** |

Page 1 of 2

SEC-FW-04420-REC0046

SB1382099-F12                                                    4411

REC0046

# CHASE ⬡

May 30, 2020 through June 30, 2020
Account Number:                    ⬛236

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 06/17 | $4,334.38 |
| 06/18 | 154,234.38 |
| 06/24 | 34,234.38 |

## SERVICE CHARGE SUMMARY

| | |
|------|--------|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

SEC-FW-04420-REC0047

SB1382099-F12

4412

REC0047

Exhibit 17B – SF Rock Creek



SEC-FW-04420-REC0048

REC0048

# JMJAV, LLC
# Chase Account 6539
# June, 2020

**SEC-FW-04420-REC0049**

REC0049



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43216 - 2051

May 30, 2020 through June 30, 2020
Account Number: ▮▮▮▮▮5539

00012208 DRE 201 142 18520 NNNNNNNNNNN T 1 000000000 D5 0000
JMJAV LLC
1755 WITTINGTON PLACE
STE 340
DALLAS TX 75234-1930

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $4,352.98 |
| Deposits and Additions | 1 | 149,900.00 |
| Electronic Withdrawals | 1 | -11,553.10 |
| **Ending Balance** | **2** | **$142,699.88** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/18 | Orig CO Name:Sbad Treas 310      Orig ID:▮▮▮6151 Desc Date:061820 CO Entry Descr: Misc Paysec:CCD   Trace#:101036158234770 Eed:200618  Ind ID:625123791073000        Ind Name:Jmjav LLC        Rmt*CT*6251237910 200 33572 F8118** ******\ Trn: 1708234770Tc | $149,900.00 |
| **Total Deposits and Additions** | | **$149,900.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/22 | Orig CO Name:Tcb Spbd      Orig ID:▮▮▮7557 Desc Date:062220 CO Entry Descr:Web Pmts  Sec:CCD   Trace#:113094311381495 Eed:200622  Ind ID:1PR Ind Name:Jmjav, LLC | $11,553.10 |
| **Total Electronic Withdrawals** | | **$11,553.10** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/18 | $154,252.98 |
| 06/22 | 142,699.88 |

Page 1 of 2

SEC-FW-04420-REC0050

# CHASE ○

May 30, 2020 through June 30, 2020

Account Number: ████████5539

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

SEC-FW-04420-REC0051

Exhibit 17C – SF Rock Creek



**SEC-FW-04420-REC0052**

REC0052

# JMJD4, LLC
# Chase Account 5320
# August, 2020

SEC-FW-04420-REC0053

REC0053



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43216 - 2051

00012041 DRE 201 142 24720 NNNNNNNNNNN T 1 000000000 D4 0000

JMJD4 LLC
1755 WITTINGTON PL STE 340
DALLAS TX 75234-1930

August 01, 2020 through August 31, 2020
Account Number:                  5320

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $850.00 |
| Deposits and Additions | 6 | 580,000.00 |
| Electronic Withdrawals | 4 | -561,000.00 |
| **Ending Balance** | **10** | **$19,850.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | Online Transfer From Chk ...5851 Transaction#: 10133254036 | $150,000.00 |
| 08/17 | Online Transfer From Chk ...1720 Transaction#: 10132868066 | 150,000.00 |
| 08/17 | Online Transfer From Chk ...0077 Transaction#: 10133055577 | 140,000.00 |
| 08/17 | Online Transfer From Chk ...8525 Transaction#: 10132820197 | 80,000.00 |
| 08/25 | Online Transfer From Chk ...5193 Transaction#: 10175577965 | 10,000.00 |
| 08/26 | Online Transfer From Chk ...8873 Transaction#: 10180223199 | 50,000.00 |
| **Total Deposits and Additions** | | **$580,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | 08/17 Online Transfer To Chk ...5193 Transaction#: 10133386423 | $520,000.00 |
| 08/25 | 08/25 Online Transfer To Chk ...0735 Transaction#: 10175584977 | 6,000.00 |
| 08/26 | 08/26 Online Transfer To Chk ...0735 Transaction#: 10180225974 | 25,000.00 |
| 08/31 | 08/31 Online Transfer To Chk ...0735 Transaction#: 10208592522 | 10,000.00 |
| **Total Electronic Withdrawals** | | **$561,000.00** |

Page 1 of 2

SEC-FW-04420-REC0054

# CHASE ⬡

August 01, 2020 through August 31, 2020
Account Number: ▉▉▉▉5320

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 08/17 | $850.00 |
| 08/25 | 4,850.00 |
| 08/26 | 29,850.00 |
| 08/31 | 19,850.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

SEC-FW-04420-REC0055

Exhibit 17D – SF Rock Creek



SEC-FW-04420-REC0056

REC0056

# Lajolla Construction Management, LLC
# Chase Account 1391
# June, 2020

**SEC-FW-04420-REC0057**

REC0057



**CHASE** ◯
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43216 - 2051

May 30, 2020 through June 30, 2020
Account Number: ████████1391

00013131 DRE 201 142 18520 NNNNNNNNNNN T 1 000000000 D7 0000
LAJOLLA CONSTRUCTION MANAGEMENT LLC
13901 MIDWAY RD STE 102
DALLAS TX 75244-4388

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $39.42 |
| Deposits and Additions | 3 | 267,400.00 |
| Ending Balance | 3 | $267,439.42 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/18 | Orig CO Name:Sbad Treas 310    Orig ID:████151 Desc Date:061820 CO Entry Descr: Misc Paysec:CCD    Trace#:101036158234556 Eed:200618  Ind ID:622622790573000    Ind Name:Lajolla Construction M    Rmt*CT*6226227905 200 33454 F8118** ******\ Trn: 1708234556Tc | $149,900.00 |
| 06/18 | Orig CO Name:Sbad Treas 310    Orig ID:████151 Desc Date:061820 CO Entry Descr: Misc Paysec:CCD    Trace#:101036158234682 Eed:200618  Ind ID:706335790873000    Ind Name:Maximilien Barton    Rmt*CT*7063357908 200 33527 F8118** ******\ Trn: 1708234682Tc | 113,500.00 |
| 06/26 | Orig CO Name:Sbad Treas 310    Orig ID:████151 Desc Date:062620 CO Entry Descr: Misc Paysec:CCD    Trace#:101036158845444 Eed:200626  Ind ID:Eidg:3303945271    Ind Name:Lajolla Construction M Nte*Pmt*Eidg:3303945271\ Trn: 1788845444Tc | 4,000.00 |

**Total Deposits and Additions** $267,400.00

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/18 | $263,439.42 |
| 06/26 | 267,439.42 |

Page 1 of 2

SEC-FW-04420-REC0058

SB1382099-F12

4562

REC0058

**CHASE** ⬠

May 30, 2020 through June 30, 2020

Account Number: ███████████ 391

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

SEC-FW-04420-REC0059

# Lajolla Construction Management, LLC
# Chase Account 1391
# July, 2020

SEC-FW-04420-REC0060

REC0060



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43216 - 2051

July 01, 2020 through July 31, 2020
Account Number: ████████1391

00013175 DRE 201 142 21820 NNNNNNNNNNN T 1 000000000 D7 0000
LAJOLLA CONSTRUCTION MANAGEMENT LLC
13901 MIDWAY RD STE 102
DALLAS TX 75244-4388

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $267,439.42 |
| Deposits and Additions | 1 | 3,000.00 |
| Electronic Withdrawals | 2 | -142,000.00 |
| **Ending Balance** | **3** | **$128,439.42** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/14 | Orig CO Name:Sbad Treas 310      Orig ID:████5151 Desc Date:071420 CO Entry Descr: Misc Paysec:CCD   Trace#:101036159596105 Eed:200714  Ind ID:Eidg:3304091128      Ind Name:Rhino Stainless US LLC Nte*Pmt*Eidg:3304091128\ Trn: 1969596105Tc | $3,000.00 |
| **Total Deposits and Additions** | | **$3,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/13 | 07/13 Online Transfer To Chk ...6928 Transaction#: 9939166006 | $82,000.00 |
| 07/14 | 07/13 Online Transfer To Chk ...5193 Transaction#: 9940438346 | 60,000.00 |
| **Total Electronic Withdrawals** | | **$142,000.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/13 | $185,439.42 |
| 07/14 | 128,439.42 |

Page 1 of 2

SEC-FW-04420-REC0061

**CHASE ◻**

July 01, 2020 through July 31, 2020

Account Number: ▮▮▮▮▮▮▮1391

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

SEC-FW-04420-REC0062

SB1382099-F12

4565

REC0062

Exhibit 17E – SF Rock Creek



SEC-FW-04420-REC0063

REC0063

# BM318, LLC
# Chase Account 9931
# August, 2020

SEC-FW-04420-REC0064

REC0064



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43216 - 2051

00049121 DRE 201 141 24520 NNNNNNNNNNN T 1 000000000 64 0000
BM318 LLC
1755 WITTINGTON PL STE 340
DALLAS TX 75234-1930

August 01, 2020 through August 31, 2020
Account Number:                     9931

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $89,636.43 |
| Electronic Withdrawals | 2 | -60,000.00 |
| Ending Balance | 2 | $29,636.43 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | 08/17 Online Transfer To Chk ...7036 Transaction#: 10133298614 | $50,000.00 |
| 08/21 | 08/21 Online Domestic Wire Transfer Via: Wells Fargo NA/▮▮▮▮0248 A/C: Aba/111900659 Fort Worth TX 76101 US Ben: Angela D Mcmurry Vance Mcmurry Richardson TX 75080 US Ref:/Time/03:59 Imad: 0821B1Qgc05C000802 Trn: 3183120234Es | 10,000.00 |
| | **Total Electronic Withdrawals** | **$60,000.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/17 | $39,636.43 |
| 08/21 | 29,636.43 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

Page 1 of 2

SEC-FW-04420-REC0065

SB1382099-F7                                432

REC0065



**CHASE O**

August 01, 2020 through August 31, 2020
Account Number: ▮▮▮▮▮▮▮▮▮9931

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

SEC-FW-04420-REC0066

SB1382099-F7

433

REC0066

# Carnegie Development, LLC
# Chase Account 7036
# August, 2020

SEC-FW-04420-REC0067

REC0067



**CHASE** ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43216 - 2051

August 01, 2020 through August 31, 2020
Account Number: ▮▮▮▮▮▮7036

00012004 DRE 201 142 24720 NNNNNNNNNNN T 1 000000000 D4 0000
CARNEGIE DEVELOPMENT LLC
1755 WITTINGTON PLACE
STE 340
DALLAS TX 75234-1930

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $13,425.43 |
| Deposits and Additions | 10 | 223,000.00 |
| Checks Paid | 4 | -13,742.00 |
| Electronic Withdrawals | 7 | -206,274.78 |
| **Ending Balance** | **21** | **$16,408.65** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/06 | Online Transfer From Chk ...6910 Transaction#: 10073502112 | $30,000.00 |
| 08/07 | Online Transfer From Chk ...6910 Transaction#: 10080225617 | 50,000.00 |
| 08/14 | Online Transfer From Chk ...5193 Transaction#: 10119377774 | 10,000.00 |
| 08/17 | Online Transfer From Chk ...9931 Transaction#: 10133298614 | 50,000.00 |
| 08/19 | Online Transfer From Chk ...6910 Transaction#: 10144243794 | 33,000.00 |
| 08/19 | Online Transfer From Chk ...6910 Transaction#: 10144263222 | 5,000.00 |
| 08/24 | Online Transfer From Chk ...6910 Transaction#: 10170244455 | 20,000.00 |
| 08/25 | Online Transfer From Chk ...6910 Transaction#: 10175915543 | 10,000.00 |
| 08/25 | Online Transfer From Chk ...6359 Transaction#: 10175587766 | 5,000.00 |
| 08/28 | Online Transfer From Chk ...5193 Transaction#: 10191987237 | 10,000.00 |
| **Total Deposits and Additions** | | **$223,000.00** |

SEC-FW-04420-REC0068

SB1382099-F12                                    790

REC0068

# CHASE ⬡

August 01, 2020 through August 31, 2020

Account Number: ███████████7036

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 10127 ^ | | 08/04 | $10,000.00 |
| 10128 ^ | | 08/12 | 1,950.00 |
| 10129 ^ | | 08/26 | 847.00 |
| 10130 ^ | | 08/26 | 945.00 |
| **Total Checks Paid** | | | **$13,742.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/06 | 08/06 Online Domestic Wire Transfer Via: Bk Amer Nyc███████9593 A/C: Merrill Lynch Pierce Fenner Smith Corvallis OR 97330 US Ref: Further Credit To Account - 2Gp-03983 - Account Name: Tamamoi LLC/Bnf/Further Credit To Account - 2Gp-039 83 - Account Name: Tamamoi L Lc Imad: 0806B1Qgc04C010242 Trn: 6504020219Es | $30,000.00 |
| 08/07 | 08/07 Online Domestic Wire Transfer Via: Texan Bank, NA/████4162 A/C: Law Office of K Walji Stafford TX 77477 US Ref: Legal Fee For Wall Et AL/Bnf/Legal Fee For Wall Et AL Imad: 0807B1Qgc08C010213 Trn: 6265620220Es | 50,000.00 |
| 08/14 | 08/14 Online Transfer To Chk ...0861 Transaction#: 10119454567 | 10,000.00 |
| 08/17 | 08/17 Online Transfer To Chk ...5193 Transaction#: 10133396312 | 50,000.00 |
| 08/19 | 08/19 Online Domestic Wire Transfer Via: Pegasus Bk Dallas/████5466 A/C: Evan Shaw IOLTA Dallas TX 75209 US Ref: Jmr100 Vs Southern Start Capital Invoice 10157/Bnf/Jmr100 Vs Southern Start Capital Invoice 10157 Imad: 0819B1Qgc08C011952 Trn: 6415320232Es | 35,774.78 |
| 08/24 | 08/24 Online Domestic Wire Transfer Via: Tib Dallas/████0170 A/C: First State Bank Rice TX 75155 US Ref: For Further Credit To: Joyce W. Lindauer, IOLTA Account Account Number: ████0095/Bnf/For Further Credit To : Joyce W. Lindauer, IOLTA Account Account Number: ████0095 Imad: 0824B1Qgc04C007110 Trn: 3436500237Es | 20,000.00 |
| 08/25 | 08/25 Online Domestic Wire Transfer Via: Wells Fargo NA/████0248 A/C: Elementary Business Inc Denton TX 76201 US Ref: Attn Neil Goldstein/Bnf/Attn Neil Goldstein - Invoice 597 And 601/Time/16:58 Imad: 0825B1Qgc05C011534 Trn: 3382120238Es | 10,500.00 |
| **Total Electronic Withdrawals** | | **$206,274.78** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 08/04 | $3,425.43 | 08/14 | 1,475.43 | 08/25 | 8,200.65 |
| 08/06 | 3,425.43 | 08/17 | 1,475.43 | 08/26 | 6,408.65 |
| 08/07 | 3,425.43 | 08/19 | 3,700.65 | 08/28 | 16,408.65 |
| 08/12 | 1,475.43 | 08/24 | 3,700.65 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

Page 2 of 4

**SEC-FW-04420-REC0069**





August 01, 2020 through August 31, 2020

Account Number: ▮▮▮▮▮▮▮7036



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

🏠 JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

SEC-FW-04420-REC0070

**CHASE ○**

August 01, 2020 through August 31, 2020
Account Number: ███████7036

This Page Intentionally Left Blank

Page 4 of 4

SEC-FW-04420-REC0071

SB1382099-F12

793

REC0071

# SF Rock Creek - Repayment of Funds

SEC-FW-04420-REC0072

REC0072

SF – Rock Creek
Repayment of Funds



| Beg Balance | Date | Entity | Bank | Acct # | Amount | Transfer To | Transfer From | Transfer To/From Entity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 50.08 | 5/6/2022 | Mansions Apartment Homes at Marine Creek LLC | Chase | 9592 | 200,000.00 | | | | Fedwire Credit via: Axos Bank B/O: Marine Creek Ventures LLC Bnf=Mansions Apartment Homes At Marine Dallas TX |
| | 5/6/2022 | Mansions Apartment Homes at Marine Creek LLC | Chase | 9592 | -200,000.00 | | | | Domestic Wire Transfer A/C: Broadview Holdings |
| 50,449.42 | 5/6/2022 | Broadview Holdings | Texas Brand Bank | 4611 | 200,000.00 | | | | Wire Transfer from Mansions Apartment Homes at Marine |
| 147,104.31 | 5/10/2022 | Broadview Holdings | Texas Brand Bank | 4611 | 2,000,000.00 | | | | Wire Transfer from AVG West, LLC |
| | 5/10/2022 | Broadview Holdings | Texas Brand Bank | 4611 | -750,000.00 | | | | To Fund CD#71791434-7179143 Broadview Holdings |
| 123,021.64 | 5/16/2022 | Broadview Holdings | Texas Brand Bank | 4611 | 560,000.00 | | | | Advance from Loan |
| | 5/16/2022 | Broadview Holdings | Texas Brand Bank | 4611 | -500,000.00 | | | | WIRE TRANSFER TO FUND THAT FLIP INC |

SEC-FW-04420-REC0073

REC0073

# Mansions Apartment Homes at Marine Creek LLC
# Chase Account 9592
# May, 2022

**SEC-FW-04420-REC0074**

REC0074



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43216 - 2051

00018091 DRE 201 142 15422 NNNNNNNNNNN T 1 000000000 D8 0000
MANSIONS APARTMENT HOMES AT MARINE
CREEK LLC
13901 MIDWAY RD STE 102-243
DALLAS TX 75244-4388

April 30, 2022 through May 31, 2022
Account Number:          9592



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## On June 12, 2022, fees for non-Chase ATM transactions are changing

We're making the following fee changes and, depending on the type of account you have with us, you may be affected:

- **Non-Chase ATM transactions fee\* (Domestic Withdrawal, Domestic & International Balance Inquiry, Domestic & International Balance Transfers)**: This fee will increase from S2.50 to $3.00, but you can still avoid it by using Chase ATMs. The International Withdrawal Fee for ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands remains $5.00 per withdrawal. We'll continue to waive these fees for customers receiving Chase Military Banking benefits on their Chase Business Complete Checking[SM] accounts.

Please note: We'll continue to waive these fees for Chase Performance Business Checking[®] and Chase Platinum Business Checking[SM] accounts.

For more information about banking fees, please read the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement, which you can find at **chase.com/business-deposit-disclosures**, or visit a branch.

If you have any questions, please call the number on this statement. We accept operator relay calls.

\* Fees from the ATM owner/networks may still apply.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $50.08 |
| Deposits and Additions | 1 | 200,000.00 |
| Electronic Withdrawals | 1 | -200,000.00 |
| Ending Balance | 2 | $50.08 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

Page 1 of 2

SEC-FW-04420-REC0075

SB1382099-F13                                          1206

REC0075

# CHASE ♦

April 30, 2022 through May 31, 2022

Account Number: ██████████ 9592

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/06 | Fedwire Credit Via: Axos Bank/███ 7251 B/O: Marine Creek Ventures LLC Bethlehem PA 18017-0000 Ref: Chase Nyc/Ctr/Bnf=Mansions Apartment Homes At Marine Dallas TX 75244-4 388 US/Ac-000000007896 Rfb=O/B Axos Bank Obi=Marine Creek Holdback Imad: 0506Mmqfmp9N000117 Trn: 0464750126Ff | $200,000.00 |

| **Total Deposits and Additions** | **$200,000.00** |
|---|---|

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/06 | 05/06 Domestic Wire Transfer Via: Texas Brand Bk/███ 5113 A/C: Broadview Holdings Imad: 0506B1Qgc07C014628 Trn: 3460412126Es | $200,000.00 |

| **Total Electronic Withdrawals** | **$200,000.00** |
|---|---|

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 05/06 | $50.08 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

SEC-FW-04420-REC0076

# Broadview Holdings
# Texas Brand Bank 4611
# May, 2022

SEC-FW-04420-REC0077

REC0077



TEXAS**BRAND**BANK

| | 1919 S. Shiloh Road<br>Suite 100, LB 30<br>Garland, Texas 75042 | 4161 McKinney Avenue<br>Suite 101<br>Dallas, Texas 75204 | Cedars / Southside<br>1600 S. Ervay St.<br>Dallas, Texas 75215 | Deep Ellum<br>3033 Main Street<br>Dallas, Texas 75226 |

BROADVIEW HOLDINGS
13901 MIDWAY RD STE 102-LB-243
DALLAS TX 75244

**FINANCIAL SERVICES STATEMENT**
**972-494-9800**

Statement Date: 05/31/2022                    Account No.:    ▮4611 Page: **1**

## BUSINESS SMALL CHECKING SUMMARY

Type : **REG   Status : Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 04/29/22 | | 200,009.73 |
| Deposits | 3 | 57,625.00+ |
| Debits | 47 | 698,905.08 |
| Automatic Teller Withdrawals | 1 | 500.00 |
| Automatic Withdrawals | 33 | 2,604,359.92 |
| Automatic Deposits | 5 | 3,050,000.00+ |
| Card Activity | 5 | 1,787.15 |
| Miscellaneous Fees | 11 | 220.00 |
| SERVICE CHARGE | | 15.00 |
| Ending Balance On 05/31/22 | | 1,847.58 |
| **Average Balance (Ledger)** | **220,520.82+** | |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/10/22 | Deposit | 23,625.00 | 05/24/22 | Deposit | 24,000.00 | 05/31/22 | Deposit | 10,000.00 |

| Date | Description | Amount |
|---|---|---|
| 05/06/22 | WIRE TRANSFER FROM MANSIONS APARTMENT HOMES AT MARINE | 200,000.00 |
| 05/10/22 | WIRE TRANSFER FROM AVG WEST, LLC | 2,000,000.00 |
| 05/16/22 | Advance from Loans | 560,000.00 |
| 05/19/22 | Advance from Loans #1791-20 | 190,000.00 |
| 05/20/22 | WIRE TRANSFER FROM BEHI HEMYARI KETABCHI | 100,000.00 |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 05/02/22 | WIRE TRANSFER TO LOAN CONTROLMIDFIRST BANK | 12,000.00 |
| 05/02/22 | WIRE TRANSFER TO FIRST GUARANTY BANK | 12,780.00 |
| 05/02/22 | WIRE TRANSFER FEE TO LOAN CONTROLMIDFIRST BANK | 20.00 |
| 05/02/22 | WIRE TRANSFER FEE TO FIRST GUARANTY BANK | 20.00 |
| 05/06/22 | INTERNET TRANSFER FROM CHK 4611 TO CHK 4637 5377633 | 873.69 |
| 05/06/22 | INTERNET TRANSFER FROM CHK 4611 TO CHK 4637 8100794 | 4,500.00 |
| 05/06/22 | TRUIST LN 407 OLB PYMT | 1,670.47 |
| 05/09/22 | INTERNET TRANSFER FROM CHK 4611 TO CHK 4637 9044657 | 212.10 |
| 05/09/22 | WIRE TRANSFER TO MERRILL LYNCH, PIERCE, FENNER & | 21,425.31 |
| 05/09/22 | WIRE TRANSFER FEE TO MERRILL LYNCH, PIERCE, FENNER & | 20.00 |
| 05/09/22 | DISCOVER E-PAYMENT | 1,132.03 |
| 05/09/22 | BARCLAYCARD US CREDITCARD | 8,883.99 |
| 05/09/22 | CITI CARD ONLINE PAYMENT | 15,474.42 |

Continued    2651011

**SEC-FW-04420-REC0078**

0048

**REC0078**



| | | |
|---|---|---|
| 1919 S. Shiloh Road<br>Suite 100, LB 30<br>Garland, Texas 75042 | 4161 McKinney Avenue<br>Suite 101<br>Dallas, Texas 75204 | Cedars / Southside<br>1600 S. Ervay St.<br>Dallas, Texas 75215 | Deep Ellum<br>3033 Main Street<br>Dallas, Texas 75226 |



**FINANCIAL SERVICES STATEMENT**

**972-494-9800**

Statement Date: 05/31/2022                                    Account No.: ████ 4611  Page:  2

### *ELECTRONIC DEBITS (cont.)*

| Date | Description | Amount |
|---|---|---|
| 05/10/22 | WIRE TRANSFER TO HAYNES AND BOONE L.L.P. | 15,000.00 |
| 05/10/22 | WIRE TRANSFER FEE TO HAYNES AND BOONE L.L.P. | 20.00 |
| 05/10/22 | CHASE CREDIT CRD EPAY | 10,000.00 |
| 05/10/22 | TO FUND CD#71791434-71791434 BROADVIEW HOLDINGS | 750,000.00 |
| 05/11/22 | PUR NNT NICK SAM S ST001430 DALLAS TX (05/11/22 02:55:17) | 985.94 |
| 05/12/22 | WIRE TRANSFER TO FLOWERS TITLE COMPANIES LLC DBAEAST | 1,040,034.32 |
| 05/12/22 | WIRE TRANSFER FEE TO FLOWERS TITLE COMPANIES LLC DBAEAST | 20.00 |
| 05/13/22 | INTERNET TRANSFER FROM CHK 4611 TO CHK 4637 1541663 | 4,300.00 |
| 05/16/22 | JMJ DEVELOPMENT LLC NOT SUFFICIENT FUNDS 0000001003 | 23,625.00 |
| 05/16/22 | WIRE TRANSFER TO JONATHAN BUCKELEW | 1,500.00 |
| 05/16/22 | DUE ON 5/14/2022-INTERNET PAYMENT FROM CHK 4611 TO LN 9-15 6674833 | 1,875.00 |
| 05/16/22 | $6,143.38 REPAY PRINCIPAL + INTEREST $13,556.37-INTERNET PAYMENT FROM CHK 4611 TO LN 8-15 8606044 | 19,699.75 |
| 05/16/22 | WIRE TRANSFER TO FUND THAT FLIP INC | 500,000.00 |
| 05/16/22 | WIRE TRANSFER FEE TO JONATHAN BUCKELEW | 20.00 |
| 05/16/22 | WIRE TRANSFER FEE TO FUND THAT FLIP INC | 20.00 |
| 05/16/22 | LINCOLN AFS FORDCREDIT | 803.30 |
| 05/16/22 | BANNER LIFE PREM DEBIT | 1,646.67 |
| 05/16/22 | UNITED HEALTHCAR EDI PAYMTS | 4,262.87 |
| 05/18/22 | WIRE TRANSFER TO LAW OFFICE OF JUSTIN GUENLEY PLLC | 27,500.00 |
| 05/18/22 | WIRE TRANSFER FEE TO LAW OFFICE OF JUSTIN GUENLEY PLLC | 20.00 |
| 05/19/22 | WIRE TRANSFER TO LAW OFFICE OF JUSTIN GUENLEY PLLC | 75,000.00 |
| 05/19/22 | WIRE TRANSFER FEE TO LAW OFFICE OF JUSTIN GUENLEY PLLC | 20.00 |
| 05/20/22 | WIRE TRANSFER TO LAW OFFICE OF RONALD RICHARDS & | 25,000.00 |
| 05/20/22 | WIRE TRANSFER FEE TO LAW OFFICE OF RONALD RICHARDS & | 20.00 |
| 05/23/22 | BARCLAYCARD US CREDITCARD | 2,509.85 |
| 05/24/22 | WIRE TRANSFER TO FIRST GUARANTY BANK | 5,000.00 |
| 05/24/22 | WIRE TRANSFER FEE TO FIRST GUARANTY BANK | 20.00 |
| 05/27/22 | WDL 4161 MCKINNEY AVE DALLAS TX (05/27/22 01:09:14) | 500.00 |
| 05/27/22 | AMEX EPAYMENT ACH PMT | 1,497.33 |
| 05/31/22 | PUR EATZI S - 3403 OAK LAW DALLAS TX (05/30/22 14:15:44) | 8.65 |
| 05/31/22 | PUR SHELL SERVICE S DALLAS TX (05/30/22 14:21:10) | 70.33 |
| 05/31/22 | MCD PUR KING QUEEN MASSAGE DALLAS TX (05/31/22 05:56:51) | 480.00 |
| 05/31/22 | MCD PUR TST BLUE SUSHI - UPTO DALLAS TX (05/31/22 13:39:38) | 242.23 |
| 05/31/22 | TRUIST LN 407 OLB PYMT | 1,670.47 |
| 05/31/22 | BARCLAYCARD US CREDITCARD | 2,000.00 |
| 05/31/22 | THE LIPSCOMB INS PAYMENTS | 2,082.08 |
| 05/31/22 | BARCLAYCARD US CREDITCARD | 10,401.27 |

Continued next page

**SEC-FW-04420-REC0079**

0048

REC0079



| | 1919 S. Shiloh Road | 4161 McKinney Avenue | Cedars / Southside | Deep Ellum |
|---|---|---|---|---|
| | Suite 100, LB 30 | Suite 101 | 1600 S. Ervay St. | 3033 Main Street |
| | Garland, Texas 75042 | Dallas, Texas 75204 | Dallas, Texas 75215 | Dallas, Texas 75226 |



**FINANCIAL SERVICES STATEMENT**

**972-494-9800**

Statement Date: 05/31/2022                    Account No.:        ▮4611  Page:  3

## CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/02/22 | | 15,000.00 | 05/02/22 | 1123 | 21,886.93 | 05/17/22 | 1145* | 1,200.00 |
| 05/03/22 | | 10,000.00 | 05/02/22 | 1128* | 41,543.13 | 05/19/22 | 1146 | 5,000.00 |
| 05/04/22 | | 15,000.00 | 05/03/22 | 1129 | 1,310.25 | 05/18/22 | 1147 | 10,000.00 |
| 05/09/22 | | 30,000.00 | 05/09/22 | 1130 | 1,600.00 | 05/18/22 | 1148 | 29,500.00 |
| 05/10/22 | | 100,000.00 | 05/10/22 | 1131 | 3,500.00 | 05/19/22 | 1149 | 6,448.93 |
| 05/12/22 | | 1,500.00 | 05/10/22 | 1132 | 6,150.00 | 05/19/22 | 1150 | 25,000.00 |
| 05/17/22 | | 10,000.00 | 05/12/22 | 1133 | 6,400.00 | 05/31/22 | 1151 | 500.00 |
| 05/26/22 | | 10,000.00 | 05/12/22 | 1134 | 2,950.00 | 05/20/22 | 1152 | 5,000.00 |
| 05/31/22 | | 100,000.00 | 05/13/22 | 1135 | 8,764.44 | 05/23/22 | 1155* | 950.00 |
| 05/27/22 | 1090 | 5,000.00 | 05/11/22 | 1137* | 21,882.97 | 05/24/22 | 1156 | 720.00 |
| 05/09/22 | 1116* | 1,000.00 | 05/11/22 | 1138 | 15,000.00 | 05/31/22 | 1157 | 13,111.40 |
| 05/18/22 | 1117 | 250.00 | 05/12/22 | 1139 | 10,000.00 | 05/27/22 | 1160* | 1,500.00 |
| 05/18/22 | 1118 | 250.00 | 05/13/22 | 1140 | 1,200.00 | 05/27/22 | 1161 | 881.19 |
| 05/09/22 | 1119 | 11,553.10 | 05/12/22 | 1141 | 50,000.00 | 05/31/22 | 1162 | 37,352.74 |
| 05/02/22 | 1120 | 20,000.00 | 05/27/22 | 1142 | 5,000.00 | 05/27/22 | 1164* | 25,000.00 |
| 05/09/22 | 1122* | 5,000.00 | 05/27/22 | 1143 | 5,000.00 | | | |

| Date | Description | Amount |
|---|---|---|
| 05/31/22 | SERVICE CHARGE | 15.00 |

## ITEMIZED SERVICE CHARGE

| Date | Description | Status | Amount |
|---|---|---|---|
| 05/31/22 | MAINTENANCE FEE | | 15.00 |
| | **TOTAL SERVICE CHARGE :** | | 15.00 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 04/29/22 was 200,009.73

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/02/22 | 76,759.67 | 05/12/22 | 137,286.08 | 05/23/22 | 195,900.27 |
| 05/03/22 | 65,449.42 | 05/13/22 | 123,021.64 | 05/24/22 | 214,160.27 |
| 05/04/22 | 50,449.42 | 05/16/22 | 129,569.05 | 05/26/22 | 204,160.27 |
| 05/06/22 | 243,405.26 | 05/17/22 | 118,369.05 | 05/27/22 | 159,781.75 |
| 05/09/22 | 147,104.31 | 05/18/22 | 50,849.05 | 05/31/22 | 1,847.58 |
| 05/10/22 | 1,286,059.31 | 05/19/22 | 129,380.12 | | |
| 05/11/22 | 1,248,190.40 | 05/20/22 | 199,360.12 | | |



Continued

SEC-FW-04420-REC0080

REC0080



**TEXAS**BRAND**BANK**

1919 S. Shiloh Road    4161 McKinney Avenue    Cedars / Southside    Deep Ellum
Suite 100, LB 30    Suite 101    1600 S. Ervay St.    3033 Main Street
Garland, Texas 75042    Dallas, Texas 75204    Dallas, Texas 75215    Dallas, Texas 75226

    Member **FDIC**

**FINANCIAL SERVICES STATEMENT**

**972-494-9800**

Statement Date: **05/31/2022**                     Account No.:    ▮4611  Page:  **4**

| This Statement Cycle Reflects 32 Days |
| --- |

| EFFECTIVE 07/01/20, WE ARE INCREASING THE AMOUNT WE MAKE AVAILABLE FOR WITHDRAWAL BY CHECKS NOT SUBJECT TO NEXT DAY AVAILABILITY FROM $200 TO $225. THE AMOUNT AVAILABLE FOR WITHDRAWAL ON EXCEPTION HOLDS INCREASES FROM $5000 TO $5525 |
| --- |



Continued

SEC-FW-04420-REC0081

REC0081



**BROADVIEW HOLDINGS**
Account No. : ■■■4611
Stmt. Date : 05/31/2022

Bank : 048
Images : 50
Page : 5

## IMAGE STATEMENT



AMT: 23,625.00 SEQ: 60200020
CK:  DT: 05/10/22  ST: Deposit



AMT: 24,000.00 SEQ: 60100260
CK:  DT: 05/24/22  ST: Deposit



AMT: 10,000.00 SEQ: 60100320
CK:  DT: 05/31/22  ST: Deposit



AMT: 15,000.00 SEQ: 80101710
CK:  DT: 05/02/22  ST: Paid



AMT: 10,000.00 SEQ: 80101070
CK:  DT: 05/03/22  ST: Paid



AMT: 15,000.00 SEQ: 80100030
CK:  DT: 05/04/22  ST: Paid



AMT: 30,000.00 SEQ: 80101840
CK:  DT: 05/09/22  ST: Paid



AMT: 100,000.00 SEQ: 80200040
CK:  DT: 05/10/22  ST: Paid



AMT: 1,500.00 SEQ: 80001700
CK:  DT: 05/12/22  ST: Paid



AMT: 10,000.00 SEQ: 80100870
CK:  DT: 05/17/22  ST: Paid



AMT: 10,000.00 SEQ: 80002550
CK:  DT: 05/26/22  ST: Paid



AMT: 100,000.00 SEQ: 80101810
CK:  DT: 05/31/22  ST: Paid



AMT: 5,000.00 SEQ: 80001990
CK: 1090  DT: 05/27/22  ST: Paid



AMT: 1,000.00 SEQ: 80102030
CK: 1116  DT: 05/09/22  ST: Paid



AMT: 250.00 SEQ: 80000170
CK: 1117  DT: 05/18/22  ST: Paid



AMT: 250.00 SEQ: 80000180
CK: 1118  DT: 05/18/22  ST: Paid



AMT: 11,553.10 SEQ: 80002410
CK: 1119  DT: 05/09/22  ST: Paid



AMT: 20,000.00 SEQ: 80100480
CK: 1120  DT: 05/02/22  ST: Paid

Continued

**SEC-FW-04420-REC0082**

REC0082



**BROADVIEW HOLDINGS**
Account No. : ████4611
Stmt. Date :          05/31/2022

Bank :     048
Images :   50
Page :       6

## IMAGE STATEMENT



AMT: 5,000.00 SEQ: 80102430
CK: 1122  DT: 05/09/22  ST: Paid



AMT: 21,886.93 SEQ: 80102190
CK: 1123  DT: 05/02/22  ST: Paid



AMT: 41,543.13 SEQ: 60100070
CK: 1128  DT: 05/02/22  ST: Paid



AMT: 1,310.25 SEQ: 60500140
CK: 1129  DT: 05/03/22  ST: Paid



AMT: 1,600.00 SEQ: 80102050
CK: 1130  DT: 05/09/22  ST: Paid



AMT: 3,500.00 SEQ: 80001570
CK: 1131  DT: 05/10/22  ST: Paid



AMT: 6,150.00 SEQ: 80001560
CK: 1132  DT: 05/10/22  ST: Paid



AMT: 6,400.00 SEQ: 80002090
CK: 1133  DT: 05/12/22  ST: Paid



AMT: 2,950.00 SEQ: 80002100
CK: 1134  DT: 05/12/22  ST: Paid



AMT: 8,764.44 SEQ: 80000750
CK: 1135  DT: 05/13/22  ST: Paid



AMT: 21,882.97 SEQ: 80001460
CK: 1137  DT: 05/11/22  ST: Paid



AMT: 15,000.00 SEQ: 80001010
CK: 1138  DT: 05/11/22  ST: Paid



AMT: 10,000.00 SEQ: 80002670
CK: 1139  DT: 05/12/22  ST: Paid



AMT: 1,200.00 SEQ: 80000810
CK: 1140  DT: 05/13/22  ST: Paid



AMT: 50,000.00 SEQ: 80002680
CK: 1141  DT: 05/12/22  ST: Paid



AMT: 5,000.00 SEQ: 80002000
CK: 1142  DT: 05/27/22  ST: Paid



AMT: 5,000.00 SEQ: 80002010
CK: 1143  DT: 05/27/22  ST: Paid



AMT: 1,200.00 SEQ: 80300260
CK: 1145  DT: 05/17/22  ST: Paid

Continued

SEC-FW-04420-REC0083

REC0083



**BROADVIEW HOLDINGS**
Account No. :  ▓4611
Stmt. Date :    05/31/2022

Bank :    048
Images :  50
Page :    7

## IMAGE STATEMENT



AMT: 5,000.00 SEQ: 80001270
CK: 1146  DT: 05/19/22  ST: Paid



AMT: 10,000.00 SEQ: 80001460
CK: 1147  DT: 05/18/22  ST: Paid



AMT: 29,500.00 SEQ: 80000970
CK: 1148  DT: 05/18/22  ST: Paid



AMT: 6,448.93 SEQ: 80000950
CK: 1149  DT: 05/19/22  ST: Paid



AMT: 25,000.00 SEQ: 80002370
CK: 1150  DT: 05/19/22  ST: Paid



AMT: 500.00 SEQ: 80200360
CK: 1151  DT: 05/31/22  ST: Paid



AMT: 5,000.00 SEQ: 80002800
CK: 1152  DT: 05/20/22  ST: Paid



AMT: 950.00 SEQ: 80000830
CK: 1155  DT: 05/23/22  ST: Paid



AMT: 720.00 SEQ: 80001990
CK: 1156  DT: 05/24/22  ST: Paid



AMT: 13,111.40 SEQ: 80200350
CK: 1157  DT: 05/31/22  ST: Paid



AMT: 1,500.00 SEQ: 80002170
CK: 1160  DT: 05/27/22  ST: Paid



AMT: 881.19 SEQ: 80002340
CK: 1161  DT: 05/27/22  ST: Paid



AMT: 37,352.74 SEQ: 80101220
CK: 1162  DT: 05/31/22  ST: Paid



AMT: 25,000.00 SEQ: 80001860
CK: 1164  DT: 05/27/22  ST: Paid

SEC-FW-04420-REC0084

REC0084

# Disbursements Summary

**Order Number:** HSTX20-00198
**Borrower:** SF Rock Creek, LLC, a Texas limiited liability company
**Seller:** Depetris Revocable Trust dated October 5, 2016
**Lender:** FTF Lending, LLC
**Settlement Agent:** HSTX Title
8300 Douglas Avenue
Suite 100
Dallas, TX 75225
(214)572-1480
**Settlement Date:** August 20, 2020
**Disbursement Date:** August 20, 2020
**Property Location:** 4107 Rock Creek Drive
Dallas, TX 75204

## RECEIPTS

### Pending

| Anticipated From | Payor | Memo | Amount |
|---|---|---|---|
| Buyer/Borrower | SF Rock Creek, LLC, a Texas limiited liability company *Deposit with Lender (L.06) $1,500.00* | Cash from Buyer | 1,500.00 |
| | | **Total Pending Receipts (1):** | **1,500.00** |

### Posted

| Trans. Type | Medium | Reference Number | Trans. Date | Deposit Number | Payor | Memo/ Trans. From | Amount |
|---|---|---|---|---|---|---|---|
| Receipt | Wire | 1326 | 08/21/20 | | FTF Lending, LLC | Loan 1 Funding | 860,649.50 |
| Receipt(c) | Wire | 1310 | 08/17/20 | | SF Rock Creek, LLC | Cash from Buyer | 299,832.36 |
| | | | *Cash To Close From Borrower $296,832.36* | | | | |
| Receipt(c) | Check | 1126 | 07/08/20 | | Timothy L. Barton | Cash from Buyer | 17,500.00 |
| | | | *Deposit (L.01) $17,500.00* | | | | |
| | | | | | | **Total Posted Receipts (3):** | **1,177,981.86** |
| | | | | | | **Total Pending and Posted Receipts (4):** | **1,179,481.86** |

## DISBURSEMENTS

### Pending

| Payee | Memo | Amount |
|---|---|---|
| *Attorney Doc Prep Fee (B.03) $1,500.00* | Attorney Doc Prep Fee | 1,500.00 |
| Allie Beth Allman & Associates *Commission - Selling Agent - Percentage (H.02) $3,152.50* | Commissions | 3,152.50 |
| Maria D. De Petris *Cash To Seller $491,850.01* | Closing Proceeds | 491,850.01 |
| Reverse Mortgage Servicing *Payoff of First Mortgage Loan - FINANCE OF AMERICA (N.04) $611,208.03, Principal balance $611,208.03, From 8/1/2020 Through 8/20/2020, 19 Days* | Payoff of First Mortgage Loan | 611,208.03 |
| SF Rock Creek, LLC, a Texas limiited liability company | | 2,948.00 |
| | **Total Pending Disbursements (5):** | **1,110,658.54** |

### Posted

| Trans. Type | Medium | Reference Number | Trans. Date | Payee | Memo/ Trans. To | Amount |
|---|---|---|---|---|---|---|
| Wire | Wire | 1315 | 08/21/20 | Allie Beth Allman & Associates *Commission - Listing Agent - Percentage (H.01) $3,152.50* | Commissions | 3,152.50 |
| L Transfer | | 1379 | 08/21/20 | CertSimple *Title - Tax Certificate (C.06) $33.00* | TaxCert-202008 | 33.00 |
| L Transfer | | 1375 | 08/21/20 | Dallas County Recorder *Recording Fees (E.01) $238.00* | REC-202008 | 238.00 |
| L Transfer | | 1378 | 08/21/20 | Fidelity National Title Insurance Compan *Title - Owner's Title Insurance (optional) (H.11) $949.95; Title - TLTA Endorsement T-19.2 (Minerals and Surface Damage Endorsement) (H.12) $7.50; Title - TLTA Endorsement T-3 (Area & Boundary Amdmt/Survey Coverage Residential) (H.13) $47.50; Title - Lender's Title Insurance (C.05) $102.60; Title - TLTA Endorsement T-19 (Restrictions, Easements, Minerals Residential) (C.07) $51.88; Title - TLTA Endorsement T-3 (Taxes Not Yet Due and Payable Tax Amendment) (C.08) $0.75; Title - TLTA Endorsement T-30 (Tax Deletion/RollBack Residential) (C.09) $3.00; Title - TLTA Endorsement T-36 (Environmental Protection Lien Residential) (C.10) $3.75* | UW-FN-202008 | 1,166.93 |

**SEC-FW-04420-REC0085**

REC0085

# Disbursements Summary

(continued)

| | | | | | | |
|---|---|---|---|---|---|---|
| Check | Check | 1793 | 08/21/20 Global Land Surveying | Survey | | 974.25 |
| | | | *Survey (H.07) $974.25* | | | |
| L Transfer | | 1377 | 08/21/20 HSTX Title | REV-202008 | | 7,465.39 |
| | | | *Title - E-Recording Fee (H.09) $4.00; Title - Owner's Title Insurance (optional) (H.11) $5,383.05; Title - TLTA Endorsement T-19.2 (Minerals and Surface Damage Endorsement) (H.12) $42.50; Title - TLTA Endorsement T-3 (Area & Boundary Amdmt/Survey Coverage Residential) (H.13) $269.15; Title - Courier Fee (Buyer) (C.01) $15.82; Title - E-Recording Fee (C.02) $8.00; Title - Escrow Fee (C.03) $825.00; Title - Lender's Title Insurance (C.05) $581.40; Title - TLTA Endorsement T-19 (Restrictions, Easements, Minerals Residential)  (C.07) $293.97; Title - TLTA Endorsement T-3 (Taxes Not Yet Due and Payable Tax Amendment) (C.08) $4.25; Title - TLTA Endorsement T-30 (Tax Deletion/RollBack Residential) (C.09) $17.00; Title - TLTA Endorsement T-36 (Environmental Protection Lien Residential) (C.10) $21.25* | | | |
| L Transfer | | 1374 | 08/21/20 Independence Title Company | TitleFees-202008 | | 125.00 |
| | | | *Title - Escrow Fee (C.03) $125.00* | | | |
| Check | Check | 1794 | 08/21/20 LIPSCOMB & ASSOC | Homeowner's Insurance Premium | | 3,044.25 |
| | | | *Homeowner's Insurance Premium (F.01) $3,044.25* | | | |
| L Transfer | | 1373 | 08/21/20 Lisa K. Piscitelli, PC | AttneyFee-202008 | | 175.00 |
| | | | *Title - Attorney Doc Prep Fee (H.08) $175.00* | | | |
| Check | Check | 1795 | 08/21/20 Polly Beckman | Commissions | | 26,222.50 |
| | | | *Commission - Listing Agent - Percentage (H.01) $26,222.50* | | | |
| Check | Check | 1796 | 08/21/20 Polly Beckman | Commissions | | 26,222.50 |
| | | | *Commission - Selling Agent - Percentage (H.02) $26,222.50* | | | |
| L Transfer | | 1376 | 08/21/20 Texas Title Insurance Guaranty Associati | GTF20Q3 | | 4.00 |
| | | | *Title - Guaranty Fee (H.10) $2.00; Title - Guaranty Fee (C.04) $2.00* | | | |

|  |  |
|---|---|
| **Total Posted Disbursements (12):** | 68,823.32 |
| **Total Pending and Posted Disbursements (17):** | 1,179,481.86 |

## Order Summary

|  |  |
|---|---|
| **Total Posted Receipts minus Total Posted Disbursements:** | 1,109,158.54 |
| **Total Posted Receipts minus Total Pending and Posted Disbursements = Balance:** | -1,500.00 |
| **Balance with Pending Receipts:** | 0.00 |

SEC-FW-04420-REC0086

REC0086

# Exhibit 4

**SEC-FW-04420-REC0087**

REC0087



| Date | Entity | Bank | Acct # | Amount | Transfer To | Transfer From | Transfer To/From Entity | Description |
|---|---|---|---|---|---|---|---|---|
| 3/14/2022 | Mansions Apartment Homes at Marine Creek LLC | Chase | 9592 | 800,000.00 | | | | Fedwire Credit B/O: Marine Creek Ventures LLC. Marine Holdback release |
| 3/24/2022 | Mansions Apartment Homes at Marine Creek LLC | Chase | 9592 | -232,000.00 | 4611 | | Broadview Holdings | Domestic Wire Transfer via Texas Brand Bank A/C Broadv |
| 3/24/2022 | Broadview Holdings | Texas Brand Bank | 4611 | 232,000.00 | | | | Wire transfer from Mansions Apartment Homes at Marin |
| 3/29/2022 | Broadview Holdings | Texas Brand Bank | 4611 | -168,146.67 | | | | Check #1083 payable to Texas Republic Bank. Check mer "Loan #49799" (FHC Acquisition, LLC) |
| 3/29/2022 | FHC Acquisition, LLC | Texas Republic Bank | 1427 | 168,146.67 | | | | Deposit |

Between March 2022 and October 2022, the funds presented in the above schedule were used for payments on Texas Republic's loan on the property.

es the deposit of $800,000 on 03/14/2022, no other deposits were received between **03/14/2022** and **03/24/2022** for Mansions Apartment Homes at Marine Creek, LLC account 92.

ling Broadview Holdings Texas Brand Bank account no. 4611, the following deposits were received between **03/24/2022** and **03/29/2022** in addition to the deposit of $232,000 ted in the schedule on 03/24/2022: 1) $100,000 Advance from Loans #8464699-15 on 03/24/2022; 2) $2,500,000 Wire Transfer from Capital Title of Texas, LLC on 03/25/2022; $35,000 Wire Transfer from Capital Title of Texas, LLC on 03/28/2022.

SEC-FW-04420-REC0088          REC008

# Mansions Apartment Homes at Marine Creek LLC
## Chase Account 9592
## March, 2022

**SEC-FW-04420-REC0089**

REC0089



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2022 through March 31, 2022

Account Number: ▮▮▮▮▮9592

00008274 DRI 201 142 09522 NNNNNNNNNNN  1 000000000 D8 0000
MANSIONS APARTMENT HOMES AT MARINE
CREEK LLC
1755 WITTINGTON PL STE 340
DALLAS TX 75234-1930

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## On June 12, 2022, fees for non-Chase ATM transactions are changing

We're making the following fee changes and, depending on the type of account you have with us, you may be affected:

- **Non-Chase ATM transactions fee\* (Domestic Withdrawal, Domestic & International Balance Inquiry, Domestic & International Balance Transfers):** This fee will increase from $2.50 to $3.00, but you can still avoid it by using Chase ATMs. The International Withdrawal Fee for ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands remains $5.00 per withdrawal. We'll continue to waive these fees for customers receiving Chase Military Banking benefits on their Chase Business Complete Checking(SM) accounts.

Please note: We'll continue to waive these fees for Chase Performance Business Checking® and Chase Platinum Business Checking(SM) accounts.

For more information about banking fees, please read the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement, which you can find at **chase.com/business-deposit-disclosures,** or visit a branch.

If you have any questions, please call the number on this statement. We accept operator relay calls.

\* Fees from the ATM owner/networks may still apply.

| CHECKING SUMMARY | Chase Platinum Business Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| **Beginning Balance** | | **$7,050.08** |
| Deposits and Additions | 1 | 800,000.00 |
| Electronic Withdrawals | 2 | -307,000.00 |
| Other Withdrawals | 1 | -500,000.00 |
| **Ending Balance** | **4** | **$50.08** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

Page 1 of 4

**SEC-FW-04420-REC0090**

REC0090

## CHASE ○

March 01, 2022 through March 31, 2022
Account Number:                    9592

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/14 | Fedwire Credit Via: Axos Bank/122287251 B/O: Marine Creek Ventures LLC Bethlehem PA 18017-0000 Ref: Chase Nyc/Ctr/Bnf=Mansions Apartment Homes At Marine Dallas TX 75234-1 930 US/Ac-000000007896 Rfb=O/B Axos Bank Obi=Marine Creek Partial Hold Back Relea Imad: 0314Mmqfmp9N000540 Trn: 0830150073Ff | $800,000.00 |

**Total Deposits and Additions** — **$800,000.00**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | 03/17 Online Domestic Wire Transfer A/C: Law Office of Justin Guenley Pllc Houston TX 77056-6537 US Trn: 3444272076Es | $75,000.00 |
| 03/24 | 03/24 Domestic Wire Transfer Via: Texas Brand Bk/111925113 A/C: Broadview Holdings Imad: 0324B1Qgc06C012574 Trn: 3319962083Es | 232,000.00 |

**Total Electronic Withdrawals** — **$307,000.00**

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | 03/15 Withdrawal | $500,000.00 |

**Total Other Withdrawals** — **$500,000.00**

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/14 | $807,050.08 |
| 03/15 | 307,050.08 |
| 03/17 | 232,050.08 |
| 03/24 | 50.08 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 4

**SEC-FW-04420-REC0091**



March 01, 2022 through March 31, 2022

Account Number: ████████ 9592

**IMAGES**

ACCOUNT # ████████ 9592

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.





005570151961 MAR 15 #0000000000 $500,000.00

Page 3 of 4

**SEC-FW-04420-REC0092**

SB1382099-F13

1204

REC0092



March 01, 2022 through March 31, 2022

Account Number: ▮▮▮▮▮▮▮9592

This Page Intentionally Left Blank

Page 4 of 4

SEC-FW-04420-REC0093

# Broadview Holdings
# Texas Brand Bank Account 4611
# March, 2022

**SEC-FW-04420-REC0094**

REC0094



| | 1919 S. Shiloh Road<br>Suite 100, LB 30<br>Garland, Texas 75042 | 4161 McKinney Avenue<br>Suite 101<br>Dallas, Texas 75204 | Cedars / Southside<br>1600 S. Ervay St.<br>Dallas, Texas 75215 | Deep Ellum<br>3033 Main Street<br>Dallas, Texas 75226 |
|---|---|---|---|---|

BROADVIEW HOLDINGS
13901 MIDWAY RD STE 102-LB-243
DALLAS TX 75244

**FINANCIAL SERVICES STATEMENT**

**972-494-9800**

Statement Date: **03/31/2022**

Account No.: ▮**4611** Page: **1**

## BUSINESS SMALL CHECKING SUMMARY

Type : REG   Status : Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 02/28/22 | | 1,378.72 |
| Deposits | 1 | 27,000.00+ |
| Debits | 32 | 2,833,767.41 |
| Automatic Withdrawals | 27 | 223,641.10 |
| Automatic Deposits | 9 | 3,076,000.31+ |
| Miscellaneous Fees | 5 | 100.00 |
| SERVICE CHARGE | | 15.00 |
| Ending Balance On 03/31/22 | | 46,855.52 |
| Average Balance (Ledger) | 78,634.08+ | |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 03/11/22 | Deposit | 27,000.00 | | | | | | |

| Date | Description | Amount |
|---|---|---|
| 03/03/22 | INTERNET TRANSFER FROM CHK 4637 TO CHK 4611 ▮6004 | 64,000.00 |
| 03/08/22 | WELLS FARGO IFI TRIAL DEP | 0.10 |
| 03/08/22 | WELLS FARGO IFI TRIAL DEP | 0.21 |
| 03/09/22 | Advance from Loans #▮99-10 | 60,000.00 |
| 03/15/22 | WIRE TRANSFER FROM SE ROCK CREEK, LLC | 85,000.00 |
| 03/24/22 | Advance from Loans #▮99-15 | 100,000.00 |
| 03/24/22 | WIRE TRANSFER FROM MANSIONS APARTMENT HOMES AT MARINE | 232,000.00 |
| 03/25/22 | WIRE TRANSFER FROM CAPITAL TITLE OF TEXAS LLC | 2,500,000.00 |
| 03/28/22 | WIRE TRANSFER FROM CAPITAL TITLE OF TEXAS LLC | 35,000.00 |

## ELECTRONIC DEBITS



| Date | Description | Amount |
|---|---|---|
| 03/04/22 | WIRE TRANSFER TO STARRY & ASSOCIATES PC | 10,000.00 |
| 03/04/22 | WIRE TRANSFER FEE TO STARRY & ASSOCIATES PC | 20.00 |
| 03/08/22 | INTERNET TRANSFER FROM CHK 4611 TO CHK 4637 ▮7456 | 500.00 |
| 03/08/22 | WELLS FARGO IFI TRIAL DEP | 0.31 |
| 03/08/22 | ATMOS ENERGY SGL UTIL PYMT | 302.06 |
| 03/09/22 | BARCLAYCARD US CREDITCARD | 3,000.00 |
| 03/09/22 | CAPITAL ONE ONLINE PMT | 13,897.35 |
| 03/10/22 | INTERNET TRANSFER FROM CHK 4611 TO CHK 4637 ▮0523 | 1,002.75 |
| 03/10/22 | INTERNET TRANSFER FROM CHK 4611 TO CHK 4637 ▮3998 | 4,587.85 |
| 03/10/22 | WIRE TRANSFER TO MERRILL LYNCH, PIERCE & SMITH | 21,425.31 |
| 03/10/22 | WIRE TRANSFER TO HSF HOLDINGS II LLC | 25,000.00 |

Continued

**SEC-FW-04420-REC0095**

REC0095

0048



1919 S. Shiloh Road
Suite 100, LB 30
Garland, Texas 75042

4161 McKinney Avenue
Suite 101
Dallas, Texas 75204

Cedars / Southside
1600 S. Ervay St.
Dallas, Texas 75215

Deep Ellum
3033 Main Street
Dallas, Texas 75226

**FINANCIAL SERVICES STATEMENT**

**972-494-9800**

Statement Date: 03/31/2022                                    Account No.:      ■4611  Page:  2

### ELECTRONIC DEBITS (cont.)

| Date | Description | Amount |
|---|---|---|
| 03/10/22 | WIRE TRANSFER FEE TO MERRILL LYNCH, PIERCE & SMITH | 20.00 |
| 03/10/22 | WIRE TRANSFER FEE TO HSF HOLDINGS II LLC | 20.00 |
| 03/10/22 | DISCOVER E-PAYMENT | 1,517.09 |
| 03/14/22 | TO PAY THE MONTHLY PAYMENT FOR PORSCHE-INTERNET TRANSFER FROM CHK 4611 TO CHK 4637 3889 | 1,310.25 |
| 03/14/22 | TO COVER CHECK 1024 WHICH HIT THE BANK TODAY-INTERNET TRANSFER FROM CHK 4611 TO CHK 4637 ■1075 | 5,000.00 |
| 03/14/22 | BARCLAYCARD US CREDITCARD | 5,000.00 |
| 03/14/22 | BARCLAYCARD US CREDITCARD | 5,000.00 |
| 03/16/22 | UNITED HEALTHCAR EDI PAYMTS | 4,260.45 |
| 03/18/22 | BANK OF AMERICA ONLINE PMT | 881.19 |
| 03/21/22 | INTERNET TRANSFER FROM CHK 4611 TO CHK 4637 ■3725 | 586.00 |
| 03/21/22 | INTEREST ON THE LOAN-INTERNET PAYMENT FROM CHK 4611 TO LN 9-15 ■9175 | 1,518.75 |
| 03/21/22 | BARCLAYCARD US CREDITCARD | 3,000.00 |
| 03/21/22 | BARCLAYCARD US CREDITCARD | 3,000.00 |
| 03/22/22 | BARCLAYCARD US CREDITCARD | 5,000.00 |
| 03/24/22 | WIRE TRANSFER TO CAPITAL TITLE OF TEXAS LLC ESCROW | 35,000.00 |
| 03/24/22 | WIRE TRANSFER TO PIONEER FINANCE INC | 60,000.00 |
| 03/24/22 | WIRE TRANSFER FEE TO PIONEER FINANCE INC | 20.00 |
| 03/24/22 | WIRE TRANSFER FEE TO CAPITAL TITLE OF TEXAS LLC ESCROW | 20.00 |
| 03/25/22 | AMEX EPAYMENT ACH PMT | 8,181.27 |
| 03/29/22 | INTERNET TRANSFER FROM CHK 4611 TO CHK 4637 ■6012 | 1,670.47 |
| 03/31/22 | BARCLAYCARD US CREDITCARD | 3,000.00 |

### CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 03/22/22 | | 10,000.00 | 03/18/22 | 1056 | 2,438.98 | 03/24/22 | 1070 | 134.60 |
| 03/24/22 | | 23,036.00 | 03/08/22 | 1057 | 1,000.00 | 03/24/22 | 1071 | 90.00 |
| 03/25/22 | | 2,500,000.00 | 03/11/22 | 1058 | 10,000.00 | 03/22/22 | 1072 | 640.00 |
| 03/29/22 | | 10,000.00 | 03/11/22 | 1059 | 5,670.00 | 03/23/22 | 1073 | 480.00 |
| 03/14/22 | 1003 | 5,000.00 | 03/18/22 | 1060 | 506.67 | 03/21/22 | 1074 | 1,500.00 |
| 03/14/22 | 1007* | 5,000.00 | 03/11/22 | 1061 | 5,000.00 | 03/21/22 | 1075 | 5,000.00 |
| 03/04/22 | 1023* | 1,000.00 | 03/30/22 | 1062 | 2,814.50 | 03/28/22 | 1079* | 11,553.10 |
| 03/08/22 | 1051* | 2,500.00 | 03/30/22 | 1063 | 156.62 | 03/28/22 | 1081* | 5,309.83 |
| 03/10/22 | 1052 | 850.00 | 03/14/22 | 1064 | 13,275.00 | 03/29/22 | 1082 | 19,565.00 |
| 03/08/22 | 1054* | 55.44 | 03/15/22 | 1066* | 16,145.00 | 03/29/22 | 1083 | 168,146.67 |
| 03/18/22 | 1055 | 1,400.00 | 03/16/22 | 1069* | 5,500.00 | | | |

| Date | Description | Amount |
|---|---|---|
| 03/31/22 | SERVICE CHARGE | 15.00 |

Continued

**SEC-FW-04420-REC0096**

0048

REC0096



| 1919 S. Shiloh Road | 4161 McKinney Avenue | Cedars / Southside | Deep Ellum |
| Suite 100, LB 30 | Suite 101 | 1600 S. Ervay St. | 3033 Main Street |
| Garland, Texas 75042 | Dallas, Texas 75204 | Dallas, Texas 75215 | Dallas, Texas 75226 |



**FINANCIAL SERVICES STATEMENT**

**972-494-9800**

Statement Date: 03/31/2022                     Account No.:          ▮4611  Page:  3

### ITEMIZED SERVICE CHARGE

| Date | Description | Status | Amount |
|------|-------------|--------|--------|
| 03/31/22 | MAINTENANCE FEE | | 15.00 |
| | **TOTAL SERVICE CHARGE :** | | **15.00** |

### DAILY BALANCE SUMMARY

Beginning Ledger Balance on 02/28/22 was 1,378.72

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/03/22 | 65,378.72 | 03/15/22 | 74,280.62 | 03/25/22 | 234,086.71 |
| 03/04/22 | 54,358.72 | 03/16/22 | 64,520.17 | 03/28/22 | 252,223.78 |
| 03/08/22 | 50,001.22 | 03/18/22 | 59,293.33 | 03/29/22 | 52,841.64 |
| 03/09/22 | 93,103.87 | 03/21/22 | 44,688.58 | 03/30/22 | 49,870.52 |
| 03/10/22 | 38,680.87 | 03/22/22 | 29,048.58 | 03/31/22 | 46,855.52 |
| 03/11/22 | 45,010.87 | 03/23/22 | 28,568.58 | | |
| 03/14/22 | 5,425.62 | 03/24/22 | 242,267.98 | | |

**This Statement Cycle Reflects 31 Days**

EFFECTIVE 07/01/20, WE ARE INCREASING THE AMOUNT WE MAKE
AVAILABLE FOR WITHDRAWAL BY CHECKS NOT SUBJECT TO NEXT DAY
AVAILABILITY FROM $200 TO $225. THE AMOUNT AVAILABLE FOR
WITHDRAWAL ON EXCEPTION HOLDS INCREASES FROM $5000 TO $5525



**SEC-FW-04420-REC0097**

REC0097

**TEXAS**BRAND**BANK**

**BROADVIEW HOLDINGS**
**Account No. :** ▮4611
**Stmt. Date :** 03/31/2022

**Bank :** 048
**Images :** 33
**Page :** 4

## IMAGE STATEMENT



AMT: 27,000.00 SEQ: 60100120
CK:   DT: 03/11/22  ST: Deposit



AMT: 10,000.00 SEQ: 80101500
CK:   DT: 03/22/22  ST: Paid



AMT: 23,036.00 SEQ: 80001080
CK:   DT: 03/24/22  ST: Paid



AMT: 2,500,000.00 SEQ: 60100360
CK:   DT: 03/25/22  ST: Paid



AMT: 10,000.00 SEQ: 80102190
CK:   DT: 03/29/22  ST: Paid



AMT: 5,000.00 SEQ: 80002480
CK: 1003  DT: 03/14/22  ST: Paid



AMT: 5,000.00 SEQ: 80002500
CK: 1007  DT: 03/14/22  ST: Paid



AMT: 1,000.00 SEQ: 60800080
CK: 1023  DT: 03/04/22  ST: Paid



AMT: 2,500.00 SEQ: 80001130
CK: 1051  DT: 03/08/22  ST: Paid



AMT: 850.00 SEQ: 80002170
CK: 1052  DT: 03/10/22  ST: Paid



AMT: 55.44 SEQ: 80102800
CK: 1054  DT: 03/08/22  ST: Paid



AMT: 1,400.00 SEQ: 80002070
CK: 1055  DT: 03/18/22  ST: Paid



AMT: 2,438.98 SEQ: 80002080
CK: 1056  DT: 03/18/22  ST: Paid



AMT: 1,000.00 SEQ: 80001500
CK: 1057  DT: 03/08/22  ST: Paid



AMT: 10,000.00 SEQ: 80002970
CK: 1058  DT: 03/11/22  ST: Paid



AMT: 5,670.00 SEQ: 80002960
CK: 1059  DT: 03/11/22  ST: Paid



AMT: 506.67 SEQ: 80002220
CK: 1060  DT: 03/18/22  ST: Paid



AMT: 5,000.00 SEQ: 80000570
CK: 1061  DT: 03/11/22  ST: Paid

**SEC-FW-04420-REC0098**

REC0098



| | BROADVIEW HOLDINGS | | Bank : | 048 |
| --- | --- | --- | --- | --- |
| | Account No. : ▊4611 | | Images : | 33 |
| | Stmt. Date : 03/31/2022 | | Page : | 5 |

## IMAGE STATEMENT



AMT: 2,814.50 SEQ: 80002820
CK: 1062  DT: 03/30/22  ST: Paid



AMT: 156.62 SEQ: 80002810
CK: 1063  DT: 03/30/22  ST: Paid



AMT: 13,275.00 SEQ: 80100210
CK: 1064  DT: 03/14/22  ST: Paid



AMT: 16,145.00 SEQ: 80002370
CK: 1066  DT: 03/15/22  ST: Paid



AMT: 5,500.00 SEQ: 80001650
CK: 1069  DT: 03/16/22  ST: Paid



AMT: 134.60 SEQ: 80002070
CK: 1070  DT: 03/24/22  ST: Paid



AMT: 90.00 SEQ: 80002060
CK: 1071  DT: 03/24/22  ST: Paid



AMT: 640.00 SEQ: 80100100
CK: 1072  DT: 03/22/22  ST: Paid



AMT: 480.00 SEQ: 80001660
CK: 1073  DT: 03/23/22  ST: Paid



AMT: 1,500.00 SEQ: 80100440
CK: 1074  DT: 03/21/22  ST: Paid



AMT: 5,000.00 SEQ: 80101830
CK: 1075  DT: 03/21/22  ST: Paid



AMT: 11,553.10 SEQ: 80002070
CK: 1079  DT: 03/28/22  ST: Paid



AMT: 5,309.83 SEQ: 80002090
CK: 1081  DT: 03/28/22  ST: Paid



AMT: 19,565.00 SEQ: 80002040
CK: 1082  DT: 03/29/22  ST: Paid



AMT: 168,146.67 SEQ: 80102450
CK: 1083  DT: 03/29/22  ST: Paid

SEC-FW-04420-REC0099

REC0099



AC: ████4611 AMT: $19,565.00 TC: 0
CK: 1082 DT: 03/29/2022 SEQ: 80002040



AC: ████4611 AMT: $19,565.00 TC: 0
CK: 1082 DT: 03/29/2022 SEQ: 80002040



AC: ████4611 AMT: $168,146.67 TC: 0
CK: 1083 DT: 03/29/2022 SEQ: 80102450



AC: ████4611 AMT: $168,146.67 TC: 0
CK: 1083 DT: 03/29/2022 SEQ: 80102450

**SEC-FW-04420-REC0100**

# FHC Acquisition, LLC
# Texas Republic Bank Account 1427
# March, 2022

**SEC-FW-04420-REC0101**

REC0101



**ACCOUNT STATEMENT**

Main Office
2595 Preston Rd., Suite 100
Frisco, Texas 75034
972.334.0700
www.texasrepublicbank.com

**Member FDIC**

```
                                    2  -  01            PAGE  1
        FHC ACQUISITION, LLC                  ACCOUNT        ▇1427
        1755 WITTINGTON PLACE, SUITE 340
        DALLAS   TX 75234                      STATEMENT PERIOD
                                           02/28/2022 TO 03/31/2022
                                                       1


----------------------- C H E C K I N G   S U M M A R Y -----------------------
        G Star MM                              -      0041427
        CHECKING BALANCE LAST STATEMENT.......            23,219.02
                            1  DEPOSITS.............      168,146.67
                            1  OTHER CREDITS........            .48
                            1  CHECKS...............       17,918.27
                               OTHER DEBITS.........            .00
        CHECKING BALANCE THIS STATEMENT.......           173,447.90
----------------------- I N T E R E S T   S U M M A R Y -----------------------
                           31     DAYS IN STATEMENT CYCLE
                          .03%    ANNUAL PERCENTAGE YIELD EARNED
                          .48     AMOUNT OF EARNED INTEREST
                     17,304.95    AVERAGE DAILY LEDGER BALANCE
--------------------------- F E E   S U M M A R Y -----------------------------
                               TOTAL FEES IMPOSED          .00
---------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------
          ---------------------------------------------------------
          |                        |  TOTAL FOR |    TOTAL    |
          |                        |  THIS PERIOD|  YEAR-TO-DATE|
          ---------------------------------------------------------
          |TOTAL OVERDRAFT FEES    |      $0.00|        $0.00|
          ---------------------------------------------------------
          |TOTAL RETURNED ITEM FEES|      $0.00|        $0.00|
          ---------------------------------------------------------


-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

   DATE.....AMOUNT....DESCRIPTION
   03/29  168,146.67 DEPOSIT
   03/31       .48 INTEREST

------------------------------- C H E C K S ----------------------------------

   DATE.........CHECK NO.......AMOUNT    DATE.........CHECK NO.......AMOUNT
   03/02                   17,918.27

---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------

   DATE.......BALANCE       DATE.......BALANCE       DATE.......BALANCE
   03/02      5,300.75      03/29   173,447.42      03/31   173,447.90
```

Richardson Office
690 W. Campbell Rd., Suite 100
Richardson, Texas 75080
972.685.2040
www.texasrepublicbank.com

Security Bank, Quanah Office
211 Main St./P.O. Box 389
Quanah, Texas 79252
940.663.6331
www.securitybankquanah.com

**SEC-FW-04420-REC0102**

REC0102



**ACCOUNT STATEMENT**

**Main Office**
2595 Preston Rd., Suite 100
Frisco, Texas 75034
972.334.0700
www.texasrepublicbank.com

*Banking like it oughta be!*

  

FHC ACQUISITION, LLC
1755 WITTINGTON PLACE, SUITE 340
DALLAS   TX 75234

```
                                        PAGE   2
                                ACCOUNT         ▮1427

                                    STATEMENT PERIOD
                                02/28/2022 TO 03/31/2022
                                           1
```

```
            Finding the right bank isn't hard;
          neither is finding the right employer.
       Start or grow your banking career with us now!
        Apply online at texasrepublicbank.com/careers.
     Texas Republic Bank is an equal opportunity employer.
```

**Richardson Office**
690 W. Campbell Rd., Suite 100
Richardson, Texas 75080
972.685.2040
www.texasrepublicbank.com

**Security Bank, Quanah Office**
211 Main St./P.O. Box 389
Quanah, Texas 79252
940.663.6331
www.securitybankquanah.com

**SEC-FW-04420-REC0103**

REC0103

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT

as soon as you can. if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more Information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 days to do this. we will recredit your account for the amount you think is in error. so that you will have use of the money during the time it takes us to complete our investigation.

| CHECKS OUTSTANDING | |
|---|---|
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT.**

BANK BALANCE
SHOWN ON THIS STATEMENT     $ _____

ADD + (IF ANY)
DEPOSITS NOT SHOWN
ON THIS STATEMENT

TOTAL

SUBTRACT - (IF ANY)
CHECKS OUTSTANDING

BALANCE     $ _____
SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK.**

CHECKBOOK BALANCE
AT STATEMENT DATE     $ _____

SUBTRACT - (IF ANY)
ACTIVITY CHARGE

SUB-TOTAL

SUBTRACT - (IF ANY)
OTHER BANK CHARGES

BALANCE  $ _____
SHOULD AGREE WITH YOUR STATEMENT BALANCE

**SEC-FW-04420-REC0104**

REC0104



Acct # 1427, Credit, 3/29/2022, $168,146.67



Acct # 1427, Credit, 3/29/2022, $168,146.67



Acct # 1427, Debit, 3/2/2022, $17,918.27



Acct # 1427, Debit, 3/2/2022, $17,918.27

**SEC-FW-04420-REC0105**

REC0105

**CREDIT  TEXAS REPUBLIC BANK**  INITIALS _____  DATE 3/29/22

GLIP-4

ACCOUNT NAME _FHC Acquisition, LLC_

DESCRIPTION / REMARKS                                    AMOUNT

_Incoming Check_

ACCOUNT NUMBER

EFF DATE _____         ▮ 427              $      168146.67

APP BY _____

▮ 538⑆                    12

Seq. 3877570010, Acct # ▮ 1427, Credit, 03/29/2022, $168,146.67

---

CUSTOMER NAME _FHC Acquisition, LLC_ DATE 3/29/22     **DEBIT TICKET**

CUSTOMER NUMBER   NOTE NUMBER

▮ 9799

76                  NEW LOAN:                 34

REV PRIN PAYMENT:                  RENEWAL LOAN:             70

REBATE INTEREST:        82         DEBIT TO FINAL:     (66) 168,146.67

REBATE INSURANCE:       64                (Advance)

                                   ESCROW:                   86

DB INT ADJUSTMENT:      80

PLUS YEAR TO DATE:       2

ADD LATE CHARGE:        94

DESCRIPTION: _Rev. Prin Red - per SE_   **TOTAL**   168,146.67

⑆54000000 7⑆

Seq. 3877570020, Acct ▮ 5010, Debit, 03/29/2022, $168,146.67

**SEC-FW-04420-REC0106**