

**Certified as a true copy and issued as the mandate on Oct 20, 2023**

Attest: *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
## for the Fifth Circuit

_____

No. 23-10515

_____

United States Court of Appeals
Fifth Circuit

**FILED**

October 12, 2023

Lyle W. Cayce
Clerk

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

_____

ON MOTION FOR RECONSIDERATION
AND REHEARING EN BANC

UNPUBLISHED ORDER

Before Smith, Southwick, and Wilson, *Circuit Judges*.

Per Curiam:

The motion for reconsideration is DENIED. The order issued on July 17, 2023, is WITHDRAWN, and the following is SUBSTITUTED:

IT IS ORDERED that the appellee's opposed motion to dismiss the appeal is GRANTED for the reason that the appeal is moot in light of the

decision in No. 22-11132.

Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R. APP. P. 35 and 5TH CIR. R. 35), the petition for rehearing en banc is DENIED.

_____

*Judge Haynes is recused and did not participate in the consideration of the petition.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 20, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

      No. 23-10515    SEC v. Barton
                      USDC No. 3:22-CV-2118

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Casey A. Sullivan, Deputy Clerk
                          504-310-7642

cc:
     Mr. Keefe Michael Bernstein
     Mr. Michael Christopher Dingman
     Mr. Michael J. Edney
     Mr. Ezekiel Levenson Hill
     Mr. David B. Reece