

# United States Court of Appeals for the Fifth Circuit

———————————

No. 22-11226

———————————

**Certified as a true copy and issued as the mandate on Oct 24, 2023**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit

**FILED**

September 1, 2023

Lyle W. Cayce
Clerk

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff—Appellee*,

*versus*

TIMOTHY BARTON,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

———————————————————

Before WIENER, ELROD, and ENGELHARDT, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as moot.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 24, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 22-11226   SEC v. Barton
                  USDC No. 3:22-CV-2118

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _____
                  Renee S. McDonough, Deputy Clerk
                  504-310-7673

cc:
    Mr. Keefe Michael Bernstein
    Mr. Michael Christopher Dingman
    Mr. Michael J. Edney
    Mr. Ezekiel Levenson Hill
    Mr. Edwin A. Huffman
    Ms. Charlene Cantrell Koonce
    Mr. Richard Bratton Roper III