**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

                        Plaintiff,

v.

TIMOTHY BARTON,                                            C.A. No.: 3:22-cv-2118-X
CARNEGIE DEVELOPMENT, LLC,
WALL007, LLC,
WALL009, LLC,
WALL010, LLC,
WALL011, LLC,
WALL012, LLC,
WALL016, LLC,
WALL017, LLC,
WALL018, LLC,
WALL019, LLC,
HAOQIANG FU (A/K/A MICHAEL FU),
STEPHEN T. WALL,

                        Defendants,

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

                        Relief Defendants.

**ORDER DENYING PIONEER FINANCE, INC.'S MOTION TO INTERVENE**
**AND MOTION TO LIFT STAY AND FOR EXCEPTION FROM**
**THE COURT'S ORDER APPOINTING RECEIVER**

This matter comes before the court on Pioneer Finance, Inc.'s (1) Motion to Intervene

and (2) Motion to Lift Stay and For Exception from the Court's Order Appointing Receiver

1

("Motion").  After considering the Motion and all responses thereto, the Court has determined

that the Motion should be denied.  IT IS HEREBY ORDERED that the Motion is DENIED.

SIGNED this _____ day of _____, 2023.


_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE