# EXHIBIT A

# EXHIBIT A-1

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of September 30, 2023

| | | | |
|---|---|---|---|
| 1 | Beginning Balance - July 1, 2023: | | $ 405,809.67 |
| 2 | Business Income | | 202,645.84 |
| 3 | Funds Received | | 3,999.70 |
| 4 | Interest/Dividend Income | | 691.83 |
| 5 | Business Asset Liquidation | | |
| 6 | Personal Asset Liquidation | | |
| 7 | Third-Party Litigation Income | | |
| 8 | Miscellaneous - Other | | |
| 9 | Disbursements to Investors | | |
| 10 | Disbursements for Receivership Operations: | | 184,576.13 |
| 10a | Disbursements to Receiver or Other Professionals | | |
| 10b | Business Asset and Operating Expenses | 174,046.13 | |
| 10c | Personal Asset Expenses | | |
| 10d | Investment Expenses | | |
| 10e | Third-Party Litigation Expenses | | |
| 10f | Tax Administrator Fees and Bonds | | |
| 10g | Federal and State Tax Expenses | 10,530.00 | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | - |
| 11a | Distribution Plan Development Expenses | | |
| 11b | Distribution Plan Implementation Expenses | | |
| 12 | Disbursements to Court/Other | | - |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | |
| 12b | Federal income taxes | | |
| 13 | Ending Balance - September 30, 2023 | | $ 428,570.91 |
| 14 | Ending Balance of Fund - Net Assets | | 428,570.91 |
| 14a | Cash & Cash Equivalents | 428,570.91 | |
| 14b | Investments | | |
| 14c | Other Assets or Uncleared Funds | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | |
| 16b | Federal income taxes | | |

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of September 30, 2023

17      DC & State Tax Payments
18      No. of Claims
   18a  the number of claims received from investors during this reporting period
        the number of claims received from investors as a result of all orders since the
   18b  inception of the Fund

19      No. of Claimants/Investors

   19a  the number of claimants/investors receiving distributions during the reporting period
        the number of claimants/investors receiving distributions pursuant to all orders of
   19b  distribution since the inception of the Fund

# EXHIBIT A-2

**Barton Receivership Account**
**Cash Accounting Summary**
**July 1, 2023 through September 30, 2023**

### Cash Receipts

| Date | Item Description | Cash Receipts 3Q23 | Cash Receipts 3Q23 to present |
|------|------------------|-------------------:|------------------------------:|
| 12/31/2022 | Cash Receipts 4Q22 | | $819,171.90 |
| 03/31/2023 | Cash Receipts 1Q23 | | $129,887.29 |
| 06/30/2023 | Cash Receipts 2Q23 | | $622,543.82 |
| 07/31/2023 | Interest Deposit | $333.94 | |
| 08/31/2023 | Interest Deposit | $357.89 | |
| 09/12/2023 | DDA Deposit<br>• Agents Alliance ($3,410.07) (Gillespie Villas)<br>• BKV Barnett shut-in payment ($528.00) (BM318) | $3,938.07 | |
| 10/01/2023 | Interest Deposit | $358.87 | |
| **TOTAL RECEIPTS 3Q23** | | **$4,988.77** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$1,576,591.78** |

### Cash Disbursements

| Date | Item Description | Cash Disbursements 3Q23 | Cash Disbursements 3Q23 to present |
|------|------------------|------------------------:|-----------------------------------:|
| 12/31/2022 | Cash Disbursements 4Q22 | | $10,764.09 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $504,163.52 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $713,478.93 |
| 07/06/2023 | Alfredo Franco Nino [#174] (Gillespie Villas & Hall) | $200.00 | |
| 07/12/2023 | Transfer to D4OP to cure finding | $126,582.00 | |
| 07/20/2023 | Alfredo Franco Nino [#175] (Gillespie Villas & Hall) | $200.00 | |
| 07/20/2023 | Dallas Water Utilities [#176] (Gillespie Villas) | $20.72 | |

| Date | Item Description | Cash Disbursements 3Q23 | Cash Disbursements 3Q23 to present |
|---|---|---:|---:|
| 08/04/2023 | Alfredo Franco Nino [#177] (Gillespie Villas & Hall) | $200.00 | |
| 08/07/2023 | City of Dallas Citation [#178] (Rock Creek) | $261.00 | |
| 08/08/2023 | Delaware Secretary of State [#181] (One Agent (DE), LLC) | $530.00 | |
| 08/16/2023 | Alfredo Franco Nino [#182] (Gillespie Villas & Hall) | $200.00 | |
| 08/17/2023 | Asset Essentials Media [#183] (Parc at Ingleside) | $63.62 | |
| 08/17/2023 | Asset Essentials Media [#184] (Parc at Ingleside) | $83.23 | |
| 08/17/2023 | Dallas Water Utilities [#185] (Gillespie Villas) | $20.72 | |
| 08/23/2023 | Alfredo Franco Nino [#186] (Gillespie Villas & Hall) | $350.00 | |
| 08/30/2023 | Alfredo Franco Nino [#187] (Gillespie Villas & Hall) | $200.00 | |
| 08/30/2023 | Alfredo Franco Nino [#188] (Frisco) | $475.00 | |
| 09/07/2023 | Harvard Business Services [#189] (One Agent (DE), LLC) | $75.00 | |
| 09/14/2023 | Alfredo Franco Nino [#191] (Gillespie Villas & Hall) | $200.00 | |
| 09/19/2023 | Dallas Water Utilities [#192] (Gillespie Villas) | $20.72 | |
| **TOTAL DISBURSEMENTS** | | **$129,682.01** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$1,358,088.55** |

# EXHIBIT A-3

**Goldmark Hospitality**
**Cash Accounting Summary**
**July 1, 2023 through September 30, 2023**

**Cash Receipts**

| Date | Item Description | Cash Receipts 2Q23 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Receipts 4Q22 | | $108,460.28 |
| 03/31/2023 | Cash Receipts 1Q23 | | $206,811.44 |
| 06/30/2023 | Cash Receipts 2Q23 | | $204,650.27 |
| 07/03/2023 | DHA Deposit [Wire] rents | $4,400.00 | |
| 07/03/2023 | Cash Deposit (rents) | $5,905.70 | |
| 07/05/2023 | Cash Deposit (rents) | $5,655.48 | |
| 07/06/2023 | Cash Deposit (rents) | $2,076.73 | |
| 07/11/2023 | Cash Deposit (rents) | $2,084.34 | |
| 07/11/2023 | Cash Deposit (rents) | $2,308.00 | |
| 07/17/2023 | Cash Deposit (rents) | $399.78 | |
| 07/17/2023 | Cash Deposit (rents) | $1,160.00 | |
| 07/19/2023 | Cash Deposit (rents) | $4,184.00 | |
| 07/25/2023 | Cash Deposit (rents) | $2,896.82 | |
| 07/27/2023 | Cash Deposit (rents) | $1,866.00 | |
| 07/31/2023 | Square [Wire] (rents) | $31,838.63 | |
| 07/31/2023 | Cash Deposit (rents) | $1,370.00 | |

| Date | Item Description | Cash Receipts 2Q23 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 07/31/2023 | Cash Deposit (rents) | $1,720.00 | |
| 08/02/2023 | DHA Deposit [Wire] (rents) | $4,400.00 | |
| 08/02/2023 | Cash Deposit (rents) | $2,499.10 | |
| 08/03/2023 | Cash Deposit (rents) | $200.00 | |
| 08/03/2023 | Cash Deposit (rents) | $3,852.00 | |
| 08/04/2023 | Cash Deposit (rents) | $10,217.24 | |
| 08/05/2023 | Cash Deposit (rents) | $4,412.44 | |
| 08/11/2023 | Cash Deposit (rents) | $1,202.36 | |
| 08/11/2023 | Cash Deposit (rents) | $1,487.00 | |
| 08/16/2023 | Cash Deposit (rents) | $250.00 | |
| 08/16/2023 | Cash Deposit (rents) | $2,492.00 | |
| 08/17/2023 | Square (rents) | $18,895.78 | |
| 08/23/2023 | Cash Deposit (rents) | $200.00 | |
| 08/23/2023 | Cash Deposit (rents) | $2,657.00 | |
| 08/28/2023 | Cash Deposit (rents) | $1,594.26 | |
| 08/31/2023 | Cash Deposit (rents) | $1,672.00 | |
| 09/01/2023 | Cash Deposit (rents) | $1,300.00 | |

| Date | Item Description | Cash Receipts 2Q23 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 09/01/2023 | Cash Deposit (rents) | $1,530.00 | |
| 09/05/2023 | Cash Deposit (rents) | $1,360.36 | |
| 09/05/2023 | Cash Deposit (rents) | $7,187.57 | |
| 09/05/2023 | DHA Deposit [Wire] (rents) | $4,400.00 | |
| 09/06/2023 | Square (rents) | $22,729.58 | |
| 09/07/2023 | Cash Deposit (rents) | $5,348.36 | |
| 09/12/2023 | Cash Deposit (rents) | $1,813.96 | |
| 09/12/2023 | Cash Deposit (rents) | $2,530.00 | |
| 09/18/2023 | Cash Deposit (rents) | $3,180.76 | |
| 09/21/2023 | Cash Deposit (rents) | $2,400.00 | |
| 09/22/2023 | Cash Deposit (rents) | $4,000.00 | |
| 09/26/2023 | Cash Deposit (rents) | $3,251.22 | |
| 09/26/2023 | Square (rents) | $15,436.95 | |
| 09/27/2023 | Cash Deposit (rents) | $960.42 | |
| 09/27/2023 | Cash Deposit (rents) | $1,320.00 | |
| **TOTAL GOLDMARK RECEIPTS 3Q23** | | **$202,645.84** | |
| **TOTAL GOLDMARK RECEIPTS TO PRESENT** | | | **$519,921.99** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 2Q23 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Disbursements 4Q22 | | $99,830.15 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $202,341.23 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $187,686.31 |
| 07/03/2023 | Dallas Water Utilities [#5132] (utilities) | $11,604.52 | |
| 07/03/2023 | Alfredo Franco Nino [#5133] (lawn maintenance) | $1,000.00 | |
| 07/06/2023 | Spectrum (internet and phone) (ACH) | $23.47 | |
| 07/06/2023 | Frank Guzman [#5134] (maintenance) | $1,125.00 | |
| 07/06/2023 | Kevin Wright [#5135] (maintenance) | $580.00 | |
| 07/06/2023 | Matthew Hilburn [#5136] (maintenance) | $720.00 | |
| 07/10/2023 | Hilltop Property Tax [#5137] (taxes) | $10,000.00 | |
| 07/10/2023 | Stop Payment fee | $35.00 | |
| 07/11/2023 | TXU (electricity) (ACH) | $5,438.38 | |
| 07/12/2023 | Jovanca Silvasan [#5138] (property manager) | $1,633.00 | |
| 07/12/2023 | Air Texas AC & Heating [#5139] (AC repairs) (#1902) | $198.75 | |
| 07/12/2023 | Air Texas AC & Heating [#5140] (AC repairs) (#2004) | $75.00 | |
| 07/12/2023 | City of Dallas Fire Inspections [#5141] (inspection-Amerigold Suites) | $171.00 | |
| 07/20/2023 | Frank Guzman [#5142] (maintenance) | $832.50 | |
| 07/20/2023 | Kevin Wright [#5143] (maintenance) | $580.00 | |

| Date | Item Description | Cash Disbursements 2Q23 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 07/20/2023 | Sedrick Grant [#5144] (maintenance) | $200.00 | |
| 07/20/2023 | Matthew Hilburn [#5145] (maintenance) | $755.00 | |
| 07/20/2023 | Impact Floors of Texas [#5146] (Amerigold Suites) | $1,631.43 | |
| 07/20/2023 | Air Texas AC & Heating [#5147] (AC repairs) (#1301) | $875.00 | |
| 07/20/2023 | Air Texas AC & Heating [#5148] (AC repairs) (#2005) | $3,200.00 | |
| 07/24/2023 | Dallas Water Utilities [#5149] (utilities) | $11,893.65 | |
| 07/27/2023 | Jovanca Silvasan [#5150] (property manager) | $1,633.00 | |
| 07/27/2023 | Jovanca Silvasan [#5151] (property manager) | $96.17 | |
| 07/27/2023 | Alfredo Franco Nino [#5152] (lawn maintenance) | $1,300.00 | |
| 07/27/2023 | Frank Guzman [#5153] (maintenance) | $1,155.00 | |
| 07/27/2023 | Matthew Hilburn [#5154] (maintenance) | $770.00 | |
| 07/27/2023 | Kevin Wright [#5155] (maintenance) | $640.00 | |
| 07/31/2023 | Bank Service Charge | $2.00 | |
| 08/01/2023 | Spectrum (internet and phone) (ACH) | $268.05 | |
| 08/01/2023 | Republic Services (trash collection) (ACH) | $926.53 | |
| 08/01/2023 | Go To Premium Financial (insurance) (ACH) | $14,446.16 | |
| 08/02/2023 | Payment Processing Fee | $10.00 | |
| 08/04/2023 | Air Texas AC & Heating [#5156] (AC repairs) (#1206) | $366.00 | |

| Date | Item Description | Cash Disbursements 2Q23 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 08/04/2023 | Air Texas AC & Heating [#5157] (AC repairs) (#1505) | $3,200.00 | |
| 08/04/2023 | Air Texas AC & Heating [#5158] (AC repairs) (#1205) | $280.00 | |
| 08/04/2023 | Air Texas AC & Heating [#5159] (AC repairs) (#1202) | $3,400.00 | |
| 08/08/2023 | TXU (electricity) (ACH) | $7,186.73 | |
| 08/11/2023 | Terminix [#5160] (pest control) | $189.44 | |
| 08/11/2023 | Terminix [#5161] (pest control) | $126.65 | |
| 08/11/2023 | Terminix [#5162] (pest control) | $189.44 | |
| 08/11/2023 | Terminix [#5163] (pest control) | $126.65 | |
| 08/14/2023 | Matthew Hilburn [#5164] (maintenance) | $775.00 | |
| 08/14/2023 | Kevin Wright [#5165] (maintenance) | $800.00 | |
| 08/14/2023 | Frank Guzman [#5166] (maintenance) | $1,102.50 | |
| 08/14/2023 | Jovanca Silvasan [#5167] (property manager) | $1,633.00 | |
| 08/22/2023 | Air Texas AC & Heating [#5168] (AC repairs) (#1205) | $3,200.00 | |
| 08/22/2023 | Air Texas AC & Heating [#5169] (AC repairs) (#1902) | $3,200.00 | |
| 08/22/2023 | Air Texas AC & Heating [#5170] (AC repairs) (#1106) | $75.00 | |
| 08/22/2023 | Air Texas AC & Heating [#5171] (AC repairs) (#1206) | $366.00 | |
| 08/22/2023 | Air Texas AC & Heating [#5172] (AC repairs) (#1903) | $7,150.00 | |

| Date | Item Description | Cash Disbursements 2Q23 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 08/22/2023 | Air Texas AC & Heating [#5173] (AC repairs) (#1105) | $3,650.00 | |
| 08/22/2023 | Air Texas AC & Heating [#5174] (AC repairs) (#1106) | $6,400.00 | |
| 08/22/2023 | Air Texas AC & Heating [#5175] (AC repairs) (#2004) | $250.00 | |
| 08/22/2023 | Impact Floors of Texas [#5176] (floor repairs) | $884.94 | |
| 08/22/2023 | Impact Floors of Texas [#5177] (floor repairs) | $916.49 | |
| 08/22/2023 | Impact Floors of Texas [#5178] (floor repairs) | $916.49 | |
| 08/24/2023 | Republic Services (trash collection) (ACH) | $917.98 | |
| 08/28/2023 | Dallas Water Utilities [#5179] (utilities) | $10,052.19 | |
| 08/30/2023 | Jovanca Silvasan [#5180] (property manager) | $1,633.00 | |
| 08/30/2023 | Jovanca Silvasan [#5181] (property manager) | $83.89 | |
| 08/30/2023 | Frank Guzman [#5182] (maintenance) | $975.00 | |
| 08/30/2023 | Kevin Wright [#5183] (maintenance) | $825.00 | |
| 08/30/2023 | Matthew Hilburn [#5184] (maintenance) | $785.00 | |
| 08/30/2023 | Alfredo Franco Nino [#5185] (lawn maintenance) | $1,000.00 | |
| 08/31/2023 | Bank Service Charge | $2.00 | |
| 08/31/2023 | Bank Processing Fee | $6.00 | |
| 09/05/2023 | Propertyware (ACH) | $96.82 | |
| 09/05/2023 | Propertyware (ACH) | $1,467.00 | |

| Date | Item Description | Cash Disbursements 2Q23 | Cash Disbursements 4Q22 to present |
|------|-----------------|-------------------------:|-----------------------------------:|
| 09/05/2023 | TXU (electricity) (ACH) | $7,572.61 | |
| 09/06/2023 | Bank Processing Fee | $10.00 | |
| 09/06/2023 | Spectrum (internet and phone) (ACH) | $268.05 | |
| 09/06/2023 | Go To Premium Financial (insurance) (ACH) | $13,914.03 | |
| 09/08/2023 | Air Texas AC & Heating [#5186] (AC repairs) (#1506) | $3,200.00 | |
| 09/12/2023 | Frank Guzman [#5187] (maintenance) | $877.50 | |
| 09/12/2023 | Matthew Hilburn [#5188] (maintenance) | $710.00 | |
| 09/12/2023 | Kevin Wright [#5189] (maintenance) | $685.00 | |
| 09/12/2023 | Jovanca Silvasan [#5190] (property manager) | $1,633.00 | |
| 09/12/2023 | Air Texas AC & Heating [#5191] (AC repairs) (#1506) | $3,200.00 | |
| 09/19/2023 | Dallas Water Utilities [#5193] (utilities) | $7,705.25 | |
| 09/21/2023 | Republic Services (trash collection) (ACH) | $907.79 | |
| 09/25/2023 | Jovanca Silvasan [#5194] (property manager) | $1,633.00 | |
| 09/25/2023 | Jovanca Silvasan [#5195] (property manager) | $92.07 | |
| 09/25/2023 | Alfredo Franco Nino [#5199] (lawn maintenance) | $1,000.00 | |
| 09/29/2023 | Bank Service Charge | $2.00 | |
| 09/29/2023 | Bank Processing Fee | $19.00 | |
| **TOTAL DISBURSEMENTS 3Q23** | | **$181,476.12** | |
| **TOTAL RECEIVERSHIP DISBURSEMENTS** | | | **$489,857.69** |

# EXHIBIT A-4

**D4OP IN RECEIVERSHIP**
**Cash Accounting Summary**
**July 1, 2023 through September 30, 2023**

### Cash Receipts

| Date | Item Description | Cash Receipts 3Q23 | Cash Receipts 3Q23 to present |
|---|---|---|---|
| 07/12/2023 | Transfer from Main Receivership Account to cure finding | $126,582.00 | |
| 07/14/2023 | DDA Regular Deposit <br> • U.S. Treasury (SBA loan) | $61.63 | |
| **TOTAL RECEIPTS 3Q23** | | **$126,643.63** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$126,643.63** |

### Cash Disbursements

| Date | Item Description | Cash Disbursements 3Q23 | Cash Disbursements 3Q23 to present |
|---|---|---|---|
| **TOTAL DISBURSEMENTS** | | **$0.00** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$0.00** |