**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff,* | § § § | |
| **v.** | § § | No. 3:22-cv-2118-X |
| **TIMOTHY BARTON, et al.** | § § § | |
| *Defendants.* | § | |

**ORDER GRANTING
RECEIVER'S VERIFIED AND EXPEDITED MOTION
TO (I) RATIFY ORDER APPOINTING APPRAISERS,
APPROVING APPRAISALS AND APPROVING SALE OF REAL ESTATE AS
REQUIRED BY 28 U.S.C. § 2001 WITH RESPECT TO THE FRISCO GATE
PROPERTY, (II) AUTHORIZE THE SALE FREE AND CLEAR OF ALL LIENS,
AND (III) STAY ACCRUAL OF POST-RECEIVERSHIP DEFAULT RATE INTEREST**

Before the Court is the Receiver's *Verified and Expedited Motion to (I) Ratify Order Appointing Appraisers, Approving Appraisals and Approving Sale of Real Estate as Required by 28 U.S.C. § 2001 With Respect to the Frisco Gate Property, (II) Authorize the Sale Free and Clear of All Liens, and (III) Stay Accrual of Post-Receivership Default Rate Interest* (the "Motion").[1] Having considered the Motion and related briefing, the Court is of the opinion that the Motion should be **GRANTED.**

Accordingly, it is hereby **ORDERED** that:

1.      The Court's *Order Granting Receiver's Motion for Appointment of Appraisers, Approval of Appraisals of Frisco Gate Property, and Setting Hearing Regarding Approval of Sale of Frisco Gate Property* [Dkt. 128] and *Order Granting Motion to Approve Sale* [Dkt. 142]

---

[1] Unless otherwise defined, capitalized terms in this Order shall have the meanings ascribed to them in the Motion.

– 1 –

– 2 –

(together, the "Frisco Gate Property Orders") are **RATIFIED** *nunc pro tunc* as of the dates the Frisco Gate Property Orders were entered.

2.      To promote orderly and efficient administration of the Receivership Estate, the sale of the Frisco Gate Property free and clear of all liens is **AUTHORIZED** and any and all interest accruing under the Default Interest Rate and due under the Note is **STAYED** as of the date of the Initial Receivership Order. At closing and from the proceeds of the sale of the Frisco Gate Property, the lender shall initially recover only the principal due under the Note as well as interest accrued under the Standard Interest Rate. To the extent the lender asserts that its lien exceeds this amount, the lender shall submit a claim for the Court's consideration of such amounts during a claim process. Similarly, if the lender claims entitlement to proceeds from the sale for fees, costs, defaults, penalties, breach, offsets, default, or other amounts (including the delta between interest accruing at the Standard Interest Rate and the interest that the lender argues is owed at the Default Interest Rate), the lender shall submit a claim for the Court's consideration of such amounts during a claim process.

        SO ORDERED this _____ day of _____, 2023.

        _____
        BRANTLEY STARR
        UNITED STATES DISTRICT COURT JUDGE