# Ex. A

The **Ambrose** Group



# APPRAISAL
# REPORT

**Venus Land**
980 County Road 110
& 324 West County Road 109
Venus, TX 76084

**Ms. Tania Ali**
**Pioneer Finance Inc.**
**13310 University Boulevard. Suite 100**
**Sugar Land, TX 77479**



theambrosegroup.net



The Ambrose Group
*Appraisal Services*

Houston ★ Dallas ★ San Antonio

April 22, 2022

Ms. Tania Ali
Pioneer Finance Inc.
13310 University Boulevard. Suite 100
Sugar Land, TX 77479

RE:    **An Appraisal Report of a 201.7843 acres (8,789,725 Sq. Ft.) of vacant land located at 980 County Road 110 & 324 West County Road 109, Venus, TX 76084**

Dear Ms. Ali:

At your request, we have prepared the attached appraisal of the above referenced property. The subject property is more specifically described in the accompanying report.

The purpose of this appraisal is to provide an opinion as to the *as is market value* of the subject. All of the necessary data was gathered and analyzed in order to arrive at a value conclusion.

The outbreak of the Novel Coronavirus (COVID-19) has had a devastating impact worldwide. There is substantial uncertainty as to the ultimate effect on the regional and national real estate markets. In an effort to reflect current market conditions, we have gathered information from market participants as to the impact the virus may have on real estate markets. The conclusions in this appraisal report have considered this information, which is discussed in depth within this report.

Based upon our research and analysis of the market, which is provided in the accompanying report, the indicated market value of the subject property is as follows:

*As Is Market Value* – **Fee Simple (April 12, 2022)**
**$3,630,000**

| **HOUSTON** | **DALLAS** | **SAN ANTONIO** |
|---|---|---|
| 16545 Village Drive | 6500 Greenville Avenue | 18756 Stone Oak Parkway |
| Building A | Suite 340 | Suite 200, Office 255 |
| Jersey Village, Texas 77040 | Dallas, Texas 75206 | San Antonio, Texas 78258 |
| Ph: 713.688.7733 | Ph: 214.382.2276 | Ph: 210.537.1000 |

Pioneer Finance Inc.
April 22, 2022
Page 3

Based upon existing marketing conditions, we believe the subject property has a marketing time and exposure period of 12 months.

This opinion of value is subject to the Assumptions and Limiting Conditions which are included in the attached report. To the best of our understanding, this report conforms to the requirements of Title XI of the Federal Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA) and the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation and the Appraisal Institute.

Your attention is invited to the following data and analyses which, in part, form the basis of our conclusions.

Respectfully submitted,


**THE AMBROSE GROUP**


_____
**Stephen B. Spraberry, MAI**
**State Certified General RE Appraiser**
**Certification No. TX-1325229-G**
**steve@theambrosegroup.net**

_____
**Brandon M. Brooks, MAI**
**State Certified General RE Appraiser**
**Certification No. TX-1380529-G**
**bbrooks@theambrosegroup.net**


_____
**Austin C. Frazer**
**Appraiser Trainee**
**Certification No. TX-1342923-Trainee**
**afrazer@theambrosegroup.net**

_____
**Brian A. Burk, MAI. SRA, AL-GRS**
**State Certified General RE Appraiser**
**Certificate No. TX-1334810-G**
**bburk@theambrosegroup.net**



**The Ambrose Group**
*Appraisal Services*

## SUMMARY OF IMPORTANT FACTS & CONCLUSIONS

| | |
|---|---|
| **Date of Appraisal Report:** | April 22, 2022 |
| **Existing Use:** | Vacant |
| **Address:** | 980 County Road 110 & 324 West County Road 109, Venus, TX 76084 |
| **Legal Description:** | Tract 1, B.B.B. & C.R.R. CO. Survey, Abstract No. 93, Johnson County, Texas, and Tract 2, Jackson Smith Survey, Abstract No. 758, Johnson County, Texas |
| **Zoning Description:** | Not Zoned |
| **Land Size:** | 201.7843 Acres (8,789,725 Sq. Ft.) |
| **Property Rights:** | Fee Simple |
| **Highest and Best Use:** As Vacant: | Commercial |
| **Exposure Period:** | 12 Months |
| **Marketing Period:** | 12 Months |

## Value Indications

| | As Is Market Value |
|---|---|
| **Effective Date of the Appraisal** | **April 12, 2022** |
| **Sales Comparison** | $3,630,000 |
| **Reconciliation** | $3,630,000 |



**The Ambrose Group**
*Appraisal Services*

SUMMARY OF IMPORTANT FACTS & CONCLUSIONS

**Venus Land**

## EXTRAORDINARY ASSUMPTIONS & HYPOTHETICAL CONDITIONS

Our findings and conclusions are further contingent upon the following extraordinary assumptions and/or hypothetical conditions that might have affected the assignment results:

**Extraordinary Assumptions:**
- There are no extraordinary assumptions for this appraisal.

**Hypothetical Conditions:**
- There are no hypothetical conditions for this appraisal.

## STRENGTHS AND WEAKNESSES

**Strengths**

- The subject features frontage on multiple roadways.

**Weaknesses**

- Real estate market is impacted by the COVID-19 outbreak, resulting in an elevated risk to cash flow and increased operational costs arising from slump in consumer demand and disruption to supply chains.



The **Ambrose** Group
*Appraisal Services*

# TABLE OF CONTENTS

LETTER OF TRANSMITTAL ..................................................................................................... 2
SUMMARY OF IMPORTANT FACTS & CONCLUSIONS ............................................................. 4
EXTRAORDINARY ASSUMPTIONS & HYPOTHETICAL CONDITIONS ....................................... 5
STRENGTHS AND WEAKNESSES ........................................................................................... 5
TABLE OF CONTENTS ........................................................................................................... 6
THE APPRAISAL PROCESS ..................................................................................................... 7
PROPERTY RIGHTS APPRAISED .............................................................................................. 7
PURPOSE OF THE APPRAISAL ............................................................................................... 7
INTENDED USE OF THE APPRAISAL ....................................................................................... 7
INTENDED USER(S) OF THE APPRAISAL ................................................................................. 7
SCOPE OF WORK ................................................................................................................. 7
MARKET VALUE DEFINED ..................................................................................................... 9
DATES OF VALUATION ......................................................................................................... 9
PROPERTY IDENTIFICATION .................................................................................................. 9
PROPERTY HISTORY/OWNERSHIP ....................................................................................... 10
PROPERTY TAX INFORMATION ........................................................................................... 10
STATEMENT OF ENVIRONMENTAL ISSUES ......................................................................... 10
COMPETENCY PROVISION .................................................................................................. 11
CERTIFICATION .................................................................................................................. 12
ASSUMPTIONS AND LIMITING CONDITIONS ....................................................................... 14
NOVEL CORONAVIRUS ....................................................................................................... 16
AREA ANALYSIS .................................................................................................................. 17
COVID-19 ANALYSIS ........................................................................................................... 23
NEIGHBORHOOD ANALYSIS ............................................................................................... 27
SITE DATA .......................................................................................................................... 33
HIGHEST & BEST USE .......................................................................................................... 42
SALES COMPARISON APPROACH ........................................................................................ 46
RECONCILIATION ............................................................................................................... 59

ADDENDA .......................................................................................................................... 62
FLOOD MAP ....................................................................................................................... 63
ZONING INFORMATION ...................................................................................................... 66
LAND LISTING .................................................................................................................... 68
ENGAGEMENT LETTER ........................................................................................................ 70
QUALIFICATIONS ................................................................................................................ 75



AG # C-221393

## THE APPRAISAL PROCESS

The Appraisal Process is a series of logical steps which allow the appraiser to make a thorough and accurate appraisal in an efficient manner. Although the characteristics of different properties may vary considerably, there is little variation in the orderly procedure for solving an appraisal problem. An appraisal problem is defined; the work is planned; and the data is acquired, classified, analyzed, and reconciled into an opinion of value. Appraisers generally utilize three separate approaches when deriving the market value. These approaches are the Income Capitalization Approach, the Sales Comparison Approach, and the Cost Approach. Regardless of the approach being used, the data and analysis reflects the market in which the subject property is located.

## PROPERTY RIGHTS APPRAISED

The property rights being appraised in this report consist of a fee simple estate. Fee simple estate is defined by The Dictionary of Real Estate Appraisal, Seventh Edition, Page 73, published in 2022, by the Appraisal Institute as being:

> *"Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat."*

## PURPOSE OF THE APPRAISAL

The purpose of this appraisal, in conformance with the requirements of Title XI of the Federal Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA) and the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation and the Appraisal Institute, is to provide the *as is market value* for the herein described subject property as of the date of this appraisal.

## INTENDED USE OF THE APPRAISAL

The function (or use) of the appraisal is for loan underwriting and/or credit decisions for the subject property.

## INTENDED USER(S) OF THE APPRAISAL

The appraisal report is intended for use by our client, Pioneer Finance Inc. Use of this report by another company or individual is not intended by The Ambrose Group.

## SCOPE OF WORK

According to The Dictionary of Real Estate Appraisal, Seventh Edition, Page 171, published in 2022, by the Appraisal Institute, "scope of work" is defined as being:

> *"The type and extent of research and analysis applied in an assignment."*



The scope of work is based upon the purpose of the appraisal and its intended use as previously discussed within this report. The appraisal development process completed by The Ambrose Group consisted of the items listed as follows.

1. Physically identified and visited the subject property. We reviewed tax records and a plat map obtained from the Central Appraisal District of Johnson County. In addition, we reviewed a flood map and zoning map of the subject and surrounding areas. Further, a survey of the subject property was provided to the appraiser.

2. Researched and collected data related to market conditions and market activity, and considered those characteristics which have a legal, physical, or economic impact on the subject property. The sources of data used within this report included: public records, real estate brokers, property management companies, national real estate data collection services, and knowledgeable individuals in the real estate market.

3. Determined the Highest and Best use of the subject as vacant, based on the data gathered and considering the legally permissible, physically possible, financially feasible, and most profitable use of the property.

4. Analyzed the data gathered through the use of appropriate and acceptable appraisal methodology in order to develop a value indication from each applicable approach to value.

    A. Income Capitalization Approach. The subject property consists of vacant land. Therefore, the Income Capitalization Approach to Value is not applicable in the valuation of the subject property. The omission of this approach does not reduce the reliability of the final opinion of value.

    B. Sales Comparison Approach. Developing this approach to value involved the collection of comparable vacant sales which have been physically identified by The Ambrose Group. Considering the principle of substitution, the vacant sales are compared to the subject and adjusted for the various factors which influence value. An indicated value is developed based on the analysis of the cumulative sales data provided in this report.

    C. Cost Approach. The subject property consists of vacant land. Therefore, the Cost Approach to value is not applicable in the valuation of the subject property. The omission of this approach to value does not reduce the reliability of the final opinion of value.

5. Reconciled the results from the applicable approaches to value into a reasonable value conclusion.

6. Estimated a reasonable exposure time and market time associated with the developed opinion of value.



The appraisal of the subject property is presented in the form of an Appraisal Report and is intended to comply with the reporting requirements set forth under Standards Rule 2-2 of the Uniform Standards of Professional Appraisal Practice.

## MARKET VALUE DEFINED

The definition and qualification of market value as prescribed by Title XI of the Financial Institution Reform, Recovery, and Enforcement Act of 1989 ("FIRREA"), adopted under FDIC Rules and Regulations, Part 323 as presented as follows:

> *"The most probable price a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of specific date and the passing of title from the seller to buy under conditions whereby:*
>
> 1. *Buyer and seller are typically motivated;*
>
> 2. *Both parties are well informed or well advised, and acting in what they consider their own best interests;*
>
> 3. *A reasonable time is allowed for exposure in the open market;*
>
> 4. *Payment is made in terms of cash in U.S Dollars or in terms of financial arrangements comparable thereto; and*
>
> 5. *The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale."*

## DATES OF VALUATION

Our opinion of the *as is market value* is effective as of April 12, 2022. The date of this appraisal report is April 22, 2022.

## PROPERTY IDENTIFICATION

The subject is two tracts separated by County Road 110 and may be legally described as 201.7843 acres (8,789,725 square feet) being Tract 1, B.B.B. & C.R.R. CO. Survey, Abstract No. 93, Johnson County, Texas, and Tract 2, Jackson Smith Survey, Abstract No. 758, Johnson County, Texas.



## PROPERTY HISTORY/OWNERSHIP

According to the Central Appraisal District of Johnson County, the subject property is currently owned by LDG001, LLC, who acquired the property in September 2018 from Virginia Bone for an undisclosed amount. Prior to this transaction, Virginia Bone owned the subject since 2003.To the best of our knowledge, no sale or transfer of ownership has taken place within a three-year period prior to the effective appraisal date. The subject property is not currently listed for sale nor are any sales currently pending. No other property history information was provided.

## PROPERTY TAX INFORMATION

According to the Central Appraisal District of Johnson County, the subject property is assessed under account numbers 12600930010 and 126075800100.  The combined 2021 assessed value for the subject property is $54,452, all of which is attributable to the land. According to the Johnson County Tax Office, there are no delinquent taxes associated with the subject property. The estimated tax liability for the subject is based on the 2021 assessed value and the 2021 tax rates.  This calculation is shown as follows.

**2021 Assessed Value: $54,452**

| Taxing Jurisdictions and Rates | |
| --- | --- |
| **Tax Jurisdictions** | **Tax Rate/$100** |
| Johnson County | $0.379700 |
| Venus ISD | $1.383500 |
| Hill College VES | $0.047245 |
| Johnson Co ESD#1 | $0.060000 |
| **Total** | **$1.870445** |

| Pro Forma Real Estate Assessment and Taxes | | | |
| --- | --- | --- | --- |
| **Tax ID** | **Total Assessment** | **Tax Rate** | **Taxes** |
| 12600930010 | $45,220 | $1.870445 | $846 |
| 126075800100 | $9,232 | $1.870445 | $173 |
| **Totals** | **$54,452** | | **$1,019** |

## STATEMENT OF ENVIRONMENTAL ISSUES

The appraisers made no special effort to discover any adverse environmental conditions and we accept no responsibility for such discovery. No readily apparent, adverse environmental conditions were observed during the normal course of the property visit and it is assumed that none exist. If any adverse environmental conditions are discovered, the appraisers should be notified, as the opinion of market value will likely require modification. As noted in the Assumptions and Limiting Conditions contained within this report, we have no special expertise regarding environmental hazards, and this report must not be considered as an environmental assessment of the property.



## COMPETENCY PROVISION

The report contained herein was completed by Stephen B. Spraberry, MAI, Brandon M. Brooks, MAI, Brian A. Burk, MAI, SRA, AI-GRS and Austin C. Frazer. Mr. Spraberry, Mr. Burk and Mr. Brooks are certified general appraisers in the State of Texas, while Austin C. Frazer is an authorized Appraiser Trainee in the State of Texas. Furthermore, Mr. Spraberry, Mr. Burk and Mr. Brooks have been awarded the MAI designation by the Appraisal Institute. The appraisers have completed assignments regarding the valuation of properties such as the subject and have the experience and ability to complete the appraisal in a competent manner. For a complete description of the appraisers' qualifications and education background, your attention is invited to the Addenda Section of this report.



The **Ambrose** Group
*Appraisal Services*

**THE APPRAISAL PROCESS**
**VenusVenus Land**

## CERTIFICATION

We certify that, to the best of our knowledge and belief…

- The statements of the facts contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- We have no present or prospective interest in the property that is the subject of this report or to the parties involved with this assignment. Furthermore, neither The Ambrose Group nor the appraisers who signed this report, have performed any services regarding the subject property within the three-year period immediately preceding the agreement to perform this assignment, as an appraiser or any other capacity.

- We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

- Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

- Austin C. Frazer and Brandon M. Brooks have viewed the property, which is the subject of this report. It is noted that Stephen B. Spraberry and Brian A. Burk did not perform a physical inspection of the subject property.

- Austin C. Frazer provided significant real property appraisal assistance to the state certified appraisers signing this report.

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- The appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

- As of the date of this report, Stephen B. Spraberry, Brandon M. Brooks and Brian A. Burk have completed the continuing education requirements for Designated Members of the Appraisal Institute.



- The reported analyses, opinion, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Practice of the Appraisal Institute.

Based upon our research and analysis of the market, which is provided in the accompanying report, the indicated market value of the subject property is as follows:

*As Is Market Value -* **Fee Simple (April 12, 2022)**
**$3,630,000**

**Stephen B. Spraberry, MAI**
**State Certified General RE Appraiser**
**Certification No. TX-1325229-G**
**steve@theambrosegroup.net**

**Brandon M. Brooks, MAI**
**State Certified General RE Appraiser**
**Certification No. TX-1380529-G**
**bbrooks@theambrosegroup.net**

**Austin C. Frazer**
**Appraiser Trainee**
**Certification No. TX-1342923-Trainee**
**afrazer@theambrosegroup.net**

**Brian A. Burk, MAI. SRA, AL-GRS**
**State Certified General RE Appraiser**
**Certificate No. TX-1334810-G**
**bburk@theambrosegroup.net**



## ASSUMPTIONS AND LIMITING CONDITIONS

That the date of value to which the opinions expressed in this report apply is set forth in the Letter of Transmittal. The appraisers assume no responsibility for economic or physical factors occurring at some later date which may affect the opinions herein stated.

That no opinions are intended to be expressed for legal matters or that would require specialized investigation or knowledge beyond that ordinarily employed by real estate appraisers, although such matters may be discussed in this report.

That no opinion as to title is rendered. Name of ownership and the legal description were obtained from sources generally considered reliable. Title is assumed to be marketable and free and clear of all liens, encumbrances, easements, and restrictions except those specifically discussed in this report. The property is appraised assuming it to be under responsible ownership and competent management and available for its highest and best use.

That no engineering survey has been made by the appraiser. Except as specifically stated, data relative to size and area were taken from sources considered reliable and no encroachment or real property improvement is assumed to exist.

The maps, plats, and exhibits included herein are for illustration only, as an aid in visualizing matters discussed within this report. They should not be considered as surveys or relied upon for any other purpose.

That no detailed soil studies covering the subject property were available to the appraisers. Therefore, premises as to soil qualities employed in this report are not conclusive, but have been considered consistent with information available to the appraiser.

The property is appraised as though free and clear, under responsible ownership, and competent management. All existing liens and encumbrances have been disregarded.

Unless stated otherwise in this report, no presence of hazardous materials on or in the property was observed by the appraisers. The appraisers have no information on the existence of such materials and are not qualified to detect the same. The presence of such materials on or in the property could affect the appraiser's opinion of market value. However, the value stated herein is based on the assumption that no hazardous materials are present on or in the property, and the appraisers accept no responsibility for determining such condition. The client is urged to retain an expert in this field if there is any question as to the existence of hazardous material.

Any information furnished to us by others is believed to be reliable, but we assume no responsibility for its accuracy.



Possession of this report, or a copy thereof, does not carry with it the right to publication, nor may it be used for any purpose, by anyone other the applicant, without the previous written consent of the appraisers or the applicant and, in any event, only its entirety.

This appraisal does not require us to give testimony in court or attend on its behalf unless arrangements have been previously made therefore.
The distribution of the total valuation in this report between land and improvements applied only under the reported highest and best use of the property. The allocations of value for land and improvements must not be used in conjunction with any other appraisal and are invalid if so used. The appraisal report shall be considered only in its entirety. No part of the appraisal report shall be utilized separately or out of context.

The value is reported in dollars on the basis of the currency prevailing at the date of this appraisal. We have no present or contemplated interest in the property appraised. Furthermore, our compensation for making this appraisal is in no manner contingent upon the value reported.

That the appraisers assume no responsibility for determining if the property lies within a flood hazard area and its consequences to the property. It is advised that a Topographic Survey be obtained, and local officials be contacted.

This appraisal has been made in accordance with the Code of Professional Ethics of the Appraisal Institute and the Uniform Standards of Professional Appraisal Practice of the Appraisal Institute. In addition, to the best of our understanding, this report conforms to the requirements of Title XI of the Federal Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA) and the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation and the Appraisal Institute.

The Americans with Disabilities Act (ADA) became effective January 26, 1992. We have not made a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of ADA, could reveal that the property is not in compliance with one or more requirement to the act. If so, this fact could have a negative impact upon the value of the property. However, since we have no direct evidence relating to the issue of compliance, we did not consider possible noncompliance with the requirements of ADA in determining the value of the property.

It is assumed that the property is in compliance with all applicable federal, state and local laws, ordinances, regulations, use restrictions and zoning unless the lack of compliance is stated in the appraisal report. Determining and reporting on such compliance were not part of the scope of work for this assignment.

It is assumed that all water, sewer facilities and utilities (whether existing or proposed) are or will be in good working order, are safe for use, and are or will be sufficient to serve the current or proposed uses of the subject property or any structures or other improvements. Determining and reporting on such matters were not part of the scope of work for this assignment.



Unless otherwise stated in this report, the past or current existence of hazardous materials or environmental contamination on, below or near the subject property was not observed or known by the appraiser. The appraiser, however, is not qualified to detect such substances or to make determinations about their presence. The presence of hazardous materials or environmental contamination may affect the value of the property. Unless otherwise stated, the value estimated is predicated on the assumption that there is no such material on, below or affecting the property that would cause a loss in value. No responsibility is assumed for such conditions or for any expertise or engineering assistance required to discover them. The intended user is urged to retain an expert in this field, if desired.

The specific land area was obtained from the survey provided to the appraiser. It is assumed that this information is accurate and has been utilized within this analysis.

The use of any hypothetical conditions or extraordinary assumption may impact the market values derived within this report

## NOVEL CORONAVIRUS

The Novel Coronavirus outbreak, declared a Global Pandemic by the World Health Organization on March 11, 2020, has caused uncertainty on a global scale in all sectors of society, including financial and real estate markets. President Trump issued a Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak on March 13, 2020. Since this declaration, the U.S. financial markets have seen severe fluctuations on a daily basis, due to the uncertainty of the length of the pandemic and the effect on the overall economy.

The ultimate effect of the COVID-19 outbreak on the regional and national scale is unknown at this time. Certain sectors of the real estate market (including the retail, office, and hospitality industries) have seen the most immediate impact. Further, extended periods of societal response (shelter-in-place, closed businesses, and restricted travel) will have a significant impact on some property values. Revenues, income streams, and the associated values continue to be affected as the outbreak and the national response continues.

The situation is unprecedented and the overall effect on real estate markets continues to be analyzed. Limited data showing the impact of the virus is available and there may be a future economic implications on real property valuations which cannot be fully measured at this time. Numerous interviews with market participants indicate that this lack of new data may continue in the near term. However, these discussions have shed some light on what could be expected in the future and this feedback has been incorporated into our market analysis and appraisal conclusions. The valuation within this appraisal report is based on the most current information as of the date of valuation and is subject to change as the situation continues to evolve.



# AREA ANALYSIS



The **Ambrose** Group
*Appraisal Services*

**AREA ANALYSIS**
**VenusVenus Land**

Analysis of the market area in which a particular property is located is an essential part of every appraisal. The subject property's market area is considered to be the Dallas - Fort Worth - Arlington Metropolitan Statistical Area (MSA), which encompasses thirteen counties: Wise, Denton, Collin, Hunt, Parker, Tarrant, Dallas, Rockwall, Kaufman, Hood, Johnson, Ellis, and Somervell County. The total land area consists of 8,991 square miles.



## POPULATION CHARACTERISTICS

The Dallas - Fort Worth - Arlington MSA is, by population, the largest metropolitan area in Texas, the largest in the South, and the 5th largest in the United States. The area's population has increased by over 1 million since the 2010 U.S. Census, from 6,366,542 to 7,694,138 in 2020. The region added 118,000 new residents in 2020 and has gained more residents than any other metropolitan area in the country.



AG # C-221393

**The Ambrose Group**
*Appraisal Services*

**AREA ANALYSIS**
**VenusVenus Land**

## ECONOMY

The Dallas - Fort Worth - Arlington MSA is a U.S. financial center, home to Comerica's corporate headquarters. In addition, Bank of America and Fidelity Investments maintain major operations and call centers within the region. Among the top employers in the area are JPMorgan Chase, Citigroup, and Wells Fargo. Charles Schwab relocated to Dallas after acquiring TD Ameritrade in a $26 billion transaction and occupies a sizeable campus, a recently completed phase of a new regional office complex. The Federal Reserve Bank of Dallas serves the 11th Federal Reserve District, which not only includes Texas, but also northern Louisiana and southern New Mexico.

| | Current level | | 12 Month Change | | 10 Year Change | | 5 Year Forcast | |
|---|---|---|---|---|---|---|---|---|
| Demographic Category | Metro | US | Metro | US | Metro | US | Metro | US |
| Population | 7,839,946 | 330,049,688 | 1.4% | 0.2% | 1.8% | 0.6% | 1.3% | 0.5% |
| Households | 2,731,010 | 123,304,938 | 1.3% | 0.1% | 1.6% | 0.7% | 1.6% | 0.4% |
| Median Household Income | $77,219 | $73,408 | 4.8% | 7.9% | 3.5% | 3.9% | 2.2% | 1.8% |
| Labor Force | 4,051,969 | 160,721,734 | 4.2% | 0.2% | 2.0% | 0.5% | 0.9% | 0.7% |
| Unemployment | 6.2% | 6.2% | -2.2% | -3.3% | 0% | -0.3% | - | - |
| *Source: Oxford Economics* | | | | | | | | |





## FORTUNE 500 COMPANIES

The Dallas - Fort Worth - Arlington MSA is the only region in the U.S. to host three Fortune 10 companies (Exxon Mobil, McKesson, and AT&T), while no other metro area has more than one. The Dallas - Fort Worth - Arlington MSA has no corporate or personal income tax at the state level, and companies operating in the Dallas area have one of the lowest overall tax burdens in the country, which continues to draw Fortune and Global 500 headquarters.

| Fortune 500 Companies Headquartered in Dallas-Ft Worth | | | | | |
|---|---|---|---|---|---|
| Rank | Company | Revenue ($ Billion) | Rank | Company | Revenue ($ Billion) |
| 9 | AT&T | 181 | 222 | Texas Instruments | 14 |
| 3 | Exxon Mobile | 264 | 240 | Core-Mark Holding | 13 |
| 8 | McKesson | 214 | 270 | Vista Energy | 11 |
| 59 | Energy Transfer | 54 | 286 | J.C. Penny | 11 |
| 70 | Amerrican Airlines Group | 45 | 341 | Pioneer Natural Resour | 9 |
| 141 | Southwest Airlines | 22 | 361 | Yum Chain Holdings | 8 |
| 174 | Tenet Healthcare | 18 | 421 | Dean Foods | 7 |
| 175 | Kimberly Clark | 18 | 425 | Builders FristSource | 7 |
| 181 | Fluor | 17 | 464 | GameStop | 6 |
| 183 | D.R. Horon | 17 | 470 | Celanese | 6 |
| 184 | HollyFrontier | 17 | 483 | EnLink Midstream | 6 |
| 206 | Jacobs Engineering Group | 15 | 491 | Commercial Metals | 5 |
| *Fortune.com based on Revenue from 2020* | | | | | |



AG # C-221393

## EMPLOYMENT

With annualized growth of about 3%, the Dallas - Fort Worth - Arlington MSA is the 5th largest metropolitan area in the nation and consistently ranks among the top metro areas for jobs growth. Employment is expected to continue this growth trend over the next five years. Companies like Uber have announced that it will open offices in Deep Ellum, employing at least 3,000, while USAA added 800 employees to its new office building, bringing the total number of employees in the region to 2,000. The new Black & Decker distribution center will also add 300 jobs to the region.



## UNEMPLOYMENT

Unemployment for the country spiked in April 2020 once the COVID-19 stay at home order was announced. The unemployment rate in the Dallas - Fort Worth - Arlington MSA is consistently lower than both the Texas and U.S. averages. However, since January the MSA rate was higher than the national average.



AG # C-221393

The **Ambrose** Group
*Appraisal Services*

**AREA ANALYSIS**
**VenusVenus Land**



| | Jan- | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MSA | 6.5 | 6.8 | 6.5 | | | | | | | | | |
| Texas | 7.3 | 7.5 | 7.2 | | | | | | | | | |
| US | 6.3 | 6.2 | 6.0 | | | | | | | | | |
| 2020 - MSA | 3.3 | 3.2 | 4.6 | 12.5 | 11.4 | 9.8 | 8.8 | 6.3 | 7.2 | 6.2 | 6.2 | 6.0 |
| 2020 Texas | 3.7 | 3.5 | 5.1 | 12.8 | 11.8 | 10.3 | 9.6 | 6.9 | 8.0 | 6.9 | 6.9 | 6.7 |
| 2020 US | 3.5 | 3.5 | 4.4 | 14.8 | 13.3 | 11.1 | 10.2 | 8.4 | 7.8 | 6.9 | 6.7 | 6.7 |

## BUILDING PERMITS

As the COVID-19 pandemic's economic impact brought construction to a halt in most top markets, the Dallas region continues to build. North Texas has been one of the country's top construction markets in the past few years, second only to New York City. There is 7.5 million square feet under construction as the market has been inundated with build-to-suit projects. Over the past 12 months 4.1 million square feet of new space was delivered. Noteworthy projects in the area include a 150,000-square-foot office addition by USAA (adjacent to its current Plano location), while Amazon became the largest industrial user in the region by adding an additional six million square feet. Furthermore, a 1.5 million-square-foot distribution facility was developed by Home Depot near Grand Prairie and Stanley Black & Decker completed a distribution center in Alliance that comprises 1.2 million square feet. (*CoStar*)

The chart on the following page compares building permits from 2020 to 2021 on monthly data based on data from the Texas A&M Real Estate Research Center.

AG # C-221393



## CONCLUSION

The Dallas - Fort Worth - Arlington MSA is a key U.S. financial center and currently ranks as the 5th largest among the U.S. metropolitan statistical areas. The unemployment rate in the Dallas - Fort Worth - Arlington MSA is consistently lower than both the state and national averages, with the exception of the first three months of 2021. The market indicators are demonstrating strong growth in multiple sectors, including employment and construction. These factors indicate a positive outlook for the overall health of the region.



The **Ambrose** Group
*Appraisal Services*

# COVID-19 ANALYSIS



The **Ambrose** Group
*Appraisal Services*

COVID-19 ANALYSIS
**VenusVenus Land**

## TIMELINE

**JAN 2020**

The 1st instance of COVID-19 in the U.S.

**MAR 2020**

World Health Organization (WHO) declares COVID-19 a worldwide pandemic.

Stay-at-home order declared by many states.

**MAY 2020**

20-First COVID-19 vaccine is tested on people by Moderna, Inc.

**SEP 2020**

CDC advises states to prepare to distribute vaccine as soon as November 1st.

**OCT 2020**

The FDA approves the antiviral drug Veklury (remdesivir) for the treatment of hospitalized COVID-19 patients.

**NOV 2020**

The experimental drug bamlanivimab is a treatment for mild to moderate COVID-19 in adults and children over age 12 who are at high risk.

**DEC 2020**

The FDA authorizes Pfizer's two-dose vaccine for emergency use in people ages 16 and older. A week later, the FDA authorizes Moderna's two-dose vaccine for people 18 and older.

**2021**

**FEB 2021**

Number of Americans who have received a COVID-19 vaccine surpasses total number of cases in the U.S. (Bloomberg vaccine tracker).

**APR 2021**

U.S. announces $100 million in aid for India with an initial delivery of 1,100 oxygen cylinders.

WHO approves Moderna for emergncy use.

**MAY 2021**

WHO grants emergency authorization to China's Sinopharm vaccine.

WHO classifies the coronavirus variant spreading in India, B.1.617 or Delta variant.

**JUN 2021**

One billion doses of vaccine administered world wide.

**JUL 2021**

According to the CDC the Delta variant has become the dominant COVID-19 strain.

Fully vaccinated can catch and spread the Delta variant (CDC).

**AUG 2021**

US reaches a 70 percent vaccinate rate.

FDA authorizes COVID-19 vaccine booster for people with weak immune systems.

**SEPT 2021**

CDC to invest $2.1 billion to fight COVID-19 and other infection in health-care facilities.

**OCT 2021**

FDA authorizes Pfizer-BioNTech COVID-19 vaccine for children as young at 5.

**NOV 2021**

FDA authorizes COVID-19 vaccine booster for all adults.

CDC identified the first known U.S. case of the Omicron variant in California.

**DEC 2021**

Omicron variant accounts for most U.S. COVID-19 cases.

FDA cleared new COVID-19 therapy molnupiravir, a pill that high risk adults can take at home to avoid sever disease.

**2022**

**JAN 2022**

U.S. COVID-19 hospitalizations hit new recod high with new cases suprassing the 600,00 mark.

AG # C-221393

**The Ambrose Group**
*Appraisal Services*

**COVID-19 ANALYSIS**
**VenusVenus Land**

The outbreak of COVID-19 has had a devastating impact worldwide and continues to impact the economy. The Ambrose Group is monitoring current events and how they are affecting the commercial real estate market. Different property types will be affected in varying degrees of severity and each market segment has been analyzed individually. The chart below outlines the impact on each property type.

| PROPERTY TYPE | IMPACT |
| --- | --- |
|  | • According to the American Hotel & Lodging Association, impact to the travel industry is nine times worse than 9/11, which has led to low hotel revenue and unprecedented job loss.<br><br>• Hotels add 200,000 direct hotel operations jobs in 2021 but remains nearly 500,000 jobs below the industry's pre-pandemic employment level of 2.3 million employees.<br><br>• In May 2021 all major U.S. hotel markets turned a profit for the first time since the pandemic. However, profits in Houston are three times lower than February 2020, just before start of the pandemic. (Hotel profits across the nation are currently at about 70% of their 2019 level.)<br><br>• Average daily rates increased by 8% over the summer months with occupancy rate returning to pre-pandemic levels in July. |
|  | • Hiring increased in 2021, but many retailers are struggling to fill jobs.<br><br>• Many retailers are now in a tough spot—83% are investing heavily in employee recruitment and retention.<br><br>• E-Commerce is the fastest growing segment in the retail industry with many consumers shopping online due to health and safety.<br><br>• Analysts at Bank of America found that spending for clothing increased 27% for the week ending Sept. 11. |
|  | • 1.4 million jobs were lost during the early days of the pandemic, the largest loss for the manufacturing labor force in more than a decade.<br><br>• While manufacturing activity incased in August, employment dropped to a nine-month low due to worker scarcity.<br><br>• Significant supply chain disruptions have caused struggles to keep up with demand despite the growth in the sector through 2020 and into 2021.<br><br>• High cost of raw materials is still a growing concern. |
|  | • Companies are downsizing office space since many workers are working remotely.<br><br>• Video conferencing has drastically improved with online applications. Platforms such as TEAMS by Microsoft and Zoom have made it possible to collaborate remotely.<br><br>• Only about 20% of offices in New York and San Francisco were being used during the week ended June 23, while cities in Texas had occupancy rates of around 50% |



- The Delta variant slowed recovery for this sector, which is now further delayed due to the Omicron variant.

| PROPERTY TYPE | IMPACT |
|---|---|
|  | • Multi-family housing has fared well compared to other assets because people need a place to live. However, with many people working from home, multi-family developers have had to rethink the services and amenities they offer.<br><br>• Building permits for multi-family housing were up 29.29% in October and 29.35% in November 2021 compared to 2020. (*Real Estate Center at Texas A&M University.)*<br><br>• The CDC put eviction moratoriums in place in September 2020 has affected the income of "mom and pop" landlords, or smaller investors, who own almost half of all residential rental stock.<br><br>• On a month-by-month basis, rents rose 1.7% in August, and all top 30 metros posted positive rent growth.<br><br>• Larger professionally managed properties that cater to a more upscale tenant base are performing better than assets and tenants in smaller properties. |
|  | • According to a report by the Real Estate Center at Texas A&M University, Texas rural land purchases jumped to a record $1.69 billion in acquisition. A total of 552,707 acres of rural land changed hands. (March 2021)<br><br>• Agricultural and crop land may serve as a hedge against an economic downturn. Key for this sector is land that is well-suited for agribusiness, as food and agricultural operations has been declared an essential operation (U.S. Dept of Homeland Security). |

While most property types have been impacted by COVID-19 pandemic induced economic recession, there are certain sectors that have remained resilient. Multi-family complexes, and agricultural land have remained marginally stable, while luxury hotels and office properties have experienced a larger negative economic impact. The retail environment has shifted to a more online presence, and brick and mortar stores have turned into mini fulfillment centers or pick up locations. The hotel sector has partially rebounded becoming a bright spot in recent months for the economy. Retail has also seen a slight uptick with an increase in consumer spending, but retailers are struggling to keep up with hiring enough workers. The COVID-19 pandemic is unprecedented and future developments are extremely fluid, as there is still tremendous uncertainty on the ultimate economic impact on commercial real estate markets.



# NEIGHBORHOOD ANALYSIS



According to the Dictionary of Real Estate Appraisal, Seventh Edition, published by the Appraisal Institute a neighborhood is defined as follows:

> *"A group of complementary land uses; a congruous grouping of inhabitants, buildings, or business enterprises."*

Neighborhoods are assigned to such uses as residential, commercial, industrial, agricultural, civic activities, or a mixture of these uses. Various factor such as: economic, social, political, and physical forces affect a neighborhood directly and influence the individual property, so analysis of the neighborhood is imperative.

## DELINEATION

The subject property is located in Venus, Texas, approximately 28 miles southwest of the Dallas Central Business District and approximately 25 miles southeast of the Fort Worth Central Business District. The subject neighborhood boundaries are considered to be a three-mile radius around the subject property.

## GENERAL CHARACTERISTICS

The subject is located in an unincorporated area of the City of Venus. The subject neighborhood is defined as a stable area of Johnson County consisting primarily of commercial, retail, office, and industrial uses located along the primary roadways, with residential properties located along secondary roadways. The subject neighborhood is considered to have good access to Midlothian, Mansfield, Alvarado, Maypearl, Dallas, the surrounding counties and the larger Metroplex region. Land uses along U.S. Highway 67 near the immediate vicinity consist primarily of vacant land with some single-family residential as well as commercial properties located to the east near Midlothian. Various schools within the Venus Independent School Districts are located within the subject neighborhood.

## TRANSPORTATION

Accessibility from major transportation sources is a primary factor in generating demand for real estate. The transportation network surrounding the subject neighborhood is favorable due to the presence of U.S. Highway 67. U.S. Highway 67 is a primary highway servicing the subject neighborhood in a northeast to southwest direction, providing access to Midlothian and Dallas to the northeast and to Alvarado to the southeast.

Other major thoroughfares in the area include South Main Street, 5th Street, Bulldog Drive, and Student Drive. The following map and table depicts the traffic counts for the subject location, as well as nearby secondary and primary thoroughfares.



The **Ambrose** Group
*Appraisal Services*

**NEIGHBORHOOD ANALYSIS**
**VenusVenus Land**

**Traffic Count Map**



*Source: CoStar*

| TRAFFIC COUNTS BY STREET NAME | | | |
|---|---|---|---|
| Collection Street | Cross Street | Cross Street Distance | Average Daily Volume |
| County Road 110 | 5th Street | 0.15 Northeast | 93 |
| West County Road 109 | County Road 109 | 0.09 Northeast | 516 |
| County Road 213 | East Henderson Street | 0.15 Northwest | 935 |
| East Henderson Street | Hickory Street | 0.18 East | 15,000 |
| East Henderson Street | Hickory Street | 0.09 East | 17,618 |
| West US 67 | Hickory Street | 0.09 East | 18,315 |
| Hickory Street | Venus Larue Circle | 0.04 North | 1,399 |
| County Road 501 | Pecan Ridge Drive | 0.13 Northeast | 438 |



**The Ambrose Group**
*Appraisal Services*

**NEIGHBORHOOD ANALYSIS**
**VenusVenus Land**

| 980 COUNTY ROAD 110 & 324 WEST COUNTY ROAD 109, VENUS, TEXAS 76084 RELEVANT DEMOGRAPHIC INFORMATION | | | |
|---|---|---|---|
| | 1-Mile Radius | 3-Mile Radius | 5-Mile Radius |
| **Population:** | | | |
| 2026 Projection | 1,113 | 9,030 | 20,137 |
| 2021 Estimate | 960 | 7,647 | 17,068 |
| 2010 Census | 787 | 5,407 | 12,161 |
| Growth 2021 - 2026 | 15.94% | 18.09% | 17.98% |
| Growth 2010 - 2021 | 21.98% | 41.43% | 40.35% |
| | | | |
| **Households:** | | | |
| 2026 Projection | 299 | 2,679 | 6,044 |
| 2021 Estimate | 255 | 2,251 | 5,102 |
| 2010 Census | 187 | 1,468 | 3,485 |
| Growth 2021 - 2026 | 17.25% | 19.01% | 18.46% |
| Growth 2010 - 2021 | 36.36% | 53.34% | 46.40% |
| | | | |
| 2021 Average Household Income: | $74,815 | $81,355 | $77,605 |
| 2021 Median Household Income: | $70,714 | $71,712 | $65,277 |
| Average Household Size | 2.9 | 3.0 | 3.2 |

*Source: **CoStar***

## DEMOGRAPHIC PROFILE

In order to gauge the viability of the area's demographic profile, we obtained economic information from *CoStar*. This provides further support for the environment of the local economy and its residents. The adjacent table summarizes additional data utilized within this appraisal to gauge the status of the local market.

Based on the data, the area within a three-mile radius of the subject property has experienced a 41.43% increase in population since 2010. This area is expected to report an additional increase of 18.09% through 2026. The larger five-mile radius from the subject property experienced a 40.35% increase in total population since 2010. The population in the larger five-mile trade-area is expected to report an additional increase of 17.98% through 2026.





AG # C-221393

## SUMMARY

The subject is positioned along the northeast corner of County Road 110 and County Road 213 and the north line of County Road 109, east of County Road 213, less than half of one mile south of U.S. Highway 67 in Venus, Texas. The subject's neighborhood is located in Johnson County and is characterized by a variety of property uses. Access through the neighborhood is considered good. Strengths of the subject neighborhood include access to U.S. Highway 67, as well as a growing population. In the short-term, we anticipate property values in the subject neighborhood to remain stable. Due to the overall strengths of the neighborhood, we expect long-term growth to be moderate.

However, the effect of the COVID-19 outbreak on the regional and national scale is unknown at this time. Certain sectors of the real estate market (including the retail, office, and hospitality industries) will most likely see the most immediate impact. However, an extended period of societal response (shelter-in-place, closed businesses, and restricted travel) could have a significant impact on property values. Revenues, income streams, and the associated values could change rapidly as the outbreak and the national response continues.



**Neighborhood Map**





# SITE DATA



An analysis of the subject site is particularly important in determining its highest and best use and for separate valuation from the improvements. A survey of the subject was provided to the appraiser. A plat map was obtained from the Central Appraisal District of Johnson County. The following table provides a detailed description of the most important factors that pertain to the subject site.

| Site Analysis Summary | | |
|---|---|---|
| **Subject Property** | | |
| **DESCRIPTION** | | |
| **Size** | 201.7843 Acres | 8,789,725 Sq. Ft. |
| **Legal Description** | | |
| | Tract 1, B.B.B. & C.R.R. CO. Survey, Abstract No. 93, Johnson County, Texas, and Tract 2, Jackson Smith Survey, Abstract No. 758, Johnson County, Texas | |
| **LOCATION** | | |
| **Location** | South line of County Road 110 East of County Road 213, and the northeast corner of County Road 110 and County Road 213, and the north line of County Road 109, west of County Road 214 | |
| **Address** | 980 County Road 110, Venus, TX 76084 | |
| **PHYSICAL CHARACTERISTICS** | | |
| **Primary Roadway Frontage** | County Road 110 | 3,308 Linear Feet |
| **Secondary Roadway Frontage** | County Road  213 | 2,640 Linear Feet |
| **Tertiary Roadway Frontage** | County Road 109 | 843 Linear Feet |
| **Shape** | The site is irregularly shaped | |
| **Topography** | Level | |
| **Drainage** | Generally level and well-drained at the date of the site visit | |
| **STREET IMPROVEMENTS** | | |
| **Primary Roadway Construction** | Two-lane, gravel paved roadway, with open ditch drainage | |
| **Secondary Roadway Construction** | Two-lane, asphalt paved roadway, with open ditch drainage | |
| **Tertiary Roadway Construction** | Two-lane, asphalt paved roadway, with open ditch drainage | |
| **SURROUNDINGS** | | |
| **Adjacent North** | Vacant | |
| **Adjacent East** | Vacant | |
| **Adjacent South** | Rural Residential | |
| **Adjacent West** | Rural Residential | |
| **FLOOD** | | |
| **FloodMap Panel No.** | 48251C0250J | |
| **Flood Zone** | X | |
| **UTILITIES TYPE** | | |
| **Water** | Co-Op Water | |
| **Sewer** | Septic | |

## EASEMENTS

The subject has standard utility easements. However, these easements are not believed to impact the overall development of the entire property. The provided survey did not reveal encroachments, easements, zoning violations, or other matters of interest that would warrant modification of the appraised value. However, we are not surveyors, and we make no guarantee regarding this determination.



The **Ambrose** Group
*Appraisal Services*

**SITE DATA**
**VenusVenus Land**

## RESTRICTIONS/ZONING

The subject is located within an unincorporated area of the City of Venus where zoning restrictions are not applicable. Therefore, with the exception of deed restrictions, building codes, environmental regulations, etc., any use is considered legally permissible. There are no other significant legal constraints which would restrict development of the subject property.

Provided on the following pages are a plat map, aerial, surveys of the subject site, and photographs of the subject property, taken on the date of the site visit.





**PLAT MAP**



The **Ambrose** Group
*Appraisal Services*

**SITE DATA**

**VenusVenus Land**



**AERIAL**



AG # C-221393



# 47.8527 ACRE SURVEY



**153.9273 ACRE SURVEY**







 



The Ambrose Group
*Appraisal Services*

HIGHEST & BEST USE
Venus Venus Land

# HIGHEST & BEST USE



A property must be appraised in terms of its highest and best use. According to <u>The Dictionary of Real</u> <u>Estate Appraisal</u>, Seventh Edition, published by the Appraisal Institute in 2022, Page 88, highest and best use is defined as follows:

1) *The reasonably probable use of property that results in the highest value. The four criteria that the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity.*

2) *The use of an asset that maximizes its potential that is possible, legally permissible, and financially feasible. The highest and best use may be for continuation of an asset's existing use or for some alternative use. This is determined by the use that a market participant would have in mind for the asset when formulating the price that it would be willing to bid.*

3) *The highest and most profitable use for which the property is adaptable and needed or likely to be needed in the reasonably near future.*

In determining the highest and best use of the subject property, careful consideration was given to the economic, legal and social factors which motivate investors to develop, manage, own, buy, sell, and lease real estate. The definition of highest and best use indicated there are two considerations. The first consideration is the highest and best use for a site as though vacant. The second is the highest and best use of a property as improved. The subject site will be analyzed as vacant, followed by an analysis of the property as improved when applicable.

The procedure used in this report to estimate the highest and best use of the subject site was to consider, in sequence, the site's legal use, its possible use, its feasible use, and, finally, the optimum, or highest and best use. Data collected and analyzed for purposes of the Neighborhood Analysis and particularly the Site Data, was useful in arriving at a final decision.



## HIGHEST AND BEST USE – AS VACANT

### LEGALLY PERMISSIBLE

Private (deed) restrictions, zoning regulations, building codes, historic district controls, and environmental regulations can often preclude many possible highest and best uses. The subject is located within an unincorporated area of the City of Venus where zoning restrictions are not applicable. Therefore, with the exception of deed restrictions, building codes, environmental regulations, etc., any use is considered legally permissible. There are no other significant legal constraints that would restrict development of the subject property.

### PHYSICALLY POSSIBLE

Size, terrain, and utility availability are generally considered the most important factors in determining uses to which land may be developed. The size of a tract of land is important for determination of possible uses because some small tracts, due to limited size, can reach their optimum use only as part of an assemblage of several tracts. Large tracts, on the other hand, are not restricted by size and have a much wider range of possible uses.

The subject site comprises 201.7843 acres (8,789,725 square feet) of land which is large enough to accommodate many possible uses.

A tract's topography and subsoil conditions are also important considerations in determining its possible uses. If a site's topography or subsoil conditions make utilization restrictive and costly, the site's potential future use is adversely affected. As mentioned previously in the Site Data section of this report, at the date of the site visit, the subject appeared to be Generally level and well-drained at the date of the site visit. In addition, there are no apparent soil or subsoil conditions which would adversely affect construction, as evidenced by nearby improvements.

The possible uses of a tract are also dependent upon the site's utility availability and capacity. If a site has no access to utility service and cannot acquire access, it is virtually impossible to develop. Of equal importance is a site's utility capacity. A tract which does not have, and cannot acquire, high density utility capacity is restricted from some commercial property uses. The subject property has access to public water and sewer services from the City of Venus.

### FINANCIALLY FEASIBLE

From a financial standpoint, any property use which is expected to produce a positive rate of return is regarded as being feasible. Factors dictating which property uses are feasible include those which determine the possible and legal uses as well as other important factors such as: the shape, frontage, and location of the tract; access to the tract; adjacent property uses (in the interest of conformity); and the general neighborhood characteristics. These factors, along with pertinent market information, help determine what returns could be expected from alternative property uses.



The subject has legal and possible uses which include residential, retail, office, or commercial uses. Based on the land uses in similar locations and given the visibility of the subject, we believe the most likely use of the property would be for residential or commercial development.

## HIGHEST AND BEST USE AS IF VACANT

After considering the legal, possible, and feasible uses, it is our opinion that the highest and best use of the subject, as vacant, is for residential or commercial use.



**The Ambrose Group**
*Appraisal Services*

# SALES COMPARISON APPROACH



The Sales Comparison Approach is one of the three approaches used to derive market value. It is explained in The Appraisal of Real Estate, Fourteenth Edition by the Appraisal Institute, Page 377, as follows:

> *"The process of deriving a value indication for the subject property by comparing similar properties that have recently sold with the property being appraised, identifying appropriate units of comparison, and making adjustments to the sale prices (or unit process, as appropriate) of the comparable properties based on relevant, market-derived elements of comparison. The sales comparison approach may be used to value improved properties, vacant land, or land being considered as though vacant when an adequate supply of comparable sales is available."*

The comparative analysis in the Sales Comparison Approach focuses on similarities and differences that affect value, which may include variations in property rights, financing terms, market conditions, and physical characteristics, among others. Elements of comparison are tested against market evidence using paired sales, trend analysis, statistics, and other techniques to identify which elements of comparison within the data set of comparable sales are responsible for value differences.

This approach is applied in the following steps (taken from The Appraisal of Real Estate, Fourteenth Edition, by the Appraisal Institute, Pages 381-382):

1. *Research the competitive market for information on properties that are similar to the subject property and that have recently sold, are listed for sale, or under contract. Information on agreements of sale, options, listings, and bona fide offers may also be collected. The characteristics of the properties such as property type, date of sale, size, physical characteristics, location, and land use constraints should be considered. The goal is to find a set of comparable sales or other evidence such as property listings or contracts as similar as possible to the subject property to ensure they reflect the actions of similar buyers.*

2. *Verify the information by confirming that the data obtained is factually accurate and that the transaction reflect arms'-length, market considerations.*

3. *Select the most relevant units of comparison used by market participants in the market (e.g.: price per acre, price per square foot, price per front foot, or price per dwelling unit) and develop a comparative analysis for each unit.*

4. *Look for differences between the comparable sales properties and the subject property using all appropriate elements of comparison. Then adjust the price for each sale property, reflecting how it differs, to equate it to the subject property or eliminate that property as a comparable.*

5. *Reconcile the various value indications produced from the analysis of comparables into a value conclusion.*



Listed on the following pages are several comparable land sales which are believed to be similar to the subject. Following these sales is a Land Sales Summary which presents the important factors of comparison that will be used in our analysis.



**The Ambrose Group**
*Appraisal Services*

**SALES COMPARISON APPROACH**

**VenusVenus Land**

## LAND COMPARABLE 1



| | |
|---|---|
| **Name** | 34681 |
| **Address** | Robinett Road |
| **City, State, Zip** | Waxahachie, TX 75165 |
| **CBSA Name** | Dallas-Fort Worth-Arlington |
| **County** | Ellis |
| **ID** | 34681 |
| **Tax ID** | 223474 |
| **Legal Description** | RA Davis, Abstract #318, E. Rice, Abstract #51, Waxahachie, Ellis County, Texas |
| **Location** | Southwest line of Robinett Road, north line of Grove Creek Road, terminus of Bent Creek Drive |

### TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| **Grantor** | Ettore Regalzi | **Property Rights** | Fee Simple |
| **Grantee** | Robin Kelly | **Financing** | Cash to Seller |
| **Book/Page or Reference Doc** | 20191118 | **Conditions of Sale** | Arm's Length |
| **Date** | 11/15/2019 | **Transaction Type** | Closed Sale |
| **Price** | $1,334,133 | **Verification** | Broker, (972) 937-6841 |
| **Price Per Acre** | $9,100 | | |

### SITE INFORMATION

| | | | |
|---|---|---|---|
| **Acres** | 146.61 | **Topography** | Level |
| **Land SF** | 6,386,244 | **Zoning** | Not Zoned & Residential |
| **Utilities** | Public | **Flood Zone** | X & AE (Less than 25%) |
| **Shape** | Irregular | **Encumbrance or Easement** | Standard |
| **Road Frontage** | FF: Rabinett Road, FF: Grove Creek Road, FF: Bent Creek Drive | **Environmental Issues** | None Known |

### COMMENTS

This is a sale of a vacant land tract in Waxahachie.  The surrounding land uses include vacant land and single-family residential.



**The Ambrose Group**
*Appraisal Services*

**SALES COMPARISON APPROACH**

**VenusVenus Land**

## LAND COMPARABLE 2



| | |
|---|---|
| **Name** | Database Record 38332 |
| **Address** | 3210 Plainview Road |
| **City, State, Zip** | Midlothian, TX 76065 |
| **CBSA Name** | Dallas-Fort Worth-Arlington |
| **County** | Ellis |
| **ID** | 38332 |
| **Tax ID** | 185874 |
| **Legal Description** | Out of the A. Howell Survey, Abstract No. 520, Midlothian, Ellis County, Texas |
| **Location** | South line of Plainview Road, east of Mount Zion Road |

### TRANSACTION

| | | | |
|---|---|---|---|
| **Grantor** | Lewis Kathleen Stuart ETAL | **Property Rights** | Fee Simple |
| **Grantee** | Adam Unlimited, Inc. | **Financing** | Cash to Seller |
| **Book/Page or Reference Doc** | 20201220 | **Conditions of Sale** | Arm's Length |
| **Date** | 12/17/2020 | **Transaction Type** | Closed Sale |
| **Price** | $3,096,000 | **Verification** | Broker (817-467-1889) |
| **Price Per Acre** | $18,000 | | |

### LAND

| | | | |
|---|---|---|---|
| **Acres** | 172.00 | **Topography** | Level - Open |
| **Land SF** | 7,492,320 | **Zoning** | Not Zoned |
| **Utilities** | Public | **Flood Zone** | X (70%) and AE (30%) |
| **Shape** | Irregular | **Encumbrance or Easement** | None Known |
| **Road Frontage** | FF: Plainview Road | **Environmental Issues** | None Known |

### COMMENTS

This property is located along an interior roadway, with dense  residential development located to the west, and vacant land located to the east.



**The Ambrose Group**
*Appraisal Services*

**SALES COMPARISON APPROACH**

**VenusVenus Land**

## LAND COMPARABLE 3



| | |
|---|---|
| **Name** | Waxahachie Land 38389 |
| **Address** | 662 FM 876 |
| **City, State, Zip** | Waxahachie, TX 75167 |
| **CBSA Name** | Dallas-Fort Worth-Arlington |
| **County** | Ellis |
| **ID** | 38389 |
| **Tax ID** | 190467 |
| **Legal Description** | Lot 24, Block B, Rocky Falls, W. M. Stewart Survey, Abstract 956, Ellis County, Texas |
| **Location** | West line of FM 876, south of Interstate Highway 35E |

### TRANSACTION

| | | | |
|---|---|---|---|
| **Grantor** | Eric Olson, Christina Olson | **Property Rights** | Fee Simple |
| **Grantee** | Vernon Jack Development, LLC | **Financing** | Cash to Seller |
| **Book/Page or Reference Doc** | 202148778 | **Conditions of Sale** | Arm's Length |
| **Date** | 8/19/2021 | **Transaction Type** | Closed Sale |
| **Price** | $4,398,066 | **Verification** | Purchase Contract |
| **Price Per Acre** | $18,064 | | |

### LAND

| | | | |
|---|---|---|---|
| **Acres** | 243.47 | **Topography** | Level |
| **Land SF** | 10,605,553 | **Zoning** | Not Zoned |
| **Utilities** | Private, Septic | **Flood Zone** | X (95%) and AE (5%) |
| **Shape** | Irregular | **Encumbrance or Easement** | Standard |
| **Road Frontage** | FF: FM 876 | **Environmental Issues** | None Known |

### COMMENTS

This property is located along a secondary roadway, with surrounding land use including single-family residential and vacant land. The property was purchased for the development of a subdivision.



**The Ambrose Group**
*Appraisal Services*

**SALES COMPARISON APPROACH**

**VenusVenus Land**

### LAND COMPARABLE 4



| | | | |
|---|---|---|---|
| **Name** | 42611 | | |
| **Address** | 1220 North Cummings Drive | | |
| **City, State, Zip** | Alvarado, TX 76009 | | |
| **CBSA Name** | Dallas-Fort Worth-Arlington | | |
| **County** | Johnson | | |
| **ID** | 42611 | | |
| **Tax ID** | 126073700300, 126073700290 | | |
| **Legal Description** | Tract 6 & 8, Abstract No. 737, Johnson County, Texas | | |
| **Location** | Southeast corner of North Cummings Drive and Cummings Road | | |

**TRANSACTION**

| | | | |
|---|---|---|---|
| **Grantor** | Mark James Robinson | **Property Rights** | Fee Simple |
| **Grantee** | Agave Trail Development, LLC | **Financing** | Cash to Seller |
| **Book/Page or Reference Doc** | 202115490 | **Conditions of Sale** | Arm's Length |
| **Date** | 4/29/2021 | **Transaction Type** | Closed Sale |
| **Price** | $2,750,000 | **Verification** | Broker (817-487-9531) |
| **Price Per Acre** | $21,931 | | |

**LAND**

| | | | |
|---|---|---|---|
| **Acres** | 125.40 | **Topography** | Level |
| **Land SF** | 5,462,250 | **Zoning** | Not Zoned |
| **Utilities** | All Available | **Flood Zone** | Zone X |
| **Shape** | Irregular | **Encumbrance or Easement** | Standard Utility Easements |
| **Road Frontage** | FF: North Cummings Drive; Cummings Road | **Environmental Issues** | None Known |

**COMMENTS**

This tract of land was vacant at the time of sale. The surrounding land uses include vacant land and residential developments.



**The Ambrose Group**
*Appraisal Services*

**SALES COMPARISON APPROACH**

**VenusVenus Land**

## LAND COMPARABLE 5



| | |
|---|---|
| **Name** | 42616 |
| **Address** | 6091 County Road 1010 |
| **City, State, Zip** | Joshua, TX 76058 |
| **CBSA Name** | Dallas-Fort Worth-Arlington |
| **County** | Johnson |
| **ID** | 42616 |
| **Tax ID** | R000021991 |
| **Legal Description** | Tract 2, Abstract No. 921, Johnson County, Texas |
| **Location** | Southwest corner of County Road 1010 just south of County Road 905 |

**TRANSACTION**

| | | | |
|---|---|---|---|
| **Grantor** | Sharon Greenfield | **Property Rights** | Fee Simple |
| **Grantee** | Jp Parent, LLC | **Financing** | Cash to Seller |
| **Book/Page or Reference Doc** | 202205649 | **Conditions of Sale** | Arm's Length |
| **Date** | 2/16/2022 | **Transaction Type** | Closed Sale |
| **Price** | $4,515,606 | **Verification** | Broker (817-654-3350) |
| **Price Per Acre** | $18,037 | | |

**LAND**

| | | | |
|---|---|---|---|
| **Acres** | 250.35 | **Topography** | Level |
| **Land SF** | 10,905,246 | **Zoning** | Not Zoned |
| **Utilities** | No Sewer | **Flood Zone** | Zone X |
| **Shape** | Rectangular | **Encumbrance or Easement** | Standard Utility Easements |
| **Road Frontage** | FF: County Road 1010 | **Environmental Issues** | None Known |

**COMMENTS**

This property was vacant at the time of sale. The surrounding land uses include vacant land and rural residential developments.



The Ambrose Group
*Appraisal Services*

SALES COMPARISON APPROACH

VenusVenus Land



## LAND SALES ANALYSIS

The vacant land sales listed on the previous pages are considered to be some of the most comparable to the subject (land only) of all those occurring in the recent years. These sales are summarized in the grid as follows.

| Comp | Date | Acres | Price Per Acre | Location |
|---|---|---|---|---|
| Subject | | 201.78 | | South line of County Road 110 East of County Road 213, and the northeast corner of County Road 110 and County Road 213, and the north line of County Road 109, west of County Road 214 |
| 1 | 11/15/2019 | 146.61 | $9,100 | Southwest line of Robinett Road, north line of Grove Creek Road, terminus of Bent Creek Drive |
| 2 | 12/17/2020 | 172.00 | $18,000 | South line of Plainview Road, east of Mount Zion Road |
| 3 | 8/19/2021 | 243.47 | $18,064 | West line of FM 876, south of Interstate Highway 35E |
| 4 | 4/29/2021 | 125.40 | $21,931 | Southeast corner of North Cummings Drive and Cummings Road |
| 5 | 2/16/2022 | 250.35 | $18,037 | Southwest corner of County Road 1010 just south of County Road 905 |
| Min | 11/15/2019 | 125.40 | $9,100 | |
| Max | 2/16/2022 | 250.35 | $21,931 | |
| Listing | N/A | 148 | $25,000 | Southwest corner of County Road 505 and County Road 615, and the southeast corner of County Road 505 and County Road 2738 |

When comparing these sales to the subject, the factors considered to be the most critical were: financing/conditions of sale, market conditions, location, corner influence, size, utilities, zoning, flood zone, and other physical characteristics. Each sale is compared to the subject and the following is a discussion of the comparisons used in our analysis.



**The Ambrose Group**
*Appraisal Services*

## PROPERTY RIGHTS CONVEYED

The interest valued or conveyed at the time of the transaction can have a significant impact in the sales price of a property. Adjustments are made when the interest valued is not the full fee simple value. This is applicable when a property is encumbered by a lease at a rate that is above or below the market lease rate. The subject property is analyzed in fee simple estate.

## FINANCING TERMS AND CONDITIONS OF SALE

Prices paid in acquiring real property may differ significantly due to varying factors. One such factor which typically influences the price paid for real estate involves the financing and terms of sale. Based on a comparison of the sales data, no adjustment is required for these factors.

## MARKET CONDITIONS (DATE OF SALE)

The sales occurred from November 2019 to February 2022. As of the date of the appraisal, it is the appraiser's opinion that based on an analysis of the comparable data, the subject's market has recovered from any perceived negative effect of the COVID-19 outbreak. As such, no adjustments are required for this element of comparison.

## LOCATION

This, in our opinion, is an important factor affecting property values in the subject area. Those properties having frontage along major or primary roadways or near major commercial retailers are superior to those properties located on secondary roadways or not near major retailers. Proximity to major commercial areas, such as a business district, is also important in many instances. The subject property is located at the South line of County Road 110 East of County Road 213, and the northeast corner of County Road 110 and County Road 213, and the north line of County Road 109, west of County Road 214. All of the comparable sales are similar to the subject and no adjustment is warranted.

## CORNER LOCATION

This, in our opinion, is an important factor affecting property values in the subject area. Those properties located on a corner are considered superior to those properties that are not located on a corner. The subject is located on a corner. Comparable Sale Numbers 1, 2, and 3 are not located on a corner and considered to be inferior warranting an upward adjustment of 5%.

## SIZE

Larger tracts typically bring lesser unit prices than otherwise equally desirable smaller tracts. The primary reason for this is that the purchase of larger acreage entails a much greater capital outlay, a factor that restricts the number of possible buyers as compared to the relatively larger market for smaller tracts. The subject tract is comprised of 201.7843 acres of land, while the comparable land sales range in size from 125.396 to 250.350 acres. Comparable Sales Number 3 and 5 are considered inferior in this regard warranting an upward adjustment of 5%. Comparable Sales Numbers 1 and 4 are superior in size warranting a downward adjustment of 5%.



## UTILITIES

The availability of utilities is a major factor in the development of any property. If a site has no access to utility service and cannot acquire access, it is virtually impossible to develop. Therefore, the price paid for such a site would be affected due to the lack of availability of utilities. The subject property has access to Co-Op water and electric utilities. All of the comparable sales are similar to the subject and no adjustment is warranted.

## LEGAL FACTORS

Private (deed) restrictions, zoning regulations, building codes, historic district controls, and environmental regulations can often preclude many possible development options. The subject property is located within an unincorporated area of the City of Venus and is not zoned. All of the comparable sales are similar to the subject and no adjustment is warranted.

## FLOOD PLAIN

Sales located inside the flood plain typically sell for less than sales located outside of the flood plain. The subject is located within Zone X, outside of the 500-year flood plain. Comparable Sales Numbers 1 and 2 are inferior in this regard warranting an upward adjustment of 5%.

## PHYSICAL CHARACTERISTICS

Other factors which can influence values include parcel, shape, hindering easements, and frontage. All of the comparable sales are similar to the subject and no adjustment is warranted.

Your attention is invited to the following Land Sales Adjustment Grid that displays the procedure used to arrive at adjusted sales prices for the land sales.



**The Ambrose Group**
*Appraisal Services*

| Land Analysis Grid | | Comp 1 | | Comp 2 | | Comp 3 | | Comp 4 | | Comp 5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 980 County Road 110 | Robinett Road | | 3210 Plainview Road | | 662 FM 876 | | 1220 North Cummings | | 6091 County Road 1010 | |
| City | Venus | Waxahachie | | Midlothian | | Waxahachie | | Alvarado | | Joshua | |
| State | TX | TX | | TX | | TX | | TX | | TX | |
| Date | | 11/15/2019 | | 12/17/2020 | | 08/19/2021 | | 04/29/2021 | | 02/16/2022 | |
| Price | | $1,334,133 | | $3,096,000 | | $4,398,066 | | $2,750,000 | | $4,515,606 | |
| Acres | 201.7843 | 146.608 | | 172.000 | | 243.470 | | 125.396 | | 250.350 | |
| Acre Unit Price | | $9,100 | | $18,000 | | $18,064 | | $21,931 | | $18,037 | |
| **Transaction Adjustments** | | | | | | | | | | | |
| Property Rights | Fee Simple | Fee Simple | 0.0% | Fee Simple | 0.0% | Fee Simple | 0.0% | Fee Simple | 0.0% | Fee Simple | 0.0% |
| Financing | Conventional | Cash to Seller | 0.0% | Cash to Seller | 0.0% | Cash to Seller | 0.0% | Cash to Seller | 0.0% | Cash to Seller | 0.0% |
| Conditions of Sale | Cash | Arm's Length | 0.0% | Arm's Length | 0.0% | Arm's Length | 0.0% | Arm's Length | 0.0% | Arm's Length | 0.0% |
| **Adjusted Acre Unit Price** | | **$9,100** | | **$18,000** | | **$18,064** | | **$21,931** | | **$18,037** | |
| Market Trends | | 0.0% | | 0.0% | | 0.0% | | 0.0% | | 0.0% | |
| **Adjusted Acre Unit Price** | | **$9,100** | | **$18,000** | | **$18,064** | | **$21,931** | | **$18,037** | |
| Location | | Comparable | | Comparable | | Comparable | | Comparable | | Comparable | |
| % Adjustment | | 0% | | 0% | | 0% | | 0% | | 0% | |
| Corner Location | Yes | No | | No | | No | | Yes | | Yes | |
| % Adjustment | | 5% | | 5% | | 5% | | 0% | | 0% | |
| Acres | 201.784 | 146.608 | | 172.000 | | 243.470 | | 125.396 | | 250.350 | |
| % Adjustment | | -5% | | 0% | | 5% | | -5% | | 5% | |
| Utilities | Co-Op Water, Co-Op Electric | All Available | | All Available | | Private, Septic | | All Available | | Co-Op Electric, No Sewer | |
| % Adjustment | | 0% | | 0% | | 0% | | 0% | | 0% | |
| Zoning | Not Zoned | Not Zoned & Residential | | Not Zoned | | Not Zoned | | Not Zoned | | Not Zoned | |
| % Adjustment | | 0% | | 0% | | 0% | | 0% | | 0% | |
| Flood Zone | Zone X | Zone X (80%) & Zone AE (20%) | | Zone X (70%) & Zone AE (30%) | | Zone X (95%) & Zone AE (5%) | | Zone X | | Zone X | |
| % Adjustment | | 5% | | 5% | | 0% | | 0% | | 0% | |
| Physical Characteristics | | Comparable | | Comparable | | Comparable | | Comparable | | Comparable | |
| % Adjustment | | 0% | | 0% | | 0% | | 0% | | 0% | |
| **Adjusted Acre Unit Price** | | **$9,555** | | **$19,800** | | **$19,870** | | **$20,834** | | **$18,939** | |
| **Net Adjustments** | | 5% | | 10% | | 10% | | -5% | | 5% | |
| **Gross Adjustments** | | 15% | | 10% | | 10% | | 5% | | 5% | |



The **Ambrose** Group
*Appraisal Services*

**SALES COMPARISON APPROACH**

**VenusVenus Land**

The land sales presented indicated a sale price range of$9,100 to $21,930 per acre. After adjusting for the various factors which influence value, the sales indicated an adjusted sales price range of $9,555 to $20,834 per acre, with an average of $17,800 per acre and a median of $19,800 per acre.

In addition to the preceding sales analysis, the appraisers have also included a current listing. The listing has a list price of $25,000 per acre and is considered superior to the subject in terms of size. It is noted that this comparable listing is only current offering and not a confirmed sale. The final negotiated sales price of any listing can be affected by market conditions, property characteristics, and time on the market. For more information regarding the comparable listings please see the Addenda section of this report.

## UNITS OF COMPARISON

When comparing the adjusted sales to the subject property, the unit of comparison given the most consideration was the value per acre of total Land Area. This unit of comparison is a commonly used indicator of value by many investors, and provides a straightforward comparison.

## FINAL SITE VALUE CONSIDERATION

Based on this information, other sales and offerings, and conversations with knowledgeable individuals in the real estate market, it is our opinion that the subject tract has a market value of $18,000 per acre or shown as follows:

| Land Value Ranges & Reconciled Value | | | |
|---|---|---|---|
| **Number of Comparables:** | **5** | **Unadjusted** | **Adjusted** |
| **Low:** | | $9,100 | $9,555 |
| **High:** | | $21,931 | $20,834 |
| **Average:** | | $17,026 | $17,800 |
| **Median:** | | $18,037 | $19,800 |
| **Reconciled Value/Unit Value:** | | | $18,000 |
| **Subject Size:** | | | 201.7843 |
| **Indicated Value:** | | | $3,632,117 |
| **Reconciled Final Value:** | | | **$3,630,000** |



AG # C-221393

# RECONCILIATION



The **Ambrose** Group
*Appraisal Services*

**RECONCILIATION**
**Venus Venus Land**

In this instance, all three approaches to value were considered in developing the market value of the subject property. The following discussion summarizes the conclusions of each approach.

### INCOME CAPITALIZATION APPROACH

This approach is one to which a potential purchaser would give a great deal of credence. The subject property consists of vacant land. Therefore, the Income Capitalization Approach to Value is not applicable in the valuation of the subject property. The omission of this approach does not reduce the reliability of the final opinion of value.

### SALES COMPARISON APPROACH

This approach provides a direct comparison between the subject and similar properties which have been sold. Developing this approach to value involved the collection of comparable vacant sales which have been physically identified by The Ambrose Group. Considering the principle of substitution, the vacant sales are compared to the subject and adjusted for the various factors which influence value. An indicated value is developed based on the analysis of the cumulative sales data provided in this report. The indicated value via the Sales Comparison Approach is as follows:

*As Is Market Value*:                                    **$3,630,000**

### COST APPROACH

This approach incorporated the principle of substitution in that no rational person will pay more for a property than the amount for which he can obtain, by purchase of a site and construction of a building without undue delay, a property of equal quality. The subject property consists of vacant land. Therefore, the Cost Approach to value is not applicable in the valuation of the subject property. The omission of this approach to value does not reduce the reliability of the final opinion of value.

### FINAL OPINION OF VALUE

Although all three approaches to value were considered, the final opinion of value must be based upon that confirmation of the available market data and analysis which is most appropriate. In this instance, the Sales Comparison Approach received the most weight. Thus, the indicated market value of the subject property is as follows:

*As Is Market Value* - **Fee Simple (April 12, 2022)**
**$3,630,000**

The **Ambrose** Group
*Appraisal Services*

## MARKETING/EXPOSURE TIME

Assuming adequate exposure and normal marketing efforts, the estimated exposure time (i.e., the length of time the subject property would have been exposed for sale in the market had it sold at the market value concluded to in this analysis as of the date of this valuation) would have been within 12 months; the estimated marketing (i.e. the amount of time it would probably take to sell the subject property if exposed in the market beginning on the date of this valuation) is estimated to be within about 12 months. Based on our analysis of the real estate market and discussions with brokers and other knowledgeable individuals in this industry, we believe a reasonable period of time to market the subject property at the previously derived market value is approximately 12 months.



The **Ambrose** Group

*Appraisal Services*

**A**DDENDA



Case 3:22-cv-02118-X    Document 383-1    Filed 11/03/23    Page 64 of 74    PageID 14649

# FLOOD MAP



The **Ambrose** Group    **ADDENDA**

*Appraisal Services*    **VenusVenus Land**





Case 3:22-cv-02118-X    Document 383-1    Filed 11/03/23    Page 67 of 74    PageID 14652

# ZONING MAP





The **Ambrose** Group                                                    **ADDENDA**
*Appraisal Services*                                                     **VenusVenus Land**

**LAND LISTING**



68                                                                        AG # C-221393

# The Ambrose Group
*Appraisal Services*

**ADDENDA**

**VenusVenus Land**

4/22/22, 8:38 AM                                             Matrix

## 10000 County Road 505, Alvarado, Texas 76009

Listing

| | | |
|---|---|---|
| MLS#: **20027244   Active** | **10000 County Road 505 Alvarado, TX 76009** | LP:  **$3,700,000** |
| Property Type: **Land** | SubType: **Unimproved Land** | OLP:  **$3,700,000** |

**Recent: 04/07/2022 : NEW**



| | | |
|---|---|---|
| | Lst $/Acre:  **$25,000.00** | |
| Subdivision: **NA** | | |
| County: **Johnson** | Lake Name: | |
| Country: **United States** | | |
| Parcel ID: **126032706880** | Plan Dvlpm: | |
| Parcel ID 2: **126.0327.00080** | | |
| Lot: | Block: | MultiPrcl: **Yes**   MUD Dst: **No** |
| Legal: **ABST 327 TR 49 WM HICKMAN 126.0327.06881 VES** | | |
| Unexmpt Tx: **$310** | | |

| | | | |
|---|---|---|---|
| Land SqFt: **6,446,880** | Acres: **148.000** | $/Lot SqFt: **$0.57** |
| Lot Dimen: | | Will Subdv: | |

HOA:     **None**                          HOA Co:

——————————— General Information ———————————

AG Exemption: **Yes**              # Wells:                              Bottom Land Ac:

——————————— School Information ———————————

| | | | |
|---|---|---|---|
| School Dist: **Alvarado ISD** | | | |
| Elementary: **Alvarado N** | Middle: | High: **Alvarado** |
| Primary: | Jr High: **Alvarado** | Sr High: |
| Intermediate: **Alvarado** | | |

——————————— Features ———————————

| | | |
|---|---|---|
| Lot Description: **Acreage, Agricultural, Few Trees** | | |
| Lot Size/Acres: **Over 100 Acres** | Restrictions: **No Restrictions** |
| Present Use: **Agricultural** | Easements: **Pipeline, Telephone** |
| Zoning Info: **Unincorporated Johnson County, not in ETJ.** | Type of Fence: |
| Development: **Unzoned** | Exterior Bldgs: |
| Street/Utilities: **All Weather Road, Co-op Electric, Co-op Water** | |
| Surface Rights: | Possession: **Closing/Funding** |

——————————— Remarks ———————————

Property Description: **148± acres of pristine land right in the heart of the rapidly developing Johnson County residential, commercial, and industrial hub in the triangle made by Mansfield, Midlothian, and Venus. The future potential extension of State Highway 360 will be roughly three miles east of this location which is also near the new Google Data Center held within the Railport Industrial Park, the Midlothian Business Park, Gerdau, Martin Marietta and the International Energy plant, among several other international industrial firms. This geographic area will be completely transformed in three years and the value of the surrounding properties will only go up. This is a chance to purchase close to 150 acres at a price that is at real market value, not yet inflated by surrounding activity. Water and sewer lines are currently being brought ever closer to this location through the development of properties closer to Venus.**

Public Driving Directions: **From US 67 go north on CR 615 almost exactly 1 mile. Property southeast corner will be on your left.**

——————————— Agent/Office Information ———————————

| | | | |
|---|---|---|---|
| SUB: **0 - %** | CDOM: **15** | DOM: **15** | LD: **04/07/2022** XD: |
| BAC: **3 - %** | VAR: **No** | | |

List Type: **Exclusive Right To Sell**

| | | |
|---|---|---|
| List Off: **Younger Partners Dallas, LLC** (YPDL01) 214-238-8000 | LO Fax: **214-238-8028**  Brk Lic: **0397828** |
| LO Addr: **14643 Dallas Parkway, Ste 950 Dallas, Texas 75254** | LO Email: info@youngerpartners.com |
| List Agt: **Jennifer Permenter** (0397828) 214-238-8000 | LA Cell:                 LA Fax: **214-238-8028** |
| LA Email: **claudia.mcleod@youngerpartners.com** | LA Othr:                 LA/LA2 Texting: |
| LA Website: | LO Sprvs: **Jennifer Permenter** (0397828) 214-238-8000 |

——————————— Showing Information ———————————

| | | |
|---|---|---|
| Call: | Appt: | Owner Name: **see broker** |
| Keybox #: **N/A** | Keybox Type: **None** | Seller Type: **Standard/Individual** |
| Show Instr: | | |

**Prepared By: David Ambrose Ambrose Appraisal Company on 04/22/2022 08:38**

# QUALIFICATIONS



The **Ambrose** Group                                                    ADDENDA
*Appraisal Services*                                                    **VenusVenus Land**



## QUALIFICATIONS OF STEPHEN B. SPRABERRY, MAI

Stephen B. Spraberry is the Chief Operating Officer with The Ambrose Group, which has offices in Houston, Dallas, and San Antonio, Texas.  Mr. Spraberry was awarded the MAI designation from The Appraisal Institute, the highest professional designation in the industry.  Mr. Spraberry's professional experience includes commercial valuation in both fee and review appraisal work.  He has performed appraisals in 32 of the United States and the District of Columbia. Mr. Spraberry has also served as a Senior Review Appraiser for Comerica Bank and the Federal Deposit Insurance Corporation (FDIC). He has qualified as an expert witness regarding property value on numerous occasions in various courts of law.

### BIOGRAPHICAL DATA

Mr. Spraberry was born in Lampasas, Texas in 1964.  He attended public schools in several locations, graduating from Cooper High School in Abilene, Texas prior to attending Baylor University. Mr. Spraberry is married and has three children.



### EDUCATION

Bachelor of Business Administration Degree (Finance/Real Estate):  Baylor University (1986)

Appraisal Institute: Numerous Appraisal Seminars, Courses, Lectures, etc.

### WORK EXPERIENCE

| | | |
|---|---|---|
| 1988 – 1990 | Allen, Williford & Seale | Real Estate Appraiser |
| 1990 – 1993 | Federal Deposit Insurance Corp. | Senior Review Appraiser |
| 1993 – 1998 | Comerica Bank | Senior Review Appraiser |
| 1998 – 2006 | Advanced Valuation Systems, Inc. | Real Estate Appraiser |
| 2006 – Present | The Ambrose Group | Chief Operating Officer - Dallas |

### PROFESSIONAL AFFILIATIONS

▪Appraisal Institute (MAI)
▪State Certified General Real Estate Appraiser-Texas - Certificate No. TX-1325229-G
▪State Certified General Real Estate Appraisers-Oklahoma – Certificate No. 13469CGA
▪Licensed Property Tax Consultant, Member No. 11872



AG # C-221393





## QUALIFICATIONS OF BRANDON M. BROOKS, MAI

Brandon M. Brooks is a State Certified General Appraiser with The Ambrose Appraisal Company which has offices in Houston and Dallas, Texas. Mr. Brooks has earned the MAI designation from the Appraisal Institute. Mr. Brooks has experience in the valuation of multiple property types including retail, office, multi-family residential, industrial, and various other commercial properties.

## BIOGRAPHICAL DATA

Mr. Brooks was born in Albuquerque, New Mexico in 1989 and was raised in the Mid Cities area of the Dallas/Fort Worth Metroplex. He graduated from Faith Christian School in Grapevine, Texas prior to attending Baylor University.

## EDUCATION

Bachelor of Business Administration Degree (Entrepreneurship): Baylor University (2012)

## APPRAISAL WORK EXPERIENCE

2013 – Present:    Appraiser; The Ambrose Group, Dallas, Texas

## PROFESSIONAL AFFILIATIONS

Texas: State Certified General Real Estate Appraiser-Certificate No. TX-1380529-G



**Certified General
Real Estate Appraiser**

Appraiser:  **Brandon Miles Brooks**
License #:  **TX 1380529 G**      License Expires: **02/29/2024**

Having provided satisfactory evidence of the qualifications required by the Texas Appraiser Licensing and Certification Act, Occupations Code, Chapter 1103, authorization is granted to use this title: Certified General Real Estate Appraiser

For additional information or to file a complaint please contact TALCB at www.talcb.texas.gov.

**Chelsea Buchholtz
Commissioner**





## QUALIFICATIONS OF AUSTIN C. FRAZER

Mr. Austin C. Frazer is an Appraiser Trainee with The Ambrose Group, which has offices in Houston, Dallas, and San Antonio, Texas. Mr. Frazer is under the direction and direct supervision of Stephen B. Spraberry, MAI. Mr. Frazer has professional experience in the valuation of various property types including retail, office, multi-family residential, industrial, and various other commercial properties.

### BIOGRAPHICAL DATA

Mr. Frazer was born in Dallas, Texas in 1996 and was raised in Midlothian, Texas.  He graduated from Midlothian High School in 2015 prior to attending The University of Mississippi.

### EDUCATION

Bachelor of Business Administration (Finance and Real Estate): The University of Mississippi (2020)

### WORK EXPERIENCE

2021 – Present:  Appraiser; The Ambrose Group, Dallas, Texas
2020 – 2021:  Sales Consultant; Grand Homes, Addison, Texas

### PROFESSIONAL AFFILIATIONS

Texas: Appraiser Trainee – Certificate No. TX-1342923-Trainee

