IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § | |

**RECEIVER'S PARTIALLY UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE FOURTH QUARTERLY FEE APPLICATION**

Cort Thomas, as the court-appointed Receiver ("Receiver"), files this Motion for Extension of Time to File Fourth Quarterly Fee Application and in support would respectfully show the Court as follows:

On October 18, 2022, the Court entered its initial Order Appointing Receiver [Dkt. 29] (the "Initial Receivership Order") in this case. Among other things, the Initial Receivership Order requires that "[w]ithin forty-five (45 days) after the end of each calendar quarter, the Receiver and

1

Retained Personnel shall apply to the Court for compensation and expense reimbursement from the Receivership Estates." Initial Receivership Order ¶ 64. Under the Initial Receivership Order, the Receiver's deadline to file his Fourth Quarterly Fee Application is Tuesday, November 14, 2023.

On August 14, 2023, in accordance with the Initial Receivership Order, the Receiver filed his Third Quarterly Fee Application [Dkt. 300]. On August 31, 2023, the Court entered an Order [Dkt. 306] denying without prejudice all pending motions in the case—including the Third Quarterly Fee Application—and instructed the parties that they may "refile all such motions after the Court resolves the SEC's motion for entry of a new receivership order."

In order to best preserve the Court's and the parties' resources, and to avoid the denial of the Fourth Quarterly Fee Application on the same basis as the prior denial of the Third Quarterly Fee Application,[1] the Receiver respectfully requests that the Court extend the Receiver's deadline to file his Fourth Quarterly Fee Application until fifteen days after the Court resolves the SEC's motion for entry of a new receivership order.

---

[1] The Receiver recently filed motions to ratify prior property sales and approve prior actions and orders. Those motions should not be denied without prejudice, rather they should be considered at the same time as the SEC's pending motion for entry of a new receivership order.

Dated: November 3, 2023

Respectfully submitted,

**RECEIVER CORTNEY C. THOMAS**


*/s/ Cortney C. Thomas*
Cortney C. Thomas
  State Bar No. 24075153
  cort@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX  75225
Tel. 214.327.5000
Fax. 214.327.5001


### CERTIFICATE OF CONFERENCE

I hereby certify that on August 30, 2023, I conferred via email with counsel to the SEC and counsel to Defendant Barton.  Counsel for the SEC has indicated that they are unopposed to the relief requested herein.  As of November 3, 2023, counsel for Defendant Barton have not responded to the requested conference or indicated a position regarding the requested relief.

*/s/ Cortney C. Thomas*
Cortney C. Thomas


### CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

*/s/ Cortney C. Thomas*
Cortney C. Thomas

3