### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § | |

### ORDER GRANTING RECEIVER'S MOTION FOR
### EXTENSION OF TIME TO FILE FOURTH QUARTERLY FEE APPLICATION

Before the Court is the Receiver's Partially Unopposed Motion for Extension of Time to File Fourth Quarterly Fee Application. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, the Receiver's deadline to file his Fourth Quarterly Fee Application is hereby **EXTENDED** until fifteen days after the Court resolves Plaintiff's pending Motion for Appointment of a Receiver.

**IT IS SO ORDERED,** this _____ day of _____ 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE