# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON | § | |
| CARNEGIE DEVELOPMENT, LLC | § | **Jury Trial Demanded** |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § | |

**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO RECEIVER'S EXPEDITED MOTION TO APPROVE, RATIFY, ADOPT, AND OTHERWISE "BLESS" PREVIOUS ACTIONS OF RECEIVER AND ORDERS ISSUED PRIOR TO EFFECTIVE DATE OF VACATUR OF INITIAL RECEIVERSHIP ORDER AND TO RECEIVER'S CONTEMPORANEOUSLY-FILED <u>SPECIFIC RATIFYING MOTIONS</u>**

Before the Court is an Opposed Motion for Extension of Time to File a Response to Motion to Approve, Ratify, Adopt, and Otherwise "Bless" Previous Action of Receiver and Orders Issued Prior to Effective Date of Vacatur of Initial Receivership Order ("Motion to Bless") and to Receiver's contemporaneously-filed, discrete ratifying motions ("Ratifying Motions"). [Dkts. 372, 374, 376, and 376]. After consideration, the Motion is **GRANTED**.

It is therefore **ORDERED** that the deadline for Defendant Timothy Lynch Barton to respond to the Motion is extended to November 17, 2023.

**IT IS SO ORDERED** this 8th day of November, 2023.

_____
HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE