**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>  *Plaintiffs*,<br><br>v.<br><br>TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, et al,<br><br>  *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   **C.A. No: 3:22-cv-2118-X**<br><br>  **JURY TRIAL DEMANDED** |

**CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court.  I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to Federal Rule of Civil Procedure 11, regardless of whether generative artificial intelligence drafted any portion of that filing.

1

Respectfully submitted,

**Bell Nunnally & Martin LLP**

By:*/s/ Gwen I. Walraven*
    Russell W. Mills
    Texas Bar No. 0078469
    rmills@bellnunnally.com
    Gwen I. Walraven
    Texas Bar No. 24047065
    gwalraven@bellnunnally.com

2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
214-740-1400 Telephone
214-740-1499 Facsimile

**ATTORNEYS FOR
MCCORMICK 101, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this November 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true copy of the foregoing was furnished by CM/ECF to all counsel of record.

*/s/ Gwen I. Walraven*
Gwen I. Walraven

7689621_1.DOC

2