**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, et al. | § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the *Receiver's Expedited Motion to Amend Order Supplementing Receivership Order and Notice of Supplemental Information Regarding Myra Park 635, LLC* (the "Motion"). Having considered the Motion and related briefing, the Court is of the opinion that the Motion should be **GRANTED**.

Accordingly, it is hereby **ORDERED** that:

1.    The Court amends the Receivership Orders, as Supplemented [Dkts. 29, 62] to exclude Myra 635, LLC.

SO ORDERED this _____ day of _____, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT COURT JUDGE

1