**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, et al. | § § § | |
| *Defendants*. | § | |

**RECEIVER'S AMENDED CERTIFICATE OF CONFERENCE**

In the certificate of conference for the Receiver's Expedited Motion to Approve, Ratify, Adopt, and Otherwise "Bless" Previous Actions of Receiver and Orders Issued Prior to Effective Date of Vacatur of Initial Receivership Order (the "Motion") [Dkt. 372], the Receiver stated that as of the date of filing, counsel for the SEC had not yet determined whether the Commission would oppose the requested relief, but if the Commission was unopposed, the Receiver would file an amended certificate of conference.

On November 9, 2023, the SEC informed the Receiver that it does not oppose the Motion. The Receiver accordingly amends the certificate of conference for the Motion to inform the Court that the SEC does not oppose the Motion.

1

Respectfully submitted,

By: */s/ Charlene C. Koonce*

    Charlene C. Koonce
     Texas Bar No. 11672850
     charlene@brownfoxlaw.com
    Timothy B. Wells
     Texas Bar No. 24131941
     tim@brownfoxlaw.com
    BROWN FOX PLLC
    8111 Preston Road, Suite 300
    Dallas, TX  75225
    Tel. 214.327.5000
    Fax. 214.327.5001

*Attorneys for Receiver Cortney C. Thomas*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.