UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:22-cv-2118-X |
| v. | § § | |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (a/k/a MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants.* | § | |

## ORDER GRANTING SEC'S MOTION TO SUPPLEMENT THE RECORD

Before the Court is the SEC's Motion to Supplement the Record in Support of

Its Motion for Appointment of a Receiver, for a Preliminary Injunction and Ancillary

Relief, and to Lift Stay for Limited Purpose (the "Motion") (Doc. 361), in which the

SEC asks the Court to admit the Receiver's binder from the October 11, 2023

1

Receivership evidentiary hearing. Having carefully considered the Motion, the Court concludes that the Motion should be and hereby is **GRANTED.**

Barton filed a response in opposition arguing that the binder is inadmissible because the SEC provided no foundation for the materials.[1] But the binder contains bank records that were previously produced to Barton before he filed his response to the Receivership motion and before the evidentiary hearing.[2] Barton further argues that the materials were submitted late, and so admission would be prejudicial since Barton could not cross-examine the information in the binder.[3] In the response, Barton points to the Erik Johnson declaration as an attempt to show that the materials in the binder do not paint a whole picture. But, to be fair, the Erik Johnson declaration was *also* submitted late, and yet the Court admitted it into evidence on November 3, 2023.[4] The Court does not find the admission of the Receiver's binder to be prejudicial, and, as such, **GRANTS** the SEC's motion to supplement the record.

It is **SO ORDERED**, this 15th day of November, 2023.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 386 at 6.

[2] Doc. 361 at 1.

[3] *Id.* at 7–8.

[4] Doc. 385.

2