

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Jose A. Esparza
Deputy Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
# Palisades TC LLC

File Number : 803414338                    Certificate / Charter forfeited :    August 20, 2021

The Secretary of State finds that:

1.  The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and

2.  The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.



Jose A. Esparza
Deputy Secretary of State

Come visit us on the Internet @https://www.sos.texas.gov/

(512) 463-5555                    EXHIBIT "B"  Page 1 of 1                    TTY 7-1-1