**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § § § § § § § § § | |
| **Plaintiff.** | | |
| **v.** | | **CASE NO. 3.22-CV-2118-X** |
| **TIMOTHY BARTON, et al.** | | |
| **Defendant.** | | |

**ORDER ON UNOPPOSED MOTION FOR LEAVE
TO FILE SUR-REPLY NUNC PRO TUNC**

Upon consideration of Texas Republic Bank, N.A.'s Motion for Leave to file its Sur-Reply (the "Motion"), the Court hereby GRANTS the Motion and accepts the filed Sur-Reply at Document No. 411 as filed on November 20, 2023.

IT IS SO ORDERED this the _____ day of November, 2023.

_____
**HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE**