**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND<br>EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 3:22-CV-2118-X |
| TIMOTHY BARTON, et al. | § § § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION OF TEXAS REPUBLIC BANK, N.A.
TO INTERVENE SOLELY IN RECEIVER'S VERIFIED AND EXPEDITED
MOTION TO (I) RATIFY ORDERS APPOINTING APPRAISERS, APPROVING
APPRAISALS AND APPROVING SALE OF REAL ESTATE AS REQUIRED BY
28 U.S.C. § 2001 WITH RESPECT TO THE FRISCO GATE PROPERTY, (II)
AUTHORIZE THE SALE FREE AND CLEAR OF ALL LIENS AND (III) STAY
ACCRUAL OF POST RECEIVERSHIP DEFAULT RATE INTEREST**

CAME ON for consideration the Unopposed Motion of Texas Republic Bank, N.A.'s to Intervene solely in the Receiver's Motions regarding the Sale of Frisco Gate Property, and the Court is of the opinion that the Motion should be granted for such limited purposes.

IT IS SO ORDERED.

SIGNED on this_____ day of _____, 2023.

_____
**BRANTLEY STARR, JUDGE
UNITE STATES DISTRICT COURT**

ORDER – SOLO PAGE