IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:22-cv-2118-X |
| TIMOTHY BARTON, *et al.*, | § § | |
| Defendants, | § § | |

---

**ORDER GRANTING UNOPPOSED MOTION OF PALISADES TC LLC TO INERVENE ON A LIMITED BASIS WITH REGARD TO THE RECEIVER'S VERIFIED AND EXPEDITED MOTION TO RATIFY ORDERS APPOINTING APPRAISERS, APPROVING APPRAISALS AND APPROVING SALE OF REAL ESTATE AS REQUIRED BY 28 U.S.C. § 2001 WITH RESPECT TO THE FRISCO GATE PROPERTY, (II) AUTHORIZE THE SALE FREE AND CLEAR OF ALL LIENS AND (III) STAY ACCRUAL OF POST RECEIVERSHIP DEFAULT RATE INTEREST**

---

Before the Court is Palisades-TC, LLC's ("Palisades") Unopposed Motion to Intervene on a Limited Basis with Regard to the Receiver's Verified and Expedited Motion to (i) Ratify Orders Appointing Appraisers, Approving Appraisals and Approving Sale Of Real Estate as Required By 28 U.S.C. § 2001 with Respect to the Frisco Gate Property, (ii) Authorize the Sale Free And Clear of All Liens and (iii) Stay Accrual Of Post Receivership Default Rate Interest (Palisades Motion is referred to as the "Motion").

The Court finds that the Motion should be and hereby is GRANTED for such limited purposes.

IT IS SO ORDERED.

SIGNED on this _____ day of _____, 2023.

1

_____

BRANTLEY STARR, JUDGE
UNITED STATES DISTRICT COURT