IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON CARNEGIE DEVELOPMENT, LLC WALL007, LLC WALL009, LLC WALL010, LLC WALL011, LLC WALL012, LLC WALL016, LLC WALL017, LLC WALL019, LLC HAOQIANG FU (a/k/a MICHAEL FU) STEPHEN T. WALL | § § § § § § § § § § § § § § § | |
| Defendants, | § § | |
| DJD LAND PARTNERS, LLC LDG001, LLC | § § § | |
| Relief Defendants. | § § | |

**DEFENDANT'S UNOPPOSED MOTION FOR A CONTINUANCE OF HEARING**

Defendant Timothy Lynch Barton ("Defendant" or "Barton") respectfully requests a continuance of the hearing currently set for Monday, December 11, 2023 on the Receiver's motions to appoint appraisers, approve appraisals, and set hearings for the sales of the Rock Creek Property, the Frisco Gate Property, and the Amerigold Suites. Dkt. 420. Defendant respectfully requests that the Court reschedule the hearing for a time convenient for the Court on or later than December 14, 2023.

1

Undersigned defense counsel is scheduled to present oral argument to the Appellate Court of Maryland on the morning after the currently scheduled hearing (December 12, 2023). Traveling to Dallas for a hearing on December 11th would create too much risk with respect to appearing before the Maryland justices in Annapolis the very next morning.

Based on the foregoing, Defendant Barton respectfully requests that his unopposed motion for a continuance of the hearing date be granted.

Dated: December 1, 2023

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*admitted to N.D. Tex.)*
medney@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

**COUNSEL FOR TIMOTHY LYNCH BARTON**

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 1, 2023, the undersigned counsel consulted with Plaintiff's and Receiver's counsel, both of whom represented that they do not oppose the relief sought herein.

*/s/ Michael J. Edney*

## CERTIFICATE OF SERVICE

On December 1, 2023, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*

2