**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| **TIMOTHY LYNCH BARTON** **CARNEGIE DEVELOPMENT, LLC** **WALL007, LLC** **WALL009, LLC** **WALL010, LLC** **WALL011, LLC** **WALL012, LLC** **WALL016, LLC** **WALL017, LLC** **WALL019, LLC** **HAOQIANG FU (a/k/a MICHAEL FU)** **STEPHEN T. WALL** | § § § § § § § § § § § § § § | |
| *Defendants,* | § § | |
| **DJD LAND PARTNERS, LLC** **LDG001, LLC** | § § § | |
| *Relief Defendants.* | § § | |

**ORDER**

Before the Court is Defendant Timothy Lynch Barton's Unopposed Motion to Amend The Preliminary Injunction Order and Order Appointing Receiver ("Motion"). Having considered the Motion, the Motion is hereby **GRANTED**.

The Court amends the Preliminary Injunction Order (Dkt. 418) and Order Appointing Receiver (Dkt. 417) to adjust three deadlines established by those Orders in the following ways:

- The Preliminary Injunction Order, Dkt. 418, p. 11: The accounting therein referred to shall be due within forty-five (45) days after issuance of this Order.

1

- Order Appointing Receiver, Dkt. 417, ¶ 18(B): To the extent it applies to the Defendant, the sworn statement therein referred to shall be due no earlier than <u>forty-five (45)</u> days after the issuance of this Order.

- Order Appointing Receiver, Dkt. 417, ¶ 24: The obligation of the Defendant to serve the Order Appointing Receiver on various parties and the declaration referred to therein shall be due no earlier than <u>forty-five (45)</u> days after issuance of this Order.

**SO ORDERED.**

_____, 2023 at _____ in the United States District Court for the Northern District of Texas.


_____
The Honorable Brantley Starr
UNITED STATES DISTRICT JUDGE

2