IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CASE NO.: 3:22-CV-2118-X |
| TIMOTHY BARTON, et al. | § § § | |
| Defendants. | § | |

**LENDER'S RESPONSE TO RECEIVER'S MOTION FOR
APPOINTMENT OF APPRAISERS, APPROVAL OF
APPRAISALS AND A HEARING REGARDING APPROVAL
OF SALE OF FRISCO GATE PROPERTY[1]**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW TEXAS REPUBLIC BANK, N.A. (the "Lender") and would show the Court as follows:

1.    Lender does not oppose the relief requested in the Receiver's Motion for Appointment of Appraisers, Approval of Appraisals and a Hearing Regarding Approval of Sale of Frisco Gate Property [Doc. No. 110] (the "Motion").

2.    Out of an abundance of caution, to the extent that the Court's Order [Doc. No. 420] is construed as seeking another response to the Receiver's Verified and

---

[1]Pursuant to the Court's order dated November 29, 2023, the Court requested a response to the argument and information in the Receiver's initial motions to appoint appraisers, approve appraisals, and set hearings [Doc. 110 as it relates to Frisco Gate property and Lender].

LENDER'S RESPONSE TO RECEIVER'S MOTION FOR APPOINTMENT OF
APPRAISERS, APPROVAL OF APPRAISALS AND A HEARING REGARDING
APPROVAL OF SALE OF FRISCO GATE PROPERTY - PAGE  1

Expedited Motion to (I) Ratify Orders Appointing Appraisers, Approving Appraisals and Approving Sale of Real Estate as Required by 28 U.S.C. §2001 with respect to the Frisco Gate Property, (II) Authorize the Sale Free and Clear of All Liens and (III) Stay Accrual of Post-Receivership Default Interest Rate Interest [Doc. No. 376] (the "Ratification Motion"), Lender renews its objection to the Ratification Motion to the extent that the Receiver requests Court approval to deprive Lender of its contractually agreed to interest at the Maximum Lawful Rate in respect of the undisputed sum due and payable to Lender while repaying an unsecured investor in the entity that owns the Frisco Gate Property.[2]

3.      As further response to the Receiver's Motion and its Ratification Motion, Lender incorporates by reference herein its arguments and evidence attached to its Verified Response in Opposition to Receiver's Ratification Motion [Doc. No. 393] and its Surreply to Receiver's Reply in Support of its Ratification Motion [Doc. No. 411].

WHEREFORE, PREMISES CONSIDERED, TEXAS REPUBLIC BANK, N.A. respectfully that the Court grant the Ratification Motion to the extent that it seeks to pay

---

[2]Said investor, Palisades TC LLC ("Palisades"), filed a Motion to Intervene [Doc No. 414] on the false assumption that the Lender was being "satisfied" or "paid in full" such that the issue of payment to Palisades should be approved as well as arguing that the dispute is between the Receiver and Lender and should not involve Palisades. The Receiver's refusal to pay the Lender the Maximum Rate on all matured past due amounts owing under the Note thereby "paying in full" the Lender prohibits Palisades from receiving any funds at closing (section 4.31 of the Loan Agreement (APP021)) until the Lender is paid in full notwithstanding any subsequent agreement between Palisades and the Receiver.   Palisades' references to section 5.01 of the Company Agreement of Dallas Real Estate Lenders, LLC ("DREL") as an argument for approval of this alleged agreement with the Receiver is also inapplicable. Palisades is bound by the terms of the Loan Agreement as a 50% member of DREL, the managing member of FHC Acquisition, LLC, the borrower. Lender is not a party to the Company Agreement of DREL nor bound by its terms.

LENDER'S RESPONSE TO RECEIVER'S MOTION FOR APPOINTMENT OF
APPRAISERS, APPROVAL OF APPRAISALS AND A HEARING REGARDING
APPROVAL OF SALE OF FRISCO GATE PROPERTY - PAGE 2

Texas Republic Bank, N.A. in full at closing, including all accrued interest since Maturity at the Maximum Rate, before paying any junior creditors; sustain its objection to the Ratification Motion only to the extent the Receiver does not seek to pay Texas Republic Bank, N.A. in full at closing, including all accrued interest since Maturity at the Maximum Rate, before paying any junior creditors, and for such further relief as is just and proper.

Respectfully submitted this the 6th day of December, 2023.

SCHEEF & STONE, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150


By:   /s/ Patrick J. Schurr
    Patrick J. Schurr
    State Bar No. 17853530
    Patrick.schurr@solidcounsel.com
    Shirley B. Rose
    State Bar No. 24137167
    Shirley.rose@solidcounsel.com

ATTORNEYS FOR TEXAS REPUBLIC
BANK, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on counsel for the Receiver, and any parties requesting notice herein, via electronic means, on this 6th day of December, 2023.


/s/ Patrick J. Schurr

LENDER'S RESPONSE TO RECEIVER'S MOTION FOR APPOINTMENT OF APPRAISERS, APPROVAL OF APPRAISALS AND A HEARING REGARDING APPROVAL OF SALE OF FRISCO GATE PROPERTY - PAGE 3