IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, et al. | § § § | |
| *Defendants*. | § | |

**RECEIVER'S MOTION FOR LEAVE TO EXCEED PAGE
LIMITATION IN REPLY TO CONSOLIDATED RESPONSE**

Cort Thomas, as the court appointed Receiver ("Receiver"), moves for leave to file a reply in response to Defendant Timothy Barton's Consolidated Opposition to Receiver's Motions for Authorization to Sell Three Receivership Properties [Dkt. 428] that exceeds the ten-page limit and in support respectfully shows the Court as follows.

1.      On November 1, 2023, the Receiver filed three motions, each seeking the Court's ratification of three prior orders approving the sale of three different properties.[1]

2.      The Court construed the motions as seeking appointment of appraisers, approval of appraisals, and approval of the subject sales, and set the motions for hearing.[2]

3.      On December 6, 2023, Barton filed a "Consolidated Opposition" opposing all three motions in one Response.[3]

---

[1] Dkt. Nos. 374-379.

[2] Dkt. 382.

[3] Dkt. 428.

1

4.      The Receiver accordingly seeks leave to file a Reply to the Consolidated Opposition that exceeds the 10-page limitation provided by Local Rule 7.2(c) and anticipates that his Reply will be approximately 31 pages.  The length is warranted given the consolidated nature of the Reply, the detailed factual issues discussed, and the significance of the issues that are addressed.

5.      For these reasons, Receiver respectfully requests that this Court grant his motion for leave to exceed page limitations.  A true and correct copy of the Reply is attached to this Motion as **Exhibit A**.

6.      The Receiver conferred with the SEC regarding this Motion, and it does not oppose the requested relief.  Barton's counsel did not respond to the Receiver's conference.

Respectfully submitted,

By: _/s/ Charlene C. Koonce_
        Charlene C. Koonce
         Texas Bar No. 11672850
         charlene@brownfoxlaw.com
        Timothy B. Wells
         Texas Bar No. 24131941
         tim@brownfoxlaw.com
        BROWN FOX PLLC
        8111 Preston Road, Suite 300
        Dallas, TX  75225
        Tel. 214.327.5000
        Fax. 214.327.5001

*Attorneys for Receiver Cortney C. Thomas*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for the Receiver conferred with counsel for Barton and the SEC, via email, on December 12, 2023. Counsel for the SEC confirmed the SEC is not opposed. Barton did not respond to the conference.

/s/ Charlene C. Koonce
Charlene C. Koonce

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.