## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON,<br>CARNEGIE DEVELOPMENT, LLC,<br>WALL007, LLC,<br>WALL009, LLC,<br>WALL010, LLC,<br>WALL011, LLC,<br>WALL012, LLC,<br>WALL016, LLC,<br>WALL017, LLC,<br>WALL018, LLC,<br>WALL019, LLC,<br>HAOQIANG FU (A/K/A MICHAEL FU),<br>STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and<br>LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

### ORDER GRANTING RECEIVER'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION IN REPLY TO CONSOLIDATED RESPONSE

On this date, the Court considered the Receiver's Motion for Leave to Exceed Page Limitation Regarding HIS Reply to Defendant Timothy Barton's Consolidated Opposition to Receiver's Motions for Authorization to Sell Three Receivership Properties. The Court finds that the Motion should be **GRANTED.**

ACCORDINGLY, it is hereby **ORDERED** that Receiver's is granted permission to file his Reply to Defendant Timothy Barton's Consolidated Opposition to Receiver's Motions for

– 2 –

Authorization to Sell Three Receivership Properties, attached as Exhibit A to Receiver's Motion for Leave.

The clerk is directed to file the Reply as a separate docket entry.

**DATED:** _____

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE