## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

### RECEIVER'S VERIFIED NOTICE
### OF PUBLICATION REGARDING SALE OF
### FRISCO GATE, ROCK CREEK, AND AMERIGOLD PROPERTIES

Cortney C. Thomas, as the Court-appointed Receiver, respectfully provides Notice of Publication in compliance with 28 U.S.C. § 2001 and the Court's consideration of the sale of certain properties at the hearing set for December 14, 2023 at 1:30, [Dkts. 374, 376, 378] (the "Motions") as follows:

As required by 28 U.S.C. § 2001(b), a Notice Regarding Sale and Hearing (the "Notice"), providing notice of the Court's consideration of the sales of (1) 4107 Rock Creek Drive, Dallas,

Texas 75204, (2) 13636 Goldmark Drive, Dallas, Texas, and (3) 4.5 acres at the corner of the Dallas North Tollway and John Hickman Parkway in Frisco ("Frisco Gate") (the "Properties"), including the relevant terms of each sale and a request for bona fide competing offers, and the date, time, and location of the hearing to consider the sales, was published in the Dallas Morning News in print and on online at www.dallasnews.com.  The Notice ran first on December 1, 2023, and after the date of the hearing was changed, again on December 5, 2023.

An affidavit of publication reflecting publication on December 1, 2023 is attached as **Exhibit A**, and the affidavit of publication reflecting publication on December 5, 2023 is attached as **Exhibit B**.

Although the Notice included solicitation of competing offers and contact information for the Receiver, no competing offers have been received as of the time of this filing.

Respectfully submitted,

**BROWN FOX PLLC**

By:  */s/ Cortney C. Thomas*
       Cortney C. Thomas
        Texas Bar No. 24075153
        cort@brownfoxlaw.com
       8111 Preston Road, Suite 300
       Dallas, TX  75225
       Tel. 214.327.5000
       Fax. 214.327.5001

**RECEIVER**

## <u>VERIFICATION</u>

My name is Cortney C. Thomas.  I am over the age of 18 and am fully competent to make this verification. I declare under penalty of perjury that the facts stated above are within my personal knowledge and are true and correct.

*/s/ Cortney C. Thomas*
Cortney C. Thomas

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

_____