# EXHIBIT B

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS

COUNTY OF DALLAS

Before me, a Notary Public in and for Dallas County, this day personally appeared Mert Tezkol, advertising Representative for The Dallas Morning News, being duly sworn by oath, states the attached advertisement of

**Notice of Sale and Hearing**

Cort Thomas, as the court-appointed Receiver of the assets of several entities controlled by Timothy Barton, including FHC Acquisitions, LLC, Goldmark Hospitality LLC, and SF Rock Creek LLC hereby gives notice that on December 14, 2023 at 1:30 p.m., the United States District Court for the Northern District of Texas will consider three property sales: the sale of approximately 4.538 acres at the Frisco Gate (John Hickman and the Dallas North Tollway) for $9,000,000; the sale of 13636 Goldmark Drive, Dallas, Texas for $5,500,000; and the sale of 4107 Rock Creek Dr., Dallas, Texas 75204 for $1,400,000. The hearing will be conducted in-person at the United States District Courthouse, Courtroom 1525, 1100 Commerce St., Dallas, TX 75242-1310. Bona fide offers which exceed the sale amount by at least 10% may be sent to the Receiver prior to the hearing by fax at 214-327-5001. For more information or for details for participating in the hearing, contact the Receiver at 214-327-5001.

**AD#1861462**

was published in The Dallas Morning News
DATE PUBLISHED
December 5, 2023

REBECCA ELIZABETH NEAL TEZKOL
Notary ID #133110603
My Commission Expires
May 19, 2025

Mert Tezkol

December 5, 2023

(Notary Public)