UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | Civil Action No. 3:22-CV-2118-X |
| TIMOTHY BARTON, et al. | | |
| *Defendants,* | | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | | |
| *Relief Defendants.* | | |

## ORDER APPROVING SALE

Before the initial Receivership Order was vacated, the Receiver filed a motion to ratify the Court's prior orders appointing appraisers, approving appraisals, and approving the sale of the Frisco Gate Property.[1] The Court construed that motion as a motion to appoint appraisers, approve appraisals, and set hearings for the Frisco Gate Property.[2] The Court granted the Motion.[3]

At the conclusion of the hearing before the Court on December 14, 2023, and for the reasons stated at the hearing, the Court made the following findings. First, the proposed sale satisfies all statutory requirements: the Receiver published notice

---

[1] Doc. 376.

[2] Doc. 420.

[3] *Id.*

1

of the sale, the Receiver obtained three independent appraisals on the property, which were accepted by the Court pursuant to 28 U.S.C. § 2001(b), the proposed sale price exceeds two-thirds of the appraised value, and the Receiver received no competing offers.[4]   Second, the proposed sale is in the best interest of the Receivership.

In light of these findings, the Court **APPROVES** the sale of the Frisco Gate Property.  Before closing, the Court will address by subsequent ruling the interests of Texas Republic Bank, N.A. and Palisades-TC, LLC.

**IT IS SO ORDERED,** this 15th day of December, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[4] 28 U.S.C. § 2001(b).