## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON<br>CARNEGIE DEVELOPMENT, LLC<br>WALL007, LLC<br>WALL009, LLC<br>WALL010, LLC<br>WALL011, LLC<br>WALL012, LLC<br>WALL016, LLC<br>WALL017, LLC<br>WALL019, LLC<br>HAOQIANG FU (a/k/a MICHAEL FU)<br>STEPHEN T. WALL | § § § § § § § § § § § § § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC<br>LDG001, LLC | § § § | |
| *Relief Defendants.* | § § | |

### DEFENDANT TIMOTHY LYNCH BARTON'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Timothy Lynch Barton, by counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit the Court's orders filed on December 15, 2023 and entered on December 16, 2023 (ECF Nos. 436, 437, and 438) approving the sales of the Rock Creek Property, the Frisco Gate Property, and the Amerigold Suites.

Dated: December 29, 2023

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*admitted to N.D. Tex.*)
medney@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

**COUNSEL FOR TIMOTHY LYNCH BARTON**

## CERTIFICATE OF SERVICE

On December 29, 2023 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*
Michael J. Edney

2