# EXHIBIT B



HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20037-1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

MICHAEL J. EDNEY
DIRECT DIAL: 202 • 778 • 2204
EMAIL: medney@hunton.com

December 29, 2023

<u>*VIA E-MAIL*</u>

Cortney Thomas
Charlene Koonce
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Email: cort@brownfoxlaw.com
Email: charlene@brownfoxlaw.com

> Re:    *SEC v. Barton, et al.*, No. 3:22-cv-2118, in the United States District Court for
> the Northern District of Texas

Dear Mr. Thomas and Ms. Koonce:

Today, Mr. Barton noticed the Court of his appeal to the United States Court of Appeals for the Fifth Circuit of the Court's orders filed on December 15, 2023 and entered on December 16, 2023 (ECF Nos. 436, 437, and 438) approving the sales of the Rock Creek Property, the Frisco Gate Property, and the Amerigold Suites.  ECF No. 440.

I trust and expect that you have duly notified the proposed purchasers of the above-mentioned properties and title companies related to them of Mr. Barton's notice of appeal (ECF No. 429) of the Court's five orders entered on November 29, 2023, appointing a new receiver, setting the terms for that new receiver, and granting a preliminary injunction, among other things (ECF Nos. 416, 417, 418, 419, and 420), as those orders were amended by the Court on December 6, 2023 (ECF No. 427).  Likewise, I expect that you intend to immediately notify those same parties of Mr. Barton's notice of appeal of the three sale orders that was filed today (ECF No. 440).

I kindly ask that you please, **no later than noon central time on Tuesday, January 2, 2024**, provide me with documentary confirmation of the communications informing the impacted parties of these appeals.  If you fail to do so, I will be left with no other option than to immediately file a notice of lis pendens with the appropriate county clerk.

**HUNTON**
**ANDREWS KURTH**

Finally, on December 28, 2023, I received correspondence from your colleague, Mr. Tim Wells, regarding the personal property belonging to Mr. Barton that is currently located at 4107 Rock Creek Drive, Dallas, TX 75204.  We appreciate that you now agree that this property belongs solely to Mr. Barton.  Mr. Barton intends to arrange for his own professional movers to remove his personal effects from his residence to ensure that that process is undertaken with the utmost care and at a reasonable cost.  Those movers will be under the supervision of the Hunton Andrews Kurth LLP law firm.  Mr. Barton also requests an opportunity for him or one of his designees to walk through the residence to ensure that all of his personal effects are accounted for – this could occur immediately prior to the movers collecting Mr. Barton's property.  We would not object to the receiver or his representative also being present during this walk through, if you so wish.  Mr. Barton agrees to finding a mutually agreed upon date and time window for this walk through and move to occur on or prior to January 5, 2024.

Please do not hesitate to contact me via e-mail with any questions or concerns.  If you have any direct inquiries, please contact my colleague Roger Gibboni at (202) 538-9767.

Sincerely,

Michael J. Edney

2