### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | No. 3:22-CV-2118-X |
| TIMOTHY BARTON, et al. | § § | |
| *Defendants.* | § § | |

### <u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

In accordance with Local Rule 83.12, the undersigned attorney, Michael Dingman, respectfully requests to be withdrawn as counsel of record in this criminal action. Mr. Dingman has appeared in this matter through his employer—Hunton Andrews Kurth LLP—on behalf of Defendant Timothy Barton. Mr. Dingman will be leaving Hunton Andrews Kurth on January 9, 2024, to join the Commonwealth of Virginia's Office of the Solicitor General. He therefore requests that he be withdrawn from the docket and service list as counsel of record. Defendant Barton will continue to be represented by Michael J. Edney of Hunton Andrews Kurth LLP.

This motion will not prejudice or delay these proceedings.

The undersigned counsel submits a proposed order with the filing of this motion and respectfully asks the Court to grant the relief requested herein.

Dated:  January 3, 2024

Respectfully submitted,

By: */s/ Michael Dingman*
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 (*admitted pro hac vice*)
mdingman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

## CERTIFICATE OF CONFERENCE

I certify, in accordance with Local Rule 7.1, that I conferred with Keefe Bernstein, counsel for the plaintiff, regarding the relief sought herein, who indicated that the plaintiff, the Securities and Exchange Commission, is unopposed.

*/s/ Michael Dingman*
Michael Dingman

## CERTIFICATE OF SERVICE

On January 3, 2024 I filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to counsel of record for all parties.

*/s/ Michael Dingman*
Michael Dingman

## ADDRESS OF SUCCEEDING ATTORNEY

Pursuant to Local Rule 83.12(a), the address of Michael J. Edney, who will continue to represent Defendant Barton, is as follows:

Michael J Edney
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037