**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **No. 3:22-CV-2118-X** |
| **TIMOTHY LYNCH BARTON** | § | |
| **CARNEGIE DEVELOPMENT, LLC** | § | |
| **WALL007, LLC** | § | |
| **WALL009, LLC** | § | |
| **WALL010, LLC** | § | |
| **WALL011, LLC** | § | |
| **WALL012, LLC** | § | |
| **WALL016, LLC** | § | |
| **WALL017, LLC** | § | |
| **WALL019, LLC** | § | |
| **HAOQIANG FU (a/k/a MICHAEL FU)** | § | |
| **STEPHEN T. WALL** | § § | |
| *Defendants,* | § § | |
| **DJD LAND PARTNERS, LLC** | § | |
| **LDG001, LLC** | § § | |
| *Relief Defendants.* | § | |

## ORDER

Before the Court is Michael Dingman's Unopposed Motion to Withdraw as Counsel of Record. After consideration, the Motion is **GRANTED**.

It is therefore **ORDERED** that Michael Dingman is **WITHDRAWN** as an attorney of record for Defendant Timothy Lynch Barton.

**IT IS SO ORDERED** this _____ day of January, 2024.

_____
HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1