**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, et al. | § § § | |
| *Defendants*. | § | |

**RECEIVER'S NOTICE OF WITHDRAWAL OF
VERIFIED AND EXPEDITED MOTION FOR
PERMISSION TO ABANDON CERTAIN PERSONAL PROPERTY**

Because closing on the sale of the Rock Creek Property has been postponed, and because the Defendant Barton has agreed to pay the expenses related to packing and moving the contents of the Rock Creek Property, the Receiver withdraws his Verified and Expedited Motion for Permission to Abandon Certain Personal Property, Dkt. 441.

The Receiver intends to abandon the Rock Creek Contents to Mr. Barton, and as required by the Order Governing Administration of the Receivership Estate, [Dkt 63] hereby provides notice of such intent.

1

Respectfully submitted,

By: */s/ Charlene C. Koonce*

    Charlene C. Koonce
     Texas Bar No. 11672850
     charlene@brownfoxlaw.com
    Timothy B. Wells
     Texas Bar No. 24131941
     tim@brownfoxlaw.com
    BROWN FOX PLLC
    8111 Preston Road, Suite 300
    Dallas, TX  75225
    Tel. 214.327.5000
    Fax. 214.327.5001

*Attorneys for Receiver Cortney C. Thomas*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.