**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § § § | |
| *Defendants,* | § § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants.* | § | |

**CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS**

We, the undersigned attorneys, hereby certify that we have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

We further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative

1

4896-1058-0634v.1

artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court.  We understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard St., Suite 4000
Dallas, Texas 75201-6659
Telephone:  (214) 855-7500
Facsimile:  (214) 855-7584


By:    */s/ Deborah M. Perry*
    Deborah M. Perry
    Texas Bar No. 24002755
    Email:  dperry@munsch.com


By:    */s/ Dennis L. Roossien, Jr.*
    Dennis L. Roossien, Jr.
    Texas Bar No. 00784873
    Email:  droossien@munsch.com

*Attorneys for The Dixon Water Foundation*

2

4896-1058-0634v.1