# EXHIBIT A

# EXHIBIT A-1

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of December 31, 2023

| | | | |
|---|---|---|---|
| 1 | Beginning Balance - September 1, 2023: | | $ 428,570.91 |
| 2 | Business Income | | 199,996.80 |
| 3 | Funds Received | | 223,783.03 |
| 4 | Interest/Dividend Income | | 1,418.11 |
| 5 | Business Asset Liquidation | | |
| 6 | Personal Asset Liquidation | | |
| 7 | Third-Party Litigation Income | | |
| 8 | Miscellaneous - Other | | |
| 9 | Disbursements to Investors | | |
| 10 | Disbursements for Receivership Operations: | | 158,715.79 |
| 10a | Disbursements to Receiver or Other Professionals | 5,383.79 | |
| 10b | Business Asset and Operating Expenses | 115,264.49 | |
| 10c | Personal Asset Expenses | | |
| 10d | Investment Expenses | | |
| 10e | Third-Party Litigation Expenses | | |
| 10f | Tax Administrator Fees and Bonds | | |
| 10g | Federal and State Tax Expenses | 38,067.51 | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | - |
| 11a | Distribution Plan Development Expenses | | |
| 11b | Distribution Plan Implementation Expenses | | |
| 12 | Disbursements to Court/Other | | - |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | |
| 12b | Federal income taxes | | |
| 13 | Ending Balance - December 31, 2023 | | $ 695,053.06 |
| 14 | Ending Balance of Fund - Net Assets | | 695,053.06 |
| 14a | Cash & Cash Equivalents | 694,003.06 | |
| 14b | Investments | | |
| 14c | Other Assets or Uncleared Funds | 1,050.00 | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | |
| 16b | Federal income taxes | | |
| 17 | DC & State Tax Payments | | |

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of December 31, 2023

18    No. of Claims
    18a the number of claims received from investors during this reporting period
        the number of claims received from investors as a result of all orders since the
    18b inception of the Fund

19    No. of Claimants/Investors
        the number of claimants/investors receiving distributions during the reporting
    19a period
        the number of claimants/investors receiving distributions pursuant to all orders of
    19b distribution since the inception of the Fund

# EXHIBIT A-2

**Barton Receivership Account**
**Cash Accounting Summary**
**October 1, 2023 through December 31, 2023**

## Cash Receipts

| Date | Item Description | Cash Receipts 4Q23 | Cash Receipts 4Q22 to present |
|------|------------------|-------------------:|------------------------------:|
| 12/31/2022 | Cash Receipts 4Q22 | | $819,171.90 |
| 03/31/2023 | Cash Receipts 1Q23 | | $129,887.29 |
| 06/30/2023 | Cash Receipts 2Q23 | | $622,543.82 |
| 09/30/2023 | Cash Receipts 3Q23 | | $4,988.77 |
| 10/31/2023 | Interest Deposit | $348.26 | |
| 11/08/2023 | DDA Deposit (Vista accounts' closure) <br> • TC Hall ($7,554.19) <br> • TRTX Properties ($100.56) <br> • Goldmark Hospitality ($1,005.88) <br> • Gillespie Villas ($3.00) <br> • Venus59 ($4,333.33) | $12,996.96 | |
| 11/30/2023 | Interest Deposit | $349.19 | |
| 12/31/2023 | Interest Deposit | $361.79 | |
| **TOTAL RECEIPTS 4Q23** | | **$14,056.20** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$1,590,647.98** |

## Cash Disbursements

| Date | Item Description | Cash Disbursements 4Q23 | Cash Disbursements 4Q22 to present |
|------|------------------|------------------------:|-----------------------------------:|
| 12/31/2022 | Cash Disbursements 4Q22 | | $10,764.09 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $504,163.52 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $713,478.93 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $129,682.01 |
| 10/02/2023 | Alfredo Franco Nino [#193] (Gillespie Villas & Hall) | $200.00 | |
| 10/10/2023 | Account Analysis Charge | $20.12 | |

| Date | Item Description | Cash Disbursements 4Q23 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 10/12/2023 | Alfredo Franco Nino [#196] (Gillespie Villas & Hall) | $200.00 | |
| 10/17/2023 | United States Treasury [#195] (TLB 2018 Trust) | $242.00 | |
| 10/19/2023 | Dallas Water Utilities [#197] (Gillespie Villas) | $20.89 | |
| 10/20/2023 | Bremar & Armstrong [#190] (TC Hall tax advising) | $3,633.79 | |
| 10/23/2023 | Blake Lepper [#194] (Ridgeview Addition mowing) | $980.00 | |
| 10/26/2023 | Alfredo Franco Nino [#198] (Gillespie Villas & Hall) | $200.00 | |
| 11/03/2023 | Alfredo Franco Nino [#200] (Frisco) | $475.00 | |
| 11/09/2023 | Alfredo Franco Nino [#201] (Gillespie Villas & Hall) | $200.00 | |
| 11/13/2023 | Dallas Water Utilities [#202] (Gillespie Villas) | $21.48 | |
| 12/04/2023 | Alfredo Franco Nino [#225] (Gillespie Villas & Hall) | $225.00 | |
| 12/05/2023 | Texas Comptroller of Public Accounts [#205] (Enoch Investments) | $34,550.51 | |
| 12/05/2023 | Texas Comptroller of Public Accounts [#220] (JB Special Asset) | $375.00 | |
| 12/06/2023 | Texas Comptroller of Public Accounts [#204] (2999TC Acquisitions LLC fka MO 2999TC LLC) | $125.00 | |
| 12/06/2023 | Texas Comptroller of Public Accounts [#218] (D4BR LLC) | $275.00 | |
| 12/06/2023 | Texas Comptroller of Public Accounts [#219] (Illuminate Dallas, LLC) | $225.00 | |
| 12/06/2023 | Texas Comptroller of Public Accounts [#209] (JMJ Aviation LLC) | $125.00 | |

| Date | Item Description | Cash Disbursements 4Q23 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/06/2023 | Texas Comptroller of Public Accounts [#221] (JMJ MJ Development, LLC) | $125.00 | |
| 12/06/2023 | Texas Comptroller of Public Accounts [#223] (Lynco Ventures, LLC) | $125.00 | |
| 12/06/2023 | Texas Comptroller of Public Accounts [#213] (Mansions Apartment Homes at Marine Creek LLC) | $125.00 | |
| 12/06/2023 | Texas Comptroller of Public Accounts [#224] (One Agent Texas, LLC) | $125.00 | |
| 12/06/2023 | Texas Comptroller of Public Accounts [#214] (TRWF Lodge LLC) | $125.00 | |
| 12/12/2023 | Texas Comptroller of Public Accounts [#203] (2999TC Acquisition MZ LLC fka MO 2999TC MZ LLC) | $275.00 | |
| 12/12/2023 | Texas Comptroller of Public Accounts [#216] (Carnegie Finance LLC) | $125.00 | |
| 12/12/2023 | Texas Comptroller of Public Accounts [#217] (TC Hall LLC) | $125.00 | |
| 12/12/2023 | Texas Comptroller of Public Accounts [#206] (JMJD4 LLC) | $175.00 | |
| 12/12/2023 | Texas Comptroller of Public Accounts [#207] (BC Acquisitions LLC) | $175.00 | |
| 12/12/2023 | Texas Comptroller of Public Accounts [#210] (JMJ Blues TX LLC) | $175.00 | |
| 12/12/2023 | Texas Comptroller of Public Accounts [#222] (LC Aledo TX LLC) | $125.00 | |
| 12/12/2023 | Texas Comptroller of Public Accounts [#212] (LDG001 LLC) | $125.00 | |
| 12/12/2023 | Texas Comptroller of Public Accounts [#215] (2999TC JMJ LLC) | $225.00 | |
| 12/22/2023 | Integra Realty Resources [#226] (update TC Hall appraisal) | $1,750.00 | |
| **TOTAL DISBURSEMENTS 4Q23** | | **$45,993.79** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$1,404,082.34** |

# EXHIBIT A-3

**Goldmark Hospitality**
**Cash Accounting Summary**
**October 1, 2023 through December 31, 2023**

**Cash Receipts**

| Date | Item Description | Cash Receipts 4Q23 | Cash Receipts 4Q22 to present |
|------|------------------|--------------------|-------------------------------|
| 12/31/2022 | Cash Receipts 4Q22 | | $108,460.28 |
| 03/31/2023 | Cash Receipts 1Q23 | | $206,811.44 |
| 06/30/2023 | Cash Receipts 2Q23 | | $204,650.27 |
| 09/30/2023 | Cash Receipts 3Q23 | | $202,645.84 |
| 10/01/2023 | DHA Deposit [Wire] (rents) | $4,400.00 | |
| 10/04/2023 | Cash Deposit (rents) | $4,233.86 | |
| 10/04/2023 | Cash Deposit (rents) | $4,255.00 | |
| 10/06/2023 | Cash Deposit (rents) | $2,457.00 | |
| 10/06/2023 | Cash Deposit (rents) | $2,954.58 | |
| 10/11/2023 | Cash Deposit (rents) | $378.00 | |
| 10/11/2023 | Cash Deposit (rents) | $2,156.74 | |
| 10/13/2023 | Cash Deposit (rents) | $1,826.00 | |
| 10/16/2023 | Cash Deposit (rents) | $5,571.96 | |
| 10/20/2023 | Cash Deposit (rents) | $1,800.00 | |
| 10/24/2023 | Cash Deposit (rents) | $1,111.00 | |
| 10/25/2023 | Square [Wire] (rents) | $31,154.76 | |

| Date | Item Description | Cash Receipts 4Q23 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 10/30/2023 | Cash Deposit (rents) | $4,307.60 | |
| 11/01/2023 | Cash Deposit (rents) | $5,250.00 | |
| 11/01/2023 | DHA Deposit [Wire] (rents) | $4,378.00 | |
| 11/03/2023 | Cash Deposit (rents) | $2,673.00 | |
| 11/06/2023 | Square Inc. (account verify) | $0.01 | |
| 11/06/2023 | Square [Wire] (test) | $10.00 | |
| 11/06/2023 | Cash Deposit (rents) | $7,572.81 | |
| 11/08/2023 | Cash Deposit (rents) | $2,043.86 | |
| 11/10/2023 | Square [Wire] (rents) | $26,145.55 | |
| 11/10/2023 | Cash Deposit (rents) | $2,190.56 | |
| 11/14/2023 | Cash Deposit (rents) | $2,050.76 | |
| 11/17/2023 | Cash Deposit (rents) | $2,751.00 | |
| 11/21/2023 | Cash Deposit (rents) | $1,476.00 | |
| 11/24/2023 | Cash Deposit (rents) | $3,508.02 | |
| 11/28/2023 | Cash Deposit (rents) | $3,208.00 | |
| 12/01/2023 | Cash Deposit (rents) | 5,096.00 | |
| 12/04/2023 | Square Inc. [Wire] (rents) | $20,835.49 | |
| 12/04/2023 | Cash Deposit (rents) | $8,894.18 | |

| Date | Item Description | Cash Receipts 4Q23 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/04/2023 | DHA Deposit [Wire] (rents) | $3,240.00 | |
| 12/08/2023 | Cash Deposit (rents) | $1,892.58 | |
| 12/12/2023 | Cash Deposit (rents) | $2,718.56 | |
| 12/15/2023 | Cash Deposit (rents) | $2,502.14 | |
| 12/19/2023 | Cash Deposit (rents) | $2,125.78 | |
| 12/20/2023 | Square Inc. [Wire] (rents) | $16,152.27 | |
| 12/22/2023 | Cash Deposit (rents) | $2,750.00 | |
| 12/27/2023 | Cash Deposit (rents) | $1,600.00 | |
| 12/29/2023 | Cash Deposit (rents) | $2,335.74 | |
| **TOTAL GOLDMARK RECEIPTS 4Q23** | | **$200,006.81** | |
| **TOTAL GOLDMARK RECEIPTS TO PRESENT** | | | **$922,574.64** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 4Q23 | Cash Disbursements 4Q22 to present |
|---|---|---:|---:|
| 12/31/2022 | Cash Disbursements 4Q22 | | $99,830.15 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $202,341.23 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $187,686.31 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $181,476.12 |
| 10/02/2023 | Frank Guzman (#5197) (maintenance) | $817.50 | |
| 10/02/2023 | Kevin Wright (#5198) (maintenance) | $760.00 | |
| 10/03/2023 | Check order | $56.81 | |
| 10/03/2023 | Impact Floors of TX (#5251) (floor maintenance) | 911.92 | |
| 10/05/2023 | TXU Energy (electricity) (ACH) | $7,595.75 | |
| 10/05/2023 | Matthew Hilburn (#5196) (maintenance) | $790.00 | |
| 10/06/2023 | Spectrum (internet and phone) (ACH) | $268.05 | |
| 10/11/2023 | Texas Comptroller of Public Accounts (#5192) (arbitration deposit) | $1,050.00 | |
| 10/13/2023 | Jovanca Silvasan (#5200) (property manager) | $1,633.00 | |
| 10/16/2023 | Frank Guzman (#5252) (maintenance) | $1,012.50 | |
| 10/17/2023 | Matthew Hilburn (#5253) (maintenance) | $720.00 | |
| 10/17/2023 | Kevin Wright (#5254) (maintenance) | $570.00 | |
| 10/20/2023 | Republic Services (trash collection (ACH) | $1,161.32 | |
| 10/20/2023 | Impact Floors of TX (#5260) (floor maintenance) | $876.49 | |

| Date | Item Description | Cash Disbursements 4Q23 | Cash Disbursements 4Q22 to present |
|---|---|---:|---:|
| 10/27/2023 | Jovanca Silvasan (#5264) (property manager) | $1,633.00 | |
| 10/30/2023 | Frank Guzman (#5261) (maintenance) | $967.50 | |
| 10/30/2023 | Matthew Hilburn (#5262) (maintenance) | $640.00 | |
| 10/30/2023 | Kevin Wright (#5263) (maintenance) | $680.00 | |
| 10/30/2023 | Bank Transfer Fee | $15.00[1] | |
| 10/31/2023 | Bank Service Charge | $2.00 | |
| 10/31/2023 | Bank Processing Fee | $11.00 | |
| 11/02/2023 | Dallas Water Utilities (#5265) (water) | $8,493.08 | |
| 11/03/2023 | Alfredo Franco Nino (#5266) (lawn maintenance) | $1,000.00 | |
| 11/06/2023 | Square, Inc. | $0.01 | |
| 11/06/2023 | Spectrum (internet and phone) (ACH) | $268.05 | |
| 11/07/2023 | TXU (electricity) (ACH) | $5,685.25 | |
| 11/13/2023 | Frank Guzman (#104) (maintenance) | $570.00 | |
| 11/13/2023 | Matthew Hilburn (#105) (maintenance) | $445.00 | |
| 11/13/2023 | Jovanca Silvasan (#107) (property manager) | $1,633.00 | |
| 11/13/2023 | Jovanca Silvasan (#108) (gas reimbursement) | $92.43 | |
| 11/14/2023 | Kevin Wright (#106) (maintenance) | $800.00 | |
| 11/15/2023 | Terminix (#101) (pest control) | $94.72 | |

[1] On October 30, 2023, $10,000 was transferred from the Goldmark Hospitality account at Vista Bank to the new Goldmark Hospitality account at the Receiver's bank because Vista decided to terminate the banking relationship.

| Date | Item Description | Cash Disbursements 4Q23 | Cash Disbursements 4Q22 to present |
|---|---|---:|---:|
| 11/15/2023 | Terminix (#102) (pest control) | $126.65 | |
| 11/15/2023 | Terminix (#103) (pest control) | $200.26 | |
| 11/16/2023 | Terminix (#5255) (pest control) | $94.72 | |
| 11/16/2023 | Terminix (#5256) (pest control) | $126.65 | |
| 11/16/2023 | Terminix (#5257) (pest control) | $94.72 | |
| 11/16/2023 | Terminix (#5258) (pest control) | $126.65 | |
| 11/20/2023 | Republic Services (trash collection) (ACH) | $1,105.01 | |
| 11/24/2023 | Reveal Insurance [Wire] (ACH) | $6,029.88 | |
| 11/24/2023 | Reveal Insurance [Wire] (ACH) | $25,000.00 | |
| 11/24/2023 | Matthew Hilburn (#112) (maintenance) | $395.00 | |
| 11/24/2023 | Frank Guzman (#113) (maintenance) | $945.00 | |
| 11/27/2023 | Air Texas AC & Heating (#109) (AC repairs) | $75.00 | |
| 11/27/2023 | Air Texas AC & Heating (#110) (AC repairs) | $4,700.00 | |
| 11/27/2023 | Dallas Water Utilities (#111) (utilities) | $8,767.26 | |
| 11/27/2023 | Kevin Wright (#114) (maintenance) | $740.00 | |
| 11/27/2023 | Air Texas AC & Heating (#115) (AC repairs) | $4,700.00 | |
| 11/30/2023 | Bank Service Charge | $2.00 | |
| 12/01/2023 | Jovanca Silvasan (#117) (property manager) | $1,633.00 | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY OCT 1, 2023 THROUGH DEC 31, 2023
PAGE 6

| Date | Item Description | Cash Disbursements 4Q23 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/01/2023 | Jovanca Silvasan (#118) (gas reimbursement) | $76.28 | |
| 12/04/2023 | Alfredo Franco Nino (#120) (landscaping) | $600.00 | |
| 12/05/2023 | Spectrum (internet and phone) (ACH) | $268.05 | |
| 12/05/2023 | TXU (electricity) (ACH) | $6,360.26 | |
| 12/05/2023 | Impact Floors of TX, LLC (#116) (floor repairs) | $924.38 | |
| 12/05/2023 | Bank Transfer Fee | $15.00[2] | |
| 12/11/2023 | Account analysis charge | $31.42 | |
| 12/11/2023 | Terminix (#121) (pest control) | $200.26 | |
| 12/11/2023 | Frank Guzman (#122) (maintenance) | $682.50 | |
| 12/11/2023 | Kevin Wright (#123) (maintenance) | $550.00 | |
| 12/11/2023 | Matthew Hilburn (#124) (maintenance) | $720.00 | |
| 12/14/2023 | Jovanca Silvasan (#125) (property manager) | $1,633.00 | |
| 12/20/2023 | Republic Services (trash collection) (ACH) | $1,217.63 | |
| 12/26/2023 | Air Texas AC & Heating (#119) (AC repairs) | $100.00 | |
| 12/26/2023 | Kevin Wright (#126) (maintenance) | $740.00 | |
| 12/26/2023 | Frank Guzman (#127) (maintenance) | $765.00 | |

---

[2] On December 5, 2023, the remaining $92,775.88 was transferred from the Goldmark Hospitality account at Vista Bank to the new Goldmark Hospitality account at the Receiver's bank because Vista decided to terminate the banking relationship.

| Date | Item Description | Cash Disbursements 4Q23 | Cash Disbursements 4Q22 to present |
|------|-----------------|-------------------------|-------------------------------------|
| 12/26/2023 | Matthew Hilburn (#128) (maintenance) | $740.00 | |
| 12/27/2023 | Air Texas AC & Heating (#129) (AC repairs) | $200.00 | |
| 12/27/2023 | Air Texas AC & Heating (#130) (AC repairs) | $1,575.00 | |
| 12/29/2023 | Spectrum (internet and phone) (ACH) | $268.05 | |
| **TOTAL DISBURSEMENTS 4Q23** | | **$113,782.01** | |
| **TOTAL RECEIVERSHIP DISBURSEMENTS** | | | **$785,115.82** |

# EXHIBIT A-4

**D4OP RECEIVERSHIP ACCOUNT**
**Cash Accounting Summary**
**October 1, 2023 through December 31, 2023**

### Cash Receipts

| Date | Item Description | Cash Receipts 4Q23 | Cash Receipts 3Q23 to present |
|------|------------------|--------------------|-------------------------------|
| 09/31/2023 | Cash Receipts 3Q23 (opening account) | | $126,643.63 |
| 11/28/2023 | Kensington Vanguard National<br>• Parc at Opelika | $210,786.07 | |
| **TOTAL RECEIPTS 4Q23** | | **$210,786.07** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$337,429.70** |

### Cash Disbursements

| Date | Item Description | Cash Disbursements 3Q23 | Cash Disbursements 3Q23 to present |
|------|------------------|-------------------------|------------------------------------|
| **TOTAL DISBURSEMENTS** | | **$0.00** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$0.00** |