**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff. | § § | |
| v. | § § | CASE NO. 3.22-CV-2118-X |
| TIMOTHY BARTON, et al. | § § | |
| Defendant. | § § | |

**ORDER ON MOTION OF TEXAS REPUBLIC BANK FOR RECONSIDERATION OF THE JANUARY 8, 2024 ORDER REGARDING THE FRISCO GATE PROPERTY**

Upon consideration of the Motion of Texas Republic Bank, N.A. for Reconsideration of the Order Regarding the Frisco Gate Property dated January 8, 2024 (the "Motion"), the Court finds that it should reconsider its Order Regarding the Frisco Gate Property dated January 8, 2024 (the "Order") and that the Motion should be GRANTED.   It is therefore

ORDERED that Order Regarding the Frisco Gate Property dated January 8, 2024 shall be amended to read as follows:

(a) There is no stay of the accrual of the interest rate applicable to TRB's Note;

(b) At closing, the Receiver is authorized to pay TRB from the proceeds of the sale of the Frisco Gate Property: (i) the principal amount of the Note plus all accrued but unpaid interest from Maturity (July 31, 2022) at the

1

Maximum Lawful Rate as defined in the Note (currently eighteen percent (18.0%) per annum) until Closing; and (ii) all expenses, penalties (if any), attorneys' fees and costs accrued or incurred through the date of closing; TRB will provide the Receiver at least three (3) days in advance of closing an itemized list of all amounts due and owing under the Note incurred or accrued through the date of closing (the "Payoff Amount");

(c) Upon receipt of the Payoff Amount, TRB will execute a release of lien to the Property and deliver same to the Receiver (or its designee) at closing;

(d) Upon payment of the Payoff Amount to TRB, the Receiver may pay Palisades the sum of $3,500,000.00 at closing; and

(e) Any additional amounts Palisades contends it is entitled to recover pursuant to any contract or agreement with a Receivership Entity shall be submitted for consideration in a claims process.

DATED:_____

_____
**BRANTLEY STARR**
**UNITED STATES DISTRICT JUDGE**