# EXHIBIT A

## AUCTION INVENTORY
### JMJ Development

| # | Description | Photograph |
|---|---|---|
| 1. | Large Victorian Crystal Palace View Print | |
| 2. | Large Martineli Bacchus Bronze | |
| 3. | Henri II Style Oak And Ebonized Buffet | |

| | | |
|---|---|---|
| 4. | Large Regency Style Mahogany Dining Table |  |
| 5. | Pair Large Palace Size Bone Veneer Tusks |  |
| 6. | Beaux Arts Bronze Eagle Inkwell Encrier |  |

| 7. | Giacomo Di Medici Bronze |  |
|---|---|---|
| 8. | Marcenelli Bathing Venus Bronze | |
| 9. | Pair Renaissance Revival Oak Armchairs | |

| 10. | Antique Ardennes Grey Marble Pedestal |  |
| --- | --- | --- |
| 11. | Pair Chinese Polychromed Wood Warrior Figures |  |