**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § | |
| *Relief Defendants*. | § § | |

**ORDER GRANTING RECEIVER'S MOTION FOR EXTENSION OF
TIME TO FILE THIRD, FOURTH, AND FIFTH QUARTERLY FEE APPLICATIONS**

Before the Court is the Receiver's Unopposed Motion for Extension of Time to File Third,

Fourth, and Fifth Quarterly Fee Applications. Having considered the Motion, the Court is of the

opinion that it should be and hereby is **GRANTED**. Accordingly, the Receiver's deadline to file

his Third, Fourth, and Fifth Quarterly Fee Applications is hereby **EXTENDED** until May 14,

2024.

**IT IS SO ORDERED,** this _____ day of _____ 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE