**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| **Plaintiff,** | § § | **Case No. 3:22-CV-2118-X** |
| **v.** | § § § | |
| **TIMOTHY BARTON,** *et al.*, | § § § | |
| **Defendants.** | § § | |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Pursuant to Local Rule 83.12, Interested Party McCormick 101, LLC ("**McCormick**"), hereby moves to withdraw the firm of Bell Nunnally & Martin LLP and substitute the firm of Polsinelli PC as counsel of record for McCormick.  In support of this motion, McCormick respectfully states as follows:

1.      McCormick is presently represented by Russell W. Mills, Gwen I. Walraven, and Lewis F. Collins, III of the firm of Bell Nunnally & Martin LLP, 2323 Ross Avenue, Suite 1900, Dallas, Texas 75201.

2.      McCormick requests and approves that Mr. Mills, Ms. Walraven, and Mr. Collins be allowed to withdraw as counsel of record and be discharged as such.

3.      McCormick additionally requests that P. Kyle Cheves of the firm of Polsinelli PC, 2950 N. Harwood Street, Suite 2100, Dallas, Texas 75201, be substituted in as counsel of record for McCormick 101, LLC in the above-captioned action.

4.      This Motion to Withdraw and Substitute Counsel of Record will not prejudice the parties and is not sought for the purpose of delay, but so that McCormick may be represented by its counsel of choice.

WHEREFORE, McCormick 101, LLC respectfully requests that the Court grant the relief requested herein and any additional relief the Court deems just and proper.

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By: */s/ Russell W. Mills*
Russell W. Mills
Texas Bar No. 0078469
rmills@bellnunnally.com
K. Shane Thomas
Texas Bar No. 24126045
sthomas@bellnunnally.com
2323 Ross Avenue, Suite 1900
Dallas, TX 75201
214-740-1400 Telephone
214-740-1499 Facsimile

**ATTORNEYS FOR**
**MCCORMICK 101, LLC**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, I hereby certify that on February 14, 2024, I conferred with counsel for the Receiver, regarding the relief sought herein, who indicated that Plaintiff is unopposed. I attempted to confer with counsel for Plaintiff Securities and Exchange Commission, but I could not reach them.

*/s/ Russell W. Mills*
Russell W. Mills

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2024, a true and correct copy of the foregoing Motion to Withdraw and Substitute Counsel of Record was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of such filing to all counsel of record.

*/s/ Russell W. Mills*
Russell W. Mills

7839686_1.DOCX