**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| **Plaintiff,** | § § | **Case No. 3:22-CV-2118-X** |
| **v.** | § § § | |
| **TIMOTHY BARTON,** *et al.*, | § § | |
| **Defendants.** | § § | |

**ORDER GRANTING MOTION TO WITHDRAW**
**AND SUBSTITUTE COUNSEL OF RECORD**

This matter comes before the Court upon the Motion to Withdraw and Substitute Counsel of Record of Interested Party McCormick 101, LLC (the "**Motion**"). This Court, after consideration and being duly advised of the matter, hereby finds the Motion is **GRANTED**. It is therefore

**ORDERED** that attorneys Russell W. Mills, Gwen I. Walraven, and Lewis F. Collins, III of the firm of Bell Nunnally & Martin LLP, are hereby authorized to withdraw and are discharged as counsel of record for McCormick 101, LLC; and is further

**ORDERED** that P. Kyle Cheves of the firm of Polsinelli PC is substituted in as counsel for McCormick 101, LLC in the above-captioned action.

**IT IS SO ORDERED** this ____day of February, 2024.

 

HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE