**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| **Plaintiff,** | § § § | |
| **v.** | § § | **Case No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON,** *et al.*, | § § § | |
| **Defendants.** | § | |

**ORDER GRANTING MOTION OF MCCORMICK 101, LLC TO INTERVENE**

On this day, the Court considered the Motion of Interested Party McCormick 101, LLC to Modify Stay Provision Set Forth in Receiver Order (the "**Motion**"), which seeks, among other things, intervention in this action.  Based on the Motion, McCormick is entitled to intervene as a matter of right under Federal Rule of Civil Procedure 24(a).  Therefore, it is accordingly,

ORDERED that the Motion is GRANTED with respect to intervention, and McCormick is entitled to intervene as a party-in-interest in this action.

SO ORDERED.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE