# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 20, 2024

Mr. Michael J. Edney
Hunton Andrews Kurth, L.L.P.
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701

No. 24-10004   SEC v. Barton
USDC No. 3:22-CV-2118

Dear Mr. Edney,

The Judicial Council of the Fifth Circuit requires court reporters to file transcripts within 30 days or suffer a discount penalty. In this case, the 30-day discount period expired on February 7, 2024.  Therefore the court reporter must discount your invoice by 10%.

Also, if the transcript is not filed by March 8, 2024, the court reporter must discount your invoice by 20% and must refund that part of any deposit which exceeds the cost less the discount.  Our records will automatically be updated if the 20% discount date is reached but we will not provide further notice.  It is your responsibility to pay only the discounted amount(s).

The discount policy is mandatory.  You may not reimburse the court reporter for the discount.

Sincerely,
LYLE W. CAYCE, Clerk
By: /s/Lyle W. Cayce
Lyle W. Cayce

cc:  Mr. Keefe Michael Bernstein
     Mr. Ezekiel Levenson Hill
     Ms. Karen S. Mitchell
     Mr. David B. Reece
     Ms. Kelli Ann Willis