# EXHIBIT 1

# EXHIBIT H

APP034

**JMJ HOLDINGS**
**Consolidated Balance Sheet**
**As of 15th Feb., 2019**

**Assets**
*Current Asset*

| | | |
|---|---|---|
| | Cash | $174,536 |
| 1 | Account Receivables | $807,503 |

note 1  All short term receivables renew every 30 days and are callable within a 30 day notice.

| | | |
|---|---|---|
| | Prepaid Expenses | $0 |
| 2 | Working Capital Loans | $617,675 |

note 2  TR Carnegie and Lajolla working Capital revolvers callable with 30 days notice

| | |
|---|---|
| **Total Current Assets** | **$1,599,714** |

*Fixed (Long-Term) Assets*

| | | |
|---|---|---|
| 4 | Account Receivables | $0 |

note 4  All long term receivables are stated at 12 months.

| | |
|---|---|
| Villital Towers | $8,000,000 |
| Bellwether | $24,766,400 |
| Parc at Windmill Farms | $42,988,946 |
| Turtle Creek | $36,000,000 |
| Long Term Investments | $4,500,000 |
| Art Work | $12,670,000 |
| (less accumulated depreciation) | ($63,000) |
| **Total Fixed Assets** | **$128,862,346** |

*Other Assets*

| | | |
|---|---|---|
| 5 | Other | $1,543,000 |

note 5  shares in private company and is not liquid

| | |
|---|---|
| **Total Other Assets** | **$1,543,000** |
| **Total Assets** | **$132,005,060** |

**Liabilities and Owners Equity**
*Current Liabilities*

| | | |
|---|---|---|
| | Accounts Payable | $41,542 |
| | Villita Towers | $2,100,000 |
| | Bellwether | $19,331,000 |
| | Parc at Windmill Farms | $36,540,600 |
| 6 | Long-term Loans | $868,311 |

note 6  Inter company note due 3/17/2019

| | | |
|---|---|---|
| | Notes Payable | $17,465,000 |
| 7 | Current portion of Long-Term Debt | $2,150,311 |

note 7  Goldmark note matures 9/19 and will be refinanced at that time

| | |
|---|---|
| **Total Liabilities** | **$78,496,764** |

*Owner's equity*

| | |
|---|---|
| Owner's investments | $53,508,296 |
| Retained Earnings | $0 |
| Other | $0 |
| **Total Owner's Equity** | **$53,508,296** |
| ***Total Liabilities and Owner's Equity*** | **$132,005,060** |

To the best of my knowledge, the above statement is true and correct

**Tim Barton**
as President

APP000016