**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § | |

**RECEIVER'S MOTION FOR LEAVE TO
FILE COMPLAINTS AGAINST THIRD PARTIES**

Cort Thomas, the Court-appointed Receiver ("Receiver"), requests the Court's leave to institute lawsuits for the benefit of and behalf of the Receivership Entities and the Receivership Estate, and in support, respectfully shows the Court as follows.

1. Pursuant to a now vacated Order Appointing Receiver entered on October 18, 2022, and a new Order Appointing Receiver entered on November 29, 2023, the Receiver was directed, to among other things, assume exclusive custody, control, and possession of all assets for all

–1–

Receivership Entities, and is also required to investigate and prosecute any claims that in his discretion are appropriate to recover damages or other remedies. Dkt. 417, ¶ 13, 44-45.

2.      Pursuant to ¶ 45 of the Order Appointing Receiver (Dkt. 417), the Receiver is authorized to institute legal proceedings for the benefit and on behalf of the Receivership Estate as deemed necessary.

3.      The Receiver has identified certain third-party claims which he holds in his capacity as Receiver. These third-party claims include, but are not limited to, claims for fraudulent transfer, breach of fiduciary duty, professional malpractice, and negligence.   While the Receiver's investigation continues, and despite diligence in discovering these and additional claims, the Receiver seeks to file one or more lawsuits preserving these claims and to toll the applicable statute of limitations as to each.

4.      If requested, the Receiver will provide the names of all potential defendants to the Court under seal or in camera, as well as the factual basis for each claim.

5.      Therefore, the Receiver, in his capacity as Receiver, seeks authority to file one or more lawsuits asserting claims against third-parties.

WHEREFORE PREMISES CONSIDERED, the Receiver respectfully requests that the Court grant the relief requested above and grant such other and further relief to which the Receiver may be justly entitled.

Respectfully submitted,

By:  */s/ Charlene C. Koonce*
    Charlene C. Koonce
     Texas Bar No. 11672850
     charlene@brownfoxlaw.com
    Timothy B. Wells
     Texas Bar No. 24131941
     tim@brownfoxlaw.com
    BROWN FOX PLLC
    8111 Preston Road, Suite 300
    Dallas, TX  75225
    Tel. 214.327.5000
    Fax. 214.327.5001

*Attorneys for Receiver Cortney C. Thomas*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for the Receiver conferred with the SEC regarding the relief requested above and the Commission does not oppose this Motion.  The Receiver did not confer with any other party because the Motion does not affect any such party.

*/s/ Charlene C. Koonce*
Charlene C. Koonce

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

*/s/ Charlene C. Koonce*
Charlene C. Koonce

– 3 –