# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-10046

_____

United States Court of Appeals
Fifth Circuit

**FILED**

January 3, 2024

Lyle W. Cayce
Clerk

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff—Appellee*,

*versus*

TIMOTHY BARTON; ET AL.,

*Defendants*,

MAXIMILIEN BARTON; GILLESPIE VILLAS, L.L.C.; VENUS59,
L.L.C.; TRTX PROPERTIES, L.L.C.; MXBA, L.L.C.; TITAN
INVESTMENTS, L.L.C.,

*Interested Parties—Appellants*,

TC HALL, L.L.C.; TITAN 2022 INVESTMENT, L.L.C.,

*Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

_____

Before STEWART, DENNIS, and WILSON, *Circuit Judges*.

J U D G M E N T

No. 23-10046

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as moot.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

**Certified as a true copy and issued
as the mandate on Feb 26, 2024**

**Attest:**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 26, 2024

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 23-10046   SEC v. Barton
               USDC No. 3:22-CV-2118

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Roeshawn Johnson, Deputy Clerk
        504-310-7998

cc:  Mr. Nathan Baum
     Mr. Keefe Michael Bernstein
     Mr. Christopher Cooke
     Mr. Ezekiel Levenson Hill
     Mr. David Thomas Kearns
     Ms. Barbara Light
     Mr. Samuel Ramer