**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | **No. 3:22-cv-2118-X** |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

**NOTICE OF NO OBJECTION TO THE RECEIVER'S
MOTION TO LIFT LITIGATION STAY FOR LIMITED PURPOSE**

COMES NOW Cort Thomas, as the court appointed Receiver, and provides notice of the following:

1.     Pursuant to the *Order Granting Motion for Order Governing Administration of the Receivership Estate* [Dkt. 63], "[i]f no objections are filed within seven (7) days of the service of a motion filed by the Receiver, the Receiver shall file with the Court a Notice of No

Objection, in which case the Court may, if it agrees with the relief sought, enter the proposed order *sua sponte,* or set the matter for hearing." [1]

2.      On March 4, 2024, the Receiver filed his *Motion to Lift Litigation Stay for Limited Purpose* (the "Motion") [Dkt. 476].  The Motion was unopposed by the SEC, the only party the Receiver conferred with since no other party was affected by the Motion.

3.      More than seven (7) days have passed since the Receiver filed and served the Motion, and the Receiver has received no objections to the relief sought in the Motion.

Respectfully submitted,

By: */s/ Timothy B. Wells*
   Charlene C. Koonce
    State Bar No. 11672850
    charlene@brownfoxlaw.com
   Timothy B. Wells
    State Bar No. 24131941
    tim@brownfoxlaw.com
   BROWN FOX PLLC
   8111 Preston Road, Suite 300
   Dallas, TX  75225
   Tel. 214.327.5000
   Fax. 214.327.5001

*Attorneys for Receiver Cortney C. Thomas*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic-filing system.

---

[1] On November 29, 2023, the Court ratified the *Order Granting Motion for Order Governing Administration of the Receivership Estate*. Dkt. 419.