UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:22-CV-2118-X |
| | § | |
| TIMOTHY BARTON | § | |
| CARNEGIE DEVELOPMENT, LLC, | § | |
| WALL007, LLC, | § | |
| WALL009, LLC, | § | |
| WALL010, LLC, | § | |
| WALL011, LLC, | § | |
| WALL012, LLC, | § | |
| WALL016, LLC, | § | |
| WALL017, LLC, | § | |
| WALL018, LLC, | § | |
| WALL019, LLC, | § | |
| HAOQING FU (A/K/A MICHAEL FU), | § | |
| STEPHEN T. WALL, | § | |
| | § | |
| DEFENDANTS, | § | |
| | § | |
| | § | |
| DJD LAND PARTNERS, LLC, AND | § | |
| LDG001, LLC | § | |
| | § | |
| RELIEF DEFENDANTS. | § | |

## NOTICES OF APPEARANCE

Kenneth C. Johnston, David M. Clem, and Gordon W. Green, with the law firm of Johnston Clem Gifford PLLC (collectively, "JCG") enter its appearance as counsel for Truist Bank and requests that JCG be added to the service list in this case. JCG requests that copies of all notices and pleadings given or required to be given in this case, including but not limited to, all notices, reports, pleadings, motions, applications, lists, and all other matters arising herein be given and served upon JCG at the address and email address set forth below:

**Kenneth C. Johnston**
**David M. Clem**
**Gordon W. Green**
JOHNSTON CLEM GIFFORD PLLC
1717 Main Street, Suite 3000 • Dallas, Texas 75201
(214) 974-8000 Main
(972) 474-1727 G. Green Direct
Email: kjohnston@johnstonclem.com
Email: dclem@johnstonclem.com
Email: ggreen@johnstonclem.com

We are appearing in this case only to receive pleadings filed in this matter.

Respectfully submitted,

By: /s/ Gordon W. Green

**Kenneth C. Johnston**
State Bar No. 00792608
kjohnston@johnstonclem.com
**David M. Clem**
State Bar No. 24050428
dclem@johnstonclem.com

**Gordon W. Green**
State Bar No. 24083102
ggreen@johnstonclem.com

**JOHNSTON CLEM GIFFORD PLLC**
1717 Main Street, Suite 3000
Dallas, Texas 75201
(214) 974-8000 Main
(972) 474-1717 D. Clem Direct

## Certificate of Service

This document has been served on all counsel of record, via the Court's ECF system, on March 12, 2024.

By: /s/ Gordon W. Green
**Gordon W. Green**