**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff*, | § § § | |
| **v.** | § § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON,** **CARNEGIE DEVELOPMENT, LLC,** **WALL007, LLC,** **WALL009, LLC,** **WALL010, LLC,** **WALL011, LLC,** **WALL012, LLC,** **WALL016, LLC,** **WALL017, LLC,** **WALL018, LLC,** **WALL019, LLC,** **HAOQIANG FU (A/K/A MICHAEL FU),** **STEPHEN T. WALL,** | § § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| **DJD LAND PARTNERS, LLC, and** **LDG001, LLC,** | § § § | |
| *Relief Defendants.* | | |

## <u>RECEIVER'S NOTICE OF INTENDED AUCTION OF ART</u>

In accordance with the provisions of the Order Granting Motion For Order Governing Administration of Receivership Estate, etc. and Approving Disposition of Certain Personal Property [Dkt. 63] (the "Admin Order"), Cort Thomas, the court-appointed Receiver in this case, provides notice as follows.

## FACTUAL SUMMARY

1.    On or about November 16, 2022, the Court entered the Admin Order, which governs the Receiver's sale of Personal Property.[1]  The Admin Order authorizes the Receiver to sell through private sale or auction "any tangible or intangible personal property, except for contractual rights ('Personal Property')" based on the procedures established in the Admin Order. Dkt. 63, p. 2

2.    Specifically, the Receiver is authorized to sell by auction any Personal Property, following compliance with the notice provisions in the Admin Order.  Notice as follows is required:

> **"4. Notice Regarding Intended Disposition  . . .**
>
> a.    At least ten days prior to any sale or abandonment, the Receiver shall file a written Notice of the intended sale or abandonment of item of personal property valued above $1,500.  The notice shall describe the property to be sold or abandoned and the manner in which it will be sold or abandoned.
>
> b.    The Receiver shall also serve by First Class Mail, the written Notice described above on every person who has made a written request to the Receiver. The Receiver may in his discretion provide additional notice as he deems appropriate.
>
> c.    Any person who wishes to object to the proposed sale or abandonment shall file and serve a motion setting forth the objection and the basis for it, not more than five (5) days after the Receiver mails the Notice regarding the sale or abandonment.
>
> d.    If no objection is timely filed and served, the Receiver may sell or abandon the property without further order of the Court in accordance with these procedures and as described in the Notice.
>
> e.    If an objection is timely filed and served, the proposed sale or abandonment shall not be completed until the motion setting forth the objection has been decided by the Court."

---

[1] The Admin Order was adopted under the new Receivership Order [Dkt. 417] by the Court's Order Granting In Part Receiver's Blessing Motion [Dkt. 419].

Dkt. 63, pp. 5-6.

3.      On February 12, 2023, the Receiver filed his Notice of Intended Auction of Art and Antiques From 2999 Turtle Creek Blvd [Dkt. 459] (the "First Auction Notice").

4.      In the First Auction Notice, the Receiver misidentified the Statutes shown in **Exhibit A** to this Notice as items previously located at 2999 Turtle Creek (the "Statues").  The Statues, however, were previously located at 4107 Rock Creek, a property owned by Receivership Entity SF Rock Creek, LLC.   Nonetheless, the Receiver has obtained financial records demonstrating that the Statues were purchased with Receivership Entity funds.

5.      The Statues and the items identified in the First Auction Notice are large, bulky items, and some are very heavy.  For several months, the auctioneer has been storing the Statues and the items identified in the First Auction Notice, at no charge to the Receivership Estate.  As of February 1, 2024, however, the auctioneer started charging $500/month for storage.  Thus, selling the Statues rather than continuing to store them will preserve their value.

6.      Accordingly, to ensure accurate information is disclosed regarding the Statutes' prior location, the Receiver files this Notice, and as required by the Admin Order provides notice of his intended sale by auction of the Statues.

7.      The auction shall commence at least ten days after the date of this Notice, or upon the Court's disposition of any objection to this Notice.

Respectfully submitted,

By: /s/ Charlene C. Koonce
    Charlene C. Koonce
     State Bar No. 11672850
     charlene@brownfoxlaw.com
    Timothy B. Wells
     State Bar No. 24131941
     tim@brownfoxlaw.com
    BROWN FOX PLLC
    8111 Preston Road, Suite 300
    Dallas, Texas 75225
    T: (214) 327-5000
    F: (214) 327-5001

*Attorneys for Receiver Cortney C. Thomas*

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

4

# EXHIBIT A

## AUCTION INVENTORY

| # | Description | Photograph |
|---|-------------|------------|
| 1. | Pair Chinese Polychromed Wood Warrior Figures | |