# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON,<br>CARNEGIE DEVELOPMENT, LLC,<br>WALL007, LLC,<br>WALL009, LLC,<br>WALL010, LLC,<br>WALL011, LLC,<br>WALL012, LLC,<br>WALL016, LLC,<br>WALL017, LLC,<br>WALL018, LLC,<br>WALL019, LLC,<br>HAOQIANG FU (A/K/A MICHAEL FU),<br>STEPHEN T. WALL, | § § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| BYRON WALKER, TBW LAND & CATTLE, LLC, | § § § | |
| *Relief Defendants*. | § § | |

### ORDER GRANTING RECEIVER'S VERIFIED
### MOTION TO RATIFY SETTLEMENT AGREEMENT WITH
### SOMERSET-LOST CREEK GOLF, LTD AND THE BERYL ARTZ BYPASS TRUST

Before the Court is the *Receiver's Verified Motion to Ratify Settlement Agreement with Somerset-Lost Creek Golf, LTD and the Beryl Artz Bypass Trust and Brief in Support*. Having considered the Motion, any Responses, and Reply, the Court finds that the Motion should be and hereby is **GRANTED**.

Accordingly, the Court hereby **RATIFIES** the Settlement Agreement finding it is fair and equitable and in the best interests of the Receivership Estate. Furthermore, the Court **LIFTS THE**

**STAY** of *Somerset-Lost Creek Golf, Ltd. v. Tim Barton, LC Aledo TX, LLC, JMJ Acquisitions, LLC, and Wall010, LLC*, Cause No. 096-319595-20 pending in the 96th Judicial District Court of Tarrant County, Texas for the limited purpose of allowing the Receiver to dismiss the case.

**SO ORDERED**

**DATED:** _____

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2