UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

     *Plaintiff,*

v.

TIMOTHY BARTON, et al.,

     *Defendants,*

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

     *Relief Defendants.*

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No. 3:22-CV-2118-X

## ORDER

Before the Court is the Receiver's motion for leave to file complaints against third parties. (Doc. 472). The Receiver has identified third-party claims for fraudulent transfer, breach of fiduciary duty, professional malpractice, and negligence.[1] The underlying motion is unopposed by the SEC, and the Receiver did not confer with any other party because the motion doesn't any affect any such party.[2] Seven days passed, and the Receiver received no objections to the motion.[3] Under the Receivership Order, the Receiver is authorized to institute "legal proceedings, for

---

[1] Doc. 472 at 2.

[2] *Id.* at 3.

[3] Doc. 479; *see* also Doc. 419 ratifying the Order Governing Administration of the Receivership Estate (Doc. 63 at 2) ("If no objections are filed within seven (7) days of the service of a motion filed by the Receiver, the Receiver shall file with the Court a Notice of No Objection, in which case the Court may, if it agrees with the relief sought, enter the proposed order *sua sponte*, or set the matter for hearing.").

1

the benefit and on behalf of the Receivership Estate, as the Receiver deems necessary and appropriate."[4] As such, the Receiver's motion for leave to file complaints against third parties is **GRANTED.**

**IT IS SO ORDERED** this 19th day of April, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[4] Doc. 417 at 22.