IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

**RECEIVER'S RESPONSE AND OBJECTION TO PRO SE
REQUEST FOR JUDGMENT REGARDING VENUS59 LLC**

Cort Thomas, the Court-appointed Receiver, responds to the Request for Judgement [sic]

Regarding Venus59, LLC filed by Daniel Crow ("Crow") [Dkt. 485] and respectfully shows the

Court as follows:

Crow claims to be the majority owner of Receivership Entity Venus59, LLC ("Venus 59")

and requests that the Court enter a judgment (1) granting him control over Venus 59, (2) directing

the Receiver to provide discovery related to Venus 59, and (3) allowing him to use personal funds

1

to pay taxes (even though no taxes are currently owed) and repair assets owned by Venus 59. As with prior motions,[1] Crow is not a party in this proceeding, has not shown entitlement to intervene or justified the burden or expense on the Receivership Estate incident to his request for "discovery," and has not provided any justification for extracting Venus 59 from the Receivership Estate. Crow thus provides no basis for the requested judgment or any additional relief he seeks. The Receiver accordingly opposes the relief requested by Crow, and requests that the Court deny Crow's request.

Respectfully submitted,

By: */s/Timothy B. Wells*
Charlene C. Koonce
State Bar No. 11672850
charlene@brownfoxlaw.com
Timothy B. Wells
Texas Bar No. 24131941
tim@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
T: (214) 327-5000
F: (214) 327-5001

*Attorneys for Receiver Cortney C. Thomas*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

---

[1] The Receiver incorporates by reference his responses to Crow's prior motions, Dkt Nos. 380, and 484.

2