# EXHIBIT A

# EXHIBIT A-1

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of March 31, 2024

| | | | |
|---|---|---:|---:|
| 1 | Beginning Balance - January 1, 2024: | | $ 695,053.06 |
| 2 | Business Income | | 231,233.80 |
| 3 | Funds Received | | 70,557.79 |
| 4 | Interest/Dividend Income | | 733.09 |
| 5 | Business Asset Liquidation | | |
| 6 | Personal Asset Liquidation | | |
| 7 | Third-Party Litigation Income | | |
| 8 | Miscellaneous - Other | | |
| 9 | Disbursements to Investors | | |
| 10 | Disbursements for Receivership Operations: | | 340,679.77 |
| 10a | Disbursements to Receiver or Other Professionals | 16,125.00 | |
| 10b | Business Asset and Operating Expenses | 197,838.25 | |
| 10c | Personal Asset Expenses | | |
| 10d | Investment Expenses | | |
| 10e | Third-Party Litigation Expenses | | |
| 10f | Tax Administrator Fees and Bonds | | |
| 10g | Federal and State Tax Expenses | 126,716.52 | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | |
| 11a | Distribution Plan Development Expenses | | |
| 11b | Distribution Plan Implementation Expenses | | |
| 12 | Disbursements to Court/Other | | - |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | |
| 12b | Federal income taxes | | |
| 13 | Ending Balance - March 31, 2024 | | $ 656,897.97 |
| 14 | Ending Balance of Fund - Net Assets | | 656,897.97 |
| 14a | Cash & Cash Equivalents | 655,847.97 | |
| 14b | Investments | | |
| 14c | Other Assets or Uncleared Funds | 1,050.00 | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | |
| 16b | Federal income taxes | | |
| 17 | DC & State Tax Payments | | |

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of March 31, 2024

18     No. of Claims

18a the number of claims received from investors during this reporting period

18b the number of claims received from investors as a result of all orders since the inception of the Fund

19     No. of Claimants/Investors

19a the number of claimants/investors receiving distributions during the reporting period

19b the number of claimants/investors receiving distributions pursuant to all orders of distribution since the inception of the Fund

# EXHIBIT A-2

**Barton Receivership Account**
**Cash Accounting Summary**
**January 1, 2024 through March 31, 2024**

**Cash Receipts**

| Date | Item Description | Cash Receipts 1Q24 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Receipts 4Q22 | | $819,171.90 |
| 03/31/2023 | Cash Receipts 1Q23 | | $129,887.29 |
| 06/30/2023 | Cash Receipts 2Q23 | | $622,543.82 |
| 09/30/2023 | Cash Receipts 3Q23 | | $4,988.77 |
| 12/31/2023 | Cash Receipts 4Q23 | | $14,056.20 |
| 01/31/2024 | Interest Deposit | $295.98 | |
| 02/29/2024 | Interest Deposit | $210.99 | |
| 03/06/2024 | DDA Regular Deposit <br> • Pre-pay of Rock Creek move | $7,770.00 | |
| 03/18/2024 | DDA Regular Deposit <br> • Capital One | $25.00 | |
| 03/31/2029 | Interest Deposit | $226.12 | |
| **TOTAL RECEIPTS 1Q24** | | **$8,528.09** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$1,599,176.07** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 1Q24 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Disbursements 4Q22 | | $10,764.09 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $504,163.52 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $713,478.93 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $129,682.01 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $45,993.79 |
| 01/02/2024 | National Valuation Consultants (#227) (Hall St. property) | $1,750.00 | |

| Date | Item Description | Cash Disbursements 1Q24 | Cash Disbursements 4Q22 to present |
|---|---|---:|---|
| 01/02/2024 | Alfredo Franco Nino (#228) (lawn maintenance) | $225.00 | |
| 01/12/2024 | Reveal Insurance [Wire] (Gillespie property) | $1,125.34 | |
| 01/26/2024 | John R. Ames, CTA (#246) (Rock Creek taxes) | $21,815.10 | |
| 01/26/2024 | John R. Ames, CTA (#247) (Gillespie taxes) | $17,020.62 | |
| 02/01/2024 | Scott Porter, Tax A/C (#229) (Venus taxes) | $82.90 | |
| 02/01/2024 | Scott Porter, Tax A/C (#230) (Venus taxes) | $369.86 | |
| 02/01/2024 | Scott Porter, Tax A/C (#231) (Venus taxes) | $69.13 | |
| 02/01/2024 | Scott Porter, Tax A/C (#232) (Venus taxes) | $1,096.00 | |
| 02/01/2024 | Scott Porter, Tax A/C (#233) (Venus taxes) | $304.34 | |
| 02/01/2024 | Scott Porter, Tax A/C (#234) (Venus taxes) | $253.35 | |
| 02/01/2024 | Scott Porter, Tax A/C (#235) (Venus taxes) | $767.69 | |
| 02/01/2024 | Scott Porter, Tax A/C (#236) (Venus taxes) | $143.52 | |
| 02/01/2024 | Scott Porter, Tax A/C (#237) (Venus taxes) | $3,021.27 | |
| 02/01/2024 | Scott Porter, Tax A/C (#238) (Venus taxes) | $58.66 | |
| 02/01/2024 | Scott Porter, Tax A/C (#239) (Venus taxes) | $326.81 | |
| 02/01/2024 | Scott Porter, Tax A/C (#240) (Venus taxes) | $82.90 | |
| 02/01/2024 | Scott Porter, Tax A/C (#241) (Venus taxes) | $89.36 | |

| Date | Item Description | Cash Disbursements 1Q24 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 02/01/2024 | Scott Porter, Tax A/C (#242) (Venus taxes) | $78.75 | |
| 02/01/2024 | Scott Porter, Tax A/C (#243) (Venus taxes) | $78.75 | |
| 02/01/2024 | Scott Porter, Tax A/C (#244) (Venus taxes) | $4,164.05 | |
| 02/01/2024 | Scott Porter, Tax A/C (#245) (Venus taxes) | $196.63 | |
| 02/01/2024 | Dallas Water Utilities (#248) (water) | $44.03 | |
| 02/01/2024 | Alfredo Franco Nino (#249) (lawn maintenance) | $225.00 | |
| 02/01/2024 | Ever Maldonado (#250) (Gillespie roof repair) | $350.00 | |
| 03/04/2024 | Alfredo Franco Nino (#252) (lawn maintenance) | $300.00 | |
| 03/07/2024 | Lumos Technology Services (#253) (IT services) | $469.37 | |
| 03/08/2024 | Integra Realty Resources (#255) (Venus) | $10,000.00 | |
| 03/11/2024 | Ever Maldonado (#256) (maintenance) | $300.00 | |
| 03/11/2024 | Account Analysis | $0.54 | |
| 03/12/2024 | Ahuja and Consultants (#258) (pre-pay vendor costs) | $1,500.00 | |
| 03/15/2024 | JAMS (#257) (Tamamoi mediator fee) | $2,875.00 | |
| 03/26/2024 | Alfredo Franco Nino (#259) (lawn maintenance) | $250.00 | |
| 03/29/2024 | Movestar Inc. (#260) (Rock Creek move) | $6,189.75 | |
| **TOTAL DISBURSEMENTS 1Q24** | | **$75,623.72** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$1,479,706.06** |

# EXHIBIT A-3

**Goldmark Hospitality**
**Cash Accounting Summary**
**January 1, 2024 through March 31, 2024**

**Cash Receipts**

| Date | Item Description | Cash Receipts 1Q24 | Cash Receipts 4Q22 to present |
|------|------------------|-------------------:|------------------------------:|
| 12/31/2022 | Cash Receipts 4Q22 | | $108,460.28 |
| 03/31/2023 | Cash Receipts 1Q23 | | $206,811.44 |
| 06/30/2023 | Cash Receipts 2Q23 | | $204,650.27 |
| 09/30/2023 | Cash Receipts 3Q23 | | $202,645.84 |
| 12/31/2023 | Cash Receipts 4Q23 | | $200,006.81 |
| 01/02/2024 | DDA Regular Deposit [Wire] (rents) | $1,556.48 | |
| 01/03/2024 | DDA Regular Deposit [Wire] (rents) | $7,950.00 | |
| 01/04/2024 | Square Inc. [Wire] (rents) | $21,252.98 | |
| 01/04/2024 | DDA Regular Deposit [Wire] (rents) | $3,461.64 | |
| 01/10/2024 | DDA Regular Deposit [Wire] (rents) | $2,929.46 | |
| 01/18/2024 | Square Inc. [Wire] (rents) | $8,225.01 | |
| 01/18/2024 | DDA Regular Deposit [Wire] (rents) | $3,948.68 | |
| 01/22/2024 | DDA Regular Deposit [Wire] (rents) | $2,142.08 | |
| 01/26/2024 | DDA Regular Deposit [Wire] (rents) | $3,180.00 | |
| 01/31/2024 | Square Inc. [Wire] (rents) | $12,818.17 | |
| 02/02/2024 | DDA Regular Deposit [Wire] (rents) | $200.00 | |

| Date | Item Description | Cash Receipts 1Q24 | Cash Receipts 4Q22 to present |
|------|------------------|-------------------:|------------------------------:|
| 02/02/2024 | DDA Regular Deposit [Wire] (rents) | $1,420.70 | |
| 02/02/2024 | DDA Regular Deposit [Wire] (rents) | $2,774.00 | |
| 02/05/2024 | DDA Regular Deposit [Wire] (rents) | $8,763.98 | |
| 02/06/2024 | DDA Regular Deposit [Wire] (rents) | $2,620.00 | |
| 02/08/2024 | Square Inc. [Wire] (rents) | $18,032.79 | |
| 02/09/2024 | DDA Regular Deposit [Wire] (rents) | $1,610.00 | |
| 02/14/2024 | DDA Regular Deposit | $74.82 | |
| 02/14/2024 | DDA Regular Deposit [Wire] (rents) | $1,108.05 | |
| 02/16/2024 | DDA Regular Deposit [Wire] (rents) | $778.10 | |
| 02/20/2024 | DDA Regular Deposit [Wire] (rents) | $2,061.64 | |
| 02/23/2024 | DDA Regular Deposit [Wire] (rents) | $2,362.00 | |
| 02/26/2024 | Square Inc [Wire] (rents) | $19,712.94 | |
| 02/27/2024 | DDA Regular Deposit [Wire] (rents) | $200.00 | |
| 02/27/2024 | DDA Regular Deposit [Wire] (rents) | $2,870.00 | |
| 02/29/2024 | Square Inc [Wire] (rents) | $6,154.83 | |
| 02/29/2024 | DDA Regular Deposit [Wire] (rents) | $3,873.00 | |
| 03/01/2024 | DDA Regular Deposit [Wire] (rents) | $4,201.00 | |
| 03/01/2024 | DDA Regular Deposit [Wire] (rents) | $5,275.99 | |

| Date | Item Description | Cash Receipts 1Q24 | Cash Receipts 4Q22 to present |
|------|------------------|--------------------|-------------------------------|
| 03/04/2024 | DDA Regular Deposit [Wire] (rents) | $5,180.02 | |
| 03/05/2024 | DDA Regular Deposit [Wire] (rents) | $2,815.00 | |
| 03/07/2024 | DDA Regular Deposit [Wire] (rents) | $3,505.62 | |
| 03/13/2024 | Square Inc [Wire] (rents) | $19,769.48 | |
| 03/13/2024 | DDA Regular Deposit [Wire] (rents) | $355.78 | |
| 03/13/2024 | DDA Regular Deposit [Wire] (rents) | $700.00 | |
| 03/13/2024 | DDA Regular Deposit [Wire] (rents) | $2,272.64 | |
| 03/15/2024 | DDA Regular Deposit [Wire] (rents) | $3,610.10 | |
| 03/18/2024 | DDA Regular Deposit [Wire] (rents) | $10,824.00 | |
| 03/20/2024 | DDA Regular Deposit [Wire] (rents) | $358.44 | |
| 03/20/2024 | DDA Regular Deposit [Wire] (rents) | $680.00 | |
| 03/26/2024 | DDA Regular Deposit [Wire] (rents) | $950.02 | |
| 03/29/2024 | Square Inc [Wire] (rents) | $24,082.62 | |
| 03/29/2024 | DDA Regular Deposit [Wire] (rents) | $603.74 | |
| 03/29/2024 | DDA Regular Deposit [Wire] (rents) | $3,968.00 | |
| **TOTAL GOLDMARK RECEIPTS 1Q24** | | **$231,233.80** | |
| **TOTAL GOLDMARK RECEIPTS TO PRESENT** | | | **$1,153,808.44** |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY JAN 1, 2024 THROUGH MAR 31, 2024
PAGE 3

## Cash Disbursements

| Date | Item Description | Cash Disbursements 1Q24 | Cash Disbursements 4Q22 to present |
|---|---|---:|---:|
| 12/31/2022 | Cash Disbursements 4Q22 | | $99,830.15 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $202,341.23 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $187,686.31 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $181,476.12 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $113,782.01 |
| 01/02/2024 | Jovanca Silvasan (#131) (property manager) | $1,633.00 | |
| 01/03/2024 | Alfredo Franco Nino (#132) (lawn maintenance) | $600.00 | |
| 01/03/2024 | Reveal Insurance (ACH) | $14,929.76 | |
| 01/03/2024 | Reveal Insurance (ACH) | $25,000.00 | |
| 01/05/2024 | TXU Energy (electricity) (ACH) | $6,795.68 | |
| 01/08/2024 | Frank Guzman (#134) (maintenance) | $690.00 | |
| 01/08/2024 | Kevin Wright (#135) (maintenance) | $720.00 | |
| 01/08/2024 | Matthew Hilburn (#136) (maintenance) | $720.00 | |
| 01/08/2024 | GoTo Premium Finance (insurance) (ACH) | $7,590.28 | |
| 01/09/2024 | Dallas Water Utilities (#133) (water) | $7,480.42 | |
| 01/10/2024 | Account Analysis Charge | $5.50 | |
| 01/10/2024 | Bank Service Fee | $10.00 | |
| 01/12/2024 | Terminix (#137) (pest control) | $200.26 | |
| 01/12/2024 | Jovanca Silvasan (#138) (property manager) | $1,633.00 | |

| Date | Item Description | Cash Disbursements 1Q24 | Cash Disbursements 4Q22 to present |
|---|---|---:|---|
| 01/12/2024 | Jovanca Silvasan (#139) (gas reimbursement) | $40.85 | |
| 01/17/2024 | Check Order | $114.80 | |
| 01/19/2024 | Impact Floors of TX, LLC (#140) (floor repairs) | $1,412.41 | |
| 01/22/2024 | Kevin Wright (#142) (maintenance) | $660.00 | |
| 01/22/2024 | Frank Guzman (#143) (maintenance) | $465.00 | |
| 01/22/2024 | Matthew Hilburn (#144) (maintenance) | $700.00 | |
| 01/23/2024 | Republic Services (trash collection) (ACH) | $1,105.01 | |
| 01/25/2024 | Richardson ISD Tax Office (#146) (school district taxes) | $34,235.85 | |
| 01/26/2024 | John R. Ames, CTA (#145) (property taxes) | $38,364.34 | |
| 01/29/2024 | Air Texas AC & Heating (#141) (A/C repairs) | $480.00 | |
| 01/31/2024 | GoTo Premium Finance (insurance) (ACH) | $8,219.83 | |
| 01/31/2024 | GoTo Premium Finance (insurance) (ACH) | $4,583.19 | |
| 01/31/2024 | Jovanca Silvasan (#150) (property manager) | $1,633.00 | |
| 02/01/2024 | Impact Floors of TX, LLC (#153) (floor repairs) | $884.38 | |
| 02/01/2024 | Dallas Water Utilities (#154) (water) | $17,418.69 | |
| 02/01/2024 | Terminix (pest control) | $126.65 | |
| 02/01/2024 | Terminix (pest control) | $126.65 | |
| 02/02/2024 | Air Texas AC & Heating (#151) (A/C repairs) | $280.00 | |

| Date | Item Description | Cash Disbursements 1Q24 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 02/02/2024 | Air Texas AC & Heating (#152) (A/C repairs) | $75.00 | |
| 02/02/2024 | Alfredo Franco Nino (#156) (lawn maintenance) | $900.00 | |
| 02/05/2024 | Kevin Wright (#147) (maintenance) | $550.00 | |
| 02/05/2024 | Frank Guzman (#148) (maintenance) | $675.00 | |
| 02/05/2024 | Matthew Hilburn (#149) (maintenance) | $530.00 | |
| 02/05/2024 | Bank Service Fee | $10.00 | |
| 02/05/2024 | Bank Service Fee | $10.00 | |
| 02/06/2024 | Spectrum (internet and phone) (ACH) | $268.05 | |
| 02/07/2024 | TXU Energy (electricity) (ACH) | $15,007.92 | |
| 02/08/2024 | Hilltop Property Tax (#155) (taxes) | $4,096.64 | |
| 02/12/2024 | Terminix (#157) (pest control) | $134.23 | |
| 02/12/2024 | Terminix (#158) (pest control) | $200.26 | |
| 02/15/2024 | Jovanca Silvasan (#159) (gas reimbursement) | $51.59 | |
| 02/15/2024 | Jovanca Silvasan (#160) (property manager) | $1,633.00 | |
| 02/20/2024 | Matthew Hilburn (#161) (maintenance) | $780.00 | |
| 02/20/2024 | Frank Guzman (#162) (maintenance) | $772.50 | |
| 02/20/2024 | Kevin Wright (#163) (maintenance) | $655.00 | |
| 02/20/2024 | Republic Services (trash collection) (ACH) | $1,161.32 | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY JAN 1, 2024 THROUGH MAR 31, 2024
PAGE 6

| Date | Item Description | Cash Disbursements 1Q24 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 02/21/2024 | Impact Floors of TX, LLC (#164) (floor repairs) | 1,019.38 | |
| 02/21/2024 | Impact Floors of TX, LLC (#165) (floor repairs) | $924.38 | |
| 02/26/2024 | Spectrum (internet and phone) (ACH) | $281.09 | |
| 02/28/2024 | Air Texas AC & Heating (#166) (A/C repairs) | $550.00 | |
| 02/28/2024 | TXU Energy (electricity) (ACH) | $11,417.83 | |
| 02/29/2024 | Jovanca Silvasan (#173) (property manager) | $1,633.00 | |
| 02/29/2024 | GoTo Premium Finance (insurance) (ACH) | $4,583.19 | |
| 02/29/2024 | GoTo Premium Finance (insurance) (ACH) | $8,219.83 | |
| 03/01/2024 | Air Texas AC & Heating (#167) (A/C repairs) | $75.00 | |
| 03/01/2024 | Air Texas AC & Heating (#168) (A/C repairs) | $280.00 | |
| 03/04/2024 | Dallas Water Utilities (#169) (water) | $17,480.32 | |
| 03/04/2024 | Frank Guzman (#170) (maintenance) | $787.50 | |
| 03/04/2024 | Matthew Hilburn (#171) (maintenance) | $670.00 | |
| 03/04/2024 | Kevin Wright (#172) (maintenance) | $770.00 | |
| 03/04/2024 | Alfredo Franco Nino (#176) (lawn maintenance) | $1,300.00 | |
| 03/04/2024 | Bank Service Fee | $10.00 | |
| 03/04/2024 | Bank Service Fee | $10.00 | |
| 03/05/2024 | Air Texas AC & Heating (#174) (A/C repairs) | $200.00 | |

| Date | Item Description | Cash Disbursements 1Q24 | Cash Disbursements 4Q22 to present |
|---|---|---:|---:|
| 03/05/2024 | Air Texas AC & Heating (#175) (A/C repairs) | $280.00 | |
| 03/11/2024 | Account Analysis Fee | $26.56 | |
| 03/14/2024 | Impact Floors of TX, LLC (#184) (floor repairs) | $1,721.40 | |
| 03/15/2024 | Jovanca Silvasan (#177) (property manager) | $1,633.00 | |
| 03/15/2024 | Jovanca Silvasan (#181) (gas reimbursement) | $51.38 | |
| 03/18/2024 | Kevin Wright (#178) (maintenance) | $605.00 | |
| 03/18/2024 | Frank Guzman (#179) (maintenance) | $697.50 | |
| 03/18/2024 | Matthew Hilburn (#180) (maintenance) | $610.00 | |
| 03/22/2024 | Republic Services (trash collection) (ACH) | $1,217.63 | |
| 03/28/2024 | Jovanca Silvasan (#186) (property manager) | $1,633.00 | |
| **TOTAL DISBURSEMENTS 1Q24** | | **$265,056.05** | |
| **TOTAL RECEIVERSHIP DISBURSEMENTS** | | | **$1,050,171.87** |

# EXHIBIT A-4

**D4OP RECEIVERSHIP ACCOUNT[1]**
**Cash Accounting Summary**
**January 1, 2024 through March 31, 2024**

**Cash Receipts**

| Date | Item Description | Cash Receipts 1Q24 | Cash Receipts 3Q23 to present |
|---|---|---|---|
| 09/31/2023 | Cash Receipts 3Q23 (opening account) | | $126,643.63 |
| 12/31/2023 | Cash Receipts 4Q23 | | $210,786.07 |
| 01/02/2024 | DDA Deposit (Greystone) | $62,762.79 | |
| **TOTAL RECEIPTS 1Q24** | | **$62,762.79** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$400,192.49** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 1Q24 | Cash Disbursements 3Q23 to present |
|---|---|---|---|
| **TOTAL DISBURSEMENTS** | | **$0.00** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$0.00** |

---

[1] The use of funds in the D4OP Receivership Account are generally restricted by HUD regulations.