## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

## ORDER GRANTING RECEIVER'S VERIFIED MOTION TO RATIFY SETTLEMENT AGREEMENT WITH TAMAMOI, LLC AND 3820 ILLINOIS, LLC

Before the Court is the *Receiver's Verified Motion to Ratify Settlement Agreement with Tamamoi, LLC and 3820 Illinois, LLC and Brief in Support*. Having considered the Motion, any Responses, and Reply, the Court finds that the Motion should be and hereby is **GRANTED**.

Accordingly, the Court hereby **RATIFIES** the Settlement Agreement finding it is fair and equitable and in the best interests of the Receivership Estate. Furthermore, the Court **LIFTS THE STAY** of *JMJ Development v. Tamamoi, LLC and 3820 Illinois, LLC*, Cause No. DC-22-

02622, pending in the 68th District Court for Dallas County, Texas for the limited purpose of allowing the Receiver to dismiss the case.

**SO ORDERED**

**DATED:** _____

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2