IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | Case No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON CARNEIGIE DEVELOPMENT, LLC WALL007, LLC WALL009, LLC WALL010, LLC WALL011, LLC WALL012, LLC WALL016, LLC WALL017, LLC WALL018, LLC WALL019, LLC HAOQIANG FU (a/k/a MICHAEL FU) STEPHEN T. WALL | § § § § § § § § § § § § § § | |
| *Defendants,* | § § | |
| HNGH TURTLE CREEK, LLC, | § § | |
| *Relief Defendants.* | § | |

**DEFENDANT BARTON'S NOTICE OF INTENTION TO OPPOSE RECEIVER'S
VERIFIED MOTION TO RATIFY SETTLEMENT AGREEMENT WITH
TAMAMOI, LLC AND 3820 ILLINOIS, LLC AND BRIEF IN SUPPORT**

Defendant Timothy Lynch Barton *opposes* and intends to file a brief in opposition to the

Receiver's Verified Motion to Ratify Settlement Agreement with Tamamoi, LLC and 3820

Illinois, LLC and Brief in Support filed today, May 15, 2024.  Dkt. 494.  The Receiver's counsel

contacted undersigned Defendant counsel for Mr. Barton's position on this motion only yesterday,

affording insufficient time to review, communicate between counsel and client, and provide a response.

Per this Notice, the Court should list the Receiver's motion as "Opposed."

Dated: May 15, 2024                    Respectfully submitted,

By: /s/ Michael J. Edney
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (Admitted to NDTX)
medney@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

**COUNSEL FOR TIMOTHY LYNCH BARTON**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2024, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court for the Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system will need to send "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept the Notice as service of this document by electronic means.

By: /s/ Michael J. Edney
Michael J. Edney