UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:22-CV-2118-X |
| TIMOTHY BARTON, et al. | § § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § § | |
| *Relief Defendants.* | § § | |

**ORDER GRANTING RECEIVER'S MOTION TO RATIFY SETTLEMENT AGREEMENT WITH SOMERSET-LOST CREEK GOLF, LTD AND THE BERYL ARTZ BYPASS TRUST**

Before the Court is the Receiver's motion to ratify the settlement agreement with Somerset-Lost Creek Golf, LTD and the Beryl Artz Bypass Trust. (Doc. 487). The SEC is unopposed to the motion, and Defendant Barton never filed a response or objection. Having considered the motion, the Court **GRANTS** the motion.

Accordingly, the Court hereby **RATIFIES** the Settlement Agreement finding it is fair and equitable and in the best interests of the Receivership Estate. Furthermore, the Court **LIFTS THE STAY** of *Somerset-Lost Creek Golf, Ltd. v. Tim Barton, LC Aledo TX, LLC, JMJ Acquisitions, LLC, and Wall010, LLC*, Cause No. 096-319595-20 pending in the 96th Judicial District of Tarrant County, Texas for the limited purpose of allowing the Receiver to dismiss the case.

1

2

**IT IS SO ORDERED,** this 24th day of May, 2024.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE