**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| | § | **Case No. 3:22-CV-2118-X** |
| **Plaintiff,** | § § | |
| **v.** | § § | |
| **TIMOTHY BARTON, *et al.*,** | § § | |
| **Defendants.** | § § | |

_____

**ORDER GRANTING MOTION OF**
**SOUTHERN STAR CAPITAL, LLC**
**TO MODIFY STAY PROVISION SET FORTH IN RECEIVER ORDER**

_____

On this day, the Court considered Southern Star Capital, LLC's ("Southern Star") Motion for an Order Modifying the Stay.

Having considered the Motion and supporting documentation, the pleadings on file, and the controlling authority, the Court is of the opinion that the Court's Order staying any actions against Southern Star exercising its rights under its loan documents as they pertain to DJD Land Partners, LLC, Wall009, LLC and Lynco Ventures, LLC should be lifted to allow Southern Star to take any action permitted under state and/or federal law and the governing loan documents including, without limitation, foreclosure of the properties described in the Motion. As such, the Court finds that the Motion should be **GRANTED**.

**It is therefore ORDERED** that Southern Star's Motion (Doc. __) is **GRANTED** and the

Stay Order (Doc. 64) is hereby **LIFTED** to permit Southern Star to take any action permitted under state and/or federal law and the governing loan documents including, without limitation, foreclosure of the Properties described in the Deeds of Trust.

      **SIGNED** this _____ day of _____, 2024.


                                     _____
                                     Judge Presiding