### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

### ORDER APPOINTING APPRAISERS, APPROVING APPRAISALS, AND SETTING HEARING REGARDING APPROVAL OF SALE OF AMERIGOLD SUITES

Before the Court is the Receiver's Motion for Appointment of Appraisers, Approval of Appraisals, Approval Hearing, and Approval of Sale of Amerigold Suites (the "Motion"). Having considered the Motion, the Court is of the opinion that it should be **GRANTED**.

Accordingly, it is hereby **ORDERED** that pursuant to 28 U.S.C. § 2001(b) the Court appoints the three appraisers identified in Exhibits B-1, B-2, and B-3 submitted in support of the Motion as qualified disinterested persons for appraisal of the Property. The Court further

– 1 –

**ACCEPTS** the three appraisals submitted in Exhibits B-1, B-2, and B-3 as the appraisals required by 28 U.S.C. § 2001(b).

The Court additionally **AUTHORIZES** the Receiver to sell and to convey title to the Property free and clear of mortgages, liens, claims and encumbrances, after paying all secured lienholders in accordance with contractual terms.

**IT IS FURTHER ORDERED** that on _____, 2024, at _____ a.m./p.m., the Court will hear arguments and objections regarding confirmation of the sale of the Property pursuant to the Contract submitted with the Motion.  The Court's consideration of the sale will be contingent on the Receiver publicizing the terms of the proposed sale prior to the hearing and providing a ten-day window following publication in which anyone objecting to the proposed sale may submit to the Receiver a bona fide offer for the purchase of the Property exceeding the proposed sale price by at least ten percent (10%).

Any such bona fide offer **SHALL** be accompanied by proof of sufficient funds for a cash sale, or confirmation of approved financing to allow an immediate closing on the same terms detailed in the Contract submitted with the Motion.  Further, any bona fide offers for purchase of the Property which exceed by ten percent (10%) the Contract sales price of $4,800,000 **SHALL** be served on the Receiver and filed with the Court not later than two days before the hearing.

Any objections to the proposed sale **SHALL** be filed no later _____.

**IT IS SO ORDERED** this _____ day of _____, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT COURT JUDGE

– **2** –