IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff | § § § § | |
| v. | § § | Case No. 3:22-cv-02118-X |
| TIMOTHY BARTON, et al, Defendants | § § § | |

### ORDER GRANTING MOTION TO INTERVENE AND LIFT STAY

CAME ON to be considered the *Motion To Intervene And Lift Stay* ("Motion") and *First Development Company Of Ohio, LLC's Re-Urging Of Motion To Intervene And Lift Stay* ("Re-Urging Motion") filed by First Development Company of Ohio, LLC ("Movant"). The Court, having considered the motions, the record, and the relevant law, finds that the motions should be and hereby are in all things GRANTED. It is, therefore,

**ORDERED, ADJUDGED, AND DECREED** that Movant is admitted as an intervening party in the above-captioned lawsuit; it is, further,

**ORDERED, ADJUDGED, AND DECREED** that the litigation stay in this case is lifted with respect to Movant and the funds, facts, and claims described in Movant's motions, and Movant may litigate the same in Texas State Court or this Court.

**DATED**: _____

_____
JUDGE PRESIDING

ORDER GRANTING MOTION TO INTERVENE    1