**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § | |

**AMENDED CERTIFICATE OF CONFERENCE**

In the certificate of conference for the Receiver's Verified Motion for Appointment of Appraisers, Approval of Appraisals, Approval Hearing, and Approval of Sale of Hall Street Property (the "Motion") [Dkt. 502], the Receiver stated that as of the date of filing, counsel for the SEC had not yet determined whether the Commission would oppose the requested relief, but if the Commission was unopposed, the Receiver would file an amended certificate of conference.

–1–

On June 7, 2024, the SEC informed the Receiver that it does not oppose the Motion. The Receiver accordingly amends the certificate of conference for the Motion to inform the Court that the SEC does not oppose the Motion.

Respectfully submitted,

By:  */s/ Timothy B. Wells*
   Charlene C. Koonce
    Texas Bar No. 11672850
    charlene@brownfoxlaw.com
   Timothy B. Wells
    Texas Bar No. 24131941
    tim@brownfoxlaw.com
   BROWN FOX PLLC
   8111 Preston Road, Suite 300
   Dallas, TX  75225
   Tel. 214.327.5000
   Fax. 214.327.5001

*Attorneys for Receiver Cortney C. Thomas*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

*/s/ Timothy B. Wells*
Timothy B. Wells