**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

                        Plaintiff,

v.

TIMOTHY BARTON,                                    C.A. No.: 3:22-cv-2118-X
CARNEGIE DEVELOPMENT, LLC,
WALL007, LLC,
WALL009, LLC,                                           Jury Trial Demanded
WALL010, LLC,
WALL011, LLC,
WALL012, LLC,
WALL016, LLC,
WALL017, LLC,
WALL018, LLC,
WALL019, LLC,
HAOQIANG FU (A/K/A MICHAEL FU),
STEPHEN T. WALL,

                        Defendants,

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

                        Relief Defendants.

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE
TO MOTION OF SOUTHERN STAR CAPITAL, LLC
TO MODIFY STAY PROVISION SET FORTH IN RECEIVER ORDER**

The Securities and Exchange Commission ("SEC") submits this response to Motion of Southern Star Capital, LLC ("Southern Star") to Modify Stay Provision Set Forth in Receiver Order, and respectfully shows the court as follows:

On November 29, 2023, the Court entered a second Order Appointing Receiver that includes a stay of foreclosures involving Receivership Property or Receivership Entities (as those terms are defined therein). Dkt. No. 417 at ¶¶ 34-36. Southern Star is a secured lender the made loans secured by real property held by Receivership Entities DJD Land Partners, LLC and Lynco Ventures, LLC. The Receiver is engaged in ongoing work to determine the fair market value of these properties and states that it has commissioned appraisals that demonstrate the properties still have equity and provide value to the Receivership Estate. Receiver's Response at pp. 1, 6-7. (Dkt. No. 508). Thus, the foreclosure actions Southern Star proposes may reduce the value of the receivership assets and impede the Receiver's ability to effectively administer the receivership. The SEC therefore takes the position that the Receiver should be provided a reasonable amount of additional time to complete its ongoing efforts to value and address these properties, without prejudice to Southern Star re-urging its request for relief.

Dated: June 14, 2024

Respectfully submitted,

/s/ Keefe M. Bernstein
Keefe M. Bernstein
Texas Bar No. 24006839
James E. Etri
Texas Bar No. 24002061
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2607 (KMB phone)
(817) 978-4927 (facsimile)
bernsteink@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

2

## <u>CERTIFICATE OF SERVICE</u>

I affirm that on June 14, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.


*/s/ Keefe M. Bernstein*
Keefe M. Bernstein