**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

                                    Plaintiff,

v.

TIMOTHY BARTON,                                   C.A. No.: 3:22-cv-2118-X
CARNEGIE DEVELOPMENT, LLC,
WALL007, LLC,
WALL009, LLC,                                     Jury Trial Demanded
WALL010, LLC,
WALL011, LLC,
WALL012, LLC,
WALL016, LLC,
WALL017, LLC,
WALL018, LLC,
WALL019, LLC,
HAOQIANG FU (A/K/A MICHAEL FU),
STEPHEN T. WALL,

                                    Defendants,

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

                                    Relief Defendants.

**ORDER DENYING MOTION OF SOUTHERN STAR CAPITAL, LLC**
**TO MODIFY STAY PROVISION SET FORTH IN RECEIVER ORDER**

This matter comes before the Court on the Motion of Southern Star Capital, LLC to

Modify Stay Provision Set Forth in Receiver Order.  After considering the Motion and all

responses thereto, the Court has determined that the Motion should be denied.  IT IS HEREBY

ORDERED that the Motion is DENIED.


SIGNED this _____ day of _____, 2024.


_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2