Case 3:22-cv-02118-X    Document 511-2    Filed 06/18/24    Page 1 of 8    PageID 18529

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## FORECLOSURE SALE DEED
## WITH ATTACHED AFFIDAVIT

**Date:**                         July 6th, 2021

**Deed of Trust**

> **Date:**                   April 27th, 2018
>
> **Grantor:**               JMJ Development, LLC
>
> **Original Lender:**       Tamamoi, LLC
>
> **Trustee (Original):**    Ian Ghrist
>
> **Recorded:**             Instrument #201800113116

> **Property:**

BEING a 6.46 acre tract of land situated in the R. F. Smith Survey, Abstract No. 1376 in the City of Dallas, Dallas County, Texas, and being a portion of that certain tract of land conveyed in Warranty Deed to Wilmer-Hutchins Independent School District recorded in Volume 2660, Page 450, Deed Records, Dallas County, Texas, and being more particularly described as follows:

BEGINNING at a 1/2 inch iron rod set for the Northwest corner of said Wilmer-Hutchins Independent School District tract, said point being the intersection of the Northeast right of-way line of Missouri-Kansas-Texas Railway Company of Texas (a 100' right-of-way) with the Southwest right-of-way line of Linfield Drive (a 50 right-of-way);

THENCE North 60 degrees 50 minutes 00 seconds East, along the common line of said Wilmer-Hutchins Independent School District tract, and the South right-of-way line of said Linfield Drive, a distance of 147.27 feet to a 1/2 inch iron rod set for corner, said point being in the intersection of the Southeast right-of-way line of Linfield Drive with the Southwest right-of-way line of Illinois Avenue (a variable width right-of-way);

THENCE South 68 degrees 54 minutes 01 second East along the common line of said Wilmer-Hutchins Independent School District tract, and the Southwest right-of-way line of said Illinois Avenue, a distance of 147.83 feet to a TX DOT Monument found for corner;

THENCE South 76 degrees 12 minutes 10 seconds East, continuing along the common line of said

---

LOAN_TITLE_TAMAMOI_021

Wilmer-Hutchins Independent School District tract, and said Southwest right of- way line of said Illinois Avenue, a distance of 38.87 feet to a TX DOT Monument found for corner, said point being the intersection of the Southwest right-of-way line of said Illinois Avenue with the Southwest right-of-way of May Forge Drive (a variable width right-of- way), same being the North corner of that certain tract of land dedicated to the State of Texas, by deed recorded in Volume 70021, Page 1241, of said Deed Records;

THENCE South 48 degrees 24 minutes 28 seconds East along the common line of said Wilmer-Hutchins Independent School District tract, and the South right-of-way line of said May Forge Drive, a distance of 75.51 feet to a DC DOT Monument found for corner;

THENCE South 56 degrees 02 minutes 40 seconds East, through the interior of said Wilmer-Hutchins Independent School District tract, and along the Southwest right-ofway line of said May Forge Drive, a distance of 328.14 feet to a DC DOT monument found for corner;

THENCE South 30 degrees 53 minutes 07 seconds East, through the interior of said Wilmer-Hutchins Independent School District tract, and along said Southwest right-ofway of said May Forge Drive, a distance of 177.34 feet to a 1/2 inch iron rod set for corner, said point being the Southeast corner of the herein described tract, same being the Southwest corner of said R.O.W. dedication as recorded in Volume 70021, Page 1241, same being in the East line of said Wilmer-Hutchins Independent School District tract, same being in the North line of a 12' alley, as dedicated on Linfield Park, an Addition to the City of Dallas, Dallas County, Texas, according to the map thereof recorded in Volume 17, Page 405, Map Records, Dallas County, Texas;

THENCE South 60 degrees 00 minutes 00 seconds West along the common line of said Wilmer-Hutchins Independent School District tract, and said 12 foot alley, a distance of 575.84 feet to a 1/2 inch iron rod set for corner from which a 1/2 inch iron rod bears South 88 degrees 18 minutes 34 seconds East 0.34 feet, said point being the Southwest corner of said Wilmer-Hutchins Independent School District tract same being the Northwest corner of said 12 foot alley, same being in the Southeast right-of-way line of aforesaid Missouri- Kansas-Texas Railway Company of Texas;

THENCE North 18 degrees 44 minutes 00 seconds West along the common line of said Wilmer-Hutchins Independent School District tract and said Missouri-Kansas-Texas Railway Company of Texas, a distance of 701.40 feet to the POINT OF BEGINNING, and containing 281 ,364 square feet or 6.46 acres of computed land, more or less.

SAVE AND EXCEPT that 0.185 acre tract of land designated as the Smith Family Cemetery in Agreed Final Judgment filed 11/30/2015, under Cause No. DC-15-05099, District Court of Dallas County, Texas as set out in Affidavit filed 05/31/2016, recorded in cc# 201600144377, Real Property Records, Dallas County, Texas and being further described as follows:

BEING a 0.185-acre tract of land in the Robinson F. Smith Survey, Abstract No. 1376, in The City of Dallas, Dallas County, Texas, and being situated in a 6.46-acre tract of land described in the Deed Without Warranty executed on the 21 st day of July, 2010, by Adam Medrano, President of the Board of Trustees of the Dallas Independent School District to ADI Engineering, Inc. and filed

Foreclosure Sale Deed and Affidavit - Page 2 of 7

LOAN_TITLE_TAMAMOI_022

on September 2, 2010, at County Clerk's File No. 201000225558 of the Official Public Records of Dallas County, Texas, and also being part of a 0.22-acre tract for the Family Grave Yard set off out of the land of the estate of Thomas and Polly Smith, deceased for the common use of their heirs as described and shown on the plat of the lands of Estate of Thomas and Polly Smith with their subdivisions as made by the Commissioners chosen by the heirs of said Smith to settle said estate and divide the lands thereof on May 19th, 1877 as surveyed by R. M. Cook, County Surveyor, as said plat and descriptions appear in Volume 36, at Page 301 of the Deed Records of Dallas County, Texas, said 0.185-acre tract of land being more particularly described as follows:

COMMENCING at a 1/2 inch steel rod with a red plastic cap stamped RPLS 3688 (Hugh E. Peiser, RPLS No. 3688) found on September 22, 2015, marking the intersection of the Southwesterly right-of-way line of Linfield Road (a fifty-foot right-of-way) with the Southwesterly right-of-way line of Illinois Avenue (a variable width right-of-way) and being the most Northerly corner of the 6.46-acre tract of land cited above and having coordinates of:

X =2,503,711.23  feet, Y = 6,946,948.89 feet

THENCE South 69 degrees 59 minutes 41 seconds East with the Southwesterly right-of-way line of Illinois Avenue for a distance of 147.83 feet or 53.22 varas to the remnants of a concrete monument found on September 22, 2015;

THENCE South 77 degrees 17 minutes 50 seconds East continuing with the Southwesterly right-of-way line of Illinois Avenue for a distance of 38.87 feet or 13.99 varas;

THENCE South 49 degrees 30 minutes 08 seconds East continuing with the Southwesterly right-of-way line of Illinois Avenue for a distance of 6.46 feet or 2.33 varas to a point on the Northerly line of the Grave Yard tract for the POINT OF BEGINNING of the herein described 0.185-acre tract and having coordinates:

X = 2,503,983.02 feet, Y = 6,946,855.54 feet

THENCE South 49 degrees 30 minutes 08 seconds East continuing with the Southwesterly right-of-way line of Illinois Avenue for a distance of 69.05 feet or 24.86 varas to a 3 1/2 inch brass disk embedded in concrete and inscribed "TEXAS HIGHWAY DEPARTMENT R.O.W." found on September 22, 2015;

THENCE South 57 degrees 08 minutes 20 seconds East continuing with the Southwesterly right-of-way line of Illinois Avenue for a distance of 10.56 feet or 3.80 varas to a point on the Easterly line of the Grave Yard tract;

THENCE South 00 degrees 56 minutes 58 seconds East with said Easterly line of the Grave Yard tract for a distance of 60.94 feet or 21.94 varas to the Southeast corner thereof;

THENCE South 89 degrees 03 minutes 02 seconds West with the Southerly line of the  Grave Yard tract for a distance of 85.83 feet or 30.90 varas to the Southwest corner thereof;

LOAN_TITLE_TAMAMOI_023

Case 3:22-cv-02118-X    Document 511-2    Filed 06/18/24    Page 4 of 8    PageID 18532

THENCE North 00 degrees 56 minutes 58 seconds West with the Westerly line of the Grave Yard tract for a distance of 112.53 feet or 40.51 varas to the Northwest corner thereof;

THENCE North 89 degrees 03 minutes 02 seconds East with the Northerly line of the Grave Yard tract for a distance of 25.30 feet or 9.11 varas to the PLACE OF BEGINNING and Containing 8,049 square feet or 0.185 acres of land

**Note Secured by Deed of Trust**

| | |
|---|---|
| **Date:** | April 27th, 2018 |
| **Noteholder:** | Tamamoi, LLC, a Delaware limited liability company |
| **Date of Sale of Property:** | July 6th, 2021 |
| **Place of Sale of Property:** | Steps of the Courthouse or the place designated by the County Commissioner's Court, Dallas County, Texas. |
| **Time of Sale:** | 12:48 P.M. |
| **Buyer:** | TAMAMOI, LLC, a Delaware limited liability company |
| **Buyer's Mailing Address(es):** | 5060 SW Philomath Blvd #363 Corvallis, OR 97333 |
| **Amount of Sale:** | $405,946.59 |

By Deed of Trust, Grantor conveyed to Ian Ghrist certain property for the purpose of securing and enforcing payment of the indebtedness and obligations therein described (collectively the Obligations), including but not limited to (1) a note described in the Deed of Trust, and (2) any renewals, extensions, or modifications of the note.

Beneficiary, the holder of the Obligations and Deed of Trust, requested of the Trustee(s), to enforce the terms of the Deed of Trust. Default has occurred in the payment of the Obligations when due. Specifically, the note matured as extended by the Second Loan Modification and Extension Agreement on July 2nd, 2021. The note was not paid at the time that the note matured and payment was due.

Pursuant to the requirements of the Deed of Trust and the laws of the State of Texas, written notice of the time, place, date, and terms of the public foreclosure sale of the Property was posted at the courthouse door of Dallas County, Texas, the county in which the Property is situated, and a copy of the notice was also filed with the county clerk of Dallas County, Texas, each notice having been posted and filed for at least twenty-one days preceding the date of the foreclosure sale.

LOAN_TITLE_TAMAMOI_024

Additionally, written notice of the time, date, place, and terms of the foreclosure sale was served on behalf of Beneficiary by certified and regular mail on each debtor who, according to the records of Beneficiary, is obligated to pay any of the Obligations. The certified and regular mailed notices were timely sent by depositing such notices in the United States mail, postage prepaid in proper amount, and addressed to each debtor at the debtor's last known address as shown by the records of Beneficiary, at least twenty-one days preceding the date of the foreclosure. Notice was also emailed to debtor on 6-14-2021.

If the former owners or those holding under them shall remain in possession of the property after the foreclosure sale, then such owners or those holding under them shall become tenants at sufferance of the purchaser, and should such tenants refuse to surrender possession of said property upon demand, the purchaser shall thereupon be entitled to institute and maintain the statutory action for forcible entry and detainer, and procure a writ of possession thereunder.

Attached hereto is an affidavit for the service and posting of notice of foreclosure sale and conduct of the foreclosure sale.

In consideration of the premises and of the bid and payment of the sum of $405,946.59, the highest and best bid by Buyer, TAMAMOI, LLC, a Delaware limited liability company. I, Ian Ghrist as Trustee, by virtue of the authority conferred on me in the Deed of Trust, have **GRANTED, SOLD, and CONVEYED** and by these presents do **GRANT, SELL, and CONVEY** to Buyer, Buyer's heirs and assigns, all of the Property.



Foreclosure Sale Deed and Affidavit - Page 5 of 7

LOAN_TITLE_TAMAMOI_025

**TO HAVE AND TO HOLD** the Property, together with the rights, privileges, and appurtenances thereto belonging unto Buyer, Buyer's heirs and assigns, forever; and I, Ian Ghrist, as the Trustee, do hereby bind Grantor, Grantor's heirs and assigns, to the extent that they are so obligated under the Deed of Trust and other mortgage documentation, to **WARRANT AND FOREVER DEFEND** the Property to Buyer, Buyer's heirs and assigns, forever, against the claim or claims of all persons claiming or to claim the same or any part thereof.

EXECUTED the _6th_ day of _July_ , 2021.

_____
**Ian Ghrist, Trustee**

## ACKNOWLEDGMENT

**STATE OF TEXAS**          §
**COUNTY OF DALLAS**     §

This instrument was acknowledged before me on the 6th day of July, 2021 by Ian Ghrist.

_____
Notary Public, State of Texas

MARTHA CRISTINE BLANCO
Notary Public, State of Texas
Comm. Expires 03-16-2025
Notary ID 132976458

---

Foreclosure Sale Deed and Affidavit - Page 6 of 7

Case 3:22-cv-02118-X    Document 511-2    Filed 06/18/24    Page 7 of 8    PageID 18535

Date:        July 6th, 2021

Affiant:        Ian Ghrist

Affiant on oath swears that the following statements are true and are within the personal knowledge of Affiant:

1. This Affidavit is made with respect to the foreclosure of the Deed of Trust that occurred on July 6th, 2021.

2. Affiant posted a copy of the Notice of Trustee's Sale on the 15th day of June, 2021 at the place at the Courthouse designated for the notice, being the area designated by the County Commissioner's Court for Foreclosure Sales and I, either personally or by agent, filed the Notice of Foreclosure Sale in the Office of the County Clerk for the County in which the property is located.

3. The Trustee's Sale took place on July 6th, 2021 at approximately 12:48 P.M. at the Courthouse in the place designated for the Notice of Foreclosure Sale, being the area designated by the County Commissioner's Court for Foreclosure Sales.

4. Affiant gave written notice by email sent 6-14-2021, and by first class and certified mail also sent 6-14-2021, of the Notice of Trustee's Sale.

5. At least twenty-one days before the Foreclosure Sale, Affiant gave notice of the sale to every debtor of the noteholder's record at the last known address for the debtor. Each notice was mailed by first class and certified mail, properly addressed to each debtor listed above.



_____
Ian Ghrist

State of Texas        §
County of Dallas      §

This instrument was acknowledged before me on the 6th day of July, 2021 by Ian Ghrist.

_____
Notary Public, State of Texas

MARTHA CRISTINE BLANCO
Notary Public, State of Texas
Comm. Expires 03-16-2025
Notary ID 132976458

Foreclosure Sale Deed and Affidavit - Page 7 of 7

LOAN_TITLE_TAMAMOI_027

2021-202100205728 07/12/2021 9:03 AM Page 8 of 8

## Dallas County
## John F. Warren
**Dallas County Clerk**

---

**Instrument Number:** 202100205728

eRecording - Real Property

Recorded On: July 12, 2021 08:57 AM                    Number of Pages: 8

---

**" Examined and Charged as Follows: "**

Total Recording: $50.00

---

************ **THIS PAGE IS PART OF THE INSTRUMENT** ***********

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                   **Record and Return To:**

Document Number:    202100205728                        Simplifile

Receipt Number:     20210712000136

Recorded Date/Time: July 12, 2021 08:57 AM

User:               Isaac M

Station:            CC63

---



**STATE OF TEXAS**
**COUNTY OF DALLAS**

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Records of Dallas County, Texas.

John F. Warren
Dallas County Clerk
Dallas County, TX

LOAN_TITLE_TAMAMOI_028