

## Payment Information



JOHN R. AMES, CTA
DALLAS COUNTY TAX ASSESSOR/COLLECTOR
1201 ELM STREET, SUITE 2600
DALLAS, TX 75270

**Year 1995 to Present**

**Account No.:**  00000513148000000

| Receipt Date | Payment Amount | Tax Year Paid | Payer |
|---|---|---|---|
| 2021-12-22 | $18,266.08 | 2020, 2021 | TAMAMOI LLC |
| 2020-06-30 | $8,644.98 | 2019 | JMJ DEVELOPMENT LLC |
| 2018-12-05 | $7,824.41 | 2018 | JMJ DEVELOPMENT LLC |
| 2017-11-07 | $11,014.77 | 2017 | SOUTHERN DALLAS DEV CORP |
| 2017-05-22 | ($1,342.31) | 2016 | SOUTHERN DALLAS DEV CORP |
| 2017-01-31 | $6,178.66 | 2016 | SOUTHERN DALLAS DEV CORP |
| 2017-01-31 | $6,178.67 | 2016 | SOUTHERN DALLAS DEV CORP |
| 2016-07-26 | $82,646.72 | 2010, 2011, 2012, 2013, 2014, 2015 | PROPEL FINANCIAL SERVICES |

Begin a New Search
Tax Office Home Page

Return to the Previous Page

Terms of Use   Privacy Policy

**Disclaimer:**  The Dallas County Tax Office provides this World Wide Web (WWW) site information and services "as is" without warranty of any kind, either expressed or implied. The Dallas County Tax Office does not warrant the accuracy, authority, completeness, usefulness, timeliness, or fitness f

officials and employees shall not be liable for any loss or injury caused in whole or part by its negligence, contingencies beyond its control, loss of data, or errors or omissions in the WWW site information or services.

Case 3:22-cv-02118-X     Document 511-4     Filed 06/18/24     Page 2 of 2     PageID 18545

DALLAS COUNTY TAX OFFICE

500 Elm Street, Suite 3300

Dallas, Texas 75202

214-653-7811