## NOTICE OF LIS PENDENS

STATE OF TEXAS            §
                         §
COUNTY OF DALLAS          §

NOTICE IS HEREBY GIVEN that Cause No. DC-22-02622, styled *JMJ Development, LLC v. Tamamoi, LLC and 3820 Illinois, LLC*, was commenced in the 68th District Court of Dallas County, Texas on March 7, 2022 (the "**Litigation**") and is now pending in such Court, which may affect the title to real property herein set forth. Plaintiff filed this action against the named Defendants therein for Trespass to Try Title and additional causes of action (including breach of contract, wrongful foreclosure, fraudulent transfer under the Uniform Fraudulent Transfer Act, fraudulent inducement, and conspiracy).

The Litigation seeks judgment for title to and possession of the real property specifically described on exhibit A attached, which has a common address of 3820 E. Illinois Avenue, Dallas, Dallas County, Texas 75216, which will affect title to such real property, more particularly described in **Exhibit "A"** attached hereto and which is incorporated herein by reference.

SIGNED this 11th day of March, 2022.

JMJ DEVELOPMENT, LLC

By: _____
Tim Barton, Manager and President

STATE OF TEXAS            §
                         §
COUNTY OF DALLAS          §

On the 11th day of March, 2022, this instrument was acknowledged before me by Tim Barton, Manager and President of JMJ Development, LLC, on behalf of such entity.

_____
Notary Public, State of Texas

Bella D Khusal
My Commission Expires
09/24/2022
ID No. 131734480

1

G:/01/SCM/JMJ Dev/Illinois Ave. Property/Ntc Lis Pendens (v2).docx

## EXHIBIT "A"

## PROPERTY DESCRIPTION

BEING a 6.46-acre tract of land situated in the R. F. Smith Survey, Abstract No. 1376, in the City of Dallas, Dallas County, Texas, and being a portion of that certain tract of land conveyed in Warranty Deed to Wilmer-Hutchins Independent School District, recorded in Volume 2660, Page 450, Deed Records of Dallas County, Texas, and being more particularly described as follows:

BEGINNING at a ½ inch iron rod set for the Northwest corner of said Wilmer-Hutchins Independent School District tract, said point being the intersection of the Northeast right-of-way line of Missouri-Kansas-Texas Railway Company of Texas (a 100-foot right-of-way) with the Southwest right-of-way line of Linfield Drive (a 50-foot right-of-way);

THENCE North 60 degrees, 50 minutes, 00 seconds East, along the common line of said Wilmer-Hutchins Independent School District tract and the South right-of-way line of said Linfield Drive, a distance of 147.27 feet to a ½ inch iron rod set for corner, said point being in the intersection of the Southeast right-of-way line of Linfield Drive with the Southwest right-of-way line of Illinois Avenue (a variable width right-of-way);

THENCE South 68 degrees, 54 minutes, 01 second East, along the common line of said Wilmer-Hutchins Independent School District tract and the Southwest right-of-way line of said Illinois Avenue, a distance of 147.83 feet to a TX DOT Monument found for corner;

THENCE South 76 degrees, 12 minutes, 10 seconds East, continuing along the common line of said Wilmer-Hutchins Independent School District tract and said Southwest right-of-way line of said Illinois Avenue, a distance of 38.87 feet to a TX DOT Monument found for corner, said point being the intersection of the Southwest right-of-way line of said Illinois Avenue with the Southwest right-of-way of May Forge Drive (a variable width right-of-way), same being the North corner of that certain tract of land dedicated to the State of Texas by deed, recorded in Volume 70021, Page 1241, of said Deed Records;

THENCE South 48 degrees, 24 minutes, 28 seconds East, along the common line of said Wilmer-Hutchins Independent School District tract and the South right-of-way line of said May Forge Drive, a distance of 75.51 feet to a DC DOT Monument found for corner;

THENCE South 56 degrees, 02 minutes, 40 seconds East, through the interior of said Wilmer-Hutchins Independent School District tract and along the Southwest right-of-way line of said May Forge Drive, a distance of 328.14 feet to a DC DOT Monument found for corner;

THENCE South 30 degrees, 53 minutes, 07 seconds East, through the interior of said Wilmer-Hutchins Independent School District tract and along said Southwest right-of-way of said May Forge Drive, a distance of 177.34 feet to a ½ inch iron rod set for corner, said point being the Southeast corner of the herein described tract, same being the Southwest corner of said R.O.W. dedication, as recorded in Volume 70021, Page 1241, same being in the East line of said Wilmer-Hutchins Independent School District tract, same being in the North line of a 12-foot alley, as dedicated on Linfield Park, an Addition to the City of Dallas, Dallas County, Texas, according to the map thereof, recorded in Volume 17, Page 405, Map Records of Dallas County, Texas;

G:/01/SCM/JMJ Dev/Illinois Ave. Property/Ntc Lis Pendens (v2).docx

THENCE South 60 degrees, 00 minutes, 00 seconds West, along the common line of said Wilmer-Hutchins Independent School District tract and said 12-foot alley, a distance of 575.84 feet to a ½ inch iron rod set for corner, from which a ½ inch iron rod bears South 88 degrees, 18 minutes, 34 seconds East, 0.34 feet, said point being the Southwest corner of said Wilmer-Hutchins Independent School District tract, same being the Northwest corner of said 12-foot alley, same being in the Southeast right-of-way line of aforesaid Missouri-Kansas-Texas Railway Company of Texas;

THENCE North 18 degrees, 44 minutes, 00 seconds West, along the common line of said Wilmer-Hutchins Independent School District tract and said Missouri-Kansas-Texas Railway Company of Texas, a distance of 701.40 feet to the POINT OF BEGINNING and containing 281,364 square feet, or 6.46 acres, of computed land, more or less;

SAVE AND EXCEPT that 0.185-acre tract of land designated as the Smith Family Cemetery in Agreed Final Judgment, filed 11/30/2015 under Cause No. DC-15-05099, District Court of Dallas County, Texas, as set out in Affidavit filed 5/31/2016, recorded under County Clerk's File No. 201600144377, Real Property Records of Dallas County, Texas, and being further described as follows:

BEING a 0.185-acre tract of land in the Robinson F. Smith Survey, Abstract No. 1376, in the City of Dallas, Dallas County, Texas, and being situated in a 6.46-acre tract of land described in the Deed Without Warranty, executed on the 21st day of July, 2010, by Adam Medrano, President of the Board of Trustees of the Dallas Independent School District, to ADI Engineering, Inc. and filed on September 2, 2010, under County Clerk's File No. 201000225558 of the Official Public Records of Dallas County, Texas, and also being part of a 0.22-acre tract for the Family Grave Yard, set off out of the land of the estate of Thomas and Polly Smith, deceased, for the common use of their heirs, as described and shown on the plat of the lands of Estate of Thomas and Polly Smith, with their subdivisions, as made by the Commissioners, chosen by the heirs of said Smith to settle said estate and divide the lands thereof on May 19, 1877, as surveyed by R. M. Cook, County Surveyor, as said plat and descriptions appear in Volume 36, Page 301, Deed Records of Dallas County, Texas, said 0.185-acre tract of land being more particularly described as follows:

COMMENCING at a ½ inch steel rod with a red, plastic cap, stamped "RPLS 3688" (Hugh E. Peiser, RPLS No. 3688), found on September 22, 2015, marking the intersection of the Southwesterly right-of-way line of Linfield Road (a 50-foot right-of-way) with the Southwesterly right-of-way line of Illinois Avenue (a variable width right-of-way) and being the most Northerly corner of the 6.46-acre tract of land cited above and having coordinates of:

$$X = 2,503,711.23 \text{ feet}; Y = 6,946,948.89 \text{ feet}$$

THENCE South 69 degrees, 59 minutes, 41 seconds East, with the Southwesterly right-of-way line of Illinois Avenue, a distance of 147.83 feet, or 53.22 varas, to the remnants of a concrete monument found on September 22, 2015;

THENCE South 77 degrees, 17 minutes, 50 seconds East, continuing with the Southwesterly right-of-way line of Illinois Avenue, a distance of 38.87 feet, or 13.99 varas;

THENCE South 49 degrees, 30 minutes, 08 seconds East, continuing with the Southwesterly right-of-way line of Illinois Avenue, a distance of 6.46 feet, or 2.33 varas, to a point on the Northerly line of the Grave Yard tract for the POINT OF BEGINNING of the herein described 0.185-acre tract and having coordinates of:

3

X = 2,503,893.02 feet; Y = 6,946,885.54 feet

THENCE South 49 degrees, 30 minutes, 08 seconds East, continuing with the Southwesterly right-of-way line of Illinois Avenue, a distance of 69.05 feet, or 24.86 varas, to a 3.5 inch brass disk, embedded in concrete and inscribed "TEXAS HIGHWAY DEPARTMENT R.O.W.," found on September 22, 2015;

THENCE South 57 degrees, 08 minutes, 20 seconds East, continuing with the Southwesterly right-of-way line of Illinois Avenue, a distance of 10.56 feet, or 3.80 varas, to a point on the Easterly line of the Grave Yard tract;

THENCE South 00 degrees, 56 minutes, 58 seconds East, with said Easterly line of the Grave Yard tract, a distance of 60.94 feet, or 21.94 varas, to the Southeast corner thereof;

THENCE South 89 degrees, 03 minutes, 02 seconds West, with the Southerly line of the Grave Yard tract, a distance of 85.83 feet, or 30.90 varas, to the Southwest corner thereof;

THENCE North 00 degrees, 56 minutes, 58 seconds West, with the Westerly line of the Grave Yard tract, a distance of 112.53 feet, or 40.51 varas, to the Northwest corner thereof;

THENCE North 89 degrees, 03 minutes, 02 seconds East, with the Northerly line of the Grave Yard tract, a distance of 25.30 feet, or 9.11 varas, to the PLACE OF BEGINNING and containing 8,049 square feet, or 0.185 acres, of land.

4

2022-202200070336 03/14/2022 9:39 AM Page 5 of 5

## Dallas County
## John F. Warren
### Dallas County Clerk

---

**Instrument Number:**  202200070336

eRecording - Real Property

---

Recorded On: March 14, 2022 09:34 AM                    Number of Pages: 5

---

### " Examined and Charged as Follows: "

Total Recording: $38.00

---

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                   **Record and Return To:**

Document Number:    202200070336                        Simplifile
Receipt Number:     20220311001179
Recorded Date/Time: March 14, 2022 09:34 AM
User:               Kamesha W
Station:            CC33

---



**STATE OF TEXAS**
**COUNTY OF DALLAS**

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Records of Dallas County, Texas.

John F. Warren
Dallas County Clerk
Dallas County, TX