**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff*, | § § | |
| **v.** | § § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON,** | § | |
| **CARNEGIE DEVELOPMENT, LLC,** | § | |
| **WALL007, LLC,** | § | |
| **WALL009, LLC,** | § | |
| **WALL010, LLC,** | § | |
| **WALL011, LLC,** | § | |
| **WALL012, LLC,** | § | |
| **WALL016, LLC,** | § | |
| **WALL017, LLC,** | § | |
| **WALL018, LLC,** | § | |
| **WALL019, LLC,** | § | |
| **HAOQIANG FU (A/K/A MICHAEL FU),** | § | |
| **STEPHEN T. WALL,** | § § | |
| *Defendants*, | § § | |
| **DJD LAND PARTNERS, LLC, and** | § | |
| **LDG001, LLC,** | § § | |
| *Relief Defendants*. | § | |

**ORDER GRANTING RECEIVER'S MOTION
FOR LEAVE TO EXCEED PAGE LIMITATION IN REPLY
IN SUPPORT OF VERIFIED MOTION TO RATIFY SETTLEMENT
<u>AGREEMENT WITH TAMAMOI, LLC AND 3820 ILLINOIS, LLC</u>**

On this date, the Court considered the Receiver's Motion for Leave to Exceed Page

Limitation Regarding his Reply on Support of Verified Motion to Ratify Settlement Agreement

with Tamamoi, LLC and 3820 Illinois, LLC. The Court finds that the Motion should be and hereby

is **GRANTED.**

–1–

– 2 –

**DATED:** _____

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE
