UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | §<br>§<br>§<br>§<br>§ | Case No. 3:22-CV-2118-X |
| Plaintiff, | | |
| v. | §. | |
| TIMOTHY BARTON, *et al.*, | §<br>§<br>§ | |
| Defendants. | § | |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Pursuant to Local Rule 83.12, Interested Party Pioneer Finance, Inc. ("Pioneer"), hereby moves to withdraw the firm of Baker Botts L.L.P. and substitute the firm of Scott & Scott, PLLC as counsel of record for Pioneer. In support of this motion, Pioneer respectfully states as follows:

1.      Pioneer is presently represented by Tina Q. Nguyen and Lindsay L. Buchanan of Baker Botts L.L.P., 910 Louisiana Street, Houston, Texas 77002.

2.      Pioneer requests and approves that Ms. Nguyen and Ms. Buchanan be allowed to withdraw as counsel of record and be discharged as such.

3.      Pioneer additionally requests that John B. Scott of the firm of Scott & Scott, PLLC, 316 W 12th St, Suite 200, Austin, Texas 78701, be substituted in as counsel of record for Pioneer in the above-captioned action.

4.      This Motion to Withdraw and Substitute Counsel of Record will not prejudice the parties and is not sought for the purpose of delay, but so that Pioneer may be represented by its counsel of choice.

1

WHEREFORE, Pioneer respectfully requests that the Court grant the relief requested herein and any additional relief the Court deems just and proper.

Respectfully submitted,

BAKER BOTTS L.L.P.

*/s/ Tina Q. Nguyen*

Tina Q. Nguyen
State Bar No. 24078670
Lindsay L. Buchanan
State Bar No. 24105551
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1912
Facsimile: (713) 229-2712
tina.nguyen@bakerbotts.com
lindsay.buchanan@bakerbotts.com

**ATTORNEYS FOR
PIONEER FINANCE, INC.**

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, I hereby certify that on June 20, 2024, counsel for the Receiver indicated that Receiver is unopposed to the relief sought herein. On June 21, 2024, counsel for Plaintiff Securities and Exchange Commission also indicated they are unopposed to the relief sought herein. An attempt was made to confer with counsel for Defendant Timothy Barton on June 21, 2024, but we have been unable to reach them.

*/s/ John Scott*
John Scott of Scott & Scott, PLLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of June, 2024, a true and correct copy of the foregoing Motion to Withdraw and Substitute Counsel of Record was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of such filing to all counsel of record.

*/s/ Tina Q. Nguyen*
Tina Q. Nguyen