**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| | § | **Case No. 3:22-CV-2118-X** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | §. | |
| | § | |
| **TIMOTHY BARTON,** *et al.,* | § | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING MOTION TO WITHDRAW**
**AND SUBSTITUTE COUNSEL OF RECORD**

This matter comes before the Court upon the Motion to Withdraw and Substitute Counsel of Record of Interested Party Pioneer Finance, Inc. (the "**Motion**"). This Court, after consideration being duly advised of the matter, hereby finds the Motion is **GRANTED**. It is therefore

**ORDERED** that attorneys Tina Q. Nguyen and Lindsay L. Buchanan of Baker Botts L.L.P., are hereby authorized to withdraw and are discharged as counsel of record for Pioneer Finance, Inc. and is further

**ORDERED** that John B. Scott of the firm Scott & Scott, PLLC is substituted in as counsel for Pioneer Finance, Inc. in the above-captioned action.

**IT IS SO ORDERED** this _____ day of June, 2024.

_____
HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE