# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

               Plaintiff,

v.

TIMOTHY BARTON,                     C.A. No.: 3:22-cv-2118-X
CARNEGIE DEVELOPMENT, LLC,
WALL007, LLC,
WALL009, LLC,                     Jury Trial Demanded
WALL010, LLC,
WALL011, LLC,
WALL012, LLC,
WALL016, LLC,
WALL017, LLC,
WALL018, LLC,
WALL019, LLC,
HAOQIANG FU (A/K/A MICHAEL FU),
STEPHEN T. WALL,

               Defendants,

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

               Relief Defendants.

## ORDER DENYING FIRST DEVELOPMENT COMPANY OF OHIO, LLC'S RE-URGED MOTION TO INTERVENE AND LIFT STAY

This matter comes before the court on First Development Company of Ohio, LLC's Re-

Urged Motion to Intervene and Lift Stay.  After considering the Motion and all responses thereto,

1

the Court has determined that the Motion should be denied without prejudice.

IT IS HEREBY ORDERED that First Development Company of Ohio, LLC's Re-Urged

Motion to Intervene and Lift Stay is DENIED without prejudice.

SIGNED this ____ day of _____, 2024.


_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE