# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § § § § | |
| | § | CASE NO. 3:22-cv-02118-X |
| TIMOTHY BARTON, et al., | § § § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Martin A. Sosland of Butler Snow LLP files this Notice of Appearance and Request for Notices and Service of Papers as counsel for Louisiana National Bank in the above-referenced case (the "Case"). All such notices given or required to be given in this Case, and all papers served or required to be served in this Case shall be addressed as follows:

> Butler Snow LLP
> 2911 Turtle Creek Blvd., Suite 1400
> Dallas, Texas 75219
> Attention:  Martin A. Sosland
> Telephone: (469) 680-5502
> Facsimile: (469) 680-5501
> E-mail: martin.sosland@butlersnow.com

RESPECTFULLY SUBMITTED this 9th day of July 2024.

By:  */s/ Martin A. Sosland*
MARTIN A. SOSLAND (TX Bar No. 18855645))
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5502
Facsimile: (469) 680-5501
E-mail: martin.sosland@butlersnow.com

*Counsel for Louisiana National Bank*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2024, I filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, Dallas Division using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means

/s/ *Martin A. Sosland*
MARTIN A. SOSLAND