UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    *Plaintiff,*<br><br>v.<br><br>TIMOTHY BARTON,<br>CARNEGIE DEVELOPMENT, LLC,<br>WALL007, LLC,<br>WALL009, LLC,<br>WALL010, LLC,<br>WALL011, LLC,<br>WALL012, LLC,<br>WALL016, LLC,<br>WALL017, LLC,<br>WALL018, LLC,<br>WALL019, LLC,<br>HAOQIANG FU (a/k/a MICHAEL FU),<br>STEPHEN T. WALL,<br><br>    *Defendants,*<br><br>DJD LAND PARTNERS, LLC, and<br>LDG001, LLC,<br><br>    *Relief Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:22-CV-2118-X |

**ORDER ON RECEIVER'S MOTIONS FOR APPOINTMENT OF APPRAISERS, APPROVAL OF APPRAISALS, AND SETTING HEARING REGARDING APPROVAL OF SALE OF PROPERTY**

Before the Court is the Receiver's motion to appoint appraisers and approve

appraisals, set a hearing, and approve the sales of the Amerigold Suites.  (Doc. 500).

1

After careful consideration, and for the reasons below, the Court **GRANTS** the motion.

First, the Court already announced (Doc. 515) that it would hold a hearing on this motion on July 23, 2024, starting at 10:00 a.m., to learn whether any bona fide purchaser has, by the time of the hearing, submitted any competing bid of not less than 10% more than the current contract price and confirm whether the sale is in the best interests of the estate.[1]

In accordance with the Court's order appointing the Receiver,[2] order governing the administration of the receivership,[3] and 28 U.S.C. section 2001, the Receiver submitted three independent appraisals of the Amerigold Suites.[4] The Receiver notes that the three appraisals value the Property "at $4,170,000, $5,570,000, and $6,700,000–$7,100,000, resulting in an average appraised value of $5,546,667."[5] The Receiver asks the Court to approve his contract to sell the Property for $4,800,000. The Court agrees with the Receiver that this proposed sales price exceeds two-thirds of the average appraised value of the Property as required by the statute.[6]

Having reviewed the Receiver's submission and carefully considering the motion, the Court **APPOINTS** the appraisers for the purpose of providing their

---

[1] 28 U.S.C. § 2001(b) ("The private sale shall not be confirmed if a bona fide offer is made, under conditions prescribed by the court, which guarantees at least a 10 per centum increase over the price offered in the private sale.").

[2] Doc. 417.

[3] Doc. 419 (ratifying and adopting Doc. 63).

[4] Doc. 501.

[5] Doc. 500 at 8.

[6] 28 U.S.C. § 2001(b).

appraisals of the Property and **ACCEPTS** the appraisals they provided in satisfaction of 28 U.S.C. section 2001(b).  The Court will soon hold the hearing on this motion.

It is **SO ORDERED**, this 17th day of July, 2024.

`

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE