IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

RECEIVER'S VERIFIED NOTICE
OF PUBLICATION REGARDING SALE OF
AMERIGOLD SUITES AND HALL STREET PROPERTY

Cortney C. Thomas, as the Court-appointed Receiver, respectfully provides Notice of

Publication in compliance with 28 U.S.C. § 2001 and the Court's consideration of the sale of

certain properties at the hearing set for July 23 at 10:00 a.m., [Dkts. 500, 502] (the "Motions") as

follows:

As required by 28 U.S.C. § 2001(b), a Notice Regarding Sale and Hearing (the "Notice"),

providing notice of the Court's consideration of the sales of (1) 13636 Goldmark Drive, Dallas,

_____

RECEIVER'S VERIFIED NOTICE OF PUBLICATION REGARDING SALE OF
AMERIGOLD SUITES AND HALL STREET PROPERTY – PAGE 1

Texas ("Amerigold Suites"), and (2) 3407 & 3409 Hall Street, Dallas, Texas ("Hall Street Property") (collectively the "Properties"), including the relevant terms of each sale and a request for bona fide competing offers, and the date, time, and location of the hearing to consider the sales, was published in *The Dallas Morning News* in print and on online at www.dallasnews.com. The Notice ran on July 1, 2024.

An affidavit of publication reflecting publication on July 1, 2024 is attached as **Exhibit A**.

Although the Notice included solicitation of competing offers and contact information for the Receiver, no competing offers for the Properties have been received as of the time of this filing.

Respectfully submitted,

**BROWN FOX PLLC**

By: */s/ Cortney C. Thomas*
 Cortney C. Thomas
  Texas Bar No. 24075153
  cort@brownfoxlaw.com
 8111 Preston Road, Suite 300
 Dallas, TX  75225
 Tel. 214.327.5000
 Fax. 214.327.5001

**RECEIVER**

## **VERIFICATION**

My name is Cortney C. Thomas.  I am over the age of 18 and am fully competent to make this verification. I declare under penalty of perjury that the facts stated above are within my personal knowledge and are true and correct.

*/s/ Cortney C. Thomas*
Cortney C. Thomas

## **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

---

**RECEIVER'S VERIFIED NOTICE OF PUBLICATION REGARDING SALE OF**
**AMERIGOLD SUITES AND HALL STREET PROPERTY – PAGE 3**

# EXHIBIT A

# The Dallas Morning News

## AFFIDAVIT OF PUBLICATION

STATE OF TEXAS

COUNTY OF DALLAS

Before me, a Notary Public in and for Dallas County, this day personally appeared David Ferster, Advertising Representative for *THE DALLAS MORNING NEWS* being duly sworn by oath, states the attached advertisement of: **(Ad# 1873096)** .

**BROWN FOX LAW**

Appeared in *The Dallas Morning News* on    *July 1, 2024*

_____
Dallas Morning News Sales Operations

Sworn to and subscribed before me this        Date: July 3, 2024

DANIEL NAVARRO
Notary Public, State of Texas
Comm. Expires 03-22-2028
Notary ID 134822067

_____
Notary Public, State of Texas