UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § § § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | Civil Action No. 3:22-CV-2118-X |
| TIMOTHY BARTON, et al. | | |
| *Defendants,* | | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | | |
| *Relief Defendants.* | | |

## ORDER APPROVING SALE

The Receiver filed a motion to appoint appraisers, approve appraisals, and set a hearing for the Hall Street Property.[1]  The Court appointed the appraisers, approved the appraisals, and set a hearing.[2]

At the conclusion of the hearing before the Court on July 23, 2024, and for the reasons stated at the hearing, the Court made the following findings.  First, the proposed sale satisfies all statutory requirements: the Receiver published notice of the sale, the Receiver obtained three independent appraisals on the property, which were accepted by the Court pursuant to 28 U.S.C. § 2001(b), the proposed sale price

---

[1] Doc. 502.

[2] Doc. 532.

1

exceeds two-thirds of the appraised value, and the Receiver received no competing offers.[3] Second, the proposed sale is in the best interest of the Receivership.

In light of these findings, the Court **APPROVES** the sale of the Hall Street Property. The Court additionally **AUTHORIZES** the Receiver to sell and to convey title to the Hall Street Property free and clear of mortgages, liens, claims and encumbrances, after paying all secured lienholders in accordance with contractual terms.

**IT IS SO ORDERED,** this 25th day of July, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[3] 28 U.S.C. § 2001(b).