# EXHIBIT A

# EXHIBIT A-1

Timothy Barton Receivership/Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of June 30, 2024

| No. | Description | | | |
|---|---|---|---|---|
| 1 | Beginning Balance - April 1, 2024: | | $ | 655,847.97 |
| 2 | Business Income | | | 278,432.46 |
| 3 | Funds Received | | | 712,052.25 |
| 4 | Interest/Dividend Income | | | 2,606.39 |
| 5 | Business Asset Liquidation | | | |
| 6 | Personal Asset Liquidation | | | |
| 7 | Third-Party Litigation Income | | | |
| 8 | Miscellaneous - Other | | | |
| 9 | Disbursements to Investors | | | |
| 10 | Disbursements for Receivership Operations: | | | 148,519.65 |
| 10a | Disbursements to Receiver or Other Professionals | | 15,950.00 | |
| 10b | Business Asset and Operating Expenses | | 132,569.65 | |
| 10c | Personal Asset Expenses | | | |
| 10d | Investment Expenses | | | |
| 10e | Third-Party Litigation Expenses | | | |
| 10f | Tax Administrator Fees and Bonds | | | |
| 10g | Federal and State Tax Expenses | | | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| 11a | Distribution Plan Development Expenses | | | |
| 11b | Distribution Plan Implementation Expenses | | | |
| 12 | Disbursements to Court/Other | | | - |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | | |
| 12b | Federal income taxes | | | |
| 13 | Ending Balance - June 30, 2024 | | $ | 1,500,419.42 |
| 14 | Ending Balance of Fund - Net Assets | | | 1,500,419.42 |
| 14a | Cash & Cash Equivalents | | 1,500,419.42 | |
| 14b | Investments | | | |
| 14c | Other Assets or Uncleared Funds | | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | | |

Timothy Barton Receivership/Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of June 30, 2024

16a  Court Registry Investment System (CRIS) or other banking fees related to the Fund
16b  Federal income taxes

17      DC & State Tax Payments

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of June 30, 2024

18  No. of Claims

18a  the number of claims received from investors during this reporting period

18b  the number of claims received from investors as a result of all orders since the inception of the Fund

19  No. of Claimants/Investors

19a  the number of claimants/investors receiving distributions during the reporting period

19b  the number of claimants/investors receiving distributions pursuant to all orders of distribution since the inception of the Fund

# EXHIBIT A-2

**Barton Receivership Account**
**Cash Accounting Summary**
**April 1, 2024 through June 30, 2024**

**Cash Receipts**

| Date | Item Description | Cash Receipts 2Q24 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Receipts 4Q22 | | $819,171.90 |
| 03/31/2023 | Cash Receipts 1Q23 | | $129,887.29 |
| 06/30/2023 | Cash Receipts 2Q23 | | $622,543.82 |
| 09/30/2023 | Cash Receipts 3Q23 | | $4,988.77 |
| 12/31/2023 | Cash Receipts 4Q23 | | $14,056.20 |
| 03/31/2024 | Cash Receipts 1Q24 | | $8,528.09 |
| 04/30/2024 | Interest Deposit | $219.44 | |
| 05/21/2024 | Wire Transfer Credit (HNGH Turtle Creek Settlement) [2nd of 4 installment payments] | $500,000.00 | |
| 05/16/2024 | Rock Creek Rent | $68,000.00 | |
| 06/02/2024 | Interest Deposit | $820.78 | |
| 06/24/2024 | DDA Regular Deposit  • Rents (Mathis Farm and Chris Goodwin) | $9,680.00 | |
| 06/25/2024 | Wire Transfer Credit (Somerset/Lost Creek Settlement) | $210,000.00 | |
| 06/27/2024 | DDA Regular Deposit  • JAMS (Partial return of mediation fee) | $550.00 | |
| 06/27/2024 | DDA Regular Deposit  • J. Garrett Auctioneers | $3,632.50 | |
| 06/30/2024 | Interest Deposit | $1,566.17 | |

**TOTAL RECEIPTS 2Q24**                    **$794,468.89**

**TOTAL RECEIPTS RECEIVERSHIP**                    **$2,393,644.96**

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 2Q24 | Cash Disbursements 4Q22 to present |
|------|------------------|------------------------:|-----------------------------------:|
| 12/31/2022 | Cash Disbursements 4Q22 | | $10,764.09 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $504,163.52 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $713,478.93 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $129,682.01 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $45,993.79 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $75,623.72 |
| 04/03/2024 | Alfredo Franco Nino (#263) (lawn maintenance) | $225.00 | |
| 04/05/2024 | Tim Barton (#261) (return of unused, prepaid moving expenses) | $1,580.25 | |
| 04/09/2024 | Lumos Technology Services (#262) (IT services) | $469.37 | |
| 04/10/2024 | Alfredo Franco Nino (#265) (lawn maintenance) | $525.00 | |
| 04/10/2024 | Account Analysis Fee | $9.16 | |
| 04/12/2024 | JAMS (#264) (Tamamoi mediation) | $5,000.00 | |
| 04/23/2024 | Alfredo Franco Nino (#266) (lawn maintenance) | $225.00 | |
| 05/03/2024 | Ever Maldonado (#268 ) (maintenance) | $175.00 | |
| 05/06/2024 | Alfredo Franco Nino (#269) (lawn maintenance) | $225.00 | |
| 05/07/2024 | Lumos Technology Services (#270) (IT services) | $469.37 | |
| 05/10/2024 | Account Analysis Fee | $5.14 | |
| 05/13/2024 | Blake Lepper (#267) (mowing Ridgeview Addition) | $1,000.00 | |

| Date | Item Description | Cash Disbursements 2Q24 | Cash Disbursements 4Q22 to present |
|------|-----------------|-------------------------|-------------------------------------|
| 05/21/2024 | Alfredo Franco Nino (#271) (lawn maintenance) | $225.00 | |
| 05/23/2024 | AFCO (Rock Creek Insurance) | $829.21 | |
| 05/24/2024 | Dallas Water Utilities (#272) (utilities) | $22.46 | |
| 05/30/2024 | Alfredo Franco Nino (#273) (lawn maintenance) | $225.00 | |
| 06/10/2024 | Lumos Technology Services (#274) (IT services) | $469.37 | |
| 06/25/2024 | Alfredo Franco Nino (#275) (lawn maintenance/tree trimming) | $1,025.00 | |
| 06/28/2024 | Goldmark Hospitality (#277) (reimbursement of Ck#203 for Dallas Water Utilities for Gillespie Property (burst pipe)) | $3,926.37 | |
| **TOTAL DISBURSEMENTS 2Q24** | | **$16,630.70** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$1,496,336.76** |

# EXHIBIT A-3

**Goldmark Hospitality**
**Cash Accounting Summary**
**April 1, 2024 through June 30, 2024**

**Cash Receipts**

| Date | Item Description | Cash Receipts 2Q24 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Receipts 4Q22 | | $108,460.28 |
| 03/31/2023 | Cash Receipts 1Q23 | | $206,811.44 |
| 06/30/2023 | Cash Receipts 2Q23 | | $204,650.27 |
| 09/30/2023 | Cash Receipts 3Q23 | | $202,645.84 |
| 12/31/2023 | Cash Receipts 4Q23 | | $200,006.81 |
| 03/31/2024 | Cash Receipts 1Q24 | | $231,233.80 |
| 04/02/2024 | DDA Regular Deposit (rents) | $500.00 | |
| 04/02/2024 | DDA Regular Deposit (rents) | $5,788.44 | |
| 04/04/2024 | DDA Regular Deposit (rents) | $7,330.42 | |
| 04/08/2024 | DDA Regular Deposit (rents) | $3,805.08 | |
| 04/15/2024 | DDA Regular Deposit (rents) | $1,479.82 | |
| 04/15/2024 | DDA Regular Deposit (rents) | $3,240.00 | |
| 04/17/2024 | DDA Regular Deposit (rents) | $1,422.30 | |
| 04/18/2024 | Square Inc. [Wire] (rents) | $29,469.28 | |
| 04/24/2024 | DDA Regular Deposit (rents) | $753.00 | |
| 04/26/2024 | DDA Regular Deposit (rents) | $2,545.00 | |
| 04/30/2024 | Square Inc. [Wire] (rents) | $8,459.95 | |

| Date | Item Description | Cash Receipts 2Q24 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 05/03/2024 | DDA Regular Deposit (rents) | $1,250.00 | |
| 05/03/2024 | DDA Regular Deposit (rents) | $8,699.00 | |
| 05/03/2024 | DDA Regular Deposit (rents) | $9,659.20 | |
| 05/06/2024 | DDA Regular Deposit (rents) | $5,064.14 | |
| 05/08/2024 | DDA Regular Deposit (rents) | $2,460.00 | |
| 05/10/2024 | DDA Regular Deposit (rents) | $3,805.24 | |
| 05/14/2024 | DDA Regular Deposit (rents) | $749.10 | |
| 05/15/2024 | Square Inc. [Wire] (rents) | $22,671.46 | |
| 05/16/2024 | DDA Regular Deposit (rents) | $738.04 | |
| 05/17/2024 | DDA Regular Deposit (rents) | $1,910.00 | |
| 05/20/2024 | DDA Regular Deposit (rents) | $410.02 | |
| 05/23/2024 | DDA Regular Deposit (rents) | $1,520.38 | |
| 05/30/2024 | DDA Regular Deposit (rents) | $600.00 | |
| 05/30/2024 | DDA Regular Deposit (rents) | $1,487.00 | |
| 06/03/2024 | DDA Regular Deposit (rents) | $2,640.00 | |
| 06/03/2024 | DDA Regular Deposit (rents) | $2,816.00 | |
| 06/04/2024 | DDA Regular Deposit (rents) | $7,290.00 | |

| Date | Item Description | Cash Receipts 2Q24 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 06/06/2024 | DDA Regular Deposit (rents) | $1,735.20 | |
| 06/07/2024 | DDA Regular Deposit (rents) | $5,305.52 | |
| 06/11/2024 | DDA Regular Deposit (rents) | $2,669.12 | |
| 06/17/2024 | DDA Regular Deposit (rents) | $361.38 | |
| 06/17/2024 | DDA Regular Deposit (rents) | $1,002.00 | |
| 06/20/2024 | DDA Regular Deposit (rents) | $969.84 | |
| 06/24/2024 | DDA Regular Deposit (rents) | $2,210.00 | |
| 06/25/2024 | Square Inc. [Wire] (rents) | $45,652.35 | |
| 06/25/2024 | DDA Regular Deposit (rents) | $1,104.18 | |
| 06/26/2024 | DDA Regular Deposit (rents) | $1,180.00 | |
| 06/28/2024 | DDA Regular Deposit (reimbursement of Ck#203 for Dallas Water Utilities for Gillespie Property (burst pipe)) | $3,926.37 | |
| **TOTAL GOLDMARK RECEIPTS 2Q24** | | **$204,678.83** | |
| **TOTAL GOLDMARK RECEIPTS TO PRESENT** | | | **$1,358,487.27** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 2Q24 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Disbursements 4Q22 | | $99,830.15 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $202,341.23 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $187,686.31 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $181,476.12 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $113,782.01 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $265,056.05 |
| 04/01/2024 | GoTo Premium Finance (insurance) (ACH) | $4,583.19 | |
| 04/01/2024 | GoTo Premium Finance (insurance) (ACH) | $8,219.83 | |
| 04/01/2024 | Matthew Hilburn (#182) (maintenance) | $760.00 | |
| 04/01/2024 | Frank Guzman (#183) (maintenance) | $787.50 | |
| 04/01/2024 | Kevin Wright (#185) (maintenance) | $755.00 | |
| 04/02/2024 | Alfredo Franco Nino (#190) (lawn maintenance) | $1,300.00 | |
| 04/03/2024 | Service Fee | $10.00 | |
| 04/03/2024 | Service Fee | $10.00 | |
| 04/04/2024 | Spectrum (internet) (ACH) | $281.09 | |
| 04/05/2024 | TXU (electricity) (ACH) | $7,043.82 | |
| 04/08/2024 | Dallas Water Utilities (#188) (water) | $14,687.91 | |
| 04/08/2024 | Impact Floors of Texas (#189) (floor repairs) | $979.38 | |
| 04/10/2024 | Integrity Realty Resources (#187) (appraisal) | $6,700.00 | |
| 04/10/2024 | Account Analysis Charge | $13.72 | |

| Date | Item Description | Cash Disbursements 2Q24 | Cash Disbursements 4Q22 to present |
|---|---|---:|---|
| 04/12/2024 | Matthew Hilburn (#193) (maintenance) | $680.00 | |
| 04/12/2024 | Frank Guzman (#194) (maintenance) | $645.00 | |
| 04/12/2024 | Kevin Wright (#195) (maintenance) | $730.00 | |
| 04/12/2024 | Jovanca Silvasan (#196) (property manager) | $1,633.00 | |
| 04/12/2024 | Jovanca Silvasan (#197) (gas reimbursement) | $58.05 | |
| 04/15/2024 | National Valuation Consultants (#191) (valuation) | $4,800.00 | |
| 04/16/2024 | Terminix (#192) (pest control) | $226.00 | |
| 04/22/2024 | Matthew Hilburn (#199) (maintenance) | $640.00 | |
| 04/22/2024 | Kevin Wright (#200) (maintenance) | $740.00 | |
| 04/22/2024 | Frank Guzman (#201) (maintenance) | $735.00 | |
| 04/22/2024 | Jovanca Silvasan (#202) (property manager) | $1,633.00 | |
| 04/22/2024 | Dallas Water Utilities (#203) (water) (later reimbursed) | $3,926.37 | |
| 04/23/2024 | Republic Services (trash collection) (ACH) | $1,217.63 | |
| 04/30/2024 | GoTo Premium Finance (insurance) (ACH) | $4,583.19 | |
| 04/30/2024 | GoTo Premium Finance (insurance) (ACH) | $8,219.83 | |
| 05/06/2024 | Alfredo Franco Nino (#204) (lawn maintenance) | $1,300.00 | |
| 05/06/2024 | Service Fee | $10.00 | |
| 05/06/2024 | Service Fee | $10.00 | |

| Date | Item Description | Cash Disbursements 2Q24 | Cash Disbursements 4Q22 to present |
|---|---|---:|---|
| 05/07/2024 | Spectrum (internet) (ACH) | $281.09 | |
| 05/10/2024 | Jovanca Silvasan (#210) (gas reimbursement) | $64.32 | |
| 05/10/2024 | Account Analysis Charge | $0.30 | |
| 05/13/2024 | BF Mechanical Air Conditioning (#205) (HVAC repairs) | $7,317.07 | |
| 05/13/2024 | Kevin Wright (#207) (maintenance) | $615.00 | |
| 05/13/2024 | Frank Guzman (#208) (maintenance) | $630.00 | |
| 05/13/2024 | Matthew Hilburn (#209) (maintenance) | $740.00 | |
| 05/14/2024 | Terminix (#211) (pest control) | $100.13 | |
| 05/15/2024 | Jovanca Silvasan (#215) (property manager) | $1,633.00 | |
| 05/20/2024 | Terminix (#212) (pest control) | $200.26 | |
| 05/20/2024 | Terminix (#213) (pest control) | $134.23 | |
| 05/20/2024 | Terminix (#214) (pest control) | $134.23 | |
| 05/21/2024 | TXU (electricity) (ACH) | $5,072.49 | |
| 05/22/2024 | Republic Services (trash collection) (ACH) | $1,273.94 | |
| 05/22/2024 | BF Mechanical Air Conditioning (#219) (HVAC repairs) | $913.07 | |
| 05/28/2024 | Frank Guzman (#216) (maintenance) | $720.00 | |
| 05/28/2024 | Matthew Hilburn (#217) (maintenance) | $700.00 | |
| 05/28/2024 | Kevin Wright (#218) (maintenance) | $310.00 | |

| Date | Item Description | Cash Disbursements 2Q24 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 05/29/2024 | GoTo Premium Finance (insurance) (ACH) | $4,583.19 | |
| 05/29/2024 | GoTo Premium Finance (insurance) (AHC) | $8,219.83 | |
| 05/30/2024 | Alfredo Franco Nino (#220) (lawn maintenance) | $1,300.00 | |
| 05/31/2024 | Jovanca Silvasan (#221) (property manager) | $1,633.00 | |
| 05/31/2024 | Service Fee | $10.00 | |
| 05/31/2024 | Service Fee | $10.00 | |
| 06/05/2024 | Spectrum (internet) (ACH) | $281.09 | |
| 06/06/2024 | TXU (electricity) (ACH) | $6,373.10 | |
| 06/10/2024 | Matthew Hilburn (#223) (maintenance) | $570.00 | |
| 06/10/2024 | Frank Guzman (#224) (maintenance) | $577.50 | |
| 06/14/2024 | Jovanca Silvasan (#229) (property manager) | $1,633.00 | |
| 06/18/2024 | BF Mechanical Air Conditioning (#222) (HVAC repairs) | $676.56 | |
| 06/21/2024 | Jovanca Silvasan (#231) (gas reimbursement) | $68.53 | |
| 06/24/2024 | Terminix (#225) (pest control) | $134.23 | |
| 06/24/2024 | Terminix (#226) (pest control) | $235.98 | |
| 06/24/2024 | Air Texas AC & Heating (#227) (HVAC repairs) | $725.00 | |
| 06/24/2024 | Frank Guzman (#230) (maintenance) | $592.50 | |
| 06/24/2024 | Matthew Hilburn (#232) (maintenance) | $700.00 | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY APR 1, 2024 THROUGH JUN 30, 2024
PAGE 7

| Date | Item Description | Cash Disbursements 2Q24 | Cash Disbursements 4Q22 to present |
|------|-----------------|------------------------:|-----------------------------------:|
| 06/24/2024 | TXU (electricity) (ACH) | $10,868.42 | |
| **TOTAL DISBURSEMENTS 2Q24** | | **$137,949.57** | |
| **TOTAL RECEIVERSHIP DISBURSEMENTS** | | | **$1,188,121.44** |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY APR 1, 2024 THROUGH JUN 30, 2024
PAGE 8

# EXHIBIT A-4

**D4OP RECEIVERSHIP ACCOUNT[1]**
**Cash Accounting Summary**
**April 1, 2024 through June 30, 2024**

**Cash Receipts**

| Date | Item Description | Cash Receipts 2Q24 | Cash Receipts 3Q23 to present |
|------|------------------|--------------------|-------------------------------|
| 09/31/2023 | Cash Receipts 3Q23 (opening account) | | $126,643.63 |
| 12/31/2023 | Cash Receipts 4Q23 | | $210,786.07 |
| 03/31/2024 | Cash Receipts 1Q24 | | $62,762.79 |
| **TOTAL RECEIPTS 2Q24** | | **$0.00** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$400,192.49** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 2Q24 | Cash Disbursements 3Q23 to present |
|------|------------------|-------------------------|------------------------------------|
| **TOTAL DISBURSEMENTS 2Q24** | | **$0.00** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$0.00** |

---

[1] The use of funds in the D4OP Receivership Account are generally restricted by HUD regulations.