## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON CARNEGIE DEVELOPMENT, LLC WALL007, LLC WALL009, LLC WALL010, LLC WALL011, LLC WALL012, LLC WALL016, LLC WALL017, LLC WALL018, LLC WALL019, LLC HAOQIANG FU (a/k/a MICHAEL FU) STEPHEN T. WALL | § § § § § § § § § § § § § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC LDG001, LLC | § § § | |
| *Relief Defendants.* | § | |

## DEFENDANT BARTON'S OPPOSED MOTION FOR LEAVE
## TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 79.3(b), Defendant Timothy Barton respectfully requests that the Court grant him leave to file a motion for a protective order under seal. The contemplated motion will ask the Court to define the appropriate scope of Receiver inquiries regarding attorneys' fees received by the Defendant's lawyers in this matter and in the parallel criminal matter pending before another judge of this Court. To present the issue, the motion includes confidential commercial information about the amount of fees incurred and received in the representation of

-1-

the Defendant through the Government's civil and criminal actions.  It also includes heretofore confidential information regarding communications between Receiver and Defendant counsel that could have the effects on third parties that the motion for protective order seeks to avoid.  In accordance with Local Rule 79.3(c), in consultation with the Clerk of the Court, and to assure the preservation of sensitive information, the contemplated motion is *not* attached hereto and will only be filed upon this Court's grant of Barton's request for leave to file the Motion under seal. The Defendant is prepared to answer any further inquiries, in an appropriate setting, regarding the nature of the information meriting sealing.

Undersigned counsel consulted with counsel for the Receiver, who indicated that the Receiver, based on the information shared to this point, opposes the Defendant's Motion for Leave to File Documents Under Seal.  The Defendant will continue to provide detail regarding the information at issue to the Receiver and update this certificate of conference if consensus can be reached.

Dated: August 1, 2024

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*admitted to N.D. Tex.*)
medney@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

**COUNSEL FOR TIMOTHY LYNCH BARTON**

-3-

## CERTIFICATE OF SERVICE

On August 1, 2024 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*
Michael J. Edney