**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | No. 3:22-CV-2118-X |
| **TIMOTHY LYNCH BARTON** **CARNEGIE DEVELOPMENT, LLC** **WALL007, LLC** **WALL009, LLC** **WALL010, LLC** **WALL011, LLC** **WALL012, LLC** **WALL016, LLC** **WALL017, LLC** **WALL018, LLC** **WALL019, LLC** **HAOQIANG FU (a/k/a MICHAEL FU)** **STEPHEN T. WALL** | § § § § § § § § § § § § § § | |
| *Defendants,* | § § § | |
| **DJD LAND PARTNERS, LLC** **LDG001, LLC** | § § § | |
| *Relief Defendants.* | § | |

**ORDER GRANTING MOTION FOR LEAVE**
**TO FILE DOCUMENTS UNDER SEAL**

Before the Court is Defendant Barton's Opposed Motion for Leave to File Documents Under Seal, specifically a motion for a protective order containing certain information about Defendant counsel's fees accrued and received in the course of the underlying litigation. Having considered the Motion, the Court finds that there is good cause for Defendant's Motion to be filed under seal and, therefore, Defendant's Motion is GRANTED.

-1-

-2-

Specifically, the Court finds that, while the sealing of information placed in the judicial record is typically disfavored, *June Med. Servs., L.L.C. v. Phillips*, 22 F.4th 512, 519–20 (5th Cir. 2022), upon declaration of Defendant counsel, the financial information in the contemplated motion is confidential, non-public commercial information and the Court further finds that such information is customarily and consistently subject to sealing by this Court, subject to Local Rule 79.3(b).  This is particularly the case because the very nature of the Receiver's inquiries at issue in Defendant's underlying motion for protective order, which Defendant now seeks the sealing of and which would necessarily contain the confidential commercial information, may have some of the effects the Motion is seeking to avoid.  Release of the that information to the public, simply by way of Defendant seeking a protective order would be unjust, inequitable, and irreversibly prejudicial.

ACCORDINGLY, it is hereby ORDERED that Defendant's motion for protective order will be filed under seal pursuant to Local Rule 79.3(b).


SO ORDERED this _____ day of _____ 2024.


_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE