### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § | No. 3:22-cv-2118-X |
| | § | |
| TIMOTHY BARTON, | § | |
| CARNEGIE DEVELOPMENT, LLC, | § | |
| WALL007, LLC, | § | |
| WALL009, LLC, | § | |
| WALL010, LLC, | § | |
| WALL011, LLC, | § | |
| WALL012, LLC, | § | |
| WALL016, LLC, | § | |
| WALL017, LLC, | § | |
| WALL018, LLC, | § | |
| WALL019, LLC, | § | |
| HAOQIANG FU (A/K/A MICHAEL FU), | § | |
| STEPHEN T. WALL, | § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and | § | |
| LDG001, LLC, | § § | |
| *Relief Defendants*. | § | |

### ORDER GRANTING RECEIVER'S
### THIRD QUARTERLY FEE APPLICATION

Before the Court is the Receiver's Partially Unopposed Third Quarterly Fee Application. Having considered the Application, the Court finds that Plaintiff does not oppose the relief requested in the Application and that the Application is just and appropriate and should be GRANTED. And any response to the application was due August 16, 2024, and none has been filed.

ACCORDINGLY, it is hereby ORDERED that the Receiver is authorized to pay from the receivership assets recovered by the Receiver the following fees and expenses:

1.    The sum of $81,283.19 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from April 1, 2023 through June 30, 2023.

2.    The sum of $208,628.50 shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from April 1, 2023 through June 30, 2023.

3.    The sum of $137,937.98 shall be paid to Ahuja & Clark, PLLC for its services as accountant to the Receiver and expenses incurred from April 1, 2023 through June 30, 2023.

4.    The sum of $9,891.36 shall be paid to Veracity Forensics LLC for its services as digital asset and discovery advisor to the Receiver from April 1, 2023 through June 30, 2023.

SO ORDERED this 20th day of August, 2024.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE