IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § § § | | |
| *Plaintiff*, § § | | |
| v. § | No. 3:22-cv-2118-X | |
| § | | |
| **TIMOTHY BARTON, et al.** § § § | | |
| *Defendants*, § | | |

### ORDER GRANTING RECEIVER'S MOTION FOR "SHOW CAUSE" HEARING

Before the Court is the Receiver's Motion for "Show Cause" Hearing, Sanctions, Injunctive Relief and Brief in Support. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED, as follows**.

IT IS ORDERED that Defendant Timothy Barton shall appear in person at ____ a.m./p.m. on _____, 2024 in Judge Brantley Starr's courtroom, located at 1100 Commerce St., Room 1528, Dallas, Texas 75242 to show cause why he should not be held in civil contempt and incarcerated or fined until such time as he complies with the terms of the Court's Receivership Order. The Court will consider the remainder of the relief requested at the hearing.

**IT IS SO ORDERED,** this _____ day of _____ 2024.

 

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE