IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, et al., | § § § | |
| *Defendants*, | § | |

RECEIVER'S RESPONSE TO BARTON'S
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Receiver Cortney C. Thomas (the "Receiver") responds to Defendant Barton's Opposed

Motion for Leave to File Documents Under Seal ("Motion to Seal") [Dkt. 555] and in support

respectfully shows the Court as follows.

First, Barton's certificate of conference is inaccurate.  The Receiver was never afforded an

opportunity to evaluate what information Barton sought to file under seal, and informed Barton

that he could not state whether he would agree to the Motion to Seal without more information.

Rather than providing that information, Barton filed both his now denied motion to seal, and the

instant one, with an inaccurate Certificate of Conference.[1]

Second, while Barton likely has not satisfied the high standard that governs sealing

documents in the Fifth Circuit and many of the reasons proffered by Barton in support of the

Motion appear pretextual or simply inaccurate on their face, the Receiver is ambivalent of (and

does not oppose) Barton's request to seal certain information contained in the motion for protective

---

[1] A true and correct copy of the email responding to Barton's conference on his initial motion to seal, which was denied, is attached as Exhibit A.  This is the only conference that has occurred.

1

order.  However, the Receiver does vehemently oppose the motion for protective order itself and

will address that motion, when and if it is filed.


Respectfully submitted,

By: */s/ Charlene C. Koonce*
  Charlene C. Koonce
   State Bar No. 11672850
   charlene@brownfoxlaw.com
  Timothy B. Wells
   State Bar No. 24131941
   tim@brownfoxlaw.com
  BROWN FOX PLLC
  8111 Preston Road, Suite 300
  Dallas, Texas 75225
  T: (214) 327-5000
  F: (214) 327-5001

*Attorneys for Receiver Cortney C. Thomas*


## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

2