# Exhibit A



MARGARET GIENKO
DIRECT: 847-582-9907
mgienko@firselross.com

August 12, 2024

***VIA EMAIL***

c/o Cort Thomas, as receiver of
Goldmark Hospitality, LLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Email: cort@brownfoxlaw.com

Capital Title
Attn: Vicki G. Hoodwin
7001 Preston Road, Suite 120
Dallas, Texas 75205
Email: vhoodwin@ctot.com

Brown Fox PLLC
Attn: Adam Fox
6303 Cowboys Way, Suite 450
Frisco, TX 75034
Email: adam@brownfoxlaw.com

> **RE:** ***Purchase and Sale Agreement dated June 3, 2024, between Cort Thomas, as Receiver for Goldmark Hospitality, LLC, a Texas limited liability company (the "Receiver") and Centeridge LLC, an Illinois limited liability company (the "Buyer") as amended by that certain First Amendment to Purchase and Sale Agreement dated as of July 9, 2024, as further amended by that certain Second Amendment to Purchase and Sale Agreement dated as of July 29, 2024 (the "Agreement") for that certain property commonly known as Amerigold Suites locates at 13636 Goldmark Drive, Dallas, Texas 75240 (the "Property")***

Ladies and Gentlemen:

As you know, the undersigned represents the Buyer in the above-referenced transaction. Please note that all capitalized terms not defined in this letter shall have the meanings given to them in the Agreement.

Pursuant to the Buyer's right to terminate the Agreement and receive a refund of the Earnest Money under Section 2.5 of the Agreement, this letter shall serve as Buyer's written notice of its election to terminate the Agreement. By copy of this letter, we are directing that the Escrow Agent return the Earnest Money to Buyer in accordance with instructions to be provided by Buyer under separate cover.

*Signature Page Follows*

- 1 -

Please contact the undersigned with any questions.

Very truly yours,

FIRSEL ROSS GUSSIS & ALEXANDER LLC

*Margaret Gienko*

Margaret Gienko, Esq.

cc:    Aaron Friedman (afried398@gmail.com)
       Neel Jain (neel@hitechhospitality.com)
       Samuel Gussis (sgussis@firselross.com)