**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 3:22-CV-2118-X** |
| **Plaintiff,** | | |
| **v.** | | |
| **TIMOTHY BARTON,** *et al.*, | | |
| **Defendants.** | | |

## ORDER GRANTING MOTION OF INTERESTED PARTY MCCORMICK 101, LLC TO MODIFY STAY PROVISION SET FORTH IN RECEIVER ORDER

On September 4, 2024, interested party McCormick 101, LLC (**"McCormick"**) filed its motion in this case to modify the stay provision set forth in the Receiver Order.  The motion requests that the stay and injunction, as they apply to McCormick, be lifted so that McCormick may proceed with enforcement of McCormick's rights and remedies as to real and personal property, including real property commonly referred to as the Amerigold Suites (collectively, the **"Property"**), securing indebtedness owed to McCormick by Goldmark Hospitality, LLC (**"Goldmark"**) under a Deed of Trust, Security Agreement and Financing Statement, dated as of November 14, 2019 (the **"Deed of Trust"**).

For the reasons set forth in the motion, the motion is **GRANTED**.  **IT IS SO ORDERED** that the stay and injunction set forth in the Receiver Order, as they apply to McCormick, are modified and lifted such that McCormick may proceed with enforcement of its rights and remedies as to the Property.

BDAND\98365245.3

Dated: _____, 2024


_____
The Honorable Brantley Starr
United States District Court
Northern District of Texas
Dallas Division

BDAND\98365245.3