## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON CARNEGIE DEVELOPMENT, LLC WALL007, LLC WALL009, LLC WALL010, LLC WALL011, LLC WALL012, LLC WALL016, LLC WALL017, LLC WALL019, LLC HAOQIANG FU (a/k/a MICHAEL FU) STEPHEN T. WALL | § § § § § § § § § § § § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC LDG001, LLC | § § § | |
| *Relief Defendants.* | § § | |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO RECEIVER'S MOTION FOR "SHOW CAUSE" HEARING, SANCTIONS & INJUNCTIVE RELIEF

Defendant Timothy Lynch Barton respectfully requests a two-day extension of time to file his response to the Receiver's "Motion for "Show Cause" Hearing, Sanctions, Injunctive Relief, and Brief in Support" [ECF No. 558]. Defendant Barton's current filing deadline under the Court's order scheduling briefing on this matter is Friday, September 13, 2024. The extension sought by Defendant would extend that deadline Tuesday, September 17, 2024.

There is good cause for the extension.  Defendant counsel has conflicting personal and professional obligations that give rise to this request.  Undersigned counsel is scheduled to provide oral argument before the United States Court of Appeals for the District of Columbia Circuit on Friday, September 13, 2024 in *Cigar Association of America v. FDA* (23-5220), the same day Defendant's response is currently docketed to be due.  Also on Friday, September 13, undersigned counsel will be flying to Chicago, Illinois (immediately following presentation of oral argument before the D.C. Circuit) to attend the funeral of his close friend and former colleague, Steptoe partner John Byron, who tragically and suddenly passed away on September 2, 2024 at the age of 41.[1]

On September 10, 2024, the Receiver confirmed to Defendant counsel that he does not oppose the requested extension.

Based on the foregoing, Defendant Barton respectfully requests that his unopposed motion for extension of time for two business days be granted.

Dated: September 13, 2024

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*admitted to N.D. Tex.*)
medney@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

**COUNSEL FOR TIMOTHY LYNCH BARTON**

---

[1] Steptoe, *In memoriam of John J. Byron*, available at: https://www.steptoe.com/en/lawyers/john-byron.html.

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 13, 2024, Defendant counsel, Kyle Coker, consulted with the Receiver, Cort Thomas, who represented that the Plaintiff does not oppose the relief sought herein.

*/s/ Michael J. Edney*

## CERTIFICATE OF SERVICE

On September 13, 2024 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*