**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON CARNEGIE DEVELOPMENT, LLC WALL007, LLC WALL009, LLC WALL010, LLC WALL011, LLC WALL012, LLC WALL016, LLC WALL017, LLC WALL019, LLC HAOQIANG FU (a/k/a MICHAEL FU) STEPHEN T. WALL | § § § § § § § § § § § § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC LDG001, LLC | § § § | |
| *Relief Defendants.* | § § | |

**DEFENDANT'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO
FILE A RESPONSE TO RECEIVER'S MOTION FOR "SHOW CAUSE" HEARING,
SANCTIONS & INJUNCTIVE RELIEF**

Defendant Timothy Lynch Barton respectfully requests an additional three-day extension of time to file his response to the Receiver's "Motion for "Show Cause" Hearing, Sanctions, Injunctive Relief, and Brief in Support" [ECF No. 558]. Defendant Barton's current filing deadline under the Court's extension order is Tuesday, September 17, 2024. The extension sought by Defendant would extend that deadline to Friday, September 20, 2024.

1

There is good cause for the additional extension.  Undersigned counsel has the flu and needs the extra time to recover.

On September 17, 2024, the Receiver confirmed to Defendant counsel that he does not oppose the requested extension.

Based on the foregoing, Defendant Barton respectfully requests that his unopposed motion for extension of time for three business days be granted.

Dated: September 17, 2024

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*admitted to N.D. Tex.*)
medney@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

**COUNSEL FOR TIMOTHY LYNCH BARTON**

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 17, 2024, Defendant counsel, Kyle Coker, consulted with the Receiver, Cort Thomas, who represented that the Plaintiff does not oppose the relief sought herein.

*/s/ Michael J. Edney*
Michael J. Edney

## CERTIFICATE OF SERVICE

On September 17, 2024 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*
Michael J. Edney

2