## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | No. 3:22-CV-2118-X |
| | § | |
| TIMOTHY LYNCH BARTON | § | |
| CARNEGIE DEVELOPMENT, LLC | § | |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC | § | |
| LDG001, LLC | § § | |
| *Relief Defendants.* | § | |

**DEFENDANT'S UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO RECEIVER'S MOTION FOR "SHOW CAUSE" HEARING, SANCTIONS & INJUNCTIVE RELIEF**

Defendant Timothy Lynch Barton respectfully requests an additional three-day extension of time to file his response to the Receiver's "Motion for "Show Cause" Hearing, Sanctions, Injunctive Relief, and Brief in Support" [ECF No. 558]. Defendant Barton's current filing deadline under the Court's extension order is Tuesday, September 17, 2024, and a pending unopposed motion would extend it to Friday, September 20. The extension now sought by Defendant would extend that deadline to Wednesday, September 25, 2024.

1

There is good cause for the additional extension. Counsel for the Defendant and the Receiver have been discussing an out-of-court, agreed and consensual resolution of the matters that are the subject of the motion. Both sides believe that those discussions are sufficiently close to a consensual resolution that an extension likely will avoid the Court having decide many or all of the issues decided in the motion. The input of the Receiver himself is required on the proposed resolution, but travel is making his participation today difficult.

On September 17, 2024, Receiver's counsel confirmed that the Receiver supports and does not oppose the requested extension.

Based on the foregoing, Defendant Barton respectfully requests that his unopposed motion for extension of time until Wednesday, September 24, 2024, be granted.

Dated: September 20, 2024

Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*admitted to N.D. Tex.*)
medney@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

**COUNSEL FOR TIMOTHY LYNCH BARTON**

2

**CERTIFICATE OF CONFERENCE**

I hereby certify that on September 20, 2024, Defendant counsel, Kyle Coker, consulted with the Receiver's counsel, Charlene Koonce, who confirmed the Receiver supports the relief requested in this motion.

/s/ *Michael J. Edney*
Michael J. Edney

**CERTIFICATE OF SERVICE**

On September 20, 2024 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

/s/ *Michael J. Edney*
Michael J. Edney