**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | |
| TIMOTHY BARTON, | C.A. No.: 3:22-cv-2118-X |
| CARNEGIE DEVELOPMENT, LLC, | |
| WALL007, LLC, | |
| WALL009, LLC, | Jury Trial Demanded |
| WALL010, LLC, | |
| WALL011, LLC, | |
| WALL012, LLC, | |
| WALL016, LLC, | |
| WALL017, LLC, | |
| WALL018, LLC, | |
| WALL019, LLC, | |
| HAOQIANG FU (A/K/A MICHAEL FU), | |
| STEPHEN T. WALL, | |
| Defendants, | |
| DJD LAND PARTNERS, LLC, and | |
| LDG001, LLC, | |
| Relief Defendants. | |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE**
**TO MOTION OF MCCORMICK 101, LLC TO MODIFY STAY PROVISION**
**SET FORTH IN RECEIVERSHIP ORDER**

The Securities and Exchange Commission ("SEC") submits this response to the Motion of McCormick 101, LLC ("McCormick") [Dkt. No. 563] to Modify Stay Provision Set Forth in the Receivership Order, and respectfully shows the court as follows:

The SEC opposes McCormick's re-urged request to lift the stay over the Receiver's objection so that it can foreclose on the Amerigold Suites property. McCormick is the first lender on the Amerigold Suites property. McCormick purchased its note with knowledge of the Receivership Order, and it has not established that it is undersecured or at imminent risk of becoming undersecured. Thus, McCormick has not demonstrated that it will suffer any injury, much less substantial injury, if the status quo is maintained and the Receiver is given additional time to sell the Amerigold Suites property. Further, the foreclosure action that McCormick proposes would likely reduce the value of receivership assets and impede the Receiver's ability to effectively administer the receivership.

For these reasons, and the reasons set forth in the SEC's response to McCormick's initial request to lift the stay [Dkt No. 324] and the Court's Order denying McCormick's most recent request to lift the stay [Dkt. No. 477], which are incorporated herein by reference, the SEC respectfully requests that the Court deny McCormick's Motion.

Dated: September 25, 2024

Respectfully submitted,

*/s/ Keefe M. Bernstein*
Keefe M. Bernstein
Texas Bar No. 24006839
James E. Etri
Texas Bar No. 24002061
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2607 (KMB phone)
(817) 978-4927 (facsimile)
bernsteink@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

## CERTIFICATE OF SERVICE

I affirm that on September 25, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Keefe M. Bernstein*
Keefe M. Bernstein

3