IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON CARNEGIE DEVELOPMENT, LLC WALL007, LLC WALL009, LLC WALL010, LLC WALL011, LLC WALL012, LLC WALL016, LLC WALL017, LLC WALL019, LLC HAOQIANG FU (a/k/a MICHAEL FU) STEPHEN T. WALL | § § § § § § § § § § § § § § | |
| Defendants, | § § | |
| DJD LAND PARTNERS, LLC LDG001, LLC | § § § | |
| Relief Defendants. | § § | |

**DEFENDANT'S UNOPPOSED FIFTH MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO RECEIVER'S MOTION FOR "SHOW CAUSE" HEARING, SANCTIONS & INJUNCTIVE RELIEF**

Defendant Timothy Lynch Barton respectfully requests an additional seven-day extension of time to file his response to the Receiver's "Motion for "Show Cause" Hearing, Sanctions, Injunctive Relief, and Brief in Support" [ECF No. 558]. Defendant Barton's current filing deadline under the Court's extension order is Friday, September 27, 2024. The extension now sought by Defendant would extend that deadline to Friday, October 4, 2024.

1

There is good cause for the additional extension. Counsel for the Defendant and the Receiver have been discussing an out-of-court, agreed and consensual resolution of the matters that are the subject of the motion. The parties have reached an agreement in principle to resolve the Motion, but need additional time to submit an Agreed Proposed Order. That process was on track to be completed today, but one of the lawyers principally responsible for moving it forward has had to take his child to the emergency room and cannot complete the collaboration required.

On September 27, 2024, Receiver's counsel confirmed that the Receiver supports and does not oppose the requested extension.

Based on the foregoing, Defendant Barton respectfully requests that his unopposed motion for extension of time until Friday, October 4, 2024, be granted.

Dated: September 27, 2024                         Respectfully submitted,

By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*admitted to N.D. Tex.*)
medney@huntonak.com
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

COUNSEL FOR TIMOTHY LYNCH BARTON

2

**CERTIFICATE OF CONFERENCE**

I hereby certify that on September 27, 2024, Defendant counsel, Kyle Coker, consulted with the Receiver's counsel, Charlene Koonce, who confirmed the Receiver supports the relief requested in this motion.

*/s/ Michael J. Edney*
Michael J. Edney

**CERTIFICATE OF SERVICE**

On September 27, 2024 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Michael J. Edney*
Michael J. Edney