**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **No. 3:22-CV-2118-X** |
| **TIMOTHY LYNCH BARTON, et al.** | § § § | |
| *Defendants.* | § | |

**PARTIES' NOTICE OF RESOLUTION**
**AND SUBMISSION OF PROPOSED ORDER**

As stated in numerous motions extending the deadline for Defendant's response to the Receiver's Motion for Show Cause Hearing, Dkt. 558 (the "Motion"), the parties have reached an agreement and negotiated a proposed order which is attached to this Notice for the Court's consideration.

Respectfully submitted,

By: */s/ Charlene C. Koonce*

Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfoxlaw.com
Timothy B. Wells
Texas Bar No. 24131941
tim@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
Tel. 214.327.5000
Fax. 214.327.5001

*Attorneys for Receiver Cortney C. Thomas*

– 1 –

– 2 –

Respectfully submitted,

By: */s/ Michael J. Edney*
    Michael J. Edney
     Virginia Bar No. 48253
     DC Bar No. 492024 (admitted to N.D. Tex.)
     medney@huntonak.com
    HUNTON ANDREWS KURTH LLP
    2200 Pennsylvania Avenue NW
    Washington, DC 20037
    Phone: (202) 955-1500
    Facsimile: (202) 778-2201

*Attorneys for Timothy Lynch Barton*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.