UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON, et al. *Defendants,* | § § § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC | § § § | |
| *Relief Defendants.* | § § | |

## ORDER ON MOTION TO SHOW CAUSE

Before the Court is the Receiver Cortney C. Thomas's (the Receiver) Motion for Order to Show Cause. (Doc. 558). Defendant Timothy Barton and the Receiver negotiated an injunction to resolve the issues the Receiver outlines in his motion. That injunction is laid out in the attached agreed order. Because parties have agreed to this injunction, the Court **DENIES WITHOUT PREJUDICE** the Receiver's motion.

However, the Court reminds the parties, and Barton in particular, of its obligations and limitations under the injunction and will not tolerate any violation.

**IT IS SO ORDERED**, this 10th day of October, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE