# EXHIBIT A

# EXHIBIT A-1

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of September 30, 2024

| | | | | |
|---|---|---|---:|---|
| 1 | Beginning Balance - July 1, 2024: | | $ 1,500,419.42 | |
| 2 | Business Income | | 182,857.52 | |
| 3 | Funds Received | | 290,500.00 | |
| 4 | Interest/Dividend Income | | 5,412.64 | |
| 5 | Business Asset Liquidation | | | |
| 6 | Personal Asset Liquidation | | | |
| 7 | Third-Party Litigation Income | | | |
| 8 | Miscellaneous - Other | | | |
| 9 | Disbursements to Investors | | | |
| 10 | Disbursements for Receivership Operations: | | 623,033.63 | |
| 10a | Disbursements to Receiver or Other Professionals | 446,497.28 | | |
| 10b | Business Asset and Operating Expenses | 165,889.74 | | |
| 10c | Personal Asset Expenses | | | |
| 10d | Investment Expenses | | | |
| 10e | Third-Party Litigation Expenses | | | |
| 10f | Tax Administrator Fees and Bonds | | | |
| 10g | Federal and State Tax Expenses | 10,646.61 | | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| 11a | Distribution Plan Development Expenses | | | |
| 11b | Distribution Plan Implementation Expenses | | | |
| 12 | Disbursements to Court/Other | | - | |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | | |
| 12b | Federal income taxes | | | |
| 13 | Ending Balance - Septenber 30, 2024 | | $ 1,356,155.95 | |
| 14 | Ending Balance of Fund - Net Assets | | 1,356,155.95 | - |
| 14a | Cash & Cash Equivalents | 1,356,155.95 | | |
| 14b | Investments | | | |
| 14c | Other Assets or Uncleared Funds | | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | | |
| 16b | Federal income taxes | | | |
| 17 | DC & State Tax Payments | | | |

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of September 30, 2024

18    No. of Claims

18a   the number of claims received from investors during this reporting period

18b   the number of claims received from investors as a result of all orders since the inception of the Fund

19    No. of Claimants/Investors

19a   the number of claimants/investors receiving distributions during the reporting period

19b   the number of claimants/investors receiving distributions pursuant to all orders of distribution since the inception of the Fund

# EXHIBIT A-2

**Barton Receivership Account**
**Cash Accounting Summary**
**July 1, 2024 through September 30, 2024**

### Cash Receipts

| Date | Item Description | Cash Receipts 3Q24 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Receipts 4Q22 | | $819,171.90 |
| 03/31/2023 | Cash Receipts 1Q23 | | $129,887.29 |
| 06/30/2023 | Cash Receipts 2Q23 | | $622,543.82 |
| 09/30/2023 | Cash Receipts 3Q23 | | $4,988.77 |
| 12/31/2023 | Cash Receipts 4Q23 | | $14,056.20 |
| 03/31/2024 | Cash Receipts 1Q24 | | $8,528.09 |
| 06/30/2024 | Cash Receipts 2Q24 | | $794,468.89 |
| 07/25/2024 | DDA Regular Deposit (Gillespie Water Refund) | $1,648.43 | |
| 07/31/2024 | Wire Transfer Credit (NMP-Killeen Surplus Cash Distrib.) | $40,500.00 | |
| 07/31/2024 | Interest Deposit | $2,193.73 | |
| 08/19/2024 | DDA Regular Deposit (Dixon Settlement) | $100,000.00 | |
| 08/21/2024 | Wire Transfer Credit (Lumar Settlement) | $75,000.00 | |
| 08/30/2024 | Wire Transfer Credit (Tamamoi Settlement) | $75,000.00 | |
| 09/02/2024 | Interest Deposit | $1,796.03 | |
| 09/30/2024 | Interest Deposit | $1,422.68 | |
| **TOTAL RECEIPTS 3Q24** | | **$297,560.87** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$2,691,205.83** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 3Q24 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Disbursements 4Q22 | | $10,764.09 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $504,163.52 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $713,478.93 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $129,682.01 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $45,993.79 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $75,623.72 |
| 06/30/2024 | Cash Disbursements 2Q24 | | $16,630.70 |
| 07/02/2024 | AFCO ACH (Rock Creek insurance) | $839.21 | |
| 07/02/2024 | Alfredo Franco Nino (#276) (lawn maintenance) | $225.00 | |
| 07/10/2024 | Hilltop Property Tax (#278) (FHC Acquisition) | $668.32 | |
| 07/10/2024 | Hilltop Property Tax (#279) (TC Hall) | $975.19 | |
| 07/10/2024 | Hilltop Property Tax (#280) (Gillespie) | $191.43 | |
| 07/10/2024 | Hilltop Property Tax (#281) (Rock Creek) | $311.67 | |
| 07/15/2024 | Lumos Technology Services (#283) (IT services) | $469.37 | |
| 07/16/2024 | Alfredo Nino (#284) (lawn maintenance) | $225.00 | |
| 07/16/2024 | Integra Realty Resources (#285) | $8,756.25 | |
| 07/18/2024 | Hilltop Property Tax (#282) (Ridgeview Addition) | $8,500.00 | |
| 07/24/2024 | Alfredo Nino (#287) (lawn maintenance) | $525.00 | |
| 07/24/2024 | Alfredo Nino (#288) (lawn maintenance) | $225.00 | |

| Date | Item Description | Cash Disbursements 3Q24 | Cash Disbursements 4Q22 to present |
|---|---|---:|---:|
| 07/26/2024 | Dallas Water Utilities (#286) (utilities) | $21.48 | |
| 08/05/2024 | AFCO ACH (Rock Creek insurance) | $839.21 | |
| 08/06/2024 | Lumos Technology Services (#290) (IT services) | $469.37 | |
| 08/12/2024 | Custom Fence & Pergola (#289) (mowing-Venus properties) | $1,000.00 | |
| 08/19/2024 | Alfredo Franco Nino (#291) (lawn maintenance) | $225.00 | |
| 08/20/2024 | Cort Thomas (#294) (Receiver fees) | $81,283.19 | |
| 08/20/2024 | Brown Fox PLLC (#295) (Receiver counsel fees) | $208,628.50 | |
| 08/21/2024 | Alfredo Franco Nino (#293) (lawn maintenance) | $225.00 | |
| 08/21/2024 | Ahuja and Clark (#296) (accounting services) | $137,937.98 | |
| 08/22/2024 | Dallas Water Utilities (#292) (utilities) | $2.94 | |
| 08/26/2024 | Veracity Forensics (#297) (IT services) | $9,891.36 | |
| 09/03/2024 | AFCO ACH (Rock Creek insurance) | $839.21 | |
| 09/10/2024 | Lumos Technologies (#298) (IT services) | $469.37 | |
| 09/25/2024 | Alfredo Nino (#299) (lawn maintenance) | $225.00 | |
| 09/26/2024 | Alfredo Nino (#301) (lawn maintenance) | $225.00 | |
| 09/30/2024 | Dallas Water Utilities (#300) (utilities) | $21.48 | |
| **TOTAL DISBURSEMENTS 3Q24** | | **$464,215.53** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$1,960,552.29** |

# EXHIBIT A-3

**Goldmark Hospitality**
**Cash Accounting Summary**
**July 1, 2024 through September 30, 2024**

**Cash Receipts**

| Date | Item Description | Cash Receipts 3Q24 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Receipts 4Q22 | | $108,460.28 |
| 03/31/2023 | Cash Receipts 1Q23 | | $206,811.44 |
| 06/30/2023 | Cash Receipts 2Q23 | | $204,650.27 |
| 09/30/2023 | Cash Receipts 3Q23 | | $202,645.84 |
| 12/31/2023 | Cash Receipts 4Q23 | | $200,006.81 |
| 03/31/2024 | Cash Receipts 1Q24 | | $231,233.80 |
| 06/30/2024 | Cash Receipts 2Q24 | | $204,678.83 |
| 07/01/2024 | DDA Regular Deposit (rents) | $3,747.80 | |
| 07/03/2024 | DDA Regular Deposit (rents) | $5,608.14 | |
| 07/05/2024 | DDA Regular Deposit (rents) | $2,825.26 | |
| 07/09/2024 | DDA Regular Deposit (rents) | $809.00 | |
| 07/09/2024 | DDA Regular Deposit (rents) | $2,850.38 | |
| 07/10/2024 | Square Inc [Wire] (rents) | $23,447.06 | |
| 07/1/20241 | DDA Regular Deposit (rents) | $1,524.34 | |
| 07/17/2024 | DDA Regular Deposit (rents) | $1,586.28 | |
| 07/17/2024 | DDA Regular Deposit (rents) | $3,240.00 | |
| 07/22/2024 | DDA Regular Deposit (rents) | $4,144.40 | |
| 07/23/2024 | Square Inc [Wire] (rents) | $9,832.89 | |

| Date | Item Description | Cash Receipts 3Q24 | Cash Receipts 4Q22 to present |
|---|---|---:|---|
| 07/26/2024 | DDA Regular Deposit (rents) | $1,173.02 | |
| 07/30/2024 | DDA Regular Deposit (rents) | $600.00 | |
| 08/01/2024 | DDA Regular Deposit (rents) | $1,500.00 | |
| 08/02/2024 | DDA Regular Deposit (rents) | $6,618.18 | |
| 08/05/2024 | DDA Regular Deposit (rents) | $2,382.34 | |
| 08/07/2024 | DDA Regular Deposit (rents) | $3,384.99 | |
| 08/15/2024 | DDA Regular Deposit (rents) | $100.00 | |
| 08/15/2024 | DDA Regular Deposit (rents) | $1,185.48 | |
| 08/15/2024 | DDA Regular Deposit (rents) | $3,420.00 | |
| 08/19/2024 | DDA Regular Deposit (rents) | $3,200.00 | |
| 08/21/2024 | DDA Regular Deposit (rents) | $1,001.47 | |
| 08/26/2024 | DDA Regular Deposit (rents) | $350.00 | |
| 08/26/2024 | DDA Regular Deposit (rents) | $590.00 | |
| 08/29/2024 | DDA Regular Deposit (rents) | $2,170.16 | |
| 08/30/2024 | DDA Regular Deposit (rents) | $2,414.00 | |
| 09/04/2024 | DDA Regular Deposit (rents) | $9,284.00 | |
| 09/06/2024 | DDA Regular Deposit (rents) | $1,398.72 | |

| Date | Item Description | Cash Receipts 3Q24 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 09/06/2024 | DDA Regular Deposit (rents) | $1,401.00 | |
| 09/10/2024 | DDA Regular Deposit (rents) | $2,442.00 | |
| 09/12/2024 | Square Inc (Wire) (rents) | $68,995.83 | |
| 09/13/2024 | DDA Regular Deposit (rents) | $47.18 | |
| 09/13/2024 | DDA Regular Deposit (rents) | $4,550.00 | |
| 09/18/2024 | DDA Regular Deposit (rents) | $300.00 | |
| 09/18/2024 | DDA Regular Deposit (rents) | $417.00 | |
| 09/18/2024 | DDA Regular Deposit (rents) | $988.44 | |
| 09/24/2024 | DDA Regular Deposit (rents) | $2,127.92 | |
| 09/26/2024 | DDA Regular Deposit (rents) | $1,200.24 | |
| **TOTAL GOLDMARK RECEIPTS 3Q24** | | **$182,857.52** | |
| **TOTAL GOLDMARK RECEIPTS TO PRESENT** | | | **$1,541,344.79** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 3Q24 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Disbursements 4Q22 | | $99,830.15 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $202,341.23 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $187,686.31 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $181,476.12 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $113,782.01 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $265,056.05 |
| 06/30/2024 | Cash Disbursements 2Q24 | | $137,949.57 |
| 07/01/2024 | Dallas Water Utilities (water) | $13,049.85 | |
| 07/01/2024 | Dallas Water Utilities (water) | $13,580.80 | |
| 07/01/2024 | Dallas Water Utilities (water) | $15,491.02 | |
| 07/02/2024 | Spectrum (internet) (ACH) | $281.09 | |
| 07/02/2024 | GoTo Premium Finance (insurance) (ACH) | $8,219.83 | |
| 07/02/2024 | Alfredo Nino (#233) (lawn maintenance) | $1,300.00 | |
| 07/02/2024 | Jovanca Silvasan (#238) (property manager) | $1,633.00 | |
| 07/03/2024 | Service Fee | $10.00 | |
| 07/03/2024 | Service Fee | $10.00 | |
| 07/03/2024 | GoTo Premium Finance (insurance) (ACH) | $4,583.19 | |
| 07/05/2024 | Frank Guzman (#236) (maintenance) | $780.00 | |
| 07/05/2024 | Matthew Hilburn (#237) (maintenance) | $330.00 | |
| 07/09/2024 | Republic Services (trash collection) (ACH) | $1,105.01 | |

| Date | Item Description | Cash Disbursements 3Q24 | Cash Disbursements 4Q22 to present |
|---|---|---:|---|
| 07/09/2024 | Republic Services (trash collection) (ACH) | $1,161.31 | |
| 07/09/2024 | Clearly 1 Pool Service (#234) (pool maintenance) | $2,002.63 | |
| 07/09/2024 | Clearly 1 Pool Service (#235) (pool maintenance) | $676.56 | |
| 07/17/2024 | Jovanca Silvasan (#239) (property manager) | $1,633.00 | |
| 07/18/2024 | Jovanca Silvasan (#242) (gas reimbursement) | $76.60 | |
| 07/22/2024 | Frank Guzman (#240) (maintenance) | $622.50 | |
| 07/22/2024 | Matthew Hilburn (#241) (maintenance) | $530.00 | |
| 07/24/2024 | Alfredo Franco Nino (#243) (lawn maintenance) | $1,300.00 | |
| 07/30/2024 | GoTo Premium Finance (insurance) (ACH) | $4,583.19 | |
| 07/30/2024 | GoTo Premium Finance (insurance) (ACH) | $8,219.83 | |
| 07/31/2024 | Service Fee | $10.00 | |
| 07/31/2024 | Service Fee | $10.00 | |
| 08/01/2024 | Jovanca Silvasan (#246) (property manager) | $1,633.00 | |
| 08/05/2024 | Spectrum (ACH) (internet) | $281.83 | |
| 08/05/2024 | Frank Guzman (#247) (maintenance) | $735.00 | |
| 08/05/2024 | Matthew Hilburn (#248) (maintenance) | $640.00 | |
| 08/05/2024 | Dallas Water Utilities (#249) (water) | $15,761.13 | |
| 08/06/2024 | TXU (ACH) (electric) | $9,136.81 | |

| Date | Item Description | Cash Disbursements 3Q24 | Cash Disbursements 4Q22 to present |
|---|---|---:|---|
| 08/12/2024 | Terminix (#250) (pest control) | $235.98 | |
| 08/14/2024 | Air Texas AC & Heating (#252) (HVAC) | $2,800.00 | |
| 08/15/2024 | Jovanca Silvasan (#255) (gas reimbursement) | $100.53 | |
| 08/15/2024 | Jovanca Silvasan (#256) (property manager) | $1,633.00 | |
| 08/16/2024 | ABC Fire Extinguisher (#251) (extinguisher inspection) | $481.71 | |
| 08/19/2024 | Dallas-Fire Rescue Department (#245) (fire inspection) | $171.00 | |
| 08/19/2024 | Frank Guzman (#253) (maintenance) | $727.50 | |
| 08/19/2024 | Matthew Hilburn (#254) (maintenance) | $735.00 | |
| 08/21/2024 | Alfredo Franco Nino (#257) (lawn maintenance) | $1,300.00 | |
| 08/21/2024 | Alfredo Franco Nino (#258) (lawn maintenance) | $300.00 | |
| 08/22/2024 | Republic Services (ACH) (trash collection) | $1,603.50 | |
| 08/28/2024 | Line and Shine Services (#244) (parking lot painting) | $1,611.86 | |
| 08/29/2024 | GoTo Premium Financial (ACH) (Rock Creek insurance) | $4,583.19 | |
| 08/29/2024 | GoTo Premium Financial (ACH) (Rock Creek insurance) | $8,219.83 | |
| 08/30/2024 | Service Fee | $10.00 | |
| 08/30/2024 | Service Fee | $10.00 | |
| 08/30/2024 | Jovanca Silvasan (#261) (property manager) | $1,633.00 | |
| 09/03/2024 | Frank Guzman (#259) (maintenance) | $720.00 | |

| Date | Item Description | Cash Disbursements 3Q24 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 09/03/2024 | Matthew Hilburn (#260) (maintenance) | $705.00 | |
| 09/04/2024 | Spectrum (internet) (ACH) | $281.83 | |
| 09/06/2024 | Dallas Water Utilities (#262) (water) | $13,580.80 | |
| 09/13/2024 | Jovanca Silvasan (#266) (gas reimbursement) | $77.76 | |
| 09/13/2024 | Jovanca Silvasan (#267) (property manager) | $1,633.00 | |
| 09/16/2024 | Frank Guzman (#264) (maintenance) | $817.50 | |
| 09/16/2024 | Matthew Hilburn (#265) (maintenance) | $620.00 | |
| 09/17/2024 | Air Texas AC & Heating (#268) (HVAC) | $500.00 | |
| 09/19/2024 | Terminix (#263) (pest control) | $235.98 | |
| 09/25/2024 | Republic Services (ACH) (trash collection) | $1,490.88 | |
| 09/26/2024 | Alfredo Franco Nino (#272) (lawn maintenance) | $1,300.00 | |
| 09/27/2024 | Jovanca Silvasan (#271) (property manager) | $1,633.00 | |
| 09/30/2024 | Frank Guzman (#269) (maintenance) | $772.50 | |
| 09/30/2024 | Matthew Hilburn (#270) (maintenance) | $555.00 | |
| **TOTAL DISBURSEMENTS 3Q24** | | **$160,466.53** | |
| **TOTAL RECEIVERSHIP DISBURSEMENTS** | | | **$1,348,587.97** |

# EXHIBIT A-4

**D4OP RECEIVERSHIP ACCOUNT[1]**
**Cash Accounting Summary**
**July 1, 2024 through September 30, 2024**

**Cash Receipts**

| Date | Item Description | Cash Receipts 3Q24 | Cash Receipts 3Q23 to present |
|------|------------------|--------------------|-------------------------------|
| 09/31/2023 | Cash Receipts 3Q23 (opening account) | | $126,643.63 |
| 12/31/2023 | Cash Receipts 4Q23 | | $210,786.07 |
| 03/31/2024 | Cash Receipts 1Q24 | | $62,762.79 |
| 06/30/2024 | Cash Receipts 2Q24 | | $0.00 |

**TOTAL RECEIPTS 3Q24**               $0.00

**TOTAL RECEIPTS RECEIVERSHIP**               $400,192.49

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 3Q24 | Cash Disbursements 3Q23 to present |
|------|------------------|-------------------------|------------------------------------|

**TOTAL DISBURSEMENTS 3Q24**               $0.00

**TOTAL DISBURSEMENTS RECEIVERSHIP**               $0.00

---

[1] The use of funds in the D4OP Receivership Account are generally restricted by HUD regulations.