IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, §§§§§ *Plaintiff,* §§ v. §§§ TIMOTHY LYNCH BARTON § CARNEGIE DEVELOPMENT, LLC § WALL007, LLC § WALL009, LLC § WALL010, LLC § WALL011, LLC § WALL012, LLC § WALL016, LLC § WALL017, LLC § WALL018, LLC § WALL019, LLC § HAOQIANG FU (a/k/a MICHAEL FU) § STEPHEN T. WALL §§ *Defendants,* §§ DJD LAND PARTNERS, LLC § LDG001, LLC §§§ *Relief Defendants.* § | No. 3:22-CV-2118-X |

**ORDER GRANTING DEFENDANT BARTON'S MOTION FOR PROTECTIVE ORDER**

Before the Court is Defendant Barton's Motion for Protective Order containing certain information about previous confidential communications between the Receiver and Defendant counsel and Defendant counsel's fees accrued and received in the course of the underlying litigation. Having considered the Motion, the Court finds that there is good cause for entry of a protective order, therefore, Defendant's Motion is GRANTED.

-2-

ACCORDINGLY, it is hereby ORDERED that Defendant need not answer the incremental inquiry of the Receiver.

[or]

ACCORDINGLY, it is hereby ORDERED that Defendant provide Receiver with the information requested, but such information is restricted as follows: (1) barring the Receiver from sharing the information with the Commission or any other Government entity (without further order of the Court) and (2) barring the Receiver from contacting or making inquiry of the contributor without further order of the Court, and then only upon showing a serious and good faith basis that the contributor possesses information relevant to the legitimate purpose of the Receiver.

SO ORDERED this _____ day of _____ 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

126068.0000001 DMS 309155583