IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | Case No. 3:22-CV-2118-X |
| | § | |
| TIMOTHY LYNCH BARTON | § | |
| CARNEIGIE DEVELOPMENT, LLC | § | |
| WALL007, LLC | § | |
| WALL009, LLC | § | |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| HAOQIANG FU (a/k/a MICHAEL FU) | § | |
| STEPHEN T. WALL | § | |
| | § | |
| *Defendants,* | § § | |
| HNGH TURTLE CREEK, LLC, | § § | |
| *Relief Defendants.* | § § | |

**NOTICE OF DEFENDANT'S NON-OPPOSITION TO RECEIVER'S MOTION TO EXTEND TIME TO FILE FOURTH, FIFTH, SIXTH, SEVENTH, AND EIGHTH QUARTERLY FEE APPLICATIONS**

Defendant Timothy Lynch Barton files this Notice to inform the Court that he does not oppose the Receiver's Motion to Extend Time to File Fourth, Fifth, Sixth, Seventh, and Eighth Quarterly Fee Applications and agrees that such Motion should be granted. Undersigned counsel conveyed Defendant's non-opposition to this request to the Receiver via email on November 15, 2024.

1

Dated: November 26, 2024

Respectfully submitted,

By: /s/ Michael J. Edney
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (Admitted to NDTX)
medney@huntonak.com
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

**COUNSEL FOR TIMOTHY LYNCH BARTON**

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court for the Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system will need to send "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept the Notice as service of this document by electronic means.

By: /s/ Michael J. Edney
Michael J. Edney

2