# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § <br> *Plaintiff*, § <br> § <br> **v.** § <br> § <br> **TIMOTHY BARTON, et al.** § <br> *Defendants.* § | 3:22-cv-2118-X |

## NOTICE OF APPEARANCE

Comes now, Warren Norred of Norred Law, PLLC, to give notice of his appearance and as counsel for Timothy Barton, Defendant herein.

All notices of hearings, filings, and other matters should be directed his contact information as shown below.

Respectfully submitted,

/s/Warren V. Norred
Warren V. Norred; Texas Bar 24045094; warren@norredlaw.com
Norred Law, PLLC; 515 E. Border Street; Arlington, Texas 76010
P: 817-704-3984; F: 817-524-6686
Counsel for Defendant Barton

**CERTIFICATE OF SERVICE** – I hereby certify that on January 1, 2025, this notice was served to all parties receiving notice in this case through email sent through the Court's e-file system.

/s/Warren V. Norred
Warren V. Norred