# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **3:22-cv-2118-X** |
| | § | |
| TIMOTHY BARTON, et al. | § | |
| *Defendants*. | § | |

## DEFENDANT BARTON'S OBJECTION TO RECEIVER'S FOURTH FEE APPLICATION

Defendant Barton objects to Receiver's Partially Opposed Fourth Quarterly Fee Application. A detailed objection will be timely filed, but noting the Receiver described his application as only "partially opposed", Barton wanted to ensure that the Court was made aware that Barton is "completely opposed."

The undersigned is aware that the Court's deadline has been established as February 4th, but in an abundance of caution, files this brief objection to ensure that all parties aware of the coming objection, and in the meantime, asks that no early action or partial grant be sought or granted.

/s/Warren V. Norred
Warren V. Norred; Texas Bar 24045094; warren@norredlaw.com
Norred Law, PLLC; 515 E. Border Street; Arlington, Texas 76010
P: 817-704-3984; F: 817-524-6686
Counsel for Defendant Barton

**CERTIFICATE OF SERVICE** – I hereby certify that on January 2, 2025, this notice was served to all parties receiving notice in this case by email sent through the Court's e-file system.        /s/Warren V. Norred
                                    Warren V. Norred