# EXHIBIT A

# EXHIBIT A-1

Timothy Barton Receivership/Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of December 31, 2024

| | | | |
|---|---|---:|---:|
| 1 | Beginning Balance - October 1, 2024: | | $ 1,356,155.95 |
| 2 | Business Income | | 185,510.00 |
| 3 | Funds Received | | 750,000.00 |
| 4 | Interest/Dividend Income | | 4,064.99 |
| 5 | Business Asset Liquidation | | |
| 6 | Personal Asset Liquidation | | |
| 7 | Third-Party Litigation Income | | |
| 8 | Miscellaneous - Other | | |
| 9 | Disbursements to Investors | | |
| 10 | Disbursements for Receivership Operations: | | 239,142.04 |
| 10a | Disbursements to Receiver or Other Professionals | 2,750.00 | |
| 10b | Business Asset and Operating Expenses | 191,213.84 | |
| 10c | Personal Asset Expenses | | |
| 10d | Investment Expenses | | |
| 10e | Third-Party Litigation Expenses | | |
| 10f | Tax Administrator Fees and Bonds | | |
| 10g | Federal and State Tax Expenses | 45,178.20 | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | - |
| 11a | Distribution Plan Development Expenses | | |
| 11b | Distribution Plan Implementation Expenses | | |
| 12 | Disbursements to Court/Other | | - |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | |
| 12b | Federal income taxes | | |
| 13 | Ending Balance - December 31, 2024 | | $ 2,056,588.90 |
| 14 | Ending Balance of Fund - Net Assets | | 2,056,588.90 |
| 14a | Cash & Cash Equivalents | 2,056,588.90 | |
| 14b | Investments | | |
| 14c | Other Assets or Uncleared Funds | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | |
| 16b | Federal income taxes | | |
| 17 | DC & State Tax Payments | | |

Timothy Barton Receivership/Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of December 31, 2024

18      No. of Claims
  18a   the number of claims received from investors during this reporting period
        the number of claims received from investors as a result of all orders since the inception
  18b   of the Fund


19      No. of Claimants/Investors
  19a   the number of claimants/investors receiving distributions during the reporting period
        the number of claimants/investors receiving distributions pursuant to all orders of
  19b   distribution since the inception of the Fund

# EXHIBIT A-2

**Barton Receivership Account**
**Cash Accounting Summary**
**October 1, 2024 through December 31, 2024**

**Cash Receipts**

| Date | Item Description | Cash Receipts 4Q24 | Cash Receipts 4Q22 to present |
|------|------------------|-------------------:|------------------------------:|
| 12/31/2022 | Cash Receipts 4Q22 | | $819,171.90 |
| 03/31/2023 | Cash Receipts 1Q23 | | $129,887.29 |
| 06/30/2023 | Cash Receipts 2Q23 | | $622,543.82 |
| 09/30/2023 | Cash Receipts 3Q23 | | $4,988.77 |
| 12/31/2023 | Cash Receipts 4Q23 | | $14,056.20 |
| 03/31/2024 | Cash Receipts 1Q24 | | $8,528.09 |
| 06/30/2024 | Cash Receipts 2Q24 | | $794,468.89 |
| 09/30/2024 | Cash Receipts 3Q24 | | $297,560.87 |
| 10/31/2024 | Interest Deposit | $1,430.39 | |
| 11/26/2024 | Wire Transfer Credit (HNGH Turtle Creek Settlement) | $750,000.00 | |
| 12/02/2024 | Interest Deposit | $1,332.82 | |
| 12/31/2024 | Interest Deposit | $1,301.78 | |
| **TOTAL RECEIPTS 4Q24** | | **$754,064.99** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$3,445,270.70** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 4Q24 | Cash Disbursements 4Q22 to present |
|------|------------------|------------------------:|-----------------------------------:|
| 12/31/2022 | Cash Disbursements 4Q22 | | $10,764.09 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $504,163.52 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $713,478.93 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $129,682.01 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $45,993.79 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $75,623.72 |
| 06/30/2024 | Cash Disbursements 2Q24 | | $16,630.70 |
| 09/30/2024 | Cash Disbursements 3Q24 | | $464,215.53 |
| 10/03/2024 | AFCO ACH (Rock Creek insurance) | $839.21 | |
| 10/04/2024 | Lumos Technology Services (#302) (IT services) | $469.37 | |
| 10/18/2024 | Alfredo Nino (#303) (lawn maintenance-Dallas) | $225.00 | |
| 10/18/2024 | Alfredo Nino (#304) (lawn maintenance-Frisco) | $575.00 | |
| 10/23/2024 | Alfredo Nino (#305) (lawn maintenance-Dallas) | $225.00 | |
| 11/04/2024 | Dallas Water Utilities (#307) (utilities-Gillespie) | $24.65 | |
| 11/12/2024 | Lumos Technology Services (#308) (IT services) | $469.37 | |
| 11/14/2024 | Texas Comptroller ACH (Enoch Investments Tax Payment) | $45,178.20 | |
| 11/18/2024 | Alfredo Nino (#309) (lawn maintenance-Dallas) | $225.00 | |
| 11/20/2024 | Alfredo Nino (#311) (lawn maintenance-Dallas) | $225.00 | |
| 11/26/2024 | Dallas Water Utilities (#310) (utilities-Gillespie) | $25.04 | |

| Date | Item Description | Cash Disbursements 4Q24 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/03/2024 | AFCO<br>ACH (Rock Creek insurance) | $839.21 | |
| 12/09/2024 | Lumos Technology Services<br>(#312) (IT services) | $469.37 | |
| 12/12/2024 | Alfredo Nino<br>(#314) (lawn maintenance-Dallas) | $225.00 | |
| 12/16/2024 | Houston Appraisers<br>(#313) (appraisal of plane) | $2,750.00 | |
| 12/18/2024 | Alfredo Nino<br>(#315) (lawn maintenance-Dallas) | $225.00 | |
| **TOTAL DISBURSEMENTS 4Q24** | | **$52,989.42** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$2,013,541.71** |

# EXHIBIT A-3

**Goldmark Hospitality**
**Cash Accounting Summary**
**October 1, 2024 through December 31, 2024**

**Cash Receipts**

| Date | Item Description | Cash Receipts 4Q24 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Receipts 4Q22 | | $108,460.28 |
| 03/31/2023 | Cash Receipts 1Q23 | | $206,811.44 |
| 06/30/2023 | Cash Receipts 2Q23 | | $204,650.27 |
| 09/30/2023 | Cash Receipts 3Q23 | | $202,645.84 |
| 12/31/2023 | Cash Receipts 4Q23 | | $200,006.81 |
| 03/31/2024 | Cash Receipts 1Q24 | | $231,233.80 |
| 06/30/2024 | Cash Receipts 2Q24 | | $204,678.83 |
| 09/30/2024 | Cash Receipts 3Q24 | | $182,857.52 |
| 10/01/2024 | DDA Regular Deposit (rents) | $2,654.20 | |
| 10/02/2024 | DDA Regular Deposit (rents) | $6,555.14 | |
| 10/04/2024 | DDA Regular Deposit (rents) | $4,095.78 | |
| 10/08/2024 | DDA Regular Deposit (rents) | $3,311.08 | |
| 10/10/2024 | DDA Regular Deposit (rents) | $1,461.33 | |
| 10/11/2024 | DDA Regular Deposit (rents) | $4,535.74 | |
| 10/15/2024 | DDA Regular Deposit (rents) | $774.04 | |
| 10/18/2024 | DDA Regular Deposit (rents) | $2,031.00 | |
| 10/21/2024 | Square Inc. [wire] (rents) | $46,280.83 | |
| 10/22/2024 | DDA Regular Deposit (rents) | $3,568.15 | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY OCT 1, 2024 THROUGH DEC 31, 2024
PAGE 1

| Date | Item Description | Cash Receipts 4Q24 | Cash Receipts 4Q22 to present |
|---|---|---:|---:|
| 10/24/2024 | DDA Regular Deposit (rents) | $2,684.42 | |
| 10/31/2024 | DDA Regular Deposit (rents) | $3,494.14 | |
| 11/01/2024 | DDA Regular Deposit (rents) | $1,950.00 | |
| 11/04/2024 | DDA Regular Deposit (rents) | $4,898.00 | |
| 11/05/2024 | DDA Regular Deposit (rents) | $3,415.00 | |
| 11/06/024 | DDA Regular Deposit (rents) | $2,150.42 | |
| 11/12/2024 | Square Inc. [wire] (rents) | $26,608.80 | |
| 11/12/2024 | DDA Regular Deposit (rents) | $4,450.00 | |
| 11/15/2024 | DDA Regular Deposit (rents) | $2,419.14 | |
| 11/19/2024 | DDA Regular Deposit (rents) | $1,758.88 | |
| 11/21/2024 | DDA Regular Deposit (rents) | $741.04 | |
| 11/26/2024 | DDA Regular Deposit (rents) | $2,551.54 | |
| 11/29/2024 | DDA Regular Deposit (rents) | $2,627.86 | |
| 12/03/2024 | Square Inc. [wire] (rents) | $20,884.99 | |
| 12/03/2024 | DDA Regular Deposit (rents) | $7,798.00 | |
| 12/04/2024 | DDA Regular Deposit (rents) | $3,735.20 | |
| 12/09/2024 | DDA Regular Deposit (rents) | $4,105.42 | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY OCT 1, 2024 THROUGH DEC 31, 2024
PAGE 2

| Date | Item Description | Cash Receipts 4Q24 | Cash Receipts 4Q22 to present |
|---|---|---:|---:|
| 12/13/2024 | DDA Regular Deposit (rents) | $971.48 | |
| 12/16/2024 | DHA Deposit (rents) | $3,181.00 | |
| 12/17/2024 | DDA Regular Deposit (rents) | $1,420.00 | |
| 12/20/2024 | DDA Regular Deposit (rents) | $1,356.04 | |
| 12/24/2024 | DDA Regular Deposit (rents) | $600.94 | |
| 12/27/2024 | DDA Regular Deposit (rents) | $3,212.40 | |
| 12/31/2024 | DDA Regular Deposit (rents) | $3,228.00 | |
| **TOTAL GOLDMARK RECEIPTS 4Q24** | | **$185,510.00** | |
| **TOTAL GOLDMARK RECEIPTS TO PRESENT** | | | **$1,726,658.20** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 4Q24 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Disbursements 4Q22 | | $99,830.15 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $202,341.23 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $187,686.31 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $181,476.12 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $113,782.01 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $265,056.05 |
| 06/30/2024 | Cash Disbursements 2Q24 | | $137,949.57 |
| 09/30/2024 | Cash Disbursements 3Q24 | | $160,466.53 |
| 10/01/2024 | GoTo Premium Finance (ACH) (insurance) | $4,583.19 | |
| 10/01/2024 | Meyers Pride Roofing (Repairs) | $14,213.50 | |
| 10/02/2024 | Bank Service Fee | $10.00 | |
| 10/04/2024 | Spectrum (ACH) (internet) | $213.29 | |
| 10/11/2024 | TXU Energy (ACH) (utilities) | $18,438.36 | |
| 10/11/2024 | Jovanca Silvasan (#275) (gas reimbursement) | $68.32 | |
| 10/15/2024 | Frank Guzman (#273) (maintenance) | $780.00 | |
| 10/15/2024 | Matthew Hilburn (#274) (maintenance) | $690.00 | |
| 10/15/2024 | Jovanca Silvasan (#276) (property manager) | $1,633.00 | |
| 10/21/2024 | Republic Services (ACH) (trash collection) | $1,434.57 | |
| 10/21/2024 | Terminix (#278) (pest control) | $235.98 | |
| 10/21/2024 | Terminix (#279) (pest control) | $235.98 | |

| Date | Item Description | Cash Disbursements 4Q24 | Cash Disbursements 4Q22 to present |
|---|---|---:|---:|
| 10/21/2024 | Terminix (#280) (pest control) | $134.23 | |
| 10/21/2024 | Terminix (#281) (pest control) | $134.23 | |
| 10/21/2024 | Terminix (#282) (pest control) | $134.23 | |
| 10/21/2024 | Terminix (#283) (pest control) | $134.23 | |
| 10/23/2024 | Alfredo Franco Nino (#286) (lawn maintenance) | $1,300.00 | |
| 10/24/2024 | Propertyware (ACH) (software) | $1,563.82 | |
| 10/28/2024 | Dallas Water Utilities (#277) (utilities) | $15,516.70 | |
| 10/28/2024 | Frank Guzman (#284) (maintenance) | $607.50 | |
| 10/28/2024 | Matthew Hilburn (#285) (maintenance) | $770.00 | |
| 11/01/2024 | Jovanca Silvasan (#287) (property manager) | $1,633.00 | |
| 11/04/2024 | AFCO (ACH) (Rock Creek insurance) | $839.21[1] | |
| 11/05/2024 | Spectrum (ACH) (internet) | $213.29 | |
| 11/05/2024 | TXU Energy (ACH) (utilities) | $7,594.25 | |
| 11/12/2024 | Frank Guzman (#289) (maintenance) | $690.00 | |
| 11/12/2024 | Matthew Hilburn (#290) (maintenance) | $800.00 | |
| 11/14/2024 | Terminix (#288) (pest control) | $235.98 | |

---

[1] Rock Creek insurance mistakenly paid out of Goldmark account.  Reimbursed by Main Receivership account on January 8, 2025.

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY OCT 1, 2024 THROUGH DEC 31, 2024
PAGE 5

| Date | Item Description | Cash Disbursements 4Q24 | Cash Disbursements 4Q22 to present |
|---|---|---:|---:|
| 11/14/2024 | Jovanca Silvasan (#293) (property manager) | $1,633.00 | |
| 11/15/2024 | Dallas Water Utilities) (#291) (utilities) | $17,607.75 | |
| 11/18/2024 | Reveal Insurance (ACH) (insurance) | $421.66 | |
| 11/18/2024 | Republic Services (ACH) (trash collection) | $1,434.57 | |
| 11/18/2024 | Reveal Insurance (ACH) (insurance) | $25,000.00 | |
| 11/19/2024 | Air Texas AC & Heating (#292) (HVAC) | $330.00 | |
| 11/20/2024 | Alfredo Franco Nino (#299) (lawn maintenance) | $1,300.00 | |
| 11/22/2024 | Jovanca Silvasan (#298) (gas reimbursement) | $82.12 | |
| 11/25/2024 | Frank Guzman (#296) (maintenance) | $532.50 | |
| 11/25/2024 | Matthew Hilburn (#297) (maintenance) | $400.00 | |
| 11/26/2024 | Dixie Carpet (#294) (repairs) | $1,103.45 | |
| 11/26/2024 | Dixie Carpet (#295) (repairs) | $1,357.66 | |
| 11/29/2024 | Jovanca Silvasan (#300) (property manager) | $1,633.00 | |
| 12/03/2024 | Spectrum (ACH) (internet) | $213.29 | |
| 12/03/2024 | TXU Energy (ACH) (utilities) | $6,108.42 | |
| 12/06/2024 | Dallas Water Utilities (#301) (utilities) | $13,366.52 | |
| 12/09/2024 | Frank Guzman (#302) (maintenance) | $420.00 | |

| Date | Item Description | Cash Disbursements 4Q24 | Cash Disbursements 4Q22 to present |
|------|------------------|------------------------:|------------------------:|
| 12/09/2024 | Matthew Hilburn (#303) (maintenance) | $550.00 | |
| 12/13/2024 | Terminix (#304) (pest control) | $117.99 | |
| 12/13/2024 | Jovanca Silvasan (#305) (property manager) | $1,633.00 | |
| 12/16/2024 | Reveal Insurance (ACH) (insurance) | $21,303.22 | |
| 12/18/2024 | Alfredo Franco Nino (#309) (lawn maintenance) | $1,300.00 | |
| 12/20/2024 | Jovanca Silvasan (#308) (gas reimbursement) | $55.95 | |
| 12/23/2024 | Frank Guzman (#306) (maintenance) | $652.50 | |
| 12/23/2024 | Matthew Hilburn (#307) (maintenance) | $450.00 | |
| 12/27/2024 | TXU Energy (ACH) (utilities) | $10,676.16 | |
| 12/30/2024 | Jovanca Silvasan (#310) (property manager) | $1,633.00 | |
| **TOTAL DISBURSEMENTS 4Q24** | | **$185,313.41** | |
| **TOTAL RECEIVERSHIP DISBURSEMENTS** | | | **$1,534,201.38** |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY OCT 1, 2024 THROUGH DEC 31, 2024
PAGE 7

# EXHIBIT A-4

**D4OP RECEIVERSHIP ACCOUNT**[1]
**Cash Accounting Summary**
**October 1, 2024 through December 31, 2024**

**Cash Receipts**

| Date | Item Description | Cash Receipts 4Q24 | Cash Receipts 3Q23 to present |
|------|------------------|--------------------|-------------------------------|
| 09/31/2023 | Cash Receipts 3Q23 (opening account) | | $126,643.63 |
| 12/31/2023 | Cash Receipts 4Q23 | | $210,786.07 |
| 03/31/2024 | Cash Receipts 1Q24 | | $62,762.79 |
| 06/30/2024 | Cash Receipts 2Q24 | | $0.00 |
| 09/30/2024 | Cash Receipts 3Q24 | | $0.00 |
| **TOTAL RECEIPTS 4Q24** | | **$0.00** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$400,192.49** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 4Q24 | Cash Disbursements 3Q23 to present |
|------|------------------|-------------------------|------------------------------------|
| **TOTAL DISBURSEMENTS 4Q24** | | **$0.00** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$0.00** |

---

[1] The use of funds in the D4OP Receivership Account are generally restricted by HUD regulations.