**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL ACTION NO. 3:22-CV-2118-X |
| | § § | |
| TIMOTHY BARTON, CARNEGIE DEBELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC HAOQUING FU (a/k/a MICHAEL FU STEPHEN T. WALL, | § § § § § § § § § § § § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § § | |
| *Relief Defendants,* | § | |

**NOTICE OF APPEARANCE ON BEHALF OF
CITY OF FRISCO**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

The undersigned attorney appears as attorney for City of Frisco, Texas.

DATED:      February 17, 2025

1

ATTORNEYS FOR TAXING AUTHORITIES

By:    /s/_____
       DOUGLAS STEVEN BIRD
       TX State Bar No. 02331330
       LINEBARGER GOGGAN
       BLAIR & SAMPSON, LLP
       P.O. Box 17428
       Austin, Texas 78760
       (512) 447-6675 (Telephone)
       (512) 693-0728 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was delivered to counsel of record by electronic service in an accordance with the Texas Rules of Civil Procedure on this 17th day of February, 2025.

/s/_____
Douglas Steven Bird

2