**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § § § | |
| *Plaintiff,* | § | |
| **VS.** | § § § | **CIVIL ACTION NO. 3:22-CV-2118-X** |
| **TIMOTHY BARTON, CARNEGIE DEBELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC HAOQUING FU (a/k/a MICHAEL FU STEPHEN T. WALL,** | § § § § § § § § § § § § § | |
| *Defendants,* | § § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § § § | |
| *Relief Defendants,* | § § | |

**NOTICE OF APPEARANCE ON BEHALF OF
CITY OF FRISCO**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

The undersigned attorneys appear as attorneys for City of Frisco, Texas.

DATED:        February 17, 2025

ATTORNEYS FOR TAXING AUTHORITIES

By:    /s/_____

ETHAN RANIS
TX State Bar No. 24098303
LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 693-0728 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was delivered to counsel of record by electronic service in an accordance with the Texas Rules of Civil Procedure on this 17th day of February, 2025.

/s/_____
Ethan Ranis

2