UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

§
§
§
§
§ Case No. 3:22-CV-2118-X
§
Plaintiff,                          §
§
v.                                  §
§
TIMOTHY BARTON, et al.,             §
§
§
Defendants.                         §

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Pursuant to Local Rule 83.12, Interested Party McCormick 101, LLC ("McCormick"), hereby moves to withdraw the firm of Polsinelli PC and substitute the firm of Dentons US LLP as counsel of record for McCormick. In support of this motion, McCormick respectfully states as follows:

1.      McCormick is presently represented by P. Kyle Cheves of the firm of Polsinelli PC, 2950 N. Harwood Street, Suite 2100, Dallas, Texas 75201.

2.      McCormick requests and approves that Mr. Cheves be allowed to withdraw as counsel of record and be discharged as such.

3.      McCormick additionally requests that Jill L. Nicholson of the firm of Dentons US LLP, 233 S. Wacker Drive, Suite 5900, Chicago, Illinois 60606, Spencer Hamilton of the firm of Dentons US LLP, 100 Crescent Court, Suite 900, Dallas, Texas 75201 and Clay Taylor of the firm of Dentons US LLP, 100 Crescent Court, Suite 900, Dallas, Texas 75201, be substituted in as counsel of record for McCormick 101, LLC in the above-captioned action.

1

ACTIVE\102093449.1

4.    This Motion to Withdraw and Substitute Counsel of Record will not prejudice the parties and is not sought for the purpose of delay, but so that McCormick may be represented by its counsel of choice.

WHEREFORE, McCormick 101, LLC respectfully requests that the Court grant the relief requested herein and any additional relief the Court deems just and proper.

Dated: February 25, 2025                    Respectfully submitted,

**POLSINELLI PC**

By: */s/ P. Kyle Cheves*
    P. KYLE CHEVES (SBN 24126723)
    2950 N. Harwood Street, Suite 2100
    Dallas, Texas 75201
    (214) 397-0030
    kcheves@polsinelli.com

**ATTORNEY FOR MCCORMICK 101, LLC**

2

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, I hereby certify that on February 24, 2025, I conferred with counsel for the Receiver, via email, regarding the relief sought herein, who indicated that Receiver is unopposed.  On February 24, 2025, I conferred with counsel for Plaintiff Securities and Exchange Commission, via email, regarding the relief sought herein, who indicated that Plaintiff is unopposed.

*/s/ P. Kyle Cheves*
P. Kyle Cheves

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February 2025, a true and correct copy of the foregoing *Motion to Withdraw and Substitute Counsel of Record* was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of such filing to all counsel of record.

*/s/ P. Kyle Cheves*
P. Kyle Cheves

ACTIVE\102093449.1