UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| Plaintiff, | § § | Case No. 3:22-CV-2118-X |
| v. | § § | |
| TIMOTHY BARTON, et al., | § § § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO WITHDRAW
## AND SUBSTITUTE COUNSEL OF RECORD

This matter comes before the Court upon the Motion to Withdraw and Substitute Counsel of Record of Interested McCormick 101, LLC (the "Motion"). This Court, after consideration being duly advised of the matter, hereby finds the Motion is GRANTED. It is therefore

ORDERED that attorney P. Kyle Cheves of Polsinelli PC, is hereby authorized to withdraw and are discharged as counsel of record for McCormick 101, LLC and is further

ORDERED that Jill L. Nicholson, Spencer Hamilton, and Clay Taylor of the firm Dentons US LLP are substituted in as counsel for McCormick 101, LLC in the above-captioned action.

**IT IS SO ORDERED** this _____ day of February, 2025.

_____
HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

102093478.1