**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § § § § § § § § § § § |
| **Plaintiff,** | **Case No. 3:22-CV-2118-X** |
| **v.** | |
| **TIMOTHY BARTON, et al.,** | |
| **Defendants.** | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Clay M. Taylor of DENTONS US LLP files this *Notice of Appearance and Request for Notices and Service of Papers* as counsel for interested party McCormick 101, LLC ("Interested Party") in the above-referenced case (the "Case"). All such notices given or required to be given in this Case, and all papers served or required to be served in this Case shall be addressed as follows:

Clay M. Taylor, Esq.
DENTONS US LLP
100 Crescent Court, Suite 900
Dallas, Texas 75201
Telephone: 214-647-2496
Facsimile: 214-259-0910
Email: clay.taylor@dentons.com

Dated: February 26, 2025                    Respectfully submitted,

                                            **DENTONS US LLP**

                                            By: */s/ Clay M. Taylor*
                                                Clay M. Taylor (SBN: 24033261)
                                                DENTONS US LLP
                                                100 Crescent Court, Suite 900
                                                Dallas, Texas 75201
                                                Telephone: 214-647-2496
                                                Facsimile: 214-259-0910
                                                Email: clay.taylor@dentons.com


                                                -and-

                                                Jill L. Nicholson (*pro hac vice* forthcoming)
                                                DENTONS US LLP
                                                233 S. Wacker Drive, Suite 5900
                                                Chicago, IL 60606
                                                Telephone: 312-876-8000
                                                Facsimile: 312-876-7934
                                                Email: jill.nicholson@dentons.com


                                            **COUNSEL FOR MCCORMICK 101, LLC**

US_ACTIVE\129314182\V-1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the *Notice of Appearance and Request for Notices and Service of Papers* was served on all parties on this 26th day of February, 2025, via CM/ECF system, which will send a notice of such filing to all counsel of record.

/s/ Clay Taylor
Clay Taylor