# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

|  |  |  |
|---|---|---|
| | § | |
| **SECURITIES AND EXCHANGE** | § | |
| **COMMISSION,** | § | |
| | § | **Case No. 3:22-CV-2118-X** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TIMOTHY BARTON, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Spencer D. Hamilton of DENTONS US LLP files this

*Notice of Appearance and Request for Notices and Service of Papers* as counsel for interested

party McCormick 101, LLC ("Interested Party") in the above-referenced case (the "Case"). All

such notices given or required to be given in this Case, and all papers served or required to be

served in this Case shall be addressed as follows:

Spencer D. Hamilton, Esq.
DENTONS US LLP
100 Crescent Court, Suite 900
Dallas, Texas 75201
Telephone: 214-259-0982
Facsimile: 214-259-0910
Email: spencer.hamilton@dentons.com

US_ACTIVE\129431765\V-1

Dated: February 26, 2025

Respectfully submitted,

**DENTONS US LLP**

By: */s/ Spencer D. Hamilton*
     Spencer D. Hamilton (SBN: 24087656)
     DENTONS US LLP
     100 Crescent Court, Suite 900
     Dallas, Texas 75201
     Telephone: 214-259-0982
     Facsimile: 214-259-0910
     Email: spencer.hamilton@dentons.com


     -and-

     Jill L. Nicholson (*pro hac vice* forthcoming)
     DENTONS US LLP
     233 S. Wacker Drive, Suite 5900
     Chicago, IL 60606
     Telephone: 312-876-8000
     Facsimile: 312-876-7934
     Email: jill.nicholson@dentons.com


**COUNSEL FOR MCCORMICK 101, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the *Notice of Appearance and Request for Notices and Service of Papers* was served on all parties on this 26th day of February, 2025, via CM/ECF system, which will send a notice of such filing to all counsel of record.

/s/ Spencer D. Hamilton
Spencer D. Hamilton