**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

Securities and Exchange Commission,   §
       *Plaintiff*   §
    §
    §
    §
       v.   §   Case No. 3:22-CV-2118-X
    §
    §
Timothy Barton, et al.,   §
       *Defendant*   §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

DENTONS US LLP       , with offices at

233 S. Wacker Drive, Suite 5900
(Street Address)

Chicago       IL       60606
(City)       (State)       (Zip Code)

312-876-8000       312-876-7934
(Telephone No.)       (Fax No.)

**II.**     Applicant will sign all filings with the name Jill L. Nicholson     .

**III.**     Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

McCormick 101, LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

_____ Illinois _____, where Applicant regularly practices law.

Bar license number: 6257217            Admission date: 11/05/1998

| For Court Use Only. |
|---|
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| New York State Bar | 10/25/2007 | Active |
| Wisconsin State Bar | 03/17/2015 | Active |
| US Court of Appeals, DC Circuit | 08/15/2013 | Active |
| SEE ATTACHMENT | | |

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

 N/A

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

 N/A

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

 N/A

**IX.**   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A                           N/A

(If necessary, attach statement of additional applications.)

**X.**   Local counsel of record associated with Applicant in this matter is

Clay Taylor                                                    , who has offices at

100 Crescent Court, Suite 900
(Street Address)

Dallas                                  TX                75201
(City)                                  (State)           (Zip Code)

214-259-0900                            214-259-0910
(Telephone No.)                         (Facsimile No.)

**XI.**   Check the appropriate box below.

For Application in a **Civil Case**

[✔]   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]   Applicant has read and will comply with the local criminal rules of this court.

**XII.**   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the ____26____ day of _February_____, _2025_____.

Jill L. Nicholson
Printed Name of Applicant

*Jill Nicholson*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**ATTACHMENT TO APPLICATION FOR ADMISSION PRO HAC VICE**

**JILL L. NICHOLSON BAR ADMISSIONS**

| Court | Date of Admission | Active or Inactive |
|---|---|---|
| U.S. District Court, Northern District of Illinois | 12/16/1998 | Active |
| Northern District of Illinois Trial Bar | 2/11/2003 | Active |
| U.S. District Court, Northern District of New York | 02/14/2013 | Active |
| U.S. District Court, Eastern District of Michigan | 10/13/2004 | Active |
| U.S. District Court, Northern District of New York | 2/14/2013 | Active |
| U.S. District Court, Southern District of New York | 10/25/2007 | Active |
| U.S. District Court, Western District of Michigan | 11/9/2006 | Active |
| U.S. District Court, Eastern District of Wisconsin | 09/10/2012 | Active |
| U.S. District Court, Western District of Wisconsin | 03/23/2009 | Active |
| U.S. Court of Appeals, 1st Circuit | 03/19/2013 | Active |
| U.S. Court of Appeals, 2nd Circuit | 04/30/2014 | Active |
| U.S. Court of Appeals, 3rd Circuit | 5/10/2013 | Active |
| U.S. Court of Appeals, 4th Circuit | 6/13/2013 | Active |
| U.S. Court of Appeals, 6th Circuit | 10/23/13 | Active |
| U.S. Court of Appeals, 7th Circuit | 8/16/2013 | Active |
| U.S. Court of Appeals, 8th Circuit | 5/22/2013 | Active |
| U.S. Court of Appeals, 9th Circuit | 10/29/2009 | Active |
| U.S. Court of Appeals, 11th Circuit | 3/18/2011 | Active |
| U.S. Court of Appeals, District of Columbia Circuit | 8/15/2013 | Active |
| U.S. Court of Appeals, Federal Circuit | 9/13/2018 | Active |
| United States Supreme Court | 10/7/2013 | Active |