

**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite
1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
2/6/2025

Re: Jill L. Nicholson
Attorney No. 6257217

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Jill L.
Nicholson was admitted to practice law in Illinois on 11/5/1998; is currently registered on
the master roll of attorneys entitled to practice law in this state; has never been disciplined
and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____

Andrew Oliva
Registrar