UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    *Plaintiff*,

v.

TIMOTHY BARTON,
CARNEGIE DEVELOPMENT, LLC,
WALL007, LLC,
WALL009, LLC,
WALL010, LLC,
WALL011, LLC,
WALL012, LLC,
WALL016, LLC,
WALL017, LLC,
WALL018, LLC,
WALL019, LLC,
HAOQIANG FU (a/k/a MICHAEL FU),
STEPHEN T. WALL,

    *Defendants*,

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

    *Relief Defendants*.

Civil Action No. 3:22-cv-2118-x

### MCCORMICK 101 LLC'S MOTION FOR (1) IMMEDIATE THIRD-PARTY INSPECTION OF AMERIGOLD SUITES REGARDING TENANT <u>LIFE SAFETY ISSUES AND (2) OTHER RELATED RELIEF</u>

McCormick 101 LLC ("**Lender**"), by its undersigned attorneys, files this Motion for (1) an Immediate Third-Party Inspection of Amerigold Suites Regarding Tenant Life Safety Issues and (2) Other Related Relief ("**Motion**").

1

2

For the reasons set forth within its Memorandum in Support, Lender respectfully requests that the Court enter an Order: (1) allowing for the immediate third-party inspection of Amerigold Suites regarding tenant life safety issues and (2) granting other related relief.

Date:  March 6, 2025                                  Respectfully submitted,

**DENTONS US LLP**

By:     */s/ Spencer D. Hamilton*
        Spencer D. Hamilton
        State Bar No. 24087656
        Clay Taylor
        State Bar No. 24033261
        100 Crescent Court, Suite 900
        Dallas, Texas 75201
        Tel:  (214) 647-2496
        Fax: (214) 259-0910
        clay.taylor@dentons.com
        spencer.hamilton@dentons.com

                        - and -

        Jill Nicholson
        233 S. Wacker Dr., Suite 5900
        Chicago, IL 60606
        Tel: (312) 876-8000
        Fax: (312) 876-7934
        jill.nicholson@dentons.com
        (admitted *pro hac vice*)

        *Attorneys for McCormick 101 LLC*

2

**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 6, 2025, I met and conferred with the Receiver and the Receiver's counsel concerning the subject matter of this Motion. The Receiver is not opposed to conducting a third-party inspection, if the Receiver is permitted to select the third-party inspector. The Receiver opposes all other relief requested in the Motion.

*/s/ Jill Nicholson*
Jill Nicholson

**CERTIFICATE OF SERVICE**

I certify that, on March 6, 2025, true and correct copies of the foregoing and accompanying documents were served electronically on all parties registered to receive notice of filings in this case through the Court's CM/ECF PACER system.

*/s/ Spencer D. Hamilton*
Spencer D. Hamilton