UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

     *Plaintiff*,

v.

TIMOTHY BARTON,
CARNEGIE DEVELOPMENT, LLC,
WALL007, LLC,
WALL009, LLC,
WALL010, LLC,
WALL011, LLC,
WALL012, LLC,
WALL016, LLC,
WALL017, LLC,
WALL018, LLC,
WALL019, LLC,
HAOQIANG FU (a/k/a MICHAEL FU),
STEPHEN T. WALL,

     *Defendants*,

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

     *Relief Defendants*.

Civil Action No. 3:22-cv-2118-x

**ORDER REGARDING MCCORMICK 101 LLC'S MOTION FOR**
**(1) IMMEDIATE THIRD-PARTY INSPECTION OF AMERIGOLD SUITES**
**REGARDING TENANT LIFE SAFETY ISSUES AND (2) OTHER RELATED RELIEF**

This matter coming to be heard on McCormick 101 LLC's ("**Lender**") Motion for (1)

Immediate Third-Party Inspection of Amerigold Suites Regarding Tenant Life Safety Issues and

(2) Other Related Relief ("**Motion**"), and the Court being duly advised in the premises, IT IS

HEREBY ORDERED THAT:

1.     The Motion is **GRANTED** as noted herein.

2.   The Receiver is directed to allow immediate and full and complete access to the multifamily apartment complex located at 13636 Goldmark Drive, Dallas, Texas commonly known as the Amerigold Suites ("**Property**"), including, but not limited to, all occupied and vacant units, common areas, leasing buildings, storage areas, pool areas, gyms, recreational facilities, parking lots, and exterior premises to a third-party property inspector ("**Inspector**") retained by Lender for the purposes of an on-site physical inspection (collectively, "**Inspection**").  For the purposes of clarity, such Inspection shall include access to all areas of the Property, including, but not limited to, areas necessary to inspect for mold, roofing deficiencies, code violations, and other property conditions.

3.   Receiver shall provide advance notice to the Property's tenants, as required under tenant leases, regarding the inspection of occupied units.

4.   Receiver shall notify Lender when access to the Property is available and coordinate and cooperate with the Inspector regarding access to the Property.

5.   The Receiver and the Securities and Exchange Commission ("**SEC**") and their respective representatives are authorized to attend the Inspection with the Inspector should they elect to attend such Inspection.

6.   Lender agrees to provide a copy of the completed inspection report ("**Inspection Report**") to this Court.

7.   The Inspection Report may be filed under seal at the request of the Receiver, the SEC, and/or the Lender.

8.   Confidential information contained in the Inspection Report regarding tenant names and personally identifiable information, if any, shall be redacted from any publicly filed Inspection Report.

9.   The personal assets of Timothy Barton ("**Barton**") are not assets of the receivership estate created in this action ("**Receivership Estate**") and are not assets included under the scope of any orders appointing the Receiver in this action (collectively, "**Receiver Order**").  As a result, the stay imposed in the Receiver Order ("**Stay**") in this action is lifted to allow Lender to pursue Barton in connection with Lender's claims against Barton related to Barton's personal guaranty of amounts due and owing to Lender regarding the Property ("**Guarantor Action**").

10.   The Stay is also hereby lifted to allow Lender to seek, file for, and obtain, at Lender's election, any judicial and/or non-judicial foreclosure ("**Foreclosure**") of the Property and to seek, file for, and obtain any and all relief under the loan documents ("**Loan Documents**") among Lender, Goldmark Hospitality, LLC ("**Goldmark**"), and Guarantor.

11.   Lender (a) shall be entitled to credit bid its full debt (including, but not limited to, all amounts due and owing to Lender under the Loan Documents) (collectively, "**Debt**") at

any Foreclosure of the Property, and (b) any and all agreements entered into by and between Lender and the Receiver and/or any orders entered by the Court in this action limiting or reducing the amount of such Debt claimed or asserted by Lender shall not be binding or enforceable with respect to any Foreclosure of the Property, any claims by Lender against the Guarantor, and/or any other relief asserted by Lender under the Loan Documents.

12.    The Stay is also lifted to allow title to the Property (including all real and personal property) to transfer to and vest in the winning bidder of any Foreclosure (including, but not limited to, Lender and/or Lender's assignee or designee) of the Property free and clear of all liens, claims, and encumbrances that have arisen, currently exist, or may arise in connection with this action, the Receivership Estate, the Receivership Order, or any amendments thereto.

13.    This order is without prejudice to Lender to seek relief in this action including, but not limited to, relief from the Stay and/or such other and further relief relating to the Property, Goldmark, and/or Barton.


Dated: March ___, 2025

_____
Hon. Brantley Starr
District Judge