UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　*Plaintiff*,<br><br>v.<br><br>TIMOTHY BARTON,<br>CARNEGIE DEVELOPMENT, LLC,<br>WALL007, LLC,<br>WALL009, LLC,<br>WALL010, LLC,<br>WALL011, LLC,<br>WALL012, LLC,<br>WALL016, LLC,<br>WALL017, LLC,<br>WALL018, LLC,<br>WALL019, LLC,<br>HAOQIANG FU (a/k/a MICHAEL FU),<br>STEPHEN T. WALL,<br><br>　*Defendants*,<br><br>DJD LAND PARTNERS, LLC, and<br>LDG001, LLC,<br><br>　*Relief Defendants*. | Civil Action No. 3:22-cv-2118-x |

**MCCORMICK 101 LLC'S APPENDIX IN SUPPORT OF ITS MOTION FOR (1) IMMEDIATE THIRD-PARTY INSPECTION OF AMERIGOLD SUITES REGARDING TENANT LIFE SAFETY ISSUES AND (2) OTHER RELATED RELIEF**

　　McCormick 101 LLC respectfully submits this Appendix in Support of its Motion for (1) Immediate Third-Party Inspection of Amerigold Suites Regarding Tenant Life Safety Issues and (2) Other Related Relief which contains the following documents:

| EXHIBIT(s) | DOCUMENT DESCRIPTION | APPENDIX PAGE # |
|---|---|---|
| 1 | Declaration of Jeremy Halverson | 1-5 |
| 2-71 | Photographs from Jeremy Halverson's Walkthrough of the Property | 5-144 |
| 72 | City of Dallas Code Compliance Chapter 27 Housing Standards Manual | 145-168 |

Dated: March 6, 2025

        Respectfully submitted,

        **DENTONS US LLP**

        By: */s/ Spencer D. Hamilton*
        Spencer D. Hamilton
        State Bar No. 24087656
        Clay Taylor
        State Bar No. 24033261
        100 Crescent Court, Suite 900
        Dallas, Texas 75201
        Tel: (214) 647-2496
        Fax: (214) 259-0910
        clay.taylor@dentons.com
        spencer.hamilton@dentons.com

        - and -

        Jill Nicholson
        233 S. Wacker Dr., Suite 5900
        Chicago, IL 60606
        Tel: (312) 876-8000
        jill.nicholson@dentons.com
        (admitted *pro hac vice*)

        *Attorneys for McCormick 101 LLC*

## CERTIFICATE OF SERVICE

     I certify that, on March 6, 2025, true and correct copies of the foregoing and accompanying documents were served electronically on all parties registered to receive notice of filings in this case through the Court's CM/ECF PACER system.

        */s/ Spencer D. Hamilton*
        Spencer D. Hamilton