UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　*Plaintiff*,<br><br>v.<br><br>TIMOTHY BARTON,<br>CARNEGIE DEVELOPMENT, LLC,<br>WALL007, LLC,<br>WALL009, LLC,<br>WALL010, LLC,<br>WALL011, LLC,<br>WALL012, LLC,<br>WALL016, LLC,<br>WALL017, LLC,<br>WALL018, LLC,<br>WALL019, LLC,<br>HAOQIANG FU (a/k/a MICHAEL FU),<br>STEPHEN T. WALL,<br><br>　　*Defendants*,<br><br>DJD LAND PARTNERS, LLC, and<br>LDG001, LLC,<br><br>　　*Relief Defendants*. | Civil Action No. 3:22-cv-2118-x |

### ORDER GRANTING MCCORMICK 101 LLC'S REQUEST FOR EXPEDITED BRIEFING ON ITS MOTION FOR (1) IMMEDIATE THIRD-PARTY INSPECTION OF AMERIGOLD SUITES REGARDING TENANT LIFE SAFETY ISSUES AND (2) OTHER RELATED RELIEF

The Court, having considered McCormick 101, LLC's ("McCormick") Request for Expedited Briefing, hereby GRANTS McCormick's request.

The Court therefore ORDERS that Respondents shall have fourteen (14) days from the date of filing of McCormick's Motion for (1) Immediate Third-Party Inspection of Amerigold

Suites Regarding Tenant Life Safety Issues and (2) Other Related Relief (the "Motion") to file any brief in response to the Motion.

The Court further ORDERS that McCormick shall have three (3) days from the date of the response brief to file a reply, if any, in support of the Motion.

Dated: March \_\_\_, 2025

_____
Hon. Brantley Starr
District Judge