**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>v.<br><br>TIMOTHY BARTON,<br>CARNEGIE DEVELOPMENT, LLC,<br>WALL007, LLC,<br>WALL009, LLC,<br>WALL010, LLC,<br>WALL011, LLC,<br>WALL012, LLC,<br>WALL016, LLC,<br>WALL017, LLC,<br>WALL018, LLC,<br>WALL019, LLC,<br>HAOQIANG FU (A/K/A MICHAEL FU),<br>STEPHEN T. WALL,<br><br>                      Defendants,<br><br>DJD LAND PARTNERS, LLC, and<br>LDG001, LLC,<br><br>                      Relief Defendants. | C.A. No.: 3:22-cv-2118-X<br><br>Jury Trial Demanded |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S**
**MOTION TO WITHDRAW JAMES E. ETRI AS COUNSEL**

Pursuant to Local Rule 83.12, Plaintiff Securities and Exchange Commission ("SEC")

hereby moves the Court to withdraw James E. Etri as counsel for the SEC.  In support of this

motion, the SEC respectfully shows the Court as follows:

1.  Mr. Etri has left the SEC's employment and will no longer represent the SEC as counsel in this matter.

2.  Keefe Bernstein will continue to represent the SEC as counsel in this matter.

For the foregoing reasons, the SEC respectfully asks the Court to grant its motion to withdraw attorney James E. Etri from this matter.

Date: March 17, 2025

Respectfully submitted,

*/s/ Keefe M. Bernstein*
Keefe M. Bernstein
Texas Bar No. 24006839
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2607 (KMB phone)
(817) 978-4927 (facsimile)
bernsteink@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

**CERTIFICATE OF SERVICE**

I affirm that on March 17 2025, I caused the foregoing to be electronically filed with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Keefe M. Bernstein*
Keefe M. Bernstein

**CERTIFICATE OF CONFERENCE**

I affirm that I conferred with counsel for the Receiver, Defendant Timothy Barton, and Defendant Stephen Wall on March 17, 2025, who indicated they are not opposed to the relief requested in this Motion.

/s/ *Keefe M. Bernstein*
Keefe M. Bernstein