**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

                      Plaintiff,

v.

TIMOTHY BARTON, et al.                     C.A. No.: 3:22-cv-2118-X
CARNEGIE DEVELOPMENT, LLC,
WALL007, LLC,
WALL009, LLC,
WALL010, LLC,
WALL011, LLC,
WALL012, LLC,
WALL016, LLC,
WALL017, LLC,
WALL018, LLC,
WALL019, LLC,
HAOQIANG FU (A/K/A MICHAEL FU),
STEPHEN T. WALL,

                      Defendants,

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

                     Relief Defendants.

## ORDER

Before the Court is the Plaintiff Securities and Exchange Commission's Motion to

Withdraw James E. Etri as Counsel.  The motion is **GRANTED**.

IT IS THEREFORE ORDERED that James E. Etri is **WITHDRAWN** as an attorney of record for the SEC.

**SO ORDERED**.

_____, 2025

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE