**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

v.

TIMOTHY BARTON,         C.A. No.: 3:22-cv-2118-X
CARNEGIE DEVELOPMENT, LLC,
WALL007, LLC,
WALL009, LLC,          Jury Trial Demanded
WALL010, LLC,
WALL011, LLC,
WALL012, LLC,
WALL016, LLC,
WALL017, LLC,
WALL018, LLC,
WALL019, LLC,
HAOQIANG FU (A/K/A MICHAEL FU),
STEPHEN T. WALL,

       Defendants,

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

       Relief Defendants.

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE
IN OPPOSITION TO MCCORMICK 101, LLC'S MOTION FOR (1) IMMEDIATE
THIRD-PARTY INSPECTION OF AMERIGOLD SUITES REGARDING
<u>TENANT LIFE-SAFETY ISSUE AND (2) OTHER RELATED RELIEF</u>**

The Securities and Exchange Commission ("SEC") submits this response to McCormick 101, LLC's ("McCormick") [Dkt. No. 612] Motion for (1) Immediate Third-Party Inspection Of Amerigold Suites Regarding Tenant Life-Safety Issue and (2) Other Related Relief, and respectfully shows the court as follows:

Stay of Foreclosure

Despite its title, McCormick's Motion is, in substance, another motion seeking to lift the stay over the Receiver's objection so that McCormick can foreclose on the Amerigold Suites property.  McCormick is the first lender on the Amerigold Suites property.  McCormick purchased its note with knowledge of the Receivership Order, and it again has not shown that it is undersecured or at imminent risk of becoming undersecured.  Indeed, McCormick believes that multiple buyers with financial wherewithal remain interested in purchasing the Amerigold Suites property.  McCormick's Brief at p. 8.  Thus, McCormick has not demonstrated that it will suffer any injury, much less substantial injury, if the status quo is maintained and the Receiver is given additional time to sell the Amerigold Suites property—a sale that has been repeatedly delayed through no fault of the Receiver.

For these reasons, and the reasons set forth in the SEC's previous responses to McCormick's requests to lift the stay [Dkt. Nos. 324 and 569], which are incorporated herein by reference, and the Court's Order denying previous such requests [Dkt. Nos. 477 and 584], the SEC respectfully requests that the Court deny McCormick's request for leave to foreclose.

Property Inspection

The SEC is not opposed to a third-party inspection of the Amerigold Suites; provided that the Receiver participates in the process of selecting the inspector.  However, the SEC does not belief an order from the Court ordering such relief is necessary, because the Receiver has

indicated that he is willing to have the property inspected.  It is also the SEC's understanding from discussions with the Receiver's counsel that the Receiver has already been taking steps to address the issues at the property that McCormick raises in its motion.

<u>Barton Guarantee</u>

As the SEC stated in its response (Dkt. No. 325) to McCormick's first motion to pursue a claim against Defendant Barton based on a personal guarantee (Dkt. No. 321), the SEC does not contend that the Receivership Order precludes McCormick from filing an action to the extent it seeks to pursue a claim against Barton individually and in his individual capacity to recover against his personal assets, if any.

For the forgoing reason, the SEC respectfully requests that the Court deny McCormick's Motion.

Dated: March 27, 2025      Respectfully submitted,

           */s/ Keefe M. Bernstein*
           Keefe M. Bernstein
           Texas Bar No. 24006839
           Securities and Exchange Commission
           801 Cherry Street, Suite 1900
           Fort Worth, Texas 76102
           (817) 900-2607 (KMB phone)
           (817) 978-4927 (facsimile)
           bernsteink@sec.gov

           Counsel for Plaintiff
           Securities and Exchange Commission

**<u>CERTIFICATE OF SERVICE</u>**

I affirm that on March 27, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.


*/s/ Keefe M. Bernstein*
Keefe M. Bernstein