**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | C.A. No.: 3:22-cv-2118-X |
| Defendants, | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | |
| Relief Defendants. | |

**ORDER DENYING MCCORMICK 101, LLC'S MOTION FOR (1) IMMEDIATE
THIRD-PARTY INSPECTION OF AMERIGOLD SUITES REGARDING
TENANT LIFE-SAFETY ISSUE AND (2) OTHER RELATED RELIEF**

1

This matter comes before the Court on McCormick 101, LLC's Motion for (1) Immediate Third-Party Inspection of Amerigold Suites Regarding Tenant Life-Safety Issue and (2) Other Related Relief ("Motion").  After considering the Motion and all responses thereto, the Court has determined that the Motion should be denied.  IT IS HEREBY ORDERED that the Motion is DENIED.

SIGNED this ____ day of _____, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE