**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 3:22-cv-2118-X |
| v. | |
| Timothy Barton, et al., | |
| Defendants. | |

**MCCORMICK 101 LLC'S REQUEST FOR HEARING ON MOTION FOR (1)
IMMEDIATE THIRD-PARTY INSPECTION OF AMERIGOLD SUITES
REGARDING TENANT LIFE SAFETY ISSUES AND (2) OTHER RELATED RELIEF**

McCormick 101 LLC ("Lender") respectfully requests that the Court set a date to hear oral argument relating to Lender's Motion for (1) Immediate Third-Party Inspection of Amerigold Suites Regarding Tenant Life Safety Issues and (2) Other Related Relief (the "Motion") [ECF Nos. 612-14], Cortney C. Thomas's (the "Receiver") Omnibus Response ("Response") [ECF Nos. 620-21], and Lender's Reply in Further Support of the Motion [ECF No. 622].

Federal Rule of Civil Procedure 78 provides that "[a] court may establish regular times and places for oral hearings on motions." Fed. R. Civ. P. 78(a).

Lender believes that it is in the best interests of Lender and the Receiver to hold a fulsome discussion of the issues before the Court discussed in the Motion and subsequent filings. Given the number of issues presented on the Motion and Response relating to Lender's request for a third-party inspection, lift of stay, and other related relief, and the numerous contested facts, Lender believes it would be beneficial for the Court to have the opportunity to hear Lender and the Receiver present their arguments in person.

1

Dated: March 30, 2025

Respectfully submitted,

**DENTONS US LLP**
Jill Nicholson
233 S. Wacker Dr., Suite 5900
Chicago, IL 60606
Tel: (312) 876-8000
jill.nicholson@dentons.com
(admitted *pro hac vice*)
*Attorney for McCormick 101 LLC*

**DENTONS US LLP**
By: */s/ Spencer D. Hamilton*
Spencer D. Hamilton
State Bar No. 24087656
100 Crescent Court, Suite 900
Dallas, TX 75201
Tel: (214) 259-0900
Fax: (214) 259-0910
spencer.hamilton@dentons.com
*Attorney for McCormick 101 LLC*

## CERTIFICATE OF SERVICE

I certify that, on March 30, 2025, true and correct copies of the foregoing document were served electronically on all parties registered to receive notice of filings in this case through the Court's CM/ECF PACER system.

*/s/ Spencer D. Hamilton*
Spencer D. Hamilton

2