IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| BYRON WALKER, TBW LAND & CATTLE, LLC, | § § § § | |
| *Relief Defendants*. | § | |

ORDER GRANTING RECEIVER'S VERIFIED MOTION TO
RATIFY SETTLEMENT AGREEMENTS WITH ELITE JET
SOLUTIONS, LLC AND FIRST DEVELOPMENT COMPANY OF OHIO, LLC

Before the Court is the *Receiver's Verified Motion to Ratify Settlement Agreements with Elite Jet Solutions, LLC and First Development Company of Ohio, LLC and Brief in Support*. Having considered the Motion, any Responses and Reply, the Court finds that the Motion should be and hereby is **GRANTED**.

Accordingly, the Court hereby **RATIFIES** the Settlement Agreement between JMJAV, LLC and Elite Jet Solutions, LLC finding it is fair and equitable and in the best interests of the

Receivership Estate.  Furthermore, the Court **LIFTS THE STAY** of *JMJAV, LLC v. Elite Jet Solutions, LLC*, Cause No. 017-333443-22, pending in the 17th District Court for Tarrant County, Texas for the limited purpose of allowing the Receiver to dismiss the case.

The Court further **RATIFIES** the Settlement Agreement between Titan Investments, LLC and First Development Company of Ohio, LLC.

**SO ORDERED**

**DATED:** _____

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE