IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

**APPENDIX IN SUPPORT OF RECEIVER'S VERIFIED MOTION TO RATIFY
SETTLEMENT AGREEMENTS WITH ELITE JET SOLUTIONS, LLC AND
FIRST DEVELOPMENT COMPANY OF OHIO, LLC AND BRIEF IN SUPPORT**

1

April 25, 2025                              Respectfully submitted,

                                           **RECEIVER CORTNEY C. THOMAS**

                                           */s/ Cortney C. Thomas*
                                           Cortney C. Thomas
                                             State Bar No. 24075153
                                             cort@brownfoxlaw.com
                                           Brown Fox PLLC
                                           8111 Preston Road, Suite 300
                                           Dallas, Texas 75225
                                           Telephone: (214) 327-5000
                                           Fax: (214) 327-5001

<u>**CERTIFICATE OF SERVICE**</u>

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic-filing system.

2

**EXHIBITS**

| Exhibit | Document Description | APP# |
|---------|--------------------|------|
| A | Houston Aircraft Appraisers, dated December 3, 2024 | APP001 – APP056 |
| B | Settlement Agreement between JMJAV, LLC, Elite Jet Solutions and Receiver | APP057 – APP063 |
| C | Settlement Agreement between First Development Company of Ohio, LLC and Receiver | APP064 – APP072 |

3

# EXHIBIT A

# Houston Aircraft Appraisers

1300 ROLLINGBROOK DR. STE. 406
BAYTOWN, TEXAS 77521
☎ 1(877) 845-2368 ☎  LOCAL: (281) 424-6466  🖷 FAX: (281) 424-8432
WWW.HOUSTONAIRCRAFTAPPRAISERS.COM

## USPAP Certified Aircraft Appraisal

**Today's Date:** December 3, 2024
**Effective Date of Appraisal:** December 3, 2024
**Registration Number:** N24NV
**Aircraft Serial Number:** 060
**Aircraft Year & Make:** 1982 Bombardier Learjet
**Aircraft Model:** 55-060
**Type Aircraft:** Fixed Wing Multi Engine
**Engine Type:** Turbofan
**Airframe Total Time:** 10910.8 / **Airframe Total Landings:** 8226
**TBO:** 4200
**ENG 1 TSN:** 10409.9 / **ENG 2 TSN:** 10453.6

**Borrowers:** JMJAV LLC
**Requestor / Law Firm:** Atty. Tim Wells – Brown Fox Law
**Phone:** 214-367-6091

**Certified Appraiser:** Roy Theophilus Bent, Jr.
**IACP Certification #:** 997911001
**Interior Rating:**(3) **Exterior Rating:** (5)



**APP002**

**INTENDED PURPOSE:** This report is to determine the FMV / ACV of the **1982 Learjet 55** referenced above on the effective date of December 3, 2024

**APPRAISAL TYPE:** Restricted Use Appraisal.
**VALUE TYPE:** Fair Market Value / Actual Cash Value.
**APPRAISAL METHODS & TECHNIQUES USED**: Sales Comparison Approach.
**PROPERTY CLASS & USE / OWNERSHIP INTEREST:** Privately Owned / Full Ownership / Clean Title.

**USPAP CERTIFIED AIRCRAFT ACTUAL CASH VALUE / FAIR MARKET VALUE APPRAISAL.** This 12-passenger aircraft was noted to be in below average condition for year, make, and model as similar aircraft being listed for sale. The engine hours have ran our and would require a complete major overhaul. No required inspections or AD's have been complied to date. The airplane has been kept outside for storage. The logbooks (Airframe, Engine, and Maintenance records) are kept in the FBO and were available upon request. No major damage history or 337's found. The aircraft status with the Federal Aviation Authority is **ACTIVE**. Inspection of the left and right wings, engines, fuselage, vertical stabilizer, rudder, horizontal stabilizer elevators, and ailerons were noted to be in good condition. All the windows were in good condition. The wheels and tires of the landing gear are in poor condition. The Matterhorn white w/ Black & Las Vegas Gold is in fair condition. Last painted April 28, 2011.

The interior was noted to be in poor condition. The cockpit was noted to be in fair condition. The instrumentation panel layout is in good condition. The controls were in place and in operable condition. The pilot and co-pilot seats are in good condition. All interior windows throughout the aircraft compartment were noted to be in good condition. All passenger seats are in fair condition. The soft goods are in fair condition. The storage cabins have been disassembled to access electrical issues. Condition adjustments were made and taken into consideration. This appraisal does not guarantee mechanical integrity or airworthiness. This appraisal follows USPAP standards for Insurance, Financing or Legal purposes. Several aircraft dismantlers were contacted for salvage values. Quotes ranged from $75K to $100K. Condition adjustments were considered, if any and taken into consideration.

**2** **comparable** representative aircraft were found outside 1000+ miles of area code: Dallas, Texas 75244-4359

**Current Average Retail Value -** $600,000.00
**Average O'haul $ Installed -** **$400,000.00**
**Average w/ 50% SMOH -** **$528,896.00**
**Damage Condition Adjustment -** **$519,000.00**
===================================

**Grand Total: $100,000.00**

============ Comparable Breakdown ============

**Comp. Average Hours--- 14,277.5**
**Hours Adjustment--- -($400,000.00)**
**Comp Condition Adjustment--- ($312,500.00)**
**List vs. Take Adjustment--- N/A**
**Comp. Average Adjusted Price $100,000.00**

## Fair Market Value of your Aircraft:
**(Formula and Market Quotes Average weighted by 2.0):**

**Formula---$100,000.00**                    **Market Quotes---$100,000.00**

# $100,000.00
**(Actual Cash Value)**

## List of Comparables / Dealer Quotes
**December 2024**

www.Controller.com
1982 Bombardier Learjet 55
Registration: N515CY
Sale Price: $325,000.00
Hours: 17,550

www.Conrtoller.com
1982 Bombardier Learjet 55
Registration: N51ND
Sale Price: $500,000.00
Hours: 11,005

**APP003**

## BLUEBOOK AIRCRAFT RATING SCALE

## (INTERIOR)

10 – Aircraft is new.

9 – Interior is new. There are no scratches, cracks, crazing or other evidence of use.

8 – Interior is in nearly new condition. Any smell, dirt or matting can be removed by simple cleaning. Some evidence of use can be found only on close inspection.

7 – A small amount of wear is apparent. Small, shallow scratches and/or stains (one or two per seat) can be found on seats, carpet or woodwork. Stain remover and shampoo removes almost all stains. The headliner is clean with no stains. There are no nicks in woodwork.

6 – Headliner may have a couple of dirty spots that can be removed almost completely with cleaning. Matting in high-use areas does not vacuum out completely. Steaming or shampooing improves the interior considerably, but a couple of small, limited areas (doorway, beneath rudder pedals) remain looking worn or stained. No frayed or torn fabric is apparent. Leather, vinyl or woodwork has no cracks, but small scratches or creases (four to six per seat) are obvious. Seats and drawers operate smoothly. Scratches in scuff plates around doorways are obvious. The interior still looks attractive when cleaned thoroughly.

5 – High-use areas (doorway, beneath rudder pedals) still look worn (fibers appear shorter than surrounding carpet) after thorough shampooing. Headliner may have several stains but is not torn. Minor (two or three instances per seat) fraying, staining or cracking is apparent on less than half of the seats. Small nicks are visible in woodwork. About one-third of the seats and drawers do no operate smoothly. The interior can be made to look clean, but it lacks sparkle in many areas.

4 – Scratches, stains and frayed fabric are seen on most seats. More than half of the leather or vinyl seats may have small cracks. Carpet is matted along aisle. Carpet also has numerous stains, snags or other irregularities. The interior has two to three tears. About half of the seats and drawers do not operate smoothly. Wood laminates may be peeling slightly. Several cracks in scuff plates around doorways are obvious. The interior cannot be made to look clean or smell fresh.

3 – Tears, snags and stains are clearly visible in many areas. Several cigarette burns can be found. Most seats and drawers do not operate smoothly. The interior looks and smells dirty even after cleaning.

2 – Cracks, stains, tears and snags are the norm. Many seats have exposed foam. The interior is dirty and foul-smelling even after thorough cleaning.

1 – Interior is so dirty and worn that most people would be hesitant about sitting down for fear of damaging clothing.

## BLUEBOOK AIRCRAFT RATING SCALE
## (EXTERIOR)

10 – Aircraft is new.

9 - Paint is new. The airframe and paint are in excellent condition with no scratches or dents.

8 – Paint and airframe are in nearly new condition. Minor scratches (shallow, short and fewer than one or two per square foot) are detectable only on close inspection (inspecting aircraft while standing at less than an arm's length from it). Paint on often-used fasteners and screws may be chipped.

7 – Paint has high gloss. A small number (fewer than three or four per square foot) of scratches are apparent, mostly on leading edges due to abrasion. Close inspection reveals only a few small dents or chips (fewer than one or two per square foot). Windows are clear with no crazing or discoloring.

6 – Pain is shiny. Several small scratches, chips or dents (four to six per square foot) can be found, mostly around high-use areas (fuel caps, doors, struts). Some crazing or small stress cracks (fewer than two or three hairline cracks per square foot) are visible in plastic and fiberglass structures. Several windows may be milky at the edges.

5 – Paint is sound (no corrosion apparent). Slight oxidation can easily be polished out, leaving paint shiny again. Two or three small areas (rounded corner of cowling, part of leading edge) of crazing can be found in paint. Paint on leading edges is rough from abrasion. Touched up or repaired areas may be seen on close inspection. A small number (three or four per square foot) of short cracks can be found in fiberglass wingtips and cowlings due to normal wear or hanger rash. Cowling seals are faded. Many (less than half) windows have milky edges. Several windows may be crazed or lightly scratched. Aircraft looks attractive to most people during walk-around.

4 – Paint is generally sound. Small areas require special attention (touch up or repair by trained individual) due to oxidation, peeling, chipping, corrosion or crazing. Paint is dull in many (less than half) areas. Most windows are crazed and scratched.

3 – Paint is not shiny and has peeled in many areas. Most leading edges and upper surfaces are crazed and oxidized. A moderate number (five or six per square foot) of chips, cracks or dents can be found. All window surfaces are scratched. Even after touch-up and polishing, the aircraft still looks unsightly.

2 – Aircraft looks terrible. The paint is badly oxidized, peeled and blemished. It is well beyond the touch-up and polish stage. Corrosion, dents, and cracks require extensive work.

1 – Exterior is so full of corrosion, heavy dents or tears that it will not pass an annual inspection without repairs.

**APP004**

**The Aircraft Appraisal Methodology…**

This is not sophisticated rocket science. What would you consider to be fair market value should you be involved in a total loss claim on your Aircraft? The going price in your local area or the lowest priced comparable?

There are several factors which affect the amount of fair market value, including but not limited to; the year, make and model, hours, options, and the overall condition of the aircraft immediately before the action of loss has taken place.

The first part of our industry recognized methodology is that we review several nationally recognized valuation guides in determining what the fair market value of the Aircraft in scope is worth before we contact local dealers and private sellers. This way we have an idea of what the current market is doing. If local dealers and private sellers are not available in the principally garaged location, then we begin contacting dealers and private sellers measuring radially outward from the principally garaged location until the minimum industry accepted standard of two (2) or more comparable or similar Aircraft have been identified.

The second part is an average of *retail* quotes from several dealers in the area that practice car valuations daily. It is our objective to render a non-biased opinion pertaining to the fair market value of the Aircraft in scope. We take a commonsense approach by analyzing all accessible data, local buying trends and economics and feel our method to be a fair, objective, and non-biased means of calculating this type of loss.

**Why Contact Dealers?**
The answer is obvious. **Dealers make up nearly 90% of the used Aircraft market on average.**
This report is to determine the fair *market* value of your Aircraft. The definition of market is "the business of buying and selling a specified commodity." If no dealers were contacted, then nearly 90% of the market would be left out.

**Why Contact Private Sellers?**
They make up nearly the rest of the market. Private sellers have been statistically proven to take a greater loss on the fair market value of the Aircraft needing to move it quickly. If this statement is not true, how many people have you encountered that have sold their Aircraft for the original asking price?

**Why Research Valuation Guides?**
Valuation guides are a nationally recognized means that both buyers and sellers, male and female, can come to a reasonable agreement on the fair market value of the Aircraft in question. It is a good starting point to determine if a buyer/seller should buy/sell a vehicle for more/less than what it is worth or vice versa. Houston Aircraft Appraisers incorporates www.AeroTrader.com, www.Barnstormers.com, www.Controller.com, www.TradeAPlane.com and other industry recognized valuations guides that are accessible to both paid subscribers and the occasional inquirer during our extensive research and data collection. If industry recognized valuation guides were not in place, it would be very easy for deceptive people to mislead the uneducated public of the going price.

APP005

## USPAP CERTIFICATION OF CREDIBILITY

I certify that, to the best of my knowledge and belief:

- ✓ The methods and calculations used in this report are the unbiased opinion of an experienced and qualified professional and are limited only by the reported assumptions and limitations.

- ✓ The statements of fact contained in this report are true and correct.

- ✓ This report was provided at the request of an individual, company, or government agency of their own free will and was not solicited for any predetermined reason.

- ✓ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and is my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- ✓ I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- ✓ I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- ✓ My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- ✓ My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- ✓ My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practices and the Bureau of Certified Auto Appraisers standards.*

- ✓ I have performed no services as an appraiser or in any other capacity regarding the vehicle that is the subject of this report within the three-year period immediately preceding the acceptance of this assignment.

- ✓ No other party provided any service to assist in forming my professional opinion to a reasonable degree of appraisal certainty.

- ✓ I declare that because of both my experience and education, I am qualified to make appraisals of the type of property being valued.

- ✓ The appraiser herein, by reason of this appraisal is not required to give testimony or attend court or any governmental hearing with reference to the property in question without prior agreement as to fee for additional services desired.

Houston Aircraft Appraisers valuations are based on estimates and vehicle information believed to be authentic, reliable, and accurate. Houston Aircraft Appraisers has used reasonable care in producing the valuations offered, however, Houston Aircraft Appraisers makes no guarantees, expressed or implied, as to the final resolution of your claim and shall not be liable for any differences or damages of any type or description incurred by the use of the information.

This report was prepared by: Roy Theophilus Bent, Jr.
IACP Certification No. 997911001
Reviewed by: Roy Theophilus Bent, Jr.

*Roy Theophilus Bent Jr*
 Date: December 3, 2024

**APP006**

# ROY THEOPHILUS BENT, JR.

1300 Rollingbrook Drive Suite 406
Amegy Bank Tower
Baytown, Texas 77521
Cellular 832-279-2368 • roy@houstonautoappraisers.com

## IACP CERTIFIED APPRAISER / AIRCRAFT VALUATION EXPERT / COURT EXPERT WITNESS

*Specializing in third party, independent, and unbiased Professional Fair Market Valuation services for a variety of requirements including IRS Tax Donations, Appraisal District Protests, Chattel Mortgages, Bank Loans, Aircraft Litigation Claims, Divorce, Estate, Probate, Mergers, Acquisitions, and legal purposes. FAA and Texas Secretary of State Compliant.*

Senior-level Aircraft Appraiser with 15+ years' experience appraising various types of aircraft including Jets, Turboprops, Turbine Helicopters, Commercial Jets, Single Engine Props, Multi Engine Props, Piston Helicopters, Amphibians & Floats, War birds and Classics, LSA & Experimental, and assisting with Aircraft Escrow services, Bank Loan Appraisals, Lienholder Services, Insurance Policy Appraisals, Pre-Purchase Inspections, Aircraft Repair and Maintenance Liens. Dedicated to educating clients on current aircraft valuations and industry trends. Strict leader and follower of the Uniform Standards of Professional Appraiser Practice guidelines and the Bureau of Certified Auto Appraisers commitment to enhancing the prestige of the automotive industry. Regarded as an expert by most. Proficient in repair estimates, MS Office and internet research.

## PROFESSIONAL EXPERIENCE

**USPAP Certified Appraiser / Expert Witness / Aircraft Valuation**                         2009 – Present
Houston Aircraft Appraisers – Houston, TX

- ❑ Consult with aircraft owners, attorneys, insurance companies, family trusts, accountants, government agencies, financial institutions, and corporations in the preparation of Independent, Certified, Third party appraisals for obtain financing, FAA title report and international registry priority search, aircraft title clearing, insurance claims and disputes, purchasing insurance, bank loan appraisals, partnership disputes, liquidation sales, estate settlement disputes, aircraft rights of survivorships, leases, bankruptcies, floor plan inspections, inventory audits / valuations, tax deductible donations, and for official aircraft documentation filing purposes.
- ❑ Appraised various types of including but not limited to Beechcraft, Boeing, Cessna, Hawker, Learjet, Piper, Robinson Helicopter, Rockwell, Van Aircraft Inc. and homemade.
- ❑ Performed certified third-party appraisals on highline foreign and domestic vehicles, classic cars, 18 Wheelers, heavy machinery, motor homes, yachts, motorcycles, boats, and various types of personal property.

**Certified Auto Appraiser / Body Man / Mechanic**                         2004 – 2008
European Auto Center – Miami, FL

- ❑ Responsible for the daily operations of an exclusive European auto repair shop specializing in Porsche, Mercedes-Benz, Ferrari, Lamborghini, Maserati, Rolls Royce, Bugatti, Koenigsegg, Austin Martin, BMW, Bentley and other highline sports cars and $100K plus exotic collections.
- ❑ Performed hands-on troubleshooting, diagnostics, engine breakdowns, transmission teardowns, replacements, software updates and fluid services.
- ❑ Corrected many honest mistakes made by other technicians without damaging the aspiring technician's reputation, company image or customer trust before vehicle is given to customer.
- ❑ Ordered replacement engines, transmissions, and various OEM and aftermarket parts, addressed insurance supplements; generated certified third-party appraisals, total loss claims, diminished value appraisals, and created, tracked and billed invoices.
- ❑ Designated quality control and welding hold points and extensive oversight during frame pulls; determined the extent of direct / indirect damages, direction of impact, structural composition and planned the methods and sequence of repair to reduce reject rates.

**APP007**

**Roy Theophilus Bent, Jr.** *Resume II*

**Certified Inspector / API 510, 570, 653 & CWI** 1994 – 2003
Longview Inspection & Engineering – Pasadena, TX

- ❐ Responsible for quality assurance management of 10 API inspectors and 5 CWI's performing work on multiple $1.8M+ structural steel and mechanical engineered projects.
- ❐ Prepared jobsite progress reports, budget variances, and direct supervision of personnel.
- ❐ Developed repair procedures, tracked job status, performed and approved final inspection reports.
- ❐ Conducted daily dialogues with client, client representatives and essential personnel.

### EDUCATION / CERTIFICATION

**IACP Certified Auto Appraiser #911997001** Bureau of Certified Auto Appraisers, Houston, TX Exp. 11/21/14
**Certified – Uniform Standard of Professional Appraisers (USPAP)** – 2003
**I-Car Gold Class Affiliate Member Training** - 2005
**Certified Visual Inspector #27362** American Petroleum Institute, Washington, DC Exp. 06/30/11
**CWI #04090571** American Welding Society – Automotive Division, Exp. 11/1/10
LII Non-Destructive Examinations – Hellier Technical Training – Automotive Division
Undergraduate in Business Administration – University of New Mexico, Albuquerque, NM – 1994
High School Diploma, Albuquerque, New Mexico – 1994

### EXPERT WITNESS & TESTIMONY – CONTINUING EDUCATION

University of Houston Law Center – Studies on Federal Rules 26, Deposition & Probate, Legal Writing, Arbitration and Mediation – 2010

Weinstein's Federal Evidence – University of Houston – 2009
Federal Rules of Evidence – University of Houston – 2009
Wigmore on Evidence – University of Houston – 2009
Rules of Scientific Evidence – University of Houston – 2008
Electronic Discovery & Evidence – Texas Southern University – 2008
Alternative Dispute Solution – Negotiation, Meditation & Other Processes – Uof H – 2008
Lane & Clarks Mediation Practice Guide – University of Florida – 2007
Srinivasan Mediation, Video Integrated Text – University of Florida – 2006
Neeta Bikosh – Representing Clients in Mediation – University of Florida – 2005

### TECHNICAL TRAINING – CONTINUING EDUCATION

Shopware USA – 12-part course on Auto Body Repair, Structural Analysis, and Damage Repair – Analyzing Collision Forces, Unibody Structural Damage, Measuring Structural Damage, Determining Repair Methods, Tool Selection, Calculating Labor Costs and Dealing with Evasive Insurance Adjusters.

Automotive Service Excellence (ASE) Maintenance and Inspection Program
I-Car Collision Specialist

### PERSONAL INTERESTS

www.DupontRegistry.com – The World's Premier Luxury Market Place
www.RobbReport.com – The Global Luxury Source
www.HoustonAutoAppraisers.com – Certified Third-Party Appraisal Firm serving Houston, TX
www.BOCAA.org – The Bureau of Certified Auto Appraisers
www.Houston-PropertyAppraisers.com – Texas Homeowners Insurance Claims Assistance

**APP008**






**APP009**






**APP010**



APP011



**Aircraft Bluebook**

Registration Number: N24NV

## Bombardier 55 Learjet 1982



**Valuation Date: December 3, 2024**

| Average retail value | Adjusted retail value |
|---|---|
| $600,000 | $100,000 |

| | |
|---|---|
| Business Jet | Engine Takeoff Power: Honeywell 3700 lb │ TFE731-3A-2B |
| Serial Number 060 | Engine TBO Hours: 4200 |
| Average Retail Trend Since Previous Quarter: $0 | Overhaul Cost: $400,000.00 |

### Revision: 2024 Q4

| Item | Average Retail Price | Average Wholesale Price |
|---|---|---|
| Published Rates | $600,000.00 | $512,000.00 |
| Total Airframe Hours: 10910.8 | $19,800.00 | $16,896.00 |
| Engine 1 & Engine 2 Ran Out | $(400,000.00) | $(0.00) |
| APU / Electrical Failure | $(65,000.00) | $(0.00) |
| Non-Compliance with Inspections | $(54,800.00) | $(0.00) |
| **Total** | **$100,000.00** | **$528,896.00** |

### Factory New List Prices

| | |
|---|---|
| Factory New List Standard Price | $4,529,900 |
| Factory New List Average Equip Price | $4,529,900 |

### Base Average Equipment

AD's & SB's not complied. Maintenance & Inspections Half-Life unless specified; MSP; No DH; P&I rated 8/+; TAWS B; thrust reversers

### Bluebook Notes

EAP Program Available, Refer to the Aircraft Maintenance Section for details.
JSSI programs available, refer to Aircraft Maintenance Section for details
Priced w/MSP; if not on MSP, deduct eng hrs

Copyright © 2024. All rights reserved. Informa Markets, a trading division of Informa PLC.

**APP013**

**Bombardier 55 Learjet 1982**                                           Valuation Date: December 3, 2024

## Historical Pricing Trends



## Historical Average Retail

| Model Year | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 1982 | $0 | $0 | $0 | $4,529,900 |
| 1983 | $4,100,000 | $4,100,000 | $3,950,000 | $4,125,000 |
| 1984 | $4,125,000 | $3,750,000 | $3,900,000 | $3,875,000 |
| 1985 | $3,875,000 | $3,875,000 | $3,700,000 | $3,200,000 |
| 1986 | $3,050,000 | $3,000,000 | $3,000,000 | $3,000,000 |
| 1987 | $3,100,000 | $3,250,000 | $3,250,000 | $3,250,000 |
| 1988 | $3,270,000 | $3,270,000 | $3,270,000 | $3,370,000 |
| 1989 | $3,570,000 | $3,570,000 | $3,670,000 | $3,800,000 |
| 1990 | $3,800,000 | $3,850,000 | $3,900,000 | $3,900,000 |
| 1991 | $3,900,000 | $3,850,000 | $3,850,000 | $3,750,000 |
| 1992 | $3,750,000 | $3,750,000 | $3,750,000 | $3,650,000 |
| 1993 | $3,650,000 | $3,550,000 | $3,550,000 | $3,550,000 |
| 1994 | $3,550,000 | $3,550,000 | $3,550,000 | $3,550,000 |
| 1995 | $3,600,000 | $3,600,000 | $3,500,000 | $3,500,000 |
| 1996 | $3,500,000 | $3,500,000 | $3,650,000 | $3,650,000 |

Copyright © 2024. All rights reserved. Informa Markets, a trading division of Informa PLC.

**APP014**

**Bombardier 55 Learjet 1982**                                    Valuation Date: December 3, 2024

| | | | | |
|---|---|---|---|---|
| 1997 | $3,750,000 | $3,900,000 | $3,900,000 | $4,250,000 |
| 1998 | $4,400,000 | $4,500,000 | $4,550,000 | $4,650,000 |
| 1999 | $4,750,000 | $4,950,000 | $4,950,000 | $4,900,000 |
| 2000 | $4,900,000 | $4,850,000 | $4,850,000 | $4,850,000 |
| 2001 | $4,800,000 | $4,700,000 | $4,500,000 | $4,100,000 |
| 2002 | $4,000,000 | $4,000,000 | $3,900,000 | $3,700,000 |
| 2003 | $3,300,000 | $3,100,000 | $3,050,000 | $3,050,000 |
| 2004 | $3,050,000 | $3,050,000 | $3,050,000 | $3,050,000 |
| 2005 | $3,150,000 | $3,150,000 | $3,200,000 | $3,200,000 |
| 2006 | $3,200,000 | $3,200,000 | $3,200,000 | $3,100,000 |
| 2007 | $3,100,000 | $3,100,000 | $3,100,000 | $3,100,000 |
| 2008 | $3,100,000 | $3,100,000 | $3,000,000 | $2,700,000 |
| 2009 | $2,600,000 | $1,900,000 | $1,900,000 | $1,900,000 |
| 2010 | $1,900,000 | $1,900,000 | $1,800,000 | $1,700,000 |
| 2011 | $1,500,000 | $1,300,000 | $1,200,000 | $1,200,000 |
| 2012 | $1,100,000 | $1,000,000 | $950,000 | $900,000 |
| 2013 | $900,000 | $800,000 | $800,000 | $700,000 |
| 2014 | $700,000 | $700,000 | $700,000 | $600,000 |
| 2015 | $600,000 | $600,000 | $600,000 | $600,000 |
| 2016 | $600,000 | $600,000 | $600,000 | $550,000 |
| 2017 | $550,000 | $550,000 | $550,000 | $550,000 |
| 2018 | $550,000 | $550,000 | $550,000 | $500,000 |
| 2019 | $500,000 | $500,000 | $500,000 | $500,000 |
| 2020 | $500,000 | $500,000 | $500,000 | $500,000 |
| 2021 | $500,000 | $500,000 | $500,000 | $500,000 |
| 2022 | $500,000 | $600,000 | $600,000 | $600,000 |
| 2023 | $600,000 | $600,000 | $600,000 | $600,000 |
| 2024 | $600,000 | $600,000 | $600,000 | $600,000 |

## Historical Average Wholesale

| Model Year | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 1982 | $0 | $0 | $0 | $4,021,000 |
| 1983 | $3,639,000 | $3,639,000 | $3,498,000 | $3,661,000 |
| 1984 | $3,661,000 | $3,321,000 | $3,454,000 | $3,432,000 |
| 1985 | $3,432,000 | $3,432,000 | $3,270,000 | $2,816,000 |
| 1986 | $2,684,000 | $2,640,000 | $2,640,000 | $2,640,000 |
| 1987 | $2,728,000 | $2,866,000 | $2,866,000 | $2,866,000 |

Copyright © 2024. All rights reserved. Informa Markets, a trading division of Informa PLC.

**APP015**

**Bombardier 55 Learjet 1982**                                    Valuation Date: December 3, 2024

| | | | | |
|---|---|---|---|---|
| 1988 | $2,884,000 | $2,884,000 | $2,884,000 | $2,972,000 |
| 1989 | $3,155,000 | $3,155,000 | $3,243,000 | $3,366,000 |
| 1990 | $3,366,000 | $3,410,000 | $3,454,000 | $3,454,000 |
| 1991 | $3,454,000 | $3,410,000 | $3,410,000 | $3,321,000 |
| 1992 | $3,321,000 | $3,321,000 | $3,321,000 | $3,226,000 |
| 1993 | $3,226,000 | $3,137,000 | $3,137,000 | $3,137,000 |
| 1994 | $3,137,000 | $3,137,000 | $3,137,000 | $3,137,000 |
| 1995 | $3,182,000 | $3,182,000 | $3,093,000 | $3,093,000 |
| 1996 | $3,093,000 | $3,093,000 | $3,226,000 | $3,226,000 |
| 1997 | $3,321,000 | $3,454,000 | $3,454,000 | $3,772,000 |
| 1998 | $3,905,000 | $3,994,000 | $4,038,000 | $4,127,000 |
| 1999 | $4,216,000 | $4,393,000 | $4,393,000 | $4,349,000 |
| 2000 | $4,349,000 | $4,305,000 | $4,305,000 | $4,305,000 |
| 2001 | $4,260,000 | $4,171,000 | $3,994,000 | $3,639,000 |
| 2002 | $3,550,000 | $3,550,000 | $3,454,000 | $3,270,000 |
| 2003 | $2,910,000 | $2,728,000 | $2,684,000 | $2,684,000 |
| 2004 | $2,684,000 | $2,684,000 | $2,684,000 | $2,684,000 |
| 2005 | $2,772,000 | $2,772,000 | $2,816,000 | $2,816,000 |
| 2006 | $2,816,000 | $2,816,000 | $2,816,000 | $2,728,000 |
| 2007 | $2,728,000 | $2,728,000 | $2,728,000 | $2,728,000 |
| 2008 | $2,728,000 | $2,728,000 | $2,640,000 | $2,367,000 |
| 2009 | $2,279,000 | $1,658,000 | $1,658,000 | $1,658,000 |
| 2010 | $1,658,000 | $1,658,000 | $1,570,000 | $1,481,000 |
| 2011 | $1,307,000 | $1,129,000 | $1,040,000 | $1,040,000 |
| 2012 | $952,000 | $864,000 | $819,000 | $775,000 |
| 2013 | $775,000 | $687,000 | $687,000 | $599,000 |
| 2014 | $599,000 | $599,000 | $599,000 | $512,000 |
| 2015 | $512,000 | $512,000 | $512,000 | $512,000 |
| 2016 | $512,000 | $512,000 | $512,000 | $468,000 |
| 2017 | $468,000 | $468,000 | $468,000 | $468,000 |
| 2018 | $468,000 | $468,000 | $468,000 | $425,000 |
| 2019 | $425,000 | $425,000 | $425,000 | $425,000 |
| 2020 | $425,000 | $425,000 | $425,000 | $425,000 |
| 2021 | $425,000 | $425,000 | $425,000 | $425,000 |
| 2022 | $425,000 | $512,000 | $512,000 | $512,000 |
| 2023 | $512,000 | $512,000 | $512,000 | $512,000 |
| 2024 | $512,000 | $512,000 | $512,000 | $512,000 |

Copyright © 2024. All rights reserved. Informa Markets, a trading division of Informa PLC.

**APP016**

**Bombardier 55 Learjet 1982**                                    Valuation Date: December 3, 2024

## Disclaimer

The Aircraft Bluebook is a service for purchasers, sellers, broker/dealers and others in the industry to assist them in arriving at a fair market value of an aircraft.

All valuations outlined in the Aircraft Bluebook should be considered representative averages for the type, model, and year of manufacture of that aircraft over the recent calendar quarter. Individual circumstances will vary.

Intended as a guide to valuation, the Aircraft Bluebook value summations are based on recently observed transaction activities of similar types and combined with user input value adjustments to arrive at a likely valuation. These values, however, cannot fully consider all relevant factors, conditions, or market dynamics. To accomplish an exacting, individualized valuation, an aircraft appraisal is required.

The information contained here is prepared with great care and pride from many market sources, is edited, and is believed to be correct but cannot reflect all the particular factors involved in the professional appraisal process of any particular aircraft.

Historical value reference material, previous quarters' data, is provided for general trend analysis and market pricing changes occurring since the latest edition.

The publishers do not warrant the accuracy of the source material and assumes no responsibility to any person or persons in connection with the use of this guide.

In case of error or omission, the liability of the company, if any, is limited and may not exceed the amount paid for the service during the period covered by the Aircraft Bluebook in which the error or omission occurred.

Copyright © 2024. All rights reserved. Informa Markets, a trading division of Informa PLC.

APP017

United States Department of Transportation

About DOT     Our Activities     Areas of Focus

# FAA REGISTRY

## N-Number Inquiry Results

**N-NUMBER ENTERED: 24NV**

### AIRCRAFT DESCRIPTION

| | | | |
|---|---|---|---|
| Serial Number | 60 | Status | Valid |
| Manufacturer Name | GATES LEARJET CORP | Certificate Issue Date | 01/29/2023 |
| Model | 55 | Expiration Date | 01/31/2030 |
| Type Aircraft | Fixed Wing Multi-Engine | Type Engine | Turbo-fan |
| Pending Number Change | None | Dealer | No |
| Date Change Authorized | None | Mode S Code (base 8 / Oct) | 50427346 |
| MFR Year | None | Mode S Code (Base 16 / Hex) | A22EE6 |
| Type Registration | LLC | Fractional Owner | NO |

### REGISTERED OWNER

| | | | |
|---|---|---|---|
| Name | JMJAV LLC | | |
| Street | 13901 MIDWAY RD STE 102-LB-243 | | |
| City | DALLAS | State | TEXAS |
| County | DALLAS | Zip Code | 75244-4359 |
| Country | UNITED STATES | | |

### AIRWORTHINESS

**APP018**

**INFORMATION PROVIDED HERE SHOULD NOT BE USED TO DETERMINE THE AIRWORTHINESS OF AN AIRCRAFT.**

**Refer to 14 CFR Parts 39, 43, 91, and FAA Order 8130.2 for airworthiness regulations and guidance.**

| | | | |
|---|---|---|---|
| Type Certificate Data Sheet | None | Type Certificate Holder | None |
| Engine Manufacturer | AIRESEARCH | Classification | Standard |
| Engine Model | TFE731 SER | Category | Transport |
| A/W Date | 04/15/1998 | Exception Code | No |

The information contained in this record should be the most current Airworthiness information available in the historical aircraft record. However, this data alone does not provide the basis for a determination regarding the

airworthiness of an aircraft or the current aircraft configuration. For specific information, you may request a copy of the aircraft record at

https://aircraft.faa.gov/e.gov/ND/

### OTHER OWNER NAMES

| |
|---|
| None |

### TEMPORARY CERTIFICATES

| |
|---|
| None |

### FUEL MODIFICATIONS

| |
|---|
| None |

### DEREGISTERED AIRCRAFT

| |
|---|
| None |

**The duration of aircraft registration certificates has been extended up to 7 years. The Registry will be issuing revised certificates in batches based on the former expiration date. For verification purposes, even though the expiration date on the registration certificate may not match the expiration date in the FAA Aircraft Registration database, any registration certificate displaying an expiration date of January 31, 2023 or later is still valid. This applies to all foreign Civil Aviation Authorities or anyone else with a verification need.**

**APP019**

*You are accessing a U.S. Government authorized information system, which includes (1) this computer, (2) this computer network, (3) all computers connected to this network, (4) all devices and storage media attached to this network or to a computer on this network, and (5) all cloud services and hosting environments supporting this information system. This information system is provided for U.S. Government-authorized use only.*

*Unauthorized or improper use of this system may result in disciplinary action, as well as civil and criminal penalties.*

*By logging in and using this information system, you understand and consent to the following:*

- *You have no reasonable expectation of privacy regarding communications or data transiting or stored on this information system.*
- *At any time, and for any lawful Government purpose, communication between the user and this information system, data transiting to/from the system, or stored on this system is subject to monitoring, interception, and search.*
- *Any communications or data transiting or stored on this information system may be disclosed or used for any lawful Government purpose.*

**APP020**



## 55-060 AIRCRAFT GENERAL INFORMATION:

**Data Plate:**      Yes

**Model No.:**      Learjet 55          **Registration No.:**      N24NV

**Serial No.:**      060          **Date of Manufacture:**      Sep. 2, 1982

**Total A/C Hours:**      10910.8          **Total A/C Landings:**      8226

**Aircraft Is Operating Under:**      FAR 91          **Inspection Program:**      09 (f) (3) Manufacturer's Recommendation

**Weight & Balance:** Yes          **Date last weighed:**      05/02/2016          **By:**      Jet Tech LTD

**Empty weight:**      13,020.5          **Empty Weight CG:**      374.74          **% of MAC**      12.05

## 55-060 ENGINES DETAILS:

| Left | | Right | |
|---|---|---|---|
| **Data Plate:** | Yes | **Data Plate:** | Yes |
| **Make:** | Garrett | **Make:** | Garrett |
| **Model No:** | TFE731-3AR-2B | **Model No:** | TFE731-3AR-2B |
| **Serial No:** | P-85220C | **Serial No:** | P-85229C |
| **Date of MFG:** | Apr 1982 | **Date of MFG:** | Apr 1982 |
| **TSN:** | 10409.9 | **TSN:** | 10453.6 |
| **CSN:** | 7844 | **CSN:** | 7821 |

## 55-060 AUXILIARY POWER UNIT (APU):

**Make: NA**          **Model: NA**

**Serial Number: NA**          **Date of Manufacture: NA**

## 55-060 INTERIOR COMPLETION:

**Completion Date: 04/28/2011**

**Completion Center:**      Central Flying Service

**Flammability Test Report:**      Yes

**FAR 25.853(a) compliant:**      Yes

**APP021**



**FAR 25.853(c)**
**compliant:**                    **No**

## EMERGENCY EQUIPMENT:

|  |  | Quantity |
|---|---|---|
| Fire Axe | No | 0 |
| Smoke Goggles | Yes | 2 |
| Smoke Detectors | Yes | 1 |
| Life Vests | Yes | 10 |
| Flashlights | Yes | 2 |
| Portable Oxygen Bottles | No | 0 |
| Portable Fire Extinguishers | Yes | 2 |

## 55-060 EXTERIOR PAINT:

**Paint Shop: Central Flying Service**                         **Paint Date: 4/28/2011**

| Colors | Paint # | Paint Brand |
|---|---|---|
| Matterhorn White | 570-535 | Sherwin Williams |
| Black | U01955 | Sherwin Williams |
| Las Vegas Gold | 10494 | AcryGlo |

## 55-060 AIRCRAFT DOCUMENTS:

| | | |
|---|---|---|
| **Airplane Flight Manual, Revision Number/Date:** | FM-103 Rev 28, 12/16/16 | |
| **Current Rev. No./Date from OEM Publications:** | FM-103 Rev 28, 12/16/16 | |
| **Pilots Manual, Revision Number/Date:** | PM-103 Rev 2 08/1993 | |
| **Current Rev. No./Date from OEM Publications:** | PM-103 Rev 2 08/1993 | |
| | | |
| **Crew Checklist & Quick Reference Handbook, Revision Number/Date:** | CL-103A Rev 2 12/2016 | |
| **Current Rev. No./Date from OEM Publications:** | CL-103A Rev 2 12/2016 | |
| **Number of Aircraft Logbook(s): 11** | **Type: Paper** | |
| **Number of Engine (Powerplant) Logbook(s) LEFT: 1    RIGHT: 1** | | |
| | | |

**APP022**



## 55-060 INSPECTION PROGRAM DETAILS:

| Test/Inspection | Threshold/Interval | | | Last Complied With | | | Next Due |
|---|---|---|---|---|---|---|---|
| | HRS | LDGS | MOS | DATE | HRS | LDGS | |
| INSPECTION PROGRAM | | | | | | | |
| PHASE A | 300 | N/A | 12 | 2/1/18 | 10881.4 | 8211 | FEB 2019 or 11181.4 |
| PHASE B | 600 | N/A | 24 | 2/1/18 | 10881.4 | 8211 | FEB 2020 or 11481.4 |
| PHASE C | 1200 | N/A | 48 | 1/28/16 | 10839.9 | 8179 | JAN 2020 or 12039.9 |
| PHASE D | 2400 | N/A | 96 | 12/15/15 | 10826.5 | 8164 | DEC 2023 or 13226.5 |
| 3000 Landing | NA | 3000 | N/A | 09/24/04 | 8060.9 | 5995 | 8995 LDGS |
| Major Landing Gear Inspection | N/A | 6000 | N/A | 09/24/04 | 8060.9 | 5995 | 11995 LDGS |
| 12 Year Airframe Inspection | N/A | N/A | 144 | 05/01/07 | 9223 | 6877 | FEB 2019 |
| 12,000 Hour Airframe Inspection | 12000 | N/A | N/A | N/A | N/A | N/A | 12000 Hr |

## 55-060  SPECIAL INSPECTIONS DUE AT OTHER INTERVALS:

| Test/Inspection | Threshold/Interval | | | Last Complied With | | | Next Due |
|---|---|---|---|---|---|---|---|
| | HRS | LDGS | MOS | DATE | HRS | LDGS | |
| P2561005 Perform inspection of life vest. (Refer to 25-61-00.) | N/A | N/A | 60 | 2/01/18 | N/A | N/A | Oct 2020 |
| R2620030 Perform ICC Hydrostatic Test of portable hand-held fire extinguisher. NOTE: Portable hand-held fire extinguishers may either be hydrostatically tested or replaced at this time. Initial time count for testing or replacement of this item shall commence from the manufacturing date stamped on the item. | N/A | N/A | 144 | 12/10/10 | N/A | N/A | Dec 2022 |
| G5321086 Aft Pressure Bulkhead a. Gain access to and remove aft pressure bulkhead. b. Eddy current inspect supporting structure along aft pressure bulkhead lateral floor support angle and centerline beam upper and lower attachment for fatigue cracks, fastener security, corrosion, or other damage. (Refer to NDI Manual, Part 3, 53-20-01, 53-20-02, and 53-21-01.) | N/A | N/A | 6000 Landings | 11/30/94 | 4759.2 | 3534 | 9543 Ldgs |

APP023



## 55-060  SPECIAL INSPECTIONS DUE AT OTHER INTERVALS:

| Test/Inspection | Threshold/Interval | | | Last Complied With | | | Next Due |
|---|---|---|---|---|---|---|---|
| | HRS | LDGS | MOS | DATE | HRS | LDGS | |
| c.Conduct x-ray inspection of frame 30 periphery (circumferential skin splice for fatigue cracks, fastener security, corrosion, or other damage). (Refer to NDI Manual, Part 2, 53-41-02 and 53-60-01.) d.Conduct x-ray inspection of the centerline beam aft cap for fatigue cracks. (Refer to NDI Manual, Part 2, 53-60-01). NOTE: On Aircraft Modified by SSK-55-510, Compliance with steps b., c., and d. will require access through the aft fuel cell access panels. Removal of the fuel cell baffle and fuel bladder will be required. On aircraft that have completed a 12 Year Airframe Inspection prior to Revision No. 52 (dated Mar 26/99), perform inspection 6,000 landings from last 12 Year Airframe Inspection. | | | | | | | |
| U3510015 Comply with factory overhaul of B/E Aerospace (PuritanBennett) "Sweep-On" 2000 series crew oxygen masks (if installed). | N/A | N/A | Per MFG Instructions | N/A | N/A | N/A | **N/A** |
| P3510021 Comply with factory overhaul of E.R.O.S. oxygen masks (if installed). | N/A | N/A | 72 | Pilot 2/01/18 Copilot 9/22/16 | N/A | N/A | **Pilot Feb 2024 Copilot Sep 2022** |
| G1222001 Lead Acid Batteries - Check or perform the following in accordance with battery manufacturer's service manual. (Effective on aircraft not equipped with captive electrolyte batteries.) a.Service battery sump jar (if installed). b.Liquid level check. c.Top charge battery. d.Perform battery capacity check or hydrometer test. NOTE: Interval is the normal allowable period between maintenance activities, if no service interval is specifically | N/A | N/A | 3 | N/A | N/A | N/A | **N/A** |

**APP024**



## 55-060  SPECIAL INSPECTIONS DUE AT OTHER INTERVALS:

| Test/Inspection | Threshold/Interval | | | Last Complied With | | | Next Due |
|---|---|---|---|---|---|---|---|
| | HRS | LDGS | MOS | DATE | HRS | LDGS | |
| recommended by the battery manufacturer. Because of varied flight profiles, certain servicing and maintenance activities may require a more frequent interval or may allow an extended interval, depending on environmental and operational requirements, and should be adjusted by individual operators. Operators should refer to their battery manufacturer's service manual for detailed maintenance instructions. | | | | | | | |
| G1222002 Lead Acid Batteries - (Effective on aircraft equipped with captive electrolyte batteries.) (Refer to 12-22-00.) a. Service battery sump jar (if installed). b. Perform battery capacity check. | N/A | N/A | 6 | 2/01/18 | 10881.4 | 8211 | **Aug 2019** |
| P1222005 Ni-Cad Batteries - Check or perform the following in accordance with battery manufacturer's service manual (Refer to 12-22-00 and 24-31-02.): a. Liquid level check. b.Perform complete discharge-recharge procedure. c.Functional check of battery temperature system thermistors. d.Functional check battery 140°F and 160°F warning light temperature switches. | N/A | N/A | 3 | N/A | N/A | N/A | **N/A** |
| D1223000 Inspect Ni-Cad emergency power supply battery. | N/A | N/A | Every 100 hours or 3 months of use in aircraft, whichever occurs first, or after 15 days of non-use. | N/A | N/A | N/A | **N/A** |
| D1223001 Perform Ni-Cad emergency power supply battery discharge/ recharge. (Refer to 12-23-01.) | N/A | N/A | 12 | N/A | N/A | N/A | **N/A** |
| F1223010 Perform operational check of PS-835 or PS-855 lead-acid emergency power supply battery. | N/A | N/A | 6 | 2/01/18 | 10881.4 | 8211 | **Aug 20118** |

**APP025**



## 55-060  SPECIAL INSPECTIONS DUE AT OTHER INTERVALS:

| Test/Inspection | Threshold/Interval | | | Last Complied With | | | Next Due |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | HRS | LDGS | MOS | DATE | HRS | LDGS | |
| NOTE: Aircraft equipped with remote test switch may perform operational check as preflight check in lieu of 6 month requirement. | | | | | | | |
| D1223015 Perform discharge check of PS-835 or PS-855 lead-acid emergency power supply battery. NOTE: Refer to J.E.T Maintenance Manual, TP-329 [PS-835] or TP-483 [PS-855]. | N/A | N/A | 12 | 2/01/18 | 10881.4 | 8211 | **Feb 2019** |
| W1223021 Perform emergency exit and wing inspection light power supply battery discharge-recharge cycle. (Refer to 12-23-02.) | N/A | N/A | 6 | N/A | N/A | N/A | **N/A** |
| O1223040 Perform discharge-recharge reconditioning cycle of GNS-500A standby battery (if installed). | N/A | N/A | 6 | N/A | N/A | N/A | **N/A** |
| U2130007        Cabin Pressurization System - Perform Cabin Leak Rate Check. (Refer to 21-30-00.) NOTE: Deleted. | 1200 | N/A | N/A | 1/13/12 | 10002 | 7456 | **11202** |
| C2431015 Perform overhaul procedures on Bendix Generator (P/N 6608201). NOTE: Overhaul to be performed at any factory (Bendix/ Learjet) authorized foreign AA service station or domestic service center with generator overhaul capabilities. | 2000 | N/A | N/A | No.1 8/3/16 No. 2 8/14/14 | No.1 10850.5 No.2 10728.5 | | **No.1 11852.4 No.2 12728.5** |
| C2431016 Replace Bendix generator bearings. NOTE: Replacement to be performed at any factory (Bendix/ Learjet) authorized foreign AA service station or domestic service center with generator overhaul capabilities. | 1050 | N/A | N/A | No.1 8/3/16 No. 2 8/14/14 | No.1 10850.5 No.2 10728.5 | | **No.1 11900.5 No.2 11778.5** |
| H2431017 Battery Cables and Receptacles - Perform Battery Connector Inspection. (Refer to 24-31-01.) | 300 | N/A | N/A | 3/30/15 | 10789.8 | | **11089.8** |
| AA2565000 CVR/FDR Underwater Locator Beacon - Clean beacon switch, perform functional test of beacon, and perform test of ULB battery. (Effective on | N/A | N/A | Per MFG Instructions | 2/1/18 | N/A | N/A | **Feb 2020** |

**APP026**



## 55-060  SPECIAL INSPECTIONS DUE AT OTHER INTERVALS:

| Test/Inspection | Threshold/Interval | | | Last Complied With | | | Next Due |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | HRS | LDGS | MOS | DATE | HRS | LDGS | |
| aircraft equipped with CVR/FDR System.) (Refer to 25-65-00.) | | | | | | | |
| Q2740021 Horizontal Stabilizer Actuator - Perform Overhaul. NOTE: In order to accomplish this requirement, the performing facility must possess the required Repair Manuals and Special Test Equipment. | 600 | N/A | N/A | 5/07/18 | 3524.1 | 2275 | **3824.1** |
| R3500017  Oxygen Cylinder (Kevlar wrapped) - Perform ICC Hydrostatic Test and inspection per U.S. Department of Transportation Exemption E8162. Effective on aircraft equipped with a Dorsal Oxygen System or Dual Oxygen System. NOTE: Initial time count for replacement or testing of this item shall commence from the manufacturing date stamped on the item. | N/A | N/A | 60 | 8/1713 | 10609.6 | 7951 | **11209.6** |
| R3500018 On aircraft equipped with a Dorsal Oxygen System or Dual Oxygen System, perform ICC Hydrostatic Test on oxygen cylinder (steel, DOT3AA1800). NOTE: Initial time count for testing or replacement of this item shall commence from the manufacturing date stamped on the item. | N/A | N/A | 60 | 10/2016 | N/A | N/A | **OCT 2021** |
| R3500023 Oxygen Cylinder (steel, DOT3HT1850) - Perform Hydrostatic Test. (Effective on aircraft equipped with a Dorsal Oxygen System or Dual Oxygen System.) NOTE: Initial time count for testing of this item shall commence from the manufacturing date stamped on the item. | N/A | N/A | 36 | 11/2017 | | | **NOV 2020** |
| E2431031 Remove, inspect, and lubricate generator drive spline adapter. | During major engine inspection /unscheduled engine change. | N/A | N/A | 3/04/13 | 10393.5 | 7792 | During major engine inspection/unscheduled engine change. |
| U2610020 Inspect engine tailcone fire detector element for chafing, security of clamps, and general condition.    During major engine inspection. | During major engine inspection /unscheduled engine change. | N/A | N/A | 3/04/13 | 10393.5 | 7792 | During major engine inspection/unscheduled engine change. |
| U3020001 Inspect nacelle inlet bulkhead, plumbing, and shutoff valve for security, cracks, or other deformation. | During major engine inspection /unscheduled engine change. | N/A | N/A | 3/04/13 | 10393.5 | 7792 | During major engine inspection/unscheduled engine change. |

**APP027**



## 55-060  SPECIAL INSPECTIONS DUE AT OTHER INTERVALS:

| Test/Inspection | Threshold/Interval | | | Last Complied With | | | Next Due |
|---|---|---|---|---|---|---|---|
| | HRS | LDGS | MOS | DATE | HRS | LDGS | |
| **Y3610046**<br>**Visually Inspect high-pressure bleed air flex hose, gaskets, and manifold assembly (located on aft top of engine) for leaks.**<br>**NOTE: Perform this inspection during regular engine periodic inspection whenever the afterbody is removed.** | During major engine inspection /unscheduled engine change. | N/A | N/A | 3/04/13 | 10393.5 | 7792 | During major engine inspection/unscheduled engine change. |
| **E7120024**<br>**Check engine mount castings for corrosion and cracks. Check engine mount attachments for security and general condition.** | During major engine inspection /unscheduled engine change. | N/A | N/A | 3/04/13 | 10393.5 | 7792 | During major engine inspection/unscheduled engine change. |
| **D7120032**<br>**Ensure compliance of magnetic particle inspection of the forward engine mount castings in accordance with SB 55-71-2 and AD 87-02-06, paragraph B. (Refer to NDI Manual, Part 6, 71-23-01.) (Effective on aircraft 55-002 thru 55-107 equipped with engine mount other than 2651034.)**<br>**NOTE: Maximum interval between inspections shall not exceed 1,500 hours.** | During major engine inspection /unscheduled engine change. | N/A | N/A | 3/04/13 | 10393.5 | 7792 | 11793.5 |
| **E7120035**<br>**With engine mounts removed, conduct the following:**<br>**Fluorescent penetrant inspect the following item:**<br>**a. Forward mount casting attach bolts. Aircraft 55-138 and subsequent and prior aircraft modified by SB 55-71-4.** | During major engine inspection /unscheduled engine change. | N/A | N/A | 3/04/13 | 10393.5 | 7792 | **Mar 2025** |
| **E7120050**<br>**With engine mounts removed, perform a complete magnetic particle inspection of the following items (Refer to NDI Manual, Part 6, 71-21-01, 71-22-01, 71-23-01, and 71-24-01.): a. Forward mount castings.**<br>**b.Forward mount casting attach bolts. ***<br>**c.Forward upper and lower shock mount to engine mount attach bolts.**<br>**d.Aft mount and attach bolt.**<br>**e.Aft mount isolator assembly attach bolts.**<br>***(Effective on aircraft 55-002 thru 55-137 not modified by SB 55-71-4.)** | During major engine inspection /unscheduled engine change. | N/A | N/A | 3/04/13 | 10393.5 | 7792 | During major engine inspection/unscheduled engine change. |
| **Q7120063**<br>**Perform Inspection/Check of forward and aft engine mount isolators and associated parts. (Refer to 71-20-00.)** | During major engine inspection /unscheduled engine change | N/A | N/A | 3/04/13 | 10393.5 | 7792 | During major engine inspection/unscheduled engine change |
| **T7120067**<br>**Aft Engine Attach Bolt (P/N 2652002) - Perform Fluorescent Penetrant Inspection.** | During major engine inspection /unschedu | N/A | N/A | 3/04/13 | 10393.5 | 7792 | During major engine inspection/unscheduled engine change |

**APP028**



### 55-060  SPECIAL INSPECTIONS DUE AT OTHER INTERVALS:

| Test/Inspection | Threshold/Interval | | | Last Complied With | | | Next Due |
|---|---|---|---|---|---|---|---|
| | HRS | LDGS | MOS | DATE | HRS | LDGS | |
| | led engine change | | | | | | |
| E7611001<br>Perform functional check of fuel computer ITT signal portion of the wiring harness. (Refer to 76-11-01.) | During major engine inspection /unscheduled engine change | N/A | NA | 3/04/13 | 10393.5 | 7792 | During major engine inspection/unscheduled engine change |
| E7810004<br>Clean and perform fluorescent penetrant check of engine exhaust nozzle V-band coupling, paying particular attention to "T" bolt clamp attach points. | During major engine inspection /unscheduled engine change | N/A | N/A | 3/04/13 | 10393.5 | 7792 | During major engine inspection/unscheduled engine change |
| E7810005<br>Perform visual inspection of engine exhaust nozzles for cracks, security of installation, and general condition. (Refer to 05-10-00.) | During major engine inspection /unscheduled engine change | N/A | N/A | 3/04/13 | 10393.5 | 7792 | During major engine inspection/unscheduled engine change |
| E8010004<br>Change starter oil. (Refer to 80-10-01.)<br>NOTE: This servicing requirement is not required if performed within the past 200 hours. | During major engine inspection /unscheduled engine change | N/A | N/A | 8/14/14 | 10728.5 | 8057 | During major engine inspection/unscheduled engine change |
| L5210025<br>Visually inspect exterior lower cabin door structure, fuselage door cut-out framing members, and hinge area for evidence of corrosion. If corrosion is found, remove door access panels and inspect for evidence of corrosion on inner structure. | N/A | N/A | 24 | 1/19/17 | 10853.7 | 8194 | **Jan 2019** |
| R5321094<br>Frame 27- Perform Detailed Visual Inspection of double frame area.<br>NOTE: SB 55-53-9, "Installation of Access Hole at Frame 27" must be accomplished before this inspection can be performed. If the next scheduled 12 Year Airframe Inspection becomes due within 2400 hours from date of revision, perform at the 12 Year Airframe Inspection. | 2400 or Next 12 year | N/A | N/A | | | | **Feb 2019** |
| Y5331016<br>Inspection of upper fuselage skin under the aft oxygen line fairing. (Refer to 53-50-04.)<br>NOTE: Initial inspection to be performed 12 Years from November 23, 2016 or compliance of SB 55-53-13. | N/A | N/A | 144 | | | | **Nov 2028** |
| C5610022<br>Windshield:<br>Using prism techniques, inspect the fastener area of the windshield for cracks normal to windshield surface, particularly adjacent to fastener locations. Also inspect for delaminations running parallel to windshield | 600 | N/A | N/A | 12/29/15 | 10828 | | |

**APP029**



## 55-060  SPECIAL INSPECTIONS DUE AT OTHER INTERVALS:

| Test/Inspection | Threshold/Interval | | | Last Complied With | | | Next Due |
|---|---|---|---|---|---|---|---|
| | HRS | LDGS | MOS | DATE | HRS | LDGS | |
| surface at fastener holes and trimmed edges of windshield. (Refer to NDI Manual, Part 4, 56-10-01.) NOTE: A copy of the Larascope Inspection Report shall be forwarded to Learjet Field Service. | | | | | | | |
| M5600009 Cabin Windows - Perform Optical Prism Inspection. (Refer to NDI Manual, Part 4, 56-10-01.) | 600 | N/A | N/A | L 10002 R 10609.6 | | | |
| C3255001 Inspect Nose Wheel Steering Actuator (P/N 6608278) per J.E.T. Instruction Manual TP-267. | 2000 | N/A | N/A | **1/8/17** | 10850.5 | **N/A** | 12850.5 |
| R3244026 RH Gear Down Safety Switch and Anti-Skid Electrical Contacts - Perform Functional Test. (Refer to 32-30-02.) (Effective on aircraft not modified by AMK 55-86-1, "Installation of Parking Brake Annunciator".) | 1200 | N/A | N/A | 2/1/18 | 10881.4 | 8211 | **12081.4** |
| R3500016 Perform ICC Hydrostatic Test on oxygen cylinder (steel, DOT3AA1800). NOTE: Initial time count for testing of this item shall commence from the manufacturing date stamped on the item. | N/A | N/A | 60 | 11/1/17 | | | **Jan 2020** |
| R3500019 Oxygen cylinder (Kevlar wrapped) - Perform ICC Hydrostatic Test and Inspection per U.S. Department of Transportation Exemption E8162. NOTE: Initial time count for testing of this item shall commence from the manufacturing date stamped on the item. | N/A | N/A | 60 | 11/1/17 | | | **Jan 2020** |
| R3500022 Oxygen Cylinder (steel, DOT3HT1850) - Perform Hydrostatic Test. NOTE: Initial time count for testing of this item shall commence from the manufacturing date stamped on the item. | N/A | N/A | 60 | 11/1/17 | | | **Jan 2020** |
| R3610041 WARNING:DO NOT METAL STAMP TAVCO AIR BOTTLES. Emergency Air Bottles (P/N 23111386) - Perform Visual Inspection and ICC Hydrostatic Test. NOTE: Inspection and testing of emergency air bottles shall be accomplished at an authorized testing facility using adequate safety precautions or bottles may be exchanged for tested units. Initial time count for testing of this item shall commence from the manufacturing date stamped on the item. | N/A | N/A | N/A | N/A | N/A | N/A | **CAMP card states new installed @10890.5 Jul 31/18 NO LOG BOOK ENTRY FOUND** |

**APP030**



## 55-060  SPECIAL INSPECTIONS DUE AT OTHER INTERVALS:

| Test/Inspection | Threshold/Interval | | | Last Complied With | | | Next Due |
|---|---|---|---|---|---|---|---|
| | HRS | LDGS | MOS | DATE | HRS | LDGS | |
| R3610049 WARNING:DO NOT METAL STAMP TAVCO AIR BOTTLES. Emergency Air Bottles (P/N 23111386) - Perform X-Ray Inspection.NOTE: Inspection and testing of emergency air bottles shall be accomplished at an authorized testing facility using adequate safety precautions or bottles may be exchanged for tested units. Initial time count for testing of this item shall commence from the manufacturing date stamped on the item. | N/A | N/A | N/A | N/A | N/A | N/A | **CAMP card states new installed @10890.5 Jul 31/18 NO LOG BOOK ENTRY FOUND** |
| U3610065 WARNING:DO NOT METAL STAMP AIR BOTTLES. Emergency Air Bottles (P/N 6600194-008) - Perform Visual Inspection and ICC Hydrostatic Test. NOTE: Inspection and testing of emergency air bottles shall be accomplished at an authorized testing facility using adequate safety precautions or bottles may be exchanged for tested units. Initial time count for testing of this item shall commence from the manufacturing date stamped on the item. On bottles with S/N's 007 thru 027, 029, 031, 032, 044, 046, 047, 050, 056, 057, 059, 061, 071, 076, 077, 079, 080, 083, 085, 088, and 089, replace at this time. (Refer to IRN U3610068, 05-11-00.) | N/A | N/A | 36 | | | | **CAMP card states new installed @10890.5 Jul 31/18 NO LOG BOOK ENTRY FOUND** |
| U3610066 WARNING:DO NOT METAL STAMP AIR BOTTLES. Emergency Air Bottles (P/N 6600194-008) - Perform X-Ray Inspection. NOTE: Inspection of emergency air bottles shall be accomplished at an authorized testing facility using adequate safety precautions or bottles may be exchanged for tested units. Initial time count for testing of this item shall commence from the manufacturing date stamped on the item. Not effective on bottles with S/N's 007 thru 027, 029, 031, 032, 044, 046, 047, 050, 056, 057, 059, 061, 071, 076, 077, 079, 080, 083, 085, 088, and 089. | N/A | N/A | 24 | | | | **CAMP card states new installed @10890.5 Jul 31/18 NO LOG BOOK ENTRY FOUND** |
| K2150011 Perform refrigeration compressor motor brush wear inspection. (Refer to 21-50-02.) NOTE: Effective on aircraft equipped with R12 refrigeration systems and modified by SB 55-21-12, "Installation of Cooling System Compressor Motor Hour Meter." | N/A | N/A | 24 | N/A | N/A | N/A | N/A |

**APP031**



## 55-060  SPECIAL INSPECTIONS DUE AT OTHER INTERVALS:

| Test/Inspection | Threshold/Interval | | | Last Complied With | | | Next Due |
|---|---|---|---|---|---|---|---|
| | HRS | LDGS | MOS | DATE | HRS | LDGS | |
| **M2150018**<br>**Perform a fluorescent penetrant inspection of the air conditioner compressor motor fan blades. Particular attention should be given to the fan blades in the area of the hub. (Refer to NDI Manual, Part 5, 21-50-01.)**<br>**NOTE: Effective on aircraft equipped with R12 refrigeration systems and modified by SB 55-21-12, "Installation of Cooling System Compressor Motor Hour Meter."** | N/A | N/A | 24 | N/A | N/A | N/A | N/A |
| **L2150052**<br>**Perform functional test of refrigeration system pressure switch. (Refer to 21-50-05.) (Effective on aircraft equipped with R12 refrigeration systems and modified by SB 55-21-12, "Installation of Cooling System Compressor Motor Hour Meter.")** | N/A | N/A | 24 | N/A | N/A | N/A | N/A |
| **C2214001**<br>**Perform overhaul of roll, primary, and secondary yaw servos. (Refer to J.E.T. Maintenance Manual, TP-327.) Effective on aircraft 55-003 thru 55-126.** | N/A | N/A | 3000 | | 9223 | | **12223** |
| **B2432010**<br>**Inspect battery installation as follows: Battery cases for condition and that lids are properly secured. Structure under batteries for traces of electrolyte or corrosion. Battery vent tubes for kinks, obstructions, and security of attachment. Vent fittings and inlet and outlet fittings for obstructions, corrosion, and security of attachment.** | N/A | N/A | 3000 | 2/1/18 | | | **Aug 2018** |
| **E2562001**<br>**Functional test the drag chute (if installed). Statically deploy (using adequate precautions) to check release mechanism. Inspect and repack drag chute. (Refer to 25-63-00.)** | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Q2620025**<br>**Perform ICC Hydrostatic Test of engine fire extinguisher container. NOTE: Time count for replacement, overhaul, or testing of this item shall commence from the manufacturing date stamped on the item.** | N/A | N/A | 60 | L 9/23/15<br>R 4/26/16 | | | **L Sep 2020**<br>**R Apr 2021** |
| **P2620042**<br>**Check engine fire extinguisher container pressure gage for proper pressure, and plumbing for condition and security.** | N/A | N/A | 6 | 2/1/18 | | | **Aug 2018** |
| **P5450050**<br>**Pylon/Engine Beam Structure: With engine mounts removed, conduct the following:**<br>**a.Inspect pylon structure for security, corrosion, distortion, working fasteners, fatigue cracks, and general condition. Visually inspect inside of forward and aft** | N/A | N/A | 144 | 2/1/07 | | | **Feb 2019** |



## 55-060  SPECIAL INSPECTIONS DUE AT OTHER INTERVALS:

| Test/Inspection | Threshold/Interval | | | Last Complied With | | | Next Due |
|---|---|---|---|---|---|---|---|
| | HRS | LDGS | MOS | DATE | HRS | LDGS | |
| engine beams for cracks and other discrepancies. Observe upper and lower channels and forward and aft webs. b.Eddy current inspect both forward and aft engine beam support fittings around engine mount attachment lugs and in area adjacent to accessible installation fasteners. | | | | | | | |
| H2750044 Flap Cam Follower Bearings - Perform detailed visual inspection of bearing. (Refer to 05-10-00.) | 1200 | N/A | N/A | 8/04/14 | 10728.5 | | **11928.5** |
| L2812002 Remove lower wing access covers outboard of WS 213.602. Inspect the inner wing structure for fatigue cracks, bacterial growth, and corrosion. If corrosion exists at this location, remove all lower surface access plates and inspect remaining wing structure. | N/A | N/A | 24 | 1/08/17 | | | **Jan 2019** |
| L2812010 Defuel wing tanks and remove the three access covers between WS 53 and 92.0 Rib. Using an explosion-proof light, inspect entire area for bacterial growth and corrosion. a. If area is clean and no bacterial growth or corrosion is evident, install access covers. b.If bacterial growth or corrosion is evident, defuel the wings and fuselage fuel cell. Remove all lower wing access plates and fuselage fuel pumps. Inspect remaining wing structure and bottom of fuel cell for contamination. c.Install fuel pumps and access covers, refuel aircraft, and check for leaks. | N/A | N/A | 24 | 1/08/17 | | | **Jan 2019** |
| L2812020 On RH and LH wings, remove the inboard access covers from WS 72 (forward and middle cover) and the inboard spar 5 vertical access plate. Inspect wing flapper valves for freedom of movement, security, and general condition. Inspect adjacent interior structure for corrosion, fatigue cracks, loose or missing fasteners, and bacterial growth. NOTE: This inspection includes the flapper valves from WS 53 inboard to WS 0.0. | N/A | N/A | 24 | 1/08/17 | | | **Jan 2019** |
| G5700005 Perform eddy current inspection of the winglet structure at winglet station 6.00 and wing to winglet structure at W.S. 244.102. | 1200 | N/A | N/A | 1/13/12 | 10002 | 7456 | **11202** |
| P5710145 | N/A | N/A | 24 | 1/08/17 | | | **Jan 2019** |

**APP033**



## 55-060  SPECIAL INSPECTIONS DUE AT OTHER INTERVALS:

| Test/Inspection | Threshold/Interval | | | Last Complied With | | | Next Due |
|---|---|---|---|---|---|---|---|
| | HRS | LDGS | MOS | DATE | HRS | LDGS | |
| Perform visual inspection of inboard dry bay of wing adjacent to fuselage and forward of spar 2. Check that moisture drain holes are free of obstructions. | | | | | | | |
| H5750046 Flap Track Support Fittings - Perform detailed visual inspection. (Refer to 5-10-00.) | 1200 | N/A | N/A | 8/04/14 | 10728.5 | 8057 | **11928.5** |

| Thrust Reverser Inspections | | Interval | Last Complied With | Next Due |
|---|---|---|---|---|
| Inspect Engine Thrust Reverser (Aeronca) | | 150 Hours | 10850.5 | 11000.5 |
| Inspect Engine Thrust Reverser (Aeronca) | | 300 Hours | 10728.5 | 11028.5 |
| Inspect Engine Thrust Reverser (Aeronca) | | 600 Hours | 10393.5 | 10993.5 |
| Inspect Engine Thrust Reverser (Aeronca) | | 1200 Hours | 10393.5 | 11793.5 |

## 55-060 LH ENGINE S/N: P-85220C    Total Time: 10406.2    Total Cycles: 7838

| Test/Inspection | Threshold | Interval | Last Complied With | Next Due |
|---|---|---|---|---|
| 150-250 Hour | | 150-250 hours | 10349.3 | 10449.3 |
| 300-400 Hour | | 300-400 hours | 10224.3 | 10527.3 |
| 600-800 Hour | | 600-800 hours | 9884.4 | 10985.4 |
| 1000-1500 Hour | | 1400-1500 hours | 9884.4 | 11785.4 |
| MPI | | 1400 hours | 9884.4 | 11284.4 |
| SOAP | | As required | 10349.3 | As required |
| Fuel Filter | | 650 hours | 10349.3 | 10949.3 |
| Oil change | +/- 100 hours | 1200 hours | 9884.4 | 11084.4 |
| Plenum inspection | | 1400 hours | 9884.4 | 11284.4 |
| CZI | | 4200 Hours | 8393.3 | 12593.3 |
| Fan support assembly | | 4200 hours | 8393.3 | 12593.3 |
| Accessory Gearbox | | 4200 hours | 8393.3 | 12593.3 |
| Compressor Core Insp | | 4200 hours | 8393.3 | 12593.3 |

## 55-060 RH ENGINE S/N: P-85229C    Total Time: 10450.0    Total Cycles: 7815

| Test/Inspection | Threshold | Interval | Last Complied With | Next Due |
|---|---|---|---|---|
| 150-250 Hour | | 150-250 hours | 10393.7 | 10543.7 |
| 300-400 Hour | | 300-400 hours | 10271.7 | 10571.7 |
| 600-800 Hour | | 600-800 hours | 9929.8 | 10529.8 |
| 1000-1500 Hour | | 1400-1500 hours | 9929.8 | 11329.8 |
| MPI | | 1400 hours | 9929.8 | 11329.8 |
| SOAP | | As required | 10393.7 | As Required |
| Fuel Filter | | 650 hours | 10393.7 | 10993.7 |
| Oil change | +/- 50 hours | 1400 hours | 9929.8 | 11329.8 |
| Plenum inspection | | 1400 hours | 9929.8 | 11329.8 |
| CZI | | 4200 Hours | 8436.6 | 12636.6 |

**APP034**



**55-060 RH ENGINE S/N: P-85229C       Total Time: 10450.0       Total Cycles: 7815**

| Test/Inspection | Threshold | Interval | Last Complied With | Next Due |
|---|---|---|---|---|
| Fan support assembly | | 4200 hours | 8436.6 | 12636.6 |
| Accessory Gearbox | | 4200 hours | 8436.6 | 12636.6 |
| Compressor Core Insp | | 4200 hours | 8436.6 | 12636.6 |

### 55-060 (RVSM) Altimeter System & Altitude Reporting Equipment (FAR 91.411):

| System/Components | Position | Interval | Last Complied With | Next Due |
|---|---|---|---|---|
| Air Data System – Perform Certification Testing of Primary Altitude System, RVSM Continued Airworthiness. | Pilot Co-pilot | 24 M | 5/23/17 | **May 2019** |
| Primary Pitot-Static Probes – Verify pitch, roll, and yaw alignment. | LH & RH | 24 M | 5/23/17 | **May 2019** |
| Pitot-Static Probe – Perform Detailed Visual Inspection. | LH & RH | 24 M | 5/23/17 | **May 2019** |
| Avionic Access Doors – Perform Avionics Door Gap and Mismatch Inspection. | LH & RH | 24 M | 5/23/17 | **May 2019** |
| Forward Fuselage Skin – Perform Pitot-Static Probe Zone Skin Contour Check. | LH & RH | 12 M | 5/23/17 | **May 2018** |
| Left and Right Pitot Static Probe Age Check | LH & RH | 12 M | 5/23/17 | **May 2018** |

### 55-060 ATC Transponder (FAR 91.413):

| System/Components | Position | Interval | Last Complied With | Next Due |
|---|---|---|---|---|
| **ATC Transponder tests and inspections** | #1 | 24 M | 5/23/17 | **May 2019** |
| **ATC Transponder tests and inspections** | #2 | 24 M | 5/23/17 | **May 2019** |

### 55-060  ELT (FAR 91.207):

| System/Components | Threshold | Interval | Last Complied With | Next Due |
|---|---|---|---|---|
| **Emergency Locator Transmitter Inspection per FAR 91.207 (d). "N" Registered Aircraft** | 12 M | 12 M | 07/17/18 | **Jul 2019** |
| **ELT Battery** | Per MFG | Per MFG | 07/17/18 | **Jul 2019** |

### 55-060 CVR (FAR 91.609):

| System/Components | Threshold | Interval | Last Complied With | Next Due |
|---|---|---|---|---|
| **CVR Underwater Locator Beacon** | 24 M | 24 M | 2/1/18 | **Feb 2020** |
| **ULB Battery. CVR** | Expiration Date: | Expiration Date: | 1/12/16 | **Feb 2022** |

**APP035**



### 55-060 AIRWORTHINESS DIRECTIVES

### 55-060 AIRFRAME:

| AD Number | Revision Date | Subject | Time & Date C/W | Status |
|---|---|---|---|---|
| 74-08-09 R3 | 03/28/2012 | Prevent possible fires that could result from smoking materials. | **Next due:** **ACTT:** 10809.4 | Recurring |
| 2018-19-04 | 9/18/2018 | TE Flap Control System | Next Due: 10/02/20 8656 Ldgs | **OPEN** |
| 2009-036-01 | 3/5/09 | Lavatory Lighting System | 10/28/2010 | **C/W** |
| 2006-16-18 R1 | 7/18/08 | Install a warning placard on the TAWS/RMI | N/A | **N/A** |
| 2007-17-17 | 10/02/07 | Unsealed gaps on the plyon side of the engine firewall | 10/28/10 9843.2 7327 | **C/W** |
| 2007-04-18 | 3/23/07 | Left and right hand standby fuel pump switches | 10/28/10 9843.2 7327 | **C/W** |
| 2001-12-02 | 7/18/01 | Brake Valve | 3/14/02 | **C/W** |
| 2007-07-11 | 5/1/01 | Main Landing Gear Tires | 5/21/01 6781.1 5110 | **C/W** |
| 99-16-03 | 09/07/99 | Horizontal Stabilizer Anti-Ice System | N/A | **N/A** |
| 95-20-03 | 11/2/95 | AFM Altitude Limitations | 08/07/97 | **C/W** |
| 94-01-06 | 02/04/94 | TCAS II Processors | N/A | **N/A** |
| 93-24-10 | 1/18/94 | Generator Wiring | 06/10/94 | **C/W** |
| 91-03-08 | 2/12/91 | Fluorescent Lighting System | 2949.8 | **C/W** |
| 89-12-01 | 7/13/89 | Drag Chute Riser | 02/04/90 | **C/W** |
| 87-04-06 | 3/9/87 | Autopilot/Flight Director | 12/23/87 | **C/W** |
| 87-02-06 | 2/6/87 | Engine Mounts | 02/04/90 | **C/W** |
| 86-22-05 | 11/10/86 | Flap Sector Mounting Brackets Inspection | 12/05/86 | **C/W** |
| 85-22-08 R2 | 5/19/86 | Spoilers/Autospoilers | 09/02/83 | **C/W** |
| 84-19-06 | 10/22/84 | Tab Control System | 11/09/84 | **C/W** |

### 55-060 LH ENGINE S/N: P-85220C      Total Time: 10406.2      Total Cycles: 7838

All current engine Airworthiness Inspections are C/W as of biweekly: 2019-11.  No outstanding engine AD's noted at this time.

### 55-060 RH ENGINE S/N: P-85229C      Total Time: 10450.0      Total Cycles: 7815

**APP036**



All current engine Airworthiness Inspections are C/W as of biweekly: 2019-11.  No outstanding engine AD's noted at this time.

APP037



### 55-060 APPLIANCE AD STATUS:

| AD Number | Effective Date | Subject | Date When C/W | Status |
|---|---|---|---|---|
| 83-01-06 | 02/28/83 | Switlick Life Preservers | 09/04/83 | N/A |
| 83-26-03 | 02/21/84 | BF Goodrich Tires | 09/20/00 | N/A |
| 84-02-08 | 02/09/84 | Scott Aviation Oxygen Cylinders | 09/20/00 | N/A |
| 84-18-07 | 09/21/84 | Fire Extinguisher Discharge Cartridges | 09/20/00 | N/A |
| 85-22-10 | 12/31/85 | Collins HIS's and FDI's | 09/20/00 | N/A |
| 86-22-10 | 11/17/86 | Collins DME-42 | 09/20/00 | N/A |
| 86-25-01 | 01/06/87 | Collins Model 51RV-4 VOR/ILS Receivers | 09/20/00 | N/A |
| 87-16-07 | 08/20/87 | Sperry EFIS | 09/20/00 | N/A |
| 87-17-06 | 09/22/87 | AM-Safe Inc, Occupant Restraint System Assemblies | 09/20/00 | N/A |
| 87-20-05 | 10/26/87 | Pacific Scientific Company TSO C22F Lap Belt Assemblies | 09/20/00 | N/A |
| 89-06-01 | 04/03/89 | Switlik TSO-C13 Life Preservers and TSO-C72 individual Flotation Devices | 09/20/00 | N/A |
| 90-07-08 | 07/02/90 | SELA Fluorescent Lighting Systems | 09/20/00 | N/A |
| 93-12-04 | 07/26/93 | Precise Flight, Inc., Model 1210-2405-2 SN X00150 Through X01371 | 09/20/00 | N/A |
| 94-01-06 | 04/04/94 | Replacement of RC TCAS II Processors | 09/20/00 | N/A |
| 95-22-01 | 12/04/95 | ALC Fluorescent Lighting Systems | 09/20/00 | N/A |
| 97-11-10 | 06/23/97 | Replacement of Puritan Bennett Portable 02 Masks | 11/25/97 | N/A |
| 97-18-03 | 09/22/97 | Replacement of Puritan Bennett Cockpit 02 Masks | 11/25/97 | N/A |
| 98-25-10 R01 | 01/14/00 | Aircraft Belts Inc. Seat Belts | 09/20/00 | N/A |
| 99-08-21 | 06/02/99 | Puritan Bennett C351-2000 Series Passenger And Portable Oxygen Masks | 09/20/00 | N/A |
| 01-15-17 | 08/20/01 | Rockwell CTL-92 Transponder Control Panel | 07/12/02 | N/A |
| 02-06-05 | 04/06/02 | Rockwell/Collins Mode C 621A-3 ATC transponder | N/A | N/A |
| 03-26-14 | 02/20/04 | Kidde Aerospace Hand Held Halon Fire Extinguishers | N/A | N/A |
| 15-23-09 | 12/28/15 | Oxygen -Zodiac Aerotechnics Flight Crew O2 Mask Regulators | 12/29/15 | N/A |
| 16-11-20 | 07/15/16 | Oxygen – Inspection and Replacement of B/E Aerospace Protective Breathing Equipment, PN 119003-11 | N/A | Superseded / Canceled |
| 17-04-06 | 04/07/17 | Replacement of United Instruments 5934 Series Altimeters Manufactured Between Jan 2015 and Feb 2016 | 07/17/18 | N/A |
| 17-06-03 | 05/05/17 | Heating System – Accomplish Repetitive Detailed Inspections and Pressure Decay Tests of the Combustion Heater and Disable / Remove if Necessary | 07/17/18 | N/A |
| 17-09-09 | 06/28/17 | Passenger Compartment Equipment - Replacement of Zodiac Seats | Open | Due Jun 2022 |
| 17-11-11 | 07/11/17 | Navworx ADSB Universal Access Transceiver Units – Remove, Disable, or Revise Software To Broadcast A SIL of 0 | 02/01/18 | N/A |
| 17-18-12 | 10/16/17 | Oxygen – Inspection and Replacement of B/E Aerospace Protective Breathing Equipment, PN 119003-21 | 07/17/18 | N/A |

**APP038**



### 55-060 AIRFRAME SERVICE BULLETINS

**This Section documents Alert or Recommended SB's Not Complied With per records received by EJS.**

| SB Number | Rev | Description | Due |
|---|---|---|---|
| A55-27-40 | | Flight Controls – Inspection of flap structure components | 10919.82 |
| 55-21-13 | 4 | Modification of auxiliary cabin heater | |
| 55-27-41 | | Flight Controls – Flap Structure Modification | Sep 2019 8623 Landings |
| 55-32-25 | 1 | Landing Gear – Main landing gear torque link replacement | 14167 |
| 55-71-02 | 1 | NDI Inspection of forward engine mounts for cracks | 11793.5 |

### 55-060 LIFE LIMITED COMPONENTS STATUS

### 55-060 AIRFRAME REPLACEMENT SCHEDULE:

| Description | Part Number Serial Number | Total Time / Cycle Last Complied With | Requirement | Time / Cycle Next Due |
|---|---|---|---|---|
| **G2820002**<br>**All Fuel Hose Assemblies (excluding all hoses in engine nacelle area) in aircraft (pressure).**<br>**NOTE: Excludes vent and expansion line hoses..** | | 02/01/07<br>9223 Hr<br>6877 Ldg | **144 M**<br>**6000 Ldg** | **Feb 2019** |
| **Z5210054**<br>**Cabin Door and Emergency Exit/Baggage Door Handle - Replace.**<br>**(Effective on Aircraft 55-001 thru 55-147 not modified by SB 55-52-11.)**<br>**NOTE: For Aircraft with more than 6,000 Landings or 12 Years on April 30, 2018 perform replacement within 1,200 Landings or 36 Months whichever occurs first..** | | N/A | **36 M**<br>**1200 Ldg** | **Apr 2021**<br>**9452 Ldg** |
| **T5322000**<br>**Keel beam Attachment Bolts.** | | 02/01/07<br>9223 Hr<br>6877 Ldg | **144 M**<br>**6000 Ldg** | **Feb 2019** |
| **G2431046**<br>**Right Essential A and B Bus (40 Amp) Circuit Breakers.** | | 10/28/10<br>9843.2 Hr<br>7327 Ldg | **144 M**<br>**6000 Ldg** | **Oct 2022**<br>**13327 Ldg** |
| **G2431048**<br>**Left Essential A and B Bus (40 Amp) Circuit Breakers.** | | 10/28/10<br>9843.2 Hr<br>7327 Ldg | **144 M**<br>**6000 Ldg** | **Oct 2022**<br>**13327 Ldg** |
| **G2431050**<br>**MAIN BUS TIE and POWER BUS TIE (50 Amp) Circuit Breaker.** | | 02/01/07<br>9223 Hr<br>6877 Ldg | **144 M**<br>**6000 Ldg** | **Feb 2019** |

**APP039**



| Description | Part Number Serial Number | Total Time / Cycle Last Complied With | Requirement | Time / Cycle Next Due |
|---|---|---|---|---|
| **L2564000**<br>**Dorne and Margolin ELT System Battery Pack.**<br>**NOTE: The ELT battery must also be replaced after the total of known transmission time exceeds 1 hour, inadvertent activation of unknown duration and when the system has been used in an emergency.** | N/A | N/A | N/A | **N/A** |
| **E2564001**<br>**Pointer ELT System Battery Pack.**<br>**NOTE: Replace battery pack after the transmitter has been used in an emergency situation including any inadvertent actuation of unknown duration.**<br>**Replace battery pack after the transmitter has been operated for more than 1 cumulative hour (e.g. time accumulated in several tests and/or an inadvertent activation of known duration.)** | PN: 453-5000<br>SN: 170-05011 | 07/17/18<br>10889.7 Hr<br>8216 Ldg | Before Exp Date | **Dec 2021** |
| **F2566000**<br>**CVR/FDR ULB Battery.** | PN: GA100-0000<br>SN: 02171 | 02/01/18<br>10881.4 Hr<br>8211 Ldg | Before Exp Date | **Feb 2022** |
| **F2720015**<br>**Primary Rudder Control System Cables.**<br>**NOTE: Replacement time applies to primary rudder system only. Yaw servo cables are replaced as required. (Refer to Chapter 27 for control cable damage limits.)** | | 9518.5 Hr | 2400 Hr | **11918.5** |
| **E2720017**<br>**\* Rudder Assembly. (5433000 and 5581005)** | | N/A | 20000 Hr | **20000** |
| **E2720020**<br>**\* Rudder Hinge Bolts. (NAS6205 and NAS464P5)**<br>**NOTE: There may be some variation in grip lengths among these bolts. Refer to the parts catalog for each case. There is no difference in replacement lives.** | | 3958.4 Hr | 20000 Hr | **23958.4** |
| **E2720022**<br>**\* Rudder Sector Bearing Assembly. (5435052)** | | N/A | 20000 Hr | **20000** |
| **E2720026**<br>**\* Rudder Hinge Brackets. (5431055 and 5431056)** | | N/A | 20000 Hr | **20000** |

**APP040**



| Description | Part Number Serial Number | Total Time / Cycle Last Complied With | Requirement | Time / Cycle Next Due |
|---|---|---|---|---|
| F2730014<br>* Primary Elevator Control System Cables.<br>NOTE: Replacement time applies to primary Aileron and Elevator Control Systems only. Aileron (roll) servo cables, and Elevator (pitch) servo cables (Effective on aircraft 55-003 thru 55-126) and Pusher/Puller servo cables (Effective on aircraft 55-127 thru 55-134) are replaced as required. (Refer to Chapter 27 for control cable damage limits.) | | 9518.5 Hr | 2400 Hr | **11918.5** |
| E2730016<br>* Elevator Assembly.<br>(2434000) | | N/A | 20000 Hr | **20000** |
| E2730020<br>* Elevator Hinge Brackets (2332013 Outboard, 2332018 Center, and 2332019 Inboard) (Located on Horizontal Stabilizer Assembly). | | N/A | 20000 Hr | **20000** |
| E2730021<br>* Elevator Bellcranks.<br>(2331511) | | N/A | 20000 Hr | **20000** |
| E2730022<br>* Elevator Upper Push-Pull Tubes. (5435013) | | N/A | 20000 Hr | **20000** |
| E2730024<br>* Elevator Hinge Bolts.<br>(AN4H11A)<br>NOTE: There may be some variation in grip lengths among these bolts. Refer to the parts catalog for each case. There is no difference in replacement lives. | | 9855.2 Hr | 20000 Hr | **29855.2** |
| G2740011<br>* Horizontal Stabilizer Actuator Attach Bolts.<br>(NAS464P6)<br>NOTE: There may be some variation in grip lengths among these bolts. Refer to the parts catalog for each case. There is no difference in replacement lives. | | 08/17/13<br>10809.6 Hr<br>7951 Ldg | **144 M<br>6000 Ldg** | **Aug 2025<br>13951 Ldg** |
| R3500051<br>Oxygen Cylinder (Kevlar wrapped) - Replace.<br>(Effective on aircraft equipped with a Dorsal Oxygen System or Dual Oxygen System.)<br>NOTE: Initial time count for replacement of this item shall commence from the manufacturing date stamped on the item. | | | | |

**APP041**



| Description | Part Number Serial Number | Total Time / Cycle Last Complied With | Requirement | Time / Cycle Next Due |
|---|---|---|---|---|
| **R3500054 Oxygen Cylinder (steel, DOT3HT1850) - Replace (Effective on aircraft equipped with a Dorsal Oxygen System or Dual Oxygen System.) NOTE: Initial time count for replacement of this item shall commence from the manufacturing date stamped on the item.** | | | | |
| **G7110021 Fuel hose assemblies inside engine nacelle area. NOTE: On aircraft equipped with Teflon steel-braided hoses, these hoses are not life limited and shall be replaced as condition dictates.** | | On Condition | On Condition | **On Condition** |
| **G7110022 Hydraulic hose assemblies in the engine nacelle area (including hose assemblies attached to the hydraulic pump and terminating at the fire wall). NOTE: On aircraft equipped with Teflon steel-braided hoses, these hoses are not life limited and shall be replaced as condition dictates.** | | 12/07/15 10823.2 Hr | 60 M 2400 Hr | **Dec 2020 13223.2 Hr** |
| **K7120036 Forward Engine Shock Mount Cover (LM-833-3). NOTE: If required, a tolerance of 200 flight hours may be added to interval to coincide replacement with engine manufacturer's core zone inspection (CZI).** | PN: 6600308-5 | 8399.1 Hr | 4200 Hr | **12599.1 Hr** |
| **L7120037 Aft Engine Isolator Assembly (P/N 6600309-3) consisting of Housing (LM-833-30) and Center Bonded Joint (LM-833-16) or Aft Isolator Assembly (P/N 6600309-005). NOTE: If required, a tolerance of 400 flight hours may be added to interval to coincide replacement with engine manufacturer's core zone inspection (CZI).** | PN: 6600309-005 | 7586.1 Hr | 8400 Hr | **15986.1 Hr** |
| **E7120038 * Forward Engine Mount Attach Bolts. (2651026)** | LH SN: 5520 RH SN: 1717 | N/A | 20000 Hr | **20000 Hr** |

**APP042**



| Description | Part Number Serial Number | Total Time / Cycle Last Complied With | Requirement | Time / Cycle Next Due |
|---|---|---|---|---|
| **E7120039** **\* Aft Engine Attach Bolts. (2652002 and 2651027)** **NOTE: There may be some variation in grip lengths among these bolts. Refer to the parts catalog for each case. There is no difference in replacement lives.** | | 01/13/12 10002 Hr | 20000 Hr | **30002 Hr** |
| **V7120040** **\* Forward Upper and Lower Engine Shock Support Bolts. (6600187, NAS1307-3H and NAS6607H3)** **NOTE: There may be some variation in grip lengths among these bolts. Refer to the parts catalog for each case. There is no difference in replacement lives.** | | 01/13/12 10002 Hr | 20000 Hr | **30002 Hr** |
| **E7120041** **\* Aft Shock Mount Attach Bolts. (NAS335CP23)** **NOTE: There may be some variation in grip lengths among these bolts. Refer to the parts catalog for each case. There is no difference in replacement lives.** | | N/A | 20000 Hr | **20000 Hr** |
| **K7120064** **Forward Engine Shock Mount Bolts. (NAS1304-1H)** **NOTE: If required, a tolerance of 200 flight hours may be added to interval to coincide replacement with engine manufacturer's core zone inspection (CZI).** | | 05/06/05 8399.1 Hr | 4200 Hr | **12599.1 Hr** |
| **L7120065** **Forward Engine Shock Mount Mounting Assembly. (LM-833-1) NOTE: If required, a tolerance of 400 flight hours may be added to interval to coincide replacement with engine manufacturer's core zone inspection (CZI).** | | 05/06/05 8399.1 Hr | 8400 Hr | **16799.1 Hr** |
| **L7120066** **Forward Engine Shock Mount Housing. (LM-833-2)** **NOTE: If required, a tolerance of 400 flight hours may be added to interval to coincide replacement with engine manufacturer's core zone inspection (CZI).** | | 05/06/05 8399.1 Hr | 8400 Hr | **16799.1 Hr** |

**APP043**



| Description | Part Number Serial Number | Total Time / Cycle Last Complied With | Requirement | Time / Cycle Next Due |
|---|---|---|---|---|
| G3210003 **Hydraulic hose assemblies attached to the main and nose gear actuators, main gear door actuators, and the main and nose gear uplatch actuator.** **NOTE: On aircraft equipped with Teflon steel-braided hoses, these hoses are not life limited and shall be replaced as condition dictates. 1,500 hour replacement of hoses is only applicable to those hoses directly attached to respective actuator.** | | 12/07/15 10823.2 Hr | On Condition | **On Condition** |
| E3211067 **\* Main Gear Attach Pin. (2341109)** | | 10/28/10 9843.2 Hr 7327 Ldg | 20000 Ldg | **27327 Ldg** |
| L3211071 **\* Main Gear Strut. (5441000, 5584030)** | LH SN: RT-233 RH SN: 160 | 01/25/84 250 Ldg | 12000 Ldg | **12250 Ldg** |
| V3211100 **\* Main Landing Gear Torque Links. (P/N 2341119)** **NOTE: For aircraft with torque link time in service of 6,000 landings, but less than 9,000 landings as of November 4, 2013, perform replacement within 200 landings or 24 months, whichever occurs first. For aircraft with torque link time in service equal to or more than 9,000 landings as of November 4, 2013, perform replacement within 100 landings or 12 months, whichever occurs first.** | | 12/29/15 8167 Ldg | 6000 Ldg | **14167 Ldg** |
| V3211101 **\* Main Landing Gear Assembly (2394105)** | | 01/25/84 250 Ldg | 12000 Ldg | **12250 Ldg** |
| E3211076 **\* Main Gear Strut. (5441100)** | | 01/25/84 250 Ldg | 12000 Ldg | **12250 Ldg** |
| M3211077 **\* Main Gear Pillar Actuator Assembly. (2341123-10 and -14)** | | 09/24/04 5995 Ldg | 20000 Ldg | **25995 Ldg** |
| E3211082 **\* Nose Gear Strut. (2342100) (Hard surface runway landings only.)** | | N/A | 20000 Ldg | **20000 Ldg** |
| E3211083 **\* Nose Gear Actuator. (2317100) (Hard surface runway landings only.)** | | N/A | N/A | **N/A** |
| E3211084 **\* Main Gear Actuator Attach Pin. (5441101)** | | 10/28/10 7327 Ldg | 20000 Ldg | **27327 Ldg** |

**APP044**

| Description | Part Number Serial Number | Total Time / Cycle Last Complied With | Requirement | Time / Cycle Next Due |
|---|---|---|---|---|
| **E3211087** **\* Main Gear Actuator. (2327100) (Hard surface landing only.)** | LH SN: RH0014 RH SN: RH0298 | 09/24/04 5995 Ldg | 20000 Ldg | **20680 Ldg** |
| **M3211098** **\* Main Gear Actuator Pillar Assembly. (2341123-15, -17, and -23)** | | 09/24/04 5995 Ldg | 20000 Ldg | **25995 Ldg** |
| **Q3211099** **\* Main Gear Strut Assembly (3141100) with Cylinder Assembly (6041101) (Hard Surface Landing only).** | | 01/25/84 250 Ldg | 12000 Ldg | **12000 Ldg** |
| **G3233003** **Emergency air hose assemblies for landing gear emergency freefall extension, landing gear emergency blowdown, and emergency braking systems.** | | 12/07/15 8158 Ldg | 144 M 6000 Ldg | **On Condition** |
| **G3243040** **Hydraulic brake hose assemblies located on the strut and in the wheel well area.** **NOTE: On aircraft equipped with Teflon steel-braided hoses, these hoses are not life limited and shall be replaced as condition dictates.** | | 12/07/15 10823.2 Hr | On Condition | **On Condition** |
| **E3211065** **Nose Landing Gear Actuator Bolt. (NAS464P7L53)** | | 12/07/10 7330 Ldg | 6000 Ldg | **13330 Ldg** |
| **R3500052** **Oxygen Cylinder (Kevlar wrapped).** **NOTE: Initial time count for replacement of this item shall commence from the manufacturing date stamped on the item.** | N/A | N/A | N/A | **N/A** |
| **R3500053** **Oxygen Cylinder (steel, DOT3HT1850).** **NOTE: Initial time count for replacement of this item shall commence from the manufacturing date stamped on the item.** | PN: 17618176/172 170-04 SN: N64427/5237 | 02/01/18 10881.4 | On Condition | **On Condition** |
| **U3610068** **Emergency Air Bottles (P/N 6600194-008).** **NOTE: Effective on bottles with S/N's 007 thru 027, 029, 031, 032, 044, 046, 047, 050, 056, 057, 059, 061, 071, 076, 077, 079, 080, 083, 085, 088, and 089.** | | N/A | N/A | **N/A** |

**APP045**



| Description | Part Number Serial Number | Total Time / Cycle Last Complied With | Requirement | Time / Cycle Next Due |
|---|---|---|---|---|
| **U3610067**<br>**Emergency Air Bottles (P/N 6600194-008).**<br>**NOTE: Initial time count for testing of this item shall commence from the manufacturing date stamped on the item.**<br>**Not effective on bottles with S/N's 007 thru 027, 029, 031, 032, 044, 046, 047, 050, 056, 057, 059, 061, 071, 076, 077, 079, 080, 083, 085, 088, and 089.** | Gear SN: 00713<br>Brake SN: 00705 | No Log Book Entry Found CAMP card only | No Log Book Entry Found CAMP card only | No Log Book Entry Found CAMP card only |
| **Z3610076**<br>**Emergency Air Bottles (P/N 23111386) - Scrap.**<br>**NOTE: Initial time count for replacement of this item shall commence from the manufacturing date stamped on bottle. If bottle is beyond 15 Years, Replace within two (2) years from last compliance of IRN R3610050.** | N/A | N/A | N/A | **N/A** |
| **H2620035**<br>**Engine fire extinguisher cartridges (Walter-Kidde). (841155)**<br>**NOTE: On Walter-Kidde cartridges, cartridge replacement time interval shall begin from the date of manufacture stamped on the cartridge.** | N/A | N/A | N/A | **N/A** |
| **H2620036**<br>**Engine fire extinguisher cartridges (Walter-Kidde). (841155-1)**<br>**NOTE: On Walter-Kidde cartridges, cartridge replacement time interval shall begin from the date of manufacture stamped on the cartridge.** | N/A | N/A | N/A | **N/A** |
| **V2620040**<br>**Engine fire extinguisher cartridges. (HTL)**<br>**NOTE: The maximum service life shall not exceed 6 years. The maximum storage and installed service life shall not exceed 9 years. Check date stamped on cartridge.** | | 07/13/15<br>10809.4 Hr | 72 M | **Feb 2021** |

**APP046**



| Description | Part Number Serial Number | Total Time / Cycle Last Complied With | Requirement | Time / Cycle Next Due |
|---|---|---|---|---|
| **F2710008** **\* Primary Aileron Control System Cables.** **NOTE: Replacement time applies to primary aileron and elevator control systems only. Aileron (roll) servo cables, and elevator (pitch) servo cables (Effective on aircraft 55-003 thru 55-126) and pusher/puller servo cables (Effective on aircraft 55-127 thru 55-134) are replaced as required.** | | 07/13/15 10809.4 Hr  RH Upper Inbd: 01/13/12 10002 Hr | 2400 Hr | **11918.5 Hr RH Upper Inbd: 12402 Hr** |
| **E2710010** **\* Aileron Drive Yoke Bolt. (NAS1104-38D)** | | 10/28/10 9843.2 Hr | 3600 Hr | **13443.2 Hr** |
| **E2710014** **\* Aileron Center Hinge Bolt. (AN4H13A)** | | 04/28/11 9855.2 Hr | 3600 Hr | **13455.2 Hr** |
| **G2710016** **\* Aileron Assembly.** | | N/A | 20000 Hr | **20000 Hr** |
| **E2710020** **\* Aileron Clevis Bolt. (NAS464P4)** | | 02/04/90 2335.9 Hr | 20000 Hr | **22335.9 Hr** |
| **M2710021** **\* Aileron Inboard and Outboard Hinge Bolts. (AN4H12A)** | | 04/28/11 9855.2 Hr | 20000 Hr | **29855.2 Hr** |
| **E2710022** **\* Aileron Sector. (5425015)** | | N/A | 20000 Hr | **20000 Hr** |
| **E2710024** **\* Aileron Clevis. (2324517)** | | N/A | 20000 Hr | **20000 Hr** |
| **E2710026** **\* Aileron Yoke Assembly. (2324511)** | | N/A | 20000 Hr | **20000 Hr** |
| **E2710028** **\* Aileron Bearing Support Assembly. (5425016)** | | 07/14/93 3958.4 Hr | 20000 Hr | **23958.4 Hr** |
| **E2710031** **\* Aileron Hinge Bracket Assembly. (2322530)** | | N/A | 20000 Hr | **20000 Hr** |
| **E2750002** **Flap Nose Roller Bushings. (NAS76A4)** | | 01/13/12 10002 Hr | 1200 Hr | **11202 Hr** |
| **F2750017** **\* Inboard Flap Hinge Fitting (on flap). (2625023)** **NOTE: Inboard flap track hinge fitting (2625023) is riveted to wing flap assembly (2625010), which has no specified life limit and does not require replacement.** | | N/A | 20000 Hr | **20000 Hr** |

**APP047**



| Description | Part Number Serial Number | Total Time / Cycle Last Complied With | Requirement | Time / Cycle Next Due |
|---|---|---|---|---|
| **F2750019** <br> **\* Outboard Flap Hinge Fitting (on flap). (2625024)** <br> **NOTE: Outboard flap track hinge fitting (2625024) is riveted to wing flap assembly (2625010), which has no specified life limit and does not require replacement.** | | N/A | 20000 Hr | **20000 Hr** |
| **E2750021** <br> **\* Inboard and Outboard Flap Track Assembly. (2325022)** | | N/A | 20000 Hr | **20000 Hr** |
| **E2750023** <br> **\* Inboard Nose Roller Track (Flap). (2322511)** | | Left : 7075.8 Hr <br> Right: 10002 Hr | 20000 Hr | **Left: 27075.8 Right: 30002** |
| **E2750024** <br> **\* Outboard Nose Roller Track (Flap). (2322512)** | | N/A | 20000 Hr | **20000 Hr** |
| **G2750034** <br> **Wing Flap Sector Mounting Bolt which secures Flap Sector.** | | 10/28/10 <br> 9843.2 Hr | 144 M <br> 6000 Ldg | **Oct 2022 13327 Ldg** |
| **Z2750058** <br> **\*Flap Nose Roller Support Arm (2325010) and Flap Leading Edge Rib (2625015). (Refer to 27-50-01) (Effective on Aircraft 55-003 thru 55-147 not modified by SB 55-27-41), two places each flap.** <br> **NOTE: For Aircraft with more than 3,000 Landings on October 27, 2017 perform replacement within 24 Months or 400 Landings whichever occurs first.** | | N/A | 24 M <br> 400 Ldg | **Oct 2019 8645 Ldg** |
| **E2760057** <br> **\* Spoiler Assembly (2422510-70 and previous) (Aluminum Center Hinge Arm). (Effective on aircraft 55-003 thru 55-131, when equipped with P/N 2422510-70 and prior spoiler assemblies.)** | N/A | N/A | N/A | **N/A** |
| **E2760067** <br> **\* 5/16" Spoiler Attach Bolts. (NAS464P5)** | | 3572 Hr | 9000 Hr | **12572 Hr** |
| **E2760070** <br> **\* Spoiler Assembly. (2422510-71 and Subsequent) (Effective on aircraft 55-132 and subsequent, and prior aircraft equipped with P/N 2422510 -71 and subsequent spoiler assemblies.)** | Left: W730S <br> Right: W755S | 3572 Hr | 9000 Hr | **12572 Hr** |
| **E2760071** <br> **\* Spoiler Actuator Arm Assembly. (2422511)** | | 3572 Hr | 9000 Hr | **12572 Hr** |

**APP048**



| Description | Part Number Serial Number | Total Time / Cycle Last Complied With | Requirement | Time / Cycle Next Due |
|---|---|---|---|---|
| E2760072<br>* Spoiler Center Pivot Bolt. (NAS464P5) | | 10/28/10<br>9843.2 Hr | 9000 Hr | **18843.2 Hr** |
| E2760073<br>* Spoiler Inboard/Outboard Bolt. (AN4-14A) | | 10/28/10<br>9843.2 Hr | 9000 Hr | **18843.2 Hr** |
| E2760074<br>* Spoiler Actuator Aft Bolt. (NAS464P4) | | 10/28/10<br>9843.2 Hr | 9000 Hr | **18843.2 Hr** |
| E2760077<br>* Spoiler Actuator Fitting and Bolt. (BACB30NJ4D) | | N/A | 20000 Hr | **20000 Hr** |
| E2760083<br>* Spoiler Actuator Assembly. | Left: 432<br>Right: 2234 | Left: 10002 Hr<br>Right: 9843.2 Hr | 20000 Hr | **Left: 29843.2<br>Right: 16129.3** |

## 55-060 ENGINE REPLACEMENT SCHEDULE:

## LH ENGINE S/N: P-85220C      Total Time: 10406.2      Total Cycles: 7838

| Description | Part Number | Total Time | Requirement | Time Next Due | Service Order Number |
|---|---|---|---|---|---|
| | Serial Number | Total Cycles | | Cycle Next Due | |
| Stage 1 Low Pressure Turbine Disc | 3075830-1<br>050322904355 | 1594 | 3000 | 9244 | |
| Stage 2 Low Pressure Turbine Disc | 3072542-5<br>050322904497 | 1594 | 3000 | 9244 | |
| Stage 3 Low Pressure Turbine Disc | 3072544-2<br>9-03229-4757 | 1550 | 3000 | 9288 | |
| High Pressure Turbine Disc | 3072316<br>0-12112-2614 | 4176 | 7000 | 10662 | |
| Hi Pressure Rotor Stepped Seal Plate | N/A | 7838 | 10000 | 10000 | |
| Fan Disc | 3073602-1<br>020322900592 | 2613 | 10000 | 15225 | |
| Stage 1 Low Pressure Compressor Disc | 3072395<br>1-03160-2171 | 7838 | 10000 | 10000 | |
| Stage 2 Low Pressure Compressor Disc | 3072396<br>1-12112-3754 | 7838 | 10000 | 10000 | |
| Stage 3 Low Pressure Compressor Disc | 3072397<br>1-03160-1565 | 7838 | 10000 | 10000 | |
| Stage 4 Low Pressure Compressor Disc | 3072398<br>0-03160-3737 | 7838 | 10000 | 10000 | |
| High Pressure Compressor Impeller | 3073394-1<br>0-23365-1951 | 6279 | 10000 | 11559 | |
| High Pressure Shouldered Shaft | 3072545-1<br>2P-13204 | 7838 | 12000 | 12000 | |

**APP049**



| Description | Part Number / Serial Number | Total Time / Total Cycles | Requirement | Time Next Due / Cycle Next Due | Service Order Number |
|---|---|---|---|---|---|
| High Pressure Rotor Seal Plate | 3072411-1 1-18040-8260 | 7838 | 10000 | 10000 | |

### RH ENGINE S/N: P-85229C    Total Time: 10450.0    Total Cycles: 7815

| Description | Part Number | Total Time | Requirement | Time Next Due | Service Order Number |
|---|---|---|---|---|---|
| | Serial Number | Total Cycles | | Cycle Next Due | |
| Stage 1 Low Pressure Turbine Disc | 3075830-1 050322904352 | 1588 | 3000 | 9227 | |
| Stage 2 Low Pressure Turbine Disc | 3072542-5 000322904522 | 2248 | 3000 | 8567 | |
| Stage 3 Low Pressure Turbine Disc | 3074096-2 011217200524 | 2431 | 7000 | 12384 | |
| High Pressure Turbine Disc | 3072316-2 9-12112-2141 | 5852 | 7000 | 8963 | |
| Hi Pressure Rotor Stepped Seal Plate | N/A | 7815 | 10000 | 10000 | |
| Fan Disc | 3073602-1 020322900593 | 2607 | 10000 | 15208 | |
| Stage 1 Low Pressure Compressor Disc | 3072395 1-03160-2107 | 7815 | 10000 | 10000 | |
| Stage 2 Low Pressure Compressor Disc | 3072396 1-12112-3675 | 7815 | 10000 | 10000 | |
| Stage 3 Low Pressure Compressor Disc | 3072397 1-03160-1381 | 7815 | 10000 | 10000 | |
| Stage 4 Low Pressure Compressor Disc | 3072398 0-03160-412 | 7815 | 10000 | 10000 | |
| High Pressure Compressor Impeller | 3073394-1 1-23365-1860 | 4575 | 10000 | 13240 | |
| High Pressure Shouldered Shaft | 3072545-1 2P-14800 | 7815 | 12000 | 12000 | |
| High Pressure Rotor Seal Plate | 3072411-1 1-18040-8346 | 7815 | 10000 | 10000 | |

### 55-060 EMERGENCY EQUIPMENT

| Description | Part Number | Last Complied With | Requirement | Time Next Due |
|---|---|---|---|---|
| | Serial Number | | | Cycle Next Due |
| First Aid Kit | - | | Inspection | On Condition |
| Portable Breathing Equipment | NA | NA | NA | **NA** |
| Portable Hand Held Fire Extinguisher - Cockpit | B385 X995228 | 04/28/11 | Hydrostatic | **Apr 2023** |
| Portable Hand Held Fire Extinguisher – Cabin | C352 X984348 | 02/01/11 | Hydrostatic | **Feb 2023** |
| Portable Hand Held Fire Extinguisher - Lav | N/A | NA | NA | **NA** |
| Life Vest - Pilot | 63600-101 L467832 | 02/01/18 | Restoration | **Nov 2027** |

**APP050**



| Life Vest – Co-Pilot | P01074-209 101530023 | 02/01/18 | Restoration | **Oct 2020** |
|---|---|---|---|---|
| Life Vest - Cabin | P01074-209 1010530035 | 02/01/18 | Restoration | **Oct 2020** |
| Life Vest - Cabin | P01074-209 1010530036 | 02/01/18 | Restoration | **Oct 2020** |
| Life Vest - Cabin | P01074-209 1010530019 | 02/01/18 | Restoration | **Oct 2020** |
| Life Vest - Cabin | P01074-209 1010530020 | 02/01/18 | Restoration | **Oct 2020** |
| Life Vest - Cabin | P01074-209 1010530022 | 02/01/18 | Restoration | **Oct 2020** |
| Life Vest - Cabin | P01074-209 1010530021 | 02/01/18 | Restoration | **Oct 2020** |
| Life Vest - Cabin | P01074-209 1010530022 | 02/01/18 | Restoration | **Oct 2020** |

## 55-060  Supplemental Inspection Requirements:

| |
|---|
| Determined through Log Book Research there are no Supplemental Aircraft Structural Inspection Requirements for this Aircraft. |
| Determined through Log Book Research there are no additional Time Limited Maintenance Checks generated by STC/Modification/IFCA and that the existing Maintenance Program Task, as defined by the Production Aircraft Maintenance Manual, remain in effect. |
| Determined through Log Book Research there are no additional Airworthiness Limitations generated by STC/Modification/IFCA and that the existing Airworthiness Limitations, as defined by the Production Aircraft Maintenance Manual, remain in effect. |

## 55-060 MAJOR REPAIRS:

Purpose of this section is to record the major repairs (as defined by FAR 1) that have been performed, according to the records received by Elite Jet Solutions.

Number of major repairs FAA 337 forms on file with FAA: UnK
Number of major repairs FAA 337 forms in aircraft records: 1

| Accomplished By | Description | FAA Approval Basis | FAA 337 or | FAR 43 Appendix B sign off |
|---|---|---|---|---|
| James F. Neylon Jr | Corrosion repair of lower wing skin, right wing root dry bay area | Learjet Letter L3735-02-98-02-85 | Yes | N/A |

## 55-060 MAJOR ALTERATIONS:
Purpose of this section is to record the major alterations (as defined by FAR 1) that have been incorporated, according to the records received by Elite Jet Solutions.

**APP051**



| Description | STC Cover Page | Accomplished By | FAA 337 | AFMS | ICA's |
|---|---|---|---|---|---|
| FAA Approval Basis | STC Holder | Date | | AFMS # | |
| Installation of 77.9 Cubic Ft. O2 Bottle Fwd DER 55-3502 | N/A | Learjet 02/25/1990 | YES | N/A | RT Aerospace RT-GLJ5320.1250 |
| Installed Universal UNS 1M GPS Field Approval | N/A | Superior Avionics 4/14/1998 | YES | Yes | No Change to Production TLMC or AWL |
| Installed Fairchild GA100 CVR Field Approval | N/A | Superior Avionics 4/14/1998 | YES | Yes | No Change to Production TLMC or AWL |
| Installation of Cabin Entertainment System 8110-3 Approval | N/A | Superior Avionics 4/14/1998 | No | Yes | No Change to Production TLMC or AWL |
| Interior Refurbishment 8110-3 | N/A | Jet Center Interiors 4/15/1998 | YES | No | No Change to Production TLMC or AWL |
| RVSM STC ST011050SE-D | STC Learjet | Learjet 08/28/2004 | NO | No | AMI-STC-LJ55 |
| Installation of ISS Air Display Units STC ST00954WI | STC Learjet | Precision Jet Avionics 09/30/2004 | YES | N/A | No Change to Production TLMC or AWL |
| Installed ARTEX ELT110-4 8110-3 | N/A | Precision Jet Avionics 09/30/2004 | YES | N/A | Artex Supplement |
| Installed Interior Dwg # M060110ICT | N/A | Learjet Inc. 12/28/97 | YES | N/A | No Change to Production TLMC or AWL |
| Installed 1200 VA 115vac/60hz Inverter ST00359WI | N/A | Learjet Inc. 12/28/97 | YES | N/A | No Change to Production TLMC or AWL |
| Installed R/H Aft belted toilet and partition ST00239WI | N/A | Learjet Inc. 12/28/97 | YES | N/A | No Change to Production TLMC or AWL |
| Installed AIRSHOW 400 ST00177WI | N/A | Learjet Inc. 12/28/97 | YES | N/A | No Change to Production TLMC or AWL |
| Installed LED Lighting System 8110-3 | N/A | Central Flying Service 4/28/2011 | YES | N/A | CFS# 37780411 r IR |
| Installed Inverter System 8110-3 | N/A | Central Flying Service 4/28/2011 | YES | N/A | ASI ICA916016-08 |
| Installed Entertainment System 8110-3 | N/A | Central Flying Service 4/28/2011 | YES | N/A | ASI ICA91016-08 |
| Installed L3 Weather Mapping System WX500 8110-3 | NO | Central Flying Service 4/28/2011 | YES | N/A | CFS# 3790411 |
| Installed Sundstrand T-20-10C3 APU ST00265NY | Pats Inc. | Learjet Inc. 12/28/97 | YES | AFM Supplement No.1 | No Change to Production TLMC or AWL |

- TLMC – Time Limits/Maintenance Checks or Manufacturers Scheduled Maintenance Program Task.
- AWL – Airworthiness Limitations.

**APP052**



| Discrepancy # | Description |
|---|---|
| 1 | **Phase A Inspection due  Feb 2019** |
| 2 | **12 year airframe inspection Due Feb 2019** |
| 3 | **G1222002 Due Aug 2019**<br>Lead Acid Batteries - (Effective on aircraft equipped with captive electrolyte batteries.) (Refer to 12-22-00.) a. Service battery sump jar (if installed).<br>b. Perform battery |
| 4 | **F1223010 Due - Aug 2018**<br>Perform operational check of PS-835 or PS-855 lead-acid emergency power supply battery. |
| 5 | **D1223015 Due Feb 2019**<br>Perform discharge check of PS-835 or PS-855 lead-acid emergency power supply battery.<br>NOTE: Refer to J.E.T Maintenance Manual, TP-329 [PS-835] or TP-483 [PS-855]. |
| 6 | **L5210025 Due Jan 2019**<br>Visually inspect exterior lower cabin door structure, fuselage door cut-out framing members, and hinge area for evidence of corrosion. If corrosion is found, remove door access panels and inspect for evidence of corrosion on inner structure. |
| 7 | **R5321094 Due at 12 year inspection**<br>Frame 27- Perform Detailed Visual Inspection of double frame area.<br>NOTE: SB 55-53-9, "Installation of Access Hole at Frame 27" must be accomplished before this inspection can be performed.<br>If the next scheduled 12 Year Airframe Inspection becomes due within 2400 hours from date of revision, perform at the 12 Year Airframe Inspection. |
| 8 | **No log book entry noted for IRN R3610041**<br>WARNING:DO NOT METAL STAMP TAVCO AIR BOTTLES.<br>Emergency Air Bottles (P/N 23111386) - Perform Visual Inspection and ICC Hydrostatic Test.<br>NOTE: Inspection and testing of emergency air bottles shall be accomplished at an authorized testing facility using adequate safety precautions or bottles may be exchanged for tested units. Initial time count for testing of this item shall commence from the manufacturing date stamped on the item. |

**APP053**



| | |
|---|---|
| 9 | **No log book entry noted for IRN U3610065**<br>WARNING:DO NOT METAL STAMP AIR BOTTLES.<br>Emergency Air Bottles (P/N 6600194-008) - Perform Visual Inspection and ICC Hydrostatic Test. NOTE: Inspection and testing of emergency air bottles shall be accomplished at an authorized testing facility using adequate safety precautions or bottles may be exchanged for tested units. Initial time count for testing of this item shall commence from the manufacturing date stamped on the item.<br>On bottles with S/N's 007 thru 027, 029, 031, 032, 044,<br>046, 047, 050, 056, 057, 059, 061, 071, 076, 077, 079, 080, 083, 085, 088, and 089, replace at this time. (Refer to IRN U3610068, 05-11-00.) |
| 10 | **No log book entry noted for IRN U3610066** WARNING:DO NOT METAL STAMP AIR BOTTLES.Emergency Air Bottles (P/N 6600194-008) - Perform X-Ray Inspection.NOTE: Inspection of emergency air bottles shall be accomplished at an authorized testing facility using adequate safety precautions or bottles may be exchanged for tested units.Initial time count for testing of this item shall commence from the manufacturing date stamped on the item.Not effective on bottles with S/N's 007 thru 027, 029, 031, 032, 044, 046, 047, 050, 056, 057, 059, 061, 071, 076, 077, 079, 080, 083, 085, 088, and 089. |
| 11 | **IRN B2432010 due Aug 2018**<br>Inspect battery installation as follows: Battery cases for condition and that lids are properly secured. Structure under batteries for traces of electrolyte or corrosion. Battery vent tubes for kinks, obstructions, and security of attachment. Vent fittings and inlet and outlet fittings for obstructions, corrosion, and security of attachment. |
| 12 | **IRN P2620042 due Aug 2018**<br>Check engine fire extinguisher container pressure gage for proper pressure, and plumbing for condition and security. |
| 13 | **IRN P5450050 Due at 12 year inspection**<br>Pylon/Engine Beam Structure:<br>With engine mounts removed, conduct the following:<br>a.Inspect pylon structure for security, corrosion, distortion, working fasteners, fatigue cracks, and general condition. Visually inspect inside of forward and aft engine beams for cracks and other discrepancies. Observe upper and lower channels and forward and aft webs.<br>b.Eddy current inspect both forward and aft engine beam support fittings around engine mount attachment lugs and in area adjacent to accessible installation fasteners. |

**APP054**

**ELITE**
J E T   S O L U T I O N S

| 14 | **IRN L2812002 due Jan 2019**<br>Remove lower wing access covers outboard of WS 213.602. Inspect the inner wing structure for fatigue cracks, bacterial growth, and corrosion. If corrosion exists at this location, remove all lower surface access plates and inspect remaining wing structure. |
|---|---|
| 15 | **IRN L2812010 due Jan 2019**<br>Defuel wing tanks and remove the three access covers between WS 53 and 92.0 Rib. Using an explosion-proof light, inspect entire area for bacterial growth and corrosion.<br>a. If area is clean and no bacterial growth or corrosion is evident, install access covers.<br>b.If bacterial growth or corrosion is evident, defuel the wings and fuselage fuel cell. Remove all lower wing access plates and fuselage fuel pumps. Inspect remaining wing structure and bottom of fuel cell for contamination.<br>c.Install fuel pumps and access covers, refuel aircraft, and check for leaks. |
| 16 | **IRN L2812020 due Jan 2019**<br>On RH and LH wings, remove the inboard access covers from WS 72 (forward and middle cover) and the inboard spar 5 vertical access plate. Inspect wing flapper valves for freedom of movement, security, and general condition. Inspect adjacent interior structure for corrosion, fatigue cracks, loose or missing fasteners, and bacterial growth.<br>NOTE: This inspection includes the flapper valves from WS 53 inboard to WS 0.0. |
| 17 | **IRN P5710145 due Jan 2019** Perform visual inspection of inboard dry bay of wing adjacent to fuselage and forward of spar 2. Check that moisture drain holes are free of obstructions. |
| 18 | (91.411)Air Data System – Perform Certification Testing of Primary Altitude System, RVSM Continued **Due May 2019** |
| 19 | (91.411)Primary Pitot-Static Probes – Verify pitch, roll, and yaw alignment. **Due May 2019** |
| 20 | (91.411)Pitot-Static Probe – Perform Detailed Visual Inspection. **Due May 2019** |
| 21 | (91.411)Avionic Access Doors – Perform Avionics Door Gap and Mismatch Inspection. **Due May 2019** |
| 22 | (91.411)Forward Fuselage Skin – Perform Pitot-Static Probe Zone Skin Contour Check. **Due May 2018** |
| 23 | (91.411)Left and Right Pitot Static Probe Age Check **Due May 2018** |
| 24 | (91.413)#1 and #2 ATC Transponder tests and inspections **Due May 2019** |
| 25 | Emergency Locator Transmitter Inspection per FAR 91.207 (d).“N” Registered Aircraft **Due Jul 2019** |
| 26 | **SB AA55-27-40 Flight Controls – Inspection of flap structure components due 10919.82** |
| 27 | **55-27-41  Flight Controls – Flap Structure Modification due Sep 2019** |
| 28 | **G2820002 due Feb 2019**<br>All Fuel Hose Assemblies (excluding all hoses in engine nacelle area) in aircraft (pressure).<br>NOTE: Excludes vent and expansion line hoses.. |

**APP055**



| 29 | **T5322000 due Feb 2019**<br>Keel beam Attachment Bolts. |
|---|---|
| 30 | **G2431050 due Feb 2019**<br>MAIN BUS TIE and POWER BUS TIE (50 Amp) Circuit Breaker. |
| 31 | **No log book entry found for IRN U3610067**<br>Emergency Air Bottles (P/N 6600194-008).<br>NOTE: Initial time count for testing of this item shall commence from the manufacturing date stamped on the item.<br>Not effective on bottles with S/N's 007 thru 027, 029, 031, 032, 044, 046, 047, 050, 056, 057, 059, 061, 071, 076, 077, 079, 080, 083, 085, 088, and 089. |
| 32 | **Z2750058 due Oct 2019**<br>*Flap Nose Roller Support Arm (2325010) and Flap Leading Edge Rib (2625015). (Refer to 27-50-01) (Effective on Aircraft 55-003 thru 55-147 not modified by SB 55-27-41), two places each flap.<br>NOTE: For Aircraft with more than 3,000 Landings on October 27, 2017 perform replacement within 24 Months or 400 Landings whichever occurs first. |

# EXHIBIT B

Docusign Envelope ID: C8988895-AE2C-4D34-BF6A-2EE86C4BF4DB

## SETTLEMENT AND RELEASE AGREEMENT

This Settlement Agreement (the "**Settlement Agreement**") is made and entered into this 7th day of March, 2025, by and between JMJAV, LLC ("**JMJAV**"), Elite Jet Solutions, LLC ("**Elite Jet**"), and Cort Thomas in his role as court-appointed receiver on behalf of the Receivership Entities[1] (the "**Receiver**" and together with, JMJAV and Elite Jet, collectively, the "**Parties**") in *Securities and Exchange Commission v. Timothy Barton et. al.*, Case No. 3:22-cv-2118-X (the "**Receivership Case**"), pending before Judge Starr in the United States District Court for the Northern District of Texas, Dallas Division (the "**Court**").

## RECITALS

**WHEREAS**, JMJAV is the registered owner of a 1982 Gates Lear Jet, Serial No. 55-060, Registration No. N24NV (the "**Aircraft**"), and Elite Jet owns and operates an aircraft maintenance business which contracted to service, and provided services to, the Aircraft;

**WHEREAS,** a dispute arose between JMJAV and Elite Jet regarding repairs done to the Aircraft and payment for those repairs (the "**Dispute**"), which culminated in JMJAV filing suit against Elite Jet and its managing member Raymond Weeks, Jr. ("**Weeks**") in a lawsuit styled *JMJAV, LLC v. Elite Jet Solutions, LLC*, Cause No. 017-333443-22, pending in the 17th District Court for Tarrant County, Texas (the "**State Court Litigation**");

**WHEREAS,** in response to the Dispute, Elite Jet perfected a mechanic's lien dated September 3, 2021 in the principal amount of $143,576.63 (the "**Lien**"), by filing said Lien with the Federal Aviation Administration;

**WHEREAS**, on September 23rd, 2022, the Receivership Case began as a civil action filed by the Securities and Exchange Commission against Barton and certain entities Barton controlled seeking permanent injunctive relief, disgorgement of ill-gotten gains, plus prejudgment interest, civil penalties, officer and director bars, and all other just and proper equitable and ancillary relief;

**WHEREAS**, on October 18, 2022, Judge Starr appointed the Receiver to oversee the administration of all Receivership Entities (the "**Initial Receivership Order**"), enjoined any foreclosure or lien actions against any Receivership Entities or Receivership Property, and issued a stay against litigation involving the Receivership Entities (the "**Receivership Stay**") and any of the Receivership Entities' past or present officers, directors, managers, agents or partners sued in connection with actions taken in such capacity. Prior to vacatur of the Initial Receivership Order by the Fifth Circuit Court of Appeals, Judge Starr reappointed the Receiver on November 29, 2023 (the "**Receivership Order**") over a substituted set of Receivership Entities (including JMJAV) and reaffirmed the Receivership Stay;

**WHEREAS**, due to the Receivership Stay, the State Court Litigation has been stayed since October 18, 2022;

---

[1] "Receivership Entities" was defined in the Initial Receivership Order [Dkt. 29] as all entities "Timothy Barton directly or indirectly controls" but was later redefined as the entities listed in the current Receivership Order [Dkt. 417]. JMJAV is a Receivership Entity.

SETTLEMENT AGREEMENT                                                    PAGE 1 OF 6

Docusign Envelope ID: C8988895-AE2C-4D34-BF6A-2EE86C4BF4DB

WHEREAS, the Aircraft is in disrepair and not airworthy, and the Lien impairs the Aircraft's value. Based on an appraisal commissioned by the Receiver, the value of the Aircraft is $100,000, significantly less than the Lien amount. Further, the Receiver has doubts about the viability of the claims JMJAV alleges in the State Court Litigation; however, even if the State Court Litigation was successful, any possible recovery from selling the Aircraft would be eclipsed by the expenses of prosecuting the State Court Litigation;

WHEREAS, Elite Jet and the Receiver have negotiated extensively at arm's length regarding the Aircraft and the Lien, and now desire to enter into this Settlement Agreement to resolve and confirm, with certainty, all issues regarding the Aircraft, the Lien, the Dispute, and the Lawsuit;

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged the Parties agree as follows:

1.    Court Ratification.  In accordance with the terms of the Receivership Order, this Settlement Agreement is subject to ratification from the Court (the "**Court Ratification**"). Following the Parties' execution of this Settlement Agreement, the Receiver shall file a motion in the Receivership Case seeking ratification of the Settlement Agreement, and to lift the Receivership Stay for the limited purpose of dismissing the State Court Litigation (the "**Motion to Ratify Settlement Agreement**"). If this Settlement Agreement does not receive Court Ratification within sixty (60) days of filing the Motion to Ratify Settlement Agreement, it shall be null and void, and the Parties shall have no further liabilities and/or obligations to one another hereunder.

2.    Elite Jet Settlement Obligations.

   a.  Settlement Payment. The Parties agree that in consideration for entry into this Settlement Agreement, Elite Jet shall make a one-time payment of $20,000 to the Receiver (the "**Settlement Payment**") in good funds via wire pursuant to wire instructions to be provided by the Receiver no later than ten (10) business days following the entry of the order granting the Motion to Ratify Settlement Agreement.

   b.  Conditional Payment. Elite Jet has represented to the Receiver that it plans to sell the Aircraft for salvage value. To preclude Elite Jet from obtaining a windfall, the Parties agree that if Elite Jet is able to sell the Aircraft for more than the Lien amount plus Elite Jet's verified out-of-pocket expenses to get clean title for the Aircraft, including the Settlement Payment (the "**Elite Jet Cost**"), then the Receiver and Elite Jet will split evenly any amount remaining after subtracting the Elite Jet Cost (the "**Conditional Payment**"). Elite Jet agrees to make any Conditional Payment within seven (7) days of receipt of funds from selling the Aircraft. For example, if Elite Jet were to sell the Aircraft for $200,000 and the Elite Jet Cost was $180,000 (including the Settlement Payment) then the Receiver and Elite Jet would split evenly the remaining $20,000, meaning Elite Jet would pay to the Receiver an additional $10,000 as the Conditional Payment.

APP059

Docusign Envelope ID: C8988895-AE2C-4D34-BF6A-2EE86C4BF4DB

3.    The Receiver Settlement Obligations. The Parties agree that in consideration for entry into this Settlement Agreement within five (5) business days of receipt of the Settlement Payment the Receiver will sign the necessary documents to relinquish the Aircraft to Elite Jet (the "Relinquishment"), such that Elite Jet will be able to transfer the Aircraft's registration with the Federal Aviation Administration.

4.    Relinquishment Documents. The Parties agree that Elite Jet shall be responsible for preparing, or causing to be prepared, the necessary documents to facilitate the Relinquishment and provide the documents to the Receiver before or simultaneously with the Settlement Payment.

5.    Dismissal of State Court Litigation. The Parties agree that within five (5) business days following the Relinquishment, Elite Jet and the Receiver shall jointly file the joint motion dismissing the State Court Litigation with prejudice attached hereto as **Exhibit A**, and the agreed order dismissing all claims that were brought or could be brought surrounding the Parties dealings with the Property attached hereto as **Exhibit B**.

6.    Event of Default. The following shall constitute an "**Event of Default**" under this Settlement Agreement:

(a)    Elite Jet's failure to timely pay the Settlement Payment; or

(b)    Elite Jet's failure to timely pay the Conditional Payment (if any); or

(c)    Elite Jet's failure to prepare, or cause to be prepared, necessary documents to facilitate the Relinquishment.

(d)    The Receiver's failure to sign the necessary documents to facilitate the Relinquishment.

7.    Release by the Receiver.  Upon execution of the Settlement Agreement, the Receiver, on behalf of himself and all Receivership Entities, including their respective officers, directors, employees, equity holders, affiliates, subsidiaries, parents, predecessors-in-interest, successors-in-interest, assigns, transferees, agents or other representatives (the "**Receivership Parties**"), forever irrevocably releases, acquits and discharges Elite Jet and its respective officers, directors, equity holders, affiliates, predecessors-in-interest, successors-in-interests, assigns, transferees, employees, agents, attorneys, and representatives, from any and all existing demands, claims, actions, causes of action, rights, liabilities, obligations, suits, damages, or controversies relating to the Aircraft and the State Court Litigation, but only the Aircraft and State Court Litigation, whether known or unknown, other than the obligations owed in this Settlement Agreement. This release shall be null and void if the Court does not ratify the Settlement Agreement.

8.    Release by Elite Jet. Upon execution of the Settlement Agreement, Elite Jet including its respective officers, directors, employees, equity holders, affiliates, subsidiaries, parents, predecessors-in-interest, successors-in-interest, assigns, transferees, agents, attorneys, or other representatives (the "**Elite Jet Parties**"), forever irrevocably releases, acquits and discharges JMJAV and its respective officers, directors, equity holders, affiliates, predecessors-in-interest, successors-in-interests, assigns, transferees, employees, agents, attorneys, and representatives,

APP060

Docusign Envelope ID: C8988895-AE2C-4D34-BF6A-2EE86C4BF4DB

from any and all existing demands, claims, actions, causes of action, rights, liabilities, obligations, suits, damages, or controversies relating to the Aircraft and the State Court Litigation, but only the Aircraft and State Court Litigation, whether known or unknown, other than the obligations owed in this Settlement Agreement. This release shall be null and void if the Court does not ratify the Settlement Agreement.

9.      Expenses. Each Party shall bear its own attorneys' fees and costs in connection with the negotiation and execution of this Settlement Agreement.

10.     Cooperation. The Parties agree to cooperate in good faith to effectuate the terms and conditions of this Settlement Agreement. The Parties shall take all necessary actions to immediately prepare all documents necessary to effectuate this Settlement Agreement.

11.     Entire Agreement. This Settlement Agreement constitutes the entire agreement between the Parties and supersedes and replaces all prior negotiations, proposed or actual agreement or agreements, written or oral, of any nature or substance relative thereto. The Parties are not relying and hereby disclaim reliance on any other representation, omission, or document not expressly contained in this Agreement. There are no unwritten agreements between the Parties.

12.     Binding Effect. This Settlement Agreement shall be binding on any successors or assigns of the Parties.

13.     Representation by Counsel. The Parties acknowledge and understand that they are executing and delivering this Settlement Agreement with full knowledge of any and all rights which they may have with respect to the claims herein settled and released. Each acknowledges that it was represented by and consulted with an attorney of its own choosing before executing and delivering this Settlement Agreement to review this document and the claims being settled and released, and that they had a reasonable and sufficient opportunity to do so.

14.     Notices. Unless otherwise specifically provided herein, any notice delivered under this Settlement Agreement shall be in writing addressed to the respective Party as set forth below and may be (a) personally served, (b) sent by overnight courier service or certified or registered United States mail, or (c) transmitted by e-mail (with receipt confirmed by the intended recipient of the communication), and shall be deemed to have been given (x) if delivered in person, when delivered, (y) if delivered by e-mail, on the date of transmission if transmitted on a business day before 5:00 p.m. (Central time) or, if not, on the next succeeding business day, and (z) if delivered by courier or certified or registered United States mail, when received. Notices shall be addressed as follows:

If to Receiver:

> Cortney C. Thomas
> Brown Fox PLLC
> 8111 Preston Road, Suite 300
> Dallas, Texas 75225
> E-mail: cort@brownfoxlaw.com

With a copy to:

Docusign Envelope ID: C8988895-AE2C-4D34-BF6A-2EE86C4BF4DB

Charlene C. Koonce
Timothy B. Wells
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
E-mail: charlene@brownfoxlaw.com
E-mail: tim@brownfoxlaw.com

If to Elite Jet:

Raymond Weeks, Jr.
Elite Jet Solutions, LLC
5060 S. Collins St, Ste 150
Arlington, Texas 76018
E-mail: ray@elitejetsolutions.com

With a copy to:

Gary L. Evans
Texas Aviation Law, P.C.
P.O. Box 1007
New Waverly, Texas 77358
E-mail: evans@texasaviationlaw.com

15.    Counterparts.  This Settlement Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. The Settlement Agreement shall be final and binding upon execution and delivery of the Settlement Agreement by the Parties. The Parties agree that copies of this Settlement Agreement shall have the same effect and may be accepted with the same authority as the original and that this Settlement Agreement may be executed electronically and in counterparts.

16.    Authority.  The Parties represent that they have the legal right and authority required to compromise and settle all claims under the terms and conditions set forth herein. The Parties also represent that the signatures on behalf of the Parties, or their counsel, to this Settlement Agreement is sufficient, without further approval of third parties, to fully bind such party to the terms hereof, including without limitation, each of the obligations and releases set forth herein.

17.    Amendments.  This Settlement Agreement may only be amended, modified, or supplemented by a separate written document duly executed by authorized representatives of the Parties or their legal successors in interest.

18.    Severability.  If any provision of this Settlement Agreement is held to be invalid or unenforceable, the validity or enforceability of the remaining provisions shall not in any way be affected or impaired thereby, but rather this Settlement Agreement shall be construed as if not containing the invalid or unenforceable provision. However, if such provision is an essential element of this Settlement Agreement, such as the release provisions, then the Parties shall promptly attempt in good faith to negotiate a suitable replacement provision.

SETTLEMENT AGREEMENT                                                    PAGE 5 OF 6

**APP062**

Docusign Envelope ID: C8988895-AE2C-4D34-BF6A-2EE86C4BF4DB

19.    Jurisdiction and Governing Law.  The Parties agree that the Court shall retain exclusive personal and subject matter jurisdiction to enforce the terms of this Settlement Agreement and to decide any claims or disputes that may arise or result from, or be connected with, this Settlement Agreement, or any breach of default hereunder.  The Parties agree that a judgment in any such dispute may be enforced in other jurisdictions by suit on the judgment or in any other manner provided by law, and expressly waive any requirement that separate notice be provided before pursuing such judgment. This Settlement Agreement shall be construed in accordance with and governed by the laws of the State of Texas (excluding the laws applicable to conflicts or choice of law).

**IN WITNESS WHEREOF**, the Parties have executed this instrument on the dates indicated below.

*Executed on this _____ day of March, 2025*

Elite Jet Solutions, LLC

By:  Ray Weeks                                    3/17/2025
Title:

*Executed on this 17th day of March, 2025*

By:
Title:  Receiver

---

SETTLEMENT AGREEMENT                                    PAGE 6 OF 6

**APP063**

# EXHIBIT C

APP064

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff | § § § § § § § § § | Case No. 3:22-cv-2118-X |
| v. | | |
| TIMOTHY BARTON, et al, Defendants | | |

## SETTLEMENT AGREEMENT

This **Settlement Agreement** (the "Agreement") is made and entered into as of the date that the last execution on the signature page below is effective (the "Effective Date") between First Development Company of Ohio, LLC ("FDCO") on the one side and Cort Thomas, solely in his capacity as the Court-appointed receiver in the above-captioned case (the "Receiver") on the other side.  FDCO and the Receiver shall be referred to herein collectively as the "Parties" and each individually as a "Party".

## RECITALS

**WHEREAS** on or about February 10, 2022, FDCO and Titan Investments, LLC ("Titan") executed a *Contract of Sale* (the "Contract") with respect to 16.3 acres of real property located in Grayson County, Texas (the "Property"), with FDCO as seller and Titan as purchaser;

**WHEREAS** pursuant to the Contract, Titan paid various sums into escrow at the title company, totaling $105,000.00 (the "Funds");

**WHEREAS** Titan never closed on the purchase of the Property, and the Funds remain in escrow at the title company;

**WHEREAS** on September 23, 2022, the Securities and Exchange Commission ("SEC") filed Case No. 3:22-cv-02118-X, *Securities and Exchange Commission v. Barton et al* in the Northern District of Texas (the "Receivership Case");

SETTLEMENT AGREEMENT                                     1

**APP065**

WHEREAS in the Receivership Case the Court appointed the Receiver as receiver over a number of entities, including Titan;

WHEREAS each of Parties now makes claim to ownership of the Funds;

WHEREAS each of the Parties acknowledge that bona fide disputes and controversies exist between the Parties with respect to ownership of the Funds, and that each of the Parties denies all allegations, claims, and defenses made by the other Party;

WHEREAS the Parties, recognizing the time and expense of litigation and the uncertainty that arises from the litigation process, desire to fully and finally compromise and settle all past, present, pending, or potential lawsuits, judgments, claims, and disputes of any kind and character between them with respect to the Funds and the sale of the Property;

NOW, THEREFORE, in consideration of the foregoing and the facts, releases, forbearances, and promises contained herein, and for such other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by each of the Parties hereto, the Parties hereby covenant, promise, and agree as follows:

## AGREEMENTS, RELEASES, AND PROMISES

1. **Settlement of Dispute Regarding the Funds**. Ownership of the Funds is hereby split 50% / 50% and each Party is entitled to one half of the Funds. Within 15 days from the Effective Date, the Parties shall submit an agreed release authorization to the title company authorizing the title company to release one half of the Funds to each Party.

2. **Persons Giving Release**. Any release given hereunder shall be by, for, and on behalf of the releasing Party, in any and all capacities, and (as applicable) the releasing Party's past, present, and future spouses, children, parents, relations, successors, assigns, predecessors, beneficiaries, heirs, next of kin, executors, administrators, trusts, estates, entities related to the releasing Party, subrogors, subrogees, directors, officers (whether acting in such capacity or individually), shareholders, owners, partners, joint

SETTLEMENT AGREEMENT                    2

APP066

venturers, principals, trustees, persons or entities represented (in whatever capacity, including as a receiver, guardian, or next friend), creditors, attorneys, representatives, employees, managers, parents, subsidiaries, divisions, subdivisions, departments, affiliates, principals or agents of any kind (including those acting or purporting to act for them or on their behalf), and any and all other persons who do, would, or could make a claim of any kind through the foregoing.

3. **Release by Receiver**. The Receiver, on behalf of himself and all Receivership Entities (infra), including their respective officers, directors, employees, equity holders, affiliates, subsidiaries, parents, predecessors-in-interest, successors-in-interest, assigns, transferees, agents or other representatives (the "**Receivership Parties**"), forever irrevocably releases, acquits and discharges FDCO and its respective officers, directors, equity holders, affiliates, predecessors-in-interest, successors-in-interests, assigns, transferees, employees, agents, and representatives, from any and all existing demands, claims, actions, causes of action, rights, liabilities, obligations, suits, damages, controversies, and claims of any kind whatsoever, direct or indirect, fixed or contingent, liquidated or unliquidated, arising at law or in equity, by right of action or otherwise, whether known or unknown or capable of being known, regarding the Funds and the Property, but only regarding the Funds and the Property, other than the obligations owed in this Agreement.

4. **Release by FDCO**. FDCO forever irrevocably releases, acquits and forever discharges the Receiver and the Receivership Parties, from any and all existing demands, claims, actions, causes of action, rights, liabilities, obligations, suits, damages, controversies, and claims of any kind whatsoever, direct or indirect, fixed or contingent, liquidated or unliquidated, arising at law or in equity, by right of action or otherwise, whether known or unknown or capable of being known, regarding the Funds and the Property, but only regarding the Funds and the Property, other than the obligations owed in this Agreement.

**SETTLEMENT AGREEMENT**                              3

**APP067**

5. **Reservation of Rights**. For avoidance of doubt, the Receiver and FDCO are only settling claims between them regarding the Funds and the Property. The Receiver and FDCO reserve all other claims between them and their current and former respective officers, trustees, employees, employers, agents, management companies, principals, representatives, shareholders, associates, associations, attorneys, partners, affiliates, and partnerships related to any other transactions they may have participated in involving Titan or any other Receivership Entities[1]or properties owned by such Receivership Entities.

6. **Limitations of Release**. The parties explicitly intend that any release in this Agreement does not release any claims arising from the terms of this Agreement, including claims for the failure to perform under the terms of this Agreement or breach of any representation or warranty hereunder, or any future disputes which may arise out of any future relationship between any of the Parties.

7. **Releases**. Upon the Effective Date, the Parties each release each other as outlined herein.

8. **Fees and Costs**. Unless otherwise expressly stated herein, each Party shall be responsible for the payment of their own expenses, costs, and attorneys' fees.

9. **Tax Consequences**. This Agreement is enforceable regardless of its tax consequences. The Parties understand and agree that neither Party is making any representations regarding the tax consequences of this Agreement. The Parties (and their counsel) acknowledge and agree that any Party, person, or entity receiving a payment hereunder shall be solely and entirely responsible for the payment and discharge of all taxes (including federal, state, and local taxes), if any, that may, at any time, be found to be due upon or as a result of the payment hereunder.

---

[1] "Receivership Entities" was defined in the Initial Receivership Order [Dkt. 29] as all entities "Timothy Barton directly or indirectly controls" but was later redefined as the entities listed in the current Receivership Order [Dkt. 417].

SETTLEMENT AGREEMENT                    4

**APP068**

10.    **No Admission of Liability**. It is understood and agreed that this is a compromise of disputed claims, and that nothing contained herein shall be construed as an admission of liability by or on behalf of any Party, all such liability being expressly denied.

11.    **Time of the Essence**. Time is of the essence with respect to each of the terms contained herein.

12.    **Choice of Law**. This Agreement is entered into in the State of Texas, and the Agreement and any rights, remedies, or obligations provided for in this Agreement shall be construed and enforced in accordance with the laws of Texas, without regard to any choice of laws or conflict of laws principles.

13.    **Construction of Agreement**. The Parties jointly contributed to the construction and drafting of this Agreement, and the Parties expressly intend and agree that the terms of this Agreement shall not be interpreted or construed more favorably towards any of the Parties.

14.    **Severability**. If any portion, provision, or part of this Agreement is determined to be invalid or unenforceable, such portion shall be severed from the rest of the Agreement, and such severance shall not affect the enforceability of the remaining portions of this Agreement, and the remaining portions shall be considered in full force and effect to the fullest extent possible under the law.

15.    **No Oral Modifications**. Any alteration, amendment, or modification to this Agreement must be in writing and signed by the parties to be bound by such modification.

16.    **Representations**. The Parties represent and warrant to each other the following: (1) that each of them has the authority, ability, and capacity to execute this Agreement and perform or affect the provisions contained herein; (2) that no portion of any claim, right, demand, judgment, cause of action, or portion of recovery released and/or transferred by this Agreement has been assigned, transferred, previously released, or given as security to any person, firm, organization, or entity of any kind unless otherwise specifically detailed herein; and (3) that each person executing this Agreement has the authority, ability, and capacity to sign this agreement and bind and/or affect a release or transfer on behalf

SETTLEMENT AGREEMENT                        5

of the Party for whom that person signs. Each of the Parties is explicitly relying on these representations to enter into this Agreement.

17. **Indemnification**. In the event that any representation hereunder is false or any claim or matter transferred or released or purported to be transferred or released by one of the Parties herein is either asserted against the Party obtaining such transfer or release herein or has been previously transferred or released, then the Party (and, as applicable, the person executing on behalf of such Party) that made such representation or the Party (and, as applicable, the person executing on behalf of such party) purporting to make such release or transfer herein (as the case may be) shall fully indemnify, defend, and hold harmless the other party from all actual costs, attorney's fees, expenses, liabilities, and damages which that other Party incurs as a result.

18. **Knowing and Voluntary Assent**. The Parties acknowledge that this Agreement is executed voluntarily by each of them, without any duress or undue influence inducing them to enter into this Agreement. The Parties further acknowledge that they have had the opportunity for representation in the negotiations for, and in the performance of, this Agreement by counsel of their choice and that they have read this Agreement and had it fully explained to them by their counsel (or had the opportunity for the same) and are fully aware of the contents and legal effect of this Agreement. The Parties represent and warrant to each other that they have each relied upon the advice of counsel of their own choosing in entering into this Agreement, fully understand the terms of this agreement, and expressly disclaim reliance upon any representation, promise, statement, fact, assertion, or agreement of any kind by any other person or any other Party hereto or such Party's attorneys, agents, or representatives that is not expressly set forth in this Agreement.

19. **Final and Binding Agreement**. This Agreement shall be binding upon and inure to the benefit of the Parties and their respective successors and assigns.

SETTLEMENT AGREEMENT                    6

20. **Complete Agreement**. This Agreement constitutes the entire, full, and complete agreement of the Parties with respect to the Funds and the sale of the Property and there is no other agreement, written or oral, express or implied, between the Parties as to that subject matter. Any and all other previous agreements between the Parties as to such subject matter are merged into this Agreement, and this Agreement supersedes any and all other previous agreements between the Parties as to such subject matter.

21. **Executed in Different Parts**. This Agreement may be executed in multiple parts and with facsimile or electronic signatures, each of which shall be deemed an original and all of which shall constitute one and the same instrument.

22. **Execution of Other Documents**. The Parties agree to execute such other additional and/or further documents as may be necessary to effectuate the terms of this Agreement.

23. **Jurisdiction and Venue of Dispute**. The Parties agree that the Receivership Court shall retain exclusive personal and subject matter jurisdiction to enforce the terms of this Agreement and to decide any claims or disputes that may arise or result from, or be connected with, this Agreement, or any breach of default hereunder. The Parties agree that a judgment in any such dispute may be enforced in other jurisdictions by suit on the judgment or in any other manner provided by law, and expressly waive any requirement that separate notice be provided before pursuing such judgment. This Agreement shall be construed in accordance with and governed by the laws of the State of Texas (excluding the laws applicable to conflicts or choice of law).

**IN WITNESS WHEREOF**, the Parties hereto have caused this document to be executed as of the last day as set forth below.

SIGNATURE PAGE FOLLOWS

**SETTLEMENT AGREEMENT**                    7

**APP071**

## SIGNATURE PAGE

### FIRST DEVELOPMENT COMPANY OF OHIO, LLC

2-4-2025
_____
Date

_____
Authorized Signer's Signature

SPIRO TRAJCEVSKI
_____
Signer's Printed Name

PRESIDENT
_____
Title

### CORT THOMAS, THE COURT-APPOINTED RECEIVER

2-11-25
_____
Date

_____
Signature

SETTLEMENT AGREEMENT                          8

**APP072**