**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

**AMENDED CERTIFICATE OF CONFERENCE**

In the certificate of conference for the Receiver's Verified Motion to Ratify Settlement Agreements with Elite Jet Solutions, LLC and First Development Company of Ohio, LLC and Brief in Support (the "Motion") [Dkt. 633], the Receiver stated that "on April 23, 2025, the Receiver conferred via email with counsel for Plaintiff and Defendant Barton regarding the relief requested above. The SEC is unopposed to the relief requested herein. As of filing, counsel for Defendant Barton has not responded to the conference email."

– 1 –

Due to subsequent developments, the Receiver files the following amended certificate of conference: On April 23, 2025, counsel for the Receiver conferred with counsel for Plaintiff and Defendant Barton regarding the relief requested above. On April 24, the SEC indicated it was unopposed to the requested relief. On April 25, after the Motion was filed, counsel for Defendant Barton stated that if Barton as guarantor on the subject transaction was released in the settlement, then Barton was unopposed. On April 28, counsel for the Receiver responded confirming that Third Coast agreed to release Mr. Barton from the personal guarantee conditioned on Barton's agreement not to sue the bank for anything related to the loan on the airplane. On April 29, Barton's counsel confirmed that Barton is unopposed to the requested relief.

Respectfully submitted,

By: */s/ Timothy B. Wells*
Charlene C. Koonce
  Texas Bar No. 11672850
  charlene@brownfoxlaw.com
Timothy B. Wells
  Texas Bar No. 24131941
  tim@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX  75225
Tel. 214.327.5000
Fax. 214.327.5001

*Attorneys for Receiver Cortney C. Thomas*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

*/s/ Timothy B. Wells*
Timothy B. Wells

– **2** –