# EXHIBIT A

# EXHIBIT A-1

Timothy Barton Receivership/Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of March 31, 2025

| | | | | |
|---|---|---|---|---|
| 1 | Beginning Balance - January 1, 2025: | | | $ 2,056,588.90 |
| 2 | Business Income | | | 225,942.85 |
| 3 | Funds Received | | | 68,250.00 |
| 4 | Interest/Dividend Income | | | 6,065.16 |
| 5 | Business Asset Liquidation | | | |
| 6 | Personal Asset Liquidation | | | |
| 7 | Third-Party Litigation Income | | | |
| 8 | Miscellaneous - Other | | | |
| 9 | Disbursements to Investors | | | |
| 10 | Disbursements for Receivership Operations: | | | 1,076,499.68 |
| 10a | Disbursements to Receiver or Other Professionals | | 795,230.44 | |
| 10b | Business Asset and Operating Expenses | | 192,020.07 | |
| 10c | Personal Asset Expenses | | | |
| 10d | Investment Expenses | | | |
| 10e | Third-Party Litigation Expenses | | | |
| 10f | Tax Administrator Fees and Bonds | | | |
| 10g | Federal and State Tax Expenses | | 89,249.17 | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | | - |
| 11a | Distribution Plan Development Expenses | | | |
| 11b | Distribution Plan Implementation Expenses | | | |
| 12 | Disbursements to Court/Other | | | - |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | | |
| 12b | Federal income taxes | | | |
| 13 | Ending Balance - March 31, 2025 | | | $ 1,280,347.23 |
| 14 | Ending Balance of Fund - Net Assets | | | 1,280,347.23 |
| 14a | Cash & Cash Equivalents | | 1,280,347.23 | |
| 14b | Investments | | | |
| 14c | Other Assets or Uncleared Funds | | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | | |
| 16b | Federal income taxes | | | |
| 17 | DC & State Tax Payments | | | |

Timothy Barton Receivership/Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of March 31, 2025

18     No. of Claims

18a  the number of claims received from investors during this reporting period

18b  the number of claims received from investors as a result of all orders since the inception of the Fund


19     No. of Claimants/Investors

19a  the number of claimants/investors receiving distributions during the reporting period

19b  the number of claimants/investors receiving distributions pursuant to all orders of distribution since the inception of the Fund

# EXHIBIT A-2

**Barton Receivership Account**
**Cash Accounting Summary**
**January 1, 2025 through March 31, 2025**

**Cash Receipts**

| Date | Item Description | Cash Receipts 1Q25 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Receipts 4Q22 | | $819,171.90 |
| 03/31/2023 | Cash Receipts 1Q23 | | $129,887.29 |
| 06/30/2023 | Cash Receipts 2Q23 | | $622,543.82 |
| 09/30/2023 | Cash Receipts 3Q23 | | $4,988.77 |
| 12/31/2023 | Cash Receipts 4Q23 | | $14,056.20 |
| 03/31/2024 | Cash Receipts 1Q24 | | $8,528.09 |
| 06/30/2024 | Cash Receipts 2Q24 | | $794,468.89 |
| 09/30/2024 | Cash Receipts 3Q24 | | $297,560.87 |
| 12/31/2024 | Cash Receipts 4Q24 | | $754,064.99 |
| 01/17/2025 | DDA Regular Deposit (Mathis Farms) | $4,600.00 | |
| 01/21/2025 | DDA Regular Deposit (Goodwin Farms) | $5,080.00 | |
| 01/23/2025 | Wire Transfer Credit (NMP-Killeen Surplus Cash Distrib.) | $15,750.00 | |
| 02/02/2025 | Interest Deposit | $2,744.27 | |
| 02/26/2025 | Wire Transfer Credit (First Development Settlement) | $52,500.00 | |
| 03/02/2025 | Interest Deposit | $2,117.54 | |
| 03/31/2025 | Interest Deposit | $1,203.35 | |
| **TOTAL RECEIPTS 1Q25** | | **$83,995.16** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$3,529,265.98** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 4Q24 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Disbursements 4Q22 | | $10,764.09 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $504,163.52 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $713,478.93 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $129,682.01 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $45,993.79 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $75,623.72 |
| 06/30/2024 | Cash Disbursements 2Q24 | | $16,630.70 |
| 09/30/2024 | Cash Disbursements 3Q24 | | $464,215.53 |
| 12/31/2024 | Cash Disbursements 4Q24 | | $52,989.42 |
| 01/02/2025 | AFCO ACH (Rock Creek insurance) | $839.21[1] | |
| 01/09/2025 | Lumos Technology (#316) (IT services) | $469.37 | |
| 01/09/2025 | Dallas Water Utilities (#317) (utilities-Gillespie) | $25.04 | |
| 01/14/2025 | Alfredo Franco Nino (#318) (lawn maintenance-Dallas) | $225.00 | |
| 01/14/2025 | Alfredo Nino (#319) (lawn maintenance-Frisco) | $575.00 | |
| 01/21/2025 | Alfredo Nino (#340) (tree removal-Dallas) | $650.00 | |
| 01/21/2025 | Alfredo Nino (#341) (lawn maintenance-Dallas) | $225.00 | |
| 01/22/2025 | Parker County Appraisal District (#338) (taxes) | $846.52 | |
| 01/24/2025 | John R. Ames, CTA (#337) (Gillespie taxes) | $15,645.22 | |

---

[1] On January 8, 2025, the Main Receivership Account also reimbursed a separate $839.21 payment from November 2024 for Rock Creek insurance mistakenly paid out of the Goldmark account.

| Date | Item Description | Cash Disbursements 4Q24 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 01/24/2025 | Reveal [Wire] (Gillespie property) | $1,125.34 | |
| 01/30/2025 | Dallas Water Utilities (#342) (utilities-Gillespie) | $25.04 | |
| 02/03/2025 | AFCO ACH (Rock Creek insurance) | $839.21 | |
| 02/03/2025 | Scott R. Porter, TAC (#320) (Venus taxes) | $99.27 | |
| 02/03/2025 | Scott R. Porter, TAC (#321) (Venus taxes) | $361.74 | |
| 02/03/2025 | Scott R. Porter, TAC (#322) (Venus taxes) | $67.17 | |
| 02/03/2025 | Scott R. Porter, TAC (#323) (Venus taxes) | $1,312.45 | |
| 02/03/2025 | Scott R. Porter, TAC (#324) (Venus taxes) | $295.77 | |
| 02/03/2025 | Scott R. Porter, TAC (#325) (Venus taxes) | $301.48 | |
| 02/03/2025 | Scott R. Porter, TAC (#326) (Venus taxes) | $756.08 | |
| 02/03/2025 | Scott R. Porter, TAC (#327) (Venus taxes) | $141.19 | |
| 02/03/2025 | Scott R. Porter, TAC (#328) (Venus taxes) | $3,089.38 | |
| 02/03/2025 | Scott R. Porter, TAC (#329) (Venus taxes) | $57.36 | |
| 02/03/2025 | Scott R. Porter, TAC (#330) (Venus taxes) | $320.36 | |
| 02/03/2025 | Scott R. Porter, TAC (#331) (Venus taxes) | $99.27 | |
| 02/03/2025 | Scott R. Porter, TAC (#332) (Venus taxes) | $84.70 | |
| 02/03/2025 | Scott R. Porter, TAC (#334) (Venus taxes) | $71.64 | |

BARTON RECEIVERSHIP CASH ACCOUNTING SUMMARY JAN 1, 2025 THROUGH MAR 31, 2025
PAGE 3

| Date | Item Description | Cash Disbursements 4Q24 | Cash Disbursements 4Q22 to present |
|------|------------------|-------------------------|-------------------------------------|
| 02/03/2025 | Scott R. Porter, TAC (#335) (Venus taxes) | $4986.36 | |
| 02/03/2025 | Scott R. Porter, TAC (#336) (Venus taxes) | $192.30 | |
| 02/03/2025 | Scott R. Porter, TAC (#339) (Venus taxes) | $71.64 | |
| 02/10/2025 | Alfredo Nino (#344) (lawn maintenance-Dallas) | $225.00 | |
| 02/10/2025 | Account Analysis Charge | $3.05 | |
| 02/19/2025 | Alfredo Nino (#345) (lawn maintenance-Dallas) | $225.00 | |
| 02/25/2025 | Lumos Technology Services (#343) (IT services) | $469.37 | |
| 02/27/2025 | Cort Thomas (#347) (Receiver fees and expenses) | $60,947.06 | |
| 02/27/2025 | Brown Fox PLLC (#348) (Receiver counsel fees) | $129,944.00 | |
| 02/27/2025 | Cort Thomas (#349) (Receiver expenses) | $12,002.34 | |
| 02/28/2025 | Veracity Forensics (#352) (IT Services) | $29,255.29 | |
| 02/28/2025 | Ahuja and Clark PLLC (#353) (accounting services) | $563,081.75 | |
| 03/07/2025 | AFCO ACH (Rock Creek insurance) | $839.21 | |
| 03/11/2025 | Lumos Technology Services (#354) (IT services) | $469.37 | |
| 03/13/2025 | Alfredo Nino (#355) (lawn maintenance-Dallas) | $225.00 | |
| 03/13/2025 | Dallas Water Utilities (#356) (utilities-Gillespie) | $25.04 | |
| 03/25/2025 | Alfredo Franco Nino (#357) (lawn maintenance-Dallas) | $225.00 | |
| **TOTAL DISBURSEMENTS 1Q25** | | **$831,734.59** | |

| Date | Item Description | Cash Disbursements 4Q24 | Cash Disbursements 4Q22 to present |
|------|-----------------|-------------------------|-------------------------------------|
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$2,845,276.30** |

# EXHIBIT A-3

**Goldmark Hospitality**
**Cash Accounting Summary**
**October 1, 2024 through December 31, 2024**

**Cash Receipts**

| Date | Item Description | Cash Receipts 1Q25 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Receipts 4Q22 | | $108,460.28 |
| 03/31/2023 | Cash Receipts 1Q23 | | $206,811.44 |
| 06/30/2023 | Cash Receipts 2Q23 | | $204,650.27 |
| 09/30/2023 | Cash Receipts 3Q23 | | $202,645.84 |
| 12/31/2023 | Cash Receipts 4Q23 | | $200,006.81 |
| 03/31/2024 | Cash Receipts 1Q24 | | $231,233.80 |
| 06/30/2024 | Cash Receipts 2Q24 | | $204,678.83 |
| 09/30/2024 | Cash Receipts 3Q24 | | $182,857.52 |
| 12/31/2024 | Cash Receipts 4Q24 | | $185,510.00 |
| 01/02/2025 | DHA [wire] (rents) | $3,181.00 | |
| 01/03/2025 | DDA Regular Deposit (Rents) | $8,060.00 | |
| 01/06/2025 | DDA Regular Deposit (Rents) | $4,804.60 | |
| 01/08/2025 | Transfer to 0700 | $839.21 | |
| 01/08/2025 | DDA Regular Deposit (Rents) | $3,251.78 | |
| 01/16/2025 | DDA Regular Deposit (Rents) | $2,050.74 | |
| 01/22/2025 | DDA Regular Deposit (Rents) | $3,636.00 | |
| 01/29/2025 | DDA Regular Deposit (Rents) | $2,170.72 | |
| 01/30/2025 | Square Inc. [wire] (rents) | $62,801.73 | |
| 01/31/2025 | DDA Regular Deposit (Rents) | $5,263.16 | |

| Date | Item Description | Cash Receipts 1Q25 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 02/03/2025 | DHA [wire] (rents) | $3,181.00 | |
| 02/04/2025 | DDA Regular Deposit (Rents) | $6,426.00 | |
| 02/06/2025 | DDA Regular Deposit (Rents) | $4,504.03 | |
| 02/11/2025 | DDA Regular Deposit (Rents) | $1,354.58 | |
| 02/18/2025 | DDA Regular Deposit (Rents) | $5,194.22 | |
| 02/21/2025 | DDA Regular Deposit (Rents) | $2,716.00 | |
| 02/28/2025 | DDA Regular Deposit (Rents) | $2,703.00 | |
| 03/03/2025 | DHA [wire] (rents) | $3,181.00 | |
| 03/04/2025 | DDA Regular Deposit (Rents) | $6,040.54 | |
| 03/06/2025 | DDA Regular Deposit (Rents) | $1,781.30 | |
| 03/10/2025 | DDA Regular Deposit (Rents) | $2,710.00 | |
| 03/13/2025 | DDA Regular Deposit (Rents) | $3,236.60 | |
| 03/17/2025 | DDA Regular Deposit (Rents) | $2,880.00 | |
| 03/19/2025 | Square Inc. [wire] (rents) | $68,160.46 | |
| 03/21/2025 | DDA Regular Deposit (Rents) | $2,663.52 | |
| 03/27/2025 | DDA Regular Deposit (Rents) | $2,380.87 | |
| 03/28/2025 | DDA Regular Deposit (Rents) | $1,930.00 | |
| **TOTAL GOLDMARK RECEIPTS 1Q25** | | **$217,102.06** | |

| Date | Item Description | Cash Receipts 1Q25 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| **TOTAL GOLDMARK RECEIPTS TO PRESENT** | | | **$1,943,956.85** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 14Q25 | Cash Disbursements 4Q22 to present |
|------|------------------|--------------------------|-------------------------------------|
| 12/31/2022 | Cash Disbursements 4Q22 | | $99,830.15 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $202,341.23 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $187,686.31 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $181,476.12 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $113,782.01 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $265,056.05 |
| 06/30/2024 | Cash Disbursements 2Q24 | | $137,949.57 |
| 09/30/2024 | Cash Disbursements 3Q24 | | $160,466.53 |
| 12/31/2024 | Cash Disbursements 4Q24 | | $185,313.41 |
| 01/03/2025 | GoTo Premium Finance (ACH) (insurance) | $8,801.40 | |
| 01/06/2025 | Bank Service Fee | $10.00 | |
| 01/06/2025 | Frank Guzman (#311) (payroll) | $675.00 | |
| 01/06/2025 | Matthew Hilburn (#312) (payroll) | $600.00 | |
| 01/08/2025 | Republic Services (ACH) (trash collection) | $1,244.34 | |
| 01/09/2025 | Dallas Water Utilities (#314) (utilities) | $12,633.32 | |
| 01/14/2025 | Terminix (#313) (pest control) | $235.98 | |
| 01/14/2025 | Dixie Interiors (#315) (flooring) | $1,280.01 | |
| 01/14/2025 | James R. Ames, CTA (#320) (property taxes) | $31,935.11 | |
| 01/16/2025 | Jovanca Silvasan (#319) (gas reimbursement) | $79.88 | |
| 01/17/2025 | Frank Guzman (#316) (payroll) | $562.50 | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY JAN 1, 2025 THROUGH MAR 31, 2025
PAGE 4

| Date | Item Description | Cash Disbursements 14Q25 | Cash Disbursements 4Q22 to present |
|---|---|---:|---|
| 01/17/2025 | Matthew Hilburn (#317) (payroll) | $495.00 | |
| 01/17/2025 | Jovanca Silvasan (#318) (payroll) | $1,633.00 | |
| 01/21/2025 | Spectrum (ACH) (internet) | $213.29 | |
| 01/21/2025 | Alfredo Nino (#322) (mowing) | $1,300.00 | |
| 01/23/2025 | Richardson ISD Tax Office (#321) (taxes) | $28,514.16 | |
| 01/29/2025 | GoTo Premium Finance (ACH) (insurance) | $8,801.40 | |
| 01/30/2025 | Spectrum (ACH) (internet) | $222.24 | |
| 01/30/2025 | Republic Services (ACH) (trash collection) | $1,188.03 | |
| 01/30/2025 | TXU Energy (ACH) (utilities) | $13,764.03 | |
| 01/31/2025 | GoTo Premium Finance (ACH) (insurance) | $7,273.97 | |
| 01/31/2025 | Jovanca Silvasan (#326) (payroll) | $1,633.00 | |
| 02/03/2025 | Bank Service Fee | $10.00 | |
| 02/03/2025 | Bank Service Fee | $10.00 | |
| 02/03/2025 | Frank Guzman (#324) (payroll) | $195.00 | |
| 02/03/2025 | Matthew Hilburn (#325) (payroll) | $685.00 | |
| 02/03/2025 | Dallas Water Utilities (#327) (utilities) | $20,774.55 | |
| 02/06/2025 | Air Texas AC & Heating (#323) (HVAC) | $75.00 | |
| 02/10/2025 | Alpha Rock Pools (#330) (pool repairs) | $4,000.00 | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY JAN 1, 2025 THROUGH MAR 31, 2025
PAGE 5

| Date | Item Description | Cash Disbursements 14Q25 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 02/11/2025 | Dixie Interiors (#329) (flooring repair) | $1,268.44 | |
| 02/12/2025 | Republic Services (ACH) (trash collection) | $1,188.03 | |
| 02/12/2025 | Air Texas AC & Heating LLC (#328) (HVAC) | $250.00 | |
| 02/12/2025 | Jovanca Silvasan (#335) (gas reimbursement) | $45.79 | |
| 02/14/2025 | Jovanca Silvasan (#336) (payroll) | $1,633.00 | |
| 02/18/2025 | Frank Guzman (#333) (payroll) | $885.00 | |
| 02/18/2025 | Matthew Hilburn (#334) (payroll) | $675.00 | |
| 02/19/2025 | Alfredo Nino (#337) (mowing) | $1,300.00 | |
| 02/19/2025 | Air Texas AC and Heating (#338) (HVAC) | $280.00 | |
| 02/27/2025 | Jovanca Silvasan (#339) (payroll) | $1,633.00 | |
| 03/03/2025 | Terminix (#331) (pest control) | $108.49 | |
| 03/03/2025 | Terminix (#332) (pest control) | $235.98 | |
| 03/03/2025 | Frank Guzman (#340) (payroll) | $1,005.00 | |
| 03/03/2025 | Matthew Hilburn (#341) (payroll) | $680.00 | |
| 03/05/2025 | GoTo Premium Finance (ACH) (insurance) | $8,801.40 | |
| 03/05/2025 | TXU Energy (ACH) (utilities) | $16,273.81 | |
| 03/06/2025 | Spectrum (ACH) (internet) | $213.29 | |
| 03/10/2025 | Bank Service Fee | $10.00 | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY JAN 1, 2025 THROUGH MAR 31, 2025
PAGE 6

| Date | Item Description | Cash Disbursements 14Q25 | Cash Disbursements 4Q22 to present |
|---|---|---:|---|
| 03/10/2025 | GoTo Premium Finance (ACH) (insurance) | $7,273.97 | |
| 03/10/2025 | Air Texas AC & Heating (#342) (HVAC) | $75.00 | |
| 03/10/2025 | Air Texas AC & Heating (#343) (HVAC) | $75.00 | |
| 03/11/2025 | Dallas Water Utilities (#346) (utilities) | $24,195.57 | |
| 03/12/2025 | Bank Service Fee | $10.00 | |
| 03/12/2025 | Check Order | $113.66 | |
| 03/12/2025 | Republic Services (ACH) (trash collection) | $1,244.34 | |
| 03/14/2025 | Jovanca Silvasan (#347) (payroll) | $1,633.00 | |
| 03/14/2025 | Jovanca Silvasan (#350) (gas reimbursement) | $52.29 | |
| 03/14/2025 | Alpha Rock Pools (#351) (pool repairs) | $3,190.00 | |
| 03/17/2025 | Terminix (#344) (pest control) | $117.99 | |
| 03/17/2025 | Terminix (#345) (pest control) | $141.96 | |
| 03/17/2025 | Frank Guzman (#348) (payroll) | $577.50 | |
| 03/17/2025 | Matthew Hilburn (#349) (payroll) | $680.00 | |
| 03/20/2025 | Alfredo Franco Nino (#352) (mowing) | $1,300.00 | |
| 03/28/2025 | Jovanca Silvasan (#355) (payroll) | $1,633.00 | |
| 03/31/2025 | GoTo Premium Finance (ACH) (insurance) | $7,273.97 | |
| 03/31/2025 | GoTo Premium Finance (ACH) (insurance) | $8,801.40 | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY JAN 1, 2025 THROUGH MAR 31, 2025
PAGE 7

| Date | Item Description | Cash Disbursements 14Q25 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 03/31/2025 | Frank Guzman (#343) (payroll) | $645.00 | |
| 03/31/2025 | Matthew Hilburn (#354) (payroll) | $400.00 | |
| **TOTAL DISBURSEMENTS 1Q25** | | **$244,765.09** | |
| **TOTAL RECEIVERSHIP DISBURSEMENTS** | | | **$1,778,666.47** |

# EXHIBIT A-4

**D4OP RECEIVERSHIP ACCOUNT[1]**
**Cash Accounting Summary**
**January 1, 2025 through March 31, 2025**

**Cash Receipts**

| Date | Item Description | Cash Receipts 4Q24 | Cash Receipts 3Q23 to present |
|------|-----------------|--------------------:|------------------------------:|
| 09/31/2023 | Cash Receipts 3Q23 (opening account) | | $126,643.63 |
| 12/31/2023 | Cash Receipts 4Q23 | | $210,786.07 |
| 03/31/2024 | Cash Receipts 1Q24 | | $62,762.79 |
| 06/30/2024 | Cash Receipts 2Q24 | | $0.00 |
| 09/30/2024 | Cash Receipts 3Q24 | | $0.00 |
| 12/31/2024 | Cash Receipts 4Q24 | | $0.00 |
| **TOTAL RECEIPTS 1Q25** | | **$0.00** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$400,192.49** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 1Q25 | Cash Disbursements 3Q23 to present |
|------|-----------------|------------------------:|-----------------------------------:|
| **TOTAL DISBURSEMENTS 1Q25** | | **$0.00** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$0.00** |

---

[1] The use of funds in the D4OP Receivership Account are generally restricted by HUD regulations.

D4OP RECEIVERSHIP CASH ACCOUNTING SUMMARY JAN 1, 2025 THROUGH MAR 31, 2025
PAGE 1