IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:22-CV-2118-X |
| TIMOTHY BARTON et al., | § § | |
| *Defendants,* | § § | |
| BYRON WALKER, TBW LAND & CATTLE, LLC, | § § § | |
| *Relief Defendants.* | § § § | |

**ORDER**

Before the Court is the Receiver's Notice of Barton's Continued Interference

and Violations of Receivership Order.  (Doc. 640).  Having considered the notice and

reviewed the Receivership Order at Doc. 417, the Court **ORDERS** Timothy Barton

to file a response by Tuesday, May 27, 2025, explaining how he and his counsel are

not in violation of the Receivership Order, which enjoins them from

> taking any action or causing any action to be taken, without the express written agreement of the Receiver, which would:
> A. Interfere with the Receiver's efforts to take control, possession, or management of any Receivership Property; such prohibited actions include but are not limited to using self-help or executing or issuing or causing the execution or issuance of any court attachment, subpoena, replevin, execution, or other process for the purpose of impounding or taking possession of or interfering with or creating or enforcing a lien upon any Receivership Property;
> B. Hinder, obstruct, or otherwise interfere with the Receiver in the performance of his duties; such prohibited actions include but are not limited to concealing, destroying, or altering records or information; [or]

. . . .

  E. Interfere with or harass the Receiver, or interfere in any manner with the exclusive jurisdiction of this Court over the Receivership Estates.[1]

  **IT IS SO ORDERED** this 21st day of May, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 417 ¶ 32.