IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | §<br>§<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | No. 3:22-CV-2118-X |
| TIMOTHY LYNCH BARTON<br>CARNEGIE DEVELOPMENT, LLC<br>WALL007, LLC<br>WALL009, LLC<br>WALL010, LLC<br>WALL011, LLC<br>WALL012, LLC<br>WALL016, LLC<br>WALL017, LLC<br>WALL018, LLC<br>WALL019, LLC<br>HAOQIANG FU (a/k/a MICHAEL FU)<br>STEPHEN T. WALL | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Defendants, | §<br>§ | |
| DJD LAND PARTNERS, LLC<br>LDG001, LLC | §<br>§<br>§ | |
| Relief Defendants. | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The Defendant Timothy Barton respectfully moves for an extension of the time set by the Court to show that the receivership order has not been violated due to the bar grievance identified in the Receiver's recently filed notice.  ECF 641.  The Court set the date of that filing for three business days after the order, on Tuesday, May 27, 2025.  The Defendant respectfully moves the Court to extend that response date by eight calendar days, until Wednesday, June 4, 2025.

-1-

Counsel for the Defendant has conferred with the Receiver, who reports that he does not oppose the requested extension of time.

In support of the motion, undersigned counsel states that he was unaware of the preparation or filing of the bar complaint attached to the Receiver's notice.  The first undersigned counsel heard of it was through the Receiver's notice.  ECF 640.

The requested additional time will allow undersigned counsel to apprise himself of the relevant circumstances and to assist the Defendant in responding the Court's order.  Undersigned counsel has multiple scheduled hearings and depositions in other federal court matters, including on the date the submission is currently due, with respect to which eight days would assist to presenting an informed response to the Court.

Wherefore, the Defendant respectfully requests that the time for responding to this Court's order regarding alleged violations of the receivership order (ECF 641) be extended by eight days, until Wednesday, June 4, 2025.

Dated: May 23, 2025

Respectfully submitted,
By: */s/ Michael J. Edney*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*admitted to N.D. Tex.*)
medney@hunton.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

**COUNSEL FOR TIMOTHY LYNCH BARTON**

-3-

## CERTIFICATE OF SERVICE

On May 23, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s Michael J. Edney*
Michael J. Edney

-3-