Warren V. Norred
warren@norredlaw.com
C. Chad Lampe
chad@norredlaw.com

Clayton Everett
clayton@norredlaw.com
Solomon Norred
sgn@norredlaw.com



June 4, 2025

U.S. District Court – Northern District of Texas
Dallas Division
1100 Commerce Street, Room 1452
Dallas, TX 75242

Attn: Clerk of the Court

## Re. 3:22-cv-2118-X, *SEC v Barton, et al.*

 Appellant Timothy Barton respectfully requests that the Court take notice that the undersigned will be unavailable from June 6, 2025 to June 17, 2025 due to scheduled leave, from July 16, 2025 through July 23, 2025 due to trial in Northern District of Texas cause number 4:23-cv-01002, *Sabal v ADL*, from October 6, 2025 through October 24, 2025 due to trial in Northern District of Texas cause number 3:23-cv-02367, *City of Dallas v Triple D Gear*, and from December 26, 2025 through January 16, 2026 due to scheduled leave.

      Respectfully submitted,

      */s/Warren V. Norred*
      Warren V. Norred, Bar No. 24045094
      warren@norredlaw.com
      Counsel for Appellant