# EXHIBIT B

----- Forwarded Message -----

**From:** Charlene Koonce <charlene@brownfoxlaw.com>

**To:** lawyerkemp@cs.com <lawyerkemp@cs.com>

**Cc:** Kimberley O'Rourke <korourke@brownfoxlaw.com>; Tim Wells <tim@brownfoxlaw.com>

**Sent:** Monday, February 19, 2024 at 04:37:11 PM CST

**Subject:** Re: No. 3:22-CV-2118-X; Securities and Exchange Commission v. Timothy Barton, et al.

I'd probably go ahead and send him the list.  We are t likely going to recover from many of these lawyers, bc most probably received payment in good faith.

Sent from my iPhone.  Please ignore typos and  auto-correct errors.

> On Feb 19, 2024, at 9:22 AM, lawyerkemp@cs.com wrote:
>
> [EXTERNAL EMAIL] Do not open links or attachments if you cannot verify the sender.
>
> Ms. O'Rourke:
>
> I called Mr. Wells and followed it up with an e-mail requesting a list of payments you believe my firm received.
>
> The invoices should be easy to find but the payments were sent either wire, credit card or check.
>
> So if you can send me a list of payments it would be helpful in matching up invoices to payments.