IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE          §
COMMISSION,                      §
                                 §
        *Plaintiff*,             §
                                 §
                                 §
v.                               §
                                 §   Civil Action No. 3:22-CV-2118-X
TIMOTHY BARTON et al.,           §
                                 §
        *Defendants*,            §
                                 §
BYRON WALKER, TBW LAND &         §
CATTLE, LLC,                     §
                                 §
        *Relief Defendants*.     §

## **ORDER**

Before the Court are Barton's response regarding his compliance with the Receivership Order (Doc. 645) and the Receiver's reply (Doc. 647). Having considered these filings and the Receivership Order at Doc. 417, the Court finds the following.

Based on the existing record before the Court, the Court finds no bad faith on the part of the Receiver and his counsel. And because the Receiver and his counsel have not acted in bad faith, any costs of defense against Barton's grievance with the Texas Bar are Receivership fees the estate must cover. Because of this, the Court **MODIFIES** the Receivership Order such that Barton and his counsel must obtain clearance from the Court before filing any future bar grievances to prevent the Receivership estate from being depleted for meritless grievances.[1]

---

[1] *See* Doc. 650 ¶ 85(a).

**IT IS SO ORDERED** this 23rd day of June, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE