# United States Court of Appeals for the Fifth Circuit

————————————

No. 23-11237
CONSOLIDATED WITH
No. 24-10004

————————————

United States Court of Appeals
Fifth Circuit

**FILED**

April 17, 2025

Lyle W. Cayce
Clerk

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff—Appellee*,

*versus*

TIMOTHY BARTON,

*Defendant—Appellant.*

————————————————————

Appeals from the United States District
Court for the Northern District of Texas
USDC No. 3:22-CV-2118

————————————————————

Before HIGGINBOTHAM, and WILLETT, *Circuit Judges*.*

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED we AFFIRM the imposition and scope of the receivership and the grant of a preliminary injunction. We DISMISS Barton's appeal of administrative orders

————————————————

* These appeals are being decided by a quorum. 28 U.S.C. § 46(d).

Case 3:22-cv-02118-X     Document 652     Filed 06/23/25     Page 2 of 3     PageID 20859

No. 23-11237
c/w No. 24-10004

unrelated to sales for lack of jurisdiction. And we DENY his request to reassign the case to another district-court judge.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 23, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

     No. 23-11237   SEC v. Barton
                    USDC No. 3:22-CV-2118
Consolidated with:
     No. 24-10004   SEC v. Barton
                    USDC No. 3:22-CV-2118

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                 Sincerely,

                 LYLE W. CAYCE, Clerk

                 By: _____
                 Angelique B. Tardie, Deputy Clerk
                 504-310-7715

cc:
     Mr. Keefe Michael Bernstein
     Mr. Michael J. Edney
     Mr. Ezekiel Levenson Hill
     Ms. Charlene Cantrell Koonce