IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Timothy Barton et al, Defendants, | § § § | |
| v. | § § § | No. 3:22-CV-2118-X |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, Relief Defendants, | § § § § § | |
| CORT THOMAS RECEIVER FOR SEC, Plaintiff | § § § § | |

**NOTICE OF APPEAL AGAINST ORDER APPOINTING RECEIVER (ECF NO. 650)**

PLEASE TAKE NOTICE that defendant Timothy Barton, hereby gives notice of appeal to the United States Court of Appeals for the Fifth Circuit against the court order appointing receiver issued on June 23rd, 2025 [ECF No. 650].

Dated: July 22, 2025

Respectfully submitted,

/s/Timothy Barton

Timothy Barton
1846 E Rosemeade Pkwy, #232,
Carrollton, TX 75007
Tel: (214) 673-8714
TimothyBarton@proton.me

Page 1

## CERTIFICATE OF SERVICE

On July 2 2 , 2025 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

/s/ Timothy Barton

Timothy Barton, Pro Se