

FILED-USDC-NDTX-DA
'25 JUL 22 PM2:06
km



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Timothy Barton et al,<br>    Defendants, | § § § | |
| v. | § § | No. 3:22-CV-2118-X |
| DJD LAND PARTNERS, LLC, and<br>LDG001, LLC, | § § § | |
| Relief Defendants, | § § | |
| CORT THOMAS RECEIVER FOR<br>SEC,<br>    Plaintiff | § § § | |

## NOTICE OF APPEAL AGAINST ORDER ISSUED (ECF NO. 649)

NOTICE IS HEREBY GIVEN that Defendant Timothy Barton, Pro Se, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order of the District Court entered on June 23, 2025 [Dkt. No. 649], titled Order Modifying the Receivership Order, which mandates that Defendant Barton and his counsel must obtain clearance from the Court before filing any future bar grievances and further holds that the defense costs against Barton's grievance with the Texas Bar are to be borne by the Receivership Estate.

Dated: July 22, 2025

Respectfully submitted,

/s/Timothy Barton

Timothy Barton
1846 E Rosemeade Pkwy, #232,
Carrollton, TX 75007
Tel: (214) 673-8714
TimothyBarton@proton.me

## CERTIFICATE OF SERVICE

On July 2 2 , 2025 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

/s/ Timothy Barton

Timothy Barton, Pro Se