IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 3:22-cv-2118-x |
| TIMOTHY BARTON, et al. | § § § | |
| *Defendants.* | § | |

## ORDER GRANTING RECEIVER'S MOTION TO LIFT LITIGATION STAY

Before the Court is the Receiver's Motion to Lift Litigation Stay (Doc. 648). Having considered the Motion and any Responses, the Court **GRANTS** the Motion.

Accordingly, the Court hereby **LIFTS THE STAY** of the following jointly administered cases pending in the U.S. Bankruptcy Court for the Eastern District of Texas: (1) *In re Wall007, LLC*, Case No. 22-41049; (2) *In re Wall009, LLC*, Case No. 22-41113; (3) *In re Wall010, LLC*, Case No. 22-41125; (4) *In re Wall011, LLC*, Case No. 22-41114; (5) *In re Wall012, LLC*, Case No. 22-41125; (6) *In re Wall016, LLC*, Case No. 22-41136; (7) *In re Wall017, LLC*, Case No. 22-41137; (8) *In re Wall018, LLC*, Case No. 22-41176; (9) *In re Wall019, LLC*, Case No. 22-41177; and (10) *In re Seagoville Farms, LLC*, Case No. 22-41181 (collectively the "Bankruptcy Cases"), for the limited purpose of allowing the bankruptcy court to consider U.S. Trustee's *Motion to Convert or Dismiss with Prejudice Pursuant to 11 U.S.C. § 1112(b), or In the Alternative, For the Appointment of a Chapter 11 Trustee to 11 U.S.C. § 1104, or For Other Relief, with Waiver of 30-Day Hearing Requirement,* which was filed in the Bankruptcy Cases on October 13, 2022.

Pursuant to the Receivership Order, the Receiver may take all steps that he deems appropriate and necessary to effectuate the dismissal of the Bankruptcy Cases.

**IT IS SO ORDERED** this 28th day of July, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE