**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff*, | § § § | |
| **v.** | § § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON,** **CARNEGIE DEVELOPMENT, LLC,** **WALL007, LLC,** **WALL009, LLC,** **WALL010, LLC,** **WALL011, LLC,** **WALL012, LLC,** **WALL016, LLC,** **WALL017, LLC,** **WALL018, LLC,** **WALL019, LLC,** **HAOQIANG FU (A/K/A MICHAEL FU),** **STEPHEN T. WALL,** | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| **DJD LAND PARTNERS, LLC, and** **LDG001, LLC,** | § § § | |
| *Relief Defendants*. | § | |

## NOTICE OF APPEARANCE

By this notice, James F. Hopper of the law firm of Brown Fox PLLC appears as counsel of record for Receiver Cortney C. Thomas in the above-captioned and numbered cause. For the duration of the matter, please provide and serve copies of all notices and pleadings given or required to be given, and all papers served or required to be served to the following counsel at the address indicated:

– 1 –

James F. Hopper
Texas Bar No. 24116535
jimmy@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
T: (214) 327-5000
F: (214) 327-5001

Mr. Hopper is a Texas attorney in good standing, who is currently admitted to practice before the United States District Court for the Northern District of Texas.

Respectfully submitted,

By: */s/ James F. Hopper*
    Charlene C. Koonce
      State Bar No. 11672850
      charlene@brownfoxlaw.com
    James F. Hopper
      State Bar No. 24116535
      jimmy@brownfoxlaw.com
    BROWN FOX PLLC
    8111 Preston Road, Suite 300
    Dallas, Texas 75225
    T: (214) 327-5000
    F: (214) 327-5001

*Attorneys for Receiver Cortney C. Thomas*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.