## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, ET AL.,<br>*Defendants.* | §<br>§<br>§ | |

### NORRED'S MOTION TO WITHDRAW

Pursuant to LR 83.12, Warren Norred, herein moves to withdraw from his representation of Defendant Tim Barton.

Norred and Barton have differing views regarding the strategy and approach of resolving the litigation, and Barton has struggled to fund Norred's representation.

Tim Barton is opposed to the withdrawal of Norred.

Norred's withdrawal will not prejudice Barton; no pending motions exist in this case.

The Receiver's counsel has indicated his lack of opposition.

**PRAYER -** Norred respectfully requests that the Court grant his withdrawal as requested.

/s/Warren V. Norred
Warren V. Norred; TBN: 24045094; warren@norredlaw.com
NORRED LAW, PLLC; 515 E. Border Street; Arlington, TX 76010
(817) 704-3984 (Telephone); (817) 524-6686 (Fax)
*Attorney for Tim Barton*

**CERTIFICATE OF CONFERENCE** - I hereby certify that I sought conference regarding this motion to withdraw by phone to Tim Wells, counsel for the Receiver, who expressed no opposition to the remedy sought on July 21, 2025, by return email. Tim Barton is opposed.

*/s/Warren V Norred*

**CERTIFICATE OF SERVICE -** I hereby certify that a true copy of the foregoing declaration was served on all parties of record via the Court's electronic filing system on July 29, 2025.

*/s/Warren V Norred*