# EXHIBIT A

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of June 30, 2025

| | | | | |
|---|---|---|---|---:|
| 1 | Beginning Balance - April 1, 2025: | | | $ 1,280,347.23 |
| 2 | Business Income | | | 161,847.20 |
| 3 | Funds Received | | | 751,200.00 |
| 4 | Interest/Dividend Income | | | 6,259.64 |
| 5 | Business Asset Liquidation | | | |
| 6 | Personal Asset Liquidation | | | |
| 7 | Third-Party Litigation Income | | | |
| 8 | Miscellaneous - Other | | | |
| 9 | Disbursements to Investors | | | |
| 10 | Disbursements for Receivership Operations: | | | 157,327.39 |
| 10a | Disbursements to Receiver or Other Professionals | | - | |
| 10b | Business Asset and Operating Expenses | 157,327.39 | | |
| 10c | Personal Asset Expenses | | | |
| 10d | Investment Expenses | | | |
| 10e | Third-Party Litigation Expenses | | | |
| 10f | Tax Administrator Fees and Bonds | | | |
| 10g | Federal and State Tax Expenses | | - | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | | - |
| 11a | Distribution Plan Development Expenses | | | |
| 11b | Distribution Plan Implementation Expenses | | | |
| 12 | Disbursements to Court/Other | | | - |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | | |
| 12b | Federal income taxes | | | |
| 13 | Ending Balance - June 30, 2025 | | | $ 2,042,326.68 |
| 14 | Ending Balance of Fund - Net Assets | | | 2,042,326.68 |
| 14a | Cash & Cash Equivalents | | 2,042,326.68 | |
| 14b | Investments | | | |
| 14c | Other Assets or Uncleared Funds | | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | | |
| 16b | Federal income taxes | | | |

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of June 30, 2025

17      DC & State Tax Payments

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of June 30, 2025

18     No. of Claims
18a  the number of claims received from investors during this reporting period
      the number of claims received from investors as a result of all orders since the inception
18b  of the Fund

19     No. of Claimants/Investors

19a  the number of claimants/investors receiving distributions during the reporting period
      the number of claimants/investors receiving distributions pursuant to all orders of
19b  distribution since the inception of the Fund

Case 3:22-cv-02118-X     Document 663-1     Filed 07/30/25     Page 4 of 4     PageID 21145