**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff*, | § § § | |
| **v.** | § § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON,** **CARNEGIE DEVELOPMENT, LLC,** **WALL007, LLC,** **WALL009, LLC,** **WALL010, LLC,** **WALL011, LLC,** **WALL012, LLC,** **WALL016, LLC,** **WALL017, LLC,** **WALL018, LLC,** **WALL019, LLC,** **HAOQIANG FU (A/K/A MICHAEL FU),** **STEPHEN T. WALL,** | § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| **DJD LAND PARTNERS, LLC, and** **LDG001, LLC,** | § § § | |
| *Relief Defendants*. | § | |

**PARTIALLY UNOPPOSED MOTION TO**
**WITHDRAW AS COUNSEL FOR RECEIVER**

In accordance with Local Rule 83.12, the undersigned attorney, Timothy B. Wells of the law firm Brown Fox PLLC, files this Partially Unopposed Motion to Withdraw as Counsel requesting to be withdrawn as counsel of record in the above-styled and numbered case and respectfully shows the Court as follows:

1

1.  Mr. Wells is leaving Brown Fox to clerk for a judge in the Northern District of Texas, Fort Worth Division, and therefore, requests to be withdrawn as counsel for Receiver Cortney C. Thomas (the "Receiver").

2.  The Receiver will continue to be represented by Charlene C. Koonce and C. Alan Carrillo of Brown Fox, PLLC. Another attorney from Brown Fox, James F. Hopper, has also made an appearance in this case and will also represent the Receiver.  Pursuant to Local Rule 83.12(a) all further notices, correspondence, and pleadings should include notice to:

> Charlene C. Koonce
> C. Alan Carrillo
> James F. Hopper
> Brown Fox PLLC
> 8111 Preston Road, Suite 300
> Dallas, TX 75225

3.  This Motion is partially unopposed, and the granting of this Motion will not prejudice or delay this proceeding.

Accordingly, Timothy B. Wells respectfully asks the Court to grant this Motion and enter an order permitting him to withdraw.

Respectfully submitted,

By: */s/ Timothy B. Wells*
    Charlene C. Koonce
     Texas Bar No. 11672850
     charlene@brownfoxlaw.com
    C. Alan Carrillo
     Texas Bar No. 24109693
     alan@brownfoxlaw.com
    Timothy B. Wells
     Texas Bar No. 24131941
     tim@brownfoxlaw.com
    8111 Preston Road, Suite 300
    Dallas, TX  75225
    Tel. 214.327.5000
    Fax. 214.327.5001

*Attorneys for Cortney C. Thomas, Receiver*

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 28, 2025, I conferred via email with counsel to the SEC and counsel to Defendant Barton.  Counsel for the SEC and Barton's attorney Mr. Norred indicated that they are unopposed to the relief requested herein. I further certify that I conferred with Barton's other attorney Mr. Edney on July 28, 2025 and on July 30, 2025 and have not received a response.

*/s/ Timothy B. Wells*
Timothy B. Wells

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

*/s/ Timothy B. Wells*
Timothy B. Wells

3