**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| *Plaintiff*, | § § | |
| **v.** | § § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § § § | |
| *Relief Defendants***.** | § | |

## ORDER GRANTING MOTION TO WITHDRAW

Before the Court is Timothy B. Wells' Motion to Withdraw as Counsel of Record. After consideration, the Motion is **GRANTED**.

It is therefore ORDERED that Timothy B. Wells is **WITHDRAWN** as an attorney of record for Receiver Cortney C. Thomas.

IT IS SO ORDERED this _____ day of _____, 2025.

_____
HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE