# EXHIBIT A

# EXHIBIT A-1

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of June 30, 2025

| | | | | |
|---|---|---|---|---|
| 1 | Beginning Balance - April 1, 2025: | | | $ 1,280,347.23 |
| 2 | Business Income | | | 161,847.20 |
| 3 | Funds Received | | | 751,200.00 |
| 4 | Interest/Dividend Income | | | 6,259.64 |
| 5 | Business Asset Liquidation | | | |
| 6 | Personal Asset Liquidation | | | |
| 7 | Third-Party Litigation Income | | | |
| 8 | Miscellaneous - Other | | | |
| 9 | Disbursements to Investors | | | |
| 10 | Disbursements for Receivership Operations: | | | 157,327.39 |
| 10a | Disbursements to Receiver or Other Professionals | | - | |
| 10b | Business Asset and Operating Expenses | | 157,327.39 | |
| 10c | Personal Asset Expenses | | | |
| 10d | Investment Expenses | | | |
| 10e | Third-Party Litigation Expenses | | | |
| 10f | Tax Administrator Fees and Bonds | | | |
| 10g | Federal and State Tax Expenses | | - | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | | - |
| 11a | Distribution Plan Development Expenses | | | |
| 11b | Distribution Plan Implementation Expenses | | | |
| 12 | Disbursements to Court/Other | | | - |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | | |
| 12b | Federal income taxes | | | |
| 13 | Ending Balance - June 30, 2025 | | | $ 2,042,326.68 |
| 14 | Ending Balance of Fund - Net Assets | | | 2,042,326.68 |
| 14a | Cash & Cash Equivalents | | 2,042,326.68 | |
| 14b | Investments | | | |
| 14c | Other Assets or Uncleared Funds | | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | | |
| 16b | Federal income taxes | | | |

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of June 30, 2025

17      DC & State Tax Payments

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of June 30, 2025

18      No. of Claims
18a  the number of claims received from investors during this reporting period
      the number of claims received from investors as a result of all orders since the inception
18b  of the Fund

19      No. of Claimants/Investors

19a  the number of claimants/investors receiving distributions during the reporting period
      the number of claimants/investors receiving distributions pursuant to all orders of
19b  distribution since the inception of the Fund

Case 3:22-cv-02118-X     Document 665     Filed 08/04/25     Timothy Barton Receivership Entities     Page 5 of 19     PageID 21154

# EXHIBIT A-2

**Barton Receivership Account**
**Cash Accounting Summary**
**April 1, 2025 through June 30, 2025**

**Cash Receipts**

| Date | Item Description | Cash Receipts 2Q25 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Receipts 4Q22 | | $819,171.90 |
| 03/31/2023 | Cash Receipts 1Q23 | | $129,887.29 |
| 06/30/2023 | Cash Receipts 2Q23 | | $622,543.82 |
| 09/30/2023 | Cash Receipts 3Q23 | | $4,988.77 |
| 12/31/2023 | Cash Receipts 4Q23 | | $14,056.20 |
| 03/31/2024 | Cash Receipts 1Q24 | | $8,528.09 |
| 06/30/2024 | Cash Receipts 2Q24 | | $794,468.89 |
| 09/30/2024 | Cash Receipts 3Q24 | | $297,560.87 |
| 12/31/2024 | Cash Receipts 4Q24 | | $754,064.99 |
| 03/31/2025 | Cash Receipts 1Q25 | | $83,995.16 |
| 04/30/2025 | Interest Deposit | $1,465.24 | |
| 05/16/2025 | Wire Transfer Credit (HNGH Turtle Creek settlement) | $750,000.00 | |
| 06/01/2025 | Interest Deposit | $1,567.09 | |
| 06/09/2025 | DDA Regular Deposit (Final Auction Proceeds) | $1,200.00 | |
| 06/30/2025 | Interest Deposit | $3,227.31 | |
| **TOTAL RECEIPTS 2Q25** | | **$757,459.64** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$4,286,725.62** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 2Q25 | Cash Disbursements 4Q22 to present |
|------|------------------|---|---|
| 12/31/2022 | Cash Disbursements 4Q22 | | $10,764.09 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $504,163.52 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $713,478.93 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $129,682.01 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $45,993.79 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $75,623.72 |
| 06/30/2024 | Cash Disbursements 2Q24 | | $16,630.70 |
| 09/30/2024 | Cash Disbursements 3Q24 | | $464,215.53 |
| 12/31/2024 | Cash Disbursements 4Q24 | | $52,989.42 |
| 03/31/2025 | Cash Disbursements 1Q25 | | $831,734.59 |
| 04/01/2025 | Dallas Water Utilities (#358) (utilities-Gillespie) | $25.04 | |
| 04/02/2025 | AFCO ACH (Rock Creek Insurance) | 839.21 | |
| 04/08/2025 | Lumos Technology Services (#359) (IT services) | $469.37 | |
| 04/10/2025 | Alfredo Franco Nino (#360) (lawn maintenance-Dallas) | $225.00 | |
| 04/17/2025 | Martin Salvador (#361) (Gillespie repairs) | $300.00 | |
| 04/17/2025 | Alfredo Franco Nino (#362) (lawn maintenance-Dallas) | $225.00 | |
| 04/17/2025 | Alfredo Franco Nino (#363) (tree trimming-Gillespie) | $500.00 | |
| 04/29/2025 | AFCO ACH (Rock Creek Insurance) | 839.21 | |
| 05/05/2025 | Dallas Water Utilities (#364) (utilities-Gillespie) | $27.24 | |
| 05/13/2025 | Lumos Technology Services (#365) (IT services) | $469.37 | |

| Date | Item Description | Cash Disbursements 2Q25 | Cash Disbursements 4Q22 to present |
|------|----------------|------------------------|-----------------------------------|
| 05/14/2025 | Alfredo Nino (#366) (lawn maintenance-Dallas) | $225.00 | |
| 05/19/2025 | Alfredo Nino (#367) (lawn maintenance-Dallas) | $225.00 | |
| 05/20/2025 | Alfredo Nino (#368) (lawn maintenance-Frisco) | $675.00 | |
| 05/28/2025 | AFCO ACH (Rock Creek Insurance) | 891.45 | |
| 06/03/2025 | Alfredo Nino (#369) (lawn maintenance-Dallas) | $225.00 | |
| 06/10/2025 | Lumos Technology Services (#370) (IT services) | $469.37 | |
| 06/06/2025 | Dallas Water Utilities (#371) (utilities-Gillespie) | $25.04 | |
| 06/18/2025 | Alfredo Nino (#372) (lawn maintenance-Dallas) | $225.00 | |
| 06/27/2025 | Delaware Secretary of State (#374) (change of registered agent) | $200.00 | |
| 06/30/2025 | Dallas Water Utilities (#375) (utilities-Gillespie) | $25.04 | |
| **TOTAL DISBURSEMENTS 2Q25** | | **$7,105.34** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$2,852,381.64** |

# EXHIBIT A-3

**Goldmark Hospitality**
**Cash Accounting Summary**
**April 1, 2025 through June 30, 2025**

### Cash Receipts

| Date | Item Description | Cash Receipts 2Q25 | Cash Receipts 4Q22 to present |
|------|------------------|--------------------|-------------------------------|
| 12/31/2022 | Cash Receipts 4Q22 | | $108,460.28 |
| 03/31/2023 | Cash Receipts 1Q23 | | $206,811.44 |
| 06/30/2023 | Cash Receipts 2Q23 | | $204,650.27 |
| 09/30/2023 | Cash Receipts 3Q23 | | $202,645.84 |
| 12/31/2023 | Cash Receipts 4Q23 | | $200,006.81 |
| 03/31/2024 | Cash Receipts 1Q24 | | $231,233.80 |
| 06/30/2024 | Cash Receipts 2Q24 | | $204,678.83 |
| 09/30/2024 | Cash Receipts 3Q24 | | $182,857.52 |
| 12/31/2024 | Cash Receipts 4Q24 | | $185,510.00 |
| 03/31/2025 | Cash Receipts 1Q25 | | $217,102.06 |
| 04/01/2025 | DDA Regular Deposit (rents) | $3,497.18 | |
| 04/02/2025 | DHA Deposit (rents) | $5,807.00 | |
| 04/02/2025 | DDA Regular Deposit (rents) | $4,012.00 | |
| 04/04/2025 | DDA Regular Deposit (rents) | $3,719.74 | |
| 04/07/2025 | DDA Regular Deposit (rents) | $1,630.52 | |
| 04/09/2025 | DDA Regular Deposit (rents) | $3,195.82 | |
| 04/11/2025 | DDA Regular Deposit (rents) | $1,600.00 | |
| 04/15/2025 | DDA Regular Deposit (rents) | $2,175.00 | |
| 04/17/2025 | Square, Inc. [wire] (rents) | $31,706.56 | |

| Date | Item Description | Cash Receipts 2Q25 | Cash Receipts 4Q22 to present |
|------|-----------------|-------------------:|------------------------------:|
| 04/17/2025 | DDA Regular Deposit (rents) | $1,234.86 | |
| 04/22/2025 | DDA Regular Deposit (rents) | $3,124.46 | |
| 04/25/2025 | DDA Regular Deposit (rents) | $3,950.00 | |
| 04/29/2025 | DDA Regular Deposit (rents) | $2,446.10 | |
| 05/02/2025 | DHA Deposit (rents) | $3,231.00 | |
| 05/02/2025 | DDA Regular Deposit (rents) | $435.00 | |
| 05/02/2025 | DDA Regular Deposit (rents) | $3,583.00 | |
| 05/06/2025 | DDA Regular Deposit (rents) | $3,025.33 | |
| 05/07/2025 | DDA Regular Deposit (rents) | 2,859.44 | |
| 05/09/2025 | DDA Regular Deposit (rents) | $1,010.00 | |
| 05/13/2025 | DDA Regular Deposit (rents) | $925.10 | |
| 05/15/2025 | DDA Regular Deposit (rents) | $650.00 | |
| 05/27/2025 | Square, Inc. [wire] (rents) | $31,754.03 | |
| 05/27/2025 | DDA Regular Deposit (rents) | $2,950.08 | |
| 05/28/2025 | DDA Regular Deposit (rents) | $3,655.14 | |
| 06/02/2025 | DHA Deposit (rents) | $3,231.00 | |
| 06/02/2025 | DDA Regular Deposit (rents) | $4,118.00 | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY APR 1, 2025 THROUGH JUN 30, 2025
PAGE 2

| Date | Item Description | Cash Receipts 2Q25 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 06/03/2025 | DDA Regular Deposit (rents) | $7,033.00 | |
| 06/04/2025 | DDA Regular Deposit (rents) | $3,433.64 | |
| 06/06/2025 | DDA Regular Deposit (rents) | $3,227.60 | |
| 06/10/2025 | DDA Regular Deposit (rents) | $2,499.00 | |
| 06/17/2025 | DDA Regular Deposit (rents) | $4,348.32 | |
| 06/20/2025 | DDA Regular Deposit (rents) | $5,470.00 | |
| 06/23/2025 | DDA Regular Deposit (rents) | $2,462.66 | |
| 06/26/2025 | DDA Regular Deposit (rents) | $2,070.62 | |
| 06/27/2025 | DDA Regular Deposit (rents) | $1,400.00 | |
| 06/30/2025 | DDA Regular Deposit (rents) | $476.00 | |
| **TOTAL GOLDMARK RECEIPTS 2Q25** | | **$161,947.20** | |
| **TOTAL GOLDMARK RECEIPTS TO PRESENT** | | | **$2,105,904.05** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 2Q25 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Disbursements 4Q22 | | $99,830.15 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $202,341.23 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $187,686.31 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $181,476.12 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $113,782.01 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $265,056.05 |
| 06/30/2024 | Cash Disbursements 2Q24 | | $137,949.57 |
| 09/30/2024 | Cash Disbursements 3Q24 | | $160,466.53 |
| 12/31/2024 | Cash Disbursements 4Q24 | | $185,313.41 |
| 03/31/2025 | Cash Disbursements 1Q25 | | $217,102.06 |
| 04/01/2025 | TXU [wire] [utilities] | $14,178.39 | |
| 04/02/2025 | Service Fee | $10.00 | |
| 04/02/2025 | Service Fee | $10.00 | |
| 04/02/2025 | Spectrum [wire] [internet] | $224.20 | |
| 04/07/2025 | Dallas Water Utilities (#357) (utilities) | $16,069.76 | |
| 04/08/2025 | Air Texas AC and Heating (#356) (HVAC) | $5,200.00 | |
| 04/11/2025 | Jovanca Silvasan (#362) (gas reimbursement) | $74.14 | |
| 04/11/2025 | Jovanca Silvasan (#363) (property manager) | $1,633.00 | |
| 04/14/2025 | Terminix (#358) (pest control) | $235.98 | |
| 04/14/2025 | Frank Guzman (#360) (maintenance) | $495.00 | |
| 04/14/2025 | Matthew Hilburn (#361) (maintenance) | $735.00 | |

| Date | Item Description | Cash Disbursements 2Q25 | Cash Disbursements 4Q22 to present |
|---|---|---:|---|
| 04/17/2025 | Republic Services [wire] [trash collection] | $1,203.34 | |
| 04/17/2025 | Alfredo Nino (#364) (lawn maintenance) | $1,300.00 | |
| 04/25/2025 | Air Texas AC & Heating (#365) (HVAC) | $4,500.00 | |
| 04/25/2025 | Jovanca Silvasan (#368) (property manager) | $1,633.00 | |
| 04/28/2025 | Frank Guzman (#367) (maintenance) | $390.00 | |
| 04/28/2025 | Matthew Hilburn (#368) (maintenance) | $500.00 | |
| 04/29/2025 | TXU [wire] [utilities] | $6,712.65 | |
| 04/29/2025 | GoTo Premium [wire] [insurance] | $7,273.97 | |
| 04/29/2025 | GoTo Premium [wire] [insurance] | $8,801.40 | |
| 04/29/2025 | Spectrum [wire] [internet] | $224.20 | |
| 04/30/2025 | Service Fee | $10.00 | |
| 04/30/2025 | Service Fee | $10.00 | |
| 05/02/2025 | JCL Landscape Services (#369) (landscaping) | $2,865.00 | |
| 05/05/2025 | Dallas Water Utilities (#370) (utilities) | $12,141.19 | |
| 05/12/2025 | Matthew Hilburn (#372) (maintenance) | $850.00 | |
| 05/12/2025 | Frank Guzman (#373) (maintenance) | $622.50 | |
| 05/16/2025 | Jovanca Silvasan (#376) (property manager) | $1,633.00 | |
| 05/19/2025 | Republic Services [wire] [trash collection] | $1,146.31 | |

| Date | Item Description | Cash Disbursements 2Q25 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 05/19/2025 | Alfredo Nino (#375) (lawn maintenance) | $1,300.00 | |
| 05/20/2025 | Terminix (#371) (pest control) | $141.96 | |
| 05/23/2025 | Frank Guzman (#379) (maintenance) | $675.00 | |
| 05/23/2025 | Matthew Hilburn (#380) (maintenance) | $700.00 | |
| 05/23/2025 | Jovanca Silvasan (#381) (gas reimbursement) | $83.16 | |
| 05/27/2025 | Terminix (#374) (pest control) | $235.98 | |
| 05/27/2025 | Air Texas AC & Heating (#377) (HVAC) | $6,500.00 | |
| 05/27/2025 | Air Texas AC & Heating (#378) (HVAC) | $625.00 | |
| 05/29/2025 | GoTo Premium [wire] [insurance] | $7,273.97 | |
| 05/29/2025 | GoTo Premium [wire] [insurance] | $8,801.40 | |
| 05/30/2025 | Jovanca Silvasan (#383) (property manager) | $1,633.00 | |
| 06/02/2025 | Service Fee | $10.00 | |
| 06/02/2025 | Service Fee | $10.00 | |
| 06/03/2025 | TXU Energy [wire] [utilities] | $6,644.69 | |
| 06/04/2025 | Spectrum [wire] [internet] | $224.20 | |
| 06/09/2025 | Terminix (#384) (pest control) | $141.96 | |
| 06/09/2025 | Frank Guzman (#385) (maintenance) | $645.00 | |
| 06/09/2025 | Matthew Hilburn (#386) (maintenance) | $640.00 | |

| Date | Item Description | Cash Disbursements 2Q25 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 06/09/2025 | Billy Steele (#387) (maintenance) | $768.00 | |
| 06/13/2025 | Dallas Water Utilities (#388) (utilities) | $11,540.43 | |
| 06/13/2025 | Jovanca Silvasan (#391) (property manager) | $1,633.00 | |
| 06/17/2025 | Alfredo Nino (#390) (lawn maintenance) | $1,300.00 | |
| 06/20/2025 | Air Texas AC & Heating (#392) (HVAC) | $75.00 | |
| 06/20/2025 | Jovanca Silvasan (#393) (gas reimbursement) | $47.84 | |
| 06/23/2025 | Republic Services [wire] [trash collection] | $1,488.43 | |
| 06/23/2025 | Frank Guzman (#394) (maintenance) | $435.00 | |
| 06/23/2025 | Matthew Hilburn (#395) (maintenance) | $705.00 | |
| 06/23/2025 | Billy Steele (#396) (maintenance) | $762.00 | |
| 06/25/2025 | Deposit Correction (6/3 Deposit) | $100.00 | |
| 06/30/2025 | Air Texas AC & Heating (#397) (HVAC) | $4,500.00 | |
| **TOTAL DISBURSEMENTS 2Q25** | | **$150,322.05** | |
| **TOTAL RECEIVERSHIP DISBURSEMENTS** | | | **$1,901,325.49** |

# EXHIBIT A-4

**D4OP RECEIVERSHIP ACCOUNT[1]**
**Cash Accounting Summary**
**April 1, 2025 through June 30, 2025**

**Cash Receipts**

| Date | Item Description | Cash Receipts 2Q25 | Cash Receipts 3Q23 to present |
|------|------------------|--------------------|-------------------------------|
| 09/31/2023 | Cash Receipts 3Q23 (opening account) | | $126,643.63 |
| 12/31/2023 | Cash Receipts 4Q23 | | $210,786.07 |
| 03/31/2024 | Cash Receipts 1Q24 | | $62,762.79 |
| 06/30/2024 | Cash Receipts 2Q24 | | $0.00 |
| 09/30/2024 | Cash Receipts 3Q24 | | $0.00 |
| 12/31/2024 | Cash Receipts 4Q24 | | $0.00 |
| 03/31/2025 | Cash Receipts 1Q25 | | 0.00 |
| **TOTAL RECEIPTS 2Q25** | | **$0.00** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$400,192.49** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 2Q25 | Cash Disbursements 3Q23 to present |
|------|------------------|-------------------------|------------------------------------|
| **TOTAL DISBURSEMENTS 2Q25** | | **$0.00** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$0.00** |

---

[1] The use of funds in the D4OP Receivership Account are generally restricted by HUD regulations.