IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | |
| TIMOTHY BARTON, | § | |
| CARNEGIE DEVELOPMENT, LLC, | § | Civil Action No. 3:22-CV-2118-X |
| WALL007, LLC, | § | |
| WALL009, LLC, | § | |
| WALL010, LLC, | § | |
| WALL011, LLC, | § | |
| WALL012, LLC, | § | |
| WALL016, LLC, | § | |
| WALL017, LLC, | § | |
| WALL018, LLC, | § | |
| WALL019, LLC, | § | |
| HAOQIANG FU (A/K/A MICHAEL FU), | § | |
| STEPHEN T. WALL, | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS, LLC, and | § | |
| LDG001, LLC, | § § | |
| *Relief Defendants.* | § | |

## <u>ORDER</u>

Before the Court are the Receiver's Fifth Quarterly Fee Application (Doc. 654) and Sixth Quarterly Fee Application (Doc. 656).  Having considered the Application, the Court finds that the applications are just and appropriate and **GRANTS** them both.

Accordingly, the Court **ORDERS** that the Receiver is authorized to pay from the receivership assets recovered by the Receiver the following fees and expenses for

the fifth quarter—October 1, 2023, through December 31, 2023—and for the sixth quarter—January 1, 2024, through March 31, 2024:

1.    The sum of $42,969.00 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from October 1, 2023, through December 31, 2023.

2.    The sum of $38,969.50 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from January 1, 2024, through March 31, 2024.

3.    The sum of $130,355.00 shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from October 1, 2023, through December 31, 2023.

4.    The sum of $143,869.50 shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from January 1, 2024, through March 31, 2024.

5.    The sum of $167,533.15 shall be paid to Ahuja & Clark, PLLC for its services as accountant to the Receiver and expenses incurred from October 1, 2023, through December 31, 2023.

6.    The sum of $70,420.75 shall be paid to Ahuja & Clark, PLLC for its services as accountant to the Receiver and expenses incurred from January 1, 2024, through March 31, 2024.

**IT IS SO ORDERED** this 4th day of August, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE