**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § § | |
| *Defendants*, | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

**ORDER GRANTING RECEIVER'S MOTION**
**FOR EXTENSION OF TIME TO FILE SEVENTH, EIGHTH,**
**NINTH, TENTH, AND ELEVENTH QUARTERLY FEE APPLICATIONS**

Before the Court is the Receiver's Partially Unopposed Motion for Extension of Time to File Seventh, Eighth, Ninth, Tenth, and Eleventh Quarterly Fee Applications. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, the Receiver's deadline to file his Seventh, Eighth, Ninth, Tenth, and Eleventh Quarterly Fee Applications is hereby **EXTENDED** until November 14, 2025.

**IT IS SO ORDERED,** this _____ day of _____ 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE