# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| | § | |
| **TIMOTHY BARTON, ET AL.,** | § | |
| *Defendants.* | § | |

## SOLOMON NORRED'S MOTION TO WITHDRAW

Pursuant to LR 83.12, the undersigned herein moves to withdraw from his representation of Defendant Tim Barton and for cause would show that Barton has failed to abide by the contract entered into by Norred Law and Barton.

Tim Barton is opposed to this withdrawal. If withdrawal is granted, Barton will remain represented by Michael Edney and Sean O'Connell in this matter.

The Receiver's counsel has indicated her lack of opposition. Solomon Norred respectfully requests that the Court grant his withdrawal from the instant case.

/s/Solomon G. Norred
Solomon G. Norred, Texas Bar Number 24138007, sgn@norredlaw.com
NORRED LAW, PLLC; 515 E. Border Street; Arlington, TX 76010
(817) 704-3984 (Telephone); (817) 524-6686 (Fax)
*Attorney for Tim Barton*

**CERTIFICATE OF CONFERENCE** - I hereby certify that on August 7, 2025, I sought conference with Charlene Koonce, counsel for the Receiver, who advised that she did not oppose this motion or the relief sought therein. Defendant Tim Barton opposes this motion.

*/s/Warren V Norred*

**CERTIFICATE OF SERVICE -** I hereby certify that a true copy of the foregoing was served on all parties of record via the Court's electronic filing system on August 7, 2025.

*/s/Warren V Norred*