IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| *Plaintiff,* | § | |
| v. | § § | Civil Action No. 3:22-CV-2118-X |
| TIMOTHY BARTON et al., | § § | |
| *Defendants,* | § § | |
| BYRON WALKER, TBW LAND & CATTLE, LLC, | § § § | |
| *Relief Defendants.* | § § | |

## ORDER

Before the Court are Warren Norred and Solomon Norred's ("Movants") motions to withdraw as counsel for Timothy Barton. (Docs. 662, 673). Movants note that Barton will continue to be represented despite their withdrawal. (Doc. 662). But the Court notes that Barton is opposed and has filed an appeal *pro se* with the United States Court of Appeals for the Fifth Circuit. Because he is left unrepresented, the Court **DENIES** Movants' motions to withdraw.

**IT IS SO ORDERED** this 21st day of August, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE