IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § § *Plaintiff*, § § v. § § Civil Action No. 3:22-CV-2118-X TIMOTHY BARTON et al., § § *Defendants*, § § BYRON WALKER, TBW LAND & § CATTLE, LLC, § § *Relief Defendants*. § | |

## ORDER

Before the Court are Warren Norred and Solomon Norred's ("Movants") motion for reconsideration, (Doc. 675), of the Court's denial, (Doc. 674), of their motions to withdraw as counsel for Timothy Barton. (Docs. 662, 673). Movants correctly note that Barton will continue to be represented by Michael Edney in this matter. Accordingly, the Court **GRANTS** Movants motion for reconsideration and **GRANTS** their motions to withdraw as counsel for Timothy Barton.

**IT IS SO ORDERED** this 28th day of August, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE