# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 25-10871

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
September 5, 2025

Lyle W. Cayce
Clerk

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff—Appellee*,

CORTNEY CHRISTOPHER THOMAS,

*Appellee*,

*versus*

TIMOTHY BARTON,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

———————————————————————

CLERK'S OFFICE:

Under 5TH CIR. R.42.3, the appeal is dismissed as of September 5, 2025, for want of prosecution. The appellant failed to timely pay the fee.

**A True Copy**
**Certified order issued Sep 05, 2025**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 05, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

        No. 25-10871   SEC v. Barton
                       USDC No. 3:22-CV-2118

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Casey A. Sullivan, Deputy Clerk
                        504-310-7642

cc w/encl:
    Mr. Timothy Barton
    Mr. Keefe Michael Bernstein
    Mr. Craig Alan Carrillo
    Mr. Ezekiel Levenson Hill
    Mr. Cortney Christopher Thomas