IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| TIMOTHY BARTON, et al., § | |
|    Defendant. § | |
| § | |
| V. § | No. 3:22-CV-2118-X |
| § | |
| SECURITIES AND EXCHANGE § | |
| COMMISSION, § | |
|    Plaintiff. § | |
| § | |
| § | |

# NOTICE OF APPEAL OF ORDER GRANTING
# RECEIVER'S MOTION TO LIFT LITIGATION STAYECF 660

PLEASE TAKE NOTICE that Defendant Timothy Barton, Pro Se, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order of the United States District Court for the Northern District of Texas, Dallas Division, entered on July 28, 2025 [Dkt. No. 660], entitled "Order Granting Receiver's Motion to Lift Litigation Stay. The appealed Order mandates that the litigation stay be lifted in ten jointly administered bankruptcy cases pending in the Eastern District of Texas and further the Receiver to take all steps he deems necessary to effectuate the dismissal of those bankruptcy cases, thereby adversely affecting Defendant Barton's rights and interests.

Dated: Sep 09, 2025

Respectfully submitted,

*/s/Timothy Barton*
Timothy Barton
1846 E Rosemeade Pkwy,
#232, Carrollton, TX 75007
Tel: (214) 673-8714
Timothy.Barton@proton.me

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2025, I filed the foregoing Notice of Appeal with the Clerk of the United States District Court for the Northern District of Texas, Dallas Division, and served all counsel and pro se parties of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/Timothy Barton*
Timothy Barton