# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 12, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-10871   SEC v. Barton
               USDC No. 3:22-CV-2118

The court has granted appellant's motion to reinstate the appeal.
We request that the district court clerk forward the record and or
exhibits to us within 15 days of this date.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: *Rebecca Andry*
        Rebecca Andry, Deputy Clerk
        504-310-7638

Mr. Timothy Barton
Mr. Keefe Michael Bernstein
Mr. Craig Alan Carrillo
Mr. Ezekiel Levenson Hill
Ms. Karen S. Mitchell
Mr. Cortney Christopher Thomas