# EXHIBIT 3

1

**NOTICE OF LIS PENDENS**

STATE OF TEXAS      §
                      §
COUNTY OF TARRANT   §

NOTICE IS HEREBY GIVEN that in Cause No. 3:22-cv-02118-X, styled **SEC vs. Barton**, commenced in the United States District Court for the Northern District of Texas Dallas Division, the defendant, Timothy Barton, has filed an appeal to the Fifth Circuit Court of Appeals against the order appointing receiver [Dkt No. 417], filed on November 29, 2023, and entered on November 29, 2023. This notice may affect the title to the real property herein set forth.

The Litigation seeks to address challenge the appointment of receiver and the declaring Mansions Apartment Homes at Marine Creek LLC under receivership entities, which has significant future value. The defendant argues that the pending appeal and the unresolved issues regarding the receivership's management be resolved into its vacatur in entirety. The property is specifically described on **exhibit A** attached, which has a common address of intersection of Loop 820 and Huffines Blvd., City of Fort Worth, County of Tarrant, TX, which will affect title to such real property, more particularly described in **Exhibit "A"** attached hereto and which is incorporated herein by reference.

SIGNED this **31** day of July, 2024.

TIMOTHY BARTON

By:_____
Timothy Barton, Pro Se

STATE OF TEXAS        §
                          §
COUNTY OF DALLAS    §



On the **31** day of July, 2024, this instrument was acknowledged before me by Timothy Barton.

_____
Notary Public, State of Texas

**D224135502**
07/31/2024 04:59 PM      Page: 1 of 5      Fees: $36.00
LIS PENDENS
SUBMITTER: TIMOTHY BARTON

MARY LOUISE NICHOLSON
COUNTY CLERK

2

# EXHIBIT "A"
## PROPERTY LEGAL DESCRIPTION
### (will be corrected)

Being Lot 1, Block 1; Lot 1, Block 2; and Lots 2 and 3, Block 3 of MARINE CREEK APARTMENTS, an Addition to the City of Fort Worth, Tarrant County, Texas, according to the plat recorded in Cabinet A. Slide 8820, Deed Records, Tarrant County, Texas.

TRACTS 1 & 2:

Being a tract of land situated in L.H. Brown Survey, Abstract No, 213 and the T. & P.R.C.O. Survey, Abstract No. 1472, in the City of Fort Worth, Tarrant County, Texas, being all of Lots 2 & 3, Block 3 of MARINE CREEK APARTMENTS, an Addition to the City of Fort Worth, Tarrant County, Texas, according to the plat recorded in Cabinet A, Slide 8820, Deed Records, Tarrant County, Texas, and being that same tracts of land conveyed to Marine Creek land Partners, LP, by Deed recorded b Instrument No. D212240140; Official Public Records, Tarrant County, Taxes, and being more particularly described by meets and bounds as follows:

Beginning at a 5/8 inch iron rod found for corner in the North line of Shadydell Drive (a 60' right-of-way), said point being the Southeast corner of Lot 1R, Block 3 of Marine Creek Apartments, an Addition to the City of Fort Worth, Tarrant County, Texas, according to the plat recorded in Cabinet A, Slide 8912, Map Records, Tarrant County, Texas;

Thence North 27 degrees 41 minutes 29 seconds West along the East line of said Lot 1R, Block 3, a distance of 950,88 feet to a 5/8 inch iron rod found for corner, said point being the Northeast corner of said Lot 1R, Block 3, and being in the South line of a tract of land conveyed to the City of Fort Worth by Deed recorded in Volume 7226, Page 321, Deed Records, Tarrant County, Texas;
Thence traversing along the exterior line of said City of Fort Worth tract as follows:

South 88 degrees 00 minutes 01 seconds East, a distance of 110.13 feet to a 5/8 inch iron rod found for corner;

North 86 degrees 00 minutes 56 seconds East, a distance of 866.87 feet to a 1/2 inch iron rod with a yellow cap stamped "TXHS" set for corner;

North 80 degrees 57 minutes 49 seconds East, a distance of 320.54 feet to a 5/8 inch Iron rod found for corner;

South 75 degrees 41 minutes 36 seconds East, a distance of 330.06 feet to a 5/8 inch iron rod found for corner;

North 61 degrees 12 minutes 35 seconds East, a distance of 247. 16 feet to a 5/8 inch iron rod found for corner;

North 73 degrees 24 minutes 41 seconds East, a distance of 149.78 feet to a 1/2 inch iron rod found for

2

3

corner;

South 32 degrees 31 minutes 58 seconds East, a distance of 210.60 feet to a 1/2 inch iron rod found for corner;

South 29 degrees 46 minutes 46 seconds West, a distance of 180.02 feet to a 1/2 inch iron rod found for corner;

South 83 degrees 07 minutes 55 seconds West, a distance of 99.67 feet to a 1/2 inch iron rod found for corner;

South 53 degrees 19 minutes 33 Seconds West, a distance of 145.03 feet to a 1/2 inch iron rod found for corner;

South 38 degrees 18 minutes 42 seconds West, a distance of 364.19 feet to a 1/2 inch iron rod found lot corner;

South 20 degrees 36 minutes 52 seconds West, a distance of 298.09 feet to a 1/2 inch iron rod found for corner;

North 79 degrees 37 minutes 24 seconds West, a distance of 388.02 feet to a 1/2 inch iron rod with a yellow cap stamped "TXHS" set for corner;

North 68 degrees 07 minutes 25 seconds West, a distance of 241.24 feet to a 5/8 inch iron rod found for corner, said point being in the Southeast line of aforementioned Shadydell Drive;

Thence North 49 degrees 05 minutes 44 seconds East, along the Southeast line of said Shadydell Drive, a distance of 204.71 feet to a 5/8 inch iron rod found for corner, sold point being in a curve to the left having a radius of 50.00 feet, a delta of 286 degrees 15 minutes 37 seconds and a chord bearing North, 40 degrees 54 minutes 49 seconds West, a distance of 60.00 feet;

Thence along said curve to, the left and Shadydell Drive; an arc length of 249.81 feet to a 518 inch iron rod found for corner;

Thence South 49 degrees 05 minutes 44 seconds West along the Northwest line of said Shadydell Drive, a distance of 412.80 feet to a 1/2 inch iron rod with a yellow cap stamped "TXHS" set for corner, said point being in a curve to the left having a radius of 425.00 feet, a delta of 31 degrees 12 minutes 25 seconds, a chord bearing South 63 degrees 52 minutes 40 seconds West a distance of 228.63 feet;

Thence in a Southwestern direction along the Northwest line of said Shadydell Drive and curve to the left an arc distance of 231.48 feet to the Point of Beginning and containing a total of 1,238,758 square feet or 28.4380 acres of land.

TRACT 3:

Being a tract of land situated in the S.A. Hatcher Survey, Abstract No. 1792, in the City of Fort Worth, Tarrant County, Taxes, being all of Lot 1, Block 2 of MAFRINE CREEK APARTMENTS, an Addition to the City of Fort Worth, Tarrant County, Texas, according to the plat recorded in Cabinet A, Slide

3

4

8820, Deed Records, Tarrant County, Texas, and being that same tract of land conveyed to Marina Creek Land Partners, L.P. by Dead recorded in Instrument No. D212240140. Official Public Records, Tarrant County, Texas and being more particularly described by metes and bounds as follows:

Beginning at an "X" found for corner in the intersection of thee North line of Shadydell Drive (a 60' right-of-way) and the East line of Huffines Boulevard (an 84' right-of-way}, said point being in a curve to the left having a radius of 1992.00 feet, a delta of 05 degrees 38 minutes 38 seconds and a chord bearing North 24 degrees 51 minutes 49 seconds West, a distance of 196.14 feet;

Thence in a Northwestern direction along the East line of said Huffines Boulevard and curve to the left, an arc distance of 196.22 feet to an "X" found for corner;

Thence North 27 degrees 41 minutes 29 seconds West continuing along the East line of said Huffines Boulevard, a , distance of 358.66 feet to an "X' found for corner in the intersection of the East line of said Huffines Boulevard and the South line of Shadydell Drive(a 60' right-of-way);

Thence North 62 degrees 18 minutes 52 seconds East along the South line of said Shadydell Drive, a distance of 50.00 feet to a 1/2-inch iron rod with a yellow cap stamped "TXHS" set for corner, said point being in a curve to the right having a radius of 430.00 feet a delta of 39 degrees 05 minutes 49 seconds and a chord bearing North 81 degrees 51 minutes 48 seconds East, a distance of 287.76 feet;

Thence in an Easterly direction along the South line of said Shadydell Drive and curve to the right, an arc distance of 293.42 feet to a 5/8-inch iron rod found for corner, said point being in a compound curve to the right having a radius of 485.00 feet, a delta of 30 degrees 28 minutes 27 seconds and a chord bearing North 85 degrees 43 minutes 27 seconds East, a distance of 254.93 feet;

Thence continuing in an Easterly direction along the South line of said Shadydell Drive and curve to the right, an arc distance of 257.96 feet to a 5/8-inch iron rod found for corner in the intersection of the South line of said Shadydell Drive and the West line of Shadydell Circle (a variable width right-of-way), said point being in a curve to the right having a radius of 425.00 feet, a delta of 89 degrees 03 minutes 04 seconds, a chord bearing South degrees 04 minutes 09 seconds West, a distance of 596.04 feet;

Thence in a Southwesterly direction along the Western line of said Shadydell Circle, an arc distance of 660.55 feet to a 5/8-inch iron rod found for corner;

Thence South 68 degrees 47 minutes 56 seconds West continuing along the North line of said Shadydell Circle, a distance of 96.50 feet to the Point of Beginning and containing 232,838 square feet or 53452 acres of land.
TRACT 4:

Being a tract of land situated in the S.A. Hatcher Survey, Abstract No. 1792, in the City of Fort Worth, Tarrant county, Texas, being all of Lot 1, Block 1 of MARINE CREEK APARTMENTS, an Addition to the City of Fort Worth, Tarrant County, Texas, according to the plat recorded in Cabinet A, Slide 3820, Deed Records, Tarrant, County, Texas, and being that same tract of land conveyed to Marine Creek Land Partners, L.P. by Deed recorded in instrument No. D212240140. Official Public Records, Tarrant County, Texas, and being more particularly described by metes and bounds as follow:

4

5

Beginning at an X set for corner in the East line of Huffines Boulevard (an 84-feet right-of-way), said point being the North West corner of a tract of land conveyed to H&M Mackey, LLC by Deed recorded in volume 15932, Page 274, Deed Records, Tarrant County, Texas, and also being in a curve to the left having a radius of 1992.00 feet, a delta of 08 degrees 12 minutes 02 seconds and a chord bearing North 16 degrees 12 minutes 56 seconds West, a distance of 284.87 feet;

Thence, a Northerly direction along an East line of said Huffines Boulevard and curve to the left an arc distance of 285.11 feet to an "X" found for the corner in the intersection of East line of said Huffines Boulevard and the South line of the Shadydell circle, (a variable width right-of-way);

Thence North 68 degrees 47 minutes 53 seconds East along the South line of said Shadydell Circle, a distance of 96.63 feet to a 5/8 inch rod found for corner, said point being in a curve to the right having a radius of 485.00 feet, a delta of 73 degrees 41 minutes 32 seconds and a chord bearing North 31 degrees 50 minutes 59 seconds East, a distance of 581.68 feet;

Thence in a Northeasterly direction along the Southeast line of Shadydell Circle, and curve to the right, an arc distance of 623.79 feet, to a ½ inch iron rod with a yellow cap stamped "TXHS" set for corner;

Thence North 85 degrees 35 minutes 55 seconds East, a distance of 2.75 feet to a ½ inch iron rod with a yellow cap stamped "TXHS" set for corner in the West line of a tract of land conveyed to the City of Fort Worth by Deed recorded in volume 7226, Page 721, Deed Records, Tarrant County, Texas;

Thence traversing along the exterior line of said City of Fort Worth tract as follows:

South 71 degrees 17 minutes 20 seconds East, a distance of 252.71 feet to a ½ inch iron rod with a yellow cap stamped "TXHS" set for corner;

South 53 degrees 55 minutes 24 seconds East, a distance of 230.95 feet to ½ inch iron rod with a yellow cap stamped "TXHS" set for corner;

South 33 degrees 45 minutes 40 seconds East, a distance of 121.55 feet to a rail rod spike found for corner, said point being the North corner of Lot 1, Block 1 of Crosspoint Church Addition, and Addition to the City of Fort Worth, according to map recorded in Instrument No D214143867, Deed Records, Tarrant County, Texas;

Thence South 59 degrees 13 minutes 24 seconds West along the North line of said Lot 1, Block 1 and passing through the common Northwest corner of said Lot 1, Block 1 and the Northeast corner of aforementioned H&M Mackey, LLC a total distance of 947.19 feet to the point of Beginning and containing 292,114 square feet or 6.7060 acres of land.

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS OF
TARRANT COUNTY, TEXAS
07/31/2024 04:59 PM

D224135502
LIS PENDENS
Pages: 5
Fees: $36.00

MARY LOUISE NICHOLSON
COUNTY CLERK