**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § | |
| *Defendants.* | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LC, | § § § | |
| *Relief Defendants.* | § § | |

**ORDER GRANTING DLP ENTITIES' EMERGENCY MOTION
<u>TO DECLARE LIS PENDENS VOID</u>**

Before this Court is the DLP Entities' Emergency Motion to Declare Lis Pendens Void.

Having considered the Motion, the Court finds that it should be and hereby is GRANTED.

The Court therefore DECLARES that the Lis Pendens filed by Timothy Barton in the real

property records of Tarrant County on July 31, 2024, copies of which are attached to the Motion,

on the Orchard Farms Property (Being a tract of land situated in Block 20 and Block 23 of the

Shelby County School Land Survey, Abstract No. 1375, City of Fort Worth, Tarrant County,

Texas, being a portion of that tract of land as described in deed to Wall 007, LLC, recorded in

County Clerk's File No. D217259397, Official Public Records, Tarrant County, Texas and being

more particularly described in the Lis Pendens) and on the Marine Creek Property (Being Lot 1, Block 1; Lot 1, Block 2 and Lots 2 and 3, Block 3 of Marine Creek Apartments, an Addition to the City of Fort Worth, Tarrant County, Texas, according to the plat recorded in Cabinet A, Slide 8820, Deed Records, Tarrant County and being more particularly described in the Lis Pendens) are VOID.

SO ORDERED, this ____ day of September 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE