Jules P. Slim
State Bar No. 00793026
PO BOX 140307
Irving, Texas 75014
Telephone: (214) 350-5183
Email: jslim@slimlawfirm.com
**Attorney for Defendant**
**Timothy Barton**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § <br> Plaintiff, § <br> v. § § <br> TIMOTHY BARTON, CARNEGIE § <br> DEVELOPMENT, LLC, WALL007, LLC, § <br> WALL 009, LLC, WALL 010, LLC, WALL § <br> 011, LLC, WALL 012, LLC, WALL 016, LLC, § <br> WALL 017, LLC, WALL 018, LLC, WALL § <br> 019, LLC, HAOQIANT FU (A/K/A § <br> MICHAEL FU), STEPHEN T. WALL, § <br> Defendants, § <br> v. § § <br> DJD LAND PARTNERS, LLC, and LDG001, § <br> LLC, § <br> Relief Defendants. § | No. 3:22-cv-2118-X |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT TIMOTHY BARTON

**COMES NOW** Timothy Barton and notifies this Court that the undersigned, Jules P. Slim, appears on his behalf for all purposes related to this case.

DATED: October 9, 2025

Respectfully Submitted,

*/s/ Jules P. Slim*
Jules P. Slim
State Bar No. 00793026
PO BOX 140307
Irving, Texas 75014
Telephone: (214) 350-5183
Email:  jslim@slimlawfirm.com

**Attorney for Defendant**
**Timothy Barton**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2025, a true and correct copy of the foregoing Response was filed and served through the Court's e-filing (CM/ECF) system.

*/s/ Jules P. Slim*
Jules P. Slim