No. 25A265
Case 3:22-cv-02118-X   Document 684-1   Filed 10/09/25   Page 1 of 1   PageID 21365

| | |
|---|---|
| Title: | **Timothy Barton, Applicant** |
| | **v.** |
| | **Securities and Exchange Commission** |
| Docketed: | September 5, 2025 |
| Lower Ct: | United States Court of Appeals for the Fifth Circuit |
| Case Numbers: | (23-11237, 24-10004) |

## Proceedings and Orders

Sep 03 2025    Application (25A265) to extend the time to file a petition for a writ of certiorari from September 14, 2025 to November 13, 2025, submitted to Justice Alito.

**Main Document**

Sep 05 2025    Application (25A265) granted by Justice Alito extending the time to file until October 14, 2025.

## Attorneys

**Attorneys for Petitioners**

Michael James Edney
*Counsel of Record*

Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037

medney@huntonak.com
Ph: 2027782204

Party name: Timothy Barton

**Attorneys for Respondents**

D. John Sauer
*Counsel of Record*

Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

supremectbriefs@usdoj.gov
Ph: 202-514-2217

Party name: United States Securities and Exchange Commission