**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § | |
| **Plaintiff,** | § | |
| **v.** | § § | |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL 009, LLC, WALL 010, LLC, WALL 011, LLC, WALL 012, LLC, WALL 016, LLC, WALL 017, LLC, WALL 018, LLC, WALL 019, LLC, HAOQIANT FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § § § § § § § § | **No. 3:22-cv-2118-X** |
| **Defendants,** | § | |
| **v.** | § § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § § | |
| **Relief Defendants.** | § | |

**ORDER DENYING EXPUNGEMENT OF LIS PENDENS** [DOC 681]

**CAME BEFORE** this Court the DLP Entities' Motion to Expunge Lis Pendens. Considering the papers on file with this Court and the argument of counsel, the motion is DENIED without prejudice to re-filing upon the exhaustion by Mr. Barton of all appellate remedies.

***END OF ORDER***

Respectfully submitted by:

*/s/ Jules P. Slim*
Jules P. Slim
State Bar No. 00793026
PO BOX 140307
Irving, Texas 75014
Telephone: (214) 350-5183
Email:  jslim@slimlawfirm.com

**Attorney for Defendant**
**Timothy Barton**