Jules P. Slim
State Bar No. 00793026
PO BOX 140307
Irving, Texas 75014
Telephone: (214) 350-5183
Email: jslim@slimlawfirm.com
**Attorney for Defendant**
**Timothy Barton**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § | |
| Plaintiff, | § | |
| v. | § § | |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL 009, LLC, WALL 010, LLC, WALL 011, LLC, WALL 012, LLC, WALL 016, LLC, WALL 017, LLC, WALL 018, LLC, WALL 019, LLC, HAOQIANT FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § | **No. 3:22-cv-2118-X** |
| Defendants, | § | |
| v. | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § | |
| Relief Defendants. | § | |

### NOTICE OF ADMINISTRATIVE STAY REGARDING
### MOTION TO EXPUNGE LIS PENDENS [DOC 681]

**COMES NOW** Timothy Barton and files this Notice of Administrative Stay Regarding

Motion to Expunge Lis Pendens [DOC 681] as follows:

### I.    PROCEDURAL BACKGROUND

1.    This enforcement action—SEC v. Timothy Barton, No. 3:22-cv-2118-X (N.D.

Tex.)—proceeds against Barton and affiliated entities under a court-supervised receivership. In

December 2022, the district court ratified a settlement concerning DLP-affiliated entities

(ECF #109).  Following the Receiver's reappointment on or about November 29, 2023, the court blessed prior orders, including the settlement ratification (ECF #419), and Barton noticed an appeal. The Fifth Circuit subsequently affirmed the imposition and scope of the receivership and the preliminary injunction and dismissed the remainder of the appeal (Judgment/Mandate, ECF #652).

2.       Barton has sought further review by petition for a writ of certiorari in the Supreme Court, petition has been filed.

3.       Contemporaneously with these proceedings, Barton filed an appeal to the Fifth Circuit Court of Appeals in *Securities and Exchange Commission, Plaintiff-Appellee v. Timothy Barton, Defendant-Appellant*; No. 25-10871.

4.       On October 17, 2025, the Fifth Circuit issued an unpublished order (5th Cir DOC 49-2, which states in relevant part:

> IT IS FURTHER ORDERED that Appellant's Motion for an administrative stay is GRANTED, which will continue until further order of this court.

(**EXHIBIT 1**; Order staying case; Fifth Cir. 25-10871; Oct. 17, 2025)[1].

5.       Barton's prayer in his Motion for Stay in the Fifth Circuit stated:

> V. RELIEF REQUESTED Appellant respectfully requests relief as first, an immediate administrative stay of all receiver activity pending this motion and, upon disposition, a stay of all receiver actions—including sales, settlements, transfers, litigation activity, and fee/expense applications—through final resolution of the appeal; alternatively, if a complete stay is not granted, order that (i) no distributions be made to professionals or third parties; (ii) all cash on hand and all future proceeds be segregated in a federally insured, interest-bearing escrow, with no carve-outs for fees and no disbursements absent further order; (iii) no new sales or settlements be consummated, and if a previously approved transaction must close, the entirety of

---

[1] The Fifth Circuit further stated, "IT IS ORDERED that Appellant's motion for stay pending appeal is DENIED."  Although seemingly contradictory, Barton's prayer referencing the requested administrative stay is instructive.  As the Fifth Circuit likewise denied Appellee SEC's Motion for stay pending the government shutdown, it appears that the Fifth Circuit denied *both* parties any stay of the *appeal,* but *granted* Barton's stay of further action in this District Court.

<u>**NOTICE OF FIFTH CIRCUIT ADMINISTRATIVE STAY**</u>                                                                 Page 2

net proceeds be deposited into said escrow; and grant such further relief as necessary to protect the Court's jurisdiction and Appellant's rights.

(**EXHIBIT 2**: Barton's Motion for Stay; Fifth Cir. 25-10871).

## II.    ARGUMENT AND AUTHORITIES

6.    The Fifth Circuit retains discretion to stay this District Court's proceedings pending appeal.  *Thomas v. Bryant*, 919 F.3d 298, 303 (5th Cir. 2019).  Likewise, the Fifth Circuit retains the authority to grant or deny motions to stay its own proceedings to address district court actions. *See i.e., Book People, Inc. v. Wong*, 91 F.4th 318 (5th Cir. 2024) (granting administrative stay, carrying stay of district court actions pending appeal be carried with the case); *Texas Democratic Party v. Abbott*, 961 F.3d 389, 398 (5th Cir. 2020) (stating, "this motions panel granted a temporary administrative stay to consider carefully the motion for stay pending appeal.").

7.    By denying the SEC's motion to stay pending the government shutdown, the Fifth Circuit is expressing its willingness to consider the merits of Barton's appeal.  Some confusion arises in the Fifth Circuit's contemporaneous denial of Barton's non-administrative stay.  However, Barton only prayed for an *administrative* stay, as quoted from his motion above.

8.    Therefore, the only reasonable interpretation of the Fifth Circuit's October 17 order is that it intended to stay any further action from this District Court.  This administrative stay relates to all transactions perpetuated by the receiver, including the Settlement Agreement between the DLP Entities and the Receiver, clearly forming the entire basis of the DLP Entities' Motion to Expunge [DOC 681].

**WHEREFORE,** Barton prays that this Court abstain from further consideration of the DLP Entities' Motion to Expunge Lis Pendens [DOC 681] until further order of the Fifth Circuit.

Respectfully Submitted,

*/s/ Jules P. Slim*
Jules P. Slim
State Bar No. 00793026
PO BOX 140307
Irving, Texas 75014
Telephone: (214) 350-5183
Email:  jslim@slimlawfirm.com

**Attorney for Defendant**
**Timothy Barton**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2025, a true and correct copy of the foregoing Response was filed and served through the Court's e-filing (CM/ECF) system.

*/s/ Jules P. Slim*
Jules P. Slim