# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 17, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-10871   SEC v. Barton
                   USDC No. 3:22-CV-2118


Enclosed is an order entered in this case.



                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Casey A. Sullivan, Deputy Clerk
                    504-310-7642

Mr. Timothy Barton
Mr. Keefe Michael Bernstein
Mr. Ezekiel Levenson Hill
Ms. Karen S. Mitchell

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 17, 2025

Lyle W. Cayce
Clerk

No. 25-10871

_____

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

_____

UNPUBLISHED ORDER

Before Southwick, Duncan, and Engelhardt, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellant's motion for stay pending appeal is DENIED.

IT IS FURTHER ORDERED that Appellant's motion for an administrative stay is GRANTED, which will continue until further order of this court.

IT IS FURTHER ORDERED that Appellee's opposed motion to stay further proceedings, including staying the response to the motion for stay pending appeal, due to a lapse in government funding is DENIED.

Upon receipt of the Appellee's response, the court will reconsider the motion for a stay pending appeal.