Case 3:22-cv-02118-X     Document 688-2     Filed 10/27/25     Page 1 of 7     PageID 21404

# Special Warranty Deed

**Notice of confidentiality rights: If you are a natural person, you may remove or strike any or all of the following information from any instrument that transfers an interest in real property before it is filed for record in the public records: your Social Security number or your driver's license number.**

**Date:**  The 14 day of October 2021.

**Grantor:**  TAMAMOI, LLC, a Delaware limited liability company

**Grantor's Mailing Address:**  5060 SW Philomath Blvd #363, Corvallis, OR 97333

**Grantee:**  3820 Illinois LLC, a Delaware limited liability company

**Grantee's Mailing Address:**  5060 SW Philomath Blvd. #516
Corvallis, OR 97333

Consideration:

$10.00 and other good and valuable consideration, receipt and sufficiency of which are acknowledged hereby.

Property (including any improvements):

BEING a 6.46 acre tract of land situated in the R. F. Smith Survey, Abstract No. 1376 in the City of Dallas, Dallas County, Texas, and being a portion of that certain tract of land conveyed in Warranty Deed to Wilmer-Hutchins Independent School District recorded in Volume 2660, Page 450, Deed Records, Dallas County, Texas, and being more particularly described as follows:

BEGINNING at a 1/2 inch iron rod set for the Northwest corner of said Wilmer-Hutchins Independent School District tract, said point being the intersection of the Northeast right-of-way line of Missouri-Kansas-Texas Railway Company of Texas (a 100' right-of-way) with the Southwest right-of-way line of Linfield Drive (a 50 right-of-way);

THENCE North 60 degrees 50 minutes 00 seconds East, along the common line of said Wilmer-Hutchins Independent School District tract, and the South right-of-way line of said Linfield Drive, a distance of 147.27 feet to a 1/2 inch iron rod set for corner, said point being in the intersection of the Southeast right-of-way line of Linfield Drive with the Southwest right-of-way line of Illinois Avenue (a variable width right-of-way);

THENCE South 68 degrees 54 minutes 01 second East along the common line of said Wilmer-Hutchins Independent ~~~~~~, and the Southwest right-of-way line of said Illinois Av~~~~~~ 47.83 feet to a TX DOT

**Exhibit A**

Monument found for corner;

THENCE South 76 degrees 12 minutes 10 seconds East, continuing along the common line of said Wilmer-Hutchins Independent School District tract, and said Southwest right of- way line of said Illinois Avenue, a distance of 38.87 feet to a TX DOT Monument found for corner, said point being the intersection of the Southwest right-of-way line of said Illinois Avenue with the Southwest right-of-way of May Forge Drive (a variable width right-of- way), same being the North corner of that certain tract of land dedicated to the State of Texas, by deed recorded in Volume 70021, Page 1241, of said Deed Records;

THENCE South 48 degrees 24 minutes 28 seconds East along the common line of said Wilmer-Hutchins Independent School District tract, and the South right-of-way line of said May Forge Drive, a distance of 75.51 feet to a DC DOT Monument found for corner;

THENCE South 56 degrees 02 minutes 40 seconds East, through the interior of said Wilmer-Hutchins Independent School District tract, and along the Southwest right-ofway line of said May Forge Drive, a distance of 328.14 feet to a DC DOT monument found for corner;

THENCE South 30 degrees 53 minutes 07 seconds East, through the interior of said Wilmer-Hutchins Independent School District tract, and along said Southwest right-ofway of said May Forge Drive, a distance of 177.34 feet to a 1/2 inch iron rod set for corner, said point being the Southeast corner of the herein described tract, same being the Southwest corner of said R.O.W. dedication as recorded in Volume 70021, Page 1241, same being in the East line of said Wilmer-Hutchins Independent School District tract, same being in the North line of a 12' alley, as dedicated on Linfield Park, an Addition to the City of Dallas, Dallas County, Texas, according to the map thereof recorded in Volume 17, Page 405, Map Records, Dallas County, Texas;

THENCE South 60 degrees 00 minutes 00 seconds West along the common line of said Wilmer-Hutchins Independent School District tract, and said 12 foot alley, a distance of 575.84 feet to a 1/2 inch iron rod set for corner from which a 1/2 inch iron rod bears South 88 degrees 18 minutes 34 seconds East 0.34 feet, said point being the Southwest corner of said Wilmer-Hutchins Independent School District tract same being the Northwest corner of said 12 foot alley, same being in the Southeast right-of-way line of aforesaid Missouri- Kansas-Texas Railway Company of Texas;

THENCE North 18 degrees 44 minutes 00 seconds West along the common line of said Wilmer-Hutchins Independent School District tract and said Missouri-Kansas-Texas Railway Company of Texas, a distance of 701.40 feet to the POINT OF BEGINNING, and containing 281 ,364 square feet or 6.46 acres of computed land, more or less.

LOAN_TITLE_TAMAMOI_030

SAVE AND EXCEPT that 0.185 acre tract of land designated as the Smith Family Cemetery in Agreed Final Judgment filed 11/30/2015, under Cause No. DC-15-05099, District Court of Dallas County, Texas as set out in Affidavit filed 05/31/2016, recorded in cc# 201600144377, Real Property Records, Dallas County, Texas and being further described as follows:

BEING a 0.185-acre tract of land in the Robinson F. Smith Survey, Abstract No. 1376, in The City of Dallas, Dallas County, Texas, and being situated in a 6.46-acre tract of land described in the Deed Without Warranty executed on the 21 st day of July, 2010, by Adam Medrano, President of the Board of Trustees of the Dallas Independent School District to ADI Engineering, Inc. and filed on September 2, 2010, at County Clerk's File No. 201000225558 of the Official Public Records of Dallas County, Texas, and also being part of a 0.22-acre tract for the Family Grave Yard set off out of the land of the estate of Thomas and Polly Smith, deceased for the common use of their heirs as described and shown on the plat of the lands of Estate of Thomas and Polly Smith with their subdivisions as made by the Commissioners chosen by the heirs of said Smith to settle said estate and divide the lands thereof on May 19th, 1877 as surveyed by R. M. Cook, County Surveyor, as said plat and descriptions appear in Volume 36, at Page 301 of the Deed Records of Dallas County, Texas, said 0.185-acre tract of land being more particularly described as follows:

COMMENCING at a 1/2 inch steel rod with a red plastic cap stamped RPLS 3688 (Hugh E. Peiser, RPLS No. 3688) found on September 22, 2015, marking the intersection of the Southwesterly right-of-way line of Linfield Road (a fifty-foot right-of-way) with the Southwesterly right-of-way line of Illinois Avenue (a variable width right-of-way) and being the most Northerly corner of the 6.46-acre tract of land cited above and having coordinates of:

X =2,503,711.23  feet, Y = 6,946,948.89 feet

THENCE South 69 degrees 59 minutes 41 seconds East with the Southwesterly right-of-way line of Illinois Avenue for a distance of 147.83 feet or 53.22 varas to the remnants of a concrete monument found on September 22, 2015;

THENCE South 77 degrees 17 minutes 50 seconds East continuing with the Southwesterly right-of-way line of Illinois Avenue for a distance of 38.87 feet or 13.99 varas;

THENCE South 49 degrees 30 minutes 08 seconds East continuing with the Southwesterly right-of-way line of Illinois Avenue for a distance of 6.46 feet or 2.33 varas to a point on the Northerly line of the Grave Yard tract for the POINT OF BEGINNING of the herein described 0.185-acre tract and having coordinates:

X = 2,503,983.02 feet, Y = 6,946,855.54 feet

LOAN_TITLE_TAMAMOI_031

THENCE South 49 degrees 30 minutes 08 seconds East continuing with the Southwesterly right-of-way line of Illinois Avenue for a distance of 69.05 feet or 24.86 varas to a 3 1/2 inch brass disk embedded in concrete and inscribed "TEXAS HIGHWAY DEPARTMENT R.O.W." found on September 22, 2015;

THENCE South 57 degrees 08 minutes 20 seconds East continuing with the Southwesterly right-of-way line of Illinois Avenue for a distance of 10.56 feet or 3.80 varas to a point on the Easterly line of the Grave Yard tract;

THENCE South 00 degrees 56 minutes 58 seconds East with said Easterly line of the Grave Yard tract for a distance of 60.94 feet or 21.94 varas to the Southeast corner thereof;

THENCE South 89 degrees 03 minutes 02 seconds West with the Southerly line of the Grave Yard tract for a distance of 85.83 feet or 30.90 varas to the Southwest corner thereof;

THENCE North 00 degrees 56 minutes 58 seconds West with the Westerly line of the Grave Yard tract for a distance of 112.53 feet or 40.51 varas to the Northwest corner thereof;

THENCE North 89 degrees 03 minutes 02 seconds East with the Northerly line of the Grave Yard tract for a distance of 25.30 feet or 9.11 varas to the PLACE OF BEGINNING and Containing 8,049 square feet or 0.185 acres of land

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof when the claim is by, through, or under Grantor but not otherwise, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

GRANTEE IS TAKING THE PROPERTY IN AN ARM'S-LENGTH AGREEMENT BETWEEN THE PARTIES. THE CONSIDERATION WAS BARGAINED ON THE BASIS OF AN "AS IS, WHERE IS" TRANSACTION AND REFLECTS THE AGREEMENT OF THE PARTIES THAT THERE ARE NO REPRESENTATIONS OR EXPRESS OR IMPLIED WARRANTIES EXCEPT THOSE CONTAINED IN THIS DEED. GRANTEE HAS NOT RELIED ON ANY INFORMATION OTHER THAN GRANTEE'S INSPECTION.

Reservations from Conveyance: None

Exceptions to Conveyance:

LOAN_TITLE_TAMAMOI_032

Liens described as part of the Consideration and any other liens described in this deed as being either assumed or subject to which title is taken; validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing restrictions, reservations, covenants, conditions, oil and gas leases, mineral interests, and water interests outstanding in persons other than Grantor, and other instruments, other than conveyances of the surface fee estate, that affect the Property; validly existing rights of adjoining owners in any walls and fences situated on a common boundary; any discrepancies, conflicts, or shortages in area or boundary lines; any encroachments or overlapping of improvements; all rights, obligations, and other matters arising from and existing by reason of the Harris County water improvement or other applicable governmental district, agency, or authority; and taxes for 2020, which Grantee assumes and agrees to pay, and subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantee assumes/but not subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantor assumes.

When the context requires, singular nouns and pronouns include the plural.

TAMAMOI, LLC, a Delaware limited liability company

_____
By: Jim Richardson, Manager

State of _____     §

County of _____     §

This instrument was acknowledged before me on this the _____ day of _____, 2021 by Jim Richardson as Manager for TAMAMOI LLC.

_____
Notary Public

Page 5 of 5

LOAN_TITLE_TAMAMOI_033

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Riverside_

On _October 14, 2021_ before me, _Andrada Nagy, Notary Public_,
Date                          Here Insert Name and Title of the Officer

personally appeared _James Dumi Richardson_
                                     Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**ANDRADA NAGY**
Notary Public - California
Riverside County
Commission # 2232984
My Comm. Expires Mar 3, 2022

Place Notary Seal and/or Stamp Above

Signature _____
Signature of Notary Public

──────────── OPTIONAL ────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association

# Dallas County
## John F. Warren
**Dallas County Clerk**

**Instrument Number:** 202100311499

eRecording – Real Property

Recorded On: October 19, 2021 03:36 PM                    Number of Pages: 7

**" Examined and Charged as Follows: "**

Total Recording: $46.00

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                      **Record and Return To:**

Document Number:    202100311499                          Simplifile

Receipt Number:     20211019000106

Recorded Date/Time: October 19, 2021 03:36 PM

User:               Kamesha W

Station:            CC51



**STATE OF TEXAS**
**COUNTY OF DALLAS**

**I hereby certify that this Instrument was FILED In the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Records of Dallas County, Texas.**

John F. Warren
Dallas County Clerk
Dallas County, TX

LOAN_TITLE_TAMAMOI_035