## CAUSE NO. DC-22-02622

| | | |
|---|---|---|
| **JMJ DEVELOPMENT, LLC,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff.** | § | |
| | § | |
| **v.** | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| **TAMAMOI, LLC AND 3820 ILLINOIS,** | § | |
| **LLC,** | § | |
| | § | |
| **Defendants.** | § | **68TH JUDICIAL DISTRICT** |

### ORDER DISMISSING WITH PREJUDICE

The Court, having considered Plaintiff's JMJ Development, LLC and Defendants' Tamamoi, LLC and 3820 Illinois, LLC Joint Motion to Dismiss With Prejudice, is of the opinion that the Motion should be **GRANTED**.

Therefore, the Court hereby **ORDERS** that this action be **DISMISSED with prejudice** to refiling at a later date, and that all costs be taxed against the Party incurring same.

IT IS SO ORDERED.

SIGNED _____9/16/2024_____, 2024

_____
PRESIDING JUDGE

**ORDER – SOLO PAGE**

**Exhibit**

**C**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kimberley O'Rourke on behalf of Timothy Wells
Bar No. 24131941
kimberley@brownfoxlaw.com
Envelope ID: 91917586
Filing Code Description: Motion - Dismiss
Filing Description: JOINT
Status as of 9/12/2024 8:19 AM CST

Associated Case Party: TAMAMOI, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ian Ghrist | 24073449 | ian@ghristlaw.com | 9/11/2024 4:12:19 PM | SENT |
| Kyle B.Fonville | | kyle@warrenfonville.com | 9/11/2024 4:12:19 PM | SENT |
| Justus Anderson | | justus@warrenfonville.com | 9/11/2024 4:12:19 PM | SENT |

Associated Case Party: Cortney Thomas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tim Wells | | tim@brownfoxlaw.com | 9/11/2024 4:12:19 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| STEVEN METZGER | | smetzger@pmklaw.com | 9/11/2024 4:12:19 PM | SENT |

Associated Case Party: JMJ DEVELOPMENT, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Vance McMurry | | vance@mcmurrylegal.com | 9/11/2024 4:12:19 PM | SENT |