NOTICE OF LIS PENDENS

STATE OF TEXAS                    §
                                 §
                                 §
COUNTY OF DALLAS                 §

NOTICE IS HEREBY GIVEN that in Cause No. 3.22-cv-02118-X, styled **SEC vs. Barton**, commenced in the United States District Court for the Northern District of Texas Dallas Division, the defendant, Timothy Barton, has filed an appeal to the Fifth Circuit Court of Appeals [Case No. 25-10871 – "Exhibit B"] against the order modifying receivership order [Dkt No. 649] filed on July 22, 2025, and entered on July 22, 2023. This notice may affect the title to the real property herein set forth. The order granting receiver's verified motion to ratify settlement agreement with Tamamou, LLC and 3820 Illinois, LLC issued on August 14, 2024 is under appeal at the Fifth Circuit Court of Appeals Case 24-10788 filed on August 21, 2025 "Exhibit C".

The Litigation seeks to address challenge the appointment of receiver and the declaring Illinois Avenue under receivership entities, which has significant future value. The defendant argues that the pending appeal and the unresolved issues regarding the receivership's management be resolved into its vacatur in entirety currently due for brief in October, 2025 in Supreme Court under Petition for writ of Certiorari 25A265. The property is specifically described on **Exhibit A** attached, more commonly known as 2830 E. Illinois Ave., Dallas TX 75216. which will affect title to such real property, more particularly described in "**Exhibit A**" attached hereto and which is incorporated herein by reference.

SIGNED this ___ day of October, 2025.

                                         TIMOTHY BARTON

                                         By _____
                                              Timothy Barton, Pro Se

STATE OF TEXAS                    §
                                 §
COUNTY OF DALLAS                 §

On the 6th day of Oct, 2025, this instrument was acknowledged before me by Timothy Barton.



THERESA GARCIA
Public, State of Texas
Expires 07-05-2028
ary ID 133559383

_____
Notary Public, State of Texas

Exhibit

E



Dallas County
John F. Warren
Dallas County Clerk

Instrument Number: 202500210040

Real Property Recordings

Recorded On: October 06, 2025 02:31 PM          Number of Pages: 11

" Examined and Charged as Follows: "

Total Recording: $61.00

\*\*\*\*\*\*\*\*\*\*\* **THIS PAGE IS PART OF THE INSTRUMENT** \*\*\*\*\*\*\*\*\*\*\*

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law

**File Information:**

| | |
|---|---|
| Document Number | 202500210040 |
| Receipt Number | 20251006000838 |
| Recorded Date/Time | October 06, 2025 02:31 PM |
| User | Thelma B |
| Station | Cc133 |

**Record and Return To:**

TIM BARTON

1846 ROSEMEAD PKWY

DALLAS TX 75007



**STATE OF TEXAS**
**Dallas County**
I hereby certify that **this Instrument was filed** in the File Number sequence on the date/time
printed hereon, and was duly recorded in the Official Records of Dallas County, Texas

John F. Warren
Dallas County Clerk
Dallas County, TX

## EXHIBIT "A"
## PROPERTY LEGAL DESCRIPTION

BEING a 6.46 acre tract of land situated in the R. F. Smith Survey, Abstract No. 1376 in the City of Dallas, Dallas County, Texas, and being a portion of that certain tract of land conveyed in Warranty Deed to Wilmer-Hutchins Independent School District recorded in Volume 2660, Page 150, Deed Records, Dallas County, Texas, and being more particularly described as follows:

BEGINNING at a 1/2 inch iron rod set for the Northwest corner of said Wilmer-Hutchins Independent School District tract, said point being the intersection of the Northeast right-of-way line of Missouri-Kansas-Texas Railway Company of Texas (a 100' right-of-way) with the Southwest right-of-way line of Linfield Drive (a 50 right-of-way);

THENCE North 60 degrees 50 minutes 00 seconds East, along the common line of said Wilmer-Hutchins Independent School District tract, and the South right-of-way line of said Linfield Drive, a distance of 147.27 feet to a 1/2 inch iron rod set for corner, said point being in the intersection of the Southeast right-of-way line of Linfield Drive with the Southwest right-of-way line of Illinois Avenue (a variable width right-of-way);

THENCE South 68 degrees 54 minutes 01 second East along the common line of said Wilmer-Hutchins Independent School District tract, and the Southwest right-of-way line of said Illinois Avenue, a distance of 147.83 feet to a TX DOT. Monument found for corner;

THENCE South 76 degrees 12 minutes 10 seconds East, continuing along the common line of said Wilmer-Hutchins Independent School District tract, and said Southwest right-of-way line of said Illinois Avenue, a distance of 38.87 feet to a TX DOT Monument found-for corner, said point being the intersection of the Southwest right-of-way line of said Illinois Avenue with the Southwest right-of-way of May Forge Drive (a variable width right-of-way), same being the North corner of that certain tract of land dedicated to the State of Texas, by deed recorded in Volume 70021, Page 1241, of said Deed Records;

THENCE South 48 degrees 24 minutes 28 seconds East along the common line of said Wilmer-Hutchins Independent School District tract, and the South right-of-way line of said May Forge Drive, a distance of 75.51 feet to a DC DOT Monument found for corner;

THENCE South 56 degrees 02 minutes 40 seconds East, through the interior of said Wilmer-Hutchins Independent School District tract, and along the Southwest right-of-way line of said May Forge Drive, a distance of 328.14 feet to a DC DOT monument found for corner;

THENCE South 30 degrees 53 minutes 07 seconds East, through the interior of said Wilmer-Hutchins Independent School District tract, and along said Southwest right-of-way of said May Forge Drive, a distance of 177.34 feet to a 1/2 inch iron rod set for corner, said point being the Southeast corner of the herein described tract, same being the Southwest corner of said R.O.W. dedication as recorded in Volume 70021, Page 1241, same being in the East line of said Wilmer-Hutchins Independent School District tract, same being in the North line of a 12' alley, as dedicated on Linfield Park, an Addition to