**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | CASE NO. 3:22-cv-2118-X |
| v. | § § | |
| TIMOTHY BARTON, ET AL., | § § § | |
| Defendants. | § | |

**ORDER GRANTING TAMAMOI, LLC AND 3820 ILLINOIS, LLC's**
**MOTION TO DECLARE LIS PENDENS VOID**

Before this Court is Tamamoi LLC and 3820 Illinois, LLC's Motion to Declare Lis Pendens Void. Having considered the Motion, the Court finds that it should be and hereby is GRANTED.

The Court therefore DECLARES that the Lis Pendens filed by Timothy Barton in the real property records of Dallas County on October 6, 2025, copies of which are attached to the Motion, on the real property located at 3820 Illinois, Dallas, Texas and being more particularly described in the Lis Pendens) is VOID.

SO ORDERED, this ____ day of _____ 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

Order Granting Motion to Declare Lis Pendens Void                                    1