# EXHIBIT A

# EXHIBIT A-1

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of September 30, 2025

| | | | |
|---|---|---|---|
| 1 | Beginning Balance - July 1, 2025: | | $ 2,042,326.68 |
| 2 | Business Income | | 159,554.13 |
| 3 | Funds Received | | 38,000.00 |
| 4 | Interest/Dividend Income | | 7,634.71 |
| 5 | Business Asset Liquidation | | |
| 6 | Personal Asset Liquidation | | |
| 7 | Third-Party Litigation Income | | |
| 8 | Miscellaneous - Other | | |
| 9 | Disbursements to Investors | | |
| 10 | Disbursements for Receivership Operations: | | 851,456.62 |
| 10a | Disbursements to Receiver or Other Professionals | 851,456.62 | |
| 10b | Business Asset and Operating Expenses | | |
| 10c | Personal Asset Expenses | | |
| 10d | Investment Expenses | | |
| 10e | Third-Party Litigation Expenses | | |
| 10f | Tax Administrator Fees and Bonds | | |
| 10g | Federal and State Tax Expenses | | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | - |
| 11a | Distribution Plan Development Expenses | | |
| 11b | Distribution Plan Implementation Expenses | | |
| 12 | Disbursements to Court/Other | | - |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | |
| 12b | Federal income taxes | | |
| 13 | Ending Balance - September 30, 2025 | | $ 1,396,058.90 |
| 14 | Ending Balance of Fund - Net Assets | | 1,396,058.90 |
| 14a | Cash & Cash Equivalents | 1,396,058.90 | |
| 14b | Investments | | |
| 14c | Other Assets or Uncleared Funds | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | |
| 16b | Federal income taxes | | |
| 17 | DC & State Tax Payments | | |

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of September 30, 2025

18      No. of Claims

18a  the number of claims received from investors during this reporting period

18b  the number of claims received from investors as a result of all orders since the inception of the Fund


19      No. of Claimants/Investors

19a  the number of claimants/investors receiving distributions during the reporting period

19b  the number of claimants/investors receiving distributions pursuant to all orders of distribution since the inception of the Fund

# EXHIBIT A-2

**Barton Receivership Account**
**Cash Accounting Summary**
**April 1, 2025 through September 30, 2025**

**Cash Receipts**

| Date | Item Description | Cash Receipts 3Q25 | Cash Receipts 4Q22 to present |
|------|------------------|-------------------:|------------------------------:|
| 12/31/2022 | Cash Receipts 4Q22 | | $819,171.90 |
| 03/31/2023 | Cash Receipts 1Q23 | | $129,887.29 |
| 06/30/2023 | Cash Receipts 2Q23 | | $622,543.82 |
| 09/30/2023 | Cash Receipts 3Q23 | | $4,988.77 |
| 12/31/2023 | Cash Receipts 4Q23 | | $14,056.20 |
| 03/31/2024 | Cash Receipts 1Q24 | | $8,528.09 |
| 06/30/2024 | Cash Receipts 2Q24 | | $794,468.89 |
| 09/30/2024 | Cash Receipts 3Q24 | | $297,560.87 |
| 12/31/2024 | Cash Receipts 4Q24 | | $754,064.99 |
| 03/31/2025 | Cash Receipts 1Q25 | | $83,995.16 |
| 06/30/2025 | Cash Receipts 2Q25 | | $757,459.64 |
| 07/17/2025 | Wire Transfer Credit (Plane Settlement) | $20,000.00 | |
| 07/31/2025 | Interest Deposit | $3,601.56 | |
| 08/01/2025 | Wire Transfer Credit (NMP-Killeen) | $18,000.00 | |
| 09/01/2025 | Interest Deposit | $2,246.77 | |
| 09/30/2025 | Interest Deposit | $1,786.38 | |
| **TOTAL RECEIPTS 3Q25** | | **$45,634.71** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$4,332,360.33** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 3Q25 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Disbursements 4Q22 | | $10,764.09 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $504,163.52 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $713,478.93 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $129,682.01 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $45,993.79 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $75,623.72 |
| 06/30/2024 | Cash Disbursements 2Q24 | | $16,630.70 |
| 09/30/2024 | Cash Disbursements 3Q24 | | $464,215.53 |
| 12/31/2024 | Cash Disbursements 4Q24 | | $52,989.42 |
| 03/31/2025 | Cash Disbursements 1Q25 | | $831,734.59 |
| 06/30/2025 | Cash Disbursements 2Q25 | | $7,105.34 |
| 07/03/2025 | AFCO [ACH] (Rock Creek insurance) | $901.45 | |
| 07/07/2025 | Hilltop Property Tax, LLC (#377) (property taxes) | $997.15 | |
| 07/07/2025 | Hilltop Property Tax, LLC (#378) (property taxes | $2,374.50 | |
| 07/08/2025 | Lumos Technology Services (#379) (IT services) | $469.37 | |
| 07/09/2025 | James R. Ames, CTA (#380) (property taxes) | $33,953.88 | |
| 07/10/2025 | Alfredo Nino (#381) (lawn maintenance) | $450.00 | |
| 07/16/2025 | Alfredo Nino (#376) (lawn maintenance) | $225.00 | |
| 07/28/2025 | National Valuation Consultants (#382) (Frisco valuation) | $3,000.00 | |
| 07/29/2025 | AFCO [ACH] (Rock Creek insurance) | $901.45 | |

| Date | Item Description | Cash Disbursements 3Q25 | Cash Disbursements 4Q22 to present |
|------|------------------|------------------------:|------------------------------------|
| 07/29/2025 | Alfredo Nino (#384) (lawn maintenance) | $225.00 | |
| 08/05/2025 | Dallas Water Utilities (#385) (utilities) | $25.04 | |
| 08/06/2025 | Ahuja & Clark PLLC (#391) (receiver accountants) | $167,533.15 | |
| 08/06/2025 | Ajuha & Clark PLLC (#392) (receiver accountants) | $70,420.75 | |
| 08/07/2025 | Cort Thomas (#387) (receiver fees) | $42,969.00 | |
| 08/07/2025 | Cort Thomas (#388) (receiver fees) | $38,969.50 | |
| 08/07/2025 | Brown Fox PLLC (#389) (receiver counsel fees) | $130,355.00 | |
| 08/07/2025 | Brown Fox PLLC (#390) (receiver counsel fees) | $143,869.50 | |
| 08/07/2025 | Alfredo Nino (#393) (lawn maintenance) | $225.00 | |
| 08/12/2025 | Lumos Technology Services (#386) (IT services) | $469.37 | |
| 08/20/2025 | Alfredo Nino (#395) (lawn maintenance) | $225.00 | |
| 08/20/2025 | Alfredo Nino (#396) (lawn maintenance) | $675.00 | |
| 08/25/2025 | Blake Lepper (#394) (Venus mowing) | $1,375.00 | |
| 08/25/2025 | JAMS (#397) (mediation deposit) | $3,500.00 | |
| 08/26/2025 | AFCO [ACH] (Rock Creek insurance) | $901.45 | |
| 08/28/2025 | Dallas Water Utilities (#398) (utilities) | $25.04 | |
| 09/03/2025 | Alfredo Nino (#399) (lawn maintenance) | $225.00 | |

| Date | Item Description | Cash Disbursements 3Q25 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 09/09/2025 | JAMS (#400) (additional mediation fee) | $3,500.00 | |
| 09/15/2025 | Lumos Technology Services (#401) (IT services) | $469.37 | |
| 09/19/2025 | Texas Workforce Commission (#402) (HR Sterling) | $334.31 | |
| 09/23/2025 | Alfredo Nino (#403) (lawn maintenance) | $225.00 | |
| 09/29/2025 | AFCO [ACH] (Rock Creek insurance) | $901.45 | |
| **TOTAL DISBURSEMENTS 3Q25** | | **$650,690.73** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$3,503,072.37** |

# EXHIBIT A-3

**Goldmark Hospitality**
**Cash Accounting Summary**
**July 1, 2025 through September 30, 2025**

### Cash Receipts

| Date | Item Description | Cash Receipts 3Q25 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Receipts 4Q22 | | $108,460.28 |
| 03/31/2023 | Cash Receipts 1Q23 | | $206,811.44 |
| 06/30/2023 | Cash Receipts 2Q23 | | $204,650.27 |
| 09/30/2023 | Cash Receipts 3Q23 | | $202,645.84 |
| 12/31/2023 | Cash Receipts 4Q23 | | $200,006.81 |
| 03/31/2024 | Cash Receipts 1Q24 | | $231,233.80 |
| 06/30/2024 | Cash Receipts 2Q24 | | $204,678.83 |
| 09/30/2024 | Cash Receipts 3Q24 | | $182,857.52 |
| 12/31/2024 | Cash Receipts 4Q24 | | $185,510.00 |
| 03/31/2025 | Cash Receipts 1Q25 | | $217,102.06 |
| 06/30/2025 | Cash Receipts 2Q25 | | $161,947.20 |
| 07/02/2025 | DHA Deposit (rents) | $4,136.00 | |
| 07/02/2025 | DDA Regular Deposit (rents) | $6,090.22 | |
| 07/03/2025 | DDA Regular Deposit (rents) | $2,332.42 | |
| 07/08/2025 | Square, Inc. [wire] (rents) | $56,034.11 | |
| 07/08/2025 | DDA Regular Deposit (rents) | $1,669.66 | |
| 07/10/2025 | DDA Regular Deposit (rents) | $1,400.00 | |
| 07/15/2025 | DDA Regular Deposit (rents) | $3,317.66 | |
| 07/18/2025 | DDA Regular Deposit (rents) | $3,140.00 | |

| Date | Item Description | Cash Receipts 3Q25 | Cash Receipts 4Q22 to present |
|------|------------------|-------------------:|------------------------------:|
| 07/24/2025 | DDA Regular Deposit (rents) | $1,620.00 | |
| 07/25/2025 | DDA Regular Deposit (rents) | $2,049.32 | |
| 07/29/2025 | Square, Inc. [wire] (rents) | $19,326.20 | |
| 07/31/2025 | DDA Regular Deposit (rents) | $1,668.30 | |
| 08/04/2025 | DHA Deposit (rents) | $3,231.00 | |
| 08/04/2025 | DDA Regular Deposit (rents) | $693.00 | |
| 08/04/2025 | DDA Regular Deposit (rents) | $4,557.54 | |
| 08/05/2025 | DDA Regular Deposit (rents) | $5,498.26 | |
| 08/08/2025 | DDA Regular Deposit (rents) | $3,755.66 | |
| 08/18/2025 | DDA Regular Deposit (rents) | $4,059.32 | |
| 08/20/2025 | DDA Regular Deposit (rents) | $3,190.00 | |
| 08/26/2025 | DDA Regular Deposit (rents) | $1,649.60 | |
| 08/29/2025 | DDA Regular Deposit (rents) | $2,171.20 | |
| 09/02/2025 | DHA Deposit (rents) | $3,231.00 | |
| 09/03/2025 | DDA Regular Deposit (rents) | $3,400.28 | |
| 09/03/2025 | DDA Regular Deposit (rents) | $4,485.00 | |
| 09/05/2025 | DDA Regular Deposit (rents) | $1,403.66 | |

| Date | Item Description | Cash Receipts 3Q25 | Cash Receipts 4Q22 to present |
|------|------------------|-------------------:|------------------------------:|
| 09/10/2025 | DDA Regular Deposit (rents) | $2,025.22 | |
| 09/15/2025 | DDA Regular Deposit (rents) | $3,404.00 | |
| 09/17/2025 | DDA Regular Deposit (rents) | $2,110.50 | |
| 09/19/2025 | DDA Regular Deposit (rents) | $3,250.00 | |
| 09/22/2025 | DDA Regular Deposit (rents) | $2,945.00 | |
| 09/26/2025 | DDA Regular Deposit (rents) | $2,427.00 | |
| 09/30/2025 | DDA Regular Deposit (rents) | $2,083.00 | |
| **TOTAL GOLDMARK RECEIPTS 3Q25** | | **$162,354.13**[1] | |
| **TOTAL GOLDMARK RECEIPTS TO PRESENT** | | | **$2,268,258.18** |

---

[1] This amount does not reflect certain rental payments made via Square that were not transferred into the Receivership bank accounts until the Third Quarte of 2025.

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 3Q25 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Disbursements 4Q22 | | $99,830.15 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $202,341.23 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $187,686.31 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $181,476.12 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $113,782.01 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $265,056.05 |
| 06/30/2024 | Cash Disbursements 2Q24 | | $137,949.57 |
| 09/30/2024 | Cash Disbursements 3Q24 | | $160,466.53 |
| 12/31/2024 | Cash Disbursements 4Q24 | | $185,313.41 |
| 03/31/2025 | Cash Disbursements 1Q25 | | $217,102.06 |
| 06/30/2025 | Cash Disbursements 2Q25 | | $150,322.05 |
| 07/01/2025 | GoTo Premium [wire] (insurance) | $8,801.40 | |
| 07/02/2025 | Service Fee | $10.00 | |
| 07/03/2025 | Jovanca Silvasan (#401) (property manager) | $1,633.00 | |
| 07/03/2025 | Air Texas AC & Heating (#402) (HVAC) | $2,000.00 | |
| 07/03/2025 | Air Texas AC & Heating (#403) (HVAC) | $6,500.00 | |
| 07/07/2025 | Spectrum [ACH] (internet) | $224.20 | |
| 07/07/2025 | TXU Energy [ACH] (utilities) | $7,837.40 | |
| 07/07/2025 | Billy Steele (#398) (maintenance) | $960.00 | |
| 07/07/2025 | Frank Guzman (#399) (maintenance) | $600.00 | |
| 07/07/2025 | Matthew Hilburn (#400) (maintenance) | $725.00 | |

| Date | Item Description | Cash Disbursements 3Q25 | Cash Disbursements 4Q22 to present |
|------|-----------------|------------------------:|-----------------------------------:|
| 07/08/2025 | GoTo Premium [wire] (insurance) | $7,273.97 | |
| 07/09/2025 | Service Fee | $10.00 | |
| 07/10/2025 | Alfredo Nino (#405) (landscaping) | $1,300.00 | |
| 07/11/2025 | Dallas Water Utilities (#404) (utilities) | $11,853.59 | |
| 07/14/2025 | JCL Landscaping (#407) (retaining wall) | $7,845.00 | |
| 07/15/2025 | Air Texas AC & Heating (#406) (HVAC) | $6,500.00 | |
| 07/18/2025 | Jovanca Silvasan (#411) (gas reimbursement) | $23.64 | |
| 07/18/2025 | Jovanca Silvasan (#412) (property manager) | $1,633.00 | |
| 07/21/2025 | Republic Services [ACH] (trash collection) | $1,203.28 | |
| 07/21/2025 | Frank Guzman (#408) (maintenance) | $450.00 | |
| 07/21/2025 | Matthew Hilburn (#409) (maintenance) | $545.00 | |
| 07/21/2025 | Billy Steele (#410) (maintenance) | $792.00 | |
| 07/22/2025 | TransWorld System [ACH] (Terminix) | $468.15 | |
| 07/22/2025 | Air Texas AC & Heating (#413) (HVAC) | $600.00 | |
| 07/22/2025 | Air Texas AC & Heating (#414) (HVAC) | $500.00 | |
| 07/28/2025 | TXU Energy [ACH] (utilities) | $8,753.49 | |
| 07/29/2025 | Spectrum [ACH] (internet) | $224.20 | |
| 07/29/2025 | GoTo Premium [wire] (insurance) | $7,273.97 | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY JUL 1, 2025 THROUGH SEPT 30, 2025
PAGE 5

| Date | Item Description | Cash Disbursements 3Q25 | Cash Disbursements 4Q22 to present |
|---|---|---:|---|
| 07/29/2025 | GoTo Premium [wire] (insurance) | $8,801.40 | |
| 07/30/2025 | Service Fee | $10.00 | |
| 07/30/2025 | Service Fee | $10.00 | |
| 08/04/2025 | Billy Steele (#415) (maintenance) | $1,014.00 | |
| 08/04/2025 | Frank Guzman (#416) (maintenance) | $525.00 | |
| 08/04/2025 | Jovanca Silvasan (#418) (property manager) | $1,633.00 | |
| 08/05/2025 | Matthew Hilburn (#417) (maintenance) | $540.00 | |
| 08/05/2025 | Air Texas AC & Heating (#419) (HVAC) | $6,500.00 | |
| 08/05/2025 | Terminix (#420) (pest control) | $235.98 | |
| 08/05/2025 | Republic Services [ACH] (trash collection) | $1,203.28 | |
| 08/07/2025 | Alfredo Nino (#422) (landscaping) | $1,300.00 | |
| 08/11/2025 | Dallas Water Utilities (#421) (utilities) | $10,739.52 | |
| 08/12/2025 | GoTo Premium [wire] (insurance) | $8,801.40 | |
| 08/13/2025 | Jovanca Silvasan (#426) (gas reimbursement) | $40.43 | |
| 08/13/2025 | Service Fee | $10.00 | |
| 08/14/2025 | Jovanca Silvasan (#427) (property manager) | $1,633.00 | |
| 08/18/2025 | Billy Steele (#423) (maintenance) | $966.00 | |
| 08/18/2025 | Frank Guzman (#424) (maintenance) | $390.00 | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY JUL 1, 2025 THROUGH SEPT 30, 2025
PAGE 6

| Date | Item Description | Cash Disbursements 3Q25 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 08/18/2025 | Matthew Hilburn (#425) (maintenance) | $600.00 | |
| 08/25/2025 | ABC Home & Commercial (#428) (pest control) | $328.81 | |
| 08/26/2025 | GoTo Premium [wire] (insurance) | $8,801.40 | |
| 08/27/2025 | Service Fee | $10.00 | |
| 08/28/2025 | Jovanca Silvasan (#436) (property manager) | $1,633.00 | |
| 08/28/2025 | TXU Energy [ACH] (utilities) | $9,558.72 | |
| 08/29/2025 | Spectrum [ACH] (internet) | $224.20 | |
| 09/02/2025 | Air Texas AC & Heating (#430) (HVAC) | $75.00 | |
| 09/02/2025 | Air Texas AC & Heating (#431) (HVAC) | $6,500.00 | |
| 09/02/2025 | ABC Fire Extinguisher Co. (#432) (fire extinguisher) | $448.04 | |
| 09/02/2025 | Billy Steele (#433) (maintenance) | $876.00 | |
| 09/02/2025 | Frank Guzman (#434) (maintenance) | $502.50 | |
| 09/02/2025 | Matthew Hilburn (#435) (maintenance) | $670.00 | |
| 09/02/2025 | PropertyWare [ACH] (property mgmt. software) | $96.82 | |
| 09/03/2025 | Alfredo Nino (#437) (landscaping) | $1,300.00 | |
| 09/08/2025 | PropertyWare [ACH] (property mgmt. software) | $1,467.00 | |
| 09/09/2025 | ABC Home and Commercial [ACH] (pest control) | $438.41 | |
| 09/09/2025 | Republic Services [ACH] (trash collection) | $1,203.28 | |

| Date | Item Description | Cash Disbursements 3Q25 | Cash Disbursements 4Q22 to present |
|------|------------------|------------------------:|-----------------------------------:|
| 09/12/2025 | Jovanca Silvasan (#441) (property manager) | $1,633.00 | |
| 09/12/2025 | Dallas Water Utilities (#442) (utilities) | $10,434.81 | |
| 09/15/2025 | Billy Steele (#438) (maintenance) | $984.00 | |
| 09/15/2025 | Frank Guzman (#439) (maintenance) | $210.00 | |
| 09/15/2025 | Optimal Real Estate Strategies (#443) (property consultant) | $2,284.10 | |
| 09/24/2025 | Air Texas AC & Heating (#444) (HVAC) | $850.00 | |
| 09/24/2025 | Air Texas AC & Heating (#445) (HVAC) | $280.00 | |
| 09/24/2025 | Charge back for bounced rent check (re-paid during next quarter) | $2,800.00 | |
| 09/24/2025 | Spectrum [ACH] (internet) | $234.25 | |
| 09/25/2025 | Matthew Hilburn (#440) (maintenance) | $425.00 | |
| 09/25/2025 | TXU Energy [ACH] (utilities) | $8,278.62 | |
| 09/26/2025 | Jovanca Silvasan (#449) (property manager) | $1,633.00 | |
| 09/26/2025 | Jovanca Silvasan (#450) (gas reimbursement) | $80.09 | |
| 09/29/2025 | Billy Steele (#446) (maintenance) | $936.00 | |
| 09/29/2025 | Frank Guzman (#447) (maintenance) | $375.00 | |
| 09/29/2025 | Matthew Hilburn (#448) (maintenance) | $755.00 | |
| 09/29/2025 | Goto Premium [ACH] (insurance) | $5,746.54 | |
| **TOTAL DISBURSEMENTS 3Q25** | | **$203,565.89** | |

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY JUL 1, 2025 THROUGH SEPT 30, 2025
PAGE 8

| Date | Item Description | Cash Disbursements 3Q25 | Cash Disbursements 4Q22 to present |
|------|-----------------|-------------------------|-------------------------------------|
| **TOTAL RECEIVERSHIP DISBURSEMENTS** | | | **$2,104,891.38** |

# EXHIBIT A-4

**D4OP RECEIVERSHIP ACCOUNT**[1]
**Cash Accounting Summary**
**April 1, 2025 through September 30, 2025**

**Cash Receipts**

| Date | Item Description | Cash Receipts 3Q25 | Cash Receipts 3Q23 to present |
|------|------------------|--------------------:|------------------------------:|
| 09/31/2023 | Cash Receipts 3Q23 (opening account) | | $126,643.63 |
| 12/31/2023 | Cash Receipts 4Q23 | | $210,786.07 |
| 03/31/2024 | Cash Receipts 1Q24 | | $62,762.79 |
| 06/30/2024 | Cash Receipts 2Q24 | | $0.00 |
| 09/30/2024 | Cash Receipts 3Q24 | | $0.00 |
| 12/31/2024 | Cash Receipts 4Q24 | | $0.00 |
| 03/31/2025 | Cash Receipts 1Q25 | | 0.00 |
| 06/30/2025 | Cash Receipts 2Q25 | | 0.00 |
| **TOTAL RECEIPTS 3Q25** | | **$0.00** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$400,192.49** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 3Q25 | Cash Disbursements 3Q23 to present |
|------|------------------|------------------------:|-----------------------------------:|
| **TOTAL DISBURSEMENTS 3Q25** | | **$0.00** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$0.00** |

---

[1] The use of funds in the D4OP Receivership Account are generally restricted by HUD regulations.