**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § § § | |
| **Plaintiff,** § | |
| **v.** § § | |
| **TIMOTHY BARTON, CARNEGIE** § **DEVELOPMENT, LLC, WALL007, LLC,** § **WALL 009, LLC, WALL 010, LLC, WALL** § **011, LLC, WALL 012, LLC, WALL 016, LLC,** § **WALL 017, LLC, WALL 018, LLC, WALL** § **019, LLC, HAOQIANT FU (A/K/A** § **MICHAEL FU), STEPHEN T. WALL,** § | **No. 3:22-cv-2118-X** |
| **Defendants,** § | |
| **v.** § § | |
| **DJD LAND PARTNERS, LLC, and LDG001,** § **LLC,** § | |
| **Relief Defendants.** § | |

## NOTICE OF LIMITED TERMINATION OF COUNSEL

Defendant Timothy L. Barton gives notice that attorney Michael J. Edney is no longer acting as counsel of record for Mr. Barton on the district-court docket in the above-captioned matter. This notice is limited to the district-court docket before Judge Brantley Starr and does not address or affect Mr. Edney's representation in any separate matters or dockets in which he may remain counsel.

The district-court matter is administratively closed and the parties are on appeal; no active district-court proceedings will be delayed by terminating the district-court appearance.

Dated: November 6, 2025

Respectfully submitted,

*/s/ Timothy Barton*
Timothy Barton (pro se)
1846 East Rosemeade Parkway,
#232 Carrollton, TX 75007
(214) 914-3811
*timothy.barton@proton.me*

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2025, a true and correct copy of the foregoing Response was shared to all counsel and any pro se parties of record through electronic mails.

*/s/ Timothy Barton*
Timothy Barton (pro se)