**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| **Plaintiff,** | § | |
| **v.** | § § | |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL 009, LLC, WALL 010, LLC, WALL 011, LLC, WALL 012, LLC, WALL 016, LLC, WALL 017, LLC, WALL 018, LLC, WALL 019, LLC, HAOQIANT FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § § § § § § § § § § | **No. 3:22-cv-2118-X** |
| **Defendants,** | § | |
| **v.** | § § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § § | |
| **Relief Defendants.** | § | |

**[PROPOSED] ORDER GRANTING MOTION TO STAY**
**PENDING APPEAL AND FOR EXPEDITED CONSIDERATION**

Upon consideration of Defendant/Appellant Timothy Barton's Motion to Stay Pending Appeal, or, Alternatively, for an Administrative Stay, with Expedited Consideration, the Court **GRANTS** the Motion and **ORDERS**:

1. Stay: Pending issuance of the Fifth Circuit's mandate in No. 25-10871, the following are **STAYED/ENJOINED** under [identify order]: any sale, closing, conveyance, deed, encumbrance, settlement, transfer, distribution, or fee payment, and any steps in furtherance thereof.

2. Segregation/Escrow: All proceeds, receipts, and reserves shall be segregated in escrow; no professional-fee disbursements absent further order.

3. Administrative Stay: This Order is effective immediately.

4. Expedited Schedule: Response is due 5 days from the Motion's filing; Reply due 2 days thereafter. The Court anticipates issuing a ruling within 7 days (or as soon as practicable).

5. Security: No bond is required.

***END OF ORDER***

Submitted by:

Jules P. Slim, Attorney
For Defendant, Timothy Barton