UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

                           Plaintiff,

v.

TIMOTHY BARTON,
CARNEGIE DEVELOPMENT, LLC,
WALL007, LLC,
WALL009, LLC,
WALL010, LLC,
WALL011, LLC,
WALL012, LLC,
WALL016, LLC,
WALL017, LLC,
WALL018, LLC,
WALL019, LLC,
HAOQIANG FU (A/K/A MICHAEL FU),
STEPHEN T. WALL,

                           Defendants,

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

                           Relief Defendants.

C.A. No.: 3:22-cv-2118-X

Jury Trial Demanded

**ORDER DENYING DEFENDANT TIMOTHY L. BARTON'S
EMERGENCY MOTION TO STAY PENDING APPEAL, OR,
ALTERNATIVELY, FOR AN ADMINISTRATIVE STAY**

This matter comes before the court on Defendant Timothy L. Barton's Emergency

Motion to Stay Pending Appeal, or, alternatively, for an Administrative Stay.  After considering

1

the Motion and all responses thereto, the Court has determined that the Motion does not have merit and should be denied.

IT IS HEREBY ORDERED that the Motion is DENIED in its entirety.

SIGNED this _____ day of _____, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2