United States v. Timothy L. Barton
Case No.: 3:22-CR-003252-K
Division: Dallas Division

FILED-USDC-NDTX-DA
'25 DEC 22 PM12:18

km

Date: December 22, 2025

To:
United States District Court
for the Dallas Division
1100 Commerce St # 1452,
Dallas, TX 75242, USA
214-753-2200

**RE: SEC v. Barton et al., Case No. 3:22-cv-2118-X Request to Remove Attorney Michael J. Edney from Docket**

Dear Clerk of Court,

I am writing with regards to the above-referenced case to request that attorney Michael J. Edney be removed from the docket as my attorney of record.

On November 6, 2025, I filed a Notice of Limited Termination of Counsel (Dkt. No. 690), formally notifying the Court that Mr. Edney is no longer acting as my counsel in the district court proceedings. Despite this filing, the docket still reflects Mr. Edney as "LEAD ATTORNEY" and "ATTORNEY TO BE NOTICED" on my behalf.

Mr. Edney has been notified that he no longer represents me in this district court matter. Accordingly, I respectfully request that the Clerk's Office:

1. Remove Michael J. Edney as attorney of record for Defendant Timothy Barton;

2. Remove Mr. Edney from receiving electronic notifications on my behalf; and

3. Update the docket to reflect that I am proceeding pro se.

Thank you for your attention to this matter. Please do not hesitate to contact me if you require any additional information.

Respectfully,

Sincerely,

Timothy L. Barton

(214) 914-3811    12/22/25

1846 East Rosemeade Parkway,

#232 Carrollton, TX 75007

Timothy.barton@proton.me