IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:22-CV-2118-X |
| TIMOTHY BARTON et al., | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS LLCS, LDG001 LLC, | § § § | |
| *Relief Defendants.* | § § | |

### ORDER

Before the Court is Defendant Timothy Barton's motion of an emergency stay of the second receivership order.  (Doc. 691).

To receive a stay pending appeal, the movant bears the burden of showing (1) likelihood of success on the merits, (2) an irreparable injury if the stay is not granted, (3) the balance of equities favors a stay, and (4) that the stay would serve the public interest.[1]  Having carefully considered the motion, the Court concludes that Mr. Barton has not met his burden and **DENIES** the motion.

**IT IS SO ORDERED** this 8th day of January, 2026.

---

[1] *Ruiz v. Estelle*, 666 F.2d 854, 856 (5th Cir. 1982).

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE