United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

Chambers of                                                    214/753-2400
U.S. Magistrate Judge David L. Horan

January 16, 2026

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

       Re:   No. 3:22-cv-2118-X-BN, *Securities and Exchange Commission v. Barton et al.*

Dear Ms. Mitchell:

     Pursuant to the provisions of 28 U.S.C. § 455, I would appreciate it if you would please reassign the above-referenced case going forward to another magistrate judge for matters that are or may be referred in accordance with the usual procedure.

Sincerely,

David L. Horan