# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 21, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 25-11044    SEC v. Barton
                 USDC No. 3:22-CV-2118

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

               Sincerely,

               LYLE W. CAYCE, Clerk

               By: _____
               Lisa E. Ferrara, Deputy Clerk
               504-310-7675

cc w/encl:
    Mr. Timothy Barton
    Mr. Keefe Michael Bernstein
    Mr. Ezekiel Levenson Hill

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 21, 2026

Lyle W. Cayce
Clerk

————————————

No. 25-11044

————————————

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant.*

————————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

————————————————————————

UNPUBLISHED ORDER

Before Graves, Willett, and Douglas, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellee's opposed motion to dismiss the appeal for lack of jurisdiction is GRANTED.