# EXHIBIT A

# EXHIBIT A-1

Timothy Barton Receivership/Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of September 30, 2025

| | | | |
|---|---|---:|---:|
| 1 | Beginning Balance - October 1, 2025: | | $ 1,396,058.90 |
| 2 | Business Income | | 243,307.12 |
| 3 | Funds Received | | |
| 4 | Interest/Dividend Income | | 4,702.81 |
| 5 | Business Asset Liquidation | | |
| 6 | Personal Asset Liquidation | | |
| 7 | Third-Party Litigation Income | | |
| 8 | Miscellaneous - Other | | |
| 9 | Disbursements to Investors | | |
| 10 | Disbursements for Receivership Operations: | | 296,880.46 |
| 10a | Disbursements to Receiver or Other Professionals | 41,421.24 | |
| 10b | Business Asset and Operating Expenses | 207,443.82 | |
| 10c | Personal Asset Expenses | | |
| 10d | Investment Expenses | | |
| 10e | Third-Party Litigation Expenses | | |
| 10f | Tax Administrator Fees and Bonds | | |
| 10g | Federal and State Tax Expenses | 48,015.40 | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | - |
| 11a | Distribution Plan Development Expenses | | |
| 11b | Distribution Plan Implementation Expenses | | |
| 12 | Disbursements to Court/Other | | - |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | |
| 12b | Federal income taxes | | |
| 13 | Ending Balance - December 31, 2025 | | $ 1,347,188.37 |
| 14 | Ending Balance of Fund - Net Assets | | 1,347,188.37 |
| 14a | Cash & Cash Equivalents | 1,347,188.37 | |
| 14b | Investments | | |
| 14c | Other Assets or Uncleared Funds | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | |
| 16b | Federal income taxes | | |
| 17 | DC & State Tax Payments | | |

Timothy Barton Receivership/Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of September 30, 2025

18       No. of Claims

18a   the number of claims received from investors during this reporting period

18b   the number of claims received from investors as a result of all orders since the inception
of the Fund

19       No. of Claimants/Investors

19a   the number of claimants/investors receiving distributions during the reporting period

19b   the number of claimants/investors receiving distributions pursuant to all orders of
distribution since the inception of the Fund

# EXHIBIT A-2

**Barton Receivership Account**
**Cash Accounting Summary**
**October 1, 2025 through December 31, 2025**

**Cash Receipts**

| Date | Item Description | Cash Receipts 4Q25 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Receipts 4Q22 | | $819,171.90 |
| 03/31/2023 | Cash Receipts 1Q23 | | $129,887.29 |
| 06/30/2023 | Cash Receipts 2Q23 | | $622,543.82 |
| 09/30/2023 | Cash Receipts 3Q23 | | $4,988.77 |
| 12/31/2023 | Cash Receipts 4Q23 | | $14,056.20 |
| 03/31/2024 | Cash Receipts 1Q24 | | $8,528.09 |
| 06/30/2024 | Cash Receipts 2Q24 | | $794,468.89 |
| 09/30/2024 | Cash Receipts 3Q24 | | $297,560.87 |
| 12/31/2024 | Cash Receipts 4Q24 | | $754,064.99 |
| 03/31/2025 | Cash Receipts 1Q25 | | $83,995.16 |
| 06/30/2025 | Cash Receipts 2Q25 | | $757,459.64 |
| 09/30/2025 | Cash Receipts 3Q25 | | $45,634.71 |
| 10/10/2025 | BKV Barnett LLC (royalty payment) | $528.00 | |
| 10/17/2025 | JAMS (partial return of mediation fee) | $978.75 | |
| 11/02/2025 | Interest Deposit | $1,851.37 | |
| 11/30/2025 | Interest Deposit | $1,450.67 | |
| 12/31/2025 | Interest Deposit | $1,400.77 | |
| **TOTAL RECEIPTS 4Q25** | | **$6,209.56** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$4,338,569.89** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 4Q25 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Disbursements 4Q22 | | $10,764.09 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $504,163.52 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $713,478.93 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $129,682.01 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $45,993.79 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $75,623.72 |
| 06/30/2024 | Cash Disbursements 2Q24 | | $16,630.70 |
| 09/30/2024 | Cash Disbursements 3Q24 | | $464,215.53 |
| 12/31/2024 | Cash Disbursements 4Q24 | | $52,989.42 |
| 03/31/2025 | Cash Disbursements 1Q25 | | $831,734.59 |
| 06/30/2025 | Cash Disbursements 2Q25 | | $7,105.34 |
| 09/30/2025 | Cash Disbursements 3Q25 | | $650,690.73 |
| 10/01/2025 | Alfredo Nino (#405) (lawn maintenance-Dallas) | $225.00 | |
| 10/03/2025 | Dallas Water Utilities (#404) (utilities-Gillespie) | $25.04 | |
| 10/06/2025 | Pay.gov [ACH] (Wall bankruptcy court fees) | $32,500.00 | |
| 10/22/2025 | Alfredo Nino (#408) (lawn maintenance-Dallas) | $225.00 | |
| 10/27/2025 | National Valuation Consultants (#407) (several property appraisals) | $22,400.00 | |
| 10/28/2025 | Veracity Forensics LLC (#409) (3Q25 physical device storage)[1] | $1,786.13 | |
| 10/29/2025 | AFCO [ACH] (Rock Creek insurance) | $901.45 | |
| 10/29/2025 | Alfredo Nino (#410) (lawn maintenance-Dallas) | $225.00 | |

---

[1] Veracity did not provide any professional services during all of 2025.  Instead, it continued to store the Receivership entities' electronic devices.  The Receiver intends to pay Veracity

| Date | Item Description | Cash Disbursements 4Q25 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 11/07/2025 | Lumos Technology Services (#411) (IT services) | $469.37 | |
| 11/07/2025 | Dallas Water Utilities (#412) (utilities-Gillespie) | $25.41 | |
| 11/07/2025 | AFCO [ACH] (Rock Creek insurance) | $901.45 | |
| 11/12/2025 | Account Analysis Charge | $14.93 | |
| 11/13/2025 | Alfredo Nino (#414) (lawn maintenance-Dallas) | $1,250.00 | |
| 11/14/2025 | Lumos Technology Services (#413) (IT services) | $469.37 | |
| 11/24/2025 | Integra Realty Resources (#415) (several property appraisals) | $20,000.00 | |
| 11/28/2025 | Alfredo Nino (#417) (Hall and Gillespie mowing) | $225.00 | |
| 11/28/2025 | Alfredo Nino (#418) (lawn maintenance-Frisco) | $675.00 | |
| 12/01/2025 | Dallas Water Utilities (#416) (utilities-Gillespie) | $25.87 | |
| 12/02/2025 | Texas Comptroller [Wire] (Enoch Inv. Tax Payment) | $48,015.40 | |
| 12/09/2025 | Lumos Technology Services (#419) (IT services) | $469.37 | |
| 12/09/2025 | AFCO [ACH] (Rock Creek insurance) | $901.45 | |
| 12/22/2025 | Alfredo Nino (#421) (lawn maintenance-Dallas) | $450.00 | |
| 12/30/2025 | AFCO [ACH] (Rock Creek insurance) | $901.45 | |
| **TOTAL DISBURSEMENTS 4Q25** | | **$133,081.69** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$3,636,154.06** |

# EXHIBIT A-3

**Goldmark Hospitality**
**Cash Accounting Summary**
**October 1, 2025 through December 31, 2025**

**Cash Receipts**

| Date | Item Description | Cash Receipts 4Q25 | Cash Receipts 4Q22 to present |
|------|------------------|--------------------|-------------------------------|
| 12/31/2022 | Cash Receipts 4Q22 | | $108,460.28 |
| 03/31/2023 | Cash Receipts 1Q23 | | $206,811.44 |
| 06/30/2023 | Cash Receipts 2Q23 | | $204,650.27 |
| 09/30/2023 | Cash Receipts 3Q23 | | $202,645.84 |
| 12/31/2023 | Cash Receipts 4Q23 | | $200,006.81 |
| 03/31/2024 | Cash Receipts 1Q24 | | $231,233.80 |
| 06/30/2024 | Cash Receipts 2Q24 | | $204,678.83 |
| 09/30/2024 | Cash Receipts 3Q24 | | $182,857.52 |
| 12/31/2024 | Cash Receipts 4Q24 | | $185,510.00 |
| 03/31/2025 | Cash Receipts 1Q25 | | $217,102.06 |
| 06/30/2025 | Cash Receipts 2Q25 | | $161,947.20 |
| 09/30/2025 | Cash Receipts 3Q25 | | $162,354.13 |
| 10/02/2025 | DHA Deposit (rents) | $3,231.00 | |
| 10/02/2025 | DDA Regular Deposit (rents) | $3,214.00 | |
| 10/02/2025 | Square, Inc. [wire] (rents) | $69,005.02[1] | |
| 10/06/2025 | DDA Regular Deposit (rents) | $7,308.66 | |
| 10/07/2025 | DDA Regular Deposit (rents) | $1,888.65 | |
| 10/14/2025 | DDA Regular Deposit (rents) | $3,215.60 | |

---

[1] The October 2, 2025 transfer from Square is comprised of certain rental payments made via Square during the Third Quarter of 2025 that were not transferred into the Receivership bank accounts until the Fourth Quarter of 2025.

| Date | Item Description | Cash Receipts 4Q25 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 10/17/2025 | DDA Regular Deposit (rents) | $2,220.20 | |
| 10/22/2025 | DDA Regular Deposit (rents) | $1,887.42 | |
| 10/24/2025 | DDA Regular Deposit (rents) | $1,513.56 | |
| 11/03/2025 | DHA Deposit (rents) | $3,234.00 | |
| 11/04/2025 | DDA Regular Deposit (rents) | $10,920.00 | |
| 11/05/2025 | Square Inc. (rents) | $35,926.55 | |
| 11/06/2025 | DDA Regular Deposit (rents) | $3,710.50 | |
| 11/12/2025 | DDA Regular Deposit (rents) | $2,425.00 | |
| 11/17/2025 | DDA Regular Deposit (rents) | $991.76 | |
| 11/19/2025 | DDA Regular Deposit (rents) | $2,510.00 | |
| 11/25/2025 | DDA Regular Deposit (rents) | $3.945.08 | |
| 11/28/2025 | Square Inc. (rents) | $20,705.29 | |
| 12/02/2025 | DHA Deposit (rents) | $3,234.00 | |
| 12/02/2025 | DDA Regular Deposit (rents) | $1,945.46 | |
| 12/02/2025 | DDA Regular Deposit (rents) | $4,920.00 | |
| 12/04/2025 | DDA Regular Deposit (rents) | $3,659.60 | |
| 12/08/2025 | DDA Regular Deposit (rents) | $6,423.00 | |

| Date | Item Description | Cash Receipts 4Q25 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/10/2025 | DDA Regular Deposit (rents) | $1,817.16 | |
| 12/15/2025 | DDA Regular Deposit (rents) | $1,160.00 | |
| 12/17/2025 | DDA Regular Deposit (rents) | $2,819.64 | |
| 12/23/2025 | DDA Regular Deposit (rents) | $1,761.06 | |
| 12/29/2025 | DDA Regular Deposit (rents) | $2,345.28 | |
| 12/30/2025 | Square Inc. (rents) | $33,211.63 | |
| 12/31/2025 | DDA Regular Deposit (rents) | $1,630.00 | |
| **TOTAL GOLDMARK RECEIPTS 4Q25** | | **$238,834.04** | |
| **TOTAL GOLDMARK RECEIPTS TO PRESENT** | | | **$2,507,092.22** |

## Cash Disbursements

| Date | Item Description | Cash Disbursements 4Q25 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Disbursements 4Q22 | | $99,830.15 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $202,341.23 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $187,686.31 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $181,476.12 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $113,782.01 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $265,056.05 |
| 06/30/2024 | Cash Disbursements 2Q24 | | $137,949.57 |
| 09/30/2024 | Cash Disbursements 3Q24 | | $160,466.53 |
| 12/31/2024 | Cash Disbursements 4Q24 | | $185,313.41 |
| 03/31/2025 | Cash Disbursements 1Q25 | | $217,102.06 |
| 06/30/2025 | Cash Disbursements 2Q25 | | $150,322.05 |

| Date | Item Description | Cash Disbursements 4Q25 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 09/30/2025 | Cash Disbursements 3Q25 | | $203,565.89 |
| 10/01/2025 | Alfredo Nino (#453) ((lawn maintenance) | $1,300.00 | |
| 10/01/2025 | Bank Service Fee | $10.00 | |
| 10/03/2025 | ABC Home & Commercial [ACH] (pest control) | $438.41 | |
| 10/06/2025 | Dallas Water Utilities (#454) (water) | $10,785.01 | |
| 10/06/2025 | Air Texas AC & Heating (#451) (HVAC) | $705.00 | |
| 10/09/2025 | Jovanca Silvasan (#459) (property manager) | $1,633.00 | |
| 10/14/2025 | Billy Steele (#456) (maintenance) | $1,015.00 | |
| 10/14/2025 | Frank Guzman (#457) (maintenance) | $375.00 | |
| 10/14/2025 | Matthew Hilburn (#458) (maintenance) | $650.00 | |
| 10/14/2025 | Republic Services [ACH] (trash collection) | $1,203.28 | |
| 10/16/2025 | Air Texas AC & Heating (#455) (HVAC repairs) | $325.00 | |
| 10/23/2025 | Jovanca Silvasan (#464) (gas reimbursement) | $75.36 | |
| 10/24/2025 | Jovanca Silvasan (#463) (property manager) | $1,633.00 | |
| 10/27/2025 | Billy Steele (#460) (maintenance) | $1,162.00 | |
| 10/27/2025 | Frank Guzman (#461) (maintenance) | $262.50 | |
| 10/27/2025 | Matthew Hilburn (#462) (maintenance) | $650.00 | |
| 10/29/2025 | Alfredo Nino (#465) ((lawn maintenance) | $1,300.00 | |

| Date | Item Description | Cash Disbursements 4Q25 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 10/29/2025 | Martin Salvador (#466) (repairs to entry ramp) | $3,000.00 | |
| 11/04/2025 | Spectrum [ACH] (internet) | $234.25 | |
| 11/04/2025 | TXU Energy [ACH] (utilities) | $7,063.11 | |
| 11/05/2025 | ABC Home & Commercial [ACH] (pest control)` | $438.41 | |
| 11/05/2025 | Reveal Insurance Group [wire] (insurance) | $25,926.24 | |
| 11/05/2025 | Republic Services [ACH] (trash collection) | $1,260.31 | |
| 11/05/2025 | Martin Salvador (#471) (repairs to entry ramp) | $4,381.00 | |
| 11/07/2025 | Billy Steele (#467) (maintenance) | $1,043.00 | |
| 11/07/2025 | Jovanca Silvasan (#470) (property manager) | $1,633.00 | |
| 11/07/2025 | Dallas Water Utilities (#473) (utilities) | $9,792.75 | |
| 11/10/2025 | Frank Guzman (#468) (maintenance) | $345.00 | |
| 11/10/2025 | Matthew Hilburn (#469) (maintenance) | $640.00 | |
| 11/13/2025 | Alfredo Nino (#474) (lawn maintenance) | $225.00 | |
| 11/20/2025 | Jovanca Silvasan (#478) (property manager) | $1,633.00 | |
| 11/20/2025 | Jovanca Silvasan (#479) (gas reimbursement) | $69.39 | |
| 11/24/2025 | Billy Steele (#475) (maintenance) | $1,099.00 | |
| 11/24/2025 | Frank Guzman (#476) (maintenance) | $337.50 | |

| Date | Item Description | Cash Disbursements 4Q25 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 11/24/2025 | Matthew Hilburn (#477) (maintenance) | $709.50 | |
| 11/26/2025 | Spectrum [ACH] (internet) | $234.25 | |
| 11/26/2025 | TXU Energy [ACH] (utilities) | $6,649.11 | |
| 11/28/2025 | Alfredo Nino (#480) (lawn maintenance) | $1,300.00 | |
| 12/03/2025 | ABC Home & Commercial [ACH] (pest control) | $438.41 | |
| 12/04/2025 | Jovanca Silvasan (#484) (property manager) | $1,633.00 | |
| 12/05/2025 | Dallas Water Utilities (#485) (utilities) | $8,663.41 | |
| 12/08/2025 | Billy Steele (#481) (maintenance) | $875.00 | |
| 12/08/2025 | Frank Guzman (#482) (maintenance) | $420.00 | |
| 12/08/2025 | Matthew Hilburn (#483) (maintenance) | $649.00 | |
| 12/12/2025 | GoTo Premium [wire] (insurance) | $6,940.35 | |
| 12/12/2025 | Bank Service Fee | $10.00 | |
| 12/15/2025 | Republic Services [ACH] (trash collection) | $1,203.28 | |
| 12/16/2025 | Dixie Interiors (#486) (flooring) | $1,100.36 | |
| 12/17/2025 | Reveal Insurance Group [wire] (insurance) | $33,812.09 | |
| 12/18/2025 | Jovanca Silvasan (#492) (property manager) | $1,633.00 | |
| 12/18/2025 | Jovanca Silvasan (#493) (gas reimbursement) | $73.87 | |
| 12/22/2025 | Air Texas AC & Heating (#487) (HVAC) | $355.00 | |

| Date | Item Description | Cash Disbursements 4Q25 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/22/2025 | Air Texas AC & Heating (#488) (HVAC) | $355.00 | |
| 12/22/2025 | Billy Steele (#489) (maintenance) | $994.00 | |
| 12/22/2025 | Frank Guzman (#490) (maintenance) | $300.00 | |
| 12/22/2025 | Matthew Hilburn (#491) (maintenance) | $605.00 | |
| 12/24/2025 | Alfredo Nino (#494) (lawn maintenance) | $1,300.00 | |
| 12/24/2025 | Alfredo Nino (#495) (lawn maintenance) | $375.00 | |
| 12/24/2025 | Spectrum [ACH] (internet) | $234.25 | |
| 12/29/2025 | TXU Energy [ACH] (utilities) | $11,270.42 | |
| **TOTAL DISBURSEMENTS 4Q25** | | **$164,776.82** | |
| **TOTAL RECEIVERSHIP DISBURSEMENTS** | | | **$2,269,668.20** |

# EXHIBIT A-4

**D4OP RECEIVERSHIP ACCOUNT[1]**
**Cash Accounting Summary**
**October 1, 2025 through December 31, 2025**

**Cash Receipts**

| Date | Item Description | Cash Receipts 4Q25 | Cash Receipts 3Q23 to present |
|---|---|---|---|
| 09/31/2023 | Cash Receipts 3Q23 (opening account) | | $126,643.63 |
| 12/31/2023 | Cash Receipts 4Q23 | | $210,786.07 |
| 03/31/2024 | Cash Receipts 1Q24 | | $62,762.79 |
| 06/30/2024 | Cash Receipts 2Q24 | | $0.00 |
| 09/30/2024 | Cash Receipts 3Q24 | | $0.00 |
| 12/31/2024 | Cash Receipts 4Q24 | | $0.00 |
| 03/31/2025 | Cash Receipts 1Q25 | | $0.00 |
| 06/30/2025 | Cash Receipts 2Q25 | | $0.00 |
| 09/30/2025 | Cash Receipts 3Q25 | | $0.00 |
| **TOTAL RECEIPTS 4Q25** | | **$0.00** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$400,192.49** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 4Q25 | Cash Disbursements 3Q23 to present |
|---|---|---|---|
| **TOTAL DISBURSEMENTS 4Q25** | | **$0.00** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$0.00** |

---

[1] The use of funds in the D4OP Receivership Account are generally restricted by HUD regulations.