

Michael D. Napoli
Partner

Akerman LLP
2001 Ross Avenue
Suite 3600
Dallas, TX  75201

D: 214-720-4360
michael.napoli@akerman.com

February 10, 2026

***Via E-File***

The Honorable Rebecca Rutherford
United States Magistrate Judge
United States District Court
Northern District of Texas, Dallas Division
1100 Commerce Street, Room 1376W
Dallas, Texas 75242

**Re:   *SEC v. Timothy Barton, et al.*, No. 3:22-cv-02118-X-BT – DLP Entities'
Emergency Motion to Declare Lis Pendens Void (ECF #681)**

Dear Judge Rutherford:

On behalf of DLP Real Estate Capital, Inc., DLP Winter Haven Ventures LLC,
Orchard Farms Ventures LLC, and Marine Creek Ventures LLC (collectively, the
"DLP Entities"), we respectfully renew our request for a prompt ruling on the DLP
Entities' Emergency Motion to Declare Lis Pendens Void (ECF #681), which has been
fully briefed and ripe for decision since October 14, 2025.

The lis pendens is causing immediate and irreparable harm to the DLP Entities'
business interests. The DLP Entities have already lost a sale of property owned by
Marine Creek Ventures, LLC because the buyer could not obtain clean title. The only
remaining contract for sale—covering lots owned by Orchard Farms Ventures LLC—
has been extended solely to allow for resolution of the lis pendens, which is now the
sole obstacle to closing. The buyer has been patient, but is prepared to terminate if
the lis pendens is not voided in the immediate future.

As detailed in our motion and prior correspondence, the lis pendens should
undoubtedly be voided for several reasons, including because it is not supported by a
legitimate claim affecting title to the properties at issue. Its continued existence
serves only to block legitimate, arm's-length transactions and inflicts substantial and
ongoing harm on innocent third parties. The equities and the law both favor
immediate relief.

The Honorable Rebecca Rutherford
February 10, 2026
Page 2

_____

Accordingly, we respectfully and urgently renew our request for the Court's prompt attention to this matter and for a ruling on the emergency motion at the Court's earliest convenience.

Thank you for your consideration.

Sincerely,

*/s/ Michael D. Napoli*

Michael D. Napoli
*Counsel for the DLP Entities*

cc:    All attorneys and parties entitled to service