**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| **Plaintiff,** | § | |
| **v.** | § § | |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL 009, LLC, WALL 010, LLC, WALL 011, LLC, WALL 012, LLC, WALL 016, LLC, WALL 017, LLC, WALL 018, LLC, WALL 019, LLC, HAOQIANT FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § § § § § § § § § | **No. 3:22-cv-2118-X** |
| **Defendants,** | § | |
| **v.** | § § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § § | |
| **Relief Defendants.** | § | |

## <u>NOTICE OF CHANGE IN ROLE OF COUNSEL</u>

Defendant Timothy L. Barton respectfully gives notice of a change in the role of attorney Jules P. Slim in the above-captioned matter, No. 3:22-cv-2118-X. In light of this Court's Electronic Order administratively closing this case (Dkt. No. 671, entered August 7, 2025), as well as the Government's previously granted Motion to Intervene and Stay Proceedings (Dkt. No. 64, entered November 16, 2022), the active services of counsel of record are no longer required at this time.

This change in status is driven in part by the practical reality that substantially all of the assets and resources associated with the receivership entities have been dedicated to the administration of the receivership, and no funds have been allocated to support the defense. In the interest of efficiency and in recognition of these resource constraints, Mr. Barton will proceed pro se on the district-court docket for any urgent matters that may arise requiring a response during the period of administrative closure. Mr. Slim will, however, continue to serve in a supervisory and advisory capacity, providing consultation, strategic guidance, and oversight to Mr. Barton. Courts have long recognized the appropriateness of such arrangements, particularly where

proceedings are stayed or administratively closed. See McKaskle v. Wiggins, 465 U.S. 168, 183–84 (1984) (recognizing the role of "standby counsel" who assists a self-represented party without displacing the party's control of the case); see also United States v. Tracy, 12 F.3d 1186, 1191–92 (2d Cir. 1993) (distinguishing between counsel of record who files and receives docket entries and advisory counsel who provides guidance without formal appearance).

This notice is limited to the district-court docket before Judge Brantley Starr and does not address or affect any separate matters or dockets. This arrangement is subject to review and may be revisited at such time as the status of this case changes, including upon any reopening of the matter or lifting of the stay. Given both the DOJ's intervention and stay of proceedings and the Court's subsequent administrative closure, no active district-court proceedings will be prejudiced or delayed by this notice.

Dated: February 25, 2026

Respectfully submitted,

*/s/ Timothy Barton*
Timothy Barton (pro se)
1846 East Rosemeade Parkway,
#232 Carrollton, TX 75007
(214) 914-3811
*timothy.barton@proton.me*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2026, a true and correct copy of the foregoing Notice was shared to all counsel and any pro se parties of record through CM/ECF.

*/s/ Timothy Barton*
Timothy Barton (pro se)