/s/ *Timothy L. Barton*
Timothy L. Barton
1846 East Rosemeade Parkway,
#232
Carrollton, TX 75007
(214) 914-3811
timothy.barton@proton.me

March 4, 2026

Via E-File

The Honorable Rebecca Rutherford
United States Magistrate Judge
United States District Court
Northern District of Texas, Dallas Division
1100 Commerce Street
Dallas, Texas 75242

**Re:** SEC v. Timothy Barton, et al., No. 3:22-cv-02118-X-BT - Response to DLP Entities' February 23, 2026 Letter (ECF No. 712)

Your Honor:

I respectfully submit this letter to correct a materially false and misleading presentation in the DLP Entities' February 23, 2026 letter concerning the status of my appellate proceedings.

The DLP letter states that the United States Court of Appeals for the Fifth Circuit dismissed my "most recent appeal" for lack of jurisdiction on January 21, 2026, and then uses that statement to argue that my appellate challenges have been conclusively resolved against me. That presentation is materially incomplete and creates a false impression.

The January 21, 2026 order concerned only Fifth Circuit No. 25-11044. It did not dispose of my separate Fifth Circuit appeal, No. 25-10871. It also did not dispose of my separate Fifth Circuit appeal, No. 25-11043. Nor did it dispose of my pending petition in the Supreme Court of the United States, No. 25-465. The broader appellate record in this matter also includes related proceedings such as Fifth Circuit Nos. 23-11237 and 24-10788. DLP's submission omits that critical context.

Accordingly, the DLP letter is inaccurate to the extent it suggests that the dismissal of No. 25-11044 eliminated all pending or related appellate proceedings or removed any continuing appellate basis relevant to the challenged lis pendens and related property issues. At minimum, the Court should not treat the January 21 order as a global resolution of all appellate matters involving the receivership, its scope, or its consequences.

I therefore respectfully request that the Court evaluate the DLP Entities' emergency motion on a complete and accurate record and disregard any suggestion that all appellate review has ended or that my appellate rights have been conclusively resolved against me.

1

Respectfully submitted,

Timothy Barton
Pro Se

**cc:** All counsel of record