

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** *Plaintiff,* | § § § § § | |
| v. | § § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON, et al.** *Defendants,* | § § § | |

## DEFENDANT TIMOTHY L. BARTON'S MOTION FOR LEAVE TO PROCEED PRO SE AND AUTHORIZATION TO FILE ELECTRONICALLY (CM/ECF)

Defendant Timothy L. Barton respectfully moves the Court for leave to proceed pro se in this action and for authorization to file and receive service electronically through the Court's CM/ECF system as a non-attorney filer. This case is administratively closed, but urgent, time-sensitive matters still arise and/or may arise on the district-court docket requiring prompt response. At present, the defendant has no active attorney representation for purposes of responding to such matters. Defendant has been left without sufficient financial resources to retain or maintain legal counsel in this matter. As a direct result of the pendency of this litigation and the consequent depletion of Defendant's assets, proceeding pro se is not a matter of preference but of financial and practical necessity; it is the sole means by which Defendant is presently able to protect his legal rights and discharge his obligations to the Court. Without pro se status and CM/ECF access, the defendant risks missing notice, deadlines, or required responses solely due to lack of access to the Court's electronic filing and service system. Federal law permits a party to plead and conduct his own case personally. 28 U.S.C. § 1654.



*DEFENDANT TIMOTHY L. BARTON'S MOTION FOR LEAVE TO PROCEED*
*PRO SE AND AUTHORIZATION TO FILE ELECTRONICALLY (CM/ECF)*                    1

Granting this motion will not prejudice any party or alter any substantive rights; it will simply ensure that the defendant receives Notices of Electronic Filing and can submit any necessary, limited filings in a timely manner if urgent issues arise during administrative closure. This request is made only for defendant in his individual capacity. Defendant understands that any entity defendant must appear through licensed counsel as required by law.

Accordingly, the defendant requests that the Court enter an order (1) permitting him to proceed pro se and (2) authorizing him, upon completion of the Court's non-attorney registration requirements, to file and receive service electronically through CM/ECF in this case, together with such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: March 12, 2026

/s/ Timothy L. Barton
Timothy L. Barton
1846 East Rosemeade Parkway, #232
Carrollton, TX 75007
(214) 914-3811
timothy.barton@proton.me

(Defendant, pro se upon grant)

## CERTIFICATE OF CONFERENCE

I certify that, as required by N.D. Tex. Local Civil Rule 7.1(a), counsel for the moving party conferred, or attempted to confer, with counsel for each party affected by the requested relief to determine whether the motion is opposed. Specifically, on March 09, 2026, undersigned contacted counsel of record for the Securities and Exchange Commission and the Receiver by email and requested their position. As of the time of filing, no response has been received.

/s/ Timothy L. Barton
Timothy L. Barton

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a true and correct copy of the foregoing was served on all counsel and any pro se parties of record via CM/ECF, or by other means as required for any party not receiving CM/ECF notice.

/s/ Timothy L. Barton
Timothy L. Barton

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>*Plaintiff,*<br><br><br>v.<br><br>TIMOTHY BARTON, et al.<br>*Defendants,* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:22-cv-2118-X |

**[PROPOSED ORDER]**

Before the Court is Defendant Timothy L. Barton's Motion for Leave to Proceed Pro Se and for Authorization to File Electronically (CM/ECF). Having considered the motion, the Court finds that it should be **GRANTED.**

**IT IS ORDERED** that counsel of record for Defendant Timothy L. Barton is granted leave to withdraw under N.D. Tex. Local Civil Rule 83.12.

**IT IS FURTHER ORDERED** that Defendant Timothy L. Barton may proceed pro se on the district-court docket in this case.

**IT IS FURTHER ORDERED** that the Clerk is directed to update the docket to reflect Mr. Barton's pro se status and, upon completion of the Court's non-attorney e-filing registration process, to enable Mr. Barton's CM/ECF filing privileges in this case.

SO ORDERED on _____, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE