

# United States Court of Appeals for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Mar 16, 2026**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit

**FILED**

January 21, 2026

Lyle W. Cayce
Clerk

No. 25-11044

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff—Appellee*,

*versus*

TIMOTHY BARTON,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

## UNPUBLISHED ORDER

Before GRAVES, WILLETT, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellee's opposed motion to dismiss the appeal for lack of jurisdiction is GRANTED.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 16, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 25-11044   SEC v. Barton
               USDC No. 3:22-CV-2118

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: _____
            Lisa E. Ferrara, Deputy Clerk
            504-310-7675

cc:
    Mr. Timothy Barton
    Mr. Keefe Michael Bernstein
    Mr. Ezekiel Levenson Hill