UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>TIMOTHY BARTON, et al.<br><br><br><br><br><br>                Defendants,<br><br>DJD LAND PARTNERS, LLC, and<br>LDG001, LLC,<br><br><br><br>                Relief Defendants. | C.A. No.: 3:22-cv-2118-X<br><br><br>Jury Trial Demanded |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO DEFENDANT TIMOTHY BARTON'S MOTION FOR LEAVE TO PROCEED PRO SE**

The Securities and Exchange Commission ("SEC") submits this Response to Defendant Timothy Barton's ("Barton") Motion to Proceed Pro Se ("Motion") (Dkt. No. 717), and respectfully shows the Court as follows:

**BACKGROUND**

1.     Jules Slim represents Barton for all purposes related to this case.  (Dkt. No. 683)

2.     On March 7, 2026, Barton emailed counsel for the SEC and the Receiver to confer on this Motion.  Counsel for the SEC did not respond to Barton directly and does not

intend to do so in this case while he is represented by counsel.

3.      On March 9, 2026, counsel for the SEC forwarded Barton's email to Mr. Slim and inquired whether Mr. Slim intends to move to withdraw as Barton's counsel.  Mr. Slim responded that he would request clarification from Barton.

4.      On March 16, 2026, Barton filed the Motion.

5.      As of the date of this Response, Mr. Slim has not moved to withdraw as Barton's counsel or confirmed to the SEC that he no longer represents Barton.

### RESPONSE

The Motion states that "urgent, time-sensitive matters" may arise in this case and "[a]t present, the defendant has no active attorney representation for purposes of responding to such matters."  However, Mr. Slim is Barton's counsel of record, and Mr. Slim filed a contested motion on Barton's behalf as recently as February 10, 2026.  (Dkt. No. 710)  If Mr. Slim seeks to end his representation, and Barton seeks to proceed *pro se* thereafter, Mr. Slim should file a motion to withdraw pursuant to Local Rule 83.12.  The SEC further opposes the Motion to the extent Barton is purportedly seeking to act *pro se* on certain matters in this case while remaining represented by counsel on other matters in this case.

Dated: March 24, 2026                                   Respectfully submitted,

*/s/ Keefe M. Bernstein*
Keefe M. Bernstein
Texas Bar No. 24006839
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
Phone: (817) 900-2607
Email: bernsteink@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

2

## CERTIFICATE OF SERVICE

I affirm that on March 24, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Keefe M. Bernstein*
Keefe M. Bernstein