**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                        Plaintiff,<br><br>v.<br><br>TIMOTHY BARTON, et al.<br><br><br><br>                        Defendants,<br><br>DJD LAND PARTNERS, LLC, and<br>LDG001, LLC,<br><br><br>                        Relief Defendants. | C.A. No.: 3:22-cv-2118-X |

## ORDER

Before the Court is Defendant Timothy Barton's Motion to Proceed Pro Se. The motion is **DENIED** without prejudice. If Defendant Timothy Barton's counsel of record seeks to withdraw as counsel in this matter, counsel shall file a motion to withdraw in compliance with Local Rule 83.12.

      **SO ORDRED**

_____, 2026        _____
                                        BRANTLEY STARR
                                        UNITED STATES DISTRICT JUDGE