# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

RECEIVED

MAR 30 2026

FIFTH CIRCUIT

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 30, 2026

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

      Re:  Timothy Barton
           v. Securities and Exchange Commission
           No. 25-465
           (Your No. 23-11237, 24-10004)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 31, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

        No. 23-11237   SEC v. Barton
                       USDC No. 3:22-CV-2118
Consolidated with:
        No. 24-10004   SEC v. Barton
                       USDC No. 3:22-CV-2118

Dear Ms. Mitchell,

We have received the Supreme Court order denying certiorari.  We
previously sent you the judgment issued as mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Lisa E. Ferrara, Deputy Clerk
                504-310-7675