Jules P. Slim
State Bar No. 00793026
PO BOX 140307
Irving, Texas 75014
Telephone: (214) 350-5183
Email:  jslim@slimlawfirm.com
**Attorney for Defendant**
**Timothy Barton**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § | |
| **Plaintiff,** | § | |
| **v.** | § § | |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL 009, LLC, WALL 010, LLC, WALL 011, LLC, WALL 012, LLC, WALL 016, LLC, WALL 017, LLC, WALL 018, LLC, WALL 019, LLC, HAOQIANT FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § § § § § § § § § | **No. 3:22-cv-2118-X** |
| **Defendants,** | § | |
| **v.** | § § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § § § | |
| **Relief Defendants.** | § | |

### MOTION TO WITHDRAW AS COUNSEL
### FOR DEFENDANT PURSUANT TO LOCAL RULE 83.12

**NOW COMES** Jules P. Slim, attorney of record for Defendant Timothy L. Barton ("Barton"), and respectfully moves this Court for leave to withdraw as counsel of record for Defendant in the above-captioned action pursuant to Local Rule 83.12, and in support thereof shows the Court as follows:

## BACKGROUND

1.  Jules Slim represents Barton as counsel of record in this case. (Dkt. No. 683)

2.  On February 26, 2026, defendant filed a Notice of Change in Role of Counsel (Dkt. No. 713), advising the Court and all parties that his role had transitioned from active counsel of record to an advisory and supervisory capacity only, and that Barton would proceed pro se on the district-court docket.

3.  On March 7, 2026, Barton emailed counsel for the SEC and the Receiver to confer on a proposed motion to proceed pro se.

4.  On March 9, 2026, counsel for the SEC forwarded Barton's email to Slim and inquired whether Slim intended to move to withdraw.

5.  On March 16, 2026, Barton filed a Motion for Leave to Proceed Pro Se. (Dkt. No. 717)

6.  On March 24, 2026, the SEC filed a Response opposing Barton's pro se motion (Dkt. No. 719), asserting that the proper procedure is for Slim to file a motion to withdraw pursuant to Local Rule 83.12.

7.  Slim files this motion to conform to the procedural requirements identified by the SEC and the Court's Local Rules.

## MOTION

8.  Slim and defendant have conferred regarding this withdrawal. Defendant consents to Slim's withdrawal as counsel of record in this matter.

9.  Good cause exists for withdrawal. Defendant has expressed a clear preference to represent himself in the district court. Continued representation as counsel of record is no longer consistent with the client's stated wishes. The attorney-client relationship has not

deteriorated, but the scope of engagement has changed such that maintaining counsel-of-record status is no longer appropriate.

10.    This withdrawal will not cause undue delay, prejudice, or disruption to any pending deadline. No trial date is currently set.

11.    Barton has been advised of the current status of this matter, all pending deadlines and obligations, and the consequences of proceeding without counsel. Barton understands that he will be responsible for monitoring the docket and responding to all matters pro se.

12.    Pursuant to Local Rule 83.12, the undersigned provides the following information for Defendant Barton:

> Name:          Timothy L. Barton
>
> Address:        1846 East Rosemeade Parkway, #232
>
>                 Carrollton, TX 75007
>
> Telephone:      (214) 914-3811
>
> Email:          timothy.barton@proton.me

13.    If this motion and the Defendant motion to proceed as pro se are granted, the undersigned requests that the Clerk update the docket to reflect Barton's pro se status and direct all future notices to Barton at the address provided above.

**WHEREFORE**, the undersigned respectfully requests that the Court grant this Motion to Withdraw as Counsel of Record, permit Defendant Timothy L. Barton to proceed pro se, direct the Clerk to update the docket accordingly, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Jules P. Slim*
Jules P. Slim, Attorney
State Bar No. 00793026
PO BOX 140307
Irving, Texas 75014
Telephone: (214) 350-5183
Email: jslim@slimlawfirm.com
**Attorney for Defendant**
**Timothy Barton**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, the undersigned certifies that the parties have conferred regarding this motion. Defendant Timothy L. Barton consents to the relief requested. The SEC's position is reflected in its Response (Dkt. No. 719), which affirmatively urged compliance with Local Rule 83.12 as the proper procedural mechanism.

*/s/ Jules P. Slim*
Jules P. Slim

## CERTIFICATE OF SERVICE

I affirm that on 14th day of April, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Jules P. Slim*
Jules P. Slim