**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § | |
| v. | § § | |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL 009, LLC, WALL 010, LLC, WALL 011, LLC, WALL 012, LLC, WALL 016, LLC, WALL 017, LLC, WALL 018, LLC, WALL 019, LLC, HAOQIANT FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § | **No. 3:22-cv-2118-X** |
| Defendants, | § | |
| v. | § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| Relief Defendants. | § | |

## ORDER GRANTING WITHDRAWAL OF COUNSEL FOR DEFENDANT

**CAME BEFORE** this Court the Motion to Withdraw as Counsel of Record filed by Jules P. Slim on behalf of Defendant Timothy L. Barton. Having considered the Motion and for good cause shown:

It is **ORDERED** that Jules P. Slim's Motion to Withdraw as Counsel of Record is **GRANTED**. Jules P. Slim is hereby relieved of all obligations as counsel of record for Defendant Timothy L. Barton in this action.

It is further **ORDERED** that Defendant Timothy L. Barton shall proceed *pro se* effective upon entry of this Order. The Clerk shall update the docket to reflect Barton's *pro se* status and direct all future notices to the defendant at the address provided in the Motion.

It is further **ORDERED** that Defendant Timothy L. Barton is reminded of his obligation to comply with all applicable Federal Rules of Civil Procedure, Local Rules of this Court, and all Orders previously entered in this action.

SIGNED this _____ day of _____, 2026.

_____

JUDGE PRESIDING