# EXHIBIT "A"

**EXHIBIT B**
**60' WIDE WATERLINE EASEMENT**
**PARCEL 11 & 12**
**LYNCO VENTURES, LLC**

**BEING A TRACT OF LAND LOCATED IN THE J. HAIGLER SURVEY, ABSTRACT NO. 358, JOHNSON COUNTY, TEXAS AND BEING PART OF A CALLED 27.262 ACRE TRACT OF LAND AS DESCRIBED IN A DEED RECORDED IN INSTRUMENT NO. 2022-29088, OFFICIAL PUBLIC RECORDS, JOHNSON COUNTY, TEXAS (O.P.R.J.C.T.), AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:**

ALL DISTANCES RECITED HEREIN ARE GRID. SCALE FACTOR IS 1.000000000. ALL BEARINGS RECITED HEREIN ARE CORRELATED TO THE TEXAS STATE PLANE COORDINATE SYSTEM, NORTH CENTRAL ZONE (4202), NAD83 (NA2011). AS SURVEYED ON THE GROUND DURING THE MONTHS OF MAY AND JUNE, 2025 UNDER THE SUPERVISION OF ROBERT L. YOUNG, R.P.L.S. NO. 5400.

**BEGINNING** AT A 1/2" IRON ROD WITH A YELLOW PLASTIC CAP STAMPED "FORT WORTH SURVEYING" FOUND (N:6846261.90, E:2395347.67) IN THE WESTERLY LINE OF CALLED 128.8645 ACRE TRACT OF LAND AS DESCRIBED IN A DEED RECORDED IN INSTRUMENT NO. 2018-18134, O.P.R.J.C.T. AND IN THE NORTHERLY LINE OF COUNTY ROAD NO. 501, FOR THE SOUTHEASTERLY CORNER OF SAID 27.262 ACRE TRACT;

**THENCE**, S 61°01'18" W, WITH THE SOUTHERLY LINE OF SAID 27.262 ACRE TRACT AND WITH THE NORTHERLY LINE OF SAID COUNTY ROAD NO. 501, A DISTANCE OF 1018.86 FEET TO A POINT AT THE SOUTHWESTERLY CORNER OF SAID 27.262 ACRE TRACT;

**THENCE,** N 30°13'13" W, WITH THE WESTERLY LINE OF SAID 27.262 ACRE TRACT, AT A DISTANCE OF 29.29 FEET, PASSING A 1/2" IRON ROD FOUND FOR THE SOUTHEASTERLY CORNER OF LOT 1, BLOCK 7, VENUS RIDGE, PHASE IV, ACCORDING TO THE PLAT RECORDED IN VOLUME 11, PAGE 544, PLAT RECORDS, JOHNSON COUNTY, TEXAS (P.R.J.C.T.), CONTINUING A TOTAL DISTANCE OF 60.01 FEET TO A POINT, FROM WHICH A 1/2" IRON ROD FOUND FOR THE NORTHEASTERLY CORNER OF LOT 5, BLOCK 7, SAID VENUS RIDGE, PHASE IV BEARS, N 30°13'13" W, A DISTANCE OF 746.72 FEET;

**THENCE,** N 61°01'18" E, CROSSING SAID 27.262 ACRE TRACT, A DISTANCE OF 1018.86 FEET TO A POINT IN THE EASTERLY LINE OF SAID 27.262 ACRE TRACT AND IN THE WESTERLY LINE OF SAID 128.8645 ACRE TRACT;

**THENCE,** S 30°13'10" E, WITH THE EASTERLY LINE OF SAID 27.262 ACRE TRACT AND WITH THE WESTERLY LINE OF SAID 128.8645 ACRE TRACT, A DISTANCE OF 60.01 FEET TO THE **PLACE OF BEGINNING AND CONTAINING 1.403 ACRES OF LAND.** SEE THE ACCOMPANYING EXHIBIT ATTACHED HERETO AND MADE A PART HEREOF.

*11/18/2025*

20250065-ESMT-11 & 12-LYNCO VENTURES, LLC                    Page 1 of 1



Case 3:22-cv-02118-X Document 72-51 Filed 04/27/26 Page 3 of 7 PageID 21844

PAGE 1 OF 2

## LEGEND

| | |
|---|---|
| IRF | IRON ROD FOUND |
| CIRF | IRON ROD FOUND WITH A PLASTIC CAP |
| (C.M.) | CONTROLLING MONUMENT |
| -E- | OVERHEAD ELECTRIC LINE |
| -UE- | UNDERGROUND ELECTRIC LINE |
| -T- | TELEPHONE LINE |
| -W- | WATER LINE |
| -GAS- | GAS LINE |
| -Δ- | CHAIN LINK FENCE |
| -□- | STEEL FENCE |
| -//- | WOODEN FENCE |
| -X- | WIRE FENCE |
| SN | SIGN |
| PP | POWER POLE |
| EB | ELECTRICAL BOX |
| TPD | TELEPHONE PEDESTAL |
| GUY | GUY ANCHOR |
| GTS | GAS TESTING STATION |
| WV | WATER VALVE |
| O | POINT FOR CORNER (UNLESS OTHERWISE NOTED) |
| CMP | CORRUGATED METAL PIPE |
| RCP | REINFORCED CONCRETE PIPE |

**J. HAIGLER SURVEY ABSTRACT NO. 358**

**LYNCO VENTURES, LLC CALLED 27.262 ACRES INSTRUMENT NO. 2022-29088 O.P.R.J.C.T.**

**A. WILLIAMS SURVEY ABSTRACT NO. 857**

### LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L2 | S 30°13'10" E | 60.01' |

**PLACE OF BEGINNING**
1/2" CIRF
"FORT WORTH SURVEYING"
(YELLOW CAP)
(C.M.)

N:6846261.90
E:2395347.67

N 61°01'18" E 1018.86'

RIPRAP

CONCRETE HEADWALL

**1.403 ACRES**

MATCH LINE

S 61°01'18" W 1018.86'

42" CMP

60" CMP

27" RCP

**Property Address:**
11208 County Road 501
Venus, Texas 76084

**COUNTY ROAD NO. 501**
VARIABLE WIDTH RIGHT-OF-WAY
ASPHALT PAVEMENT

KENNETH THORNTON and BILLIE THORNTON CALLED 2.000 ACRES INSTRUMENT NO. 2016-8788 O.P.R.J.C.T.

HORACIO QUEZADA CALLED 2.000 ACRES INSTRUMENT NO. 2013-986 O.P.R.J.C.T.

APPROXIMATE SURVEY LINE

ALFREDO H. SOTELO CALLED 2.000 ACRES INSTRUMENT NO. 2017-15489 O.P.R.J.C.T.

KATRINA ISABELLE O'NEILL CALLED 2.000 ACRES INSTRUMENT NO. 2025-23538 O.P.R.J.C.T.

DJD LAND PARTNERS, LLC CALLED 128.8645 ACRES INSTRUMENT NO. 2018-18134 O.P.R.J.C.T.

**RED SHADED AREA REPRESENTS 0.394 ACRE EXISTING 30' WIDE MT. PEAK EASEMENT VOLUME 544, PAGE 739 D.R.J.C.T. (APPROXIMATE LOCATION)**

**B. B. B. & C. RR. CO. SURVEY ABSTRACT NO. 93**

**EXHIBIT C**

**60' WIDE WATERLINE EASEMENT LOCATED IN THE J. HAIGLER SURVEY, ABSTRACT NO. 358 JOHNSON COUNTY, TEXAS.**

### SURVEYOR'S NOTES:

1. ALL BEARINGS AND DISTANCES SHOWN HEREON ARE CORRELATED TO THE TEXAS STATE PLANE COORDINATE SYSTEM, NORTH CENTRAL ZONE (4202) NAD83 (2011). ALL DISTANCES SHOWN ARE GRID. SCALE FACTOR IS 1.000000000.

2. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.

3. THE SURVEY PERFORMED ON THE GROUND OF THE SUBJECT PROPERTY AND THE PREPARATION OF A DEPICTION OF THE RESULTS THEREOF ON THIS EXHIBIT MAP, AND THE ACCOMPANYING EASEMENT DESCRIPTION, WAS PREPARED WITHOUT THE BENEFIT OF AN ABSTRACT OF TITLE. THEREFORE THERE MAY BE EASEMENTS OR OTHER MATTERS THAT COULD EXIST AND ARE NOT SHOWN.

4. SEE THE ACCOMPANYING EASEMENT DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.

5. THIS SURVEY MAP WAS PREPARED FROM A SURVEY PERFORMED ON THE GROUND UNDER THE SUPERVISION OF ROBERT L. YOUNG R.P.L.S. 5400, DURING THE MONTHS OF MAY AND JUNE, 2025.

**PARCEL 11 & 12 - LYNCO VENTURES, LLC**

**TRANS TEXAS SURVEYING AND MAPPING**

401 N. NOLAN RIVER ROAD
CLEBURNE, TEXAS 76033
OFFICE: 817-556-3440
www.transtx.com
info@transtx.com
© 2025 TTSM

PELS NO. 10122700

| Scale: 1"=60' | Date: 11/18/2025 | DWG: 20250065-ESMT-11 & 12-LYNCO |
|---|---|---|
| Drawn: GWB | Checked: RLY | Job: 20250065 |

STATE OF TEXAS
REGISTERED
ROBERT L. YOUNG
5400
PROFESSIONAL
LAND SURVEYOR

11/18/2025

Robert L. Young

0' 60' 120' 180'



PAGE 2 OF 2

**J. HAIGLER SURVEY**
**ABSTRACT NO. 358**

LYNCO VENTURES, LLC
CALLED 27.262 ACRES
INSTRUMENT NO. 2022-29088
O.P.R.J.C.T.

1.403 ACRES

N 61°01'18" E 1018.86'

S 61°01'18" W 1018.86'

N 30°13'13" W 746.72'

**LINE TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | N 30°13'13" W | 60.01' |

MARCO A. ESCOBEDO
INSTRUMENT NO. 2020-27369
O.P.R.J.C.T.

LOT 1, BLOCK 7
VENUS RIDGE
PHASE IV
VOLUME 11, PAGE 544
P.R.J.C.T.

1/2" IRF
NE COR. LOT 5
BLOCK 7

KEVIN STEWART
CALLED 2.000 ACRES
VOLUME 3706, PAGE 80
O.P.R.J.C.T.

APPROXIMATE SURVEY LINE

GRAVEL

*COUNTY ROAD NO. 501*
VARIABLE WIDTH RIGHT-OF-WAY
ASPHALT PAVEMENT

KENNETH E. ARMSTRONG and
JUDY C. ARMSTRONG
CALLED 2.000 ACRES
INSTRUMENT NO. 2023-1738
O.P.R.J.C.T.

BRENDA FAWN FOSTER
INSTRUMENT NO. 2017-2727
O.P.R.J.C.T.

**B. B. B. & C. RR. CO. SURVEY**
**ABSTRACT NO. 93**

MATCH LINE

1/2" IRF (C.M.)

**SURVEYOR'S NOTES:**

1. ALL BEARINGS AND DISTANCES SHOWN HEREON ARE CORRELATED TO THE TEXAS STATE PLANE COORDINATE SYSTEM, NORTH CENTRAL ZONE (4202), NAD83 (2011), ALL DISTANCES SHOWN ARE GRID. SCALE FACTOR IS 1.00000000.

2. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.

3. THE SURVEY PERFORMED ON THE GROUND OF THE SUBJECT PROPERTY AND THE PREPARATION OF A DEPICTION OF THE RESULTS THEREOF ON THIS EXHIBIT MAP, AND THE ACCOMPANYING EASEMENT DESCRIPTION, WAS PREPARED WITHOUT THE BENEFIT OF AN ABSTRACT OF TITLE. THEREFORE THERE MAY BE EASEMENTS OR OTHER MATTERS THAT COULD EXIST AND ARE NOT SHOWN.

4. SEE THE ACCOMPANYING EASEMENT DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.

5. THIS SURVEY MAP WAS PREPARED FROM A SURVEY PERFORMED ON THE GROUND UNDER THE SUPERVISION OF ROBERT L. YOUNG, R.P.L.S. 5400, DURING THE MONTHS OF MAY AND JUNE, 2025.

PELS NO. 10122700

11/18/2025

ROBERT L. YOUNG
5400

**LEGEND**

| | |
|---|---|
| IRF | IRON ROD FOUND |
| CIRF | IRON ROD FOUND WITH A PLASTIC CAP |
| (C.M.) | CONTROLLING MONUMENT |
| -E- | OVERHEAD ELECTRIC LINE |
| -UE- | UNDERGROUND ELECTRIC LINE |
| -T- | TELEPHONE LINE |
| -W- | WATER LINE |
| -GAS- | GAS LINE |
| -A- | CHAIN LINK FENCE |
| -☐- | STEEL FENCE |
| -//- | WOODEN FENCE |
| -X- | WIRE FENCE |
| SN | SIGN |
| PP | POWER POLE |
| EB | ELECTRICAL BOX |
| TPD | TELEPHONE PEDESTAL |
| GTS | GAS TESTING STATION |
| GUY | GUY ANCHOR |
| WV | WATER VALVE |
| O | POINT FOR CORNER (UNLESS OTHERWISE NOTED) |
| CMP | CORRUGATED METAL PIPE |
| RCP | REINFORCED CONCRETE PIPE |

Property Address:
11208 County Road 501
Venus, Texas 76084

**EXHIBIT C**

**60' WIDE WATERLINE EASEMENT**
**LOCATED IN THE**
**J. HAIGLER SURVEY, ABSTRACT NO. 358**
**JOHNSON COUNTY, TEXAS.**

PARCEL 11 & 12 - LYNCO VENTURES, LLC

**TRANS TEXAS SURVEYING AND MAPPING**

401 N. NOLAN RIVER ROAD
CLEBURNE, TEXAS 76033
OFFICE: 817-556-3440
www.transtx.com
info@transtx.com
© 2025 TTSM

| Scale: 1"=60' | Date: 11/18/2025 |
|---|---|
| Drawn: GWB | Checked: RLY |

DWG: 20250065-ESMT-11 & 12-LYNCO

Job: 20250065

0'   60'   120'   180'

GRID NORTH

**EXHIBIT B**
**VARIABLE WIDTH WATERLINE EASEMENT**
**PARCEL 13 & 14**
**DJD LAND PARTNERS, LLC**

BEING A TRACT OF LAND LOCATED IN THE A. WILLIAMS SURVEY, ABSTRACT NO. 857, JOHNSON COUNTY, TEXAS AND BEING PART OF A CALLED 128.8645 ACRE TRACT OF LAND AS DESCRIBED IN A DEED RECORDED IN INSTRUMENT NO. 2018-18134, OFFICIAL PUBLIC RECORDS, JOHNSON COUNTY, TEXAS (O.P.R.J.C.T.), AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

ALL DISTANCES RECITED HEREIN ARE GRID. SCALE FACTOR IS 1.000000000. ALL BEARINGS RECITED HEREIN ARE CORRELATED TO THE TEXAS STATE PLANE COORDINATE SYSTEM, NORTH CENTRAL ZONE (4202), NAD83 (NA2011). AS SURVEYED ON THE GROUND DURING THE MONTHS OF MAY AND JUNE, 2025 UNDER THE SUPERVISION OF ROBERT L. YOUNG, R.P.L.S. NO. 5400.

**BEGINNING** AT A 1/2" IRON ROD WITH A YELLOW PLASTIC CAP STAMPED "FORT WORTH SURVEYING" FOUND (N:6846261.90, E:2395347.67) IN THE WESTERLY LINE OF SAID 128.8645 ACRE TRACT AND IN THE NORTHERLY LINE OF COUNTY ROAD NO. 501, FOR THE SOUTHEASTERLY CORNER OF A CALLED 27.262 ACRE TRACT OF LAND AS DESCRIBED IN A DEED RECORDED IN INSTRUMENT NO. 2022-29088, O.P.R.J.C.T.;

**THENCE**, N 30°13'10" W, WITH THE WESTERLY LINE OF SAID 128.8645 ACRE TRACT AND WITH THE EASTERLY LINE OF SAID 27.262 ACRE TRACT, A DISTANCE OF 60.01 FEET TO A POINT;

**THENCE,** N 61°02'44" E, CROSSING SAID 128.8645 ACRE TRACT, A DISTANCE OF 2000.12 FEET TO A POINT IN A CURVE TO THE LEFT IN THE WESTERLY RIGHT-OF-WAY LINE OF F. M. HIGHWAY NO. 157, HAVING A RADIUS OF 358.31 FEET AND A CENTRAL ANGLE OF 4°49'59";

**THENCE,** SOUTHEASTERLY WITH SAID CURVE TO THE LEFT, A CHORD BEARING OF S 35°48'29" E, A CHORD DISTANCE OF 30.22 FEET AND AN ARC LENGTH OF 30.22 FEET TO A POINT, FROM WHICH A 5/8" IRON ROD WITH A PINK PLASTIC CAP STAMPED "TXDOT" FOUND BEARS, A RADIUS OF 358.31 FEET, A CENTRAL ANGLE OF 13°52'54", A CHORD BEARING OF S 45°09'56" E, A CHORD DISTANCE OF 86.60 FEET AND AN ARC LENGTH OF 86.81 FEET;

**THENCE,** CROSSING SAID 128.8645 ACRE TRACT, THE FOLLOWING BEARINGS AND DISTANCES:

S 61°02'44" W, A DISTANCE OF 349.30 FEET TO A POINT;

S 28°57'16" E, A DISTANCE OF 30.00 FEET TO A POINT;

S 61°02'44" W, A DISTANCE OF 1653.10 FEET TO THE **PLACE OF BEGINNING AND CONTAINING 2.517 ACRES OF LAND.** SEE THE ACCOMPANYING EXHIBIT ATTACHED HERETO AND MADE A PART HEREOF.



*11/18/2025*

20250065-ESMT-13 & 14-DJD LAND PARTNERS, LLC                    Page 1 of 1



## PAGE 1 OF 2

### LEGEND

| | |
|---|---|
| IRF | IRON ROD FOUND |
| CIRF | IRON ROD FOUND WITH A PLASTIC CAP |
| (C.M.) | CONTROLLING MONUMENT |
| -E- | OVERHEAD ELECTRIC LINE |
| -UE- | UNDERGROUND ELECTRIC LINE |
| -T- | TELEPHONE LINE |
| -W- | WATER LINE |
| -GAS- | GAS LINE |
| -X- | WIRE FENCE |
| SN | SIGN |
| PP | POWER POLE |
| EB | ELECTRICAL BOX |
| TPD | TELEPHONE PEDESTAL |
| GUY | GUY ANCHOR |
| O | POINT FOR CORNER (UNLESS OTHERWISE NOTED) |
| CMP | CORRUGATED METAL PIPE |
| RCP | REINFORCED CONCRETE PIPE |

### LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | N 30°13'10" W | 60.01' |
| L4 | S 61°02'44" W | 1653.10' |

**LYNCO VENTURES, LLC**
CALLED 27.262 ACRES
INSTRUMENT NO. 2022-29088
O.P.R.J.C.T.

**J. HAIGLER SURVEY ABSTRACT NO. 358**

PLACE OF BEGINNING
1/2" CIRF "FORT WORTH SURVEYING" (YELLOW CAP) (C.M.)

N:6846261.90
E:2395347.67

**A. WILLIAMS SURVEY ABSTRACT NO. 857**

**DJD LAND PARTNERS, LLC**
CALLED 128.8645 ACRES
INSTRUMENT NO. 2018-18134
O.P.R.J.C.T.

N 61°02'44" E  2000.12'

*2.517 ACRES*

PP    42" CMP    PP    SN/CONTEL    L4    PP    PP    TPD    PP

27" RCP    60" CMP    SN/UNDERGROUND TELEPHONE LINE    8' x 4' BOX CULVERT

**COUNTY ROAD NO. 501**
VARIABLE WIDTH RIGHT-OF-WAY
ASPHALT PAVEMENT

MATCH LINE

Property Address:
11417 County Road 501
Venus, Texas 76084

**KATRINA ISABELLE O'NEILL**
CALLED 2.000 ACRES
INSTRUMENT NO. 2025-23538
O.P.R.J.C.T.

**B. B. B. & C. RR. CO. SURVEY ABSTRACT NO. 93**

RED SHADED AREA REPRESENTS
0.575 ACRE EXISTING
WATERLINE EASEMENT
(APPROXIMATE LOCATION)

**DJD LAND PARTNERS, LLC**
CALLED 128.8645 ACRES
INSTRUMENT NO. 2018-18134
O.P.R.J.C.T.

**EXHIBIT C**

### VARIABLE WIDTH WATERLINE EASEMENT LOCATED IN THE A. WILLIAMS SURVEY, ABSTRACT NO. 857 JOHNSON COUNTY, TEXAS.

**PARCEL 13 & 14 - DJD LAND PARTNERS, LLC**

**SURVEYOR'S NOTES:**

1. ALL BEARINGS AND DISTANCES SHOWN HEREON ARE CORRELATED TO THE TEXAS STATE PLANE COORDINATE SYSTEM, NORTH CENTRAL ZONE (4202), NAD83 (2011). ALL DISTANCES SHOWN ARE GRID. SCALE FACTOR IS 1.000000000.

2. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.

3. THE SURVEY PERFORMED ON THE GROUND OF THE SUBJECT PROPERTY AND THE PREPARATION OF A DEPICTION OF THE RESULTS THEREOF ON THIS EXHIBIT MAP, AND THE ACCOMPANYING EASEMENT DESCRIPTION, WAS PREPARED WITHOUT THE BENEFIT OF AN ABSTRACT OF TITLE. THEREFORE THERE MAY BE EASEMENTS OR OTHER MATTERS THAT COULD EXIST AND ARE NOT SHOWN.

4. SEE THE ACCOMPANYING EASEMENT DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.

5. THIS SURVEY MAP WAS PREPARED FROM A SURVEY PERFORMED ON THE GROUND UNDER THE SUPERVISION OF ROBERT L. YOUNG R.P.L.S. 5400, DURING THE MONTHS OF MAY AND JUNE, 2025.

**TRANS TEXAS SURVEYING AND MAPPING**

401 N. NOLAN RIVER ROAD
CLEBURNE, TEXAS 76033
OFFICE: 817-556-3440
www.transtx.com
info@transtx.com
© 2025 TTSM

PELS NO. 10122700

| Scale: 1"=100' | Date: 11/18/2025 | DWG: 20250065-ESMT-13 & 14-DJD |
|---|---|---|
| Drawn: GWB | Checked: RLY | Job: 20250065 |

STATE OF TEXAS — REGISTERED — ROBERT L. YOUNG — 5400 — PROFESSIONAL LAND SURVEYOR

11/18/2025

Case 3:22-cv-02118-X   Document 725-11   Filed 04/27/26   Page 6 of 7   PageID 21847



**CURVE TABLE**

| CURVE | RADIUS | ARC LENGTH | CENTRAL ANGLE | CHORD BEARING | CHORD DISTANCE |
|-------|--------|------------|---------------|---------------|----------------|
| C1 | 358.31' | 30.22' | 4°49'59" | S 35°48'29" E | 30.22' |
| C2 | 358.31' | 51.44' | 8°13'32" | S 42°20'15" E | 51.40' |
| C3 | 358.31' | 86.81' | 13°52'54" | S 45°09'56" E | 86.60' |

**LINE TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L2 | S 61°02'44" W | 349.30' |
| L3 | S 28°57'16" E | 30.00' |
| L4 | S 61°02'44" W | 1653.10' |

Property Address:
11417 County Road 501
Venus, Texas 76084

**LEGEND**

| | |
|---|---|
| IRF | IRON ROD FOUND |
| CIRF | IRON ROD FOUND WITH A PLASTIC CAP |
| (C.M.) | CONTROLLING MONUMENT |
| -E- | OVERHEAD ELECTRIC LINE |
| -UE- | UNDERGROUND ELECTRIC LINE |
| -T- | TELEPHONE LINE |
| -W- | WATER LINE |
| -GAS- | GAS LINE |
| -X- | WIRE FENCE |
| SN | SIGN |
| PP | POWER POLE |
| EB | ELECTRICAL BOX |
| TPD | TELEPHONE PEDESTAL |
| GUY | GUY ANCHOR |
| O | POINT FOR CORNER (UNLESS OTHERWISE NOTED) |
| CMP | CORRUGATED METAL PIPE |
| RCP | REINFORCED CONCRETE PIPE |

**A. WILLIAMS SURVEY**
**ABSTRACT NO. 857**

**DJD LAND PARTNERS, LLC**
**CALLED 128.8645 ACRES**
**INSTRUMENT NO. 2018-18134**
**O.P.R.J.C.T.**

N 61°02'44" E 2000.12'

*2.517 ACRES*

**COUNTY ROAD NO. 501**
VARIABLE WIDTH RIGHT-OF-WAY
ASPHALT PAVEMENT

RED SHADED AREA REPRESENTS
0.575 ACRE EXISTING
WATERLINE EASEMENT
(APPROXIMATE LOCATION)

**DJD LAND PARTNERS, LLC**
**CALLED 128.8645 ACRES**
**INSTRUMENT NO. 2018-18134**
**O.P.R.J.C.T.**

VARIABLE WIDTH TEMP.
CONSTRUCTION
EASEMENT 0.282 ACRE

PROPOSED FM 157
RIGHT-OF-WAY LINE

5/8" CIRF
"TXDOT"
(PINK CAP)
(C.M.)

F. M. HIGHWAY NO. 157
VARIABLE WIDTH RIGHT-OF-WAY

LOT 1, BLOCK 1
TORON ADDITION
VOLUME 11, PAGE 724
P.R.J.C.T.

**EXHIBIT C**

**VARIABLE WIDTH WATERLINE EASEMENT**
**LOCATED IN THE**
**A. WILLIAMS SURVEY, ABSTRACT NO. 857**
**JOHNSON COUNTY, TEXAS.**

**PARCEL 13 & 14 - DJD LAND PARTNERS, LLC**

**SURVEYOR'S NOTES:**

1. ALL BEARINGS AND DISTANCES SHOWN HEREON ARE CORRELATED TO THE TEXAS STATE PLANE COORDINATE SYSTEM, NORTH CENTRAL ZONE (4202) NAD83 (2011). ALL DISTANCES SHOWN ARE GRID. SCALE FACTOR IS 1.000000000.

2. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.

3. THE SURVEY PERFORMED ON THE GROUND OF THE SUBJECT PROPERTY AND THE PREPARATION OF A DEPICTION OF THE RESULTS THEREOF ON THIS EXHIBIT MAP, AND THE ACCOMPANYING EASEMENT DESCRIPTION, WAS PREPARED WITHOUT THE BENEFIT OF AN ABSTRACT OF TITLE. THEREFORE THERE MAY BE EASEMENTS OR OTHER MATTERS THAT COULD EXIST AND ARE NOT SHOWN.

4. SEE THE ACCOMPANYING EASEMENT DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.

5. THIS SURVEY MAP WAS PREPARED FROM A SURVEY PERFORMED ON THE GROUND UNDER THE SUPERVISION OF ROBERT L. YOUNG R.P.L.S. 5400, DURING THE MONTHS OF MAY AND JUNE, 2025.

11/18/2025

STATE OF TEXAS
REGISTERED
ROBERT L. YOUNG
5400
PROFESSIONAL
LAND SURVEYOR

**TRANS TEXAS SURVEYING AND MAPPING**

PELS NO. 10122700

401 N. NOLAN RIVER ROAD
CLEBURNE, TEXAS 76033
OFFICE: 817-556-3440
www.transtx.com
info@transtx.com
© 2025 TTSM

| Scale: 1"=100' | Date: 11/18/2025 | DWG: 20250065-ESMT-13 & 14-DJD |
|---|---|---|
| Drawn: GWB | Checked: RLY | Job: 20250065 |

Case 3:22-cv-02118-X    Document 725-1    Filed 04/27/26    Page 7 of 7    PageID 21848