# EXHIBIT A

# EXHIBIT A-1

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of March 31, 2026

| | | | |
|---|---|---|---|
| 1 | Beginning Balance - January 1, 2026: | | $ 1,347,188.37 |
| 2 | Business Income | | 211,506.60 |
| 3 | Funds Received | | |
| 4 | Interest/Dividend Income | | 3,634.31 |
| 5 | Business Asset Liquidation | | |
| 6 | Personal Asset Liquidation | | |
| 7 | Third-Party Litigation Income | | |
| 8 | Miscellaneous - Other | | |
| 9 | Disbursements to Investors | | |
| 10 | Disbursements for Receivership Operations: | | 316,781.92 |
| 10a | Disbursements to Receiver or Other Professionals | - | |
| 10b | Business Asset and Operating Expenses | 187,794.36 | |
| 10c | Personal Asset Expenses | | |
| 10d | Investment Expenses | | |
| 10e | Third-Party Litigation Expenses | | |
| 10f | Tax Administrator Fees and Bonds | | |
| 10g | Federal and State Tax Expenses | 128,987.56 | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | - |
| 11a | Distribution Plan Development Expenses | | |
| 11b | Distribution Plan Implementation Expenses | | |
| 12 | Disbursements to Court/Other | | - |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | |
| 12b | Federal income taxes | | |
| 13 | Ending Balance - March 31, 2026 | | $ 1,245,547.36 |
| 14 | Ending Balance of Fund - Net Assets | | 1,245,547.36 |  | $ - |
| 14a | Cash & Cash Equivalents | 1,245,547.36 | |
| 14b | Investments | | |
| 14c | Other Assets or Uncleared Funds | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | |
| 16b | Federal income taxes | | |
| 17 | DC & State Tax Payments | | |

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of March 31, 2026

18      No. of Claims
18a   the number of claims received from investors during this reporting period
         the number of claims received from investors as a result of all orders since the inception
18b  of the Fund

19      No. of Claimants/Investors

19a   the number of claimants/investors receiving distributions during the reporting period
         the number of claimants/investors receiving distributions pursuant to all orders of
19b  distribution since the inception of the Fund

# EXHIBIT A-2

**Barton Receivership Account**
**Cash Accounting Summary**
**January 1, 2026 through March 31, 2026**

**Cash Receipts**

| Date | Item Description | Cash Receipts 1Q26 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Receipts 4Q22 | | $819,171.90 |
| 03/31/2023 | Cash Receipts 1Q23 | | $129,887.29 |
| 06/30/2023 | Cash Receipts 2Q23 | | $622,543.82 |
| 09/30/2023 | Cash Receipts 3Q23 | | $4,988.77 |
| 12/31/2023 | Cash Receipts 4Q23 | | $14,056.20 |
| 03/31/2024 | Cash Receipts 1Q24 | | $8,528.09 |
| 06/30/2024 | Cash Receipts 2Q24 | | $794,468.89 |
| 09/30/2024 | Cash Receipts 3Q24 | | $297,560.87 |
| 12/31/2024 | Cash Receipts 4Q24 | | $754,064.99 |
| 03/31/2025 | Cash Receipts 1Q25 | | $83,995.16 |
| 06/30/2025 | Cash Receipts 2Q25 | | $757,459.64 |
| 09/30/2025 | Cash Receipts 3Q25 | | $45,634.71 |
| 12/31/2025 | Cash Receipts 4Q25 | | $6,209.56 |
| 01/19/2026 | Interest Deposit | $786.96 | |
| 01/22/2026 | DDA Regular Deposit (Mathis Farms Lease) | $4,600.00 | |
| 01/30/2026 | Interest Deposit | $480.51 | |
| 02/04/2026 | DDA Regular Deposit (Goodwin Farms Lease) | $5,080.00 | |
| 02/04/2026 | Wire Transfer Credit (NMP-Killeen Surplus Cash Distrib.) | $18,000.00 | |
| 02/27/2026 | Interest Deposit | $1,122.11 | |
| 03/04/2026 | DDA Regular Deposit (Truly Title Earnest Funds) | $2,500.00 | |
| 03/31/2026 | Interest Deposit | $1,244.73 | |

**TOTAL RECEIPTS 1Q26**                    $33,814.31

**TOTAL RECEIPTS RECEIVERSHIP**                        <u>$4,372,384.20</u>

**<u>Cash Disbursements</u>**

| Date | Item Description | Cash Disbursements 1Q26 | Cash Disbursements 4Q22 to present |
|------|-----------------|------------------------|-----------------------------------|
| 12/31/2022 | Cash Disbursements 4Q22 | | $10,764.09 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $504,163.52 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $713,478.93 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $129,682.01 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $45,993.79 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $75,623.72 |
| 06/30/2024 | Cash Disbursements 2Q24 | | $16,630.70 |
| 09/30/2024 | Cash Disbursements 3Q24 | | $464,215.53 |
| 12/31/2024 | Cash Disbursements 4Q24 | | $52,989.42 |
| 03/31/2025 | Cash Disbursements 1Q25 | | $831,734.59 |
| 06/30/2025 | Cash Disbursements 2Q25 | | $7,105.34 |
| 09/30/2025 | Cash Disbursements 3Q25 | | $650,690.73 |
| 12/31/2025 | Cash Disbursements 4Q25 | | $133,081.69 |
| 01/02/2026 | Dallas Water Utilities (#425) (utilities-Gillespie) | $25.87 | |
| 01/02/2026 | Blake Lepper (#422) (culvert build) | $6,830.00 | |
| 01/07/2026 | Alfredo Nino (#423) (lawn maintenance) | $225.00 | |
| 01/12/2026 | Lumos Technology Services (#424) (IT services) | $469.37 | |
| 01/07/2026 | Check Order [ACH] | $72.53 | |
| 01/12/2026 | Pay.gov [ACH] (chapter 11 bankruptcy fees) | $250.00 | |

| Date | Item Description | Cash Disbursements 1Q26 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 01/21/2026 | John R. Ames CTA (#426) (Gillespie taxes) | $18,593.03 | |
| 01/20/2026 | Scott Porter TAC (#427) (Venus taxes) | $125.04 | |
| 01/20/2026 | Scott Porter TAC (#428) (Venus taxes) | $373.92 | |
| 01/20/2026 | Scott Porter TAC (#429) (Venus taxes) | $69.21 | |
| 01/20/2026 | Scott Porter TAC (#430) (Venus taxes) | $1,629.40 | |
| 01/20/2026 | Scott Porter TAC (#431) (Venus taxes) | $304.73 | |
| 01/26/2026 | Scott Porter TAC (#432) (Venus taxes) | $375.47 | |
| 01/26/2026 | Scott Porter TAC (#433) (Venus taxes) | $785.77 | |
| 01/26/2026 | Scott Porter TAC (#434) (Venus taxes) | $143.87 | |
| 01/26/2026 | Scott Porter TAC (#435) (Venus taxes) | $3,242.76 | |
| 01/26/2026 | Scott Porter TAC (#436) (Venus taxes) | $59.29 | |
| 01/26/2026 | Scott Porter TAC (#437) (Venus taxes) | $331.75 | |
| 01/26/2026 | Scott Porter TAC (#438) (Venus taxes) | $125.04 | |
| 01/26/2026 | Scott Porter TAC (#439) (Venus taxes) | $85.44 | |
| 02/06/2026 | Scott Porter TAC (#440) (Venus taxes) | $69.82 | |
| 01/26/2026 | Scott Porter TAC (#441) (Venus taxes) | $69.82 | |
| 01/26/2026 | Scott Porter TAC (#442) (Venus taxes) | $5,914.87 | |

BARTON RECEIVERSHIP CASH ACCOUNTING SUMMARY JAN 1, 2026 THROUGH MAR 31, 2026
PAGE 3

| Date | Item Description | Cash Disbursements 1Q26 | Cash Disbursements 4Q22 to present |
|------|-----------------|-------------------------|-------------------------------------|
| 01/26/2026 | Scott Porter TAC (#443) (Venus taxes) | $198.77 | |
| 01/16/2026 | Parker County Appraisal District (#444) (property taxes) | $213.28 | |
| 02/02/2026 | Reveal Insurance Group (#440) (Gillespie) | $1,823.35 | |
| 01/20/2026 | John R. Ames CTA (#445) (property taxes) | $23,889.48 | |
| 01/21/2026 | Alfredo Nino (#446) (lawn maintenance) | $225.00 | |
| 02/17/2026 | Lumos Technology Services (#448) (IT services) | $469.37 | |
| 02/12/2026 | Dallas Water Utilities (#449) (utilities-Gillespie) | $27.02 | |
| 02/06/2026 | Alfredo Nino (#450) (lawn maintenance) | $225.00 | |
| 02/13/2026 | Pay.gov [ACH] (chapter 11 bankruptcy fees) | $2,500.00 | |
| 02/18/2026 | Bank Service Charges | $17.73 | |
| 02/20/2026 | Alfredo Nino (#451) (lawn maintenance) | $225.00 | |
| 02/24/2026 | AFCO [ACH] (Rock Creek insurance) | $901.45 | |
| 02/24/2026 | gotoPremium Finance [ACH] (Goldmark property insurance)[1] | $6,940.35 | |
| 02/25/2026 | Bank Service Charge | $10.00 | |
| 03/09/2026 | Lumos Technology Services (#452) (IT services) | $469.37 | |
| 03/05/2026 | Dallas Water Utilities (#453) (utilities) | $27.02 | |

---

[1] The Receiver's team inadvertently paid for property insurance for the Amerigold Suites from the Main Receivership account on February 24, 2026.  On April 7, 2026, the Receiver transferred $6,940.35 from the Amerigold Suites account to the Main Receivership Account.

| Date | Item Description | Cash Disbursements 1Q26 | Cash Disbursements 4Q22 to present |
|------|-----------------|-------------------------|-------------------------------------|
| 03/03/2026 | Alfredo Nino (#454) (lawn maintenance) | $225.00 | |
| 03/16/2026 | Bank Service Charges | $17.73 | |
| 03/23/2026 | Alfredo Nino (#455) (lawn maintenance) | $225.00 | |
| 03/30/2026 | AFCO Credit Corp [ACH] (Rock Creek insurance) | $901.45 | |
| 03/30/2026 | gotoPremium Finance [ACH] (Goldmark property insurance)[2] | $6,940.35 | |
| 03/30/2026 | Dallas Water Utilities (#456) (utilities) | $25.87 | |
| 03/31/2026 | Alfredo Nino (#457) (lawn maintenance) | $675.00 | |
| **TOTAL DISBURSEMENTS 1Q26** | | **$87,344.59** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$3,723,498.65** |

---

[2] The Receiver's team once again inadvertently paid for property insurance for the Amerigold Suites from the Main Receivership account on March 30, 2026. On April 7, 2026, the Receiver transferred $6,940.35 from the Amerigold Suites account to the Main Receivership Account.

# EXHIBIT A-3

**Goldmark Hospitality**
**Cash Accounting Summary**
**January 1, 2026 through March 31, 2026**

**Cash Receipts**

| Date | Item Description | Cash Receipts 1Q26 | Cash Receipts 4Q22 to present |
|------|-----------------|--------------------|-------------------------------|
| 12/31/2022 | Cash Receipts 4Q22 | | $108,460.28 |
| 03/31/2023 | Cash Receipts 1Q23 | | $206,811.44 |
| 06/30/2023 | Cash Receipts 2Q23 | | $204,650.27 |
| 09/30/2023 | Cash Receipts 3Q23 | | $202,645.84 |
| 12/31/2023 | Cash Receipts 4Q23 | | $200,006.81 |
| 03/31/2024 | Cash Receipts 1Q24 | | $231,233.80 |
| 06/30/2024 | Cash Receipts 2Q24 | | $204,678.83 |
| 09/30/2024 | Cash Receipts 3Q24 | | $182,857.52 |
| 12/31/2024 | Cash Receipts 4Q24 | | $185,510.00 |
| 03/31/2025 | Cash Receipts 1Q25 | | $217,102.06 |
| 06/30/2025 | Cash Receipts 2Q25 | | $161,947.20 |
| 09/30/2025 | Cash Receipts 3Q25 | | $162,354.13 |
| 12/31/2025 | Cash Receipts 4Q25 | | $238,834.04 |
| 01/02/2026 | DHA Deposit [ACH] (rents) | $3,234.00 | |
| 01/02/2026 | DDA Regular Deposit (rents) | $5,369.00 | |
| 01/05/2026 | DDA Regular Deposit (rents) | $2,210.34 | |
| 01/06/2026 | DDA Regular Deposit (rents) | $4,173.00 | |
| 01/08/2026 | DDA Regular Deposit (rents) | $1,530.06 | |
| 01/13/2026 | DDA Regular Deposit (rents) | $3,106.00 | |
| 01/16/2026 | DDA Regular Deposit (rents) | $3,466.00 | |

| Date | Item Description | Cash Receipts 1Q26 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 01/20/2026 | DDA Regular Deposit (rents) | $3,581.20 | |
| 01/29/2026 | Square, Inc. [ACH] (test transfer for new account) | $500.00 | |
| 01/29/2026 | Square, Inc. [ACH] (credit for account verification) | .01 | |
| 01/30/2026 | DDA Regular Deposit (rents) | $1,420.56 | |
| 02/02/2026 | Square, Inc. [ACH] (rents) | $32,363.57 | |
| 02/02/2026 | DHA Deposit [ACH] (rents) | $3,232.00 | |
| 02/02/2026 | DDA Regular Deposit (rents) | $3,640.00 | |
| 02/03/2026 | DDA Regular Deposit (rents) | $2,540.00 | |
| 02/05/2026 | DDA Regular Deposit (rents) | $4,236.32 | |
| 02/05/2026 | DDA Regular Deposit (rents) | $1,145.34 | |
| 02/06/2026 | DDA Regular Deposit (rents) | $1,431.76 | |
| 02/10/2026 | DDA Regular Deposit (rents) | $2,785.00 | |
| 02/12/2026 | DDA Regular Deposit (rents) | $1,188.74 | |
| 02/17/2026 | DDA Regular Deposit (rents) | $2,686.50 | |
| 02/19/2026 | DDA Regular Deposit (rents) | $2,355.96 | |
| 02/23/2026 | DDA Regular Deposit (rents) | $1,615.00 | |
| 02/24/2026 | DDA Regular Deposit (rents) | $1,800.00 | |

| Date | Item Description | Cash Receipts 1Q26 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 02/26/2026 | DDA Regular Deposit (rents) | $1,995.74 | |
| 03/02/2026 | Square, Inc. [ACH] (rents) | $29,653.20 | |
| 03/02/2026 | DHA Deposit [ACH] (rents) | $3,232.00 | |
| 03/02/2026 | DDA Regular Deposit (rents) | $6,350.00 | |
| 03/02/2026 | DDA Regular Deposit (rents) | $1,797.28 | |
| 03/03/2026 | DDA Regular Deposit (rents) | $4,187.16 | |
| 03/06/2026 | DDA Regular Deposit (rents) | $2,219.64 | |
| 03/11/2026 | DDA Regular Deposit (rents) | $1,601.42 | |
| 03/16/2026 | DDA Regular Deposit (rents) | $3,039.05 | |
| 03/23/2026 | DDA Regular Deposit (rents) | $1,858.00 | |
| 03/26/2026 | DDA Regular Deposit (rents) | $1,025.00 | |
| 03/30/2026 | Square Inc. [ACH] (rents) | $30,544.59 | |
| 03/31/2026 | DDA Regular Deposit (rents) | $4,213.16 | |

**TOTAL GOLDMARK RECEIPTS 1Q26**         **$181,326.60**

**TOTAL GOLDMARK RECEIPTS TO PRESENT**                    **$2,688,418.82**

GOLDMARK HOSPITALITY CASH ACCOUNTING SUMMARY JAN 1, 2026 THROUGH MAR 31, 2026
PAGE 3

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 1Q26 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Disbursements 4Q22 | | $99,830.15 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $202,341.23 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $187,686.31 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $181,476.12 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $113,782.01 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $265,056.05 |
| 06/30/2024 | Cash Disbursements 2Q24 | | $137,949.57 |
| 09/30/2024 | Cash Disbursements 3Q24 | | $160,466.53 |
| 12/31/2024 | Cash Disbursements 4Q24 | | $185,313.41 |
| 03/31/2025 | Cash Disbursements 1Q25 | | $217,102.06 |
| 06/30/2025 | Cash Disbursements 2Q25 | | $150,322.05 |
| 09/30/2025 | Cash Disbursements 3Q25 | | $203,565.89 |
| 12/31/2026 | Cash Disbursements 4Q25 | | $164,776.82 |
| 01/02/2026 | Jovanca Silvasan (#499) (property manager) | $1,633.00 | |
| 01/05/2026 | ABC Home & Commercial [ACH] (pest control) | $438.41 | |
| 01/05/2026 | Billy Steele (#496) (maintenance) | $847.00 | |
| 01/05/2026 | Frank Guzman (#497) (maintenance) | $360.00 | |
| 01/05/2026 | Matthew Hilburn (#498) (maintenance) | $209.00 | |
| 01/05/2026 | Hailey Young (#500) (lobby cleaning) | $200.00 | |
| 01/06/2026 | Onyx Commercial Roofing (#501) (roof repairs) | $250.00 | |
| 01/07/2026 | Alfredo Nino (#502) (mowing) | $1,300.00 | |

| Date | Item Description | Cash Disbursements 1Q26 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 01/12/2026 | Billy Steele (#503) (maintenance) | $1,071.00 | |
| 01/12/2026 | Frank Guzman (#504) (maintenance) | $202.50 | |
| 01/12/2026 | Matthew Hilburn (#505) (maintenance) | $638.00 | |
| 01/12/2026 | Jovanca Silvasan (#506) (property manager) | $1,633.00 | |
| 01/12/2026 | Richardson ISD Tax Office (#507) (school district taxes) | $34,216.99 | |
| 01/12/2026 | John R. Ames CTA (#508) (property taxes) | $38,169.81 | |
| 01/12/2026 | Dallas Water Utilities (#509) (utilities) | $11,500.34 | |
| 01/13/2026 | Goto Premium Financial [ACH] (property insurance) | $6,940.35 | |
| 01/14/2026 | Goto Premium Financial [ACH] [wire fee] | $10.00 | |
| 01/15/2026 | Dixie Interiors (#510) (floor repairs) | $810.26 | |
| 01/16/2026 | Republic Services [ACH] (trash collection) | $1,203.38 | |
| 01/21/2026 | Alfredo Nino (#511) (lawn maintenance) | $1,300.00 | |
| 01/23/2026 | Spectrum [ACH] (internet) | $234.25 | |
| 01/27/2026 | TXU Energy [ACH] (utilities) | $9,522.03 | |
| 01/29/2026 | Square [ACH] (account verification) | $0.01 | |
| 01/29/2026 | Jovanca Silvasan (#515) (property manager) | $1,633.00 | |
| 01/30/2026 | Billye Steele (#512) (maintenance) | $952.00 | |

| Date | Item Description | Cash Disbursements 1Q26 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 01/30/2026 | Matthew Hilburn (#513) (maintenance) | $808.50 | |
| 02/02/2026 | Hailey Young (#514) (property cleaning) | $200.00 | |
| 02/04/2026 | ABC Home and Commercial [ACH] (pest control) | $438.41 | |
| 02/06/2026 | Alfredo Nino (#518) (lawn maintenance | $1,300.00 | |
| 02/09/2026 | Billy Steele (#519) (maintenance) | $756.00 | |
| 02/09/2026 | Matthew Hilburn (#520) (maintenance) | $621.50 | |
| 02/09/2026 | Jovanca Silvasan (#521) (property manager) | $1,633.00 | |
| 02/11/2026 | First Insurance Funding (#517) (property insurance) | $5,101.63 | |
| 02/12/2026 | Dallas Water Utilities (#522) (utilities) | $23,150.20 | |
| 02/17/2026 | Air Texas AC & Heating (#516) (HVAC) | $275.00 | |
| 02/20/2026 | Alfredo Nino (#523) (lawn maintenance) | $1,300.00 | |
| 02/23/2026 | Billy Steele (#524) (maintenance) | $931.00 | |
| 02/23/2026 | Frank Guzman (#525) (maintenance) | $225.00 | |
| 02/23/2026 | Matthew Hilburn (#526) (maintenance) | $808.50 | |
| 02/23/2026 | TXU Energy [ACH] (utilities) | $17,046.60 | |
| 02/24/2026 | Spectrum [ACH] (internet) | $257.96 | |
| 02/24/2026 | Republic Services [ACH] (trash collection) | $1,317.34 | |

| Date | Item Description | Cash Disbursements 1Q26 | Cash Disbursements 4Q22 to present |
|---|---|---:|---:|
| 02/26/2026 | Jovanca Silvasan (#528) (property manager) | $1,633.00 | |
| 03/02/2026 | Hailey Young (#527) (property cleaning) | $200.00 | |
| 03/03/2026 | Alfredo Nino (#529) (lawn maintenance) | $1,300.00 | |
| 03/05/2026 | Republic Services [ACH] (trash collection) | $1,203.38 | |
| 03/06/2026 | Air Texas AC and Heating (#530) (HVAC) | $275.00 | |
| 03/09/2026 | ABC Home and Commercial [ACH] (pest control) | $162.38 | |
| 03/09/2026 | ABC Home and Commercial [ACH] (pest control) | $438.41 | |
| 03/13/2026 | Billy Steele (#531) (maintenance) | $959.00 | |
| 03/13/2026 | Frank Guzman (#532) (maintenance) | $217.50 | |
| 03/13/2026 | Matthew Hilburn (#533) (maintenance) | $687.50 | |
| 03/13/2026 | Jovanca Silvasan (#534) (property manager) | $1,633.00 | |
| 03/16/2026 | Bank Service Charges | $37.38 | |
| 03/17/2026 | Dixie Interiors (#535) (floor repairs) | $1,242.01 | |
| 03/17/2026 | Dixie Interiors (#536) (floor repairs) | $857.86 | |
| 03/18/2026 | First Insurance [ACH] (property insurance) | $5,116.63 | |
| 03/18/2026 | Dallas Water Utilities [ACH] (utilities) | $23,474.65 | |
| 03/23/2026 | Alfredo Nino (#539) (lawn maintenance) | $1,300.00 | |
| 03/26/2026 | Air Texas AC & Heating (#537) (HVAC) | $6,500.00 | |

| Date | Item Description | Cash Disbursements 1Q26 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 03/27/2026 | Billy Steele (#540) (maintenance) | $448.00 | |
| 03/27/2026 | Matthew Hilburn (#541) (maintenance) | $489.50 | |
| 03/27/2026 | Jovanca Silvasan (#543) (property manager) | $1,633.00 | |
| 03/27/2026 | TXU Energy [ACH] (utilities) | $7,741.26 | |
| 03/30/2026 | Spectrum [ACH] (internet) | $257.96 | |
| 03/30/2026 | Hailey Young (#542) (property cleaning) | $200.00 | |
| **TOTAL DISBURSEMENTS 1Q26** | | **$229,452.39**[1] | |
| **TOTAL RECEIVERSHIP DISBURSEMENTS** | | | **$2,499,120.59** |

---

[1] On February 24, 2026 and again on March 30, 2026, the Receiver's team inadvertently paid for property insurance for the Amerigold Suites from the Main Receivership (payments of $6,940.35 each time). On April 7, 2026, the Receiver transferred funds from the Amerigold Suites account to the Main Receivership Account to reverse these transactions.

# EXHIBIT A-4

**D4OP RECEIVERSHIP ACCOUNT[1]**
**Cash Accounting Summary**
**January 1, 2026 through March 31, 2026**

## Cash Receipts

| Date | Item Description | Cash Receipts 1Q26 | Cash Receipts 3Q23 to present |
|---|---|---|---|
| 09/31/2023 | Cash Receipts 3Q23 (opening account) | | $126,643.63 |
| 12/31/2023 | Cash Receipts 4Q23 | | $210,786.07 |
| 03/31/2024 | Cash Receipts 1Q24 | | $62,762.79 |
| 06/30/2024 | Cash Receipts 2Q24 | | $0.00 |
| 09/30/2024 | Cash Receipts 3Q24 | | $0.00 |
| 12/31/2024 | Cash Receipts 4Q24 | | $0.00 |
| 03/31/2025 | Cash Receipts 1Q25 | | $0.00 |
| 06/30/2025 | Cash Receipts 2Q25 | | $0.00 |
| 09/30/2025 | Cash Receipts 3Q25 | | $0.00 |
| 12/31/2025 | Cash Receipts 4Q25 | | $0.00 |
| 03/31/2026 | Cash Receipts 1Q26 | | |
| **TOTAL RECEIPTS 1Q26** | | **$0.00** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$400,192.49** |

## Cash Disbursements

| Date | Item Description | Cash Disbursements 1Q26 | Cash Disbursements 3Q23 to present |
|---|---|---|---|
| **TOTAL DISBURSEMENTS 1Q26** | | **$0.00** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$0.00** |

---

[1] The use of funds in the D4OP Receivership Account are generally restricted by HUD regulations.

D4OP RECEIVERSHIP CASH ACCOUNTING SUMMARY JAN 1, 2026 THROUGH MAR 31, 2026
PAGE 1