### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:22-cv-2118-X |
| TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL, | § § § § § § § § § § § § § § § § | |
| *Defendants*, | § § § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § § § | |
| *Relief Defendants*. | § § | |

### ORDER GRANTING RECEIVER'S PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SEVENTH, EIGHTH, NINTH, TENTH, ELEVENTH, TWELFTH, THIRTEENTH AND FOURTEENTH QUARTERLY FEE APPLICATIONS

Before the Court is the Receiver's Partially Unopposed Motion for Extension of Time to File Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth, and Fourteenth Quarterly Fee Applications. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, the Receiver's deadline to file his Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth, and Fourteenth Quarterly Fee Applications is hereby **EXTENDED** until August 14, 2026.

**IT IS SO ORDERED,** this 12th day of May 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE