**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

TIMOTHY BARTON,
CARNEGIE DEVELOPMENT, LLC,
WALL007, LLC,
WALL009, LLC,
WALL010, LLC,
WALL011, LLC,
WALL012, LLC,
WALL016, LLC,
WALL017, LLC,
WALL018, LLC,
WALL019, LLC,
HAOQIANG FU (A/K/A MICHAEL FU),
STEPHEN T. WALL,

Defendants,

DJD LAND PARTNERS, LLC, and
LDG001, LLC,

Relief Defendants.

C.A. No.: 3:22-cv-2118-X

**ORDER DENYING MOUNTAIN PEAK'S MOTION TO LIFT STAY**

This matter comes before the court on nonparty Mountain Peak Special Utility District's Emergency Motion to Lift Stay to Pursue Condemnation of Public Waterline Easements (Dkt. 725). After considering the Motion and all responses thereto, the Court has determined that the

Motion should be denied without prejudice. IT IS HEREBY ORDERED that the Motion is DENIED without prejudice.

SIGNED this ____ day of _________________, 2026.

_____________________________
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE