# EXHIBIT A

akerman

Michael D. Napoli
Partner

Akerman LLP
2001 Ross Avenue
Suite 3600
Dallas, TX 75201

D: 214-720-4360
michael.napoli@akerman.com

November 21, 2025

***Via E-File***

The Honorable Brantley Starr
United States District Judge
United States District Court for the Northern District of Texas
Dallas Division
1100 Commerce Street, Room 1525
Dallas, Texas 75242

**Re: *SEC v. Timothy Barton, et al.*, No. 3:22-cv-2118-X – DLP Entities' Emergency Motion to Declare Lis Pendens Void (ECF #681)**

Dear Judge Starr:

On behalf of DLP Real Estate Capital, Inc., DLP Winter Haven Ventures, LLC, Orchard Farms Ventures, LLC, and Marine Creek Ventures, LLC (the "DLP Entities"), we respectfully write to request a ruling on their Emergency Motion to Declare Lis Pendens Void (ECF #681), which is fully briefed and ripe for decision.

The DLP Entities filed the motion on September 22, 2025 requesting expedited consideration as the lis pendens threatened to derail the sale of the properties at issue. The Court set a briefing schedule, and all parties have submitted their briefs: Mr. Barton filed his response on October 9, 2025, and the DLP Entities filed their reply on October 14, 2025.

The date by which the sales must be closed is nearing. Without a decision on the pending motion, the sales cannot close causing significant harm to the DLP Entities' business interests. Accordingly, we respectfully request the Court's prompt attention to this matter and a ruling on the emergency motion at the Court's earliest convenience.

Thank you for your consideration.

Sincerely,

*/s/ Michael D. Napoli*
Michael D. Napoli

*Counsel for the DLP Entities*

cc: All attorneys and parties entitled to service