# EXHIBIT B

akerman

Michael D. Napoli
Partner

Akerman LLP
2001 Ross Avenue
Suite 3600
Dallas, TX 75201

D: 214-720-4360
michael.napoli@akerman.com

January 20, 2026

***Via E-File***

The Honorable Rebecca Rutherford
United States Magistrate Judge
United States District Court for the Northern District of Texas
Dallas Division
1100 Commerce Street, Room 1376W
Dallas, Texas 75242

**Re: *SEC v. Timothy Barton, et al.*, No. 3:22-cv-02118-X-BT– DLP Entities' Emergency Motion to Declare Lis Pendens Void (ECF #681)**

Dear Judge Rutherford:

On behalf of DLP Real Estate Capital, Inc., DLP Winter Haven Ventures LLC, Orchard Farms Ventures LLC, and Marine Creek Ventures LLC (the "DLP Entities"), we respectfully write to request a ruling on their Emergency Motion to Declare Lis Pendens Void (ECF #681), which is fully briefed and ripe for decision.

The DLP Entities filed the motion on September 22, 2025 requesting expedited consideration as the lis pendens threatened to derail the sale of the properties at issue. The Court set a briefing schedule, and all parties have submitted their briefs: Mr. Barton filed his response on October 9, 2025, and the DLP Entities filed their reply on October 14, 2025.

Due to the lis pendens, the DLP Entities have been unable to close the planned sales of portions of the properties. In fact, the sale of a portion of the property owned by Marine Creek Ventures, LLC has been terminated by the respective buyer as a direct result of the inability to provide clean title. There remains a contract for sale of lots on a portion of the property owned by Orchard Farms Ventures LLC which has been extended to permit resolution of the lis pendens. The lis pendens is the sole remaining item before the remaining buyer will proceed with its first closing for the initial purchase of lots. While the remaining buyer has been patient, there is an immediate danger that the remaining buyer will terminate its contract if the lis

pendens is not voided so that the seller can provide clean title. Without a decision on the pending motion, the sales cannot close causing significant harm to the DLP Entities' business interests. Accordingly, we respectfully request the Court's prompt attention to this matter and a ruling on the emergency motion at the Court's earliest convenience.

Thank you for your consideration.

Sincerely,

*/s/ Michael D. Napoli*
Michael D. Napoli

*Counsel for the DLP Entities*

cc: All attorneys and parties entitled to service