# EXHIBIT D

akerman

Michael D. Napoli
Partner

Akerman LLP
2001 Ross Avenue
Suite 3600
Dallas, TX 75201

D: 214-720-4360
michael.napoli@akerman.com

February 23, 2026

***<u>Via E-File</u>***

The Honorable Rebecca Rutherford
United States Magistrate Judge
United States District Court
Northern District of Texas, Dallas Division
1100 Commerce Street, Room 1376W
Dallas, Texas 75242

**Re: *SEC v. Timothy Barton, et al.*, No. 3:22-cv-02118-X-BT – DLP Entities' Emergency Motion to Declare Lis Pendens Void (ECF #681)**

Dear Judge Rutherford:

On behalf of the DLP Entities[1], and in addition to our previous correspondence to this Court, this letter is submitted with the intent of respectfully requesting the Court's immediate attention to the DLP Entities' Emergency Motion to Declare Lis Pendens Void (ECF #681), which has been fully briefed and ripe for decision since October 14, 2025.

Importantly, the United States Court of Appeals for the Fifth Circuit dismissed Mr. Barton's most recent appeal for lack of jurisdiction on January 21, 2026. This development is highly significant because the lis pendens filed by Mr. Barton were expressly predicated on the pendency of his appeal challenging the receivership and related orders. As detailed in our Emergency Motion, the lis pendens were improper from the outset because they did not relate to any claim involving title to, or an interest in, the subject properties, and were instead an attempt to preserve rights on appeal that have now been conclusively resolved against Mr. Barton.

The dismissal of Mr. Barton's appeal thus removes any possible justification for maintaining the lis pendens, rendering the issue not only ripe but urgent for decision

[1] The term "DLP Entities" collectively refers to DLP Real Estate Capital, Inc., DLP Winter Haven Ventures LLC, Orchard Farms Ventures LLC, and Marine Creek Ventures LLC.

to prevent further harm to the DLP Entities' property interests and business operations. A copy of the Fifth Circuit's order is attached hereto as Exhibit A.

The lis pendens is causing immediate and irreparable harm to the DLP Entities' business interests. The DLP Entities have already lost a sale of property owned by Marine Creek Ventures, LLC because the buyer could not obtain clean title. The only remaining contract for sale—covering lots owned by Orchard Farms Ventures LLC—has been extended solely to allow for resolution of the lis pendens, which is now the only obstacle to closing. The buyer has been patient, but is prepared to terminate if the lis pendens is not voided in the immediate future.

As detailed in our Emergency Motion and prior correspondence, the lis pendens should undoubtedly be voided for a variety of reasons. Its continued existence serves only to block legitimate, arm's-length transactions and inflicts substantial and ongoing harm on innocent third parties. The equities and the law both favor immediate relief.

Accordingly, the DLP Entities' respectfully and urgently renew their request for the Court's prompt attention and for a ruling on the Emergency Motion at the Court's earliest convenience.

Thank you for your consideration.

Sincerely,

*/s/ Michael D. Napoli*

Michael D. Napoli
*Counsel for the DLP Entities*

cc: All attorneys and parties entitled to service