# EXHIBIT F

akerman

Michael D. Napoli
Partner

Akerman LLP
2001 Ross Avenue
Suite 3600
Dallas, TX 75201

D: 214-720-4360
michael.napoli@akerman.com

April 28, 2026

***Via E-File***

The Honorable Rebecca Rutherford
United States Magistrate Judge
United States District Court
Northern District of Texas, Dallas Division
1100 Commerce Street, Room 1376W
Dallas, Texas 75242

**Re: *SEC v. Timothy Barton, et al.*, No. 3:22-cv-02118-X-BT – DLP Entities' Emergency Motion to Declare Lis Pendens Void (ECF No. 681)**

Dear Judge Rutherford:

On behalf of the DLP Entities,[1] we respectfully submit this brief supplemental correspondence regarding the pending Emergency Motion to Declare Lis Pendens Void (ECF No. 681) (the "Motion").

As set forth in the Motion and the DLP Entities' prior correspondence to the Court—including their most recent letter filed on April 1, 2026 (ECF No. 721), all of which are incorporated herein by reference—all appellate proceedings that were asserted as a basis for the lis pendens and that pertain to the issues raised in the Motion have now been fully resolved.

Since then, the Court entered an order denying Mr. Barton's Emergency Motion to Modify the Receivership over Homestead on April 8 (ECF No. 723) and Mr. Barton's counsel filed an unopposed Motion to Withdraw on April 14 (ECF No. 724). The Motion has been fully briefed and ripe for decision for several months, and no further developments remain that bear on the propriety of the lis pendens.

---

[1] The term "DLP Entities" collectively refers to DLP Real Estate Capital, Inc., DLP Winter Haven Ventures LLC, Orchard Farms Ventures LLC, and Marine Creek Ventures LLC.

Meanwhile, the continued presence of the lis pendens continues to impose concrete and ongoing harm on the DLP Entities' property interests and commercial transactions. **In light of the extended pendency of the Motion and the practical consequences flowing from continued delay, the DLP Entities respectfully request that the Court set a hearing at the Court's convenience.**

The DLP Entities are mindful of the Court's schedule and submit this request with full respect for the Court's discretion. They stand ready to address any questions the Court may have and to proceed in the manner the Court deems most efficient.

Thank you for your consideration.

Respectfully submitted,

*/s/ Michael D. Napoli*

Michael D. Napoli
*Counsel for the DLP Entities*

cc: All attorneys and parties entitled to service