IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:22-cv-2118-X |
| TIMOTHY BARTON et al., | § § § | |
| Defendants. | § | |

## ORDER SETTING STATUS CONFERENCE

DLP Real Estate Capital, Inc., DLP Winter Haven Ventures, LLC, Orchard Farms Ventures, LLC, and Marine Creek Ventures, LLC's (the "DLP Entities") seek a status conference regarding their Motions to Declare Lis Pendens Void (ECF Nos. 681 & 734). The Court GRANTS the request and SETS a status conference for **Thursday, June 11, 2026 at 3:00 P.M.,** in Judge Rutherford's courtroom on the 13th Floor of the Earle Cabell Federal Building, 1100 Commerce St., Dallas, Texas. Counsel for the DLP Entities, for the Receiver, and for Defendant Timothy Barton must appear **in-person**. All other counsel may attend, but are not required to do so.

**SO ORDERED.**

May 26, 2026.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

1