# EXHIBIT "A"

## EXHIBIT "A"

### AFFIDAVIT OF RUBEN GARZA

STATE OF TEXAS §
§
COUNTY OF ELLIS §

BEFORE ME, the undersigned authority, on this day personally appeared Ruben Garza, who being by me duly sworn, upon his oath stated as follows:

1. My name is Ruben Garza. I am over eighteen (18) years of age, of sound mind, and fully competent to make this Affidavit. The facts stated herein are within my personal knowledge and are true and correct.

2. I am the Interim General Manager for Mountain Peak Special Utility District ("Mountain Peak" or the "District"). In that role, I am familiar with the District's water infrastructure planning, operations, service obligations, and the proposed public waterline project that is the subject of Mountain Peak's Motion to Lift Litigation Stay to Pursue Condemnation of Public Waterline Easements.

3. Mountain Peak is a political subdivision of the State of Texas created pursuant to Section 59, Article XVI of the Texas Constitution and operating under Chapters 49 and 65 of the Texas Water Code. Mountain Peak possesses authority to acquire easements and property interests through eminent domain for water-related infrastructure and public utility purposes within its service area.

4. Mountain Peak seeks to acquire limited underground waterline easements across certain Receivership Properties in Johnson County, Texas in connection with a proposed public waterline project intended to expand and improve public water service within the area.

5. The proposed waterline project is needed to support current and anticipated public water demands and development within the District's service area. In my experience, there is a present and ongoing need for additional public water infrastructure in the area associated with this project.

6. Mountain Peak's proposed waterline project extends across multiple tracts and properties within the project area, only some of which are Receivership Properties subject to the Receivership Stay. Mountain Peak has already undertaken planning, engineering, coordination, and acquisition efforts associated with other portions of the project. However, the inability to acquire the necessary easement rights across the Receivership Properties is presently delaying and impeding completion of the overall waterline project because the proposed waterline route must continue through the Receivership Properties in order for the system to function as planned.

7. On or about January 12, 2026, the Board of Directors of Mountain Peak adopted a Resolution authorizing acquisition of the proposed easement interests and determining that acquisition of the easements is necessary for construction, operation, and maintenance of the proposed public waterline infrastructure intended to serve the District's public water service needs. A true and correct copy of that Resolution is attached hereto as Exhibit "A-1."

8. Attached hereto as Exhibit "A-2" are true and correct copies of the survey plats and easement exhibits depicting the approximate location and configuration of the proposed waterline easements across the subject properties. The proposed easements are limited to the areas generally depicted in those survey documents.

9. I am familiar with the planning and route-selection process for the proposed waterline project. Mountain Peak and its consultants evaluated infrastructure planning, utility

service, constructability, routing considerations, and existing property conditions in identifying the proposed easement locations.

10. In identifying the proposed easement locations, Mountain Peak also considered the existing condition of the subject properties, surrounding infrastructure, anticipated service demands, and the District's need to efficiently extend public water infrastructure within the area.

11. The easement interests sought by Mountain Peak are limited underground utility easements associated with installation and operation of waterline infrastructure along an existing public roadway. Mountain Peak does not seek acquisition of the entirety of the subject properties.

12. Based on my familiarity with the project and the subject properties, the proposed underground waterline infrastructure is expected to involve relatively limited surface impacts and minimal interference with the current condition and anticipated future use of the property. During and following installation, the property will remain capable of continued marketing, administration, and future development.

13. The subject properties are presently largely undeveloped. In my experience working with utility infrastructure and development within the District, availability of public water infrastructure generally supports and facilitates future development. It is my understanding that the proposed waterline infrastructure is expected to enhance, rather than materially impair, future development potential of the surrounding area.

14. Based on information presently available to Mountain Peak, the surrounding area is expected to continue experiencing growth and development pressures requiring additional public water infrastructure and service capacity. Delays associated with acquisition of the requested easement rights delay Mountain Peak's ability to timely plan, coordinate, and construct infrastructure needed to meet those anticipated public service demands.

15. Delays in acquiring the necessary easement rights across the Receivership Properties delay Mountain Peak's ability to move forward with the overall waterline project, including planning, scheduling, acquisition, coordination, and construction activities associated with adjoining portions of the project. Mountain Peak seeks to proceed with the project as soon as practicable because the additional public water infrastructure is presently needed within the District's service area.

16. Mountain Peak presently anticipates that, absent further delay, the District intends to proceed with construction associated with the project on or about September 1, 2026. Continued delay in acquiring the necessary easement rights may affect Mountain Peak's anticipated project timeline, infrastructure planning, and ability to timely expand water service capabilities within the area.

17. Mountain Peak has not initiated condemnation proceedings against the Receivership Properties because it understood the Receivership Stay entered in this matter prohibited proceeding directly against Receivership Property absent authorization from this Court.

18. The documents attached to this Affidavit are kept by Mountain Peak in the regular course of its business, and it was the regular course of business for Mountain Peak or its representatives to create, maintain, and preserve such documents at or near the time of the events, acts, or conditions reflected therein.

FURTHER AFFIANT SAYETH NOT.

Ruben Garza
RUBEN GARZA

Subscribed and sworn to before me, the undersigned Notary Public, on this the 26 day of MAY, 2026.

BRIANNA GUERRERO
Notary Public, State of Texas
Comm. Expires 03-12-2027
Notary ID 131927762

Brianna Guerrero
NOTARY PUBLIC – STATE OF TEXAS

Brianna Guerrero
(Typed or Printed Name of Notary)

My Commission Expires: 3/12/27

# EXHIBIT "A-1"

# RESOLUTION NO. 2026-01

A RESOLUTION OF THE BOARD OF DIRECTORS OF MOUNTAIN PEAK SPECIAL UTILITY DISTRICT (DISTRICT), ELLIS AND JOHNSON COUNTIES, TEXAS, DECLARING A PUBLIC NECESSITY TO ACQUIRE REAL PROPERTY INTERESTS FOR THE CONSTRUCTION, RELOCATION, OPERATION, AND MAINTENANCE OF WATER UTILITY PIPELINES AND APPURTENANCES ON PROPERTY LOCATED GENERALLY ALONG COUNTY ROAD 501, HIGHWAY 157, AND COUNTY ROAD 502, VENUS, TEXAS; AUTHORIZING THE DISTRICT'S GENERAL MANAGER TO OBTAIN NECESSARY SURVEYS AND APPRAISALS, NEGOTIATE WITH LANDOWNERS, AND MAKE OFFERS ON BEHALF OF THE DISTRICT TO ACQUIRE SAID REAL PROPERTY INTERESTS; AUTHORIZING THE INSTITUTION AND PROSECUTION OF CONDEMNATION PROCEEDINGS TO ACQUIRE SAID REAL PROPERTY INTERESTS; PROVIDING FOR OTHER MATTERS IN CONNECTION THERETO; AND PROVIDING AN EFFECTIVE DATE.

**WHEREAS**, Mountain Peak Special Utility District (the "District") is a political subdivision of the State of Texas, created under the authority of Section 59, Article XVI, Texas Constitution, and operating pursuant to Chapters 49 and 65 of the Texas Water Code;

**WHEREAS**, Texas Water Code § 49.22 authorizes the District to acquire any land, easements, or other property necessary for water service projects or purposes;

**WHEREAS**, the District must acquire real property interests, including permanent and temporary construction easements, in, under, upon, and across certain tracts or parcels of land in Ellis and/or Johnson Counties for the construction, and/or relocation, operation, and maintenance of water utility pipelines, or portions thereof, and appurtenances, located generally along County Road 501, Highway 157, and County Road 502, Venus, Texas, as depicted and described in Exhibit A attached hereto and incorporated for all purposes herein by reference, and the public welfare and convenience will be served by the acquisitions of such real property interests (the "Project");

**WHEREAS**, the District's Board of Directors finds that it is necessary to establish procedures for the determination and approval of just compensation for acquiring the real property interests needed across the properties depicted and described in Exhibit A.

**WHEREAS**, the District's Board of Directors finds that it is necessary for the District's General Manager or other designee or agent to contract for and on behalf of the District with a professional appraiser to obtain appraisals of the properties, negotiate with and make written offers for the acquisition of said real property interests on behalf of the District from the owners of the properties depicted and described in Exhibit A, including but not limited to determining the amount of just compensation to be paid to said

landowners and directing District staff and consultants to obtain information and documents in connection therewith; and

**WHEREAS**, the Board of Directors finds that it is necessary and in the best interest of the District and its customers to authorize eminent domain proceedings under the applicable laws of the State of Texas for the acquisition of real property interests, including permanent and temporary construction easements, in, under, upon, and across certain tracts or parcels of land depicted and described in Exhibit A, when the District's General Manager, staff, and consultants are unable to acquire such easements or cause same to be acquired by purchase.

**NOW, THEREFORE, BE IT RESOLVED** BY THE BOARD OF DIRECTORS OF MOUNTAIN PEAK SPECIAL UTILITY DISTRICT THAT:

**SECTION 1**. Public Necessity. The District's Board of Directors (the "Board") hereby officially determines that there is a public necessity for the acquisition of real property interests, include permanent and temporary construction easements and rights-of-way as described herein in, under, and across the parcels of land depicted and described in Exhibit A (the "Interests"), and it is the District's intention to acquire the Interests for the construction, operation, and maintenance of water transmission pipeline and appurtenances, which the public welfare and convenience will be served by such acquisition.

**SECTION 2**. Authorization. For and on behalf of the District, the District's General Manager or other designee or agent is authorized to contract on behalf of the District with a professional appraiser to obtain appraisals of the Properties, negotiate with and make written offers on behalf of the District to the landowner herein for the acquisition of the Interests, including but not limited to determining the amount of just compensation to be paid to landowners and directing District staff and consultants to obtain information and documents in connection therewith.

**SECTION 3**. Authorization of Proceedings. In the event that Interests for the Project cannot be acquired by good faith negotiation or caused to be acquired by purchase for an agreed fair market value as authorized herein, the District officers with advice of counsel for the District, and based upon the public necessity for the waterlines and appurtenances of the Project, are hereby authorized to cause to be filed and prosecuted, in the name of, for, and on behalf of the District, proceedings in eminent domain for the acquisition of such interest, estates, easements, and/or right-of-way and such other rights as may be necessary or required for the purpose of locating, constructing and/or relocation, operating, and maintaining District waterlines and appurtenances for the Project; and any and all acts of the officers, employees, and consultants of the District pursuant to, and in accordance with or in the furtherance of, the purpose of the approvals, authorizations, findings, determinations and directions heretofore given by the Board of Directors, as hereinabove recited, or pursuant to, in accordance with or in furtherance of, the authorizations herein granted for the purposes of this resolution, whether taken prior

or subsequent to the adoption of this resolution, are hereby ratified, confirmed, approved and adopted.

**SECTION 4**. Effective Date. This Resolution shall take effect immediately from and after its passage.

**PASSED and ADOPTED** by the Board of Directors of Mountain Peak Special Utility District, Ellis and Johnson Counties, Texas, on the 12th day of January, 2026.

[District seal]

Dale Knott, President

ATTEST:

Donna Mullins, Secretary

APPROVED AS TO FORM:

Attorney

**EXHIBIT A**

**TO**

**RESOLUTION NO. 2026-01**

# JOHNSON COUNTY, TEXAS




PROJECT VICINITY MAP

0 2500 5000 7500 10000 15000
SCALE IN FEET

# EXHIBIT "A-2"

**EXHIBIT B**
**60' WIDE WATERLINE EASEMENT**
**PARCEL 11 & 12**
**LYNCO VENTURES, LLC**

**BEING A TRACT OF LAND LOCATED IN THE J. HAIGLER SURVEY, ABSTRACT NO. 358, JOHNSON COUNTY, TEXAS AND BEING PART OF A CALLED 27.262 ACRE TRACT OF LAND AS DESCRIBED IN A DEED RECORDED IN INSTRUMENT NO. 2022-29088, OFFICIAL PUBLIC RECORDS, JOHNSON COUNTY, TEXAS (O.P.R.J.C.T.), AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:**

ALL DISTANCES RECITED HEREIN ARE GRID. SCALE FACTOR IS 1.000000000. ALL BEARINGS RECITED HEREIN ARE CORRELATED TO THE TEXAS STATE PLANE COORDINATE SYSTEM, NORTH CENTRAL ZONE (4202), NAD83 (NA2011). AS SURVEYED ON THE GROUND DURING THE MONTHS OF MAY AND JUNE, 2025 UNDER THE SUPERVISION OF ROBERT L. YOUNG, R.P.L.S. NO. 5400.

**BEGINNING** AT A 1/2" IRON ROD WITH A YELLOW PLASTIC CAP STAMPED "FORT WORTH SURVEYING" FOUND (N:6846261.90, E:2395347.67) IN THE WESTERLY LINE OF CALLED 128.8645 ACRE TRACT OF LAND AS DESCRIBED IN A DEED RECORDED IN INSTRUMENT NO. 2018-18134, O.P.R.J.C.T. AND IN THE NORTHERLY LINE OF COUNTY ROAD NO. 501, FOR THE SOUTHEASTERLY CORNER OF SAID 27.262 ACRE TRACT;

**THENCE**, S 61°01'18" W, WITH THE SOUTHERLY LINE OF SAID 27.262 ACRE TRACT AND WITH THE NORTHERLY LINE OF SAID COUNTY ROAD NO. 501, A DISTANCE OF 1018.86 FEET TO A POINT AT THE SOUTHWESTERLY CORNER OF SAID 27.262 ACRE TRACT;

**THENCE,** N 30°13'13" W, WITH THE WESTERLY LINE OF SAID 27.262 ACRE TRACT, AT A DISTANCE OF 29.29 FEET, PASSING A 1/2" IRON ROD FOUND FOR THE SOUTHEASTERLY CORNER OF LOT 1, BLOCK 7, VENUS RIDGE, PHASE IV, ACCORDING TO THE PLAT RECORDED IN VOLUME 11, PAGE 544, PLAT RECORDS, JOHNSON COUNTY, TEXAS (P.R.J.C.T.), CONTINUING A TOTAL DISTANCE OF 60.01 FEET TO A POINT, FROM WHICH A 1/2" IRON ROD FOUND FOR THE NORTHEASTERLY CORNER OF LOT 5, BLOCK 7, SAID VENUS RIDGE, PHASE IV BEARS, N 30°13'13" W, A DISTANCE OF 746.72 FEET;

**THENCE,** N 61°01'18" E, CROSSING SAID 27.262 ACRE TRACT, A DISTANCE OF 1018.86 FEET TO A POINT IN THE EASTERLY LINE OF SAID 27.262 ACRE TRACT AND IN THE WESTERLY LINE OF SAID 128.8645 ACRE TRACT;

**THENCE,** S 30°13'10" E, WITH THE EASTERLY LINE OF SAID 27.262 ACRE TRACT AND WITH THE WESTERLY LINE OF SAID 128.8645 ACRE TRACT, A DISTANCE OF 60.01 FEET TO THE **PLACE OF BEGINNING AND CONTAINING 1.403 ACRES OF LAND.** SEE THE ACCOMPANYING EXHIBIT ATTACHED HERETO AND MADE A PART HEREOF.

*11/18/2025*



PAGE 1 OF 2




**LINE TABLE**

| LINE | BEARING | DISTANCE |
|---|---|---|
| L2 | S 30°13'10" E | 60.01' |

## LEGEND

| | |
|---|---|
| IRF | IRON ROD FOUND |
| CIRF | IRON ROD FOUND WITH A PLASTIC CAP |
| (C.M.) | CONTROLLING MONUMENT |
| -E- | OVERHEAD ELECTRIC LINE |
| -UE- | UNDERGROUND ELECTRIC LINE |
| -T- | TELEPHONE LINE |
| -W- | WATER LINE |
| -GAS- | GAS LINE |
| -Δ- | CHAIN LINK FENCE |
| -□- | STEEL FENCE |
| -//- | WOODEN FENCE |
| -X- | WIRE FENCE |
| SN | SIGN |
| PP | POWER POLE |
| EB | ELECTRICAL BOX |
| TPD | TELEPHONE PEDESTAL |
| GUY | GUY ANCHOR |
| GTS | GAS TESTING STATION |
| WV | WATER VALVE |
| O | POINT FOR CORNER (UNLESS OTHERWISE NOTED) |
| CMP | CORRUGATED METAL PIPE |
| RCP | REINFORCED CONCRETE PIPE |

Property Address:
11208 County Road 501
Venus, Texas 76084

# EXHIBIT C

## 60' WIDE WATERLINE EASEMENT LOCATED IN THE J. HAIGLER SURVEY, ABSTRACT NO. 358 JOHNSON COUNTY, TEXAS.

STATE OF TEXAS
REGISTERED
ROBERT L. YOUNG
5400
PROFESSIONAL
LAND SURVEYOR

11/18/2025

Robert L. Young

**SURVEYOR'S NOTES:**

1. ALL BEARINGS AND DISTANCES SHOWN HEREON ARE CORRELATED TO THE TEXAS STATE PLANE COORDINATE SYSTEM, NORTH CENTRAL ZONE (4202) NAD83 (2011). ALL DISTANCES SHOWN ARE GRID. SCALE FACTOR IS 1.000000000.

2. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.

3. THE SURVEY PERFORMED ON THE GROUND OF THE SUBJECT PROPERTY AND THE PREPARATION OF A DEPICTION OF THE RESULTS THEREOF ON THIS EXHIBIT MAP, AND THE ACCOMPANYING EASEMENT DESCRIPTION, WAS PREPARED WITHOUT THE BENEFIT OF AN ABSTRACT OF TITLE. THEREFORE THERE MAY BE EASEMENTS OR OTHER MATTERS THAT COULD EXIST AND ARE NOT SHOWN.

4. SEE THE ACCOMPANYING EASEMENT DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.

5. THIS SURVEY MAP WAS PREPARED FROM A SURVEY PERFORMED ON THE GROUND UNDER THE SUPERVISION OF ROBERT L. YOUNG R.P.L.S. 5400, DURING THE MONTHS OF MAY AND JUNE, 2025.

PELS NO. 10122700

**PARCEL 11 & 12 - LYNCO VENTURES, LLC**

TRANS TEXAS SURVEYING AND MAPPING

401 N. NOLAN RIVER ROAD
CLEBURNE, TEXAS 76033
OFFICE: 817-556-3440
www.transtx.com
info@transtx.com

©2025 TTSM

| | | |
|---|---|---|
| Scale: 1"=60' | Date: 11/18/2025 | DWG: 20250065-ESMT-11 & 12-LYNCO |
| Drawn: GWB | Checked: RLY | Job: 20250065 |




**LINE TABLE**

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | N 30°13'13" W | 60.01' |

## LEGEND

| | |
|---|---|
| IRF | IRON ROD FOUND |
| CIRF | IRON ROD FOUND WITH A PLASTIC CAP |
| (C.M.) | CONTROLLING MONUMENT |
| -E- | OVERHEAD ELECTRIC LINE |
| -UE- | UNDERGROUND ELECTRIC LINE |
| -T- | TELEPHONE LINE |
| -W- | WATER LINE |
| -GAS- | GAS LINE |
| -Δ- | CHAIN LINK FENCE |
| -□- | STEEL FENCE |
| -//- | WOODEN FENCE |
| -X- | WIRE FENCE |
| SN | SIGN |
| PP | POWER POLE |
| EB | ELECTRICAL BOX |
| TPD | TELEPHONE PEDESTAL |
| GUY | GUY ANCHOR |
| GTS | GAS TESTING STATION |
| WV | WATER VALVE |
| O | POINT FOR CORNER (UNLESS OTHERWISE NOTED) |
| CMP | CORRUGATED METAL PIPE |
| RCP | REINFORCED CONCRETE PIPE |

Property Address:
11208 County Road 501
Venus, Texas 76084

# EXHIBIT C

## 60' WIDE WATERLINE EASEMENT LOCATED IN THE J. HAIGLER SURVEY, ABSTRACT NO. 358 JOHNSON COUNTY, TEXAS.

STATE OF TEXAS REGISTERED ROBERT L. YOUNG 5400 PROFESSIONAL LAND SURVEYOR

11/18/2025

Robert L. Young

**SURVEYOR'S NOTES:**

1. ALL BEARINGS AND DISTANCES SHOWN HEREON ARE CORRELATED TO THE TEXAS STATE PLANE COORDINATE SYSTEM, NORTH CENTRAL ZONE (4202) NAD83 (2011). ALL DISTANCES SHOWN ARE GRID. SCALE FACTOR IS 1.000000000.
2. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
3. THE SURVEY PERFORMED ON THE GROUND OF THE SUBJECT PROPERTY AND THE PREPARATION OF A DEPICTION OF THE RESULTS THEREOF ON THIS EXHIBIT MAP, AND THE ACCOMPANYING EASEMENT DESCRIPTION, WAS PREPARED WITHOUT THE BENEFIT OF AN ABSTRACT OF TITLE. THEREFORE THERE MAY BE EASEMENTS OR OTHER MATTERS THAT COULD EXIST AND ARE NOT SHOWN.
4. SEE THE ACCOMPANYING EASEMENT DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.
5. THIS SURVEY MAP WAS PREPARED FROM A SURVEY PERFORMED ON THE GROUND UNDER THE SUPERVISION OF ROBERT L. YOUNG R.P.L.S. 5400, DURING THE MONTHS OF MAY AND JUNE, 2025.

**PARCEL 11 & 12 - LYNCO VENTURES, LLC**

TRANS TEXAS SURVEYING AND MAPPING

PELS NO. 10122700

401 N. NOLAN RIVER ROAD
CLEBURNE, TEXAS 76033
OFFICE: 817-556-3440
www.transtx.com
info@transtx.com

© 2025 TTSM

| | | |
|---|---|---|
| Scale: 1"=60' | Date: 11/18/2025 | DWG: 20250065-ESMT-11 & 12-LYNCO |
| Drawn: GWB | Checked: RLY | Job: 20250065 |

**EXHIBIT B**
**VARIABLE WIDTH WATERLINE EASEMENT**
**PARCEL 13 & 14**
**DJD LAND PARTNERS, LLC**

**BEING A TRACT OF LAND LOCATED IN THE A. WILLIAMS SURVEY, ABSTRACT NO. 857, JOHNSON COUNTY, TEXAS AND BEING PART OF A CALLED 128.8645 ACRE TRACT OF LAND AS DESCRIBED IN A DEED RECORDED IN INSTRUMENT NO. 2018-18134, OFFICIAL PUBLIC RECORDS, JOHNSON COUNTY, TEXAS (O.P.R.J.C.T.), AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:**

ALL DISTANCES RECITED HEREIN ARE GRID. SCALE FACTOR IS 1.000000000. ALL BEARINGS RECITED HEREIN ARE CORRELATED TO THE TEXAS STATE PLANE COORDINATE SYSTEM, NORTH CENTRAL ZONE (4202), NAD83 (NA2011). AS SURVEYED ON THE GROUND DURING THE MONTHS OF MAY AND JUNE, 2025 UNDER THE SUPERVISION OF ROBERT L. YOUNG, R.P.L.S. NO. 5400.

**BEGINNING** AT A 1/2" IRON ROD WITH A YELLOW PLASTIC CAP STAMPED "FORT WORTH SURVEYING" FOUND (N:6846261.90, E:2395347.67) IN THE WESTERLY LINE OF SAID 128.8645 ACRE TRACT AND IN THE NORTHERLY LINE OF COUNTY ROAD NO. 501, FOR THE SOUTHEASTERLY CORNER OF A CALLED 27.262 ACRE TRACT OF LAND AS DESCRIBED IN A DEED RECORDED IN INSTRUMENT NO. 2022-29088, O.P.R.J.C.T.;

**THENCE**, N 30°13'10" W, WITH THE WESTERLY LINE OF SAID 128.8645 ACRE TRACT AND WITH THE EASTERLY LINE OF SAID 27.262 ACRE TRACT, A DISTANCE OF 60.01 FEET TO A POINT;

**THENCE,** N 61°02'44" E, CROSSING SAID 128.8645 ACRE TRACT, A DISTANCE OF 2000.12 FEET TO A POINT IN A CURVE TO THE LEFT IN THE WESTERLY RIGHT-OF-WAY LINE OF F. M. HIGHWAY NO. 157, HAVING A RADIUS OF 358.31 FEET AND A CENTRAL ANGLE OF 4°49'59";

**THENCE,** SOUTHEASTERLY WITH SAID CURVE TO THE LEFT, A CHORD BEARING OF S 35°48'29" E, A CHORD DISTANCE OF 30.22 FEET AND AN ARC LENGTH OF 30.22 FEET TO A POINT, FROM WHICH A 5/8" IRON ROD WITH A PINK PLASTIC CAP STAMPED "TXDOT" FOUND BEARS, A RADIUS OF 358.31 FEET, A CENTRAL ANGLE OF 13°52'54", A CHORD BEARING OF S 45°09'56" E, A CHORD DISTANCE OF 86.60 FEET AND AN ARC LENGTH OF 86.81 FEET;

**THENCE,** CROSSING SAID 128.8645 ACRE TRACT, THE FOLLOWING BEARINGS AND DISTANCES:

S 61°02'44" W, A DISTANCE OF 349.30 FEET TO A POINT;

S 28°57'16" E, A DISTANCE OF 30.00 FEET TO A POINT;

S 61°02'44" W, A DISTANCE OF 1653.10 FEET TO THE **PLACE OF BEGINNING AND CONTAINING 2.517 ACRES OF LAND.** SEE THE ACCOMPANYING EXHIBIT ATTACHED HERETO AND MADE A PART HEREOF.

STATE OF TEXAS
REGISTERED
ROBERT L. YOUNG
5400
PROFESSIONAL
LAND SURVEYOR

Robert L. Young 11/18/2025

PAGE 1 OF 2




LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | N 30°13'10" W | 60.01' |
| L4 | S 61°02'44" W | 1653.10' |

## LEGEND

| | |
|---|---|
| IRF | IRON ROD FOUND |
| CIRF | IRON ROD FOUND WITH A PLASTIC CAP |
| (C.M.) | CONTROLLING MONUMENT |
| -E- | OVERHEAD ELECTRIC LINE |
| -UE- | UNDERGROUND ELECTRIC LINE |
| -T- | TELEPHONE LINE |
| -W- | WATER LINE |
| -GAS- | GAS LINE |
| -X- | WIRE FENCE |
| SN | SIGN |
| PP | POWER POLE |
| EB | ELECTRICAL BOX |
| TPD | TELEPHONE PEDESTAL |
| GUY | GUY ANCHOR |
| O | POINT FOR CORNER (UNLESS OTHERWISE NOTED) |
| CMP | CORRUGATED METAL PIPE |
| RCP | REINFORCED CONCRETE PIPE |

Property Address:
11417 County Road 501
Venus, Texas 76084

# EXHIBIT C

## VARIABLE WIDTH WATERLINE EASEMENT LOCATED IN THE A. WILLIAMS SURVEY, ABSTRACT NO. 857 JOHNSON COUNTY, TEXAS.

**SURVEYOR'S NOTES:**

1. ALL BEARINGS AND DISTANCES SHOWN HEREON ARE CORRELATED TO THE TEXAS STATE PLANE COORDINATE SYSTEM, NORTH CENTRAL ZONE (4202) NAD83 (2011). ALL DISTANCES SHOWN ARE GRID. SCALE FACTOR IS 1.000000000.

2. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.

3. THE SURVEY PERFORMED ON THE GROUND OF THE SUBJECT PROPERTY AND THE PREPARATION OF A DEPICTION OF THE RESULTS THEREOF ON THIS EXHIBIT MAP, AND THE ACCOMPANYING EASEMENT DESCRIPTION, WAS PREPARED WITHOUT THE BENEFIT OF AN ABSTRACT OF TITLE. THEREFORE THERE MAY BE EASEMENTS OR OTHER MATTERS THAT COULD EXIST AND ARE NOT SHOWN.

4. SEE THE ACCOMPANYING EASEMENT DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.

5. THIS SURVEY MAP WAS PREPARED FROM A SURVEY PERFORMED ON THE GROUND UNDER THE SUPERVISION OF ROBERT L. YOUNG R.P.L.S. 5400, DURING THE MONTHS OF MAY AND JUNE, 2025.

STATE OF TEXAS REGISTERED ROBERT L. YOUNG 5400 PROFESSIONAL LAND SURVEYOR

11/18/2025

Robert L. Young

PARCEL 13 & 14 - DJD LAND PARTNERS, LLC

TRANS TEXAS SURVEYING AND MAPPING

PELS NO. 10122700

401 N. NOLAN RIVER ROAD
CLEBURNE, TEXAS 76033
OFFICE: 817-556-3440
www.transtx.com
info@transtx.com

©2025 TTSM

| | | |
|---|---|---|
| Scale: 1"=100' | Date: 11/18/2025 | DWG: 20250065-ESMT-13 & 14-DJD |
| Drawn: GWB | Checked: RLY | Job: 20250065 |

PAGE 2 OF 2

0' 100' 200' 300'

GRID NORTH

**CURVE TABLE**

| CURVE | RADIUS | ARC LENGTH | CENTRAL ANGLE | CHORD BEARING | CHORD DISTANCE |
|---|---|---|---|---|---|
| C1 | 358.31' | 30.22' | 4°49'59" | S 35°48'29" E | 30.22' |
| C2 | 358.31' | 51.44' | 8°13'32" | S 42°20'15" E | 51.40' |
| C3 | 358.31' | 86.81' | 13°52'54" | S 45°09'56" E | 86.60' |

Property Address:
11417 County Road 501
Venus, Texas 76084

## LEGEND

| | |
|---|---|
| IRF | IRON ROD FOUND |
| CIRF | IRON ROD FOUND WITH A PLASTIC CAP |
| (C.M.) | CONTROLLING MONUMENT |
| -E- | OVERHEAD ELECTRIC LINE |
| -UE- | UNDERGROUND ELECTRIC LINE |
| -T- | TELEPHONE LINE |
| -W- | WATER LINE |
| -GAS- | GAS LINE |
| -X- | WIRE FENCE |
| SN | SIGN |
| PP | POWER POLE |
| EB | ELECTRICAL BOX |
| TPD | TELEPHONE PEDESTAL |
| GUY | GUY ANCHOR |
| O | POINT FOR CORNER (UNLESS OTHERWISE NOTED) |
| CMP | CORRUGATED METAL PIPE |
| RCP | REINFORCED CONCRETE PIPE |

**A. WILLIAMS SURVEY ABSTRACT NO. 857**

**DJD LAND PARTNERS, LLC**
**CALLED 128.8645 ACRES**
**INSTRUMENT NO. 2018-18134**
**O.P.R.J.C.T.**

**LINE TABLE**

| LINE | BEARING | DISTANCE |
|---|---|---|
| L2 | S 61°02'44" W | 349.30' |
| L3 | S 28°57'16" E | 30.00' |
| L4 | S 61°02'44" W | 1653.10' |




**EXHIBIT C**

**DJD LAND PARTNERS, LLC**
**CALLED 128.8645 ACRES**
**INSTRUMENT NO. 2018-18134**
**O.P.R.J.C.T.**

RED SHADED AREA REPRESENTS
0.575 ACRE EXISTING
WATERLINE EASEMENT
(APPROXIMATE LOCATION)

**VARIABLE WIDTH WATERLINE EASEMENT LOCATED IN THE A. WILLIAMS SURVEY, ABSTRACT NO. 857 JOHNSON COUNTY, TEXAS.**

**SURVEYOR'S NOTES:**

1. ALL BEARINGS AND DISTANCES SHOWN HEREON ARE CORRELATED TO THE TEXAS STATE PLANE COORDINATE SYSTEM, NORTH CENTRAL ZONE (4202) NAD83 (2011). ALL DISTANCES SHOWN ARE GRID. SCALE FACTOR IS 1.000000000.

2. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.

3. THE SURVEY PERFORMED ON THE GROUND OF THE SUBJECT PROPERTY AND THE PREPARATION OF A DEPICTION OF THE RESULTS THEREOF ON THIS EXHIBIT MAP, AND THE ACCOMPANYING EASEMENT DESCRIPTION, WAS PREPARED WITHOUT THE BENEFIT OF AN ABSTRACT OF TITLE. THEREFORE THERE MAY BE EASEMENTS OR OTHER MATTERS THAT COULD EXIST AND ARE NOT SHOWN.

4. SEE THE ACCOMPANYING EASEMENT DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.

5. THIS SURVEY MAP WAS PREPARED FROM A SURVEY PERFORMED ON THE GROUND UNDER THE SUPERVISION OF ROBERT L. YOUNG R.P.L.S. 5400, DURING THE MONTHS OF MAY AND JUNE, 2025.

STATE OF TEXAS REGISTERED ROBERT L. YOUNG 5400 PROFESSIONAL LAND SURVEYOR

11/18/2025

Robert L. Young

**PARCEL 13 & 14 - DJD LAND PARTNERS, LLC**

TRANS TEXAS SURVEYING AND MAPPING

PELS NO. 10122700

401 N. NOLAN RIVER ROAD
CLEBURNE, TEXAS 76033
OFFICE: 817-556-3440
www.transtx.com
info@transtx.com

©2025 TTSM

| Scale: 1"=100' | Date: 11/18/2025 | DWG: 20250065-ESMT-13 & 14-DJD |
|---|---|---|
| Drawn: GWB | Checked: RLY | Job: 20250065 |