# United States Court of Appeals for the Fifth Circuit

No. 24-10788

United States Court of Appeals
Fifth Circuit
**FILED**
March 25, 2026
Lyle W. Cayce
Clerk

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

## JUDGMENT

Before Davis, Jones, and Stewart, *Circuit Judges*.

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that we DISMISS for lack of jurisdiction Barton's appeal of the orders approving sale of Amerigold Suites, the order approving the settlement between JMJ Development, Tamamoi, LLC, and 3820 Illinois, and the order approving the settlement between BM318, Dixon, and Lumar. Given our determination that we have

jurisdiction over district court's approval of sale for the Hall Street property, we AFFIRM the district court's approval of that sale.

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

UNITED STATES COURT OF APPEALS FIFTH JUDICIAL CIRCUIT

**Certified as a true copy and issued as the mandate on May 29, 2026**

**Attest:** Lyle W. Cayce

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 29, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

No. 24-10788 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court’s opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: M Courseault
Melissa B. Courseault, Deputy Clerk
504-310-7701

cc:
Mr. Timothy Barton
Mr. Keefe Michael Bernstein
Mr. Craig Alan Carrillo
Mr. Ezekiel Levenson Hill