**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § | |
| ***Defendants,*** | § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § | |
| ***Relief Defendants.*** | § | |

**ORDER**

Before the Court is the Receiver's Verified and Emergency Motion to Declare Lis Pendens Void. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

The Court therefore **DECLARES** that the following four Notices of Lis Pendens, each filed on July 31, 2024 in the real property records of Dallas County, Texas by Defendant Timothy Barton, are **VOID**:

(i) Notice of Lis Pendens against 13636 Goldmark Drive, Dallas, Texas, recorded as Instrument No. 202400153184;

(ii) Notice of Lis Pendens against 4107 Rock Creek Drive, Dallas, Texas 75204, recorded as Instrument No. 202400153185;

(iii) Notice of Lis Pendens against 2999 Turtle Creek Boulevard, Dallas, Texas 75219, recorded as Instrument No. 202400153186; and

(iv) Notice of Lis Pendens against 3407 and 3409 Hall Street, Dallas, Texas, recorded as Instrument No. 202400153187

(collectively, the "Lis Pendens").

Additionally, because the Receiver was forced to expend not less than $2,700 in preparing his Motion and because Barton's conduct violates the Order Appointing Receiver, the Court **ORDERS** Barton to pay the Receiver $2,700 in compensatory sanctions, within five days from the date of this Order.

**SO ORDERED**, this _____ day of June, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE