**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| *Plaintiff,* | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § | |
| *Defendants,* | § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § | |
| *Relief Defendants.* | § | |

**APPENDIX IN SUPPORT OF RECEIVER'S VERIFIED AND EMERGENCY MOTION TO DECLARE LIS PENDENS VOID**

Dated: June 3, 2026

Respectfully submitted,

**RECEIVER CORTNEY C. THOMAS**

By: */s/ Cortney C. Thomas*
Cortney C. Thomas
State Bar No. 24075153
cort@brownfoxlaw.com
BROWN FOX PLLC
2699 Howell St., Suite 500
Dallas, TX 75204
T: 214.327.5000
F: 214.327.5001

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

| EXHIBIT | DESCRIPTION | APP PAGES |
|---|---|---|
| A | Lis Pendens, 13636 Goldmark Drive, Dallas, Texas, recorded as Instrument No. 202400153184 | APP001-004 |
| B | Lis Pendens, 4107 Rock Creek Drive, Dallas, Texas 75204, recorded as Instrument No. 202400153185 | APP005-008 |
| C | Lis Pendens, 2999 Turtle Creek Boulevard, Dallas, Texas 75219, recorded as Instrument No. 202400153186 | APP009-012 |
| D | Lis Pendens, 3407 and 3409 Hall Street, Dallas, Texas, recorded as Instrument No. 202400153187 | APP013-016 |

# EXHIBIT A

## NOTICE OF LIS PENDENS

STATE OF TEXAS §
§
COUNTY OF DALLAS §

NOTICE IS HEREBY GIVEN that in Cause No. 3:22-cv-02118-X, styled **SEC vs. Barton**, commenced in the United States District Court for the Northern District of Texas Dallas Division, the defendant, Timothy Barton, is filing an appeal to the Fifth Circuit Court of Appeals against the receiver's verified motion for appointment of appraisers, approval of appraisals, approval hearing, and approval of sale of Amerigold Suites [Dkt No. 500], filed on June 5th, 2024, and entered on June 5th, 2024. This notice may affect the title to the real property herein set forth.

The litigation seeks to address the improper and undervalued sale of the Amerigold Suites, a property with significant revenue potential and high value. The defendant argues that the sale should not proceed given the pending appeal and the unresolved issues regarding the receivership's management. The property, specifically described in **Exhibit A** attached hereto, is located at 13636 Goldmark Drive, Dallas, Texas. This address will affect the title to the real property more particularly described in **Exhibit "A"** attached hereto and incorporated herein by reference.

SIGNED this 31 day of July, 2024.

TIMOTHY BARTON

By: */s/ Timothy Barton*
Timothy Barton, Pro Se

STATE OF TEXAS §
§
COUNTY OF DALLAS §

ROBERT CHARLES MURRAY, JR.
Notary Public, State of Texas
Comm. Expires 07-27-2028
Notary ID 130756671

On the ___ day of July, 2024, this instrument was acknowledged before me by Timothy Barton.

Notary Public, State of Texas

# EXHIBIT "A"
# PROPERTY LEGAL DESCRIPTION

BEING all of Lot 3, Block A/7761 of CARLETON HOUSE, an addition to the City of Dallas. Dallas County, Texas, recorded in Volume 80137, Page 261. of the Map Records or Dallas County, Texas and being ell of that same tract of land described in Foreclosure Deed to Goldmark Hospitality, LLC, recorded in Instrument Number 201100196546 of the Deed Records of Dallas County, Texas, and said lot being more particularly described as follows:

BEGINNING at a 5/8" iron rod found at the northernmost corner of a Corner cut-off line at the intersection of the Southeast R.O.W. line of Goldmark Drive (a 60' R.O.W.) with the southwest R.O.W. line of Midpark Road (a 60' R.0, W.); said point being the beginning of a curve to the right having a central angle of 1 3°1 8'00" and a radius of 320.00' bearing S 32°19'00" W;

THENCE around said curve and along the southwest line of Midpark Road, a distance of 74.11' to a 1/2" iron rod found for comer;

THENCE S 44°23'00" E. 179.69' along the southwest line of Midpark Road to a PK nail found at the north corner of Lot 1, Block A/7761 of La Quinta-Midpark Addition to the City or Dallas, recorded in Volume 76201, Page 1 of the Map Records of Dallas County, Texas;

THENCE S 45°37'00" W, 590.05' along the northwest line of said Lot 1 to a cross found for corner in a northeast line of Lot 4, Block A/7761 of Section Five, Keystone Park Addition, an addition to the City of Dallas, Texas, recorded in Volume 92208, Page 2836 of the Map Records of Dallas County, Texas;

THENCE N 44°23'00" W, 263.00' along a northeast line of said Lot 4 to a 5/8" iron rod found for corner in the southeast line of Goldmark Drive;

THENCE N 45°37'00" E. 569,02' along the southeast line of Goldmark Drive to a 5/8" iron rod found al the south corner cut-off line;

THENCE N 83°31'43" E, 15,77' along said cut-off line to the POINT OF BEGINNING and CONTAINING 154,828.37 square feet or 3.5544 acres of land, more or less.

*VG-364-2024-202400153184*

**Dallas County**
**John F. Warren**
**Dallas County Clerk**

**Instrument Number:** 202400153184

Real Property Recordings

Recorded On: July 31, 2024 03:52 PM

Number of Pages: 3

**" Examined and Charged as Follows: "**

Total Recording: $29.00

*********** THIS PAGE IS PART OF THE INSTRUMENT ***********

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 202400153184 |
| Receipt Number: | 20240731000902 |
| Recorded Date/Time: | July 31, 2024 03:52 PM |
| User: | Javen H |
| Station: | Cc136 |

**Record and Return To:**

TIMOTHY BARTON
P.O BOX 117625

CARROLLTON TX 75011

**STATE OF TEXAS**
**Dallas County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time printed hereon, and was duly recorded in the Official Records of Dallas County, Texas**

John F. Warren
Dallas County Clerk
Dallas County, TX

# EXHIBIT B

**NOTICE OF LIS PENDENS**

STATE OF TEXAS §
§
COUNTY OF DALLAS §

NOTICE IS HEREBY GIVEN that in Cause No. 3:22-cv-02118-X, styled **SEC vs. Barton**, commenced in the United States District Court for the Northern District of Texas Dallas Division, the defendant, Timothy Barton, is filing an appeal to the Fifth Circuit Court of Appeals against the Receiver's Verified Notice of Publication Regarding Sale of Frisco Gate, Rock Creek, and Amerigold Properties [Dkt No. 433], filed on December 14th, 2024, and entered on December 14th, 2024. This notice may affect the title to the real property herein set forth.

The Litigation seeks to address the improper and premature sale of the Rock Creek Property, which has significant future value. The defendant argues that the sale should not proceed given the pending appeal and the unresolved issues regarding the receivership's management. The property is specifically described on **exhibit A** attached, which has a common address of 4107 Rock Creek Drive, Dallas, Texas 75204, which will affect title to such real property, more particularly described in **Exhibit "A"** attached hereto and which is incorporated herein by reference.

SIGNED this 31 day of July, 2024.

By: */s/ Timothy Barton*
Timothy Barton

STATE OF TEXAS §
§
COUNTY OF DALLAS §

ROBERT CHARLES MURRAY, JR.
Notary Public, State of Texas
Comm. Expires 07-27-2028
Notary ID 130756671

On the 31 day of July, 2024, this instrument was acknowledged before me ~~by Tim~~ Timothy Barton, Manager and President of JMJ Development, LLC, on behalf of such entity.

Notary Public, State of Texas

**EXHIBIT "A"**

**PROPERTY LEGAL DESCRIPTION**

The land referred to herein is situated in Dallas county, state of Texas, and is described as follows:

Lot 32, Block 2, TURTLE CREEK PARK, an addition to the City of Dallas, Dallas County, Texas, according to the map or plat thereof, recorded in Volume 4, Page 83, Map Records, Dallas County, Texas.

APN: 00000195718000000

PROPERTY ADDRESS: 4107 ROCK CREEK DRIVE, DALLAS, TX 75204

*VG-364-2024-202400153185*

**Dallas County**
**John F. Warren**
**Dallas County Clerk**

**Instrument Number:** 202400153185

Real Property Recordings

Recorded On: July 31, 2024 03:52 PM

Number of Pages: 3

**" Examined and Charged as Follows: "**

Total Recording: $29.00

************ THIS PAGE IS PART OF THE INSTRUMENT ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 202400153185 |
| Receipt Number: | 20240731000902 |
| Recorded Date/Time: | July 31, 2024 03:52 PM |
| User: | Javen H |
| Station: | Cc136 |

**Record and Return To:**

TIMOTHY BARTON
P.O BOX 117625

CARROLLTON TX 75011

**STATE OF TEXAS**
**Dallas County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time printed hereon, and was duly recorded in the Official Records of Dallas County, Texas**

John F. Warren
Dallas County Clerk
Dallas County, TX

**APP008**

# EXHIBIT C

## NOTICE OF LIS PENDENS

STATE OF TEXAS §
§
COUNTY OF DALLAS §

NOTICE IS HEREBY GIVEN that in Cause No. 3:22-cv-02118-X, styled **SEC vs. Barton**, commenced in the United States District Court for the Northern District of Texas Dallas Division, the defendant, Timothy Barton, is filing an appeal to the Fifth Circuit Court of Appeals against the SEC's Order Granting Approval to Receiver's Motion to Approve Settlement Agreement with HNGH Turtle Creek, LLC. [Doc. 236], filed on May 15th, 2023, and entered on May 15th,2023. This notice may affect the title to the real property herein set forth.

The Litigation seeks to address the improper and premature settlement of the 2999 Turtle Creek, which has significant future value. The defendant argues that the settlement and sale should not proceed given the pending appeal and the unresolved issues regarding the receivership's management. The property is specifically described on **exhibit A** attached, which has a common address of 2999 Turtle Creek Blvd., Dallas, Texas 75219, which will affect title to such real property, more particularly described in **Exhibit "A"** attached hereto and which is incorporated herein by reference.

SIGNED this 31 day of July, 2024.

By: */s/ Timothy Barton*
Timothy Barton

STATE OF TEXAS §
§
COUNTY OF DALLAS §

ROBERT CHARLES MURRAY, JR.
Notary Public, State of Texas
Comm. Expires 07-27-2028
Notary ID 130756671

On the 31 day of July, 2024, this instrument was acknowledged before me by ~~Tim~~ Timothy Barton, ~~Manager~~ and President of JMJ Development, LLC, on behalf of such entity.

Notary Public, State of Texas

**EXHIBIT "A"**

**PROPERTY LEGAL DESCRIPTION**

The land referred to herein is situated in Dallas County, state of Texas, and is described as follows:

BEING a tract of land situated in the James A. Sylvester Survey Abstract No. 1383, and the John Grisby Survey, Abstract No. 495, City of Dallas Block No. A/1031, Texas and being all of Lot 4, Block A/1031, of TURTLE CREEK OFFICE ADDITION, an Addition to the City of Dallas, Texas, according to the plat thereof recorded in Volume 2003162, Page 48, Deed Records, Dallas County, Texas.

*VG-364-2024-202400153186*

**Dallas County**
**John F. Warren**
**Dallas County Clerk**

**Instrument Number:** 202400153186

Real Property Recordings

Recorded On: July 31, 2024 03:52 PM

Number of Pages: 3

**" Examined and Charged as Follows: "**

Total Recording: $29.00

************ THIS PAGE IS PART OF THE INSTRUMENT ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 202400153186 |
| Receipt Number: | 20240731000902 |
| Recorded Date/Time: | July 31, 2024 03:52 PM |
| User: | Javen H |
| Station: | Cc136 |

**Record and Return To:**

TIMOTHY BARTON
P.O BOX 117625

CARROLLTON TX 75011

**STATE OF TEXAS**
**Dallas County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time printed hereon, and was duly recorded in the Official Records of Dallas County, Texas**

John F. Warren
Dallas County Clerk
Dallas County, TX

# EXHIBIT D

# NOTICE OF LIS PENDENS

STATE OF TEXAS §
§
COUNTY OF DALLAS §

NOTICE IS HEREBY GIVEN that in Cause No. 3:22-cv-02118-X, styled **SEC vs. Barton**, commenced in the United States District Court for the Northern District of Texas Dallas Division, the defendant, Timothy Barton, is filing an appeal to the Fifth Circuit Court of Appeals against the receiver's verified motion for appointment of appraisers, approval of appraisals, approval hearing, and approval of sale of Hall Street Property [Dkt No. 502], filed on June 5th, 2024, and entered on June 5th, 2024. This notice may affect the title to the real property herein set forth.

The Litigation seeks to address the improper and premature sale of the Hall Street Property, which has significant future value. The defendant argues that the sale should not proceed given the pending appeal and the unresolved issues regarding the receivership's management. The property is specifically described on **exhibit A** attached, which has a common address of 3407 and 3409 Hall Street, Dallas, Texas, which will affect title to such real property, more particularly described in **Exhibit "A"** attached hereto and which is incorporated herein by reference.

SIGNED this 31 day of July, 2024.

By: */s/ Timothy Barton*
Timothy Barton

STATE OF TEXAS §
§
COUNTY OF DALLAS §

ROBERT CHARLES MURRAY, JR.
Notary Public, State of Texas
Comm. Expires 07-27-2028
Notary ID 130756671

On the 31 day of July, 2024, this instrument was acknowledged before me by ~~Tim~~ Timothy Barton, Manager and President of JMJ Development, LLC, on behalf of such entity.

ROBERT CHARLES MURRAY, JR.
Notary Public, State of Texas
Comm. Expires 07-27-2028
Notary ID 130756671

Notary Public, State of Texas

**EXHIBIT "A"**

**PROPERTY LEGAL DESCRIPTION**

Lots 15 and 16, Block A/992, of CULLUM'S SUBDIVISION OF BLOCK 992, an Addition to the City of Dallas, Dallas County, Texas, according to the Plat thereof recorded in Volume 1, Page 82, Map Records, Dallas, County, Texas

*VG-364-2024-202400153187*

**Dallas County**
**John F. Warren**
**Dallas County Clerk**

**Instrument Number:** 202400153187

Real Property Recordings

Recorded On: July 31, 2024 03:52 PM

Number of Pages: 3

**" Examined and Charged as Follows: "**

Total Recording: $29.00

*********** THIS PAGE IS PART OF THE INSTRUMENT ***********

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 202400153187 |
| Receipt Number: | 20240731000902 |
| Recorded Date/Time: | July 31, 2024 03:52 PM |
| User: | Javen H |
| Station: | Cc136 |

**Record and Return To:**

TIMOTHY BARTON
P.O BOX 117625

CARROLLTON TX 75011

**STATE OF TEXAS**
**Dallas County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time printed hereon, and was duly recorded in the Official Records of Dallas County, Texas**

John F. Warren
Dallas County Clerk
Dallas County, TX

**APP016**