IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:22-CV-2118-X |
| TIMOTHY BARTON et al., | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS LLCS, LDG001 LLC, | § § § | |
| *Relief Defendants.* | § § | |

## ORDER

Before the Court is Attorney Jules Slim's unopposed motion to withdraw as Attorney for Defendant Timothy Barton. (Doc. 724). After due consideration, the Court **GRANTS** the motion. Barton is permitted to represent himself *pro se,* but he must seek leave of the Court before filing any motion. This order shall not apply to responses and replies filed pursuant to L.R. 7.1(e),(f).

**IT IS SO ORDERED** this 5th day of June, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE