IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:22-cv-2118-X |
| TIMOTHY BARTON et al., | § § | |
| *Defendants,* | § § | |
| DJD LAND PARTNERS LLCS, LDG001 LLC, | § § § | |
| *Relief Defendants.* | § § | |

**ORDER**

The Court received the following email from Defendant Timothy Barton.

TB  **Tim Barton<timothy.barton@proton.me>**

To: Starr Orders

Fri 6/5/2026 4:29 PM

**CAUTION - EXTERNAL:**

ATTENTION Earle Cabell
214-753-2200

Case Number: 3:22-cv-02118-X in Judge Starr Court.
1. Judge issued an order DKT 747 for the Pro Se granting today. Do I need to do some more steps to get CM/ECF Filing access or it is done by default.
2. Also how do we seek leave of the Court before filing any motion as per his orders - what is the exact procedure in Judge Starr's court. Any email to be sent first with title and reason or how will it work.

Please give access to cm/ecf
I am prose now
Timothy.barton@proton.me

Sent from Proton Mail for Android.
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

The Court directs Mr. Barton to the ECF Help Desk for any question concerning ECF access.

Should Mr. Barton wish to file a motion, he should seek leave of the Court by filing a motion for leave, which the Court will consider.  The motion for leave must explain why the motion must be filed and attach the proposed motion.  The Court further **ORDERS** Mr. Barton to comply with all local rules, including attaching a certificate of conference with each motion, as required by Local Rule 7.1.

Mr. Barton is further **ORDERED** to cease all ex-parte communications with the Court.

**IT IS SO ORDERED** this 8th day of June, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE