FILED-USDC-NDTX-DA
'26 JUN 5 PM4:17
JJF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 3:22-cv-2118-X |
| v. | § | |
| TIMOTHY L. BARTON, et al., | § | |
| *Defendants.* | § | |

**DEFENDANT TIMOTHY L. BARTON'S STATUS**
**<u>REPORT REGARDING ATTORNEY REPRESENTATION</u>**

Defendant Timothy L. Barton ("Barton") files this Status Report in response to the Court's Electronic Order entered May 29, 2026 [Dkt. 738], which directed Barton to file a status report regarding attorney Sean O'Connell's representation of Barton on or before June 3, 2026, at 12:00 p.m.[1] In compliance with that Order, Barton respectfully reports as follows:

1. On May 29, 2026, the Court entered an Electronic Order [Dkt. 738] directing Barton to file a status report addressing attorney Sean O'Connell's representation of Barton on or before June 3, 2026, at 12:00 p.m.

2. Sean O'Connell does not represent, and has never represented, Barton in this action. Mr. O'Connell has not entered an appearance on Barton's behalf, has not been retained or authorized by Barton to act as his counsel, and has at no time been Barton's counsel of record in this case. To Barton's knowledge, no attorney named Sean O'Connell has appeared in this matter for any party.

---

[1] Barton did not receive notice of this Order and became aware of it only upon reviewing the docket. Barton files this Report promptly thereafter.

3. The attorney who has appeared as Barton's counsel of record in this action is Jules P. Slim. The status of that representation is as follows. On March 16, 2026, Barton filed a motion for leave to proceed pro se [Dkt. 717]. The Securities and Exchange Commission responded that Mr. Slim represents Barton for all purposes in this case and had not moved to withdraw [Dkt. 719]. On March 25, 2026, the Court denied Barton's motion, noting that Barton remained represented by his counsel of record, and directed that any withdrawal be sought by motion under Local Civil Rule 83.12 [Dkt. 720].

4. To the extent the Court's Order [Dkt. 738] was intended to address the representation of Barton by his counsel of record, Barton respectfully reports that his counsel of record in this action was Mr. Slim. Barton is aware of no attorney named Sean O'Connell in connection with this case or any related proceeding. There is no attorney representing Barton in this case.

5. Barton submits this Status Report in compliance with the Court's Order and remains prepared to provide any additional information the Court may require.

WHEREFORE, Defendant Timothy L. Barton respectfully submits this Status Report in compliance with the Court's Order of May 29, 2026 [Dkt. 738].

Dated: June 5, 2026.

Respectfully submitted,

*/s/ Timothy L. Barton*

Timothy L. Barton
1846 East Rosemeade Parkway, #232
Carrollton, TX 75007
(214) 914-3811
timothy.barton@proton.me
Defendant, Pro Se

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(d)(1)(B), no certificate of service is necessary because this document is being filed with the Court's electronic-filing system, which will serve all counsel of record.

*/s/ Timothy L. Barton*
Timothy L. Barton