FILED-USDC-NDTX-DA
'26 JUN 5 PM4:18
JJF

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, | § | |
| v. | § | Case No. 3:22-cv-2118-X |
| TIMOTHY BARTON et al., Defendants, | § | |

**DEFENDANT'S MOTION FOR LEAVE**
**TO FILE STATUS REPORT OUT OF TIME**

Defendant Timothy L. Barton ("Barton") respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), for leave to file out of time his Status Report responding to the Court's Electronic Order of May 29, 2026 [Dkt. 738], and to have that Status Report deemed timely filed. In support, Barton shows the following:

1. On May 29, 2026, the Court entered an Electronic Order [Dkt. 738] directing Barton to file a status report regarding attorney representation on or before June 3, 2026, at 12:00 p.m.

2. Barton did not receive notice of the Order. The Order was entered electronically, and Notices of Electronic Filing are transmitted to registered CM/ECF users. Barton is not a registered CM/ECF filer in this case; his request for electronic-filing access was denied [Dkt. 720]. Any electronic notice of the Order would therefore have been transmitted to Barton's previous counsel of record, Mr. Jules P. Slim — who had moved to withdraw [Dkt. 724].

3. Barton became aware of the Order only upon independently reviewing the docket and has acted promptly thereafter to prepare and file his Status Report.

4. The delay is brief. Barton submits his Status Report two days after the deadline.

5. No party will be prejudiced by the brief delay. This case is administratively closed, and no trial date is set.

6. Under Federal Rule of Civil Procedure 6(b)(1)(B), when a motion is made after the time to act has expired, the Court may, for good cause, extend the time where the party failed to act because of excusable neglect. The relevant considerations include the danger of prejudice to the opposing party, the length of the delay and its potential impact on the proceedings, the reason for the delay, and whether the movant acted in good faith.

7. Those considerations favor leave here: the delay is minimal; no party is prejudiced; the failure to act timely resulted from a lack of notice rather than any disregard of the Court's Order; and Barton has acted in good faith and with diligence upon learning of the Order.

8. Barton respectfully requests that the Court grant leave to file his Status Report out of time and deem it timely filed.

WHEREFORE, Defendant Timothy L. Barton respectfully requests that the Court grant this Motion, permit the filing of his Status Report out of time, deem the Status Report timely filed, and grant such other and further relief as is just and proper.

Dated: June 5, 2026.

Respectfully submitted,

*/s/ Timothy L. Barton*

Timothy L. Barton
1846 East Rosemeade Parkway, #232
Carrollton, TX 75007
(214) 914-3811
timothy.barton@proton.me
Defendant, Pro Se

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(d)(1)(B), no certificate of service is necessary because this document is being filed with the Court's electronic-filing system, which will serve all counsel of record.

*/s/ Timothy L. Barton*
Timothy L. Barton

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1(a), the undersigned conferred, or attempted to confer, with counsel for the affected parties regarding the relief requested. As of the time of filing, counsel for the SEC and counsel for the Receiver have not responded yet. The defendant will update the conference certificate upon receipt of the response promptly.

*/s/ Timothy L. Barton*
Timothy L. Barton

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, | § § § | |
| v. | § | Case No. 3:22-cv-2118-X |
| TIMOTHY BARTON et al., Defendants, | § § § | |

**[PROPOSED] ORDER**

Before the Court is Defendant Timothy L. Barton's Motion for Leave to File Status Report Out of Time. Having considered the Motion, the Court finds that it should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that Defendant's Status Report responding to the Court's Order of May 29, 2026 [Dkt. 738] is deemed timely filed.

SO ORDERED on ___________, 2026.

________________________________
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE