FILED-USDC-NDTX-DA
'26 JUN 11 PM4:37
VM

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 3:22-cv-2118-X |
| | § | |
| v. | § | |
| | § | |
| TIMOTHY BARTON et al., | § | |
| | § | |
| Defendants. | § | |

**SUPPLEMENTAL DECLARATION OF TIMOTHY L. BARTON IN SUPPORT OF HIS OPPOSED MOTION FOR LEAVE TO FILE MOTION TO MODIFY THE ORDER SETTING STATUS CONFERENCE (ECF NO. 756)**

Pursuant to 28 U.S.C. § 1746, I, Timothy L. Barton, declare as follows:

1. I am the Defendant in the above-captioned action, appearing *pro se*. I am over the age of eighteen, of sound mind, and fully competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct.

2. I previously submitted a declaration in support of my Opposed Motion to Modify the Order Setting Status Conference, attached as Exhibit A to my Motion for Leave (ECF No. 756). In that declaration, I stated that I had an obligation requiring my presence in Washington, D.C. on the date of the status conference, the details of which could not be disclosed in a public filing without compromising my defense in a related federal criminal matter.

3. In their Response (ECF No. 757 ¶ 5), the DLP Entities argued that if my obligation involved "a meeting with federal prosecutors or another governmental body," I "should be able to say so." In light of that argument, and to the extent I can do so without compromising my criminal defense, I now state the following.

4. On June 11, 2026, I attended a meeting at the offices of the United States Department of Justice in Washington, D.C. The meeting concerned my defense of a related federal criminal matter. I do not disclose in this public declaration the substance, participants, or subject matter of that meeting.

5. The meeting was scheduled for June 11, 2026 — the same date as the status conference set by ECF No. 735 — and the date was not set by me and could not be rescheduled by me. The conflict between the meeting and the status conference was therefore genuine, date-specific, and not of my making.

6. The meeting concluded at approximately 12:00 p.m. Eastern Time on June 11, 2026.

7. Attached hereto as Exhibit 1 are true and correct copies of photographs taken on June 11, 2026, documenting my presence at the United States Department of Justice in Washington, D.C. on this date.

8. Because of this obligation, I am physically present in Washington, D.C. and am unable to appear in person in Dallas, Texas for the status conference set for June 11, 2026 at 3:00 p.m. Central Time. I am, however, ready, willing, and able to appear at the status conference today by Zoom videoconference or by telephone, upon the Court's provision of connection credentials, or on any reset date the Court may order. Connection credentials may be provided to me by email at timothy.barton@proton.me or by telephone at (214) 914-3811.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2026, in Washington, D.C.

*/s/ Timothy L. Barton*

Timothy L. Barton
1846 East Rosemeade Parkway, #232
Carrollton, TX 75007
(214) 914-3811
timothy.barton@proton.me
Defendant, Pro Se

# EXHIBIT 1




