FILED-USDC-NDTX-DA
'26 JUN 18 AM10:44
JJF

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:22-CV-2118-X |
| TIMOTHY BARTON et al., | § | |
| | § | |
| *Defendants,* | § | |
| | § | |
| DJD LAND PARTNERS LLC, LDG001 LLC, | § | |
| | § | |
| | § | |
| *Relief Defendants.* | § | |

**DEFENDANT TIMOTHY BARTON'S MOTION FOR LEAVE TO FILE AND, UPON LEAVE, MOTION FOR PERMISSION TO FILE AND RECEIVE NOTICE ELECTRONICALLY THROUGH THE CM/ECF SYSTEM**

TO THE HONORABLE BRANTLEY STARR,
UNITED STATES DISTRICT JUDGE:

Defendant Timothy Barton ("Barton"), appearing *pro se*, respectfully and in compliance with the Court's Order of June 5, 2026 (Doc. 747), seeks leave of Court to file this motion and, upon the granting of such leave, respectfully moves the Court for permission to register as a CM/ECF user so that he may file documents electronically and receive Notices of Electronic Filing ("NEFs") by email in the above-captioned action. In support of this motion, Barton shows the Court as follows:

## I. BACKGROUND

1. On June 5, 2026, the Court granted attorney Jules Slim's unopposed motion to withdraw as counsel for Barton and ordered that "Barton is permitted to represent himself *pro se*, but he must seek leave of the Court before filing any motion," with the leave requirement not applying to responses and replies filed pursuant to L.R. 7.1(e) and (f). (Doc. 747).

2. Since the withdrawal of counsel, Barton no longer receives Notices of Electronic Filing through any attorney of record. As a non-registered *pro se* party, Barton does not receive automatic email notification when the Court enters orders or when other parties — including the Receiver and the Securities and Exchange Commission — file motions, responses, notices, or other papers in this case.

3. As a result, Barton has been required to manually and repeatedly monitor the docket through PACER to learn of new filings and orders. Barton has experienced instances in which he learned of urgent and routine filings only after delay, because no email notification reached him through the CM/ECF notification system.

4. This case involves active, fast-moving motion practice. The Court has on occasion set abbreviated response deadlines, including deadlines of twenty-four (24) hours or by the following day. When Barton learns of a filing or order late — and must then prepare a response and deliver it to the Clerk in paper form [as not all filings are accepted by the Urgent Electronic Filing System] — the practical time available to respond is reduced substantially, in some instances to only a fraction of the period the Court intended to afford.

5. Filing in paper form also imposes significant additional burdens on Barton, on the Clerk's office (which must scan and docket paper submissions), and on the other parties, and it introduces delay and uncertainty as to the date and time a document is received and docketed — a matter of particular consequence where the Court has set same-day or next-day deadlines. In the similar consequence the DEFENDANT TIMOTHY L. BARTON'S REPLY IN SUPPORT OF HIS MOTION TO MODIFY THE ORDER SETTING STATUS CONFERENCE (ECF No. 744) has been docketed twice as DKT 756 and DKT 759.

## II. AUTHORITY

6. Under Federal Rule of Civil Procedure 5(d)(3)(B)(i), a person not represented by an attorney "may file electronically only if allowed by court order or by local rule." This motion seeks precisely such an order.

7. The Court's ECF framework expressly contemplates electronic filing by unrepresented parties. The Northern District of Texas ECF User Registration Form permits registration by "a non-prisoner pro se party in a civil case," and the Court's ECF Administrative Procedures Manual provides that ECF will email a Notice of Electronic Filing to each registered

user, including a non-prisoner pro se party. Barton is a non-prisoner pro se party in a civil case and is therefore within the class of litigants eligible to register, subject to the Court's permission.

8. Electronic noticing also promotes the efficient administration of this case: service is effected automatically through the NEF on registered users, see Fed. R. Civ. P. 5(b)(2)(E), reducing the burden on all parties of separately serving Barton by mail or email and eliminating disputes over the timing of service.

## III. GOOD CAUSE

9. Good cause supports the relief requested. *First*, without CM/ECF access Barton does not receive timely — or in some instances any — email notification of filings and orders, which is incompatible with the abbreviated response deadlines that have been set in this case. *Second*, electronic filing will ensure that Barton's responses and replies — which the Court has expressly permitted him to file without leave under L.R. 7.1(e) and (f) (Doc. 747) — are received and docketed immediately upon submission, rather than being delayed in transit or processing. *Third*, CM/ECF access will reduce, not increase, the administrative burden on the Clerk and the parties. *Fourth*, the relief requested is narrow: it concerns only the mechanics of filing and notice, and it neither modifies nor circumvents the Court's requirement under Doc. 747 that Barton seek leave before filing any motion. Barton will continue to comply fully with that requirement; electronic access will simply allow him to submit his papers — including any motions for leave promptly and to receive immediate notice of the Court's rulings and the parties' filings.

10. Barton has reliable access to a computer, internet service, email, and the ability to generate documents in portable document format (PDF), and he agrees to comply with the Federal Rules of Civil Procedure, the Local Civil Rules of this Court, the ECF Administrative Procedures Manual, and all orders of this Court — including the leave-of-court requirement imposed by DKT 747 — in connection with any electronic filing.

11. Barton further consents, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), to accept service electronically at the email address provided on his ECF registration.

## IV. RELIEF REQUESTED

12. For the foregoing reasons, Barton respectfully requests that the Court: (a) grant leave for the filing of this motion pursuant to the Court's Order of June 5, 2026 (Doc. 747); (b) enter an order permitting Barton to register as a CM/ECF user in this action and to file documents electronically and receive Notices of Electronic Filing by email; and (c) grant such other and further relief to which Barton may be justly entitled.

Dated: June 12, 2026

Respectfully submitted,

*/s/ Timothy L. Barton*
Defendant, Pro Se
1846 East Rosemeade Parkway,
#232 Carrollton, TX 75007
(214) 914-3811
*timothy.barton@proton.me*

## CERTIFICATE OF CONFERENCE

On [date], I conferred with counsel for the Securities and Exchange Commission and counsel for the Receiver, regarding the relief requested in this motion. By the time of filing this motion, the Defendant has not received the responses, and the Defendant will promptly update the certificate upon receipt of their statuses.

*/s/ Timothy L. Barton*
Defendant, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026 a true and correct copy of the foregoing document was served on all counsel of record by email.

*/s/ Timothy L. Barton*
Defendant, Pro Se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:22-CV-2118-X |
| TIMOTHY BARTON et al., | § | |
| | § | |
| *Defendants,* | § | |
| | § | |
| DJD LAND PARTNERS LLC, LDG001 LLC, | § | |
| | § | |
| *Relief Defendants.* | § | |

**[PROPOSED] ORDER**

Before the Court is Defendant Timothy Barton's Motion for Leave to File and, Upon Leave, Motion for Permission to File and Receive Notice Electronically Through the CM/ECF System. After due consideration, the Court **GRANTS** the motion.

It is therefore **ORDERED** that Defendant Timothy Barton is granted leave to file the motion, and is permitted to register as a CM/ECF user in this action, to file documents electronically, and to receive Notices of Electronic Filing by email, subject to the Federal Rules of Civil Procedure, the Local Civil Rules, the ECF Administrative Procedures Manual, and all orders of this Court.

IT IS SO ORDERED this ____ day of ______________, 2026.

_________________________________

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE