IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

*Plaintiff,*

v.

TIMOTHY BARTON et al.,

*Defendants,*

DJD LAND PARTNERS LLCS, LDG001
LLC,

*Relief Defendants.*

Civil Action No. 3:22-CV-2118-X

## **ORDER**

Before the Court is Defendant Timothy Barton's Motion for Leave to File an,

Upon Leave, Motion for Permission to File and Receive Notice Electronically Through

the CM/ECF System.  (Doc. 769.)  After due consideration, the Court GRANTS the

motion.

It is ORDERED that Defendant Timothy Barton is permitted to register as a

CM/ECF user in this action, to file documents electronically, and to receive Notices

of Electronic Filing by email, subject to the Federal Rules of Civil Procedure, the Local

Civil Rules, the ECF Administrative Procedures Manual, and all order of this Court.

**IT IS SO ORDERED** this 25th day of June, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE