IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff*, | § § § | |
| v. | § § | NO. 3:22-cv-2118-X |
| TIMOTHY BARTON, et. al., *Defendants*. | § § § | |

**MOUNTAIN PEAK SPECIAL UTILITY DISTRICT'S**
**MOTION TO SET PENDING MOTION FOR HEARING OR SUBMISSION**

Third-Party MOUNTAIN PEAK SPECIAL UTILITY DISTRICT (hereinafter "Movant" or "Mountain Peak") moves the Court to set for hearing or submission its Emergency Motion to Lift Litigation Stay to Pursue Condemnation of Public Waterline Easements (Dkt. 725).

In support of this Motion, Mountain Peak contemporaneously files its Brief in Support of Motion to Set Pending Motion for Hearing or Submission, which is incorporated herein by reference.

WHEREFORE, PREMISES CONSIDERED, Mountain Peak respectfully requests that the Court set its Emergency Motion to Lift Litigation Stay to Pursue Condemnation of Public Waterline Easements (Dkt. 725) for hearing at the Court's earliest convenience or, alternatively, for submission, and grant Mountain Peak all other relief to which it may be justly entitled.

Dated: June 25, 2026

Respectfully submitted,

**BAKER MORAN DOGGETT MA & DOBBS LLP**

By: /s/ *Jordan A. Miller*______________
JORDAN A. MILLER
State Bar No. 24074720
jmiller@bakermoran.com
1400 Preston Road, Suite 295
Plano, Texas 75093-3601
Tel.: (469) 351-3500; Fax: (469) 351-3490

**ATTORNEY FOR MOVANT,**
**MOUNTAIN PEAK SPECIAL UTILITY DISTRICT**

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, counsel for Movant conferred with counsel for the parties regarding the relief requested in this Motion. Counsel for Plaintiff Securities and Exchange Commission advised that Plaintiff declines to take a position on the Motion. Counsel for the Receiver advised that the Receiver opposes the Motion. Accordingly, the Motion is presented as opposed.

*/s/ Jordan A. Miller*_________
Jordan A. Miller

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic filing system.

*/s/ Jordan A. Miller*_________
Jordan A. Miller