IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff*, | § § § | |
| v. | § § § | NO. 3:22-cv-2118-X |
| TIMOTHY BARTON, et. al., *Defendants*. | § § | |

**ORDER GRANTING MOUNTAIN PEAK SPECIAL UTILITY DISTRICT'S MOTION TO SET PENDING MOTION FOR HEARING OR SUBMISSION**

Before the Court is Mountain Peak Special Utility District's Motion to Set Pending Motion for Hearing or Submission.

Having considered the Motion, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that Mountain Peak Special Utility District's Emergency Motion to Lift Litigation Stay to Pursue Condemnation of Public Waterline Easements (Dkt. 725) is hereby SET for hearing before the Court on ______________________, 2026, at ______ __.m.

OR, IN THE ALTERNATIVE,

IT IS THEREFORE ORDERED that Mountain Peak Special Utility District's Emergency Motion to Lift Litigation Stay to Pursue Condemnation of Public Waterline Easements (Dkt. 725) is hereby SET for submission before the Court on ______________________, 2026, at ______ __.m.

SO ORDERED.

Signed this_____ day of _______________, 2026.

_____________________________________
UNITED STATES DISTRICT JUDGE