**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| | § | |
| **TIMOTHY BARTON, et al.,** | § | |
| | § | |
| ***Defendants*.** | § | |

## RECEIVER'S SUPPLEMENTAL MOTION FOR COMPENSATORY SANCTIONS

Cort Thomas, as the court-appointed Receiver files this Supplemental Motion for Compensatory Sanctions and in support would respectfully show the Court as follows:

On June 3, 2026, the Receiver filed his Verified and Emergency Motion to Declare Lis Pendens Void [Dkt. 741] (the "Motion").[1] As part of the Motion, the Receiver sought the recovery of $2,700 in attorneys' fees as compensatory sanctions:

> Because the Receiver was forced to expend not less than $2,700 in fees—less than $1,200 per Lis Pendens, consistent with the amount the Court previously found reasonable [Dkt. 104]— in preparing this Motion to rectify Barton's repeated and contumacious conduct, he requests that the Court order Barton to pay those fees as compensatory sanctions, within three days from the date of any Order on this Motion. Because this is Barton's second round of materially identical conduct after express warning and prior sanction, the Receiver further requests that the Court consider whether additional coercive sanctions are warranted to deter further violations of the Receivership Order.

Motion at 4-5.

[1] The Motion is hereby incorporated by reference as if fully set forth herein. Additionally, the Receiver also incorporates by reference the legal standards governing sanctions included in his January 19, 2023 Motion to Compel Documents and Information, Request for Sanctions, or Alternatively, Motion for Show Cause Hearing [Dkt. 133], as if fully set forth herein.

On June 9, 2026, this Court granted the Motion as to declaring Bartons' lis pendens void, but denied without prejudice the Receiver's request for compensatory sanctions, granting the Receiver "twenty-one days to submit evidence supporting his motion for compensatory sanctions and any other sanctions he seeks." Dkt. 755.

In accordance with the Court's Order, the Receiver submits the attached declaration (Exhibit A) and invoice (Exhibit A-1) as evidence supporting his motion for sanctions. The total fees billed by the Receiver and his counsel related to the Motion (excluding time spent preparing the instant filing) total $3,278.50.

Accordingly, the Receiver requests that the Court award $3,278.50 in compensatory sanctions against Defendant Barton. The Receiver additionally requests such other and further relief to which he may show himself entitled.

Dated: June 30, 2026

Respectfully submitted,

**RECEIVER CORTNEY C. THOMAS**

By: *_/s/ Cortney C. Thomas_*

Cortney C. Thomas
State Bar No. 24075153
cort@brownfoxlaw.com
BROWN FOX PLLC
2699 Howell St., Suite 500
Dallas, TX 75204
T: 214.327.5000
F: 214.327.5001

**CERTIFICATE OF CONFERENCE**

The Receiver conferred with Defendant Barton on June 2, 2026 regarding the Motion. Barton indicated that he was opposed to the relief requested in the motion, including the request for compensatory sanctions.

*/s/ Cortney C. Thomas*
Cortney C. Thomas

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.