**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| | § | |
| **TIMOTHY BARTON, et al.** | § | |
| | § | |
| ***Defendants*.** | § | |

## ORDER

Before the Court is the Receiver's Supplemental Motion for Compensatory Sanctions. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**, as follows.

IT IS ORDERED that Defendant Timothy Barton shall make payment in the amount of $_________ to Receiver, to be received no later than ten (10) days from the date of this Order.

**SO ORDERED**, this _____ day of June, 2026.

_______________________________
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE