**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON, et al.,** | § | |
| ***Defendants.*** | § | |

**APPENDIX IN SUPPORT OF RECEIVER'S**
**SUPPLEMENTAL MOTION FOR COMPENSATORY SANCTIONS**

Dated: June 30, 2026

Respectfully submitted,

**RECEIVER CORTNEY C. THOMAS**

By: */s/ Cortney C. Thomas*
Cortney C. Thomas
State Bar No. 24075153
cort@brownfoxlaw.com
BROWN FOX PLLC
2699 Howell St., Suite 500
Dallas, TX 75204
T: 214.327.5000
F: 214.327.5001

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

| EXHIBIT | DESCRIPTION | APP PAGES |
|---|---|---|
| A | Declaration of Cortney C. Thomas in Support of Supplemental Motion for Compensatory Sanctions | APP001-003 |
| A-1 | Brown Fox Invoice 2223653 dated June 30, 2026 | APP004-006 |

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| | § | |
| **TIMOTHY BARTON, et al.** | § | |
| | § | |
| ***Defendants.*** | § | |

**DECLARATION OF CORTNEY C. THOMAS IN SUPPORT OF**
**SUPPLEMENTAL MOTION FOR COMPENSATORY SANCTIONS**

1. My name is Cortney C. Thomas. I have personal knowledge of the matters set forth in this Declaration. I am of sound mind, and I am otherwise competent to testify to these matters.

2. I am an attorney and have been licensed to practice law in the State of Texas since 2010. After graduating from the University of Texas School of Law, I served one year as a federal law clerk in the Northern District of Texas to the Honorable Jane J. Boyle, where I worked on a host of civil litigation matters. Following the clerkship, I was employed by Vinson & Elkins LLP ("V&E") as a trial lawyer, where I worked on a variety of complex commercial disputes in federal and state courts and before administrative tribunals. After approximately seven years at V&E, in September 2018, I joined Brown Fox PLLC ("Brown Fox") as a partner. During my time at Brown Fox, I have continued to handle a variety of business and commercial litigation matters, including multiple cases in federal courts around the country. I have also been appointed as Receiver in one other government enforcement matter, am representing another Receiver in a different enforcement case, and am a member of the National Association of Federal Equity Receivers.

3. My current standard rate is $750.00 per hour. The current standard rate for Andrew Debter, who drafted the Motion to Declare Lis Pendens void, is $415 per hour. I am familiar with

the reasonable and customary rates charged by attorneys and Receivers in comparable matters in the Northern District of Texas, and the rates charged by my Mr. Debter and myself, particularly given the deep discounts applied here, $365 and $385, respectively, are reasonable.

4. Additionally, the fees sought in connection with this matter were all necessary and caused by Barton's wrongful filing of lis pendens on Receivership Assets, as explained in the original Motion and the Supplemental Motion. A true and correct copy of an invoice showing my time and Mr. Debter's time is attached as **Exhibit A-1**.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2026.

*/s/ Cortney C. Thomas*
CORTNEY C. THOMAS, RECEIVER

# EXHIBIT A-1

BROWN FOX

2699 Howell Street, Suite 500
Dallas, Texas 75204
Phone: (214) 327-5000
brownfoxlaw.com/payments

# INVOICE

Invoice # 2223653
Date: 06/30/2026

Barton Receivership

## SEC v. Barton – Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 06/02/2026 | CCT | Review emergency second motion to declare lis pendens void and proposed order; revise same; correspondence with K. O'Rourke regarding needed additional revisions to same; correspondence with counsel to SEC and Barton for purposes of certificate of conference. | 0.90 | $385.00 | $346.50 |
| 06/03/2026 | CCT | Review final working draft of motion to declare lis pendens void; correspondence with T. Barton regarding same. | 0.60 | $385.00 | $231.00 |
| | | | **Quantity Subtotal** | | **1.5** |
| | | | **Subtotal** | | **$577.50** |

## SEC v. Barton – Non-Receiver Activity: Case Administration

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 05/07/2026 | ACD | Review and analyze notices of lis pendens; draft motion to declare lis pendens void; draft proposed order for same. | 7.40 | $365.00 | $2,701.00 |
| | | | **Quantity Subtotal** | | **7.4** |
| | | | **Subtotal** | | **$2,701.00** |

| | |
|---|---|
| **Hours Total** | **8.9** |
| **Subtotal** | **$3,278.50** |
| **Client Total** | **$3,278.50** |

**Current Statement payable upon receipt and due within 30 days.**

Federal Tax ID 61-1764390

**Credit, Debit, or eCheck Payments** **https://www.brownfoxlaw.com/payments**
When selecting payment by credit, please note that applicable charges and fees will be itemized prior to confirming payment and paid directly to the credit card issuer, card network and payment processor.

Direct payment inquiries to the Account Services Department at accounting@brownfoxlaw.com

Thank you for choosing Brown Fox. We appreciate your business.