FILED-USDC-NDTX-DA
'26 JUN 29 PM2:00
JJF

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | Civil Action No. 3:22-cv-2118-X |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TIMOTHY L. BARTON, et al., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT TIMOTHY L. BARTON'S NOTICE OF WITHDRAWAL OF HIS CORRECTED MOTION TO REINSTATE [DKT. 745], OR IN THE ALTERNATIVE FOR LEAVE TO RE-FILE THE SAME [DKT. 773]**

PLEASE TAKE NOTICE that Defendant Timothy L. Barton ("Defendant" or "Barton"), proceeding pro se, hereby withdraws his Corrected Opposed Motion to Reinstate His Motion for Preservation of Status Quo [Dkt. 745], or in the Alternative for Leave to Re-File the Same [Dkt. 773].

Defendant withdraws [Dkt. 773] to avoid any duplicative filing and because he is presenting the same preservation relief through a contemporaneously filed Defendant's Opposed Motion for Leave to File His Motion for Preservation of Status Quo Under Federal Rule of Civil Procedure 60(b), which attaches the proposed Motion for Preservation of Status Quo as Exhibit A. By attaching the proposed motion, that contemporaneous filing cures the single, curable ground on which the Court previously denied leave without prejudice—namely, that the proposed motion "had not been attached." [Dkt. 768].

For the avoidance of doubt, Defendant withdraws only the corrected filing at Dkt. 773 to avoid duplicative briefing. Defendant seeks the preservation relief addressed in Dkt. 773, including his request for nunc pro tunc treatment of the June 3, 2026 Preservation Motion [Dkt. 745], solely through his contemporaneously filed Motion for Leave to File and the proposed Opposed Motion for Preservation of Status quo under FRCP 60(b) and brief in support attached thereto as Exhibit

A. This Notice does not affect Defendant's separate Motion for Leave to File a Motion for Reconsideration of the Court's June 5, 2026 Order [Dkt. 747], pending at Dkt. 772.

Dated: June 28, 2026

Respectfully submitted,

*/s/ Timothy L. Barton*
Timothy L. Barton
Defendant, Pro Se
1846 East Rosemeade Parkway,
#232
Carrollton, Texas 75007
(214) 914-3811
timothy.barton@proton.me

## CERTIFICATE OF SERVICE

I certify that this Notice was filed through the Court's CM/ECF system, which will serve all registered counsel of record. To the extent any party is not served electronically, Defendant will cause a copy to be served by email and/or U.S. mail.

*/s/ Timothy L. Barton*
Timothy L. Barton,
Defendant, Pro Se