IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE          §
COMMISSION,                      §
                                 §
        *Plaintiff,*             §
                                 §
                                 §
v.                               §
                                 §
TIMOTHY BARTON et al.,           §          Civil Action No. 3:22-CV-2118-X
                                 §
        *Defendants,*            §
                                 §
DJD LAND PARTNERS LLCS, LDG001   §
LLC,                             §
                                 §
        *Relief Defendants.*     §

## **ORDER**

In light of the Supreme Court's denial of Defendant Timothy Barton's petition for certiorari,[1] the Receivership can now enter into its next phase.

The Court has reviewed the Receiver's Fifteenth Quarterly Report and is aware of the difficulties facing the Receivership stemming from the Receivership's significant debt and the inability of the Receiver to close sales due to Barton's multiple appeals of sales orders.

Accordingly, the Court directs the Receiver to solicit proposals from lenders for each Receivership Property to determine if there is a path forward to accomplish sales, pay down some or all the outstanding pre-Receivership balances on the loans, and allow remaining claims to be dealt with as part of the Receivership's claims

---

[1] *Barton v. SEC*, 2026 WL 1463202 (Mem), at *1 (U.S. May 26, 2026).

1

process. The Receiver will file a status report with the Court detailing the outcome of these discussions within ninety (90) days of the issuance of this Order.

If the Receiver is unable to secure workable proposals, the Court will instruct the Receiver to begin to sell Receivership Properties free and clear of all liens and loans. The Court will then determine the priority of all competing claims, liens, and interests and distribute proceeds accordingly.

**IT IS SO ORDERED** this 8th day of July, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE