UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BARTON,<br>CARNEGIE DEVELOPMENT, LLC,<br>WALL007, LLC,<br>WALL009, LLC,<br>WALL010, LLC,<br>WALL011, LLC,<br>WALL012, LLC,<br>WALL016, LLC,<br>WALL017, LLC,<br>WALL018, LLC,<br>WALL019, LLC,<br>HAOQIANG FU (A/K/A MICHAEL FU),<br>STEPHEN T. WALL,<br><br>Defendants,<br><br>DJD LAND PARTNERS, LLC, and<br>LDG001, LLC,<br><br>Relief Defendants. | C.A. No.: 3:22-cv-2118-X<br><br>Jury Trial Demanded |

**ORDER DENYING DEFENDANT TIMOTHY L. BARTON'S MOTION TO RELEASE FUNDS FROM THE RECEIVERSHIP ESTATE FOR HIS CRIMINAL DEFENSE AND TO RETAIN COUNSEL OF HIS CHOICE (DKT 809)**

This matter comes before the court on Defendant Timothy L. Barton's Motion to Release Funds from The Receivership Estate for His Criminal Defense and to Retain Counsel of His

Choice (DKT 809). After considering the Motion and all responses thereto, the Court has determined that the Motion to Release Funds from The Receivership Estate for His Criminal Defense and to Retain Counsel of His Choice does not have merit and should be denied.

IT IS HEREBY ORDERED that Defendant Timothy L. Barton's Motion (DKT 809) is DENIED in its entirety.

SIGNED this ____ day of _________________, 2026.

______________________________
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE