UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BARTON,<br>CARNEGIE DEVELOPMENT, LLC,<br>WALL007, LLC,<br>WALL009, LLC,<br>WALL010, LLC,<br>WALL011, LLC,<br>WALL012, LLC,<br>WALL016, LLC,<br>WALL017, LLC,<br>WALL018, LLC,<br>WALL019, LLC,<br>HAOQIANG FU (A/K/A MICHAEL FU),<br>STEPHEN T. WALL,<br><br>Defendants,<br><br>DJD LAND PARTNERS, LLC, and<br>LDG001, LLC,<br><br>Relief Defendants. | C.A. No.: 3:22-cv-2118-X<br><br>Jury Trial Demanded |

**ORDER DENYING DEFENDANT TIMOTHY L. BARTON'S MOTION FOR RECONSIDERATION OF THE PRE-FILING REQUIREMENT (DKT 811)**

This matter comes before the court on Defendant Timothy L. Barton's Motion for Reconsideration of the Pre-filing Requirement (DKT 811). After considering the Motion and all

responses thereto, the Court has determined that the Motion for Reconsideration of the Pre-filing Requirement does not have merit and should be denied.

IT IS HEREBY ORDERED that Defendant Timothy L. Barton's Motion (DKT 811) is DENIED in its entirety.

SIGNED this ____ day of _________________, 2026.

_____________________________
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE