UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BARTON,<br>CARNEGIE DEVELOPMENT, LLC,<br>WALL007, LLC,<br>WALL009, LLC,<br>WALL010, LLC,<br>WALL011, LLC,<br>WALL012, LLC,<br>WALL016, LLC,<br>WALL017, LLC,<br>WALL018, LLC,<br>WALL019, LLC,<br>HAOQIANG FU (A/K/A MICHAEL FU),<br>STEPHEN T. WALL,<br><br>Defendants,<br><br>DJD LAND PARTNERS, LLC, and<br>LDG001, LLC,<br><br>Relief Defendants. | C.A. No.: 3:22-cv-2118-X<br><br>Jury Trial Demanded |

**ORDER DENYING DEFENDANT TIMOTHY L. BARTON'S MOTION FOR PRESERVATION OF STATUS QUO AND FOR CLARIFICATION AND PRE-CLOSING DISCLOSURE REGARDING THE FRISCO GATE AND ROCK CREEK PROPERTIES**

This matter comes before the court on Defendant Timothy L. Barton's Motions for (1)

Preservation of Status Quo under Federal Rule of Civil Procedure 60(b) (Dkt. 786), (2) Clarification and Pre-Closing Disclosure Regarding the Rock Creek Property (Dkt. 807), and (3) Clarification and Pre-Closing Disclosure Regarding the Frisco Gate Property (Dkt. 808). After considering the Motions and all responses thereto, the Court has determined that the Motions do not have merit and should be denied.

IT IS HEREBY ORDERED that Defendant Timothy L. Barton's Motions at Dkts. 786, 807, and 808 are DENIED in their entirety.

SIGNED this ____ day of _________________, 2026.

_______________________________
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE