# EXHIBIT A

# EXHIBIT A-1

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of June 30, 2026

| | | |
|---|---|---|
| Beginning Balance April 1, 2026: | | $ 1,245,547.36 |
| | | |
| Business Income | | 180,536.17 |
| | | |
| Funds Received | | 61,836.12 |
| | | |
| Interest/Dividend Income | | 3,669.24 |
| | | |
| Business Asset Liquidation | | |
| | | |
| Personal Asset Liquidation | | |
| | | |
| Third-Party Litigation Income | | |
| | | |
| Miscellaneous - Other | | |
| | | |
| Disbursements to Investors | | |
| | | |
| Disbursements for Receivership Operations: | | 130,837.20 |
| Disbursements to Receiver or Other Professionals | - | |
| Business Asset and Operating Expenses | 130,837.20 | |
| Personal Asset Expenses | | |
| Investment Expenses | | |
| Third-Party Litigation Expenses | | |
| Tax Administrator Fees and Bonds | | |
| Federal and State Tax Expenses | | |
| | | |
| Disbursements for Distribution Expenses Paid by the Fund | | - |
| Distribution Plan Development Expenses | | |
| Distribution Plan Implementation Expenses | | |
| | | |
| Disbursements to Court/Other | | - |
| Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | |
| Federal income taxes | | |
| | | |
| Ending Balance - June 30, 2026 | | $ 1,360,751.69 |
| | | |
| Ending Balance of Fund - Net Assets | | 1,360,751.69 |
| Cash & Cash Equivalents | 1,360,751.69 | |
| Investments | | |
| Other Assets or Uncleared Funds | | |
| | | |
| Disbursements for Plan Administration Expenses Not Paid by the Fund | | |
| Plan Development Expenses Not Paid by the Fund | | |
| Plan Implementation Expenses Not Paid by the Fund | | |
| Tax Administrator Fees & Bonds Not Paid by the Fund | | |

# EXHIBIT A-2

**Barton Receivership Account**
**Cash Accounting Summary**
**April 1, 2026 through June 30, 2026**

**Cash Receipts**

| Date | Item Description | Cash Receipts 2Q26 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Receipts 4Q22 | | $819,171.90 |
| 03/31/2023 | Cash Receipts 1Q23 | | $129,887.29 |
| 06/30/2023 | Cash Receipts 2Q23 | | $622,543.82 |
| 09/30/2023 | Cash Receipts 3Q23 | | $4,988.77 |
| 12/31/2023 | Cash Receipts 4Q23 | | $14,056.20 |
| 03/31/2024 | Cash Receipts 1Q24 | | $8,528.09 |
| 06/30/2024 | Cash Receipts 2Q24 | | $794,468.89 |
| 09/30/2024 | Cash Receipts 3Q24 | | $297,560.87 |
| 12/31/2024 | Cash Receipts 4Q24 | | $754,064.99 |
| 03/31/2025 | Cash Receipts 1Q25 | | $83,995.16 |
| 06/30/2025 | Cash Receipts 2Q25 | | $757,459.64 |
| 09/30/2025 | Cash Receipts 3Q25 | | $45,634.71 |
| 12/31/2025 | Cash Receipts 4Q25 | | $6,209.56 |
| 03/31/2026 | Cash Receipts 1Q26 | | $33,814.31 |
| 04/10/2026 | BKV Barnett LLC (royalty payment) | $528.00 | |
| 04/24/2026 | Refund on Service Charge | $6.35 | |
| 04/30/2026 | Interest Deposit | $1,207.13 | |
| 05/29/2026 | Interest Deposit | $1,249.93 | |
| 06/25/2026 | Incoming Wire Transfer [Sale of 4107 Rock Creek] | $61,836.12 | |
| 06/30/2026 | Interest Deposit | $1,212.18 | |
| **TOTAL RECEIPTS 2Q26** | | **$66,039.71** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$4,438,423.91** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 2Q26 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Disbursements 4Q22 | | $10,764.09 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $504,163.52 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $713,478.93 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $129,682.01 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $45,993.79 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $75,623.72 |
| 06/30/2024 | Cash Disbursements 2Q24 | | $16,630.70 |
| 09/30/2024 | Cash Disbursements 3Q24 | | $464,215.53 |
| 12/31/2024 | Cash Disbursements 4Q24 | | $52,989.42 |
| 03/31/2025 | Cash Disbursements 1Q25 | | $831,734.59 |
| 06/30/2025 | Cash Disbursements 2Q25 | | $7,105.34 |
| 09/30/2025 | Cash Disbursements 3Q25 | | $650,690.73 |
| 12/31/2025 | Cash Disbursements 4Q25 | | $133,081.69 |
| 03/31/2026 | Cash Disbursements 1Q26 | | $87,344.59 |
| 04/01/2026 | Bank Service Fee | $10.00 | |
| 04/07/2026 | Lumos Technology (#458) (IT services) | $469.37 | |
| 04/07/2026 | Alfredo Nino (#459) (lawn maintenance) | $225.00 | |
| 04/21/2026 | Alfredo Nino (#460) (lawn maintenance) | $225.00 | |
| 04/28/2026 | AFCO [ACH] (Rock Creek insurance) | $901.45 | |
| 05/07/2026 | Dallas Water Utilities (#461) (utilities-Gillespie) | $25.87 | |
| 05/08/2026 | Lumos Technology (#462) (IT services) | $469.37 | |

| Date | Item Description | Cash Disbursements 2Q26 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 05/18/2026 | Alfredo Nino<br>(#463) (lawn maintenance) | $225.00 | |
| 05/21/2026 | Alfredo Nino<br>(#464) (lawn maintenance) | $225.00 | |
| 05/29/2026 | AFCO<br>[ACH] (Rock Creek insurance) | $971.25 | |
| 06/03/2026 | Alfredo Nino<br>(#466) (lawn maintenance) | $225.00 | |
| 06/08/2026 | Lumos Technology<br>(#465) (IT services) | $469.37 | |
| 06/17/2026 | Alfredo Nino<br>(#467) (lawn maintenance) | $225.00 | |
| 06/29/2026 | Alfredo Nino<br>(#468) (Frisco mow) | $675.00 | |
| **TOTAL DISBURSEMENTS 2Q26** | | **$5,341.68** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$3,728,840.33** |

# EXHIBIT A-3

**Goldmark Hospitality**
**Cash Accounting Summary**
**April 1, 2026 through June 30, 2026**

**<u>Cash Receipts</u>**

| Date | Item Description | Cash Receipts 2Q26 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Receipts 4Q22 | | $108,460.28 |
| 03/31/2023 | Cash Receipts 1Q23 | | $206,811.44 |
| 06/30/2023 | Cash Receipts 2Q23 | | $204,650.27 |
| 09/30/2023 | Cash Receipts 3Q23 | | $202,645.84 |
| 12/31/2023 | Cash Receipts 4Q23 | | $200,006.81 |
| 03/31/2024 | Cash Receipts 1Q24 | | $231,233.80 |
| 06/30/2024 | Cash Receipts 2Q24 | | $204,678.83 |
| 09/30/2024 | Cash Receipts 3Q24 | | $182,857.52 |
| 12/31/2024 | Cash Receipts 4Q24 | | $185,510.00 |
| 03/31/2025 | Cash Receipts 1Q25 | | $217,102.06 |
| 06/30/2025 | Cash Receipts 2Q25 | | $161,947.20 |
| 09/30/2025 | Cash Receipts 3Q25 | | $162,354.13 |
| 12/31/2025 | Cash Receipts 4Q25 | | $238,834.04 |
| 03/31/2026 | Cash Receipts 1Q26 | | $181,326.60 |
| 04/02/2026 | DHA Deposit [ACH] (rents) | $3,232.00 | |
| 04/02/2026 | DDA Regular Deposit (rents) | $5,092.14 | |
| 04/03/2026 | DDA Regular Deposit (rents) | $4,546.00 | |
| 04/03/2026 | DDA Regular Deposit (rents) | $2,565.00 | |
| 04/07/2026 | DDA Regular Deposit (rents) | $2,637.84 | |
| 04/08/2026 | DDA Regular Deposit (rents) | $1,446.00 | |

| Date | Item Description | Cash Receipts 2Q26 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 04/09/2026 | DDA Regular Deposit (rents) | $1,335.38 | |
| 04/15/2026 | DDA Regular Deposit (rents) | $2,425.00 | |
| 04/17/2026 | DDA Regular Deposit (rents) | $1,502.48 | |
| 04/23/2026 | DDA Regular Deposit (rents) | $1,016.00 | |
| 04/24/2026 | Service Charge Refund | $44.27 | |
| 04/24/2026 | DDA Regular Deposit (rents) | $1,291.16 | |
| 04/28/2026 | DDA Regular Deposit (rents) | $559.00 | |
| 04/29/2026 | Square, Inc. [ACH] (rents) | $33,406.75 | |
| 04/30/2026 | DDA Regular Deposit (rents) | $1,600.20 | |
| 05/01/2026 | DDA Regular Deposit (rents) | $2,220.00 | |
| 05/04/2026 | DHA Deposit [ACH] (rents) | $3,232.00 | |
| 05/04/2026 | DDA Regular Deposit (rents) | $4,725.04 | |
| 05/06/2026 | DDA Regular Deposit (rents) | $1,892.82 | |
| 05/11/2026 | DDA Regular Deposit (rents) | $2,885.00 | |
| 05/13/2026 | DDA Regular Deposit (rents) | $1,868.00 | |
| 05/15/2026 | DDA Regular Deposit (rents) | $2,219.14 | |
| 05/19/2026 | DDA Regular Deposit (rents) | $1,648.22 | |
| 05/21/2026 | DDA Regular Deposit (rents) | $1,215.00 | |

| Date | Item Description | Cash Receipts 2Q26 | Cash Receipts 4Q22 to present |
|---|---|---|---|
| 05/27/2026 | DDA Regular Deposit (rents) | $1,150.00 | |
| 05/29/2026 | DDA Regular Deposit (rents) | $2,182.00 | |
| 05/29/2026 | Square, Inc. [ACH] (rents) | $36,199.19 | |
| 06/01/2026 | DDA Regular Deposit (rents) | $2,250.00 | |
| 06/01/2026 | DDA Regular Deposit (rents) | $300.00 | |
| 06/02/2026 | DHA Deposit [ACH] (rents) | $3,232.00 | |
| 06/02/2026 | DDA Regular Deposit (rents) | $2,355.00 | |
| 06/03/2026 | DDA Regular Deposit (rents) | $3,579.02 | |
| 06/05/2026 | DDA Regular Deposit (rents) | $3,073.00 | |
| 06/09/2026 | DDA Regular Deposit (rents) | $2,881.48 | |
| 06/15/2026 | DDA Regular Deposit (rents) | $1,136.50 | |
| 06/18/2026 | DDA Regular Deposit (rents) | $1,664.00 | |
| 06/26/2026 | DDA Regular Deposit (rents) | $2,275.10 | |
| 06/29/2026 | Square Inc. [ACH] (rents) | $33,170.71 | |
| **TOTAL GOLDMARK RECEIPTS 2Q26** | | **$180,052.44** | |
| **TOTAL GOLDMARK RECEIPTS TO PRESENT** | | | **$2,868,471.26** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 2Q26 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 12/31/2022 | Cash Disbursements 4Q22 | | $99,830.15 |
| 03/31/2023 | Cash Disbursements 1Q23 | | $202,341.23 |
| 06/30/2023 | Cash Disbursements 2Q23 | | $187,686.31 |
| 09/30/2023 | Cash Disbursements 3Q23 | | $181,476.12 |
| 12/31/2023 | Cash Disbursements 4Q23 | | $113,782.01 |
| 03/31/2024 | Cash Disbursements 1Q24 | | $265,056.05 |
| 06/30/2024 | Cash Disbursements 2Q24 | | $137,949.57 |
| 09/30/2024 | Cash Disbursements 3Q24 | | $160,466.53 |
| 12/31/2024 | Cash Disbursements 4Q24 | | $185,313.41 |
| 03/31/2025 | Cash Disbursements 1Q25 | | $217,102.06 |
| 06/30/2025 | Cash Disbursements 2Q25 | | $150,322.05 |
| 09/30/2025 | Cash Disbursements 3Q25 | | $203,565.89 |
| 12/31/2026 | Cash Disbursements 4Q25 | | $164,776.82 |
| 03/31/2026 | Cash Disbursements 1Q26 | | $229,452.39 |
| 04/01/2026 | First Insurance Funding [ACH] (insurance) | $5,116.63 | |
| 04/03/2026 | ABC Home and Commercial [ACH] (pest control) | $438.41 | |
| 04/07/2026[1] | Alfredo Nino (#548) (lawn maintenance) | $1,300.00 | |
| 04/09/2026 | Jovanca Silvasan (#547) (property manager) | $1,633.00 | |
| 04/10/2026 | Billy Steele (#544) (maintenance) | $364.00 | |
| 04/10/2026 | Frank Guzman (#545) (maintenance) | $292.50 | |

[1] As detailed in the prior quarter's cash accounting summaries, on April 7, 2026, the Receiver transferred $6,940.35 from the Amerigold Suites account to the Main Receivership Account on two separate occasions to reverse payments of property insurance for the Amerigold Suites from the Main Receivership account.

| Date | Item Description | Cash Disbursements 2Q26 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 04/10/2026 | Matthew Hilburn (#546) (maintenance) | $489.50 | |
| 04/16/2026 | Bank Service Fees | $32.16 | |
| 04/17/2026 | Dallas Water Utilities (#550) (utilities) | $17,271.35 | |
| 04/20/2026 | Republic Services [ACH] (trash collection) | $1,562.35 | |
| 04/20/2026 | Jose Vasquaez (#551) (maintenance) | $544.50 | |
| 04/21/2026 | Alfredo Nino (#554) (lawn maintenance) | $1,300.00 | |
| 04/23/2026 | Spectrum [ACH] (internet) | $257.90 | |
| 04/24/2026 | Hailey Young (#552) (lobby cleaning) | $200.00 | |
| 04/27/2026 | Jovanca Silvasan (#553) (property manager) | $1,633.00 | |
| 04/27/2026 | gotoPremium Finance [ACH] (property insurance) | $6,940.35 | |
| 04/27/2026 | Matthew Hilburn (#549) (maintenance) | $506.00 | |
| 04/28/2026 | TXU Energy [ACH] (utilities) | $6,413.05 | |
| 04/29/2026 | Bank Service Fees | $10.00 | |
| 04/29/2026 | First Insurance Funding [ACH] (insurance) | $5,116.63 | |
| 05/01/2026 | Hailey Young (#538) (lobby cleaning) | $200.00 | |
| 05/05/2026 | ABC Home and Commercial [ACH] (pest control) | $438.41 | |
| 05/08/2026 | Jovanca Silvasan (#557) (property manager) | $1,633.00 | |
| 05/11/2026 | Jose Vasquez (#555) (maintenance) | $726.00 | |

| Date | Item Description | Cash Disbursements 2Q26 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 05/11/2026 | Matthew Hilburn (#556) (maintenance) | $665.50 | |
| 05/14/2026 | Dallas Water Utilities (#559) (utilities) | $14,485.85 | |
| 05/18/2026 | Alfredo Nino (#558) (lawn maintenance) | $1,300.00 | |
| 05/18/2026 | Bank Service Fees | $33.90 | |
| 05/21/2026 | Jovanca Silvasan (#564) (property manager) | $1,633.00 | |
| 05/21/2026 | Alfredo Nino (#565) (lawn maintenance) | $1,300.00 | |
| 05/22/2026 | Frank Guzman (#561) (maintenance) | $202.50 | |
| 05/22/2026 | Jose Vasquez (#562) (maintenance) | $632.50 | |
| 05/22/2026 | Matthew Hilburn (#563) (maintenance) | $374.00 | |
| 05/22/2026 | Republic Services [ACH] (trash collection) | $1,562.35 | |
| 05/26/2026 | Air Texas AC and Heating (#566) (HVAC) | $225.00 | |
| 05/26/2026 | Goto Premium Finance [ACH] (property insurance) | $6,940.35 | |
| 05/27/2026 | Hailey Young (#560) (lobby cleaning) | $200.00 | |
| 05/27/2026 | Wire transaction fee | $10.00 | |
| 05/27/2026 | TXU Energy [ACH] (utilities) | $6,813.93 | |
| 05/28/2026 | Spectrum [ACH] (internet) | $257.90 | |
| 06/03/2026 | ABC Home and Commercial [ACH] (pest control) | $438.41 | |
| 06/03/2026 | Alfredo Nino (#571) (lawn maintenance) | $1,300.00 | |

| Date | Item Description | Cash Disbursements 2Q26 | Cash Disbursements 4Q22 to present |
|---|---|---|---|
| 06/04/2026 | Jovanca Silvasan (#570) (property manager) | $1,633.00 | |
| 06/05/2026 | Jose Vasquez (#568) (maintenance) | $676.50 | |
| 06/05/2026 | Matthew Hilburn (#569) (maintenance) | $555.50 | |
| 06/05/2026 | Frank Guzman (#567) (maintenance) | $172.50 | |
| 06/10/2026 | First Insurance Funding [ACH] (insurance) | $5,116.63 | |
| 06/15/2026 | Air Texas AC and Heating (#572) (HVAC) | $6,500.00 | |
| 06/15/2026 | Bank Service Fees | $27.32 | |
| 06/16/2026 | Republic Services [ACH] (trash collection) | $1,619.38 | |
| 06/17/2026 | Alfredo Nino (#576) (lawn maintenance) | $1,300.00 | |
| 06/18/2026 | Jovanca Silvasan (#575) (property manager) | $1,633.00 | |
| 06/22/2026 | Jose Vasquez (#573) (maintenance) | $500.50 | |
| 06/22/2026 | Matthew Hilburn (#574) (maintenance) | $693.00 | |
| 06/26/2026 | Spectrum [ACH] (internet) | $257.90 | |
| 06/26/2026 | First Insurance Funding [ACH] (insurance) | $5,116.63 | |
| 06/26/2026 | gotoPremium Finance [ACH] (property insurance) | $6,940.35 | |
| 06/29/2026 | Payment processing Fee | $10.00 | |
| **TOTAL DISBURSEMENTS 2Q26** | | **$125,546.14** | |
| **TOTAL RECEIVERSHIP DISBURSEMENTS** | | | **$2,624,666.73** |

# EXHIBIT A-4

# D4OP RECEIVERSHIP ACCOUNT[1]
## Cash Accounting Summary
## April 1, 2026 through June 30, 2026

**Cash Receipts**

| Date | Item Description | Cash Receipts 1Q26 | Cash Receipts 3Q23 to present |
|---|---|---|---|
| 09/31/2023 | Cash Receipts 3Q23 (opening account) | | $126,643.63 |
| 12/31/2023 | Cash Receipts 4Q23 | | $210,786.07 |
| 03/31/2024 | Cash Receipts 1Q24 | | $62,762.79 |
| 06/30/2024 | Cash Receipts 2Q24 | | $0.00 |
| 09/30/2024 | Cash Receipts 3Q24 | | $0.00 |
| 12/31/2024 | Cash Receipts 4Q24 | | $0.00 |
| 03/31/2025 | Cash Receipts 1Q25 | | $0.00 |
| 06/30/2025 | Cash Receipts 2Q25 | | $0.00 |
| 09/30/2025 | Cash Receipts 3Q25 | | $0.00 |
| 12/31/2025 | Cash Receipts 4Q25 | | $0.00 |
| 03/31/2026 | Cash Receipts 1Q26 | | $0.00 |
| 06/30/2026 | Cash Receipts 2Q26 | $0.00 | |
| **TOTAL RECEIPTS 2Q26** | | **$0.00** | |
| **TOTAL RECEIPTS RECEIVERSHIP** | | | **$400,192.49** |

**Cash Disbursements**

| Date | Item Description | Cash Disbursements 1Q26 | Cash Disbursements 3Q23 to present |
|---|---|---|---|
| **TOTAL DISBURSEMENTS 2Q26** | | **$0.00** | |
| **TOTAL DISBURSEMENTS RECEIVERSHIP** | | | **$0.00** |

[1] The use of funds in the D4OP Receivership Account are generally restricted by HUD regulations.