akerman

Michael D. Napoli
Partner

Akerman LLP
2001 Ross Avenue
Suite 3600
Dallas, TX 75201

D: 214-720-4360
michael.napoli@akerman.com

August 10, 2026

***<u>Via E-File</u>***

The Honorable Brantley Starr
United States District Judge
Northern District of Texas, Dallas Division
1100 Commerce Street, Room 1525
Dallas, Texas 75242

**Re: *SEC v. Timothy Barton, et al.*, No. 3:22-cv-2118-X – DLP Entities' Emergency Motion to Declare Lis Pendens Void (ECF #681)**

Dear Judge Starr:

On behalf of DLP Real Estate Capital, Inc., DLP Winter Haven Ventures, LLC, Orchard Farms Ventures, LLC, and Marine Creek Ventures, LLC (collectively, the "DLP Entities"), we respectfully write regarding the DLP Entities' Emergency Motion to Declare Lis Pendens Void (ECF #681) (the "Motion").

As the Court is aware, Magistrate Judge Rutherford issued her Findings, Conclusions, and Recommendation ("FCR") on June 22, 2026, recommending that the Motion be granted. Thereafter, Mr. Barton filed objections to the FCR on July 6, 2026, and the DLP Entities filed their response on July 10, 2026.

The deadline for any reply in support of Mr. Barton's objections has now passed, and no reply was filed. Accordingly, the objections have been fully briefed for several weeks and the matter is ripe for the Court's determination. As set forth in the Motion and the parties' subsequent briefing, the lis pendens continue to cloud title to the subject properties and impede the DLP Entities' ability to freely transact with respect to those properties, which has caused them concrete harm and will continue to do so until the issue is resolved.

The DLP Entities remain mindful of the Court's schedule and respectfully submit this letter only to advise that briefing is complete and to request consideration of the pending Motion and the Magistrate's FCR at the Court's convenience. Accordingly,

the DLP Entities stand ready to provide any additional information that may assist the Court.

Thank you for your consideration.

Sincerely,

*/s/ Michael D. Napoli*
Michael D. Napoli

*Counsel for the DLP Entities*

cc: All attorneys and parties entitled to service