IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>TIMOTHY BARTON et al.,<br><br>*Defendants,*<br><br>DJD LAND PARTNERS LLCS, LDG001 LLC,<br><br>*Relief Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:22-CV-2118-X |

## **ORDER**

Before the Court is Defendant Timothy Barton's motion for leave to file an appendix in support of his reply. (Doc. 846).

Barton, while representing himself, is bound by the Local Rules and the rules of this Court.[1] Local Rule 7.1 requires parties to conference with opposing counsel prior to filing a motion and the motion "must include a certificate of conference indicating that the motion is unopposed or opposed." Absent that certificate, the motion is incomplete and cannot be ruled on.

---

[1] *Luken v. Collins*, 3 F.3d 437, 437 (5th Cir. 1993).

The motion before the Court lacks a certificate of conference.  So it is an incomplete motion that the Court cannot rule on.  Accordingly, the Court DENIES the motion.

The Court further ORDERS Barton to supplement his application for a writ of mandamus to the Fifth Circuit with this Order.

**IT IS SO ORDERED** this 11th day of August, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE