**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**TIMOTHY L. BARTON, et al.,**<br><br>Defendants,<br><br>**DJD LAND PARTNERS, LLC, and LDG001, LLC,**<br><br>Relief Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 3:22-CV-2118-X** |

**<u>DEFENDANT TIMOTHY LYNCH BARTON'S NOTICE OF APPEAL</u>**

PLEASE TAKE NOTICE that Defendant Timothy Lynch Barton hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Order entered on August 11, 2026 (ECF No. 852), which accepted and adopted the Findings, Conclusions, and Recommendations of the United States Magistrate Judge (ECF Nos. 770, 774, and 775), granted the DLP Entities' Emergency Motion to Declare Lis Pendens Void (ECF No. 681), and granted Tamamoi, LLC and 3820 Illinois, LLC's Motion to Declare Lis Pendens Void (ECF No. 688).

Dated: August 18, 2026

Respectfully submitted,
***<u>/s/ Timothy L. Barton</u>***
**Timothy L. Barton**
Defendant, Pro Se
1846 East Rosemeade Parkway, #232
Carrollton, Texas 75007
(214) 914-3811
timothy.barton@proton.me

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on August 18, 2026, I filed the foregoing with the Clerk of Court through the Court's CM/ECF system, which will transmit notice of electronic filing to all counsel of record registered to receive electronic service.

***<u>/s/ Timothy L. Barton</u>***
**Timothy L. Barton, Pro Se**