**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** *Plaintiff,* | § | |
| **v.** | § | **Civil Action No. 3:22-cv-02118-X** |
| **TIMOTHY BARTON, et al.,** *Defendants,* | § | |
| **DJD LAND PARTNERS LLC, and LDG001 LLC,** *Relief Defendants.* | § | |

**APPENDIX IN SUPPORT OF DEFENDANT TIMOTHY L. BARTON'S OBJECTIONS TO THE RECEIVER'S SIXTEENTH QUARTERLY STATUS REPORT [DKT. 838]**

**INDEX OF APPENDIX**


| Tab | Document | Appendix Pages |
|---|---|---|
| A | July 1, 2019 McMurry Law notices asserting funding defaults - Wall010, Wall011, Wall012, Wall017, Wall018, and Wall019 | APP. 002-007 |
| B | July 11, 2019 Nguyen & Chen, LLP response on behalf of Michael Fu, Platinum Investments Corporation, and Silverland Finance Ltd. | APP. 008-010 |
| C | Schedule of account-month statements implicated by Dkt. 308 transactional exhibits but not included among those exhibits | APP. 011-012 |


**Note:** The first two tabs reproduce the dated correspondence identified in the objections. Tab C is a schedule prepared from the transactional exhibits to Dkt. 308 and identifies account-month statements that do not appear among those exhibits.

# McMurry Law, PLLC

Attorney and Mediation Services

July 1, 2019

*Via electronic mail michael@yding.cn;lynn@yding.cn*
Mr. Michael Fu
President
Platinum Investments, Inc.

RE: Notice of Default - Wall010, LLC (Lost Creek -160 acres ("Project"))

Dear Mr. Fu:

As you are likely aware, I represent Wall010, LLC ("Company") including as related to the Project. This letter is being sent to you as written notice of your default of your agreement with the Company to acquiring certain financing for the Company as related to the Project in the amount of $3,520,000.00 which was due on 7 November 2017 ("Due Date"). As of the date of this notice, the Company has only received $2,279,912.00 which results in a shortfall of $1,240,088.00 ("Shortfall"). Your failure to raise the necessary funds by the Due Date is a material breach of your agreement with the Company which has resulted in the Company suffering substantial damages including but not limited to defaults of other agreements between the Company and certain third parties, delays in the project, additional and increased costs and expenses, harm to the Company's goodwill and name, etc.

Given your default, the Company is demanding that you remit the Shortfall within five (5) business days to prevent any further damages to the Company. Your failure to remit the Shortfall within such time period will result in the Company terminating its agreement with you and the forfeiture of any amounts which may be owed to you now or in the future and the Company seeking to recover any amounts previously paid to you under the agreement along with all damages incurred by the Company as related to your breach of the agreement. Notwithstanding the receipt of the Shortfall, the Company reserves the right to seek any and all available remedies under the agreement or by law related to the default.

If you have any questions, you may contact me at contact me at 972-746-9656 or at vance@mcmurrylegal.com. Thank you.

Sincerely,

Vance McMurry
Attorney for Wall010, LLC

cc: Timothy Barton via email tbarton@jmjdevelopment.com
Murgan Venkat via email mvenkat.jmj@gmail.com

# McMurry Law, PLLC

Attorney and Mediation Services

July 1, 2019

*Via electronic mail michael@yding.cn;lynn@yding.cn*
Mr. Michael Fu
President
Platinum Investments, Inc.

RE: Notice of Default - Wall011, LLC (The Gates at Venus- 128 acres ("Project"))

Dear Mr. Fu:

As you are likely aware, I represent Wall011, LLC ("Company") including as related to the Project. This letter is being sent to you as written notice of your default of your agreement with the Company to acquiring certain financing for the Company as related to the Project in the amount of $2,360,000.00 which was due on 12 February 2018 ("Due Date"). As of the date of this notice, the Company has only received $2,024,723.00 which results in a shortfall of $335,277.00 ("Shortfall"). Your failure to raise the necessary funds by the Due Date is a material breach of your agreement with the Company which has resulted in the Company suffering substantial damages including but not limited to defaults of other agreements between the Company and certain third parties, delays in the project, additional and increased costs and expenses, harm to the Company's goodwill and name, etc.

Given your default, the Company is demanding that you remit the Shortfall within five (5) business days to prevent any further damages to the Company. Your failure to remit the Shortfall within such time period will result in the Company terminating its agreement with you and the forfeiture of any amounts which may be owed to you now or in the future and the Company seeking to recover any amounts previously paid to you under the agreement along with all damages incurred by the Company as related to your breach of the agreement. Notwithstanding the receipt of the Shortfall, the Company reserves the right to seek any and all available remedies under the agreement or by law related to the default.

If you have any questions, you may contact me at contact me at 972-746-9656 or at vance@mcmurrylegal.com. Thank you.

Sincerely,

Vance McMurry
Attorney for Wall011, LLC

cc: Timothy Barton via email tbarton@jmjdevelopment.com
Murgan Venkat via email mvenkat.jmj@gmail.com

508 W. Lookout, Ste 14 -74 • Richardson, Texas 75080 • Phone: 972-746-9656 • Fax: 888-388-0561 • vance@mcmurrylegal.com

# McMurry Law, PLLC

Attorney and Mediation Services

July 1, 2019

*Via electronic mail michael@yding.cn;lynn@yding.cn*
Mr. Michael Fu
President
Platinum Investments, Inc.

RE: Notice of Default - Wall012, LLC (Lyons Ranch- 172 acres ("Project"))

Dear Mr. Fu:

As you are likely aware, I represent Wall012, LLC ("Company") including as related to the Project. This letter is being sent to you as written notice of your default of your agreement with the Company to acquiring certain financing for the Company as related to the Project in the amount of $4,200,000.00 which was due on 25 June 2018 ("Due Date"). As of the date of this notice, the Company has only received $4,000,046.00 which results in a shortfall of $199,954.00 ("Shortfall"). Your failure to raise the necessary funds by the Due Date is a material breach of your agreement with the Company which has resulted in the Company suffering substantial damages including but not limited to defaults of other agreements between the Company and certain third parties, delays in the project, additional and increased costs and expenses, harm to the Company's goodwill and name, etc.

Given your default, the Company is demanding that you remit the Shortfall within five (5) business days to prevent any further damages to the Company. Your failure to remit the Shortfall within such time period will result in the Company terminating its agreement with you and the forfeiture of any amounts which may be owed to you now or in the future and the Company seeking to recover any amounts previously paid to you under the agreement along with all damages incurred by the Company as related to your breach of the agreement. Notwithstanding the receipt of the Shortfall, the Company reserves the right to seek any and all available remedies under the agreement or by law related to the default.

If you have any questions, you may contact me at contact me at 972-746-9656 or at vance@mcmurrylegal.com. Thank you.

Sincerely,

Vance McMurry
Attorney for Wall012, LLC

cc: Timothy Barton via email tbarton@jmjdevelopment.com
Murgan Venkat via email mvenkat.jmj@gmail.com

# McMurry Law, PLLC

Attorney and Mediation Services

July 1, 2019

*Via electronic mail michael@yding.cn;lynn@yding.cn*
Mr. Michael Fu
President
Platinum Investments, Inc.

RE: Notice of Default - Wall017, LLC (Windmill Farms- 200 acres ("Project"))

Dear Mr. Fu:

As you are likely aware, I represent Wall017, LLC ("Company") including as related to the Project. This letter is being sent to you as written notice of your default of your agreement with the Company to acquiring certain financing for the Company as related to the Project in the amount of $8,800,000.00 which was due on 27 December 2018 ("Due Date"). As of the date of this notice, the Company has only received $7,398,295.00 which results in a shortfall of $1,401,705.00 ("Shortfall"). Your failure to raise the necessary funds by the Due Date is a material breach of your agreement with the Company which has resulted in the Company suffering substantial damages including but not limited to defaults of other agreements between the Company and certain third parties, delays in the project, additional and increased costs and expenses, harm to the Company's goodwill and name, etc.

Given your default, the Company is demanding that you remit the Shortfall within five (5) business days to prevent any further damages to the Company. Your failure to remit the Shortfall within such time period will result in the Company terminating its agreement with you and the forfeiture of any amounts which may be owed to you now or in the future and the Company seeking to recover any amounts previously paid to you under the agreement along with all damages incurred by the Company as related to your breach of the agreement. Notwithstanding the receipt of the Shortfall, the Company reserves the right to seek any and all available remedies under the agreement or by law related to the default.

If you have any questions, you may contact me at contact me at 972-746-9656 or at vance@mcmurrylegal.com. Thank you.

Sincerely,

Vance McMurry
Attorney for Wall017, LLC

cc: Timothy Barton via email tbarton@jmjdevelopment.com
Murgan Venkat via email mvenkat.jmj@gmail.com

508 W. Lookout, Ste 14 -74 • Richardson, Texas 75080 • Phone: 972-746-9656 • Fax: 888-388-0561 • vance@mcmurrylegal.com

McMurry Law, PLLC
Attorney and Mediation Services

July 1, 2019

*Via electronic mail michael@yding.cn;lynn@yding.cn*
Mr. Michael Fu
President
Platinum Investments, Inc.

RE: Notice of Default - Wall018, LLC (Griffin- 157 acres ("Project"))

Dear Mr. Fu:

As you are likely aware, I represent Wall018, LLC ("Company") including as related to the Project. This letter is being sent to you as written notice of your default of your agreement with the Company to acquiring certain financing for the Company as related to the Project in the amount of $5,625,000.00 which was due on 4 May 2019 ("Due Date"). As of the date of this notice, the Company has only received $2,668,301.00 which results in a shortfall of $2,956,699.00 ("Shortfall"). Your failure to raise the necessary funds by the Due Date is a material breach of your agreement with the Company which has resulted in the Company suffering substantial damages including but not limited to defaults of other agreements between the Company and certain third parties, delays in the project, additional and increased costs and expenses, harm to the Company's goodwill and name, etc.

Given your default, the Company is demanding that you remit the Shortfall within five (5) business days to prevent any further damages to the Company. Your failure to remit the Shortfall within such time period will result in the Company terminating its agreement with you and the forfeiture of any amounts which may be owed to you now or in the future and the Company seeking to recover any amounts previously paid to you under the agreement along with all damages incurred by the Company as related to your breach of the agreement. Notwithstanding the receipt of the Shortfall, the Company reserves the right to seek any and all available remedies under the agreement or by law related to the default.

If you have any questions, you may contact me at contact me at 972-746-9656 or at vance@mcmurrylegal.com. Thank you.

Sincerely,

Vance McMurry
Attorney for Wall018, LLC

cc: Timothy Barton via email tbarton@jmjdevelopment.com
Murgan Venkat via email mvenkat.jmj@gmail.com

# McMurry Law, PLLC

Attorney and Mediation Services

July 1, 2019

*Via electronic mail michael@yding.cn;lynn@yding.cn*
Mr. Michael Fu
President
Platinum Investments, Inc.

RE: Notice of Default - Wall019, LLC (Aledo Ranch- 84.71 acres ("Project"))

Dear Mr. Fu:

As you are likely aware, I represent Wall019, LLC ("Company") including as related to the Project. This letter is being sent to you as written notice of your default of your agreement with the Company to acquiring certain financing for the Company as related to the Project in the amount of $3,770,685.00 which was due on 30 June 2019 ("Due Date"). As of the date of this notice, the Company has only received $899,000.00 which results in a shortfall of $2,871,685.00 ("Shortfall"). Your failure to raise the necessary funds by the Due Date is a material breach of your agreement with the Company which has resulted in the Company suffering substantial damages including but not limited to defaults of other agreements between the Company and certain third parties, delays in the project, additional and increased costs and expenses, harm to the Company's goodwill and name, etc.

Given your default, the Company is demanding that you remit the Shortfall within five (5) business days to prevent any further damages to the Company. Your failure to remit the Shortfall within such time period will result in the Company terminating its agreement with you and the forfeiture of any amounts which may be owed to you now or in the future and the Company seeking to recover any amounts previously paid to you under the agreement along with all damages incurred by the Company as related to your breach of the agreement. Notwithstanding the receipt of the Shortfall, the Company reserves the right to seek any and all available remedies under the agreement or by law related to the default.

If you have any questions, you may contact me at contact me at 972-746-9656 or at vance@mcmurrylegal.com. Thank you.

Sincerely,

Vance McMurry
Attorney for Wall019, LLC

cc: Timothy Barton via email tbarton@jmjdevelopment.com
Murgan Venkat via email mvenkat.jmj@gmail.com

# Fax Transmission

**To:** Mr. McMurry

**Fax:** 18883880561

**RE:** Response to Notice of Default

**From:** Nguyen & Chen, LLP

**Date:** 7/11/2019 9:20:02 AM PDT

**Pages:** 3

---

**Comments:**

NGUYEN | CHEN LLP
ATTORNEYS AND COUNSELORS AT LAW

832.767.0339 main
11200 Westheimer Ste 120
Houston, Texas 77042
832.767.0669 fax

July 11, 2019

Vance McMurry, Esq.
McMurry Law, PLLC
508 W. Lookout, Suite 14-74,
Richardson, TX 75080

*Re: Response to Notice of Default- Wall010, LLC, Wall011, LLC, Wall012, LLC, Wall0117, LLC, Wall018, LLC & Wall019, LLC (Collectively, "Wall 010-019 LLC")*

Dear Mr. McMurry:

We are counsels for Michael Fu, Platinum Investments, Corporation. ("PIC") and Silverland Finance Ltd. ("SFL"). Regarding your purported Notice of Default dated July 1, 2019, neither we nor our client are aware of what "agreement" you are referring to. If you can provide us with the written agreement that you believe PIC or SFL have defaulted under, please do so. Otherwise, PIC and SFL deny that any default has taken place.

At present, the only conclusion our clients can draw from your purported Notice of Default is that it is a reaction to Mr. Fu's desire to suspend the principal-agent relationship between "Wall 010-019, LLC" and Wall 007, LLC and Wall 009, LLC ("Wall Entities") on one hand, and our clients on the other hand, in order to assist the Chinese co-lenders who may have claims against the Wall Entities and their related entities including but not limited to Carnegie Development LLC and JMJ Development LLC and their principal, Tim Barton. Regardless of the Notice of Default, our clients intend to continue on this course.

Finally, in light of the foregoing, our clients hereby request that any entities related to the Wall Entities, including without limitation Carnegie Development and JMJ Development and Tim Barton immediately stop holding themselves out to the Chinese co-lenders that they are the representatives of Mr. Fu, PIC and/or SFL. Mr. Fu, PIC and SFL also reserve all rights to pursue any and all claims against those entities and their principal.

Very truly yours,

*/s/ Jiangang Ou*
Jiangang ("James") Ou Esq.
Brian M. Gargano Esq.

Cc: Michael@yding.cn

## TAB C - SCHEDULE OF ACCOUNT-MONTH STATEMENTS NOT INCLUDED AMONG DKT. 308 TRANSACTIONAL EXHIBITS

I, Timothy L. Barton, declare that I reviewed the transactional summaries and materials attached as Exhibits 3 through 27 to the Receiver's Declaration and Interim Report [Dkt. 308]. Based on that review, the schedule below identifies the account-months implicated by those transactional summaries for which a corresponding monthly bank statement does not appear among those exhibits. Account numbers are shown by the last four digits reflected in the exhibits.

| Dkt. 308 Exhibit | Entity | Bank | Acct. (last 4) | Statement Month Not in Record |
|---|---|---|---|---|
| Ex. 3 | JMJKH | CHASE | 3236 | June 2020 |
| Ex. 3 | JMJKH | CHASE | 3236 | July 2020 |
| Ex. 3 | JMJAV | CHASE | 6539 | July 2020 |
| Ex. 3 | JMJAV | CHASE | 6539 | August 2020 |
| Ex. 3 | BM318 | CHASE | 9931 | June 2020 |
| Ex. 3 | BM318 | CHASE | 9931 | July 2020 |
| Ex. 3 | BM318 | CHASE | 9931 | August 2020 |
| Ex. 3 | D4DS | CHASE | 5851 | May 2020 |
| Ex. 3 | D4DS | CHASE | 5851 | June 2020 |
| Ex. 3 | D4DS | CHASE | 5851 | July 2020 |
| Ex. 3 | D4DS | CHASE | 5851 | August 2020 |
| Ex. 3 | D4OP | CHASE | 1720 | June 2020 |
| Ex. 3 | D4OP | CHASE | 1720 | July 2020 |
| Ex. 3 | D4OP | CHASE | 1720 | August 2020 |
| Ex. 3 | D4KL | CHASE | 77 | June 2020 |
| Ex. 3 | D4KL | CHASE | 77 | July 2020 |
| Ex. 3 | D4KL | CHASE | 77 | August 2020 |
| Ex. 3 | D4KL | CHASE | 8525 | June 2020 |
| Ex. 3 | D4KL | CHASE | 8525 | July 2020 |
| Ex. 3 | D4KL | CHASE | 8525 | August 2020 |
| Ex. 9 | Goldmark Hospitality | CHASE | 6928 | October 2018 |
| Ex. 14 | Villita Towers | CHASE | 8167 | January 2022 |
| Ex. 16 | Wall017 | CHASE | 2529 | December 2018 |

| Dkt. 308 Exhibit | Entity | Bank | Acct. (last 4) | Statement Month Not in Record |
|---|---|---|---|---|
| Ex. 16 | Wall016 | CHASE | 1761 | December 2018 |
| Ex. 16 | Wall012 | CHASE | 510 | December 2018 |
| Ex. 20 | JMJ DEV | CAPITAL ONE | 1622 | November 2017 |

**Scope Note:** This schedule reflects a comparison of the transactional summaries in Dkt. 308, Exhibits 3-27, with the monthly bank statements included among those exhibits. It identifies only statements not included in that exhibit set and does not state that a listed statement does not exist or was never produced elsewhere.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 18 August, 2026.

***/s/ Timothy L. Barton***
**Timothy L. Barton**