**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § | |
| ***Defendants,*** | § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § | |
| ***Relief Defendants.*** | § | |

**ORDER GRANTING RECEIVER'S VERIFIED MOTION TO RATIFY SETTLEMENT AGREEMENT WITH SOUTHERN PROPERTIES CAPITAL, LTD., ETC.**

Before the Court is the Receiver's Verified Motion to Ratify Settlement Agreement with Southern Properties Capital, Ltd., etc. (the "Motion"). Having considered the Motion, and all additional briefing, if any, as well as the SEC's agreement with the relief sought in the Motion, the Court is of the opinion that it should be **GRANTED**.

Accordingly, the Court **RATIFIES** the Receiver's Settlement Agreement with Southern Properties Capital, Ltd., etc. and **LIFTS** the Receivership litigation stay [Dkt. 650, ¶¶ 87-89] for

the limited purpose of allowing Southern Properties Capital, Ltd., etc. to seek HUD approval for the TPA or otherwise as necessary to accomplish the transfers contemplated by the Settlement Agreement.

SO ORDERED this ______ day of ____________________, 2026.

______________________________________
BRANTLEY STARR
UNITED STATES DISTRICT COURT JUDGE