**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| *Plaintiff,* | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § | |
| *Defendants,* | § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § | |
| *Relief Defendants.* | § | |

**ORDER APPOINTING APPRAISERS, APPROVING APPRAISALS, AND SETTING HEARING REGARDING APPROVAL OF THE TRANSFER OF ALL RECEIVERSHIP INTEREST IN D4FR, LLC, THE RECORD OWNER OF WINDMILL FARMS**

Before the Court is the Receiver's Motion for Appointment of Appraisers, Approval of Appraisals, Approval Hearing, and of Transfer of all Receivership Interest in D4FR, LLC, the Record Owner of "Windmill Farms" (the "Motion"). Having considered the Motion, the Court is of the opinion that it should be GRANTED.

Accordingly, it is hereby ORDERED that pursuant to 28 U.S.C. § 2001(b) the Court appoints the three appraisers identified in Exhibits B-1, B-2, and B-3 submitted in support of the Motion as qualified disinterested persons for appraisal of the Property owned by D4FR, LLC. The Court further ACCEPTS the three appraisals submitted in Exhibits B-1, B-2, and B-3 as the appraisals required by 28 U.S.C. § 2001(b).

Following the Court's further consideration of the proposed transfer at the hearing scheduled below, if the transfer is approved, the Court additionally AUTHORIZES the Receiver to transfer and to convey title to all membership interests in D4FR, LLC, including Windmill Farms, free and clear of mortgages, liens, claims and encumbrances, save and except the HUD Loan. The Court ORDERS that any claims for payment related to transfer of all Receivership interest in D4FR, LLC, including all Property it owns, save and except the HUD Loan, SHALL BE administered through the Receivership claims process, once established.

IT IS FURTHER ORDERED that on ______________________, 2026, at _____ a.m./p.m., the Court will hear arguments and objections regarding confirmation of the transfer of the membership interests in D4FR, LLC pursuant to the Contract submitted with the Motion. The Court's consideration of the transfer will be contingent on the Receiver publicizing the terms of the proposed transfer prior to the hearing and providing a ten-day window following publication in which anyone objecting to the proposed transfer may submit to the Receiver a bona fide competing offer for the purchase of the membership interests in D4FR, LLC, exceeding the proposed transfer price by at least ten percent (10%).

Any such bona fide offer SHALL BE submitted to the Receiver on the form and include the terms provided in the Bona Fide Competing Offer form attached to the Motion. Any such Bona Fide Competing Offer shall accordingly be accompanied by proof of sufficient funds for a cash

sale, or confirmation of approved financing to allow an immediate closing on the same terms detailed in the Contract submitted with the Motion. Further, any Bona Fide Competing Offers for purchase of all Receivership interest in D4FR, LLC which exceed by ten percent (10%) the Contract sales price of $47,815,802.19 SHALL BE served on the Receiver and filed with the Court not later than two days before the hearing.

Any objections to the proposed sale SHALL be filed no later than ______________________. The Receiver is directed to provide a copy of this Order to Southern Properties Capital, Ltd.

SO ORDERED this ______ day of ____________________, 2026.

__________________________________________
BRANTLEY STARR
UNITED STATES DISTRICT COURT JUDGE