**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| | § | |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § | |
| | § | |
| ***Defendants,*** | § | |
| | § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § | |
| | § | |
| ***Relief Defendants.*** | § | |

**ORDER APPOINTING APPRAISERS, APPROVING APPRAISALS, AND SETTING HEARING REGARDING APPROVAL OF SALE OF PARC AT OPELIKA**

Before the Court is the Receiver's Motion for Appointment of Appraisers, Approval of Appraisals, Approval Hearing, and of Sale of Parc at Opelika (the "Motion"). Having considered the Motion, the Court is of the opinion that it should be GRANTED.

Accordingly, it is hereby ORDERED that pursuant to 28 U.S.C. § 2001(b) the Court appoints the three appraisers identified in Exhibits B-1, B-2, and B-3 submitted in support of the Motion as qualified disinterested persons for appraisal of the Property. The Court further

ACCEPTS the three appraisals submitted in Exhibits B-1, B-2, and B-3 as the appraisals required by 28 U.S.C. § 2001(b).

Following the Court's further consideration of the proposed sale at the hearing scheduled below, if the sale is approved, the Court additionally AUTHORIZES the Receiver to sell and to convey title to the Property free and clear of mortgages, liens, claims and encumbrances, save and except the HUD Loan. The Court ORDERS that any claims for payment related to the Property, save and except the HUD Loan, SHALL BE administered through the Receivership claims process, once established.

IT IS FURTHER ORDERED that on ______________________, 2026, at _____ a.m./p.m., the Court will hear arguments and objections regarding confirmation of the sale of the Property pursuant to the Contract submitted with the Motion. The Court's consideration of the sale will be contingent on the Receiver publicizing the terms of the proposed sale prior to the hearing and providing a ten-day window following publication in which anyone objecting to the proposed sale may submit to the Receiver a bona fide competing offer for the purchase of the Property exceeding the proposed sale price by at least ten percent (10%).

Any such bona fide offer SHALL BE submitted to the Receiver on the form and include the terms provided in the Bona Fide Competing Offer form attached to the Motion. Any such Bona Fide Competing Offer shall accordingly be accompanied by proof of sufficient funds for a cash sale, or confirmation of approved financing to allow an immediate closing on the same terms detailed in the Contract submitted with the Motion. Further, any Bona Fide Competing Offers for purchase of the Property which exceed by ten percent (10%) the Contract sales price of $29.486,932.23 SHALL BE served on the Receiver and filed with the Court not later than two days before the hearing.

Any objections to the proposed sale SHALL be filed no later than ______________________. The Receiver is directed to provide a copy of this Order to Southern Properties Capital, Ltd.

SO ORDERED this ______ day of ____________________, 2026.

____________________________________
BRANTLEY STARR
UNITED STATES DISTRICT COURT JUDGE