**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| | § | |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § | |
| | § | |
| ***Defendants,*** | § | |
| | § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § | |
| | § | |
| ***Relief Defendants.*** | § | |

**AMENDED APPENDIX IN SUPPORT OF RECEIVER'S MOTION FOR APPOINTMENT OF APPRAISERS, APPROVAL OF APPRAISALS AND A HEARING REGARDING APPROVAL OF SALE OF WINDMILL FARMS**

Respectfully submitted,

By: */s/ Charlene C. Koonce*

Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfoxlaw.com
James F. Hopper
Texas Bar No. 24116535
jimmy@brownfoxlaw.com
BROWN FOX PLLC
2699 Howell St., Suite 500
Dallas, TX 75204
Tel. 214.327.5000
Fax. 214.327.5001

*Attorneys for Receiver Cortney C. Thomas*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

| EXHIBIT | DESCRIPTION | APP PAGES |
|---|---|---|
| A | Declaration of Cortney C. Thomas | APP001-004 |
| A-1 | Settlement Agreement | APP005-019 |
| A-2 | Member Purchase Agreement | APP020-027 |
| A-3 | Integra Realty Resources Appraisal Report for Parc at Windmill Farms | APP028-204 |
| A-4 | National Valuation Consultants Appraisal Report for Parc at Windmill Farms | APP205-346 |
| A-5 | Walker & Dunlop Opinion of Value for Parc at Windmill Farms | APP347-379 |
| A-6 | Bona Fide Competing Offer | APP380-383 |

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| | § | |
| **TIMOTHY BARTON, et al.** | § | |
| | § | |
| ***Defendants.*** | § | |

**DECLARATION OF CORTNEY C. THOMAS**
**IN SUPPORT OF MOTION FOR APPOINTMENT OF APPRAISERS**

1. My name is Cortney C. Thomas. I have personal knowledge of the matters set forth in this Declaration, I am of sound mind, and I am otherwise competent to testify to these matters.

2. I am an attorney licensed to practice law in the State of Texas. I serve as the Receiver appointed in the case referenced above.

3. In connection with a global settlement with Southern Properties Capital, Ltd., ("SPC"), on August 19, 2026, I entered into a Member Purchase Agreement ("MPA") to sell the membership interests in D4FR, LLC, which owns Receivership Property located at 1003 Windmill Farms Boulevard, Forney, Texas (the "Property"). The sale of these membership interests to SPC or one of its designated affiliates is in exchange for total compensation of forty-seven million, eight hundred fifteen thousand, eight hundred and two dollars and nineteen cents ($47,815,802.19).

4. A copy of the global Settlement Agreement is attached as Exhibit A-1. *App*. pp. 005-019.

5. With the exception of the provisions related to D4OP, the settlement does not include the sale of real estate. Although not required by the Court's Order Governing the

Administration of the Estate,[1] in an abundance of caution, the parties nonetheless have sought ratification of the global settlement and through separate motions, also demonstrate that each component transfer contemplated by the Settlement Agreement satisfies 28 U.S.C. § 2001 (the "Statute").

6. Attached hereto as Exhibit A-2 is a true and correct copy of the MPA, dated August 19, 2026 between SPC and myself, as Receiver over the membership interests in D4IN (the "Contract"). *App.* pp. 020-027.

7. Neither SPC nor any of its affiliates are related to or controlled by any of the parties to this lawsuit, and are not related to, nor controlled by me, or any of my agents, employees, or attorneys.

8. In accordance with the Court's Administration Order, Dkt. 63, I obtained three independent appraisals or broker's opinions of value regarding the Property, which is the only meaningful asset owned by D4FR.

9. Attached hereto as Exhibit A-3 is a true and correct copy of an appraisal issued by Stone Berger and Jimmy H. Mackson of Integra Realty Resources and dated as of December 11, 2025. *App.* pp. 028-204.

10. Attached hereto as Exhibit A-4 is a true and correct copy of an appraisal issued by National Valuation Consultants, Inc. and dated as of November 26, 2025. *App.* pp. 205-345.

11. Attached hereto as Exhibit A-5 is a true and correct copy of a Broker Opinion of Value issued by Walker & Dunlop and is dated as of August 25, 2025. *App.* pp. 346-378.

12. Attached hereto as Exhibit A-6 is a true and correct copy of a form for Bona Fide Competing Offers. *App.* pp. 379-382.

---

[1] Dkt. 63.

I declare under penalty of perjury that the foregoing is true and correct.

August 21, 2026.

*/s/ Cortney C. Thomas*
CORTNEY C. THOMAS

# EXHIBIT A-1

# SETTLEMENT AND RELEASE AGREEMENT

This Settlement Agreement (the "**Settlement Agreement**") is made and entered into this 18th day of August, 2026, by and between Southern Properties Capital, Ltd. (along with its Permitted Assigns) ("**SPC**") and Cort Thomas in his role as court-appointed receiver on behalf of the Receivership Entities[1] (the "**Receiver**" and together with SPC the "**Parties**") in *Securities and Exchange Commission v. Timothy Barton et. al.*, Case No. 3:22-cv-2118-X (the "**Receivership Case**"), pending before Judge Starr in the United States District Court for the Northern District of Texas, Dallas Division (the "**Court**").

## RECITALS

**WHEREAS**, Timothy Barton ("**Barton**") created separate "D4" entities: D4DS, LLC, D4FR, LLC, D4IN, LLC and D4OP, LLC (collectively the "**D4 Entities**");

**WHEREAS**, the D4 Entities borrowed money (the "**HUD Loans**") from the United States Department of Housing and Urban Development ("**HUD**") to purchase the real estate and begin development of the following apartment complexes: Bellwether Ridge in DeSoto, Texas ("**Bellwether Ridge**"), the Parc at Windmill Farms in Forney, Texas ("**Windmill Farms**"), the Parc at Ingleside near Corpus Christi, Texas ("**Ingleside**"), and the Parc at Opelika in Opelika, Alabama ("**Opelika**") (individually, a "**D4 Property**" or a "**Complex,**" and collectively, the "**D4 Properties**" or the "**Complexes**");

**WHEREAS**, the deed for Bellwether Ridge reflects D4DS, LLC as the record owner, which in turn has the following ownership structure: JMJD4, LLC (98.5%), JMJAV, LLC (1%), and N.E. Construction, LLP (0.5%);

**WHEREAS**, the deed for Windmill Farms reflects D4FR, LLC as the record owner, which in turn has the following ownership structure: JMJD4, LLC (98.5%), JMJAV, LLC (1%), and N.E. Construction, LLP (0.5%);

**WHEREAS**, the deed for Ingleside reflects D4IN, LLC as the record owner, which in turn has the following ownership structure: JMJD4, LLC (98.75%), JMJAV, LLC (1%), and AXIA Contracting, LLC (0.25%);

**WHEREAS**, the deed for Opelika reflects D4OP, LLC as the record owner, which in turn has the following ownership structure: D4OPM, LLC (98.75%), ONE MF D4, LLC (1%), and Bakken Contracting Co. LLC dba BC Contracting Co. (0.25%);

**WHEREAS**, SPC and certain Barton-controlled entities, including the entities referenced above that own the vast majority of the membership interests in the D4 Entities, entered into Promissory Notes, Pledge and Security Agreements and other loan documents related to each of the Complexes (collectively, the "**SPC Loan Documents**"), pursuant to which SPC loaned money to those entities for the purpose of purchasing the land and developing and constructing the Complexes (the "**SPC Debt**"). Furthermore, pursuant to the SPC Loan Documents, SPC was

[1] "**Receivership Entities**" includes all entities subject to administration in the Receivership Case including, but not limited to, those entities identified in the Order Appointing Receiver [Dkt. 417].

assigned the right to convert the SPC Debt on Bellwether Ridge, Windmill Farms, and Ingleside into membership interests in the D4 Entities that held the legal title to the Complexes upon written notice from SPC (the "**Conversion Rights**"), and that the membership interests of D4OPM, LLC and ONE MF D4, LLC in D4OP, LLC (totaling 99.75%) shall be assigned to SPC, upon written notice from SPC (the "**Assignment Rights**");

**WHEREAS**, on or about October 3, 2022, SPC sent notice of its intent to exercise the Conversion Rights in the SPC Loan Documents for the Bellwether Ridge, Windmill Farms, and Ingleside Complexes, and has since indicated it intended to exercise its Assignment Rights for the Opelika Complex but–for a court-ordered stay;

**WHEREAS**, on October 18, 2022, the Court entered an Order Appointing Receiver [Dkt. 29] in the Receivership Case, pursuant to which the Receiver was appointed as Receiver over each of the D4 Entities and each of the Barton entities that own the membership interests in the D4 Entities (the "**Initial Receivership Order**");

**WHEREAS**, on February 22, 2023, the Receiver filed a motion to approve the sale of two of the D4 Properties, Bellwether Ridge and Windmill Farms (Dkts. 161, 164), seeking authorization to sell those Complexes free and clear of any claim by SPC, arguing that SPC was entitled to receive reimbursement for the SPC Debt only as an investor or creditor to the extent of any unpaid loans or fees owed to it by any Receivership Entities;

**WHEREAS**, SPC responded by filing a Complaint in Intervention [Dkt. 184] (the "**Motion to Intervene**"), which the Court stayed pending completion of a "summary proceeding" [Dkt. 217];

**WHEREAS**, on April 13, 2023, the Receiver filed a Motion for Summary Judgment Regarding Southern Properties Capital, Ltd.'s Claimed Ownership Interest in Certain Receivership Properties ("**Receiver's Motion for Summary Judgment**") [Dkt. 207], in response to which SPC filed a lengthy Response [Dkt. 247] (the "**SPC Response**"), all of which the Court stayed along with all related deadlines after the Fifth Circuit vacated the Initial Receivership Order, and then dismissed without prejudice all other pending motions, including SPC's Motion to Intervene [Dkt. 306];

**WHEREAS**, after the Fifth Circuit remanded the case for further proceedings, on September 7, 2023, the SEC filed its Motion for Appointment of a Receiver, for a Preliminary Injunction and Ancillary Relief, and to Lift Stay for Limited Purpose [Dkt. 309] (the "**Second Motion to Appoint Receiver**")

**WHEREAS**, on October 2, 2023, SPC filed a Motion for Intervention and a response in opposition to SEC's Second Motion to Appoint Receiver [Dkt. 327];

**WHEREAS**, the Court denied without prejudice SPC's Motion for Intervention and ordered that SPC may refile its motion after the Court resolved the SEC's Second Motion to Appoint Receiver [Dkt. 343];

**WHEREAS**, on November 29, 2023, the District Court entered its (1) Memorandum Opinion and Order [Dkt. 416], which granted the SEC's Second Motion to Appoint Receiver as to

54 of the 82 entities included in the motion; (2) an Order Appointing Receiver (the "**Second Receivership Order**") [Dkt. 417], which re-appointed the Receiver over each of the D4 Entities and all of the Barton entities that own the membership interests in each of the D4 Entities, except for the Barton entities that own the membership interests in D4OP, LLC;

**WHEREAS**, the Fifth Circuit Court of Appeals affirmed the Second Receivership Order on April 17, 2025 and subsequently denied a Motion for Rehearing;

**WHEREAS**, on October 14, 2025, Barton filed a Petition for a Writ of Certiorari with the U.S. Supreme Court in connection with the Fifth's Circuit affirmance of the Second Receivership Order (the "**Petition for Writ**"), which was denied by the U.S. Supreme Court on March 20, 2026;

**WHEREAS**, the Receiver contends that SPC has not effectively exercised its Conversion Rights or Assignment Rights, and therefore, SPC is not entitled to extract the D4 Properties from the Receivership;

**WHEREAS**, SPC disputes the contention that it has not effectively exercised its Conversion Rights and the Receiver's characterization of SPC as a mere lender or investor, and asserts that it is the equitable owner of the D4 Entities and/or the Complexes, having provided the land on which the Complexes were built and substantial funding for the projects and managed their development, construction and operations;

**WHEREAS**, SPC contends that none of the D4 Entities should have been included as Receivership Entities because it asserts (1) the D4 Entities have only a tangential connection to Barton; (2) very little, if any, investor funds are directly traced into the D4 Entities; and, (3) the investor funds were not used to develop, construct, or operate the D4 Properties;

**WHEREAS**, SPC also asserts (1) that it exercised its Conversion Right for three of the four Complexes before the Receiver was appointed, and argues that the Receiver is disregarding SPC's ownership rights, and that the Receiver's proposed sales would cause significant and irreparable harm to SPC because real property is inherently unique; (2) that SPC does not want to sell the Complexes it claims to have developed; (3) that SPC is entitled to specific performance of its Conversion Rights and Assignment Rights; and (4) that mere economic damages are not adequate to compensate SPC for its interests in such real property;

**WHEREAS**, SPC further claims that it is an innocent third party, not involved in the alleged fraudulent scheme conducted by Timothy Barton, and has received no payments from Barton, and that SPC's business model with respect to the D4 Properties was legitimate because SPC and Barton's original intent was for SPC to manage construction during project development and provide property management once leased, SPC was transparent in SEC and state-level filings, which disclosed SPC's intent to convert the debt to equity, and SPC was fully compliant with HUD regulations, which do not prohibit developers from agreeing to the sale of HUD-financed projects;

**WHEREAS**, the Receiver disputes each of SPC's arguments and contentions, and asserts among other arguments, that for a variety of reasons, all Pledge and Security Agreements are executory and can therefore be rejected by the Receiver, that SPC has unclean hands with regard to the transactions at issue, and that SPC should be treated as a creditor with respect to each of the Complexes;

**WHEREAS,** the Parties recognize that litigation to fully and finally resolve the claims and contentions of each will take many years, cost both sides a significant amount in attorney's fees, and result in continuing risk and uncertainty for both Parties and the Complexes and their management, all in the context of an uncertain real estate market;

**WHEREAS**, the Parties stipulate that Bellwether Ridge is currently worth approximately $27,283,333.33,[2] has an outstanding HUD Loan balance of approximately $16,979,078.75, and has an outstanding SPC Loan balance of $4,587,193.66, including accrued interest, as of June 30, 2026;

**WHEREAS**, the Parties stipulate that Parc at Windmill Farms is currently worth approximately $51,833,333.33,[3] has an outstanding HUD Loan balance of approximately $33,534,994.15, and has an outstanding SPC Loan balance of $9,809,312.03, including accrued interest, as of June 30, 2026;

**WHEREAS**, the Parties stipulate that Parc at Ingleside is currently worth approximately $27,250,000.00,[4] has an outstanding HUD Loan balance of approximately $23,708,803.94, and has an outstanding SPC Loan balance of $4,872,181.43, including accrued interest, as of June 30, 2026;

**WHEREAS**, the Parties stipulate that Parc at Opelika is currently worth approximately $32,070,000.00,[5] has an outstanding HUD Loan balance of approximately $21,879,316.64, and has an outstanding SPC Loan balance of $4,783,527.98, including accrued interest, as of June 30, 2026;[6]

**WHEREAS**, as of June 30, 2026, Sunridge Management Group, Inc. (the "**Property Manager**") controls the following bank accounts at Huntington Bank in the name of the D4 Entities (collectively, the "**Property Management Accounts**"):

- Bellwether – D4DS
  x9784 operating
  x9797 security deposit
  x3165 interest

- Parc at Windmill – D4FR
  x9483 operating

[2] The estimate of value for Bellwether Ridge is the average between the Broker Opinion of Value ("BOV") of National Valuation Consultants, Inc. ("NVC") ($28,000,000), Integra Realty Resources ("IRR") ($23,300,000), and Walker & Dunlop's Strike Price ($30,550,000).
[3] The estimate of value for Parc at Windmill Farms is the average between the BOV of NVC ($49,500,000), IRR ($48,200,000), and Walker & Dunlop's Strike Price ($57,800,000).
[4] The estimate of value for Parc at Ingleside is the average between the BOV of NVC ($25,000,000), IRR ($24,500,000), and Walker & Dunlop's Strike Price ($32,250,000).
[5] The estimate of value for Parc at Opelika is the average between the BOV of NVC ($31,000,000), IRR ($32,360,000), and Walker & Dunlop's Strike Price ($32,850,000).
[6] The Receiver received other BOVs for the D4 Properties in the initial months of the Receivership Case; however, the estimates of value for the D4 Properties provided herein are limited to the averages of the three most recent BOVs provided to the Receiver.

x9496 security deposit
x3136 interest

- Parc at Ingleside – D4IN
  x9810 operating
  x9836 security deposit
  x3178 interest

- Parc At Opelika – D4OP
  x0398 operating
  x0408 security deposit
  x3110 interest

**WHEREAS**, as of June 30, 2026, the Receiver controls the following bank account at Huntington Bank in the name of D4OP, LLC (the "**Receiver Account**"):

- D4OP LLC in Receivership (x7315);

**WHEREAS**, the Parties also dispute ownership of the Property Management Accounts and the Receiver Account;

**WHEREAS**, on September 4, 2025, the Parties mediated their disputes in good faith before retired United States Bankruptcy Judge Harlin Hale (the "**Mediation**") and reached an agreement in principle, subject to final documentation of the agreement that is set forth herein. During the Mediation, the Parties, with the assistance of Judge Hale, negotiated extensively at arm's length and in good faith and now desire to enter into this Settlement Agreement to fully resolve and settle all disputes and issues between the Parties regarding the D4 Properties, D4 Entities, HUD Loans, the Pledge and Security Agreements, the Conversion Rights, and the Assignment Rights, all claims and causes of action that could be asserted by SPC against the Receiver and Receivership Entities, and all claims and causes of action that could be asserted by the Receiver and Receivership Entities against SPC;

**NOW, THEREFORE,** in consideration of the mutual covenants and agreements contained herein, and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and subject to Court Ratification (defined below), the Parties agree as follows:

1. Incorporation of Recitals. The above recitals are incorporated into and made a substantive part of this Settlement Agreement.

**Payments by SPC**

2. Settlement Payment. SPC shall pay to the Receiver $12,000,000 in full and final settlement of any and all claims between the Parties (the "**Settlement Payment**") pursuant to the terms of this Settlement Agreement, payable as follows:

a. Within seven (7) days of the satisfaction of the Condition Precedent set forth in paragraph 6(a) below, SPC shall make a one-time payment of $9,175,912.39 to a separate interest-bearing account held by the Receiver (the "**Escrow Payment**"), which is the total of the allocable share of the Settlement Payment attributable to Transfer of Interests pursuant to the MPAs for D4DS LLC, D4FR LLC and D4IN LLC referenced in Paragraph 3.[7] Such Escrow Payment shall be held in escrow by the Receiver until thirty (30) days after satisfaction of the Conditions Precedent in paragraph 6(a) and (b). In the event orders which satisfy the Conditions Precedent in paragraphs 6(a) and (b) are entered on different dates, the thirty days shall run from the date of the last order entered.

b. The remaining $2,824,087.61 of the Settlement Payment (the "**Additional Escrow Payment**") shall be paid in accordance with paragraph 6 below as part of the purchase price for the sale of Opelika to SPC.

**Transfer of Interests in D4DS, D4FR, and D4IN**

3. Transfer of Membership Interests. Within fourteen (14) days after the satisfaction or written waiver of the Conditions Precedent set forth in paragraphs 6(a), (b), and (c) below, the Receiver shall transfer to SPC all membership interests held by the Receiver in D4DS LLC (totaling 99.5% of membership interests), D4FR LLC (totaling 99.5% of membership interests), and D4IN LLC (totaling 99.75% of membership interests), pursuant to Membership Purchase Agreements (the "**MPAs**") in the form attached hereto as **Exhibits A, B and C**, or substantially similar agreements if modifications are necessary, respectively (the "**Transfer of Interests**").

**Sale and Transfer of Opelika Property**

4. Within fourteen (14) days after the satisfaction of the Conditions Precedent in paragraphs 6(a), (b) and (d) below, the Receiver shall sell the Opelika Property to SPC (the "Opelika Sale") pursuant to the Purchase and Sale Agreement (the "**PSA**") attached hereto as **Exhibit D,** or a substantially similar agreement if modifications are necessary.

5. Purchase Price, Closing and Transfer of Opelika Property to SPC. Within seven (7) days of the satisfaction of the Conditions Precedent in paragraphs 6(a) and (b), SPC shall deposit the Additional Escrow Payment in a separate interest-bearing account held by the Receiver. Such funds shall be held in escrow by the Receiver until thirty (30) days after satisfaction of the Conditions Precedent in paragraph 6(a) and (b). In the event orders which satisfy the Conditions Precedent in paragraphs 6(a) and (b) are entered on different dates, the thirty days shall run from the date of the last order entered.

---

[7] $2,353,645.97 of the Escrow Payment is attributable to the MPA for D4DS LLC, $4,471,496.01 of the Escrow Payment is attributable to the MPA for D4FR LLC, and $2,350,770.41 of the Escrow Payment is attributable to the MPA for D4IN LLC.

**Conditions Precedent**

6. Conditions Precedent. The Parties agree that the obligations set forth in this Settlement Agreement and Release are subject to and conditioned upon the foregoing, all of which are collectively referred to as the "**Conditions Precedent**":

a. Court Ratification of Settlement Agreement. At the request of SPC and not based on any requirements under the Second Receivership Order or otherwise, the Settlement Agreement is subject to ratification by the Receivership Court ("**Court Ratification**"). Within fourteen (14) days of execution of this Agreement, the Receiver shall file a motion in the Receivership Case seeking ratification of this Settlement Agreement. If Court Ratification of this Settlement Agreement does not occur within 60 days of filing the Motion to Ratify Settlement and Lift Stay, this Agreement shall be null and void, unless otherwise agreed to in writing by the Parties.

b. Court Approval of MPAs under 28 U.S.C. § 2001. Concurrently with the Motion to Ratify the Settlement and Lift Stay, the Receiver shall file separate Motions for Appointment of Appraisers, Approval of Appraisals, Setting of Approval Hearing, and Approval of Sale for each Transfer of Interests and the Opelika Sale (individually a "**Motion for Approval of Sale**" and together the "**Motions for Approval of Sales**"), for the consideration and on the terms set forth in the MPAs and PSA attached hereto as **Exhibits A, B, C and D**. The purchase price for the Receiver's transfer of interests in D4DS, LLC to SPC (the "**D4DS, LLC Transfer**") is $23,919,918.38 (the "D4DS, LLC Transfer Price"), which consists of the HUD loan balance, the SPC loan balance and $2,353,645.97 of the Settlement Payment; the purchase price for the Receiver's transfer of interests in D4FR, LLC to SPC (the "**D4FR, LLC Transfer**") is $47,815,802.19 (the "**D4FR, LLC Transfer Price**"), which consists of the HUD loan balance, the SPC loan balance, and $4,471,496.01 of the Settlement Payment; the purchase price for the Receiver's transfer of interests in D4IN, LLC to SPC (the "**D4IN, LLC Transfer**") is $30,931,755.78 (the "**D4IN, LLC Transfer Price**"), which consists of the HUD loan balance, the SPC loan balance and $2,350,770.41 of the Settlement Payment; and the purchase price for the Receiver's sale of Opelika to SPC (the "**Opelika Sale**") is $29,486,932.23 (the "**Opelika Sales Price**"), which consists of the HUD loan balance, the SPC loan balance, and $2,824,087.61 of the Settlement Payment. The Motions for Approval of the Sales shall provide that the Sales are **not** free and clear of all liens and interests. To the contrary, the Transfer of Interests and the Opelika Sale are expressly subject to the HUD Loans, SPC's Conversion Rights and Assignment Rights, SPC's Debt, SPC's ownership claims, and any UCC liens. Therefore, any purported "bona fide" purchaser offering to pay more than 10 percent of the total consideration set forth in the MPAs and the PSA in accordance with 28 U.S.C. § 2001 shall make any such offer expressly subject to SPC's Conversion Rights, Assignment Rights, and ownership claims with respect to the Interests and the Opelika Property. The Parties agree that a Motion for Approval of the Sale is only necessary for the Opelika Sale, but not

the Transfer of Interests, because membership interests are personal property not subject to 28 U.S.C § 2001. Rather, the Receiver's sale of personal property is governed by 28 U.S.C. § 2004 and the Court's Order Granting Motion for Order Governing Administration of Receivership Estate, Etc., [Dkt. 63]. However, the Parties agree to file Motions for Approval of Sales related to the Transfer of Interests out of an abundance of caution and to avoid any uncertainty or delays. In the event the Court does not grant any of the Motions for Approval of the Sale, SPC at its sole option, may elect to sever and terminate the rights and obligations with respect to such Sale (including the obligation to make the Additional Escrow Payment portion of the Settlement Payment set forth in paragraph 2(b) above if the Motion for Approval of the Opelika Sale is not approved) and consummate the remaining terms of the Settlement Agreement and Sales that have been approved by the Court. In the event a Motion for Sale is denied with respect to any of the Interests or the Opelika Property is not approved by the Court, the portion of the Escrow Payment or the Additional Escrow Payment, as applicable, attributable to the Interests or the Opelika Property for which court approval was denied, shall be returned to SPC.

c. HUD Approval and Transfer of Interests (D4DS, D4FR, and D4IN). Except as provided below regarding payment of the HUD Loans by SPC, the closing and transactions under the MPAs attached hereto as **Exhibits A, B,** and **C,** are subject to final approval of the transfer and assumption of the HUD-based mortgage loans on the Properties titled in the name of D4DS, D4FR and D4IN. Within sixty (60) days after entry of orders approving each respective Motion for Approval of Sale under each MPA (individually a "Sale Approval Order"), SPC shall submit a preliminary HUD approval package to Greystone Funding, LLC ("Greystone"), which is the initial step required to begin the process of seeking approval from HUD ("**HUD Approval**") for a Transfer of Physical Assets ("**TPA**") for Bellwether Ridge, Windmill Farms, and Ingleside. The Receiver shall provide reasonable cooperation and assistance to SPC and Greystone during the TPA process. The TPA application fee and all related costs (including, but not limited to, assumption-related inspections, reports, repair costs, and assumption fees) shall be borne by SPC. In the event HUD Approval is conditioned upon certain undertakings that the Receiver is unable or unwilling to perform, provided that such refusal by the Receiver is not unreasonable, or in the event HUD does not approve the TPA application, within 30 days of HUD's notification that it will not approve the TPA application or, if earlier, within 30 days after the expiration of the HUD Approval Period, at closing, SPC shall pay off the applicable HUD Loan(s) (the "**HUD Payoff**"). Any dispute over the reasonableness of the Receiver's refusal to perform in order to allow for assumption of the HUD Loans shall be resolved through mediation with former Bankruptcy Judge Hale, consistent with Section 24 below. For each respective Sale, SPC shall have twelve (12) months following Greystone's approval and submission of the request for HUD

Approval of the TPA to HUD to obtain HUD Approval of each respective Sale that is the subject of this subparagraph (c) (the "HUD Approval Period").

d. <u>HUD Approval and Transfer of Physical Assets (Opelika Property).</u> Except as provided below regarding payment of the HUD Loans by SPC, the Closing and funding of the Opelika Sale pursuant to the PSA attached hereto as **Exhibit D** is also subject to final approval of the transfer and assumption of the HUD-based mortgage loan on the Opelika Property by SPC (**"Opelika HUD Approval"**). Within sixty (60) days after entry by the Court of an order approving the Opelika Sale (the "Opelika **Sale Approval Order"**), SPC shall submit a preliminary HUD approval package to Greystone Funding, LLC ("Greystone"), which is the initial step required to begin the process of seeking approval from HUD (**"HUD Approval"**) for a Transfer of Physical Assets (**"TPA"**) for Opelika. The Receiver shall provide reasonable cooperation and assistance to SPC and Greystone during the TPA process. The TPA application fee and all related costs (including, but not limited to, assumption-related inspections, reports, repair costs, and assumption fees) shall be borne by SPC. In the event HUD Approval is conditioned upon certain undertakings that the Receiver is unable or unwilling to perform, provided that such refusal by the Receiver is not unreasonable, or in the event HUD does not approve the TPA application, within 30 days of HUD's notification that it will not approve the TPA application or, if earlier, within 30 days after the expiration of the HUD Approval Period, at closing SPC shall pay off the HUD Loan for Opelika (the **"Opelika Payoff"**). Any dispute over the reasonableness of the Receiver's refusal to perform in order to allow for assumption of the HUD Loans shall be resolved through mediation with former Bankruptcy Judge Hale, consistent with Section 24 below. SPC shall have twelve (12) months following Greystone's approval and submission of the request for HUD Approval of the TPA to HUD to obtain the Opelika HUD Approval.

**Additional Provisions**

7. <u>Funds Held in Property Bank Accounts</u>. The Parties agree that in connection with the Transfer of Interests, the Receiver releases any claim to any funds held in Property Management Accounts for the Bellwether Ridge, Windmill Farms and Ingleside Properties, and such Property Management Accounts shall be owned solely by the entities whose Interests are being transferred pursuant to the MPAs attached hereto as **Exhibits A, B and C**. The Parties also agree that in connection with the Opelika Sale, the Receiver releases any claim to any funds held in the Property Management Accounts for the Opelika Property, and shall cooperate with SPC in confirming ownership of such funds by SPC identified in **Exhibit D** contemporaneously with the closing of the Opelika Sale. For the avoidance of doubt, any funds held in the Receiver Account shall be retained by the Receiver and distributed to the Receivership as an excess cash payment within five (5) days of the Parties' execution of this Settlement Agreement.

8. <u>SPC's Settlement Obligations</u>. As provided above, the Parties agree that in consideration for entry into this Settlement Agreement, SPC shall make the Settlement Payment and shall make commercially reasonable efforts to receive HUD Approval. SPC shall also

cooperate with the Receiver to obtain Court Ratification and comply with 28 U.S.C. § 2001 or other applicable statutes and any relevant orders.

9. Receiver's Settlement Obligations. As provided above, the Receiver shall file and use best efforts to obtain Court Ratification of the Motion to Approve Settlement, and Court approval of the Motions for Approval of the Sale of the Complexes. The Receiver shall also cooperate with SPC in the effort to obtain HUD Approvals for the Transfer of Interests and Opelika Sale.

10. Release by the Receiver. Upon execution of the Settlement Agreement, Court Ratification, SPC's payment of the Settlement Amount, and the Receiver's Transfer of Interests, the Receiver, on behalf of himself and all Receivership Entities, including their respective officers, directors, employees, equity holders, affiliates, subsidiaries, parents, predecessors-in-interest, successors-in-interest, assigns, transferees, agents or other representatives or any other party claiming by, through or under the Receivership Entities (the "**Receivership Parties**"), hereby forever irrevocably releases, acquits and discharges SPC and its respective officers, directors, equity holders, affiliates, predecessors-in-interest, successors-in-interests, assigns, transferees, employees, agents, and representatives (collectively, the "**SPC Parties**"), from any and all demands, claims, actions, causes of action, rights, liabilities, obligations, suits, damages, or controversies, whether known or unknown now or in the future regarding or relating to the D4 Properties, D4 Entities, HUD Loans, the Pledge and Security Agreements, the other loan documents related to the SPC Debt or any other issues in dispute between the Receiver and SPC, including but not limited to the claims and issues contained in the Receiver's Motion for Summary Judgment, SPC's Response, and SPC's Motion to Intervene; provided, however, this release shall not release any claims related to the obligations of the Parties under this Settlement Agreement.

11. Release by SPC. Upon execution of the Settlement Agreement, Court Ratification, SPC's payment of the Settlement Amount, and the Receiver's Transfer of Interests, SPC, on behalf of itself and the SPC Parties, hereby forever irrevocably releases, acquits and forever discharges the Receiver and the Receivership Parties, from any and all demands, claims, actions, causes of action, rights, liabilities, obligations, suits, damages, or controversies whether known or unknown, now or in the future, regarding or relating to the D4 Properties, D4 Entities, HUD Loans, the Pledge and Security Agreements, the other loan documents related to the SPC Debt or any other issues in dispute between the Receiver and SPC, including but not limited to the claims and issues contained in the Receiver's Motion for Summary Judgment, SPC's Response, and SPC's Motion to Intervene; provided, however, this release shall not release any claims related to the obligations of the Parties under this Settlement Agreement.

12. Expenses. Each Party shall bear its own attorney's fees and costs in connection with the negotiation, execution, effectuation and approval of this Settlement Agreement.

13. Cooperation. The Parties agree to cooperate in good faith to effectuate the terms and conditions of this Settlement Agreement. The Parties shall take all necessary actions to receive the necessary approvals and prepare all documents necessary to achieve the foregoing, including through any litigation, appeals, or similar legal challenges to ratification or approval of the transactions contemplated by this Settlement Agreement.

14. Entire Agreement. This Settlement Agreement constitutes the entire agreement between the Parties hereto and supersedes and replaces all prior negotiations, proposed or actual agreement or agreements, written or oral, of any nature or substance relative thereto. Neither Party is relying and hereby disclaims reliance on any other representation, omission, or document not expressly contained in this Agreement.

15. Binding Effect. This Settlement Agreement shall be binding on any successors or assigns of the Parties hereto.

16. Representation by Counsel. The Parties acknowledge and understand that they are executing and delivering this Settlement Agreement with full knowledge of any and all rights which they may have with respect to the claims herein settled and released. Each acknowledges that it was represented by and consulted with an attorney of its own choosing before executing and delivering this Settlement Agreement to review this document and the claims being settled and released, and that they had a reasonable and sufficient opportunity to do so.

17. Notices. Unless otherwise specifically provided herein, any notice delivered under this Settlement Agreement shall be in writing addressed to the respective Party as set forth below and may be (a) personally served, (b) sent by overnight courier service or certified or registered United States mail, or (c) transmitted by e-mail, and shall be deemed to have been given (x) if delivered in person, when delivered, (y) if delivered by e-mail, on the date of transmission if transmitted on a business day before 5:00 p.m. (Central time) or, if not, on the next succeeding business day, and (z) if delivered by courier or certified or registered United States mail, when received. Notices shall be addressed as follows:

If to Receiver:

Cort C. Thomas
Brown Fox PLLC
2699 Howell St., Suite 500
Dallas, TX 75204
E-mail: cort@brownfoxlaw.com

With a copy to:

Charlene C. Koonce
James F. Hopper
Brown Fox PLLC
2699 Howell St., Suite 500
Dallas, TX 75204E-mail: charlene@brownfoxlaw.com
E-mail: jimmy@brownfoxlaw.com

If to SPC:

Erik Johnson, President
Southern Properties Capital, Ltd.
Transcontinental Realty Investors, Inc.
American Realty Investors, Inc. and

Pillar Income Asset Management, Inc.
1603 LBJ Freeway, Suite 800
Dallas, Texas 75234
Email: Erik.Johnson@pillarincome.com

With a copy to:

Mitchell Madden
Holmgren Johnson: Mitchell Madden, LLP
12801 N. Central Expressway, Suite 140
Dallas, Texas 75243
(972) 484-7780
Email: mmadden@thelomm.com
Assistant: Shawnte Kinney
Email: skinney@thelomm.com

Douglas J. Buncher
Ferguson Braswell Fraser Kubasta, PC
2500 Dallas Parkway, Suite 600
Plano, Texas 75093
Email: dbuncher@fbfk.law

18. Counterparts. This Settlement Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. The Settlement Agreement shall be final and binding upon execution and delivery of the Settlement Agreement by the Parties. The Parties agree that copies of this Settlement Agreement shall have the same effect and may be accepted with the same authority as the original and that this Settlement Agreement may be executed electronically and in counterparts.

19. Authority. The Parties represent that, subject to Court Ratification, they have the legal right and authority required to compromise and settle all claims under the terms and conditions set forth herein. The Parties also represent that the signatures on behalf of the Parties, or their counsel, to this Settlement Agreement is sufficient, without further approval of third parties, other than Court Ratification, to fully bind such party to the terms hereof, including without limitation, each of the payment obligations and releases set forth herein.

20. Amendments. This Settlement Agreement may only be amended, modified, or supplemented by a separate written document duly executed by authorized representatives of the Parties or their legal successors in interest.

21. Severability. If any provision of this Settlement Agreement shall be held to be invalid or unenforceable, the validity or enforceability of the remaining provisions shall not in any way be affected or impaired thereby, but rather this Settlement Agreement shall be construed as if not containing the invalid or unenforceable provision. However, if such provision is an essential element of this Settlement Agreement, such as the release provisions, then the Parties shall promptly attempt in good faith to negotiate a suitable replacement provision.

22. Jurisdiction and Governing Law. The Parties agree that the Court shall retain exclusive personal and subject matter jurisdiction to enforce the terms of this Settlement Agreement and to decide any claims or disputes that may arise or result from, or be connected with, this Settlement Agreement, or any breach of default hereunder. The Parties agree that a judgment in any such dispute may be enforced in other jurisdictions by suit on the judgment or in any other manner provided by law, and expressly waive any requirement that separate notice be provided before pursuing such judgment. This Settlement Agreement shall be construed in accordance with and governed by the laws of the State of Texas (excluding the laws applicable to conflicts or choice of law).

23. Permitted Assignee. The Receiver acknowledges and agrees that SPC will assign its rights hereunder to enter into and consummate the Purchase and Sale Agreements which are contemplated by this Agreement to Affiliated Single Purpose Entities.

24. Mediation of Disputes. The Partes agree that they will submit any dispute between them arising out of the terms or performance of this Settlement Agreement to former Bankruptcy Judge Hale for mediation. In the event the Parties are unable to resolve such dispute at mediation, the Parties recognize the Court's continuing jurisdiction over this Agreement, the Complexes, all Receivership Entities and Receivership Properties, subject to and without waiver of SPC's contention in the event that this Settlement Agreement is not approved, that the D4 Entities and Complexes should not have been placed into the Receivership.

[SIGNATURE PAGE TO FOLLOW]

**IN WITNESS WHEREOF**, the Parties have executed this instrument on the dates indicated below.

***Executed on this*** 19th ***day of August, 2026***

CORT THOMAS, AS COURT APPOINTED RECEIVER FOR D4DS, LLC, D4FR, LLC, D4IN, LLC, D4OP, LLC, JMJD4, LLC, AND JMJAV, LLC

By: ____________, Receiver

Title: Receiver

***Executed on this ____ day of August, 2026***

SOUTHERN PROPERTIES CAPITAL, LTD.

By: ______________________

Erik Johnson, President

# EXHIBIT A-2

# MEMBERSHIP PURCHASE AGREEMENT

This **MEMBERSHIP PURCHASE AGREEMENT** dated as of the Effective Date, as hereinafter defined is made among **SOUTHERN PROPERTIES CAPITAL, LTD.,** a limited company, or its **Permitted Assigns** ("**Purchaser**") and **D4FR, LLC, a Texas limited liability company** ("**D4FR, LLC**" or "**Seller**").

**WITNESSTH:**

## ARTICLE 1: AGREEMENT FOR PURCHASE AND SALE

1.1 Seller agrees to sell and cause to be conveyed to Purchaser, and Purchaser agrees to purchase the Membership Interests of Seller in **D4FR, LLC**, a Texas limited liability company ("**Company**") which is the record owner on the deed for the real estate on which the apartment project known as Windmill Farms Apartments is located at 1003 Windmill Farms Boulevard, Forney, Dallas County, Texas ("**Property**").

## ARTICLE 2: PURCHASE PRICE

2.1 The consideration (the "**Purchase Price**") for the Membership Interests, which as of June 30, 2026, totals $47,815,802.19,[1] shall consist of the following:

(a) Assumption or satisfaction by Purchaser of the then-unpaid balance of the existing U.S. Department of Housing and Urban Development ("**HUD**") insured loan evidenced by a Promissory Note in the original amount of $36,240,000.00 dated December 1, 2017, from Company to Greystone Funding, LLC ("**Greystone**") (the "**HUD Loan**").

(b) SPC's general release and discharge of Seller, Seller's Parent Entities and all Receivership Entities identified in Dkt. No. 62 from the Receivership,[2] from any and all demands, claims, actions, causes of action, rights, liabilities, obligations, suits, or interests arising out of or relating to any agreement, contract, or conduct from the beginning of time through the closing of this Agreement.

(c) A Cash Payment in the Amount of $4,471,496.01 (the "**Cash Payment**"). The Parties acknowledge that SPC has paid the Cash Payment to Seller and that Seller is holding such payment in escrow pending Court Ratification and Court Approval of this MPA.

## ARTICLE 3: CONDITIONS PRECEDENT TO CLOSING AND FUNDING

3.1 The Closing of this Transaction is Subject to satisfaction of the following Conditions Precedent:

---

[1] The Parties recognize that based on accruing interest and loan payments, the total amount of consideration will change over time and accordingly agree that the agreed total consideration is comprised of the components identified above, regardless of the amount of each such component.

[2] All terms not otherwise defined herein shall have the meaning set forth in the Settlement and Release Agreement by and between SPC and the Receiver dated August 19, 2026.

(a) Within sixty (60) days of Court Approval in the Receivership case of the Settlement and Release Agreement between SPC and the Receiver executed concurrently herewith, and Court Approval of the Receiver's Motion for Approval of the Sale that is the subject of this Agreement under 28 U.S.C. § 2001, SPC shall, in coordination with Greystone, submit an application for a Transfer of Physical Assets ("**TPA**") to seek approval from HUD ("**HUD Approval**") for the assumption of the HUD Loan with respect to the Property. The Receiver shall provide reasonable cooperation and assistance to SPC and Greystone during the TPA process. The TPA application fee and all related costs (including, but not limited to, assumption-related inspections, reports, repair costs, and assumption fees) shall be borne by SPC. In the event HUD Approval is conditioned upon certain undertakings that the Receiver is unable or unwilling to perform, provided that such refusal by the Receiver is not unreasonable, or in the event HUD has failed or refused to approve the TPA Application within the twelve (12) month period commencing upon Greystone's submission of the TPA Application to HUD (the "**HUD Approval Period**"), within 30 days of HUD's notification that it will not approve the TPA application or, if earlier, within 30 days after the expiration of the HUD Approval Period, at closing, SPC shall pay off the applicable HUD Loan(s) (the "**HUD Payoff**").

(b) Purchaser shall at all times have the right to waive any Conditions Precedent, provided that no such waiver shall be effective unless such waiver or waivers are in writing. Any such waiver shall be deemed a release of Seller and any liability of Seller, if any, as a result of the failure of such Condition Precedent.

## ARTICLE 4: CONVERSION RIGHTS

4.1 Any purported "bona fide" purchaser, other than SPC, attempting to pay more than ten (10%) percent of the Purchase Price shall make its offer expressly subject to the conversion rights SPC purports to hold (the "Conversion Rights"). Any such bona fide offer must also include the monetary value of SPC's Debt (as defined below) plus ten (10%) percent of such Debt, at the time the bona fide offer is made.

4.2 The Conversion Rights are delineated in the Pledge and Security Agreement between JMJAV LLC and SPC, pursuant to which SPC loaned money to the Seller for the purpose of purchasing the land and developing and constructing the Property (the "SPC Debt"), and in exchange SPC was assigned the right to convert the SPC Debt into membership interest in the Seller.

## ARTICLE 5: CLOSING DATE AND DELIVERABLES AT CLOSING

5.1 Provided all Conditions Precedent set forth in the Settlement Agreement have been satisfied, the closing (the "Closing") shall occur five (5) Business Days after the later of: (i) the approval by Greystone and HUD of the TPA or; (ii) the expiration of the HUD Approval Period, as referenced in paragraph 3.1(a) above.

5.2 At or prior to the Closing, Seller shall execute and/or deliver the following to Purchaser:

(a) Assignment of Membership Interests.

(b) Keys to all locks and plans and specifications for the Property, if in the possession of Seller, which shall be delivered to Purchaser's representative at the Property.

(c) All transfer documents (the "**Transfer Documentation**") necessary to assume the HUD Loan assumed by Seller.

(d) Organizational and authority documents authorizing this transaction.

(e) Such other documents and instruments as may be required by this Agreement or in order to consummate the transactions described in this Agreement.

(f) A non-foreign (FIRPTA) affidavit for Seller complying with the requirements of Internal Revenue Code Section 1445(f)(3) and the regulations promulgated thereunder.

5.3 At or prior to the Closing, Purchaser shall execute and/or deliver the following to Seller:

(a) The documents reflecting release or cancellation by SPC and any of its assigns, of any demands, claims, actions, causes of action, rights, liabilities, obligations, suits, or interests arising out of or relating to any agreement, contract, or conduct from the beginning of time through the closing of this Agreement owned or claimed by SPC against Seller, Seller's Parent Entities or Related Entities. The Transfer Documentation executed by Purchaser.

(b) Organizational and authority documents authorizing this transaction.

(c) Such other documents and instruments as may be required in this Agreement in order to consummate the transactions described in this Agreement.

## ARTICLE 6: ADJUSTMENTS

6.1 There shall be no prorations for taxes or other expenses at closing.

## ARTICLE 7: NOTICES

7.1 Any notice given or required to be given pursuant to any provision of this Agreement shall be in writing and shall be personally delivered or sent by facsimile, certified U.S. mail, with return receipt requested, or a reputable commercial courier service guaranteeing overnight delivery, and shall be deemed to have been given upon receipt if personally delivered, or, as the case may be, upon transmittal by facsimile with electronic confirmation of receipt, upon deposit in U.S. mail or upon delivery to such commercial courier, with delivery charges prepaid, if sent by such a courier, in either case addressed as follows:

| | |
|---|---|
| To Seller: | D4FR, LLC<br>Cort C. Thomas<br>Brown Fox PLLC<br>2699 Howell Street, Suite 500<br>Dallas, Texas 75204<br>E-mail: cort@brownfoxlaw.com |
| With a copy to: | Charlene C. Koonce<br>James F. Hopper<br>Brown Fox PLLC<br>2699 Howell St., Suite 500<br>Dallas, Texas 75204<br>E-mail: charlene@brownfoxlaw.com<br>E-mail: jimmy@brownfoxlaw.com |
| If to Purchaser: | Erik Johnson, President<br>Southern Properties Capital, Ltd.<br>Transcontinental Realty Investors, Inc.<br>American Realty Investors, Inc. and<br>Pillar Income Asset Management, Inc.<br>1603 LBJ Freeway, Suite 800<br>Dallas, Texas 75234<br>Email: Erik.Johnson@pillarincome.com |
| With a copy to: | Mitchell Madden<br>Holmgren Johnson: Mitchell Madden, LLP<br>12801 N. Central Expressway, Suite 140<br>Dallas, Texas 75243<br>(972) 484-7780<br>Email: mmadden@thelomm.com<br>Assistant: Shawnte Kinney<br>Email: skinney@thelomm.com |
| | Douglas J. Buncher<br>Ferguson Braswell Fraser Kubasta, PC<br>2500 Dallas Parkway, Suite 600<br>Plano, Texas 75093<br>Email: dbuncher@fbfk.law |

7.2 Either party may, by giving notice to the other in the manner set forth above, change the address to which notices shall be sent to it, provided that any such change or address shall be effective three (3) days after it is given.

## ARTICLE 8: ASSIGNMENT

8.1 Purchaser may, without the consent of Seller, assign its rights and interest in this Agreement to a single-purpose entity affiliated, either directly or indirectly, with Purchaser or Transcontinental Realty Investors, Inc., a Nevada corporation (a "**Permitted Assign**").

## ARTICLE 9: MISCELLANEOUS

9.1 The following matters of general application shall apply to this Agreement and control interpretation notwithstanding any provision apparently to the contrary:

(a) This Agreement is binding upon and shall inure to the benefit of the parties hereto, their respective heirs, successors, legal representatives and permitted assigns.

(b) Wherever under the terms and provisions of this Agreement the time for performance falls upon a Saturday, Sunday or legal holiday in the State of Texas, such time for performance shall be extended to the next business day thereafter.

(c) This Agreement may be executed in one or more counterparts, all of which when taken together shall constitute one and the same agreement.

(d) If any term or provision of this Agreement shall be held to be illegal, invalid, unenforceable or inoperative as a matter of law, the remaining terms and provisions of this Agreement shall not be affected thereby, but each such remaining term and provision shall be valid and shall remain in full force and effect.

(e) This Agreement and the other writings referred to in, or delivered pursuant to, this Agreement (including that certain Settlement and Release Agreement dated August 19, 2026, between Purchaser and Cort Thomas in his role as Court-appointed Receiver on behalf of the Receivership Entities (as that term is defined therein) in the Receivership (as that term is defined therein)), embody the entire understanding and contract between the parties hereto with respect to the Property and supersede any and all prior agreements and understandings between the parties hereto, whether written or oral, formal or informal, with respect to the subject matter of this Agreement. This Agreement has been entered into after full investigation by each party and its professional advisors, and neither party is relying upon any statement, representation or warranty made by or on behalf of the other which is not expressly set forth in this Agreement.

(f) No extensions, changes, waivers, modifications or amendments to or of this Agreement, of any kind whatsoever, shall be made or claimed by Seller or Purchaser, and no notices of any extension, change, waiver, modification or amendment made or claimed by Seller or Purchaser shall have any force or effect whatsoever, unless the same is contained in writing and is fully executed by the party against whom such matter is asserted.

(g) This Agreement shall be governed and interpreted in accordance with the laws of the State where the Property is located.

(h) Purchaser shall pay all charges regarding this transfer with the exception of attorney's fees. Each party hereto shall pay all charges specified to be paid by them pursuant to

the provisions of this Agreement and their own attorney's fees in connection with the negotiation, drafting and closing of this Agreement.

(i) Purchaser and Seller agree that this Agreement has been entered into solely for the benefit of Purchaser and its Permitted Assign and Seller and no other person or entity, it being the intention of Purchaser and Seller that no person or entity not a party to this Agreement shall have any right or standing to (a) bring any action against Purchaser or Seller based on this Agreement, or (b) assume that any provision of this Agreement will be enforced or remain unmodified or unwaived, or (c) assert that it or he is or should be or was intended to be a beneficiary or any provision of this Agreement.

*[Signature page to follow]*

**IN WITNESS WHEREOF,** the parties hereto have caused this Agreement to be executed in their names by their respective duly authorized representatives as of the day and year first above written.

Seller:

**D4FR, LLC,**
a Texas limited liability company

**By: JMJD4, LLC**
a Delaware limited liability company

Cort Thomas, Receiver
**By and through its Receiver, Cort Thomas**

**By: JMJAV, LLC**
a Texas limited liability company

Cort Thomas, Receiver
**By and through its Receiver, Cort Thomas**

Date: 8/19/26

Purchaser:

**SOUTHERN PROPERTIES CAPITAL, LTD.**

By: [signature]
Name: Erik L. Johnson
Title: President
Date: 8/19/26

# EXHIBIT A-3

Integra Realty Resources
Dallas

# Appraisal of Real Property

**Parc at Windmill Farms**
Multifamily Property
1003 Windmill Farms Boulevard
Forney ETJ, Kaufman County, Texas 75126

**Prepared For:**
D4DS, LLC, D4FR, LLC, D4IN, LLC, D4OP, LLC

**Date of the Report:**
December 11, 2025

**Report Format:**
Appraisal Report

**IRR - Dallas**
File Number: 191-2025-1343

# Subject Photographs





**Parc at Windmill Farms**
1003 Windmill Farms Boulevard
Forney ETJ, Texas

# Aerial Photograph



Integra Realty Resources
Dallas

1100 Mira Vista Boulevard
Suite 300
Plano, TX, 75093

T 972.881.7191
F 972.733.1403
www.irr.com

December 11, 2025

Mr. Cort Thomas, Receiver
D4DS, LLC, D4FR, LLC, D4IN, LLC, D4OP, LLC
8111 Preston Road, Suite 300
Dallas, Texas 75225

SUBJECT: Market Value Appraisal
Parc at Windmill Farms
1003 Windmill Farms Boulevard
Forney ETJ, Kaufman County, Texas 75126
IRR - Dallas File No. 191-2025-1343

Dear Mr. Cort Thomas:

Integra Realty Resources – Dallas is pleased to submit the accompanying appraisal of the referenced property. The purpose of the appraisal is to develop the following opinions of value:

> The market value as is of the fee simple interest in the subject property as of the effective date of the appraisal, December 10, 2025

The client for the assignment is D4DS, LLC, D4FR, LLC, D4IN, LLC, D4OP, LLC. The client and intended user is D4DS, LLC, D4FR, LLC, D4IN, LLC, D4OP, LLC. The intended use of the report is for HUD loan underwriting purposes. No other party or parties may use or rely on the information, opinions, and conclusions contained in this report.

The subject is a "Class A" garden style/low rise multifamily property containing 272 apartment units for a combined rentable area of 279,648 square feet. The property offers one bedroom, two bedroom and three bedroom floorplans with an average unit size of 1,028 square feet. The improvements were constructed in 2019 and are rated as average quality and condition, consisting of 17 residential buildings, each being two/2 stories. The property also offers two/2 clubhouse buildings that house the property amenities, such as the swimming pool and fitness center. The improvements are 91% occupied as of the effective date of appraisal. The subject's total site area is 18.45 acres, or 803,726 square feet.

The appraisal conforms to the Uniform Standards of Professional Appraisal Practice (USPAP), the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute, applicable state appraisal regulations, and the appraisal guidelines of D4DS, LLC, D4FR, LLC, D4IN, LLC, D4OP, LLC. The appraisal is also prepared in accordance with the appraisal regulations issued in connection with the Financial Institutions Reform, Recovery and Enforcement Act (FIRREA).

Standards Rule 2-2 (Content of a Real Property Appraisal Report) contained in the Uniform Standards of Professional Appraisal Practice (USPAP) requires each written real property appraisal report to be prepared as either an Appraisal Report or a Restricted Appraisal Report. This report is prepared as an Appraisal Report as defined by USPAP under Standards Rule 2-2(a), and incorporates practical explanation of the data, reasoning, and analysis that were used to develop the opinion of value.

Based on the valuation analysis in the accompanying report, and subject to the definitions, assumptions, and limiting conditions expressed in the report, the concluded opinions of value are as follows:

**Value Conclusion**

| Value Type & Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
|---|---|---|---|
| Market Value As Is | Fee Simple | December 10, 2025 | $48,200,000 |

**Extraordinary Assumptions and Hypothetical Conditions**

The value conclusions are subject to the following extraordinary assumptions. An extraordinary assumption is an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions.

1. Land area was obtained via Kaufman County Appraisal District and is assumed to be accurate. The rentable area was obtained via an owner provided rent roll, which is also assumed to be accurate.
2. Of the 272 total apartment units, three/3 were inspected. It is assumed the quality and condition of the remaining units are consistent with that of the units that were observed.

The value conclusions are based on the following hypothetical conditions. A hypothetical condition is a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

1. None

The use of any extraordinary assumption or hypothetical condition may have affected the assignment results.

The opinions of value expressed in this report are based on estimates and forecasts which are prospective in nature and subject to considerable risk and uncertainty. Events may occur which could cause the performance of the property to differ materially from the estimates contained herein, such as changes in the economy, interest rates, capitalization rates, financial strength of tenants, and behavior of investors, lenders, and consumers. Additionally, the concluded opinions and forecasts are based partly on data obtained from interviews and third party sources, which are not always completely reliable. Although the findings are considered reasonable based on available evidence, IRR is not responsible for the effects of future, unforeseen occurrences.

If you have any questions or comments, please contact the undersigned. Thank you for the opportunity to be of service.

Respectfully submitted,

**Integra Realty Resources - Dallas**

Stone Berger
Senior Director
Texas Certified General Real Estate Appraiser
TX 1381099 G
Telephone: 469.294.2930
Email: sberger@irr.com

Jimmy H. Jackson, MAI
Senior Managing Director
Texas Certified General Real Estate Appraiser
TX 1324004 G
Telephone: 972.725.7724
Email: jhjackson@irr.com

# Table of Contents


**Quality Assurance** **1**

**Executive Summary** **2**

**Identification of the Appraisal Problem** **4**
Subject Description 4
Sale History 4
Pending Transactions 4
Appraisal Purpose 5
Value Type Definitions 5
Appraisal Premise Definitions 5
Property Rights Definitions 6
Client and Intended User(s) 6
Intended Use 6
Applicable Requirements 6
Report Format 6
Prior Services 7
Appraiser Competency 7

**Scope of Work** **8**

**Economic Analysis** **10**
Kaufman County Area Analysis 10
Surrounding Area Analysis 19
Multifamily Market Analysis 27
    Class A Multifamily Overview 30

**Property Analysis** **41**
Land Description and Analysis 41
Improvements Description and Analysis 47
Real Estate Taxes 67
Highest and Best Use 68

**Valuation** **70**
Valuation Methodology 70
Sales Comparison Approach 71
    Analysis and Adjustment of Sales 75
    Property Adjustments 77
    Value Indication 80
Income Capitalization Approach 81
    Apartment Occupancy and Rental Rates 82
    Market Rent Analysis 83
    Stabilized Income and Expenses 92
    Capitalization Rate Selection 101
    Direct Capitalization Analysis 103
Reconciliation and Conclusion of Value 104
    Exposure Time 105
    Marketing Period 105

**Certification** **106**

**Assumptions and Limiting Conditions** **108**

**Addenda**
A. Appraiser Qualifications
B. IRR Quality Assurance Survey
C. Financials and Property Information
D. Comparable Data
    Improved Sales
    Apartment Rent Surveys
E. Engagement Letter

# Quality Assurance

## IRR Quality Assurance Program

At IRR, delivering a quality report is a top priority. Integra has an internal Quality Assurance Program in which managers review material and pass an exam in order to attain IRR Certified Reviewer status. By policy, every Integra valuation assignment is assessed by an IRR Certified Reviewer who holds the MAI designation, or is, at a minimum, a named Director with at least ten years of valuation experience.

This quality assurance assessment consists of reading the report and providing feedback on its quality and consistency. All feedback from the IRR Certified Reviewer is then addressed internally prior to delivery. The intent of this internal assessment process is to maintain report quality.

## Designated IRR Certified Reviewer

The IRR Certified Reviewer who provided the quality assurance assessment for this assignment is Jimmy H. Jackson, MAI. An internal quality assurance assessment was conducted by an IRR Certified Reviewer prior to delivery of this appraisal report. This assessment should not be construed as an appraisal review as defined by USPAP.

# Executive Summary

| | | |
|---|---|---|
| Property Name | Parc at Windmill Farms | |
| Address | 1003 Windmill Farms Boulevard<br>Forney ETJ, Kaufman County, Texas 75126 | |
| Property Type | Multifamily | |
| Owner of Record | D4FR, LLC | |
| Tax ID | 8214 | |
| Legal Description | Lot 1, Block A, Parc at Windmill Farms Addition to the City of Forney, Kaufman County, Texas | |
| Land Area | 18.45 acres; 803,726 SF | |
| Number of Multifamily Units | 272 | |
| Total Rentable Area | 279,648 SF | |
| Percent Leased | 91% | |
| Year Built | 2019 | |
| Zoning Designation | ETJ, Extraterritorial Jurisdiction | |
| Highest and Best Use - As if Vacant | Multifamily use | |
| Highest and Best Use - As Improved | Continued multifamily use | |
| Exposure Time; Marketing Period | 3 - 6 months; 3 - 6 months | |
| Effective Date of the Appraisal | December 10, 2025 | |
| Date of the Report | December 11, 2025 | |
| Property Interest Appraised | Fee Simple | |
| Market Value Indications | | |
| Cost Approach | Not Used | |
| Sales Comparison Approach | $48,140,000 | ($176,985/Unit) |
| Income Capitalization Approach | $48,220,000 | ($177,279/Unit) |
| Market Value Conclusion | $48,200,000 | ($177,206/Unit) |

The values reported above are subject to the definitions, assumptions, and limiting conditions set forth in the accompanying report of which this summary is a part. No party other than D4DS, LLC, D4FR, LLC, D4IN, LLC, D4OP, LLC may use or rely on the information, opinions, and conclusions contained in the report. It is assumed that the users of the report have read the entire report, including all of the definitions, assumptions, and limiting conditions contained therein.

## Extraordinary Assumptions and Hypothetical Conditions

The value conclusions are subject to the following extraordinary assumptions. An extraordinary assumption is an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser’s opinions or conclusions.

1. Land area was obtained via Kaufman County Appraisal District and is assumed to be accurate. The rentable area was obtained via an owner provided rent roll, which is also assumed to be accurate.
2. Of the 272 total apartment units, three/3 were inspected. It is assumed the quality and condition of the remaining units are consistent with that of the units that were observed.

The value conclusions are based on the following hypothetical conditions. A hypothetical condition is a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

1. None

The use of any extraordinary assumption or hypothetical condition may have affected the assignment results.

## Strengths, Weaknesses, Opportunities, Threats (SWOT Analysis)

The analyses presented in this report consider the internal strengths and weaknesses of the subject property, as well as opportunities and external threats. The overall valuation influences are summarized in the following table.

### Valuation Influences

**Strengths**

- The submarket's vacancy rate is 6.3%, which is less than the metro average of 9.4%.
- Average free rent in the subject property's submarket (0.2 months) is less than the free rent for the metro area (0.7 months).

**Weaknesses**

- The Mesquite/Seagoville/Forney submarket is ranked as one of the smaller submarkets within the Dallas metro area, representing 1.8% of the unit inventory.
- The submarket's asking rent is $1,148/unit, which is less than the metro average of $1,612/unit.

**Opportunities**

- Four-year forecasts project a vacancy rate of 4.3% for the submarket, representing a decrease of 200 bps by year-end 2029.
- The subject property has the opportunity to continue implementing rental rate increases, as supported by current market conditions.

**Threats**

- Inflation has risen in the past year as the economy recovers from the pandemic economic shutdowns and demand shocks. This may tend to inflate operating costs diminishing profit on the project.
- In response to evolving labor market conditions and persistent inflationary pressures, the Federal Reserve lowered the federal funds rate by 25 basis points in its October 2025 Federal Open Market Committee (FOMC) meetings, bringing the target range to 3.75% - 4.00%. This marks the second rate cut of 2025, prompted by concerns over a weakening labor market, though the committee noted that inflation remained somewhat elevated. The committee also announced it will end its balance sheet runoff program on December 1, 2025. The Committee emphasized that it will continue to assess a broad spectrum of data including labor market trends, inflation dynamics, inflation expectations, and global financial developments to guide future policy decisions. While inflation remains above the 2.00% target at 3.01%, recent indicators point to moderating economic activity and rising unemployment, prompting a recalibration of risk priorities.

# Identification of the Appraisal Problem

## Subject Description

The subject is a "Class A" garden style/low rise multifamily property containing 272 apartment units for a combined rentable area of 279,648 square feet. The property offers one bedroom, two bedroom and three bedroom floorplans with an average unit size of 1,028 square feet. The improvements were constructed in 2019 and are rated as average quality and condition, consisting of 17 residential buildings, each being two/2 stories. The property also offers two/2 clubhouse buildings that house the property amenities, such as the swimming pool and fitness center. The improvements are 91% occupied as of the effective date of appraisal. The subject's total site area is 18.45 acres, or 803,726 square feet. A legal description of the property is provided below and located within the addenda.

| Property Identification | |
|---|---|
| Property Name | Parc at Windmill Farms |
| Address | 1003 Windmill Farms Boulevard<br>Forney ETJ, Texas 75126 |
| Tax ID | 8214 |
| Owner of Record | D4FR, LLC |
| Legal Description | Lot 1, Block A, Parc at Windmill Farms Addition to the City of Forney, Kaufman County, Texas |

## Sale History

The most recent closed sale of the subject is summarized as follows:

| | |
|---|---|
| Sale Date | December 1, 2017 |
| Seller | ABC Land & Development, Inc. |
| Buyer | D4FR, LLC |
| Sale Price | Undisclosed |
| Recording Instrument Number | Vol: 5534, Pg: 158 & No: 28851 |

No known sales or transfers of ownership have taken place within a three-year period prior to the effective appraisal date.

## Pending Transactions

Based on discussions with the appropriate contacts, the property is not subject to an agreement of sale or an option to buy, nor is it listed for sale, as of the effective appraisal date.

## Appraisal Purpose

The purpose of the appraisal is to develop the following opinion(s) of value:

> The market value as is of the fee simple interest in the subject property as of the effective date of the appraisal, December 10, 2025

The date of the report is December 11, 2025. The appraisal is valid only as of the stated effective date or dates.

## Value Type Definitions

The definitions of the value types applicable to this assignment are summarized below.

### Market Value

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised, and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. [1]

## Appraisal Premise Definitions

The definitions of the appraisal premises applicable to this assignment are specified as follows.

### As Is Market Value

The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal date.[2]

[1] Code of Federal Regulations, Title 12, Chapter I, Part 34.42[h]; also Interagency Appraisal and Evaluation Guidelines, Federal Register, 75 FR 77449, December 10, 2010, page 77472

[2] Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th ed. (Chicago: Appraisal Institute, 2022)

## Property Rights Definitions

The property rights appraised which are applicable to this assignment are defined as follows.

**Fee Simple Estate**

Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.[3]

## Client and Intended User(s)

The client and intended user is D4DS, LLC, D4FR, LLC, D4IN, LLC, D4OP, LLC. No other party or parties may use or rely on the information, opinions, and conclusions contained in this report.

## Intended Use

The intended use of the appraisal is for HUD loan underwriting purposes. The appraisal is not intended for any other use.

## Applicable Requirements

This appraisal report conforms to the following requirements and regulations:

Uniform Standards of Professional Appraisal Practice (USPAP);

Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute;

Applicable state appraisal regulations;

Appraisal requirements of Title XI of the Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA), revised April 9, 2018;

Interagency Appraisal and Evaluation Guidelines issued December 10, 2010;

Appraisal guidelines of D4DS, LLC, D4FR, LLC, D4IN, LLC, D4OP, LLC.

## Report Format

Standards Rule 2-2 (Content of a Real Property Appraisal Report) contained in the Uniform Standards of Professional Appraisal Practice (USPAP) requires each written real property appraisal report to be prepared as either an Appraisal Report or a Restricted Appraisal Report. This report is prepared as an Appraisal Report as defined by USPAP under Standards Rule 2-2(a), and incorporates practical explanation of the data, reasoning, and analysis used to develop the opinion of value.

[3] Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th ed. (Chicago: Appraisal Institute, 2022)

## Prior Services

USPAP requires appraisers to disclose to the client any other services they have provided in connection with the subject property in the prior three years, including valuation, consulting, property management, brokerage, or any other services. We have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding the agreement to perform this assignment.

## Appraiser Competency

No steps were necessary to meet the competency provisions established under USPAP. The assignment participants have appraised several properties similar to the subject in physical, locational, and economic characteristics, and are familiar with market conditions and trends; therefore, appraiser competency provisions are satisfied for this assignment. Appraiser qualifications and state credentials are included in the addenda of this report.

# Scope of Work

## Introduction

The appraisal development and reporting processes require gathering and analyzing information about the assignment elements necessary to properly identify the appraisal problem. The scope of work decision includes the research and analyses necessary to develop credible assignment results, given the intended use of the appraisal. Sufficient information includes disclosure of research and analyses performed and might also include disclosure of research and analyses not performed.

To determine the appropriate scope of work for the assignment, the intended use of the appraisal, the needs of the user, the complexity of the property, and other pertinent factors were considered. The concluded scope of work is described below.

## Research and Analysis

The type and extent of the research and analysis conducted are detailed in individual sections of the report. The steps taken to verify comparable data are disclosed in the addenda of this report. Although effort has been made to confirm the arms-length nature of each sale with a party to the transaction, it is sometimes necessary to rely on secondary verification from sources deemed reliable.

## Subject Property Data Sources

The legal and physical features of the subject property, including size of the site and improvements, flood plain data, seismic zone designation, property zoning, existing easements and encumbrances, access and exposure, and condition of the improvements (as applicable) were confirmed and analyzed.

The financial data of the subject, including occupancy statistics reports, historical income/expense figures, and tax and assessment records was analyzed. This information, as well as trends established by confirmed market indicators, is used to forecast future performance of the subject property.

## Inspection

Details regarding the property inspection conducted as part of this appraisal assignment are summarized as follows:

**Property Inspection**

| Party | Inspection Type | Inspection Date |
|---|---|---|
| Stone Berger | On-site | December 10, 2025 |
| Jimmy H. Jackson, MAI | None | Did not inspect the subject property |

It is assumed the remaining units not personally inspected are similar in terms of condition and finish to those inspected.

## Valuation Methodology

Three approaches to value are typically considered when developing a market value opinion for real property. These are the cost approach, the sales comparison approach, and the income capitalization approach. Use of the approaches in this assignment is summarized as follows:

**Approaches to Value**

| Approach | Applicability to Subject | Use in Assignment |
|---|---|---|
| Cost Approach | Not Applicable | Not Utilized |
| Sales Comparison Approach | Applicable | Utilized |
| Income Capitalization Approach | Applicable | Utilized |

The income capitalization approach is the most reliable valuation method for the subject due to the following:

The probable buyer of the subject would base a purchase price decision primarily on the income generating potential of the property and an anticipated rate of return.

Sufficient market data regarding income, expenses, and rates of return is available for analysis.

The sales comparison approach is an applicable valuation method because:

There is an active market for similar properties, and sufficient sales data is available for analysis.

This approach directly considers the prices of alternative properties having similar utility.

The cost approach is not applicable to the assignment considering the following:

The age of the property would limit the reliability of an accrued depreciation estimate.

This approach is not typically used by market participants, except for new (or proposed) or nearly new properties.

# Economic Analysis

## Kaufman County Area Analysis

Kaufman County is located in Texas approximately 781 square miles in size and has a population density of 271 persons per square mile.

### Population

Kaufman County has an estimated 2025 population of 211,701, which represents an average annual 7.8% increase over the 2020 census of 145,310. Kaufman County added an average of 13,278 residents per year over the 2020-2025 period, and its annual growth rate exceeded the State of Texas rate of 1.9%.

Looking forward, Kaufman County's population is projected to increase at a 2.4% annual rate from 2025-2030, equivalent to the addition of an average of 5,316 residents per year. Kaufman County's growth rate is expected to exceed that of Texas, which is projected to be 1.3%.

**Population Trends**

| | Population | | | Compound Ann. % Chng | |
|---|---|---|---|---|---|
| | 2020 Census | 2025 Estimate | 2030 Projection | 2020 - 2025 | 2025 - 2030 |
| Kaufman County, TX | 145,310 | 211,701 | 238,281 | 7.8% | 2.4% |
| Dallas, TX Metro | 7,637,387 | 8,568,977 | 9,192,852 | 2.3% | 1.4% |
| Texas | 29,145,505 | 31,994,623 | 34,064,954 | 1.9% | 1.3% |

Source: Claritas

## Employment

Total employment in Kaufman County was estimated at 44,520 jobs at year-end 2024. Between year-end 2014 and 2024, employment rose by 16,560 jobs, equivalent to a 59.2% increase over the entire period. There were gains in employment in nine out of the past ten years. Kaufman County's rate of employment growth over the last decade surpassed that of Texas, which experienced an increase in employment of 21.0% or 2,456,735 jobs over this period.

**Employment Trends**

| | Total Employment (Year End) | | | | Unemployment Rate (Ann. Avg.) | |
|---|---|---|---|---|---|---|
| Year | Kaufman County | % Change | Texas | % Change | Kaufman County | Texas |
| 2014 | 27,960 | | 11,672,985 | | 5.2% | 5.2% |
| 2015 | 29,556 | 5.7% | 11,831,449 | 1.4% | 4.1% | 4.5% |
| 2016 | 30,660 | 3.7% | 11,972,594 | 1.2% | 3.8% | 4.6% |
| 2017 | 31,704 | 3.4% | 12,224,998 | 2.1% | 3.5% | 4.4% |
| 2018 | 31,526 | -0.6% | 12,539,711 | 2.6% | 3.4% | 3.9% |
| 2019 | 33,373 | 5.9% | 12,802,919 | 2.1% | 3.2% | 3.5% |
| 2020 | 33,424 | 0.2% | 12,264,651 | -4.2% | 6.3% | 7.7% |
| 2021 | 37,237 | 11.4% | 13,025,292 | 6.2% | 4.7% | 5.7% |
| 2022 | 39,829 | 7.0% | 13,591,394 | 4.3% | 3.6% | 3.9% |
| 2023 | 42,736 | 7.3% | 13,915,979 | 2.4% | 3.8% | 4.0% |
| 2024 | 44,520 | 4.2% | 14,129,720 | 1.5% | 4.0% | 4.1% |
| Overall Change 2014-2024 | 16,560 | 59.2% | 2,456,735 | 21.0% | | |
| Avg Unemp. Rate 2014-2024 | | | | | 4.1% | 4.7% |
| Unemployment Rate - April 2025 | | | | | 3.7% | 3.7% |

Source: U.S. Bureau of Labor Statistics and Moody's Analytics. Employment figures are from the Quarterly Census of Employment and Wages (QCEW). Unemployment rates are from the Current Population Survey (CPS). The figures are not seasonally adjusted.

A comparison of unemployment rates is another way of gauging an area's economic health. Over the past decade, the Kaufman County unemployment rate has been generally lower than that of Texas, with an average unemployment rate of 4.1% in comparison to a 4.7% rate for Texas. A lower unemployment rate is a positive indicator.

Recent data shows that Kaufman County has a 3.7% unemployment rate, which is the same as the rate for Texas.

## Employment Sectors

The composition of the Kaufman County job market is depicted in the following chart, along with that of Texas. Total employment for both areas is broken down by major employment sector, and the sectors are ranked from largest to smallest based on the percentage of Kaufman County jobs in each category.

**Employment Sectors - 2024**




Source: U.S. Bureau of Labor Statistics and Moody's Analytics

Kaufman County has greater concentrations than Texas in the following employment sectors:

1. Trade; Transportation; and Utilities, representing 30.3% of the Kaufman County payroll employment compared to 20.1% for Texas as a whole. This sector includes jobs in retail trade, wholesale trade, trucking, warehousing, and electric, gas, and water utilities.
2. Government, representing 21.7% of the Kaufman County payroll employment compared to 14.6% for Texas as a whole. This sector includes employment in local, state, and federal government agencies.
3. Manufacturing, representing 10.6% of the Kaufman County payroll employment compared to 6.9% for Texas as a whole. This sector includes all establishments engaged in the manufacturing of durable and nondurable goods.
4. Construction, representing 6.6% of the Kaufman County payroll employment compared to 6.2% for Texas as a whole. This sector includes construction of buildings, roads, and utility systems.

Kaufman County is underrepresented in the following sectors:

1. Leisure and Hospitality, representing 10.4% of the Kaufman County payroll employment compared to 10.7% for Texas as a whole. This sector includes employment in hotels, restaurants, recreation facilities, and arts and cultural institutions.
2. Education and Health Services, representing 8.8% of the Kaufman County payroll employment compared to 13.6% for Texas as a whole. This sector includes employment in public and private schools, colleges, hospitals, and social service agencies.
3. Professional and Business Services, representing 6.3% of the Kaufman County payroll employment compared to 15.1% for Texas as a whole. This sector includes legal, accounting, and engineering firms, as well as management of holding companies.
4. Financial Activities, representing 2.5% of the Kaufman County payroll employment compared to 6.5% for Texas as a whole. Banking, insurance, and investment firms are included in this sector, as are real estate owners, managers, and brokers.

## Major Employers

Major employers in Kaufman County are shown in the following table.

**Major Employers - Kaufman County, TX**

| | Name | Number of Employees |
|---|---|---|
| 1 | Forney ISD | 1,390 |
| 2 | Walmart | 398 |
| 3 | Smurfit Kappa | 260 |
| 4 | Intex | 250 |
| 5 | Kroger Marketplace | 222 |
| 6 | Steve Silver Company | 200 |
| 7 | Austin Independent School District | 165 |
| 8 | St. David's Healthcare Partnership | 160 |
| 9 | Ascension Seton | 160 |
| 10 | Samsung Austin Semiconductor | 120 |

Major employers in the DFW metro area are shown in the following table.

**Major Employers - DFW Metro**

| | Name | Number of Employees |
|---|---|---|
| 1 | AMR Corporation | 24,700 |
| 2 | Bank of America Corporation | 20,000 |
| 3 | Texas Health Resources Inc. | 19,230 |
| 4 | Dallas ISD | 18,314 |
| 5 | Baylor Health Care System | 17,097 |
| 6 | AT&T | 15,800 |
| 7 | Lockheed Martin Aeronautics | 14,126 |
| 8 | JP Morgan Chase & Co. | 13,500 |
| 9 | UT-Southwestern Medical Center | 13,122 |
| 10 | City of Dallas | 12,836 |

Source: http://www.destinationdfw.com/Largest-Employers-in-Dallas-Fort-Worth-Texas/

## Gross Domestic Product

Gross Domestic Product (GDP) is a measure of economic activity based on the total value of goods and services produced in a defined geographic area, and annual changes in Gross Domestic Product (GDP) are a gauge of economic growth.

Economic growth, as measured by annual changes in GDP, has been considerably higher in Kaufman County than Texas overall during the past decade. Kaufman County has grown at a 5.0% average annual rate while the State of Texas has grown at a 3.3% rate. Kaufman County continues to perform better than Texas. GDP for Kaufman County rose by 8.4% in 2023 while Texas's GDP rose by 7.4%.

Kaufman County has a per capita GDP of $26,934, which is 61% less than Texas's GDP of $68,247. This means that Kaufman County industries and employers are adding relatively less value to the economy than their counterparts in Texas.

**Gross Domestic Product**

| Year | ($,000s)<br>Kaufman County | % Change | ($,000s)<br>Texas | % Change |
|---|---|---|---|---|
| 2013 | 3,087,422 | – | 1,511,806,500 | – |
| 2014 | 3,039,297 | -1.6% | 1,559,636,100 | 3.2% |
| 2015 | 3,171,700 | 4.4% | 1,634,127,100 | 4.8% |
| 2016 | 3,275,416 | 3.3% | 1,633,863,300 | 0.0% |
| 2017 | 3,416,434 | 4.3% | 1,667,313,000 | 2.0% |
| 2018 | 3,586,380 | 5.0% | 1,746,543,300 | 4.8% |
| 2019 | 3,867,539 | 7.8% | 1,806,736,100 | 3.4% |
| 2020 | 3,943,921 | 2.0% | 1,773,657,100 | -1.8% |
| 2021 | 4,389,754 | 11.3% | 1,879,101,300 | 5.9% |
| 2022 | 4,639,909 | 5.7% | 1,952,708,600 | 3.9% |
| 2023 | 5,029,048 | 8.4% | 2,097,090,400 | 7.4% |
| Compound % Chg (2013-2023) | | 5.0% | | 3.3% |
| GDP Per Capita 2023 | $26,934 | | $68,247 | |

Source: U.S. Bureau of Economic Analysis (BEA) and Moody's Analytics; data released December 2024.
The release of state and local GDP data has a longer lag time than national data. The data represents inflation-adjusted "real" GDP stated in 2017 dollars.

## Household Income

Kaufman County is more affluent than Texas. Median household income for Kaufman County is $100,841, which is 20.0% greater than the corresponding figure for Texas.

**Median Household Income - 2025**

| | Median |
|---|---|
| Kaufman County, TX | $100,841 |
| Texas | $84,035 |
| Comparison of Kaufman County, TX to Texas | + 20.0% |

Source: Claritas

The following chart shows the distribution of households across twelve income levels. Kaufman County has a greater concentration of households in the middle income levels than Texas. Specifically, 52% of Kaufman County households are between the $50,000 - $150,000 levels in household income as compared to 46% of Texas households. A lesser concentration of households is apparent in the lower income levels, as 19% of Kaufman County households are below the $50,000 level in household income versus 30% of Texas households.

**Household Income Distribution - 2025**




Source: Claritas

## Education Levels

Residents of Kaufman County have a lower level of educational attainment than those of Texas. An estimated 28% of Kaufman County residents are college graduates with four-year degrees, versus 34% of Texas residents.

### Education Levels - 2025




Source: Claritas

## Conclusion

The Kaufman County economy will benefit from a growing population base and a higher level of median household income. Kaufman County experienced growth in the number of jobs and has maintained a generally lower unemployment rate than Texas over the past decade. It is anticipated that the Kaufman County economy will improve and employment will grow, strengthening the demand for real estate.

## Area Map


Sulphur Bluff
Commerce
Decatur
Denton
Frisco
McKinney
Boyd
Argyle
Lewisville
Allen
Carrollton
Rockwall
Winnsboro
Eagle Mountain
Garland
Emory
Irving
Fort Worth
Mesquite
Quitman
Dallas
Arlington
Wills Point
Mineola
DeSoto
Kaufman
Canton
Lindale
Big Sa
Joshua
Kemp
Waxahachie
Gun Barrel City
Cleburne
Tyler
Rice
Microsoft Bing
Itasca
Italy
Athens
Emerald Bay
75
30
20
35W
287
45
175
35E

## Surrounding Area Analysis

The subject is located in the City of Forney within the western portion of Kaufman County, Texas. This area is part of the Mesquite/Seagoville/Forney submarket, as defined by REIS. Adjacent communities include Rockwall to the north, Terrell to the east, Talty/Crandall to the south, and Mesquite/Seagoville to the west. Area boundaries and delineation are indicated in the following table. A map identifying the location of the property follows this section.

| Boundaries & Delineation | |
|---|---|
| **Boundaries** | |
| Market Area | Dallas-Fort Worth, TX |
| Submarket | Mesquite/Seagoville/Forney |
| Area Type | Suburban |
| **Delineation** | |
| North | McLendon-Chisholm |
| South | IH-20 |
| East | Terrell |
| West | Mesquite/Lake Ray Hubbard |

### Access and Linkages

Primary access and linkages to the subject area, including highways, roadways, public transit, traffic counts, and airports, are summarized in the following table.

| Access & Linkages | |
|---|---|
| **Vehicular Access** | |
| Major Highways | IH-20 & US Hwy 80 |
| Primary Corridors | Windmill Farms Blvd |
| Vehicular Access Rating | Average |
| **Public Transit** | |
| Providers | STAR Transit |
| Transit Access Rating | Average |
| **Airport(s)** | |
| Name | Dallas Fort Worth International Airport |
| Distance | 46.3 miles |
| Driving Time | 49 minutes |
| Primary Transportation Mode | Automobile |

The subject benefits from average daily traffic counts. Furthermore, the Dallas Central Business District (CBD), the economic and cultural center of the region, is approximately 25 miles from the property.

## Life Cycle

Real estate is affected by cycles involving development trends within a market area as well as market and economic forces. Trends in demand for development in a particular market are described by the Market Area Life Cycle, while market and economic trends are described by the Real Estate Cycle.

A Market Area Life Cycle typically evolves through four stages:[4]

Growth – a period during which the market area gains public favor and acceptance

Stability – a period of equilibrium without marked gains or losses

Decline – a period of diminishing demand

Revitalization – a period of renewal, redevelopment, modernization, and increasing demand

The subject's market area is in the growth stage of the Market Area Life Cycle.

The Real Estate Cycle also impacts a neighborhood. The stages of the Real Estate Cycle include:

Expansion – Sustained growth in demand, increasing construction

Hypersupply – Positive but falling demand, increasing vacancy

Recession – Falling demand, increasing vacancy

Recovery – Increasing demand, decreasing vacancy

These stages are illustrated below, along with a summary of common characteristics of each stage of the Real Estate Cycle. The subject is in the expansion stage of the Real Estate Cycle.




[4] Appraisal Institute, *The Appraisal of Real Estate*, 15th ed. (Chicago: Appraisal Institute, 2020)

| EXPANSION | HYPERSUPPLY | RECESSION | RECOVERY |
|---|---|---|---|
| Decreasing Vacancy Rates | Increasing Vacancy Rates | Increasing Vacancy Rates | Decreasing Vacancy Rates |
| Moderate/High New Construction | Moderate/High New Construction | Moderate/Low New Construction | Low New Construction |
| High Absorption | Low/Negative Absorption | Low Absorption | Moderate Absorption |
| Moderate/High Employment Growth | Moderate/Low Employment Growth | Low/Negative Employment Growth | Low/Moderate Employment Growtl |
| Med/High Rental Rate Growth | Med/Low Rental Rate Growth | Low/Neg Rental Rate Growth | Neg/Low Rental Rate Growth |

## Demographics

A demographic profile of the surrounding area, including population, households, and income data, is presented in the following table.

**Surrounding Area Demographics**

| 2025 Estimates | 1-Mile Radius | 3-Mile Radius | 5-Mile Radius | Kaufman County, TX | Dallas, TX Metro | Texas |
|---|---|---|---|---|---|---|
| Population 2020 | 2,961 | 19,084 | 52,501 | 145,310 | 7,637,387 | 29,145,505 |
| Population 2025 | 4,116 | 31,222 | 86,670 | 211,701 | 8,568,977 | 31,994,623 |
| Population 2030 | 4,728 | 35,351 | 97,881 | 238,281 | 9,192,852 | 34,064,954 |
| Compound % Change 2020-2025 | 6.8% | 10.3% | 10.5% | 7.8% | 2.3% | 1.9% |
| Compound % Change 2025-2030 | 2.8% | 2.5% | 2.5% | 2.4% | 1.4% | 1.3% |
| | | | | | | |
| Households 2020 | 810 | 6,031 | 16,572 | 47,673 | 2,760,991 | 10,491,147 |
| Households 2025 | 1,151 | 9,961 | 26,959 | 68,768 | 3,095,231 | 11,563,140 |
| Households 2030 | 1,336 | 11,224 | 30,241 | 77,245 | 3,327,703 | 12,356,300 |
| Compound % Change 2020-2025 | 7.3% | 10.6% | 10.2% | 7.6% | 2.3% | 2.0% |
| Compound % Change 2025-2030 | 3.0% | 2.4% | 2.3% | 2.4% | 1.5% | 1.3% |
| | | | | | | |
| Median Household Income 2025 | $108,369 | $112,595 | $115,290 | $100,841 | $96,073 | $84,035 |
| Average Household Size | 3.6 | 3.1 | 3.2 | 3.1 | 2.7 | 2.7 |
| College Graduate % | 32% | 37% | 36% | 28% | 40% | 34% |
| Owner Occupied % | 71% | 68% | 77% | 77% | 59% | 62% |
| Renter Occupied % | 29% | 32% | 23% | 23% | 41% | 38% |
| Median Owner Occupied Housing Value | $374,839 | $411,683 | $405,291 | $367,172 | $391,691 | $317,754 |
| Median Year Structure Built | 2013 | 2017 | 2017 | 2010 | 1995 | 1993 |
| Average Travel Time to Work in Minutes | 40 | 40 | 40 | 40 | 31 | 29 |

Source: Claritas

As shown above, the current population within a 3-mile radius of the subject is 31,222, and the average household size is 3.1. Population in the area has grown since the 2020 census, and this trend is projected to continue over the next five years. Compared to Kaufman County overall, the population within a 3-mile radius is projected to grow at a faster rate.

Median household income is $112,595, which is higher than the household income for Kaufman County. Residents within a 3-mile radius have a considerably higher level of educational attainment than those of Kaufman County, while median owner-occupied home values are considerably higher.

The typical generators of demand affecting the subject property and its market are discussed and analyzed below.

## Land Use

Predominant land uses in the immediate vicinity of the subject include a mix of residential properties with supportive commercial use along major thoroughfares and intersections. Land use characteristics of the area are summarized below.

| Surrounding Area Land Uses | |
|---|---|
| Character of Area | Suburban |
| Predominant Age of Improvements (Years) | New to 15+ |
| Predominant Quality and Condition | Above Average |
| Approximate Percent Developed | 80% |
| Infrastructure and Planning | Average |
| Predominant Location of Undeveloped Land | East |
| Prevailing Direction of Growth | East |

| Immediate Surroundings | |
|---|---|
| North | Single-Family & Learning Center |
| South | Vacant Land |
| East | Utilities Site |
| West | Vacant Land |

## Development Activity and Trends

The area is influenced by its close proximity to the Dallas-Fort Worth metropolitan area, as well as to the cities of Rockwall, Fate, Royse City, Heath, Forney, and McLendon-Chisholm, Texas. As such, we have provided some recent development trends in the overall area.

**Historic Downtown Forney - Forney's Historic Downtown District** preserves the past while embracing the future. Downtown Forney includes City Hall, restaurants, professional businesses, unique restaurants, clothing boutiques and the Spellman Museum of Forney History. In addition to businesses, regular events and activities such as Christmas on Main, the Forney Farmer's Market, and Turkey Trax Auto Show take place downtown. The Forney Economic Development Corporation and the City of Forney have provided significant investment in downtown including new sidewalks and revitalization of several downtown properties. Several civic organizations provide support to downtown events and programs. The Forney Downtown Business Association partners with the Forney Arts Council in sponsoring the semi-monthly Forney Artisan Market at the Cotton Gin. Forney Live! Brings regular concerts by musicians to historic homes in the downtown district.

**Forney Business Park** - Over 150 acres surround the Steve Silver Company, a 600,000 square-foot global warehouse/distribution center. Some privately-owned sites located northeast of the park are shovel ready and have access to FM-548 and US-80 by Don T. Cates Road. EDC-owned land and adjacent properties (just west of the master-planned Gateway development) have teamed up for sale for future commercial, professional and light-industrial use, along with some retail frontage along FM-548. EDC land has had Phase I environmental completed with utilities near the site.

**The Villages of Fox Hollow**, as well as Fox Hollow, is a master-planned development located near US-80 at FM-1641 in Forney, Texas. Active builders including Bloomfield Homes, Impression Homes, and First Texas Homes.

**Clements Ranch** is a 257.54-acre, master-planned residential subdivision located on the north and east sides of Lake Ray Hubbard Drive, west of FM-740 in Kaufman County (City of Dallas ETJ). Active builders include D. R. Horton Homes, Gehan Homes, and Highland Homes.

**Travis Ranch** is a 1,700-acre master-planned residential development located along the eastern boundary of Lake Ray Hubbard on the west side of FM-740, north of US-80. The development offers amenities including in in-line hockey rink, three youth pocket parks with playgrounds, a toddler playground, a splash park, and a covered pavilion, as well as a neighborhood school.

**Gateway Parks Addition** is a master-planned development located on Gateway Parkway, south of US-80. Homebuilders include David Weekley Homes, Gehan Homes, Highland Homes, Imagination Homes, Trendmaker Homes, and Tri Pointe Homes.

**Overland Grove** is a $300 million, master-planned development on 336 acres in Forney located between US-80 and IH-20 on FM-548. Active homebuilders include Kindred Homes, Lennar Homes, and Taylor Morrison Homes.

**Heath Golf & Yacht Club** is a master-planned golf/lake resort community located in Heath, Texas by Lake Ray Hubbard. Amenities in the development include an 18-hole championship golf course designed by Roy Bechtol, a 14,000 square-foot club house with dining and pro shop, a luxury pool with food and drink service, three tennis courts, volleyball, a state-of-the-art fitness center and 12 community guest boat slips. Miles of jogging and walking trails are throughout the community from the entrance to the shores of Lake Ray Hubbard. Students attend the Rockwall – Heath High School and Cain Middle School. The newly opened Linda Lyon Elementary School is located adjacent to the community within walking distance.

**Mustang Creek** is situated on 54 acres of land containing two separate parks – North and South. Mustang Creek includes 137 buildings totaling over 860,000 square feet and has historically served as the initial business home for many of Forney's leading businesses.

**Gateway** - Forney's new $23M "Gateway Bridge" over US-80 connects 660 acres of prime property north of the highway with 1,400 acres to its south. Master-planned by Petro-Hunt, LLC, Gateway is available for retail, residential, and commercial development. Just 21 miles east of downtown Dallas, this is marketed as the next epicenter of DFW's ongoing boom.

**Forney Marketplace** - Kroger built its premier 124,000 square-foot marketplace in Forney...one of only 10 in the state...and the first in Texas to sell clothing.

**Spellman Amphitheater** - In 2012, Forney Parks and Recreation completed the state-of-the-art, 5,000-seat outdoor amphitheater endowed to the Forney community by lifetime resident Mick Spellman. The Spellman hosts concerts, movies in the park, and other community events throughout the year.

**"The Harbor Project"** is a $75 million-dollar project in the City of Rockwall. This development is a public and private joint venture of the City of Rockwall and Whittle Development. Located along the eastern shoreline of Lake Ray Hubbard, south of IH-30, this project was developed with a 12-screen cinema, a 181-room upscale, full-service hotel and civic center, retail, restaurants, and office. Additionally, the City of Rockwall constructed public boardwalks, fountains, plazas, pedestrian walkways, etc.

**Baylor Scott & White Emergency Center**, located on SH-80 in Forney, is a freestanding emergency room providing full-service hospital emergency care.

**Walmart Supercenter** opened a 152,000 square-foot store in late 2015 located at the northwest corner of IH-30 and Erby Campbell Boulevard. The store employs approximately 300 full and part-time positions.

**Lake Ray Hubbard** is located within Collin, Dallas, Rockwall, and Kaufman counties, abutting the west side of the City of Rockwall and the east side of the City of Rowlett, on the East Fork of the Trinity River. The lake is 22,745 acres in size, with a maximum depth of 40 feet. Lake Ray Hubbard is one of the older lakes in the Dallas area. Like most Texas lakes, it is man-made. The lake is actually owned by the City of Dallas, but the City of Dallas has no land bordering the lake. The water gets murky after a larger rainfall and the water level can get low at certain times of the year, yet the lake reportedly never floods.

**The area between IH-30 and IH-20, east of the metroplex**, has experienced rapid residential growth. Area developments have included subdivisions in Municipal Utility Districts, small ranchettes and large ranches. Development growth is expected to increase once the following proposed highways are in place including the expansion of FM-205 in Rockwall that feeds into SH-276, the future SH-205 Loop around Rockwall that will intersect with SH-276, and the future Rockwall County Loop that will intersect with SH-276. The SH-190 (President George Bush Tollway) was extended from Garland to IH-30. These new roadways promote future growth east of Rockwall as residents in Rockwall County, Kaufman County, and Hunt County now have better access to employment centers in North Dallas and the surrounding areas.

**President George Bush Turnpike Extension Update** - The President George Bush Turnpike Eastern Extension is a 9.9-mile segment from SH-78 in Garland, east to IH-30. The six-lane toll road opened December 21, 2011, and passes through the cities of Garland, Sachse, and Rowlett and includes a one-mile bridge over Dallas' Lake Ray Hubbard.

## Outlook and Conclusions

The area is in the stable stage of its life cycle. Given the history of the area and the growth trends, it is anticipated that property values will remain stable in the near future.

In comparison to other areas in the region, the area is rated as follows:

| Surrounding Area Ratings | |
|---|---|
| Highway Access | Above Average |
| Demand Generators | Average |
| Convenience to Support Services | Average |
| Convenience to Medical Services | Average |
| Convenience to Public Transit | Average |
| Employment Stability | Above Average |
| Neighborhood Amenities | Average |
| Police and Fire Protection | Average |
| Barriers to Competitive Entry | Average |
| Price/Value Trends | Average |
| Property Compatibility | Average |

### Surrounding Area Map



# Multifamily Market Analysis

## Metro Area Overview

The subject is located in the Dallas metro area as defined by REIS. Supply and demand indicators, including inventory levels, absorption, vacancy, and rental rates for all classes of space are presented in the ensuing table.

**Dallas Multifamily Market Trends and Forecasts**

| Year | Inventory (Units) | Occupied (Units) | Vacancy (Units) | Vacancy (%) | Completions (Units) | Absorption (Units) | Effective Rent ($/Unit) | Effective Rental Rate (% Change) | Gross Revenue ($/Unit) |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | 461,910 | 439,566 | 22,344 | 4.8% | 12,389 | 12,223 | $885 | 5.0% | $908 |
| 2015 | 473,652 | 452,527 | 21,125 | 4.5% | 11,789 | 12,961 | $938 | 6.0% | $968 |
| 2016 | 488,557 | 469,554 | 19,003 | 3.9% | 15,591 | 17,027 | $1,002 | 6.9% | $1,035 |
| 2017 | 506,954 | 482,938 | 24,016 | 4.7% | 18,397 | 13,384 | $1,063 | 6.1% | $1,081 |
| 2018 | 526,702 | 498,128 | 28,574 | 5.4% | 20,065 | 15,190 | $1,127 | 6.1% | $1,136 |
| 2019 | 553,695 | 521,367 | 32,328 | 5.8% | 23,779 | 23,239 | $1,174 | 4.2% | $1,180 |
| 2020 | 569,010 | 534,910 | 34,100 | 6.0% | 15,315 | 13,543 | $1,163 | -0.9% | $1,166 |
| 2021 | 589,600 | 561,351 | 28,249 | 4.8% | 20,590 | 26,441 | $1,316 | 13.2% | $1,323 |
| 2022 | 602,573 | 567,640 | 34,933 | 5.8% | 12,973 | 6,289 | $1,483 | 12.6% | $1,468 |
| 2023 | 617,113 | 571,011 | 46,102 | 7.5% | 14,540 | 3,371 | $1,487 | 0.3% | $1,461 |
| 2024 | 638,695 | 581,639 | 57,056 | 8.9% | 21,582 | 10,628 | $1,493 | 0.4% | $1,448 |
| 2025 Q3 | 652,670 | 591,365 | 61,305 | 9.4% | 5,083 | 3,839 | $1,515 | 0.5% | $1,461 |
| 2025 | 655,462 | 595,913 | 59,549 | 9.1% | 16,660 | 14,274 | $1,514 | 1.4% | $1,469 |
| 2026 | 659,018 | 603,246 | 55,772 | 8.5% | 3,556 | 7,333 | $1,540 | 1.7% | $1,515 |
| 2027 | 666,995 | 614,407 | 52,588 | 7.9% | 7,977 | 11,161 | $1,583 | 2.8% | $1,571 |
| 2028 | 677,681 | 628,208 | 49,473 | 7.3% | 10,686 | 13,801 | $1,634 | 3.2% | $1,634 |
| 2029 | 687,967 | 640,210 | 47,757 | 6.9% | 10,286 | 12,002 | $1,686 | 3.2% | $1,696 |
| 2014 - 2024 Average | 548,042 | 516,421 | 31,621 | 5.6% | 17,001 | 14,027 | $1,194 | 5.4% | $1,198 |

Source: Moody's Analytics REIS; compiled by Integra Realty Resources, Inc.

**Dallas Metro Trends and Forecasts**




Source: Moody's Analytics REIS

The current vacancy rate in the metro area is 9.4%; the vacancy rate has increased by 360 bps from 2019.

Four-year forecasts project a vacancy rate of 6.9% for the metro area, representing a decrease of 250 bps by year-end 2029.

Effective rent averages $1,515/unit in the metro area; future rent values are expected to increase by 11.3% to $1,686/unit by year-end 2029.




Source: Moody's Analytics REIS

The inventory in the metro area has increased by 17.9% from 2019, while the occupied stock has increased by 13.4%.

Between 2019 and 2024, completions averaged 18,130 units annually and reached a peak of 23,779 units in 2019.

Between 2019 and 2024, absorption figures reached a peak of 26,441 units in 2021 and a low of 3,371 units in 2023.

## Class A Multifamily Overview

The subject is a Class A property as defined by REIS. Supply and demand indicators, including inventory levels, absorption, vacancy, and rental rates for all Class A space in the Dallas metro area are presented in the following table.

**Dallas Multifamily Class A Market Trends**

| Year | Inventory (Units) | Occupancy (Units) | Vacancy (Units) | Vacancy (%) | Completions (Units) | Absorption (Units) | Asking Rent ($/Unit) | Asking Rental Rate (% Change) | Gross Revenue ($/Unit) |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | 220,700 | 207,779 | 12,921 | 5.9% | 11,481 | 9,475 | $1,223 | 4.5% | $1,151 |
| 2015 | 229,867 | 216,639 | 13,228 | 5.8% | 9,167 | 8,860 | $1,302 | 6.5% | $1,227 |
| 2016 | 244,382 | 231,464 | 12,918 | 5.3% | 14,515 | 14,825 | $1,374 | 5.5% | $1,301 |
| 2017 | 260,899 | 245,020 | 15,879 | 6.1% | 16,517 | 13,556 | $1,437 | 4.6% | $1,350 |
| 2018 | 278,186 | 258,803 | 19,383 | 7.0% | 17,287 | 13,783 | $1,501 | 4.5% | $1,396 |
| 2019 | 300,736 | 278,527 | 22,209 | 7.4% | 22,150 | 19,724 | $1,539 | 2.5% | $1,425 |
| 2020 | 314,639 | 292,475 | 22,164 | 7.0% | 13,903 | 13,948 | $1,501 | -2.5% | $1,395 |
| 2021 | 331,231 | 313,501 | 17,730 | 5.4% | 16,592 | 21,026 | $1,676 | 11.7% | $1,586 |
| 2022 | 342,295 | 320,273 | 22,022 | 6.4% | 11,064 | 6,772 | $1,857 | 10.8% | $1,738 |
| 2023 | 354,281 | 325,649 | 28,632 | 8.1% | 11,986 | 5,376 | $1,868 | 0.6% | $1,717 |
| 2024 | 373,079 | 337,483 | 35,596 | 9.5% | 18,798 | 11,834 | $1,881 | 0.7% | $1,702 |
| 2025 Q3 | 383,055 | 345,126 | 37,929 | 9.9% | 2,210 | 1,378 | $1,903 | 0.3% | $1,715 |
| 2014 - 2024 Average | 295,481 | 275,238 | 20,244 | 6.7% | 14,860 | 12,653 | $1,560 | 4.5% | $1,454 |

Source: Moody's Analytics REIS; compiled by Integra Realty Resources, Inc.

### Class A Multifamily Trends and Insights




Source: Moody's Analytics REIS

The current vacancy rate for Class A properties in the metro area is 9.9%; the vacancy rate has increased by 250 bps from 2019.

Asking rent currently averages $1,903/unit and has increased by 23.7% from 2019.




Source: Moody's Analytics REIS

Class A metro area inventory has increased by 27.4% from 2019, while the occupied stock has increased by 23.9%.

Between 2019 and 2024, completions have averaged 15,749 units annually and reached a peak of 22,150 units in 2019.

Between 2019 and 2024, absorption figures reached a peak of 21,026 units in 2021 and a low of 5,376 units in 2023.

Between 2019 and 2024, gross revenue for Class A properties in the metro area averaged $1,594/unit and has increased by 19.4%.

## Submarket Overview

Per REIS, the subject property is located nearest to the Mesquite/Seagoville submarket. However, excludes portions of the Forney market area. As such, minimal reliance is placed on the REIS submarket data due to including the inferior Mesquite and Seagoville market in addition to the new development in Forney. In order to evaluate the market appeal of the subject's submarket in comparison to others in the Dallas metro area, we compare key supply and demand indicators for all classes of space in the following table.

**Dallas Multifamily Submarket Comparison**

| Submarket | Inventory (Buildings) | Inventory (Units) | Asking Rent ($/Unit) | Vacancy (%) | Free Rent (mos) | Expenses %) |
|---|---|---|---|---|---|---|
| Carrollton/Addison/Coppell | 156 | 40,933 | $1,371 | 6.8% | 0.36 | 43.9% |
| Central Dallas | 128 | 29,959 | $2,944 | 6.7% | 0.81 | 41.5% |
| East Dallas | 157 | 21,845 | $1,797 | 10.1% | 0.54 | 44.4% |
| Ellis County | 55 | 7,081 | $1,492 | 16.8% | 0.49 | 44.0% |
| Far North | 153 | 42,089 | $1,449 | 8.5% | 0.59 | 43.7% |
| Far Northeast | 53 | 14,229 | $1,056 | 12.4% | 0.58 | 44.3% |
| Far Northwest/Farmers Branch | 88 | 19,755 | $1,477 | 8.3% | 0.71 | 45.0% |
| Garland | 128 | 29,764 | $1,518 | 11.4% | 0.59 | 44.5% |
| Grand Prairie | 62 | 14,817 | $1,536 | 10.6% | 0.54 | 43.0% |
| Lewisville | 151 | 47,170 | $1,569 | 9.2% | 0.58 | 43.5% |
| Mesquite/Seagoville | 48 | 11,661 | $1,148 | 6.3% | 0.21 | 44.6% |
| North | 38 | 9,441 | $1,773 | 7.2% | 0.44 | 44.5% |
| North Irving | 180 | 52,768 | $1,700 | 8.2% | 0.42 | 44.6% |
| North White Rock | 184 | 51,630 | $1,477 | 8.6% | 0.80 | 45.9% |
| Northwest | 104 | 19,012 | $1,660 | 12.2% | 0.78 | 44.8% |
| Northwest Denton County | 163 | 40,646 | $1,725 | 13.7% | 1.01 | 43.9% |
| Oaklawn | 50 | 7,092 | $2,761 | 9.0% | 0.69 | 45.0% |
| Plano/Allen/McKinney | 300 | 88,828 | $1,780 | 9.9% | 1.18 | 44.2% |
| Richardson | 107 | 27,533 | $1,511 | 9.8% | 0.75 | 45.3% |
| South | 32 | 4,568 | $1,384 | 9.3% | 0.54 | 43.9% |
| South County | 43 | 9,016 | $1,343 | 7.8% | 0.34 | 42.8% |
| South Irving | 88 | 11,195 | $1,206 | 7.0% | 0.43 | 44.8% |
| South White Rock/I-30 | 73 | 14,557 | $1,036 | 9.7% | 0.37 | 45.0% |
| Southeast Dallas | 34 | 5,786 | $997 | 6.3% | 0.49 | 43.8% |
| Southwest Dallas | 162 | 31,295 | $1,314 | 9.7% | 1.06 | 46.8% |
| Market Averages/Totals | 2,602 | 652,670 | $1,612.25 | 9.4% | 0.70 | 44.4% |

Source: Moody's Analytics REIS; compiled by Integra Realty Resources, Inc.

**Mesquite/Seagoville Submarket Comparison**

The submarket contains 1.8% of the metro building inventory and 1.8% of the metro unit inventory.

The submarket's asking rent is $1,148/unit, which is less than the metro average of $1,612/unit.

The submarket's vacancy rate is 6.3%, which is less than the metro average of 9.4%.

Operating expenses, as a percentage of potential rent revenue, average 44.6% in the submarket compared to 44.4% for the overall metro area.

Average free rent in the subject property's submarket (0.2 months) is less than the free rent for the metro area (0.7 months).

In comparison to other submarkets in the region, the Mesquite/Seagoville submarket is rated as follows:

| Submarket Attribute Ratings | |
|---|---|
| Market Size/Stature | Average |
| Market Demand | Stable |
| Vacancy Trends | Stable |
| Threat of New Supply | Average |
| Rental Trends | Stable |

**Mesquite/Seagoville Submarket Trends and Forecasts**

Supply and demand indicators for all classes of space in the Mesquite/Seagoville submarket are displayed in the following table.

**Mesquite/Seagoville Multifamily Submarket Trends and Forecasts**

| Year | Inventory (Units) | Occupancy (Units) | Vacancy (Units) | Vacancy (%) | Completions (Units) | Absorption (Units) | Effective Rent ($/Unit) | Effective Rental Rate (% Change) | Gross Revenue ($/Unit) |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | 11,360 | 11,031 | 329 | 2.9% | 0 | 22 | $714 | 3.2% | $745 |
| 2015 | 11,360 | 11,144 | 216 | 1.9% | 0 | 113 | $761 | 6.6% | $823 |
| 2016 | 11,360 | 11,224 | 136 | 1.2% | 0 | 80 | $773 | 1.5% | $845 |
| 2017 | 11,360 | 11,167 | 193 | 1.7% | 0 | -57 | $807 | 4.4% | $863 |
| 2018 | 11,360 | 11,133 | 227 | 2.0% | 0 | -34 | $838 | 3.9% | $889 |
| 2019 | 11,360 | 11,099 | 261 | 2.3% | 0 | -34 | $889 | 6.0% | $900 |
| 2020 | 11,360 | 11,051 | 309 | 2.7% | 0 | -48 | $871 | -2.0% | $879 |
| 2021 | 11,360 | 11,033 | 327 | 2.9% | 0 | -18 | $973 | 11.7% | $971 |
| 2022 | 11,360 | 10,945 | 415 | 3.7% | 0 | -88 | $1,053 | 8.2% | $1,041 |
| 2023 | 11,360 | 10,700 | 660 | 5.8% | 0 | -245 | $1,125 | 6.9% | $1,081 |
| 2024 | 11,661 | 10,893 | 768 | 6.6% | 301 | 193 | $1,118 | -0.6% | $1,064 |
| 2025 Q3 | 11,661 | 10,929 | 732 | 6.3% | 0 | 26 | $1,127 | 0.4% | $1,076 |
| 2025 | 11,661 | 10,937 | 724 | 6.2% | 0 | 44 | $1,122 | 0.4% | $1,075 |
| 2026 | 11,661 | 10,979 | 682 | 5.8% | 0 | 42 | $1,147 | 2.2% | $1,106 |
| 2027 | 11,661 | 11,013 | 648 | 5.6% | 0 | 34 | $1,183 | 3.1% | $1,142 |
| 2028 | 11,661 | 11,128 | 533 | 4.6% | 0 | 115 | $1,226 | 3.6% | $1,187 |
| 2029 | 11,661 | 11,165 | 496 | 4.3% | 0 | 37 | $1,259 | 2.7% | $1,223 |
| 2014 - 2024 Average | 11,387 | 11,038 | 349 | 3.1% | 27 | -11 | $902 | 4.5% | $918 |

Source: Moody's Analytics REIS; compiled by Integra Realty Resources, Inc.




Source: Moody's Analytics REIS

The current vacancy rate in the submarket is 6.3%; the vacancy rate has increased by 400 bps from 2019.

Four-year forecasts project a vacancy rate of 4.3% for the submarket, representing a decrease of 200 bps by year-end 2029.

Effective rent averages $1,127/unit in the submarket; future rent values are expected to increase by 11.7% to $1,259/unit by year-end 2029.




Source: Moody's Analytics REIS

Current inventory level of 11,661 units is expected to remain constant through year-end 2029.

The inventory in the submarket has increased by 2.6% from 2019, while the occupied stock has decreased by 1.5%.

Between 2019 and 2024, completions averaged 50 units annually and reached a peak of 301 units in 2024.

Between 2019 and 2024, absorption figures reached a peak of 193 units in 2024 and a low of -245 units in 2023.

### Class A Mesquite/Seagoville Submarket Trends and Insights

Supply and demand indicators, including inventory levels, absorption, vacancy, and rental rates for Class A space in the submarket are presented in the following table.

**Mesquite/Seagoville Multifamily Class A Submarket Trends**

| Year | Inventory (Units) | Occupancy (Units) | Vacancy (Units) | Vacancy (%) | Completions (Units) | Absorption (Units) | Asking Rent ($/Unit) | Asking Rental Rate (% Change) | Gross Revenue ($/Unit) |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | 3,799 | 3,716 | 83 | 2.2% | 0 | 15 | $875 | 1.70% | $856 |
| 2015 | 3,799 | 3,753 | 46 | 1.2% | 0 | 37 | $963 | 10.10% | $951 |
| 2016 | 3,799 | 3,768 | 31 | 0.8% | 0 | 15 | $1,006 | 4.50% | $998 |
| 2017 | 3,799 | 3,722 | 77 | 2.0% | 0 | -46 | $1,016 | 1.00% | $995 |
| 2018 | 3,799 | 3,707 | 92 | 2.4% | 0 | -15 | $1,062 | 4.50% | $1,036 |
| 2019 | 3,799 | 3,703 | 96 | 2.5% | 0 | -4 | $1,040 | -2.10% | $1,014 |
| 2020 | 3,799 | 3,685 | 114 | 3.0% | 0 | -18 | $1,030 | -1.00% | $999 |
| 2021 | 3,799 | 3,633 | 166 | 4.4% | 0 | -52 | $1,110 | 7.80% | $1,062 |
| 2022 | 3,799 | 3,723 | 76 | 2.0% | 0 | 90 | $1,174 | 5.80% | $1,151 |
| 2023 | 3,799 | 3,679 | 120 | 3.2% | 0 | -44 | $1,246 | 6.10% | $1,207 |
| 2024 | 3,850 | 3,740 | 110 | 2.9% | 51 | 61 | $1,191 | -4.40% | $1,157 |
| 2025 Q3 | 3,850 | 3,762 | 88 | 2.3% | 0 | -7 | $1,183 | 0.70% | $1,156 |
| 2014 - 2024 Average | 3,804 | 3,712 | 92 | 2.4% | 5 | 4 | $1,065 | 3.09% | $1,039 |

Source: Moody's Analytics REIS; compiled by Integra Realty Resources, Inc.




Source: Moody's Analytics REIS

The current vacancy for Class A properties in the submarket area is 2.3%; the vacancy rate has decreased by 20 bps from 2019.

Asking rent currently averages $1,183/unit and has increased by 13.8% from 2019.




Source: Moody's Analytics REIS

Class A submarket inventory has increased by 1.3% from 2019, while the occupied stock has increased by 1.6%.

Between 2019 and 2024, completions have averaged 9 units annually and reached a peak of 51 units in 2024.

Between 2019 and 2024, absorption figures reached a peak of 90 units in 2022 and a low of -52 units in 2021.

Between 2019 and 2024, gross revenue for Class A properties in the submarket area averaged $1,098/unit and increased by 14.1%.

## New and Proposed Construction

The following charts summarize the properties that have been completed in the Dallas metro area.




Source: Moody's Analytics REIS




Source: Moody's Analytics REIS

The following table summarizes properties that are under construction, planned, and/or proposed in the Dallas metro area.

**Dallas Multifamily Construction by Phase and Subtype***

| Multifamily Subproperty | Under Construction | | Planned Construction | | Proposed Construction | |
|---|---|---|---|---|---|---|
| Type | Properties | Units | Properties | Units | Properties | Units |
| Apartment | 54 | 13,312 | 26 | 8,729 | 215 | 100,518 |
| Condominiums | 11 | 2,045 | 0 | 0 | 20 | 2,485 |
| Other | 11 | 875 | 1 | 120 | 17 | 912 |
| Totals | 76 | 16,232 | 27 | 8,849 | 252 | 103,915 |

*Excludes projects for which unit count was not reported.

Source: Moody's Analytics REIS; compiled by Integra Realty Resources, Inc.

### Dallas Multifamily Construction Insights

There are 76 properties under construction, 27 properties in the planned construction phase, and 252 properties in the proposed construction phase in the metro area.

Apartment properties within the under-construction phase have an average size of 247 units and range in size between 0 units and 635 units.

Apartment properties within the planned construction phase have an average size of 336 units and range in size between 15 units and 1,450 units.

Apartment properties within the proposed construction phase have an average size of 468 units and range in size between 8 units and 6,000 units.

Of the 16,232 units under construction, 82.0% are Apartment properties and 12.6% are Condominium properties.

Of the 8,849 units planned for construction, 98.6% are Apartment properties and 0.0% are Condominium properties.

Of the 103,915 units proposed for construction, 96.7% are Apartment properties and 2.4% are Condominium properties.

The following table summarizes properties that are under construction, planned, and/or proposed in the Mesquite/Seagoville submarket.

**Mesquite/Seagoville Submarket Construction by Phase and Subtype**

| Multifamily Subproperty | Under Construction | | Planned Construction | | Proposed Construction | |
|---|---|---|---|---|---|---|
| Type | Properties | Units | Properties | Units | Properties | Units |
| Apartment | 0 | 0 | 0 | 0 | 0 | 0 |
| Condominiums | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Totals | 0 | 0 | 0 | 0 | 0 | 0 |

Source: Moody's Analytics REIS; compiled by Integra Realty Resources, Inc.

## Multifamily Market Outlook and Conclusions

Relevant vacancy rate indications are summarized as follows:

**Vacancy Rate Indications**

| Market Segment | Vacancy Rates |
|---|---|
| Dallas Metro Area | 9.4% |
| Dallas Metro Area Class A | 9.9% |
| Mesquite/Seagoville Submarket | 6.3% |
| Mesquite/Seagoville Submarket Class A | 2.3% |

Based on the key metro and submarket area trends, construction outlook, and the performance of competing properties, IRR expects the mix of property fundamentals and economic conditions in the Dallas, TX metro area to have a positive impact on the subject property’s performance in the near-term.

# Property Analysis

## Land Description and Analysis

| Land Description | |
|---|---|
| Land Area | 18.45 acres; 803,726 SF |
| Source of Land Area | Public Records |
| Primary Street Frontage | Windmill Farms Blvd - 750 feet |
| Shape | Irregular |
| Corner | Yes |
| Topography | Generally level and at street grade |
| Drainage | No problems reported or observed |
| Environmental Hazards | None reported or observed |
| Ground Stability | No problems reported or observed |
| Flood Area Panel Number | 48257C0175E |
| Date | January 12, 2023 |
| Zone | X |
| Description | Outside of 500-year floodplain |
| Insurance Required? | No |
| **Zoning; Other Regulations** | |
| Zoning Jurisdiction | City of Forney |
| Zoning Designation | ETJ |
| Description | Extraterritorial Jurisdiction |
| Legally Conforming? | Appears to be legally conforming |
| Zoning Change Likely? | No |
| Permitted Uses | Various residential and commercial uses, including multifamily |
| Minimum Lot Area | Per city approval |
| Minimum Lot Width (Feet) | Per city approval |
| Minimum Lot Depth (Feet) | Per city approval |
| Maximum Building Height | Per city approval |
| Maximum Site Coverage | Per city approval |
| Parking Requirement | Per city approval |
| Rent Control | No |
| Other Land Use Regulations | None reported or observed |
| **Utilities** | |
| Service | Provider |
| Water | City of Forney |
| Sewer | City of Forney |
| Electricity | TXU Energy, various providers |
| Natural Gas | ATMOS |
| Local Phone | AT&T, various providers |

## Zoning

We are not experts in the interpretation of zoning ordinances. An appropriately qualified land use attorney should be engaged if a determination of compliance with zoning is required.

## Rent Control Regulations

The subject is not affected by any type of regulation restricting the amount of rent the owner can charge to tenants.

## Easements, Encroachments and Restrictions

A current title report was not provided for review. There are no apparent easements, encroachments, or restrictions that would adversely affect value. This valuation assumes no adverse impacts from easements, encroachments, or restrictions, and further assumes that the subject has clear and marketable title.

## Conclusion of Site Analysis

Overall, the physical characteristics and the availability of utilities result in a functional site, suitable for a variety of uses including those permitted by zoning. Uses permitted by zoning include various residential and commercial uses, including multifamily. No other restrictions on development are apparent.

## Aerial Photograph



## Plat Map


Concord St
Warrington Way
Cumberland Dr
Singletree Dr
Manassas Dr
Windsor Ln
Chatham Ct
York Ct
Buckingham Dr
Windmill Farms Blvd
Concord St
Singletree Dr
209878
44202
Lodge Learning Center
8214
Windmill Farms Blvd
80
80
216164
216165
Sierra Pkwy
Sierra Pkwy
12971

## Flood Hazard Map

InterFlood by a la mode

Prepared for: Integra Realty Resources
1003 Windmill Farms Blvd
Forney, TX 75126-6325




Powered by CoreLogic®

**MAP DATA**

FEMA Special Flood Hazard Area: **No**
Map Number: **48257C0175E**
Zone: **X**
Map Date: **January 12, 2023**
FIPS: **48257**

**MAP LEGEND**

- Areas inundated by 500-year flooding
- Areas inundated by 100-year flooding
- Velocity Hazard
- Protected Areas
- Floodway
- Subject Area

## Zoning Map


Shenandoah Way
Hanover Dr
Essex
Hampton Dr
Winchester Dr
Windmill Farms Blvd
Buckingham Dr
Warrington Way
Manassas Dr
Windsor Ln
Subject
Cumberland Dr
Singletree Dr
Meadow Ridge Farm 13-15
US Highway 80
Commerce
enter
Agriculture
Agriculture
Sierra Pkwy
Akron Way
Project
Jay
53

# Improvements Description and Analysis

## Overview

The subject is a "Class A" garden style/low rise multifamily property containing 272 apartment units for a combined rentable area of 279,648 square feet. The property offers one bedroom, two bedroom and three bedroom floorplans with an average unit size of 1,028 square feet. The improvements were constructed in 2019 and are rated as average quality and condition, consisting of 17 residential buildings, each being two/2 stories. The property also offers two/2 clubhouse buildings that house the property amenities, such as the swimming pool and fitness center. The improvements are 91% occupied as of the effective date of appraisal. The subject's total site area is 18.45 acres, or 803,726 square feet. The following description is based on the inspection of the property and a review of public records information.

| Improvements Description | |
|---|---|
| Name of Property | Parc at Windmill Farms |
| General Property Type | Multifamily |
| Property Sub Type | Conventional |
| Specific Use | Garden/Low Rise |
| Competitive Property Class | A |
| Occupancy Type | Multi-Tenant |
| Percent Leased | 91% |
| Number of Buildings | 19 (17 Residential & 2 Clubhouses) |
| Stories | 2 |
| Construction Class | D |
| Construction Type | Wood frame |
| Construction Quality | Average |
| Condition | Average |
| Total Rentable Area (SF) | 279,648 |
| Land Area (SF) | 803,726 |
| Floor Area Ratio (RFA/Land SF) | 0.35 |
| Building Area Source | Public Records |
| **Multifamily Units** | |
| Number of Units | 272 |
| Units per Acre (Density) | 14.7 |
| Rentable Floor Area (SF) | 279,648 |
| Average Unit Size (SF) | 1,028 |
| Year Built | 2019 |
| Actual Age (Yrs.) | 6 |
| Estimated Effective Age (Yrs.) | 5 |
| Estimated Economic Life (Yrs.) | 55 |
| Remaining Economic Life (Yrs.) | 50 |
| Number of Parking Spaces | 554 |
| Source of Parking Count | On-site inspection |
| Parking Type | Uncovered surface spaces, off-street |
| Parking Spaces/Unit | 2.0 |

## Construction Details

| | |
|---|---|
| Foundation | Reinforced concrete slab |
| Structural Frame | Wood frame |
| Exterior Walls | Stone and wood siding |
| Roof | Pitched, composition shingle |
| Heating | Central air |
| Air Conditioning | Central air |
| Elevators | None |
| Restrooms | Set of common area restrooms |
| Sprinklers | None |
| Entry Type | Exterior corridor, walk up |
| Interior Walls | Hung gypsum board |
| Floor Cover | LVP flooring, carpet and ceramic tile |
| Ceiling Heights | 9'+ |
| Kitchen Equipment | Black appliances & quartz countertops |
| Laundry Facilities | Common area laundry, full-size washer/dryer in-unit |
| Bathroom Fixtures | Standard brushed nickel fixtures |
| Garages | None |
| Lighting | Pendant lighting and recessed LED |
| Landscaping | Average |
| Gates/Fencing | Keypad entry and entrance gates |
| Paving | Concrete |

## Apartment Unit Mix

The apartment unit mix is detailed in the following table, along with the occupancy rate for each type of unit. The overall occupancy rate of the apartments is 91%.

### Unit Mix and Occupancy

| Floor Plan | Units | % of Total | Avg. Unit Size (SF) | Total SF | Occupied Units | Vacant Units | % Occupied |
|---|---|---|---|---|---|---|---|
| **1BR - 1BA Units** | | | | | | | |
| 1BR - 1BA - 832 SF | 68 | 25.0% | 832 | 56,576 | 61 | 7 | 90% |
| 1BR - 1BA - 798 SF | 48 | 17.6% | 798 | 38,304 | 47 | 1 | 98% |
| Total/Average | 116 | 42.6% | 818 | 94,880 | 108 | 8 | 93% |
| **2BR - 2BA - Small Units** | | | | | | | |
| 2BR - 2BA - 1,059 SF | 28 | 10.3% | 1,059 | 29,652 | 24 | 4 | 86% |
| Total/Average | 28 | 10.3% | 1,059 | 29,652 | 24 | 4 | 86% |
| **2BR - 2BA - Large Units** | | | | | | | |
| 2BR - 2BA - 1,145 SF | 77 | 28.3% | 1,145 | 88,165 | 67 | 10 | 87% |
| 2BR - 2BA - 1,125 SF | 3 | 1.1% | 1,125 | 3,375 | 3 | 0 | 100% |
| 2BR - 2BA - 1,203 SF | 12 | 4.4% | 1,203 | 14,436 | 10 | 2 | 83% |
| Total/Average | 92 | 33.8% | 1,152 | 105,976 | 80 | 12 | 87% |
| **3BR - 2BA Units** | | | | | | | |
| 3BR - 2BA - 1,365 SF | 36 | 13.2% | 1,365 | 49,140 | 35 | 1 | 97% |
| Total/Average | 36 | 13.2% | 1,365 | 49,140 | 35 | 1 | 97% |
| Total Units | 272 | 100.0% | 1,028 | 279,648 | 247 | 25 | 91% |

*Includes employee and model units, as applicable.

## Apartment Features and Amenities

Standard unit features and project amenities for apartments in this market are shown in the table below, followed by a notation of whether the features and amenities are present at the subject.

**Unit Features and Project Amenities**

| Unit Features | At Subject | Project Amenities | At Subject |
|---|---|---|---|
| Patio/Balcony/Deck | X | Gated Entrance | X |
| Central AC | X | Security/Door Staff | |
| Window/Sleeve AC | | Common Laundry | X |
| Carpeting | X | Recreational Amenities | X |
| Wood Floors | | Clubhouse Building | X |
| Vinyl Plank Floors (LVT/LVP) | X | Fitness Center | X |
| Window Blinds/Shades | X | Playground | X |
| 8' Ceiling Height | | Roofdeck/Sundeck | |
| 9'+ Ceiling Heights | X | Swimming Pool | X |
| Washer/Dryer Hookup | | BBQ Grill/Picnic Area | X |
| Washer/Dryer In Unit | X | Covered Parking | |
| Dishwasher | X | Garage/In Building | |
| Disposal | X | Garage/Detached | |
| Range | X | Electric Car Charging Station | |
| Range - Electric | | Bike Storage Room | |
| Range - Gas | | Dog Run/Spa | X |
| Refrigerator | X | Extra Storage Area | |
| Microwave | X | Resident Lounge | |
| Stainless Steel Appliances | | Co-Working Space | |
| Granite/Quartz Counters | X | Package System/Lockers/Rm | X |
| Laminate Counters | | LEED Certified | |
| Kitchen Island/Eating Counter | X | Social Services Coordination | |
| Attached Garage | | Non-Shelter Services | |
| Grab Bars/Pull Cords | | | |

## Improvements Analysis

The subject property is improved with a "Class A" garden style/low rise multifamily property which was constructed in 2019. The improvements consist of 17 residential buildings, each being two/2 stories. There are also two/2 clubhouse buildings. The property offers 272 units with modern interior finishes such as wood panel style flooring, quartz countertops with islands, black appliances and a full size washer/dryer in-unit. Floorplans include one bedroom, two bedroom and three bedroom layouts with an average size of 1,028 square feet, many of which feature private balconies and walk in closets.

Amenities include a swimming pool, a resident lounge, fitness center and playground. The overall condition of the improvements appears well maintained and appropriate for a project of this year build, with no significant deferred maintenance noted or reported. Construction quality, materials, and finish out reflect contemporary midscale standards in average condition.

### Quality and Condition

The improvements are of average quality construction and are in average condition. The quality of the subject is consistent with competing properties. Maintenance has been consistent with competing properties. Overall, the market appeal of the subject is consistent with competing properties.

### Functional Utility

The improvements appear to be adequately suited to their current use. Based on the property inspection and consideration of the foregoing, there do not appear to be any significant items of functional obsolescence.

### Deferred Maintenance

No deferred maintenance is apparent from the property inspection, and none is identified based on the budget provided.

### ADA Compliance

Based on the property inspection and information provided, there are no apparent ADA issues. However, ADA matters are beyond the scope of expertise of the assignment participants, and further study by an appropriately qualified professional would be recommended to assess ADA compliance.

### Hazardous Substances

An environmental assessment report was not provided for review, and environmental issues are beyond the scope of expertise of the assignment participants. No hazardous substances were observed during the inspection of the improvements; however, detection of such substances is outside the scope of expertise of the assignment participants. Qualified professionals should be consulted. Unless otherwise stated, it is assumed no hazardous conditions exist on or near the subject.

### Personal Property

The appraisal assignment is specifically focused on the value of the real property only. Items of personal property are excluded from consideration.

## Conclusion of Improvements Analysis

In comparison to competitive properties in the market, the subject improvements are rated as follows:

| Improvements Ratings | |
|---|---|
| Design and Appearance | Average |
| Age/Condition | Average |
| Room Sizes and Layouts | Average |
| Bathrooms | Average |
| Kitchens | Average |
| Landscaping | Average |
| Garages | Average |
| Unit Features | Average |
| Project Amenities | Average |

Overall, the quality, condition, and functional utility of the improvements are average for their age and location.






















































































## Floor Plan – A1



## Floor Plan – A2



## Floor Plan – B1



## Floor Plan – B2



## Floor Plan – B3



## Floor Plan – C1



## Real Estate Taxes

The Kaufman County Appraisal District does assessment on a countywide basis. Because assessed value is typical the result of a mass appraisal process based more on statistical probability than individual property characteristics, it should be noted that there is frequently a difference between assessed value and market value for an individual property. The tax rates are set in October of each year. The tax rates for 2025 for the taxing authorities are calculated to be 2.570258%. Real estate taxes and assessments for the current tax year are shown in the following table.

**Taxes and Assessments - 2025**

| | Assessed Value | | | Taxes and Assessments | | |
|---|---|---|---|---|---|---|
| | | | | | Ad Valorem | |
| Tax ID | Land | Improvements | Total | Tax Rate | Taxes | Total |
| 8214 | $3,214,902 | $36,785,098 | $40,000,000 | 2.570258% | $1,028,103 | $1,028,103 |

Based on the concluded market value of the subject, the assessed value appears reasonable. To check the reasonableness of the subject’s assessment and related tax expense, several competitive properties are analyzed and summarized as follows:

**Tax Comparables**

| No. | Property Name | Year Built | Number of Units | Total Assessed Value | Assessed Value/ Unit | Total Taxes | Taxes/ Unit |
|---|---|---|---|---|---|---|---|
| 1 | Rylan at Gateway | 2024 | 336 | $41,500,000 | $123,512 | $1,066,657 | $3,175 |
| 2 | Aspen at Gateway | 2024 | 314 | $49,300,000 | $157,006 | $1,267,137 | $4,035 |
| 3 | Gateway Cedars | 2014 | 334 | $46,760,000 | $140,000 | $1,201,853 | $3,598 |
| 4 | Gateway Pines | 2019 | 337 | $50,550,000 | $150,000 | $1,299,265 | $3,855 |
| 5 | Gateway Oaks | 2016 | 313 | $47,750,000 | $152,556 | $1,227,298 | $3,921 |
| Subject | | 2019 | 272 | $40,000,000 | $147,059 | $1,028,103 | $3,780 |

Tax assessments for comparable properties range from $123,512 to $157,006 per unit, with a weighted average of $144,345 per unit. This is compared with the subject’s current assessment of $147,059 per unit. On balance, the subject’s taxes appear reasonable.

Texas is a non-disclosure state with a mandate to assess property at 100% of market value. Some Appraisal Districts are more successful at achieving the mandate than others. In Texas counties with little or no transaction activity, values can lag the market. However, there is no limit on increases in the event of a re-assessment. Property owners in Texas may protest ad valorem assessments using the one of two tests, Market Value or "Equal Appraisal". Market Value is self-explanatory. "Equal Appraisal" means there is a burden on the Appraisal District to insure mass appraisal methods produce consistent results from property to property. To measure equality, the Appraisal Review Board will consider the assessed values of competing properties in the district. The process involves generation of a "ratio study" in which, after appropriate adjustments, the "median value" is the conclusion of "Equal Appraisal". It is unlikely that there would be a county-wide re-assessment; however, should the subject sell, it is probable that there will be some increase.

## Highest and Best Use

The highest and best use of a property is the reasonably probable use resulting in the highest value, and represents the use of an asset that maximizes its productivity.

### Process

Before a property can be valued, an opinion of highest and best use must be developed for the subject site, both as though vacant, and as improved or proposed. By definition, the highest and best use must be:

Physically possible.

Legally permissible under the zoning regulations and other restrictions that apply to the site.

Financially feasible.

Maximally productive, i.e., capable of producing the highest value from among the permissible, possible, and financially feasible uses.

### As Though Vacant

First, the property is evaluated as though vacant, with no improvements.

#### Physically Possible

The physical characteristics of the site do not appear to impose any unusual restrictions on development. Overall, the physical characteristics of the site and the availability of utilities result in functional utility suitable for a variety of uses.

#### Legally Permissible

The site is zoned ETJ, Extraterritorial Jurisdiction. Permitted uses include various residential and commercial uses, including multifamily. There are no apparent legal restrictions, such as easements or deed restrictions, effectively limiting the use of the property. Given prevailing land use patterns in the area, only multifamily use is given further consideration in determining highest and best use of the site, as though vacant.

#### Financially Feasible

Based on the accompanying analysis of the market, there is currently adequate demand for multifamily use in the subject's area. It appears a newly developed multifamily use on the site would have a value commensurate with its cost. Therefore, multifamily use is considered to be financially feasible.

#### Maximally Productive

There does not appear to be any reasonably probable use of the site that would generate a higher residual land value than multifamily use. Accordingly, multifamily use, developed to the normal market density level permitted by zoning, is the maximally productive use of the property.

#### Conclusion

Development of the site for multifamily use is the only use which meets the four tests of highest and best use. Therefore, it is concluded to be the highest and best use of the property as though vacant.

### As Improved

The subject site is developed with multifamily use, which is consistent with the highest and best use of the site as though vacant. The existing improvements are currently leased and produce a significant positive cash flow that is expected to continue.

### Most Probable Buyer

Taking into account the size and characteristics of the property and its occupancy, the likely buyer is a regional or national investor such as a REIT.

# Valuation

## Valuation Methodology

Appraisers usually consider three approaches to estimating the market value of real property. These are the cost approach, sales comparison approach and the income capitalization approach.

The **cost approach** assumes that the informed purchaser would pay no more than the cost of producing a substitute property with the same utility. This approach is particularly applicable when the improvements being appraised are relatively new and represent the highest and best use of the land or when the property has unique or specialized improvements for which there is little or no sales data from comparable properties.

The **sales comparison approach** assumes that an informed purchaser would pay no more for a property than the cost of acquiring another existing property with the same utility. This approach is especially appropriate when an active market provides sufficient reliable data. The sales comparison approach is less reliable in an inactive market or when estimating the value of properties for which no directly comparable sales data is available. The sales comparison approach is often relied upon for owner-user properties and vacant land.

The **income capitalization approach** reflects the market's perception of a relationship between a property's potential income and its market value. This approach converts the anticipated net income from ownership of a property into a value indication through capitalization. The primary methods are direct capitalization and discounted cash flow analysis, with one or both methods applied, as appropriate. This approach is widely used in appraising income-producing properties.

Reconciliation of the various indications into a conclusion of value is based on an evaluation of the quantity and quality of available data in each approach and the applicability of each approach to the property type.

The methodology employed in this assignment is summarized as follows:

**Approaches to Value**

| Approach | Applicability to Subject | Use in Assignment |
|---|---|---|
| Cost Approach | Not Applicable | Not Utilized |
| Sales Comparison Approach | Applicable | Utilized |
| Income Capitalization Approach | Applicable | Utilized |

## Sales Comparison Approach

The sales comparison approach develops an indication of value by comparing the subject to sales of similar properties. The steps taken to apply the sales comparison approach are:

Identify relevant property sales;

Research, assemble, and verify pertinent data for the most relevant sales;

Analyze the sales for material differences in comparison to the subject;

Reconcile the analysis of the sales into a value indication for the subject.

To apply the sales comparison approach, the research focused on transactions within the following parameters:

Property Type: Garden/Low Rise Multifamily

Location: Dallas, TX MSA

Size: 100 – 300 Units

Age/Quality: Class A/B, Average Quality

Transaction Date: Most Recent Available

For this analysis, price per unit is used as the appropriate unit of comparison because market participants typically compare sale prices and property values on this basis. The sales considered most relevant are summarized in the following table.

**Summary of Comparable Improved Sales**

| No. | Name/Address | Sale Date; Status; Property Rights | Yr. Blt.; # Stories; % Occ. | # Units; Rentable SF; Avg Unit SF | Effective Sale Price | $/Unit; $/SF | NOI/Unit; NOI/SF; Exp. Ratio | Cap Rate |
|---|---|---|---|---|---|---|---|---|
| 1 | Cross Timbers Apartments<br>1905 Center Point Ln.<br>Greenville<br>Hunt County<br>TX | Sep-25<br>Closed<br>Fee Simple | 2023<br>3<br>89% | 216<br>200,178<br>927 | $32,400,000 | $150,000<br>$161.86 | $6,375<br>$6.88<br>57% | 4.25% |
| | *Comments: Cross Timbers Apartments sold in September 2025 for $32,400,000 or $150,000 per unit. Based on the parties involved, the property traded at a reported capitalization rate of approximately 4.25%.* | | | | | | | |
| 2 | Camden Crossing<br>312 McAlister Rd.<br>Burleson<br>Tarrant County<br>TX | Dec-24<br>Closed<br>Fee Simple | 2023<br>3<br>68% | 144<br>96,120<br>668 | $23,000,000 | $159,722<br>$239.28 | $9,581<br>$14.35<br>35% | 6.00% |
| | *Comments: Camden Crossing, a 144-unit garden-style low-rise multifamily property in Burleson, TX, sold in December 2024 for $23,000,000 or approximately $159,722 a unit. No historical financials were available for review. A market derived cap rate of 6.00% has been concluded.* | | | | | | | |
| 3 | The Calvin<br>2501 Ohio Dr.<br>Plano<br>Dallas County<br>TX | Dec-24<br>Closed<br>Fee Simple | 1995<br>3<br>86% | 167<br>145,448<br>871 | $30,000,000 | $179,641<br>$206.26 | $8,982<br>$10.31<br>47% | 5.00% |
| | *Comments: 167-unit - The Calvin - sold in December 2024 for $30,000,000 or $179,641 per unit. We project a proforma capitalization rate of 5.00% based on in-place rents and market derived expenses.* | | | | | | | |
| 4 | The Riley<br>480 Commons Dr.<br>Burleson<br>Johnson County<br>TX | Nov-24<br>Closed<br>Fee Simple | 2023<br>3<br>91% | 178<br>155,857<br>876 | $27,104,070 | $152,270<br>$173.90 | $7,157<br>$8.17<br>59% | 4.70% |
| | *Comments: The Riley, a three (3) story garden-style multifamily property with 178 units spanning across 155,857 SF in rentable area located in Burleson, TX, sold in November 2024 for an approximated sales price of $27,104,070 or $152,270 a unit with a reported in-place cap rate of 4.70% and 91.00% occupancy. It should be noted there were no other operating metrics made available. Thus, we have completed our projection utilizing market data.* | | | | | | | |
| 5 | Parkside Apartments<br>1100 McCann Rd.<br>Longview<br>Gregg County<br>TX | Sep-24<br>Closed<br>Fee Simple | 2020<br>3<br>85% | 180<br>150,000<br>833 | $22,400,000 | $124,444<br>$149.33 | $6,849<br>$8.22<br>48% | 5.50% |
| | *Comments: The Parkside Apartments sold in September 2024 for $22,400,000 or $124,444 per unit. We derive a capitalization rate of 5.50% based on in-place rents and market expenses.* | | | | | | | |
| | **Subject**<br>Parc at Windmill Farms<br>Forney ETJ, TX | | 2019<br>2<br>91% | 272<br>279,648<br>1,028 | | | $9,750<br>$9.48<br>47% | |

## Comparable Improved Sales Map





Sale 1
Cross Timbers Apartments



Sale 2
Camden Crossing



Sale 3
The Calvin



Sale 4
The Riley



Sale 5
Parkside Apartments

## Analysis and Adjustment of Sales

Adjustments are based on a rating of each comparable sale in relation to the subject. The adjustment process is typically applied through either quantitative or qualitative analysis, or a combination of both analyses. Quantitative adjustments are often developed as dollar or percentage amounts, and are most credible when there is sufficient data to perform a paired sales analysis.

While percentage adjustments are presented in the adjustment grid, they are based on qualitative judgment rather than empirical research, as there is not sufficient data to develop a sound quantitative estimate. Although the adjustments appear to be mathematically precise, they are merely intended to illustrate an opinion of typical market activity and perception. With the exception of market conditions, the adjustments are based on a scale, with a minor adjustment in the range of 1-5% and a substantial adjustment considered to be 20% or greater.

The rating of each comparable sale in relation to the subject is the basis for the adjustments. If the comparable is superior to the subject, its sale price is adjusted downward to reflect the subject's relative attributes; if the comparable is inferior, its price is adjusted upward.

Transactional adjustments are applied for property rights conveyed, financing, conditions of sale, expenditures made immediately after purchase, and market conditions. In addition, property adjustments include – but are not limited to – location, access/exposure, size, quality, effective age, economic and legal characteristics, and non-realty components of value. Adjustments are considered for the following factors, in the sequence shown below.

## Transactional Adjustments

### Real Property Rights Conveyed

Property rights considerations encompass a wide range of factors including, for example, deed type, deed restrictions, and whether the property is encumbered by leases.

The comparables consist of a combination of fee simple and leased fee sales. It appears the leased fee comparables sold with terms equivalent to market and were not influenced by above- or below-market contract terms. No adjustments are required for property rights conveyed.

### Financing

In analyzing the comparables, it is necessary to adjust for financing terms that differ from market terms. Typically, if the buyer retained third-party financing (other than the seller) for the purpose of purchasing the property, a cash price is presumed and no adjustment is required. However, in instances where the seller provides financing as a debt instrument, a premium may have been paid by the buyer for below-market financing terms, or a discount may have been demanded by the buyer if the financing terms were above market. The premium or discounted price must then be adjusted to a cash equivalent basis. The comparable sales represented cash-to-seller transactions and, therefore, do not require adjustment.

**Conditions of Sale**

Adverse conditions of sale can account for a significant discrepancy from the sale price actually paid, compared to that of the market. This discrepancy in price is generally attributed to the motivations of the buyer and the seller. Certain conditions of sale are considered non-market and may include the following:

a seller acting under duress (e.g., eminent domain, foreclosure);

buyer motivation (e.g., premium paid for assemblage, certain 1031 exchanges);

a lack of exposure to the open market;

an unusual tax consideration;

a sale at legal auction.

None of the comparable sales had atypical or unusual conditions of sale. Thus, adjustments are not necessary.

**Expenditures Made Immediately After Purchase**

This category considers expenditures incurred immediately after the purchase of a property. There were no issues of deferred maintenance reported for any of the properties. No adjustments are required for expenditures after sale.

**Market Conditions**

A market conditions adjustment is applied when market conditions at the time of sale differ from market conditions as of the effective date of value. Adjustments can be positive when prices are rising, or negative when markets are challenged by factors such as a deterioration of the economy or adverse changes in supply and/or demand in the market area. Consideration must also be given to when the property was placed under contract, versus when the sale actually closed.

In evaluating market conditions, changes between the comparable sale date and the effective date of this appraisal may warrant adjustment; however, if market conditions have not changed, then no adjustment is required.

The sales took place from September 2024 to September 2025. Market conditions have generally been stable. The adjustment grid accounts for this trend with no adjustments applied over this period through the effective date of value.

## Property Adjustments

### Location

Factors considered in evaluating location include, but are not limited to, demographics, growth rates, surrounding uses and property values.

Sale 3 is adjusted downward for superior location. Sales 1, 2, 4 and 5 are adjusted upward for inferior location.

### Unit Count

Due to economies of scale, the market exhibits an inverse relationship between unit count and price per unit such that complexes with higher unit counts sell for a lower price per unit than smaller projects, all else being equal. To account for this relationship, applicable adjustments are applied for differences in unit count.

All of the comparables are similar to the subject. No adjustments are necessary.

### Quality of Construction

This category accounts for construction quality, amenities, market appeal and functional utility.

Sales 1, 2 and 4 are similar to the subject and require no adjustment. Sales 3 and 5 are inferior to the subject. Upward adjustments are applied.

### Effective Age/Condition

While year built can give insight into the utility of a property, the more important consideration is the level of condition and modernization of the property. The subject was constructed in 2019, has an effective age of 5 years, and is in average condition. Comparables exhibiting newer effective ages are adjusted downward to reflect the discrepancy in remaining economic life, and vice versa.

Sales 1, 2, 4 and 5 are newer than the subject, and downward adjustments are applied. Sale 3 is older than the subject. An upward adjustment is applied.

### Project and Unit Amenities

This category accounts for features internal to the residential units, such as patios or appliances, in addition to the amenities available to the entire complex (e.g. pool, covered parking, clubhouse, etc.).

All of the comparables are similar to the subject. No adjustments are necessary.

**Average Unit Size**

In determining the adjustment to be employed for average unit size, the best indicators are from properties that offer multiple selections of units with the same bed/bath count, but different size. Since these units are located within the same property, the difference in rent would be mostly attributable to unit size. Adjustments are applied by accounting for differences in unit size between the comparables and the subject, and the increment of additional rent/value that would be achieved for a larger versus smaller unit.

All of the comparables have smaller units, and upward adjustments are applied.

**Economic Characteristics**

Items considered in this category consist of non-stabilized occupancy, above/below market rents, tenant mix, and other economic factors. Excluded are differences in rent levels that are already considered in previous adjustments, such as for location or quality. Note: these adjustments are made as refinements. Care is made to avoid double-counting adjustments previously applied.

All of the comparables are similar to the subject. No adjustments are necessary.

## Adjustments Summary

The following table summarizes the adjustments discussed above and applied to each sale.

**Improved Sales Adjustment Grid**

| | Subject | Comparable 1 | Comparable 2 | Comparable 3 | Comparable 4 | Comparable 5 |
|---|---|---|---|---|---|---|
| Property Name | Parc at Windmill Farms | Cross Timbers Apartments | Camden Crossing | The Calvin | The Riley | Parkside Apartments |
| Address | 1003 Windmill Farms Boulevard | 1905 Center Point Ln. | 312 McAlister Rd. | 2501 Ohio Dr. | 480 Commons Dr. | 1100 McCann Rd. |
| City | Forney ETJ | Greenville | Burleson | Plano | Burleson | Longview |
| County | Kaufman | Hunt | Tarrant | Dallas | Johnson | Gregg |
| State | Texas | TX | TX | TX | TX | TX |
| Sale Date | | Sep-25 | Dec-24 | Dec-24 | Nov-24 | Sep-24 |
| Sale Status | | Closed | Closed | Closed | Closed | Closed |
| Sale Price | | $32,400,000 | $23,000,000 | $30,000,000 | $27,104,070 | $22,400,000 |
| Rentable Floor Area | 279,648 | 200,178 | 96,120 | 145,448 | 155,857 | 150,000 |
| Number of Units | 272 | 216 | 144 | 167 | 178 | 180 |
| Year Built | 2019 | 2023 | 2023 | 1995 | 2023 | 2020 |
| Avg SF Per Unit | 1,028 | 927 | 668 | 871 | 875 | 833 |
| NOI per Unit | $9,750 | $6,375 | $9,581 | $8,982 | $7,157 | $6,849 |
| Cap Rate | – | 4.25% | 6.00% | 5.00% | 4.70% | 5.50% |
| **Price per Unit** | | **$150,000** | **$159,722** | **$179,641** | **$152,270** | **$124,444** |
| **Transactional Adjustments** | | | | | | |
| Property Rights | | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| % Adjustment | | – | – | – | – | – |
| Financing Terms | | Cash to seller | Cash to seller | Cash to seller | Cash to seller | Cash to seller |
| % Adjustment | | – | – | – | – | – |
| Conditions of Sale | | Arm's-length | Arm's-length | Arm's-length | Arm's-length | Arm's-length |
| % Adjustment | | – | – | – | – | – |
| Expenditures Made Immediately After Purchase | | | | | | |
| $ Adjustment | | – | – | – | – | – |
| Market Conditions | 12/10/2025 | Sep-25 | Dec-24 | Dec-24 | Nov-24 | Sep-24 |
| Annual % Adjustment | 0% | – | – | – | – | – |
| **Cumulative Adjusted Price** | | **$150,000** | **$159,722** | **$179,641** | **$152,270** | **$124,444** |
| **Property Adjustments** | | | | | | |
| Location | | 20% | 10% | -30% | 10% | 25% |
| Unit Count | | – | – | – | – | – |
| Quality of Construction | | – | – | 10% | – | 10% |
| Effective Age/Condition | | -4% | -4% | 10% | -4% | -1% |
| Project and Unit Amenities | | -3% | -3% | -3% | -3% | -3% |
| Average Unit Size | | 5% | 15% | 10% | 10% | 10% |
| Economic Characteristics | | – | – | – | – | – |
| Net Property Adjustments ($) | | $27,000 | $28,750 | -$5,389 | $19,795 | $51,022 |
| Net Property Adjustments (%) | | 18% | 18% | -3% | 13% | 41% |
| **Final Adjusted Price** | | **$177,000** | **$188,472** | **$174,251** | **$172,065** | **$175,467** |

| | |
|---|---|
| **Range of Adjusted Prices** | **$172,065 - $188,472** |
| **Average** | **$177,451** |
| **Indicated Value** | **$177,000** |

## Value Indication

Prior to adjustment, the sales reflect a range of $124,444 - $179,641 per unit. After adjustment, the range is narrowed to $172,065 - $188,472 per unit, with an average of $177,451 per unit. We generally place equal weight on all sales as they represent a relatively tight range that do not require significant adjustments.

Based on the preceding analysis, the value indication by the sales comparison approach is as follows:

| Value Indication by Sales Comparison | |
|---|---|
| Indicated Value per Unit | $177,000 |
| Subject Units | 272 |
| Indicated Value | $48,144,000 |
| Rounded | $48,140,000 |

## Income Capitalization Approach

The income capitalization approach converts anticipated economic benefits of owning real property into a value estimate through capitalization. The steps taken to apply the income capitalization approach are:

Analyze the revenue potential of the property.

Consider appropriate allowances for vacancy, collection loss, and operating expenses.

Calculate net operating income by deducting vacancy, collection loss, and operating expenses from potential income.

Apply the most appropriate capitalization method, either direct capitalization or discounted cash flow analysis, or both, to convert anticipated net income to an indication of value.

The two most common capitalization methods are direct capitalization and discounted cash flow analysis. In direct capitalization, a single year's expected income is divided by an appropriate capitalization rate to arrive at a value indication. In discounted cash flow analysis, anticipated future net income streams and a future resale value are discounted to a present value at an appropriate yield rate.

In this analysis, we use only direct capitalization because investors in this property type typically rely more on this method.

## Apartment Occupancy and Rental Rates

The unit mix, occupancy status, and rental rates of the apartment units are shown in the following tables.

### Unit Mix and Occupancy

| Floor Plan | Units | % of Total | Avg. Unit Size (SF) | Total SF | Occupied Units | Vacant Units | % Occupied |
|---|---|---|---|---|---|---|---|
| **1BR - 1BA Units** | | | | | | | |
| 1BR - 1BA - 832 SF | 68 | 25.0% | 832 | 56,576 | 61 | 7 | 90% |
| 1BR - 1BA - 798 SF | 48 | 17.6% | 798 | 38,304 | 47 | 1 | 98% |
| Total/Average | 116 | 42.6% | 818 | 94,880 | 108 | 8 | 93% |
| **2BR - 2BA - Small Units** | | | | | | | |
| 2BR - 2BA - 1,059 SF | 28 | 10.3% | 1,059 | 29,652 | 24 | 4 | 86% |
| Total/Average | 28 | 10.3% | 1,059 | 29,652 | 24 | 4 | 86% |
| **2BR - 2BA - Large Units** | | | | | | | |
| 2BR - 2BA - 1,145 SF | 77 | 28.3% | 1,145 | 88,165 | 67 | 10 | 87% |
| 2BR - 2BA - 1,125 SF | 3 | 1.1% | 1,125 | 3,375 | 3 | 0 | 100% |
| 2BR - 2BA - 1,203 SF | 12 | 4.4% | 1,203 | 14,436 | 10 | 2 | 83% |
| Total/Average | 92 | 33.8% | 1,152 | 105,976 | 80 | 12 | 87% |
| **3BR - 2BA Units** | | | | | | | |
| 3BR - 2BA - 1,365 SF | 36 | 13.2% | 1,365 | 49,140 | 35 | 1 | 97% |
| Total/Average | 36 | 13.2% | 1,365 | 49,140 | 35 | 1 | 97% |
| Total Units | 272 | 100.0% | 1,028 | 279,648 | 247 | 25 | 91% |

*Includes employee and model units, as applicable.

Currently, 91% of the apartment units are leased and occupied. The apartment component of the property is considered to be at stabilized occupancy.

### Subject Rental Rates

| | | | Asking Rent[1] | | Contract Rent[2] | |
|---|---|---|---|---|---|---|
| Unit Type | Average Unit Size (SF) | Total Units | Average | Avg. $/SF | Average | Avg. $/SF |
| 1BR - 1BA | 818 | 116 | $1,416 | $1.73 | $1,303 | $1.59 |
| 2BR - 2BA - Small | 1,059 | 28 | $1,727 | $1.63 | $1,519 | $1.43 |
| 2BR - 2BA - Large | 1,152 | 92 | $1,790 | $1.55 | $1,623 | $1.41 |
| 3BR - 2BA | 1,365 | 36 | $2,184 | $1.60 | $2,013 | $1.47 |
| TOTAL/AVG. | 1,028 | 272 | $1,676 | $1.63 | $1,528 | $1.49 |

1. Includes employee & model units, if any.
2. Figures are for tenant-occupied units only. Excludes any employee or model units.

## Utilities Expenses

| Tenant-Paid Utilities | Owner-Paid-Utilities |
|---|---|
| In-Unit Electric | Common Area Electric |
| Water | Common Area Water |
| Sewer | |
| Trash | |
| Cable | |
| Broadband | |

## Market Rent Analysis

In addition to contract rent, our analysis considers the market rent of each basic unit type within the subject. To estimate market rent, we analyze comparable rentals most relevant to the subject in terms of location, property type, building age, and quality. The comparables are summarized in the following table.

## Summary of Comparable Rentals

| No. | Property Name; Address | Survey Date | Yr Built; Stories | Unit Mix | # Units; % Occ. | Avg. Unit SF | Avg. Rent/ Month | Avg. Rent/ SF |
|---|---|---|---|---|---|---|---|---|
| 1 | Rylan at Gateway | 12/9/2025 | 2024 | | 336 | | | |
| | 1205 Gateway Blvd. | | 3 | | 42% | | | |
| | | | | 1BR - 1BA | 38 | 744 | $1,615 | $2.17 |
| | | | | 1BR - 1BA | 62 | 995 | $1,730 | $1.74 |
| | | | | 2BR - 2BA | 33 | 1,095 | $1,860 | $1.70 |
| | | | | 2BR - 2BA | 42 | 1,156 | $2,023 | $1.75 |
| | Unit Features: | | 9'+ Ceiling Heights, Carpeting, Central AC, Dishwasher, Disposal, Laminate Counters, Microwave, Range - Electric, Refrigerator, Stainless Steel Appliances, Vinyl Plank Floors (LVT/LVP), Window Blinds/Shades | | | | | |
| | Project Amenities: | | Clubhouse Building, Covered Parking, Dog Run/Spa, Extra Storage Area, Fitness Center, Garage/Detached, Recreational Amenities, Resident Lounge, Roofdeck/Sundeck, Swimming Pool | | | | | |
| | Comments: | | 42.4% Occupied and going through initial lease-up efforts. | | | | | |
| 2 | Aspen at Gateway | 12/9/2025 | 2024 | | 314 | | | |
| | 1300 N. Gateway Blvd. | | 3 | | 75% | | | |
| | | | | 1BR - 1BA | 43 | 725 | $1,575 | $2.17 |
| | | | | 1BR - 1BA | 20 | 856 | $1,532 | $1.79 |
| | | | | 2BR - 2BA | 14 | 1,047 | $1,843 | $1.76 |
| | | | | 2BR - 2BA | 32 | 1,207 | $2,010 | $1.67 |
| | | | | 3BR - 2BA | 31 | 1,395 | $2,445 | $1.75 |
| | Unit Features: | | 9'+ Ceiling Heights, Carpeting, Central AC, Dishwasher, Disposal, Laminate Counters, Microwave, Range - Electric, Refrigerator, Stainless Steel Appliances, Vinyl Plank Floors (LVT/LVP), Window Blinds/Shades | | | | | |
| | Project Amenities: | | Clubhouse Building, Covered Parking, Dog Run/Spa, Extra Storage Area, Fitness Center, Garage/Detached, Recreational Amenities, Resident Lounge, Roofdeck/Sundeck, Swimming Pool | | | | | |
| | Comments: | | 75.1% Occupied and going through initial lease-up efforts. Offering concessions of 1/2 off rent for 5-months, on 13 to 16 month leases. | | | | | |

## Summary of Comparable Rentals

| No. | Property Name; Address | Survey Date | Yr Built; Stories | Unit Mix | # Units; % Occ. | Avg. Unit SF | Avg. Rent/ Month | Avg. Rent/ SF |
|---|---|---|---|---|---|---|---|---|
| 3 | Gateway Cedars | 12/9/2025 | 2014 | | 334 | | | |
| | 1100 Gateway Blvd. | | 3 | | 96% | | | |
| | | | | 1BR - 1BA | 66 | 775 | $1,341 | $1.73 |
| | | | | 1BR - 1BA | 18 | 850 | $1,459 | $1.72 |
| | | | | 2BR - 2BA | 58 | 1,010 | $1,606 | $1.59 |
| | | | | 2BR - 2BA | 30 | 1,200 | $1,679 | $1.40 |
| | Unit Features: | | 9'+ Ceiling Heights, Carpeting, Central AC, Dishwasher, Disposal, Laminate Counters, Microwave, Range - Electric, Refrigerator, Stainless Steel Appliances, Vinyl Plank Floors (LVT/LVP), Window Blinds/Shades | | | | | |
| | Project Amenities: | | Clubhouse Building, Covered Parking, Dog Run/Spa, Extra Storage Area, Fitness Center, Garage/Detached, Recreational Amenities, Resident Lounge, Roofdeck/Sundeck, Swimming Pool | | | | | |
| | Comments: | | 95.8% Occupied. Offering concessions of $500 off 1st and 2nd month | | | | | |
| 4 | Gateway Pines | 12/9/2025 | 2019 | | 337 | | | |
| | 1200 N. Gateway Blvd. | | 3 | | 96% | | | |
| | | | | 1BR - 1BA | 60 | 712 | $1,456 | $2.04 |
| | | | | 1BR - 1BA | 42 | 816 | $1,281 | $1.57 |
| | | | | 2BR - 2BA | 18 | 825 | $1,476 | $1.79 |
| | | | | 2BR - 2BA | 27 | 1,038 | $1,536 | $1.48 |
| | | | | 2BR - 2BA | 12 | 1,213 | $1,638 | $1.35 |
| | Unit Features: | | Central AC, Dishwasher, Disposal, Kitchen Island/Eating Counter, Laminate Counters, Microwave, Patio/Balcony/Deck, Range - Electric, Refrigerator, Stainless Steel Appliances, Vinyl Plank Floors (LVT/LVP), Washer/Dryer Hookup, Window Blinds/Shades | | | | | |
| | Project Amenities: | | BBQ Grill/Picnic Area, Clubhouse Building, Covered Parking, Dog Run/Spa, Fitness Center, Garage/Detached, Package System/Lockers/Rm, Recreational Amenities, Resident Lounge, Swimming Pool | | | | | |
| | Comments: | | 95.5% Occupied. Offering concessions of 1-month free on 13+ month | | | | | |
| 5 | Gateway Oaks | 12/9/2025 | 2016 | | 313 | | | |
| | 1105 N. Gateway Blvd. | | 3 | | 93% | | | |
| | | | | 1BR - 1BA | 78 | 716 | $1,217 | $1.70 |
| | | | | 1BR - 1BA | 39 | 828 | $1,241 | $1.50 |
| | | | | 2BR - 2BA | 9 | 1,076 | $1,780 | $1.65 |
| | | | | 2BR - 2BA | 17 | 1,238 | $1,943 | $1.57 |
| | | | | 3BR - 2BA | 6 | 1,410 | $2,065 | $1.46 |
| | Unit Features: | | 9'+ Ceiling Heights, Carpeting, Central AC, Dishwasher, Disposal, Granite/Quartz Counters, Kitchen Island/Eating Counter, Laminate Counters, Microwave, Patio/Balcony/Deck, Range - Electric, Refrigerator, Stainless Steel Appliances, Vinyl Plank Floors (LVT/LVP), Washer/Dryer Hookup | | | | | |
| | Project Amenities: | | BBQ Grill/Picnic Area, Clubhouse Building, Covered Parking, Dog Run/Spa, Extra Storage Area, Fitness Center, Garage/Detached, Recreational Amenities, Resident Lounge, Roofdeck/Sundeck, Swimming Pool | | | | | |
| | Comments: | | 93% Occupied. Offering concessions of 4-weeks free on select units. | | | | | |
| | Subject | | 2019 | | 272 | 1,028 | | |
| | 1003 Windmill Farms Boulevard | | 2 | | 91% | | | |
| | Forney ETJ | | | | | | | |
| | | | | 1BR - 1BA | 116 | 818 | | |
| | | | | 2BR - 2BA - Small | 28 | 1,059 | | |
| | | | | 2BR - 2BA - Large | 92 | 1,152 | | |
| | | | | 3BR - 2BA | 36 | 1,365 | | |

## Comparable Rentals Map





Rent Survey 1
Rylan at Gateway



Rent Survey 2
Aspen at Gateway




Rent Survey 3
Gateway Cedars



Rent Survey 4
Gateway Pines



Rent Survey 5
Gateway Oaks

## Apartment Rental Analysis Factors

Our analysis of the comparable rentals considers the following elements of comparison.

| Rental Analysis Factors | |
|---|---|
| Tenant Paid Utilities | Utilities costs for which tenants are responsible. |
| Unit Size | Floor area in square feet. |
| Location | Market or submarket area influences on rent; surrounding land use influences. |
| Age/Condition | Effective age; physical condition. |
| Quality | Construction quality, market appeal, functional utility. |
| Unit Features | Features included in individual residential units. |
| Project Amenities | Amenities available to the entire property. |

It is noted, rent comparables 3, 4 and 5 do not include a full-size washer/dryer in the unit, similar to the subject. As such, we apply an upward utility adjustment of $40. Additionally, rent comparables 1, 3 and 4 do not offer a 3BR floorplan. As such, upward adjustments are applied within the unit feature category.

## Analysis of Comparable Rentals

**Rental Adjustment Grid - 1BR - 1BA**

| | Subject | Comparable 1 | Comparable 2 | Comparable 3 | Comparable 4 | Comparable 5 |
|---|---|---|---|---|---|---|
| Property Name | Parc at Windmill Farms | Rylan at Gateway | Aspen at Gateway | Gateway Cedars | Gateway Pines | Gateway Oaks |
| Address | 1003 Windmill Farms Boulevard | 1205 Gateway Blvd. | 1300 N. Gateway Blvd. | 1100 Gateway Blvd. | 1200 N. Gateway Blvd. | 1105 N. Gateway Blvd. |
| City | Forney ETJ | Forney | Forney | Forney | Forney | Forney |
| County | Kaufman | Kaufman | Kaufman | Kaufman | Kaufman | Kaufman |
| State | Texas | TX | TX | TX | TX | TX |
| Survey Date | | Dec-25 | Dec-25 | Dec-25 | Dec-25 | Dec-25 |
| Unit Type | 1BR - 1BA | 1BR - 1BA | 1BR - 1BA | 1BR - 1BA | 1BR - 1BA | 1BR - 1BA |
| Average Unit SF | 818 | 744 | 856 | 775 | 816 | 828 |
| Average Rent/Mo | $1,416 | $1,615 | $1,532 | $1,341 | $1,281 | $1,241 |
| Rent/SF | $1.73 | $2.17 | $1.79 | $1.73 | $1.57 | $1.50 |
| Year Built | 2019 | 2024 | 2024 | 2014 | 2019 | 2016 |
| **Average Rent/Month** | | **$1,615** | **$1,532** | **$1,341** | **$1,281** | **$1,241** |
| Utilities Adjustment | | | | | | |
| $ Adjustment | | – | – | $40 | $40 | $40 |
| Size Adjustment | | | | | | |
| % Adjustment | 50% | | | | | |
| $ Adjustment | | $80 | -$34 | $38 | $2 | -$8 |
| **Cumulative Adjusted Rent** | | **$1,695** | **$1,498** | **$1,419** | **$1,323** | **$1,273** |
| Location | | – | – | – | – | – |
| Age/Condition | | -5% | -5% | 5% | – | 3% |
| Quality | | – | – | – | – | – |
| Unit Features | | – | – | – | – | – |
| Project Amenities | | – | – | – | – | – |
| Net $ Adjustment | | -$85 | -$75 | $71 | $0 | $38 |
| Net % Adjustment | | -5% | -5% | 5% | 0% | 3% |
| **Final Adjusted Price** | | **$1,610** | **$1,423** | **$1,490** | **$1,323** | **$1,311** |
| Overall Adjustment | | 0% | -7% | 11% | 3% | 6% |

| **Summary Indicators** | **Range** | **Average** | **Average/SF** |
|---|---|---|---|
| Comparables - Adjusted | $1,311 - $1,610 | $1,432 | – |
| Subject Contract Rents | $1,264 - $1,333 | $1,303 | $1.59 |
| Recent Subject Leases | $1,346 - $1,384 | $1,368 | $1.67 |
| Subject Asking Rent | $1,395 - $1,431 | $1,416 | $1.73 |
| **Concluded Market Rent** | **$1,400 ($1.71/SF)** | | |

**Rental Adjustment Grid - 2BR - 2BA - Small**

| | Subject | Comparable 1 | Comparable 2 | Comparable 3 | Comparable 4 | Comparable 5 |
|---|---|---|---|---|---|---|
| Property Name | Parc at Windmill Farms | Rylan at Gateway | Aspen at Gateway | Gateway Cedars | Gateway Pines | Gateway Oaks |
| Address | 1003 Windmill Farms Boulevard | 1205 Gateway Blvd. | 1300 N. Gateway Blvd. | 1100 Gateway Blvd. | 1200 N. Gateway Blvd. | 1105 N. Gateway Blvd. |
| City | Forney ETJ | Forney | Forney | Forney | Forney | Forney |
| County | Kaufman | Kaufman | Kaufman | Kaufman | Kaufman | Kaufman |
| State | Texas | TX | TX | TX | TX | TX |
| Survey Date | | Dec-25 | Dec-25 | Dec-25 | Dec-25 | Dec-25 |
| Unit Type | 2BR - 2BA - Small | 2BR - 2BA | 2BR - 2BA | 2BR - 2BA | 2BR - 2BA | 2BR - 2BA |
| Average Unit SF | 1,059 | 1,095 | 1,047 | 1,010 | 1,038 | 1,076 |
| Average Rent/Mo | $1,727 | $1,860 | $1,843 | $1,606 | $1,536 | $1,780 |
| Rent/SF | $1.63 | $1.70 | $1.76 | $1.59 | $1.48 | $1.65 |
| Year Built | 2019 | 2024 | 2024 | 2014 | 2019 | 2016 |
| **Average Rent/Month** | | **$1,860** | **$1,843** | **$1,606** | **$1,536** | **$1,780** |
| Utilities Adjustment | | | | | | |
| $ Adjustment | | – | – | $40 | $40 | $40 |
| Size Adjustment | | | | | | |
| % Adjustment | 50% | | | | | |
| $ Adjustment | | -$31 | $11 | $40 | $16 | -$14 |
| **Cumulative Adjusted Rent** | | **$1,829** | **$1,854** | **$1,686** | **$1,592** | **$1,806** |
| Location | | – | – | – | – | – |
| Age/Condition | | -5% | -5% | 5% | – | 3% |
| Quality | | – | – | – | – | – |
| Unit Features | | – | – | – | – | – |
| Project Amenities | | – | – | – | – | – |
| Net $ Adjustment | | -$91 | -$93 | $84 | $0 | $54 |
| Net % Adjustment | | -5% | -5% | 5% | 0% | 3% |
| **Final Adjusted Price** | | **$1,738** | **$1,761** | **$1,770** | **$1,592** | **$1,860** |
| Overall Adjustment | | -7% | -4% | 10% | 4% | 4% |

| **Summary Indicators** | **Range** | **Average** | **Average/SF** |
|---|---|---|---|
| Comparables - Adjusted | $1,592 - $1,860 | $1,744 | – |
| Subject Contract Rents | $1,519 - $1,519 | $1,519 | $1.43 |
| Recent Subject Leases | $1,625 - $1,625 | $1,625 | $1.53 |
| Subject Asking Rent | $1,727 - $1,727 | $1,727 | $1.63 |
| **Concluded Market Rent** | **$1,700 ($1.61/SF)** | | |

**Rental Adjustment Grid - 2BR - 2BA - Large**

| | Subject | Comparable 1 | Comparable 2 | Comparable 3 | Comparable 4 | Comparable 5 |
|---|---|---|---|---|---|---|
| Property Name | Parc at Windmill Farms | Rylan at Gateway | Aspen at Gateway | Gateway Cedars | Gateway Pines | Gateway Oaks |
| Address | 1003 Windmill Farms Boulevard | 1205 Gateway Blvd. | 1300 N. Gateway Blvd. | 1100 Gateway Blvd. | 1200 N. Gateway Blvd. | 1105 N. Gateway Blvd. |
| City | Forney ETJ | Forney | Forney | Forney | Forney | Forney |
| County | Kaufman | Kaufman | Kaufman | Kaufman | Kaufman | Kaufman |
| State | Texas | TX | TX | TX | TX | TX |
| Survey Date | | Dec-25 | Dec-25 | Dec-25 | Dec-25 | Dec-25 |
| Unit Type | 2BR - 2BA - Large | 2BR - 2BA | 2BR - 2BA | 2BR - 2BA | 2BR - 2BA | 2BR - 2BA |
| Average Unit SF | 1,152 | 1,156 | 1,207 | 1,200 | 1,213 | 1,238 |
| Average Rent/Mo | $1,790 | $2,023 | $2,010 | $1,679 | $1,638 | $1,943 |
| Rent/SF | $1.55 | $1.75 | $1.67 | $1.40 | $1.35 | $1.57 |
| Year Built | 2019 | 2024 | 2024 | 2014 | 2019 | 2016 |
| **Average Rent/Month** | | **$2,023** | **$2,010** | **$1,679** | **$1,638** | **$1,943** |
| Utilities Adjustment | | | | | | |
| $ Adjustment | | – | – | $40 | $40 | $40 |
| Size Adjustment | | | | | | |
| % Adjustment | 50% | | | | | |
| $ Adjustment | | -$4 | -$46 | -$34 | -$42 | -$69 |
| **Cumulative Adjusted Rent** | | **$2,019** | **$1,964** | **$1,685** | **$1,636** | **$1,914** |
| Location | | – | – | – | – | – |
| Age/Condition | | -5% | -5% | 5% | – | 3% |
| Quality | | – | – | – | – | – |
| Unit Features | | – | – | – | – | – |
| Project Amenities | | – | – | – | – | – |
| Net $ Adjustment | | -$101 | -$98 | $84 | $0 | $57 |
| Net % Adjustment | | -5% | -5% | 5% | 0% | 3% |
| **Final Adjusted Price** | | **$1,918** | **$1,866** | **$1,769** | **$1,636** | **$1,971** |
| Overall Adjustment | | -5% | -7% | 5% | 0% | 1% |

| **Summary Indicators** | **Range** | **Average** | **Average/SF** |
|---|---|---|---|
| Comparables - Adjusted | $1,636 - $1,971 | $1,832 | – |
| Subject Contract Rents | $1,543 - $1,664 | $1,623 | $1.41 |
| Recent Subject Leases | $1,780 - $1,910 | $1,798 | $1.56 |
| Subject Asking Rent | $1,777 - $1,870 | $1,790 | $1.55 |
| **Concluded Market Rent** | **$1,800 ($1.56/SF)** | | |

**Rental Adjustment Grid - 3BR - 2BA**

| | Subject | Comparable 1 | Comparable 2 | Comparable 3 | Comparable 4 | Comparable 5 |
|---|---|---|---|---|---|---|
| Property Name | Parc at Windmill Farms | Rylan at Gateway | Aspen at Gateway | Gateway Cedars | Gateway Pines | Gateway Oaks |
| Address | 1003 Windmill Farms Boulevard | 1205 Gateway Blvd. | 1300 N. Gateway Blvd. | 1100 Gateway Blvd. | 1200 N. Gateway Blvd. | 1105 N. Gateway Blvd. |
| City | Forney ETJ | Forney | Forney | Forney | Forney | Forney |
| County | Kaufman | Kaufman | Kaufman | Kaufman | Kaufman | Kaufman |
| State | Texas | TX | TX | TX | TX | TX |
| Survey Date | | Dec-25 | Dec-25 | Dec-25 | Dec-25 | Dec-25 |
| Unit Type | 3BR - 2BA | 2BR - 2BA | 3BR - 2BA | 2BR - 2BA | 2BR - 2BA | 3BR - 2BA |
| Average Unit SF | 1,365 | 1,156 | 1,395 | 1,200 | 1,213 | 1,410 |
| Average Rent/Mo | $2,184 | $2,023 | $2,445 | $1,679 | $1,638 | $2,065 |
| Rent/SF | $1.60 | $1.75 | $1.75 | $1.40 | $1.35 | $1.46 |
| Year Built | 2019 | 2024 | 2024 | 2014 | 2019 | 2016 |
| **Average Rent/Month** | | **$2,023** | **$2,445** | **$1,679** | **$1,638** | **$2,065** |
| Utilities Adjustment | | | | | | |
| $ Adjustment | | – | – | $40 | $40 | $40 |
| Size Adjustment | | | | | | |
| % Adjustment | 50% | | | | | |
| $ Adjustment | | $183 | -$26 | $118 | $105 | -$34 |
| **Cumulative Adjusted Rent** | | **$2,206** | **$2,419** | **$1,837** | **$1,783** | **$2,071** |
| Location | | – | – | – | – | – |
| Age/Condition | | -5% | -5% | 5% | – | 3% |
| Quality | | – | – | – | – | – |
| Unit Features | | 10% | – | 10% | 10% | – |
| Project Amenities | | – | – | – | – | – |
| Net $ Adjustment | | $110 | -$121 | $276 | $178 | $62 |
| Net % Adjustment | | 5% | -5% | 15% | 10% | 3% |
| **Final Adjusted Price** | | **$2,316** | **$2,298** | **$2,113** | **$1,961** | **$2,134** |
| Overall Adjustment | | 14% | -6% | 26% | 20% | 3% |

| **Summary Indicators** | **Range** | **Average** | **Average/SF** |
|---|---|---|---|
| Comparables - Adjusted | $1,961 - $2,316 | $2,164 | – |
| Subject Contract Rents | $2,013 - $2,013 | $2,013 | $1.47 |
| Recent Subject Leases | $1,976 - $1,976 | $1,976 | $1.45 |
| Subject Asking Rent | $2,184 - $2,184 | $2,184 | $1.60 |
| **Concluded Market Rent** | **$2,100 ($1.54/SF)** | | |

## Apartment Market Rent Conclusion

Based on the preceding analysis of comparable rentals, market rent is estimated for each unit type as shown in the table that follows.

**Market Rent Conclusions**

| Unit Type | Total Units | Avg. Unit Size (SF) | Average Contract Rent | Average Asking Rent | Typical Recent Leases | Market Rent/ Month | Market Rent/SF |
|---|---|---|---|---|---|---|---|
| 1BR - 1BA | 116 | 818 | $1,303 | $1,416 | $1,368 | $1,400 | $1.71 |
| 2BR - 2BA - Small | 28 | 1,059 | $1,519 | $1,727 | $1,625 | $1,700 | $1.61 |
| 2BR - 2BA - Large | 92 | 1,152 | $1,623 | $1,790 | $1,798 | $1,800 | $1.56 |
| 3BR - 2BA | 36 | 1,365 | $2,013 | $2,184 | $1,976 | $2,100 | $1.54 |
| Total/Avg. | 272 | 1,028 | $1,528 | $1,676 | $1,620 | $1,659 | $1.61 |

## Stabilized Income and Expenses

### Potential Gross Rent

The following table summarizes the potential gross rent from the apartment units based on contract rent from leased units plus market rent applied to vacant units. The total of these amounts is then compared to the potential rent that would be generated if 100% of the apartment units were leased at market rates.

Figures presented below reflect the 12-month period following the effective date of the appraisal.

**Potential Gross Rent**

| Unit Type | Total Units | Potential Rent at Contract (1) | Avg. Contract Rent/Unit | Market Rent/Unit | Potential Rent at Market | Contract As % of Market |
|---|---|---|---|---|---|---|
| **Occupied Units** | | | | | | |
| 1BR - 1BA | 108 | $1,688,085 | $1,303 | $1,400 | $1,814,400 | 93% |
| 2BR - 2BA - Small | 24 | $437,437 | $1,519 | $1,700 | $489,600 | 89% |
| 2BR - 2BA - Large | 80 | $1,557,947 | $1,623 | $1,800 | $1,728,000 | 90% |
| 3BR - 2BA | 35 | $845,485 | $2,013 | $2,100 | $882,000 | 96% |
| Total Occupied | 247 | $4,528,954 | $1,528 | $1,658 | $4,914,000 | 92% |
| **Vacant Units** | | | | | | |
| 1BR - 1BA | 8 | $134,400 | $1,400 | $1,400 | $134,400 | 100% |
| 2BR - 2BA - Small | 4 | $81,600 | $1,700 | $1,700 | $81,600 | 100% |
| 2BR - 2BA - Large | 12 | $259,200 | $1,800 | $1,800 | $259,200 | 100% |
| 3BR - 2BA | 1 | $25,200 | $2,100 | $2,100 | $25,200 | 100% |
| Total Vacant | 25 | $500,400 | $1,668 | $1,668 | $500,400 | 100% |
| Grand Total | 272 | $5,029,354 | $1,541 | $1,659 | $5,414,400 | 93% |

[1] Contract rent for tenant-occupied units; vacant and employee/model units, if any, at market.

For purposes of the direct capitalization analysis that follows, potential gross rent for the apartment units is based on a 50/50 mix of the market and contract rent, placing some weight on occupied units.

**Expense Reimbursements**

The subject property has not historically charged back tenants for expense reimbursements, whereas the tenant is directly responsible or pays their pro-rate share of actual expenses. Leaving the landlord utility responsibility to common area electric and water, as well as in-unit electricity for vacant units.

**Vacancy & Collection Loss**

The rent comparable utilized herein generally represent stabilized properties, aside from comparable 1 and 2, which are going through initial lease-up efforts. When analyzing the narrowed data set of vacancy rates among the stabilized properties, the properties range from 4.2% to 7.0%, with an average of about 5.2%. The subject's current vacancy rate is 9.2%. The Dallas metro area has an average vacancy rate of 9.4% for all properties, and 9.9% for Class A properties. The subject's submarket has an average vacancy rate of 6.3% for all properties, and 2.3% for Class A properties. As noted previously, the REIS submarket excludes some of the Forney area, which includes significant new development. As such, reliance is placed on the primary data set of rent comparables.

Based on the data presented herein, an allowance for stabilized vacancy and collection loss is estimated at a combined 6.0%, being 5.0% vacancy and 1.0% collection loss.

**Concessions**

A deduction is made to reflect income loss due to free rent and other tenant concessions that are customary at the subject and also typical in the market. Based on historical concessions at the subject and current budgeted amounts, a deduction of 4.0% of potential gross income is reasonable. This is also supported by surveying the comparable properties and their current concessions offering. Most properties offer anywhere from 4 weeks free, on select units for 13+ month leases. The higher continued allowance of concessions considers the amount of new inventory coming online.

**Other Income**

The other income category includes any other income from the property including revenues from application fees, pet rent and deposits, amenity fees, trash collection charges, pest control and other miscellaneous sources. Total other income is projected at $272,000, net of vacancy and rent loss, based on the subject's historical receipts and current budget. This equates to approximately $80 per unit monthly.

**Effective Gross Income**

Based on the preceding estimates of gross income less allowances if any for vacancy, collection loss, and concessions, effective gross income is calculated at $4,971,689.

## Operating Expenses

Operating expenses are estimated based on the operating history of the subject and expense data from comparable properties, as summarized in the following tables.

### Operating History and Projections

| | Actual 2025 | IRR Projection |
|---|---|---|
| **Income** | | |
| Rental Income | $5,148,799 | $5,221,877 |
| Vacancy & Collection Loss @ 6.0% | -$364,626 | -313,313 |
| Concessions @ 4.0% | -205,974 | -208,875 |
| Other Income | 265,974 | 272,000 |
| Effective Gross Income | $4,844,173 | $4,971,689 |
| **Expenses** | | |
| Real Estate Taxes | $950,405 | $1,028,103 |
| Insurance | 207,850 | 204,000 |
| Utilities | 105,446 | 108,800 |
| Repairs/Maintenance | 197,042 | 190,400 |
| Payroll/Benefits | 387,384 | 408,000 |
| Advertising & Marketing | 83,829 | 68,000 |
| General/Administrative | 63,406 | 81,600 |
| Management | 154,730 | 149,151 |
| Replacement Reserves | 81,600 | 81,600 |
| Total Expenses | $2,231,692 | $2,319,654 |
| **Net Operating Income** | **$2,612,481** | **$2,652,036** |
| Operating Expense Ratio | 46.1% | 46.7% |

*IRR projected income is the total potential income attributable to the property before deduction of vacancy and collection loss. Historical income is the actual income that has been collected by the property owner.

Per unit expense data for the subject and comparable properties are summarized below.

**Expense Analysis per Unit**

| | Comp Data* | | | | Subject | |
|---|---|---|---|---|---|---|
| | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Historical and Projected Expenses | |
| Year Built | 2019 | 2004 | 2004 | 2011 | 2019 | |
| Number of Units | 387 | 228 | 264 | 272 | 272 | 272 |
| Operating Data Type | Trailing-12 | In Place | In Place | In Place | Actual | |
| Year | 2024 | 2024 | 2024 | 2023 | 2025 | IRR Projection |
| Real Estate Taxes | $5,026 | $3,008 | $1,765 | $4,955 | $3,494 | $3,780 |
| Insurance | $1,015 | $734 | $1,357 | $362 | $764 | $750 |
| Utilities | $909 | $1,078 | $957 | $967 | $388 | $400 |
| Repairs/Maintenance | $674 | $639 | $1,567 | $692 | $724 | $700 |
| Payroll/Benefits | $1,555 | $1,430 | $1,529 | $1,523 | $1,424 | $1,500 |
| Advertising & Marketing | $164 | $143 | $424 | $549 | $308 | $250 |
| General/Administrative | $364 | $192 | $323 | $825 | $233 | $300 |
| Management | $586 | $485 | $627 | $629 | $569 | $548 |
| Replacement Reserves | $250 | $0 | $0 | $250 | $300 | $300 |
| Total | $10,543 | $7,709 | $8,549 | $10,752 | $8,205 | $8,528 |
| Operating Expense Ratio | 54.0% | 48.5% | 51.1% | 51.3% | 46.1% | 46.7% |

### Operating Expense Analysis by Category

Discussions of our operating expense projections are presented in the following paragraphs.

### Real Estate Taxes

This expense category includes all local, county, and state property tax levies, including special assessments. Our projection is based on the property assessment and tax rate for the subject, as discussed previously in the Real Estate Tax Analysis.

**Real Estate Taxes Expense**

| | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Actual | IRR |
|---|---|---|---|---|---|---|
| | 2024 | 2024 | 2024 | 2023 | 2025 | Projection |
| Total | – | – | – | – | $950,405 | $1,028,103 |
| % of EGI | 25.7% | 18.9% | 10.5% | 23.6% | 19.6% | 20.7% |
| $/Unit | $5,026 | $3,008 | $1,765 | $4,955 | $3,494 | $3,780 |

**Insurance**

Insurance expense includes property and casualty insurance for the subject. Our projection is based on the subject's historical and budgeted expenses, comparable data, and industry benchmarks, as shown below.

**Insurance Expense**

| | Comp 1 2024 | Comp 2 2024 | Comp 3 2024 | Comp 4 2023 | Actual 2025 | IRR Projection |
|---|---|---|---|---|---|---|
| Total | – | – | – | – | $207,850 | $204,000 |
| % of EGI | 5.2% | 4.6% | 8.1% | 1.7% | 4.3% | 4.1% |
| $/Unit | $1,015 | $734 | $1,357 | $362 | $764 | $750 |

**Utilities**

Utilities expenses typically include heating fuel, electric, gas, water, sewer, and trash removal. In this case, the owner's expenditures for utilities include the following expenses that are reimbursed by tenants: water, sewer and trash. They also include common area electric and in-unit electric for vacant units that are not reimbursed.

Our projection of owner's utilities expenses is based on the subject's actual and budgeted expenses, comparable data, and industry benchmarks, as shown below.

**Utilities Expense**

| | Comp 1 2024 | Comp 2 2024 | Comp 3 2024 | Comp 4 2023 | Actual 2025 | IRR Projection |
|---|---|---|---|---|---|---|
| Total | – | – | – | – | $105,446 | $108,800 |
| % of EGI | 4.7% | 6.8% | 5.7% | 4.6% | 2.2% | 2.2% |
| $/Unit | $909 | $1,078 | $957 | $967 | $388 | $400 |

**Repairs/Maintenance**

Repairs and maintenance includes expenditures to repair and maintain building mechanical systems and structural components, and also the grounds. This category includes supplies and independent contractor charges but excludes payroll costs. Also included are any painting, decorating and cleaning costs associated with the turnover of units. It includes supplies and independent contractor charges but excludes payroll costs. Major replacements and building alterations are not included because they are considered capital costs.

Our projection of repairs/maintenance expenses is based on the subject's historical and budgeted amounts, comparable data, and industry benchmarks.

**Repairs/Maintenance Expense**

| | Comp 1 2024 | Comp 2 2024 | Comp 3 2024 | Comp 4 2023 | Actual 2025 | IRR Projection |
|---|---|---|---|---|---|---|
| Total | – | – | – | – | $197,042 | $190,400 |
| % of EGI | 3.5% | 4.0% | 9.4% | 3.3% | 4.1% | 3.8% |
| $/Unit | $674 | $639 | $1,567 | $692 | $724 | $700 |

**Payroll/Benefits**

Payroll and benefits expenses pertain to onsite personnel including maintenance workers, porters, and resident superintendent, if any. It also includes the cost of employee occupied apartment units, based on the difference between market rent and actual rent charged to employees.

Our projection that follows is based on the subject's actual and budgeted expenses, comparable data, and industry benchmarks.

**Payroll/Benefits Expense**

| | Comp 1 2024 | Comp 2 2024 | Comp 3 2024 | Comp 4 2023 | Actual 2025 | IRR Projection |
|---|---|---|---|---|---|---|
| Total | – | – | – | – | $387,384 | $408,000 |
| % of EGI | 8.0% | 9.0% | 9.1% | 7.3% | 8.0% | 8.2% |
| $/Unit | $1,555 | $1,430 | $1,529 | $1,523 | $1,424 | $1,500 |

**Advertising/Marketing**

This category includes costs of all advertising and promotional activities as well as leasing fees and referral fees, and rent loss from units used as models. Our projection is consistent with the subject's expenses, comparable data, and industry benchmarks.

**Advertising & Marketing Expense**

| | Comp 1 2024 | Comp 2 2024 | Comp 3 2024 | Comp 4 2023 | Actual 2025 | IRR Projection |
|---|---|---|---|---|---|---|
| Total | – | – | – | – | $83,829 | $68,000 |
| % of EGI | 0.8% | 0.9% | 2.5% | 2.6% | 1.7% | 1.4% |
| $/Unit | $164 | $143 | $424 | $549 | $308 | $250 |

**General/Administrative**

General and administrative expenses consist of general office expenses for onsite personnel, legal and accounting fees, license fees, and business taxes. Our projection below is based on the subject's historical and budgeted expenses, comparable data, and industry benchmarks.

**General/Administrative Expense**

| | Comp 1 2024 | Comp 2 2024 | Comp 3 2024 | Comp 4 2023 | Actual 2025 | IRR Projection |
|---|---|---|---|---|---|---|
| Total | – | – | – | – | $63,406 | $81,600 |
| % of EGI | 1.9% | 1.2% | 1.9% | 3.9% | 1.3% | 1.6% |
| $/Unit | $364 | $192 | $323 | $825 | $233 | $300 |

**Management**

Management charges are typically a percentage of collected revenues and cover the supervision of rent collections, leasing, property maintenance, and bookkeeping, but exclude payroll and benefits costs of onsite personnel. Typical management fees for properties of this type range from 2.5% to 3.5%. Considering the current management expenses at the subject and the complexity of the property, we project an overall management fee of 3.0% of effective gross income.

**Management Expense**

| | Comp 1 2024 | Comp 2 2024 | Comp 3 2024 | Comp 4 2023 | Actual 2025 | IRR Projection |
|---|---|---|---|---|---|---|
| Total | – | – | – | – | $154,730 | $149,151 |
| % of EGI | 3.0% | 3.0% | 3.7% | 3.0% | 3.2% | 3.0% |
| $/Unit | $586 | $485 | $627 | $629 | $569 | $548 |

### Replacement Reserves

Buyers in the multifamily market tend to include replacement reserves in an income and expense pro forma to reflect costs of replacing short-lived items such as appliances, carpet and vinyl floor coverings, window coverings and mechanical systems, such as hot water heaters and HVAC units. Reserves also consider short-lived building components such as the roof and parking lot paving. An estimate of $300 per unit is considered reasonable, as shown by the following national investor survey data.

**Replacement Reserves Expense**

| | Comp 1 2024 | Comp 2 2024 | Comp 3 2024 | Comp 4 2023 | Actual 2025 | IRR Projection |
|---|---|---|---|---|---|---|
| Total | – | – | – | – | $81,600 | $81,600 |
| % of EGI | 1.3% | – | – | 1.2% | 1.7% | 1.6% |
| $/Unit | $250 | – | – | $250 | $300 | $300 |

### Total Operating Expenses

Total operating expenses are projected at $2,319,654 overall, or $8,528 per unit. As additional support for our estimate, we consider data from the comparable sales for which reliable expense data is available, as summarized in the following table.

**Expense Indications - Comparable Sales**

| No. | Property Name | Year Built | No. Units | Expenses /Unit | Expense Ratio |
|---|---|---|---|---|---|
| 1 | Cross Timbers Apartments | 2023 | 216 | $8,622 | 57.5% |
| 2 | Camden Crossing | 2023 | 144 | $5,194 | 35.2% |
| 3 | The Calvin | 1995 | 167 | $7,834 | 46.6% |
| 4 | The Riley | 2023 | 178 | $10,503 | 59.5% |
| 5 | Parkside Apartments | 2020 | 180 | $6,250 | 47.7% |

## Net Operating Income

Based on the preceding income and expense projections, stabilized net operating income is estimated at $2,652,036, or $9,750 per unit, as shown next.

### Projection of Net Operating Income

| | | Annual | $/Unit |
|---|---|---|---|
| INCOME | | | |
| Rental Income | | $5,221,877 | $19,198 |
| Vacancy & Collection Loss | 6.00% | -$313,313 | -$1,152 |
| Concessions | 4.00% | -$208,875 | -$768 |
| Other Income | | $272,000 | $1,000 |
| Effective Gross Income | | $4,971,689 | $18,278 |
| EXPENSES | | | |
| Real Estate Taxes | | $1,028,103 | $3,780 |
| Insurance | | $204,000 | $750 |
| Utilities | | $108,800 | $400 |
| Repairs/Maintenance | | $190,400 | $700 |
| Payroll/Benefits | | $408,000 | $1,500 |
| Advertising & Marketing | | $68,000 | $250 |
| General/Administrative | | $81,600 | $300 |
| Management | 3.00% | $149,151 | $548 |
| Replacement Reserves | | $81,600 | $300 |
| Total Expenses | | $2,319,654 | $8,528 |
| NET OPERATING INCOME | | $2,652,036 | $9,750 |

## Capitalization Rate Selection

A capitalization rate is used to convert net income into an indication of value. Selection of an appropriate capitalization rate considers the future income pattern of the property and investment risk associated with ownership. We consider the following data in selecting a capitalization rate for the subject.

**Capitalization Rate Comparables**

| No. | Property Name | Year Built | Sale Date | % Occup. | No. Units | Effective Price per Unit | Cap Rate |
|---|---|---|---|---|---|---|---|
| 1 | Cross Timbers Apartments | 2023 | 9/23/2025 | 89% | 216 | $150,000 | 4.25% |
| 2 | Camden Crossing | 2023 | 12/27/2024 | 68% | 144 | $159,722 | 6.00% |
| 3 | The Calvin | 1995 | 12/13/2024 | 86% | 167 | $179,641 | 5.00% |
| 4 | The Riley | 2023 | 11/8/2024 | 91% | 178 | $152,270 | 4.70% |
| 5 | Parkside Apartments | 2020 | 9/12/2024 | 85% | 180 | $124,444 | 5.50% |
| | Indicated Cap Rate Range: | | | | | | 4.25% - 6.00% |
| | Average (Mean) Cap Rate: | | | | | | 5.09% |

**Capitalization Rate Surveys - Multifamily Properties**

| | IRR-ViewPoint Mid Year 2025 National Urban Multifamily | IRR-ViewPoint Mid Year 2025 National Suburban Multifamily | PwC 3Q-25 National Apartment | ACLI 2Q-25 National Apartment |
|---|---|---|---|---|
| Range | 4.50% - 7.00% | 4.25% - 7.00% | 4.00% - 7.00% | N/A |
| Average | 5.62% | 5.68% | 5.35% | 5.46% |

Source: IRR ViewPoint 2025; PwC Investor Survey; American Council of Life Insurers Investment Bulletin.

## Multifamily Capitalization Rate Trends




| | 4Q-23 | 1Q-24 | 2Q-24 | 3Q-24 | 4Q-24 | 1Q-25 | 2Q-25 | 3Q-25 |
|---|---|---|---|---|---|---|---|---|
| Pwc | 5.59 | 5.42 | 5.44 | 5.38 | 5.16 | 5.25 | 5.30 | 5.35 |
| ACLI | 5.25 | 5.28 | 5.31 | 5.55 | 5.37 | 5.46 | 5.46 | |

PwC- PwC Investor Survey - National Apartment Market
ACLI - American Council of Life Insurers Investment Bulletin - Apartment Properties

Based on an analysis of the preceding data, a going-in capitalization rate for the subject is indicated within a range of 5.00% to 6.00%. To reach a capitalization rate conclusion, we consider each of the following investment risk factors to gauge its impact on the rate. The direction of each arrow in the following table indicates our judgment of an upward, downward, or neutral influence of each factor.

### Capitalization Rate Risk Factors

| Factor | Issues | Impact on Rate |
|---|---|---|
| Income Characteristics | Stability of occupancy, above/below market rents, rent control | ↔ |
| Competitive Market Position | Construction quality, market appeal, age/condition, functional utility | ↔ |
| Location | Market area demographics and life cycle trends; proximity issues; access and support services | ↔ |
| Market | Vacancy rates and trends; rental rate trends; supply and demand | ↔ |
| Highest and Best Use | Upside potential from redevelopment, adaptation, and/or expansion | ↔ |
| Overall Impact | | ↔ |

Accordingly, we conclude a capitalization rate appropriate for the subject property as follows:

**Capitalization Rate Conclusion - Multifamily**

| Method | Capitalization Rate Indication |
|---|---|
| Analysis of Comparable Sales | 4.25% - 6.00% (5.09% Avg.) |
| CoStar Average | (5.80% Avg.) |
| IRR-ViewPoint Mid Year 2025 National Suburban Multifamily | 4.25% - 7.00% (5.68% Avg.) |
| PwC 3Q-25 National Apartment | 4.00% - 7.00% (5.35% Avg.) |
| ACLI 2Q-25 National Apartment | (5.46% Avg.) |
| Conclusion | 5.50% |

## Direct Capitalization Analysis

Net operating income is divided by the capitalization rate to indicate the stabilized value of the subject. Valuation of the subject by direct capitalization is shown in the table that follows.

**Direct Capitalization**

| | |
|---|---|
| Effective Gross Income | $4,971,689 |
| Expenses | $2,319,654 |
| Net Operating Income | $2,652,036 |
| Capitalization Rate | 5.50% |
| Indicated Value | $48,218,829 |
| Rounded | $48,220,000 |

## Reconciliation and Conclusion of Value

The values indicated by the preceding analyses are as follows:

| Summary of Value Indications | |
|---|---|
| Cost Approach | Not Used |
| Sales Comparison Approach | $48,140,000 |
| Income Capitalization Approach | $48,220,000 |
| Reconciled | $48,200,000 |

The income capitalization approach is given the greatest weight because it is the most reliable valuation method for the subject. The sales comparison approach is given less weight because it does not directly consider the income characteristics of the property. The cost approach is not applicable to the subject and is not used. Accordingly, our value opinion follows.

**Value Conclusion**

| Value Type & Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
|---|---|---|---|
| Market Value As Is | Fee Simple | December 10, 2025 | $48,200,000 |

**Extraordinary Assumptions and Hypothetical Conditions**

The value conclusions are subject to the following extraordinary assumptions. An extraordinary assumption is an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions.

1. Land area was obtained via Kaufman County Appraisal District and is assumed to be accurate. The rentable area was obtained via an owner provided rent roll, which is also assumed to be accurate.
2. Of the 272 total apartment units, three/3 were inspected. It is assumed the quality and condition of the remaining units are consistent with that of the units that were observed.

The value conclusions are based on the following hypothetical conditions. A hypothetical condition is a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

1. None

The use of any extraordinary assumption or hypothetical condition may have affected the assignment results.

The opinions of value expressed in this report are based on estimates and forecasts that are prospective in nature and subject to considerable risk and uncertainty. Events may occur that could cause the performance of the property to differ materially from the stated estimates, such as changes in the economy, interest rates, capitalization rates, financial strength of tenants, and behavior of investors, lenders, and consumers. Additionally, these opinions and forecasts are based partly on data obtained from interviews and third-party sources, which are not always completely reliable. Although the findings are considered reasonable based on available evidence, the assignment participants are not responsible for the effects of future occurrences that cannot reasonably be foreseen at this time.

## Exposure Time

Exposure time is the length of time the subject property would have been exposed for sale in the market had it sold on the effective valuation date at the concluded market value. Based on the concluded market value stated previously, the probable exposure time is 3 - 6 months.

## Marketing Period

Marketing time is an estimate of the amount of time it might take to sell a property at the concluded market value immediately following the effective date of value. The subject's marketing period is estimated at 3 - 6 months.

**Multifamily Marketing Time (Months)**

| | IRR-ViewPoint Mid Year 2025 National Urban Multifamily | IRR-ViewPoint Mid Year 2025 National Suburban Multifamily | PwC 3Q-25 National Apartment |
|---|---|---|---|
| Range | 3 - 12 | 3 - 12 | 3 - 15 |
| Average | 6.52 | 6.32 | 6.9 |

Source: IRR ViewPoint 2025; PwC Investor Survey.

# Certification

We certify that, to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. We have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
4. We have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding the agreement to perform this assignment.
5. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
6. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.
7. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
8. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice as well as applicable state appraisal regulations.
9. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute.
10. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.
11. Stone Berger has made a personal inspection of the property that is the subject of this report. Jimmy H. Jackson, MAI has not personally inspected the subject.
12. No one provided significant real property appraisal assistance to the persons signing this certification.
13. We have experience in appraising properties similar to the subject and are in compliance with the Competency Rule of USPAP.

14. As of the date of this report, Jimmy H. Jackson, MAI has completed the continuing education program for Designated Members of the Appraisal Institute.

Stone Berger
Senior Director
Texas Certified General Real Estate Appraiser
TX 1381099 G

Jimmy H. Jackson, MAI
Senior Managing Director
Texas Certified General Real Estate Appraiser
TX 1324004 G

# Assumptions and Limiting Conditions

This appraisal and any other work product related to this engagement are limited by the following standard assumptions, except as otherwise noted in the report:

1. The title is marketable and free and clear of all liens, encumbrances, encroachments, easements and restrictions. The property is under responsible ownership and competent management and is available for its highest and best use.
2. There are no existing judgments or pending or threatened litigation that could affect the value of the property.
3. There are no hidden or undisclosed conditions of the land or of the improvements that would render the property more or less valuable. Furthermore, there is no asbestos in the property.
4. The revenue stamps placed on any deed referenced herein to indicate the sale price are in correct relation to the actual dollar amount of the transaction.
5. The property is in compliance with all applicable building, environmental, zoning, and other federal, state and local laws, regulations and codes.
6. The information furnished by others is believed to be reliable, but no warranty is given for its accuracy.

This appraisal and any other work product related to this engagement are subject to the following limiting conditions, except as otherwise noted in the report:

1. An appraisal is inherently subjective and represents our opinion as to the value of the property appraised.
2. The conclusions stated in our appraisal apply only as of the effective date of the appraisal, and no representation is made as to the effect of subsequent events.
3. No changes in any federal, state or local laws, regulations or codes (including, without limitation, the Internal Revenue Code) are anticipated.
4. No environmental impact studies were either requested or made in conjunction with this appraisal, and we reserve the right to revise or rescind any of the value opinions based upon any subsequent environmental impact studies. If any environmental impact statement is required by law, the appraisal assumes that such statement will be favorable and will be approved by the appropriate regulatory bodies.
5. Unless otherwise agreed to in writing, we are not required to give testimony, respond to any subpoena or attend any court, governmental or other hearing with reference to the property without compensation relative to such additional employment.

6. We have made no survey of the property and assume no responsibility in connection with such matters. Any sketch or survey of the property included in this report is for illustrative purposes only and should not be considered to be scaled accurately for size. The appraisal covers the property as described in this report, and the areas and dimensions set forth are assumed to be correct.

7. No opinion is expressed as to the value of subsurface oil, gas or mineral rights, if any, and we have assumed that the property is not subject to surface entry for the exploration or removal of such materials, unless otherwise noted in our appraisal.

8. We accept no responsibility for considerations requiring expertise in other fields. Such considerations include, but are not limited to, legal descriptions and other legal matters such as legal title, geologic considerations such as soils and seismic stability; and civil, mechanical, electrical, structural and other engineering and environmental matters. Such considerations may also include determinations of compliance with zoning and other federal, state, and local laws, regulations and codes.

9. The distribution of the total valuation in the report between land and improvements applies only under the reported highest and best use of the property. The allocations of value for land and improvements must not be used in conjunction with any other appraisal and are invalid if so used. The appraisal report shall be considered only in its entirety. No part of the appraisal report shall be utilized separately or out of context.

10. Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraisers, or any reference to the Appraisal Institute) shall be disseminated through advertising media, public relations media, news media or any other means of communication (including without limitation prospectuses, private offering memoranda and other offering material provided to prospective investors) without the prior written consent of the persons signing the report.

11. Information, estimates and opinions contained in the report and obtained from third-party sources are assumed to be reliable and have not been independently verified.

12. Any income and expense estimates contained in the appraisal report are used only for the purpose of estimating value and do not constitute predictions of future operating results.

13. If the property is subject to one or more leases, any estimate of residual value contained in the appraisal may be particularly affected by significant changes in the condition of the economy, of the real estate industry, or of the appraised property at the time these leases expire or otherwise terminate.

14. Unless otherwise stated in the report, no consideration has been given to personal property located on the premises or to the cost of moving or relocating such personal property; only the real property has been considered.

15. The current purchasing power of the dollar is the basis for the values stated in the appraisal; we have assumed that no extreme fluctuations in economic cycles will occur.

16. The values found herein are subject to these and to any other assumptions or conditions set forth in the body of this report but which may have been omitted from this list of Assumptions and Limiting Conditions.

17. The analyses contained in the report necessarily incorporate numerous estimates and assumptions regarding property performance, general and local business and economic conditions, the absence of material changes in the competitive environment and other matters. Some estimates or assumptions, however, inevitably will not materialize, and unanticipated events and circumstances may occur; therefore, actual results achieved during the period covered by our analysis will vary from our estimates, and the variations may be material.

18. The Americans with Disabilities Act (ADA) became effective January 26, 1992. We have not made a specific survey or analysis of the property to determine whether the physical aspects of the improvements meet the ADA accessibility guidelines. We claim no expertise in ADA issues, and render no opinion regarding compliance of the subject with ADA regulations. Inasmuch as compliance matches each owner's financial ability with the cost to cure the non-conforming physical characteristics of a property, a specific study of both the owner's financial ability and the cost to cure any deficiencies would be needed for the Department of Justice to determine compliance.

19. The appraisal report is prepared for the exclusive benefit of you, your subsidiaries and/or affiliates. It may not be used or relied upon by any other party. All parties who use or rely upon any information in the report without our written consent do so at their own risk.

20. No studies have been provided to us indicating the presence or absence of hazardous materials on the subject property or in the improvements, and our valuation is predicated upon the assumption that the subject property is free and clear of any environment hazards including, without limitation, hazardous wastes, toxic substances and mold. No representations or warranties are made regarding the environmental condition of the subject property. IRR - Dallas, Integra Realty Resources, Inc., and their respective officers, owners, managers, directors, agents, subcontractors or employees (the "Integra Parties"), shall not be responsible for any such environmental conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because we are not experts in the field of environmental conditions, the appraisal report cannot be considered as an environmental assessment of the subject property.

21. The persons signing the report may have reviewed available flood maps and may have noted in the appraisal report whether the subject property is located in an identified Special Flood Hazard Area. However, we are not qualified to detect such areas and therefore do not guarantee such determinations. The presence of flood plain areas and/or wetlands may affect the value of the property, and the value conclusion is predicated on the assumption that wetlands are non-existent or minimal.

22. We are not a building or environmental inspector. The Integra Parties do not guarantee that the subject property is free of defects or environmental problems. Mold may be present in the subject property and a professional inspection is recommended.

23. The appraisal report and value conclusions for an appraisal assume the satisfactory completion of construction, repairs or alterations in a workmanlike manner.

24. **IRR - Dallas is an independently owned and operated company. The parties hereto agree that Integra shall not be liable for any claim arising out of or relating to any appraisal report or any information or opinions contained therein as such appraisal report is the sole and exclusive responsibility of IRR - Dallas. In addition, it is expressly agreed that in any action which may be brought against the Integra Parties arising out of, relating to, or in any way pertaining to the engagement letter, the appraisal reports or any related work product, the Integra Parties shall not be responsible or liable for any incidental or consequential damages or losses, unless the appraisal was fraudulent or prepared with intentional misconduct. It is further expressly agreed that the collective liability of the Integra Parties in any such action shall not exceed the fees paid for the preparation of the assignment (unless the appraisal was fraudulent or prepared with intentional misconduct). It is expressly agreed that the fees charged herein are in reliance upon the foregoing limitations of liability.**

25. IRR - Dallas is an independently owned and operated company, which has prepared the appraisal for the specific intended use stated elsewhere in the report. The use of the appraisal report by anyone other than the Client is prohibited except as otherwise provided. Accordingly, the appraisal report is addressed to and shall be solely for the Client's use and benefit unless we provide our prior written consent. We expressly reserve the unrestricted right to withhold our consent to your disclosure of the appraisal report or any other work product related to the engagement (or any part thereof including, without limitation, conclusions of value and our identity), to any third parties. Stated again for clarification, unless our prior written consent is obtained, no third party may rely on the appraisal report (even if their reliance was foreseeable).

26. The conclusions of this report are estimates based on known current trends and reasonably foreseeable future occurrences. These estimates are based partly on property information, data obtained in public records, interviews, existing trends, buyer-seller decision criteria in the current market, and research conducted by third parties, and such data are not always completely reliable. The Integra Parties are not responsible for these and other future occurrences that could not have reasonably been foreseen on the effective date of this assignment. Furthermore, it is inevitable that some assumptions will not materialize and that unanticipated events may occur that will likely affect actual performance. While we are of the opinion that our findings are reasonable based on current market conditions, we do not represent that these estimates will actually be achieved, as they are subject to considerable risk and uncertainty. Moreover, we assume competent and effective management and marketing for the duration of the projected holding period of this property.

27. All prospective value opinions presented in this report are estimates and forecasts which are prospective in nature and are subject to considerable risk and uncertainty. In addition to the contingencies noted in the preceding paragraph, several events may occur that could substantially alter the outcome of our estimates such as, but not limited to changes in the economy, interest rates, and capitalization rates, behavior of consumers, investors and lenders, fire and other physical destruction, changes in title or conveyances of easements and deed restrictions, etc. It is assumed that conditions reasonably foreseeable at the present time are consistent or similar with the future.

28. The appraisal is also subject to the following:

### Extraordinary Assumptions and Hypothetical Conditions

The value conclusions are subject to the following extraordinary assumptions. An extraordinary assumption is an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions.

1. Land area was obtained via Kaufman County Appraisal District and is assumed to be accurate. The rentable area was obtained via an owner provided rent roll, which is also assumed to be accurate.
2. Of the 272 total apartment units, three/3 were inspected. It is assumed the quality and condition of the remaining units are consistent with that of the units that were observed.

The value conclusions are based on the following hypothetical conditions. A hypothetical condition is a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

1. None

The use of any extraordinary assumption or hypothetical condition may have affected the assignment results.

# Addendum A

# Appraiser Qualifications

# Stone Berger

## Experience

Senior Director with the Dallas office of Integra Realty Resources, a full service real estate consulting and appraisal firm. Mr. Berger has over six years of appraisal experience. Prior to joining Integra Realty Resources, Mr. Berger worked in hospitality management, residential real estate sales, and property management. He graduated from Florida State University in 2018 with a Bachelor's Degree in Sports Management, with an emphasis in real estate and hospitality.

Mr. Berger has extensive experience in appraising commercial, industrial, multifamily, investment grade real property and related tangible assets to provide opinions of value for purposes of mortgage lending, sale or purchase, financial reporting, litigation support, allocation of purchase price, estate tax planning/settlement, ad valorem taxation, and internal planning.

Property types include limited and full service hospitality, multifamily projects, self storage facilities, vacant land, agricultural and ranch properties, shopping centers, single tenant retail buildings, CBD and suburban office projects, light industrial facilities, distribution warehouses, surgery centers, medical office buildings, religious facilities, mixed use developments, and convenience stores.

## Licenses

Texas, Certified General Real Estate Appraiser, TX 1381099 G, Expires May 2027
New Mexico, Certified General Real Estate Appraiser, 03813-G, Expires April 2027
Oklahoma, Certified General Real Estate Appraiser, 13645CGA, Expires February 2028
Louisiana, Certified General Real Estate Appraiser, APR.051050-CGA, Expires December 2026

## Education

Mr. Berger is a graduate from Florida State University with a Bachelor's of Science Degree in Sports Management, with an emphasis on real estate and hospitality (2018). Mr. Berger has also successfully obtained his real estate sales associate license while attending Florida State University.

Appraisal Courses:
2024-2025 7-hour National USPAP Update Course (2025)
Performing Estate Appraisals (2025)
Residential Property Inspection for Appraisers (2025)
New Construction Essentials: Luxury Homes (2025)
The Appraisal Landscape of Rural Residential Properties (2025)
Appraisal of Self Storage Facilities (2023)
The Income Approach: An Overview (2023)
Income Approach Case Studies for Commercial Appraisal (2023)
Best Practices for Completing Bifurcated and Hybrid Appraisal (2023)

sberger@irr.com - 469.294.2930



**Integra Realty Resources - Dallas**

1100 Mira Vista Boulevard
Suite 300
Plano, TX 75093

F 972.733.1403

irr.com

TALCB
TEXAS APPRAISER LICENSING & CERTIFICATION BOARD

# Certified General Real Estate Appraiser

Appraiser: **Stone Ian Berger**
License #: **TX 1381099 G**
License Expires: **05/31/2027**

Having provided satisfactory evidence of the qualifications required by the Texas Appraiser Licensing and Certification Act, Occupations Code, Chapter 1103, authorization is granted to use this title: Certified General Real Estate Appraiser

For additional information or to file a complaint please contact TALCB at www.talcb.texas.gov.

**Chelsea Buchholtz**
**Executive Director**

# Jimmy H. Jackson, MAI

## Experience

Senior Managing Director with the Dallas, Lubbock/West Texas and Oklahoma City offices of Integra Realty Resources, a full-service real estate consulting and appraisal firm.

Jimmy H. Jackson, MAI has over 39 years of experience as a commercial appraiser as well as years of experience as a seasoned real estate investor. Prior to joining Integra Realty Resources, Jackson was one of the original two founding partners of Jackson Claborn, Inc. (JCI), a real estate consulting/valuation firm that was established in 1992. JCI grew to have one of the largest staffs of commercial and residential appraisers in the Southwest and has performed valuation and consulting on a vast number of commercial property types across Texas as well as the United States. Mr. Jackson holds the MAI designation and has been involved in the analysis of virtually all types of commercial and residential properties. Mr. Jackson has experience in state and federal courts as an expert witness. Testimony has involved such varied issues as bankruptcy, taxation and condemnation. Mr. Jackson has also been involved in numerous real estate developments and personal real estate investments.

A major philanthropic achievement for Mr. Jackson was consulting with and influencing family members to provide the start-up expertise as well as the seed funding in 1994 for the formation of The Parent Project for Muscular Dystrophy/PPMD (www.parentprojectmd.org). The PPMD organization has developed into a worldwide non-profit centered to provide research funds for children suffering from Duchenne Muscular Dystrophy. Since inception, the PPMD organization has directly funded more than $50 million in direct research and assisted and helped leverage more than $500 million of other research related to other genetic diseases through government grants and other private funding sources. In 2008, Mr. Jackson received a Humanitarian Award from Texas Gov. Rick Perry for charitable work associated with National Jewish Hospital/NJH in Denver. Mr. Jackson currently serves as a national trustee for NJH which is the #1 respiratory care hospital in the world.

Mr. Jackson graduated from Texas Tech University in 1984 with a B.B.A. in Finance with a Real Estate Emphasis. Mr. Jackson has served on numerous professional boards, including serving on the Ethics and Counseling Panel of the North Texas Chapter of the Appraisal Institute as well as serving on the Board of Directors as well as being Chair and Co-Chair of the Public Relations Committee.

As a college student, Mr. Jackson was a member of Phi Delta Theta social fraternity and the Texas Tech Finance Association. Mr. Jackson served for eight (8) years on the Advisory Board for the Jerry Rawls College of Business Administration (COBA) at Texas Tech University. Mr. Jackson has also served as a guest lecturer on real estate entrepreneurship to upper-level COBA students at Texas Tech over the years.

jhjackson@irr.com - 972.725.7724



**Integra Realty Resources - Dallas**

1100 Mira Vista Boulevard
Suite 300
Plano, TX 75093

T 972.881.7191
F 972.733.1403

**Integra Realty Resources - Lubbock**

6309 Indiana Avenue
Suite A
Lubbock, TX 79413

T 806.656.3058

**Integra Realty Resources - Oklahoma**

13913 Technology Drive
Suite A1
Oklahoma City, OK, 73134

T 405.422.0718

irr.com

# Jimmy H. Jackson, MAI

## Experience (Cont'd)

**Basic Core Real Estate Appraisal Services**
Feasibility Studies, Absorption Studies & Demographic Studies
Highest & Best Use Studies for All Property Types
3rd Party Appraisal Reviews
Detrimental Conditions Valuation & Consulting
Encroachment Analysis
Land Use Studies & Planning/Zoning Studies
Litigation/Litigation Support
In-Depth Market Analysis for All Property Types
Tax Assessment & Mass Appraisal Analysis
Fair & Equitable Appraisal Analysis
Right of Way Analysis Appraisals
Mediation, Arbitration, & Dispute Resolution
Portfolio Valuation & Analysis
Retrospective Valuation Opinions

Appraisal of all property types including the following:

**Residential**
High-Rise Condominium and Garden-Style Multi-Family and Townhome Projects
High-End Residential Property
Historical Residential Property
All types of Single-Family Appraisals (Conventional, Relocation, Unique / Historical Property)

**Land**
Acreage (Commercial Mixed-Use)
Subdivided Land (Mixed-Use, Commercial and Industrial)
Standard Single-Family Subdivision Lot development appraisals
PID/MUD Single-Family Subdivision Lot development appraisals

**Commercial, Office & Retail**
Branch Banks / Financial Building
Convenience Stores / Service Stations
Convention Center / Hotel / Resort /Motel
Office Building (High Rise, over three stories)
Office Building (Low Rise, three stories or less)
Parking Facility (Lot or Garage)
Retail (Single Tenant or Free Standing)
Shopping Center (Local, Strip, Neighborhood, Community, Etc.)
Shopping Center (Power Center, Outlet Center, Lifestyle, Etc.)
Shopping Center (Super Regional, Regional Mall)

**Integra Realty Resources - Dallas**

1100 Mira Vista Boulevard
Suite 300
Plano, TX 75093

T 972.881.7191
F 972.733.1403

**Integra Realty Resources - Lubbock**

6309 Indiana Avenue
Suite A
Lubbock, TX 79413

T 806.656.3058

**Integra Realty Resources - Oklahoma**

13913 Technology Drive
Suite A1
Oklahoma City, OK, 73134

T 405.422.0718

irr.com

jhjackson@irr.com - 972.725.7724

# Jimmy H. Jackson, MAI

## Experience (Cont'd)

**Industrial**
Industrial (Heavy (Manufacturing)
Industrial (Small Office Warehouse / Mfg.)
Industrial Light (Distribution, Storage)

**Special Purpose**
Automobile Dealerships
Church Facilities
Collegiate Student Housing
Self-Serve and Full-Service Car Wash Facilities
Self-Storage Facilities

## Professional Activities & Affiliations

Appraisal Institute, Member (MAI) Appraisal Institute

## Licenses

Texas, Certified General Real Estate Appraiser, TX 1324004 G, Expires November 2026
Oklahoma, Certified General Real Estate Appraiser, 13279CGA, Expires September 2026
New Mexico, Certified General Real Estate Appraiser, 03819-G, Expires April 2027
Louisiana, Certified General Real Estate Appraiser, APR.05151 CGA, Expires December 2026

## Education

Mr. Jackson is a graduate of Texas Tech University where he received a Bachelor of Business Administration in Finance with a Real Estate Emphasis.

## Miscellaneous

Member of Region 8 Ethics and Counseling Regional Panel (1992-1995)
Chair - Public Relations North Texas Chapter (2003, 2004)
Co-Chair - Public Relations North Texas Chapter (2005)
Board Member - North Texas Chapter (2005-2007)

**Integra Realty Resources - Dallas**

1100 Mira Vista Boulevard
Suite 300
Plano, TX 75093

T 972.881.7191
F 972.733.1403

**Integra Realty Resources - Lubbock**

6309 Indiana Avenue
Suite A
Lubbock, TX 79413

T 806.656.3058

**Integra Realty Resources - Oklahoma**

13913 Technology Drive
Suite A1
Oklahoma City, OK, 73134

T 405.422.0718

irr.com

**jhjackson@irr.com - 972.725.7724**

TALCB

TEXAS APPRAISER LICENSING & CERTIFICATION BOARD

# Certified General Real Estate Appraiser

Appraiser: **Jimmy Huel Jackson**

License #: **TX 1324004 G** License Expires: **11/30/2026**

Having provided satisfactory evidence of the qualifications required by the Texas Appraiser Licensing and Certification Act, Occupations Code, Chapter 1103, authorization is granted to use this title: Certified General Real Estate Appraiser

For additional information or to file a complaint please contact TALCB at www.talcb.texas.gov.

**Chelsea Buchholtz**
**Executive Director**

irr

# About IRR

Integra Realty Resources, Inc. (IRR) provides world-class commercial real estate valuation, counseling, and advisory services. Routinely ranked among leading property valuation and consulting firms, we are now the largest independent firm in our industry in the United States, with local offices coast to coast and in the Caribbean.

IRR offices are led by MAI-designated Senior Managing Directors, industry leaders who have over 25 years, on average, of commercial real estate experience in their local markets. This experience, coupled with our understanding of how national trends affect the local markets, empowers our clients with the unique knowledge, access, and historical perspective they need to make the most informed decisions.

Many of the nation's top financial institutions, developers, corporations, law firms, and government agencies rely on our professional real estate opinions to best understand the value, use, and feasibility of real estate in their market.

*Local Expertise...Nationally!*

# irr.com

# Addendum B

# IRR Quality Assurance Survey

# IRR Quality Assurance Survey

## We welcome your feedback!

At IRR, providing a quality work product and delivering on time is what we strive to accomplish. Our local offices are determined to meet your expectations. Please reach out to your local office contact so they can resolve any issues.

## Integra Quality Control Team

Integra does have a Quality Control Team that responds to escalated concerns related to a specific assignment as well as general concerns that are unrelated to any specific assignment. We also enjoy hearing from you when we exceed expectations! You can communicate with this team by clicking on the link below. If you would like a follow up call, please provide your contact information and a member of this Quality Control Team will call contact you.

Link to the IRR Quality Assurance Survey: quality.irr.com

# Addendum C

# Financials and Property Information

12/9/25, 1:46 PM Kaufman CAD Property Search

# Kaufman CAD Property Search

## Property Details

| | | | |
|---|---|---|---|
| **Account** | | | |
| **Property ID:** | 8214 | **Geographic ID:** 00.2827.0001.0001.00.02.00 | |
| **Type:** | R | **Zoning:** | |
| **Property Use:** | | **Condo:** | |
| **Location** | | | |
| **Situs Address:** | 1003 WINDMILL FARMS BLVD TX | | |
| **Map ID:** | C2-D-1 | **Mapsco:** | |
| **Legal Description:** | PARC AT WINDMILL FARMS ADD, BLOCK A, LOT 1 | | |
| **Abstract/Subdivision:** | S2827 | | |
| **Neighborhood:** | (COMM) Commerical Properties | | |
| **Owner** | | | |
| **Owner ID:** | 211549 | | |
| **Name:** | D4FR LLC | | |
| **Agent:** | 9240 | | |
| **Mailing Address:** | 1603 LBJ FRWY #800<br>DALLAS, TX 75234 | | |
| **% Ownership:** | 100.0% | | |
| **Exemptions:** | For privacy reasons not all exemptions are shown online. | | |

## Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | $0 (+) |
| **Improvement Non-Homesite Value:** | $36,785,098 (+) |
| **Land Homesite Value:** | $0 (+) |
| **Land Non-Homesite Value:** | $3,214,902 (+) |
| **Agricultural Market Valuation:** | $0 (+) |
| **Market Value:** | $40,000,000 (=) |
| **Agricultural Value Loss:** | $0 (-) |
| **Appraised Value:** | $40,000,000 (=) |
| **HS Cap Loss:** | $0 (-) |
| **Circuit Breaker:** | $0 (-) |

https://esearch.kaufman-cad.org/property/view/8214?printView=detail 1/5

| | |
|---|---|
| **Assessed Value:** | $40,000,000 |
| **Ag Use Value:** | $0 |

Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## Property Taxing Jurisdiction

**Owner:** D4FR LLC **%Ownership:** 100.0%

| Entity | Description | Market Value | Taxable Value | Freeze Ceiling |
|---|---|---|---|---|
| 6F | KC ESD #6 (FORNEY) | N/A | N/A | |
| KC | KAUFMAN COUNTY | N/A | N/A | |
| SF | FORNEY ISD | N/A | N/A | |
| W1C | KAUFMAN CO FRESH WATER DIST1C | N/A | N/A | |
| P2 | PRECINCT 2 | N/A | N/A | |
| RB | ROAD & BRIDGE | N/A | N/A | |
| CAD | KAUFMAN CAD | N/A | N/A | |

## Property Improvement - Building

**Description:** APARTMENTS **Type:** REAL PROPERTY **Living Area:** 355839.5 sqft **Value:** $37,355,207

| Type | Description | Class CD | Year Built | SQFT |
|---|---|---|---|---|
| CM | COMMERCIAL MAIN | 54CG | 2019 | 10080 |
| CM | COMMERCIAL MAIN | 54CG | 2019 | 10080 |
| CM | COMMERCIAL MAIN | 54CG | 2019 | 11100 |
| CM | COMMERCIAL MAIN | 54CG | 2019 | 10200 |
| CM | COMMERCIAL MAIN | 54CG | 2019 | 9600 |
| CM | COMMERCIAL MAIN | 54CG | 2019 | 9600 |
| CM | COMMERCIAL MAIN | 54CG | 2019 | 9600 |
| CM | COMMERCIAL MAIN | 54CG | 2019 | 9790 |
| CM | COMMERCIAL MAIN | 54CG | 2019 | 11100 |
| CM | COMMERCIAL MAIN | 54CG | 2019 | 11100 |
| CM | COMMERCIAL MAIN | 54CG | 2019 | 11100 |
| CM | COMMERCIAL MAIN | 54CG | 2019 | 10200 |
| CM | COMMERCIAL MAIN | 54CG | 2019 | 10200 |
| CM | COMMERCIAL MAIN | 54CG | 2019 | 10200 |
| CM | COMMERCIAL MAIN | 54CG | 2019 | 11100 |
| CM | COMMERCIAL MAIN | 54CG | 2019 | 9790 |
| CM | COMMERCIAL MAIN | 54CG | 2019 | 9790 |
| CM | COMMERCIAL MAIN | 21CG | 2019 | 6580 |
| POOL | SWIMMING POOL | POOL | 2019 | 0 |
| PAVING | PAVING | CON | 2019 | 225000 |
| CS | COMMERCIAL 2ND STORY | * | 2019 | 10080 |
| CS | COMMERCIAL 2ND STORY | * | 2019 | 10080 |
| CS | COMMERCIAL 2ND STORY | * | 2019 | 11100 |
| CS | COMMERCIAL 2ND STORY | * | 2019 | 10200 |
| CS | COMMERCIAL 2ND STORY | * | 2019 | 9600 |
| CS | COMMERCIAL 2ND STORY | * | 2019 | 9600 |
| CS | COMMERCIAL 2ND STORY | * | 2019 | 9600 |

12/9/25, 1:46 PM Kaufman CAD Property Search

| | | | | |
|---|---|---|---|---|
| CS | COMMERCIAL 2ND STORY | * | 2019 | 9790 |
| CS | COMMERCIAL 2ND STORY | * | 2019 | 11100 |
| CS | COMMERCIAL 2ND STORY | * | 2019 | 11100 |
| CS | COMMERCIAL 2ND STORY | * | 2019 | 11100 |
| CS | COMMERCIAL 2ND STORY | * | 2019 | 10200 |
| CS | COMMERCIAL 2ND STORY | * | 2019 | 10200 |
| CS | COMMERCIAL 2ND STORY | * | 2019 | 10200 |
| CS | COMMERCIAL 2ND STORY | * | 2019 | 11100 |
| CS | COMMERCIAL 2ND STORY | * | 2019 | 9790 |
| CS | COMMERCIAL 2ND STORY | * | 2019 | 9790 |

## Property Land

| Type | Description | Acreage | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|
| S3 | $3 Per Square Foot | 18.45 | 803,725.56 | 0.00 | 0.00 | $3,214,902 | $0 |

https://esearch.kaufman-cad.org/property/view/8214?printView=detail 4/5

## Property Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap Loss | Assessed |
|---|---|---|---|---|---|---|
| 2025 | $36,785,098 | $3,214,902 | $0 | $40,000,000 | $0 | $40,000,000 |
| 2024 | $35,785,098 | $3,214,902 | $0 | $39,000,000 | $0 | $39,000,000 |
| 2023 | $35,375,098 | $3,214,902 | $0 | $38,590,000 | $0 | $38,590,000 |
| 2022 | $31,785,098 | $3,214,902 | $0 | $35,000,000 | $0 | $35,000,000 |
| 2021 | $29,425,098 | $3,214,902 | $0 | $32,640,000 | $0 | $32,640,000 |
| 2020 | $18,936,210 | $3,214,900 | $0 | $22,151,110 | $0 | $22,151,110 |
| 2019 | $1,688,820 | $2,411,180 | $0 | $4,100,000 | $0 | $4,100,000 |
| 2018 | $0 | $1,400,000 | $0 | $1,400,000 | $0 | $1,400,000 |
| 2017 | $0 | $1,400,000 | $2,490 | $2,490 | $0 | $2,490 |

## Property Deed History

| Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Number |
|---|---|---|---|---|---|---|---|
| 12/1/2017 | SWD | SPECIAL WARRANTY DEED | ABC LAND & DEVELOPMENT INC | D4FR LLC | 5534 | 158 | 28851 |
| 12/30/2015 | SWD | SPECIAL WARRANTY DEED | CAPITOL LIFE INSURANCE COMPANY | ABC LAND & DEVELOPMENT INC | 4956 | 100 | 775 |
| 8/7/2015 | STD | SUBSTITUTE TRUSTEE'S DEED | STEEPLECHASE CAPITAL LLC | CAPITOL LIFE INSURANCE COMPANY | 4849 | 207 | 15020 |

**OneSite Reports - Parc at Windmill Farms**
**RENT ROLL DETAIL**
**11/06/2025 03:12 PM**
**As of Date: 10/31/2025**
**Parameters: Properties: - all subproperties-; Show All Unit Designations or Filter by: ALL; Subjournals: ALL; Sort by: Unit; Report Type: Details + Summary; Exclude Formers?: Yes; Show Unit**

| Unit | Floorplan | SQFT | Unit/Lease Status | Name | Move-In | Lease End | Market + Addl. | Lease Rent | RENT |
|---|---|---|---|---|---|---|---|---|---|
| 111 | B1 | 1059 | Vacant | VACANT | | | 1620 | 0 | 0 |
| 112 | C1-HC | 1365 | Occupied | Guerra, Vanesa | 05/04/2022 | 07/06/2026 | 2195 | 2175 | 2175 |
| 113 | A2 | 798 | Occupied | Rudd, Dena | 10/02/2025 | 10/05/2026 | 1400 | 1274 | 1274 |
| 114 | A1 | 832 | Occupied | McEntyre, Mara | 10/29/2025 | 10/26/2026 | 1300 | 1275 | 1275 |
| 115 | A2 | 798 | Occupied | Davis, Patrick | 08/05/2025 | 09/07/2026 | 1400 | 1225 | 1225 |
| 116 | A1 | 832 | Occupied | Flatz, Rudolf | 09/19/2024 | 07/20/2026 | 1444 | 1349 | 1349 |
| 117 | B1 | 1059 | Occupied | Fraire, Leslie | 09/27/2024 | 07/20/2026 | 1750 | 1604 | 1604 |
| 118 | C1 | 1365 | Occupied | Taylor, LaShanna | 09/19/2025 | 10/19/2026 | 2195 | 2170 | 2170 |
| 121 | B1 | 1059 | Occupied | Deal, Glenn | 10/10/2025 | 10/12/2026 | 1750 | 1574 | 1574 |
| 122 | C1 | 1365 | Occupied | Parenteau, Miranda | 06/23/2020 | 08/03/2026 | 2195 | 1954 | 1954 |
| 123 | A2 | 798 | Occupied | Toor, Navtej | 08/08/2025 | 05/11/2026 | 1400 | 1225 | 1225 |
| 124 | A1 | 832 | Occupied | Stickle, Tracy | 07/20/2024 | 07/20/2026 | 1444 | 1289 | 1289 |
| 125 | A2 | 798 | Occupied | Bryant, Allegra | 08/22/2020 | 09/21/2026 | 1400 | 1405 | 1405 |
| 126 | A1 | 832 | Occupied | Moore, Connie | 09/09/2021 | 03/16/2026 | 1444 | 1495 | 1495 |
| 127 | B1 | 1059 | Occupied | Brown, LaQuesha | 11/01/2023 | 11/01/2025 | 1750 | 1594 | 1594 |
| 128 | C1 | 1365 | Occupied | Hughes, Amya | 10/01/2025 | 10/05/2026 | 2195 | 2170 | 2170 |
| 211 | C1 | 1365 | Occupied | Hopkins, Jonathan | 07/06/2024 | 07/06/2026 | 2195 | 1979 | 1979 |
| 212 | B2 | 1145 | Occupied | Carlet, Albert Joseph Fil | 06/14/2023 | 07/13/2026 | 1785 | 1785 | 1785 |
| 213 | A1 | 832 | Occupied | Roane, Ronda | 03/22/2024 | 03/23/2026 | 1444 | 1419 | 1419 |
| 214 | B2 | 1145 | Occupied | Walker, Darrell | 01/22/2020 | 04/27/2026 | 1785 | 1770 | 1770 |
| 215 | A1 | 832 | Occupied | Evans, Rachel | 06/29/2024 | 06/29/2026 | 1444 | 1434 | 1434 |
| 216 | B2 | 1145 | Occupied | Dunn, Anthony | 09/20/2024 | 08/24/2026 | 1785 | 1554 | 1554 |
| 217 | C1 | 1365 | Occupied | Galvan-Leos, Yasmin | 09/27/2023 | 05/25/2026 | 2195 | 1939 | 1939 |
| 218 | B2 | 1145 | Occupied | Neault, Patrick | 06/23/2021 | 07/27/2026 | 1785 | 1760 | 1760 |
| 221 | C1 | 1365 | Occupied | Levy, Bonquelle | 12/22/2023 | 04/20/2026 | 2195 | 1970 | 1970 |
| 222 | B2 | 1145 | Occupied | Bragg, Jerry | 06/26/2025 | 06/25/2026 | 1785 | 1551 | 1551 |
| 223 | A1 | 832 | Occupied | Irby, Anthony | 04/24/2024 | 04/20/2026 | 1444 | 1454 | 1454 |
| 224 | B2 | 1145 | Occupied | Martinez, Juan | 08/01/2025 | 08/03/2026 | 1785 | 1450 | 1450 |
| 225 | A1 | 832 | Occupied | Grant, Tauequa | 03/20/2024 | 03/19/2026 | 1444 | 1419 | 1419 |
| 226 | B2 | 1145 | Occupied | Brown, Keanna | 08/28/2024 | 07/27/2026 | 1785 | 1654 | 1654 |
| 227 | C1 | 1365 | Occupied | Guzman, Joseph | 07/15/2025 | 07/20/2026 | 2195 | 1825 | 1825 |
| 228 | B2 | 1145 | Occupied | Lathan, Danielle | 08/31/2024 | 08/01/2026 | 1785 | 1554 | 1554 |
| 311 | B1 | 1059 | Occupied | Taylor, Benai | 10/14/2024 | 10/19/2026 | 1750 | 1604 | 1604 |
| 312 | C1 | 1365 | Occupied | Owens, Ebonie | 03/16/2025 | 03/16/2026 | 2195 | 1975 | 1975 |
| 313 | A2 | 798 | Occupied | Battles, Charles | 08/23/2021 | 04/20/2026 | 1400 | 1493 | 1493 |
| 314 | A1 | 832 | Occupied | Thrash, Michael | 12/14/2019 | 04/13/2026 | 1444 | 1425 | 1425 |
| 315 | A2 | 798 | Occupied | Lopez, Leila | 04/10/2024 | 04/06/2026 | 1400 | 1394 | 1394 |
| 316 | A1 | 832 | Occupied | Lewis, Andre | 10/31/2025 | 11/02/2026 | 1300 | 1275 | 1275 |
| 317 | B1 | 1059 | Occupied | Denson, Lloidea | 01/16/2020 | 02/16/2026 | 1750 | 1710 | 1710 |
| 318 | C1 | 1365 | Occupied | Brown, Jenna | 12/01/2022 | 07/27/2026 | 2195 | 2134 | 2134 |
| 321 | B1 | 1059 | Occupied | Bosley, Zacharius | 08/29/2025 | 11/30/2026 | 1750 | 1425 | 1425 |
| 322 | C1 | 1365 | Occupied | Burks, Krystal | 03/26/2024 | 06/22/2026 | 2195 | 2110 | 2110 |
| 323 | A2 | 798 | Occupied | Agnew, Breonna | 09/19/2025 | 10/19/2026 | 1400 | 1375 | 1375 |
| 324 | A1 | 832 | Occupied | Copes, Trijena | 09/28/2024 | 07/27/2026 | 1444 | 1304 | 1304 |
| 325 | A2 | 798 | Occupied | Whittaker, Donna | 08/17/2025 | 09/16/2026 | 1400 | 1225 | 1225 |
| 326 | A1 | 832 | Occupied-NTV | Furnace, Keyoni | 04/12/2022 | 05/11/2026 | 1444 | 1495 | 1495 |
| 327 | B1 | 1059 | Occupied | Trejo, Cassandra | 04/05/2025 | 05/04/2026 | 1750 | 1590 | 1590 |
| 328 | C1 | 1365 | Occupied | MOON VALLEY NURSERY, INC., * | 04/21/2023 | 11/30/2025 | 2195 | 2150 | 2150 |
| 411 | B1 | 1059 | Vacant | VACANT | | | 1620 | 0 | 0 |
| 412 | C1 | 1365 | Occupied | Montague, Michelle | 08/08/2020 | 07/27/2026 | 2195 | 1910 | 1910 |
| 413 | A2 | 798 | Occupied | Wade, Caitlin | 08/09/2022 | 09/21/2026 | 1400 | 1445 | 1445 |
| 414 | A1 | 832 | Vacant | VACANT | | | 1300 | 0 | 0 |
| 415 | A2 | 798 | Occupied | Johnson, Donald | 07/23/2024 | 05/25/2026 | 1400 | 1239 | 1239 |
| 416 | A1 | 832 | Occupied | Solomon, Willie | 10/01/2025 | 10/05/2026 | 1444 | 1324 | 1324 |
| 417 | B1 | 1059 | Vacant | VACANT | | | 1620 | 0 | 0 |
| 418 | C1 | 1365 | Occupied-NTVL | Holzkamp, Barbara | 10/11/2022 | 12/15/2025 | 2195 | 2069 | 2069 |
| 419 | C1 | 1365 | Applicant | Story, Justin | 12/25/2025 | 10/24/2026 | 0 | 2170 | 2170 |
| 421 | B1 | 1059 | Occupied | Nino, Genesis | 04/12/2025 | 05/11/2026 | 1750 | 1590 | 1590 |
| 422 | C1 | 1365 | Occupied | Allen, Brittany | 06/04/2025 | 05/04/2026 | 2195 | 1951 | 1951 |
| 423 | A2 | 798 | Occupied | Gomez, Eduardo | 05/17/2023 | 03/16/2026 | 1400 | 1394 | 1394 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 424 | A1 | 832 | Occupied | Burleson, Cassidy | 07/31/2025 | 05/30/2026 | 1444 | 1175 | 1175 |
| 425 | A2 | 798 | Occupied | Cervantes, Miena | 11/01/2023 | 11/03/2025 | 1400 | 1289 | 1289 |
| 426 | A1 | 832 | Vacant | VACANT | | | 1300 | 0 | 0 |
| 427 | B1 | 1059 | Occupied-NTV | Gatlin, Jadon | 08/09/2025 | 07/08/2026 | 1620 | 1425 | 1425 |
| 428 | C1 | 1365 | Vacant-Leased | VACANT | | | 2000 | 0 | 0 |
| 428 | C1 | 1365 | Applicant | Jones, Analyssa | 11/03/2025 | 11/02/2026 | 0 | 2170 | 2170 |
| 511 | C1 | 1365 | Occupied | Choto, Cephas | 10/25/2025 | 11/08/2026 | 2195 | 1974 | 1974 |
| 512 | B2 | 1145 | Occupied | Rojas, Kristina | 05/09/2024 | 04/06/2026 | 1785 | 1770 | 1770 |
| 513 | A1-HC | 832 | Occupied | Brown, Curtis | 06/30/2024 | 06/29/2026 | 1444 | 1419 | 1419 |
| 514 | B2 | 1145 | Occupied | Walker, Jazmyne | 07/21/2025 | 07/20/2026 | 1785 | 1450 | 1450 |
| 515 | A1 | 832 | Occupied-NTV | Espinosa, Zackary | 12/01/2023 | 12/29/2025 | 1444 | 1389 | 1389 |
| 516 | B2 | 1145 | Occupied | Galvan, J | 06/27/2025 | 06/29/2026 | 1785 | 1450 | 1450 |
| 517 | C1 | 1365 | Occupied | Wilson, Damali | 07/01/2025 | 07/06/2026 | 2195 | 1925 | 1925 |
| 518 | B2-HC | 1125 | Occupied | Douglas, Tori | 08/29/2025 | 08/24/2026 | 1785 | 1475 | 1475 |
| 521 | C1 | 1365 | Occupied | Smith, Chandreka | 01/31/2025 | 01/30/2026 | 2195 | 2170 | 2170 |
| 522 | B2 | 1145 | Occupied | Magee, Kadedra | 06/10/2023 | 06/08/2026 | 1785 | 1760 | 1760 |
| 523 | A1 | 832 | Occupied | Jones, Tunisia | 06/28/2025 | 06/29/2026 | 1444 | 1075 | 1075 |
| 524 | B2 | 1145 | Occupied | Hernandez, Michael | 09/16/2022 | 06/08/2026 | 1785 | 1749 | 1749 |
| 525 | A1 | 832 | Occupied | Cade, Terry | 05/30/2025 | 05/25/2026 | 1444 | 1419 | 1419 |
| 526 | B2 | 1145 | Occupied | Ortiz, Amelia | 05/10/2024 | 05/04/2026 | 1785 | 1790 | 1790 |
| 527 | C1 | 1365 | Occupied | Banguero, Pashawna | 06/27/2025 | 06/29/2026 | 2195 | 1825 | 1825 |
| 528 | B2 | 1145 | Occupied | Brooks, Aleasha | 03/27/2024 | 04/27/2026 | 1785 | 1725 | 1725 |
| 611 | A1 | 832 | Occupied | Jones, Stephen | 06/11/2024 | 06/08/2026 | 1444 | 1419 | 1419 |
| 612 | B2 | 1145 | Occupied | Akayezu, Aimee | 03/27/2025 | 03/30/2026 | 1785 | 1625 | 1625 |
| 613 | A2 | 798 | Occupied | Hearn, Darrell | 11/11/2020 | 03/09/2026 | 1400 | 1395 | 1395 |
| 614 | B2 | 1145 | Occupied | Remekun, Valeria | 08/13/2025 | 08/12/2026 | 1785 | 1450 | 1450 |
| 615 | A2 | 798 | Occupied | Moss, Damon | 12/11/2024 | 01/10/2026 | 1400 | 1229 | 1229 |
| 616 | B2 | 1145 | Occupied | Wabeer, Muhammad | 05/01/2024 | 03/30/2026 | 1785 | 1745 | 1745 |
| 617 | A1 | 832 | Occupied | Wallace, Christi | 10/09/2020 | 12/15/2025 | 1444 | 1419 | 1419 |
| 618 | B2 | 1145 | Occupied-NTV | Cienfuegos, Francisco | 10/15/2024 | 11/17/2025 | 1785 | 1529 | 1529 |
| 621 | A1 | 832 | Occupied | Lindsey, Rosalie | 05/10/2024 | 07/06/2026 | 1444 | 1419 | 1419 |
| 622 | B2 | 1145 | Occupied | Treto, Sergio | 07/13/2024 | 05/18/2026 | 1785 | 1679 | 1679 |
| 623 | A2 | 798 | Occupied | Harris, SherNita | 03/02/2025 | 03/02/2026 | 1400 | 1231 | 1231 |
| 624 | B2 | 1145 | Occupied | Guerrero, Starr | 01/06/2021 | 02/02/2026 | 1785 | 1760 | 1760 |
| 625 | A2 | 798 | Occupied | Fongang Njiki, Nina Carole | 07/01/2025 | 07/06/2026 | 1400 | 1025 | 1025 |
| 626 | B2 | 1145 | Occupied | Pickens, Rondric | 05/31/2025 | 06/01/2026 | 1785 | 1551 | 1551 |
| 627 | A1 | 832 | Vacant-Leased | VACANT | | | 1444 | 0 | 0 |
| 627 | A1 | 832 | Applicant | Gaither, Michael | 11/01/2025 | 11/02/2026 | 0 | 1324 | 1324 |
| 628 | B2 | 1145 | Occupied | Menshal, Jaromey | 07/03/2025 | 08/03/2026 | 1785 | 1450 | 1450 |
| 711 | A1 | 832 | Occupied | Fortunat, Kelsey | 05/31/2025 | 06/01/2026 | 1444 | 1419 | 1419 |
| 712 | B2 | 1145 | Occupied | Clifton, Teresa | 02/25/2022 | 06/01/2026 | 1785 | 1775 | 1775 |
| 713 | A2 | 798 | Occupied | Green, Detrick | 06/11/2025 | 06/10/2026 | 1400 | 1375 | 1375 |
| 714 | B2 | 1145 | Occupied-NTV | Washington, Monica | 05/31/2025 | 06/01/2026 | 1785 | 1551 | 1551 |
| 715 | A2 | 798 | Occupied | Payne Jr, Ronnie | 02/24/2020 | 04/27/2026 | 1400 | 1420 | 1420 |
| 716 | B2 | 1145 | Vacant | VACANT | | | 1640 | 0 | 0 |
| 717 | A1 | 832 | Occupied | AMOI GROUP, LLC, * | 05/05/2025 | 04/27/2026 | 1444 | 1419 | 1419 |
| 718 | B2 | 1145 | Vacant | VACANT | | | 1785 | 0 | 0 |
| 721 | A1 | 832 | Occupied | James, Todd | 04/21/2023 | 07/20/2026 | 1444 | 1419 | 1419 |
| 722 | B2 | 1145 | Occupied | Chase, Raziya | 06/08/2021 | 05/11/2026 | 1785 | 1770 | 1770 |
| 723 | A2 | 798 | Occupied | Sanchez, Isaiah | 10/25/2025 | 04/27/2026 | 1400 | 1625 | 1625 |
| 724 | B2 | 1145 | Occupied | Washington, Camara | 10/09/2025 | 11/09/2026 | 1785 | 1450 | 1450 |
| 725 | A2 | 798 | Occupied | Puckett, Kara | 02/24/2025 | 03/23/2026 | 1400 | 1231 | 1231 |
| 726 | B2 | 1145 | Occupied | Adeyanju, Saheed | 03/28/2022 | 04/27/2026 | 1785 | 1770 | 1770 |
| 727 | A1 | 832 | Occupied | Guevares, Juana | 04/29/2025 | 04/27/2026 | 1444 | 1395 | 1395 |
| 728 | B2 | 1145 | Occupied | Kinjo, Marah | 08/14/2025 | 10/19/2026 | 1785 | 1450 | 1450 |
| 811 | C1 | 1365 | Occupied | Escudero, Adolfo | 09/29/2023 | 03/23/2026 | 2195 | 2099 | 2099 |
| 812 | B2 | 1145 | Occupied | Bracho Garcia, Jose | 09/13/2024 | 08/17/2026 | 1785 | 1554 | 1554 |
| 813 | A1 | 832 | Occupied | Maguire, Jackie | 10/09/2024 | 06/08/2026 | 1444 | 1384 | 1384 |
| 814 | B2 | 1145 | Occupied | Alford, Haley | 05/31/2025 | 06/08/2026 | 1785 | 1551 | 1551 |
| 815 | A1 | 832 | Occupied | McCormick, Tammy | 01/17/2025 | 02/02/2026 | 1444 | 1279 | 1279 |
| 816 | B2 | 1145 | Occupied | Hall, Paige | 05/10/2024 | 05/11/2026 | 1785 | 1790 | 1790 |
| 817 | C1 | 1365 | Occupied | Williams, Kiasha | 06/27/2025 | 06/29/2026 | 2195 | 1825 | 1825 |
| 818 | B2 | 1145 | Vacant | VACANT | | | 1640 | 0 | 0 |
| 821 | C1 | 1365 | Occupied | AMOI GROUP, LLC, * | 05/12/2025 | 05/11/2026 | 2195 | 2170 | 2170 |
| 822 | B2 | 1145 | Occupied-NTV | Tunstall, Brandon | 08/06/2025 | 08/10/2026 | 1785 | 1550 | 1550 |
| 823 | A1 | 832 | Occupied | Kalyango, Jennifer | 07/14/2025 | 07/20/2026 | 1444 | 1075 | 1075 |
| 824 | B2 | 1145 | Occupied | Davis, Remon | 07/12/2024 | 07/13/2026 | 1785 | 1775 | 1775 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 825 | A1 | 832 | Occupied | Andrews, Andrea | 10/12/2024 | 08/17/2026 | 1444 | 1304 | 1304 |
| 826 | B2 | 1145 | Occupied | Julka, Cayden | 09/08/2025 | 09/07/2026 | 1785 | 1450 | 1450 |
| 827 | C1 | 1365 | Occupied | Friend, Hannah | 07/16/2025 | 07/13/2026 | 2195 | 1825 | 1825 |
| 828 | B2 | 1145 | Occupied | Anders, Portrey | 08/27/2025 | 08/31/2026 | 1785 | 1450 | 1450 |
| 911 | A1 | 832 | Occupied | Diabaj, Noelle | 10/11/2024 | 11/10/2025 | 1444 | 1419 | 1419 |
| 912 | B2 | 1145 | Occupied | OWENS, ROJENA | 03/15/2025 | 03/16/2026 | 1785 | 1625 | 1625 |
| 913 | A2 | 798 | Occupied | Brown, Galen | 09/01/2025 | 09/28/2026 | 1400 | 1225 | 1225 |
| 914 | B2 | 1145 | Occupied | Arroyo, Angel | 07/06/2025 | 08/10/2026 | 1785 | 1450 | 1450 |
| 915 | A2 | 798 | Occupied | Bickers, Lauren | 06/20/2025 | 06/22/2026 | 1400 | 1025 | 1025 |
| 916 | B2 | 1145 | Occupied | Loving, Cayla | 11/06/2024 | 12/08/2025 | 1785 | 1529 | 1529 |
| 917 | A1 | 832 | Occupied | Stafford, Tavar | 06/20/2025 | 01/19/2026 | 1444 | 1175 | 1175 |
| 918 | B2 | 1145 | Occupied-NTV | Odom, Mary | 08/09/2025 | 03/09/2026 | 1640 | 1450 | 1450 |
| 921 | A1 | 832 | Occupied | Jackson, Genine | 08/08/2025 | 08/07/2026 | 1444 | 1275 | 1275 |
| 922 | B2 | 1145 | Occupied | Kim, Ji | 08/01/2020 | 04/06/2026 | 1785 | 1750 | 1750 |
| 923 | A2 | 798 | Occupied | Batiste, Gary | 06/06/2023 | 05/04/2026 | 1400 | 1375 | 1375 |
| 924 | B2 | 1145 | Occupied | Titsworth, Logan | 04/21/2023 | 05/18/2026 | 1785 | 1770 | 1770 |
| 925 | A2 | 798 | Vacant-Leased | VACANT | | | 1275 | 0 | 0 |
| 925 | A2 | 798 | Applicant | Ferguson, Seth | 11/14/2025 | 11/16/2026 | 0 | 1250 | 1250 |
| 926 | B2 | 1145 | Occupied | Perkins, Mazaratee | 08/22/2020 | 08/08/2026 | 1785 | 1735 | 1735 |
| 927 | A1 | 832 | Occupied | Puckett, Kennan | 02/15/2025 | 02/14/2026 | 1444 | 1375 | 1375 |
| 928 | B2 | 1145 | Occupied | Beltran, Shannon | 07/27/2024 | 08/29/2026 | 1785 | 1679 | 1679 |
| 1011 | C1 | 1365 | Occupied | Maxwell Jr., Ray | 06/21/2023 | 07/20/2026 | 2195 | 2170 | 2170 |
| 1012 | B2 | 1145 | Vacant | VACANT | | | 1785 | 0 | 0 |
| 1013 | A1-HC | 832 | Vacant | VACANT | | | 1300 | 0 | 0 |
| 1014 | B2 | 1145 | Occupied | Guzman, Perla | 06/12/2025 | 07/11/2026 | 1785 | 1551 | 1551 |
| 1015 | A1 | 832 | Occupied-NTV | Taylor, Randy | 11/01/2024 | 11/03/2025 | 1300 | 1279 | 1279 |
| 1016 | B2 | 1145 | Occupied | Harper, Connie | 06/14/2024 | 06/15/2026 | 1785 | 1760 | 1760 |
| 1017 | C1 | 1365 | Occupied | Solis, Ruby | 02/05/2024 | 01/05/2026 | 2195 | 2170 | 2170 |
| 1018 | B2-HC | 1125 | Occupied | Washington, Tierra | 06/20/2024 | 06/22/2026 | 1785 | 1679 | 1679 |
| 1021 | C1 | 1365 | Occupied | FHS Technology N.V. LLC, * | 04/08/2025 | 04/06/2026 | 2195 | 1975 | 1975 |
| 1022 | B2 | 1145 | Occupied | Sanders, Shannon | 10/13/2023 | 01/18/2027 | 1785 | 1719 | 1719 |
| 1023 | A1 | 832 | Occupied | Wendt, Payton | 08/13/2025 | 08/17/2026 | 1444 | 1075 | 1075 |
| 1024 | B2 | 1145 | Occupied | Holguin, Stephanie | 06/11/2022 | 08/17/2026 | 1785 | 1770 | 1770 |
| 1025 | A1 | 832 | Occupied | Medero, Jose | 05/10/2024 | 06/08/2026 | 1444 | 1419 | 1419 |
| 1026 | B2 | 1145 | Occupied | Sanders II, Shamichael | 10/01/2025 | 08/31/2026 | 1785 | 1550 | 1550 |
| 1027 | C1 | 1365 | Occupied | FHS Technology N.V. LLC, * | 03/27/2025 | 03/23/2026 | 2195 | 1875 | 1875 |
| 1028 | B2 | 1145 | Occupied | Oyetoro, Amos | 11/01/2023 | 04/06/2026 | 1785 | 1664 | 1664 |
| 1111 | B1 | 1059 | Occupied | Baho Jr, Oscar | 10/26/2023 | 10/26/2026 | 1750 | 1735 | 1735 |
| 1112 | B3 | 1203 | Occupied | Guillen, Alma | 07/25/2025 | 07/06/2026 | 1910 | 1525 | 1525 |
| 1113 | A2 | 798 | Occupied | Banks, Cheryl | 06/06/2025 | 06/05/2026 | 1400 | 1125 | 1125 |
| 1114 | A1 | 832 | Occupied | Howard, April | 08/14/2025 | 08/15/2026 | 1444 | 1075 | 1075 |
| 1115 | A2 | 798 | Occupied | Oas, Heather | 12/20/2022 | 02/16/2026 | 1400 | 1400 | 1400 |
| 1116 | A1 | 832 | Occupied | Jackson, Robert | 06/02/2023 | 05/04/2026 | 1444 | 1419 | 1419 |
| 1117 | B1 | 1059 | Occupied | Harris, Leslie | 07/29/2024 | 07/06/2026 | 1750 | 1614 | 1614 |
| 1118 | B3 | 1203 | Occupied | Regenye, Samantha | 04/21/2020 | 07/27/2026 | 1910 | 1910 | 1910 |
| 1121 | B1 | 1059 | Occupied | Christopher, Alesia | 06/04/2020 | 07/06/2026 | 1750 | 1720 | 1720 |
| 1122 | B3 | 1203 | Vacant | VACANT | | | 1670 | 0 | 0 |
| 1123 | A2 | 798 | Occupied | Hughes, Mariah | 07/13/2025 | 07/13/2026 | 1400 | 1025 | 1025 |
| 1124 | A1 | 832 | Occupied | Almanza, Rain | 07/27/2025 | 07/27/2026 | 1444 | 1075 | 1075 |
| 1125 | A2 | 798 | Occupied | Saitbatalova, Yanina | 02/21/2025 | 05/18/2026 | 1400 | 1256 | 1256 |
| 1126 | A1 | 832 | Occupied | Murry, Kelly | 07/05/2024 | 07/06/2026 | 1444 | 1339 | 1339 |
| 1127 | B1 | 1059 | Occupied | Baldwin, Morgan | 08/20/2025 | 09/19/2026 | 1750 | 1425 | 1425 |
| 1128 | B3 | 1203 | Occupied | Delgado, Selene | 07/12/2025 | 07/13/2026 | 1910 | 1525 | 1525 |
| 1211 | B1 | 1059 | Occupied | Hudspeth, Jelisa | 12/08/2024 | 06/08/2026 | 1750 | 0 | 0 |
| 1212 | B3 | 1203 | Occupied | Spencer, Birdell | 08/16/2025 | 06/15/2026 | 1910 | 1525 | 1525 |
| 1213 | A2 | 798 | Occupied | Durham, Sydney | 04/14/2023 | 05/11/2026 | 1400 | 1394 | 1394 |
| 1214 | A1 | 832 | Occupied | Guevara, William | 09/19/2024 | 07/20/2026 | 1444 | 1279 | 1279 |
| 1215 | A2 | 798 | Occupied | Leflore, Tyeisha | 06/25/2025 | 06/24/2026 | 1400 | 1025 | 1025 |
| 1216 | A1 | 832 | Occupied | Young, Nicole | 11/10/2023 | 05/11/2026 | 1444 | 1444 | 1444 |
| 1217 | B1 | 1059 | Occupied | Rehman, Atta | 02/01/2025 | 02/02/2026 | 1750 | 1710 | 1710 |
| 1218 | B3 | 1203 | Occupied | Yehulashet, Melaku | 08/18/2025 | 08/29/2026 | 1910 | 1722 | 1722 |
| 1221 | B1 | 1059 | Occupied | Pearson, Danny | 06/27/2025 | 07/20/2026 | 1750 | 1525 | 1525 |
| 1222 | B3 | 1203 | Occupied-NTV | Comanche, Arielle | 10/05/2024 | 11/03/2025 | 1670 | 1579 | 1579 |
| 1223 | A2 | 798 | Occupied | Brown, Gena | 10/02/2025 | 10/01/2026 | 1400 | 1225 | 1225 |
| 1224 | A1 | 832 | Occupied | Martinez, Juan | 02/22/2025 | 03/23/2026 | 1444 | 1349 | 1349 |
| 1225 | A2 | 798 | Occupied | Hernandez, Yessenia | 07/06/2025 | 07/06/2026 | 1400 | 1025 | 1025 |
| 1226 | A1 | 832 | Occupied | Jordan, Kodiak | 08/30/2025 | 08/29/2026 | 1444 | 1075 | 1075 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1227 | B1 | 1059 | Occupied | Trujillo, Jean Carlos | 03/28/2025 | 03/30/2026 | 1750 | 1575 | 1575 |
| 1228 | B3 | 1203 | Occupied | Hall, Tashiyanna | 09/12/2025 | 09/14/2026 | 1910 | 1722 | 1722 |
| 1311 | B1 | 1059 | Occupied | Ortiz, Ariel | 08/01/2025 | 06/29/2026 | 1750 | 1525 | 1525 |
| 1312 | B3 | 1203 | Occupied | Ogueji, Gold | 02/20/2025 | 03/23/2026 | 1910 | 1749 | 1749 |
| 1313 | A2 | 798 | Occupied | Williams, Jomarcus | 01/16/2021 | 05/25/2026 | 1400 | 1405 | 1405 |
| 1314 | A1 | 832 | Occupied | Rhinehart, Ashley | 08/01/2025 | 06/29/2026 | 1444 | 1075 | 1075 |
| 1315 | A2 | 798 | Occupied | Bledsoe, Jessie | 08/30/2024 | 09/28/2026 | 1400 | 1254 | 1254 |
| 1316 | A1 | 832 | Occupied | Castanedo, Donna | 01/09/2021 | 05/25/2026 | 1444 | 1535 | 1535 |
| 1317 | B1 | 1059 | Occupied | Kirkendoll, Antionette | 06/28/2023 | 07/27/2026 | 1750 | 1735 | 1735 |
| 1318 | B3 | 1203 | Occupied | McCoy, Patrick | 09/23/2024 | 07/20/2026 | 1910 | 1604 | 1604 |
| 1321 | B1 | 1059 | Occupied | Smith, Kamia | 02/24/2025 | 02/15/2027 | 1750 | 1669 | 1669 |
| 1322 | B3 | 1203 | Occupied | Lazuka, Donald | 07/29/2023 | 07/27/2026 | 1910 | 1920 | 1920 |
| 1323 | A2 | 798 | Occupied | Fogarty, Faith | 03/01/2024 | 03/02/2026 | 1400 | 1369 | 1369 |
| 1324 | A1 | 832 | Occupied | Sykes, Jasmine | 11/03/2023 | 12/01/2025 | 1444 | 1339 | 1339 |
| 1325 | A2 | 798 | Occupied | Jackson, Emma | 08/16/2025 | 09/15/2026 | 1400 | 1225 | 1225 |
| 1326 | A1 | 832 | Occupied | Austin, Ethan | 08/29/2025 | 08/28/2026 | 1444 | 1275 | 1275 |
| 1327 | B1 | 1059 | Vacant-Leased | VACANT | | | 1620 | 0 | 0 |
| 1327 | B1 | 1059 | Applicant | Muhammad, Dyanna | 11/07/2025 | 11/09/2026 | 0 | 1595 | 1595 |
| 1328 | B3 | 1203 | Occupied | Bakanen, Richard | 07/17/2025 | 07/16/2026 | 1910 | 1525 | 1525 |
| 1411 | B1 | 1059 | Occupied | Vargas, Jorge | 07/01/2025 | 07/06/2026 | 1750 | 1525 | 1525 |
| 1412 | C1 | 1365 | Occupied | FHS Technology N.V. LLC, * | 03/27/2025 | 03/23/2026 | 2195 | 1975 | 1975 |
| 1413 | A2 | 798 | Occupied | Gesora, Kelvin | 07/09/2024 | 07/06/2026 | 1400 | 1239 | 1239 |
| 1414 | A1 | 832 | Occupied | Lazos, Daniel | 08/07/2025 | 08/10/2026 | 1444 | 1075 | 1075 |
| 1415 | A2 | 798 | Occupied | Jenkins, James | 08/15/2025 | 08/17/2026 | 1400 | 1025 | 1025 |
| 1416 | A1 | 832 | Occupied-NTV | Hicks, Ashleigh | 10/18/2024 | 11/17/2025 | 1444 | 1279 | 1279 |
| 1417 | B1 | 1059 | Occupied | Luzardo valles, Willian | 08/10/2024 | 05/11/2026 | 1750 | 1578 | 1578 |
| 1418 | C1 | 1365 | Occupied | Garza, Juan | 07/11/2024 | 07/13/2026 | 2195 | 2185 | 2185 |
| 1421 | B1 | 1059 | Occupied | Miller, Janell | 04/19/2025 | 04/20/2026 | 1750 | 1575 | 1575 |
| 1422 | C1 | 1365 | Occupied | Gooseberry, Kiyanna | 08/06/2025 | 08/10/2026 | 2195 | 1825 | 1825 |
| 1423 | A2 | 798 | Occupied | Johns, Jimmy | 07/17/2025 | 02/16/2026 | 1400 | 1025 | 1025 |
| 1424 | A1 | 832 | Occupied | Wood, Toya | 08/15/2025 | 08/17/2026 | 1444 | 1075 | 1075 |
| 1425 | A2 | 798 | Occupied | Sterling, Mike | 07/11/2025 | 07/13/2026 | 1400 | 1025 | 1025 |
| 1426 | A1 | 832 | Occupied | McCoy, Patricia | 05/12/2025 | 05/11/2026 | 1444 | 1419 | 1419 |
| 1427 | B1 | 1059 | Occupied | Owens, Carlos | 08/08/2025 | 09/07/2026 | 1750 | 1425 | 1425 |
| 1428 | C1 | 1365 | Vacant | VACANT | | | 2000 | 0 | 0 |
| 1511 | C1 | 1365 | Occupied | Jimenez, Sergio | 07/29/2022 | 05/25/2026 | 2195 | 2170 | 2170 |
| 1512 | B2-HC | 1125 | Occupied | Gonzales, Christine | 09/03/2025 | 10/05/2026 | 1785 | 1475 | 1475 |
| 1513 | A1 | 832 | Occupied | Steele, Kait | 03/16/2023 | 04/20/2026 | 1444 | 1573 | 1573 |
| 1514 | B2 | 1145 | Occupied | Castillo Bongo, Alexander | 03/11/2025 | 04/06/2026 | 1785 | 1760 | 1760 |
| 1515 | A1-HC | 832 | Occupied | Turbert, Kenneth | 11/09/2024 | 11/10/2025 | 1444 | 1419 | 1419 |
| 1516 | B2 | 1145 | Occupied | Guerrera, Jennifer | 09/09/2024 | 07/06/2026 | 1785 | 1529 | 1529 |
| 1517 | C1 | 1365 | Occupied | Morton, Lakerra | 08/08/2025 | 10/05/2026 | 2195 | 1875 | 1875 |
| 1518 | B2 | 1145 | Occupied | Morales, Armando | 08/15/2025 | 08/17/2026 | 1785 | 1450 | 1450 |
| 1521 | C1 | 1365 | Occupied | Jimenez, Ranulfo | 06/28/2025 | 06/29/2026 | 2195 | 1825 | 1825 |
| 1522 | B2 | 1145 | Vacant | VACANT | | | 1640 | 0 | 0 |
| 1523 | A1 | 832 | Occupied | Baker, Aaron | 12/23/2024 | 12/22/2025 | 1444 | 1279 | 1279 |
| 1524 | B2 | 1145 | Occupied | Bustamante, Jessica | 07/29/2024 | 07/27/2026 | 1785 | 1679 | 1679 |
| 1525 | A1 | 832 | Occupied | THE CHURCH OF JESUS CHRIST, * | 09/15/2025 | 09/21/2026 | 1444 | 1275 | 1275 |
| 1526 | B2 | 1145 | Occupied | Holt, Alli | 07/26/2025 | 07/27/2026 | 1785 | 1450 | 1450 |
| 1527 | C1 | 1365 | Occupied | Ward, Taniesha | 01/29/2024 | 12/25/2025 | 2195 | 2005 | 2005 |
| 1528 | B2 | 1145 | Occupied | Alexander, Alexis | 05/24/2025 | 05/25/2026 | 1785 | 1551 | 1551 |
| 1611 | A1 | 832 | Occupied | Neal, Shauna | 03/26/2025 | 03/23/2026 | 1444 | 1395 | 1395 |
| 1612 | B2 | 1145 | Occupied | Ford, Rayla | 08/22/2025 | 08/24/2026 | 1785 | 1450 | 1450 |
| 1613 | A2 | 798 | Occupied | Bonner, Marchelle | 08/23/2024 | 07/27/2026 | 1400 | 1214 | 1214 |
| 1614 | B2 | 1145 | Vacant | VACANT | | | 1785 | 0 | 0 |
| 1615 | A2 | 798 | Occupied | Morris, Zackary | 02/12/2021 | 04/13/2026 | 1400 | 1415 | 1415 |
| 1616 | B2 | 1145 | Occupied | Mccoy, Dionne | 11/14/2024 | 11/17/2025 | 1785 | 1629 | 1629 |
| 1617 | A1 | 832 | Occupied | Sandidge, Tanisha | 10/31/2020 | 04/06/2026 | 1444 | 1553 | 1553 |
| 1618 | B2 | 1145 | Occupied | Trujillo, Alexander | 07/10/2025 | 06/09/2026 | 1785 | 1450 | 1450 |
| 1621 | A1 | 832 | Occupied | Ibarra Torres, Karla | 08/30/2020 | 11/30/2026 | 1444 | 1425 | 1425 |
| 1622 | B2 | 1145 | Occupied | Lopez, Sandra | 07/24/2025 | 08/24/2026 | 1785 | 1450 | 1450 |
| 1623 | A2 | 798 | Occupied | Williams, Jazmine | 08/22/2025 | 08/24/2026 | 1400 | 1225 | 1225 |
| 1624 | B2 | 1145 | Occupied | CUNIGAN, MELVIN | 01/24/2024 | 12/22/2025 | 1785 | 1760 | 1760 |
| 1625 | A2 | 798 | Occupied | Hall, Gentle | 08/14/2025 | 07/13/2026 | 1400 | 1125 | 1125 |
| 1626 | B2 | 1145 | Occupied | Chavez Luquin, Jenifer | 06/05/2023 | 06/08/2026 | 1785 | 1735 | 1735 |
| 1627 | A1 | 832 | Occupied | Rogers, Saniya | 04/04/2023 | 06/08/2026 | 1444 | 1419 | 1419 |
| 1628 | B2 | 1145 | Occupied | Louis, Amber | 10/04/2024 | 10/12/2026 | 1785 | 1553 | 1553 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1711 | A1 | 832 | Occupied | Gomez, Christina | 03/21/2022 | 07/13/2026 | 1444 | 1450 | 1450 |
| 1712 | B2 | 1145 | Occupied | Thornblom, Leticia | 09/26/2025 | 09/28/2026 | 1785 | 1760 | 1760 |
| 1713 | A2 | 798 | Occupied | Lopez, Michelle | 08/22/2024 | 07/20/2026 | 1400 | 1244 | 1244 |
| 1714 | B2 | 1145 | Occupied | Mejias, Jubraska | 04/10/2025 | 04/06/2026 | 1785 | 1601 | 1601 |
| 1715 | A2 | 798 | Occupied | Boudreaux, Meghann | 09/15/2023 | 06/08/2026 | 1400 | 1319 | 1319 |
| 1716 | B2 | 1145 | Occupied | Vidales, Gonzalo | 08/01/2024 | 10/05/2026 | 1785 | 1654 | 1654 |
| 1717 | A1 | 832 | Occupied | Jones, Brenda | 10/17/2024 | 12/21/2026 | 1444 | 1304 | 1304 |
| 1718 | B2 | 1145 | Occupied | Berry, Ernest | 09/05/2025 | 08/10/2026 | 1785 | 1760 | 1760 |
| 1721 | A1 | 832 | Occupied | Sherrod, Holly | 06/29/2020 | 08/10/2026 | 1444 | 1445 | 1445 |
| 1722 | B2 | 1145 | Occupied | Mendiola, Zachary | 08/22/2025 | 08/21/2026 | 1785 | 1550 | 1550 |
| 1723 | A2 | 798 | Vacant | VACANT | | | 1275 | 0 | 0 |
| 1724 | B2 | 1145 | Occupied | Bronson, Sherry | 09/10/2021 | 06/15/2026 | 1785 | 1740 | 1740 |
| 1725 | A2 | 798 | Occupied | Bauman, Sarah | 06/21/2021 | 07/06/2026 | 1400 | 1400 | 1400 |
| 1726 | B2 | 1145 | Occupied | Gamez, Makayla | 09/01/2025 | 08/31/2026 | 1785 | 1550 | 1550 |
| 1727 | A1 | 832 | Occupied | StandardCrabb, Carmen | 11/22/2024 | 12/22/2025 | 1444 | 1229 | 1228 |
| 1728 | B2 | 1145 | Occupied | Gates, Lacey | 11/08/2024 | 12/07/2025 | 1785 | 1529 | 1529 |
| | | | | | | | **455918** | **386279** | **386279** |

**SunRidge Management Group**
**INCOME STATEMENT - 12 MONTH ROLLING**

Reporting Book: ACCRUAL
As of Date: 10/31/2025
Location: Parc at Windmill Farms

| | 11/30/2024 | 12/31/2024 | 01/31/2025 | 02/28/2025 | 03/31/2025 | 04/30/2025 | 05/31/2025 | 06/30/2025 | 07/31/2025 | 08/31/2025 | 09/30/2025 | 10/31/2025 | 12 Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUE | | | | | | | | | | | | | |
| 33010 - Total Potential Per Schedule | 446,626 | 446,626 | 446,828 | 449,113 | 448,108 | 450,989 | 447,430 | 434,856 | 437,092 | 445,852 | 449,773 | 449,118 | 5,352,411 |
| 33011 - Leases Under Schedule | (12,520) | (12,089) | (12,112) | (15,851) | (15,091) | (16,955) | (12,217) | (3,875) | (11,060) | (26,775) | (32,348) | (32,719) | (203,612) |
| TOTAL POSSIBLE RENT PER LEASES | 434,106 | 434,537 | 434,716 | 433,262 | 433,017 | 434,034 | 435,213 | 430,981 | 426,032 | 419,077 | 417,425 | 416,399 | 5,148,799 |
| RENTAL LOSSES | | | | | | | | | | | | | |
| 33020 - Vacancy Loss | (15,799) | (18,347) | (34,045) | (32,455) | (27,427) | (12,643) | (15,808) | (30,793) | (34,151) | (35,113) | (16,784) | (24,902) | (298,265) |
| 33040 - Bad Debt Loss | (6,896) | (4,229) | (14,975) | (6,570) | 2,410 | 8,173 | (15,613) | (9,484) | (9,906) | (16,374) | 12,955 | (5,851) | (66,361) |
| 33050 - Discounts & Concessions | (9,282) | (4,469) | (1,219) | (2,856) | (8,250) | (8,117) | (9,997) | (9,956) | (19,113) | (29,354) | (51,092) | (52,269) | (205,974) |
| TOTAL LOSSES | (31,977) | (27,045) | (50,239) | (41,881) | (33,267) | (12,587) | (41,416) | (50,233) | (63,170) | (80,841) | (54,921) | (83,022) | (570,600) |
| NET RENTAL REVENUE | 402,129 | 407,492 | 384,477 | 391,381 | 399,750 | 421,447 | 393,797 | 380,748 | 362,862 | 338,236 | 362,504 | 333,377 | 4,578,199 |
| OTHER REVENUE | | | | | | | | | | | | | |
| 33350 - Cable TV & Internet | 0 | 0 | 0 | 0 | 0 | 0 | 3,754 | 1,909 | 1,033 | 1,906 | 0 | 1,800 | 10,402 |
| 33420 - Interest Income | (4,002) | 1,061 | 1,068 | 1,165 | 1,024 | 1,138 | 1,072 | 11,093 | 805 | 7,919 | 13,734 | 999 | 37,075 |
| 33430 - Deposit Forfeitures | 3,144 | 1,292 | 2,086 | 1,470 | 1,996 | 2,558 | 2,586 | 4,209 | 7,784 | 10,356 | 1,387 | 4,948 | 43,817 |
| 33470 - Vending Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 476 | 0 | 0 | 476 |
| 33510 - Miscellaneous Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 | 0 | 100 |
| 33590 - Application Fees | 1,200 | 525 | 750 | 1,575 | 2,425 | 4,700 | 1,725 | 2,925 | 3,975 | 3,750 | 1,800 | 1,275 | 26,625 |
| 33600 - Non-Refundable Pet Fees | 959 | 952 | 705 | 2,221 | 723 | 740 | 670 | 1,155 | 1,369 | 2,174 | 1,171 | 1,978 | 14,817 |
| 33610 - Late & NSF Charges | 4,425 | 4,385 | 4,705 | 3,985 | 3,475 | 4,190 | 5,525 | 5,700 | 4,015 | 5,681 | 6,439 | 3,820 | 56,325 |
| 33680 - Deposit Waiver Fee | 1,905 | (4,767) | (141) | 14 | (341) | 2,935 | 2,965 | (2,932) | 90 | (3,171) | (509) | (216) | (4,169) |
| 33750 - Misc Tenant Charges | 5,973 | 5,969 | 3,869 | 4,297 | 5,429 | 4,888 | 6,384 | 6,618 | 10,244 | 10,505 | 9,266 | 7,061 | 80,506 |
| TOTAL OTHER REVENUE | 13,604 | 9,417 | 13,040 | 14,707 | 14,731 | 21,149 | 24,781 | 30,677 | 29,315 | 39,596 | 33,288 | 21,665 | 265,974 |
| TOTAL REVENUE | 415,733 | 416,909 | 397,517 | 406,088 | 414,481 | 442,596 | 418,578 | 411,425 | 392,177 | 377,832 | 395,792 | 355,042 | 4,844,173 |
| OPERATING EXPENSES | | | | | | | | | | | | | |
| PERSONNEL EXPENSES | | | | | | | | | | | | | |
| 43010 - Office Salaries | 9,500 | 9,319 | 9,497 | 8,953 | 9,514 | 8,942 | 10,104 | 9,867 | 10,156 | 15,872 | 14,023 | 12,279 | 128,028 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43030 - Maintenance Salaries | 8,721 | 6,842 | 8,475 | 8,235 | 6,993 | 7,910 | 7,790 | 8,750 | 11,603 | 11,923 | 10,551 | 10,717 | 108,509 |
| 43040 - Porters & Housekeepers | 3,813 | 3,935 | 3,204 | 3,174 | 2,219 | 2,248 | 2,309 | 2,330 | 2,466 | 2,647 | 2,279 | 2,345 | 32,972 |
| 43070 - Employee Apartments | 2,174 | 2,174 | 2,174 | 3,421 | 4,401 | 4,182 | 4,182 | 4,182 | 2,102 | 2,102 | 2,102 | 2,102 | 35,298 |
| 43080 - Bonuses | 0 | 0 | 0 | 0 | 0 | 841 | 0 | 0 | 675 | 0 | 0 | 920 | 2,435 |
| 43110 - Payroll Taxes | 2,058 | 2,132 | 2,611 | 2,505 | 2,442 | 2,548 | 2,604 | 2,790 | 3,174 | 3,333 | 3,289 | 3,388 | 32,875 |
| 43120 - Worker's Comp Insurance | 515 | 533 | 653 | 627 | 611 | 638 | 651 | 698 | 794 | 833 | 823 | 846 | 8,219 |
| 43130 - Employee Insurance | 3,600 | 3,600 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 37,200 |
| 43140 - Employee Recruitment | 3 | 6 | 135 | 41 | 4 | 0 | 218 | 6 | 0 | 121 | 177 | 55 | 767 |
| 43190 - Payroll Administration | 63 | 84 | 84 | 84 | 171 | 84 | 91 | 84 | 91 | 77 | 84 | 84 | 1,081 |
| TOTAL PERSONNEL EXPENSES | 30,447 | 28,625 | 29,833 | 30,040 | 29,355 | 30,393 | 30,949 | 31,707 | 34,061 | 39,908 | 36,328 | 35,736 | 387,384 |
| MANAGEMENT FEES | | | | | | | | | | | | | |
| 43210 - Management Fees | 12,860 | 13,813 | 13,078 | 12,887 | 12,787 | 13,097 | 13,137 | 13,137 | 13,329 | 12,553 | 12,280 | 11,772 | 154,730 |
| TOTAL MANAGEMENT FEES | 12,860 | 13,813 | 13,078 | 12,887 | 12,787 | 13,097 | 13,137 | 13,137 | 13,329 | 12,553 | 12,280 | 11,772 | 154,730 |
| PROPERTY ADMINISTRATION | | | | | | | | | | | | | |
| 43310 - Office Furniture & Supplies | 105 | 27 | 23 | 0 | 95 | 43 | 444 | 59 | 112 | 462 | 215 | 148 | 1,732 |
| 43320 - Telephone & Answering Service | 1,487 | 437 | 772 | 1,034 | 269 | 321 | 216 | 343 | 230 | 332 | 425 | 308 | 6,175 |
| 43350 - Professional Service | 1,442 | 1,659 | 0 | 0 | 850 | 0 | 0 | 0 | 0 | 0 | 0 | 31 | 3,983 |
| 43370 - Postage & Freight | 106 | 100 | 117 | 100 | 100 | 100 | 100 | 100 | 100 | 131 | 100 | 100 | 1,253 |
| 43380 - Employee Relations | 300 | 300 | 0 | 0 | 25 | 0 | 0 | 125 | 0 | 148 | 30 | 66 | 995 |
| 43390 - Licenses, Permits, Taxes | 1,266 | 1,079 | 972 | 777 | 981 | 1,078 | 964 | 1,070 | 908 | 975 | 934 | 1,932 | 12,935 |
| 43400 - Credit & Collections | 2,778 | 2,198 | 522 | 436 | 944 | 2,405 | 757 | 2,870 | 690 | 906 | 1,886 | 2,069 | 18,462 |
| 43410 - Dues & Subscriptions | 0 | 0 | 0 | 0 | 890 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 891 |
| 43420 - Copier, Forms & Printing | 438 | 671 | 228 | 1,066 | 0 | 179 | 559 | 353 | 420 | 481 | 197 | 335 | 4,924 |
| 43450 - Training & Seminars | 0 | 179 | 303 | 124 | 299 | 180 | 276 | 187 | 156 | 687 | 184 | 154 | 2,731 |
| 43460 - Administrative/Forms | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 120 |
| 43480 - Computer Supplies | 260 | 0 | 217 | 337 | 251 | 315 | 241 | 24 | 88 | 48 | 165 | 0 | 1,944 |
| 43490 - Miscellaneous Administrative | 1,237 | 505 | 528 | 592 | 478 | 701 | 526 | 530 | 456 | 767 | 392 | 548 | 7,261 |
| TOTAL ADMINISTRATIVE EXPENSE | 9,429 | 7,165 | 3,692 | 4,476 | 5,192 | 5,332 | 4,093 | 5,671 | 3,170 | 4,947 | 4,538 | 5,701 | 63,406 |
| LEASING | | | | | | | | | | | | | |
| 43510 - Advertising | 2,701 | 3,848 | 2,548 | 2,587 | 2,722 | 2,846 | 3,118 | 3,611 | 3,668 | 3,264 | 3,301 | 3,905 | 38,117 |
| 43520 - Locator Commissions | 0 | 4,215 | 0 | 838 | 419 | 419 | 0 | 2,534 | 1,535 | 2,460 | 838 | 0 | 13,259 |
| 43530 - Property Promotions & Other Mktg | 949 | 261 | 131 | 230 | 574 | 634 | 1,258 | 825 | 214 | 793 | 532 | 1,208 | 7,609 |
| 43580 - Brochures & Related Materials | 50 | 51 | 0 | 0 | 0 | 0 | 0 | 50 | 285 | 505 | 93 | 0 | 1,035 |
| 43590 - Leasing Commissions | 1,625 | 1,365 | 585 | 684 | 1,630 | 1,299 | 1,495 | 2,300 | 2,860 | 4,225 | 3,770 | 1,970 | 23,809 |
| TOTAL LEASING EXPENSE | 5,325 | 9,740 | 3,264 | 4,339 | 5,345 | 5,198 | 5,871 | 9,320 | 8,562 | 11,247 | 8,534 | 7,083 | 83,829 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UTILITIES | | | | | | | | | | | | | |
| 43610 - Electricity-Property | 2,672 | 2,554 | 2,931 | 4,382 | 3,506 | 2,982 | 3,725 | 3,163 | 2,978 | 3,241 | 3,176 | 3,075 | 38,384 |
| 43620 - Electricity-Vacant & Model | 4 | 502 | 543 | 0 | 810 | 788 | 773 | 557 | 557 | 1,150 | 761 | 459 | 6,905 |
| 43625 - Electric Reimbursement | (62) | (244) | 50 | (20) | 0 | 0 | (61) | (128) | (230) | (208) | (523) | (95) | (1,520) |
| 43630 - VCR-Vacant Electric Billing | 0 | 0 | 86 | 0 | 43 | 86 | 0 | 43 | 0 | 43 | 43 | 132 | 473 |
| 43640 - Water | 10,257 | 9,291 | 8,761 | 10,035 | 9,499 | 9,094 | 10,702 | 9,136 | 9,766 | 9,593 | 9,922 | 10,007 | 116,066 |
| 43642 - Water-Irrigation | 704 | 861 | 356 | 1,258 | 274 | 1,145 | 25,021 | 395 | 493 | 432 | 404 | (5,129) | 26,214 |
| 43645 - Water/Sewer Reimbursements | (11,455) | (12,434) | (13,435) | (13,600) | (13,795) | (14,722) | (15,405) | (15,366) | (16,741) | (15,603) | (11,849) | (12,132) | (166,538) |
| 43650 - Sewer | 5,252 | 5,262 | 6,193 | 7,268 | 6,822 | 6,278 | 6,692 | 6,146 | 6,368 | 6,104 | 6,190 | 6,067 | 74,641 |
| 43680 - Billing fees & Tax Credit Expenses | 0 | 1,889 | 965 | 954 | 928 | 920 | 560 | 971 | 964 | 924 | 913 | 939 | 10,927 |
| 43690 - Late Charges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (106) | (106) |
| TOTAL UTILITY EXPENSE | 7,372 | 7,681 | 6,450 | 10,277 | 8,087 | 6,571 | 32,007 | 4,917 | 4,155 | 5,676 | 9,037 | 3,217 | 105,446 |
| SERVICE EXPENSE | | | | | | | | | | | | | |
| 43700 - Grounds Maintenance Contract | 4,715 | 4,714 | 4,714 | 4,714 | 4,714 | 4,714 | 4,715 | 4,715 | 4,714 | 4,715 | 4,714 | 4,714 | 56,572 |
| 43710 - Exterminating Service & Supplies | 528 | 668 | 549 | 528 | 528 | 588 | 528 | 585 | 588 | 587 | 528 | 543 | 6,747 |
| 43715 - Pest Control Reimbursement | (1,447) | (1,464) | (1,542) | (1,548) | (1,488) | (1,452) | (4,543) | 1,222 | (1,778) | (1,898) | (1,442) | (1,918) | (19,295) |
| 43720 - Garbage & Trash Removal | 9,033 | 5,051 | 5,052 | 5,052 | 5,175 | 5,539 | 5,052 | 5,214 | 5,052 | 5,052 | 5,214 | 5,214 | 65,699 |
| 43725 - Trash Reimbursement | (5,171) | (5,340) | (5,824) | (6,101) | (5,915) | (5,699) | (5,963) | (6,310) | (6,485) | (6,548) | (4,891) | (5,362) | (69,609) |
| 43740 - Courtesy Patrol | 977 | 3,135 | 977 | 982 | 746 | 749 | 749 | 749 | 758 | 49 | 49 | 0 | 9,920 |
| 43760 - Uniform Services & Cleaning | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 269 | 0 | 98 | 368 |
| 43820 - Vehicles | 23 | 65 | 0 | 0 | 605 | 0 | 46 | 16 | 0 | 0 | 351 | 0 | 1,106 |
| 43830 - Hallway Cleaning & Repairs | 520 | 250 | 250 | 521 | 250 | 250 | 520 | 250 | 225 | 225 | 588 | 450 | 4,300 |
| 43840 - Fire Protection | 120 | 0 | 0 | 120 | 49 | 0 | 120 | 132 | 0 | 435 | 634 | 99 | 1,707 |
| TOTAL SERVICE EXPENSE | 9,298 | 7,079 | 4,176 | 4,268 | 4,666 | 4,689 | 1,224 | 6,573 | 3,074 | 2,886 | 5,745 | 3,838 | 57,515 |
| CLEANING & DECORATING | | | | | | | | | | | | | |
| 43900 - Painting-Contract Labor | 1,960 | 1,480 | 2,402 | 2,453 | 1,389 | 0 | 3,535 | 0 | 8,893 | 9,100 | 4,343 | 2,597 | 38,153 |
| 43910 - Paint Supplies | 51 | 0 | 0 | 303 | 252 | 0 | 130 | 1,180 | 1,288 | 2,534 | 1,243 | 581 | 7,560 |
| 43920 - Contract Cleaning & Supply | 1,375 | 1,048 | 1,568 | 1,180 | 1,363 | 935 | 1,278 | 2,087 | 2,634 | 3,495 | 2,456 | 1,452 | 20,872 |
| 43930 - Carpet Cleaning | 705 | 117 | 97 | 211 | 125 | 157 | 31 | 655 | 895 | 1,058 | 1,305 | 929 | 6,288 |
| 43940 - Carpet Dying & Repairs | 975 | 526 | 417 | 751 | 260 | 378 | 307 | 1,132 | 804 | 943 | 1,165 | 1,031 | 8,687 |
| 43960 - Sheetrock Repairs | 0 | 28 | 0 | 0 | 0 | 0 | 49 | 0 | 2,161 | 2,047 | 435 | 490 | 5,210 |
| TOTAL CLEANING & DECORATING | 5,066 | 3,199 | 4,484 | 4,898 | 3,389 | 1,470 | 5,330 | 5,054 | 16,675 | 19,177 | 10,947 | 7,080 | 86,770 |
| REPAIRS & MAINTENANCE | | | | | | | | | | | | | |
| 44030 - Grounds Maintenance Supplies | 112 | 0 | 151 | 0 | 10 | 0 | 431 | 449 | 201 | 455 | 370 | 110 | 2,289 |
| 44040 - Pool Supplies & Repairs | 665 | 0 | 499 | 0 | 0 | 848 | 0 | 1,279 | 1,213 | 1,515 | 708 | 251 | 6,979 |
| 44060 - Clubhouse & Amenity Repairs | 97 | 195 | 64 | 0 | 140 | 411 | 0 | 0 | 0 | 0 | 168 | 129 | 1,203 |
| 44070 - Electrical Supplies & Repairs | 22 | 133 | 0 | 0 | 0 | 0 | 470 | 411 | 51 | 235 | 65 | 0 | 1,387 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44080 - Plumbing Supplies & Repairs | 924 | 864 | 596 | 238 | 557 | 734 | 1,036 | 548 | 1,524 | 806 | 771 | 523 | 9,121 |
| 44090 - Hvac Supplies & Repairs | 106 | 290 | 165 | 138 | 1,221 | 374 | 615 | 703 | 478 | 782 | 1,049 | 797 | 6,719 |
| 44110 - Appliance Supplies & Repairs | 1,755 | 869 | 1,045 | 0 | 1,001 | 404 | 2,773 | 1,037 | 1,114 | 794 | 2,206 | 2,168 | 15,167 |
| 44120 - Carpentry Supplies | 185 | 440 | 720 | 0 | 0 | 66 | 929 | 17 | 0 | 57 | 232 | 102 | 2,747 |
| 44130 - Hardware Supplies | 54 | 71 | 48 | 0 | 34 | 0 | 174 | 107 | 62 | 141 | 242 | 86 | 1,020 |
| 44140 - Lock And Keys | 0 | 35 | 0 | 0 | 239 | 337 | 193 | 658 | 372 | 0 | 602 | 191 | 2,626 |
| 44150 - Light Bulbs And Fixtures | 137 | 146 | 495 | 0 | 255 | 0 | 0 | 352 | 491 | 259 | 577 | 199 | 2,911 |
| 44160 - Glass,Mirrors & Screens | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 65 | 180 | 0 | 58 | 255 | 558 |
| 44220 - Sprinkler System Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 31 | 30 |
| TOTAL REPAIRS & MAINTENANCE | 4,057 | 3,043 | 3,783 | 376 | 3,457 | 3,174 | 6,621 | 5,626 | 5,686 | 5,044 | 7,048 | 4,842 | 52,757 |
| PROPERTY TAXES | | | | | | | | | | | | | |
| 44310 - Real Estate Tax | 87,266 | 21,098 | 84,204 | 84,204 | 84,204 | 84,204 | 84,204 | 84,204 | 84,204 | 84,204 | 84,204 | 84,204 | 950,405 |
| TOTAL PROPERTY TAXES | 87,266 | 21,098 | 84,204 | 84,204 | 84,204 | 84,204 | 84,204 | 84,204 | 84,204 | 84,204 | 84,204 | 84,204 | 950,405 |
| PROPERTY INSURANCE | | | | | | | | | | | | | |
| 44340 - Hazard Insurance | 19,500 | 19,500 | 19,500 | 19,500 | 19,500 | 19,500 | 19,500 | 19,500 | 6,424 | 15,142 | 15,142 | 15,142 | 207,850 |
| TOTAL PROPERTY INSURANCE | 19,500 | 19,500 | 19,500 | 19,500 | 19,500 | 19,500 | 19,500 | 19,500 | 6,424 | 15,142 | 15,142 | 15,142 | 207,850 |
| TOTAL OPERATING EXPENSES | 190,620 | 120,943 | 172,464 | 175,265 | 175,982 | 173,628 | 202,936 | 185,709 | 179,340 | 200,784 | 193,803 | 178,615 | 2,150,092 |
| NET OPERATING INCOME | 225,113 | 295,966 | 225,053 | 230,823 | 238,499 | 268,968 | 215,642 | 225,716 | 212,837 | 177,048 | 201,989 | 176,427 | 2,694,080 |
| PROPERTY REPLACEMENTS | | | | | | | | | | | | | |
| RECURRING REPLACEMENTS | | | | | | | | | | | | | |
| 44400 - Individual Unit Water Heater Rplmts | 0 | 865 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 385 | 0 | 0 | 1,250 |
| 44410 - Carpet Replacements | 0 | 671 | 0 | 649 | 0 | 338 | 3,720 | 0 | 4,106 | 8,194 | 3,823 | 4,863 | 26,365 |
| 44420 - Drapery Replacements | 0 | 0 | 576 | 0 | 0 | 0 | 366 | 1,267 | 0 | 2,378 | 398 | 1,283 | 6,267 |
| 44430 - Appliance Replacements | 2,718 | 5,937 | 194 | 0 | 334 | 0 | 5,777 | 3,907 | 4,205 | 3,955 | 3,304 | 1,722 | 32,055 |
| TOTAL RECURRING REPLACEMENTS | 2,718 | 7,473 | 770 | 649 | 334 | 338 | 9,863 | 5,174 | 8,313 | 14,912 | 7,525 | 7,868 | 65,937 |
| NON-RECURRING REPLACEMENTS | | | | | | | | | | | | | |
| 44460 - Hvac Replacements | 348 | 896 | 2,283 | 0 | 324 | 3,921 | 3,431 | 1,348 | 2,409 | 14,206 | 3,236 | 3,587 | 35,988 |
| 44470 - Plumbing Replacements | 390 | 2,639 | 0 | 0 | 1,401 | 612 | 0 | 0 | 434 | 950 | 3,681 | 3,167 | 13,275 |
| 44480 - Electrical Replacements | 410 | 0 | 0 | 0 | 0 | 0 | 883 | 0 | 0 | 557 | 517 | 284 | 2,651 |
| 44490 - Lawns, Tree & Shrubs | 4,524 | 541 | 542 | 541 | 3,253 | 0 | 0 | 2,381 | 3,500 | 0 | 866 | 3,756 | 19,902 |
| 44520 - Fire & Storm & Insured Loss Repairs | 0 | 0 | 0 | 0 | 19,566 | 0 | 0 | 0 | 1,100 | 5,440 | 870 | 0 | 26,976 |
| 44650 - Concrete Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,650 | 1,650 |
| 44670 - Pool Furniture | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,981 | 0 | 4,981 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44680 - Playground & Recreational Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 691 | 692 |
| 44700 - Pool & Equipment | 478 | 0 | 0 | 0 | 4,861 | 0 | 0 | 0 | 0 | 1,875 | 4,438 | 0 | 11,651 |
| 44720 - Audit Fee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,134 | 0 | 0 | 10,135 |
| 44780 - Resurfacing | 0 | 201 | 375 | 0 | 161 | 387 | 0 | 0 | 0 | 0 | 290 | 370 | 1,784 |
| 44784 - Cabinets, Doors, Drawers, Hardware, etc | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 88 | 494 | 0 | 581 |
| 44785 - Electrical - Fixtures, Fans, USB, Thermstat, etc | 0 | 0 | 0 | 0 | 451 | 0 | 0 | 311 | 623 | 1,482 | 312 | 543 | 3,724 |
| 44786 - Mirrors - Framed, Beveled, Medicain, etc | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 406 | 0 | 0 | 406 |
| 44787 - Plumbing - Faucets, Sinks, Rods, Grab Bars, etc | 0 | 0 | 0 | 0 | 0 | 0 | 886 | 87 | 0 | 772 | 595 | 383 | 2,724 |
| 44788 - Vinyl | 0 | 0 | 0 | 0 | 800 | 0 | 1,627 | 2,325 | 0 | 0 | 2,559 | 0 | 7,310 |
| 44790 - Other Non-Recurring Expenses | 0 | 3,988 | 0 | 0 | 0 | 0 | 0 | 200 | 0 | 731 | 1,181 | 0 | 6,099 |
| 44792 - Inspection/Multi-family/License/Security | 0 | 0 | 0 | 0 | 29,104 | 0 | 595 | 0 | 0 | 0 | 0 | 0 | 29,699 |
| 44794 - Computer and Peripherals | 3,097 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,097 |
| 44796 - Fire Alarm System Inspection\Repairs | 0 | 5,380 | 0 | 0 | 0 | 945 | 945 | 1,500 | 0 | 1,279 | 0 | 708 | 10,756 |
| 44797 - Gate/Garage Door Repairs\Supplies | 0 | 0 | 0 | 422 | 0 | 494 | 494 | 0 | 2,014 | 1,120 | 781 | 2,172 | 7,499 |
| 44798 - Pest Control Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 193 | 271 | 463 |
| 44799 - REAC Inspection Related Expenses | 0 | 0 | 0 | 0 | 1,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,600 |
| TOTAL NON-RECURRING REPLACEMENTS | 9,247 | 13,645 | 3,200 | 963 | 61,521 | 6,359 | 8,861 | 8,152 | 10,080 | 39,040 | 24,994 | 17,582 | 203,643 |
| TOTAL PROPERTY REPLACEMENTS | 11,965 | 21,118 | 3,970 | 1,612 | 61,855 | 6,697 | 18,724 | 13,326 | 18,393 | 53,952 | 32,519 | 25,450 | 269,580 |
| RESERVE ACTIVITY | | | | | | | | | | | | | |
| RECURRING RESERVE ACTIVITY | | | | | | | | | | | | | |
| 44800 - Recurring Payment | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 6,800 | 81,600 |
| 44810 - Recurring Reimb | 0 | (61,292) | 0 | 0 | 0 | (41,258) | 0 | 0 | (24,010) | 0 | (24,723) | 0 | (151,282) |
| NET RECURRING RESERVE ACTIVITY | 6,800 | (54,492) | 6,800 | 6,800 | 6,800 | (34,458) | 6,800 | 6,800 | (17,210) | 6,800 | (17,923) | 6,800 | (69,682) |
| NET RESERVE ACTIVITY | 6,800 | (54,492) | 6,800 | 6,800 | 6,800 | (34,458) | 6,800 | 6,800 | (17,210) | 6,800 | (17,923) | 6,800 | (69,682) |
| AVAILABLE FOR DEBT SERVICE | 206,348 | 329,340 | 214,283 | 222,411 | 169,844 | 296,729 | 190,118 | 205,590 | 211,654 | 116,296 | 187,393 | 144,177 | 2,494,182 |
| DEBT SERVICE | | | | | | | | | | | | | |
| 45010 - Mortgage Payment-1st | 149,215 | 149,215 | 149,214 | 149,215 | 149,215 | 149,215 | 149,215 | 149,215 | 149,215 | 149,215 | 149,215 | 149,214 | 1,790,578 |
| 45090 - D/S mip | 7,160 | 7,160 | 7,160 | 7,160 | 7,160 | 7,160 | 7,160 | 7,160 | 7,160 | 7,160 | 6,922 | 6,922 | 85,444 |
| TOTAL DEBT SERVICE | 156,375 | 156,375 | 156,374 | 156,375 | 156,375 | 156,375 | 156,375 | 156,375 | 156,375 | 156,375 | 156,137 | 156,136 | 1,876,022 |
| NET CASH FLOW(DEFICIT) | 49,973 | 172,965 | 57,909 | 66,036 | 13,469 | 140,354 | 33,743 | 49,215 | 55,279 | (40,079) | 31,256 | (11,959) | 618,161 |
| NON-OPERATING EXPENSES | | | | | | | | | | | | | |
| 46010 - 1st Mortgage Interest | 111,393 | 111,271 | 111,148 | 111,024 | 110,900 | 110,775 | 110,650 | 110,525 | 110,399 | 110,273 | 110,146 | 110,019 | 1,328,524 |
| 46798 - Replacement Escrow - Contra | (6,800) | 54,492 | (6,800) | (6,800) | (6,800) | 34,458 | (6,800) | (6,800) | 17,210 | (6,800) | 17,922 | (6,800) | 69,682 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46810 - Mortgage Payment Contra | (156,374) | (156,375) | (156,375) | (156,375) | (156,375) | (156,375) | (156,374) | (156,375) | (156,375) | (156,375) | (156,136) | (156,136) | (1,876,021) |
| 46820 - MIP Amortization | 7,160 | 7,160 | 7,160 | 7,160 | (5) | 7,065 | 7,065 | 7,065 | 7,065 | 7,065 | 7,065 | 7,065 | 78,090 |
| TOTAL NON-OPERATING EXPENSES | (44,821) | 16,548 | (44,867) | (44,991) | (52,280) | (4,077) | (45,459) | (45,585) | (21,701) | (45,837) | (21,003) | (45,852) | (399,725) |
| NET INCOME (LOSS) | 94,594 | 156,417 | 102,776 | 111,027 | 65,749 | 144,431 | 79,202 | 94,800 | 76,980 | 5,758 | 52,259 | 33,893 | 1,017,886 |

# Addendum D

# Comparable Data

## Improved Sales

# Multifamily Sale Profile

Sale No. 1

## Location & Property Identification

| | |
|---|---|
| Property Name: | Cross Timbers Apartments |
| Sub-Property Type: | Conventional, Garden/Low Rise |
| Address: | 1905 Center Point Ln. |
| City/State/Zip: | Greenville, TX 75402 |
| County: | Hunt |
| Submarket: | Greenville |
| Market Orientation: | Suburban |
| IRR Event ID: | 3438732 |



## Sale Information

| | |
|---|---|
| Sale Price: | $32,400,000 |
| Effective Sale Price: | $32,400,000 |
| Sale Date: | 09/23/2025 |
| Sale Status: | Closed |
| $/SF GBA: | $161.86 |
| $/SF NRA: | $161.86 |
| $/Unit: | $150,000 /Apt. Unit |
| Grantor/Seller: | Gvd Cross Timbers, LLC |
| Grantee/Buyer: | 1905 CT, LLC |
| Assets Sold: | Real estate only |
| Property Rights: | Fee Simple |
| % of Interest Conveyed: | 100.00 |
| Financing: | Cash to seller |
| Conditions of Sale: | Arm's-length |
| Document Type: | Warranty Deed |
| Subsidized/Restricted: | No |
| Verified By: | Stone Berger |
| Verification Date: | 12/09/2025 |
| Verification Type: | Confirmed-Seller Broker |

## Operating Data and Key Indicators

| | |
|---|---|
| Operating Data Type: | IRR Projection |
| Potential Gross Income: | $3,499,200 |
| Vacancy Rate: | 11% |
| Other Income: | $125,000 |
| Effective Gross Income: | $3,239,288 |
| Operating Expenses: | $1,862,288 |
| Net Operating Income: | $ 1,377,000 |
| Expense Ratio: | 57.49% |
| Reserves Included: | Yes |
| Management Included: | Yes |
| Cap Rate - Derived: | 4.25% |
| GRM - Derived: | 9.26 |
| EGIM - Derived: | 10.00 |

## Occupancy

| | |
|---|---|
| Occupancy Type Before Sale: | Multi-Tenant |
| Occupancy Type After Sale: | Multi-Tenant |
| Occupancy at Time of Sale: | 89.00% |

## Improvement and Site Data

| | |
|---|---|
| MSA: | Dallas-Fort Worth-Arlington, TX |
| Legal/Tax/Parcel ID: | Account Number: 26917 |
| GBA-SF: | 200,178 |
| NRA-SF: | 200,178 |
| Acres(Usable/Gross): | 13.47/13.47 |
| Land-SF(Usable/Gross): | 586,753/586,753 |
| Usable/Gross Ratio: | 1.00 |
| Year Built: | 2023 |
| Property Class: | A |
| Construction Quality: | Average |
| Improvements Cond.: | Average |
| Exterior Walls: | Wood siding |

# Multifamily Sale Profile

Sale No. 1

## Improvement and Site Data (Cont'd)

| | |
|---|---|
| No. of Buildings/Stories: | 10/3 |
| No. of Units/Unit Type: | 216/Apt. Units |
| Multi-Tenant/Condo.: | Yes/No |
| Parking Conformity: | Yes |
| Elevators/Count: | None |
| Air-Conditioning Type: | Central |
| Shape: | Irregular |
| Topography: | Level |
| Corner Lot: | No |
| Frontage Type: | 2 way, 1 lane each way |
| Traffic Flow: | Moderate |
| AccessibilityRating: | Average |
| Visibility Rating: | Average |
| Density-Unit/Gross Acre: | 16.04 |
| Density-Unit/Usable Acre: | 16.04 |
| Bldg. to Land Ratio FAR: | 0.34 |
| Land to Building Ratio: | 2.93 |
| Flood Plain: | No |
| Flood Zone Designation: | X |
| Utilities: | Electricity, Water Public, Sewer |
| Utilities Desc.: | All to site. |
| Bldg. Phy. Info. Source: | Public Records |
| Source of Land Info.: | Public Records |

## Project & Unit Amenities

| | |
|---|---|
| BBQ Grill/Picnic Area | 9'+ Ceiling Heights |
| Clubhouse Building | Carpeting |
| Common Laundry | Central AC |
| Covered Parking | Dishwasher |
| Dog Run/Spa | Disposal |
| Fitness Center | Granite/Quartz Counters |
| Garage/In Building | Kitchen Island/Eating Counter |
| Gated Entrance | Microwave |
| Package System/Lockers/Rm | Patio/Balcony/Deck |
| Resident Lounge | Range |
| Swimming Pool | Refrigerator |
| | Stainless Steel Appliances |
| | Vinyl Plank Floors (LVT/LVP) |
| | Washer/Dryer Hookup |
| | Window Blinds/Shades |

## Comments

Cross Timbers Apartments sold in September 2025 for $32,400,000 or $150,000 per unit. Based on the parties involved, the property traded at a reported capitalization rate of approximately 4.25%.

# Multifamily Sale Profile

Sale No. 2

## Location & Property Identification

| | |
|---|---|
| Property Name: | Camden Crossing |
| Sub-Property Type: | Conventional, Garden/Low Rise |
| Address: | 312 McAlister Rd. |
| City/State/Zip: | Burleson, TX 76028 |
| County: | Tarrant |
| Submarket: | Burleson |
| Market Orientation: | Suburban |
| Property Location: | N/S of McAlister |
| IRR Event ID: | 3339463 |



## Sale Information

| | |
|---|---|
| Sale Price: | $23,000,000 |
| Effective Sale Price: | $23,000,000 |
| Sale Date: | 12/27/2024 |
| Sale Status: | Closed |
| $/SF GBA: | $194.93 |
| $/SF NRA: | $239.28 |
| $/Unit: | $159,722 /Apt. Unit |
| Grantor/Seller: | RM Texas Partners, LLC |
| Grantee/Buyer: | Burleson 144, LLC and BPG Camden Crossing, LLC |
| Assets Sold: | Real estate only |
| Property Rights: | Fee Simple |
| % of Interest Conveyed: | 100.00 |
| Financing: | Cash to seller |
| Conditions of Sale: | Arm's-length |
| Document Type: | Warranty Deed |
| Recording No.: | D225014085 |
| Subsidized/Restricted: | No |
| Verified By: | Stone Berger |
| Verification Type: | Secondary Verification |

## Operating Data and Key Indicators

| | |
|---|---|
| Operating Data Type: | IRR Projection |
| Potential Gross Income: | $2,268,000 |
| Vacancy Rate: | 10% |
| Other Income: | $86,400 |
| Effective Gross Income: | $2,127,600 |
| Operating Expenses: | $748,000 |
| Net Operating Income: | $ 1,379,600 |
| Expense Ratio: | 35.16% |
| Reserves Included: | Yes |
| Management Included: | Yes |
| Cap Rate - Derived: | 6.00% |
| GRM - Derived: | 10.14 |
| EGIM - Derived: | 10.81 |

## Occupancy

| | |
|---|---|
| Occupancy Type Before Sale: | Multi-Tenant |
| Occupancy Type After Sale: | Multi-Tenant |
| Occupancy at Time of Sale: | 67.80% |

## Improvement and Site Data

| | |
|---|---|
| MSA: | Dallas-Fort Worth-Arlington, TX |
| Legal/Tax/Parcel ID: | Tax ID 41730720, Lot 2, Block 6, Highpoint Hill Phase 1, City of Burleson, Tarrant County, Texas |
| GBA-SF: | 117,990 |
| NRA-SF: | 96,120 |
| Acres(Usable/Gross): | 7.28/7.28 |
| Land-SF(Usable/Gross): | 316,902/316,902 |
| Usable/Gross Ratio: | 1.00 |
| Year Built: | 2023 |

# Multifamily Sale Profile

Sale No. 2

## Improvement and Site Data (Cont'd)

| | |
|---|---|
| Property Class: | A |
| Construction Quality: | Average |
| Improvements Cond.: | Good |
| Exterior Walls: | Brick |
| No. of Buildings/Stories: | 3/3 |
| No. of Units/Unit Type: | 144/Apt. Units |
| Multi-Tenant/Condo.: | Yes/No |
| Elevators/Count: | None |
| Fire Sprinkler Type: | Yes |
| Air-Conditioning Type: | Central |
| Shape: | Irregular |
| Topography: | Level |
| Corner Lot: | No |
| Frontage Feet: | 303 |
| Frontage Desc.: | McAlister Road |
| Frontage Type: | 2 way, 1 lane each way |
| Traffic Control at Entry: | None |
| Traffic Flow: | Moderate |
| AccessibilityRating: | Average |
| Visibility Rating: | Average |
| Density-Unit/Gross Acre: | 19.79 |
| Density-Unit/Usable Acre: | 19.79 |
| Bldg. to Land Ratio FAR: | 0.37 |
| Land to Building Ratio: | 2.69 |
| Zoning Code: | C |
| Zoning Desc.: | Medium Density |
| Flood Plain: | No |
| Flood Zone Designation: | X |
| Comm. Panel No.: | 48439C0430L |
| Date: | 03/21/2019 |
| Utilities: | Electricity, Water Public, Sewer |
| Utilities Desc.: | All to site. |
| Bldg. Phy. Info. Source: | Public Records |
| Source of Land Info.: | Public Records |

## Project & Unit Amenities

| | |
|---|---|
| Dog Run/Spa | 8' Ceiling Height |
| Recreational Amenities | Carpeting |
| Swimming Pool | Central AC |
| | Dishwasher |
| | Disposal |
| | Granite/Quartz Counters |
| | Kitchen Island/Eating Counter |
| | Microwave |
| | Patio/Balcony/Deck |
| | Range - Electric |
| | Refrigerator |
| | Stainless Steel Appliances |
| | Vinyl Plank Floors (LVT/LVP) |
| | Washer/Dryer Hookup |
| | Window Blinds/Shades |

## Comments

Camden Crossing, a 144-unit garden-style low-rise multifamily property in Burleson, TX, sold in December 2024 for $23,000,000 or approximately $159,722 a unit. No historical financials were available for review. A market derived cap rate of 6.00% has been concluded.

# Multifamily Sale Profile

# Sale No. 3

## Location & Property Identification

| | |
|---|---|
| Property Name: | The Calvin |
| Sub-Property Type: | Conventional, Garden/Low Rise |
| Address: | 2501 Ohio Dr. |
| City/State/Zip: | Plano, TX 75093 |
| County: | Dallas |
| Submarket: | Plano |
| Market Orientation: | Suburban |
| IRR Event ID: | 3431859 |



## Sale Information

| | |
|---|---|
| Sale Price: | $30,000,000 |
| Effective Sale Price: | $30,000,000 |
| Sale Date: | 12/13/2024 |
| Sale Status: | Closed |
| $/SF GBA: | $203.32 |
| $/SF NRA: | $206.26 |
| $/Unit: | $179,641 /Apt. Unit |
| Grantor/Seller: | Tides at Plano TIC I, LLC |
| Grantee/Buyer: | RC Calvin, LLC |
| Assets Sold: | Real estate only |
| Property Rights: | Fee Simple |
| % of Interest Conveyed: | 100.00 |
| Financing: | Cash to seller |
| Conditions of Sale: | Arm's-length |
| Document Type: | Warranty Deed |
| Recording No.: | 202500155506 |
| Subsidized/Restricted: | No |
| Verified By: | Stone Berger |
| Verification Date: | 11/18/2025 |
| Verification Type: | Confirmed-Seller Broker |

## Operating Data and Key Indicators

| | |
|---|---|
| Operating Data Type: | IRR Projection |
| Potential Gross Income: | $3,168,324 |
| Vacancy Rate: | 14% |
| Other Income: | $83,500 |
| Effective Gross Income: | $2,808,259 |
| Operating Expenses: | $1,308,258 |
| Net Operating Income: | $ 1,500,001 |
| Expense Ratio: | 46.59% |
| Reserves Included: | Yes |
| Management Included: | Yes |
| Cap Rate - Derived: | 5.00% |
| GRM - Derived: | 9.47 |
| EGIM - Derived: | 10.68 |

## Occupancy

| | |
|---|---|
| Occupancy Type Before Sale: | Multi-Tenant |
| Occupancy Type After Sale: | Multi-Tenant |
| Occupancy at Time of Sale: | 86.00% |

## Improvement and Site Data

| | |
|---|---|
| MSA: | Dallas-Fort Worth-Arlington, TX Metropolitan Statistical Area |
| Legal/Tax/Parcel ID: | Account Number: R321600100101 |
| GBA-SF: | 147,552 |
| NRA-SF: | 145,448 |
| Acres(Usable/Gross): | 7.81/7.81 |
| Land-SF(Usable/Gross): | 340,204/340,204 |
| Usable/Gross Ratio: | 1.00 |
| Year Built: | 1995 |
| Property Class: | B |

# Multifamily Sale Profile — Sale No. 3

## Improvement and Site Data (Cont'd)

| | |
|---|---|
| Construction Quality: | Average |
| Improvements Cond.: | Average |
| Exterior Walls: | Stucco |
| No. of Buildings/Stories: | 9/3 |
| No. of Units/Unit Type: | 167/Apt. Units |
| Multi-Tenant/Condo.: | Yes/No |
| Parking Conformity: | Yes |
| Elevators/Count: | None |
| Fire Sprinkler Type: | None |
| Air-Conditioning Type: | Central |
| Shape: | Irregular |
| Topography: | Level |
| Corner Lot: | No |
| Frontage Type: | 2 way, 2 lanes each way |
| Traffic Flow: | Moderate |
| AccessibilityRating: | Average |
| Visibility Rating: | Average |
| Density-Unit/Gross Acre: | 21.38 |
| Density-Unit/Usable Acre: | 21.38 |
| Bldg. to Land Ratio FAR: | 0.43 |
| Land to Building Ratio: | 2.31 |
| Zoning Code: | MF |
| Zoning Desc.: | Multifamily |
| Flood Plain: | No |
| Flood Zone Designation: | X |
| Utilities: | Electricity, Water Public, Sewer |
| Utilities Desc.: | All to site. |
| Bldg. Phy. Info. Source: | Public Records |
| Source of Land Info.: | Public Records |

## Project & Unit Amenities

| | |
|---|---|
| BBQ Grill/Picnic Area | 8' Ceiling Height |
| Clubhouse Building | Carpeting |
| Fitness Center | Central AC |
| Playground | Dishwasher |
| Swimming Pool | Disposal |
| Covered Parking | Kitchen Island/Eating Counter |
| Garage/In Building | Laminate Counters |
| | Microwave |
| | Patio/Balcony/Deck |
| | Range |
| | Refrigerator |
| | Stainless Steel Appliances |
| | Vinyl Plank Floors (LVT/LVP) |
| | Window Blinds/Shades |
| | Washer/Dryer In Unit |

## Comments

167-unit - The Calvin - sold in December 2024 for $30,000,000 or $179,641 per unit. We project a proforma capitalization rate of 5.00% based on in-place rents and market derived expenses.

# Multifamily Sale Profile

Sale No. 4



## Location & Property Identification

| | |
|---|---|
| Property Name: | The Riley |
| Sub-Property Type: | Conventional, Garden/Low Rise |
| Address: | 480 Commons Dr. |
| City/State/Zip: | Burleson, TX 76028 |
| County: | Johnson |
| Submarket: | Burleson |
| Market Orientation: | Suburban |
| IRR Event ID: | 3337197 |

## Sale Information

| | |
|---|---|
| Sale Price: | $27,104,070 |
| Effective Sale Price: | $27,104,070 |
| Sale Date: | 11/08/2024 |
| Recording Date: | 11/08/2024 |
| Sale Status: | Closed |
| $/SF GBA: | $118.83 |
| $/SF NRA: | $173.90 |
| $/Unit: | $152,270 /Apt. Unit |
| Grantor/Seller: | Corsair Burleson, LLC |
| Grantee/Buyer: | The Riley Apts, LLC |
| Assets Sold: | Real estate only |
| Property Rights: | Fee Simple |
| % of Interest Conveyed: | 100.00 |
| Financing: | Cash to seller |
| Conditions of Sale: | Arm's-length |
| Document Type: | Warranty Deed |
| Recording No.: | 2024-31782 |
| Subsidized/Restricted: | No |
| Verification Type: | Secondary Verification |

## Operating Data and Key Indicators

| | |
|---|---|
| Operating Data Type: | IRR Projection |
| Potential Gross Income: | $3,295,000 |
| Vacancy Rate: | 10% |
| Other Income: | $178,000 |
| Effective Gross Income: | $3,143,500 |
| Operating Expenses: | $1,869,609 |
| Net Operating Income: | $ 1,273,891 |
| Expense Ratio: | 59.48% |
| Reserves Included: | Yes |
| Management Included: | Yes |
| Cap Rate - Derived: | 4.70% |
| GRM - Derived: | 8.23 |
| EGIM - Derived: | 8.62 |
| Cap Rate - Reported: | 4.70% |

## Occupancy

| | |
|---|---|
| Occupancy Type Before Sale: | Multi-Tenant |
| Occupancy Type After Sale: | Multi-Tenant |
| Occupancy at Time of Sale: | 91.00% |

## Improvement and Site Data

| | |
|---|---|
| Legal/Tax/Parcel ID: | Lot 1, Block A, Riley Apartments Addition / R000112134 |
| GBA-SF: | 228,091 |
| NRA-SF: | 155,857 |
| Acres(Gross): | 7.42 |
| Land-SF(Gross): | 323,215 |
| Year Built: | 2023 |
| Property Class: | A |
| M&S Class: | D |
| Construction Quality: | Good |
| Improvements Cond.: | Good |

# Multifamily Sale Profile

# Sale No. 4

## Improvement and Site Data (Cont'd)

| | |
|---|---|
| Exterior Walls: | Cement Fiber Siding |
| Construction Desc.: | Wood frame |
| No. of Buildings/Stories: | 4/3 |
| No. of Units/Unit Type: | 178/Apt. Units |
| Multi-Tenant/Condo.: | Yes/No |
| Elevators/Count: | None |
| Air-Conditioning Type: | Central |
| Shape: | Irregular |
| Topography: | Level |
| Corner Lot: | No |
| Frontage Type: | 2 way, 1 lane each way |
| Traffic Control at Entry: | Turn lane |
| Traffic Flow: | Low |
| AccessibilityRating: | Average |
| Visibility Rating: | Average |
| Density-Unit/Gross Acre: | 23.99 |
| Bldg. to Land Ratio FAR: | 0.71 |
| Land to Building Ratio: | 1.42 |
| Zoning Code: | PD |
| Zoning Desc.: | Planned Development |
| Utilities: | Electricity, Water Public, Sewer |
| Utilities Desc.: | All to site. |
| Bldg. Phy. Info. Source: | Public Records |
| Source of Land Info.: | Public Records |

## Unit Mix

| No. of Bed-rooms | No. of Bath-rooms | No. of Units | Approx. Units SF | Total Units SF | % of Total |
|---|---|---|---|---|---|
| 0.00 | 1.00 | 12 | 590 | 7,080 | 4.5% |
| 1.00 | 1.00 | 44 | 682 | 30,008 | 19.3% |
| 1.00 | 1.00 | 22 | 742 | 16,324 | 10.5% |
| 1.00 | 1.00 | 12 | 790 | 9,480 | 6.1% |
| 1.00 | 1.00 | 15 | 837 | 12,555 | 8.1% |
| 2.00 | 2.00 | 32 | 989 | 31,648 | 20.3% |
| 2.00 | 2.00 | 20 | 1,109 | 22,180 | 14.2% |
| 2.00 | 2.00 | 15 | 1,204 | 18,060 | 11.6% |
| 3.00 | 2.00 | 6 | 1,391 | 8,346 | 5.4% |
| | | 178 | | 155,681 | |

## Project & Unit Amenities

| | |
|---|---|
| BBQ Grill/Picnic Area | 9'+ Ceiling Heights |
| Clubhouse Building | Carpeting |
| Co-Working Space | Central AC |
| Dog Run/Spa | Dishwasher |
| Extra Storage Area | Disposal |
| Fitness Center | Granite/Quartz Counters |
| Garage/In Building | Kitchen Island/Eating Counter |
| Gated Entrance | Microwave |
| Package System/Lockers/Rm | Patio/Balcony/Deck |
| Recreational Amenities | Range - Electric |
| Resident Lounge | Refrigerator |
| Security/Door Staff | Stainless Steel Appliances |
| Swimming Pool | Vinyl Plank Floors (LVT/LVP) |
| | Washer/Dryer In Unit |
| | Window Blinds/Shades |

## Comments

The Riley, a three (3) story garden-style multifamily property with 178 units spanning across 155,857 SF in rentable area located in Burleson, TX, sold in November 2024 for an approximated sales price of $27,104,070 or $152,270 a unit with a reported in-place cap rate of 4.70% and 91.00% occupancy. It should be noted there were no other operating metrics made available. Thus, we have completed our projection utilizing market data.

# Multifamily Sale Profile

Sale No. 5

## Location & Property Identification

| | |
|---|---|
| Property Name: | Parkside Apartments |
| Sub-Property Type: | Conventional, Garden/Low Rise |
| Address: | 1100 McCann Rd. |
| City/State/Zip: | Longview, TX 75601 |
| County: | Gregg |
| Market Orientation: | Suburban |
| IRR Event ID: | 3411626 |



## Sale Information

| | |
|---|---|
| Sale Price: | $22,400,000 |
| Effective Sale Price: | $22,400,000 |
| Sale Date: | 09/12/2024 |
| Sale Status: | Closed |
| $/SF GBA: | $149.33 |
| $/SF NRA: | $149.33 |
| $/Unit: | $124,444 /Apt. Unit |
| Grantor/Seller: | Longview Parkside Apartments, LLC |
| Grantee/Buyer: | Parkside Longview, LLC |
| Assets Sold: | Real estate only |
| Property Rights: | Fee Simple |
| % of Interest Conveyed: | 100.00 |
| Financing: | Cash to seller |
| Conditions of Sale: | Arm's-length |
| Document Type: | Warranty Deed |
| Recording No.: | 202412706 |
| Subsidized/Restricted: | No |
| Verified By: | Stone Berger |
| Verification Date: | 09/25/2025 |
| Verification Type: | Confirmed-Seller |

## Operating Data and Key Indicators

| | |
|---|---|
| Operating Data Type: | In Place |
| Potential Gross Income: | $2,689,200 |
| Vacancy Rate: | 15% |
| Other Income: | $72,000 |
| Effective Gross Income: | $2,357,820 |
| Operating Expenses: | $1,125,000 |
| Net Operating Income: | $ 1,232,820 |
| Expense Ratio: | 47.71% |
| Reserves Included: | Yes |
| Management Included: | Yes |
| Cap Rate - Derived: | 5.50% |
| GRM - Derived: | 8.33 |
| EGIM - Derived: | 9.50 |

## Occupancy

| | |
|---|---|
| Occupancy Type Before Sale: | Multi-Tenant |
| Occupancy Type After Sale: | Multi-Tenant |
| Occupancy at Time of Sale: | 85.00% |

## Improvement and Site Data

| | |
|---|---|
| MSA: | Longview, TX |
| Legal/Tax/Parcel ID: | Account Number: 1560001 |
| GBA-SF: | 150,000 |
| NRA-SF: | 150,000 |
| Acres(Usable/Gross): | 6.75/6.75 |
| Land-SF(Usable/Gross): | 294,029/294,029 |
| Usable/Gross Ratio: | 1.00 |
| Year Built: | 2020 |
| Property Class: | A |
| Construction Quality: | Average |
| Improvements Cond.: | Average |

# Multifamily Sale Profile

Sale No. 5

## Improvement and Site Data (Cont'd)

| | |
|---|---|
| Exterior Walls: | Wood siding |
| No. of Buildings/Stories: | 10/3 |
| No. of Units/Unit Type: | 180/Apt. Units |
| Multi-Tenant/Condo.: | Yes/No |
| Parking Conformity: | Yes |
| Elevators/Count: | None |
| Fire Sprinkler Type: | Yes |
| Air-Conditioning Type: | Central |
| Shape: | Irregular |
| Topography: | Level |
| Corner Lot: | No |
| Frontage Type: | 2 way, 2 lanes each way |
| Traffic Flow: | Moderate |
| AccessibilityRating: | Average |
| Visibility Rating: | Average |
| Density-Unit/Gross Acre: | 26.67 |
| Density-Unit/Usable Acre: | 26.67 |
| Bldg. to Land Ratio FAR: | 0.51 |
| Land to Building Ratio: | 1.96 |
| Zoning Code: | MF-3 |
| Flood Plain: | No |
| Flood Zone Designation: | X |
| Utilities: | Electricity, Water Public, Sewer |
| Utilities Desc.: | All to site. |
| Bldg. Phy. Info. Source: | Public Records |
| Source of Land Info.: | Public Records |

## Project & Unit Amenities

| | |
|---|---|
| BBQ Grill/Picnic Area | 8' Ceiling Height |
| Bike Storage Room | Carpeting |
| Clubhouse Building | Central AC |
| Dog Run/Spa | Dishwasher |
| Electric Car Charging Station | Disposal |
| Fitness Center | Granite/Quartz Counters |
| Swimming Pool | Kitchen Island/Eating Counter |
| | Microwave |
| | Patio/Balcony/Deck |
| | Range |
| | Refrigerator |
| | Vinyl Plank Floors (LVT/LVP) |
| | Washer/Dryer In Unit |
| | Window Blinds/Shades |

## Comments

The Parkside Apartments sold in September 2024 for $22,400,000 or $124,444 per unit. We derive a capitalization rate of 5.50% based on in-place rents and market expenses.

# Apartment Rent Surveys

# Multifamily Rent Survey Profile

# Rent Survey No. 1

## Location & Property Identification

| | |
|---|---|
| Property Name: | Rylan at Gateway |
| Sub-Property Type: | Conventional, Garden/Low Rise |
| Address: | 1205 Gateway Blvd. |
| City/State/Zip: | Forney, TX 75126 |
| County: | Kaufman |
| Submarket: | Forney |
| Market Orientation: | Suburban |
| IRR Event ID: | 3438970 |



## Property Data

| | |
|---|---|
| Survey Date: | 12/09/2025 |
| No. of Buildings/Stories: | 5/3 |
| No. of Units/Unit Type: | 336/Apt. Units |
| Multi-Tenant/Condo.: | Yes/No |
| Property Class: | A |
| Vacancy @ Survey: | 57.60% |
| Yr. Built/Yr. Renov.: | 2024/ |
| Land Size (Ac.): | 14.08 |

## Project & Unit Amenities

| | |
|---|---|
| Project Amenities: | Clubhouse Building, Covered Parking, Dog Run/Spa, Extra Storage Area, Fitness Center, Garage/Detached, Recreational Amenities, Resident Lounge, Roofdeck/Sundeck, Swimming Pool |
| Unit Amenities: | 9'+ Ceiling Heights, Carpeting, Central AC, Dishwasher, Disposal, Laminate Counters, Microwave, Range - Electric, Refrigerator, Stainless Steel Appliances, Vinyl Plank Floors (LVT/LVP), Window Blinds/Shades |
| Landlord Pays: | Common Area Electric |
| Tenant Pays: | Trash, Cable, Broadband, In-Unit Electric, Sewer, Water |

## Unit Mix

| Unit Information | Rms/BR/ Bth | No. of Units | Vacant Units | SF Per Unit | Base Rent | $/SF Effective | Unit Comments |
|---|---|---|---|---|---|---|---|
| 1BR - 1BA | 3/1/1.0 | 38 | INA | 744 | $1615 | $2.17 | |
| 1BR - 1BA | 3/1/1.0 | 62 | INA | 995 | $1730 | $1.74 | |
| 2BR - 2BA | 4/2/2.0 | 33 | INA | 1,095 | $1860 | $1.70 | |

## Unit Mix (Cont'd)

| Unit Information | Rms/BR/Bth | No. of Units | Vacant Units | SF Per Unit | Base Rent | $/SF Effective | Unit Comments |
|---|---|---|---|---|---|---|---|
| 2BR - 2BA | 4/2/2.0 | 42 | INA | 1,156 | $2023 | $1.75 | |

## Comments

42.4% Occupied and going through initial lease-up efforts.

# Multifamily Rent Survey Profile

# Rent Survey No. 2

## Location & Property Identification



| | |
|---|---|
| Property Name: | Aspen at Gateway |
| Sub-Property Type: | Conventional, Garden/Low Rise |
| Address: | 1300 N. Gateway Blvd. |
| City/State/Zip: | Forney, TX 75126 |
| County: | Kaufman |
| Submarket: | Forney |
| Market Orientation: | Suburban |
| IRR Event ID: | 3438972 |

## Property Data

| | |
|---|---|
| Survey Date: | 12/09/2025 |
| No. of Buildings/Stories: | 5/3 |
| No. of Units/Unit Type: | 314/Apt. Units |
| Multi-Tenant/Condo.: | Yes/No |
| Property Class: | A |
| Vacancy @ Survey: | 24.90% |
| Yr. Built/Yr. Renov.: | 2024/ |
| Land Size (Ac.): | 13.42 |

## Project & Unit Amenities

| | |
|---|---|
| Project Amenities: | Clubhouse Building, Covered Parking, Dog Run/Spa, Extra Storage Area, Fitness Center, Garage/Detached, Recreational Amenities, Resident Lounge, Roofdeck/Sundeck, Swimming Pool |
| Unit Amenities: | 9'+ Ceiling Heights, Carpeting, Central AC, Dishwasher, Disposal, Laminate Counters, Microwave, Range - Electric, Refrigerator, Stainless Steel Appliances, Vinyl Plank Floors (LVT/LVP), Window Blinds/Shades |
| Landlord Pays: | Common Area Electric |
| Tenant Pays: | Trash, Cable, Broadband, In-Unit Electric, Sewer, Water |

## Unit Mix

| Unit Information | Rms/BR/ Bth | No. of Units | Vacant Units | SF Per Unit | Base Rent | $/SF Effective | Unit Comments |
|---|---|---|---|---|---|---|---|
| 1BR - 1BA | 3/1/1.0 | 43 | INA | 725 | $1575 | $2.17 | |
| 1BR - 1BA | 3/1/1.0 | 20 | INA | 856 | $1532 | $1.79 | |
| 2BR - 2BA | 4/2/2.0 | 14 | INA | 1,047 | $1843 | $1.76 | |

## Unit Mix (Cont'd)

| Unit Information | Rms/BR/ Bth | No. of Units | Vacant Units | SF Per Unit | Base Rent | $/SF Effective | Unit Comments |
|---|---|---|---|---|---|---|---|
| 2BR - 2BA | 4/2/2.0 | 32 | INA | 1,207 | $2010 | $1.67 | |
| 3BR - 2BA | 5/3/2.0 | 31 | INA | 1,395 | $2445 | $1.75 | |

## Comments

75.1% Occupied and going through initial lease-up efforts. Offering concessions of 1/2 off rent for 5-months, on 13 to 16 month leases.

# Multifamily Rent Survey Profile

## Rent Survey No. 3

### Location & Property Identification

| | |
|---|---|
| Property Name: | Gateway Cedars |
| Sub-Property Type: | Conventional, Garden/Low Rise |
| Address: | 1100 Gateway Blvd. |
| City/State/Zip: | Forney, TX 75126 |
| County: | Kaufman |
| Submarket: | Forney |
| Market Orientation: | Suburban |
| IRR Event ID: | 3438966 |




### Property Data

| | |
|---|---|
| Survey Date: | 12/09/2025 |
| No. of Buildings/Stories: | 5/3 |
| No. of Units/Unit Type: | 334/Apt. Units |
| Multi-Tenant/Condo.: | Yes/No |
| Property Class: | A |
| Vacancy @ Survey: | 4.20% |
| Yr. Built/Yr. Renov.: | 2014/ |
| Land Size (Ac.): | 14.80 |

### Project & Unit Amenities

| | |
|---|---|
| Project Amenities: | Clubhouse Building, Covered Parking, Dog Run/Spa, Extra Storage Area, Fitness Center, Garage/Detached, Recreational Amenities, Resident Lounge, Roofdeck/Sundeck, Swimming Pool |
| Unit Amenities: | 9'+ Ceiling Heights, Carpeting, Central AC, Dishwasher, Disposal, Laminate Counters, Microwave, Range - Electric, Refrigerator, Stainless Steel Appliances, Vinyl Plank Floors (LVT/LVP), Window Blinds/Shades |
| Landlord Pays: | Common Area Electric |
| Tenant Pays: | Trash, Cable, Broadband, In-Unit Electric, Sewer, Water |

### Unit Mix

| Unit Information | Rms/BR/ Bth | No. of Units | Vacant Units | SF Per Unit | Base Rent | $/SF Effective | Unit Comments |
|---|---|---|---|---|---|---|---|
| 1BR - 1BA | 3/1/1.0 | 66 | INA | 775 | $1341 | $1.73 | |
| 1BR - 1BA | 3/1/1.0 | 18 | INA | 850 | $1459 | $1.72 | |
| 2BR - 2BA | 4/2/2.0 | 58 | INA | 1,010 | $1606 | $1.59 | |

## Unit Mix (Cont'd)

| Unit Information | Rms/BR/ Bth | No. of Units | Vacant Units | SF Per Unit | Base Rent | $/SF Effective | Unit Comments |
|---|---|---|---|---|---|---|---|
| 2BR - 2BA | 4/2/2.0 | 30 | INA | 1,200 | $1679 | $1.40 | |

## Comments

95.8% Occupied. Offering concessions of $500 off 1st and 2nd month rent.

# Multifamily Rent Survey Profile

# Rent Survey No. 4

## Location & Property Identification



| | |
|---|---|
| Property Name: | Gateway Pines |
| Sub-Property Type: | Conventional, Garden/Low Rise |
| Address: | 1200 N. Gateway Blvd. |
| City/State/Zip: | Forney, TX 75126 |
| County: | Kaufman |
| Submarket: | Forney |
| Market Orientation: | Suburban |
| IRR Event ID: | 3438967 |

## Property Data

| | |
|---|---|
| Survey Date: | 12/09/2025 |
| No. of Buildings/Stories: | 8/3 |
| No. of Units/Unit Type: | 337/Apt. Units |
| Multi-Tenant/Condo.: | Yes/No |
| Property Class: | A |
| Vacancy @ Survey: | 4.50% |
| Yr. Built/Yr. Renov.: | 2019/ |
| Land Size (Ac.): | 13.00 |

## Project & Unit Amenities

| | |
|---|---|
| Project Amenities: | BBQ Grill/Picnic Area, Clubhouse Building, Covered Parking, Dog Run/Spa, Fitness Center, Garage/Detached, Package System/Lockers/Rm, Recreational Amenities, Resident Lounge, Swimming Pool |
| Unit Amenities: | Central AC, Dishwasher, Disposal, Kitchen Island/Eating Counter, Laminate Counters, Microwave, Patio/Balcony/Deck, Range - Electric, Refrigerator, Stainless Steel Appliances, Vinyl Plank Floors (LVT/LVP), Washer/Dryer Hookup, Window Blinds/Shades |
| Landlord Pays: | Common Area Electric |
| Tenant Pays: | Trash, Cable, Broadband, In-Unit Electric, Sewer, Water |

## Unit Mix

| Unit Information | Rms/BR/ Bth | No. of Units | Vacant Units | SF Per Unit | Base Rent | $/SF Effective | Unit Comments |
|---|---|---|---|---|---|---|---|

## Unit Mix (Cont'd)

| Unit Information | Rms/BR/Bth | No. of Units | Vacant Units | SF Per Unit | Base Rent | $/SF Effective | Unit Comments |
|---|---|---|---|---|---|---|---|
| 1BR - 1BA | 3/1/1.0 | 60 | INA | 712 | $1456 | $2.04 | |
| 1BR - 1BA | 3/1/1.0 | 42 | INA | 816 | $1281 | $1.57 | |
| 2BR - 2BA | 4/2/2.0 | 18 | INA | 825 | $1476 | $1.79 | |
| 2BR - 2BA | 4/2/2.0 | 27 | INA | 1,038 | $1536 | $1.48 | |
| 2BR - 2BA | 4/2/2.0 | 12 | INA | 1,213 | $1638 | $1.35 | |

## Comments

95.5% Occupied. Offering concessions of 1-month free on 13+ month lease.

# Multifamily Rent Survey Profile

# Rent Survey No. 5

## Location & Property Identification

| | |
|---|---|
| Property Name: | Gateway Oaks |
| Sub-Property Type: | Conventional, Garden/Low Rise |
| Address: | 1105 N. Gateway Blvd. |
| City/State/Zip: | Forney, TX 75126 |
| County: | Kaufman |
| Submarket: | Forney |
| Market Orientation: | Suburban |
| IRR Event ID: | 3438969 |



## Property Data

| | |
|---|---|
| Survey Date: | 12/09/2025 |
| No. of Buildings/Stories: | 6/3 |
| No. of Units/Unit Type: | 313/Apt. Units |
| Multi-Tenant/Condo.: | Yes/No |
| Property Class: | A |
| Vacancy @ Survey: | 7.00% |
| Yr. Built/Yr. Renov.: | 2016/ |
| Land Size (Ac.): | 14.55 |

## Project & Unit Amenities

| | |
|---|---|
| Project Amenities: | BBQ Grill/Picnic Area, Clubhouse Building, Covered Parking, Dog Run/Spa, Extra Storage Area, Fitness Center, Garage/Detached, Recreational Amenities, Resident Lounge, Roofdeck/Sundeck, Swimming Pool |
| Unit Amenities: | 9'+ Ceiling Heights, Carpeting, Central AC, Dishwasher, Disposal, Granite/Quartz Counters, Kitchen Island/Eating Counter, Laminate Counters, Microwave, Patio/Balcony/Deck, Range - Electric, Refrigerator, Stainless Steel Appliances, Vinyl Plank Floors (LVT/LVP), Washer/Dryer Hookup |
| Landlord Pays: | Common Area Electric |
| Tenant Pays: | Trash, Cable, Broadband, In-Unit Electric, Sewer, Water |

## Unit Mix

## Unit Mix (Cont'd)

| Unit Information | Rms/BR/ Bth | No. of Units | Vacant Units | SF Per Unit | Base Rent | $/SF Effective | Unit Comments |
|---|---|---|---|---|---|---|---|
| 1BR - 1BA | 3/1/1.0 | 78 | INA | 716 | $1217 | $1.70 | |
| 1BR - 1BA | 3/1/1.0 | 39 | INA | 828 | $1241 | $1.50 | |
| 2BR - 2BA | 4/2/2.0 | 9 | INA | 1,076 | $1780 | $1.65 | |
| 2BR - 2BA | 4/2/2.0 | 17 | INA | 1,238 | $1943 | $1.57 | |
| 3BR - 2BA | 5/3/2.0 | 6 | INA | 1,410 | $2065 | $1.46 | |

## Comments

93% Occupied. Offering concessions of 4-weeks free on select units.

# Addendum E

# Engagement Letter

Integra Realty Resources
Dallas

1100 Mira Vista Boulevard
Suite 300
Plano, Texas 75093

T (972) 881-7191
F (972) 733-1403
www.irr.com

November 17, 2025

Mr. Cort Thomas, Receiver
D4DS, LLC, D4FR, LLC, D4IN, LLC, D4OP, LLC
8111 Preston Road, Suite 300
Dallas, Texas 75225

SUBJECT: Proposal/Authorization for Valuation and Consulting Services
Bellwether Ridge Apartments - 841 S Polk Street, Desoto, TX
Parc at Windmill Farms - 1003 Windmill Farms Blvd, Forney, TX
Parc at Ingleside - 2850 Ave J, Ingleside, TX
Parc at Opelika - 1375 McCoy Street, Opelika, AL
(the "Subject Properties")

Dear Mr. Thomas,

**Integra Realty Resources – Dallas** appreciates the opportunity to provide this proposal for valuation and consulting services of the subject properties. It is our mutual understanding that the appraisals are to be provided under the following terms:

**Report Format:** Standard Appraisal Reports

**Value Premise:** Fee Simple Market Value

**Intended Use:** The intended use of the appraisals is for HUD loan underwriting purposes.

**Client and Intended User:** D4DS, LLC, D4FR, LLC, D4IN, LLC and D4OP, LLC

**Appraisal Fee:** $20,000 total ($5,000 per property)

**Retainer Fee Requested:** $20,000 to be received in our office before the commencement of the reports.

**Due Date:** Delivery in three (3) weeks, provided the expedited return of the signed agreement and receipt of the retainer fee. Subject to extension based upon late delivery of requested data and access for inspection.

**Property Information:** If property information deemed necessary by the appraiser to complete the appraisal is not provided by the property owner or tenant, the appraiser may terminate this contract and issue an invoice reflecting the percentage of work completed as of that date.

**Additional Fees Related to Cancellation:** If a cancellation of the assignment is requested by the client, Integra Realty Resources – Dallas will bill appropriately based upon the percentage of work completed upon cancellation.

Mr. Cort Thomas, Receiver
D4DS, LLC, D4FR, LLC, D4IN, LLC and D4OP, LLC
Page 2

**Additional Fees Related to Report Changes:** If changes or additions to the report are required or requested due to a request by the client, they will be responsible for paying an additional $175 per hour of additional appraisal work plus $50 per reprinted report copy.

**Conformance:** The appraisals and reports will be prepared in conformance with and subject to, the Standards of Professional Practice and Code of Ethics of the Appraisal Institute and the *Uniform Standards of Professional Appraisal Practice* (USPAP) developed by the Appraisal Standards Board of the Appraisal Foundation.

**Other Terms and Conditions:** The terms of Attachment I apply to this engagement and are hereby incorporated by reference. The appraisal report will be limited by our standard Assumptions and Limiting Conditions and any Extraordinary Assumptions and Limiting Conditions, which become apparent or necessary during the course of the assignment. A copy of the standard Assumptions and Limiting Conditions is set forth in Attachment I.

If this proposal is acceptable, please authorize us to proceed by executing this letter agreement as noted below and returning one copy to the undersigned. Thank you for considering us for this assignment. We look forward to working with you. Please call if you wish to discuss this proposal or the assignment any further.

Sincerely,

INTEGRA REALTY RESOURCES – DALLAS

Jimmy H. Jackson

Jimmy H. Jackson, MAI
Senior Managing Director

**AGREED & ACCEPTED THIS** 17th **DAY OF** November **, 2025.**

**BY:** **Mr. Cort Thomas, Receiver**
**D4DS, LLC, D4FR, LLC, D4IN, LLC and D4OP, LLC**

[signature], Receiver
AUTHORIZED SIGNATURE

Cort Thomas, Receiver
NAME (PRINT)

## ATTACHMENT I

### STANDARD ASSUMPTIONS & LIMITING CONDITIONS

The appraisal report and any work product related to the engagement will be limited by the following standard assumptions:

1. The title is marketable and free and clear of all liens, encumbrances, encroachments, easements and restrictions. The Subject Property is under responsible ownership and competent management and is available for its highest and best use.
2. There are no existing judgments or pending or threatened litigation that could affect the value of the Subject Property.
3. There are no hidden or undisclosed conditions of the land or of the improvements that would render the Subject Property more or less valuable. Furthermore, there is no asbestos in the Subject Property.
4. The revenue stamps placed on any deed referenced herein to indicate the sale price are in correct relation to the actual dollar amount of the transaction.
5. The Subject Property is in compliance with all applicable building, environmental, zoning, and other federal, state and local laws, regulations and codes.
6. The information furnished by others is believed to be reliable, but no warranty is given for its accuracy.

The appraisal report and any work product related to the engagement will be subject to the following limiting conditions, except as otherwise noted in the report:

1. An appraisal is inherently subjective and represents our opinion as to the value of the Subject Property appraised.
2. The conclusions stated in our appraisal apply only as of the effective date of the appraisal, and no representation is made as to the effect of subsequent events.
3. No changes in any federal, state or local laws, regulations or codes (including, without limitation, the Internal Revenue Code) are anticipated.
4. No environmental impact studies were either requested or made in conjunction with this appraisal, and we reserve the right to revise or rescind any of the value opinions based upon any subsequent environmental impact studies. If any environmental impact statement is required by law, the appraisal assumes that such statement will be favorable and will be approved by the appropriate regulatory bodies.
5. Unless otherwise agreed to in writing, we are not required to give testimony, respond to any subpoena or attend any court, governmental or other hearing with reference to the Subject Property without compensation relative to such additional employment.
6. We have made no survey of the Subject Property and assume no responsibility in connection with such matters. Any sketch or survey of the Subject Property included in this report is for illustrative purposes only and should not be considered to be scaled accurately for size. The appraisal covers the Subject Property as described in this report, and the areas and dimensions set forth are assumed to be correct.

7. No opinion is expressed as to the value of subsurface oil, gas or mineral rights, if any, and we have assumed that the Subject Property is not subject to surface entry for the exploration or removal of such materials, unless otherwise noted in our appraisal.

8. We accept no responsibility for considerations requiring expertise in other fields. Such considerations include, but are not limited to, legal descriptions and other legal matters such as legal title, geologic considerations, such as soils and seismic stability, and civil, mechanical, electrical, structural and other engineering and environmental matters. Such considerations may also include determinations of compliance with zoning and other federal, state, and local laws, regulations and codes.

9. The distribution of the total valuation in the report between land and improvements applies only under the reported highest and best use of the Subject Property. The allocations of value for land and improvements must not be used in conjunction with any other appraisal and are invalid if so used. The appraisal report shall be considered only in its entirety. No part of the appraisal report shall be utilized separately or out of context.

10. Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraisers, or any reference to the Appraisal Institute) shall be disseminated through advertising media, public relations media, news media or any other means of communication (including without limitation prospectuses, private offering memoranda and other offering material provided to prospective investors) without the prior written consent of the persons signing the report.

11. Information, estimates and opinions contained in the report and obtained from third-party sources are assumed to be reliable and have not been independently verified.

12. Any income and expense estimates contained in the appraisal report are used only for the purpose of estimating value and do not constitute predictions of future operating results.

13. If the Subject Property is subject to one or more leases, any estimate of residual value contained in the appraisal may be particularly affected by significant changes in the condition of the economy, of the real estate industry, or of the Subject Property at the time these leases expire or otherwise terminate.

14. Unless otherwise stated in the report, no consideration has been given to personal property located on the Subject Property or to the cost of moving or relocating such personal property; only the real property has been considered.

15. The current purchasing power of the dollar is the basis for the value stated in the appraisal; we have assumed that no extreme fluctuations in economic cycles will occur.

16. The values found herein are subject to these and to any other assumptions or conditions set forth in the body of this report, but which may have been omitted from this list of Assumptions and Limiting Conditions.

17. The analyses contained in the report necessarily incorporate numerous estimates and assumptions regarding property performance, general and local business and economic conditions, the absence of material changes in the competitive environment and other matters. Some estimates or assumptions, however, inevitably will not materialize, and unanticipated events and circumstances may occur; therefore, actual results achieved during the period covered by our analysis will vary from our estimates, and the variations may be material.

18. The Americans with Disabilities Act (ADA) became effective January 26, 1992. We have not made a specific survey or analysis of the Subject Property to determine whether the physical aspects of the improvements meet the ADA accessibility guidelines. We claim no expertise in ADA issues, and render

no opinion regarding compliance of the Subject Property with ADA regulations. Inasmuch as compliance matches each owner's financial ability with the cost to cure the non-conforming physical characteristics of a property, a specific study of both the owner's financial ability and the cost to cure any deficiencies would be needed for the Department of Justice to determine compliance.

19. The appraisal report is prepared for the exclusive benefit of you, your subsidiaries and/or affiliates. It may not be used or relied upon by any other party. All parties who use or rely upon any information in the report without our written consent do so at their own risk.

20. No studies have been provided to us indicating the presence or absence of hazardous materials on the Subject Property or in the improvements, and our valuation is predicated upon the assumption that the Subject Property is free and clear of any environment hazards including, without limitation, hazardous wastes, toxic substances and mold. No representations or warranties are made regarding the environmental condition of the Subject Property. IRR – Dallas and/or any of its officers, owners, managers, directors, agents, subcontractors or employees (the "Integra Parties") shall not be responsible for any such environmental conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because we are not experts in the field of environmental conditions, the appraisal report cannot be considered as an environmental assessment of the Subject Property.

21. The persons signing the report may have reviewed available flood maps and may have noted in the appraisal report whether the Subject Property is located in an identified Special Flood Hazard Area. However, we are not qualified to detect such areas and therefore do not guarantee such determinations. The presence of flood plain areas and/or wetlands may affect the value of the Subject Property, and the value conclusion is predicated on the assumption that wetlands are non-existent or minimal.

22. We are not a building or environmental inspector. The Integra Parties do not guarantee that the Subject Property is free of defects or environmental problems. Mold may be present in the Subject Property and a professional inspection is recommended.

23. The appraisal report and value conclusions for an appraisal assumes the satisfactory completion of construction, repairs or alterations in a workmanlike manner.

**24. IRR – Dallas is an independently owned and operated company. The parties hereto agree that Integra Realty Resources, Inc. ("Integra") shall not be liable for any claim arising out of or relating to any appraisal report or any information or opinions contained therein as such appraisal report is the sole and exclusive responsibility of IRR – Dallas. In addition, it is expressly agreed that in any action which may be brought against the Integra Parties arising out of, relating to, or in any way pertaining to the engagement letter, the appraisal reports or any related work product, the Integra Parties shall not be responsible or liable for any incidental or consequential damages or losses, unless the appraisal was fraudulent or prepared with intentional misconduct. It is further expressly agreed that the collective liability of the Integra Parties in any such action shall not exceed the fees paid for the preparation of the assignment (unless the appraisal was fraudulent or prepared with intentional misconduct). It is expressly agreed that the fees charged herein are in reliance upon the foregoing limitations of liability.**

25. IRR –Dallas is an independently owned and operated company, which has prepared the appraisal for the specific intended use stated elsewhere in the report. The use of the appraisal report by anyone other than the Client is prohibited except as otherwise provided. Accordingly, the appraisal report is addressed to and shall be solely for the Client's use and benefit unless we provide our prior written consent. We expressly reserve the unrestricted right to withhold our consent to your disclosure of

the appraisal report or any other work product related to the engagement (or any part thereof including, without limitation, conclusions of value and our identity), to any third parties. Stated again for clarification, unless our prior written consent is obtained, no third party may rely on the appraisal report (even if their reliance was foreseeable).

26. The conclusions of this report are estimates based on known current trends and reasonably foreseeable future occurrences. These estimates are based partly on property information, data obtained in public records, interviews, existing trends, buyer-seller decision criteria in the current market, and research conducted by third parties, and such data are not always completely reliable. The Integra Parties are not responsible for these and other future occurrences that could not have reasonably been foreseen on the effective date of this assignment. Furthermore, it is inevitable that some assumptions will not materialize and that unanticipated events may occur that will likely affect actual performance. While we are of the opinion that our findings are reasonable based on current market conditions, we do not represent that these estimates will actually be achieved, as they are subject to considerable risk and uncertainty. Moreover, we assume competent and effective management and marketing for the duration of the projected holding period of the Subject Property.

27. All prospective value opinions presented in this report are estimates and forecasts which are prospective in nature and are subject to considerable risk and uncertainty. In addition to the contingencies noted in the preceding paragraph, several events may occur that could substantially alter the outcome of our estimates such as, but not limited to changes in the economy, interest rates, capitalization rates, behavior of consumers, investors and lenders, fire and other physical destruction, changes in title or conveyances of easements and deed restrictions, etc. It is assumed that conditions reasonably foreseeable at the present time are consistent or similar with the future.

As will be determined during the course of the assignment, additional extraordinary or hypothetical conditions may be required in order to complete the assignment. The appraisal shall also be subject to those assumptions.

# EXHIBIT A-4

NVC
National Valuation Consultants, Inc.

## An Appraisal Report of:

Parc at Windmill Farms
1003 Windmill Farms Boulevard, Forney, TX 75126



**NVC File Number:**
DAL25101169

**Latitude/Longitude:**
32.74109, -96.396754

**Effective Date(s) of Value:**
"As Is" - November 26, 2025

**Prepared For:**
Cort Thomas
Brown Fox Law
8111 Preston Road, Suite 300
Dallas, Texas 75225

**Prepared By:**
National Valuation Consultants, Inc.

WEST
Seattle
San Francisco
Los Angeles
SOUTHWEST
Denver
Dallas
Houston
San Antonio
MIDWEST
Chicago
Cincinnati
Columbus
NORTHEAST
Boston
NY/NJ Metro
SOUTHEAST
Atlanta
Nashville
Savannah
South Florida

8000 S. Chester St. Suite 600 | Centennial CO 80112 | (303) 753-6900 | NVCINC.COM

NVC
National Valuation Consultants, Inc.

November 26, 2025

Cort Thomas
Brown Fox Law
8111 Preston Road, Suite 300
Dallas, Texas 75225

Re: Parc at Windmill Farms
1003 Windmill Farms Boulevard, Forney, TX 75126
Latitude: 32.74109 & Longitude: -96.396754
NVC File No.: DAL25101169

Dear Mr. Thomas:

In compliance with your request, enclosed is an appraisal report of the above-referenced property. The purpose of the appraisal is to provide our market value opinion under the following scenario.

| Valuation Scenario | | |
|---|---|---|
| Value Premise | Interest Appraised | Effective Date of Appraisal |
| "As Is" | Leased Fee | November 26, 2025 |

Briefly described, the subject is a 2-story, Class B, Garden/Low Rise, apartment community with 17 residential buildings and a clubhouse located in the Dallas/Fort Worth suburb of Forney. The improvements include 272 units with a total rentable area of 279,648 SF for an average unit size of 1,028 SF. There are 557 total parking spaces, for a parking ratio of 2.1 spaces per unit. The subject was built in 2019. The subject was approximately 93.0% occupied at the time of this appraisal, per the rent roll provided.

It is our opinion that this report complies fully with (a) the current Uniform Standards of Professional Appraisal Practice (USPAP) adopted by the Appraisal Standards Board of the Appraisal Foundation, (b) the client's appraisal reporting guidelines. A copy of the engagement letter can be found in the Addenda.

It must be noted that our opinion of value is subject to other standard and typical assumptions and limiting conditions which are referenced in the accompanying appraisal report. There is one ***extraordinary assumption*** and no ***hypothetical conditions***, which may have affected the appraisal assignment results.

**Extraordinary Assumption:**

1. **At the request of our client, no reinspection of the subject was made. We have assumed the subject is in good, marketable condition for a property of its age, design, quality and location. If at a later date this assumption proves to be materially incorrect, the opinions expressed herein could be affected. Pictures of the subject contained herein are taken from prior appraisal of the subject, for this same client.**

**Hypothetical Conditions:**

1. **None**

Based upon the data, analyses and reasoning contained in the attached report, and subject to the assumptions and limiting conditions set forth in this analysis, our market value opinions are set forth below:

| Summary of Value Conclusion | | | | | |
|---|---|---|---|---|---|
| Value Premise | Interest Appraised | Effective Date of Appraisal | **Reconciled Value** | $/SF | $/Unit |
| "As Is" | Leased Fee | November 26, 2025 | **$49,500,000** | $177.01 | $181,985 |

We appreciate the opportunity to serve you, and trust you will advise us if we can be of further assistance.

Respectfully submitted,

NATIONAL VALUATION CONSULTANTS, INC.

Charles G. Dannis, MAI, SRA
Senior Managing Director
Texas Certified General Appraiser
License No.: TX 1321531 G
Phone: 214-932-1818
Email: cdannis@nvcinc.com

# TABLE OF CONTENTS

**SUBJECT PHOTOGRAPHS** .......... **5**
Subject Photograph .......... 6
Property Aerial .......... 7
Executive Summary .......... 8
**PREMISES OF THE APPRAISAL** .......... **11**
Scope of Work .......... 12
Definitions of Terminology .......... 15
Identification and History of the Property .......... 18
Standard Assumptions and Limiting Conditions .......... 19
Extraordinary Assumptions and Hypothetical Conditions .......... 21
**PRESENTATION OF DATA** .......... **22**
U.S. Economic Indicators .......... 23
Area/Subject Map .......... 27
Dallas-Fort Worth-Arlington, TX MSA Economic and Demographic Profile .......... 28
Market Area Map .......... 36
Market Area Analysis .......... 37
State of Texas Tax and Assessment Analysis .......... 43
Site Analysis .......... 45
Description of the Improvements .......... 47
Subject Photographs .......... 50
**ANALYSIS OF DATA AND CONCLUSIONS** .......... **52**
Dallas-Fort Worth Metro Apartment Market Analysis .......... 53
Mesquite Apartment Submarket Cluster Analysis .......... 64
Highest and Best Use Analysis .......... 70
The Valuation Process .......... 72
Cost Approach .......... 73
Sales Comparison Approach .......... 75
Income Capitalization Approach .......... 82
Reconciliation and Final Value .......... 106
Reasonable Exposure Time and Marketing Period .......... 108
Certification .......... 110
**ADDENDA** .......... **112**

Appraiser Qualifications
Improved Sale Abstracts
AE Reports
Engagement Letter

# SUBJECT PHOTOGRAPHS

## Subject Photograph



Parc at Windmill Farms – January 23, 2023

## Property Aerial



# Executive Summary

**CLIENT**: Cort Thomas
Brown Fox Law
8111 Preston Road, Suite 300
Dallas, Texas 75225

**PROPERTY IDENTIFICATION:** Parc at Windmill Farms

**PHYSICAL ADDRESS:** 1003 Windmill Farms Boulevard, Forney, TX 75126

**PURPOSE OF APPRAISAL**: The purpose of this assignment is to provide the following market value opinion:

| Valuation Scenario | | |
|---|---|---|
| Value Premise | Interest Appraised | Effective Date of Appraisal |
| "As Is" | Leased Fee | November 26, 2025 |

**DATE OF PRIOR INSPECTION**: January 23, 2023

**DATE OF REPORT PREPARATION**: November 26, 2025

**EXTRAORDINARY ASSUMPTIONS:** See Letter of Transmittal and Report.

**ZONING:** B-1 (Neighborhood Commercial) by the City of Forney. Multifamily is a permitted land use under this zoning.

**SITE SIZE**: 18.45 acres (±803,726 SF) per county assessor

**IMPROVEMENTS DESCRIPTION:**

| | |
|---|---|
| Year of Construction: | 2019 |
| Number of Buildings: | 17 residential buildings and a clubhouse |
| Net Rentable Area: | 279,648 SF |
| Average Unit Size: | 1,028 SF |
| Current Occupancy: | 93.0% |
| Parking: | 557 total parking spaces, for a parking ratio of 2.1 spaces per unit. |

## UNIT MIX:

| Unit Mix By Size and Unit Type | | | | |
|---|---|---|---|---|
| Unit Type | Unit Size (SF) | No. of Units | % of Total | Rentable Area (SF) |
| 1 BR | 832 | 65 | 23.9% | 54,080 |
| 1 BR | 832 | 3 | 1.1% | 2,496 |
| 1 BR | 798 | 48 | 17.6% | 38,304 |
| 2 BR | 1,059 | 28 | 10.3% | 29,652 |
| 2 BR | 1,145 | 77 | 28.3% | 88,165 |
| 2 BR | 1,125 | 3 | 1.1% | 3,375 |
| 2 BR | 1,203 | 12 | 4.4% | 14,436 |
| 3 BR | 1,365 | 35 | 12.9% | 47,775 |
| 3 BR | 1,365 | 1 | 0.4% | 1,365 |
| Total | 1,028 | 272 | 100.0% | 279,648 |

| Unit Mix Summary | | | | |
|---|---|---|---|---|
| Unit Type | Unit Size (SF) | No. of Units | % of Total | Rentable Area (SF) |
| 1 BR | 818 | 116 | 42.6% | 94,880 |
| 2 BR | 1,130 | 120 | 44.1% | 135,628 |
| 3 BR | 1,365 | 36 | 13.2% | 49,140 |
| Total | 1,028 | 272 | 100.0% | 279,648 |

## PROPERTY STRENGTHS AND WEAKNESSES

| Strengths And Weaknesses |
|---|
| **Strengths** |
| • Location offers good access and visibility |
| • Rent prices in Forney are generally more affordable compared to larger, more developed cities in the DFW area, such as Dallas, Garland, or Mesquite. |
| • Dallas-Fort Worth continues to draw global attention, especially for corporations looking to relocate to Texas due to its business-friendly climate. |
| • Forney has seen increasing demand for housing due to population growth. |
| • Good condition. Recently completed in 2019. |
| • Stabilized occupancy and historic operation |
| **Weaknesses** |
| • Relatively low barriers to entry in the DFW market for new development |
| • Higher interest rates and overall economic concerns have put upward pressure on rates of return |
| • Rental rates in the Mesquite Apartment Submarket are down 1.3% year-to-date (YTD). Class B rents within the submarket have experienced a larger decline of -2.9% YTD, following a -1.7% drop in 2024. |
| • While the city is growing, some parts of Forney are still in the process of developing infrastructure, including roads and utilities |

## HIGHEST AND BEST USE:

As If Vacant: Multifamily development
As Improved: Continued operation as a an apartment

**MARKET VALUE OPINION SUMMARY:**

| Final Value Reconciliation | |
|---|---|
| Value Premise | "As Is" |
| Date of Valuation | November 26, 2025 |
| Interest Appraised | Leased Fee |
| No. of Units | 272 |
| Cost Approach | NA |
| Sales Comparison Approach | $49,700,000 |
| Direct Capitalization | $48,600,000 |
| Yield Capitalization | $49,500,000 |
| Income Capitalization Approach | $49,500,000 |
| **Market Value Opinion** | **$49,500,000** |
| Market Value Opinion $/Unit | $181,985 |

**KEY UNITS OF COMPARISON:**

| Key Units of Comparison | |
|---|---|
| Valuation Premise | "As Is" |
| Effective Date | November 26, 2025 |
| Indicated Value | $49,500,000 |
| Indicated Value - $/SF (279,648) | $177.01 |
| Indicated Value - $/Unit (272) | $181,985 |
| Vacancy | 6.00% |
| Credit Loss | 0.96% |
| Average Rent/ Unit / Month | $1,554 |
| Annual Expense / Unit (including reserves) | $8,482 |
| Operating Expenses Ratio | 47.49% |
| Direct Capitalization Rate (Going In Rate) | 5.25% |
| DCF Assumptions | |
| Market Rent Growth | 2%, 3% |
| Operating Expense Growth | 3.00% |
| Terminal Cap Rate | 5.50% |
| Discount Rate | 7.25% |
| Selling Expense | 2.00% |

**DCF ASSUMPTIONS:**

DCF assumptions used in our cash flow analysis are summarized as follows.

| Summary of DCF Assumptions | |
|---|---|
| Property ID<br>Scenario | Parc at Windmill Farms<br>"As Is" |
| Cash Flow Begin Date | Nov-25 |
| Holding Period | 10 |
| Curent Market Rent | $1,554 |
| Revenue Growth | 2%, 3% |
| Operating Expense Growth | 3.00% |
| Going In Capitalization Rate | 5.25% |
| Terminal Cap Rate | 5.50% |
| Discount Rate | 7.25% |
| Credit Loss Factor | 1.00% |
| Physical Vacancy Factor | 6.00% |
| Selling Expense | 2.00% |

# PREMISES OF THE APPRAISAL

# Scope of Work

## SCOPE OF WORK DEFINED

The Scope of Work requirement within the Uniform Standards of Professional Appraisal Practice (USPAP) of the Appraisal Standards Board states that the appraiser must provide the following information within each appraisal, appraisal review, or appraisal consulting assignment:

1. Identify the problem to be solved;
2. Determine and perform the scope of work necessary to develop credible assignment results; and
3. Disclose the scope of work in the report.

While the scope of work is addressed within many sections of this report, the following is a summary of the Scope of Work for this assignment.

## APPRAISAL ELEMENTS

There are six key assignment elements that need to be addressed when identifying the appraisal problem. These include:

1. Client and any other intended users;
2. Intended use of the appraiser's opinions and conclusions;
3. Type and definition of value;
4. Effective date of the appraiser's opinions and conclusions;
5. Subject of the assignment and its relevant characteristics (e.g. interest valued, physical and legal characteristics); and
6. Assignment conditions (e.g. hypothetical conditions, extraordinary assumptions, supplemental standards, and jurisdictional exceptions).

## CLIENT, INTENDED USERS, AND INTENDED USE

| | |
|---|---|
| Client: | Brown Fox Law |
| Intended Users: | Brown Fox Law (the "client") and its clients |
| Intended Use: | Litigation purposes |

This report has no other intended use, and National Valuation Consultants, Inc. is not responsible for the use of this report by any third parties.

**PURPOSE OF APPRAISAL**

The purpose of the appraisal is to provide our market value opinion of the valuation scenario summarized below.

| Valuation Scenario | | |
|---|---|---|
| Value Premise | Interest Appraised | Effective Date of Appraisal |
| "As Is" | Leased Fee | November 26, 2025 |

**PROPERTY RIGHTS APPRAISED**

The property rights appraised are those of a leased fee interest in the subject real property. No opinion of value is provided for mineral rights, water rights or other non-realty items which may or may not be associated with the property.

**ANALYSIS PERFORMED IN THE ASSIGNMENT**

The engagement letter, included at the end of the addenda of this report, requests that the appraisers perform a comprehensive appraisal that includes a detailed explanation of all material factors that relate to the valuation of the subject property. This type of analysis was formerly referred to as a "self-contained" report format by many clients.

The work performed within this appraisal assignment includes a number of independent investigations and analyses. The methods and sources utilized are listed as follows:

- **Approaches to Value**: The three traditional valuation approaches – cost, income, and sales comparison – were considered in the appraisal along with the subdivision development approach. Value indications were derived from those considered applicable, which is discussed later in this report.

- **Market Area Analysis**: The appraiser previously inspected the subject's market area, evaluated demographic and economic statistics, reviewed city zoning maps, aerial photographs and other market data in analyzing the characteristics of the subject area.

- **Site Description and Analysis**: This description is based on a previous on-site inspection and review of documents provided by the property contacts for our prior appraisal report. Specific documents used in the description are cited in the Site Analysis section of this report.

- **Improvement Description and Analysis**: This description is also based on a previous on-site inspection and review of building information provided by the property contacts. Specific documents used in the description are cited in the Description of the Improvements section of this report.

- **Market Analysis**: Macro and micro market analysis sections and industry overview sections were prepared by many individuals through a cooperative effort between the appraisers and professional research staff of National Valuation Consultants, Inc. (NVC). We have cited our sources within these sections which typically include related trade industry associations, state and local government sources, and interviews with market participants.

- **Market Data**: All market data were derived from multiple conversations with many individuals through a cooperative effort between the appraisers and professional research staff of National Valuation Consultants, Inc. (NVC).

- **Comparable Sales**: The appraisers assembled data on comparable improved property sales and land sales from abstracts provided by Costar; public deed records; multiple listing service data; newspaper articles and news releases; file sources; and conversations with numerous real estate buyers, sellers, and/or agents active in the marketplace.

- **Property Inspection:** The subject was inspected on January 23, 2023 by Mr. Charles Dannis, MAI, SRA for a previous assignment. A re-inspection of the subject property was not required under the scope of work for this assignment. Through conversations with property contacts, we have attempted to identify any material defects/deferred maintenance that may affect subject's value and/or marketability. We assume the data to be correct (see Extraordinary Assumption #1).

## ASSIGNMENT CONDITIONS

In two separate sections of this appraisal report, we have included the Standard Assumptions and Limiting Conditions as well as the one Extraordinary Assumption used in the preparation of the appraisal assignment.

## CONTACTS

In addition to public records and other sources cited in this appraisal, we have relied on the following parties for information pertaining to the subject:

| Property Contacts | | |
|---|---|---|
| Contact Name | Company | Email |
| Doug Graham | Sunridge | dgraham@sunridgemanagement.com |

# Definitions of Terminology

**APPRAISAL** — (noun) the act or process of developing an opinion of value. (adjective) of or pertaining to appraising and related functions such as appraisal practice or appraisal services. Comment: An appraisal must be numerically expressed as a specific amount, as a range of numbers, or as a relationship to a previous value opinion or numerical benchmark.[1]

**ASSIGNMENT** —a valuation service that is provided by an appraiser as a consequence of an agreement with a client.[2]

**MARKET VALUE** — The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated.
2. Both parties are well informed or well advised, and acting in what they consider their own best interests.
3. A reasonable time is allowed for exposure in the open market.
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto.
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.[3]

**AS IS MARKET VALUE** — The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal date. (Interagency Appraisal and Evaluation Guidelines, OCC) [4]

**FEE SIMPLE ESTATE** — Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.[5]

**LEASED FEE INTEREST** — The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversionary right when the lease expires. .[6]

**PROJECTION** — In market analysis, a prediction of the future that is an extension of current and historical trends.[7]

**EFFECTIVE DATE** —The date to which an appraiser's analyses, opinions, and conclusions apply; also referred to as date of value.[8]

---

[1] USPAP 2024 Edition, Page 3.
[2] USPAP 2024 Edition, Page 4.
[3] Source: Code of Federal Regulations; Title 12--Banks And Banking; Chapter I--Comptroller Of The Currency, Department Of The Treasury; Part 34--Real Estate Lending And Appraisals--Subpart C—Appraisals Sec. 34.42 Definitions; Revised January 1, 2000.
[4] Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th edition.
[5] Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th edition.
[6] Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th edition.
[7] Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th edition.
[8] USPAP 2024 Edition, Page 4.

**PROSPECTIVE OPINION OF VALUE** — A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as being effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not yet achieved sellout or a stabilized level of long-term occupancy.[9]

**EXTRAORDINARY ASSUMPTION** — An assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. Uncertain information might include physical, legal, or economic characteristics of the subject property, or conditions external to the property, such as market conditions or trends, or about the integrity of data used in an analysis. [10]

**HYPOTHETICAL CONDITION** —A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results but is used for the purpose of analysis. Comment: Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.[11]

**EXPOSURE TIME** — Estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.[12]

**MARKETING TIME** — Opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal. [13]

**INTENDED USE -** the use(s) of an appraiser's reported appraisal or appraisal review assignment results, as identified by the appraiser based on communication with the client at the time of the assignment. [14]

**INTENDED USER** - the client and any other party as identified, by name or type, as users of the appraisal or appraisal review report by the appraiser, based on communication with the client at the time of the assignment. [15]

**PERSONAL PROPERTY** — any tangible or intangible article that is subject to ownership and not classified as real property, including identifiable tangible objects that are considered by the general public as being "personal," such as furnishings, artwork, antiques, gems and jewelry, collectibles, machinery and equipment; and intangible property that is created and stored electronically such as plans for installation art, choreography, emails, or designs for digital tokens.[16]

---

[9] Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th edition.
[10] Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th edition.
[11] USPAP 2024 Edition, Page 4.
[12] USPAP 2024 Edition, Page 4.
[13] USPAP 2024 Edition, Advisory Opinion 7, Page 16.
[14] USPAP 2024 Edition, Page 5.
[15] USPAP 2024 Edition, Page 5.
[16] USPAP 2024 Edition, Page 5.

**PERSONAL INSPECTION**: (for an appraisal assignment) the appraiser's in-person observation of the subject property performed as part of the scope of work; (for an appraisal review assignment) the reviewer's in-person observation of the subject of the work under review, performed as part of the scope of work. Comment: An appraiser's personal inspection is typically limited to those things readily observable without the use of special testing or equipment. Appraisals of some types of property, such as gems and jewelry, may require the use of specialized equipment. A personal inspection is not the equivalent of an inspection by an inspection professional (e.g., a structural engineer, home inspector, or art conservator). [17]

[17] USPAP 2024 Edition, Page 5.

## Identification and History of the Property

| | |
|---|---|
| **PROPERTY NAME:** | Parc at Windmill Farms |
| **LOCATION:** | Located at the northwest corner of US Highway 80 and Windmill Farms Boulevard. |
| **ADDRESS:** | 1003 Windmill Farms Boulevard, Forney, TX 75126 |
| **COUNTY:** | Kaufman |
| **PROPERTY I.D. NUMBER:** | 8214 |
| **OWNER OF RECORD:** | D4FR LLC |
| **LEGAL DESCRIPTION:** | PARC AT WINDMILL FARMS ADD, BLOCK A, LOT 1 |
| **LATITUDE / LONGITUDE:** | 32.74109 / -96.396754 |

**HISTORY OF THE PROPERTY:**

D4FR LLC is the current owner of record. According to documents provided, receivership entity D4FR, LLC is the record owner and HUD borrower on a certain apartment complex located at 1003 Windmill Farms Blvd., Forney, TX 75126 ("Windmill Farms").

The Receiver entered into a Purchase and Sale Agreement with Palmetto/i3 whereby the Receiver agreed, subject to Court approval, to sell the Property to Palmetto/i3, which will assume the existing HUD loan, for a total of $51,000,000.

As of the date of this Report, the contract for the sale of Windmill Farms remains pending, but the Sale Motion has been denied without prejudice. If SPC is ultimately determined not to be the rightful owner of the property, if the D4 Entities ultimately remain Receivership Entities, and if the Court approves the sale, after discounting the HUD loan balance ($33,891,215.41), the SPC loan balance including interest ($9,510,318), and the fee to buyer's broker ($510,000), the sale will result in a net benefit of approximately $7.1 million to the Receivership Estate prior to other closing costs.

Other than the current LOI in place, we are aware of no other sales in the last 3 years.

## Standard Assumptions and Limiting Conditions

1. Disclosure of the contents of the appraisal report is governed by the bylaws and regulations of the professional appraisal organizations with which the appraiser is affiliated: specifically, the Appraisal Institute.

2. This Report should be relied upon only by the Intended User(s) and only for the Intended Use(s) identified at the time of the assignment. Furthermore, the Report is to be used in whole and not in part. The Report shall not be duplicated or provided to any third party in whole or in part without the written consent of NVC. Exempt from this restriction is duplication for the internal use of the Intended User and its attorneys, accountants, or advisors for the sole benefit of the Intended User. Also exempt from this restriction is transmission of the Report pursuant to any requirement of any court, governmental authority, or regulatory agency having jurisdiction over the intended user, provided that the Report and its contents shall not be published, in whole or in part, in any public document without the written consent of NVC. Written consent and approval from NVC must be obtained before this appraisal report can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media. Any third party, not covered by the exemptions herein, who may possess this report, is advised that they should rely on their own independently secured advice for any decision in connection with this property. NVC shall have no accountability or responsibility to any such third party.

3. The appraiser will not be required to give testimony or appear in court because of having made this appraisal, with reference to the property in question, unless previous arrangements have been made.

4. The distribution of the total valuation in this report between land and improvements applies only under the stated highest and best use of the property. The separate allocation of value for land and improvements must not be used in conjunction with any other appraisal and is invalid if so used.

5. The legal description used in this report is assumed to be correct.

6. No survey of the property has been made by the appraiser and no responsibility is assumed in connection with such matters. Maps and sketches are included only to assist the reader in visualizing the property.

7. No responsibility is assumed for matters of a legal nature affecting title to the property, nor is an opinion of title rendered. The title is assumed to be good and merchantable unless otherwise stated.

8. It is assumed that there are no hidden or unapparent conditions of the property, subsoil, (including termite infestations) or structures which would render it more or less valuable. No responsibility is assumed for such conditions or for engineering which may be required to discover such.

9. All mechanical components are assumed to be in operable condition as would be considered standard for properties similar to the subject in type and age. The heating, cooling, ventilation, plumbing and electrical equipment are considered to be in similar condition to the observable elements of the improvements unless otherwise stated. The insulation and energy efficiency of the improvements are assumed to be adequate and standard for the subject type and age unless otherwise noted.

10. Information furnished by others is assumed to be true, correct and reliable. A reasonable effort has been made to verify such information; however, no responsibility for its accuracy is assumed by the appraiser.

11. The opinion of value assumes responsible ownership and competent management.

12. Unless otherwise stated in this report, the existence of hazardous substances, including without limitation asbestos, polychlorinated biphenyls, petroleum leakage, or agricultural chemicals, which may or may not be present on the property, or other environmental conditions, were not called to the attention of nor did the appraiser become aware of such during the appraiser's inspection. The appraiser has no knowledge of the existence of such materials on or in the property unless otherwise stated. The appraiser, however, is not qualified to test such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation, or other hazardous substances or environmental conditions, may affect the value of the property, the opinion of value is predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility is assumed for any such conditions, nor for any expertise or engineering knowledge required to discover them.

13. The values contained in this report are opinions. There is no guarantee, written or implied, that the subject property will sell or lease for the indicated amounts.

14. The appraisers of National Valuation Consultants, Inc. reserve the right to amend and/or alter statements, analyses, conclusions and opinions of value if information pertinent to this assignment is made known to us after the completion of the report.

15. National Valuation Consultants, Inc., as well as any employee, agent or officer thereof, shall be completely indemnified against any and all losses, claims, damages, liabilities, costs or expenses to which the recipient and/or third party user may become subject, but only if neither National Valuation Consultants, Inc. nor any other indemnified person shall have been grossly negligent or shall have taken or omitted to take any action in bad faith in connection with the preparation of this report.

16. The Americans with Disabilities Act ("ADA") became effective January 26, 1992. We have not made a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more of the requirements of the Act. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we did not consider possible noncompliance with the requirements of ADA in estimating the value of the property.

17. Unless otherwise noted, all prospective values, if any, in this appraisal, are based on the market conditions which exist at the date of inspection combined with an informed forecast, based on current trends in supply and demand for the property type under appraisal, as to what such conditions will be at the future date of property completion and or stabilization. The appraiser cannot be held responsible for unforeseeable events, such as unexpected new construction, unanticipated changes in economic conditions, or any other such events which might occur and which would alter market conditions prior to the effective date of the appraisal.

## Extraordinary Assumptions and Hypothetical Conditions

Our market value opinion is subject to certain standard assumptions and limiting conditions which are referenced in the accompanying appraisal report. There is one ***extraordinary assumption*** and no ***hypothetical conditions***, which may have affected the appraisal assignment results.

**EXTRAORDINARY ASSUMPTION:**

1. **At the request of our client, no reinspection of the subject was made. We have assumed the subject is in good, marketable condition for a property of its age, design, quality and location. If at a later date this assumption proves to be materially incorrect, the opinions expressed herein could be affected. Pictures of the subject contained herein are taken from prior appraisal of the subject, for this same client.**

**HYPOTHETICAL CONDITIONS**

None

# PRESENTATION OF DATA

# U.S. Economic Indicators

***Real Gross Domestic Product***

Real gross domestic product (GDP) increased at an annual rate of 3.8% in the second quarter of 2025 (April, May, and June), according to the third estimate released by the U.S. Bureau of Economic Analysis. In the first quarter, real GDP decreased 0.6% (revised). The increase in real GDP in the second quarter primarily reflected a decrease in imports, which are a subtraction in the calculation of GDP, and an increase in consumer spending. These movements were partly offset by decreases in investment and exports.




***Inflation***

The all items index rose 3.0% for the 12 months ending September, after rising 2.9% over the 12 months ending August. The all items less food and energy index also rose 3.0% over the last 12 months. The energy index increased 2.8% for the 12 months ending September. The food index increased 3.1% over the last year.



***Market Indicators***

Key interest rates by sector are detailed below.

| Market Indicators | | | | | | | |
|---|---|---|---|---|---|---|---|
| Category | As of | Latest | 1 Month Ago | 1 Month % Chg. | 1 Year Ago | 1 Year % Chg. | Freq. |
| Key Interest Rates | | | | | | | |
| 1 Month Treasury | 10/28/2025 | 4.07% | 4.22% | ▼ (3.6%) | 4.88% | ▼ (16.6%) | Daily |
| 2 Year Treasury | 10/28/2025 | 3.47% | 3.63% | ▼ (4.4%) | 4.11% | ▼ (15.6%) | Daily |
| 10 Year Treasury | 10/28/2025 | 3.99% | 4.15% | ▼ (3.9%) | 4.28% | ▼ (6.8%) | Daily |
| 30 Year Treasury | 10/28/2025 | 4.55% | 4.71% | ▼ (3.4%) | 4.53% | ▲ 0.4% | Daily |
| 30 Year Mortgage | 10/30/2025 | 6.17% | 6.30% | ▲ (2.1%) | 6.72% | ▼ (8.2%) | Weekly |
| US Corporate AAA | 10/30/2025 | 4.55% | 4.64% | ▼ (1.9%) | 4.69% | ▼ (3.0%) | Daily |
| US Corporate BBB | 10/30/2025 | 4.94% | 5.01% | ▼ (1.4%) | 5.34% | ▼ (7.5%) | Daily |
| US High Yield Index | 10/29/2025 | 2.76% | 2.80% | ▼ (1.4%) | 2.80% | ▼ (1.4%) | Daily |
| Effective Federal Funds | 10/29/2025 | 4.12% | 4.09% | ▲ 0.7% | 4.83% | ▼ (14.7%) | Daily |
| SOFR | 10/30/2025 | 4.27% | 4.24% | ▲ 0.7% | 4.81% | ▼ (11.2%) | Daily |

Source: FRED - St. Louis FED. 2025.

***Consumer Sentiment Index***

Consumer sentiment was little changed this month, slipping a scant 1.5 index points from September. A modest increase in sentiment among younger consumers was offset by decreases among middle-age and older consumers. Current personal finances inched up, while expected personal finances receded. Overall, consumers perceive few material changes in economic circumstances from last month; inflation and high prices remain at the forefront of consumers' minds. There was little evidence this month that consumers connect the federal government shutdown to the economy. Only about 2% spontaneously referenced the shutdown during this month's interviews, compared with the 10% of consumers who did so in January 2019 during that 35-day shutdown.



***Investment***

As of early 4th quarter 2025, the S&P 500 is trading at record highs, after strong earnings reports from tech companies and another Federal Reserve rate cut that has boosted investor sentiment. The index's momentum is being driven by resilient corporate profits—especially in AI-related sectors—alongside falling interest rates, easing inflation, and optimism over a potential resolution to the U.S. government shutdown.




***NCREIF Property Index***

All property sectors produced positive total returns this quarter. Seniors housing was in the lead for the third straight quarter with a return of 2.88% followed by hotel at 2.12% and self-storage at 1.68%. Office returns improved slightly to 0.90% from 0.78% last quarter. Retail returns dropped from 1.94% to 1.31% this quarter. Residential returns increased to 1.44% in the third quarter from 1.37% in the second quarter.



***Capital Markets***

According to CoStar Analytics, having decreased in 2020 by 28.8%, total commercial real estate sales volume reached a new record high of $601B in 2021. However, sales volume fell 13.1% in 2022 and closed 2023 down 51.3%, with $254B. In 2024, total commercial real estate sales volume sat at $302B, up 18.8%. 12 month sales volume YTD 2025 stands at $327B, up 22.2%.




**CONCLUSION**

The U.S. Federal Reserve, facing increasing risks to employment amid persistent inflation concerns, cut its benchmark interest rate by a quarter percentage point at its October 2025 meeting, setting the target range at 3.75% to 4.00%—the lowest level since 2022. Fed officials cited rising downside risks to jobs and a slowdown in hiring for the latest move, though future cuts remain uncertain and another reduction in December is anticipated but not guaranteed. The central bank also announced plans to end its securities balance sheet reduction program on December 1, 2025. Most economists and investors now expect the federal funds rate to finish the year between 3.50% and 3.75%.

As of October 2025, the United States maintains average effective tariff rates near 18%, marking their highest levels since the 1930s, with headline reciprocal tariffs ranging from 10% to 50% on key products like steel, copper, and aluminum. Notably, tariffs on Chinese imports are poised to rise to 30% in November, while some products from India, Canada, Brazil, and others face increased rates as well. The elimination of the $800 de minimis exemption means all imports, regardless of value, are now subject to these tariffs, increasing costs for consumers and contributing to global trade tensions. Legal challenges to the tariff regime have reached the Supreme Court, which is scheduled to hear oral arguments on November 5, 2025—a decision that could reshape the president's authority to impose tariffs under current national emergency laws and significantly impact future U.S. trade policy.

Within the commercial real estate sector, industrial and apartment remain the most desirable categories and are considered the safest product types in today's shifting economy. At the same time, the fundamentals of retail have improved, though suburban locations continue to outperform central cities. The office market is the weakest sector as it will require some time for supply and demand to adjust to the new structural market realities from the pandemic; however, return-to-office mandates could possibly affect the sector positively. The hospitality industry is seeing the return of business and large conference travel, but the biggest issue the sector is suffering from currently is a talent shortage and the need to pay higher wages. Finally, the residential markets are generally healthy and could continue to perform well throughout the remainder of 2025 if interest rates continue to trend downward, though affordability remains the top concern in most markets.

## Area/Subject Map



# Dallas-Fort Worth-Arlington, TX MSA Economic and Demographic Profile

***MSA Defined***

According to the U.S. Office of Management and Budget, the Dallas-Fort Worth-Arlington, TX Metropolitan Statistical Area (#19100) is defined as follows.

*Principal Cities:* Dallas, Fort Worth, Arlington, Plano, Irving, Denton, Richardson, Grapevine.

*Constituent Counties:* Collin County, Dallas County, Denton County, Ellis County, Hunt County, Kaufman County, Rockwall County, Johnson County, Parker County, Tarrant County, Wise County.

***Locational and Linkages Attributes***

The cities of Dallas and Fort Worth are the two central cities of the metroplex. Dallas and its suburbs have one of the highest concentrations of corporate headquarters in the United States and is the largest growing metropolitan economy in the nation. Its major industries include Information Technology and Conducting Business. Fort Worth's economy is fueled by defense and aircraft manufacturing, as well as the Texas farming and ranching industry.

The Dallas-Fort Worth Metroplex is home to over 220 publicly traded companies and roughly 700 total corporate headquarters, one of the largest concentrations in the United States. As a whole, the region has over 20 Fortune 500 companies and approximately 40 Fortune 1,000 companies. Among these companies in Dallas are AT&T, Southwest Airlines, Texas Instruments, and Exxon Mobil; Fort Worth is home to American Airlines and several major defense manufacturers including Lockheed Martin and Bell Helicopter Textron.

The Dallas-Fort Worth region’s attractive quality of life, low cost of living, skilled labor force, pro-business mindset and absence of corporate and personal income taxes all contribute to a strong regional and state economy. The region’s central location allows it to function as a logistics and distribution hub, giving businesses an edge by putting key markets within easy reach of both truck and rail shipping.

***Ground Transportation***

*Highways*

The Dallas-Fort Worth area has multiple different freeways and interstates. Major north-south Interstates include I-35 and I-45/I-75. I-35 splits into I-35E and I-35W from Denton to Hillsboro. I-35W goes through Fort Worth while I-35E goes through Dallas. I-45 connects Dallas to Houston. I-75 connects Dallas to Durant Oklahoma. East-west routes include I-30 and I-20. The North Central Texas Council of Governments is a cooperative effort of all the counties impacted by the continued population growth and resulting traffic congestion, with the charter to help plan and coordinate future transportation needs of the region. Two major turnpikes have been opened in the last 10 years to address this growth: the Sam Rayburn Tollway, which links north Tarrant County to Collin County and the President George Bush Turnpike, which links I-20 and I-30, south of *DFW International Airport*, to the Dallas North Tollway and I-75.

*Public Transportation*

Public transit options continue to expand significantly, though in several outlying suburbs, it remains limited. Dallas County and parts of Collin and Rockwall Counties have bus service and light rail operated by *Dallas Area Rapid Transit*, (DART), covering thirteen cities. The Red Line extends north to Plano and southwest to Westmoreland Road. The Blue Line reaches from Rowlett in the northeast to Ledbetter Road in south Dallas. An additional three miles south to the University of North Texas near I-20 recently opened. DART's 28-mile Green Line connects Carrollton in the northwest through Downtown Dallas to Pleasant Grove in the southeast. The Orange Line is being extended in phases from Northwest Hwy to Las Colinas, in Irving, and finally to *DFW International Airport*.

*Rail*

Tarrant County has bus service operated by the Fort Worth Transportation Authority (known as 'The T'), available only in Fort Worth. The commuter train that serves Fort Worth and its eastern suburbs is operated as the *Trinity Railway Express*. It connects downtown Fort Worth to downtown Dallas, where it links to the DART light rail system. A station near its midpoint, Centerport, serves *DFW Airport* via a free airport shuttle bus.

***Air Transportation***

*Dallas-Fort Worth International Airport*

Commercial air transportation is handled through the *Dallas-Fort Worth International Airport* (DFW). DFW, located midway between Dallas and Fort Worth, is the world's largest in terms of land area, covers in excess of 18,000 acres. According to the airport's website, DFW Airport provides non-stop access to 193 U.S. and 67 international cities. DFW handled 87.8 million passengers in 2024, making it the busiest year on record for the airport. The airport also provides employment for close to 228,000 individuals. A map of non-stop flights from DFW is presented below.

*Dallas Love Field*

*Dallas Love Field* (DAL) is a city-owned public airport located just six miles northwest of downtown Dallas. Love Field is a major operating base and corporate headquarters for Southwest Airlines, which holds a significant market share at the airport. It has experienced a strong rebound in recent years, serving a record-breaking 17.9 million passengers in 2024. The airport has also received recognition for its customer service and innovation, including an Airport Service Quality (ASQ) Award for "Best Airport of 15 to 25 million Passengers in North America" in 2024.

*McKinney National Airport*

Construction is underway on a new passenger terminal to support commercial flights out of *McKinney National Airport* and is expected to be completed in fall 2026. Construction is currently underway and commercial flights are expected to begin later that year. The development will turn McKinney National Airport, which goes by code "TKI," into the third commercial airport in the Dallas-Fort Worth region. The entire expansion has a price tag of $79 million. The commercial terminal will initially open with four gates, with the potential to expand to six in the future. Airport officials predict serving 200,000 passengers in the first year of operation, with an average of three daily departures. By 2031, the airport could serve 1.0 million passengers a year.

***Demographic Overview***

The following table provides a summary of key demographic characteristics within the Dallas-Fort Worth MSA, the State of Texas, and the nation.

**Regional Demographic Summary**

| | Dallas-Fort Worth MSA | State of Texas | United States |
|---|---|---|---|
| **Population** | | | |
| 2020 Census | 7,637,387 | 29,145,505 | 331,449,281 |
| 2025 Estimate | 8,365,633 | 31,245,372 | 337,643,652 |
| 2030 Projection | 8,960,094 | 33,006,956 | 345,735,705 |
| 2020 - 2025 % Annual Change | 1.8% | 1.4% | 0.4% |
| 2025 - 2030 % Annual Change | 1.4% | 1.1% | 0.5% |
| **Households** | | | |
| 2020 Census | 2,760,991 | 10,491,147 | 126,817,580 |
| 2025 Estimate | 3,021,989 | 11,293,766 | 129,687,464 |
| 2030 Projection | 3,242,514 | 11,968,642 | 133,186,678 |
| 2020 - 2025 % Annual Change | 1.8% | 1.5% | 0.4% |
| 2025 - 2030 % Annual Change | 1.4% | 1.2% | 0.5% |
| 2025 Average Household Size | 2.7 | 2.7 | 2.5 |
| **Income** | | | |
| 2025 Estimated Median Household | $88,783 | $76,585 | $78,426 |
| 2025 Estimated Avg. Household | $125,042 | $110,163 | $113,181 |
| % Under $50,000 | 27.4% | 32.9% | 32.5% |
| % $50,000 - $100,000 | 28.4% | 28.9% | 28.2% |
| % Over $100,000 | 44.2% | 38.2% | 39.3% |

Annual Growth Projections (2025 - 2030)




Household Income Comparison




Environics Analytics, 2025

***Population Trends***

The Dallas-Fort Worth MSA has experienced annual population growth of 1.8% since 2020, which has exceeded population growth in the State of Texas as a whole. Over the next five years, the Dallas-Fort Worth MSA is expected to see annual growth taper off to 1.4%, which is above the projected rate of the State of Texas.

***Income Demographics***

When compared to the State of Texas overall, a relatively large share of households in the Dallas-Fort Worth MSA earn more than $100,000 annually (44.2%). Within the State of Texas, only 38.2% fall within this income bracket.

### *Area Housing Stock*

The majority of housing in the Dallas-Fort Worth MSA is concentrated in single-family homes which comprise 65.9% of inventory. Overall, a higher percentage of households in the Dallas-Fort Worth MSA rent housing compared to the State of Texas; home-ownership levels are estimated at 58.9% and 61.7% in the Dallas-Fort Worth MSA and State of Texas, respectively. At $395,785, the estimated value of owner-occupied homes in the Dallas-Fort Worth MSA is above the State of Texas median of $309,197.

**2025 Housing Stock, Home Ownership, & Values**

| | Dallas-Fort Worth MSA | | State of Texas | |
|---|---|---|---|---|
| Housing Structure | Totals | % of Total | Totals | % of Total |
| 1 Unit Detached/Attached | 2,120,977 | 65.9% | 8,398,369 | 67.5% |
| 2-3-4 Units | 144,596 | 4.5% | 626,825 | 5.0% |
| 5-19 Units | 400,786 | 12.4% | 1,258,394 | 10.1% |
| 20 or more Units | 438,619 | 13.6% | 1,273,789 | 10.2% |
| Mobile Home, Trailer, Other | 115,306 | 3.6% | 877,402 | 7.1% |
| TOTAL | 3,220,284 | 100.0% | 12,434,779 | 100.0% |
| Home Ownership Levels | % Owner | 58.9% | % Owner | 61.7% |
| | % Renter | 41.1% | % Renter | 38.3% |
| Median Year Structure Built | | 1994 | | 1992 |
| Median Value of Owner-Occupied Homes | | $395,785 | | $309,197 |

Environics Analytics, 2025

### *Employment by Industry Sector*

Top employment sectors in the Dallas-Fort Worth MSA include Management (12.3%), Office/Admin Support (11.1%), and Sales/Related (10.1%). Together, these three sectors constitute 33.6% of total employment. When compared with the State of Texas, the Dallas-Fort Worth MSA has a higher share of residents in the Computer/Mathematical occupation (5.2%).



***Resident Employment Trends***

The Dallas-Fort Worth MSA is currently exhibiting an unemployment rate of 4.4% as of August 2025. In 2024, the total number of employed residents in the Dallas-Fort Worth MSA grew by 98,698. Over the 12-month trailing period through August 2025, resident employment growth slowed as the number of employed residents increased by 33,832.

The total number of employed residents in the Dallas-Fort Worth MSA is now 1.1% above the recent peak reached in 2024. When compared to the State of Texas, the Dallas-Fort Worth MSA's unemployment rate is lower, but unemployment in the Dallas-Fort Worth MSA is 0.1 percentage points lower than the nation.

**Resident Employment Trends**

| Year | Dallas-Fort Worth MSA Employment | Dallas-Fort Worth MSA Unemployment Rate | State of Texas Unemployment Rate | United States Unemployment Rate |
|---|---|---|---|---|
| 2014 | 3,315,628 | 5.1% | 5.2% | 6.2% |
| 2015 | 3,393,980 | 4.1% | 4.5% | 5.3% |
| 2016 | 3,502,057 | 3.9% | 4.6% | 4.9% |
| 2017 | 3,601,806 | 3.7% | 4.4% | 4.4% |
| 2018 | 3,685,328 | 3.6% | 3.9% | 3.9% |
| 2019 | 3,772,794 | 3.3% | 3.5% | 3.7% |
| 2020 | 3,653,454 | 7.1% | 7.7% | 8.1% |
| 2021 | 3,871,749 | 5.1% | 5.6% | 5.3% |
| 2022 | 4,086,295 | 3.6% | 3.9% | 3.6% |
| 2023 | 4,215,102 | 3.8% | 4.0% | 3.6% |
| 2024 | 4,313,800 | 3.9% | 4.1% | 4.0% |
| Most Current Data | | | | |
| Aug 2024 | 4,326,553 | 4.2% | 4.4% | 4.4% |
| Aug 2025* | 4,360,385 | 4.4% | 4.7% | 4.5% |




Source: U.S. Bureau of Labor Statistics, 11/2025. The preceding data reflects all BLS revisions to date.
* - Preliminary data

***Consumer Price Index (CPI) Trends***

The Consumer Price Index (CPI) is a measure of the average change over time in the prices paid by urban consumers for consumer goods and services and serves as an economic indicator. The CPI is the most widely used measure of inflation and provides information about price changes in the Nation's economy to government, business, and private citizens.

Price indexes are available for the U.S., the four Census regions, size of city, cross-classifications of regions and size-classes, and for 26 local areas. Indexes are available for major groups of consumer expenditures (food and beverages, housing, apparel, transportation, medical care, recreation, education and communications, and other goods and services), for items within each group, and for special categories, such as energy.

The CPI for Dallas-Fort Worth CSA recorded an increase of 3.2% annually for "All Items" during the period 2015-2024, which was higher than the U.S. (Class A) CPI increase of 2.9%. From September 2024 through September 2025, the CPI for the Dallas-Fort Worth CSA increased by 1.9%, which was below the U.S. (Class A) CPI increase of 2.8% over the same time period.

**Comparative CPI Trends**
**Dallas-Ft. Worth CSA and U.S. (Class A)**

| | All Items | |
|---|---|---|
| Year | DFW TX CSA | U.S. (Class A) |
| 2015 | 217.5 | 217.1 |
| 2016 | 220.7 | 220.3 |
| 2017 | 226.1 | 225.4 |
| 2018 | 232.8 | 231.3 |
| 2019 | 237.7 | 235.9 |
| 2020 | 239.1 | 239.0 |
| 2021 | 251.6 | 249.1 |
| 2022 | 273.9 | 268.6 |
| 2023 | 288.0 | 280.0 |
| 2024 | 299.3 | 289.0 |
| Annual Change | 3.2% | 2.9% |
| 2023-2024 | 3.9% | 3.2% |
| Partial Year Comparison | | |
| Sep-24 | 298.7 | 290.8 |
| Sep-25 | 304.2 | 298.9 |
| Annual Change | 1.9% | 2.8% |

Source: U.S. Bureau of Labor Statistics. 4Q 2025.
Not Seasonally Adjusted Data
DFW CSA Period: December 2001=100
U.S. (Class A) Base Period: December 1986=100

The BLS divides the nation into several Combined Statistical Areas (CSAs). CSAs are larger than Metropolitan Statistical areas (MSAs) because they are intended to give a regional picture. For markets that do not fall within these CSAs, the BLS has defined these as being Class A, Class B/C, or Class D, depending on population. Size Class A is defined as having a population of more than 1.5 million. Size Class B/C is defined has having a population between 50,000 and 1.5 million. Size Class D is defined as having a population of less than 50,000.

***Market News***

*Goldman Sachs*

New York-based financial firm Goldman Sachs announced a truly transformative project. The $480 million, 950,000 SF regional campus will be adjacent to the Perot Museum of Nature and Science. When completed, it will house nearly 5,000 employees a redefine the Dallas skyline. The campus will anchor an 11-acre mixed-use development being built by Dallas based Hunt Realty Investments on what are now low-rise apartments. The city of Dallas approved an economic incentive package valued at about $18 million. As part of the deal, the company signed a lease with a minimum term of 15 years for the new project. Construction began in February 2023, with an anticipated delivery of 2026.

*Dallas Convention Center Redevelopment*

One of the nation's largest convention centers in the *Kay Bailey Hutchison Convention Center (KBHCC)* began a $3.7 billion overhaul with the hopes that Downtown Dallas will remain competitive in capturing more of the national convention business. Upon completion, the convention center will roughly double from its initial size. Construction is expected to be complete between 2028 and 2029.

*Google Midlothian Campus*

Google's Midlothian campus in the Dallas metro is a significant hub for the company's data center operations. Established in 2019 within the Railport Business Park, the facility initially spanned 260,000 square feet on a 375-acre site. In 2024, Google announced a $1 billion investment to expand its data centers in Midlothian and nearby Red Oak, aiming to enhance services like Google Cloud, AI, Search, Maps, and Workspace. This expansion includes the construction of a fourth data center building at the Midlothian campus, a $100 million project adding 170,600 square feet of space, with completion expected by December 2025.

*High-Speed Dallas-to-Houston Train*

A project to construct a high-speed train in-between Dallas and Houston is in the works as a $16 billion contract was enacted in June 2021. Texas Central and Milan-based Webuild will work together to construct the rail line, which will allow passengers to travel between Dallas and Houston in 90 minutes. This will be the single biggest infrastructure investment of its kind in the United States by value and will be the first true high-speed rail service in the county. The project received a nearly $64 million federal grant in 2024 to fund the planning process. As multiple setbacks have hampered the development schedule, the project has an expected completion date for the early 2030s.

*Trina Solar/FREYR*

Trina Solar recently completed a more than 1.0 million-square-foot facility in the southern Dallas suburb of Wilmer to manufacture photovoltaic modules, specifically large power output Vertex modules. PV modules can come into play across a variety of products, and will be used, for instance, to create a net-zero development for Wells Fargo's forthcoming regional campus in Irving. In late 2024, FREYR Battery entered into an agreement with Trina Solar, gaining the company's U.S. manufacturing assets. As part of the terms of the agreement, FREYR will acquire Trina Solar's 5 GW solar module manufacturing facility in Wilmer. The facility is expected to ramp up to full production in the second half of 2025 with 30% of estimated production volumes backed by firm offtake contracts with U.S. customers.

## CONCLUSION

The Dallas-Fort Worth MSA encompasses 11 counties within the State of Texas. Residents of the area refer to it as the Dallas/Fort Worth Metroplex, DFW, or The Metroplex. It is the economic and cultural hub of the region commonly called North Texas or North Central Texas and is the largest land-locked metropolitan area in the United States. The Dallas-Fort Worth Metro is a leader in economic and demographic growth in the country. According to Environics Analytics, the metro added nearly 730,000 new residents from 2020 to 2025, highlighting rapid population expansion taking place in the region. The Dallas metro has become a magnet for companies seeking modern infrastructure, as well as connectivity to key national and international markets.

Due to the region's low cost of doing business and highly skilled labor force, companies have relocated or expanded operations across various sectors. The financial services sector has made an outsized impact, with Goldman Sachs and Wells Fargo announcing the construction of regional campuses employing a combined 9,000 employees. Following the 2019 acquisition of TD Ameritrade, Charles Schwab announced in 2021 that they would be moving their headquarters from San Francisco to their newly created 1.1 million SF campus in Westlake, located north of Fort Worth.

These corporate relocations have been essential to the underlying success of North Texas. In 2017, Toyota moved into its 2.0 million SF North American headquarters at the Legacy West development in Plano. The company relocated its sales, engineering, and financial services operations from California, bringing about 4,000 jobs. Caterpillar relocated its headquarters to Irving from Peoria, Illinois; the heavy equipment manufacturer first moved its electric power division to the area. Engineering giant AECOM announced the relocation of its global headquarters from Los Angeles to Dallas. McKesson Corp, the nation's largest pharmaceutical distributor, relocated its headquarters to Irving. USAA added a 150,000-SF office building adjacent to its existing Plano location to bring the total headcount to 2,000 in north Texas, up by 800 employees.

Existing employers like AT&T, 7-Eleven, JPMorgan Chase, USAA, and Fannie Mae are regional stalwarts in terms of major employers. Relative low cost and ease of doing business, its central location within the U.S. with access to major airports, continued population growth and economic competitiveness are all ingredients that will continue to fuel demand for commercial and residential real estate in North Texas. Even so, some headwinds have emerged, including eroding housing affordability and strained infrastructure due to suburban sprawl.

Looking ahead, the Dallas-Fort Worth Metroplex is poised to maintain its momentum as a national leader in economic development and innovation. The combination of a business-friendly environment, robust infrastructure, and a deep talent pool positions the metro as an attractive destination for both established corporations and emerging startups. This sustained growth is expected to drive further investments in transportation, housing, and commercial real estate, supporting the needs of a rapidly expanding population and workforce. As the metro continues to evolve, it solidifies its standing not only as a key economic engine for Texas but also as a dynamic and influential player in the global market. As a result, the current outlook for the Dallas-Fort Worth MSA is one of optimism.

## Market Area Map



# Market Area Analysis

***Description of Market Area***

The subject is located at 1003 Windmill Farms Blvd, just outside the city limits of Forney, Kaufman County, Texas. Although the subject is outside of Forney city limits, it is heavily influenced by the City of Forney due to its proximity. For the purposes of this analysis, the market area has been defined as the Kaufman County line to the North, State Highway 205 to the east, W Interstate 20 to the south, and FM 1641 and US Highway 80 to the west. A map of the market area with the subject's location is provided on the preceding page.

The City of Forney, known for its small-town charm, is surrounded by suburban development with a peaceful living environment while still being close to the urban amenities of the City of Dallas. The city's economy is driven a growing number of housing developments catering to families and commuters. The city offers a range of parks, schools, and local services, contributing to its appeal as a family-friendly community.

The subject is located in a family-friendly suburban residential area with easy access to larger city amenities. Though the area feels tranquil and residential, it's well connected to the broader Forney area and the larger Dallas-Fort Worth MSA via nearby highways. As the area continues to grow, new developments and services are emerging, contributing to the appeal for both residential and commercial interests. The subject property is not located within an Opportunity Zone.

***Linkages and Locational Attributes***

US Highway 80 runs east to west, connecting the City of Forney to the larger Dallas-Fort Worth area. FM 740 runs north to south, linking Forney to Kaufman and other rural areas. FM 548 runs generally north to south, connecting Forney to Terrell and parts of Kaufman County. Windmill Farms Blvd. runs east to west, providing access within the local neighborhood.

***Air Transportation***

The nearest airport is *Forney Municipal Airport* (F48), located just southeast of the city. It is a small general aviation airport catering to private planes and recreational flying. For commercial flights*, Dallas Love Field* (DAL) is the closest major airport located about 30 miles west of the city. For international and a wider range of commercial flights, *Dallas/Fort Worth International Airport* (DFW) is about 40 miles to the west, providing a full range of services and numerous airlines.

***Public Transit***

The Forney Express is a limited-service offering provided by the *Dallas Area Rapid Transit* (DART) system, which connects Forney to the broader DART network. However, the City of Forney does not have a traditional public transit system like buses or subways, and residents often rely on personal vehicles for transportation.

### *Demographic Overview*

The following table provides a summary of key demographic statistics for the subject's previously defined market area, as well as comparable data for its one- and five-mile radial areas, the City of Forney and Kaufman County.

**Market Area Demographic Summary**

| | 1 Mile Radius | Market Area | 5 Mile Radius | City of Forney | Kaufman County |
|---|---|---|---|---|---|
| Population | | | | | |
| 2020 Census | 2,964 | 34,302 | 52,539 | 23,455 | 145,310 |
| 2025 Estimate | 4,084 | 52,578 | 79,355 | 34,204 | 201,907 |
| 2030 Projection | 4,802 | 60,471 | 91,270 | 39,472 | 231,654 |
| 2020 - 2025 % Annual Change | 6.6% | 8.9% | 8.6% | 7.8% | 6.8% |
| 2025 - 2030 % Annual Change | 3.3% | 2.8% | 2.8% | 2.9% | 2.8% |
| Households | | | | | |
| 2020 Census | 812 | 10,881 | 16,585 | 7,580 | 47,673 |
| 2025 Estimate | 1,146 | 16,492 | 24,756 | 10,895 | 65,724 |
| 2030 Projection | 1,367 | 18,928 | 28,409 | 12,557 | 75,382 |
| 2020 - 2025 % Annual Change | 7.1% | 8.7% | 8.3% | 7.5% | 6.6% |
| 2025 - 2030 % Annual Change | 3.6% | 2.8% | 2.8% | 2.9% | 2.8% |
| 2025 Average Household Size | 3.6 | 3.2 | 3.2 | 3.1 | 3.1 |
| Income | | | | | |
| 2025 Estimated Median Household | $129,543 | $108,216 | $114,995 | $115,788 | $96,837 |
| 2025 Estimated Avg. Household | $143,964 | $127,044 | $135,382 | $132,324 | $117,021 |
| % Under $50,000 | 3.9% | 15.2% | 14.8% | 15.5% | 23.1% |
| % $50,000 - $100,000 | 29.2% | 30.0% | 27.5% | 27.3% | 28.6% |
| % Over $100,000 | 66.9% | 54.8% | 57.7% | 57.2% | 48.2% |

Annual Growth Projections (2025 - 2030)




Household Income Comparison




Environics Analytics, 2025

### *Population Trends*

The market area has posted annual population growth of 8.9% since 2020, which has surpassed population growth in Kaufman County as a whole. Over the next five years, the market area is expected to see annual growth slow down to 2.8%, which is on par with the projected rate for Kaufman County.

### *Income Demographics*

When compared to Kaufman County overall, a relatively large portion of households in the market area earn more than $100,000 annually (54.8%). Within Kaufman County, only 48.2% fall within this income bracket.

***Area Housing Stock***

The bulk of housing in the market area is concentrated in single-family homes which constitute 79.4% of inventory. Overall, a higher portion of households in the market area rent housing compared to Kaufman County; home-ownership levels are estimated at 71.0% and 77.1% in the market area and Kaufman County, respectively. At $389,698, the estimated value of owner-occupied homes in the market area is higher than the Kaufman County median of $354,376.

**2025 Housing Stock, Home Ownership, & Values**

| | Market Area | | Kaufman County | |
|---|---|---|---|---|
| Housing Structure | Totals | % of Total | Totals | % of Total |
| 1 Unit Detached/Attached | 13,765 | 79.4% | 54,437 | 78.4% |
| 2-3-4 Units | 448 | 2.6% | 2,221 | 3.2% |
| 5-19 Units | 734 | 4.2% | 1,866 | 2.7% |
| 20 or more Units | 1,841 | 10.6% | 2,546 | 3.7% |
| Mobile Home, Trailer, Other | 550 | 3.2% | 8,391 | 12.1% |
| TOTAL | 17,338 | 100.0% | 69,461 | 100.0% |
| Home Ownership Levels | % Owner | 71.0% | % Owner | 77.1% |
| | % Renter | 29.0% | % Renter | 22.9% |
| Median Year Structure Built | | 2016 | | 2008 |
| Median Value of Owner-Occupied Homes | | $389,698 | | $354,376 |

Environics Analytics, 2025

***Resident Employment by Occupation***

Top employment sectors in the market area include Office/Admin Support (14.6%), Management (13.0%), and Transportation/Moving (9.5%). Together, these three sectors represent 37.1% of total employment. When compared with Kaufman County, the market area has a higher share of residents in the Management occupation (13.0%).



***Principal Employers***

A list of the principal employers in the City of Kaufman are presented in the table below.

| Principal Employers - City of Forney | |
|---|---|
| Employer | Number of Employees |
| Forney ISD | 2,745 |
| Amazon | 1,200 |
| Smurfit Kappa | 270 |
| City of Forney | 261 |
| Intex Electric | 260 |
| Kroger Marketplace | 222 |
| Steve Silver Company | 209 |
| Ridgecrest Healthcare & Rehabilitation | 170 |
| Lowe's Home Improvement | 160 |
| Goodyear Tire & Rubber | 160 |

Source: City of Forney ACFR, 2025.

***Market Drivers***

*Population Growth* – The City of Forney has seen steady population growth in recent years as more people move to the area seeking affordable housing and a suburban lifestyle. This growth is primarily driven by families and individuals looking to escape the higher costs of living in Dallas while remaining within commuting distance of the city. As Forney continues to attract new residents, the demand for housing, schools, and local services has risen, further supporting economic expansion in the area. Forney Independent School District, for instance, is the city's largest employer with 2,745 employees.

*Affordable Housing:* Compared to the surrounding Dallas-Fort Worth MSA, the City of Forney offers relatively affordable housing options, including single-family homes and new developments. This affordability makes Forney an attractive option for first-time homebuyers. Developers are responding to this demand with new residential projects, contributing to the city's expansion while helping keep housing costs lower than in more densely populated areas of Dallas.

*Retail Expansion:* The City of Forney's growing population has led to an increase in demand for retail services. A s more residents move to the area, new retail centers and businesses are opening to meet local needs. The city has seen the development of both small businesses and larger retail chains, providing a range of shopping options. This retail expansion not only meets the needs of residents but also attracts shoppers from surrounding areas, contributing to the local economy and supporting job creation in the retail sector.

*Proximity to Dallas:* The City of Forney's proximity to major highways, such as US Highway 80 and FM 740, offers easy access to the broader Dallas-Fort Worth MSA. Forney residents can quickly reach downtown Dallas for work or leisure, making it an appealing location for commuters. As the Dallas area continues to grow, Forney benefits from the spillover effects of both employment and economic activity, making it an increasingly important part of the regional economy.

***Resident Employment Trends***

The City of Forney is currently exhibiting an unemployment rate of 4.1% as of August 2025. In 2024, the total number of employed residents in the City of Forney increased by 421. Over the 12-month trailing period through August 2025, resident employment growth slowed as the number of employed residents grew by only 104.

The total number of employed residents in the City of Forney is now 0.9% above the recent peak reached in 2024. When compared to Kaufman County, the City of Forney's unemployment rate is lower, and unemployment in the City of Forney is 0.4 percentage points lower than the nation.

**Resident Employment Trends**

| | City of Forney | | Kaufman County | | Dallas-Fort Worth MSA |
|---|---|---|---|---|---|
| Year | Employment | Unemployment Rate | Employment | Unemployment Rate | Unemployment Rate |
| 2014 | 8,645 | 3.7% | 50,621 | 5.2% | 5.1% |
| 2015 | 9,147 | 3.0% | 52,581 | 4.1% | 4.1% |
| 2016 | 6,756 | 4.2% | 56,344 | 3.8% | 3.9% |
| 2017 | 7,526 | 4.0% | 59,187 | 3.5% | 3.7% |
| 2018 | 9,341 | 4.0% | 62,374 | 3.4% | 3.6% |
| 2019 | 11,293 | 3.5% | 66,752 | 3.2% | 3.3% |
| 2020 | 11,698 | 8.2% | 66,899 | 6.3% | 7.1% |
| 2021 | 13,998 | 5.8% | 75,339 | 4.7% | 5.1% |
| 2022 | 17,022 | 4.2% | 84,874 | 3.6% | 3.6% |
| 2023 | 18,996 | 3.5% | 92,302 | 3.8% | 3.8% |
| 2024 | 19,417 | 3.6% | 94,351 | 4.0% | 3.9% |
| Most Current Data | | | | | |
| Aug 2024 | 19,484 | 4.0% | 94,674 | 4.3% | 4.2% |
| Aug 2025* | 19,588 | 4.1% | 95,180 | 4.7% | 4.4% |




Source: U.S. Bureau of Labor Statistics, 11/2025. The preceding data reflects all BLS revisions to date.
* - Preliminary data

## CONCLUSION

The City of Forney, known for its small-town charm, offers a peaceful, suburban lifestyle with easy access to urban amenities. The city's economy is supported by a growing housing sector that caters to both families and commuters. Local parks, schools, and essential services make Forney a desirable location for families, while its proximity to Dallas allows access to employment opportunities. Additionally, the city boasts low unemployment, which is 0.4 percentage points lower than the national average.

The subject property is situated in a tranquil, family-friendly residential area, offering easy connections to larger city amenities through nearby highways. As the City of Forney continues to grow, new developments are emerging, adding both residential and commercial spaces to meet the increasing demand. The market area has experienced impressive population growth, with the annual rate since 2020 reaching nearly 9%, although this is expected to slow to around 2.8% in the next five years. This population growth supports demand for housing, local services, and educational facilities, with Forney ISD being the city's largest employer.

Drivers for the local market include affordable housing, retail expansion, and proximity to Dallas. The City of Forney offers relatively affordable housing compared to other areas within the Dallas-Fort Worth MSA, making it an attractive option for first-time homebuyers and those looking for more space. The city's retail sector has also expanded to meet the needs of its growing population, with both small businesses and larger retail chains contributing to the local economy. Additionally, Forney’s proximity to major highways allows easy access to Dallas, benefiting residents and employers as the region continues to grow. The area's low unemployment rate further supports its economic vitality, making it an attractive destination for both new residents and businesses.

## State of Texas Tax and Assessment Analysis

***Property Tax Administration***

According to the State of Texas, administration of the property tax system in Texas involves both state and local entities and officials. State law governs how the process works.

1. The ***Comptroller of Public Accounts of the State of Texas*** adopts rules establishing minimum standards for the administration and operation of an appraisal district. The minimum standards may vary according to the number of parcels and the kinds of property the district is responsible for appraising.
2. The ***Board of Tax Professional Examiners*** is responsible for certifying tax professionals in Texas and in setting standards for and approving curricula and materials for use in training and educating appraisers and assessor-collectors.
3. An ***appraisal district*** is established in each county. The district is responsible for appraising property in the district for ad valorem tax purposes of each taxing unit that imposes ad valorem taxes on property in the district. An appraisal district is a political subdivision of the state. With exceptions, the appraisal district's boundaries are the same as the county's boundaries. The appraisal district is governed by a ***board of directors***. A ***chief appraiser*** is the chief administrator.
4. ***An appraisal review board*** settles any disagreements between the property owner and the appraisal district about the value of a property. The appraisal review board is established for each appraisal district.

***Local taxing units***, which include the county, city, school district, and special districts, decide how much money they will spend. This determines the total amount of taxes that property owners will pay. The county assessor-collector shall assess and collect taxes on property in the county. The county attorney or, if there is no county attorney, the district attorney shall represent the county to enforce the collection of delinquent taxes if the commissioners court does not contract with a private attorney.

***Assessment***

The assessment of property for taxation on the basis of a percentage of its appraised value is prohibited. All property shall be assessed on the basis of 100% of its appraised value. The market value of property shall be determined by the application of generally accepted appraisal methods and techniques. If the appraisal district determines the appraised value of a property using mass appraisal standards, the mass appraisal standards must comply with the Uniform Standards of Professional Appraisal Practice. The same or similar appraisal methods and techniques shall be used in appraising the same or similar kinds of property. However, each property shall be appraised based upon the individual characteristics that affect the property's market value. In determining the market value of property, the chief appraiser shall consider the cost, income, and market data comparison methods of appraisal and use the most appropriate method.

***Reassessment Cycle***

The appraisal district must repeat the appraisal process for property in the county at least once every three years.

***Tax Rates***

Local taxing units, which include the county, city, school district, and special districts, decide how much money they will spend. This determines the total amount of taxes that property owners will pay. The governing body of each taxing unit, before the later of September 30 or the 60th day after the date the certified appraisal roll is received by the taxing unit, shall adopt a tax rate for the current tax year and shall notify the assessor for the unit of the rate adopted.

State "truth-in-taxation" laws give taxpayers a voice in decisions that affect their property tax rates. Beginning in early August, taxing units take the first step toward adopting a tax rate by calculating and publishing the effective and rollback tax rates.

> The *effective tax* rate would provide the taxing unit with approximately the same amount of revenue it had the year before on properties taxed in both years.
>
> The *rollback* rate provides the taxing unit approximately the same amount of tax revenue it spent the previous year for day-to-day operations plus an extra 8-percent cushion, and sufficient funds to pay its debts in the coming year. For school districts, the cushion is six cents per $100 of property value, not 8%.

***Assessment and Real Estate Taxes***

The subject property is located within Kaufman County. The 2025 mill levy for the subject's tax district is 2.5703.

***Current Year Assessments and Taxes***

| 2025 Assessment and Taxes | | | | | | |
|---|---|---|---|---|---|---|
| Parc at Windmill Farms Tax ID | Land Value | Improvements Value | Assessed Value | Tax Rate Per $100 | Subtotal | Taxes |
| 8214 | $3,214,902 | $36,785,098 | $40,000,000 | 2.570258 | $1,028,103 | $1,028,103 |
| $/Unit - (272 units) | | | $147,059 | | | $3,780 |
| $/SF - (279,648 SF) | | | $143.04 | | | $3.68 |

***Projection of Future Taxes***

The current assessment of $40,000,000 is approximately 81% of NVC's market value estimate of $49,500,000. Discussions with local brokers indicate that buyers typically underwrite assessed values at 80% to 100% of market value, with the understanding that assessed values generally lag market trends. The current assessment falls within this range. Given prevailing market underwriting practices, we have based projected taxes on the current assessed value. In the following table we have estimated stabilized taxes for the subject property. A potential investor would likely use similar assumptions.

| NVC Property Tax Projection | | | | | | |
|---|---|---|---|---|---|---|
| No. of Units | Tax Value $/Unit | Assessed Value | Tax Rate Per $100 | Subtotal | Tax Projection (Rounded) | Tax Expense $/Unit |
| 272 | $147,059 | $40,000,000 | 2.570258 | $1,028,103 | $1,030,000 | $3,787 |

## Site Analysis

In analyzing and describing the subject site, we have relied on our personal inspection of the property and surrounding area; information provided by ownership; and records on file with the county.

**SIZE:** 18.45 acres (±803,726SF) per county assessor.

**ADDRESS:** 1003 Windmill Farms Boulevard, Forney, TX 75126

**LOCATION:** Located at the northwest corner of US Highway 80 and Windmill Farms Boulevard.

**SHAPE:** Irregular shape with no unusual features limiting utility.

**TOPOGRAPHY:** Generally level and near grade with surrounding streets and properties.

**FRONTAGE:** The site has frontage along US Highway 80 and Windmill Farms Boulevard.

**VISIBILITY:** The site is visible from all surrounding roadways.

**ACCESS:** The site is accessible via Windmill Farms Boulevard from US Highway 80.

**VIEWS:** Average - Neighborhood

**SOIL CONDITIONS:** The appraisers were not provided a soils report. This appraisal specifically assumes that there are no adverse soil conditions that would prevent development on this site. If more information is required, the client is advised to seek the counsel of a qualified professional.

**EASEMENT / ENCUMBRANCES:** A title policy and ALTA Survey were not provided. As is the case with most major commercial sites, easements and encumbrances are common place and predominately utility-related. This appraisal is based on the standard assumption that no title exceptions, recorded or unrecorded, are present that would have a negative impact on the subject site.

**HAZARDOUS SUBSTANCES:** The appraisers were not provided with a Phase I Environmental Site Assessment. This appraisal specifically assumes that the property is not affected by environmental conditions that would significantly impact the usability, or marketability of the site.

**FLOODPLAIN:** According to CoreLogic, the subject property is located within FEMA Flood Insurance Rate Map Community Panel Number 48257C0175E, dated, January 12, 2023. The subject is situated in Zone X. First American Flood Data Services defines Zone X as an area that is determined to be outside the 100- and 500-year floodplains.




**DRAINAGE:** Based on our inspection of the site, drainage appears adequate.

**ZONING:** The property is zoned B-1 (Neighborhood Commercial) under the authority of City of Forney. Multifamily is a permitted land use under this zoning.

**REAL ESTATE TAXES:** Please refer to the Tax and Assessment Analysis section of this report for detailed tax information.

**UTILITIES:** All public utilities are available and in adequate supply.

**SURROUNDING LAND USES:** Current surrounding land uses are as follows:

North: Single family
East: Vacant land
South: Industrial and vacant land (across U.S. 80)
West: Vacant land, single family and HEB

**CONCLUSION:**

The site is well suited for multi-family development having good access and visibility.

# Description of the Improvements

In describing and analyzing the improvements, we have relied on the following sources of information:

1. Personal inspection, and
2. Various exhibits and written information provided to us by the owner and/or public source.

Briefly described, the subject is a Class B (per Costar), Garden/Low Rise, apartment community with 17 residential buildings and a clubhouse. The improvements include 272 units with a total rentable area of 279,648 SF for an average unit size of 1,028 SF. There are 557 total parking spaces, for a parking ratio of 2.1 spaces per unit. The subject was built in 2019.

**IMPROVEMENT SUMMARY**

| | |
|---|---|
| Year of Construction: | 2019 |
| Total Units: | 272 |
| Density: | 14.74 units/acre |
| No. of Buildings: | 17 residential buildings and a clubhouse |
| Net Rentable Area: | 279,648 SF per rent roll |
| Average Unit Size: | 1,028 SF |

**PARKING**

| | |
|---|---|
| No. of Spaces: | 557 surface spaces |
| Spaces per unit: | 2.05 |

**BUILDING STRUCTURE**

| | |
|---|---|
| No. of Floors: | 2 |
| Design: | Garden style |
| Foundation: | Likely a shallow foundation system such as slab, spread footings or pad foundation |
| Construction type: | Wood frame |
| Exterior Finish: | Mix of masonry veneer and fiber cement siding |
| Roofing: | Pitched roof with composite shingles |
| General Comments: | Architectural plans were not available. Our assumptions regarding the structural elements summarized above are based on common building practices observed in improvements of similar design and function. |

**UNIT MIX:**

| Unit Mix By Size and Unit Type | | | | |
|---|---|---|---|---|
| Unit Type | Unit Size (SF) | No. of Units | % of Total | Rentable Area (SF) |
| 1 BR | 832 | 65 | 23.9% | 54,080 |
| 1 BR | 832 | 3 | 1.1% | 2,496 |
| 1 BR | 798 | 48 | 17.6% | 38,304 |
| 2 BR | 1,059 | 28 | 10.3% | 29,652 |
| 2 BR | 1,145 | 77 | 28.3% | 88,165 |
| 2 BR | 1,125 | 3 | 1.1% | 3,375 |
| 2 BR | 1,203 | 12 | 4.4% | 14,436 |
| 3 BR | 1,365 | 35 | 12.9% | 47,775 |
| 3 BR | 1,365 | 1 | 0.4% | 1,365 |
| Total | 1,028 | 272 | 100.0% | 279,648 |

| Unit Mix Summary | | | | |
|---|---|---|---|---|
| Unit Type | Unit Size (SF) | No. of Units | % of Total | Rentable Area (SF) |
| 1 BR | 818 | 116 | 42.6% | 94,880 |
| 2 BR | 1,130 | 120 | 44.1% | 135,628 |
| 3 BR | 1,365 | 36 | 13.2% | 49,140 |
| Total | 1,028 | 272 | 100.0% | 279,648 |

**PROJECT AMENITIES:** Swimming Pool with Splash Pad; 24 Hour Fitness Center; Fenced Dog Park & Pet Stations; Conversation Courtyard; Cyber Lounge; High Speed Internet & Cable Ready; Community Playground; Pet Stations; Limited Access Gate.

**UNIT AMENITIES:** Fully Equipped Kitchen; Granite Counter Tops; Black Appliances; Refrigerator with Ice Maker; Microwave; Dishwasher; Wood Vinyl Flooring; Full Size Washer & Dryer; Carpeted Bedrooms; Two Tone Paint; 2" Faux Wood Blinds; Lighted Ceiling Fans; Balcony or Patio; Large Closets.

**LIFE SAFTEY / SPRINKLERS:** Sprinklers and smoke detectors in units, fire extinguishers located in hallways

**SITE IMPROVEMENTS:** Paved parking lot and driveways with concrete curbs and sidewalks, project signage and landscaping.

**ADA COMPLIANCE:** An ADA compliance audit is beyond the scope of this report. For purposes of this appraisal, it is assumed that the subject is in compliance with the Americans With Disabilities Act (ADA).

**OVERALL CONDITION:** Overall, the property is assumed to be in good condition (built in 2019).

**PERSONAL PROPERTY:**

We were not provided with a breakdown of the costs of personal property for the development. Personal property will likely consist of the following:

- Units - new appliances and window treatments
- Furnishings for the club room, common areas, management office, fitness center and pool area

**AGE AND ECONOMIC LIFE**

| | |
|---|---|
| Actual Age: | 7 years (Built in 2019) |
| Effective Age: | 5 years (Appraiser Estimate) |
| Life Expectancy: | 55 years (per MVS) |
| Remaining Economic Life: | 50 years |

**CONCLUSION:**

The subject is a 272-unit, Class B (per Costar) apartment complex. The subject's unit finish is similar to other apartments of this vintage in the submarket.

## Subject Photographs




**Project Signage**



**Exterior**



**Exterior**



**Exterior**



**Leasing Center**



**Fitness Center**



**Pool Area**



**Pool Area**



**Kitchen**



**Living Room**



**Bedroom**



**Washer/Dryer**

# ANALYSIS OF DATA AND CONCLUSIONS

## Dallas-Fort Worth Metro Apartment Market Analysis

A proper analysis and understanding of the market factors which influence the apartment market is necessary as a precursor to the appraisal process. We have relied upon CoStar Analytics apartment market survey data and trends for rent, vacancy, and inventory levels in the Dallas-Fort Worth Metro market. To ensure an accurate representation of total inventory, ***data is specific to "market & market/affordable rate" units,*** in order to account for the portion of inventory where rents may be discounted or below market per mandated local ordinances. Based upon data sources available, the following is an analysis of the factors which impact demand for apartment units.

### *Dallas-Fort Worth Metro Apartment Market Overview*

Balance is returning to the Dallas-Fort Worth Metro multifamily market as the pipeline declines to a decade-low while demand remains firm moving towards the end of 2025. Even so, new properties face longer lease-up timelines and have exacerbated the issue of excess supply, keeping vacancy elevated and rent growth suppressed. This has contributed to softer property performances overall. However, a notable shift is underway, with a significant slowdown in new construction starts. This decline in development is a response to elevated capital costs and the current market conditions, suggesting a more restrained approach from developers moving forward. This expected easing of supply pressure is anticipated to bring the market closer to equilibrium.

The remaining pipeline of under-construction units is largely concentrated in rapidly expanding suburban areas, particularly those benefiting from ongoing population growth and proximity to key employment hubs. Furthermore, developers have also expanded their reach into burgeoning exurban counties, driven by post-2020 population shifts towards more affordable suburban lifestyles and increasing industrial activity. As the market progresses, a clearer path towards rebalancing is anticipated, with expectations for vacancy rates to stabilize and rent growth to maintain positive momentum in the coming into next year.

In the near term, local brokers are predicting vacancies to peak this year as supply and demand shift closer to equilibrium. Even so, scores of units have yet to stabilize, dampening rent growth. With a sharp decline in construction and demand holding firm, vacancies may retighten, with rent growth gaining traction by the second half of 2026.

### *Year-Over-Year Trend Summary*

**Dallas-Fort Worth Metro Apartment Market Year-Over-Year Trend Summary**

| | 2025 Q3 | 2024 Q3 | YoY Change | Trend |
|---|---|---|---|---|
| Overall Vacancy | 11.8% | 11.1% | 70 bps | ↑ |
| Market Rate Per Unit | $1,539 | $1,564 | (1.6%) | ↓ |
| Absorbed Units | 8,028 | 7,985 | 43 | → |
| New Unit Deliveries | 8,359 | 9,375 | (1,016) | ↓ |

Source: CoStar Properties Analytical Search, 11/10/2025.

### *Dallas-Fort Worth Metro Apartment Market Snapshot*

The following table provides an overview of apartment market statistics by property subtype for the Dallas-Fort Worth Metro market. As shown, vacancy is currently higher in the Class B segment at 13.2%. By number of units, the Dallas-Fort Worth Metro apartment market exhibits the following composition: Class A-28.3%, Class B-50.0%, and Class C-21.7%.

**Dallas-Fort Worth Metro Apartment Market Snapshot**

| | Existing Inventory | | | Vacancy Rate | | | |
|---|---|---|---|---|---|---|---|
| Class | Total Inventory | Total Units | % of Units | Total Units | Vacancy | Absorbed Units | Market Rate Per Unit |
| Class A | 878 | 268,426 | 28.3% | 27,379 | 10.2% | 10,278 | $1,805 |
| Class B | 2,378 | 473,480 | 50.0% | 62,499 | 13.2% | 17,474 | $1,499 |
| Class C | 2,882 | 205,568 | 21.7% | 21,585 | 10.5% | (2,490) | $1,221 |
| Total | 6,138 | 947,474 | 100.0% | 111,463 | 11.8% | 25,264 | $1,529 |

Source: CoStar Properties Analytical Search, 11/10/2025. RBA = Rentable Building Area

### *Product Class Definitions*

Each class of apartment building is defined below, using parameters established by BOMA International. Please note that these are primarily market classifications, not construction classifications:

***Class A**: Generally, garden product built within the last 10 years. Properties with a physical age greater than 10 years but have been substantially renovated. Commands rents within the range of Class "A" rents in the submarket. Well merchandised with landscaping, attractive rental office and/or club building. High-end exterior and interior amenities as dictated by other Class "A" products in the market.

***Class B***: Generally, product built within the last 20 years. Exterior and interior amenity package is dated and less than what is offered by properties in the high end of the market. Good quality construction with little deferred maintenance. Commands rents within the range of Class "B" rents in the submarket.

***Class C***: Generally, product built within the last 30 years. Limited, dated exterior and interior amenity package. Improvements show some age and deferred maintenance. Commands rents below Class "B" rents in submarket. Majority of appliances are "original".

***Dallas-Fort Worth Metro Apartment Market Map***

The following map shows apartment properties within the Dallas-Fort Worth Metro market. The blue markers are properties that are currently available: these properties are for sale, for lease, or both. The gray markers are properties that are not currently available. Please note that some markers overlap.



### *Dallas-Fort Worth Metro Apartment Market – Total Trends*

The Dallas-Fort Worth Metro apartment market is experiencing strong demand heading towards the end of 2025, though new deliveries still outpace demand. This has led to a slight moderation in vacancy rate expansion, even as it remains elevated compared to historical averages. Demand is particularly robust in growing suburban submarket clusters, driven by population influxes and corporate expansions, especially for higher-end properties. However, demand is also improving in the mid-priced segment, though stabilized occupancies for these properties remain softer, with managers prioritizing occupancy over rent increases. Looking forward, the market is expected to remain tenant-favorable due to continued supply and extended lease-up periods, impacting operational efficiency for property managers. Despite near-term challenges from high supply, long-term tailwinds like strong population growth, corporate relocations, and a stable job market are set to sustain future housing demand, further bolstered by rising barriers to homeownership keeping more households in the rental market.

**Dallas-Fort Worth Metro Apartment Market Trends**

| | Inventory | | Supply & Demand | | | Rents | |
|---|---|---|---|---|---|---|---|
| Period | Total Inventory | Total Units | New Unit Deliveries | Absorbed Units | Vacancy | Market Rate Per Unit | % Change |
| 2015 | 4,814 | 656,048 | 17,524 | 19,049 | 6.8% | $1,172 | N/A |
| 2016 | 4,906 | 678,747 | 23,643 | 16,110 | 7.5% | $1,209 | 3.2% |
| 2017 | 5,010 | 707,038 | 29,460 | 15,501 | 9.0% | $1,236 | 2.2% |
| 2018 | 5,129 | 732,038 | 25,484 | 22,931 | 9.0% | $1,269 | 2.7% |
| 2019 | 5,245 | 758,883 | 26,940 | 25,816 | 8.8% | $1,318 | 3.9% |
| 2020 | 5,378 | 785,224 | 26,386 | 22,791 | 9.0% | $1,339 | 1.6% |
| 2021 | 5,505 | 814,268 | 29,258 | 48,513 | 6.3% | $1,513 | 13.0% |
| 2022 | 5,627 | 841,046 | 27,004 | 5,384 | 8.6% | $1,579 | 4.4% |
| 2023 | 5,784 | 873,887 | 33,452 | 13,996 | 10.5% | $1,571 | (0.5%) |
| 2024 | 5,995 | 916,126 | 42,361 | 28,194 | 11.5% | $1,548 | (1.5%) |
| CAGR/Averages | | 3.8% | 28,151 | 21,829 | 8.7% | $1,375 | 3.1% |
| Current Year Data | | | | | | | |
| 2025 Q1 | 6,037 | 923,257 | 7,131 | 6,326 | 11.5% | $1,562 | 0.9% |
| 2025 Q2 | 6,088 | 935,908 | 12,672 | 7,948 | 11.9% | $1,561 | (0.1%) |
| 2025 Q3 | 6,123 | 944,253 | 8,359 | 8,028 | 11.8% | $1,539 | (1.4%) |
| QTD | 6,138 | 947,474 | 3,126 | 2,962 | 11.8% | $1,529 | (0.6%) |
| YTD | 6,138 | 947,474 | 31,288 | 25,264 | 11.8% | $1,529 | (1.2%) |
| Forecasted Supply and Demand Trends | | | | | | | |
| 2025 Estimate | | 984,977 | 37,503 | 26,560 | 11.6% | | |
| 2026 | | 1,002,477 | 17,500 | 10,482 | 10.4% | | |
| 2027 | | 1,007,575 | 5,098 | 8,456 | 9.9% | | |
| 2028 | | 1,021,063 | 12,418 | 14,845 | 9.6% | | |
| 2029 | | 1,037,097 | 15,490 | 16,129 | 9.3% | | |

Historical Supply and Demand Trends




Source: CoStar Properties Analytical Search, 11/10/2025. Annual numbers represent year-end statistics.

### *Dallas-Fort Worth Metro Apartment Market – Class A Trends*

Demand has followed new supply led by suburban submarket clusters in Collin and Denton counties, which continue to see enduring population growth near prime office nodes. For example, Frisco/Prosper and Allen/McKinney accounted for roughly 25% of demand last year. Major employers within these submarket clusters include Toyota, JP Morgan, Keurig Dr. Pepper, and more recently, TIAA, which is relocating employees to the area from Denver. Residents are lured to the suburbs to be near major employers, high-quality school districts, and shopping and dining destinations in mixed-use developments. As most deliveries are at the top end of the market, supply-side pressure has pushed vacancy rates in the Class A segment recently.

**Dallas-Fort Worth Metro Apartment Market Trends - Class A**

| Period | Inventory | | Supply & Demand | | | Rents | |
|---|---|---|---|---|---|---|---|
| | Total Inventory | Total Units | New Unit Deliveries | Absorbed Units | Vacancy | Market Rate Per Unit | % Change |
| 2015 | 353 | 115,448 | 12,025 | 11,307 | 11.3% | $1,475 | N/A |
| 2016 | 409 | 130,921 | 15,473 | 11,669 | 12.9% | $1,502 | 1.8% |
| 2017 | 471 | 150,608 | 19,835 | 13,159 | 15.5% | $1,517 | 1.0% |
| 2018 | 529 | 168,638 | 18,030 | 17,445 | 14.2% | $1,542 | 1.6% |
| 2019 | 590 | 185,767 | 17,129 | 17,731 | 12.5% | $1,595 | 3.4% |
| 2020 | 658 | 203,584 | 17,817 | 14,410 | 13.1% | $1,602 | 0.4% |
| 2021 | 710 | 219,314 | 15,730 | 25,862 | 7.6% | $1,824 | 13.9% |
| 2022 | 756 | 232,173 | 12,859 | 7,445 | 9.5% | $1,878 | 3.0% |
| 2023 | 800 | 244,545 | 12,372 | 8,673 | 10.5% | $1,853 | (1.3%) |
| 2024 | 851 | 260,888 | 16,343 | 12,031 | 11.5% | $1,815 | (2.1%) |
| CAGR/Averages | | 9.5% | 15,761 | 13,973 | 11.9% | $1,660 | 2.3% |
| Current Year Data | | | | | | | |
| 2025 Q1 | 861 | 263,879 | 2,991 | 2,757 | 11.5% | $1,839 | 1.3% |
| 2025 Q2 | 871 | 267,155 | 3,276 | 3,885 | 11.1% | $1,844 | 0.3% |
| 2025 Q3 | 875 | 267,925 | 770 | 3,021 | 10.2% | $1,819 | (1.4%) |
| QTD | 878 | 268,426 | 406 | 615 | 10.2% | $1,805 | (0.8%) |
| YTD | 878 | 268,426 | 7,443 | 10,278 | 10.2% | $1,805 | (0.6%) |

**Q3 2025 Recent Trends**

| | YoY | Prev. Quarter |
|---|---|---|
| Vacancy (bps) | (120) | (90) |
| Rents | (1.2%) | (1.4%) |
| Absorption (SF) | 222 | (864) |
| Completions (SF) | (2,557) | (2,506) |

**Historical Supply and Demand Trends**




Source: CoStar Properties Analytical Search, 11/10/2025. Annual numbers represent year-end statistics.

### *Dallas-Fort Worth Metro Apartment Market – Class B Trends*

Meanwhile, demand is rising in the mid-priced segment with over 17,400 Class B units being absorbed YTD. Submarket clusters heavy with Class B inventory, including Irving, Arlington, Mesquite, and Garland/Mesquite, report improving demand. Even so, market participants report that stabilized occupancies for these properties are generally softer compared to pre-2020 norms. Vacancies among the Class B properties remain elevated at 13.2%, well above the 10-year average of 8.4%.

**Dallas-Fort Worth Metro Apartment Market Trends - Class B**

| | Inventory | | Supply & Demand | | | Rents | |
|---|---|---|---|---|---|---|---|
| Period | Total Inventory | Total Units | New Unit Deliveries | Absorbed Units | Vacancy | Market Rate Per Unit | % Change |
| 2015 | 1,600 | 336,012 | 5,096 | 6,181 | 5.9% | $1,150 | N/A |
| 2016 | 1,633 | 343,040 | 7,568 | 4,367 | 6.6% | $1,188 | 3.3% |
| 2017 | 1,683 | 351,857 | 9,597 | 3,432 | 8.0% | $1,215 | 2.3% |
| 2018 | 1,738 | 358,938 | 7,394 | 6,088 | 8.1% | $1,253 | 3.1% |
| 2019 | 1,790 | 368,488 | 9,550 | 8,571 | 8.1% | $1,301 | 3.8% |
| 2020 | 1,846 | 376,949 | 8,461 | 8,295 | 8.0% | $1,327 | 2.0% |
| 2021 | 1,920 | 390,271 | 13,403 | 18,529 | 6.4% | $1,498 | 12.9% |
| 2022 | 2,003 | 404,290 | 14,034 | 2,473 | 9.0% | $1,562 | 4.3% |
| 2023 | 2,113 | 423,996 | 20,233 | 8,125 | 11.3% | $1,549 | (0.8%) |
| 2024 | 2,270 | 449,980 | 25,984 | 17,441 | 12.6% | $1,528 | (1.4%) |
| CAGR/Averages | | 3.3% | 12,132 | 8,350 | 8.4% | $1,357 | 3.2% |
| Current Year Data | | | | | | | |
| 2025 Q1 | 2,298 | 454,074 | 4,094 | 4,331 | 12.4% | $1,540 | 0.8% |
| 2025 Q2 | 2,338 | 463,432 | 9,379 | 4,847 | 13.1% | $1,534 | (0.4%) |
| 2025 Q3 | 2,367 | 470,763 | 7,331 | 5,857 | 13.2% | $1,510 | (1.6%) |
| QTD | 2,378 | 473,480 | 2,717 | 2,439 | 13.2% | $1,499 | (0.7%) |
| YTD | 2,378 | 473,480 | 23,521 | 17,474 | 13.2% | $1,499 | (1.9%) |

**Q3 2025 Recent Trends**

| | YoY | Prev. Quarter |
|---|---|---|
| Vacancy (bps) | 120 | 10 |
| Rents | (2.1%) | (1.6%) |
| Absorption (SF) | 324 | 1,010 |
| Completions (SF) | 1,287 | (2,048) |

**Historical Supply and Demand Trends**




Source: CoStar Properties Analytical Search, 11/10/2025. Annual numbers represent year-end statistics.

***Dallas-Fort Worth Metro Apartment Market – Class C Trends***

Builders have expanded into fast-growing exurban counties, responding to increased demand as more households seek affordable suburban living and rising industrial activity in those areas. New apartment communities are opening alongside single-family developments, leading to heightened competition. However, Class C apartment construction remains limited, tempered by ongoing demolitions. Since 2022, demand for Class C units has declined, causing vacancy rates to rise, despite efforts to control inventory. Overall, vacancies for this segment are currently elevated compared to recent historical averages, reflecting supply outpacing demand.

**Dallas-Fort Worth Metro Apartment Market Trends - Class C**

| | Inventory | | Supply & Demand | | | Rents | |
|---|---|---|---|---|---|---|---|
| Period | Total Inventory | Total Units | New Unit Deliveries | Absorbed Units | Vacancy | Market Rate Per Unit | % Change |
| 2015 | 2,861 | 204,588 | 403 | 1,561 | 5.6% | $809 | N/A |
| 2016 | 2,864 | 204,786 | 602 | 74 | 5.7% | $860 | 6.3% |
| 2017 | 2,856 | 204,573 | 28 | (1,091) | 6.1% | $899 | 4.5% |
| 2018 | 2,862 | 204,462 | 60 | (605) | 6.4% | $935 | 4.0% |
| 2019 | 2,865 | 204,628 | 261 | (487) | 6.7% | $977 | 4.5% |
| 2020 | 2,874 | 204,691 | 108 | 87 | 6.7% | $1,008 | 3.2% |
| 2021 | 2,875 | 204,683 | 125 | 4,122 | 4.7% | $1,122 | 11.3% |
| 2022 | 2,868 | 204,583 | 111 | (4,536) | 6.8% | $1,209 | 7.8% |
| 2023 | 2,871 | 205,346 | 847 | (2,803) | 8.6% | $1,234 | 2.1% |
| 2024 | 2,874 | 205,258 | 34 | (1,281) | 9.2% | $1,231 | (0.2%) |
| CAGR/Averages | | 0.0% | 258 | (496) | 6.7% | $1,028 | 4.8% |
| Current Year Data | | | | | | | |
| 2025 Q1 | 2,878 | 205,304 | 46 | (762) | 9.5% | $1,238 | 0.6% |
| 2025 Q2 | 2,879 | 205,321 | 17 | (785) | 9.9% | $1,235 | (0.2%) |
| 2025 Q3 | 2,881 | 205,565 | 258 | (850) | 10.5% | $1,227 | (0.6%) |
| QTD | 2,882 | 205,568 | 3 | (93) | 10.5% | $1,221 | (0.5%) |
| YTD | 2,882 | 205,568 | 324 | (2,490) | 10.5% | $1,221 | (0.8%) |

| Q3 2025 Recent Trends | YoY | Prev. Quarter |
|---|---|---|
| Vacancy (bps) | 180 | 60 |
| Rents | (0.8%) | (0.6%) |
| Absorption (SF) | (502) | (65) |
| Completions (SF) | 254 | 241 |

Historical Supply and Demand Trends




Source: CoStar Properties Analytical Search, 11/10/2025. Annual numbers represent year-end statistics.

***New Development***

Multifamily construction is downshifting to a 10-year low, supporting a return to balance in the Dallas-Fort Worth Metro. The pipeline is concentrated in Frisco/Prosper, Allen/McKinney and Denton, which account for roughly 25% of under construction space. Builders remain bullish on the long-term tailwinds in the area, near major corporate employment centers, highly rated school districts, and a steady influx of residents seeking suburban lifestyles with urban conveniences. As cities like Frisco and Plano have matured, population growth has spread to budding communities, including Little Elm, Prosper, and Celina, pushing the northern periphery of the metro.

**Dallas-Fort Worth Metro Apartment Market - New Development by Submarket Cluster**

| Submarket | Under Construction | | | Proposed | | |
|---|---|---|---|---|---|---|
| | # of Properties | # of Units | % of Units | # of Properties | # of Units | % of Units |
| Frisco/Prosper | 9 | 3,094 | 10.5% | 8 | 8,451 | 20.3% |
| Denton | 10 | 2,839 | 9.6% | 5 | 1,312 | 3.1% |
| Allen/McKinney | 7 | 2,300 | 7.8% | 9 | 3,072 | 7.4% |
| Southeast Fort Worth | 7 | 1,768 | 6.0% | 7 | 1,517 | 3.6% |
| Arlington | 6 | 1,450 | 4.9% | 4 | 1,394 | 3.3% |
| Uptown/Park Cities | 4 | 1,449 | 4.9% | 13 | 3,679 | 8.8% |
| Lewisville/Flower Mound | 4 | 1,417 | 4.8% | 3 | 884 | 2.1% |
| Farmers Branch/Carrollton | 4 | 1,376 | 4.6% | 2 | 634 | 1.5% |
| Rockwall/Wylie | 5 | 1,226 | 4.1% | 5 | 2,316 | 5.6% |
| Garland/Rowlett | 4 | 1,206 | 4.1% | 2 | 365 | 0.9% |
| East Dallas | 5 | 1,191 | 4.0% | 2 | 1,369 | 3.3% |
| Plano | 4 | 910 | 3.1% | 5 | 4,315 | 10.3% |
| Far North Dallas | 3 | 894 | 3.0% | 0 | 0 | 0.0% |
| Southeast Dallas | 4 | 877 | 3.0% | 3 | 782 | 1.9% |
| North Fort Worth | 3 | 870 | 2.9% | 1 | 829 | 2.0% |
| Southwest Fort Worth | 4 | 849 | 2.9% | 9 | 2,371 | 5.7% |
| Northwest Dallas | 3 | 742 | 2.5% | 2 | 291 | 0.7% |
| East Fort Worth | 2 | 641 | 2.2% | 2 | 576 | 1.4% |
| West Dallas | 3 | 623 | 2.1% | 2 | 611 | 1.5% |
| Mesquite | 2 | 608 | 2.1% | 1 | 78 | 0.2% |
| Las Colinas | 2 | 520 | 1.8% | 3 | 865 | 2.1% |
| Parker County | 2 | 410 | 1.4% | 0 | 0 | 0.0% |
| Richardson | 1 | 375 | 1.3% | 2 | 439 | 1.1% |
| Oak Cliff | 1 | 372 | 1.3% | 5 | 941 | 2.3% |
| North Richland Hills/Haltom City | 1 | 343 | 1.2% | 0 | 0 | 0.0% |
| Grand Prairie | 1 | 305 | 1.0% | 0 | 0 | 0.0% |
| South Dallas County | 1 | 279 | 0.9% | 0 | 0 | 0.0% |
| Northeast Outlying | 1 | 267 | 0.9% | 0 | 0 | 0.0% |
| Downtown Dallas | 1 | 182 | 0.6% | 6 | 2,209 | 5.3% |
| Northwest Fort Worth | 1 | 147 | 0.5% | 4 | 848 | 2.0% |
| Hurst/Euless/Bedford | 1 | 72 | 0.2% | 1 | 129 | 0.3% |
| Ellis County | 1 | 2 | 0.0% | 0 | 0 | 0.0% |
| Hood County | 0 | 0 | 0.0% | 2 | 488 | 1.2% |
| Irving | 0 | 0 | 0.0% | 1 | 194 | 0.5% |
| Johnson County | 0 | 0 | 0.0% | 2 | 440 | 1.1% |
| North Dallas | 0 | 0 | 0.0% | 2 | 328 | 0.8% |
| **TOTALS** | **107** | **29,604** | **100.0%** | **113** | **41,727** | **100.0%** |

Source: CoStar Properties Analytical Search, 11/10/2025.

**Dallas-Fort Worth Metro Apartment Market - New Development by Submarket Cluster**

| Submarket | Final Planning | | |
|---|---|---|---|
| | # of Properties | # of Units | % of Units |
| Southeast Dallas | 1 | 285 | 68.0% |
| Denton | 1 | 134 | 32.0% |
| Allen/McKinney | 0 | 0 | 0.0% |
| **TOTALS** | **2** | **419** | **100.0%** |

Source: CoStar Properties Analytical Search, 11/10/2025.

### *Sales Trends*

Multifamily deal-making in Dallas-Fort Worth Metro is steadily improving over the past year. Newer properties in high-quality suburban areas are prime acquisition targets. These assets are well-located near major employers, benefitting from stable demand and asset is still in good condition. Meanwhile, investor interest in value-add opportunities for mid-range assets remain tepid as they often require deferred maintenance, forcing new owners to spend more upfront with limited pricing power to push rents post-acquisition, leaving owners still in a negative leverage position. We note that sales include ***all*** apartment classes (A, B, C).

**Dallas-Fort Worth Metro Apartment Market - Sales Trends**

| | Completed Transactions [1] | | | | |
|---|---|---|---|---|---|
| **Year** | **Deals** | **Volume** | **% Chg.** | **Avg Price/Unit** | **% Chg.** |
| 2015 | 548 | $4,772,300,812 | - | $102,619 | - |
| 2016 | 570 | $4,728,280,464 | (0.9%) | $108,525 | 5.4% |
| 2017 | 637 | $6,285,993,087 | 24.8% | $126,762 | 14.4% |
| 2018 | 592 | $5,539,434,654 | (13.5%) | $125,095 | (1.3%) |
| 2019 | 503 | $6,129,969,303 | 9.6% | $139,867 | 10.6% |
| 2020 | 402 | $3,405,471,609 | (80.0%) | $133,459 | (4.8%) |
| 2021 | 757 | $9,231,029,874 | 63.1% | $176,272 | 24.3% |
| 2022 | 615 | $5,540,655,553 | (66.6%) | $208,010 | 15.3% |
| 2023 | 281 | $1,417,959,400 | (290.7%) | $181,318 | (14.7%) |
| 2024 | 307 | $1,492,492,900 | 5.0% | $178,935 | (1.3%) |
| YTD 2025 | 307 | $992,733,151 | - | $204,308 | - |

[1] Completed transaction data is based on actual arms-length sales transactions and levels are dependent on the mix of what happened to sell in the period.

Source: CoStar Properties Analytical Search, 11/10/2025.



***Sales by Buyer Type***

Among buyers, private buyers remain popular, accounting for 39% of deals in the past year, while user buyers remain mostly dormant. Even so, REITs have emerged as net buyers. AvalonBay acquired eight assets in Texas, with six being in Dallas-Fort Worth Metro in suburban areas, from Little Rock-based BSR REIT for roughly $620 million. AvalonBay has cited an expected improvement in effective rent growth in the Dallas-Fort Worth Metro relative to other Sun Belt markets, based on their latest earnings call. Meanwhile, BSR plans to reinvest its proceeds back in the Texas triangle -including the Dallas-Fort Worth Metro, Houston and Austin -seeking "newer construction, being 2015 or newer", according to contacts familiar with their acquisition

As previously mentioned, sales data includes ***all*** apartment subtypes (A, B, and C).



## CONCLUSION

The Dallas-Fort Worth Metro multifamily market is navigating a period of transition, shaped by the lingering effects of a historic construction cycle. Elevated vacancies and muted rent growth remain headwinds in the near term, as the market works to absorb a significant volume of newly delivered units. Class A product in suburban portions of the market have been most directly impacted by these supply pressures, as concentrated deliveries in high-growth corridors have temporarily outpaced demand. Despite these challenges, underlying fundamentals remain resilient, supported by robust in-migration, corporate relocations, and a diversified economy that continues to attract households and businesses alike.

Encouragingly, new construction starts have slowed to a decade low, signaling the beginning of a necessary supply correction. This moderation should relieve upward pressure on vacancies over the coming years and set the stage for gradual rebalancing between supply and demand. In the interim, tenant-favorable conditions are expected to persist, with operators prioritizing occupancy retention through concessions and other competitive strategies. The pace of rent recovery is likely to remain measured, as vacancy levels—currently well above the long-term average—gradually trend lower.

Suburban areas such as Frisco, Prosper, Allen, McKinney, and Denton continue to capture outsized demand, buoyed by strong population growth and proximity to major employment hubs. Linked by the expanding U.S. 380 Corridor, these areas remain a focal point for developers and investors seeking to capitalize on the region's ongoing suburban expansion. While leasing velocity has been slower than anticipated in some of these nodes, their long-term appeal is expected to remain intact given the concentration of amenities, schools, and employment opportunities.

Looking ahead, the long-run outlook for Dallas-Fort Worth Metro's multifamily market remains highly favorable. Population growth, limited affordability in the single-family housing sector, and the enduring attractiveness of suburban living provide a strong foundation for renewed absorption and rent growth once the current wave of deliveries subsides. For investors, well-located Class A assets in high-demand corridors should retain strong appeal, while value-add opportunities may become increasingly viable as pricing expectations and rent trajectories realign with market conditions. Despite near-term challenges, the metro's structural strengths position it as one of the most compelling long-term multifamily markets in the nation.

# Mesquite Apartment Submarket Cluster Analysis

A proper analysis and understanding of the market factors which influence the apartment submarket is necessary as a precursor to the appraisal process. We have relied upon CoStar Analytics apartment market survey data and trends for rent, vacancy, and inventory levels in the Dallas-Fort Worth Metro's Mesquite apartment submarket cluster. To ensure an accurate representation of total inventory, ***data is specific to "market & market/affordable rate" units***, in order to account for the portion of inventory where rents may be discounted or below market per mandated local ordinances. Based upon data sources available, the following is an analysis of the factors which impact demand for apartment units.

A map of the Mesquite apartment submarket cluster is provided below. The blue markers are properties that are currently available: these properties are for sale, for lease, or both. The gray markers are properties that are not currently available. Please note that several markers overlap.




### *Mesquite Apartment Submarket Cluster Snapshot*

The table below provides a breakdown of apartment market statistics by property class for the Mesquite submarket cluster. As shown, vacancy is currently higher in the Class B segment at 15.7%. By number of units, the Mesquite submarket cluster displays the following composition: Class A-6.7%, Class B-54.2%, and Class C-39.1%.

**Mesquite Apartment Submarket Cluster Snapshot**

| | Existing Inventory | | | Vacancy Rate | | Absorbed | Market Rate |
|---|---|---|---|---|---|---|---|
| Class | Total Inventory | Total Units | % of Units | Total Units | Vacancy | Units | Per Unit |
| Class A | 8 | 2,015 | 6.7% | 153 | 7.6% | 10 | $1,379 |
| Class B | 76 | 16,229 | 54.2% | 2,548 | 15.7% | 567 | $1,257 |
| Class C | 93 | 11,715 | 39.1% | 1,218 | 10.4% | (255) | $1,164 |
| Total | 177 | 29,959 | 100.0% | 3,919 | 13.1% | 323 | $1,230 |

Source: CoStar Properties Analytical Search, 11/19/2025. RBA = Rentable Building Area

### *Mesquite Apartment Submarket Cluster – Total Trends*

The Mesquite apartment submarket cluster is experiencing slower demand due to elevated inflation and economic uncertainty. Additionally, the submarket cluster has seen six deliveries totaling 1,639 units, the majority of which remain unabsorbed. This has led to an increase in vacancy, now at 13.1%, while rents have slightly decreased, down 1.3% YTD to an average of $1,230/unit. This reflects a notable discount compared to the Dallas-Fort Worth Metro average of $1,529/unit.

**Mesquite Apartment Submarket Cluster Trends**

| | Inventory | | Supply & Demand | | | Rents | |
|---|---|---|---|---|---|---|---|
| Period | Total Inventory | Total Units | New Unit Deliveries | Absorbed Units | Vacancy | Market Rate Per Unit | % Change |
| 2015 | 153 | 25,019 | 209 | 604 | 5.3% | $858 | N/A |
| 2016 | 155 | 25,511 | 492 | 252 | 6.1% | $902 | 5.1% |
| 2017 | 155 | 25,511 | 0 | 187 | 5.4% | $940 | 4.2% |
| 2018 | 158 | 25,995 | 484 | 27 | 7.0% | $972 | 3.4% |
| 2019 | 160 | 26,587 | 592 | 16 | 9.0% | $1,013 | 4.2% |
| 2020 | 164 | 27,364 | 777 | 1,403 | 6.5% | $1,049 | 3.6% |
| 2021 | 168 | 28,166 | 802 | 592 | 7.1% | $1,140 | 8.7% |
| 2022 | 171 | 28,320 | 154 | (344) | 8.8% | $1,229 | 7.8% |
| 2023 | 171 | 28,320 | 0 | (172) | 9.4% | $1,260 | 2.5% |
| 2024 | 175 | 29,470 | 1,150 | 60 | 12.7% | $1,246 | (1.1%) |
| CAGR/Averages | | 1.8% | 466 | 263 | 7.7% | $1,061 | 4.2% |
| Current Year Data | | | | | | | |
| 2025 Q1 | 176 | 29,695 | 225 | (46) | 13.5% | $1,249 | 0.2% |
| 2025 Q2 | 177 | 29,959 | 264 | 183 | 13.7% | $1,239 | (0.8%) |
| 2025 Q3 | 177 | 29,959 | 0 | 140 | 13.2% | $1,238 | (0.1%) |
| QTD | 177 | 29,959 | 0 | 46 | 13.1% | $1,230 | (0.6%) |
| YTD | 177 | 29,959 | 489 | 323 | 13.1% | $1,230 | (1.3%) |
| Forecasted Supply and Demand Trends | | | | | | | |
| 2025 Estimate | | 29,959 | 0 | 325 | 13.1% | | |
| 2026 | | 30,231 | 272 | 224 | 12.2% | | |
| 2027 | | 30,305 | 74 | 128 | 12.0% | | |
| 2028 | | 30,485 | 180 | 191 | 11.8% | | |
| 2029 | | 30,745 | 260 | 216 | 11.9% | | |

Historical Supply and Demand Trends




Source: CoStar Properties Analytical Search, 11/19/2025. Annual numbers represent year-end statistics.

***Mesquite Apartment Submarket Cluster– Class A Trends***

The Class A segment is the smallest in the Mesquite apartment submarket cluster, comprising just 6.7% of units. While several deliveries occurred between 2016 and 2022, no Class A units have been delivered since 2020. As a result of reduced supply-side pressure, vacancy has remained below the 10-year average, with inventory stagnating. While average rental rates have generally trended upward, 2024 saw a 5.3% decrease. This trend continued into 2025, with rates falling another 0.8% to the current average of $1,379/unit.

**Mesquite Apartment Submarket Cluster Trends - Class A**

| | Inventory | | Supply & Demand | | | Rents | |
|---|---|---|---|---|---|---|---|
| Period | Total Inventory | Total Units | New Unit Deliveries | Absorbed Units | Vacancy | Market Rate Per Unit | % Change |
| 2015 | 4 | 925 | 0 | 199 | 2.3% | $1,101 | N/A |
| 2016 | 5 | 1,238 | 313 | 110 | 18.1% | $1,129 | 2.5% |
| 2017 | 5 | 1,238 | 0 | 154 | 5.7% | $1,160 | 2.7% |
| 2018 | 6 | 1,575 | 337 | 87 | 20.4% | $1,175 | 1.3% |
| 2019 | 7 | 1,895 | 320 | 274 | 19.3% | $1,187 | 1.0% |
| 2020 | 8 | 2,015 | 120 | 308 | 8.8% | $1,199 | 1.0% |
| 2021 | 8 | 2,015 | 0 | 62 | 5.8% | $1,293 | 7.8% |
| 2022 | 8 | 2,015 | 0 | (26) | 7.0% | $1,403 | 8.5% |
| 2023 | 8 | 2,015 | 0 | (8) | 7.4% | $1,468 | 4.6% |
| 2024 | 8 | 2,015 | 0 | (13) | 8.1% | $1,390 | (5.3%) |
| CAGR/Averages | | 9.0% | 109 | 115 | 10.3% | $1,251 | 2.6% |
| Current Year Data | | | | | | | |
| 2025 Q1 | 8 | 2,015 | 0 | (8) | 8.5% | $1,372 | (1.3%) |
| 2025 Q2 | 8 | 2,015 | 0 | 15 | 7.8% | $1,364 | (0.6%) |
| 2025 Q3 | 8 | 2,015 | 0 | 7 | 7.4% | $1,383 | 1.4% |
| QTD | 8 | 2,015 | 0 | (4) | 7.6% | $1,379 | (0.3%) |
| YTD | 8 | 2,015 | 0 | 10 | 7.6% | $1,379 | (0.8%) |

| Q3 2025 Recent Trends | YoY | Prev. Quarter |
|---|---|---|
| Vacancy (bps) | (90) | (40) |
| Rents | (5.4%) | 1.4% |
| Absorption (SF) | 54 | (8) |
| Completions (SF) | 0 | 0 |

Historical Supply and Demand Trends




Source: CoStar Properties Analytical Search, 11/19/2025. Annual numbers represent year-end statistics.

### *Mesquite Apartment Submarket Cluster – Class B Trends*

Accounting for 54.2% of total apartment inventory, the Class B segment mirrors general apartment trends in the submarket cluster, with high vacancy and declining rental rates due to an influx of new supply. While the 1,639 units are expected to absorb gradually over the coming quarters, 608 additional units are currently under construction, with another 78 proposed, which are expected to further increase vacancy levels when delivered and may continue to dampen rental rate growth in the Class B segment.

**Mesquite Apartment Submarket Cluster Trends - Class B**

| | Inventory | | Supply & Demand | | | Rents | |
|---|---|---|---|---|---|---|---|
| Period | Total Inventory | Total Units | New Unit Deliveries | Absorbed Units | Vacancy | Market Rate Per Unit | % Change |
| 2015 | 58 | 12,436 | 209 | 211 | 5.4% | $929 | N/A |
| 2016 | 59 | 12,615 | 179 | 205 | 5.1% | $969 | 4.3% |
| 2017 | 59 | 12,615 | 0 | (29) | 5.4% | $1,002 | 3.4% |
| 2018 | 60 | 12,755 | 140 | 40 | 6.1% | $1,032 | 3.0% |
| 2019 | 61 | 13,027 | 272 | (111) | 8.9% | $1,075 | 4.2% |
| 2020 | 64 | 13,684 | 657 | 860 | 7.0% | $1,112 | 3.4% |
| 2021 | 68 | 14,486 | 802 | 484 | 8.8% | $1,204 | 8.3% |
| 2022 | 70 | 14,590 | 104 | (160) | 10.5% | $1,291 | 7.2% |
| 2023 | 70 | 14,590 | 0 | (97) | 11.2% | $1,318 | 2.1% |
| 2024 | 74 | 15,740 | 1,150 | 156 | 16.7% | $1,295 | (1.7%) |
| CAGR/Averages | | 2.7% | 351 | 156 | 8.5% | $1,123 | 3.8% |
| Current Year Data | | | | | | | |
| 2025 Q1 | 75 | 15,965 | 225 | 70 | 17.4% | $1,282 | (1.0%) |
| 2025 Q2 | 76 | 16,229 | 264 | 206 | 17.5% | $1,277 | (0.4%) |
| 2025 Q3 | 76 | 16,229 | 0 | 205 | 16.2% | $1,274 | (0.2%) |
| QTD | 76 | 16,229 | 0 | 86 | 15.7% | $1,257 | (1.3%) |
| YTD | 76 | 16,229 | 489 | 567 | 15.7% | $1,257 | (2.9%) |

**Q3 2025 Recent Trends**

| | YoY | Prev. Quarter |
|---|---|---|
| Vacancy (bps) | ↑ 120 | ↓ (130) |
| Rents | ↓ (3.0%) | → (0.2%) |
| Absorption (SF) | → 223 | → (1) |
| Completions (SF) | → (324) | → (264) |

**Historical Supply and Demand Trends**




Source: CoStar Properties Analytical Search, 11/19/2025. Annual numbers represent year-end statistics.

### *Mesquite Apartment Submarket – Class C Trends*

Limited Class C deliveries have helped maintain healthier vacancy rates in this segment, despite periods of weak demand. However, Class C demand has remained in negative territory since 2022, lifting vacancy from a low of 5.2% to the current rate of 10.4% YTD. Despite weaker demand, rental rates have continued to show growth, with the average rent for Class C units in the submarket currently at $1,164/unit, reflecting a 1.0% increase from year-end 2024.

**Mesquite Apartment Submarket Cluster Trends - Class C**

| | Inventory | | Supply & Demand | | | Rents | |
|---|---|---|---|---|---|---|---|
| Period | Total Inventory | Total Units | New Unit Deliveries | Absorbed Units | Vacancy | Market Rate Per Unit | % Change |
| 2015 | 91 | 11,658 | 0 | 193 | 5.4% | $713 | N/A |
| 2016 | 91 | 11,658 | 0 | (62) | 5.9% | $768 | 7.7% |
| 2017 | 91 | 11,658 | 0 | 61 | 5.4% | $815 | 6.1% |
| 2018 | 92 | 11,665 | 7 | (101) | 6.3% | $849 | 4.2% |
| 2019 | 92 | 11,665 | 0 | (149) | 7.5% | $895 | 5.4% |
| 2020 | 92 | 11,665 | 0 | 233 | 5.5% | $934 | 4.4% |
| 2021 | 92 | 11,665 | 0 | 45 | 5.2% | $1,022 | 9.4% |
| 2022 | 93 | 11,715 | 50 | (158) | 6.9% | $1,110 | 8.6% |
| 2023 | 93 | 11,715 | 0 | (68) | 7.5% | $1,141 | 2.8% |
| 2024 | 93 | 11,715 | 0 | (83) | 8.2% | $1,152 | 1.0% |
| CAGR/Averages | | 0.1% | 6 | (9) | 6.4% | $940 | 5.5% |
| Current Year Data | | | | | | | |
| 2025 Q1 | 93 | 11,715 | 0 | (109) | 9.1% | $1,181 | 2.5% |
| 2025 Q2 | 93 | 11,715 | 0 | (37) | 9.4% | $1,164 | (1.4%) |
| 2025 Q3 | 93 | 11,715 | 0 | (72) | 10.0% | $1,162 | (0.2%) |
| QTD | 93 | 11,715 | 0 | (37) | 10.4% | $1,164 | 0.2% |
| YTD | 93 | 11,715 | 0 | (255) | 10.4% | $1,164 | 1.0% |

| Q3 2025 Recent Trends | YoY | Prev. Quarter |
|---|---|---|
| Vacancy (bps) | 240 | 60 |
| Rents | 0.2% | (0.2%) |
| Absorption (SF) | (43) | (35) |
| Completions (SF) | 0 | 0 |

Historical Supply and Demand Trends




Source: CoStar Properties Analytical Search, 11/19/2025. Annual numbers represent year-end statistics.

***New Development***

According to CoStar, there are two apartment properties under construction expected to add 608 units to the Mesquite submarket cluster. There is also one proposed property with the potential to add 78 units if fully built out.

**Mesquite Apartment Submarket Cluster - Under Construction**

| Address | Name | City | Units |
|---|---|---|---|
| Gateway Blvd & W US Highway 80 | The Village at Gateway | Forney | 336 |
| 12200 Helms Trl | Wayfare Helms Trail | Forney | 272 |
| | | **TOTALS** | **608** |

Source: CoStar Properties Analytical Search, 11/19/2025.

**Mesquite Apartment Submarket Cluster - Proposed**

| Address | Name | City | Units |
|---|---|---|---|
| 4401 Ambassador Way | --- | Balch Springs | 78 |
| | | **TOTALS** | **78** |

Source: CoStar Properties Analytical Search, 11/19/2025.

**CONCLUSION**

The Mesquite apartment submarket cluster is facing slower demand, driven by elevated inflation and economic uncertainty. Recent deliveries have added significant supply to the market, but many of these units remain unabsorbed, contributing to an increase in vacancy. Rental rates have also decreased slightly, reflecting a notable discount compared to the Dallas-Fort Worth Metro average. This trend indicates broader market challenges, including oversupply and economic pressures.

The Class B segment, which accounts for a large portion of the submarket's apartment inventory, mirrors these trends with high vacancy and declining rental rates due to new supply. While recent deliveries are expected to absorb gradually over the next few quarters, and additional 608 units are currently under construction, and another 78 are proposed, which may further increase vacancy rates and continue to dampen rental rate growth within the submarket cluster. These factors suggest continued supply challenges for the submarket cluster, especially within the Class B segment.

# Highest and Best Use Analysis

The fundamental concept of highest and best use may be defined as:

> "The reasonably probable use of property that results in the highest value."[18]

To test for highest and best use, all logical and feasible alternatives must be analyzed. The appraiser should determine whether the proposed usage of the land is:

1. physically possible
2. legally permissible
3. economically feasible
4. maximally productive

If an affirmative answer may be given to these basic questions, it is determined that the highest and best use test has been satisfied. The appraiser must recognize that land is generally appraised as if vacant and available for development to its highest and best use and that the appraisal of improvements is based on their actual contribution to the site. Thus, the highest and best use of a site must be determined both 1) as if vacant and 2) as improved. Highest and best use as vacant will be addressed first.

## HIGHEST AND BEST USE, AS IF VACANT

***Physically Possible Uses***

The subject site is of sufficient size to accommodate various types of development. It has good exposure and visibility along surrounding roadways. It is convenient to residential and commercial development. All relevant municipal utilities are available in adequate supply to service a variety of development.

***Legally Permissible Uses***

The property is zoned B-1 (Neighborhood Commercial) under the authority of City of Forney. Multifamily is a permitted land use under this zoning. There are no reasonable probable modifications of existing land use regulations to occur in the near future. Subject to the current zoning, the legally permissible uses include multi-family residential.

***Economically Feasible Uses***

The apartment market has cooled somewhat over the last year largely due to heightened interest rate uncertainty. Given continued construction cost increases, land values may need to decline somewhat to ensure feasibility of new development. However, depending on land cost, new development is still potentially feasible on a deal by-deal basis.

***Maximally Productive Use***

Based on our analysis, the maximally productive and highest and best use of the subject site, as if vacant, is either hold in the near-term or potential development of a multi-family project, depending on land acquisition cost.

---

[18] Appraisal Institute, The Appraisal of Real Estate, 15th Edition, (Chicago: Appraisal Institute, 2020), page 305.

## HIGHEST AND BEST USE AS IMPROVED

The highest and best use ***as improved*** is also analyzed using the four previously indicated criteria.

1). A physically possible utilization as evidenced by the current development of the site;

2). A legally permissible use under requirements set by zoning authority;

3). Economically feasible and maximally productive, based on the property's ability to produce a positive net operating income, which, when capitalized, significantly exceeds the underlying land value; and,

4). ***Considering the above, the maximally productive or highest and best use of the site, as improved, is for continued operation, management, and maintenance of the existing apartment complex.***

***Most Likely Buyer***

In analyzing the subject and supported by market evidence, the most likely buyer of the apartment community would be an institutional buyer such as a Life company, REIT, or national or regional apartment investor.

# The Valuation Process

The estimation of a real property's market value involves a systematic process in which the problem is defined; the work necessary to solve the problem is planned; and the data required are acquired, classified, analyzed and interpreted as an opinion of value. In this process, three basic approaches, when applicable, are used by the appraiser: the sales comparison approach, the income capitalization approach and the cost approach. When one or more of these approaches is not applicable in the appraisal process, full justification must be presented. An explanation of each approach follows:

**COST APPROACH**

In the cost approach, the appraiser first values of the fee simple interest in the site. The replacement or reproduction cost new of the improvements is then estimated. Next, depreciation from all sources is determined and subtracted from the replacement or reproduction cost new of the improvements to arrive at their present value. The present value of all improvements is added to the market value of the site, resulting in an indicated value by the cost approach.

**SALES COMPARISON APPROACH**

The sales comparison approach involves the comparison of the subject property to similar properties that have recently sold or that are currently offered for sale. The sales prices of these properties are then adjusted to reflect the respective differences of each from the subject to indicate a value range. This value range, as indicated by the adjusted comparable properties, is then used to establish an indicated value for the subject property.

**INCOME CAPITALIZATION APPROACH**

The income capitalization approach is a process in which the anticipated future benefits (actual dollar income or amenities) are reduced to a present value figure. The appraiser is primarily concerned with the future benefits resulting from net income and reversionary proceeds. This approach involves estimating potential gross income by comparison with competing properties and estimating expenses (derived from historical and/or market experience) to determine a projected net income stream. The income stream is then capitalized into an indication of value by using capitalization rates extracted from competitive properties in the market or by using other techniques when applicable. Alternatively, the income stream as well as the reversion of the property is converted into value by use of a discounted cash flow (DCF) analysis. If both techniques are used, the resultant value indications must be reconciled.

**RECONCILIATION**

The final analytical step in the valuation process is reconciliation of the value indications obtained from the different approaches to value. The appraisers must consider the relative dependability and applicability of each approach as dictated by the individual characteristics of the subject. The final opinion of value reflects the results of such deliberation.

# Cost Approach

The cost approach is based on the principle of substitution, which "affirms that a knowledgeable buyer would pay no more for a property than the cost to acquire a similar site and construct improvements of equivalent desirability and utility without undue delay."[19] This approach often represents "market thinking" since buyers and sellers frequently relate value to cost.

The cost approach to value typically involves the following steps:

1. "Estimate the value of the site as though vacant and available to be developed to its highest and best use.
2. Determine which cost basis is most applicable to the assignment: reproduction cost or replacement cost.
3. Estimate the direct (hard) and indirect (soft) costs of the improvements as of the effective appraisal date.
4. Estimate an appropriate entrepreneurial incentive or profit from analysis of the market.
5. Add the estimated direct costs, indirect costs, and entrepreneurial incentive or profit to arrive at the total cost of the improvements.
6. Estimate the amount of accrued depreciation in the structure and, if necessary, allocate it among the three major categories: physical deterioration, functional obsolescence, and external obsolescence.
7. Deduct the estimated depreciation from the total cost of the improvements to derive an estimate of their depreciated cost.
8. Estimate the contributory value of any site improvements that have not already been considered. (Site improvements are often appraised at their contributory value, i.e., directly on a depreciated-cost basis – but may be included in the overall cost calculated in Step 3 and depreciated if necessary.)
9. Add land value to the total depreciated cost of all the improvements to arrive at the indicated value of the property.
10. If appropriate, adjust for the property interest being appraised to derive the indicated value of the specified interest in the property.
11. If the property will experience net income shortfalls during a lease-up period, then calculate a rent-up adjustment to account for the cost of leasing (distinct from leasing commissions.)
12. Adjust for personal property (e.g., furniture, fixtures, and equipment) or intangible assets that are included in the appraisal."[20]

Each of the preceding steps will be further explained in detail as they are utilized.

---

[19] Appraisal Institute, The Appraisal of Real Estate, 15th Edition, (Chicago: Appraisal Institute, 2020), page 528.
[20] Ibid, page 532-533.

**RELEVANCE OF COST APPROACH**

The objective of the cost approach is to examine the replacement costs of an alternative building of like utility, less all depreciation. This recognizes that there is an underlying connection between cost and value. Sometimes the connection is obscured by factors such as depreciation or excess profits, but the relationship still exists. The cost approach reflects market thinking because market participants relate value to cost. Buyers tend to judge the value of an existing structure not only by prices and rents of similar buildings, but also by comparing the costs to create a new building with optimal physical condition and functional utility. Moreover, buyers will sometimes consider the potential costs of rehabilitating an older structure up to the physical condition and functional utility that they desire.

We have found that the Cost Approach is very useful for newer, functional buildings in stable markets. However, as buildings age and depreciation accrue, the replacement cost method often becomes less of a factor in the decisions of buyers and sellers, and thus is less applicable in some assignments. The cost approach is not applicable in this assignment considering the following:

- The age of the improvements (constructed in 2019) limits the reliability of our estimate of physical depreciation.
- Investors are not likely to rely on the cost approach when underwriting properties like the subject.
- In markets with rapid changes (i.e., significant inflation; significantly worsening market conditions; unstable interest rates, etc.), the cost of constructing a new building may not align with its actual market value.

For the above reasons, a cost approach in not considered necessary to produce a credible opinion of value.

## Sales Comparison Approach

The sales comparison approach, also termed the market approach, involves the comparison of the subject property to similar properties which have already sold, or which are currently offered for sale, with consideration given to their respective differences from the subject. This process tends to form a pattern of indicators from which the appraiser can estimate the value of the subject property. The principle of substitution is an integral part of this approach since a purchaser will typically not pay more for a property than would be required to purchase an equally desirable substitute property.

The following procedures are used to apply the sales comparison approach.

1. "Research the competitive market for information on properties that are similar to the subject property and that have recently sold, are listed for sale, or are under contract. Information on agreements of sale, options, listings, and bona fide offers may also be collected. The characteristics of the properties such as property type, date of sale, size, physical condition, location, and land use constraints should be considered. The goal is to find a set of comparable sales or other evidence such as property listings or contracts as similar as possible to the subject property to ensure they reflect the actions of similar buyers. Market analysis and highest and best use analysis set the stage for the selection of appropriate comparable sales.

2. Verify the information by confirming that the data obtained is factually accurate and that the transactions reflect arm's-length market considerations. Verification should elicit additional information about the property such as buyer motivation, economic characteristics (if the property is income-producing), value component allocations, and other significant factors as well as information about the market to ensure that comparisons are credible.

3. Select the most relevant units of comparison used by participants in the market (e.g., price per acre, price per square foot, price per front foot, price per dwelling unit) and develop a comparative analysis for each unit. The appraiser's goal is to define and identify a unit of comparison that explains market behavior.

4. Look for differences between the comparable sale properties and the subject property using all appropriate elements of comparison. Then adjust the price of each sale property, reflecting how it differs, to equate it to the subject property or eliminate that property as a comparable. This step typically involves using the most similar sale properties and then adjusting for any remaining differences. If a transaction does not reflect the actions of a buyer who would also be attracted to the subject property, the appraiser should be concerned about comparability and the wisdom of relying on that comparable as a basis for comparison.

5. Reconcile the various value indications produced from the analysis of comparables into a value conclusion. A value opinion can be expressed as a single point estimate, as a range of values, or in terms of a relationship (e.g., more or less than a given amount)."[21]

Each of the preceding steps will be further explained in detail as they are utilized. Several units of comparison are typically developed in the valuation of income-producing properties. Those units of comparison appropriate for this analysis are detailed as follows:

---

[21] Appraisal Institute, The Appraisal of Real Estate, 15th Edition, (Chicago: Appraisal Institute, 2020), page 355.

***Sales Price per Unit***

The sales price per unit is a unit of comparison which expresses the relationship between price/value and the size of a structure. This is a reliable indicator of value assuming a high degree of comparability among properties available for comparison. The weakness of this unit of comparison is that it does not directly differentiate between the respective income-generating capabilities of somewhat dissimilar properties. For apartments, the price per apartment unit is the unit of comparison typically utilized by investors. ***We will use price per unit as our unit of comparison.***

**SEARCH FOR COMPARABLE SALES**

The subject is a 272-unit, Class B, Garden/Low Rise apartment complex. We searched for sales of similar properties occurring within the past 12 months within the subject's greater DFW market.

We considered many of the recent sales comparables and narrowed the data down to the sales which we considered to be the most relevant. Each of the sales were inspected by the appraiser, and then confirmed with buyer, seller, or broker, together with supplemental data from public records.

***Complete sale abstracts are contained in the Addenda.*** The sales are summarized in the table below, with a location map following. Please note that all represent arm's length transactions, and all are cash or cash equivalent transactions.

**Summary of Improved Sales**

| Comp No. | Name/Location | Date of Sale | Sale Price | Sale Price/SF | Total Units | Year Built | Average Unit Size | Occupancy At Sale | Cap Rate | Unit Mix Density | Sale Price/Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Century 380<br>26493 East University Drive<br>Little Elm, Texas | 2/25 | $66,000,000 | $154.34 | 416 | 2016 | 1028 | 93.0% | 5.20% | 24.69 | $158,654 |
| 2 | Lakeside Villas<br>2991 Lakeside Dr<br>Midlothian, Texas | 12/24 | $27,500,000 | $189.15 | 152 | 2020 | 956 | 85.0% | 5.06% | 15.24 | $180,921 |
| 3 | McKinney Village at the Medical Center<br>201 McKinney Village Pkwy<br>McKinney, Texas | 11/25 | $45,325,000 | $241.97 | 245 | 2016 | 765 | 95.0% | 4.80% | 25.55 | $185,000 |
| 4 | Vantage at Burleson<br>12605 Vantage Parkway<br>Fort Worth, Texas | 2/25 | $54,000,000 | $216.67 | 288 | 2022 | 865 | 88.0% | 4.95% | 16.49 | $187,500 |
| 5 | Ascend at Chisholm Trail<br>9701 Theo Trail<br>Fort Worth, Texas | 9/25 | $77,000,000 | $212.71 | 387 | 2023 | 935 | 86.0% | 4.97% | 18.37 | $198,966 |
| 6 | The Riley<br>480 Commons Dr<br>Burleson, Texas | 11/24 | $35,600,000 | $228.69 | 178 | 2023 | 875 | 91.0% | 4.75% | 24.45 | $200,000 |

Please refer to the following page for a map of the comparables.



*Sale Comparables Map*

## ADJUSTMENTS & ANALYSIS

The objective of this section is to adjust the comparables for their key differences with the subject so that we can make an informed estimate of fair market value of the subject. This can be accomplished via either a qualitative or quantitative process. Both are legitimate appraisal techniques. We have opted to utilize the quantitative adjustment process within this appraisal.

Adjustments are made to the sale prices of the comparables to compensate for differences between each sale and the subject. Due to differences among the comparables and limited availability of comparable market data, matched pairs comparison (paired sales analysis) was unreliable. While this type of analysis and adjustment method is considered ideal, it is often not realistic. However, we have attempted, to the best extent possible, to quantify the individual adjustments to each sale comparable. Unlike other investment products, no two commercial-grade real estate products are exactly alike. There are multiple differences between properties, and this creates differences in value. Further, the market for investment-grade real estate in general is thinly traded relative to non-real estate investments. As a result, the adjustment process is still somewhat subjective. In order to avoid implying an un-realistic level of precision we have generally applied adjustments based on magnitude in 5% increments (unless noted otherwise).

According to the 15th edition of The Appraisal of Real Estate, published in 2020 by the Appraisal Institute, the use of the sales comparison approach in valuation involves the estimation of the degree of similarity or difference between the subject property and a comparable by considering various elements of comparison. Adjustments are then made to the prices of the comparables to compensate for differences between each sale and the subject. These elements of comparison are discussed as follows.

1. **PROPERTY RIGHTS CONVEYED:** The subject is being valued in fee simple/leased fee. All of the comparables were also sold conveying fee simple/leased fee ownership. Thus, no adjustments are required for real property rights conveyed.

2. **FINANCING TERMS** account for the impact on value that is produced by favorable or unfavorable financing. No adjustments are necessary for financing terms.

3. **CONDITION OF SALE** adjustments reflect the motivations of the buyer and the seller. All sales are considered "arm's length." All of the buyers and sellers appeared to be free of duress with adequate exposure to the market for the property to sell at its market value. No adjustments are necessary in this category.

4. **MARKET CONDITIONS (TIME)** account for value changes in properties between the date of the comparable sale and the effective date of this appraisal report. The comparable sales occurred between November 2024 and November 2025, representing the most relevant and reliable market data currently available. During this period, surveyed capitalization rates remained relatively stable, ranging from 5.16% in Q4 2024 to 5.35% in Q3 2025.

   Given the limited fluctuation in market conditions, all sales are representative of current market conditions and no adjustments are necessary.

5. **LOCATION** adjustments account for superiority/inferiority in terms of access, road frontage, surrounding land uses, the character of the neighborhood, micro-area trends in rents and occupancy rates, and other factors. This is a subjective process, although it is based on real differences in rents. A search for comparable sales was initially focused within the subject property's immediate market area. Due to limited data, the search was expanded to include other suburban locations within the greater Dallas/Fort Worth metroplex.

   All six sales are located in superior suburban submarkets, as evidenced by their higher effective rents (per Costar). Accordingly, slight downward to downward adjustments have been applied.

6. **PROPERTY AGE/CONDITION** adjustments are required when the subject and the comparables vary in terms of age and/or the general level of maintenance evident in the units and common areas. The subject was built in 2019. The comparable properties were built between 2016 and 2023. All of the comparables presented are generally of similar construction and vintage and have all been well maintained. Nos. 1 and 3, both constructed in 2016, are adjusted slightly upward due to their older/inferior age. Nos. 5 and 6, built in 2022, are adjusted slightly downward to account for their newer/superior age.

7. **DESIGN/QUALITY/APPEAL** adjustments account for such items as architectural appeal, construction quality, and project and unit amenities. The subject property and all six comparables are classified as “3-4 Star” Class A/B garden-style multifamily communities, indicating a generally strong level of physical comparability. However, based on quoted rental data from CoStar, Nos. 4-6 are achieving markedly higher asking rents than the subject, which suggests a difference in design quality, tenant appeal, or unit finish. Accordingly, a slight downward adjustment for quality/design/appeal was applied to Nos. 4-6 to account for their superior positioning relative to the subject. In contrast, No. 1 is achieving notably lower rents and is adjusted slightly upward.

8. **AVERAGE UNIT SIZE** adjustments address the significant impact on value of this one factor unique to apartment properties. As we are using a "per unit" method of comparison, we adjust for the different sizes of the units. All else being equal, a project with an abundance of smaller one-bedroom units will sell at a lower price per unit than a project with a greater share of larger two-bedroom units. The average unit sizes among comparable properties range from 765 SF to 1,028 SF. The subject's average unit size is 1,028 SF. Nos. 2-6 are adjusted slightly upward for smaller/inferior average unit size.

9. **PROJECT DENSITY** adjustments account for the relationship between the number of units and the total site area of a property. Typically, properties with lower densities sell for higher prices/unit since the property is more appealing to tenants. In this case, density appears to have a negligible influence on price.

10. **OCCUPANCY** accounts for the impact of occupancy level on sales price. We project stabilized occupancy for the subject at 94.0%. Occupancy at the time of sale for the comparables ranged from 85.0% to 95.0%. No adjustment for this factor is observed.

Please refer to the adjustment grid provided on the following page.

**Improved Sales Adjustment Grid**

| Comp No. | Subject | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| Asset Name | Parc at Windmill Farms | Century 380 | Lakeside Villas | McKinney Village at the Medical Center | Vantage at Burleson | Ascend at Chisholm Trail | The Riley |
| Address | 1003 Windmill Farms Boulevard | 26493 East University Drive | 2991 Lakeside Dr | 201 McKinney Village Pkwy | 12605 Vantage Parkway | 9701 Theo Trail | 480 Commons Dr |
| City | Forney | Little Elm | Midlothian | McKinney | Fort Worth | Fort Worth | Burleson |
| State | TX | Texas | Texas | Texas | Texas | Texas | Texas |
| Sale Price | | $66,000,000 | $27,500,000 | $45,325,000 | $54,000,000 | $77,000,000 | $35,600,000 |
| Date of Sale | | 2/25 | 12/24 | 11/25 | 2/25 | 9/25 | 11/24 |
| Year Built | 2019 | 2016 | 2020 | 2016 | 2022 | 2023 | 2023 |
| Average Unit Size | 1,028 | 1,028 | 956 | 765 | 865 | 935 | 875 |
| Total Units | 272 | 416 | 152 | 245 | 288 | 387 | 178 |
| Unit Mix Density | 14.7 | 24.7 | 15.2 | 25.6 | 16.5 | 18.4 | 24.5 |
| Occupancy At Sale | 94.0% | 93.0% | 85.0% | 95.0% | 88.0% | 86.0% | 91.0% |
| Cap Rate | | 5.20% | 5.06% | 4.80% | 4.95% | 4.97% | 4.75% |
| **Sale Price/Unit** | | **$158,654** | **$180,921** | **$185,000** | **$187,500** | **$198,966** | **$200,000** |
| Property Rights | | - | - | - | - | - | - |
| Financing | | - | - | - | - | - | - |
| Condition of Sale | | - | - | - | - | - | - |
| Market Conditions | | - | - | - | - | - | - |
| Location | | Slight Downward | Slight Downward | Downward | Slight Downward | Slight Downward | Slight Downward |
| Age/Condition | | Slight Upward | - | Slight Upward | - | Slight Downward | Slight Downward |
| Design/Appeal | | Slight Upward | - | - | Slight Downward | Slight Downward | Slight Downward |
| Average Unit Size | | - | Slight Upward | Slight Upward | Slight Upward | Slight Upward | Slight Upward |
| Density | | - | - | - | - | - | - |
| Occupancy | | - | - | - | - | - | - |
| **Overall Adjustment** | | **Slight Upward** | **-** | **-** | **Slight Downward** | **Slight Downward** | **Slight Downward** |

## CONCLUSION OF PRICE PER UNIT ANALYSIS

Before adjustments, the comparables indicate a range of $158,654/Unit to $200,000/Unit. The weighted average is just over $183,000/unit. Greater weight is placed on Nos. 2 and 3, which exhibit a relatively narrow unadjusted price range of $180,921/unit to $185,000/unit. Taking into account the unique characteristics of the subject property, including its tertiary Dallas/Fort Worth suburban location and Class B physical characteristics (per Costar), as well as the adjusted value range indicated by the comparable sales, we have concluded the following value:

| Sales Comparison Approach Conclusion | |
|---|---|
| Property ID | Parc at Windmill Farms |
| Units | 272 |
| Indicated Value Per Unit | $180,000 - $185,000 |
| Indicated Value | $48,960,000 - $50,320,000 |
| **"As Is" Value (Rounded)** | **$49,700,000** |
| Value Per Unit | $182,721 |

# Income Capitalization Approach

The income capitalization approach requires the appraiser to formulate a market value for the subject by converting projected net income into a single present value. This process is known as capitalization. The approach to value requires the following steps:

1. "Research the income and expense data for the subject property and comparable.

2. Estimate the potential gross income of the property by adding the rental income and any other potential income.

3. Estimate the vacancy and collection loss.

4. Subtract vacancy and collection loss from total potential gross income to arrive at the effective gross income of the subject property.

5. Estimate the total operating expenses for the subject by adding fixed expenses, variable expenses, and a replacement allowance (where applicable).

6. Subtract the estimate of total operating expenses from the estimate of effective gross income to arrive at net operating income. (Deductions for capital items may also be necessary at various points in time through the projection period to calculate the cash flow used in discounted cash flow analysis.)

7. Apply one of the direct or yield capitalization techniques to this data to generate an estimate of value via the income capitalization approach.

8. If necessary, calculate a rent-up adjustment for the value indication that accounts for the cost of leasing up the property or for needed capital improvements (including an appropriate estimate of entrepreneurial incentive)."[22]

The preceding steps are discussed in detail below and in the following pages.

**POTENTIAL GROSS INCOME ESTIMATE**

The first step is to estimate market rent attainable for the subject. This is accomplished via an analysis of competing properties in the market area.

A summary table of the data and location map is presented on the following page. All units are rented on an unfurnished basis.

[22] Appraisal Institute, The Appraisal of Real Estate, 15th Edition, (Chicago: Appraisal Institute, 2020), page 432.

***Rent per Square Foot and Gross Rent per Unit***

The rent per square foot is a unit of comparison which expresses the relationship between rent and the size of a unit. This is a reliable indicator of market rent assuming a high degree of comparability among properties available for comparison.

Overall, we believe that the square footage figures from the comparables are representative of livable area. While this issue may be of concern, we note that the typical apartment renter does not analyze rent on a per square foot basis. Rather, it is the gross monthly rent that is of primary concern. Minor differences in square footage tend to have little or no impact on the achievable rent for similar types of units. Therefore, within our analysis, we will place emphasis on gross monthly rent per unit.

**Lease Comparable Summary**

| No. | Name/ Location | Year Built | Total Units | Average Unit Size (SF) | $/SF Range | Avg. $/SF | $/Unit Range | Average Unit Rent | Occupancy |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Aspen at Gateway<br>1300 Gateway Blvd, Forney | 2024 | 314 | 945 | $1.70 -$1.88 | $1.80 | $1,537 -$2,320 | $1,705 | 73.2% |
| 2 | Gateway Oaks<br>1105 N Gateway Blvd, Forney | 2016 | 313 | 859 | $1.42 -$1.61 | $1.54 | $1,134 -$2,009 | $1,320 | 93.0% |
| 3 | Gateway Pines<br>1200 N Gateway Blvd, Forney | 2018 | 337 | 809 | $1.38 -$2.08 | $1.66 | $1,036 -$1,574 | $1,341 | 92.3% |
| 4 | Rylan at Gateway<br>1205 N Gateway Blvd, Forney | 2024 | 336 | 841 | $1.74 -$2.21 | $1.91 | $1,281 -$1,998 | $1,608 | 56.3% |
| 5 | Gateway Cedars<br>1100 N Gateway Blvd N, Forney | 2014 | 334 | 785 | $1.52 -$1.82 | $1.71 | $1,235 -$1,655 | $1,346 | 96.4% |
| 6 | Preserve at Gateway<br>1450 Whaley Dr, Forney | 2020 | 120 | 891 | $2.02 -$2.17 | $2.10 | $1,649 -$2,234 | $1,873 | 72.5% |
| 7 | Wildwood Luxury Urban Homes<br>201 Wildwood Blvd, Forney | 2024 | 324 | 987 | $1.77 -$1.98 | $1.87 | $1,723 -$1,984 | $1,844 | 45.7% |
| Average | | 2020 | 297 | 874 | $1.38 -$2.21 | $1.80 | $1,036 -$2,320 | $1,577 | 75.6% |
| Subject Contract Rent | | 2019 | 272 | 1,028 | $1.42 -$1.59 | $1.49 | $1,304 -$2,013 | $1,527 | 93.0% |

*Source: Costar - Asking Rents*

Apartment rents in this market are typically quoted on a monthly basis with lease terms averaging around twelve months. Quoted rent typically includes any premiums for location, floor-level, and views. Tenants are typically responsible for the cost of most utilities.

A map showing the location of each of the comparables may be found on the following page.




***Market Rent Analysis***

The subject includes 3 primary unit types with multiple floor plan variations. Thus, we have prepared rent comparison grids for the representative unit types. In analyzing rents at the comparables we have focused on several key differences between the subject and the comparables, including:

- Location
- Quality/Condition
- Utilities
- Average Unit Size
- Parking
- Project Amenities
- Unit Amenities

| One Bedroom Units | | | | |
|---|---|---|---|---|
| Property Name | Year Built | Avg. SF/Unit | Asking Rent/Unit | $/SF |
| Aspen at Gateway | 2024 | 816 | $1,537 | $1.88 |
| Gateway Oaks | 2016 | 704 | $1,134 | $1.61 |
| Gateway Pines | 2018 | 701 | $1,268 | $1.81 |
| Rylan at Gateway | 2024 | 789 | $1,536 | $1.95 |
| Gateway Cedars | 2014 | 677 | $1,235 | $1.82 |
| Preserve at Gateway | 2020 | 759 | $1,649 | $2.17 |
| Wildwood Luxury Urban Homes | 2024 | 870 | $1,723 | $1.98 |
| *Low* | *2014* | *677* | *$1,134* | *$1.61* |
| *High* | *2024* | *870* | *$1,723* | *$2.17* |
| Average | 2020 | 759 | $1,440 | $1.89 |
| Subject | 2019 | 818 | $1,304 | $1.59 |

| Two Bedroom Units | | | | |
|---|---|---|---|---|
| Property Name | Year Built | Avg. SF/Unit | Asking Rent/Unit | $/SF |
| Aspen at Gateway | 2024 | 1,100 | $1,896 | $1.72 |
| Gateway Oaks | 2016 | 1,175 | $1,693 | $1.44 |
| Gateway Pines | 2018 | 1,140 | $1,574 | $1.38 |
| Rylan at Gateway | 2024 | 1,145 | $1,998 | $1.74 |
| Gateway Cedars | 2014 | 1,087 | $1,655 | $1.52 |
| Preserve at Gateway | 2020 | 1,104 | $2,234 | $2.02 |
| Wildwood Luxury Urban Homes | 2024 | 1,124 | $1,984 | $1.77 |
| *Low* | *2014* | *1,087* | *$1,574* | *$1.38* |
| *High* | *2024* | *1,175* | *$2,234* | *$2.02* |
| Average | 2020 | 1,125 | $1,862 | $1.66 |
| Subject | 2019 | 1,130 | $1,600 | $1.42 |

| Three Bedroom Units | | | | |
|---|---|---|---|---|
| Property Name | Year Built | Avg. SF/Unit | Asking Rent/Unit | $/SF |
| Aspen at Gateway | 2024 | 1,367 | $2,320 | $1.70 |
| Gateway Oaks | 2016 | 1,410 | $2,009 | $1.42 |
| Gateway Pines | 2018 | - | - | - |
| Rylan at Gateway | 2024 | - | - | - |
| Gateway Cedars | 2014 | - | - | - |
| Preserve at Gateway | 2020 | - | - | - |
| Wildwood Luxury Urban Homes | 2024 | - | - | - |
| *Low* | *2014* | *1,367* | *$2,009* | *$1.42* |
| *High* | *2024* | *1,410* | *$2,320* | *$1.70* |
| Average | 2020 | 1,389 | $2,165 | $1.56 |
| Subject | 2019 | 1,365 | $2,013 | $1.47 |

### *Observations Regarding Comparables' Rental Rates*

Rents for individual floor plans can vary significantly due to factors such as exposure and unit-specific characteristics. This variability is amplified in properties using rent optimization software like YieldStar and LRO, which leverage proprietary data and algorithms to set optimal rents. The use of such software has attracted legal scrutiny over potential collusive practices and its impact on renters. While the regulatory landscape for this technology is evolving, it's essential to note that rent fluctuations occur even in properties without rent optimization software. Consequently, our market rent conclusions may deviate from the average indicated by comparable rents.

Case 3:22-cv-02118-X Document 888 Filed 09/04/26 Page 294 of 386 PageID 26176



***Conclusions of Market Rent***

We have estimated market rent for each of the subject's major unit types as shown on the preceding grids. While we have attempted to be as quantitative as possible, it is important to note that, in the end, the final conclusion of market rent is still somewhat subjective due to the myriad of differences. Still, we are confident that the rental estimates are supported by the comparable data.

**NVC Market Rent Conclusion**

| Unit Type | Unit Size (SF) | No. of Units | Asking Rent | Asking Rent/SF | Contract Rent | Contract Rent/SF | NVC Current Market Rent | NVC Current Rent/SF | Total Current Market Rent |
|---|---|---|---|---|---|---|---|---|---|
| 1 BR | 818 | 116 | $1,416 | $1.73 | $1,304 | $1.59 | $1,335 | $1.63 | $154,860 |
| 2 BR | 1,130 | 120 | $1,775 | $1.57 | $1,600 | $1.42 | $1,620 | $1.43 | $194,400 |
| 3 BR | 1,365 | 36 | $2,184 | $1.60 | $2,013 | $1.47 | $2,040 | $1.49 | $73,440 |
| Total | 1,028 | 272 | $1,676 | $1.63 | $1,527 | $1.49 | $1,554 | $1.51 | $422,700 |
| Annual Base Rental Income | | | | | | | | | $5,072,400 |

These are estimated market rents for a twelve-month lease term. The lease comparables indicate a range of average monthly rent from $1,320/unit to $1,873/unit. Our average monthly market rent conclusion is $1,554 /unit, which is within the indicated range. NVC's projection considers the relationship between in-place contract rent and current asking market rent.

Multifamily rents in Dallas–Fort Worth declined 0.7% in October, marking the sharpest monthly decrease of 2025 and extending the market's five-month downward trend. Annual rent growth fell to -1.7%, the lowest level recorded this year, according to CoStar's Daily Asking Rent series. Although the broader market shows early signs of stabilization—with vacancy rates leveling and new supply expected to moderate—meaningful rent growth remains unlikely before late 2026 due to the substantial volume of units still in lease-up and the persistence of concessions.

Within this context, the subject's Mesquite apartment submarket is exhibiting softer fundamentals. Demand has slowed, while new supply has outpaced absorption. The submarket cluster has received six recent deliveries totaling 1,639 units, the majority of which remain unabsorbed. As a result, vacancy has increased to 13.1%, and rents are down 1.3% year-to-date. Class B properties have been more significantly affected, with rents declining 2.9% year-to-date following a 1.7% decrease in 2024. Overall, the combination of lagging absorption, elevated vacancy, and continued competitive concessions is expected to maintain downward pressure on submarket rents in the near term.

With a median household income in the defined trade area of about $130,000/year; however, our market rent estimate of $1,554/month ($18,648/year) is only about 14% of household income. Using a typical qualifying ratio of, say 30%, subject's rents remain very affordable for this market.

***Loss To Lease***

Loss to lease is the difference between a unit's current market rent and the actual contract rent. Typically, in a market with moderately increasing rental rates, older leases would be slightly below market rent. However, the loss to lease exposure for an apartment is limited by the short-term nature of the lease. We have taken these factors into consideration within our projection of market rents, which are net of loss to lease. Thus, we have not projected loss to lease as a separate line item within our analysis.

### *Concessions*

Taking into account the concessions currently available within the subject property's competitive market, as well as the trailing-12 concession level of 4.25%, we have applied a rent-concession loss allowance equal to 4.0% of potential gross rental income. This allowance is roughly equivalent to two weeks of free rent. Given the volume of new supply in the submarket and the number of properties still in lease-up, concessions are expected to remain a relevant factor for the foreseeable future.

### *Miscellaneous Income*

In our experience, apartments in this area typically generate between $75 to $125 per unit per month ($900 to $1,500 per unit per year) in other income from these sources. Miscellaneous income at the subject includes parking revenue, utility reimbursements and income from other sources. Placing emphasis on historic operations at the subject, we have projected stabilized other income in the following table along with other sources of miscellaneous income.

| Miscellaneous Income Comparison | | | | | | | |
|---|---|---|---|---|---|---|---|
| 272 Units | | | | | | | |
| | Expense Comps ($/Unit) | | | Subject Operations ($/Unit) | | NVC Projection | |
| Income Category | Low | High | Avg. | T12 (October 2025) | T6 (October 2025) | $/Unit | Total |
| Other Income | $475 | $2,174 | $1,107 | $978 | $1,319 | $1,200 | $326,400 |

### *Absorption*

Absorption pertains to the period that would be required to lease vacant units at the subject property. The subject is currently 93.0% occupied; thus the subject is considered stabilized under current market conditions. The cost required to achieve our projected stabilized occupancy of 94% (approximately three units) is nominal relative to the overall property value. Therefore, no adjustment for absorption is warranted

**ECOMOMIC VACANCY**

There are typically three potential components to the overall economic vacancy factor: physical vacancy; credit loss; and any long-term allowance for concessions.

*Physical Vacancy*

For vacancy we consider: 1) historical and current vacancy trends in the submarket; 2) future vacancy projections in the submarket; 3) vacancy at the rent comp set; and 4) typical buyer underwriting for a stabilized vacancy factor.

The Mesquite apartment submarket cluster is experiencing slower demand due to elevated inflation and economic uncertainty. Additionally, the submarket cluster has seen six deliveries totaling 1,639 units, the majority of which remain unabsorbed. This has led to an increase in vacancy, now at 13.1%. Accounting for 54.2% of total apartment inventory, the Class B segment mirrors general apartment trends in the submarket cluster, with high vacancy at 15.7%.

The lease comparables indicate a range in occupancy from 45.7% to 96.4%. Several of the rent comparables were still in lease-up.

Based on these factors, it is our opinion that a 6.0% long-term stabilized physical vacancy factor is a reasonable assumption for the subject.

*Credit Loss*

With consideration to: (1) the subject's Tenant Delinquency Report (when available); (2) the subject's historical income statements and proforma/budget; and (3) conversations with market participants; and (4) the overall economic vacancy factors referenced in the sale comparables, we conclude to a credit loss allowance of 1.0% for the subject. T12 credit loss totaled a relatively similar 1.37%.

*Final Economic Vacancy*

Given the 6.0% physical vacancy factor and the 1.0% credit loss factor, our implied overall economic vacancy factor is 7.0%. Based on the sale comparables and our discussions with market participants, it is likely that this would match the assumptions of a typical purchaser for this property in the current market conditions.

## OPERATING EXPENSES

Operating expenses are the annual direct expenses or annual cash outflows borne by the owner/ investor of income producing properties as the necessary cost of generating gross income. The expense figures used are typical of stabilized annual cash expenses to be paid by the owner of the property over the income projection period. Before net operating income can be calculated, operating expenses are estimated and deducted from effective gross income.

To estimate the appropriate expenses for the subject property, we have examined several sources of information, including:

1. Aggregated expense data from the most recent NCREIF survey for similar properties in the subject's region.

2. Analysis of actual expense data from several comparable multifamily projects, from which we have actual operating data. Please note that it was necessary to screen these projects to protect client confidentiality.

3. An analysis of October 2025 Trailing 12 historical income and expenses. We were also provided the 2024 audited financials; this data is not in a similar reporting format and is retained in our Work File. The 2026 budget was not available.

A summary of the subject's historical operating statements is provided immediately following the summary of comparable expense data on the following pages.

**NCRIEF Expense Data**

The National Council of Real Estate Investment Fiduciaries (NCRIEF) collects quarterly income and expense data on hundreds of Multi-family assets included within the NCRIEF Index. The following table summarizes the average expenses for the Southwest Region expense data for Garden style for 3rd Quarter 2025. Subject is in the 200-300 unit category.

| Expense Details: Trailing 12 Months (per unit) | | | | | | |
|---|---|---|---|---|---|---|
| | <200 | 200-300 | 300-500 | 500-700 | >700 | Total |
| Southwest | | | | | | |
| Administrative | $ 4,891 | $ 2,879 | $ 1,949 | $ 2,438 | n/a | $ 2,382 |
| Marketing | 512 | 760 | 568 | 470 | n/a | 593 |
| Utilities | 2,371 | 1,748 | 1,273 | 1,031 | n/a | 1,423 |
| Maintenance | 2,466 | 2,251 | 1,644 | 2,369 | n/a | 1,913 |
| Insurance | 1,661 | 1,003 | 758 | 1,023 | n/a | 895 |
| Management Fee | 1,041 | 878 | 687 | 699 | n/a | 781 |
| Real Estate Tax | 4,005 | 4,812 | 3,960 | 5,213 | n/a | 4,299 |
| Other | 987 | 1,150 | 824 | 392 | n/a | 903 |
| Total | $ 17,934 | $ 15,481 | $ 11,663 | $ 13,635 | n/a | $ 13,189 |
| Average No. Units | 146 | 256 | 364 | 591 | n/a | 315 |
| Count | 17 | 47 | 58 | 7 | < 3 | 167 |

**Apartments - Expense Comparables**

| State | TX | | TX | | TX | | TX | | TX | | Averages | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| County | Denton | | Tarrant | | Tarrant | | Tarrant | | Dallas | | | |
| Reporting Year | 2025 | | 2024 | | 2024 | | 2024 | | 2024 | | | |
| Year of Construction | 2022 | | 2018 | | 2014 | | 2017 | | 2020 | | | |
| Number of Units | 300 | | 334 | | 318 | | 312 | | 289 | | 311 | |
| Avg Unit Size | 991 | | 947 | | 852 | | 999 | | 923 | | 942 | |
| | $/Unit | $/SF | $/Unit | $/SF | $/Unit | $/SF | $/Unit | $/SF | $/Unit | $/SF | $/Unit | $/SF |
| Effective Gross Income | $19,948 | $20.13 | $17,721 | $18.71 | $18,321 | $21.50 | $18,465 | $18.48 | $16,608 | $17.99 | $18,212 | $19.36 |
| Operating Expenses | | | | | | | | | | | | |
| Payroll | $1,702 | $1.72 | $1,577 | $1.67 | $1,602 | $1.88 | $1,696 | $1.70 | $1,629 | $1.76 | $1,641 | $1.75 |
| Management Fees | $501 | $0.51 | $376 | $0.40 | $410 | $0.48 | $419 | $0.42 | $363 | $0.39 | $414 | $0.44 |
| Administrative Expense | $349 | $0.35 | $293 | $0.31 | $318 | $0.37 | $357 | $0.36 | $286 | $0.31 | $320 | $0.34 |
| Advertising and Promotion | $178 | $0.18 | $204 | $0.22 | $233 | $0.27 | $265 | $0.27 | $639 | $0.69 | $304 | $0.33 |
| Maintenance/Building/Grounds | $769 | $0.78 | $794 | $0.84 | $984 | $1.16 | $1,045 | $1.05 | $845 | $0.92 | $888 | $0.95 |
| Utilities | $1,056 | $1.07 | $948 | $1.00 | $1,199 | $1.41 | $1,207 | $1.21 | $723 | $0.78 | $1,027 | $1.09 |
| Insurance | $811 | $0.82 | $636 | $0.67 | $792 | $0.93 | $768 | $0.77 | $601 | $0.65 | $721 | $0.77 |
| Other Expenses | $0 | $0.00 | $99 | $0.10 | $463 | $0.54 | $144 | $0.14 | $93 | $0.10 | $160 | $0.18 |
| Subtotal Controllable Operating Expenses | $5,366 | $5.41 | $4,927 | $5.20 | $6,001 | $7.04 | $5,901 | $5.91 | $5,179 | $5.61 | $5,475 | $5.84 |
| Property Taxes | $2,996 | $3.02 | $3,766 | $3.98 | $3,334 | $3.91 | $3,837 | $3.84 | $3,442 | $3.73 | $3,475 | $3.70 |
| Total Operating Expenses | $8,361 | $8.44 | $8,693 | $9.18 | $9,335 | $10.96 | $9,738 | $9.75 | $8,621 | $9.34 | $8,950 | $9.53 |
| NET OPERATING INCOME | $11,586 | $11.69 | $9,027 | $9.53 | $8,986 | $10.55 | $8,727 | $8.74 | $7,988 | $8.65 | $9,263 | $9.83 |
| Expense Ratio | | 41.9% | | 49.1% | | 51.0% | | 52.7% | | 51.9% | | 49.1% |
| Management Fee as % of EGI | | 2.5% | | 2.1% | | 2.2% | | 2.3% | | 2.2% | | 2.3% |
| Vacancy | | 8.0% | | 7.3% | | 5.7% | | 8.3% | | 8.8% | | 7.6% |

Source: NVC Internal Database

**Subject Operating History / NVC Projection**
**Parc at Windmill Farms**
Total No. of Units: 272

| | T6 (October 2025) | | T12 (October 2025) | | NVC Projection Yr 1 (YE 10/26) | |
|---|---|---|---|---|---|---|
| **Income** | Amount | $/Unit | Amount | $/Unit | Amount | $/Unit |
| Gross Potential Rent | $5,090,254 | $18,714 | $5,148,799 | $18,929 | $5,072,400 | $18,649 |
| Vacancy | ($315,098) | ($1,158) | ($298,265) | ($1,097) | ($304,344) | ($1,119) |
| Credit Loss | ($88,546) | ($326) | ($66,361) | ($244) | ($45,773) | ($168) |
| Concessions | ($343,562) | ($1,263) | ($205,974) | ($757) | ($190,722) | ($701) |
| Other Income | $358,644 | $1,319 | $265,974 | $978 | $326,400 | $1,200 |
| **Effective Gross Income (EGI)** | **$4,701,692** | **$17,286** | **$4,844,173** | **$17,809** | **$4,857,961** | **$17,860** |
| **Operating Expenses** | | | | | | |
| Payroll | $417,378 | $1,534 | $387,384 | $1,424 | $408,000 | $1,500 |
| Management Fees | $152,416 | $560 | $154,730 | $569 | $145,739 | $536 |
| General & Administrative | $56,240 | $207 | $63,406 | $233 | $61,200 | $225 |
| Advertising and Promotion | $101,234 | $372 | $83,829 | $308 | $81,600 | $300 |
| Repairs & Maintenance | $244,940 | $901 | $197,042 | $724 | $204,000 | $750 |
| Utilities | $118,018 | $434 | $105,446 | $388 | $108,800 | $400 |
| Insurance | $181,700 | $668 | $207,850 | $764 | $183,600 | $675 |
| Franchise Tax | $0 | $0 | $0 | $0 | $16,080 | $59 |
| Real Estate Taxes | $1,010,448 | $3,715 | $950,405 | $3,494 | $1,030,000 | $3,787 |
| Replacement Reserves | $0 | $0 | $0 | $0 | $68,000 | $250 |
| Total Operating Expenses | $2,282,374 | $8,391 | $2,150,092 | $7,905 | $2,307,019 | $8,482 |
| **Net Operating Income (NOI)** | **$2,419,318** | **$8,895** | **$2,694,081** | **$9,905** | **$2,550,942** | **$9,378** |
| Vacancy (% of GPR) | 6.19% | | 5.79% | | 6.00% | |
| Credit Loss (net of vacancy) | 1.85% | | 1.37% | | 0.96% | |
| Concessions (net of vacancy) | 7.19% | | 4.25% | | 4.00% | |
| Overall Economic Vacancy | 15.24% | | 11.41% | | 10.96% | |
| Management Fee (% of EGI) | 3.24% | | 3.19% | | 3.00% | |
| Expense Ratio (% of EGI) | 48.54% | | 44.39% | | 47.49% | |

***NVC Expenses Estimates***

Our estimation of operating expenses for the subject as of November 26, 2025 are summarized below along with a comparison to the most relevant operating data and the expense comparables.

| Expenses Per Unit Comparison | | | | | |
|---|---|---|---|---|---|
| | Expense Comps (Per Unit) | | | Subject Operations | NVC Projection |
| Expense Category | Low | High | Avg | T12 (October 2025) | |
| Payroll | $1,577 | $1,702 | $1,641 | $1,424 | $1,500 |
| Management Fees | $363 | $501 | $414 | $569 | $536 |
| General & Administrative | $286 | $357 | $320 | $233 | $225 |
| Advertising and Promotion | $178 | $639 | $304 | $308 | $300 |
| Repairs & Maintenance | $769 | $1,045 | $888 | $724 | $750 |
| Utilities | $723 | $1,207 | $1,027 | $388 | $400 |
| Insurance | $601 | $811 | $721 | $764 | $675 |
| Franchise Tax | - | - | - | $0 | $59 |
| Other Expenses | $0 | $463 | $160 | $0 | - |
| Subtotal-Variable Expenses | $4,496 | $6,726 | $5,475 | $4,411 | $4,445 |
| Real Estate Taxes | $2,996 | $3,837 | $3,475 | $3,494 | $3,787 |
| Replacement Reserves | | | | $0 | $250 |
| **Total Expenses** | **$7,492** | **$10,562** | **$8,950** | **$7,905** | **$8,482** |
| *Expense Ratio* | *41.92%* | *52.74%* | *49.14%* | *44.39%* | *47.49%* |
| *Management Fees % of EGI* | *2.12%* | *2.51%* | *2.27%* | *3.19%* | *3.00%* |

***NVC Expenses Estimates***

Our stabilized expense projection is summarized on the previous page, alongside the subject's recent operating history. We have placed weight on recent operations in our projection of stabilized operating expenses. Please refer to the *Description of the Property* section for more details regarding tax expenses. Note that our expense projection also includes $250 /unit in replacement reserves which buyers typically underwrite for apartments similar to the subject. Furthermore, we have projected management fees at 3.00% of EGI which is in line with how most buyer's would underwrite the property.

***NOI Comparison***

NVC's Year One Net Operating Income (NOI) of $2,550,942 is slightly below the reported Trailing NOI of $2,610,001 (net of reserves and franchise tax). This variance is attributable to our lower gross potential rent assumption and a slightly higher tax projection based on the current assessment and resulting taxes. The lower rent projection is supported by the subject's current contract rents and T6 operating statements, which reflect declining rent levels over the past six months. T6 NOI totals $2,335,238 (net of reserves and franchise tax).

In total, our projected expenses are $8,482 per unit, representing an expense ratio of 47.5%. The previously presented expense comparables reported expenses ranging from $7,988 to $9,738 per unit, with expense ratios between 41.9% and 52.7%. The subject property falls within this range on both measures.

## CAPITALIZATION

Capitalization is a process in which projected net income is converted into a single value estimate. The two primary methods of capitalizing income are 1) direct capitalization and 2) yield capitalization.

## DIRECT CAPITALIZATION

There are several methods of deriving an appropriate overall rate to use to capitalize NOI. In determining the appropriate rate for the subject, we have utilized the following methods: A) market extraction, B) investor survey, and C) debt coverage ratio. Each of these methods are considered in the following analysis.

### *A) Market Extraction*

A market-extracted capitalization rate (overall rate) is market-oriented and can be determined by dividing the NOI of a comparable sale by its selling price. If comparables are truly similar to the subject, they will produce a narrow range from which an appropriate rate can be selected and applied to the subject's NOI.

As a basis for comparison, the strengths and weaknesses of the subject are summarized below.

| Strengths And Weaknesses |
|---|
| **Strengths** |
| • Location offers good access and visibility |
| • Rent prices in Forney are generally more affordable compared to larger, more developed cities in the DFW area, such as Dallas, Garland, or Mesquite. |
| • Dallas-Fort Worth continues to draw global attention, especially for corporations looking to relocate to Texas due to its business-friendly climate. |
| • Forney has seen increasing demand for housing due to population growth. |
| • Good condition. Recently completed in 2019. |
| • Stabilized occupancy and historic operation |
| **Weaknesses** |
| • Relatively low barriers to entry in the DFW market for new development |
| • Higher interest rates and overall economic concerns have put upward pressure on rates of return |
| • Rental rates in the Mesquite Apartment Submarket are down 1.3% year-to-date (YTD). Class B rents within the submarket have experienced a larger decline of -2.9% YTD, following a -1.7% drop in 2024. |
| • While the city is growing, some parts of Forney are still in the process of developing infrastructure, including roads and utilities |

Recent sales are summarized in the following table.

| Summary of Sales for Capitalization Rate Extraction | | | | | | |
|---|---|---|---|---|---|---|
| Comp No. | Name/Location | Date of Sale | Year Built | Occupancy At Sale | Total Units | Cap Rate |
| 1 | Century 380<br>26493 East University Drive<br>Little Elm, Texas | 2/25 | 2016 | 93.0% | 416 | 5.20% |
| 2 | Lakeside Villas<br>2991 Lakeside Dr<br>Midlothian, Texas | 12/24 | 2020 | 85.0% | 152 | 5.06% |
| 3 | McKinney Village at the Medical Center<br>201 McKinney Village Pkwy<br>McKinney, Texas | 11/25 | 2016 | 95.0% | 245 | 4.80% |
| 4 | Vantage at Burleson<br>12605 Vantage Parkway<br>Fort Worth, Texas | 2/25 | 2022 | 88.0% | 288 | 4.95% |
| 5 | Ascend at Chisholm Trail<br>9701 Theo Trail<br>Fort Worth, Texas | 9/25 | 2023 | 86.0% | 387 | 4.97% |
| 6 | The Riley<br>480 Commons Dr<br>Burleson, Texas | 11/24 | 2023 | 91.0% | 178 | 4.75% |

These comparable sales indicate a range of capitalization rates of 4.75% to 5.20% on in-place income. Proforma NOI is typically higher than reported in-place NOI, which would indicate a higher capitalization rate at the higher-end of the range of comparables.

There is still some economic uncertainty tied to the cost of debt in today's environment given the continued volatility in the 10-year treasury and bond rates in general. This uncertainty has led to upward pressure on capitalization rates over the past several years. However, we also note that sales activity appears to be picking up in the second half of 2025.

Based on the market data summarized above, we conclude to a range in capitalization rates from 5.00% to 6.00% via market extraction, using proforma NOI.

***B) Investor Survey***

The table below provides current and historical OAR trends (from the PwC Real Estate Investor Survey) that are relevant to the subject property.

| Overall Capitalization Rate (OAR) | | | | |
|---|---|---|---|---|
| | | National Apartment Market | | |
| Reporting Period | | Low | High | Average |
| 2 Years Ago | 3Q23 | 3.75% | 8.00% | 5.28% |
| | 4Q23 | 4.00% | 8.00% | 5.59% |
| | 1Q24 | 4.00% | 7.50% | 5.42% |
| | 2Q24 | 4.00% | 7.50% | 5.44% |
| Year Ago | 3Q24 | 4.00% | 7.50% | 5.38% |
| | 4Q24 | 4.00% | 6.25% | 5.16% |
| | 1Q25 | 4.00% | 6.25% | 5.25% |
| Last Quarter | 2Q25 | 4.00% | 6.25% | 5.30% |
| Current | 3Q25 | 4.00% | 7.00% | 5.35% |




PwC Real Estate Investor Survey 3Q25

In the latest survey, overall capitalization rates for institutional-grade apartment complexes averaged 5.35%. This is essentially flat from one year ago.

Thus, given the subject's tertiary suburban location in Forney, and factoring in that this survey is now somewhat dated, we correlate the data to suggest an appropriate cap rate for the subject to range of 5.00% to 6.00% via the investor survey technique.

**C) Debt Coverage Ratio (DCR) Method**

Due to the current state of the economy and overall trends in the real estate industry, more investors are looking at the relationship between debt and overall cap rates. Thus, we have included the following DCR analysis.

A debt coverage ratio is the ratio of NOI to annual debt service. The DCR method of deriving an overall rate involves factoring the debt coverage ratio that is typically required by a lender during the underwriting of the loan request. The estimated overall rate is derived by multiplying the debt coverage ratio, the loan-to-value ratio, and the mortgage constant.

To estimate an overall rate, the debt coverage ratio is multiplied by the mortgage constant and the loan-to-value ratio. The formula is as follows:

| | | |
|---|---|---|
| Ro | = | DCR x Rm x M |
| Ro | = | overall rate |
| DCR | = | debt coverage ratio |
| Rm | = | mortgage constant |
| M | = | loan-to-value ratio |

In order to gather the necessary information to calculate the OAR for a property similar to the subject, we have reviewed financing information from RealtyRates.com - Investor Survey. According to the most recent survey, current investment parameters applicable are as follows:

| RealtyRates.com Investor Survey - 3rd Quarter 2025* Permanent Financing - Apartment | | | |
|---|---|---|---|
| Component | Minimum | Maximum | Average |
| Interest Rate | 4.94% | 9.22% | 7.34% |
| Amortization Period (years) | 15 | 40 | 26 |
| Mortgage Constant | 0.0945 | 0.0946 | 0.0863 |
| Loan to Value | 55% | 90% | 73% |
| Debt Coverage Ratio | 1.00 | 1.86 | 1.43 |

* Based on data from 2nd Quarter 2025

As indicated, even though the survey is from 3rd Quarter 2025, the data is from 2nd Quarter 2025. Based on the preceding and considering the characteristics of the subject and market conditions, we present a comparison of typical loan terms as of the current date of value.

| DCR Method | |
|---|---|
| Loan Terms Selected | |
| Interest Rate | 5.75% |
| Amortization Period (years) | 30 |
| Mortgage Constant (Rm) | 0.0700 |
| Loan to Value (M) | 65% |
| Debt Coverage Ratio (DCR) | 1.25 |
| DCR Method OAR Indication | |
| DCR x Rm x M = Ro | **5.69%** |

### Conclusion of Capitalization Rate

| Capitalization Rate Indications | |
|---|---|
| Method | Indication |
| Market Extraction | 5.00% - 6.00% |
| Investor Survey | 5.00% - 6.00% |
| Debt Coverage Ratio | 5.69% |
| NVC Reconciled Capitalization Rate | 5.25% |

Based on the preceding, an overall rate of 5.25% is selected for the subject property. The indicated value for the subject is shown in the following table:

| Direct Capitalization | |
|---|---|
| Property ID | Parc at Windmill Farms |
| Projection Period | Yr 1 (YE 10/26) |
| Stabilized NOI | $2,550,942 |
| Capitalization Rate | 5.25% |
| Indicated Market Value | $48,589,371 |
| **"As Is" Value (Rounded)** | **$48,600,000** |

## 2. YIELD CAPITALIZATION (DCF ANALYSIS)

Yield capitalization is utilized as an additional means of estimating the subject's market value by the income capitalization approach. This method utilizes a DCF analysis and is currently in wide use by most sophisticated investors and purchasers of income-producing properties. This method utilizes a DCF analysis that allows for year-to-year variations of projected income and expenses while reflecting all actual contractual income expected to accrue to the property.

Properly utilized, the DCF analysis should mirror the expectations and requirements of typical investors and purchasers of real estate at the time of the appraisal. The criteria used in this analysis are based on the best available data in the marketplace. Documentation and logic supporting the estimates of gross and net income have been previously discussed. Other important elements of the DCF analysis are described in the following sections.

### *Inflation*

To some degree, rental rates and expenses follow inflation. When real estate market conditions are stable, one can expect rental rates will advance no faster than the cost of constructing a new property to serve as a suitable substitute for the subject property.

CPI trends in the subject's market were discussed in the Economic and Demographic Profile section. We project CPI to increase at approximately 3.0% over the holding period. Accordingly, we will use an average general inflation factor of 3.00% throughout the holding period. We note that this is consistent with typical investor underwriting in the subject's market.

### *Rent Escalation*

Trends in supply and demand have the greatest effect on changes in market rental rates. In periods where demand exceeds supply, rents tend to increase at a rate faster than that of inflation. When supply exceeds demand, rents may grow at a much slower rate or experience real declines.

Rental rates in the Mesquite Apartment Submarket are down 1.3% year-to-date (YTD). Class B rents within the submarket have experienced a larger decline of -2.9% YTD, following a -1.7% drop in 2024. Based on this trend, we have projected a 2.0% rent increase in Year 2, followed by a 3.0% increase in Year 3, continuing for the remainder of the holding period.

### *Expense Escalation*

The subject's stabilized expenses previously discussed are applied in the DCF analysis. Expenses are increased by the previously concluded annual inflation rate. The management fee is projected as a percentage of EGI and will fluctuate accordingly.

### *Holding Period*

A 10-year holding period has been selected for use in each respective DCF analysis, which is supported by our in-house survey of institutional investors and the results of the PwC investor survey. An 11th year is calculated for reversionary purposes.

***Discount (Yield) Rate Selection***

The proper selection of a yield rate is critical to the DCF analysis. In order to translate the forecasted income stream into an estimate of value, the NOI for each year, as well as the value of the reversion upon termination of the investment, is discounted to the present utilizing a selected discount rate, which for the purposes of this report is interchangeable with the internal rate of return (IRR).

Yield rates are partially a function of perceived risks. Real estate must compete with other investment instruments in the capital markets. Because real estate is immobile and illiquid, it is generally regarded as higher risk than fixed-rate investments with a stated yield. In addition, yields on commercial real estate are far more difficult to quantify as real estate is traded less frequently than other types of investments.

The PwC survey reported a an average discount rate of 7.44% as of the most recent survey. This is up 19 basis points from one year ago and the highest over the last eight quarters. Please refer to the following table.

| Discount Rate (IRR) | | | | |
|---|---|---|---|---|
| | | National Apartment Market | | |
| Reporting Period | | Low | High | Avg. |
| 2 Years Ago | 3Q23 | 5.75% | 8.00% | 6.77% |
| | 4Q23 | 6.00% | 8.00% | 7.00% |
| | 1Q24 | 6.00% | 9.00% | 7.19% |
| | 2Q24 | 6.00% | 9.00% | 7.21% |
| Year Ago | 3Q24 | 6.00% | 9.00% | 7.25% |
| | 4Q24 | 6.00% | 8.00% | 7.06% |
| | 1Q25 | 6.00% | 9.00% | 7.35% |
| Last Quarter | 2Q25 | 6.00% | 9.00% | 7.33% |
| Current | 3Q25 | 6.00% | 9.00% | 7.44% |




PwC Real Estate Investor Survey 3Q25

Given this data, as well as the previous discussion of direct capitalization rates, including the subject's location and value-add potential, we will use a discount rate of 7.25%; this is 200 bps higher than the going in rate of 5.25%. The PwC survey spread is similar at 209 bps.

***Exit Capitalization Rate Selection***

Most investors typically add 50 to 100 basis points to the stabilized rate to reflect the increased risk of a property at the end of the assumed holding period. The holding period in this analysis is 10 years. A higher terminal capitalization rate is justified by the fact the property will be 10 years older at the end of the holding period, and there is uncertainty of how market conditions will be at this time.

According to the latest PwC survey, the average exit cap rate was 11 points above the going-in rate. This is down 28 basis points from a year ago, as indicated in the table below.

**Going-in/Exit Capitalization Rates**

| | | National Apartment Market | | |
|---|---|---|---|---|
| Reporting Period | | Going-In Cap Rate | Exit Cap Rate | Spread (BPS) |
| 2 Years Ago | 3Q23 | 5.28% | 5.67% | 39.00 |
| | 4Q23 | 5.59% | 5.91% | 32.00 |
| | 1Q24 | 5.42% | 5.77% | 35.00 |
| | 2Q24 | 5.44% | 5.75% | 31.00 |
| Year Ago | 3Q24 | 5.38% | 5.77% | 39.00 |
| | 4Q24 | 5.16% | 5.47% | 31.00 |
| | 1Q25 | 5.25% | 5.55% | 30.00 |
| Last Quarter | 2Q25 | 5.30% | 5.55% | 25.00 |
| Current | 3Q25 | 5.35% | 5.46% | 11.00 |




PwC Real Estate Investor Survey 3Q25

Overall, we conclude with an increase of 25 basis points above the concluded stabilized going-in rate of 5.25%, indicating a terminal capitalization rate of 5.50%.

*Selling Costs*

Respondents in the PwC survey reported anticipated selling costs to be 0.5% to 3.0% of proceeds from resale. Considering the size (financial) of the subject asset, we will deduct 2.00% in selling costs to calculate the reversion at the end of the holding period in our stabilized DCF.

***Yield Capitalization Conclusions***

With each of the required elements now identified, we are able to analyze the results of our DCF analysis. The Discounted Cash Flow is produced on ARGUS Enterprise software. A summary of the cash flow and a valuation matrix is provided at the end of this section. A summary of assumptions is provided in the following table.

| Summary of DCF Assumptions | |
|---|---|
| Property ID | Parc at Windmill Farms |
| Scenario | "As Is" |
| Cash Flow Begin Date | Nov-25 |
| Holding Period | 10 |
| Curent Market Rent | $1,554 |
| Revenue Growth | 2%, 3% |
| Operating Expense Growth | 3.00% |
| Going In Capitalization Rate | 5.25% |
| Terminal Cap Rate | 5.50% |
| Discount Rate | 7.25% |
| Credit Loss Factor | 1.00% |
| Physical Vacancy Factor | 6.00% |
| Selling Expense | 2.00% |

Using the proforma year one NOI, this final value results in a going-in cap rate of 5.15%; this is at the upper-end of the survey data, but reasonable given subject's tertiary suburban location and Class B physical characteristics. Indeed, the average cap rate of the six sales analyzed in the preceding is 4.96%, on in-place income.

**Cash Flow**
**"As Is"**

| For the Years Ending | Year 1 Oct-2026 | Year 2 Oct-2027 | Year 3 Oct-2028 | Year 4 Oct-2029 | Year 5 Oct-2030 | Year 6 Oct-2031 | Year 7 Oct-2032 | Year 8 Oct-2033 | Year 9 Oct-2034 | Year 10 Oct-2035 | Year 11 Oct-2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Multifamily Revenue** | | | | | | | | | | | |
| Potential Market Rent | $5,072,400 | $5,173,848 | $5,329,063 | $5,488,935 | $5,653,603 | $5,823,212 | $5,997,908 | $6,177,845 | $6,363,180 | $6,554,076 | $6,750,698 |
| Potential Rent | $5,072,400 | $5,173,848 | $5,329,063 | $5,488,935 | $5,653,603 | $5,823,212 | $5,997,908 | $6,177,845 | $6,363,180 | $6,554,076 | $6,750,698 |
| Vacancy Allowance | ($304,344) | ($310,431) | ($319,744) | ($329,336) | ($339,216) | ($349,393) | ($359,874) | ($370,671) | ($381,791) | ($393,245) | ($405,042) |
| Additional Concessions | ($190,722) | ($194,537) | ($200,373) | ($206,384) | ($212,575) | ($218,953) | ($225,521) | ($232,287) | ($239,256) | ($246,433) | ($253,826) |
| Credit Loss | ($45,773) | ($46,689) | ($48,089) | ($49,532) | ($51,018) | ($52,549) | ($54,125) | ($55,749) | ($57,421) | ($59,144) | ($60,918) |
| Total Multifamily Revenue | $4,531,560 | $4,622,192 | $4,760,857 | $4,903,683 | $5,050,794 | $5,202,317 | $5,358,387 | $5,519,139 | $5,684,713 | $5,855,254 | $6,030,912 |
| **Other Revenue** | | | | | | | | | | | |
| Other Income | $326,400 | $336,192 | $346,278 | $356,666 | $367,366 | $378,387 | $389,739 | $401,431 | $413,474 | $425,878 | $438,654 |
| Potential Gross Revenue | $4,857,960 | $4,958,384 | $5,107,135 | $5,260,349 | $5,418,160 | $5,580,704 | $5,748,126 | $5,920,569 | $6,098,186 | $6,281,132 | $6,469,566 |
| **Operating Expenses** | | | | | | | | | | | |
| Payroll | $408,000 | $420,240 | $432,847 | $445,833 | $459,208 | $472,984 | $487,173 | $501,789 | $516,842 | $532,347 | $548,318 |
| Management Fees | $145,739 | $148,752 | $153,214 | $157,810 | $162,545 | $167,421 | $172,444 | $177,617 | $182,946 | $188,434 | $194,087 |
| General Admin | $61,200 | $63,036 | $64,927 | $66,875 | $68,881 | $70,948 | $73,076 | $75,268 | $77,526 | $79,852 | $82,248 |
| Marketing | $81,600 | $84,048 | $86,569 | $89,167 | $91,842 | $94,597 | $97,435 | $100,358 | $103,368 | $106,469 | $109,664 |
| Utilities | $108,800 | $112,064 | $115,426 | $118,889 | $122,455 | $126,129 | $129,913 | $133,810 | $137,825 | $141,959 | $146,218 |
| Repairs & Maintenance | $204,000 | $210,120 | $216,424 | $222,916 | $229,604 | $236,492 | $243,587 | $250,894 | $258,421 | $266,174 | $274,159 |
| Real Estate Taxes | $1,030,000 | $1,060,900 | $1,092,727 | $1,125,509 | $1,159,274 | $1,194,052 | $1,229,874 | $1,266,770 | $1,304,773 | $1,343,916 | $1,384,234 |
| Franchise Tax | $16,080 | $16,412 | $16,905 | $17,412 | $17,934 | $18,472 | $19,026 | $19,597 | $20,185 | $20,791 | $21,414 |
| Insurance Expense | $183,600 | $189,108 | $194,781 | $200,625 | $206,643 | $212,843 | $219,228 | $225,805 | $232,579 | $239,556 | $246,743 |
| Replacement Reserves | $68,000 | $70,040 | $72,141 | $74,305 | $76,535 | $78,831 | $81,196 | $83,631 | $86,140 | $88,725 | $91,386 |
| Total Operating Expenses | $2,307,019 | $2,374,720 | $2,445,961 | $2,519,340 | $2,594,920 | $2,672,768 | $2,752,951 | $2,835,540 | $2,920,606 | $3,008,224 | $3,098,471 |
| **Net Operating Income** | **$2,550,942** | **$2,583,664** | **$2,661,174** | **$2,741,009** | **$2,823,239** | **$2,907,936** | **$2,995,175** | **$3,085,030** | **$3,177,581** | **$3,272,908** | **$3,371,095** |
| **Cash Flow Before Debt Service** | **$2,550,942** | **$2,583,664** | **$2,661,174** | **$2,741,009** | **$2,823,239** | **$2,907,936** | **$2,995,175** | **$3,085,030** | **$3,177,581** | **$3,272,908** | **$3,371,095** |

| Analysis Period | Period Ending | Cash Flow Before Debt Service | Present Value "As Is" P.V. of Cash Flow @ 6.75% | P.V. of Cash Flow @ 7.00% | P.V. of Cash Flow @ 7.25% | P.V. of Cash Flow @ 7.50% | P.V. of Cash Flow @ 7.75% | Implied Rate of Return* |
|---|---|---|---|---|---|---|---|---|
| Year 1 | Oct-26 | $2,550,942 | $2,389,641 | $2,384,058 | $2,378,500 | $2,372,969 | $2,367,463 | 5.15% |
| Year 2 | Oct-27 | $2,583,664 | $2,267,254 | $2,256,672 | $2,246,164 | $2,235,729 | $2,225,366 | 5.22% |
| Year 3 | Oct-28 | $2,661,174 | $2,187,608 | $2,172,311 | $2,157,155 | $2,142,140 | $2,127,264 | 5.38% |
| Year 4 | Oct-29 | $2,741,009 | $2,110,760 | $2,091,103 | $2,071,673 | $2,052,469 | $2,033,487 | 5.54% |
| Year 5 | Oct-30 | $2,823,239 | $2,036,612 | $2,012,931 | $1,989,579 | $1,966,552 | $1,943,843 | 5.70% |
| Year 6 | Oct-31 | $2,907,936 | $1,965,068 | $1,937,681 | $1,910,738 | $1,884,231 | $1,858,152 | 5.87% |
| Year 7 | Oct-32 | $2,995,175 | $1,896,038 | $1,865,244 | $1,835,021 | $1,805,356 | $1,776,238 | 6.05% |
| Year 8 | Oct-33 | $3,085,030 | $1,829,432 | $1,795,515 | $1,762,305 | $1,729,783 | $1,697,935 | 6.23% |
| Year 9 | Oct-34 | $3,177,581 | $1,765,166 | $1,728,393 | $1,692,470 | $1,657,374 | $1,623,084 | 6.42% |
| Year 10 | Oct-35 | $3,272,908 | $1,703,158 | $1,663,781 | $1,625,402 | $1,587,995 | $1,551,533 | 6.61% |
| Totals | | $28,798,657 | $20,150,738 | $19,907,688 | $19,669,006 | $19,434,597 | $19,204,366 | |
| Property Resale @ 5.50% Cap Rate | | $60,066,789 | $31,257,597 | $30,534,910 | $29,830,560 | $29,144,042 | $28,474,862 | 5Yr 5.40% |
| Total Unleveraged Present Value | | | $51,408,335 | $50,442,598 | $49,499,567 | $48,578,639 | $47,679,229 | 10Yr 5.82% |
| **Rounded** | | | **$51,400,000** | **$50,400,000** | **$49,500,000** | **$48,600,000** | **$47,700,000** | |

* NOI / (Value + Capital)

*Income Capitalization Approach Reconciliation*

The value indications by both direct capitalization and yield capitalization were employed in order to develop opinions of the value “as is” via the income capitalization approach. The value derived from the direct capitalization method is similar to that derived from the yield capitalization method. Direct capitalization is most useful where lease terms are of shorter duration or where the future change in income is not erratic. Yield capitalization is typically given greater weight where existing leases have a significant impact on the income stream. Yield Capitalization is frequently considered by today’s institutional investor. We have placed greater weight on the yield capitalization method.

**Income Capitalization Reconciliation**

| Value Premise | Direct Capitalization | Yield Capitalization | Reconciled Value Opinion | $/SF | $/Unit |
|---|---|---|---|---|---|
| "As Is" | $48,600,000 | $49,500,000 | $49,500,000 | $177.01 | $181,985 |

# Reconciliation and Final Value

In this valuation, the Sales Comparison and Income Capitalization Approach were used. The resultant values are provided in the following table.

| Final Value Reconciliation | |
|---|---|
| Value Premise | "As Is" |
| Date of Valuation | November 26, 2025 |
| Interest Appraised | Leased Fee |
| No. of Units | 272 |
| Cost Approach | NA |
| Sales Comparison Approach | $49,700,000 |
| Direct Capitalization | $48,600,000 |
| Yield Capitalization | $49,500,000 |
| Income Capitalization Approach | $49,500,000 |
| **Market Value Opinion** | **$49,500,000** |
| Market Value Opinion $/Unit | $181,985 |

***Sales Comparison Approach***

The strength of this approach is that it is based entirely upon the actions of market participants. The sales were analyzed using a price per unit analysis. The weakness of this approach is that there has been limited market activity of truly comparable properties in the subject's area and it is difficult to quantify adjustments for each sale. Furthermore, most investors do not rely on this technique in making their purchase decisions, although it is considered as a test of reasonableness. Overall, minimal weight is accorded to the sales comparison approach.

***Income Capitalization Approach***

The income capitalization approach to value is predicated on the assumption that a strong relationship exists between the net income a property produces and its market value. For this reason, the income capitalization approach focuses on the most important feature to an investor in an income-producing property, the potential net operating income. The direct capitalization technique and the yield capitalization technique were utilized in this approach. The quantity and quality of data available for this approach were considered good, thus we have a high level of confidence in the resulting value indication. We have placed most weight on the income approach for our final value conclusion.

Our market value opinion is subject to certain standard assumptions and limiting conditions which are referenced in the accompanying appraisal report. There is one ***extraordinary assumption*** and no ***hypothetical conditions***, which may have affected the appraisal assignment results.

**EXTRAORDINARY ASSUMPTION:**

1. **At the request of our client, no reinspection of the subject was made. We have assumed the subject is in good, marketable condition for a property of its age, design, quality and location. If at a later date this assumption proves to be materially incorrect, the opinions expressed herein could be affected. Pictures of the subject contained herein are taken from prior appraisal of the subject, for this same client.**

**HYPOTHETICAL CONDITIONS**

None

Case 3:22-cv-02118-X Document 888 Filed 09/04/26 Page 316 of 386 PageID 26198


# Reasonable Exposure Time and Marketing Period

The Statement on Appraisal Standards No. 6 (SMT-6) define reasonable exposure time as follows:

> "The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal."

In contrast, Advisory Opinion 7 (AO-7) marketing time as follows:

> "an opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal."

The key difference between the two is that exposure time is inherent in the market value and is always presumed to precede the effective date of value, whereas the marketing period is the estimated length of time immediately after the effective date of value that will be necessary to sell the property.

***Market Context***

In level markets, the exposure time and marketing time should be identical. In improving markets, the marketing period will probably be shorter than the exposure period, whereas in declining markets, the marketing period will probably be longer than the exposure period. In the following table, we have considered average marketing times indicated in a national real estate investor survey conducted by PwC Real Estate.

| Average Marketing Times | | | | |
|---|---|---|---|---|
| | | National Apartment Market | | |
| Reporting Period | | Low | High | Avg. Months |
| 2 Years Ago | 3Q23 | 2.0 | 12.0 | 6.0 |
| | 4Q23 | 2.0 | 15.0 | 6.3 |
| | 1Q24 | 3.0 | 15.0 | 6.3 |
| | 2Q24 | 3.0 | 15.0 | 6.3 |
| Year Ago | 3Q24 | 3.0 | 15.0 | 6.8 |
| | 4Q24 | 3.0 | 15.0 | 7.5 |
| | 1Q25 | 3.0 | 15.0 | 6.9 |
| Last Quarter | 2Q25 | 3.0 | 15.0 | 6.9 |
| Current | 3Q25 | 3.0 | 15.0 | 6.9 |




PwC Real Estate Investor Survey 3Q25

As shown, the National Apartment market indicates average marketing times close to seven months.

***Conclusion***

Considering both the macro context of the institutional real estate market in general, as well as the micro aspects of the subject property in particular, it is our opinion that the reasonable exposure period inherent in the market value estimate four months.

We estimate that the forward-looking marketing period is also at four months. This is the length of time that we estimate it will take to sell the subject property at the appraised value.

| Exposure and Marketing Period Conclusions | |
|---|---|
| Exposure Period Implicit in Market Value Estimate | 4 Months |
| Forecasted Marketing Period | 4 Months |

# Certification

We certify that, to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. We have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

4. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. Our analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP), the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute.

8. The subject was inspected by Mr. Charles Dannis, MAI, SRA for a previous assignment. Please refer to the *Scope of Work* section of this report for more information.

9. Additional employees of National Valuation Consultants, Inc. provided assistance with the preparation of this report. Brad Kilgore with NVC Dallas provided significant real property appraisal assistance under the direction and supervision of the person signing this report. This included property inspection & description, comparable data research, market analysis, highest & best use, application of valuation approaches and reconciliation. Otherwise, no one provided significant real property appraisal assistance to the person signing this certification.

10. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

11. As of the date of this report, Charles G. Dannis, MAI, SRA has completed the continuing education program for Designated Members of the Appraisal Institute.

12. We have performed appraisal services, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.



Charles G. Dannis, MAI, SRA
Senior Managing Director
Texas Certified General Appraiser
License No.: TX 1321531 G
Phone: 214-932-1818
Email: cdannis@nvcinc.com

ADDENDA

# Charles (Chuck) G. Dannis, MAI, SRA

## Senior Managing Director

NVC
National Valuation Consultants, Inc.



Chuck has been a real estate appraiser and consultant since 1972. In 1976, he co-founded the Dallas-based appraisal firm Crosson Dannis, Inc., which provided real estate appraisal and consultation services throughout the U.S. for more than 35 years. In 2015, Crosson Dannis merged with National Valuation Consultants to create one of the largest privately held commercial real estate valuation and advisory firms in the United States.

Chuck currently serves as the Senior Managing Director of NVC's Dallas office, overseeing all aspects of its day-to-day operations including bidding, structuring and engaging appraisal assignments and managing the office's valuation team.

### Professional Experience

National Valuation Consultants, Inc. — January 2015 - Present

*One of the largest, privately held commercial real estate valuation and advisory companies in the United States with a focus on institutional real estate clients*

Crosson Dannis, Inc. — 1977 – December 2014

Served as co-founder and President of this full-service real estate appraisal and consulting firm operating throughout the United States.

First Texas Financial Corporation and Mutual Savings — 1974 - 1976

Initially employed as Regional Supervisor, subsequently promoted to Assistant Vice President. Responsible for management and marketing of all company-owned real estate developments with concurrent responsibilities of all appraisal work on income-producing property loans. Residential developments included several single-family subdivisions and a large, planned unit development.

Oak Cliff Savings and First Texas Financial Corporation — 1972 - 1974

Employed as a Staff Appraiser for a statewide savings and loan holding company, involving real estate appraisal and consulting work on all types of properties.

### Education

Southern Methodist University — B.B.A. – Management
Graduate Studies in Finance and Real Estate

### Certifications and Licenses

Certified General Appraiser in the State of Texas

### Professional Affiliations

- Member of the Appraisal Institute (MAI and SRA)
- Chairman – Ethics Committee, Appraisal Institute[1]
- Chairman – Candidate Guidance, Appraisal Institute[1]
- Chairman – Public Relations, Appraisal Institute[1]
- Chairman – Symposium Committee, Appraisal Institute[2]
- Vice Chairman – Research Committee, Appraisal Institute[2]
- Member – Appraisal Standards Council, Appraisal Institute[2]

[1]Local Chapter
[2]National Appointment

**PHONE:**
Direct: 214.932.1818
Mobile: 214.707.1851

**EMAIL:**
cdannis@nvcinc.com

**WEBSITE:**
www.nvcinc.com

**NVC - DALLAS**
6060 North Central Expressway
Suite 740
Dallas, TX 75206

## PROFESSIONAL AFFILIATIONS (CONT.)

- Chairman – Valuation Committee, National Council of Real Estate Investment Fiduciaries
- Chairman, Education Committee, National Council of Real Estate Investment Fiduciaries
- Board of Directors, National Council of Real Estate Investment Fiduciaries (1997-2001;2015-2023); Chairman of the Board (2020 -2022)
- Lecturer – Nuts & Bolts (Essentials) of Institutional Real Estate, National Council of Real Estate Investment Fiduciaries, 2001-
- Adjunct Professor of Practice in Real Estate, Edwin L. Cox School of Business, SMU, 1988-
- Chairman - City of Dallas, Economic Review Panel for the Landmark Commission, 2002, 2008
- Mayor's Real Estate Task Force for the City of Dallas, 2003-2006

## PUBLICATIONS, SPEECHES AND LECTURES

- Articles contributed to the following publications:

  *Appraisal Journal*
  *Real Estate Review*
  *Institutional Real Estate Letter*
  *Real Estate Finance*
  *D Magazine (blog)*
  *Dallas Business Journal*

- Participation in various Educational Symposiums/Conferences including MBA (Texas, Louisiana and National Conferences), IPT, NCREIF, SMU, Appraisal Institute

## BOARDS, CIVIC AND PROFESSIONAL SERVICE (PAST AND PRESENT)

- Guest Lecturer at graduate business schools of: UT Austin, UT Arlington, Texas A&M, Harvard, DePaul, and UT Dallas
- Board of Trustees – The Dallas Marathon, benefiting The Texas Scottish Rite Hospital for Children (President/Chairman, 2005-2008; Chairman Emeritus, 2009-)
- Board of Directors – Folsom Institute for Real Estate, SMU/Cox, Vice Chair Education (2014 -)
- Host of "The Real Estate Hour", 1992 – 2008; 2020 - 2022 (CBS Radio Network, Dallas affiliate)
- Founder, SMU Real Estate Society at the SMU Cox School of Business
- Board of Governors, Chartered Realty Investor Society
- Board of Directors – Friends of The Katy Trail (2011 - 2016)
- Board of Trustees – The Shelton School (2013 -), an Internationally known school for children that learn differently
- Independent Director, TIER REIT (2003 - 2017); Chairman of the Board (2013 - 2015)
- Qualified as an expert witness in several states and courts throughout the U.S.

## AWARDS AND HONORS

- The Dallas Marathon's Victory Award for Excellence and Community Service, 2011
- First recipient of the Eugene T. Byrne Endowed Faculty Innovation Award, SMU Cox School of Business, 2006
- HOPE Professor Nominee, SMU Cox School of Business, 2008, 2009 and 2021
- Mortgage Bankers Association, Faculty Fellow Award, 1996-1997
- First Recipient of the Folsom Institute for Real Estate/SMU Real Estate Society's Distinguished Real Estate Alumni Award – 2015
- Appraisal Institute Education Trust's Dr. William N. Kinnard, Jr. Award in recognition of his professionalism and commitment to real estate appraisal education, 2016
- Commandant of the U.S. Marine Corps Quality Citizen Award, 2008
- North Texas Commercial Association of Realtors "Michael F. McAuley Lifetime Achievement Award" for his personal efforts to the community, to professional organizations committed to the real estate industry and to charitable pursuits, 2019
- Included in the 2023 and 2024 DCEO Dallas 500 Most Influential Business Leaders in North Texas

CHARLES GLENN DANNIS
6060 N CENTRAL EXPY STE 740
DALLAS, TX 75206

TALCB
TEXAS APPRAISER LICENSING & CERTIFICATION BOARD

# Certified General Real Estate Appraiser

Appraiser: **Charles Glenn Dannis**
License #: **TX 1321531 G** License Expires: **01/31/2026**

Having provided satisfactory evidence of the qualifications required by the Texas Appraiser Licensing and Certification Act, Occupations Code, Chapter 1103, authorization is granted to use this title: Certified General Real Estate Appraiser

For additional information or to file a complaint please contact TALCB at www.talcb.texas.gov.

**Chelsea Buchholtz**
**Executive Director**

# NVC
## National Valuation Consultants, Inc.



- OFFICE LOCATIONS
- SPECIALISTS
- ASSIGNMENTS

**17,000** Valuation & Consulting Assignments In 2023-24

**930** Clients Served

**535** Markets Covered

## CLIENTS SERVED

- Pension Funds & Advisors
- Real Estate Investment Trusts
- Wall Street Investment Banks
- National, Regional & Local Banks
- Life Insurance Companies
- Hedge Funds
- Public Sector Agencies
- Opportunity Funds
- Special Servicers
- Law Firms
- Family Offices
- Corporations
- Governments

## SPECIALIZED PROPERTIES

- Affordable Housing
- Automobile Sales & Service
- Aviation & Fixed Base Operations
- Car Washes
- Casinos
- Cold Storage
- Conservation Easements
- Data Centers
- Day Care Facilities
- Educational Facilities/Schools
- Eminent Domain & Litigation
- Entertainment Venues
- Gas Stations and C-Stores
- Going Concern Properties
- Golf/Resort Properties
- Government Buildings
- Healthcare Facilities
- Life Science Facilities
- Marinas
- Mixed-Use Developments
- Mobile Home/RV Parks
- NNN Leased Properties
- Parking Facilities
- Preserves & Public Lands
- Production Farms & Ranches
- Religious Facilities
- Self-Storage
- Senior Housing
- Ski Areas
- Student Housing
- Timberlands

## WEST

### Seattle
Robert Taylor, MAI – Senior Managing Director
rtaylor@nvcinc.com | 206.865.6742

### San Francisco
Brady Barbier, MAI – Senior Managing Director
bbarbier@nvcinc.com | 415.310.7974

### Los Angeles
Greg Sutton, MAI – Senior Managing Director
gsutton@nvcinc.com | 303.301.8072

## SOUTHWEST

### Denver
Larry Stark, MAI, CRE, FRICS – CEO
lstark@nvcinc.com | 303.301.8000

Matt Ansay, MAI, CRE – President
mansay@nvcinc.com | 303.301.8001

### Dallas
Chuck Dannis, MAI – Senior Managing Director
cdannis@nvcinc.com | 214.932.1818

### Houston
Doug Needham, MAI – Senior Managing Director
dneedham@nvcinc.com | 281.929.0184

### San Antonio
Meredith Massar – Vice President
mmassar@nvcinc.com | 281.929.0183

## MIDWEST

### Chicago
Jim Moher, MAI – Senior Managing Director
jmoher@nvcinc.com | 513.929.4100

### Cincinnati
Jim Moher, MAI – Senior Managing Director
jmoher@nvcinc.com | 513.929.4100

### Columbus
Eric Taylor, MAI – Senior Vice President
etaylor@nvcinc.com | 614.557.2531

## NORTHEAST

### Boston
John Monaco – Managing Director
jmonaco@nvcinc.com | 862.345.7945

### NY/NJ Metro
John Monaco – Managing Director
jmonaco@nvcinc.com | 862.345.7945

## SOUTHEAST

### Atlanta
Peter Lamas, MAI – Senior Managing Director
plamas@nvcinc.com | 404.920.8429

### Nashville
John McCullough – Vice President
jmccullough@nvcinc.com | 678.888.5781

### Savannah
Jeff Keller – SVP, Regional Manager
jkeller@nvcinc.com | 404.419.7300

### South Florida
Chuck Gardner, MAI – Senior Managing Director
cgardner@nvcinc.com | 561.379.2918

NVC
National Valuation Consultants, Inc.



NVC is the largest privately held commercial real estate valuation and advisory firm in the United States. Our corporate headquarters is located in Denver, with regional offices in Atlanta, Boston, Chicago, Cincinnati, Columbus, Dallas, Houston, Los Angeles, Nashville, the NY/NJ Metro area, San Antonio, San Francisco, Savannah, Seattle and South Florida.

Since the establishment of our firm in 1991, NVC's focus has been on two guiding principles: client service and quality of product. Our unwavering commitment to these standards has served us well, solidifying our reputation as a leader in the industry.

Our firm's 16 offices and highly experienced professional team of 120 individuals, including a blend of MAIs, Certified General Appraisers, analysts and full-time research staff, ensures the prompt allocation of resources on assignments of any size.

NVC's Valuation and Real Estate Advisory Services (REAS) groups provide a unique combination of complete independence and transparent accountability to some of the largest companies and real estate funds in North America.

Our firm provides a wide range of valuation and consulting services, including:

- Commercial Real Estate Appraisal
- Portfolio Valuations
- Real Estate Advisory Services
- Market Studies and Feasibility Analysis
- Litigation Support & Expert Testimony
- Condemnation/Eminent Domain
- Tax Appeals
- Appraisal Management Services
- Proprietary Appraisal Management Platform



**Larry Stark, MAI, CRE, FRICS**
CEO/Founding Principal
303.301.8000
lstark@nvcinc.com



**Matt Ansay, MAI, CRE**
President
303.301.8001
mansay@nvcinc.com

## MAIN VALUATION GROUPS

**17,000 VALUATION & CONSULTING ASSIGNMENTS IN 2023-2024**

| | | |
|---|---|---|
| INDUSTRIAL | 4,170 Assignments | 200 Markets |
| MULTIFAMILY | 2,860 Assignments | 125 Markets |
| RETAIL | 2,300 Assignments | 200 Markets |
| OFFICE | 2,190 Assignments | 130 Markets |
| LAND/SUBDIVISION | 900 Assignments | 135 Markets |
| HOTELS | 380 Assignments | 100 Markets |

# Comparable Sale 1

**Apartment Mid/High Rise**

NVC # 284170

Century 380 • 26493 East University Drive, Little Elm, Texas






## PROPERTY DATA

| | |
|---|---|
| Description | Four-story, Class A, Mid-rise Apartment Community. |
| No. of Buildings | 1 |
| Year Built | 2016 |
| Total Units | 416 |
| Total SF | 427,626 |
| Average Unit Size | 1,028 SF |
| Land Size | 733,951 SF |
| Density | 24.69 |
| Project Amenities | BBQ Grills, Clubhouse, Computer Lab/Business Center, Dog Wash, Dog/Pet Park, Fitness Center, Jogging Trail, On-site Leasing Office, Playground, Pool, Valet Trash |
| Unit Amenities | 9' Ceilings, AC, Balcony/Patio, Granite Counters, High Speed Internet, Stainless Steel Appliances, Track Lighting, W/D Hookups |
| Parking | Open, Carports, and Electric Vehicle Charging Station. |

## PROPERTY IDENTIFICATION

| | |
|---|---|
| Property Name | Century 380 |
| Address / Location | 26493 East University Drive |
| City, County, State | Little Elm, Denton, Texas |

## SALE DATA

| | |
|---|---|
| Sale Price | $66,000,000 |
| Sale Price/Unit | $158,654 |
| Sale Price/RSF | $154.34 |
| Cap Rate | 5.20% |
| Date of Sale | 02/26/2025 |
| Grantor | SREIT Luxe, LP |
| Grantee | SPI Aubrey 416 DE, LLC |
| Document # | 2025-19887 |
| Terms | Cash to seller |
| Marketing Time | N/AV |
| Contract Time | N/AV |
| Occupancy at Sale | 93.0% |

**Comparable 1 Cont...**

## APARTMENT UNIT MIX

| Unit Type | Quantity | Size (SF) | Monthly Rent | Rent/SF | Total SF | Total Rent |
|---|---|---|---|---|---|---|
| 4 BD/ 4 BA | 20 | 1,743 | | | 34,860 | |
| 3 BD/ 3 BA | 62 | 1,408 | | | 87,296 | |
| 2 BD/ 2 BA | 10 | 1,130 | | | 11,300 | |
| 2 BD/ 2 BA | 15 | 1,143 | | | 17,145 | |
| 2 BD/ 2 BA | 74 | 1,170 | | | 86,580 | |
| 1 BD/ 1 BA | 70 | 652 | | | 45,640 | |
| 1 BD/ 1 BA | 80 | 726 | | | 58,080 | |
| 1 BD/ 1 BA | 10 | 835 | | | 8,350 | |
| `2 BD/ 2 BA | 75 | 1,045 | | | 78,375 | |

**Total Monthly Rent:** $0

**Average Rent Per Unit:**

**Average Rent Per SF:**

*The data shown in this section reflects the unit mix and advertised rental rates as of the date of sale. These figures may differ from the actual contract rent shown in the income data section.*

## INCOME & EXPENSE DATA

| | Gross Amount | Per Unit | Per SF |
|---|---|---|---|
| Rental Income | | | |
| Other Income | | | |
| Vacancy (0.0%) | $0 | $0 | $0.00 |
| **Effective Gross Income** | **$0** | **$0** | **$0.00** |
| Expenses | | | |
| Reserves | | | |
| **Net Operating Income** | **$3,432,000** | **$8,250** | **$8.03** |

| | |
|---|---|
| **Overall Cap Rate** | 5.20% |
| **EGIM** | .00 |
| **Expense Ratio** | |
| **Sale Price Per Unit** | $158,654 |
| **Sale Price Per SF** | $154.34 |

**Source:** In Place

**Comments:** See comments

## SALE COMMENTS

According to confidential source the sale price was $66.0 Million, 93% occupied and the cap rate was reported as being 5.20%.

The property sold as a market rent apartment community and land titling subsequently transferred to the Development authority during tax abatement. The grantee plans to convert to a mix of affordable/market rent apartments targeting 50% of the units serving 80% AMI, although plans are pending approval.

The property was renamed Encore 380 after the sale.

The property is located in the Town of Little Elm but has a City of Aubrey address.

2024 Demographics within one Mile:

Households: 3,268
Median Household Income: $97,451
Median Home Value: $298,941

CoStar " Star" rating: 4 star Mid-rise Apartment Community
Walk Score: 34 (Car-dependent)
Transit Score: None Available

| VERIFICATION | |
|---|---|
| Verified By | Confidential |
| Telephone | N/A |
| Surveyed By | Dennis Young |
| Surveyed Date | 11/21/2025 |
| Reviewed By | Bradley Kilgore |

# Comparable Sale 2

**Apartment Garden/Low Rise**

NVC # 284180

Lakeside Villas • 2991 Lakeside Dr, Midlothian, Texas






## PROPERTY DATA

| | |
|---|---|
| Description | Two-story, Class B, Garden Apartment Community. |
| No. of Buildings | 1 |
| Year Built | 2020 |
| Total Units | 152 |
| Total SF | 145,384 |
| Average Unit Size | 956 SF |
| Land Size | 434,489 SF |
| Density | 15.24 |
| Project Amenities | BBQ Grills, Clubhouse, Computer Lab/Business Center, Dog/Pet Park, Fitness Center, On-site Leasing Office, Playground, Pool, Valet Trash |
| Unit Amenities | AC, Balcony/Patio, High Speed Internet, Storage, Views, W/D Hookups |
| Parking | Open, Carports, and Detached Garages. |

## PROPERTY IDENTIFICATION

| | |
|---|---|
| Property Name | Lakeside Villas |
| Address / Location | 2991 Lakeside Dr |
| City, County, State | Midlothian, Ellis County, Texas |

## SALE DATA

| | |
|---|---|
| Sale Price | $27,500,000 |
| Sale Price/Unit | $180,921 |
| Sale Price/RSF | $189.15 |
| Cap Rate | 5.06% |
| Date of Sale | 12/30/2024 |
| Grantor | 2991 Lakeside Drive LLC |
| Grantee | TEG Lakeside LLC |
| Document # | 2441262 |
| Terms | Cash to seller |
| Marketing Time | N/AV |
| Contract Time | N/AV |
| Occupancy at Sale | 85.0% |

**Comparable 2 Cont...**

## APARTMENT UNIT MIX

| Unit Type | Quantity | Size (SF) | Monthly Rent | Rent/SF | Total SF | Total Rent |
|---|---|---|---|---|---|---|
| 3 BD/ 2 BA | 32 | 1,249 | | | 39,968 | |
| 2 BD/ 2 BA | 56 | 1,039 | | | 58,184 | |
| 1 BD/ 1 BA | 64 | 738 | | | 47,232 | |

**Total Monthly Rent:** **$0**

**Average Rent Per Unit:**

**Average Rent Per SF:**

*The data shown in this section reflects the unit mix and advertised rental rates as of the date of sale. These figures may differ from the actual contract rent shown in the income data section.*

## INCOME & EXPENSE DATA

| | Gross Amount | Per Unit | Per SF |
|---|---|---|---|
| Rental Income | | | |
| Other Income | | | |
| Vacancy (0.0%) | $0 | $0 | $0.00 |
| **Effective Gross Income** | **$0** | **$0** | **$0.00** |
| Expenses | | | |
| Reserves | | | |
| **Net Operating Income** | **$1,391,500** | **$9,155** | **$9.57** |

| | |
|---|---|
| **Overall Cap Rate** | 5.06% |
| **EGIM** | .00 |
| **Expense Ratio** | |
| **Sale Price Per Unit** | $180,921 |
| **Sale Price Per SF** | $189.15 |

**Source:** In Place

**Comments:** See comments

## SALE COMMENTS

According to confidential source the sale price was $27.5 Million, 85% occupied (per ALN) and the cap rate was reported as being 5.06%.

The property was renamed Blacksand Legacy at Midlothian Meadows after the sale.

As a part of the Sale, the grantee assumed the outstanding HUD loan.

2024 Demographics within one Mile:

Households: 3,268
Median Household Income: $97,451
Median Home Value: $298,941

CoStar " Star" rating: 4 star Mid-rise Apartment Community
Walk Score: 34 (Car-dependent)
Transit Score: None Available

## VERIFICATION

| | |
|---|---|
| Verified By | Confidential |
| Telephone | N/A |
| Surveyed By | Dennis Young |
| Surveyed Date | 11/21/2025 |
| Reviewed By | Bradley Kilgore |

# Comparable Sale 3

**Apartment Garden/Low Rise**

NVC # 283975

McKinney Village at the Medical Center • 201 McKinney Village Pkwy, McKinney, Texas






## PROPERTY DATA

| | |
|---|---|
| Description | Three-Story, Class A, Garden Apartment Community |
| No. of Buildings | 1 |
| Year Built | 2016 |
| Total Units | 245 |
| Total SF | 187,315 |
| Average Unit Size | 765 SF |
| Land Size | 417,740 SF |
| Density | 25.55 |
| Project Amenities | BBQ Grills, Clubhouse, Computer Lab/Business Center, Dog/Pet Park, Fitness Center, On-site Leasing Office, Pool, Valet Trash |
| Unit Amenities | AC, Balcony/Patio, Granite Counters, Stainless Steel Appliances, Storage, W/D Hookups |
| Additional Amenities | Bike Storage |
| Parking | Open, carports, attached and detached garages |

## PROPERTY IDENTIFICATION

| | |
|---|---|
| Property Name | McKinney Village at the Medical Center |
| Address / Location | 201 McKinney Village Pkwy |
| City, County, State | McKinney, Collin, Texas |

## SALE DATA

| | |
|---|---|
| Sale Price | $45,250,000 |
| Sale Price/Unit | $184,694 |
| Sale Price/RSF | $241.57 |
| Cap Rate | 4.70% |
| Date of Sale | 11/12/2025 |
| Grantor | IPXI MF McKinney Investors, LLC |
| Grantee | TX McKinney Village LLC |
| Document # | 2025000146839 |
| Terms | Cash to seller |
| Marketing Time | N/AV |
| Contract Time | N/AV |
| Occupancy at Sale | 95.0% |

**Comparable 3 Cont...**

| APARTMENT UNIT MIX | | | | | | |
|---|---|---|---|---|---|---|
| **Unit Type** | **Quantity** | **Size (SF)** | **Monthly Rent** | **Rent/SF** | **Total SF** | **Total Rent** |
| Studio | 85 | 575 | | | 48,875 | |
| Studio | 10 | 600 | | | 6,000 | |
| 2 BD/ 2 BA Townhome | 02 | 1,196 | | | 2,392 | |
| 2 BD/ 2 BA | 05 | 1,080 | | | 5,400 | |
| 2 BD/ 2 BA | 02 | 1,116 | | | 2,232 | |
| 2 BD/ 2 BA | 02 | 1,121 | | | 2,242 | |
| 2 BD/ 2 BA | 02 | 1,128 | | | 2,256 | |
| 2 BD/ 2 BA | 02 | 1,128 | | | 2,256 | |
| 2 BD/ 2 BA | 05 | 1,140 | | | 5,700 | |
| 2 BD/ 2 BA | 02 | 1,165 | | | 2,330 | |
| 2 BD/ 2 BA | 02 | 1,166 | | | 2,332 | |
| 2 BD/ 2 BA | 02 | 1,170 | | | 2,340 | |
| 2 BD/ 2 BA | 02 | 1,202 | | | 2,404 | |
| 2 BD/ 2 BA | 02 | 1,235 | | | 2,470 | |
| 2 BD/ 2 BA | 02 | 1,264 | | | 2,528 | |
| 2 BD/ 2 BA | 02 | 1,272 | | | 2,544 | |
| 2 BD/ 2 BA | 02 | 1,272 | | | 2,544 | |
| 2 BD/ 2 BA | 02 | 1,275 | | | 2,550 | |
| 2 BD/ 2 BA | 02 | 1,287 | | | 2,574 | |
| 2 BD/ 2 BA | 02 | 1,330 | | | 2,660 | |
| 2 BD/ 2 BA | 02 | 1,416 | | | 2,832 | |
| 1 BD/ 1 BA | 10 | 658 | | | 6,580 | |
| 1 BD/ 1 BA | 20 | 705 | | | 14,100 | |
| 1 BD/ 1 BA | 10 | 720 | | | 7,200 | |
| 1 BD/ 1 BA | 10 | 742 | | | 7,420 | |
| 1 BD/ 1 BA | 10 | 743 | | | 7,430 | |
| 1 BD/ 1 BA | 05 | 750 | | | 3,750 | |
| 1 BD/ 1 BA | 08 | 779 | | | 6,232 | |
| 1 BD/ 1 BA | 10 | 810 | | | 8,100 | |
| 1 BD/ 1 BA | 05 | 819 | | | 4,095 | |
| 1 BD/ 1 BA | 08 | 824 | | | 6,592 | |
| 1 BD/ 1 BA | 05 | 831 | | | 4,155 | |
| 1 BD/ 1 BA | 05 | 840 | | | 4,200 | |

**Total Monthly Rent:** **$0**

**Average Rent Per Unit:**

**Average Rent Per SF:**

*The data shown in this section reflects the unit mix and advertised rental rates as of the date of sale. These figures may differ from the actual contract rent shown in the income data section.*

## INCOME & EXPENSE DATA

| | Gross Amount | Per Unit | Per SF |
|---|---|---|---|
| Rental Income | | | |
| Other Income | | | |
| Vacancy (0.0%) | $0 | $0 | $0.00 |
| **Effective Gross Income** | **$0** | **$0** | **$0.00** |
| Expenses | | | |
| Reserves | | | |
| **Net Operating Income** | **$2,126,750** | **$8,681** | **$11.35** |

| | |
|---|---|
| **Overall Cap Rate** | 4.70% |
| **EGIM** | .00 |
| **Expense Ratio** | |
| **Sale Price Per Unit** | $184,694 |
| **Sale Price Per SF** | $241.57 |

**Source:** Historical T12

**Comments:** See comments

## SALE COMMENTS

According to confidential source the property sold for sale price was $45.25 million was 95% occupied at the time of sale and the cap rate was reported as being 4.70% on T-3 adjusted for taxes.

2024 Demographics within one Mile:

Households: 3,768
Median Household Income: $51,102
Median Home Value: $289,639

CoStar " Star" rating: 4 star Garden Apartment Community
Walk Score: 9 (Car-Dependent)
Transit Score: None available

## VERIFICATION

| | |
|---|---|
| Verified By | Confidential |
| Telephone | N/A |
| Surveyed By | Dennis Young |
| Surveyed Date | 11/21/2025 |
| Reviewed By | Bradley Kilgore |

# Comparable Sale 4

**Apartment Garden/Low Rise**

NVC # 283578

Vantage at Burleson • 12605 Vantage Parkway, Fort Worth, Texas






## PROPERTY DATA

| | |
|---|---|
| Description | Three-story, Class B, Garden Apartment Community. |
| No. of Buildings | 1 |
| Year Built | 2022 |
| Total Units | 288 |
| Total SF | 249,228 |
| Average Unit Size | 865 SF |
| Land Size | 760,673 SF |
| Density | 16.49 |
| Project Amenities | BBQ Grills, Clubhouse, Computer Lab/Business Center, Dog/Pet Park, Fitness Center, On-site Leasing Office, Pool, Valet Trash |
| Unit Amenities | AC, Balcony/Patio, Granite Counters, High Speed Internet, Storage, W/D |
| Parking | Open, carports, and detached garages, |

## PROPERTY IDENTIFICATION

| | |
|---|---|
| Property Name | Vantage at Burleson |
| Address / Location | 12605 Vantage Parkway |
| City, County, State | Fort Worth, Tarrant, Texas |

## SALE DATA

| | |
|---|---|
| Sale Price | $54,000,000 |
| Sale Price/Unit | $187,500 |
| Sale Price/RSF | $216.67 |
| Cap Rate | 4.95% |
| Date of Sale | 02/28/2025 |
| Grantor | Vantage at Burleson, LLC |
| Grantee | HPI Burleson LLC |
| Document # | D225034133 |
| Terms | Cash to seller |
| Marketing Time | N/AV |
| Contract Time | N/AV |
| Occupancy at Sale | 88.0% |

**Comparable 4 Cont...**

## APARTMENT UNIT MIX

| Unit Type | Quantity | Size (SF) | Monthly Rent | Rent/SF | Total SF | Total Rent |
|---|---|---|---|---|---|---|
| 1 BD/ 1 BA | 70 | 617 | | | 43,190 | |
| 1 BD/ 1 BA | 02 | 629 | | | 1,258 | |
| 1 BD/ 1 BA | 70 | 735 | | | 51,450 | |
| 1 BD/ 1 BA | 02 | 747 | | | 1,494 | |
| 2 BD/ 2 BA | 90 | 978 | | | 88,020 | |
| 2 BD/ 2 BA | 06 | 984 | | | 5,904 | |
| 3 BD/ 2 BA | 24 | 1,151 | | | 27,624 | |
| 3 BD/ 2 BA | 24 | 1,262 | | | 30,288 | |

**Total Monthly Rent:** **$0**
**Average Rent Per Unit:**
**Average Rent Per SF:**

*The data shown in this section reflects the unit mix and advertised rental rates as of the date of sale. These figures may differ from the actual contract rent shown in the income data section.*

## INCOME & EXPENSE DATA

| | Gross Amount | Per Unit | Per SF |
|---|---|---|---|
| Rental Income | | | |
| Other Income | | | |
| Vacancy (0.0%) | $0 | $0 | $0.00 |
| **Effective Gross Income** | **$0** | **$0** | **$0.00** |
| Expenses | | | |
| Reserves | | | |
| **Net Operating Income** | **$2,673,000** | **$9,281** | **$10.73** |

| | |
|---|---|
| **Overall Cap Rate** | 4.95% |
| **EGIM** | .00 |
| **Expense Ratio** | |
| **Sale Price Per Unit** | $187,500 |
| **Sale Price Per SF** | $216.67 |

**Source:** In Place
**Comments:** See comments

## SALE COMMENTS

According to a confidential source, the sale price was $54.0 Million. The property was 88% occupied (per ALN) at the time of sale. The Reported actual cap rate of 4.95%.

The property was re named Fairmount Oaks after the sale.

2024 Demographics within one Mile:
Households: 4,158
Median Household Income: $77,017
Median Home Value: $239,979

CoStar " Star" rating: 3 star Garden apartment community
Walk Score: 29 (Car-dependent)
Transit Score: None available

## VERIFICATION

| | |
|---|---|
| Verified By | Confidential |
| Telephone | N/A |
| Surveyed By | Dennis Young |
| Surveyed Date | 10/24/2025 |
| Reviewed By | Bradley Kilgore |

# Comparable Sale 5

**Apartment Garden/Low Rise**

NVC # 283571

Ascend at Chisholm Trail • 9701 Theo Trail, Fort Worth, Texas






## PROPERTY DATA

| | |
|---|---|
| Description | Three-story, Class B, Low-Rise, Apartment Community. |
| No. of Buildings | 1 |
| Year Built | 2023 |
| Total Units | 387 |
| Total SF | 361,988 |
| Average Unit Size | 935 SF |
| Land Size | 917,784 SF |
| Density | 18.37 |
| Project Amenities | BBQ Grills, Clubhouse, Community Conference Room, Dog Wash, Dog/Pet Park, Fitness Center, Game Room, On-site Leasing Office, Pool, Valet Trash |
| Unit Amenities | AC, Balcony/Patio, Granite Counters, High Speed Internet, Stainless Steel Appliances, W/D |
| Additional Amenities | Fitness Studio with Yoga Room, Outdoor Game Lounge w/ Corn Hole, and Fireplace Lounge and Pool Table. |
| Parking | Open and Detached Garages |

## PROPERTY IDENTIFICATION

| | |
|---|---|
| Property Name | Ascend at Chisholm Trail |
| Address / Location | 9701 Theo Trail |
| City, County, State | Fort Worth, Tarrant, Texas |

## SALE DATA

| | |
|---|---|
| Sale Price | $77,000,000 |
| Sale Price/Unit | $198,966 |
| Sale Price/RSF | $212.71 |
| Cap Rate | 4.97% |
| Date of Sale | 09/25/2025 |
| Grantor | DHIC-Chisholm Trail, LLC |
| Grantee | Chisholm Acquisitions I LLC (50.0000%), Chisholm Acquisitions II LLC (18.3735%), Chisholm Acquisitions III LLC (24.0964%), and Chisholm Acquisitions IV LLC (7.5301%) |
| Document # | D255180502 |
| Terms | Cash to seller |
| Marketing Time | N/AV |
| Contract Time | N/AV |
| Occupancy at Sale | 86.0% |

**Comparable 5 Cont...**

## APARTMENT UNIT MIX

| Unit Type | Quantity | Size (SF) | Monthly Rent | Rent/SF | Total SF | Total Rent |
|---|---|---|---|---|---|---|
| 3 BD/ 2 BA Cottage | 30 | 1,402 | | | 42,060 | |
| 3 BD/ 2 BA | 12 | 1,327 | | | 15,924 | |
| 2 BD/ 2BA Cottage | 35 | 1,157 | | | 40,495 | |
| 2 BD/ 2BA | 60 | 1,049 | | | 62,940 | |
| 2 BD/ 2BA | 32 | 1,162 | | | 37,184 | |
| 2 BD/ 2BA | 20 | 1,186 | | | 23,720 | |
| 1 BD/ 1 BA Cottage | 65 | 763 | | | 49,595 | |
| 1 BD/ 1 BA | 67 | 640 | | | 42,880 | |
| 1 BD/ 1 BA | 66 | 715 | | | 47,190 | |

**Total Monthly Rent:** **$0**
**Average Rent Per Unit:**
**Average Rent Per SF:**

*The data shown in this section reflects the unit mix and advertised rental rates as of the date of sale. These figures may differ from the actual contract rent shown in the income data section.*

## INCOME & EXPENSE DATA

| | Gross Amount | Per Unit | Per SF |
|---|---|---|---|
| Rental Income | | | |
| Other Income | | | |
| Vacancy (0.0%) | $0 | $0 | $0.00 |
| **Effective Gross Income** | **$0** | **$0** | **$0.00** |
| Expenses | | | |
| Reserves | | | |
| **Net Operating Income** | **$3,826,900** | **$9,889** | **$10.57** |

| | |
|---|---|
| **Overall Cap Rate** | 4.97% |
| **EGIM** | .00 |
| **Expense Ratio** | |
| **Sale Price Per Unit** | $198,966 |
| **Sale Price Per SF** | $212.71 |

**Source:** In Place
**Comments:** See comments

## SALE COMMENTS

According to a confidential source, the sale price was $77.0 Million. The property was 86% occupied (per ALN) at the time of sale. The Reported actual cap rate of 4.97%.

The property was re named Skye at Chisholm Trail after the sale.

2024 Demographics within one Mile:
Households: 1,858
Median Household Income: $126,967
Median Home Value: $320,661

CoStar " Star" rating: 4 star Low-rise apartment community
Walk Score: 13 (Car-dependent)
Transit Score: None available

| VERIFICATION | |
|---|---|
| Verified By | Confedential |
| Telephone | N/A |
| Surveyed By | Dennis Young |
| Surveyed Date | 10/24/2025 |
| Reviewed By | Bradley Kilgore |

# Comparable Sale 6

**Apartment Garden/Low Rise**

NVC # 278340

The Riley • 480 Commons Dr, Burleson, Texas






## PROPERTY DATA

| | |
|---|---|
| No. of Buildings | 3 |
| Year Built | 2023 |
| Total Units | 178 |
| Total SF | 155,672 |
| Average Unit Size | 875 SF |
| Land Size | 317,117 SF |
| Density | 24.45 |

## PROPERTY IDENTIFICATION

| | |
|---|---|
| Property Name | The Riley |
| Address / Location | 480 Commons Dr |
| City, County, State | Burleson, Johnson County, Texas |

## SALE DATA

| | |
|---|---|
| Sale Price | $35,600,000 |
| Sale Price/Unit | $200,000 |
| Sale Price/RSF | $228.69 |
| Cap Rate | 4.75% |
| Date of Sale | 11/12/2024 |
| Grantor | Burleson Commons LLC |
| Grantee | Riley Apts LLC |
| Occupancy at Sale | 91.0% |

**Comparable 6 Cont...**

## APARTMENT UNIT MIX

| Unit Type | Quantity | Size (SF) | Monthly Rent | Rent/SF | Total SF | Total Rent |
|---|---|---|---|---|---|---|
| STU | 12 | 590 | | | 7,080 | |
| 1BR | 93 | 735 | | | 68,355 | |
| 2BR | 67 | 1,073 | | | 71,891 | |
| 3BR | 06 | 1,391 | | | 8,346 | |

**Total Monthly Rent:** **$0**

**Average Rent Per Unit:**

**Average Rent Per SF:**

*The data shown in this section reflects the unit mix and advertised rental rates as of the date of sale. These figures may differ from the actual contract rent shown in the income data section.*

## INCOME & EXPENSE DATA

| | Gross Amount | Per Unit | Per SF |
|---|---|---|---|
| Rental Income | | | |
| Other Income | | | |
| Vacancy (0.0%) | $0 | $0 | $0.00 |
| **Effective Gross Income** | **$0** | **$0** | **$0.00** |
| Expenses | | | |
| Reserves | | | |
| **Net Operating Income** | **$0** | **$0** | **$0.00** |

| | |
|---|---|
| **Overall Cap Rate** | 4.75% |
| **EGIM** | .00 |
| **Expense Ratio** | |
| **Sale Price Per Unit** | $200,000 |
| **Sale Price Per SF** | $228.69 |

**Source:**

**Comments:**

## SALE COMMENTS

Property reportedly generated of 36 offers.

## VERIFICATION

| | |
|---|---|
| Verified By | Confidential |
| Surveyed By | Bradley Kilgore |
| Surveyed Date | 02/06/2025 |

**Cash Flow**
Parc at Windmill Farms (Amounts in USD)
Nov, 2025 through Oct, 2036
11/26/2025 12:05:19 PM

| | | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | |
| For the Years Ending | Record ID | Oct-2026 | Oct-2027 | Oct-2028 | Oct-2029 | Oct-2030 | Oct-2031 | Oct-2032 | Oct-2033 | Oct-2034 | Oct-2035 | Oct-2036 | Total |
| **Multifamily Revenue** | | | | | | | | | | | | | |
| 1 BR | | 1,660,178 | 1,693,382 | 1,744,184 | 1,796,509 | 1,850,404 | 1,905,916 | 1,963,094 | 2,021,987 | 2,082,646 | 2,145,126 | 2,209,479 | 21,072,906 |
| 2 BR | | 2,084,068 | 2,125,749 | 2,189,521 | 2,255,207 | 2,322,863 | 2,392,549 | 2,464,326 | 2,538,255 | 2,614,403 | 2,692,835 | 2,773,620 | 26,453,396 |
| 3 BR | | 787,314 | 803,061 | 827,153 | 851,967 | 877,526 | 903,852 | 930,967 | 958,896 | 987,663 | 1,017,293 | 1,047,812 | 9,993,505 |
| Total Multifamily Revenue | | 4,531,560 | 4,622,192 | 4,760,857 | 4,903,683 | 5,050,794 | 5,202,317 | 5,358,387 | 5,519,139 | 5,684,713 | 5,855,254 | 6,030,912 | 57,519,807 |
| **Other Revenue** | | | | | | | | | | | | | |
| Other Income | | 326,400 | 336,192 | 346,278 | 356,666 | 367,366 | 378,387 | 389,739 | 401,431 | 413,474 | 425,878 | 438,654 | 4,180,465 |
| Total Other Revenue | | 326,400 | 336,192 | 346,278 | 356,666 | 367,366 | 378,387 | 389,739 | 401,431 | 413,474 | 425,878 | 438,654 | 4,180,465 |
| Potential Gross Revenue | | 4,857,960 | 4,958,384 | 5,107,135 | 5,260,349 | 5,418,160 | 5,580,704 | 5,748,126 | 5,920,569 | 6,098,186 | 6,281,132 | 6,469,566 | 61,700,272 |
| Total Effective Revenue | | 4,857,960 | 4,958,384 | 5,107,135 | 5,260,349 | 5,418,160 | 5,580,704 | 5,748,126 | 5,920,569 | 6,098,186 | 6,281,132 | 6,469,566 | 61,700,272 |
| **Operating Expenses** | | | | | | | | | | | | | |
| Payroll | | 408,000 | 420,240 | 432,847 | 445,833 | 459,208 | 472,984 | 487,173 | 501,789 | 516,842 | 532,347 | 548,318 | 5,225,581 |
| Management Fees | | 145,739 | 148,752 | 153,214 | 157,810 | 162,545 | 167,421 | 172,444 | 177,617 | 182,946 | 188,434 | 194,087 | 1,851,008 |
| General Admin | | 61,200 | 63,036 | 64,927 | 66,875 | 68,881 | 70,948 | 73,076 | 75,268 | 77,526 | 79,852 | 82,248 | 783,837 |
| Marketing | | 81,600 | 84,048 | 86,569 | 89,167 | 91,842 | 94,597 | 97,435 | 100,358 | 103,368 | 106,469 | 109,664 | 1,045,116 |
| Utilities | | 108,800 | 112,064 | 115,426 | 118,889 | 122,455 | 126,129 | 129,913 | 133,810 | 137,825 | 141,959 | 146,218 | 1,393,488 |
| Repairs & Maintenance | | 204,000 | 210,120 | 216,424 | 222,916 | 229,604 | 236,492 | 243,587 | 250,894 | 258,421 | 266,174 | 274,159 | 2,612,790 |
| Real Estate Taxes | | 1,030,000 | 1,060,900 | 1,092,727 | 1,125,509 | 1,159,274 | 1,194,052 | 1,229,874 | 1,266,770 | 1,304,773 | 1,343,916 | 1,384,234 | 13,192,030 |
| Franchise Tax | | 16,080 | 16,412 | 16,905 | 17,412 | 17,934 | 18,472 | 19,026 | 19,597 | 20,185 | 20,791 | 21,414 | 204,228 |
| Insurance Expense | | 183,600 | 189,108 | 194,781 | 200,625 | 206,643 | 212,843 | 219,228 | 225,805 | 232,579 | 239,556 | 246,743 | 2,351,511 |
| Replacement Reserves | | 68,000 | 70,040 | 72,141 | 74,305 | 76,535 | 78,831 | 81,196 | 83,631 | 86,140 | 88,725 | 91,386 | 870,930 |
| Total Operating Expenses | | 2,307,019 | 2,374,720 | 2,445,961 | 2,519,340 | 2,594,920 | 2,672,768 | 2,752,951 | 2,835,540 | 2,920,606 | 3,008,224 | 3,098,471 | 29,530,519 |
| Net Operating Income | | 2,550,942 | 2,583,664 | 2,661,174 | 2,741,009 | 2,823,239 | 2,907,936 | 2,995,175 | 3,085,030 | 3,177,581 | 3,272,908 | 3,371,095 | 32,169,753 |
| Cash Flow Before Debt Service | | 2,550,942 | 2,583,664 | 2,661,174 | 2,741,009 | 2,823,239 | 2,907,936 | 2,995,175 | 3,085,030 | 3,177,581 | 3,272,908 | 3,371,095 | 32,169,753 |
| Cash Flow Available for Distribution | | 2,550,942 | 2,583,664 | 2,661,174 | 2,741,009 | 2,823,239 | 2,907,936 | 2,995,175 | 3,085,030 | 3,177,581 | 3,272,908 | 3,371,095 | 32,169,753 |

# Valuation & Return Summary Report

Parc at Windmill Farms (Amounts in USD)
11/26/2025 12:05:19 PM

| Valuation Assumptions | |
|---|---|
| PV Calculation Date | November, 2025 |
| Unleveraged Cash Flow Rate | 7.25% |
| Unleveraged Resale Rate | 7.25% |
| Leveraged Cash Flow Rate | 7.25% |
| Leveraged Resale Rate | 7.25% |
| Discount Method | Annual |
| Hold Period | 10 Years |
| Residual Sale Date | October, 2035 |
| Period to Cap | 12 Months After Sale |
| Exit Cap Rate | 5.50% |
| Gross-up NOI | No |
| Selling Costs | 2.00% |

| Return Summary | | |
|---|---|---|
| Total Return (Unleveraged) | | 88,865,447 |
| Total Return to Invest (Unleveraged) | | 1.80 |
| PV-Cash Flow (Unleveraged) | | 19,669,006 |
| PV-Net Sales Price | | 29,830,560 |
| Total PV (Unleveraged) | | 49,499,567 |
| Initial Investment | | 49,499,567 |
| NPV (Unleveraged) | | 0 |
| % of PV-Income | | 39.74% |
| % of PV-Net Sales Price | | 60.26% |
| IRR (Unleveraged) | | 7.25% |
| IRR (Leveraged) | | 7.25% |
| PV-Cash Flow (Unleveraged) / % Total | 70.33 | 39.74% |
| PV-Net Sales Price / % Total | 106.67 | 60.26% |
| Total PV (Unleveraged) $/SF | 177.01 | 100.00% |

| Sales Proceeds Calculation | |
|---|---|
| Net Operating Income | 3,371,095 |
| Occupancy Gross-up Adjustment | 0 |
| NOI To Capitalize | 3,371,095 |
| Divided by Cap Rate | 5.50% |
| Gross Sale Price | 61,292,642 |
| Adjusted Gross Sale Price | 61,292,642 |
| Selling Costs 1 | -1,225,853 |
| Net Sales Price | 60,066,789 |
| Less: Loan Balance | 0 |
| Proceeds from Sale | 60,066,789 |
| Pv of Net Sales Price | 29,830,560 |

| Distributions of Net Proceeds | |
|---|---|
| Net Sale Price | 60,066,789 |
| Less: Loan Payoff | 0 |
| Less: Equity (Investment Balance) | -49,499,567 |
| Ending Proceeds | 10,567,223 |

Investment & Cash Flow Summary

| Year-Month | Unleveraged Investment | Unleveraged Cash Flow | PV of Unleveraged Cash Flow @ 7.25% | Cash to Purchase Price | Leveraged Investment | Leveraged Cash Flow | Cash to Initial Equity |
|---|---|---|---|---|---|---|---|
| 2025-November (Pd. 0) | -49,499,567 | | | | -49,499,567 | | |
| 2026-October | 0 | 2,550,942 | 2,378,500 | 5.15% | 0 | 2,550,942 | 5.15% |
| 2027-October | 0 | 2,583,664 | 2,246,164 | 5.22% | 0 | 2,583,664 | 5.22% |
| 2028-October | 0 | 2,661,174 | 2,157,155 | 5.38% | 0 | 2,661,174 | 5.38% |
| 2029-October | 0 | 2,741,009 | 2,071,673 | 5.54% | 0 | 2,741,009 | 5.54% |
| 2030-October | 0 | 2,823,239 | 1,989,579 | 5.70% | 0 | 2,823,239 | 5.70% |
| 2031-October | 0 | 2,907,936 | 1,910,738 | 5.87% | 0 | 2,907,936 | 5.87% |
| 2032-October | 0 | 2,995,175 | 1,835,021 | 6.05% | 0 | 2,995,175 | 6.05% |
| 2033-October | 0 | 3,085,030 | 1,762,305 | 6.23% | 0 | 3,085,030 | 6.23% |
| 2034-October | 0 | 3,177,581 | 1,692,470 | 6.42% | 0 | 3,177,581 | 6.42% |
| 2035-October | 0 | 3,272,908 | 1,625,402 | 6.61% | 0 | 3,272,908 | 6.61% |
| **Totals** | **-49,499,567** | **28,798,657** | **19,669,006** | | **-49,499,567** | **28,798,657** | |

* Results displayed are based on Forecast data only

# Present Value Report

Parc at Windmill Farms (Amounts in USD)
11/26/2025 12:05:20 PM
Valuation (PV/IRR) Date: Nov, 2025
Discount Method: Annual

| Analysis Period | Period Ending | Cash Flow Before Debt Service | P.V. of Cash Flow @ 6.75% | P.V. of Cash Flow @ 7.00% | P.V. of Cash Flow @ 7.25% | P.V. of Cash Flow @ 7.50% | P.V. of Cash Flow @ 7.75% | NOI to Book Value |
|---|---|---|---|---|---|---|---|---|
| Year 1 | Oct-2026 | 2,550,942 | 2,389,641 | 2,384,058 | 2,378,500 | 2,372,969 | 2,367,463 | 5.15% |
| Year 2 | Oct-2027 | 2,583,664 | 2,267,254 | 2,256,672 | 2,246,164 | 2,235,729 | 2,225,366 | 5.22% |
| Year 3 | Oct-2028 | 2,661,174 | 2,187,608 | 2,172,311 | 2,157,155 | 2,142,140 | 2,127,264 | 5.38% |
| Year 4 | Oct-2029 | 2,741,009 | 2,110,760 | 2,091,103 | 2,071,673 | 2,052,469 | 2,033,487 | 5.54% |
| Year 5 | Oct-2030 | 2,823,239 | 2,036,612 | 2,012,931 | 1,989,579 | 1,966,552 | 1,943,843 | 5.70% |
| Year 6 | Oct-2031 | 2,907,936 | 1,965,068 | 1,937,681 | 1,910,738 | 1,884,231 | 1,858,152 | 5.87% |
| Year 7 | Oct-2032 | 2,995,175 | 1,896,038 | 1,865,244 | 1,835,021 | 1,805,356 | 1,776,238 | 6.05% |
| Year 8 | Oct-2033 | 3,085,030 | 1,829,432 | 1,795,515 | 1,762,305 | 1,729,783 | 1,697,935 | 6.23% |
| Year 9 | Oct-2034 | 3,177,581 | 1,765,166 | 1,728,393 | 1,692,470 | 1,657,374 | 1,623,084 | 6.42% |
| Year 10 | Oct-2035 | 3,272,908 | 1,703,158 | 1,663,781 | 1,625,402 | 1,587,995 | 1,551,533 | 6.61% |
| Totals | | 28,798,657 | 20,150,738 | 19,907,688 | 19,669,006 | 19,434,597 | 19,204,366 | |
| Property Resale @ 5.50% Cap Rate | | 60,066,789 | 31,257,597 | 30,534,910 | 29,830,560 | 29,144,042 | 28,474,862 | |
| Total Unleveraged Present Value | | | 51,408,335 | 50,442,598 | 49,499,567 | 48,578,639 | 47,679,229 | |

* Results displayed are based on Forecast data only

## Assumptions Report

Parc at Windmill Farms (Amounts in USD, Measures in SF)
Nov, 2025 through Oct, 2036
11/26/2025 12:05:21 PM

| For the Years Ending | Year 1 Oct-2026 | Year 2 Oct-2027 | Year 3 Oct-2028 | Year 4 Oct-2029 | Year 5 Oct-2030 | Year 6 Oct-2031 | Year 7 Oct-2032 | Year 8 Oct-2033 | Year 9 Oct-2034 | Year 10 Oct-2035 | Year 11 Oct-2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Property Market Assumptions** | | | | | | | | | | | |
| General Inflation | 0.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Market Inflation | 0.00% | 2.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Expense Inflation | 0.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| CPI Inflation | 0.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Miscellaneous Revenues | 0.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Capital Expenditures | 0.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Leasing Costs | 0.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Land Costs | 0.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Hard Costs | 0.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Soft Costs | 0.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Capital Expenditures Per Unit | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Multifamily Market Leasing Profiles**

| 1 BR | Year 1 Oct-2026 | Year 2 Oct-2027 | Year 3 Oct-2028 | Year 4 Oct-2029 | Year 5 Oct-2030 | Year 6 Oct-2031 | Year 7 Oct-2032 | Year 8 Oct-2033 | Year 9 Oct-2034 | Year 10 Oct-2035 | Year 11 Oct-2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Term Length (Years/Months) | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 |
| Renewal Probability† | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |
| Months Vacant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Months Vacant (Blended) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Market Base Rent (New, $ / Unit / Month) | 1,335.00 | 1,361.70 | 1,402.55 | 1,444.63 | 1,487.97 | 1,532.61 | 1,578.58 | 1,625.94 | 1,674.72 | 1,724.96 | 1,776.71 |
| Market Rent (Renew, $ / Unit / Month) | 1,335.00 | 1,361.70 | 1,402.55 | 1,444.63 | 1,487.97 | 1,532.61 | 1,578.58 | 1,625.94 | 1,674.72 | 1,724.96 | 1,776.71 |
| Market Rent (Blended, $ / Unit / Month) | 1,335.00 | 1,361.70 | 1,402.55 | 1,444.63 | 1,487.97 | 1,532.61 | 1,578.58 | 1,625.94 | 1,674.72 | 1,724.96 | 1,776.71 |
| Use Market or Prior | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Prior Rent | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Free Rent (New, Months) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Free Rent (Renew, Months) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Free Rent (Blended, Months) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Improvements (New, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Improvements (Renew, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Improvements (Blended, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Leasing Commissions (New, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Leasing Commissions (Renew, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Leasing Commissions (Blended, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| 2 BR | Year 1 Oct-2026 | Year 2 Oct-2027 | Year 3 Oct-2028 | Year 4 Oct-2029 | Year 5 Oct-2030 | Year 6 Oct-2031 | Year 7 Oct-2032 | Year 8 Oct-2033 | Year 9 Oct-2034 | Year 10 Oct-2035 | Year 11 Oct-2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Term Length (Years/Months) | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 |
| Renewal Probability† | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |
| Months Vacant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Months Vacant (Blended) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Market Base Rent (New, $ / Unit / Month) | 1,620.00 | 1,652.40 | 1,701.97 | 1,753.03 | 1,805.62 | 1,859.79 | 1,915.58 | 1,973.05 | 2,032.24 | 2,093.21 | 2,156.01 |
| Market Rent (Renew, $ / Unit / Month) | 1,620.00 | 1,652.40 | 1,701.97 | 1,753.03 | 1,805.62 | 1,859.79 | 1,915.58 | 1,973.05 | 2,032.24 | 2,093.21 | 2,156.01 |
| Market Rent (Blended, $ / Unit / Month) | 1,620.00 | 1,652.40 | 1,701.97 | 1,753.03 | 1,805.62 | 1,859.79 | 1,915.58 | 1,973.05 | 2,032.24 | 2,093.21 | 2,156.01 |
| Use Market or Prior | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Prior Rent | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Free Rent (New, Months) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Free Rent (Renew, Months) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Free Rent (Blended, Months) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Improvements (New, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Improvements (Renew, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Improvements (Blended, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Leasing Commissions (New, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Leasing Commissions (Renew, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Leasing Commissions (Blended, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| 3 BR | Year 1 Oct-2026 | Year 2 Oct-2027 | Year 3 Oct-2028 | Year 4 Oct-2029 | Year 5 Oct-2030 | Year 6 Oct-2031 | Year 7 Oct-2032 | Year 8 Oct-2033 | Year 9 Oct-2034 | Year 10 Oct-2035 | Year 11 Oct-2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Term Length (Years/Months) | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 | 1/0 |
| Renewal Probability† | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |
| Months Vacant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Months Vacant (Blended) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Market Base Rent (New, $ / Unit / Month) | 2,040.00 | 2,080.80 | 2,143.22 | 2,207.52 | 2,273.75 | 2,341.96 | 2,412.22 | 2,484.58 | 2,559.12 | 2,635.90 | 2,714.97 |
| Market Rent (Renew, $ / Unit / Month) | 2,040.00 | 2,080.80 | 2,143.22 | 2,207.52 | 2,273.75 | 2,341.96 | 2,412.22 | 2,484.58 | 2,559.12 | 2,635.90 | 2,714.97 |
| Market Rent (Blended, $ / Unit / Month) | 2,040.00 | 2,080.80 | 2,143.22 | 2,207.52 | 2,273.75 | 2,341.96 | 2,412.22 | 2,484.58 | 2,559.12 | 2,635.90 | 2,714.97 |
| Use Market or Prior | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Prior Rent | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Free Rent (New, Months) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Free Rent (Renew, Months) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Free Rent (Blended, Months) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Improvements (New, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Improvements (Renew, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Improvements (Blended, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Leasing Commissions (New, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Leasing Commissions (Renew, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Leasing Commissions (Blended, $ / Unit) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Units with no Leasing Profile** No active units entered without a Multifamily Market Leasing Profile

**Unit Absorption Assumptions** No active absorption units have been entered

† This parameter varies within the reporting period.

**NVC**
National Valuation Consultants, Inc.

October 8, 2025

Cort Thomas
Brown Fox Law
8111 Preston Road, Suite 300
Dallas, Texas 75225
214.367.6094
cort@brownfoxlaw.com

Dear Ms. Thomas

This letter will confirm your request that National Valuation Consultants, Inc (NVC) prepare an appraisal of the property identified below.

**Terms of Engagement**

**Subject Property Identification:** Four apartment properties located in TX and AL

- Bellwether Ridge Apartments (Desoto, Texas)
- Parc at Windmill Farms (Forney, Texas)
- Parc at Ingleside (Corpus Christi, Texas)
- Parc at Opelika (Auburn, AL)

**Intended User(s):** The intended users of this report are Brown Fox Law (the "Client") and their affiliates and partners. The Client agrees there are no other intended users.

**Intended Use(s):** We understand that the intended use is for litigation purposes.

**Start Date:** The appraisal process will begin upon receipt of the following items:
1) a signed copy of this engagement letter, and
2) the retainer (if applicable)

**Report Delivery:** The requested appraisal will be delivered on or before November 18th, 2025. Please understand that this is our best estimate of the delivery date and may be subject to change because of conditions beyond our control.

**Data Request:** Once engaged, we will request pertinent subject-specific data, necessary to complete the appraisal. The report delivery timeline summarized above assumes the requested data will be provided to us in a timely manner and could be impacted by delays in receiving the requested data.

**Fee:** ***The fee for our services will be $5,200 each for Bellwether Ridge & Parc at Windmill Farms and $6,000 each for Parc at Ingleside & Parc at Opelika.*** The fee is also subject to modification and/or change, by mutual agreement, should you require changes to the assignment described herein

**Retainer:** A 100% retainer will be required before work begins.

WEST
Seattle
San Francisco
Los Angeles

SOUTHWEST
Denver
Dallas
Houston
San Antonio

MIDWEST
Chicago
Cincinnati
Columbus

NORTHEAST
Boston
NY/NJ Metro

SOUTHEAST
Atlanta
Nashville
Savannah
South Florida

**Report Format:** Appraisal Report

**Property Inspection:** The subject property will be physically inspected by NVC to determine overall property condition and marketability.

**Approaches to Value:** The scope of work will be determined by the appraiser through the appraisal process and will be summarized in the report. All applicable approaches to value will be considered.

**Prior Services Disclosure:** We have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

**Special Requirements:** None

**Assignment Conditions:** Extraordinary Assumptions and/or Hypothetical Conditions will be utilized only to the extent necessary to produce credible value conclusions.

Additional conditions of this engagement are summarized as follows:

- Our report will contain numerous assumptions and limiting conditions which are requisite to the conclusions reached therein. The standard assumptions and limiting conditions are set forth in Exhibit "A" attached hereto and made a part hereof for all purposes. Your signature below acknowledges that you have read, understood, and agreed to these assumptions. In addition to these standard assumptions, there may be assumptions contained in our report which are specific to your property. Regarding these latter assumptions, your signature below acknowledges that, unless we have been notified in writing by you within twenty days of receipt of our report, you accept these assumptions as stated therein.

- In the event of cancellation of the assignment, or if the assignment is placed on hold for more than thirty (30) days, all applicable charges for services rendered by NVC to the date of such cancellation will be due within thirty (30) days from the date of invoice.

- The appraisal report will be prepared in conformance with the current Uniform Standards of Professional Appraisal Practice (USPAP) adopted by the Appraisal Standards Board of the Appraisal Foundation; and with the written appraisal requirements and guidelines established by the Appraisal Institute for an appraisal

- It is mutually agreed that our acceptance of this assignment is not contingent upon any predetermined conclusions to value, marketability, or feasibility. Should the assignment be terminated, you agree to pay for our time and costs incurred prior to receipt of written notice of cancelation.

- If this agreement is given to an attorney for collection or enforcement, the prevailing party shall be entitled to recover all costs, expenses and reasonable attorney's fees incurred because of the legal action.

- The fee quoted above is for the reports only and does not include court preparation or post-appraisal consultation, if any. Court preparation and consultation time are billed at the rate of $450 per hour for senior staff and $250 per hour for other staff. These fees are subject to increase after six months from the date of this agreement. It is also corporate policy that prior to any deposition or court testimony, we must be paid in full not only for current billings, but any outstanding past accounts as well.

- By signing hereafter, the client hereby acknowledges and agrees that National Valuation Consultants, Inc., as well as any employee or agents, shall be indemnified against any, and all losses, claims, damages, liabilities, costs or expenses to which the recipient and/or third-party user may become subject to in connection with the preparation of these reports.

- We will deliver the report in PDF format. If requested, we will also deliver a hard copy at the cost of $250.00 per copy.

If the foregoing is agreeable, please sign where indicated on the enclosed copy of this letter and return to me along with the requested data. Please keep a copy for your files. We look forward to working with you on this assignment. Please feel free to contact me if you have any questions.

By:

Cort Thomas [signature] Receiver

Brown Fox Law

October 9, 2025
Date

[signature]
Charles G. Dannis, MAI, SRA
Senior Managing Director
National Valuation Consultants, Inc.

October 8, 2025
Date

**Exhibit "A"**

**ASSUMPTIONS AND LIMITING CONDITIONS**

1. Disclosure of the contents of the appraisal report is governed by the bylaws and regulations of the professional appraisal organizations with which the appraiser is affiliated: specifically, the Appraisal Institute.

2. This Report should be relied upon only by the Intended User(s) and only for the Intended Use(s) identified at the time of the assignment. Furthermore, the Report is to be used in whole and not in part. The Report shall not be duplicated or provided to any third party in whole or in part without the written consent of NVC. Exempt from this restriction is duplication for the internal use of the Intended User and its attorneys, accountants, or advisors for the sole benefit of the Intended User. Also exempt from this restriction is transmission of the Report pursuant to any requirement of any court, governmental authority, or regulatory agency having jurisdiction over the intended user, provided that the Report and its contents shall not be published, in whole or in part, in any public document without the written consent of NVC. Written consent and approval from NVC must be obtained before this appraisal report can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media. Any third party, not covered by the exemptions herein, who may possess this report, is advised that they should rely on their own independently secured advice for any decision in connection with this property. NVC shall have no accountability or responsibility to any such third party.

3. The appraiser will not be required to give testimony or appear in court because of having made this appraisal, with reference to the property in question, unless previous arrangements have been made.

4. The distribution of the total valuation in this report between land and improvements applies only under the stated highest and best use of the property. The separate allocation of value for land and improvements must not be used in conjunction with any other appraisal and is invalid if so used.

5. The legal description used in this report is assumed to be correct.

6. No survey of the property has been made by the appraiser and no responsibility is assumed in connection with such matters. Maps and sketches are included only to assist the reader in visualizing the property.

7. No responsibility is assumed for matters of a legal nature affecting title to the property, nor is an opinion of title rendered. The title is assumed to be good and merchantable unless otherwise stated.

8. It is assumed that there are no hidden or unapparent conditions of the property, subsoil, (including termite infestations) or structures which would render it more or less valuable. No responsibility is assumed for such conditions or for engineering which may be required to discover such.

9. All mechanical components are assumed to be in operable condition as would be considered standard for properties similar to the subject in type and age. The heating, cooling, ventilation, plumbing and electrical equipment are considered to be in similar condition to the observable elements of the improvements unless otherwise stated. The insulation and energy efficiency of the improvements are assumed to be adequate and standard for the subject type and age unless otherwise noted.

10. Information furnished by others is assumed to be true, correct and reliable. A reasonable effort has been made to verify such information; however, no responsibility for its accuracy is assumed by the appraiser.

11. The opinion of value assumes responsible ownership and competent management.

12. Unless otherwise stated in this report, the existence of hazardous substances, including without limitation asbestos, polychlorinated biphenyls, petroleum leakage, or agricultural chemicals, which may or may not be present on the property, or other environmental conditions, were not called to the attention of nor did the appraiser become aware of such during the appraiser's inspection. The appraiser has no knowledge of the existence of such materials on or in the property unless otherwise stated. The appraiser, however, is not qualified to test such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation, or other hazardous substances or environmental conditions, may affect the value of the property, the opinion of value is predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility is assumed for any such conditions, nor for any expertise or engineering knowledge required to discover them.

13. The values contained in this report are opinions. There is no guarantee, written or implied, that the subject property will sell or lease for the indicated amounts.

14. The appraisers of National Valuation Consultants, Inc. reserve the right to amend and/or alter statements, analyses, conclusions and opinions of value if information pertinent to this assignment is made known to us after the completion of the report.

15. National Valuation Consultants, Inc., as well as any employee, agent or officer thereof, shall be completely indemnified against any and all losses, claims, damages, liabilities, costs or expenses to which the recipient and/or third party user may become subject, but only if neither National Valuation Consultants, Inc. nor any other indemnified person shall have been grossly negligent or shall have taken or omitted to take any action in bad faith in connection with the preparation of this report.

16. The Americans with Disabilities Act ("ADA") became effective January 26, 1992. We have not made a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the ADA. It is possible that a compliance survey of the property, together with a detailed analysis of the requirements of the ADA, could reveal that the property is not in compliance with one or more of the requirements of the Act. If so, this fact could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we did not consider possible noncompliance with the requirements of ADA in estimating the value of the property.

17. Unless otherwise noted, all prospective values, if any, in this appraisal, are based on the market conditions which exist at the date of inspection combined with an informed forecast, based on current trends in supply and demand for the property type under appraisal, as to what such conditions will be at the future date of property completion and or stabilization. The appraiser cannot be held responsible for unforeseeable events, such as unexpected new construction, unanticipated changes in economic conditions, or any other such events which might occur, and which would alter market conditions prior to the effective date of the appraisal.

# EXHIBIT A-5


PARC AT WINDMILL FARMS
NO DIVING
WALKER & DUNLOP®

WALKER & DUNLOP®

**DALLAS**
5949 Sherry Ln.
Suite 1500
Dallas TX 75225

## INVESTMENT SALES TEAM

**ALISAN RUTLAND**
MANAGING DIRECTOR
*Phone* 318.235.4105
*Email* arutland@walkerdunlop.com

**MIKEY BRYANT**
DIRECTOR
*Phone* 214.240.3771
*Email* mbryant@walkerdunlop.com

**TAYLOR THOMAS**
TRANSACTION MANAGER
*Phone* 817.673.7681
*Email* taylor.thomas@walkerdunlop.com

**DANNY MCQUAID**
DIRECTOR
*Phone* 903.237.8901
*Email* dmcquaid@walkerdunlop.com

**HARRIS MCKAY**
SENIOR ASSOCIATE
*Phone* 225.328.6710
*Email* hmckay@walkerdunlop.com

**JONH MEYER**
ANALYST
*Phone* 214.454.6167
*Email* john.meyer@walkerdunlop.com

*Walker & Dunlop Investment Sales, LLC is a Licensed Real Estate Broker. The information contained herein has been provided by sources deemed reliable, but no representation or warranty is made as to its accuracy or completeness. Any projections are an estimate based on assumptions believed to be reasonable, but no assurance can be given that the projection will be achieved. All information is subject to errors, omissions, changes, and can be withdrawn without notice, and seller expressly disclaims any obligation to supplement or update any information.*

*This represents an estimated sale price for this property. It is not the same as the opinion of value in an appraisal developed by a licensed appraiser under the Uniform Standards of Professional Appraisal Practice.*

*THIS IS A BROKER PRICE OPINION OR COMPARATIVE MARKET ANALYSIS AND SHOULD NOT BE CONSIDERED AN APPRAISAL OR OPINION OF VALUE. In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.*

# FORNEY

**POPULATION**
**38,572**

**MEDIAN AGE**
**31**

**AVERAGE HOUSEHOLD INCOME**
**$111,017**

## KEY DEVELOPMENTS

### BARRETT DISTRIBUTION CENTERS
Barrett has unveiled a new fulfillment center in Forney. This facility features advanced automation, including drones and Autonomous Mobile Robots (AMRs), integrated with a sophisticated Warehouse Management System.

### FORNEY DISTRIBUTION CENTER (VANTRUST)
A 621,000 sq ft modern cross-dock distribution building has been completed on a 37-acre site at East Broad St & Gateway Blvd.

### INNOVATION RIDGE LOGISTICS PARK
Developed by Lovett Industrial, this Class-A industrial park includes, an 817,538 sq ft cross-dock facility, two single-load buildings totaling 320,112 sq ft, and features include 40-ft clear heights, extensive dock doors, large truck courts, and trailer parking.

### EAST GATE LOGISTICS CENTER
A massive 1.3 million sq ft industrial project by Seefried Industrial and USAA Real Estate, featuring 40-ft clear heights, ESFR sprinklers, and ample parking and dock doors.

### FM 548 HIGHWAY UPGRADE
An $80 million TxDOT project will convert FM 548 (from north of US 80 to Windmill Farms Blvd) to a high-capacity concrete roadway, including new travel lanes and upgraded storm drainage.

### RETAIL & COMMERCIAL ACTIVITY
Forney will welcome a new Home Depot opening at The Village at Gateway on November 13, 2025, located at 11350 E. US Highway 80. BJ's Wholesale Club has also submitted plans for a 100,000+ sq ft store with a fuel station and tire center, currently under construction and slated to open in early 2026. Also, a new H-E-B is under construction at Gateway and plans to open in early 2026, marking a signiffcant addition to the market. Costco is exploring expansion into Forney as well, with city off cials authorized to negotiate an agreement. Beyond these big-box retailers, The Village at Gateway will feature a wide range of supporting retail, further solidifying the development as a premier regional shopping destination.






# PARC AT WINDMILL FARMS

## VALUATION SUMMARY

| | |
|---|---|
| **UNITS:** | **272** |
| **AVERAGE UNIT SIZE:** | **1,028** |
| **YEAR BUILT:** | **2019** |

| | PREMIUM | STRIKE | MARKET |
|---|---|---|---|
| **VALUATION** | | | |
| Multifamily Value | $59,800,000 | $57,800,000 | $55,800,000 |
| Per Unit | $220,000 | $212,500 | $205,000 |
| Per Square Foot | $214 | $207 | $200 |
| **CAP RATE** | | | |
| Year 1 Cap | 4.57% | 4.81% | 5.06% |
| T3/T12 Tax Adjusted Cap | 4.41% | 4.65% | 4.89% |
| **STATIC RETURN METRICS** | | | |
| Unlevered IRR | 8.02% | 8.74% | 9.47% |
| **RETURN METRICS** | | | |
| Loan to Value | 56.47% | 58.54% | 60.60% |
| Levered IRR | 11.81% | 13.58% | 15.34% |
| Equity Multiple | 2.02x | 2.22x | 2.42x |
| Year 1 Cash-on-Cash | 3.36% | 3.87% | 4.38% |
| Average Cash-on-Cash | 5.56% | 6.29% | 7.02% |
| **TERMINAL VALUE** | | | |
| Exit Cap | 5.00% | 5.00% | 5.00% |
| Terminal Value | $73,700,000 | $73,700,000 | $73,700,000 |
| Per Unit | $270,956 | $270,956 | $270,956 |

## INCOME ASSUMPTIONS

| | |
|---|---|
| **Market Rent** | The WDIS Proforma assumes a Year 1 Market Rent of $1,656. |
| **Loss to Lease** | The WDIS Proforma assumes loss to lease of 1.46% of Gross Scheduled Rent or 1.44% of Gross Potential Rent in Year 1. This is calculated assuming new leases are signed at market rent and renewals are marked to market.The WDIS analysis assumes a 50% tenant retention ratio. |
| **Vacancy** | The WDIS Proforma assumes a vacancy rate of 5.00% in Year 1, followed by 5.00% for the duration of the hold period. |
| **Concessions** | The WDIS Proforma assumes 4.00% concessions during Year 1 of the hold period, 2.00% during Year 2, and no concessions for the remainder of the hold period. |
| **Non-Revenue Units** | The WDIS Proforma assumes roughly 1.5 non-revenue units at Market Rent. This analysis is prediacted upon one model and employee unit discounts. |
| **Bad Debt** | The WDIS Proforma assumes bad debt 0.50% throughout the hold period. |
| **Effective Rent** | Year 1 Effective Rent is calculated at $1,566 per unit. |
| **Utility Reimbursements** | Based upon trailing 12 operations grown at 3.00%. |
| **Parking & Storage Income** | Based upon trailing 12 operations grown at 3.00%. |
| **Other Income** | Based upon trailing 12 operations grown at 3.00%. |

## EXPENSE ASSUMPTIONS

| | |
|---|---|
| **Utilities** | Based upon trailing 12 operations. |
| **Repairs and Maintenance** | Based upon trailing 12 operations. |
| **Apartment Make Ready** | Based upon trailing 12 operations. |
| **Contract Services** | Based upon trailing 12 operations. |
| **Marketing** | Based upon trailing 12 operations. |
| **Payroll** | Based upon trailing 12 operations. |
| **General & Administrative** | Based upon trailing 12 operations. |
| **Property Taxes** | The WDIS Proforma assumes a tax reassessment upon sale at 85% of Value based upon a 2.515448 millage rate. |
| **Franchise Tax** | Franchise Tax is calculated as 0.331% of Total Income |
| **Management Fee** | The WDIS Proforma assumes a management fee of 2.75% of total income |
| **Property Insurance** | The WDIS Proforma assumes $800/unit for Insurance, which is a decrease from current ownership's trailing 12 expenses but in-line with buyer underwriting |
| **Replacement Reserves** | The WDIS Proforma assumes replacement reserves of $200/unit |
| **Financing Assumptions** | The WDIS Proforma assumes the assumption of the in-place HUD 221d4 loan at closing with a $36,240,000 Original Balance, at a 3.90% Base Rate with 0.25% Mortgage Insurance Premium, and a 40-Year Amortization. At the estimated closing date of March 2026, the Principal Remaining at Close is estimated to be $33,792,629 yielding a 56.47% LTV at our Premium Purchase Price |

# PARC AT WINDMILL FARMS PROFORMA

| | TRAILING 12 | | | T3 REV/T12 EXP | | | PROFORMA | | |
|---|---|---|---|---|---|---|---|---|---|
| | AMOUNT | % OF INCOME | PER UNIT | AMOUNT | % OF INCOME | PERUNIT | AMOUNT | % OF INCOME | PER UNIT |
| **INCOME:** | | | | | | | | | |
| Gross Scheduled Market Rent | $5,358,869 | 103% | $19,702 | $5,333,100 | 103% | $19,607 | $5,403,894 | 101% | $19,867 |
| Gain / Loss to Lease | ($145,095) | -2.8% | (533) | ($132,188) | -2.5% | (486) | ($77,850) | -1.5% | (286) |
| **Gross Potential Rent** | **$5,213,774** | **100.0%** | **19,168** | **$5,200,912** | **100.0%** | **19,121** | **$5,326,045** | **100.0%** | **19,581** |
| Less: Vacancy | ($291,928) | -5.6% | (1,073) | ($236,968) | -4.6% | (871) | ($266,302) | -5.0% | (979) |
| Less: Concessions | ($83,942) | -1.6% | (309) | ($112,280) | -2.2% | (413) | ($213,042) | -4.0% | (783) |
| Less: Non-Revenue Units | ($33,428) | -0.6% | (123) | ($50,184) | -1.0% | (185) | ($29,372) | -0.6% | (108) |
| Less: Bad Debt | ($77,836) | -1.5% | (286) | ($67,696) | -1.3% | (249) | ($26,630) | -0.5% | (98) |
| **Net Rental Income** | **$4,726,640** | **90.7%** | **17,377** | **$4,733,784** | **91.0%** | **17,404** | **$4,790,699** | **89.9%** | **17,613** |
| Plus: Utility Reimbursements | $155,562 | 3.0% | 572 | $182,728 | 3.5% | 672 | $191,506 | 3.6% | 704 |
| Plus: Parking/Storage Income | $0 | 0.0% | 0 | $0 | 0.0% | 0 | $0 | 0.0% | 0 |
| Plus: Other Income | $224,555 | 4.3% | 826 | $306,428 | 5.9% | 1,127 | $379,168 | 7.1% | 1,394 |
| **Total Income** | **$5,106,757** | **97.9%** | **18,775** | **$5,222,940** | **100.4%** | **19,202** | **$5,361,372** | **100.7%** | **19,711** |
| *Monthly Collections* | *$425,563* | | | *$435,245* | | | *$446,781* | | |
| **EXPENSES:** | | | | | | | | | |
| Utilities | $277,172 | 5.3% | 1,019 | $277,172 | 5.3% | 1,019 | $277,172 | 5.2% | 1,019 |
| Repairs and Maintenance | $49,203 | 0.9% | 181 | $49,203 | 0.9% | 181 | $49,203 | 0.9% | 181 |
| Apartment Make Ready | $65,208 | 1.3% | 240 | $65,208 | 1.3% | 240 | $65,208 | 1.2% | 240 |
| Contract Services | $65,715 | 1.3% | 242 | $65,715 | 1.3% | 242 | $65,715 | 1.2% | 242 |
| Marketing | $51,183 | 1.0% | 188 | $51,183 | 1.0% | 188 | $51,183 | 1.0% | 188 |
| Payroll Expenses | $351,279 | 6.7% | 1,291 | $351,279 | 6.8% | 1,291 | $351,279 | 6.6% | 1,291 |
| General and Administrative | $52,770 | 1.0% | 194 | $52,770 | 1.0% | 194 | $52,770 | 1.0% | 194 |
| Property Taxes | $1,279,457 | 24.5% | 4,704 | $1,279,457 | 24.6% | 4,704 | $1,279,457 | 24.0% | 4,704 |
| Franchise Tax | $0 | 0.0% | 0 | $0 | 0.0% | 0 | $17,746 | 0.3% | 65 |
| Insurance | $234,000 | 4.5% | 860 | $234,000 | 4.5% | 860 | $217,600 | 4.1% | 800 |
| Management Fees | $157,222 | 3.0% | 578 | $157,222 | 3.0% | 578 | $147,438 | 2.8% | 542 |
| Miscellaneous | $0 | 0.0% | 0 | $0 | 0.0% | 0 | $0 | 0.0% | 0 |
| **Total Expenses** | **$2,583,209** | **49.5%** | **9,497** | **$2,583,209** | **49.7%** | **9,497** | **$2,574,771** | **48.3%** | **9,466** |
| **Net Operating Income** | **$2,523,548** | **48.4%** | **9,278** | **$2,639,731** | **50.8%** | **9,705** | **$2,786,601** | **52.3%** | **10,245** |
| Replacement Reserves | $0 | 0.0% | 0 | $0 | 0.0% | 0 | ($54,400) | -1.0% | (200) |
| **NET CASH FLOW** | **$2,523,548** | **48.4%** | **9,278** | **$2,639,731** | **50.8%** | **9,705** | **$2,732,201** | **51.3%** | **10,045** |
| *Net Effective Rent* | | *$1,572* | | | *$1,559* | | | *$1,566* | |

# PARC AT WINDMILL FARMS CASH FLOW ANALYSIS - PREMIUM PRICING

| | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 | YEAR 6 | YEAR 7 |
|---|---|---|---|---|---|---|---|
| **REVENUES:** | | | | | | | |
| Gross Potential Rent, Net | $5,326,045 | $5,512,989 | $5,726,893 | $5,936,497 | $6,138,931 | $6,385,103 | $6,640,507 |
| **Total Gross Potential Rental Income** | **$5,326,045** | **$5,512,989** | **$5,726,893** | **$5,936,497** | **$6,138,931** | **$6,385,103** | **$6,640,507** |
| Less: Vacancy | $266,302 | $275,649 | $286,345 | $296,825 | $306,947 | $319,255 | $332,025 |
| Less: Concession | $213,042 | $110,260 | $0 | $0 | $0 | $0 | $0 |
| Less: Credit Loss | $26,630 | $27,565 | $28,634 | $29,682 | $30,695 | $31,926 | $33,203 |
| Less: Non-Revenue Units | $29,372 | $30,403 | $31,582 | $32,738 | $33,854 | $35,212 | $36,620 |
| **Net Rental Income** | **$4,790,699** | **$5,069,112** | **$5,380,331** | **$5,577,252** | **$5,767,436** | **$5,998,710** | **$6,238,658** |
| Plus: Utility Reimbursements | $191,506 | $198,228 | $205,919 | $213,456 | $220,734 | $229,586 | $238,769 |
| Plus: Parking and Storage Income | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Plus: Other Income | $379,168 | $392,477 | $407,705 | $422,627 | $437,038 | $454,563 | $472,746 |
| **Total Operating Income** | **$5,361,372** | **$5,659,816** | **$5,993,955** | **$6,213,334** | **$6,425,208** | **$6,682,859** | **$6,950,174** |
| *Effective Rent* | *$1,566* | *$1,655* | *$1,755* | *$1,819* | *$1,881* | *$1,956* | *$2,034* |
| REVENUE CAGR | 4.36% | | | | | | |
| **EXPENSES:** | | | | | | | |
| Insurance | $217,600 | $224,128 | $230,852 | $237,777 | $244,911 | $252,258 | $259,826 |
| Management Fee | $147,438 | $151,861 | $156,417 | $161,109 | $165,942 | $170,921 | $176,048 |
| Property Taxes | $1,279,457 | $1,317,841 | $1,357,376 | $1,398,098 | $1,440,041 | $1,483,242 | $1,527,739 |
| Operating Expenses | $930,276 | $958,184 | $986,930 | $1,016,538 | $1,047,034 | $1,078,445 | $1,110,798 |
| **Total Expenses** | **$2,574,771** | **$2,652,014** | **$2,731,575** | **$2,813,522** | **$2,897,928** | **$2,984,866** | **$3,074,412** |
| EXPENSE CAGR | 3.00% | | | | | | |
| **Net Operating Income** | **$2,786,601** | **$3,007,802** | **$3,262,380** | **$3,399,812** | **$3,527,281** | **$3,697,994** | **$3,875,762** |
| Capital Reserves | $54,400 | $56,032 | $57,713 | $59,444 | $61,228 | $63,065 | $64,956 |
| **Net Operating Income After Capital** | **$2,732,201** | **$2,951,770** | **$3,204,667** | **$3,340,367** | **$3,466,053** | **$3,634,929** | **$3,810,806** |
| NOI CAGR | 5.53% | | | | | | |
| **Total Debt Service Amount** | **$1,858,311** | **$1,858,311** | **$1,858,311** | **$1,858,311** | **$1,858,311** | **$1,858,311** | **$1,858,311** |
| **Net Cash Flow** | **$873,890** | **$1,093,459** | **$1,346,356** | **$1,482,057** | **$1,607,742** | **$1,776,618** | **$1,952,495** |
| Cash on Cash | 3.36% | 4.20% | 5.17% | 5.69% | 6.17% | 6.82% | 7.50% |
| Debt Service Coverage | 1.47x | 1.59x | 1.72x | 1.80x | 1.87x | 1.96x | 2.05x |

| ASSUMPTIONS | | CLOSING ASSUMPTIONS | | REVERSION | |
|---|---|---|---|---|---|
| All-In-Cost | $59,840,000 | Estimated Closing Date | March-26 | Gross Sale Price | $73,721,346 |
| All-In-Cost Per Unit | $220,000 | Loan Amount | $33,792,629 | Sale Per Unit | $271,034 |
| Total Purchase Price | $59,840,000 | Loan To Value | 56.47% | Unlevered IRR | 8.02% |
| Purchase Per Unit | $220,000 | Loan To Cost | 56.47% | Levered IRR | 11.81% |
| Total Renovations | $0 | Equity | $26,047,371 | % IRR from Residual | 52.81% |
| Total Units | 272 | Loan Constant | 5.13% | % IRR from Cash Flow | 47.19% |
| Yr. 1 Cap Rate | 4.57% | T3/T12 Cap | 4.94% | Equity Multiple | 2.02x |
| Terminal Cap Rate | 5.00% | T3/T12 Tax. Adj. Cap | 4.41% | Average Cash on Cash | 5.56% |

| INFLATION ASSUMPTIONS | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 | YEAR 6 | YEAR 7 |
|---|---|---|---|---|---|---|---|
| Market Rate Rental | | 3.51% | 3.88% | 3.66% | 3.41% | 4.01% | 4.00% |
| Vacancy Loss | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% |
| Concession Loss | 4.00% | 2.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Bad Debt | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% |
| Other Income | | 3.51% | 3.88% | 3.66% | 3.41% | 4.01% | 4.00% |
| Expenses | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Real Estate Tax | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Franchise Tax | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |

# PARC AT WINDMILL FARMS SALE COMPARABLES

      

| PROPERTY NAME | PARC AT WINDMILL FARMS | MIDTOWN AT CEDAR HILL | MILES ONE90 | MARK AT CONQUEST I & II | MARK ON MIDLOTHIAN | THE STARLING | JAMESON |
|---|---|---|---|---|---|---|---|
| City | Forney | Cedar Hill | Sachse | Waxahachie | Midlothian | Princeton | Fate |
| Address | 1003 Windmill Farms Blvd | 365 Uptown Blvd | 3220 Bunker Hill Rd | 2501 Conquest Blvd | 999 Walter Stephenson Rd | 149 Princeton Crossroad | 255 Williamsburg Pkwy |
| Zip Code | 75126 | 75104 | 75048 | 75167 | 76065 | 75407 | 75189 |
| YOC | 2019 | 2014 | 2023 | 2020 / 2022 | 2020 | 2022 | 2023 |
| # of Units | 272 | 354 | 389 | 328 | 236 | 300 | 366 |
| Avg. SF | 1,028 | 895 | 915 | 838 | 881 | 970 | 961 |
| Sale Date | WDIS BOV | UNDER CONTRACT | ON THE MARKET | ON THE MARKET | ON THE MARKET | Sep-24 | Aug-24 |
| Buyer | - | Centennial | - | - | - | Origin Investments | American Landmark |
| Seller | - | Beachwold Residential | Anthem Development | CPG Development | CPG Development | NRP Group | Alliance Residential / Carlyle |
| | MIDPOINT PRICING | | | | | WDIS SALE | |
| **Price** | **$57,800,000** | **$76,110,000** | **$81,690,000** | **$68,880,000** | **$53,100,000** | **$60,600,000** | **$78,690,000** |
| Price / Unit | $212,500 | $215,000 | $210,000 | $210,000 | $225,000 | $202,000 | $215,000 |
| Price / SF | $207 | $240 | $230 | $251 | $255 | $223 | $224 |
| Effective Rent | $1,588 | $1,620 | $1,427 | $1,416 | $1,448 | $1,569 | $1,576 |
| Effective Rent / SF | $1.54 | $1.81 | $1.56 | $1.69 | $1.64 | $1.73 | $1.64 |
| ERM | 11.2 | 11.0 | 12.3 | 12.4 | 13.0 | 10.7 | 11.4 |
| Qualiffer Notes | - | - | | HUD Loan Assumption | HUD Loan Assumption | | - |

# PARC AT WINDMILL FARMS RENT COMPARABLES

## ALL UNITS

| APARTMENT COMMUNITY | YOC | NO. OF UNITS | UNIT SF | EFFECTIVE RENT | EFFECTIVE RENT/SF |
|---|---|---|---|---|---|
| Preserve at Gateway | 2020 | 120 | 891 | $1,909 | $2.14 |
| Wildwood Luxury Urban Homes | 2024 | 324 | 987 | $1,749 | $1.77 |
| Aspen at Gateway | 2024 | 314 | 945 | $1,628 | $1.72 |
| **Parc at Windmill Farms** | **2019** | **272** | **1,028** | **$1,588** | **$1.54** |
| Southerly at Terrell | 2024 | 300 | 845 | $1,555 | $1.84 |
| Rylan at Gateway | 2024 | 278 | 897 | $1,552 | $1.73 |
| The Emerson at Forney Marketplace | 2020 | 320 | 894 | $1,458 | $1.63 |
| **Average** | | | **927** | **$1,634** | **$1.77** |

## ONE BEDROOM

| APARTMENT COMMUNITY | YOC | NO. OF UNITS | UNIT SF | EFFECTIVE RENT | EFFECTIVE RENT/SF |
|---|---|---|---|---|---|
| Preserve at Gateway | 2020 | 74 | 759 | $1,664 | $2.19 |
| Wildwood Luxury Urban Homes | 2024 | 174 | 870 | $1,631 | $1.87 |
| Aspen at Gateway | 2024 | 188 | 816 | $1,466 | $1.80 |
| Ryaln at Gateway | 2024 | 194 | 789 | $1,438 | $1.82 |
| **Parc at Windmill Farms** | **2019** | **116** | **818** | **$1,351** | **$1.65** |
| Southerly at Terrell | 2024 | 160 | 684 | $1,279 | $1.87 |
| The Emerson at Forney Marketplace | 2020 | 192 | 783 | $1,268 | $1.62 |
| **Average** | | | **788** | **$1,442** | **$1.83** |

## TWO BEDRROM

| APARTMENT COMMUNITY | YOC | NO. OF UNITS | UNIT SF | EFFECTIVE RENT | EFFECTIVE RENT/SF |
|---|---|---|---|---|---|
| Preserve at Gateway | 2020 | 46 | 1,104 | $2,305 | $2.09 |
| Wildwood Luxury Urban Homes | 2024 | 150 | 1,124 | $1,886 | $1.68 |
| Southerly at Terrell | 2024 | 126 | 1,005 | $1,834 | $1.82 |
| Aspen at Gateway | 2024 | 108 | 1,100 | $1,825 | $1.66 |
| Rylan at Gateway | 2024 | 84 | 1,145 | $1,815 | $1.59 |
| **Parc at Windmill Farms** | **2019** | **120** | **1,130** | **$1,679** | **$1.49** |
| The Emerson at Forney Marketplace | 2020 | 112 | 1,027 | $1,677 | $1.63 |
| **Average** | | | **1,091** | **$1,860** | **$1.71** |

## THREE BEDROOM

| APARTMENT COMMUNITY | YOC | NO. OF UNITS | UNIT SF | EFFECTIVE RENT | EFFECTIVE RENT/SF |
|---|---|---|---|---|---|
| The Emerson at Forney Marketplace | 2020 | 16 | 1,298 | $2,202 | $1.70 |
| Southerly at Terrell | 2024 | 14 | 1,251 | $2,192 | $1.75 |
| Aspen at Gateway | 2024 | 18 | 1,367 | $2,151 | $1.57 |
| **Parc at Windmill Farms** | **2019** | **36** | **1,365** | **$2,033** | **$1.49** |
| **Average** | | | **1,320** | **$2,145** | **$1.63** |

**Parc at Windmill Farms rents are In-Place Contract Rents as of 6/30/25*
***All other Rents are CoStar Estimated Effective Rents as of 8/18/25*
****Wildwood Luxury Urban Homes do not offer 3-Bedroom Floor Plans*
*****Studio Units were removed from All-Unit Calculations*


BELLWETHER RIDGE
WALKER & DUNLOP®

WALKER & DUNLOP®

**DALLAS**
5949 Sherry Ln.
Suite 1500
Dallas TX 75225

## INVESTMENT SALES TEAM

**ALISAN RUTLAND**
MANAGING DIRECTOR
*Phone* 318.235.4105
*Email* arutland@walkerdunlop.com

**MIKEY BRYANT**
DIRECTOR
*Phone* 214.240.3771
*Email* mbryant@walkerdunlop.com

**TAYLOR THOMAS**
TRANSACTION MANAGER
*Phone* 817.673.7681
*Email* taylor.thomas@walkerdunlop.com

**DANNY MCQUAID**
DIRECTOR
*Phone* 903.237.8901
*Email* dmcquaid@walkerdunlop.com

**HARRIS MCKAY**
SENIOR ASSOCIATE
*Phone* 225.328.6710
*Email* hmckay@walkerdunlop.com

**JONH MEYER**
ANALYST
*Phone* 214.454.6167
*Email* john.meyer@walkerdunlop.com

*Walker & Dunlop Investment Sales, LLC is a Licensed Real Estate Broker. The information contained herein has been provided by sources deemed reliable, but no representation or warranty is made as to its accuracy or completeness. Any projections are an estimate based on assumptions believed to be reasonable, but no assurance can be given that the projection will be achieved. All information is subject to errors, omissions, changes, and can be withdrawn without notice, and seller expressly disclaims any obligation to supplement or update any information.*

*This represents an estimated sale price for this property. It is not the same as the opinion of value in an appraisal developed by a licensed appraiser under the Uniform Standards of Professional Appraisal Practice.*

*THIS IS A BROKER PRICE OPINION OR COMPARATIVE MARKET ANALYSIS AND SHOULD NOT BE CONSIDERED AN APPRAISAL OR OPINION OF VALUE. In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.*

# DESOTO

**POPULATION**
70,087

**MEDIAN AGE**
37

**AVERAGE HOUSEHOLD INCOME**
$92,023

## KEY DEVELOPMENTS

### LOGISTICS/INDUSTRIAL
TradeLane industrial building (~489k sq ft); Amazon facility pre-construction; new warehouses and ONCOR infrastructure under way.

### INFRASTRUCTURE
Multi-phase utility and pavement upgrades; alley reconstruction; bridge and intersection improvements; aesthetic and safety enhancements.

### RETAIL
New Harbor Freight sore and Wintergreen strip mall.






# BELLWETHER RIDGE

## VALUATION SUMMARY

| | |
|---|---|
| **UNITS:** | **150** |
| **AVERAGE UNIT SIZE:** | **937** |
| **YEAR BUILT:** | **2019** |

| | PREMIUM | STRIKE | MARKET |
|---|---|---|---|
| **VALUATION** | | | |
| Multifamily Value | $31,800,000 | $30,550,000 | $29,300,000 |
| Per Unit | $212,000 | $204,000 | $195,000 |
| Per Square Foot | $226 | $217 | $209 |
| **CAP RATE** | | | |
| Year 1 Cap | 4.95% | 5.26% | 5.58% |
| T3/T12 Tax Adjusted Cap | 4.41% | 4.70% | 4.99% |
| **STATIC RETURN METRICS** | | | |
| Unlevered IRR | 8.14% | 9.02% | 9.90% |
| **RETURN METRICS** | | | |
| Loan to Value | 53.87% | 56.22% | 58.57% |
| Levered IRR | 11.94% | 14.00% | 16.05% |
| Equity Multiple | 2.01x | 2.24x | 2.46x |
| Year 1 Cash-on-Cash | 4.41% | 5.12% | 5.82% |
| Average Cash-on-Cash | 6.05% | 6.95% | 7.85% |
| **TERMINAL VALUE** | | | |
| Exit Cap | 5.25% | 5.25% | 5.25% |
| Terminal Value | $38,900,000 | $38,900,000 | $38,900,000 |
| Per Unit | $259,333 | $259,333 | $259,333 |

## INCOME ASSUMPTIONS

| | |
|---|---|
| **Market Rent** | The WDIS Proforma assumes a Year 1 Market Rent of $1,851. |
| **Loss to Lease** | The WDIS Proforma assumes loss to lease of 2.94% of Gross Scheduled Rent or 2.85% of Gross Potential Rent in Year 1. This is calculated assuming new leases are signed at market rent and renewals are marked to market.The WDIS analysis assumes a 50% tenant retention ratio. |
| **Vacancy** | The WDIS Proforma assumes a vacancy rate of 6.00% in Year 1, followed by 5.00% for the duration of the hold period. |
| **Concessions** | The WDIS Proforma assumes 2.00% concessions during Year 1 of the hold period, but no concessions for the remainder of the hold period. |
| **Non-Revenue Units** | The WDIS Proforma assumes 1 non-revenue unit at Market Rent. |
| **Bad Debt** | The WDIS Proforma assumes 2.00% bad debt during Year 1 of the hold period, 1.00% during Year 2, followed by 0.50% for the remainder of the hold period. |
| **Effective Rent** | Year 1 Effective Rent is calculated at $1,762 per unit. |
| **Utility Reimbursements** | Based upon trailing 12 operations grown at 3.00%. |
| **Parking & Storage Income** | Based upon trailing 12 operations grown at 3.00%. |
| **Other Income** | Based upon trailing 12 operations grown at 3.00%. |

## EXPENSE ASSUMPTIONS

| | |
|---|---|
| **Utilities** | Based upon trailing 12 operations. |
| **Repairs and Maintenance** | Based upon trailing 12 operations. |
| **Apartment Make Ready** | Based upon trailing 12 operations. |
| **Contract Services** | Based upon trailing 12 operations. |
| **Marketing** | Based upon trailing 12 operations. |
| **Payroll** | Based upon trailing 12 operations. |
| **General & Administrative** | Based upon trailing 12 operations. |
| **Property Taxes** | The WDIS Proforma assumes a tax reassessment upon sale at 100% of Value based upon a 2.283229 millage rate. |
| **Franchise Tax** | Franchise Tax is calculated as 0.331% of Total Income |
| **Management Fee** | The WDIS Proforma assumes a management fee of 2.75% of total income |
| **Property Insurance** | The WDIS Proforma assumes $800/unit for Insurance, which is a decrease from current ownership's trailing 12 expenses but in-line with buyer underwriting |
| **Replacement Reserves** | The WDIS Proforma assumes replacement reserves of $200/unit |
| **Financing Assumptions** | The WDIS Proforma assumes the assumption of the in-place HUD 221d4 loan at closing with a $18,608,100 Original Balance, at a 3.70% Base Rate with 0.25% Mortgage Insurance Premium, and a 40-Year Amortization. At the estimated closing date of March 2026, the Principal Remaining at Close is estimated to be $17,131,127 yielding a 53.87% LTV at our Premium Purchase Price |

APP359

# BELLWETHER RIDGE PROFORMA

| | TRAILING 12 | | | T3 REV/T12 EXP | | | PROFORMA | | |
|---|---|---|---|---|---|---|---|---|---|
| | AMOUNT | % OF INCOME | PER UNIT | AMOUNT | % OF INCOME | PERUNIT | AMOUNT | % OF INCOME | PER UNIT |
| **INCOME:** | | | | | | | | | |
| Gross Scheduled Market Rent | $3,290,604 | 106% | $21,937 | $3,295,820 | 106% | $21,972 | $3,331,620 | 103% | $22,211 |
| Gain / Loss to Lease | ($187,019) | -6.0% | (1,247) | ($198,212) | -6.4% | (1,321) | ($95,043) | -2.9% | (634) |
| **Gross Potential Rent** | **$3,103,585** | **100.0%** | **20,691** | **$3,097,608** | **100.0%** | **20,651** | **$3,236,577** | **100.0%** | **21,577** |
| Less: Vacancy | ($217,443) | -7.0% | (1,450) | ($178,212) | -5.8% | (1,188) | ($194,195) | -6.0% | (1,295) |
| Less: Concessions | ($95,038) | -3.1% | (634) | ($112,808) | -3.6% | (752) | ($64,732) | -2.0% | (432) |
| Less: Non-Revenue Units | ($17,812) | -0.6% | (119) | ($18,228) | -0.6% | (122) | ($21,577) | -0.7% | (144) |
| Less: Bad Debt | ($109,771) | -3.5% | (732) | ($102,820) | -3.3% | (685) | ($64,732) | -2.0% | (432) |
| **Net Rental Income** | **$2,663,521** | **85.8%** | **17,757** | **$2,685,540** | **86.7%** | **17,904** | **$2,891,342** | **89.3%** | **19,276** |
| Plus: Utility Reimbursements | $232,152 | 7.5% | 1,548 | $208,696 | 6.7% | 1,391 | $216,560 | 6.7% | 1,444 |
| Plus: Parking/Storage Income | $36,637 | 1.2% | 244 | $36,364 | 1.2% | 242 | $36,586 | 1.1% | 244 |
| Plus: Other Income | $111,203 | 3.6% | 741 | $103,176 | 3.3% | 688 | $104,294 | 3.2% | 695 |
| **Total Income** | **$3,043,513** | **98.1%** | **20,290** | **$3,033,776** | **97.9%** | **20,225** | **$3,248,781** | **100.4%** | **21,659** |
| *Monthly Collections* | *$253,626* | | | *$252,815* | | | *$270,732* | | |
| **EXPENSES:** | | | | | | | | | |
| Utilities | $308,548 | 9.9% | 2,057 | $308,548 | 10.0% | 2,057 | $308,548 | 9.5% | 2,057 |
| Repairs and Maintenance | $19,607 | 0.6% | 131 | $19,607 | 0.6% | 131 | $19,607 | 0.6% | 131 |
| Apartment Make Ready | $47,225 | 1.5% | 315 | $47,225 | 1.5% | 315 | $47,225 | 1.5% | 315 |
| Contract Services | $22,342 | 0.7% | 149 | $22,342 | 0.7% | 149 | $22,342 | 0.7% | 149 |
| Marketing | $22,051 | 0.7% | 147 | $22,051 | 0.7% | 147 | $22,051 | 0.7% | 147 |
| Payroll Expenses | $239,208 | 7.7% | 1,595 | $239,208 | 7.7% | 1,595 | $239,208 | 7.4% | 1,595 |
| General and Administrative | $39,961 | 1.3% | 266 | $39,961 | 1.3% | 266 | $39,961 | 1.2% | 266 |
| Property Taxes | $726,067 | 23.4% | 4,840 | $726,067 | 23.4% | 4,840 | $726,067 | 22.4% | 4,840 |
| Franchise Tax | $0 | 0.0% | 0 | $0 | 0.0% | 0 | $10,753 | 0.3% | 72 |
| Insurance | $121,464 | 3.9% | 810 | $121,464 | 3.9% | 810 | $120,000 | 3.7% | 800 |
| Management Fees | $84,725 | 2.7% | 565 | $84,725 | 2.7% | 565 | $89,341 | 2.8% | 596 |
| Miscellaneous | $0 | 0.0% | 0 | $0 | 0.0% | 0 | $0 | 0.0% | 0 |
| **Total Expenses** | **$1,631,198** | **52.6%** | **10,875** | **$1,631,198** | **52.7%** | **10,875** | **$1,645,104** | **50.8%** | **10,967** |
| **Net Operating Income** | **$1,412,315** | **45.5%** | **9,415** | **$1,402,578** | **45.3%** | **9,351** | **$1,603,677** | **49.5%** | **10,691** |
| Replacement Reserves | $0 | 0.0% | 0 | $0 | 0.0% | 0 | ($30,000) | -0.9% | (200) |
| **NET CASH FLOW** | **$1,412,315** | **45.5%** | **9,415** | **$1,402,578** | **45.3%** | **9,351** | **$1,573,677** | **48.6%** | **10,491** |
| *Net Effective Rent* | | *$1,671* | | | *$1,658* | | | *$1,762* | |

# BELLWETHER RIDGE CASH FLOW ANALYSIS - PREMIUM PRICING

| | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 | YEAR 6 | YEAR 7 |
|---|---|---|---|---|---|---|---|
| **REVENUES:** | | | | | | | |
| Gross Potential Rent, Net | $3,236,577 | $3,301,309 | $3,383,841 | $3,485,357 | $3,589,917 | $3,697,615 | $3,808,543 |
| **Total Gross Potential Rental Income** | **$3,236,577** | **$3,301,309** | **$3,383,841** | **$3,485,357** | **$3,589,917** | **$3,697,615** | **$3,808,543** |
| Less: Vacancy | $194,195 | $165,065 | $169,192 | $174,268 | $179,496 | $184,881 | $190,427 |
| Less: Concession | $64,732 | $0 | $0 | $0 | $0 | $0 | $0 |
| Less: Credit Loss | $64,732 | $33,013 | $16,919 | $17,427 | $17,950 | $18,488 | $19,043 |
| Less: Non-Revenue Units | $21,577 | $22,009 | $22,559 | $23,236 | $23,933 | $24,651 | $25,390 |
| **Net Rental Income** | **$2,891,342** | **$3,081,222** | **$3,175,171** | **$3,270,426** | **$3,368,539** | **$3,469,595** | **$3,573,683** |
| Plus: Utility Reimbursements | $216,560 | $220,891 | $226,413 | $233,205 | $240,202 | $247,408 | $254,830 |
| Plus: Parking and Storage Income | $36,586 | $37,317 | $38,250 | $39,398 | $40,580 | $41,797 | $43,051 |
| Plus: Other Income | $104,294 | $106,380 | $109,039 | $112,310 | $115,680 | $119,150 | $122,724 |
| **Total Operating Income** | **$3,248,781** | **$3,445,809** | **$3,548,874** | **$3,655,340** | **$3,765,000** | **$3,877,950** | **$3,994,288** |
| *Effective Rent* | *$1,762* | *$1,834* | *$1,880* | *$1,936* | *$1,994* | *$2,054* | *$2,116* |
| REVENUE CAGR | 3.43% | | | | | | |
| **EXPENSES:** | | | | | | | |
| Insurance | $120,000 | $123,600 | $127,308 | $131,127 | $135,061 | $139,113 | $143,286 |
| Management Fee | $89,341 | $92,022 | $94,782 | $97,626 | $100,555 | $103,571 | $106,678 |
| Property Taxes | $726,067 | $747,849 | $770,284 | $793,393 | $817,195 | $841,710 | $866,962 |
| Operating Expenses | $709,695 | $730,986 | $752,916 | $775,503 | $798,768 | $822,732 | $847,414 |
| **Total Expenses** | **$1,645,104** | **$1,694,457** | **$1,745,291** | **$1,797,649** | **$1,851,579** | **$1,907,126** | **$1,964,340** |
| EXPENSE CAGR | 3.00% | | | | | | |
| **Net Operating Income** | **$1,603,677** | **$1,751,352** | **$1,803,583** | **$1,857,690** | **$1,913,421** | **$1,970,824** | **$2,029,949** |
| Capital Reserves | $30,000 | $30,900 | $31,827 | $32,782 | $33,765 | $34,778 | $35,822 |
| **Net Operating Income After Capital** | **$1,573,677** | **$1,720,452** | **$1,771,756** | **$1,824,909** | **$1,879,656** | **$1,936,046** | **$1,994,127** |
| NOI CAGR | 3.86% | | | | | | |
| **Total Debt Service Amount** | **$926,313** | **$926,313** | **$926,313** | **$926,313** | **$926,313** | **$926,313** | **$926,313** |
| **Net Cash Flow** | **$647,364** | **$794,139** | **$845,443** | **$898,596** | **$953,343** | **$1,009,733** | **$1,067,814** |
| Cash on Cash | 4.41% | 5.41% | 5.76% | 6.13% | 6.50% | 6.88% | 7.28% |
| Debt Service Coverage | 1.70x | 1.86x | 1.91x | 1.97x | 2.03x | 2.09x | 2.15x |

| ASSUMPTIONS | | CLOSING ASSUMPTIONS | | REVERSION | |
|---|---|---|---|---|---|
| All-In-Cost | $31,800,000 | Estimated Closing Date | March-26 | Gross Sale Price | $38,942,578 |
| All-In-Cost Per Unit | $212,000 | Loan Amount | $17,131,127 | Sale Per Unit | $259,617 |
| Total Purchase Price | $31,800,000 | Loan To Value | 53.87% | Unlevered IRR | 8.14% |
| Purchase Per Unit | $212,000 | Loan To Cost | 53.87% | Levered IRR | 11.94% |
| Total Renovations | $0 | Equity | $14,668,873 | % IRR from Residual | 48.00% |
| Total Units | 150 | Loan Constant | 4.98% | % IRR from Cash Flow | 52.00% |
| Yr. 1 Cap Rate | 4.95% | T3/T12 Cap | 4.45% | Equity Multiple | 2.01x |
| Terminal Cap Rate | 5.25% | T3/T12 Tax. Adj. Cap | 4.41% | Average Cash on Cash | 6.05% |

| INFLATION ASSUMPTIONS | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 | YEAR 6 | YEAR 7 |
|---|---|---|---|---|---|---|---|
| Market Rate Rental | | 2.00% | 2.50% | 3.00% | 3.00% | 3.00% | 3.00% |
| Vacancy Loss | 6.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% |
| Concession Loss | 2.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Bad Debt | 2.00% | 1.00% | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% |
| Other Income | | 2.00% | 2.50% | 3.00% | 3.00% | 3.00% | 3.00% |
| Expenses | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Real Estate Tax | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Franchise Tax | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |

# BELLWETHER RIDGE SALE COMPARABLES









| PROPERTY NAME | BELLWETHER RIDGE | MIDTOWN AT CEDAR HILL | JEFFERSON COVE | JEFFERSON CEDAR RIDGE | MARK AT CONQUEST I & II | MARK ON MIDLOTHIAN | RESIA WEST DALLAS |
|---|---|---|---|---|---|---|---|
| City | DeSoto | Cedar Hill | Grand Prairie | Dallas | Waxahachie | Midlothian | Dallas |
| Address | 841 S Polk St. | 365 Uptown Blvd | 7165 Lake Ridge Pky | 6165 Ridge Center Dr | 2501 Conquest Blvd | 999 Walter Stephenson Rd | 5050 Keeneland Pkwy |
| Zip Code | 75115 | 75104 | 75054 | 75236 | 75167 | 76065 | 75211 |
| YOC | 2019 | 2014 | 2023 | 2023 | 2020 / 2022 | 2020 | 2024 |
| # of Units | 150 | 354 | 283 | 360 | 328 | 236 | 336 |
| Avg. SF | 937 | 895 | 1050 | 917 | 838 | 881 | 738 |
| Sale Date | WDIS BOV | UNDER CONTRACT | BEST & FINAL | BEST & FINAL | ON THE MARKET | ON THE MARKET | Jun-25 |
| Buyer | - | Centennial | - | - | - | - | RPM |
| Seller | - | Beachwold Residential | TDI | TDI | CPG Development | CPG Development | Resia |
| | MIDPOINT PRICING | | | | | | |
| **Price** | **$30,550,000** | **$76,110,000** | **$59,430,000** | **$73,800,000** | **$68,880,000** | **$53,100,000** | **$55,440,000** |
| Price / Unit | $204,000 | $215,000 | $210,000 | $205,000 | $210,000 | $225,000 | $165,000 |
| Price / SF | $217 | $240 | $200 | $224 | $251 | $255 | $224 |
| Effective Rent | $1,716 | $1,620 | $1,974 | $1,706 | $1,416 | $1,445 | $1,432 |
| Effective Rent / SF | $1.83 | $1.81 | $1.88 | $1.86 | $1.69 | $1.64 | $1.94 |
| ERM | 9.9 | 11.0 | 8.9 | 10.0 | 12.4 | 13.0 | 9.6 |
| Qualiffer Notes | - | - | B&F Pricing | B&F Pricing | Whisper Pricing HUD Loan Assumption | Whisper Pricing HUD Loan Assumption | |

# BELLWETHER RIDGE RENT COMPARABLES

## ALL UNITS

| APARTMENT COMMUNITY | YOC | NO. OF UNITS | UNIT SF | EFFECTIVE RENT | EFFECTIVE RENT/SF |
|---|---|---|---|---|---|
| Covey Homes Waterford | 2023 | 152 | 848 | $1,962 | $2.31 |
| The Luxe at Cedar Hill | 2020 | 144 | 878 | $1,850 | $2.11 |
| The Ovilla | 2022 | 283 | 893 | $1,770 | $1.98 |
| **Bellwether Ridge** | **2019** | **150** | **937** | **$1,716** | **$1.83** |
| The Beacon on Westmoreland | 2014 | 167 | 856 | $1,698 | $1.98 |
| The Jane at Preston Trails | 2020 | 290 | 913 | $1,497 | $1.64 |
| **Average** | | | **888** | **$1,749** | **$1.98** |

## ONE BEDROOM

| APARTMENT COMMUNITY | YOC | NO. OF UNITS | UNIT SF | EFFECTIVE RENT | EFFECTIVE RENT/SF |
|---|---|---|---|---|---|
| Covey Homes Waterford | 2023 | 100 | 725 | $1,852 | $2.55 |
| The Luxe at Cedar Hill | 2020 | 92 | 733 | $1,707 | $2.33 |
| The Beacon on Westmoreland | 2021 | 109 | 756 | $1,564 | $2.07 |
| The Ovilla | 2022 | 166 | 712 | $1,548 | $2.17 |
| **Bellwether Ridge** | **2019** | **84** | **792** | **$1,541** | **$1.95** |
| The Jane at Preston Trails | 2020 | 145 | 698 | $1,315 | $1.88 |
| **Average** | | | **736** | **$1,588** | **$2.16** |

## TWO BEDRROM

| APARTMENT COMMUNITY | YOC | NO. OF UNITS | UNIT SF | EFFECTIVE RENT | EFFECTIVE RENT/SF |
|---|---|---|---|---|---|
| Covey Homes Waterford | 2023 | 52 | 1,085 | $2,174 | $2.00 |
| The Luxe at Cedar Hill | 2020 | 52 | 1,133 | $2,103 | $1.86 |
| The Ovilla | 2022 | 117 | 1,150 | $2,086 | $1.81 |
| The Beacon on Westmoreland | 2014 | 58 | 1,045 | $1,951 | $1.87 |
| **Bellwether Ridge** | **2019** | **66** | **1,121** | **$1,936** | **$1.73** |
| The Jane at Preston Trails | 2020 | 145 | 1,128 | $1,679 | $1.49 |
| **Average** | | | **1,110** | **$1,988** | **$1.79** |

**Bellwether Ridge rents are In-Place Contract Rents as of 6/30/25*
***All other Rents are CoStar Estimated Effective Rents as of 8/20/25*
****Studio & 3-Bedroom Units were removed from All-Unit Calculations*


PARC AT INGLESIDE
WALKER & DUNLOP®

WALKER & DUNLOP®

**DALLAS**
5949 Sherry Ln.
Suite 1500
Dallas TX 75225

**HOUSTON**
1801 Post Oak Boulevard
Suite 300
Houston, TX 77056

## INVESTMENT SALES TEAM

**ALISAN RUTLAND**
MANAGING DIRECTOR
*Phone* 318.235.4105
*Email* arutland@walkerdunlop.com

**HARRIS MCKAY**
SENIOR ASSOCIATE
*Phone* 225.328.6710
*Email* hmckay@walkerdunlop.com

**RYAN EPSTEIN**
MANAGING DIRECTOR
*Phone* 210.687.3683
*Email* repstein@walkerdunlop.com

**DANNY MCQUAID**
DIRECTOR
*Phone* 903.237.8901
*Email* dmcquaid@walkerdunlop.com

**TAYLOR THOMAS**
TRANSACTION MANAGER
*Phone* 817.673.7681
*Email* taylor.thomas@walkerdunlop.com

**JENNIFER RAY**
MANAGING DIRECTOR
*Phone* 972.800.0335
*Email* jray@walkerdunlop.com

**MIKEY BRYANT**
DIRECTOR
*Phone* 214.240.3771
*Email* mbryant@walkerdunlop.com

**JONH MEYER**
ANALYST
*Phone* 214.454.6167
*Email* john.meyer@walkerdunlop.com

*Walker & Dunlop Investment Sales, LLC is a Licensed Real Estate Broker. The information contained herein has been provided by sources deemed reliable, but no representation or warranty is made as to its accuracy or completeness. Any projections are an estimate based on assumptions believed to be reasonable, but no assurance can be given that the projection will be achieved. All information is subject to errors, omissions, changes, and can be withdrawn without notice, and seller expressly disclaims any obligation to supplement or update any information.*

*This represents an estimated sale price for this property. It is not the same as the opinion of value in an appraisal developed by a licensed appraiser under the Uniform Standards of Professional Appraisal Practice.*

*THIS IS A BROKER PRICE OPINION OR COMPARATIVE MARKET ANALYSIS AND SHOULD NOT BE CONSIDERED AN APPRAISAL OR OPINION OF VALUE. In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.*

# INGLESIDE

**POPULATION**
11,716

**MEDIAN AGE**
36

**AVERAGE HOUSEHOLD INCOME**
$82,805

## KEY DEVELOPMENTS

### ENBRIDGE INGLESIDE ENERGY CENTER (EIEC)

Remains the larges crude oil storage and export terminal by volume throughout all of North America. EIEC is constructing ffve new 495K-barrel tanks; phased construction is through late 2025. It is also expanding its Gray Oak oil pipeline capacity in Texas, adding 80,000 barrels per day this year. In collaboration with Yara Clean Ammonia, Enbridge is developing Project YaREN, a “blue ammonia” plant at the EIEC. This facility aims to produce low-carbon ammonia using carbon capture technology, signiffcantly reducing emissions compared to traditional methods.

### PUBLIC INFRASTRUCTURE & CIVIC PROJECTS

Although smaller-scale than the industrial expansions, the City of Ingleside is advancing several civic and residential projects, including: Faith Park/Garden Center, enhancements to Cove Park, & development of an animal control facility.






# PARC AT INGLESIDE

## VALUATION SUMMARY

| | |
|---|---|
| **UNITS:** | **192** |
| **AVERAGE UNIT SIZE:** | **902** |
| **YEAR BUILT:** | **2021** |

| | PREMIUM | STRIKE | MARKET |
|---|---|---|---|
| **VALUATION** | | | |
| Multifamily Value | $33,000,000 | $32,250,000 | $31,500,000 |
| Per Unit | $172,000 | $168,000 | $164,000 |
| Per Square Foot | $191 | $186 | $182 |
| **CAP RATE** | | | |
| Year 1 Cap | 4.54% | 4.69% | 4.84% |
| T3/T12 Tax Adjusted Cap | 4.25% | 4.39% | 4.53% |
| **STATIC RETURN METRICS** | | | |
| Unlevered IRR | 7.39% | 7.87% | 8.34% |
| **RETURN METRICS** | | | |
| Loan to Value | 72.28% | 74.04% | 75.80% |
| Levered IRR | 14.00% | 15.88% | 17.76% |
| Equity Multiple | 2.29x | 2.54x | 2.78x |
| Year 1 Cash-on-Cash | 2.88% | 3.34% | 3.80% |
| Average Cash-on-Cash | 6.07% | 6.87% | 7.66% |
| **TERMINAL VALUE** | | | |
| Exit Cap | 5.25% | 5.25% | 5.25% |
| Terminal Value | $39,000,000 | $39,000,000 | $39,000,000 |
| Per Unit | $203,125 | $203,125 | $203,125 |

## INCOME ASSUMPTIONS

| | |
|---|---|
| **Market Rent** | The WDIS Proforma assumes a Year 1 Market Rent of $1,336. |
| **Loss to Lease** | The WDIS Proforma assumes loss to lease of 0.21% of Gross Scheduled Rent & of Gross Potential Rent in Year 1. This is calculated assuming new leases are signed at market rent and renewals are marked to market.The WDIS analysis assumes a 50% tenant retention ratio. |
| **Vacancy** | The WDIS Proforma assumes a vacancy rate of 5.00% in Year 1, followed by 5.00% for the duration of the hold period. |
| **Concessions** | The WDIS Proforma assumes 2.00% concessions during Year 1, followed by no concessions for the remainder of the hold period. |
| **Non-Revenue Units** | The WDIS Proforma assumes roughly 1.5 non-revenue units at Market Rent. This analysis is prediacted upon one model and employee unit discounts. |
| **Bad Debt** | The WDIS Proforma assumes 1.00% bad debt during Year 1, followed by 0.50% bad debt for the remainder of the hold period. |
| **Effective Rent** | Year 1 Effective Rent is calculated at $1,312per unit. |
| **Utility Reimbursements** | Based upon trailing 12 operations grown at 3.00%. |
| **Parking & Storage Income** | Based upon trailing 12 operations grown at 3.00%. |
| **Other Income** | Based upon trailing 12 operations grown at 3.00%. |

## EXPENSE ASSUMPTIONS

| | |
|---|---|
| **Utilities** | Based upon trailing 12 operations. |
| **Repairs and Maintenance** | Based upon trailing 12 operations. |
| **Apartment Make Ready** | Based upon trailing 12 operations. |
| **Contract Services** | Based upon trailing 12 operations. |
| **Marketing** | Based upon trailing 12 operations. |
| **Payroll** | Based upon trailing 12 operations. |
| **General & Administrative** | Based upon trailing 12 operations. |
| **Property Taxes** | The WDIS Proforma assumes a tax reassessment upon sale at 85% of Value based upon a 1.936366 millage rate. |
| **Franchise Tax** | Franchise Tax is calculated as 0.331% of Total Income |
| **Management Fee** | The WDIS Proforma assumes a management fee of 2.75% of total income |
| **Property Insurance** | The WDIS Proforma assumes $1,400/unit for Insurance. |
| **Replacement Reserves** | The WDIS Proforma assumes replacement reserves of $200/unit |
| **Financing Assumptions** | The WDIS Proforma assumes the assumption of the in-place HUD 221d4 loan at closing with a $25,201,000 Original Balance, at a 3.59% Base Rate with 0.25% Mortgage Insurance Premium, and a 40-Year Amortization. At the estimated closing date of March 2026, the Principal Remaining at Close is estimated to be $23,869,023 yielding a 72.28% LTV at our Premium Purchase Price |

APP367

# PARC AT INGLESIDE PROFORMA

| | TRAILING 12 | | | T3 REV/T12 EXP | | | PROFORMA | | |
|---|---|---|---|---|---|---|---|---|---|
| | AMOUNT | % OF INCOME | PER UNIT | AMOUNT | % OF INCOME | PERUNIT | AMOUNT | % OF INCOME | PER UNIT |
| **INCOME:** | | | | | | | | | |
| Gross Scheduled Market Rent | $2,995,620 | 102% | $15,602 | $3,022,500 | 101% | $15,742 | $3,077,796 | 100% | $16,030 |
| Gain / Loss to Lease | ($52,975) | -1.8% | (276) | ($40,120) | -1.3% | (209) | $6,468 | 0.210% | 34 |
| **Gross Potential Rent** | **$2,942,645** | **100.0%** | **15,326** | **$2,982,380** | **100.0%** | **15,533** | **$3,084,264** | **100.0%** | **16,064** |
| Less: Vacancy | ($166,730) | -5.7% | (868) | ($277,748) | -9.3% | (1,447) | ($215,898) | -7.0% | (1,124) |
| Less: Concessions | ($86,086) | -2.9% | (448) | ($45,652) | -1.5% | (238) | ($61,685) | -2.0% | (321) |
| Less: Non-Revenue Units | $0 | 0.0% | 0 | $0 | 0.0% | 0 | ($24,096) | -0.8% | (125) |
| Less: Bad Debt | ($9,247) | -0.3% | (48) | ($58,648) | -2.0% | (305) | ($30,843) | -1.0% | (161) |
| **Net Rental Income** | **$2,680,582** | **91.1%** | **13,961** | **$2,600,332** | **87.2%** | **13,543** | **$2,751,741** | **89.2%** | **14,332** |
| Plus: Utility Reimbursements | $174,293 | 5.9% | 908 | $203,440 | 6.8% | 1,060 | $206,066 | 6.7% | 1,073 |
| Plus: Parking/Storage Income | $0 | 0.0% | 0 | $0 | 0.0% | 0 | $0 | 0.0% | 0 |
| Plus: Other Income | $130,220 | 4.4% | 678 | $152,836 | 5.1% | 796 | $146,404 | 4.7% | 763 |
| **Total Income** | **$2,985,095** | **101.4%** | **15,547** | **$2,956,608** | **99.1%** | **15,399** | **$3,104,211** | **100.6%** | **16,168** |
| *Monthly Collections* | *$248,758* | | | *$246,384* | | | *$258,684* | | |
| **EXPENSES:** | | | | | | | | | |
| Utilities | $233,542 | 7.9% | 1,216 | $233,542 | 7.8% | 1,216 | $233,542 | 7.6% | 1,216 |
| Repairs and Maintenance | $29,465 | 1.0% | 153 | $29,465 | 1.0% | 153 | $29,465 | 1.0% | 153 |
| Apartment Make Ready | $28,573 | 1.0% | 149 | $28,573 | 1.0% | 149 | $28,573 | 0.9% | 149 |
| Contract Services | $40,491 | 1.4% | 211 | $40,491 | 1.4% | 211 | $40,491 | 1.3% | 211 |
| Marketing | $50,337 | 1.7% | 262 | $50,337 | 1.7% | 262 | $50,337 | 1.6% | 262 |
| Payroll Expenses | $225,401 | 7.7% | 1,174 | $225,401 | 7.6% | 1,174 | $225,401 | 7.3% | 1,174 |
| General and Administrative | $52,177 | 1.8% | 272 | $52,177 | 1.7% | 272 | $52,177 | 1.7% | 272 |
| Property Taxes | $543,546 | 18.5% | 2,831 | $543,546 | 18.2% | 2,831 | $543,546 | 17.6% | 2,831 |
| Franchise Tax | $0 | 0.0% | 0 | $0 | 0.0% | 0 | $10,275 | 0.3% | 54 |
| Insurance | $267,372 | 9.1% | 1,393 | $267,372 | 9.0% | 1,393 | $268,800 | 8.7% | 1,400 |
| Management Fees | $83,764 | 2.8% | 436 | $83,764 | 2.8% | 436 | $85,366 | 2.8% | 445 |
| Miscellaneous | $0 | 0.0% | 0 | $0 | 0.0% | 0 | $0 | 0.0% | 0 |
| **Total Expenses** | **$1,554,668** | **52.8%** | **8,097** | **$1,554,668** | **52.1%** | **8,097** | **$1,567,972** | **50.8%** | **8,167** |
| **Net Operating Income** | **$1,430,427** | **48.6%** | **7,450** | **$1,401,940** | **47.0%** | **7,302** | **$1,536,239** | **49.8%** | **8,001** |
| Replacement Reserves | $0 | 0.0% | 0 | $0 | 0.0% | 0 | ($38,400) | -1.2% | (200) |
| **NET CASH FLOW** | **$1,430,427** | **48.6%** | **7,450** | **$1,401,940** | **47.0%** | **7,302** | **$1,497,839** | **48.6%** | **7,801** |
| *Net Effective Rent* | | *$1,240* | | | *$1,275* | | | *$1,312* | |

# PARC AT INGLESIDE CASH FLOW ANALYSIS - PREMIUM PRICING

| | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 | YEAR 6 | YEAR 7 |
|---|---|---|---|---|---|---|---|
| **REVENUES:** | | | | | | | |
| Gross Potential Rent, Net | $3,084,264 | $3,142,865 | $3,249,565 | $3,379,222 | $3,500,705 | $3,626,031 | $3,771,072 |
| **Total Gross Potential Rental Income** | **$3,084,264** | **$3,142,865** | **$3,249,565** | **$3,379,222** | **$3,500,705** | **$3,626,031** | **$3,771,072** |
| Less: Vacancy | $215,898 | $157,143 | $162,478 | $168,961 | $175,035 | $181,302 | $188,554 |
| Less: Concession | $61,685 | $0 | $0 | $0 | $0 | $0 | $0 |
| Less: Credit Loss | $30,843 | $15,714 | $16,248 | $16,896 | $17,504 | $18,130 | $18,855 |
| Less: Non-Revenue Units | $24,096 | $24,554 | $25,387 | $26,400 | $27,349 | $28,328 | $29,461 |
| **Net Rental Income** | **$2,751,741** | **$2,945,453** | **$3,045,451** | **$3,166,965** | **$3,280,817** | **$3,398,271** | **$3,534,201** |
| Plus: Utility Reimbursements | $206,066 | $209,981 | $217,110 | $225,773 | $233,889 | $242,262 | $251,953 |
| Plus: Parking and Storage Income | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Plus: Other Income | $146,404 | $149,186 | $154,251 | $160,405 | $166,172 | $172,121 | $179,006 |
| **Total Operating Income** | **$3,104,211** | **$3,304,620** | **$3,416,812** | **$3,553,143** | **$3,680,879** | **$3,812,654** | **$3,965,160** |
| *Effective Rent* | *$1,312* | *$1,364* | *$1,410* | *$1,467* | *$1,519* | *$1,574* | *$1,637* |
| **REVENUE CAGR** | **4.14%** | | | | | | |
| **EXPENSES:** | | | | | | | |
| Insurance | $268,800 | $276,864 | $285,170 | $293,725 | $302,537 | $311,613 | $320,961 |
| Management Fee | $85,366 | $87,927 | $90,565 | $93,282 | $96,080 | $98,962 | $101,931 |
| Property Taxes | $543,546 | $559,852 | $576,648 | $593,947 | $611,765 | $630,118 | $649,022 |
| Operating Expenses | $670,261 | $690,369 | $711,080 | $732,412 | $754,385 | $777,016 | $800,327 |
| **Total Expenses** | **$1,567,972** | **$1,615,012** | **$1,663,462** | **$1,713,366** | **$1,764,767** | **$1,817,710** | **$1,872,241** |
| **EXPENSE CAGR** | **3.00%** | | | | | | |
| **Net Operating Income** | **$1,536,239** | **$1,689,609** | **$1,753,350** | **$1,839,777** | **$1,916,112** | **$1,994,944** | **$2,092,919** |
| Capital Reserves | $38,400 | $39,552 | $40,739 | $41,961 | $43,220 | $44,516 | $45,852 |
| **Net Operating Income After Capital** | **$1,497,839** | **$1,650,057** | **$1,712,612** | **$1,797,817** | **$1,872,892** | **$1,950,428** | **$2,047,067** |
| **NOI CAGR** | **5.23%** | | | | | | |
| **Total Debt Service Amount** | **$1,233,971** | **$1,233,971** | **$1,233,971** | **$1,233,971** | **$1,233,971** | **$1,233,971** | **$1,233,971** |
| **Net Cash Flow** | **$263,868** | **$416,086** | **$478,641** | **$563,846** | **$638,921** | **$716,457** | **$813,097** |
| Cash on Cash | 2.88% | 4.54% | 5.23% | 6.16% | 6.98% | 7.83% | 8.88% |
| Debt Service Coverage | 1.21x | 1.34x | 1.39x | 1.46x | 1.52x | 1.58x | 1.66x |

| ASSUMPTIONS | | CLOSING ASSUMPTIONS | | REVERSION | |
|---|---|---|---|---|---|
| All-In-Cost | $33,024,000 | Estimated Closing Date | March-26 | Gross Sale Price | $39,036,799 |
| All-In-Cost Per Unit | $172,000 | Loan Amount | $23,869,023 | Sale Per Unit | $203,317 |
| Total Purchase Price | $33,024,000 | Loan To Value | 72.28% | Unlevered IRR | 7.39% |
| Purchase Per Unit | $172,000 | Loan To Cost | 72.28% | Levered IRR | 14.00% |
| Total Renovations | $0 | Equity | $9,154,977 | % IRR from Residual | 57.38% |
| Total Units | 192 | Loan Constant | 4.90% | % IRR from Cash Flow | 42.62% |
| Yr. 1 Cap Rate | 4.54% | T3/T12 Cap | 5.05% | Equity Multiple | 2.29x |
| Terminal Cap Rate | 5.25% | T3/T12 Tax. Adj. Cap | 4.25% | Average Cash on Cash | 6.07% |

| INFLATION ASSUMPTIONS | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 | YEAR 6 | YEAR 7 |
|---|---|---|---|---|---|---|---|
| Market Rate Rental | | 1.90% | 3.40% | 3.99% | 3.60% | 3.58% | 4.00% |
| Vacancy Loss | 7.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% |
| Concession Loss | 2.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Bad Debt | 1.00% | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% |
| Other Income | | 1.90% | 3.40% | 3.99% | 3.60% | 3.58% | 4.00% |
| Expenses | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Real Estate Tax | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Franchise Tax | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |

# PARC AT INGLESIDE SALE COMPARABLES







| PROPERTY NAME | PARC AT INGLESIDE | OAK MANOR VILLAS | THE COVE | CURRENT AT 37 | BREAKERS |
|---|---|---|---|---|---|
| City | Ingleside | Portland | Ingleside | Corpus Christi | Corpus Christi |
| Address | 2850 Ave J | 1601 Moore Avenue | 2032 State Highway 361 | 10113 Up River Rd | 4901 Saratoga Blvd |
| Zip Code | 78362 | 78374 | 78362 | 78410 | 78413 |
| YOC | 2021 | 2017 | 2017 | 2017 | 1996 |
| # of Units | 192 | 144 | 264 | 288 | 288 |
| Avg. SF | 902 | 1,312 | 832 | 837 | 868 |
| Sale Date | WDIS BOV | Nov-24 | Aug-24 | Apr-24 | Dec-23 |
| Buyer | - | Portland Investers LLC | Portobras Investments Cove & Apartments LLC ETAL | Aztex Management Group | TowerFive Real Estate Group |
| Seller | - | Oak Manor VV LLC & Oak Manor 1031 LLC | 2032 TX 361 LLC | Thrive, FP | Tradewind Properties |
| | MIDPOINT PRICING | | | | |
| **Price** | **$32,250,000** | **$23,300,000** | **$41,000,000** | **$42,000,000** | **$40,200,000** |
| Price / Unit | $168,000 | $161,806 | $155,303 | $145,833 | $139,583 |
| Price / SF | $186 | $123 | $187 | $174 | $161 |
| Effective Rent | $1,297 | $1,742 | $1,321 | $1,314 | $1,403 |
| Effective Rent / SF | $1.44 | $1.33 | $1.59 | $1.57 | $1.62 |
| ERM | 10.8 | 7.7 | 9.8 | 9.2 | 8.3 |
| Qualiffer Notes | - | - | - | - | - |

# PARC AT INGLESIDE RENT COMPARABLES

## ALL UNITS

| APARTMENT COMMUNITY | YOC | NO. OF UNITS | UNIT SF | EFFECTIVE RENT | EFFECTIVE RENT/SF |
|---|---|---|---|---|---|
| Segrass Cottages at Northshore | 2024 | 116 | 1,027 | $1,795 | $1.75 |
| Northshore Place | 2018 | 224 | 958 | $1,571 | $1.64 |
| Century Palm Bluff | 2017 | 250 | 955 | $1,400 | $1.47 |
| Ingleside Village | 2023 | 128 | 905 | $1,381 | $1.53 |
| Seaside Landing | 2016 | 120 | 997 | $1,380 | $1.38 |
| **Parc at Ingleside** | **2022** | **166** | **902** | **$1,297** | **$1.44** |
| The Cove | 2017 | 264 | 831 | $1,218 | $1.47 |
| **Average** | | | **939** | **$1,435** | **$1.52** |

## ONE BEDROOM

| APARTMENT COMMUNITY | YOC | NO. OF UNITS | UNIT SF | EFFECTIVE RENT | EFFECTIVE RENT/SF |
|---|---|---|---|---|---|
| Segrass Cottages at Northshore | 2024 | 54 | 820 | $1,526 | $1.86 |
| Northshore Place | 2018 | 104 | 786 | $1,374 | $1.75 |
| Century Palm Bluff | 2017 | 86 | 728 | $1,262 | $1.73 |
| Ingleside Village | 2023 | 68 | 760 | $1,197 | $1.58 |
| **Parc at Ingleside** | **2022** | **108** | **776** | **$1,157** | **$1.49** |
| The Cove | 2017 | 132 | 722 | $1,102 | $1.53 |
| Seaside Landing | 2016 | 32 | 701 | $1,090 | $1.55 |
| **Average** | | | **756** | **$1,244** | **$1.64** |

## TWO BEDRROM

| APARTMENT COMMUNITY | YOC | NO. OF UNITS | UNIT SF | EFFECTIVE RENT | EFFECTIVE RENT/SF |
|---|---|---|---|---|---|
| Segrass Cottages at Northshore | 2024 | 55 | 1,192 | $1,980 | $1.66 |
| Northshore Place | 2018 | 120 | 1,109 | $1,741 | $1.57 |
| Ingleside Village | 2023 | 47 | 1,009 | $1,546 | $1.53 |
| **Parc at Ingleside** | **2022** | **78** | **1,055** | **$1,476** | **$1.40** |
| Century Palm Bluff | 2017 | 136 | 1,026 | $1,406 | $1.37 |
| Seaside Landing | 2016 | 48 | 1,002 | $1,378 | $1.38 |
| The Cove | 2017 | 132 | 941 | $1,334 | $1.42 |
| **Average** | | | **1,048** | **$1,552** | **$1.48** |

## THREE BEDROOM

| APARTMENT COMMUNITY | YOC | NO. OF UNITS | UNIT SF | EFFECTIVE RENT | EFFECTIVE RENT/SF |
|---|---|---|---|---|---|
| Segrass Cottages at Northshore | 2024 | 7 | 1,341 | $2,427 | $1.81 |
| Century Palm Bluff | 2017 | 28 | 1,316 | $1,798 | $1.37 |
| Ingleside Village | 2023 | 13 | 1,286 | $1,746 | $1.36 |
| Seaside Landing | 2016 | 40 | 1,228 | $1,613 | $1.31 |
| **Parc at Ingleside** | **2022** | **6** | **1,185** | **$1,572** | **$1.33** |
| **Average** | | | **1,271** | **$1,831** | **$1.43** |

**Parc at Ingleside rents are In-Place Contract Rents as of 6/30/25*
***All other Rents are CoStar Estimated Effective Rents as of 8/20/25*
****Northshore Place & The Cove do not offer 3-Bedroom Floorplans*


PARC AT OPELIKA
WALKER & DUNLOP®

**DALLAS**
5949 Sherry Ln.
Suite 1500
Dallas TX 75225

**BIRMINGHAM**
2222 Arlington Avenue South
Suite 320
Birmingham, AL 35205

WALKER & DUNLOP®

## INVESTMENT SALES TEAM

**ALISAN RUTLAND**
MANAGING DIRECTOR
*Phone* 318.235.4105
*Email* arutland@walkerdunlop.com

**HARRIS MCKAY**
SENIOR ASSOCIATE
*Phone* 225.328.6710
*Email* hmckay@walkerdunlop.com

**ALBERT ELMORE**
DIRECTOR
*Phone* 404.985.2581
*Email* aelmore@walkerdunlop.com

**DANNY MCQUAID**
DIRECTOR
*Phone* 903.237.8901
*Email* dmcquaid@walkerdunlop.com

**TAYLOR THOMAS**
TRANSACTION MANAGER
*Phone* 817.673.7681
*Email* taylor.thomas@walkerdunlop.com

**MIKEY BRYANT**
DIRECTOR
*Phone* 214.240.3771
*Email* mbryant@walkerdunlop.com

**JONH MEYER**
ANALYST
*Phone* 214.454.6167
*Email* john.meyer@walkerdunlop.com

*Walker & Dunlop Investment Sales, LLC is a Licensed Real Estate Broker. The information contained herein has been provided by sources deemed reliable, but no representation or warranty is made as to its accuracy or completeness. Any projections are an estimate based on assumptions believed to be reasonable, but no assurance can be given that the projection will be achieved. All information is subject to errors, omissions, changes, and can be withdrawn without notice, and seller expressly disclaims any obligation to supplement or update any information.*

*This represents an estimated sale price for this property. It is not the same as the opinion of value in an appraisal developed by a licensed appraiser under the Uniform Standards of Professional Appraisal Practice.*

*THIS IS A BROKER PRICE OPINION OR COMPARATIVE MARKET ANALYSIS AND SHOULD NOT BE CONSIDERED AN APPRAISAL OR OPINION OF VALUE. In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.*

# OPELIKA

POPULATION
**25,188**

MEDIAN AGE
**40**

AVERAGE HOUSEHOLD INCOME
**$61,976**

## KEY DEVELOPMENTS

### NIAGRA BOTTLING
Niagara Bottling launched its Opelika facility in early 2023, backed by an initial investment of over $114 million and generating more than 65 new jobs. In mid-2025, the company announced an additional investment of about $35 million, with plans to create 18 more jobs.

### "THE MILL" – PEPPERELL MILL SITE REDEVELOPMENT
A transformative $125 million mixed-use redevelopment is underway in the historic Pepperell Village, slated to revitalize the site of the old mill. The project spans approximately 40 acres and includes: 327 residential units (mix of single-family lots and townhomes), off ce and retail space, food/beverage amenities, clubhouse, and event space. Phased construction; designs recently approved, with work expected to begin soon and span over a decade.

### INDUSTRIAL GROWTH & INFRASTRUCTURE EXPANSION
SEUNGWON USA Inc. is set to build a new distribution center in Opelika. This project represents a $32.47 million investment and is projected to create 20 new jobs. Additionally, Opelika secured a $750,350 SEEDS grant, matched by the city for a $1.5 million total investment. These funds are allocated to develop a 125-acre pad-ready industrial site within the Northeast Opelika Industrial Park.

**10 MILES FROM AUBURN UNIVERSITY**






# PARC AT OPELIKA

## VALUATION SUMMARY

| | |
|---|---|
| **UNITS:** | **168** |
| **AVERAGE UNIT SIZE:** | **1,016** |
| **YEAR BUILT:** | **2022** |

| | PREMIUM | STRIKE | MARKET |
|---|---|---|---|
| **VALUATION** | | | |
| Multifamily Value | $36,100,000 | $34,850,000 | $33,600,000 |
| Per Unit | $215,000 | $207,500 | $200,000 |
| Per Square Foot | $211 | $204 | $197 |
| **CAP RATE** | | | |
| Year 1 Cap | 5.44% | 5.68% | 5.91% |
| T3/T12 Tax Adj. Cap | 4.90% | 5.07% | 5.24% |
| **STATIC RETURN METRICS** | | | |
| Unlevered IRR | 8.08% | 8.79% | 9.50% |
| **RETURN METRICS** | | | |
| Loan to Value | 60.98% | 63.27% | 65.56% |
| Levered IRR | 14.01% | 16.14% | 18.27% |
| Equity Multiple | 2.18x | 2.43x | 2.67x |
| Year 1 Cash-on-Cash | 6.65% | 7.47% | 8.29% |
| Average Cash-on-Cash | 7.98% | 8.95% | 9.93% |
| **TERMINAL VALUE** | | | |
| Exit Cap | 5.50% | 5.50% | 5.50% |
| Terminal Value | $43,100,000 | $43,100,000 | $43,100,000 |
| Per Unit | $256,548 | $256,548 | $256,548 |

## INCOME ASSUMPTIONS

| | |
|---|---|
| **Market Rent** | The WDIS Proforma assumes a Year 1 Market Rent of $1,516. |
| **Loss to Lease** | The WDIS Proforma assumes loss to lease of 0.47% of Gross Scheduled Rent & Gross Potential Rent in Year 1. This is calculated assuming new leases are signed at market rent and renewals are marked to market.The WDIS analysis assumes a 50% tenant retention ratio. |
| **Vacancy** | The WDIS Proforma assumes a vacancy rate of 5.00% for the duration of the hold period. |
| **Concessions** | The WDIS Proforma assumes no concessions for the durationof the hold period. |
| **Non-Revenue Units** | The WDIS Proforma assumes 1 non-revenue unit at Market Rent. |
| **Bad Debt** | The WDIS Proforma assumes 0.50% bad debt for the duration of the hold period. |
| **Effective Rent** | Year 1 Effective Rent is calculated at $1,509 per unit. |
| **Utility Reimbursements** | Based upon trailing 12 operations grown at 3.00%. |
| **Parking & Storage Income** | Based upon trailing 12 operations grown at 3.00%. |
| **Other Income** | Based upon trailing 12 operations grown at 3.00%. |

## EXPENSE ASSUMPTIONS

| | |
|---|---|
| **Utilities** | Based upon trailing 12 operations. |
| **Repairs and Maintenance** | Based upon trailing 12 operations. |
| **Apartment Make Ready** | Based upon trailing 12 operations. |
| **Contract Services** | Based upon trailing 12 operations. |
| **Marketing** | Based upon trailing 12 operations. |
| **Payroll** | The WDIS Proforma assumes $1,700/unit in Payroll, which is a decrease from current ownership's trailing 12 expenses, but in-line with buyer underwriting. |
| **General & Administrative** | Based upon trailing 12 operations. |
| **Property Taxes** | The WDIS Proforma assumes a tax reassessment upon sale at 85% of Value based upon a 1.066626 millage rate. |
| **Franchise Tax** | Franchise Tax is calculated as 0.331% of Total Income |
| **Management Fee** | The WDIS Proforma assumes a management fee of 2.75% of total income |
| **Property Insurance** | The WDIS Proforma assumes $800/unit for Insurance, which is a decrease from current ownership's trailing 12 expenses, but in-line with buyer underwriting |
| **Replacement Reserves** | The WDIS Proforma assumes replacement reserves of $200/unit |
| **Financing Assumptions** | The WDIS Proforma assumes the assumption of the in-place HUD 221d4 loan at closing with a $23,016,800 Original Balance, at a 2.99% Base Rate with 0.25% Mortgage Insurance Premium, and a 40-Year Amortization. At the estimated closing date of March 2026, the Principal Remaining at Close is estimated to be $22,026,991 yielding a 60.98% LTV at our Premium Purchase Price |

# PARC AT OPELIKA PROFORMA

| | TRAILING 12 | | | T3 REV/T12 EXP | | | PROFORMA | | |
|---|---|---|---|---|---|---|---|---|---|
| | AMOUNT | % OF INCOME | PER UNIT | AMOUNT | % OF INCOME | PERUNIT | AMOUNT | % OF INCOME | PER UNIT |
| **INCOME:** | | | | | | | | | |
| Gross Scheduled Market Rent | $2,987,286 | 104% | $17,781 | $3,008,760 | 104% | $17,909 | $3,057,144 | 100% | $18,197 |
| Gain / Loss to Lease | ($123,427) | -4.3% | (735) | ($103,712) | -3.6% | (617) | ($14,294) | -0.5% | (85) |
| **Gross Potential Rent** | **$2,863,859** | **100.0%** | **17,047** | **$2,905,048** | **100.0%** | **17,292** | **$3,042,850** | **100.0%** | **18,112** |
| Less: Vacancy | ($159,700) | -5.6% | (951) | ($172,488) | -5.9% | (1,027) | ($152,143) | -5.0% | (906) |
| Less: Concessions | ($26,698) | -0.9% | (159) | ($82,008) | -2.8% | (488) | $0 | 0.0% | 0 |
| Less: Non-Revenue Units | ($3,717) | -0.1% | (22) | $0 | 0.0% | 0 | ($27,168) | -0.9% | (162) |
| Less: Bad Debt | $6,399 | 0.2% | 38 | ($12,024) | -0.4% | (72) | ($15,214) | -0.5% | (91) |
| **Net Rental Income** | **$2,680,143** | **93.6%** | **15,953** | **$2,638,528** | **90.8%** | **15,706** | **$2,848,325** | **93.6%** | **16,954** |
| Plus: Utility Reimbursements | $71,377 | 2.5% | 425 | $73,660 | 2.5% | 438 | $79,846 | 2.6% | 475 |
| Plus: Parking/Storage Income | $13,527 | 0.5% | 81 | $16,560 | 0.6% | 99 | $18,070 | 0.6% | 108 |
| Plus: Other Income | $144,625 | 5.1% | 861 | $161,892 | 5.6% | 964 | $170,679 | 5.6% | 1,016 |
| **Total Income** | **$2,909,672** | **101.6%** | **17,319** | **$2,890,640** | **99.5%** | **17,206** | **$3,116,920** | **102.4%** | **18,553** |
| *Monthly Collections* | *$242,473* | | | *$240,887* | | | *$259,743* | | |
| **EXPENSES:** | | | | | | | | | |
| Utilities | $109,791 | 3.8% | 654 | $109,791 | 3.8% | 654 | $109,791 | 3.6% | 654 |
| Repairs and Maintenance | $16,912 | 0.6% | 101 | $16,912 | 0.6% | 101 | $16,912 | 0.6% | 101 |
| Apartment Make Ready | $18,868 | 0.7% | 112 | $18,868 | 0.6% | 112 | $18,868 | 0.6% | 112 |
| Contract Services | $56,498 | 2.0% | 336 | $56,498 | 1.9% | 336 | $56,498 | 1.9% | 336 |
| Marketing | $36,821 | 1.3% | 219 | $36,821 | 1.3% | 219 | $36,821 | 1.2% | 219 |
| Payroll Expenses | $310,268 | 10.8% | 1,847 | $310,268 | 10.7% | 1,847 | $310,268 | 10.2% | 1,847 |
| General and Administrative | $45,714 | 1.6% | 272 | $45,714 | 1.6% | 272 | $45,714 | 1.5% | 272 |
| Property Taxes | $322,906 | 11.3% | 1,922 | $322,906 | 11.1% | 1,922 | $322,906 | 10.6% | 1,922 |
| Franchise Tax | $0 | 0.0% | 0 | $0 | 0.0% | 0 | $10,317 | 0.3% | 61 |
| Insurance | $140,772 | 4.9% | 838 | $140,772 | 4.8% | 838 | $134,400 | 4.4% | 800 |
| Management Fees | $88,583 | 3.1% | 527 | $88,583 | 3.0% | 527 | $85,715 | 2.8% | 510 |
| Miscellaneous | $0 | 0.0% | 0 | $0 | 0.0% | 0 | $0 | 0.0% | 0 |
| **Total Expenses** | **$1,147,133** | **40.1%** | **6,828** | **$1,147,133** | **39.5%** | **6,828** | **$1,148,210** | **37.7%** | **6,835** |
| **Net Operating Income** | **$1,762,539** | **61.5%** | **10,491** | **$1,743,507** | **60.0%** | **10,378** | **$1,968,710** | **64.7%** | **11,719** |
| Replacement Reserves | $0 | 0.0% | 0 | $0 | 0.0% | 0 | ($33,600) | -1.1% | (200) |
| **NET CASH FLOW** | **$1,762,539** | **61.5%** | **10,491** | **$1,743,507** | **60.0%** | **10,378** | **$1,935,110** | **63.6%** | **11,519** |
| *Net Effective Rent* | | *$1,407* | | | *$1,400* | | | *$1,509* | |

# PARC AT OPELIKA CASH FLOW ANALYSIS - PREMIUM PRICING

| | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 | YEAR 6 | YEAR 7 |
|---|---|---|---|---|---|---|---|
| **REVENUES:** | | | | | | | |
| Gross Potential Rent, Net | $3,042,850 | $3,112,988 | $3,212,759 | $3,324,885 | $3,432,943 | $3,547,089 | $3,653,501 |
| **Total Gross Potential Rental Income** | **$3,042,850** | **$3,112,988** | **$3,212,759** | **$3,324,885** | **$3,432,943** | **$3,547,089** | **$3,653,501** |
| Less: Vacancy | $152,143 | $155,649 | $160,638 | $166,244 | $171,647 | $177,354 | $182,675 |
| Less: Concession | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Less: Credit Loss | $15,214 | $15,565 | $16,064 | $16,624 | $17,165 | $17,735 | $18,268 |
| Less: Non-Revenue Units | $18,112 | $18,530 | $19,124 | $19,791 | $20,434 | $21,114 | $21,747 |
| **Net Rental Income** | **$2,857,381** | **$2,923,244** | **$3,016,934** | **$3,122,225** | **$3,223,697** | **$3,330,885** | **$3,430,812** |
| Plus: Utility Reimbursements | $79,846 | $81,686 | $84,304 | $87,246 | $90,082 | $93,077 | $95,869 |
| Plus: Parking and Storage Income | $18,070 | $18,487 | $19,079 | $19,745 | $20,387 | $21,065 | $21,697 |
| Plus: Other Income | $170,679 | $174,613 | $180,210 | $186,499 | $192,560 | $198,963 | $204,932 |
| **Total Operating Income** | **$3,125,977** | **$3,198,030** | **$3,300,527** | **$3,415,716** | **$3,526,726** | **$3,643,990** | **$3,753,310** |
| *Effective Rent* | *$1,509* | *$1,544* | *$1,594* | *$1,649* | *$1,703* | *$1,759* | *$1,812* |
| **REVENUE CAGR** | **3.08%** | | | | | | |
| **EXPENSES:** | | | | | | | |
| Insurance | $134,400 | $138,432 | $142,585 | $146,863 | $151,268 | $155,806 | $160,481 |
| Management Fee | $85,964 | $88,543 | $91,200 | $93,936 | $96,754 | $99,656 | $102,646 |
| Property Taxes | $327,475 | $337,300 | $347,419 | $357,841 | $368,576 | $379,634 | $391,023 |
| Operating Expenses | $580,551 | $597,968 | $615,907 | $634,384 | $653,415 | $673,018 | $693,208 |
| **Total Expenses** | **$1,128,391** | **$1,162,242** | **$1,197,110** | **$1,233,023** | **$1,270,014** | **$1,308,114** | **$1,347,358** |
| **EXPENSE CAGR** | **3.00%** | | | | | | |
| **Net Operating Income** | **$1,997,586** | **$2,035,788** | **$2,103,417** | **$2,182,693** | **$2,256,713** | **$2,335,876** | **$2,405,952** |
| Capital Reserves | $33,600 | $34,608 | $35,646 | $36,716 | $37,817 | $38,952 | $40,120 |
| **Net Operating Income After Capital** | **$1,963,986** | **$2,001,180** | **$2,067,771** | **$2,145,977** | **$2,218,896** | **$2,296,924** | **$2,365,832** |
| **NOI CAGR** | **3.13%** | | | | | | |
| **Total Debt Service Amount** | **$1,027,341** | **$1,027,341** | **$1,027,341** | **$1,027,341** | **$1,027,341** | **$1,027,341** | **$1,027,341** |
| **Net Cash Flow** | **$936,645** | **$973,839** | **$1,040,430** | **$1,118,636** | **$1,191,555** | **$1,269,583** | **$1,338,491** |
| Cash on Cash | 6.65% | 6.91% | 7.38% | 7.94% | 8.45% | 9.01% | 9.50% |
| Debt Service Coverage | 1.91x | 1.95x | 2.01x | 2.09x | 2.16x | 2.24x | 2.30x |

| ASSUMPTIONS | | CLOSING ASSUMPTIONS | | REVERSION | |
|---|---|---|---|---|---|
| All-In-Cost | $36,120,000 | Estimated Closing Date | March-26 | Gross Sale Price | $43,137,592 |
| All-In-Cost Per Unit | $215,000 | Loan Amount | $22,026,991 | Sale Per Unit | $256,771 |
| Total Purchase Price | $36,120,000 | Loan To Value | 60.98% | Unlevered IRR | 8.08% |
| Purchase Per Unit | $215,000 | Loan To Cost | 60.98% | Levered IRR | 14.01% |
| Total Renovations | $0 | Equity | $14,093,009 | % IRR from Residual | 41.08% |
| Total Units | 168 | Loan Constant | 4.46% | % IRR from Cash Flow | 58.92% |
| Yr. 1 Cap Rate | 5.44% | T3/T12 Cap | 5.27% | Equity Multiple | 2.18x |
| Terminal Cap Rate | 5.50% | T3/T12 Tax. Adj. Cap | 4.81% | Average Cash on Cash | 7.98% |

| INFLATION ASSUMPTIONS | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 | YEAR 6 | YEAR 7 |
|---|---|---|---|---|---|---|---|
| Market Rate Rental | | 2.31% | 3.21% | 3.49% | 3.25% | 3.33% | 3.00% |
| Vacancy Loss | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% |
| Concession Loss | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Bad Debt | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% |
| Other Income | | 2.31% | 3.21% | 3.49% | 3.25% | 3.33% | 3.00% |
| Expenses | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Real Estate Tax | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Franchise Tax | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |

# PARC AT OPELIKA SALE COMPARABLES








| PROPERTY NAME | PARC AT OPELIKA | 1322 NORTH APARTMENTS | VESTAVIA RESERVE | CENTURY HOMEPLACE | CROSSINGS OF OPELIKA | PACES AT THE ESTATES |
|---|---|---|---|---|---|---|
| City | Opelika, AL | Auburn, AL | Vestavia Hills, AL | Prattville, AL | Opelika, AL | Opelika, AL |
| Address | 1375 McCoy St | 1322 N Dean Rd | 4800 Cahaba River Rd | 790 Old Quarters Rd | 1650 S Fox Run Pkwy | 4150 Academy Dr |
| Zip Code | 36801 | 36830 | 35243 | 36066 | 36801 | 36801 |
| YOC | 2022 | 2002 / 2016 | 2016 | 2014 | 2011 | 2008 / 2018 |
| # of Units | 168 | 214 | 272 | 240 | 168 | 270 |
| Avg. SF | 1,016 | 1,081 | 1,092 | 1,079 | 1,117 | 1,083 |
| Sale Date | WDIS BOV | Jun-25 | Feb-25 | Jun-24 | Sep-22 | Jun-22 |
| Buyer | - | BRT Apartments | EBSCO Industries | Centennial Holding Co | Lone Star Funds | AL Sedgewick Riverview LLC |
| Seller | - | LIV Development | BREIT | Passco Companies | Transcontinental Realty | RREAF Holdings |
| | MIDPOINT PRICING | | | | | |
| **Price** | **$34,850,000** | **$36,500,000** | **$63,000,000** | **$47,775,000** | **$35,100,000** | **$54,000,000** |
| Price / Unit | $207,500 | $170,561 | $231,618 | $199,063 | $208,929 | $200,000 |
| Price / SF | $204 | $158 | $212 | $184 | $187 | $185 |
| Effective Rent | $1,449 | $1,474 | $1,973 | $1,780 | $1,498 | $1,191 |
| Effective Rent / SF | $1.43 | $1.36 | $1.81 | $1.65 | $1.34 | $1.10 |
| ERM | 11.9 | 9.6 | 9.8 | 9.3 | 11.6 | 14.0 |

# PARC AT OPELIKA RENT COMPARABLES

## ALL UNITS

| APARTMENT COMMUNITY | YOC | NO. OF UNITS | UNIT SF | EFFECTIVE RENT | EFFECTIVE RENT/SF |
|---|---|---|---|---|---|
| Champions Square | 2023 | 126 | 1,362 | $2,231 | $1.64 |
| Legends Townhomes | 2022 | 55 | 1,227 | $1,847 | $1.51 |
| The Glenn | 2022 | 270 | 1,050 | $1,725 | $1.64 |
| The Samford Glenn Apartments | 2021 | 281 | 947 | $1,698 | $1.79 |
| The Austin | 2023 | 200 | 994 | $1,630 | $1.64 |
| The Taylor | 2025 | 198 | 970 | $1,594 | $1.64 |
| Greystone Pointe Auburn | 2021 | 220 | 1,407 | $1,560 | $1.11 |
| **Parc at Opelika** | **2022** | **168** | **1,016** | **$1,449** | **$1.43** |
| **Average** | | | **1,122** | **$1,717** | **$1.55** |

## ONE BEDROOM

| APARTMENT COMMUNITY | YOC | NO. OF UNITS | UNIT SF | EFFECTIVE RENT | EFFECTIVE RENT/SF |
|---|---|---|---|---|---|
| The Samford Glenn Apartments | 2021 | 124 | 756 | $1,546 | $2.04 |
| The Austin | 2023 | 30 | 706 | $1,535 | $2.17 |
| The Glenn | 2022 | 114 | 754 | $1,492 | $1.98 |
| The Taylor | 2025 | 108 | 798 | $1,434 | $1.80 |
| Greystone Pointe Auburn | 2021 | 58 | 1,062 | $1,274 | $1.20 |
| **Parc at Opelika** | **2022** | **48** | **760** | **$1,253** | **$1.65** |
| **Average** | | | **806** | **$1,422** | **$1.81** |

## TWO BEDRROM

| APARTMENT COMMUNITY | YOC | NO. OF UNITS | UNIT SF | EFFECTIVE RENT | EFFECTIVE RENT/SF |
|---|---|---|---|---|---|
| Champions Square | 2023 | 20 | 1,168 | $1,995 | $1.71 |
| The Samford Glenn Apartments | 2021 | 126 | 1,102 | $1,804 | $1.64 |
| The Glenn | 2022 | 112 | 1,201 | $1,770 | $1.47 |
| Legends Townhomes | 2022 | 30 | 1,105 | $1,745 | $1.58 |
| The Taylor | 2025 | 78 | 1,131 | $1,728 | $1.53 |
| The Austin | 2023 | 140 | 1,002 | $1,586 | $1.58 |
| Greystone Pointe Auburn | 2021 | 124 | 1,477 | $1,530 | $1.04 |
| **Parc at Opelika** | **2022** | **108** | **1,098** | **$1,519** | **$1.38** |
| **Average** | | | **1,161** | **$1,710** | **$1.49** |

## THREE BEDROOM

| APARTMENT COMMUNITY | YOC | NO. OF UNITS | UNIT SF | EFFECTIVE RENT | EFFECTIVE RENT/SF |
|---|---|---|---|---|---|
| The Samford Glenn Apartments | 2021 | 17 | 1,482 | $2,330 | $1.57 |
| Champions Square | 2023 | 106 | 1,399 | $2,275 | $1.63 |
| The Glenn | 2022 | 44 | 1,432 | $2,214 | $1.55 |
| The Taylor | 2025 | 12 | 1,472 | $2,170 | $1.47 |
| Greystone Pointe Auburn | 2021 | 38 | 1,709 | $2,092 | $1.22 |
| Legends Townhomes | 2022 | 25 | 1,375 | $1,969 | $1.43 |
| The Austin | 2023 | 30 | 1,251 | $1,927 | $1.54 |
| **Parc at Opelika** | **2022** | **12** | **1,308** | **$1,601** | **$1.22** |
| **Average** | | | **1,429** | **$2,072** | **$1.45** |

**Parc at Opelika rents are In-Place Contract Rents as of 6/30/25*
***All other Rents are CoStar Estimated Effective Rents as of 8/20/25*
****Champions Square & Legends Townhomes do not offer 3-Bedroom Floorplans*

# EXHIBIT A-6

# BONA FIDE COMPETING OFFER

Date: ________________________

Property Address: 1003 Windmill Farms Boulevard, Forney, Texas (the "Property").

The undersigned hereby offers to purchase all Receivership Estate interest in the record owner of the Property, D4FR, LLC, based on the terms listed below:

## A. COMPETING OFFER SUMMARY

Offer Price: $52,597,382.43

Earnest Money Deposit: $5,259,738

Deposit of funds: **Within seven days of court approval of a sale, the full offer price must be deposited with the Receiver**.

Proof of Funds / Pre-Approval:
☐ Attached

Proposed Closing Date: No later than thirty days after entry of an Order Granting the Motion For Appointment Of Appraisers, Approval Of Appraisals, Approval Hearing, And Approval Of The Transfer Of All Receivership Interest In D4FR, LLC (the "Motion"). Closing will not be extended due to any appeal of an Order Granting the Motion, unless the District Court or Fifth Circuit enters an order staying the closing.

## B. ADDITIONAL TERMS:

Buyer **ACKNOWLEDGES AND EXPRESSLY AGREES** that this Offer is subject to the following terms:

(1) This transaction includes **NO DUE DILIGENCE PERIOD**;

(2) The purchase of all Receivership Estate interest in D4FR, LLC is expressly subject to SPC's Conversion Rights as defined and explained in the Motion;

(3) Buyer has attached proof of funds on deposit sufficient to satisfy the full Offer Price specified above and agrees that such funds on deposit are free and clear of any liens, owned solely by Buyer, and fully and immediately available to pay the full amount of the Offer Price;

(4) Deposit in escrow of the full amount of the Offer Price specified above, less the funds deposited as Earnest Money, is required within **seven days** of entry of an Order by the District Court granting the Motion. This deposit into escrow is required regardless of whether the Order is appealed or subject to any subsequent stay order;

(5) Funds paid into escrow as required above will be released to the Receiver **thirty days** of entry of an order granting this Motion;

**(6) If the transfer of Receivership Estate interest in D4FR, LLC is approved by the District Court pursuant to an Order granting the Motion, funds paid into escrow, including funds released to the Receiver, WILL NOT BE REFUNDED TO BUYER, regardless of (1) the outcome of any appeal of such an Order; or (2) whether SPC exercises its Conversion Rights (before or after entry of such an Order.**

**CERTIFICATION**

If Buyer is any form of entity (including, but not limited to a corporation, partnership, or limited liability corporation) through the attached corporate resolution, board consent, or other similar authorization, Buyer confirms express authorization for making this Bona Fide Competing Offer. If no resolution, board consent or similar authorization is attached, Buyer submits the attached signed statement, supported by any operative corporate or partnership documents, explaining why such authorization is unnecessary.

**VERIFICATION**

The undersigned declares under penalty of perjury that he or she is over the age of 18, fully competent to make this verification, and affirms that the facts stated in the Certification above and in paragraph B (3) are within his/her personal knowledge and are true and correct.

**SIGNATURE**

BUYER: ______________________________ Date:______________________

BY ITS: ______________________________

**ATTACHMENTS**

☐ Proof of funds / pre-approval letter
☐ Corporate resolution/ Board Consent

This Bona Fide Competing Offer must be returned at least 48 hours before any scheduled hearing to consider approval of the sale. The hearing date will be posted on www.bartonreceivership.com. This Bona Fide Competing Offer should be electronically filed with the Court and delivered to Cort Thomas by email or hand delivery, with a copy to Charlene C. Koonce at:

Cort Thomas
Brown Fox PLLC
2699 Howell St., Suite 500
Dallas, Texas 75204
Cort@brownfoxlaw.com
Charlene@brownfoxlaw.com