**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | **No. 3:22-cv-2118-X** |
| TIMOTHY BARTON, et al., | § | |
| | § | |
| Defendants, | § | |
| | § | |
| DJD LAND PARTNERS, LLC, and LDG001, LLC, | § | |
| | § | |
| Relief Defendants. | § | |
| | § | |
| | § | |

**NOTICE OF APPEARANCE OF COUNSEL**
**FOR SOUTHERN PROPERTIES CAPITAL, LTD.**

Southern Properties Capital, Ltd. ("SPC"), the counterparty to the Settlement and Release Agreement that is the subject of the Receiver's Verified Motion to Ratify Settlement Agreement (Dkt. 872), gives notice that Douglas J. Buncher of Ferguson Braswell Fraser Kubasta PC appears as counsel of record for SPC in this action for the purpose of SPC's concurrently filed Motion for Leave to File Response in Support of the Receiver's Verified Motion to Ratify Settlement Agreement (Dkt. 872), Response to Defendant Barton's Objection (Dkt. 855), and Brief in Support, the tendered Response, and all further proceedings on Dkts. 872, 874, 876, 878 and 880 and any related matters.

SPC previously appeared in this action through other counsel as a movant (Dkts. 184, 327, 329), and its prior counsel of record have been terminated. This Notice does not enlarge SPC's status as a party; SPC's request to be heard is presented by separate motion for leave.

Counsel requests that all notices, pleadings, orders and other papers in this matter be served on the undersigned at the address, telephone number, facsimile number and e-mail address below, and confirms that his contact information in the Court's CM/ECF system is current.

Respectfully submitted,

FERGUSON BRASWELL FRASER
KUBASTA PC

By: /s/ *Douglas J. Buncher*
**Douglas J. Buncher**
State Bar No. 03342700
2500 Dallas Parkway, Suite 600
Plano, Texas 75093
Telephone: (972) 378-9111
Direct: (469) 480-7596
Facsimile: (972) 378-9115
dbuncher@fbfk.law

**ATTORNEYS FOR SOUTHERN PROPERTIES CAPITAL, LTD.**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which will serve all counsel of record and registered ECF participants, including Defendant Timothy Barton, pro se, who is a registered ECF user (Dkt. 777).

*/s/ Douglas J. Buncher*