**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BARTON, et al.,<br><br>Defendants,<br><br>DJD LAND PARTNERS, LLC, and LDG001, LLC,<br><br>Relief Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 3:22-cv-2118-X** |

**ORDER GRANTING SOUTHERN PROPERTIES CAPITAL, LTD.'S MOTION FOR LEAVE TO FILE RESPONSE IN SUPPORT OF THE RECEIVER'S VERIFIED MOTION TO RATIFY SETTLEMENT AGREEMENT (DKT. 872), RESPONSE TO DEFENDANT BARTON'S OBJECTION (DKT. 885), AND BRIEF IN SUPPORT**

Before the Court is Southern Properties Capital, Ltd.'s ("SPC") Motion for Leave to File Response in Support of the Receiver's Verified Motion to Ratify Settlement Agreement (Dkt. 872), Response to Defendant Barton's Objection (Dkt. 885), and Brief in Support (the "Motion for Leave"). Having considered the Motion for Leave, any response, and the record, the Court finds that SPC, as the counterparty to the Settlement and Release Agreement the Receiver asks the Court to ratify, has an interest in the disposition of Dkt. 872 sufficient to be heard on it, and that granting leave will cause no delay or prejudice.

Accordingly, the Motion for Leave is GRANTED. The Clerk is DIRECTED to file SPC's Response, attached to the Motion for Leave as Exhibit A, as of the date of this Order. The Court

will consider the Response in ruling on the Receiver's Verified Motion to Ratify Settlement Agreement (Dkt. 872) and Defendant Barton's Consolidated Response and Objection (Dkt 885).

SO ORDERED this ______ day of ____________________, 2026.

______________________________
BRANTLEY STARR
UNITED STATES DISTRICT COURT JUDGE