**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § | |
| ***Defendants,*** | § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § | |
| ***Relief Defendants.*** | § | |

**RECEIVER'S RESPONSE BARTON'S MOTION FOR LEAVE TO FILE SUPPLEMENT TO CONSOLIDATED RESPONSE AND OBJECTION**

The Receiver files this Response to Barton's Motion for Leave to File Supplement to Consolidated Response and Objection (Dkt. 893) ("Motion") to clarify his position regarding his opposition to Barton's Motion.

When Barton conferred about his Motion on September 14, 2026, he only conferred about filing a supplemental response to the Receiver's amended appendices (Dkts. 886–89), which were filed to correct a clerical error and provide correct property appraisals. He did not confer about

filing a response to SPC's Response (Dkt. 892). The Receiver is unopposed to Barton responding to the Receiver's Amended Appendices via a supplemental response (as Barton represented to the Receiver), but the Receiver is opposed to Barton's Motion as filed because it is largely an entirely new response that raises new arguments.

The Receiver's deadline to file his reply to Barton's original Response (Dkt. 885) is today. That reply is already drafted and is being filed concurrently with this filing. Should the Court ultimately grant Barton's Motion for leave to file a supplemental response, the Receiver requests the opportunity to file a short reply to Barton's newly raised arguments ahead of the Court's hearing set for September 29, 2026.

Respectfully submitted,

By: */s/ Timothy B. Wells*

Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfoxlaw.com
BROWN FOX PLLC
2699 Howell St., Suite 500
Dallas, Texas 75204

Timothy B. Wells
Texas Bar No. 24131941
tim@brownfoxlaw.com
BROWN FOX PLLC
306 W. 7th Street, Suite 1000
Fort Worth, TX 76102
T: (214) 327-5000
F: (214) 327-5001

*Attorneys for Receiver Cortney C. Thomas*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.