**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| | § | |
| **TIMOTHY BARTON,** | § | |
| **CARNEGIE DEVELOPMENT, LLC,** | § | |
| **WALL007, LLC,** | § | |
| **WALL009, LLC,** | § | |
| **WALL010, LLC,** | § | |
| **WALL011, LLC,** | § | |
| **WALL012, LLC,** | § | |
| **WALL016, LLC,** | § | |
| **WALL017, LLC,** | § | |
| **WALL018, LLC,** | § | |
| **WALL019, LLC,** | § | |
| **HAOQIANG FU (A/K/A MICHAEL FU),** | § | |
| **STEPHEN T. WALL,** | § | |
| | § | |
| ***Defendants,*** | § | |
| | § | |
| **DJD LAND PARTNERS, LLC, and** | § | |
| **LDG001, LLC,** | § | |
| | § | |
| ***Relief Defendants.*** | § | |

**APPENDIX IN SUPPORT OF RECEIVER'S**
**NINTH QUARTERLY FEE APPLICATION**

Dated September 18, 2026

Respectfully submitted,

**RECEIVER CORTNEY C. THOMAS**

*/s/ Cortney C. Thomas*
Cortney C. Thomas
State Bar No. 24075153
cort@brownfoxlaw.com
Brown Fox PLLC
2699 Howell Street, Suite 500
Dallas, TX 75204
T: (214) 327-5000
F: (214) 327-5001

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic-filing system.

| EXHIBIT | DESCRIPTION | APP PAGES |
|---|---|---|
| A | Standardized Fund Accounting Report for the period October 1, 2024, through December 31, 2024 | APP001-APP003 |
| B | Receiver's invoice for services provided October 1, 2024, through December 31, 2024 | APP004-APP013 |
| C | Brown Fox invoice for services provided October 1, 2024, through December 31, 2024 | APP014-APP030 |
| D | Ahuja & Clark invoice from for services provided October 1, 2024, through December 31, 2024 | APP031-APP037 |

# EXHIBIT A

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of December 31, 2024

| | | | |
|---|---|---|---|
| 1 | Beginning Balance - October 1, 2024: | | $ 1,356,155.95 |
| 2 | Business Income | | 185,510.00 |
| 3 | Funds Received | | 750,000.00 |
| 4 | Interest/Dividend Income | | 4,064.99 |
| 5 | Business Asset Liquidation | | |
| 6 | Personal Asset Liquidation | | |
| 7 | Third-Party Litigation Income | | |
| 8 | Miscellaneous - Other | | |
| 9 | Disbursements to Investors | | |
| 10 | Disbursements for Receivership Operations: | | 239,142.04 |
| 10a | Disbursements to Receiver or Other Professionals | 2,750.00 | |
| 10b | Business Asset and Operating Expenses | 191,213.84 | |
| 10c | Personal Asset Expenses | | |
| 10d | Investment Expenses | | |
| 10e | Third-Party Litigation Expenses | | |
| 10f | Tax Administrator Fees and Bonds | | |
| 10g | Federal and State Tax Expenses | 45,178.20 | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | - |
| 11a | Distribution Plan Development Expenses | | |
| 11b | Distribution Plan Implementation Expenses | | |
| 12 | Disbursements to Court/Other | | - |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | |
| 12b | Federal income taxes | | |
| 13 | Ending Balance - December 31, 2024 | | $ 2,056,588.90 |
| 14 | Ending Balance of Fund - Net Assets | | 2,056,588.90 |
| 14a | Cash & Cash Equivalents | 2,056,588.90 | |
| 14b | Investments | | |
| 14c | Other Assets or Uncleared Funds | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | |
| 16b | Federal income taxes | | |
| 17 | DC & State Tax Payments | | |

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of December 31, 2024

| | |
|---|---|
| 18 | No. of Claims |
| 18a | the number of claims received from investors during this reporting period |
| 18b | the number of claims received from investors as a result of all orders since the inception of the Fund |
| | |
| 19 | No. of Claimants/Investors |
| 19a | the number of claimants/investors receiving distributions during the reporting period |
| 19b | the number of claimants/investors receiving distributions pursuant to all orders of distribution since the inception of the Fund |

# EXHIBIT B

8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
brownfoxlaw.com/payments

BROWN FOX

# INVOICE

Invoice # 43368
Date: 01/10/2025

Barton Receivership

## SEC v. Barton – Case Administration

### Services

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 10/01/2024 | CCT | Review working draft of proposed order on contempt motion; revise same; telephone conference with C. Koonce regarding same. | 0.20 | $385.00 | $77.00 |
| 10/01/2024 | CCT | Meeting with F. Zarwa to discuss logistics for privilege log of paper documents at storage unit. | 0.40 | $385.00 | $154.00 |
| 10/03/2024 | CCT | Meeting with T. Wells to discuss [redacted]. | 0.30 | $385.00 | $115.50 |
| 10/04/2024 | CCT | Continue drafting cash accounting summary; correspondence with accountants regarding same. | 0.70 | $385.00 | $269.50 |
| 10/07/2024 | CCT | Review draft 2023 QSF tax return and letters to IRS; telephone conferences with accountants regarding same; brief meetings with T. Wells regarding same. | 0.90 | $385.00 | $346.50 |
| 10/08/2024 | CCT | Telephone conference with T. Wells regarding [redacted]. | 0.10 | $385.00 | $38.50 |
| 10/08/2024 | CCT | Telephone conference with F. Zarwa regarding status of privilege log. | 0.10 | $385.00 | $38.50 |
| 10/10/2024 | CCT | Review updated 2023 QSF tax return and cover letter; correspondence with | 0.20 | $385.00 | $77.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | accountants regarding same. | | | |
| 10/14/2024 | CCT | Review final draft of 2023 QSF return; execute same. | 0.30 | $385.00 | $115.50 |
| 10/21/2024 | CCT | Correspondence with counsel regarding latest communication from T. Barton. | 0.10 | $385.00 | $38.50 |
| 10/24/2024 | CCT | Continue reviewing Texas franchise tax returns; execute same; correspondence with accountants regarding same. | 0.60 | $385.00 | $231.00 |
| 10/28/2024 | CCT | Continue drafting quarterly report [3Q24]. | 2.10 | $385.00 | $808.50 |
| 10/29/2024 | CCT | Continue drafting quarterly report [3Q24]. | 0.20 | $385.00 | $77.00 |
| 10/30/2024 | CCT | Finish drafting Quarterly Status Report [3Q24]; draft update for receivership website regarding same. | 5.20 | $385.00 | $2,002.00 |
| 10/31/2024 | CCT | Continue drafting fee application [3Q24]; meeting with Amerigold property manager to deliver paychecks. [No charge] | 1.70 | $0.00 | $0.00 |
| 10/31/2024 | CCT | Telephone conference with K. Coker (new counsel to Barton). | 0.80 | $385.00 | $308.00 |
| 11/07/2024 | CCT | Cursory review of Memorandum Opinion and Order denying Motion to Seal. | 0.10 | $385.00 | $38.50 |
| 11/08/2024 | CCT | Meeting with Amerigold property manager to deliver paychecks. [No charge] | 0.60 | $0.00 | $0.00 |
| 11/13/2024 | CCT | Telephone conference with K. Coker regarding potential meeting with T. Barton. [No charge] | 0.70 | $0.00 | $0.00 |
| 11/14/2024 | CCT | Review and execute Texas Franchise Tax Public Information Reports for Receivership Entities; correspondence with accountants regarding same. | 0.50 | $385.00 | $192.50 |
| 11/14/2024 | CCT | Meeting with T. Barton and K. Coker; follow-up communications with K. Coker; follow-up meeting with T. Wells. | 2.90 | $385.00 | $1,116.50 |
| 11/14/2024 | CCT | Draft Motion for Extension of Time to File Fee Application. [No charge] | 0.50 | $0.00 | $0.00 |
| 11/22/2024 | CCT | Correspondence with discovery vendor regarding status of fee applications. [No charge] | 0.10 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/22/2024 | CCT | Correspondence with J. Kane regarding status of HNGH settlement payment. | 0.10 | $0.00 | $0.00 |
| 11/25/2024 | CCT | Correspondence with accountants regarding registered agents and BOIRs. | 0.10 | $385.00 | $38.50 |
| 12/02/2024 | CCT | Continue drafting fee application [3Q23]. [No charge] | 2.30 | $0.00 | $0.00 |
| 12/05/2024 | CCT | Correspondence with accountants regarding suspension of BOIR requirement. | 0.20 | $385.00 | $77.00 |
| 12/06/2024 | CCT | Review working draft of response to motion for protective order. | 0.50 | $385.00 | $192.50 |
| 12/12/2024 | CCT | Meeting with Amerigold property manager to deliver paycheck. [No charge] | 0.70 | $0.00 | $0.00 |
| 12/17/2024 | CCT | Correspondence with US Trustee regarding status of bankruptcies. | 0.10 | $385.00 | $38.50 |
| 12/18/2024 | CCT | Telephone conference and correspondence with US Trustee regarding pending bankruptcies; review latest actions and websites of Barton; telephone conference and meetings with C. Koonce and T. Wells regarding same; review motion for continuance of criminal case. | 0.60 | $385.00 | $231.00 |
| 12/18/2024 | CCT | Continue drafting fee application for 3Q23; coordinate redaction of privileged and other information from invoices. [No charge] | 0.70 | $0.00 | $0.00 |
| 12/19/2024 | CCT | Correspondence with T. Barton regarding websites administered by Barton. | 0.20 | $385.00 | $77.00 |
| 12/19/2024 | CCT | Continue drafting fee application for 3Q23; coordinate redaction of privileged and other information from invoices. [No charge] | 0.20 | $0.00 | $0.00 |
| 12/19/2024 | CCT | Meeting with Amerigold property manager to drop off paychecks. [No charge] | 0.60 | $0.00 | $0.00 |
| 12/20/2024 | CCT | Telephone conference with K. Coker. | 0.30 | $385.00 | $115.50 |
| 12/20/2024 | CCT | Continue drafting fee application for 3Q23; coordinate redaction of privileged and other information from invoices. [No charge] | 2.90 | $0.00 | $0.00 |
| 12/23/2024 | CCT | Continue drafting fee application for 3Q23; coordinate redaction of privileged and other information from invoices. [No charge] | 2.70 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/27/2024 | CCT | Correspondence with accountants regarding latest updates on BOIR; correspondence with C. Koonce regarding upcoming oral argument. | 0.20 | $385.00 | $77.00 |
| 12/30/2024 | CCT | Meeting with C. Koonce to discuss upcoming oral argument; brief telephone conference with real estate expert regarding status of receivership. | 0.30 | $385.00 | $115.50 |
| 12/31/2024 | CCT | Finish drafting fee application for 3Q23. [No charge] | 1.10 | $0.00 | $0.00 |
| | | | **Quantity Subtotal** | | **33.1** |
| | | | **Services Subtotal** | | **$7,007.00** |

## Expenses

| Date | Description | Client Total |
|---|---|---|
| 10/16/2024 | Tx SOS entity searches to verify Tax Forfeiture status. | $16.00 |
| 10/18/2024 | Q3 Pacer Filing/Document Fees | $41.20 |
| 10/25/2024 | GoDaddy domain renewal. | $110.32 |
| 10/28/2024 | Public Storage (2 units) - November 2024. | $666.00 |
| 10/31/2024 | GoDaddy 12-month website renewal for bartonreceivership.com. | $294.09 |
| 11/14/2024 | Public Storage (2 units) - December 2024. | $666.00 |
| 11/25/2024 | Binding fee for Receiver's Amicus Brief to Fifth Circuit Court of Appeals. | $58.24 |
| 11/25/2024 | FedEx charges to deliver 7 copies of Amicus Curiae brief to Fifth Circuit | $36.30 |
| 11/25/2024 | FedEx sending seven copies of amicus brief to Fifth Circuit court of appeals | $36.30 |
| 12/13/2024 | Public Storage (2 units) - January 2025. | $806.00 |
| 12/23/2024 | Liberty Transcripts Invoice No. 24528 - hearing transcript of 11/12/2024 - In re BM318 LLC, Lead Case Number 20-42789-MXM-11 \| BM318, LLC et al. v. The Dixon Water Foundation et al., | $268.40 |
| 12/31/2024 | Postage and supplies for delivering UPS Store mail during 4Q24. | $222.06 |
| | **Expenses Subtotal** | **$3,220.91** |
| | **Subtotal** | **$10,227.91** |

## SEC v. Barton – Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 10/01/2024 | CCT | Correspondence with second Amerigold purchaser regarding contempt proceeding; correspondence with counsel to Hall lender regarding status of Hall sale. | 0.30 | $385.00 | $115.50 |
| 10/02/2024 | CCT | Correspondence with auctioneer regarding remaining auction item. | 0.10 | $385.00 | $38.50 |
| 10/07/2024 | CCT | Correspondence with Amerigold purchaser regarding status of claims process. | 0.10 | $385.00 | $38.50 |
| 10/09/2024 | CCT | Correspondence with Rock Creek broker regarding status of lease; correspondence with T. Wells regarding same; correspondence with T. Wells regarding [redacted]; review Windmill Farms Replacement Reserve request; correspondence with Greystone regarding same. | 0.30 | $385.00 | $115.50 |
| 10/14/2024 | CCT | Correspondence with Hall Street title company regarding status of sale. | 0.10 | $385.00 | $38.50 |
| 10/15/2024 | CCT | Correspondence with auctioneer regarding removing auction items; correspondence with Palisades regarding status of Frisco sale. | 0.20 | $385.00 | $77.00 |
| 10/16/2024 | CCT | Telephone conference with Frisco purchaser regarding status of sale. | 0.20 | $385.00 | $77.00 |
| 10/17/2024 | CCT | Telephone conference and correspondence with Greystone regarding Opelika LOCs. | 0.30 | $385.00 | $115.50 |
| 10/18/2024 | CCT | Correspondence with A. Carrillo regarding [redacted]; correspondence with Greystone regarding Ingleside insurance. | 0.20 | $385.00 | $77.00 |
| 10/21/2024 | CCT | Correspondence with Rock Creek purchaser regarding status of sale and appeal; correspondence with broker regarding same; correspondence with Greystone regarding Opelika LOCs; telephone conference with Greystone regarding Ingleside insurance. | 0.40 | $385.00 | $154.00 |
| 10/22/2024 | CCT | Correspondence with counsel regarding extension of Rock Creek lease; review and | 0.20 | $385.00 | $77.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | execute same; correspondence with broker regarding same. | | | |
| 10/23/2024 | CCT | Review Texas Franchise Tax Returns; participate in virtual meeting with accountants to discuss same; respond to correspondence from T. Barton. | 0.90 | $385.00 | $346.50 |
| 10/29/2024 | CCT | Correspondence with counsel regarding Barton's lis pendens on Dixon/Lumar-related land and strategy for sales of properties. | 0.20 | $385.00 | $77.00 |
| 10/31/2024 | CCT | Correspondence with counsel regarding plane appraisal. | 0.10 | $385.00 | $38.50 |
| 11/01/2024 | CCT | Correspondence with Sunridge regarding operating accounts for D4 entities. | 0.10 | $385.00 | $38.50 |
| 11/04/2024 | CCT | Begin review bank account statements for D4 entities; correspondence with receivership bank regarding accounts for D4 entities; correspondence with Hall broker regarding status of receivership; correspondence with Hall lender regarding same; correspondence with potential new title company for receivership sales. | 1.60 | $385.00 | $616.00 |
| 11/06/2024 | CCT | Review account opening documents for new D4FR accounts; correspondence with Receivership Bank regarding same. | 0.20 | $385.00 | $77.00 |
| 11/07/2024 | CCT | Correspondence with Greystone regarding status of release of LOCs on Opelika property; review HUD forms related to same; correspondence with G. Kay regarding same. | 0.40 | $385.00 | $154.00 |
| 11/12/2024 | CCT | Telephone conference with receivership bank regarding new D4 accounts. | 0.30 | $385.00 | $115.50 |
| 11/13/2024 | CCT | Meeting with Amerigold property manager to deliver paycheck. [No charge] | 0.60 | $0.00 | $0.00 |
| 11/15/2024 | CCT | Correspondence with counsel to HNGH regarding third settlement payment; review draft NDA; brief meeting with T. Wells regarding same. | 0.30 | $385.00 | $115.50 |
| 11/19/2024 | CCT | Correspondence with counsel to HNGH regarding status of settlement payment; telephone conference and correspondence with potential title company for receivership | 0.30 | $385.00 | $115.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | sales. | | | |
| 11/21/2024 | CCT | Telephone conference with purchaser of HUD properties. [No charge] | 0.30 | $0.00 | $0.00 |
| 11/22/2024 | CCT | Meeting with Amerigold property manager to deliver paychecks. [No charge] | 0.30 | $0.00 | $0.00 |
| 11/25/2024 | CCT | Correspondence with potential title company; correspondence with V. Nimbiar regarding third installment of settlement payments. | 0.20 | $385.00 | $77.00 |
| 11/26/2024 | CCT | Correspondence with V. Nimbiar regarding third HN Capital settlement payment; correspondence with T. Wells regarding plane. | 0.20 | $385.00 | $77.00 |
| 12/02/2024 | CCT | Telephone conference with Frisco purchaser regarding status of sale and parking issue. | 0.20 | $385.00 | $77.00 |
| 12/03/2024 | CCT | Correspondence with Hall purchaser regarding status of sale; telephone conference and correspondence with potential title company. | 0.50 | $385.00 | $192.50 |
| 12/04/2024 | CCT | Correspondence with counsel regarding BM318 appeal. | 0.20 | $385.00 | $77.00 |
| 12/05/2024 | CCT | Meeting with Amerigold property manager to deliver paychecks. [No charge] | 0.60 | $0.00 | $0.00 |
| 12/11/2024 | CCT | Correspondence with purchaser of TC Hall property; correspondence with T. Wells regarding [redacted]. | 0.20 | $385.00 | $77.00 |
| 12/12/2024 | CCT | Correspondence with Greystone regarding D4FR reimbursement request; correspondence with Amerigold broker; telephone conference with R. Edelman's widow. | 0.30 | $385.00 | $115.50 |
| 12/13/2024 | CCT | Review working draft of settlement with Third Coast Bank regarding plane debt; brief meeting with T. Wells to discuss [redacted]. | 0.30 | $385.00 | $115.50 |
| 12/20/2024 | CCT | Telephone conference with counsel to TC Hall purchaser. | 0.20 | $385.00 | $77.00 |
| 12/23/2024 | CCT | Correspondence with Greystone regarding Letters of Credit on Opelika. | 0.10 | $385.00 | $38.50 |

| | | | | | |
|---|---|---|---|---|---|
| 12/27/2024 | CCT | Correspondence with potential Amerigold Suites purchaser. | 0.20 | $385.00 | $77.00 |
| 12/30/2024 | CCT | Correspondence with T. Barton regarding D4 properties. | 0.10 | $385.00 | $38.50 |

| | |
|---|---|
| **Quantity Subtotal** | **11.3** |
| **Subtotal** | **$3,657.50** |

| | |
|---|---|
| **Expenses Total** | **$3,220.91** |
| **Hours Total** | **44.4** |
| **Services Total** | **$10,664.50** |
| **Total** | **$13,885.41** |

Current Statement payable upon receipt and due within 30 days.

Federal Tax ID 61-1764390

Wire Payments
Veritex Community Bank
17950 Preston Road, Suite 500
Dallas, TX 75252
ABA # 113024164 Account # 30081159

Check Payments
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225

Credit Card Payments https://www.brownfoxlaw.com/payments
When selecting payment by credit, please note that applicable charges and fees will be itemized prior to confirming payment and paid directly to the credit card issuer, card network and payment processor.

Direct payment inquiries to the Account Services Department at accounting@brownfoxlaw.com

Thank you for choosing Brown Fox. We appreciate your business.

8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
brownfoxlaw.com/payments

# INVOICE

Invoice # 43368
Date: 01/10/2025

## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.

# EXHIBIT C

8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
brownfoxlaw.com/payments

BROWN FOX

# INVOICE

Invoice # 43369
Date: 01/10/2025

Barton Receivership

## SEC v. Barton – Non-Receiver Activity: Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 10/06/2024 | CAC | Analyze BM318's plan of reorganization; correspond with T. Wells regarding same. | 0.20 | $300.00 | $60.00 |
| 10/09/2024 | CAC | Review Fifth Circuit's opinion and order denying T. Barton's appeal of the HNGH Turtle Creek settlement as moot. | 0.10 | $300.00 | $30.00 |
| 10/15/2024 | CAC | Prepare designations of record on appeal. | 2.20 | $300.00 | $660.00 |
| 10/18/2024 | CAC | Correspond with counsel to Dixon and Lumar regarding next steps in BM318 appeal; review district court's order setting October 21 deadline for Barton's appellant brief. | 0.10 | $300.00 | $30.00 |
| 10/21/2024 | CAC | Review T. Barton's motion in BM318 appeal regarding extension of time for appellant brief. | 0.10 | $300.00 | $30.00 |
| 10/22/2024 | JJM | Draft 7th Amendment to Lease Agreement for Rock Creek Lease. | 0.40 | $275.00 | $110.00 |
| 10/24/2024 | CAC | Review Lumar's motion to enforce settlement agreement; correspond with Receiver regarding same. | 0.10 | $300.00 | $30.00 |
| 10/28/2024 | CAC | Analyze Court's order granting motion for expedited hearing and order setting hearing. | 0.10 | $300.00 | $30.00 |
| 11/06/2024 | CAC | Correspond with counsels to Dixon and Lumar regarding Barton's BM318 pro se appeal. | 0.10 | $300.00 | $30.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/07/2024 | CAC | Call with Dixon and Lumar's counsel regarding T. Barton's BM318 appeal and go-forward strategy. | 0.40 | $300.00 | $120.00 |
| 11/08/2024 | CAC | Review T. Barton's response to Lumar's motion to remove lis pendens and enforce settlement agreement; review Dixon's joinders to Lumar's motion; correspond with Receiver regarding [redacted]. | 0.20 | $300.00 | $60.00 |
| 11/11/2024 | CAC | Prepare for hearing on Lumar's motion to expunge lis pendens and enforce settlement. | 0.20 | $300.00 | $60.00 |
| 11/12/2024 | CAC | Represent Receiver in hearing on Lumar's motion to expunge lis pendens; prepare for same. | 1.40 | $300.00 | $420.00 |
| 11/13/2024 | CCK | Review new lawsuit served on bank regarding outstanding taxes owed on Frisco property; confer with T. Wells regarding same and respond to bank's counsel regarding same | 0.20 | $385.00 | $77.00 |
| 11/18/2024 | CAC | Review Barton's appellant brief. | 0.30 | $300.00 | $90.00 |
| 11/20/2024 | CAC | Attend Court's oral ruling expunging lis pendens; prepare for same. | 0.60 | $300.00 | $180.00 |
| 11/22/2024 | SRL | Review Dallas County Appraisal District to obtain legal property descriptions for properties subject to liens pursuant to judgments. | 0.20 | $110.00 | $22.00 |
| 11/25/2024 | CAC | Review Lumar's draft motion expunging Barton's lis pendens; correspond with Lumar's counsel regarding same; review Dixon's joint motion to dismiss Barton's appeal; confer with Receiver regarding same; correspond with Dixon and Lumar's counsel regarding same. | 0.90 | $300.00 | $270.00 |
| 11/26/2024 | CAC | Correspond with Dixon's counsel regarding motion to dismiss draft for BM318 appeal. | 0.10 | $300.00 | $30.00 |
| 12/02/2024 | CAC | Analyze next steps for 2999TC bankruptcy case and pending for motion for final decree; confer with Receiver regarding same; correspond with counsel to Dixon and Lumar regarding merits brief and motion to dismiss for BM318 appeal. | 1.10 | $300.00 | $330.00 |
| 12/03/2024 | CAC | Correspond with parties to 2999TC | 2.00 | $300.00 | $600.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | bankruptcy case regarding status conference on Receiver's motion for final decree; review Lumar's appellee brief; review Dixon's appellee brief; review final draft of joint motion to dismiss; draft joinder for Lumar and Dixon's appellee briefs. | | | |
| 12/04/2024 | CAC | Finalize joinder for filing in the BM318 appeal. | 0.20 | $300.00 | $60.00 |
| 12/13/2024 | CAC | Finalize and file amended notice of status conference for April 10, 2025 status conference on motion for final decree; confer with Receiver regarding [redacted]. | 0.60 | $300.00 | $180.00 |
| 12/18/2024 | CAC | Call with U.S. Trustee's office regarding pending bankruptcy cases involving Barton entities; prepare for same. | 0.40 | $300.00 | $120.00 |
| 12/20/2024 | CAC | Correspond with counsel to Barton regarding BM318 bankruptcy appeal; correspond with counsel to Dixon and Lumar regarding same. | 0.40 | $300.00 | $120.00 |
| | | | **Quantity Subtotal** | | **12.6** |
| | | | | **Subtotal** | **$3,749.00** |

## SEC v. Barton – Non-Receiver Activity: Case Administration

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 10/01/2024 | CCK | Revise proposed Agreed Injunction, comparing draft received with draft previously provided to opposing counsel and confer with C. Thomas regarding same; draft Notice of Submission of same; forward to opposing counsel. | 0.80 | $385.00 | $308.00 |
| 10/01/2024 | TBW | Correspondence with B. Bucholz regarding Venus land (.2); review documents regarding same (.2). | 0.40 | $200.00 | $80.00 |
| 10/02/2024 | TBW | Correspondence with K. Hill regarding Amerigold insurance renewal (.4); correspondence with potential property purchaser (.2); correspondence with O. Escalante regarding Venus (.3); participate in call with accountants regarding tax filings (.3). | 1.20 | $200.00 | $240.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/03/2024 | TBW | Review mail for legal issues (.4); correspondence with J. Silvasan regarding Amerigold (.4); brief meeting with C. Thomas regarding [redacted] (.3). | 1.10 | $200.00 | $220.00 |
| 10/07/2024 | CCK | Confer with T. Wells and C. Thomas regarding [redacted]; review and comment on proposed and revised language regarding same; review notice of hearing in Bagdley case and confer with T. Wells regarding same | 0.40 | $385.00 | $154.00 |
| 10/07/2024 | TBW | Multiple correspondence with K. Coker and M. Edney regarding agreed order to resolve motion to show cause; multiple revisions of notice and agreed proposed order based on same (3.2); research requirements of agreed injunction order (.7); correspondence with C. Koonce regarding same (.3); correspondence with TXU regarding bill (.5); coordinate payroll checks (.2). | 4.90 | $200.00 | $980.00 |
| 10/08/2024 | TBW | Research and correspondence with Elite Jet surrounding plane (.8); review missing Terminix payments (.6); correspondence with C. Thomas regarding [redacted] (.2); research regarding 3600 Gillespie (.5). | 2.10 | $200.00 | $420.00 |
| 10/09/2024 | TBW | Prepare list of liabilities for accountants (2.1); review mail for legal issues (.6); correspondence with S. Latham regarding [redacted] (.3); correspondence with TXU regarding bill (.2). | 3.20 | $200.00 | $640.00 |
| 10/10/2024 | CCK | Review phone message from counsel to investor P. Kirby and forward same to T. Wells to respond; further conference with T. Wells regarding belligerent and threating response; call with attorney regarding same; draft email providing status of the receivership to same. | 0.50 | $385.00 | $192.50 |
| 10/10/2024 | TBW | Correspondence with Gillespie neighbor regarding status of property (.2); confer with C. Thomas regarding same (.2); research P. Kirby involvement in preparation for call (.5); correspondence with counsel for P. Kirby regarding status of receivership (.4); confer with C. Koonce regarding same (.2); review offer from potential property | 1.90 | $200.00 | $380.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | purchaser (.3); forward same to C. Thomas (.1). | | | |
| 10/10/2024 | TBW | Meeting with Goldmark property manager to deliver paychecks. [no charge] | 0.70 | $0.00 | $0.00 |
| 10/11/2024 | TBW | Begin reviewing tax records for receivership properties. | 0.70 | $200.00 | $140.00 |
| 10/14/2024 | TBW | Meeting with Amerigold property manager to provide paycheck. [no charge] | 0.60 | $0.00 | $0.00 |
| 10/15/2024 | SRL | Analyze current franchise tax status of all Barton entities and prepare chart of same. | 2.30 | $110.00 | $253.00 |
| 10/15/2024 | TBW | Correspondence with landscaper and coordinate payment for same (.3); review Terminix invoices and payment chart and coordinate payment for same (.3); | 0.60 | $200.00 | $120.00 |
| 10/16/2024 | TBW | Review receivership entity franchise tax chart (.6); review Rock Creek calculations and lease (.7); research and strategize options going forward (.6). | 1.90 | $200.00 | $380.00 |
| 10/17/2024 | TBW | Correspondence with Terminix regarding invoices. | 0.20 | $200.00 | $40.00 |
| 10/18/2024 | TBW | Correspondence with Sunridge management regarding financials and letter for ingleside (.3); review mail for legal issues (.4); correspondence with Republic services regarding Amerigold (.2). | 0.90 | $200.00 | $180.00 |
| 10/21/2024 | TBW | Briefly review D4 financials from property managers (.3); correspondence with accountants regarding tax notices (.2). | 0.50 | $200.00 | $100.00 |
| 10/22/2024 | TBW | Review working draft of Rock Creek lease extension from J. Mahaffey (.5); correspondence with C. Thomas regarding [redacted] (.3); attempted correspondence with propertyware regarding Amerigold (.7); correspondence with J. Silvasan regarding same (.3). | 1.80 | $200.00 | $360.00 |
| 10/23/2024 | TBW | Correspondence with accountants regarding entities tax status (.2); participate in call with D. Kwande regarding same (.3); multiple correspondence with property ware to update account and billing information (1.6). | 2.10 | $200.00 | $420.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/24/2024 | TBW | Meeting with Amerigold property manager to deliver paychecks. [No charge] | 0.60 | $0.00 | $0.00 |
| 10/25/2024 | SRL | Research case involving JMJAV, LLC to determine status of same. | 0.30 | $110.00 | $33.00 |
| 10/25/2024 | TBW | Review JMJAV v. Fu case (1.4); confer with C. Koonce regarding same (.2). | 1.60 | $200.00 | $320.00 |
| 10/28/2024 | TBW | Review additional filings from JMJAV v. FU (1.1); correspondence with C. Koonce regarding same (.3); receipt and review correspondence from B. Buchholz (.2); review mail for legal issues (.4); coordinate payment of bills (.3); review Goldmark insurance payments (.3); | 2.60 | $200.00 | $520.00 |
| 10/29/2024 | TBW | Review and revise Receiver's quarterly report (4.3); review and coordinate Goldmark payroll (.2); revise property loan chart (1.4); | 5.90 | $200.00 | $1,180.00 |
| 10/30/2024 | TBW | Correspondence with aircraft appraiser (.3); create net recovery chart for receivership properties (1.4); prepare email summary for C. Thomas regarding [redacted] (.4). | 2.10 | $200.00 | $420.00 |
| 10/31/2024 | TBW | Attempt to contact Houston court regarding trial setting in JMJAV v. Fu (.4); correspondence with counsel for Fu regarding Fu's claims in same and Receiver's fraudulent transfer lawsuit (.3). | 0.70 | $200.00 | $140.00 |
| 11/01/2024 | TBW | Correspondence with Elite Jet regarding airplane information (.2); confer with C. Thomas regarding same and appraisal (.2); review and pay receivership bills (.5). | 0.90 | $200.00 | $180.00 |
| 11/04/2024 | TBW | Correspondence with Venus farmers regarding renewing leases (.5); evaluate leases for same (.3); review Goldmark bills and coordinate payment of same (.5); review JMJAV v. Fu docket to see if trial setting was pulled down (.3); set up insurance review application in preparation for Rock creek home inspection (.5). | 2.10 | $200.00 | $420.00 |
| 11/05/2024 | TBW | Correspondence with purported lender on Venus property regarding status of receivership (.4); review mail for legal issues (.4); coordinate paying Goldmark water bill and landscaper (.2); travel to and from Rock | 2.70 | $200.00 | $540.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Creek house and conduct insurance self inspection of same (1.7). | | | |
| 11/07/2024 | TBW | Correspondence with Elite Jet regarding airplane information (.2); confer with C. Thomas regarding [redacted] (.3); correspondence with C. Thomas and C. Koonce regarding [redacted] (.2). | 0.70 | $200.00 | $140.00 |
| 11/08/2024 | TBW | Correspondence with counsel for Tamamoi regarding Venus property (.3); review NDA regarding same (.3). | 0.60 | $200.00 | $120.00 |
| 11/10/2024 | CCK | Review A. Carrillo's email regarding [redacted], review [redacted]. | 0.30 | $385.00 | $115.50 |
| 11/11/2024 | TBW | Prepare multiple letters to creditors regarding liens (1.1); review mail for legal issues (.5); correspondence with accountants regarding tax notices (.2); review and pay Goldmark bills (.3); correspondence with D4 property managers regarding notice and October financials (.3); review Goldmark insurance renewal and confer with C. Thomas regarding same (.5). | 2.90 | $200.00 | $580.00 |
| 11/12/2024 | SRL | Research tax suit filed against FHC Acquisitions, LLC by City of Frisco. | 0.30 | $110.00 | $33.00 |
| 11/12/2024 | TBW | Review FHC tax suit (.3); correspondence with C. Koonce regarding same (.1); correspondence with J. Roberts regarding DHA checks (.2); correspondence with accountants regarding tax payment information (.3). | 0.90 | $200.00 | $180.00 |
| 11/13/2024 | TBW | Review receivership order to confirm application to tax lawsuit (.3); confer with C. Koonce regarding same (.2); correspondence with Venus lender regarding receivership update (.2); review mail for legal issues (.4). | 1.10 | $200.00 | $220.00 |
| 11/14/2024 | TBW | Correspondence with Dallas city attorneys office regarding Dallas water bill (.5); prepare letter to creditor regarding lien (.4); review storage bill and coordinate payment of same (.2); prepare notice of stay for FHC tax lawsuit (.9); prepare letter to attorney | 5.90 | $200.00 | $1,180.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | who filed FHC tax lawsuit regarding stay and notice filed (.6); meeting with T. Barton and Barton's counsel and follow-up meeting with C. Thomas (2.9); participate in brief meeting with receivership accountants (.2). | | | |
| 11/15/2024 | TBW | Revise [redacted] (1.3); confer with C. Thomas [redacted] (.2); correspondence with attorney for lender regarding same (.2); correspondence with Republic Services regarding contract renewal and review and execute same (1.5); review and pay Goldmark insurance renewal (.6); correspondence with agent regarding same (.2); correspondence with J. Roberts regarding DHA checks (.2); revise Venus farm leases for 2025 (.9). | 5.10 | $200.00 | $1,020.00 |
| 11/18/2024 | TBW | Further revise [redacted] (1.7); correspondence with attorney [redacted] (.3); review and coordinate Goldmark payroll (.3); correspondence with Dallas city attorney regarding water bill (.4). | 2.70 | $200.00 | $540.00 |
| 11/19/2024 | TBW | Review final documents for Goldmark insurance (.3); review mail for legal issues (.4); coordinate payment of bill for Gillespie Villas and landscaper (.2); confer with C. Thomas regarding [redacted] (.2); correspondence with attorney for same (.4); correspondence with G. Green regarding Truist bank loan (.3). | 1.80 | $200.00 | $360.00 |
| 11/21/2024 | CCK | Confer with C. Thomas regarding [redacted]; further review of motion for same and begin drafting response. | 3.10 | $385.00 | $1,193.50 |
| 11/21/2024 | TBW | Correspondence with D. Uberman regarding lien letter. | 0.40 | $200.00 | $80.00 |
| 11/22/2024 | SRL | Review T. Barton's criminal case docket to determine attorney and the potential filing of any motion to release funds. | 0.20 | $110.00 | $22.00 |
| 11/22/2024 | CCK | Continue drafting Response to Barton's motion for protective order and motion to compel documents disclosing source of funds used to pay Barton's fees. | 3.50 | $385.00 | $1,347.50 |
| 11/25/2024 | CCK | Continue drafting and revising Response to | 3.10 | $385.00 | $1,193.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | Motion for Protective order and motion to compel included in same regarding information related to source of payments or security for Barton's fees; confer with T. Wells regarding [redacted]. | | | |
| 11/25/2024 | TBW | Correspondence with J. Dillion regarding status of receivership (.3); correspondence regarding Goldmark payroll (.2); review mail for legal issues (.5); correspondence with accountants regarding tax notices (.2); correspondence with aircraft appraiser (.2); correspondence with Elite Jet regarding plane (.2); review Frisco gate property owners letter and confer with C. Koonce and C. Thomas regarding same (.3). | 1.90 | $200.00 | $380.00 |
| 11/26/2024 | CCK | Further review and edits to Response to Motion for Protective Order; forward same to T. Wells for additional editing. | 0.40 | $385.00 | $154.00 |
| 11/26/2024 | TBW | Correspondence with R. Weeks regarding plane (.4); confer with C. Thomas regarding same (.2); review bank statement request from T. Barton (.2). | 0.80 | $200.00 | $160.00 |
| 12/02/2024 | TBW | Review Goldmark payroll and receivership bills and coordinate payment for same (.6); review and compile photos of airplane for aircraft appraiser and correspondence with same (.5); correspondence with counsel for Tamamoi regarding Venus information (.3). | 1.40 | $200.00 | $280.00 |
| 12/03/2024 | TBW | Correspondence with counsel for Tamamoi regarding Venus report (.4); confer with C. Thomas regarding same (.2); correspondence with airplane appraiser regarding findings (.2). | 0.80 | $200.00 | $160.00 |
| 12/04/2024 | CCK | Review joint motion to dismiss Barton's appeal of order approving BM318 appeal and confer with team regarding same | 0.20 | $385.00 | $77.00 |
| 12/04/2024 | TBW | Begin reviewing and revising response for motion for protective order (2.4); begin reviewing bank records based on request from T. Barton (1.1). | 3.50 | $200.00 | $700.00 |
| 12/05/2024 | TBW | Finish reviewing and revising response to | 5.80 | $200.00 | $1,160.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | motion for protective order (5.4); correspondence with S. Latham regarding need to compile and chart bank statements based on request from T. Barton (.4). | | | |
| 12/06/2024 | CCK | Review and revise Response to Motion for Protective Order and review transcript from hearing on identical issue received from K. Crawford; confer with C. Thomas regarding [redacted]; review website for Barton Industries and confer with C. Thomas and T. Wells regarding same; final edits to Response to Motion to Protective Order. | 1.30 | $385.00 | $500.50 |
| 12/06/2024 | SRL | Begin review of Barton entity bank statements in response to request for same from Defendant. | 0.60 | $110.00 | $66.00 |
| 12/06/2024 | TBW | Correspondence with counsel for Third Coast Bank regarding loan documents for airplane (.2); review loan documents form same (.6); multiple correspondence regarding Dallas Housing authority payments (.9); review aircraft appraisal (.7); correspondence with landscaper regarding landscaping and payments (.2); review receivership bills and coordinate payment for same (.3); review website from C. Thomas (.3); review mail for legal issues (.6); correspondence with J. Silvasan regarding Goldmark (.3). | 4.10 | $200.00 | $820.00 |
| 12/09/2024 | TBW | Correspondence with C. Koonce regarding finalizing response to motion for protection order and filing same (.7); review mail for legal issues (.4); correspondence with R. Weeks regarding airplane (.3); correspondence with debt collector regarding letter notifying them of receivership order (.3); correspondence with aircraft appraiser regarding payment of invoice (.2). | 1.90 | $200.00 | $380.00 |
| 12/10/2024 | SRL | Continue to review bank productions to assist in response to Defendant's request for bank statements. | 2.40 | $110.00 | $264.00 |
| 12/10/2024 | TBW | Review tax notices for legal issues. | 0.40 | $200.00 | $80.00 |
| 12/11/2024 | SRL | Continue to review bank productions to assist in response to Defendant's request for | 2.20 | $110.00 | $242.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Barton entity bank statements. | | | |
| 12/11/2024 | TBW | Review Goldmark liability insurance renewal; confer with C. Thomas regarding same; correspondence with insurance agent regarding loss runs and renewal forms (1.2); review and coordinate payment of Goldmark bills (.4). | 1.60 | $200.00 | $320.00 |
| 12/12/2024 | TBW | Correspondence with P. Ilmonsen regarding D4 apartment financials and briefly review same (.5); correspondence with insurance agent for Gillespie regarding renewal (.3). | 0.80 | $200.00 | $160.00 |
| 12/13/2024 | TBW | Correspondence with insurance agent regarding Gillespie and Amerigold renewals (.4); review and coordinate paying Receivership bills (.2); finalize Goldmark insurance renewal (.2). | 0.80 | $200.00 | $160.00 |
| 12/16/2024 | TBW | Review Goldmark insurance premium finance agreement and coordinate calendaring payment dates for same. | 0.20 | $200.00 | $40.00 |
| 12/17/2024 | TBW | Correspondence with insurance agent regarding Goldmark loss runs (.2); correspondence with landscaper and coordinate payment to same (.2); review mail for legal issues (.5); correspondence with accountants regarding tax notices (.3). | 1.20 | $200.00 | $240.00 |
| 12/18/2024 | CCK | Review new website created by Barton and related LLC formation document and confer with C. Thomas regarding same; review Barton's motion for extension of trial setting in his criminal case. | 0.70 | $385.00 | $269.50 |
| 12/18/2024 | TBW | Correspondence with J. Silvasan regarding Amerigold financials and review same (.3); correspondence with J. Halverson regarding same (.2); prepare settlement agreement with Third Coast Bank regarding airplane (1.6); review new websites created by Barton and related LLC formation document; confer with C. Thomas regarding same (.8); review mail for legal issues (.3). | 3.20 | $200.00 | $640.00 |
| 12/19/2024 | CCK | Review information regarding oral argument setting and confer with C. Thomas regarding same; continued conference with C. Thomas regarding import of Barton's new websites and strategy related to same. | 0.40 | $385.00 | $154.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/19/2024 | TBW | Correspondence with S. Latham regarding update to bank statement project for T. Barton (.3); correspondence with accountants regarding TC Hall (.2); call with counsel for Third Coast Bank regarding settlement agreement (.2). | 0.70 | $200.00 | $140.00 |
| 12/20/2024 | SRL | Continue to review and organize bank productions to assist in response to request from Defendant. | 1.30 | $110.00 | $143.00 |
| 12/20/2024 | TBW | Correspondence with receivership accountants regarding tax notices. | 0.40 | $200.00 | $80.00 |
| 12/23/2024 | TBW | Review mail for legal issues (.4); correspondence with accountants regarding tax notices (.2). | 0.60 | $200.00 | $120.00 |
| 12/30/2024 | CCK | Confer with C. Thomas regarding [redacted] call K. Bernstein regarding Barton contempt issues. | 0.70 | $385.00 | $269.50 |
| 12/30/2024 | TBW | Review and coordinate payment of Goldmark payroll. | 0.30 | $200.00 | $60.00 |
| | | | **Quantity Subtotal** | | **121.5** |
| | | | | **Subtotal** | **$25,905.00** |

## SEC v. Barton - Non-Receiver - Fu, et al. Litigation

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 10/31/2024 | CCK | Confer with T. Wells regarding [redacted]. | 0.20 | $385.00 | $77.00 |
| 11/01/2024 | CCK | Review message from Fu's lawyer regarding agreement to provide financial status and confer with C. Thomas regarding [redacted]. | 0.20 | $385.00 | $77.00 |
| | | | **Quantity Subtotal** | | **0.4** |
| | | | | **Subtotal** | **$154.00** |

## SEC v. Barton – Non-Receiver - Privilege Review

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 10/01/2024 | FZ | Record contents of each box reviewed the day prior. | 1.90 | $175.00 | $332.50 |
| 10/02/2024 | FZ | Meet C. Thomas regarding privilege log; discuss personal protocol. | 0.40 | $175.00 | $70.00 |
| 10/02/2024 | FZ | Create privilege log spreadsheet; update personal protocol; add entries to the privilege log. | 6.40 | $175.00 | $1,120.00 |
| 10/03/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 3.70 | $175.00 | $647.50 |
| 10/03/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 0.90 | $175.00 | $157.50 |
| 10/08/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 5.40 | $175.00 | $945.00 |
| 10/09/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 9.30 | $175.00 | $1,627.50 |
| 10/10/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 9.10 | $175.00 | $1,592.50 |
| 10/11/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 1.30 | $175.00 | $227.50 |
| 10/15/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 4.70 | $175.00 | $822.50 |
| 10/16/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 4.90 | $175.00 | $857.50 |
| 10/17/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 4.90 | $175.00 | $857.50 |
| 10/18/2024 | FZ | Continue drafting privilege log of potential | 2.90 | $175.00 | $507.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | privileged paper documents found at Turtle Creek office. | | | |
| 10/21/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 8.90 | $175.00 | $1,557.50 |
| 10/22/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 4.80 | $175.00 | $840.00 |
| 10/23/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 4.70 | $175.00 | $822.50 |
| 10/24/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 9.00 | $175.00 | $1,575.00 |
| 10/26/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 3.80 | $175.00 | $665.00 |
| 10/29/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 6.30 | $175.00 | $1,102.50 |
| 10/30/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 8.90 | $175.00 | $1,557.50 |
| 11/02/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 4.00 | $175.00 | $700.00 |
| 11/04/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 7.60 | $175.00 | $1,330.00 |
| 11/05/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 8.20 | $175.00 | $1,435.00 |
| 11/19/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 7.70 | $175.00 | $1,347.50 |
| 11/22/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 6.90 | $175.00 | $1,207.50 |
| 11/27/2024 | FZ | Continue drafting privilege log of potential | 5.60 | $175.00 | $980.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | privileged paper documents found at Turtle Creek office. | | | |
| 12/02/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 9.00 | $175.00 | $1,575.00 |
| 12/03/2024 | FZ | Continue drafting privilege log of potential privileged paper documents found at Turtle Creek office. | 2.70 | $175.00 | $472.50 |
| | | | **Quantity Subtotal** | | **153.9** |
| | | | **Subtotal** | | **$26,932.50** |

| | |
|---|---|
| **Hours Total** | **288.4** |
| **Services Total** | **$56,740.50** |
| **Total** | **$56,740.50** |

Current Statement payable upon receipt and due within 30 days.

Federal Tax ID 61-1764390

Wire Payments
Veritex Community Bank
17950 Preston Road, Suite 500
Dallas, TX 75252
ABA # 113024164 Account # 30081159

Check Payments
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225

Credit Card Payments https://www.brownfoxlaw.com/payments
When selecting payment by credit, please note that applicable charges and fees will be itemized prior to confirming payment and paid directly to the credit card issuer, card network and payment processor.

Direct payment inquiries to the Account Services Department at accounting@brownfoxlaw.com

Thank you for choosing Brown Fox. We appreciate your business.

8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
brownfoxlaw.com/payments

# INVOICE

Invoice # 43369
Date: 01/10/2025

## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.

# EXHIBIT D

Ahuja & Consultants, Inc.
Certified Public Accountants

**Ahuja & Consultants, Inc.**
2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8234.Bar
**Invoice Date:** 12/31/2024
**Due Date**: 01/31/2025

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

**Q4 2024 BILLING SUMMARY**

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 2900 | Accounting/Auditing | 9.10 | $1,552.50 |
| 3900 | Tax Issues | 133.90 | $29,217.50 |
| | Expense Reimbursements | | $478.65 |

**TOTAL** **$31,248.65**

Ahuja & Consultants, Inc.
Certified Public Accountants

**Ahuja & Consultants, Inc.**
2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8234.Bar
**Invoice Date:** 12/31/2024
**Due Date:** 01/31/2025

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

**Q4 2024 BILLING SUMMARY**

| ID | TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AH | Ammon Hall | Associate | 0.50 | $150.00 | $75.00 |
| AK | Arti Kathiriya | Sr. Associate | 14.50 | $210.00 | $3,045.00 |
| DK | Devon Kwande | Manager | 54.10 | $275.00 | $14,877.50 |
| DS | Divya Shetty | Manager | 1.5 | $275.00 | $412.50 |
| JW | Jennifer Wallace | Associate | 7.60 | $150.00 | $1,140.00 |
| MA | Madhu Ahuja | Engagement Leader | 7.50 | $325.00 | $2,437.50 |
| SH | Stacey Huser | Manager | 1.50 | $275.00 | $412.50 |
| SK | Shamsher Kaur | Associate | 55.80 | $150.00 | $8,370.00 |

**TOTAL** **142.97** **$30,770.00**

Ahuja & Consultants, Inc.
Certified Public Accountants

**Ahuja & Consultants, Inc.**
2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8234.Bar
**Invoice Date:** 12/31/2024
**Due Date:** 01/31/2025

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

**Q4 2024 Expense Reimbursement**

| DESCRIPTION | AMOUNT |
|---|---|
| Postage and Courier Expenses | $228.66 |
| Secretary of State Website | $249.99 |

**TOTAL** **$478.65**

Ahuja & Consultants, Inc.
Certified Public Accountants

**Ahuja & Consultants, Inc.**
2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8234.Bar
**Invoice Date:** 12/31/2024
**Due Date:** 01/31/2025

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

| Date | ID | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/02/24 | DK | Meeting with Receiver. Updates to tax workpapers and returns for Carnegie Development in Receivership | 3900 | 4.30 | $1,182.50 |
| 10/02/24 | MA | Review tax return and work papers for Carnegie Development in Receivership | 3900 | 6.00 | $1,950.00 |
| 10/03/24 | DK | Preparation of 2023 Form 1120-SF for Carnegie Development in Receivership | 3900 | 4.30 | $1,182.50 |
| 10/03/24 | AH | Preparation of Form 05-391 for the year ending 2023 for LDG001 LLC and Mansions Apartment Homes at Marine Creek LLC | 3900 | 0.20 | $30.00 |
| 10/03/24 | AK | Preparation of required attachments for Form 1120SF for Carnegie Development in Receivership | 3900 | 0.40 | $84.00 |
| 10/04/24 | DK | Review of Texas Public Information Reports for 8 entities | 3900 | 2.40 | $660.00 |
| 10/07/24 | SK | Preparation of Form 1065 and 1120 for the year ending 2024 for 11 entities | 3900 | 6.50 | $975.00 |
| 10/07/24 | DK | Review of 2023 Form 1120-SF Carnegie Development in Receivership | 3900 | 0.50 | $137.50 |
| 10/08/24 | AK | Preparation of 2023 Texas Franchise Tax combined report for Enoch Investments LLC | 3900 | 3.60 | $756.00 |
| 10/08/24 | DK | Review of Texas Public Information Reports for 12 entities | 3900 | 2.90 | $797.50 |
| 10/08/24 | MA | Review of mailing copy of tax returns for Carnegie Development in Receivership | 3900 | 0.50 | $162.50 |
| 10/08/24 | SK | Preparation of Texas Franchise Tax Public Information Report for Carnegie Development LLC and 10 affiliates | 3900 | 2.80 | $420.00 |
| 10/09/24 | JW | Enter transactions from D4OP, Carnegie, and Goldmark bank statements and reconcile accounts | 2900 | 5.70 | $855.00 |
| 10/09/24 | SK | Continued preparation of Texas Franchise Tax Public Information Report for Carnegie Development LLC and 10 affiliates | 3900 | 7.20 | $1,080.00 |
| 10/09/24 | AK | Preparation of Texas Public Information Report for the year ending 2024 for the following entities: 2999TC Acquisitions LLC, AVG West, LLC, BEE2019, LLC, Orchard Farms Village, LLC, DJD Land Partners, LLC, FHC Acquisition, LLC, Gillespie Villas, LLC, La Jolla Construction Management, LLC | 3900 | 3.90 | $819.00 |
| 10/09/24 | DK | Preparation of liabilities schedules for Form 1120-SF for Carnegie Development in Receivership | 3900 | 1.50 | $412.50 |

| Date | ID | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/09/24 | DK | Review of Texas Franchise tax returns for D4DS, D4FR, D4IN and D4OP | 3900 | 5.20 | $1,430.00 |
| 10/10/24 | JW | Preparation of draft Q3 Standard Fund Accounting Report for review | 2900 | 1.90 | $285.00 |
| 10/10/24 | SH | Review Q3 accounting and Standard Fund Accounting Report draft | 2900 | 1.30 | $357.50 |
| 10/10/24 | AK | Preparation of Texas Public Information Report for the year ending 2023 and calling the Comptroller for XT numbers for the following entities: Goldmark Hospitality, LLC, JMR100, LLC, LC Aledo TX, LLC, NorthStar PM, LLC (Texas), Ridgeview Addition, LLC (Texas) | 3900 | 2.30 | $483.00 |
| 10/10/24 | DK | Preparing interest accruals schedules on liabilities and updating 2023 Form 1120-SF | 3900 | 2.50 | $687.50 |
| 10/11/24 | AK | Texas webfile authorization preparation for 16 entities | 3900 | 4.30 | $903.00 |
| 10/11/24 | DK | Review of mailing packet for 2023 Form 1120-SF | 3900 | 0.20 | $55.00 |
| 10/14/24 | DK | Review of 2024 Texas returns for Wall007, Wall008, Wall009, Wall010, Wall011, Wall012 | 3900 | 3.80 | $1,045.00 |
| 10/15/24 | DK | Review of 2024 Texas combined franchise tax return for Enoch Investments, along with D4DS, D4FR, D4IN and D4OP. | 3900 | 4.70 | $1,292.50 |
| 10/15/24 | SK | Preparation of Texas Franchise Tax Public Information Report, webfile authorization forms for Carnegie Development LLC and 10 affiliates | 3900 | 3.00 | $450.00 |
| 10/16/24 | DK | Continued review of 2024 Texas combined franchise tax return for Enoch Investments, along with D4DS, D4FR, D4IN and D4OP | 3900 | 3.40 | $935.00 |
| 10/17/24 | DK | Review of 2024 Texas state returns for Wall016, Wall017, Wall018, Wall019 | 3900 | 2.10 | $57750 |
| 10/18/24 | DK | Review of Texas reinstatement paperwork for Mansions Apartment Homes LLC | 3900 | 2.90 | $797.50 |
| 10/21/24 | SK | Preparation of Texas Public Information Report and webfile authorization for the year ending 2024 for 33 Entities | 3900 | 5.70 | $855.00 |
| 10/21/24 | DK | Review of Texas Franchise Tax Reports for Enoch Investments LLC | 3900 | 2.30 | $632.50 |
| 10/22/24 | SK | Preparation of Texas Franchise Tax Public Information Reports for SF Rock Creek, JMJ Development, Lynco Ventures. Communication with Texas Comptroller regarding reinstatement of these forfeited entities | 3900 | 3.30 | $495.00 |
| 10/22/24 | DK | Finalize signature packets and review of webfile authorization forms for Texas returns | 3900 | 4.70 | $1,292.50 |
| 10/23/24 | DK | Review forfeited list from Receiver. Have a review meeting with the Receiver's team | 3900 | 1.30 | $357.50 |
| 10/25/24 | DK | Review of Texas returns signed by receiver | 3900 | 0.50 | $137.50 |
| 10/29/24 | SK | Called Texas Comptroller and to discuss what is needed for reinstatement of the following entities: Carnegie Development LLC, JMJ Acquisitions LLC, JMJD4 LLC, LDG001 LLC, Lynco Ventures LLC, Mansions Apartment Homes at Marine Creek LLC, TC Hall LLC, Titan Investments LLC, WALL016 LLC | 3900 | 1.80 | $270.00 |
| 10/30/24 | SK | Phone call with Texas Comptroller to research and discuss action needed to reinstate forfeited entities | 3900 | 3.80 | $570.00 |
| 10/31/24 | SK | Called Texas Comptroller regarding the following entities and prepared the required forms: WALL016 LLC, JMJD4 LLC | 3900 | 1.90 | $285.00 |

| Date | ID | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 11/11/24 | SK | Preparation of Form Texas Franchise Public Information Report for the year ending 2002-2024 for the following entities: LDG001 LLC, Lynco Ventures LLC, Mansions Apartment Homes at Marine Creek LLC, TC HALL LLC, WALL016 LLC, JMJ Acquisitions LLC, Enoch Investments LLC, Titan Investments LLC, SF Rock Cree LLC, Seagoville Farms LLC, NorthStar PM LLC, LC Aledo TX, LLC, JMJ Development LLC, JMJAV LLC, HR Sterling LLC, BM318 LLC | 3900 | 5.80 | $870.00 |
| 11/11/24 | SK | Review of 20 IRS and Texas Comptroller notices received from Mr. Wells. Determining action needed | 3900 | 1.60 | $240.00 |
| 11/12/24 | SK | Worked on resolving queries and Texas forfeiture notices, including Texas Comptroller calls and preparation of Forms 89-224 penalty waivers for the following entities: JMJD4 LLC, WRL2019 LLC, HR Sterling LLC | 3900 | 5.60 | $840.00 |
| 11/12/24 | SK | Review of IRS notices and preparation of power of attorneys, including communication with the Receiver regarding actions required | 3900 | 2.00 | $300.00 |
| 11/12/24 | MA | Review of Texas franchise tax questions for notices received | 3900 | 1.00 | $325.00 |
| 11/12/24 | DS | Review of action taken to resolve Texas notices received from the Receiver's team | 3900 | 1.50 | $412.50 |
| 11/13/24 | SK | Emails with Texas Comptroller regarding reinstatement of JMJD4 LLC | 3900 | 0.20 | $30.00 |
| 11/13/24 | SK | Preparation of request for penalty waiver interest for Texas forfeited entities. Email Ms. Hewitt | 3900 | 0.90 | $135.00 |
| 11/13/24 | SK | Preparation of Form 89-224 for the following two entities: Carnegie Development LLC - From years 2011-2023 and WALL 016 LLC - For year 2023 | 3900 | 1.60 | $240.00 |
| 11/18/24 | SK | Preparation of Form 2848 for the year ending 2022 | 3900 | 0.20 | $30.00 |
| 11/25/24 | DK | Research BOI reporting guidelines for entities in receivership to determine Receiver's compliance requirements | 3900 | 1.90 | $522.50 |
| 11/25/24 | SK | Called TX Comptroller & Texas SOS regarding reinstating the following two entities: LDG001 LLC and Lynco Ventures LLC | 3900 | 0.50 | $75.00 |
| 11/25/24 | SK | Filed tax clearance letter with the Texas SOS for the following two entities: LDG001 LLC and Lynco Ventures LLC | 3900 | 0.20 | $30.00 |
| 12/02/24 | SH | Research payroll documentation for HR Sterling IRS notice | 2900 | 0.20 | $55.00 |
| 12/02/24 | DK | Working through IRS and Texas notices received from Receiver's team | 3900 | 2.60 | $715.00 |
| 12/02/24 | SK | Called Texas Comptroller regarding waiving the penalty for the following three entities: Wall016 LLC, JMJD4 LLC, Carnegie Development LLC | 3900 | 1.20 | $180.00 |
| 12/02/24 | AH | Reinstatement of Mansions Apartment Homes at Marine Creek LLC on Texas SOS website | 3900 | 0.30 | $45.00 |
| 12/24/24 | DK | Communication with Receiver regarding the latest court rulings on CTA BOI | 3900 | 0.10 | $27.50 |

**Total $30,770.00**

**Balance Due $31248.65**

**NOTE:** Total Fees are net of write off fees of $6,370.50