**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| | § | |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § | |
| | § | |
| ***Defendants,*** | § | |
| | § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § | |
| | § | |
| ***Relief Defendants*****.** | § | |

**APPENDIX IN SUPPORT OF RECEIVER'S**
**<u>TENTH QUARTERLY FEE APPLICATION</u>**

Dated September 18, 2026

Respectfully submitted,

**RECEIVER CORTNEY C. THOMAS**

*/s/ Cortney C. Thomas*
Cortney C. Thomas
State Bar No. 24075153
cort@brownfoxlaw.com
Brown Fox PLLC
2699 Howell Street, Suite 500
Dallas, TX 75204
T: (214) 327-5000
F: (214) 327-5001

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic-filing system.

| EXHIBIT | DESCRIPTION | APP PAGES |
|---|---|---|
| A | Standardized Fund Accounting Report for the period January 1, 2025, through March 31, 2025 | APP001-APP003 |
| B | Receiver's invoice for services provided January 1, 2025, through March 31, 2025 | APP004-APP013 |
| C | Brown Fox invoice for services provided January 1, 2025, through March 31, 2025 | APP014-APP028 |
| D | Ahuja & Clark invoice from for services provided January 1, 2025, through March 31, 2025 | APP029-APP034 |

# EXHIBIT A

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of March 31, 2025

| | | | |
|---|---|---|---|
| 1 | Beginning Balance - January 1, 2025: | | $ 2,056,588.90 |
| 2 | Business Income | | 225,942.85 |
| 3 | Funds Received | | 68,250.00 |
| 4 | Interest/Dividend Income | | 6,065.16 |
| 5 | Business Asset Liquidation | | |
| 6 | Personal Asset Liquidation | | |
| 7 | Third-Party Litigation Income | | |
| 8 | Miscellaneous - Other | | |
| 9 | Disbursements to Investors | | |
| 10 | Disbursements for Receivership Operations: | | 1,076,499.68 |
| 10a | Disbursements to Receiver or Other Professionals | 795,230.44 | |
| 10b | Business Asset and Operating Expenses | 192,020.07 | |
| 10c | Personal Asset Expenses | | |
| 10d | Investment Expenses | | |
| 10e | Third-Party Litigation Expenses | | |
| 10f | Tax Administrator Fees and Bonds | | |
| 10g | Federal and State Tax Expenses | 89,249.17 | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | - |
| 11a | Distribution Plan Development Expenses | | |
| 11b | Distribution Plan Implementation Expenses | | |
| 12 | Disbursements to Court/Other | | - |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | |
| 12b | Federal income taxes | | |
| 13 | Ending Balance - March 31, 2025 | | $ 1,280,347.23 |
| 14 | Ending Balance of Fund - Net Assets | | 1,280,347.23 |
| 14a | Cash & Cash Equivalents | 1,280,347.23 | |
| 14b | Investments | | |
| 14c | Other Assets or Uncleared Funds | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | |
| 16b | Federal income taxes | | |
| 17 | DC & State Tax Payments | | |

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of March 31, 2025

| | | |
|---|---|---|
| 18 | | No. of Claims |
| | 18a | the number of claims received from investors during this reporting period |
| | 18b | the number of claims received from investors as a result of all orders since the inception of the Fund |
| 19 | | No. of Claimants/Investors |
| | 19a | the number of claimants/investors receiving distributions during the reporting period |
| | 19b | the number of claimants/investors receiving distributions pursuant to all orders of distribution since the inception of the Fund |

# EXHIBIT B

8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
brownfoxlaw.com/payments

BROWN FOX

# INVOICE

Invoice # 44804
Date: 04/11/2025

Barton Receivership

## SEC v. Barton – Case Administration

### Services

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 01/06/2025 | CCT | Begin drafting Quarterly Report (4Q24). | 0.30 | $385.00 | $115.50 |
| 01/08/2025 | CCT | Draft Cash Accounting Summary (4Q24); send same to accountants. | 0.90 | $385.00 | $346.50 |
| 01/10/2025 | CCT | Telephone conference with W. Norred (new counsel to T. Barton). | 0.30 | $385.00 | $115.50 |
| 01/11/2025 | CCT | Correspondence with T. Barton regarding various Receivership items. | 0.30 | $385.00 | $115.50 |
| 01/16/2025 | CCT | Review SFAR for 4Q24 from accountants. | 0.20 | $385.00 | $77.00 |
| 01/21/2025 | CCT | Prepare for and attend status conference in Eastern District Bankruptcy Court related to Wall entities. | 1.90 | $385.00 | $731.50 |
| 01/22/2025 | CCT | Review Barton's response to fee application for 3Q23; meeting with C. Koonce to discuss [redacted]. | 0.70 | $385.00 | $269.50 |
| 01/24/2025 | CCT | Correspondence with vendors regarding needed W9s. | 0.20 | $385.00 | $77.00 |
| 01/28/2025 | CCT | Review working draft of reply in support of 3Q23 fee application. | 0.40 | $385.00 | $154.00 |
| 01/29/2025 | CCT | Finish drafting quarterly report (4Q24); draft | 7.90 | $385.00 | $3,041.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | update for website regarding same. | | | |
| 01/30/2025 | CCT | Begin drafting fee application for 4Q24; meeting with Amerigold Suites property manager to deliver paychecks. [No charge] | 1.30 | $0.00 | $0.00 |
| 01/31/2025 | CCT | Continue drafting quarterly fee application (4Q24). [No charge] | 0.90 | $0.00 | $0.00 |
| 02/03/2025 | CCT | Correspondence with counsel regarding [redacted]. [No charge] | 0.20 | $0.00 | $0.00 |
| 02/03/2025 | CCT | Listen to oral argument on Barton's appeal of receivership order and sale orders. | 0.80 | $385.00 | $308.00 |
| 02/06/2025 | CCT | Correspondence with T. Barton regarding requested bank statements. | 0.10 | $385.00 | $38.50 |
| 02/10/2025 | CCT | Review correspondence from S. Norred regarding request for additional bank statements; correspondence with C. Koonce regarding same. | 0.20 | $0.00 | $0.00 |
| 02/11/2025 | CCT | Brief meeting with C. Koonce to discuss [redacted]. | 0.10 | $385.00 | $38.50 |
| 02/13/2025 | CCT | Telephone conference and correspondence with UPS Store; fill out forms for purposes of same; review correspondence from W. Norred regarding requested bank statements; correspondence with C. Koonce regarding same. | 0.70 | $385.00 | $269.50 |
| 02/14/2025 | CCT | Draft motion for extension of time to file fee application (4Q24). [No charge] | 0.70 | $0.00 | $0.00 |
| 02/19/2025 | CCT | Correspondence with discovery advisor. | 0.10 | $385.00 | $38.50 |
| 02/20/2025 | CCT | Correspondence with accountants regarding renewed BOIR requirements. | 0.10 | $385.00 | $38.50 |
| 02/27/2025 | CCT | Correspondence with accountants and Veracity regarding approved fee application. [No charge] | 0.20 | $0.00 | $0.00 |
| 03/03/2025 | CCT | Complete FinCEN registration for purposes of potential BOIRs; correspondence with accountants regarding same; brief meeting with T. Wells to discuss [redacted]. | 0.40 | $385.00 | $154.00 |

| | | | | | |
|---|---|---|---|---|---|
| 03/11/2025 | CCT | Review working draft of response to motion for more definite statement; revise same; correspondence with T. Wells regarding same | 0.40 | $385.00 | $154.00 |
| 03/12/2025 | CCT | Correspondence with C. Koonce and T. Wells regarding [redacted]. | 0.20 | $385.00 | $77.00 |
| 03/21/2025 | CCT | Cursory review of Barton's reply in support of motion for more definite statement. | 0.20 | $385.00 | $77.00 |
| 03/24/2025 | CCT | Review emails from Barton counsel; review proposed response to first email from Barton counsel; revise same. | 0.30 | $385.00 | $115.50 |
| 03/25/2025 | CCT | Correspondence with T. Wells regarding [redacted]. | 0.10 | $385.00 | $38.50 |
| | | | **Quantity Subtotal** | | **20.1** |
| | | | **Services Subtotal** | | **$6,391.00** |

## Expenses

| Date | Description | Client Total |
|---|---|---|
| 01/13/2025 | Public Storage (2 units) - February 2025. | $806.00 |
| 01/27/2025 | Special Delivery Invoice 738266 filing Notice of Confirmation of Stay (Lee Engineering v. JMJ Development). | $87.65 |
| 02/13/2025 | Public Storage (2 units) - March 2025. | $806.00 |
| 03/17/2025 | Mailbox annual renewal - The UPS Store. | $360.00 |
| 03/17/2025 | Public Storage (2 units) - April 2025. | $806.00 |
| 03/20/2025 | Electricman, Inc. - Goldmark Hospitality | $210.01 |
| 03/20/2025 | Electricman, Inc. - Goldmark Hospitality | $2,966.05 |
| 03/31/2025 | Postage and supplies for delivering UPS Store mail during 1Q25. | $190.27 |
| | **Expenses Subtotal** | **$6,231.98** |
| | **Subtotal** | **$12,622.98** |

## SEC v. Barton – Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 01/02/2025 | CCT | Correspondence with potential Amerigold purchaser. | 0.10 | $385.00 | $38.50 |
| 01/02/2025 | CCT | Meeting with Amerigold property manager to drop off paychecks. [No charge] | 0.30 | $0.00 | $0.00 |
| 01/08/2025 | CCT | Brief meetings with T. Wells and C. Koonce regarding [redacted]. | 0.30 | $385.00 | $115.50 |
| 01/10/2025 | CCT | Review proposed revisions to agreement with Third Coast Bank; correspondence with T. Wells regarding same. | 0.10 | $385.00 | $38.50 |
| 01/13/2025 | CCT | Correspondence with J. Kane regarding Frisco Gate property; correspondence with counsel to Palisades; correspondence with A. Carrillo regarding [redacted]; correspondence with Amerigold lender. | 0.40 | $385.00 | $154.00 |
| 01/14/2025 | CCT | Correspondence with Frisco purchaser regarding parking agreement; correspondence with Greystone regarding LOCs on Opelika; correspondence with Pillar regarding same; meeting with T. Wells regarding [redacted]; telephone conference with J. Kane regarding status of Receivership. | 0.90 | $385.00 | $346.50 |
| 01/15/2025 | CCT | Correspondence with broker on Amerigold property; correspondence with Pillar regarding D4OP LOCs; telephone conference with new counsel to McCormick; meeting with potential purchaser of Receivership property. | 1.40 | $385.00 | $539.00 |
| 01/15/2025 | CCT | Meeting with Amerigold property manager to deliver paychecks. [No charge] | 0.30 | $0.00 | $0.00 |
| 01/20/2025 | CCT | Brief meeting and correspondence with T. Wells regarding [redacted]; review, execute, and return audit engagement letters for D4 entities; correspondence with property manager for D4 properties regarding bank accounts; correspondence with auditor regarding D4OP cash balances; meeting with T. Wells to discuss [redacted]. | 1.40 | $385.00 | $539.00 |
| 01/21/2025 | CCT | Correspondence with property manager | 0.50 | $385.00 | $192.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | regarding D4 properties' bank accounts; correspondence with Receivership bank regarding same; review accounting opening documents for Ingleside and Bellwether; cursory review of bank statements for 2024 for D4 entities. | | | |
| 01/22/2025 | CCT | Correspondence with Greystone regarding letters of credit for Opelika; correspondence with HUD regarding same; telephone conference and correspondence with G. Kay regarding same; review DocuSign for Gillespie Insurance; execute same; correspondence with broker regarding same; brief meeting with Amerigold broker; correspondence with counsel to Amerigold lender. | 1.20 | $385.00 | $462.00 |
| 01/23/2025 | CCT | Correspondence with Greystone regarding LOC renewal; correspondence with Pillar representatives regarding same; correspondence with D4OP auditor regarding bank confirmations; telephone conference with counsel to Amerigold lender; review proposed settlement agreement with First Development; brief meeting with T. Wells regarding [redacted]; review working draft of letter to county tax assessors regarding non-payment of certain taxes. | 1.10 | $385.00 | $423.50 |
| 01/24/2025 | CCT | Review latest correspondence with HUD regarding working capital LOC on Opelika; correspondence with Pillar regarding same; correspondence with Greystone regarding same. | 0.50 | $385.00 | $192.50 |
| 01/27/2025 | CCT | Telephone conference and correspondence with Pillar regarding renewal of letter of credit; correspondence with Greystone regarding renewal of Working Capital LOC; continue cursory review of D4 entities' 2024 bank statements. | 1.10 | $385.00 | $423.50 |
| 01/29/2025 | CCT | Correspondence with Greystone regarding renewal of working capital LOC for Opelika; correspondence with G. Kay regarding same. | 0.20 | $385.00 | $77.00 |
| 01/30/2025 | CCT | Correspondence with Greystone regarding renewed working capital LOC for Opelika; correspondence with G. Kay regarding same. | 0.30 | $385.00 | $115.50 |

| | | | | | |
|---|---|---|---|---|---|
| 01/31/2025 | CCT | Telephone conference and correspondence with Greystone regarding delivery of letter of credit to different address; telephone conference and correspondence with office of K. Derryberry regarding same. | 0.40 | $385.00 | $154.00 |
| 02/03/2025 | CCT | Correspondence with Greystone regarding release of WC escrow; correspondence with G. Kay regarding same; correspondence with Amerigold property manager regarding payment. | 0.30 | $385.00 | $115.50 |
| 02/04/2025 | CCT | Correspondence with potential purchaser of Amerigold property regarding oral argument; correspondence with Hall purchaser regarding same. | 0.20 | $385.00 | $77.00 |
| 02/05/2025 | CCT | Telephone conference and correspondence with Elite Jet regarding settlement; correspondence with T. Wells regarding same; correspondence with Amerigold property manager regarding carpet replacement for one unit; correspondence with Amerigold property manager regarding DHA check and needed pool repairs. | 0.70 | $385.00 | $269.50 |
| 02/05/2025 | CCT | Correspondence with counsel regarding latest email from T. Barton. | 0.10 | $385.00 | $38.50 |
| 02/06/2025 | CCT | Correspondence with J. Kane regarding oral argument. | 0.10 | $385.00 | $38.50 |
| 02/07/2025 | CCT | Correspondence with G. Kay regarding status of release of Opelika working capital LOC; correspondence with Greystone regarding same. | 0.20 | $385.00 | $77.00 |
| 02/13/2025 | CCT | Correspondence with broker for Hall property regarding status of appeal and sale; meeting with Texas Republic Bank regarding sale of Frisco property. | 0.70 | $385.00 | $269.50 |
| 02/13/2025 | CCT | Drop off checks for Amerigold contractors. [No charge] | 0.50 | $0.00 | $0.00 |
| 02/17/2025 | CCT | Review working draft of settlement agreement with Elite Jet; brief meeting with T. Wells to discuss [redacted]. | 0.30 | $385.00 | $115.50 |
| 02/19/2025 | CCT | Brief meeting with T. Wells to discuss [redacted] | 0.10 | $385.00 | $38.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | [redacted]. | | | |
| 02/20/2025 | CCT | Correspondence with Rock Creek broker regarding status of receivership. | 0.10 | $385.00 | $38.50 |
| 02/21/2025 | CCT | Correspondence with potential property tax representative. | 0.10 | $385.00 | $38.50 |
| 02/25/2025 | CCT | Brief meeting and correspondence with T. Wells regarding [redacted]. | 0.20 | $385.00 | $77.00 |
| 02/26/2025 | CCT | Meeting with Amerigold property manager regarding pool and paychecks. [No charge] | 0.70 | $0.00 | $0.00 |
| 02/27/2025 | CCT | Complete audit confirmations for SPC loans on D4 entities; correspondence with auditor regarding same. | 0.60 | $385.00 | $231.00 |
| 03/03/2025 | CCT | Correspondence with Amerigold property manager regarding DHA payment; begin reviewing audits, financials, and submission package for D4DS, D4FR, and D4IN. | 0.20 | $385.00 | $77.00 |
| 03/06/2025 | CCT | Correspondence with Amerigold property manager regarding DHA payment; lengthy virtual meeting and correspondence with lawyer to Amerigold lender; telephone conference and correspondence with C. Koonce regarding same; correspondence with Hall Street property purchaser regarding status of sale; correspondence with counsel regarding same; correspondence with Amerigold broker regarding status of appeal. | 1.40 | $385.00 | $539.00 |
| 03/07/2025 | CCT | Finish reviewing and executing audit confirmations for D4DS, D4FR, D4IN, and D4OP. | 1.20 | $385.00 | $462.00 |
| 03/10/2025 | CCT | Correspondence with potential purchaser of Amerigold Suites. | 0.20 | $385.00 | $77.00 |
| 03/11/2025 | CCT | Correspondence with Amerigold broker regarding potential inspection; telephone conference with V. Nambiar regarding status of appeal and settlement agreement. | 0.50 | $385.00 | $192.50 |
| 03/12/2025 | CCT | Telephone conference with Amerigold broker regarding potential inspection. | 0.30 | $385.00 | $115.50 |
| 03/13/2025 | CCT | Correspondence with broker on Hall property regarding status of appeal and recent correspondence with purchaser; | 0.30 | $385.00 | $115.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | correspondence with Hall purchaser regarding potential amendment to sale. | | | |
| 03/17/2025 | CCT | Telephone conference with Frisco purchaser; meeting with T. Wells to discuss [redacted]. | 0.50 | $385.00 | $192.50 |
| 03/18/2025 | CCT | Correspondence with Hall property purchaser. | 0.10 | $385.00 | $38.50 |
| 03/20/2025 | CCT | Telephone conferences with T. Wells to discuss [redacted]; brief meeting with T. Wells regarding [redacted]. | 0.40 | $385.00 | $154.00 |
| 03/24/2025 | CCT | Correspondence with property manager for HUD properties regarding high-yield savings and ICS account; correspondence with Receivership bank regarding same. | 0.20 | $385.00 | $77.00 |
| 03/26/2025 | CCT | Correspondence and virtual meeting with Receivership Bank regarding potential additional accounts for D4 entities. | 0.40 | $385.00 | $154.00 |
| 03/27/2025 | CCT | Telephone conference with Frisco purchaser regarding status of sale and appeal; review working draft of response to McCormick's third motion to lift stay and declaration in support; revise same. | 1.00 | $385.00 | $385.00 |
| 03/27/2025 | CCT | Meeting with Amerigold Property Manager to deliver paychecks and discuss repairs. [No charge] | 0.70 | $0.00 | $0.00 |
| 03/31/2025 | CCT | Correspondence with Hall purchaser regarding Amendment to PSA; cursory review of McCormick's Reply; correspondence with T. Wells regarding same. | 0.40 | $385.00 | $154.00 |
| | | | | **Quantity Subtotal** | **23.2** |
| | | | | **Subtotal** | **$7,969.50** |

| | |
|---|---|
| **Expenses Total** | **$6,231.98** |
| **Hours Total** | **43.3** |
| **Services Total** | **$14,360.50** |
| **Client Total** | **$20,592.48** |

Current Statement payable upon receipt and due within 30 days.

Federal Tax ID 61-1764390

Wire Payments
Veritex Community Bank
17950 Preston Road, Suite 500
Dallas, TX 75252
ABA # 113024164 Account # 30081159

Check Payments
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225

Credit Card Payments https://www.brownfoxlaw.com/payments
When selecting payment by credit, please note that applicable charges and fees will be itemized prior to confirming payment and paid directly to the credit card issuer, card network and payment processor.

Direct payment inquiries to the Account Services Department at accounting@brownfoxlaw.com

Thank you for choosing Brown Fox. We appreciate your business.

# EXHIBIT C

BROWN FOX

8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
brownfoxlaw.com/payments

# INVOICE

Invoice # 44806
Date: 04/11/2025

Barton Receivership

## SEC v. Barton – Non-Receiver Activity: Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 01/13/2025 | CAC | Review T. Barton's response in opposition to motion to dismiss BM318 appeal. | 0.30 | $300.00 | $90.00 |
| 01/14/2025 | CAC | Correspond with Dixon and Lumar's counsel regarding reply to Barton's opposition to motion to dismiss BM318 appeal. | 0.10 | $300.00 | $30.00 |
| 01/14/2025 | TBW | Analyze status of receivership properties potential recovery. | 1.70 | $200.00 | $340.00 |
| 01/23/2025 | TBW | Review and revise settlement agreement with First Development Company of Ohio regarding funds being held in escrow (1.7); prepare draft letter to tax appraisal districts regarding Receiver's inability to pay taxes (1.2); correspondence with C. Thomas regarding [redacted] (.4); correspondence with First Development's counsel regarding revisions to settlement agreement (.2); complete supplemental application for Gillespie insurance and pay premium for same (.4); correspondence with Elite Jet regarding potential salvager walking away (.3); correspondence with counsel for Lee Engineering regarding dismissal notice update (.2); research docket regarding same (.3). | 4.80 | $200.00 | $960.00 |
| 01/27/2025 | CAC | Review and comment on joint reply in support of motion to dismiss BM318 bankruptcy case. | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/12/2025 | TBW | Begin preparing Elite Jet settlement agreement (2.3); correspondence with counsel for property owner in Opelika (.1). | 2.40 | $200.00 | $480.00 |
| 02/13/2025 | TBW | Finish preparing Elite Jet settlement agreement (2.6); confer with C. Thomas regarding same (.2); prepare dismissal exhibits for settlement agreement (.8); correspondence with G. Evans regarding settlement (.3); correspondence with C. Thomas regarding [redacted] (.2); correspondence with C. Koonce regarding [redacted] (.2). | 4.30 | $200.00 | $860.00 |
| 03/06/2025 | CCK | Call with new counsel for lender on Amerigold, call with C. Thomas regarding same; respond to email from creditor about claims process status. | 0.60 | $385.00 | $231.00 |
| 03/17/2025 | CAC | Review Dixon Water Foundation's attorney appearance and creditor disclosure in Fifth Circuit appeal by Timothy Barton. | 0.20 | $300.00 | $60.00 |
| 03/21/2025 | CCK | Call with C. Thomas to discuss [redacted]. | 0.30 | $385.00 | $115.50 |
| 03/24/2025 | CAC | Review Fifth Circuit filings for BM318 case. | 0.20 | $300.00 | $60.00 |
| 03/25/2025 | CAC | Draft bankruptcy creditor disclosure statement for Barton's Fifth Circuit appeal of BM318 bankruptcy court settlement approval; draft attorney appearance form for same. | 1.40 | $300.00 | $420.00 |
| 03/25/2025 | CCK | Review and revise list of interested persons for BM318 appeal, and confer with A. Carrillo and C. Thomas regarding [redacted]; continued research regarding strategy related to sales, finality of order approving same under various scenarios, and drafting lengthy email to C. Thomas [redacted] | 1.20 | $385.00 | $462.00 |
| 03/27/2025 | CAC | Conduct research regarding FM 544 Park Vista bankruptcy case and clerk's request for status report from Debtor. | 0.20 | $300.00 | $60.00 |
| | | | | **Quantity Subtotal** | **17.9** |
| | | | | **Subtotal** | **$4,228.50** |

## SEC v. Barton – Non-Receiver Activity: Case Administration

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 01/02/2025 | TBW | Correspondence with insurance agent regarding Goldmark insurance payment (.1); correspondence regarding coordinating payroll for Goldmark (.2); coordinate paying Goldmark bills (.2); revise lease for Venus lessees and send to same (1.2); gather property tax statements from appraisal districts and mailed copies and prepare property tax chart showing outstanding taxes for all properties (2.3); correspondence with C. Thomas regarding same (.2). | 4.20 | $200.00 | $840.00 |
| 01/03/2025 | SRL | Continue to review bank productions to assist in response to Defendant's request for documents. | 3.30 | $110.00 | $363.00 |
| 01/03/2025 | TBW | Coordinate payment for receivership bills (.3); review mail for legal issues (.5); correspondence with receivership accountants regarding tax notices (.2); correspondence with C. Goodwin and C. Mathis regarding Venus leases (.2). | 1.20 | $200.00 | $240.00 |
| 01/03/2025 | TBW | Prepare letter to Conserve regarding stay of collection efforts under Receivership Order. | 0.40 | $200.00 | $80.00 |
| 01/06/2025 | TBW | Review and complete known loss letter for Goldmark insurance renewal. | 0.20 | $200.00 | $40.00 |
| 01/07/2025 | TBW | Correspondence with Venus lessee regarding lease payment. | 0.20 | $200.00 | $40.00 |
| 01/08/2025 | CCK | Confer with C. Thomas and T. Wells regarding [redacted]. | 0.20 | $385.00 | $77.00 |
| 01/08/2025 | SRL | Continue to review bank productions and compile documents to assist in response to Defendant's request for same. | 2.50 | $110.00 | $275.00 |
| 01/08/2025 | TBW | Research delinquent tax payments and revise property tax chart based on same (1.4); participate in meeting with C. Thomas regarding [redacted] (.6); correspondence with J. Silvasan regarding DHA payments (.3); correspondence with S. Latham regarding | 3.40 | $200.00 | $680.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | [redacted] (.2); review invoices and coordinate payment for receivership bills (.4); correspondence with Rock Creek lessee regarding extending Rock Creek lease (.3); review order from court requesting status update in Frisco tax suit case (.2). | | | |
| 01/09/2025 | SRL | Continue to review and compile bank productions to assist in response to Defendant's request for same. | 1.70 | $110.00 | $187.00 |
| 01/10/2025 | CCK | Review lengthy email from T. Barton; confer with C. Thomas regarding [redacted]. | 0.20 | $385.00 | $77.00 |
| 01/10/2025 | SRL | Continue to review bank productions to assist in response to Defendant's request for bank statements of various Receivership Entities. | 0.80 | $110.00 | $88.00 |
| 01/10/2025 | TBW | Correspondence with counsel for Third Coast Bank regarding changes to settlement agreement (.2); review changes from same (.2); confer with C. Thomas regarding same (.2); review email from C. Thomas regarding [redacted] (.2). | 0.80 | $200.00 | $160.00 |
| 01/13/2025 | JJM | Draft Eighth Amendment to Lease Agreement for Rock Creek property and deliver to C. Thomas; review requests for additional clauses and opine on same. | 0.40 | $275.00 | $110.00 |
| 01/13/2025 | TBW | Correspondence with Rock Creek lessee regarding updates and extending lease (.2); confer with C. Thomas regarding same (.2); correspondence with C. Anderson regarding status update on receivership (.3); prepare summary of property ax payment rationale for C. Thomas (.4); review deadline for Frisco status update (.2). | 1.30 | $200.00 | $260.00 |
| 01/14/2025 | SRL | Continue to review bank productions to assist in response to Defendant's request for Receivership Entities' bank statements. | 3.40 | $110.00 | $374.00 |
| 01/15/2025 | SRL | Continue review of bank productions to assist in preparation of response to Defendant's request for Receivership Entities bank statements. | 0.70 | $110.00 | $77.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01/15/2025 | TBW | Correspondence with J. Silvasan regarding Amerigold (.2); review signed agreement from Third Coast Bank and correspondence with C. Thomas regarding same (.3). | 0.50 | $200.00 | $100.00 |
| 01/17/2025 | SRL | Continue to review bank productions to assist in response to Defendant's request for Receivership Entities' bank statements. | 3.60 | $110.00 | $396.00 |
| 01/17/2025 | TBW | Correspondence with Tennessee department of revenue regarding status update for receivership (.2); correspondence with counsel for land owner in Opelika Alabama affected by D4OP property (.2). | 0.40 | $200.00 | $80.00 |
| 01/20/2025 | JJM | Review and revise TREC Amendment language to address closing date with respect to final resolution of the appeal. | 0.30 | $275.00 | $82.50 |
| 01/20/2025 | TBW | Correspondence with insurance agent regarding Gillespie insurance renewal (.3); brief meeting and correspondence with C. Thomas regarding same (.3); meeting with C. Thomas regarding [redacted] (.4). | 1.00 | $200.00 | $200.00 |
| 01/22/2025 | CCK | Confer with C. Thomas regarding [redacted] begin drafting Reply, including research in support of same. | 1.40 | $385.00 | $539.00 |
| 01/22/2025 | SRL | Prepare summary of bank statements requested by T. Barton and those produced by banks responsive to same; finalize responsive statements for response to Defendant's request for same. | 2.00 | $110.00 | $220.00 |
| 01/22/2025 | TBW | Combine lease signature pages and send same to Venus lessees (.4); review chart from S. Latham regarding bank statements and revise same with receivership entity information (.7); confer with C. Thomas regarding same (.2); correspondence with J. Silvasan regarding lender walkthrough (.3); review flash drive containing bank statements to produce to Barton (.7); review mail for legal issues (.4). | 2.70 | $200.00 | $540.00 |
| 01/23/2025 | CCK | Continue drafting Reply in support of fee petition and confer with T. Wells regarding [redacted]. | 2.80 | $385.00 | $1,078.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01/24/2025 | TBW | Correspondence with J. Silvasan regarding Amerigold (.4); prepare update for Lee Engineering v JMJ development case (.8); coordinate filing same (.2). | 1.40 | $200.00 | $280.00 |
| 01/25/2025 | TBW | Research questions from C. Koonce related to [redacted]; prepare summary of same. | 1.80 | $200.00 | $360.00 |
| 01/26/2025 | TBW | Research questions from C. Koonce related to [redacted]; prepare summary of same. | 1.20 | $200.00 | $240.00 |
| 01/27/2025 | CCK | Review and revise draft settlement agreement regarding FDCO; call with the SEC regarding reply to Barton's objections regarding fee petition; continue drafting same. | 6.20 | $385.00 | $2,387.00 |
| 01/27/2025 | TBW | Finish preparing letters to tax appraisal districts related to Receiver's inability to pay certain taxes (1.4); review and coordinate Goldmark payroll (.2); prepare status report for City of Frisco v. FHC lawsuit (1.2); correspondence with J. Silvasan regarding Amerigold walk-through (.2); additional research regarding questions from C. Koonce related to [redacted] (2.1); correspondence with Sunridge Management regarding December reports (.3); participate in video conference with Pillar regarding renewal of credit letter (.4); review and revise additional revisions to First Development settlement agreement (.4); correspondence with First Development's counsel regarding same (.2); correspondence with multiple vendors regarding W-9s (.4). | 6.60 | $200.00 | $1,320.00 |
| 01/28/2025 | CCK | Continue drafting Reply in support of fee petition, focusing primarily on objections to specific time entries, including Barton's inaccurate summary of time; forward same to C. Thomas [redacted] and to T. Wells for [redacted]; review C. Thomas edits and further revisions to shrink within page limit. | 3.80 | $385.00 | $1,463.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01/29/2025 | CCK | Review and revise status report in tax lawsuit filed against one property and confer with T. Wells regarding [redacted]; final review and edits to Reply in support of fee petition; review and revise quarterly report and confer with C. Thomas regarding same. | 1.10 | $385.00 | $423.50 |
| 01/29/2025 | TBW | Review and revise reply to Barton's opposition to fourth quarterly fee application (1.4); prepare revise property loan calculation based on request from C. Thomas (.7); review and revise case updates for fourth quarter 2024 (1.1); finalize status update for Frisco v FHC Acquisition case and coordinate filing same (.6); review mail for legal issues (.3); correspondence with accountants regarding tax notices and W-9s (.5); correspondence with J. Silvasan regarding Amerigold (.2). | 4.20 | $200.00 | $840.00 |
| 01/30/2025 | CCK | Review notice of setting on prove up for settlement regarding personal injury claimant and confer with assistant and C. Thomas regarding [redacted]; further conference with C. Thomas regarding [redacted]; review final status report | 0.30 | $385.00 | $115.50 |
| 01/31/2025 | CCK | Review 28j notice filed by the SEC and responsive letter filed by Barton in the COA; review phone message and email from Barton's counsel regarding request to lift abatement in ancillary case and dismiss Barton relatives; | 0.30 | $385.00 | $115.50 |
| 02/04/2025 | CCK | Confer with defense counsel in Badgley matter about whether attendance at settlement prove up is necessary; review and revise draft settlement agreement, including review of order lifting stay for mediation and confer with C. Thomas regarding same (also Badgley); review order dismissing BM318 appeal. | 1.30 | $385.00 | $500.50 |
| 02/04/2025 | TBW | Review correspondence regarding Badgley ad-litem and correspondence with C. Thomas regarding same (.3); correspondence with landscaper regarding payment and coordinate same (.2). | 0.50 | $200.00 | $100.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/05/2025 | CCK | Review counsel's edited draft settlement agreement and final judgment, incorporating Receiver's changes for Badgley lawsuit, confer with C. Thomas regarding same and confer with counsel regarding agreement to form of same; confer with C. Thomas regarding [redacted]. | 0.50 | $385.00 | $192.50 |
| 02/05/2025 | TBW | Correspondence with C. Thomas regarding [redacted]. | 0.20 | $200.00 | $40.00 |
| 02/11/2025 | CCK | Confer with C. Thomas regarding response to Barton request for bank statements; call Barton counsel regarding same; confer with counsel for lender on Frisco Property and Receiver regarding their request for a meeting with the Receiver. | 0.30 | $385.00 | $115.50 |
| 02/11/2025 | TBW | Review changes to First Development Settlement Agreement (.3); correspondence with C. Thomas regarding same (.2); review Goldmark bill and coordinate payment for same (.2); correspondence with counsel for property owner in Opelika regarding D4OP (.2); review status of FHC tax lawsuit, attempt to contact counsel for same and prepare email to Frisco's counsel regarding receivership stay (1.1); review mail for legal issues (.7); correspondence with Republic Services regarding Amerigold (.2). | 2.90 | $200.00 | $580.00 |
| 02/13/2025 | CCK | Meet with president of bank, lender on FHC Acquisitions property, regarding status of sale and continued inability to close. | 0.60 | $385.00 | $231.00 |
| 02/14/2025 | CCK | Review and revise response to Barton's counsel regarding requested bank records. | 0.20 | $385.00 | $77.00 |
| 02/14/2025 | TBW | Confer with C. Thomas regarding [redacted]t (.2); correspondence with First Development counsel regarding release of funds (.2); correspondence with title company regarding same (.2); review and revise response to Barton's counsel (.4); correspondence with Tamamoi counsel regarding Venus land (.3); review mail for legal issues (.6); correspondence with accountants regarding | 2.10 | $200.00 | $420.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | tax notices (.2). | | | |
| 02/17/2025 | TBW | Review Goldmark bills and coordinate payment for same (.3); review and revise Elite Jet settlement (.4); correspondence with Chase bank regarding updated D4OP statements (.3); correspondence with C. Thomas regarding [redacted] (.2). | 1.20 | $200.00 | $240.00 |
| 02/19/2025 | CCK | Review motion for more definite statement received from Barton's counsel, confer with C. Thomas and respond to request for conference regarding same; review lengthy vitriolic email from T. Barton; confer with T. Wells regarding [redacted]. | 0.60 | $385.00 | $231.00 |
| 02/19/2025 | TBW | Review and coordinate payment for Goldmark bills (.2); correspondence with B. Oliver regarding Opelika (.4); review motion for more definite statement (.3); confer with C. Koonce and C. Thomas regarding same (.2). | 1.10 | $200.00 | $220.00 |
| 02/21/2025 | TBW | Gather documents for property tax protest (.7); correspondence with J. Silvasan regarding same (.3); correspondence with A. Federer regarding tax protest (.2). | 1.20 | $200.00 | $240.00 |
| 02/24/2025 | TBW | Travel to and from and meeting with insurance inspector at Gillespie property (1.1); review Goldmark bills and coordinate payment for same (.1). | 1.20 | $200.00 | $240.00 |
| 02/25/2025 | TBW | Correspondence with title company regarding signed release (.3); correspondence with Chase bank regarding D4OP bank statements (.3); review and send same to auditor (.3); review and revise changes to Elite Jet settlement agreement and confer with C. Thomas and G. Evans regarding same (.9); confer with C. Thomas regarding [redacted] (.1); correspondence with B. Oliver regarding same (.2). | 2.10 | $200.00 | $420.00 |
| 02/28/2025 | TBW | Begin preparing response to motion for more definite statement; research regarding 12(e) motions and pleadings under rule 7. | 2.40 | $200.00 | $480.00 |
| 03/03/2025 | CCK | Confer with C. Thomas regarding [redacted] | 0.20 | $385.00 | $77.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | [redacted] | | | |
| 03/03/2025 | TBW | Review and coordinate payment of Amerigold bills. | 0.30 | $200.00 | $60.00 |
| 03/06/2025 | TBW | Review receivership mail for legal issues (.4); coordinate payment of receivership bills (.2); prepare response email to W. Norred regarding privilege log search term status (.5); participate in video conference with counsel for McCormick 101 regarding the Amerigold Suites (.5); confer with C. Koonce and C. Thomas regarding same (.3); begin preparing letter to W. Norred regarding bank statement production (1.6); correspondence with receivership accountants regarding call (.1); review McCormick's Motion for Inspection (.7). | 4.30 | $200.00 | $860.00 |
| 03/07/2025 | CCK | Review McCormick's motion for inspection and call with C. Thomas to discuss same; email T. Wells regarding [redacted]; review letter responding to Barton's request for bank statements and revise same. | 1.00 | $385.00 | $385.00 |
| 03/07/2025 | TBW | Review and revise working draft of letter to W. Norred regarding bank statements being produced; review bank statement file to be loaded to flash drive (1.3); confer with C. Koonce and C. Thomas regarding same (.3); pay Goldmark insurance bill (.2). | 1.80 | $200.00 | $360.00 |
| 03/10/2025 | TBW | Begin preparing response to Barton’s Motion for a More Definite Statement, including researching Fifth Circuit case law involving Federal Rules of Civil Procedure 12(e) and 7(a). | 7.40 | $200.00 | $1,480.00 |
| 03/11/2025 | CCK | Review and revise draft Response to Barton's 12(e) motion and confer with T. Wells regarding same; review C. Thomas's communications with creditor; review exhibits to Response provided by T. Wells and confer regarding same. | 1.70 | $385.00 | $654.50 |
| 03/11/2025 | TBW | Finish preparing response Barton’s Motion for a More Definite Statement (1.6); review and revise working draft of same and prepare exhibits (2.7); confer with C. Thomas and C. Koonce regarding same (.3). | 4.60 | $200.00 | $920.00 |

| | | | | | |
|---|---|---|---|---|---|
| 03/12/2025 | TBW | Review and revise working draft of response to Barton's Motion for a More Definite Statement and coordinate filing same. | 0.80 | $200.00 | $160.00 |
| 03/12/2025 | TBW | Prepare payroll checks and deliver to Amerigold. [No charge] | 0.90 | $0.00 | $0.00 |
| 03/13/2025 | TBW | Correspondence with J. Silvasan regarding Amerigold financials (.3); correspondence with potential broker regarding same (.2). | 0.50 | $200.00 | $100.00 |
| 03/17/2025 | TBW | Correspondence with R. Weeks regarding settlement agreement (.2) confer with C. Thomas regarding same (.2); meeting with C. Thomas [redacted] (.7). | 1.10 | $200.00 | $220.00 |
| 03/18/2025 | TBW | Research electricians and retaining wall companies to repair Amerigold issues raise in McCormick motion (1.4); correspondence with attorney looking for creditor who listed Amerigold Suites as a job site (.3); review mail for legal issues (.4); correspondence with J. Silvasan regarding Amerigold (.3); receive service related to tax suit against FHC Acquisition (.3); confer with C. Thomas and C. Koonce regarding same (.3); prepare response email to W. Norred regarding privilege protocols and other issues (1.2); review list of bank statement produced and coordinate chart of same (.2). | 4.40 | $200.00 | $880.00 |
| 03/19/2025 | CCK | Review very lengthy email from Barton's counsel and review/revise draft response from T. Wells, including reviewing related orders. | 0.30 | $385.00 | $115.50 |
| 03/19/2025 | TBW | Correspondence with counsel for Goldmark in personal injury case regarding status of hearing setting (.3); correspondence with R. Weeks regarding settlement agreement (.2); correspondence with electrician and retaining wall company regarding Amerigold site visit (.3); review chart of bank statements and confer with C. Koonce regarding same (.3). | 1.10 | $200.00 | $220.00 |
| 03/20/2025 | TBW | Travel to and from Amerigold Suites; meet with electrician and retaining wall company and coordinate repair of wooden electrical boxes; debrief from same with C. Thomas; | 7.60 | $200.00 | $1,520.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | organize photos and receipts from same (7.4); correspondence with R. Weeks regarding settlement agreement (.2). | | | |
| 03/21/2025 | TBW | Begin preparing response to McCormick motion for third party inspection. | 2.20 | $200.00 | $440.00 |
| 03/21/2025 | TBW | Review insurance repair list; confer with C. Thomas regarding same; correspondence with potential handyman to repair. | 0.50 | $200.00 | $100.00 |
| 03/24/2025 | CCK | Confer with C. Thomas regarding [redacted]; continued and updated research regarding [redacted]. | 2.40 | $385.00 | $924.00 |
| 03/24/2025 | TBW | Continue preparing response to McCormick motion for third party inspection (3.2); review mail for legal issues (.4); review and coordinate payment of Amerigold payroll (.3); correspondence with C. Anderson regarding Venus property (.3); correspondence with J. Silvasan regarding Amerigold (.3). | 4.50 | $200.00 | $900.00 |
| 03/25/2025 | TBW | Continue preparing response to McCormick motion for third party inspection (7.3); correspondence with K. Bernstein regarding same (.3); prepare summary of notices sent to C. Thomas by T. Barton (.5); correspondence with accountants regarding same (.2). | 8.30 | $200.00 | $1,660.00 |
| 03/26/2025 | CCK | Review and revise Response to McCormick motion and confer with T. Wells regarding same. | 2.60 | $385.00 | $1,001.00 |
| 03/26/2025 | TBW | Review and revise working draft of response to McCormick (1.6); confer with C. Koonce regarding same (.4); research equitable relief for court to grant fees (.6); prepare declaration to support response (1.2); correspondence with J. Silvasan regarding repairs at Amerigold (.4). | 4.20 | $200.00 | $840.00 |
| 03/27/2025 | CCK | Review SEC's response to McCormick's motion for inspection. | 0.20 | $385.00 | $77.00 |
| 03/27/2025 | TBW | Gather photos for exhibits and coordinate preparation of same (.4); finalize response to | 2.90 | $200.00 | $580.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | McCormick motion and coordinate filing same (1.8); coordinate payment of receivership bills (.2); review SEC's response to McCormick motion (.2); confer with C. Thomas regarding same (.3). | | | |
| 03/28/2025 | TBW | Correspondence with counsel for Pioneer regarding call (.2); correspondence with B. Oliver regarding Opelika and call with city (.3); review Victor, Max, and Martine's motion to lift stay and confer with C. Koonce and C. Thomas regarding same (.9); correspondence with M. Stromberg regarding status of receivership (.4); review receivership mail for legal issues (.3); pay insurance premiums (.3). | 2.40 | $200.00 | $480.00 |
| 03/31/2025 | CAC | Confer with Receiver regarding Bankruptcy Court's requested update from Debtor's counsel in FM 544 Park Vista case. | 0.30 | $300.00 | $90.00 |
| 03/31/2025 | CCK | Brief review of McCormick's request for hearing and Reply in support of motion for inspection; and review emails from A. Carrillo [redacted]. | 0.20 | $385.00 | $77.00 |
| | | | **Quantity Subtotal** | | **153.6** |
| | | | **Subtotal** | | **$34,256.50** |

## Sale of Frisco Property

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 01/13/2025 | CAC | Conduct research regarding parking obligations for Frisco Gate property. | 0.30 | $300.00 | $90.00 |
| | | | **Quantity Subtotal** | | **0.3** |
| | | | **Subtotal** | | **$90.00** |

## Sale of Hall Property - Non-Receiver Activity

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 03/06/2025 | JJM | Review Purchase and Sale Agreement and both Amendments and summarize options | 0.80 | $275.00 | $220.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | with respect to a partial return of earnest money. | | | |
| 03/26/2025 | JJM | Review and revise Third Amendment to Purchase and Sale Agreement. | 1.40 | $275.00 | $385.00 |

| | |
|---|---|
| **Quantity Subtotal** | **2.2** |
| **Subtotal** | **$605.00** |

| | |
|---|---|
| **Hours Total** | **174.0** |
| **Services Total** | **$39,180.00** |
| **Total** | **$39,180.00** |

Current Statement payable upon receipt and due within 30 days.

Federal Tax ID 61-1764390

Wire Payments
Veritex Community Bank
17950 Preston Road, Suite 500
Dallas, TX 75252
ABA # 113024164 Account # 30081159

Check Payments
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225

Credit Card Payments https://www.brownfoxlaw.com/payments
When selecting payment by credit, please note that applicable charges and fees will be itemized prior to confirming payment and paid directly to the credit card issuer, card network and payment processor.

Direct payment inquiries to the Account Services Department at accounting@brownfoxlaw.com

Thank you for choosing Brown Fox. We appreciate your business.

# EXHIBIT D

Ahuja & Consultants, Inc.
Certified Public Accountants

**Ahuja & Consultants, Inc.**
2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8235.Bar
**Invoice Date:** 03/31/2025
**Due Date**: 04/30/2025

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

**Q1 2025 BILLING SUMMARY**

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 2900 | Accounting/Auditing | 24.20 | $5,154.00 |
| 3900 | Tax Issues | 51.20 | $13,775.00 |
| | Expense Reimbursements | | $34.10 |

**TOTAL** **$18,963.10**

Ahuja & Consultants, Inc.
Certified Public Accountants

**Ahuja & Consultants, Inc.**
2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8235.Bar
**Invoice Date:** 03/31/2025
**Due Date:** 04/30/2025

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

**Q1 2025 BILLING SUMMARY**

| ID | TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AH | Ammon Hall | Associate | 6.60 | $150.00 | $990.00 |
| DK | Devon Kwande | Manager | 47.80 | $275.00 | $13,145.00 |
| DP | Dawn Peterson | Admin | 1.00 | $95.00 | $95.00 |
| JW | Jennifer Wallace | Associate | 10.40 | $210.00 | $2,184.00 |
| MA | Madhu Ahuja | Engagement Leader | 1.00 | $325.00 | $325.00 |
| SH | Stacey Huser | Manager | 7.20 | $275.00 | $1,980.00 |
| SK | Shamsher Kaur | Associate | 1.40 | $150.00 | $210.00 |

**TOTAL** **75.40** **$18,929.00**

Ahuja & Consultants, Inc.
Certified Public Accountants

**Ahuja & Consultants, Inc.**
2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8235.Bar
**Invoice Date:** 03/31/2025
**Due Date**: 04/30/2025

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

**Q1 2025 Expense Reimbursement**

| DESCRIPTION | AMOUNT |
|---|---|
| **Forms 1099 Filing Fees** | $26.07 |
| **Postage** | $8.03 |

**TOTAL** **$34.10**

Ahuja & Consultants, Inc.
Certified Public Accountants

**Ahuja & Consultants, Inc.**
2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8235.Bar
**Invoice Date:** 03/31/2025
**Due Date:** 04/30/2025

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

| Date | ID | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 01/03/25 | DK | Review of notices from Receiver's team and steps to respond to notices | 3900 | 2.20 | $605.00 |
| 01/08/25 | SH | Communication regarding Q4 2024 | 2900 | 0.20 | $55.00 |
| 01/10/25 | AH | Accounting and bank reconciliations for Q4 2024 | 2900 | 3.50 | $525.00 |
| 01/10/25 | DK | Research and review progress into reinstating delinquent entities with state of Texas | 3900 | 2.40 | $660.00 |
| 01/10/25 | JW | Initial review of Q4 accounting | 2900 | 1.20 | $252.00 |
| 01/12/25 | JW | Review of Q4 transaction classifications and prepare draft Q4 Standard Fund Accounting Report (SFAR) | 2900 | 1.90 | $399.00 |
| 01/13/25 | SH | Final review of 2024 accounting and Q4 Standard Fund Accounting Report | 2900 | 3.50 | $962.50 |
| 01/14/25 | DK | Review of IRS and Texas notices and take steps to respond to the notices | 3900 | 2.30 | $632.50 |
| 01/14/25 | MA | Do Not Bill | 3900 | 0.00 | $0.00 |
| 01/15/25 | DK | Continued review of IRS and Texas notices and steps to respond | 3900 | 2.10 | $577.50 |
| 01/20/25 | DK | Continue review of 2024 tax project to ensure all entities are captured for filing | 3900 | 2.00 | $550.00 |
| 01/20/25 | SH | Review Goldmark and Receivership 2024 activity for potential issuance of 1099s | 2900 | 0.50 | $137.50 |
| 01/23/25 | AH | Researching vendor data and update filing software | 2900 | 1.20 | $180.00 |
| 01/23/25 | DK | Review of 2024 IRS notices and tracking progress | 3900 | 2.10 | $577.50 |
| 01/23/25 | JW | Review Goldmark and Receivership 2024 activity for potential issuance of 1099s, begin updating vendor data in filing software | 2900 | 3.10 | $651.00 |
| 01/23/25 | SH | Review list of needed information for 1099 preparation | 2900 | 0.50 | $137.50 |
| 01/24/25 | DK | Review of 2024 Texas forfeiture notices and tracking action | 3900 | 1.60 | $440.00 |
| 01/24/25 | SH | Review of data on file and correspondence regarding W-9s needed for Form 1099 preparation | 2900 | 0.80 | $220.00 |
| 01/27/25 | DK | Reviewed ProSystem in preparation for 2024 tax year to determine filing entities | 3900 | 4.00 | $1,100.00 |
| 01/28/25 | SH | Vendor and company allocations for 1099 reporting | 2900 | 0.70 | $192.50 |
| 01/28/25 | JW | Continue work regarding Forms 1099 | 2900 | 3.80 | $798.00 |
| 01/28/25 | DK | 2024 tax project planning | 3900 | 2.60 | $715.00 |
| 01/28/25 | AH | Enter vendor data in filing software | 2900 | 0.80 | $120.00 |
| 01/29/25 | SH | Review 1099s | 2900 | 0.50 | $137.50 |

| Date | ID | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 01/30/25 | JW | Enter vendor data in filing software | 2900 | 0.40 | $84.00 |
| 01/30/25 | SH | Work related to processing 2024 Forms 1099 | 2900 | 0.50 | $137.50 |
| 01/30/25 | AH | Complete filing of Forms 1099 | 2900 | 1.10 | $165.00 |
| 01/30/25 | DK | Reviewing new batch of notices from Receiver's team | 3900 | 2.60 | $715.00 |
| 02/03/25 | DK | Review of notices from receiver's team | 3900 | 2.60 | $715.00 |
| 02/04/25 | DK | State tax issues for TC Hall | 3900 | 0.90 | $247.50 |
| 02/04/25 | SK | Communication with Ms. Peterson regarding Barton entities that needs to be filed in 2024 | 3900 | 1.40 | $210.00 |
| 02/06/25 | DK | Review of reinstatement issues for Texas | 3900 | 1.70 | $467.50 |
| 02/11/25 | DK | Review project lists for 2024 federal and state returns | 3900 | 2.10 | $577.50 |
| 02/12/25 | DK | Working through notices from Receiver's team | 3900 | 2.80 | $770.00 |
| 02/13/25 | DK | Working through notices from Receiver's team | 3900 | 2.10 | $577.50 |
| 02/20/25 | DK | Project planning for BOI reporting per Receiver's request | 3900 | 2.00 | $550.00 |
| 02/21/25 | DK | Planning and review of federal and state extensions for 2024 tax project for all 55 entities | 3900 | 4.20 | $1,155.00 |
| 02/22/25 | DP | Preparation and filing of federal extensions for Form 1065 | 3900 | 1.00 | $95.00 |
| 02/24/25 | DK | Review of federal extensions 24 entities | 3900 | 3.40 | $935.00 |
| 03/03/25 | DK | Review of extensions for Enoch Investments and group of entities | 3900 | 0.50 | $137.50 |
| 03/03/25 | DK | Communication with Receiver's team regarding 2024 extensions | 3900 | 0.20 | $55.00 |
| 03/03/25 | DK | Review of tax notices from Receiver's team | 3900 | 1.00 | $275.00 |
| 03/04/25 | DK | Research latest BOI updates and communicate with the Receiver | 3900 | 0.20 | $55.00 |
| 03/13/25 | DK | Resolving tax extension filing issues for BM318 and QSF | 3900 | 0.20 | $55.00 |
| 03/25/25 | MA | Review Delaware tax notices | 3900 | 1.00 | $325.00 |

**Total $18,929.00**

**Balance Due $18,963.10**

**NOTE:** Total Fees are net of write off fees of $3,080.00