**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| | § | |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § | |
| | § | |
| ***Defendants,*** | § | |
| | § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § | |
| | § | |
| ***Relief Defendants.*** | § | |

**APPENDIX IN SUPPORT OF RECEIVER'S**
**<u>TWELFTH QUARTERLY FEE APPLICATION</u>**

Dated September 18, 2026

Respectfully submitted,

**RECEIVER CORTNEY C. THOMAS**

*/s/ Cortney C. Thomas*
Cortney C. Thomas
State Bar No. 24075153
cort@brownfoxlaw.com
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
T: (214) 327-5000
F: (214) 327-5001

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic-filing system.

| EXHIBIT | DESCRIPTION | APP PAGES |
|---|---|---|
| A | Standardized Fund Accounting Report for the period July 1, 2025, through September 30, 2025 | APP001-APP003 |
| B | Receiver's invoice for services provided July 1, 2025, through September 30, 2025 | APP004-APP014 |
| C | Brown Fox invoice for services provided July 1, 2025, through September 30, 2025 | APP015-APP032 |
| D | Ahuja & Clark invoice from for services provided July 1, 2025, through September 30, 2025 | APP033-APP038 |

# EXHIBIT A

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of September 30, 2025

| | | | |
|---|---|---|---|
| 1 | Beginning Balance - July 1, 2025: | | $ 2,042,326.68 |
| 2 | Business Income | | 159,554.13 |
| 3 | Funds Received | | 38,000.00 |
| 4 | Interest/Dividend Income | | 7,634.71 |
| 5 | Business Asset Liquidation | | |
| 6 | Personal Asset Liquidation | | |
| 7 | Third-Party Litigation Income | | |
| 8 | Miscellaneous - Other | | |
| 9 | Disbursements to Investors | | |
| 10 | Disbursements for Receivership Operations: | | 851,456.62 |
| 10a | Disbursements to Receiver or Other Professionals | 851,456.62 | |
| 10b | Business Asset and Operating Expenses | | |
| 10c | Personal Asset Expenses | | |
| 10d | Investment Expenses | | |
| 10e | Third-Party Litigation Expenses | | |
| 10f | Tax Administrator Fees and Bonds | | |
| 10g | Federal and State Tax Expenses | | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | - |
| 11a | Distribution Plan Development Expenses | | |
| 11b | Distribution Plan Implementation Expenses | | |
| 12 | Disbursements to Court/Other | | - |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | |
| 12b | Federal income taxes | | |
| 13 | Ending Balance - September 30, 2025 | | $ 1,396,058.90 |
| 14 | Ending Balance of Fund - Net Assets | | 1,396,058.90 |
| 14a | Cash & Cash Equivalents | 1,396,058.90 | |
| 14b | Investments | | |
| 14c | Other Assets or Uncleared Funds | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | |
| 16b | Federal income taxes | | |
| 17 | DC & State Tax Payments | | |

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of September 30, 2025

| | | |
|---|---|---|
| 18 | | No. of Claims |
| | 18a | the number of claims received from investors during this reporting period |
| | 18b | the number of claims received from investors as a result of all orders since the inception of the Fund |
| 19 | | No. of Claimants/Investors |
| | 19a | the number of claimants/investors receiving distributions during the reporting period |
| | 19b | the number of claimants/investors receiving distributions pursuant to all orders of distribution since the inception of the Fund |

# EXHIBIT B

8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
brownfoxlaw.com/payments

BROWN FOX

# INVOICE

Invoice # 2220349
Date: 10/10/2025

Barton Receivership

## SEC v. Barton – Case Administration

### Services

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 07/01/2025 | CCT | Begin drafting Cash Accounting Summaries (2Q25). | 0.10 | $385.00 | $38.50 |
| 07/02/2025 | CCT | Brief meeting with C. Koonce to [redacted]. | 0.30 | $385.00 | $115.50 |
| 07/02/2025 | CCT | Meeting with Amerigold property manager to deliver paychecks; continue drafting Fifth and Sixth Fee Applications; correspondence with counsel to SEC and Barton regarding same. [No charge] | 1.10 | $0.00 | $0.00 |
| 07/07/2025 | CCT | Correspondence with investor regarding status of receivership. | 0.20 | $200.00 | $40.00 |
| 07/08/2025 | CCT | Finish drafting Fifth and Sixth Fee Applications; coordinate filing of same. [No charge] | 0.70 | $0.00 | $0.00 |
| 07/09/2025 | CCT | Continue drafting cash accounting summaries (2Q25). | 0.20 | $385.00 | $77.00 |
| 07/09/2025 | CCT | Correspondence with accountants regarding status of 2024 tax returns; continue drafting cash accounting summaries [2Q24]; send same to accountants. | 1.20 | $385.00 | $462.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07/11/2025 | CCT | Review working draft of grievance response; revise same; correspondence with C. Koonce regarding same. | 0.40 | $385.00 | $154.00 |
| 07/15/2025 | CCT | Continue reviewing draft 2024 tax returns; correspondence with accountants regarding same. | 0.40 | $385.00 | $154.00 |
| 07/16/2025 | CCT | Correspondence with accountant regarding status of 2Q25 SFAR; review motion to withdraw reference of 2999 TC bankruptcy; revise same; correspondence with A. Carrillo regarding same. | 0.40 | $385.00 | $154.00 |
| 07/22/2025 | CCT | Correspondence with counsel regarding Dallas Real Estate Investors bankruptcy proceeding. | 0.20 | $385.00 | $77.00 |
| 07/24/2025 | CCT | Review working draft of sur-reply to be submitted to State Bar of Texas surrounding grievance proceeding; revise same; correspondence with C. Koonce regarding same. | 0.30 | $385.00 | $115.50 |
| 07/25/2025 | CCT | Continue drafting Quarterly Report (2Q25). | 4.70 | $385.00 | $1,809.50 |
| 07/29/2025 | CCT | Review notices of appearance and motions to withdraw; correspondence with counsel regarding same. | 0.20 | $385.00 | $77.00 |
| 07/30/2025 | CCT | Finish drafting quarterly report [2Q25]; draft update for Receivership website regarding same. | 2.10 | $385.00 | $808.50 |
| 07/30/2025 | CCT | Attend [redacted] with T. Wells and J. Hopper. [No charge] | 0.50 | $0.00 | $0.00 |
| 07/31/2025 | CCT | Review status letter to bankruptcy court; correspondence with A. Carrillo regarding same. | 0.20 | $385.00 | $77.00 |
| 08/04/2025 | CCT | Correspondence with A. Carrillo regarding [redacted]; meeting with C. Koonce to discuss [redacted]. | 0.60 | $385.00 | $231.00 |
| 08/04/2025 | CCT | Revise Ex. A to Quarterly Status report to include cash accounting summaries. [No charge] | 0.30 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/04/2025 | CCT | Continue drafting quarterly fee application [2Q25]; draft motion for extension of time to file fee applications; send conference email regarding same to counsel for Barton and SEC. [No charge] | 2.70 | $0.00 | $0.00 |
| 08/05/2025 | CCT | Correspondence with accountants regarding fifth and sixth fee applications; finish drafting motion for extension of time to file eleventh fee application; coordinate filing of same. [No charge] | 0.50 | $0.00 | $0.00 |
| 08/07/2025 | CCT | Cursory review of Barton's latest filing in grievance proceeding. | 0.10 | $385.00 | $38.50 |
| 08/12/2025 | CCT | Meeting with Amerigold Suites property manager to deliver paychecks. [No charge] | 0.60 | $0.00 | $0.00 |
| 08/13/2025 | CCT | Meeting with Amerigold Suites property manager to deliver additional paycheck. [No charge] | 0.60 | $0.00 | $0.00 |
| 08/15/2025 | CCT | Correspondence with accountants regarding 2025 QSF tax return. [No charge] | 0.10 | $0.00 | $0.00 |
| 08/18/2025 | CCT | Review final draft of QSF tax return for 2025; execute same; correspondence with accountants regarding same. | 0.20 | $385.00 | $77.00 |
| 08/22/2025 | CCT | Brief meeting and correspondence with A. Carrillo regarding [redacted]. | 0.30 | $385.00 | $115.50 |
| 08/25/2025 | CCT | Correspondence with counsel regarding IRS notices; correspondence with W. Norred regarding potential motion for reconsideration. | 1.10 | $385.00 | $423.50 |
| 09/05/2025 | CCT | Brief meeting with A. Carrillo to discuss [redacted]. | 0.20 | $385.00 | $77.00 |

| | |
|---|---|
| **Quantity Subtotal** | **20.5** |
| **Services Subtotal** | **$5,122.00** |

## Expenses

| Date | Description | Client Total |
|---|---|---|
| 07/14/2025 | Public Storage (2 units) - August 2025. | $806.00 |
| 07/14/2025 | Certified copies of documents for Elite Jet. | $132.50 |

| | | |
|---|---|---|
| 07/15/2025 | Submission fees for changing registered agent over to Receiver | $645.00 |
| 07/15/2025 | FedEx shipment from BROWN FOX PLLC to AERO-SPACE REPORTS sending certified copies of court documents to title company | $30.36 |
| 07/18/2025 | Court filing fee - Motion for Withdrawal of Reference (N.D. Tex. Bankr.) | $199.00 |
| 07/18/2025 | Postage mailing Motion for Withdrawal of Reference to creditor list | $150.00 |
| 07/19/2025 | Hand delivery charges picking up certified copies of certain documents needed for closing with Elite Jet. | $25.22 |
| 07/22/2025 | Terminix - online payment - for services at Goldmark Hospitality. | $468.15 |
| 08/07/2025 | Reinstatement fees for Wall016 LLC and TC Hall, LLC | $150.00 |
| 08/08/2025 | Texas Secretary of State fees for Change of Registered Agent/Office for TC Hall, LLC and Wall016 LLC | $30.00 |
| 08/12/2025 | Public Storage (2 units) - September 2025. | $806.00 |
| 08/18/2025 | Priority mail to Blake Lepper for mowing Venus property. | $8.40 |
| 08/27/2025 | A. Carrillo Courthouse parking for 8/27/25 hearing. | $17.00 |
| 09/12/2025 | Public Storage (2 units) - October 2025. | $961.00 |
| 09/30/2025 | Postage and supplies for delivering UPS Store mail during 3Q25. | $147.56 |
| | **Expenses Subtotal** | **$4,576.19** |
| | **Subtotal** | **$9,698.19** |

## SEC v. Barton – Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 07/02/2025 | CCT | Telephone conference with potential title company regarding Frisco Gate property; telephone conference with counsel to lender on Rock Creek property. | 0.80 | $385.00 | $308.00 |
| 07/07/2025 | CCT | Telephone conference with title company regarding potential Frisco closing. | 0.20 | $385.00 | $77.00 |
| 07/10/2025 | CCT | Correspondence with counsel for Palisades regarding status of Frisco sale; telephone conference with Pillar regarding insurance reimbursements; correspondence with Pillar regarding Opelika's request for easement; correspondence with Hall broker regarding | 0.50 | $385.00 | $192.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | status of appeal. | | | |
| 07/15/2025 | CCT | Telephone conference and correspondence with potential insurance broker on receivership properties. | 0.50 | $385.00 | $192.50 |
| 07/16/2025 | CCT | Telephone conference and correspondence with Greystone regarding insurance reimbursements; correspondence with T. Ware regarding same; telephone conference with B. Oliver regarding potential easement at Parc at Opelika. | 0.80 | $385.00 | $308.00 |
| 07/17/2025 | CCT | Meeting with Amerigold property manager to deliver paychecks. [No charge] | 0.40 | $0.00 | $0.00 |
| 07/21/2025 | CCT | Correspondence with appraiser regarding information needed for updated Frisco appraisal. | 0.20 | $385.00 | $77.00 |
| 07/24/2025 | CCT | Correspondence with Hall Street Lender regarding status of sale and Barton's appeal; correspondence with Pillar regarding insurance reimbursement request. | 0.40 | $385.00 | $154.00 |
| 07/30/2025 | CCT | Correspondence with former interested purchaser of Amerigold Suites; telephone conference and correspondence with broker for Rock Creek property; correspondence with purchaser on Frisco property regarding extension of closing date. | 0.60 | $0.00 | $0.00 |
| 07/31/2025 | CCT | Correspondence with title company regarding Frisco sale; correspondence with property manager regarding pest control vendor issues. | 1.10 | $385.00 | $423.50 |
| 08/01/2025 | CCT | Correspondence with Frisco purchaser regarding PSA extension; correspondence with title companies regarding Frisco sale; meeting with Amerigold property manager and contractors regarding expectation for performance of duties. | 1.00 | $385.00 | $385.00 |
| 08/05/2025 | CCT | Participate in virtual meeting with potential title company regarding sales of Receivership properties; brief meeting with J. Hopper to discuss [redacted]; correspondence with appraiser. | 0.50 | $385.00 | $192.50 |
| 08/07/2025 | CCT | Correspondence with J. Hopper regarding | 1.10 | $385.00 | $423.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | [redacted]; correspondence with potential title company regarding Frisco property. | | | |
| 08/11/2025 | CCT | Cursory review of Appellant's brief in TC Hall appeal; correspondence with C. Koonce regarding same; correspondence with Amerigold property manager regarding pest control services. | 0.50 | $385.00 | $192.50 |
| 08/12/2025 | CCT | Correspondence with counsel regarding TC Hall appeal; correspondence with Rock Creek broker regarding extension of closing date; correspondence with Rock Creek purchaser regarding same; correspondence with counsel regarding same; correspondence with counsel regarding [redacted]; correspondence with potential broker of HUD properties regarding BOVs; correspondence with counsel to Dixon regarding Barton's latest appeals. | 1.30 | $385.00 | $500.50 |
| 08/13/2025 | CCT | Telephone conference and correspondence with Hall property lender regarding status of appeal; telephone conference with Rock Creek purchaser regarding extension of closing date. | 0.60 | $385.00 | $231.00 |
| 08/14/2025 | CCT | Correspondence with Amerigold property manager regarding new pest control provider; correspondence with Rock Creek lender regarding status of district court case and appeal of receivership order. | 0.30 | $385.00 | $115.50 |
| 08/15/2025 | CCT | Correspondence with counsel regarding email from Truist regarding Navigator; correspondence with counsel regarding potential meeting with S. Cumber and D. Wallace. | 0.20 | $385.00 | $77.00 |
| 08/18/2025 | CCT | Follow-up correspondence with counsel regarding potential meeting with S. Cumber and D. Wallace; correspondence with counsel to Lumar regarding administrative closure of Receivership. | 0.20 | $385.00 | $77.00 |
| 08/20/2025 | CCT | Correspondence with Sunridge regarding HUD property financials; correspondence with counsel regarding same; correspondence with potential Amerigold | 0.60 | $385.00 | $231.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | broker regarding same; brief meeting and correspondence with J. Hopper regarding [redacted]. | | | |
| 08/21/2025 | CCT | Telephone conference and correspondence with appraiser regarding status of Frisco appraisal. | 0.40 | $385.00 | $154.00 |
| 08/22/2025 | CCT | Correspondence with counsel regarding meeting with Frisco property lender. [No charge] | 0.10 | $0.00 | $0.00 |
| 08/25/2025 | CCT | Correspondence with counsel regarding upcoming SPC mediation; correspondence with potential broker regarding updated opinions of value; correspondence with potential title company for sales of receivership property. | 0.40 | $385.00 | $154.00 |
| 08/26/2025 | CCT | Prepare for meeting with S. Cumber and D. Wallace; participate in same; correspondence with potential broker regarding updated opinion of value on D4 properties; correspondence with Opelika property manager regarding returned check. | 0.90 | $385.00 | $346.50 |
| 08/27/2025 | CCT | Brief meeting with J. Hopper to discuss [redacted]; begin reviewing working draft of mediation statement; begin revising same. | 4.30 | $385.00 | $1,655.50 |
| 08/27/2025 | CCT | Meeting with Amerigold property manager to deliver paychecks. [No charge] | 0.70 | $0.00 | $0.00 |
| 08/29/2025 | CCT | Meeting with C. Koonce to discuss [redacted]; telephone conference with potential contingency counsel regarding same. | 0.50 | $385.00 | $192.50 |
| 09/02/2025 | CCT | Participate in joint pre-mediation call with Judge Hale; begin preparing for mediation; participate in separate caucus call with Judge Hale. [No charge] | 0.80 | $0.00 | $0.00 |
| 09/03/2025 | CCT | Follow-up telephone conference and correspondence with potential contingency counsel if SPC mediation is unsuccessful; correspondence with Amerigold property manager regarding payment from DHA. | 0.40 | $385.00 | $154.00 |
| 09/04/2025 | CCT | Attend mediation with Southern Properties. | 8.40 | $385.00 | $3,234.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | [Time reduced from 9 total hours for time spent on other matters] | | | |
| 09/08/2025 | CCT | Review mediator's proposal; correspondence with Judge Hale regarding same. | 0.20 | $385.00 | $77.00 |
| 09/09/2025 | CCT | Telephone conference with Amerigold property manager regarding potential tour; correspondence with lender regarding same; participate in virtual meeting with Amerigold inspector regarding findings from walkthrough (greatly delayed because of personal matters on inspector's side); review findings; correspondence with Amerigold property manager regarding needed repairs from same; correspondence with Sunridge regarding check received from Kensington. | 0.60 | $385.00 | $231.00 |
| 09/10/2025 | CCT | Telephone conference with Amerigold property manager regarding visit from lender; travel to Amerigold for purposes of same; tour with property manager prior to arrival of lender; tour of Amerigold with lender; correspondence with counsel to McCormick regarding same. | 2.90 | $385.00 | $1,116.50 |
| 09/11/2025 | CCT | Telephone conference with lender on Frisco property; correspondence with lender on D4 entities regarding Windmill Farms replacement reserve request. | 0.30 | $385.00 | $115.50 |
| 09/15/2025 | CCT | Brief meeting with J. Hopper to discuss [redacted]; correspondence with counsel to Amerigold lender; telephone conference with C. Koonce regarding [redacted]; telephone conference with counsel to SPC regarding same. | 1.20 | $385.00 | $462.00 |
| 09/17/2025 | CCT | Telephone conference with counsel to Amerigold lender; correspondence with insurance broker regarding insurance on property; correspondence with counsel to Palisades; brief meeting with J. Hopper regarding [redacted]; correspondence with Greystone regarding Ingleside replacement reserve request. | 1.00 | $385.00 | $385.00 |
| 09/17/2025 | CCT | Correspondence with Frisco lender regarding status of Barton's cert. petition. | 0.10 | $385.00 | $38.50 |
| 09/18/2025 | CCT | Correspondence with Greystone regarding | 0.40 | $385.00 | $154.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | replacement reserve request; review revised working draft of motion to stay; correspondence with counsel regarding same; telephone conference with counsel regarding appeal regarding Hall property, Amerigold, and Dixon settlement. | | | |
| 09/22/2025 | CCT | Prepare for and participate in virtual meeting with Greystone regarding potential settlement. | 0.20 | $385.00 | $77.00 |
| 09/24/2025 | CCT | Prepare for and participate in call with R. Boone regarding pending litigation. | 0.20 | $385.00 | $77.00 |
| 09/24/2025 | CCT | Deliver paychecks to Amerigold Suites. [No charge] | 0.60 | $0.00 | $0.00 |
| 09/30/2025 | CCT | Brief meeting with J. Hopper to discuss [redacted]; begin reviewing working draft of same; begin revising working draft of same; telephone conference and correspondence with City of Dallas inspector. | 1.00 | $385.00 | $385.00 |

**Quantity Subtotal** **37.4**

**Subtotal** **$13,167.00**

## SEC v. Barton - Receiver – Fu, et al. Litigation

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 09/11/2025 | CCT | Review renewed motion to stay; revise same; brief meeting with J. Hopper to discuss same. | 0.60 | $385.00 | $231.00 |

**Quantity Subtotal** **0.6**

**Subtotal** **$231.00**

| | |
|---|---|
| **Expenses Total** | **$4,576.19** |
| **Hours Total** | **58.5** |
| **Services Total** | **$18,520.00** |
| **Total** | **$23,096.19** |

Current Statement payable upon receipt and due within 30 days.

Federal Tax ID 61-1764390

Wire Payments
Veritex Community Bank
17950 Preston Road, Suite 500
Dallas, TX 75252
ABA # 113024164 Account # 30081159

Check Payments
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225

Credit Card Payments https://www.brownfoxlaw.com/payments
When selecting payment by credit, please note that applicable charges and fees will be itemized prior to confirming payment and paid directly to the credit card issuer, card network and payment processor.

Direct payment inquiries to the Account Services Department at accounting@brownfoxlaw.com

Thank you for choosing Brown Fox. We appreciate your business.

# EXHIBIT C

2699 Howell Street, Suite 500
Dallas, Texas 75204
Phone: (214) 327-5000
brownfoxlaw.com/payments

BROWN FOX

# INVOICE

Invoice # 2220361
Date: 10/10/2025

Barton Receivership

## SEC v. Barton – Non-Receiver Activity: Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 07/02/2025 | CCK | Confer with C. Thomas regarding [redacted]; review dockets in property sale appeals and further conference with C. Thomas regarding [redacted]; call with the SEC regarding status issues; review and revise Response to Grievance. | 4.50 | $385.00 | $1,732.50 |
| 07/07/2025 | SRL | Prepare appellate timeline. | 0.80 | $110.00 | $88.00 |
| 07/16/2025 | CAC | Continue drafting motion to withdraw the reference for 2999TC bankruptcy case (.6); send same to Receiver for review (.1). | 0.70 | $300.00 | $210.00 |
| 07/17/2025 | CAC | Continue drafting motion to withdraw the reference (.3); correspond with T. Barton, J. Lindauer, R. Phelan, and U.S. Trustee's office to meet and confer on same (.1). | 0.40 | $300.00 | $120.00 |
| 07/18/2025 | CAC | Finalize motion to withdraw reference of motion for final decree (.4); file same (.1); correspond with Court regarding cancelling merits hearing for motion for final decree and scheduling hearing for motion to withdraw the reference (.1). | 0.60 | $300.00 | $180.00 |
| 07/27/2025 | CAC | Draft analysis of next steps for motion to withdraw the reference in 2999TC bankruptcy case. | 0.10 | $300.00 | $30.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07/28/2025 | CAC | Prepare notice of appearance and notice of order granting motion to lift litigation stay to file in Wall bankruptcy cases. | 0.20 | $300.00 | $60.00 |
| 07/29/2025 | CAC | Revise notice of appearance for Wall bankruptcy cases. | 0.10 | $300.00 | $30.00 |
| 07/30/2025 | CAC | Revise notice of District Court's order lifting litigation stay of Wall bankruptcy cases. | 0.10 | $300.00 | $30.00 |
| 07/31/2025 | CAC | Review Dallas Real Estate Investors bankruptcy status report to file by August 1. | 0.10 | $300.00 | $30.00 |
| 08/04/2025 | CAC | Confer with Receiver regarding [redacted]. | 0.10 | $300.00 | $30.00 |
| 08/04/2025 | CCK | Begin drafting mediation statement for dispute with SPC, including discussion with C. Thomas regarding [redacted]. | 1.60 | $385.00 | $616.00 |
| 08/07/2025 | CAC | Finalize notice to Court regarding Max and Victoria Barton's contact information as they proceed pro se in case. | 0.20 | $300.00 | $60.00 |
| 08/08/2025 | CAC | Correspond with M. Barton and V. Barton regarding confirmation of mailing addresses for notice (.1); finalize and file notice (.1). | 0.20 | $300.00 | $60.00 |
| 08/11/2025 | CCK | Brief review of appellate brief filed by Barton challenging settlements and sales, and communications with C. Thomas regarding same. | 0.40 | $385.00 | $154.00 |
| 08/12/2025 | CCK | Call with C. Thomas to discuss [redacted]; continue drafting mediation statement related to SPC and apartment complexes, including drafting financial summary related to one entity and conferring with paralegal regarding drafting same for remaining three entities; call with the SEC to discuss various appeals and the Receiver's intent to file amicus briefs. | 3.30 | $385.00 | $1,270.50 |
| 08/13/2025 | SRL | Review loan documents and information related to loans taken out by D4FR, LLC and create summary of same to assist in preparations for mediation. | 0.90 | $110.00 | $99.00 |
| 08/13/2025 | CCK | Continue drafting mediation statement | 2.50 | $385.00 | $962.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | related to SPC Dispute, and confer with C. Thomas regarding [redacted]. | | | |
| 08/14/2025 | CCK | Continue drafting mediation position statement regarding SPC dispute. | 2.10 | $385.00 | $808.50 |
| 08/15/2025 | CAC | Conduct legal research regarding potential waiver of U.S. Trustee fees for Barton chapter 11 cases. | 1.30 | $300.00 | $390.00 |
| 08/15/2025 | SRL | Review D4 entities' loan details and [redacted]. | 1.30 | $110.00 | $143.00 |
| 08/15/2025 | CCK | Confer with C. Thomas regarding [redacted]. | 0.10 | $385.00 | $38.50 |
| 08/18/2025 | SRL | Finalize summaries of D4DS, D4FR, D4IN, and D4OP to assist in mediation preparations. | 1.30 | $110.00 | $143.00 |
| 08/21/2025 | SRL | Revise D4 entity mediation statement summaries. | 0.40 | $110.00 | $44.00 |
| 08/22/2025 | CCK | Review SPC's proposals regarding confidentiality for documents they want to use in mediation; confer with C. Thomas regarding same and respond; respond to multiple emails from lenders regarding meetings or status of collateral, and correspond with C. Thomas regarding same; multiple emails with team regarding [redacted]. | 0.80 | $385.00 | $308.00 |
| 08/22/2025 | JFH | Email with J. Silvasan regarding Goldmark fire extinguisher. | 0.10 | $300.00 | $30.00 |
| 08/24/2025 | CCK | Continue drafting mediation statement regarding SPC dispute over apartment complex properties. | 5.10 | $385.00 | $1,963.50 |
| 08/25/2025 | JFH | Review Receiver's mediation statement regarding the Southern Properties Capital dispute (1.4); email with Ahuja Consultants regarding IRS invoices (.2). | 1.60 | $300.00 | $480.00 |
| 08/25/2025 | CAC | Prepare for hearing on motion to withdraw the reference (.3); conduct further research regarding U.S. Trustee fees for Barton entity bankruptcy cases (.3); draft analysis of same for Receiver (.3). | 1.00 | $300.00 | $300.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/25/2025 | SRL | Review Amended and Restated Pledge and Security Agreements for D4 entities and revise and update mediation summaries as to parent entities and collateral pledged to Southern Properties Capital Ltd. | 1.50 | $110.00 | $165.00 |
| 08/25/2025 | CCK | Continue drafting mediation statement for SPC dispute, review and revise summary term sheets regarding loans and pledge agreements encumbering each D4 entity; emails with SPC counsel regarding confidentiality agreement and emails with S. Latham regarding [redacted]; emails with lender regarding requested meeting. | 6.20 | $385.00 | $2,387.00 |
| 08/26/2025 | CCK | Continue drafting mediation position statement regarding SPC; respond to email from Truist Bank regarding status of Lincoln Navigator; revise summaries regarding key loan and pledge agreements related to each D4 entity. | 1.40 | $385.00 | $539.00 |
| 08/27/2025 | JFH | Review and analyze federal case law on the law of the case and collateral estoppel for purposes of mediation statement (3.9); review Comptroller Notice of Intent to Forfeit Right to Transact Business (.2). | 4.10 | $300.00 | $1,230.00 |
| 08/27/2025 | CAC | Attend status conference on motion to withdraw reference of motion for final decree in 2999TC bankruptcy case (.4); travel to and from same (.8); prepare for same (.3). | 1.60 | $300.00 | $480.00 |
| 08/27/2025 | SRL | Research regarding [redacted]; review D4DS loan documents and formation documents and create chronology of same with focus on parent entities and ownership interests. | 2.10 | $110.00 | $231.00 |
| 08/27/2025 | CCK | Continue review and edits to summaries related to SPC loans and D4 entities; confer with S. Latham regarding [redacted] and confer with C. Thomas regarding [redacted]; review J. Hopper [redacted] and further edits to mediation statement. | 1.60 | $385.00 | $616.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/28/2025 | JFH | Review and edit mediation statement regarding Southern Properties Capital dispute (2.3); call Standridge Properties regarding update in matter (.1). | 2.40 | $300.00 | $720.00 |
| 08/28/2025 | CCK | Review C. Thomas edits to mediation statement and make additional edits in mediation statement and supporting summaries; emails with J. Hopper regarding [redacted] and confer with C. Thomas regarding [redacted]. | 1.60 | $385.00 | $616.00 |
| 08/28/2025 | CAC | Finalize and file notice of appearance in grievance appeal. | 0.30 | $300.00 | $90.00 |
| 08/29/2025 | CAC | Correspond with T. Barton regarding T. Barton's motion to strike appearance in Fifth Circuit appeal (.5); confer with Receiver regarding same (.2). | 0.70 | $300.00 | $210.00 |
| 08/30/2025 | CAC | Review T. Barton's correspondence regarding attempted motion to strike appearance of counsel for Receiver in Case No. 25-10871 before the Fifth Circuit. | 0.10 | $300.00 | $30.00 |
| 09/02/2025 | JFH | Attend premediation call with Judge Hale and Southern Properties Capital counsel (.3); review email and attachments from Liberty Bankers Life Insurance Company related to same (.3); attention to pest control and lawn service invoices and payments (.4). | 1.00 | $300.00 | $300.00 |
| 09/02/2025 | CCK | Joint call with mediator and SPC counsel; follow-up call with mediator and C. Thomas to discuss [redacted]; follow-up call with C. Thomas regarding [redacted]. | 1.30 | $385.00 | $500.50 |
| 09/03/2025 | CCK | Review emails from mediator and draft outline for discussion in joint opening session; email SPC counsel about unpaid fees. | 0.30 | $385.00 | $115.50 |
| 09/04/2025 | JFH | Prepare for and attend mediation on resolving dispute with Southern Properties Capital. [Wrote off 0.4 hours for time billed to other matters]. | 9.20 | $300.00 | $2,760.00 |
| 09/04/2025 | CAC | Conduct legal research in connection with [redacted] (.2); correspond with C. | 0.30 | $300.00 | $90.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Koonce regarding same (.1). | | | |
| 09/04/2025 | CCK | Continue preparing opening remarks; walk to mediation and attend same. | 9.00 | $385.00 | $3,465.00 |
| 09/05/2025 | JFH | Review prior pleadings regarding motions to stay and lift stay for Victoria and Max Barton's action (.8); begin drafting renewed motion to stay same (.6). | 1.50 | $300.00 | $450.00 |
| 09/06/2025 | CAC | Conduct legal research regarding [redacted]. | 0.10 | $300.00 | $30.00 |
| 09/10/2025 | JFH | Draft and revise Receiver's Second Motion to Stay (1.7); email with J. Hale, C. Thomas, and C. Koonce regarding [redacted] (.4). | 2.10 | $300.00 | $630.00 |
| 09/11/2025 | JFH | Draft and revise Receiver's Second Motion to Stay. | 1.70 | $300.00 | $510.00 |
| 09/11/2025 | CAC | Call with D. Baty (Texas Republic Bank) and Receiver regarding FHC issue. | 0.30 | $300.00 | $90.00 |
| 09/12/2025 | CAC | Review Fifth Circuit orders granting T. Barton's motion to reopen case and amend the case caption in Case No. 25-10871. | 0.10 | $300.00 | $30.00 |
| 09/15/2025 | JFH | Revise and edit Second Motion for Stay in Victoria and Max Barton's action (3.2); confer with D. Buncher, M. Madden, C. Thomas, and C. Koonce regarding [redacted] (.7); review monthly income statement and rent roll for same properties (.2). | 4.10 | $300.00 | $1,230.00 |
| 09/15/2025 | CAC | Review legal research regarding [redacted]. | 0.10 | $300.00 | $30.00 |
| 09/15/2025 | CCK | Call with C. Thomas to discuss [redacted] structure of settlement agreement; call with SPC regarding same; review Receivership Order and Admin Order regarding authority for SPC settlement and draft email to C. Thomas regarding same. | 1.70 | $385.00 | $654.50 |
| 09/16/2025 | JFH | Email with Victoria and Max Barton regarding Second Motion to Stay (.4); confer with C. Thomas regarding [redacted] | 1.30 | $300.00 | $390.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | [redacted] (.5); attention to paying for Goldmark mowing and air conditioning repair services (.4). | | | |
| 09/17/2025 | JFH | Attention to Goldmark invoices (.2); review and edit draft of Second Motion to Stay in Victoria and Max Barton's legal action (0.9); email with C. Koonce regarding [redacted] (.1). | 1.20 | $300.00 | $360.00 |
| 09/17/2025 | CCK | Review prior settlement agreements and motions to ratify same that can be used as templates for SPC and confer with C. Thomas regarding same; return call from the SEC's appellate counsel regarding status of one approved sale; forward inquiry regarding Wall bankruptcies to A. Carrillo. | 0.40 | $385.00 | $154.00 |
| 09/18/2025 | CAC | Correspond with SEC regarding Wall bankruptcy case updates (.2); correspond with U.S. Trustee regarding same (.2). | 0.40 | $300.00 | $120.00 |
| 09/19/2025 | JFH | Review order granting motion to stay Max and Victoria Barton's action (.1); begin drafting settlement agreement between Receiver and Southern Properties Capital (1.8). | 1.90 | $300.00 | $570.00 |
| 09/19/2025 | CAC | Review bankruptcy court's report and recommendation to grant Receiver's motion to withdraw reference in 2999TC bankruptcy case. | 0.20 | $300.00 | $60.00 |
| 09/22/2025 | CAC | Review draft proposed agreed order granting U.S. Trustee's motion to dismiss Wall bankruptcy cases (.1); review documents in preparation for amicus brief in response to grievance appeal (.2). | 0.30 | $300.00 | $90.00 |
| 09/22/2025 | JFH | Review Receiver's motion for summary judgment regarding the D4 Entities for purposes of drafting settlement agreement between the Receiver and Southern Properties Capital. | 0.90 | $300.00 | $270.00 |
| 09/23/2025 | JFH | Draft settlement agreement with Southern Properties Capital (1.6); review mail received for SF Rock Creek LLC mortgage (.2). | 1.80 | $300.00 | $540.00 |
| 09/23/2025 | CAC | Review T. Barton's appellant brief in connection with sale order appeal (1.1); | 1.60 | $300.00 | $480.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | conduct legal research [redacted] (.5). | | | |
| 09/24/2025 | CAC | Conduct legal research [redacted] (2.8); prepare for Wall bankruptcy case dismissal hearing (1.1); correspond with U.S. Trustee's office regarding same (.2). | 4.10 | $300.00 | $1,230.00 |
| 09/25/2025 | CAC | Conduct legal research [redacted] (2.2); attend Wall bankruptcy case dismissal hearing (.4); prepare for same (.3); travel to and from same (1.0); correspond with U.S. Trustee's office regarding proposed order for same (.1). | 4.30 | $300.00 | $1,290.00 |
| 09/29/2025 | JFH | Continue drafting and revising settlement agreement between Receiver and Southern Properties Capital and reviewing Quarterly Reports and filings related to the Receiver's Motion for Summary Judgment for purposes of same. | 3.50 | $300.00 | $1,050.00 |
| 09/29/2025 | CAC | Continue conducting legal research [redacted]. | 0.20 | $300.00 | $60.00 |
| 09/30/2025 | JFH | Review IRS and debt collection notices and other mail addressed to Barton-related entities (.4); revise and edit settlement agreement between the Receiver and Southern Properties Capital and email with C. Thomas and C. Koonce regarding same (1.5). | 1.90 | $300.00 | $570.00 |
| 09/30/2025 | CAC | Confer with Receiver regarding [redacted]. | 0.10 | $300.00 | $30.00 |
| | | | **Quantity Subtotal** | | **112.4** |
| | | | | **Subtotal** | **$35,874.50** |

## SEC v. Barton – Non-Receiver Activity: Case Administration

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 07/01/2025 | TBW | Continue preparing response to Barton's bar | 7.40 | $200.00 | $1,480.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | complaint against C. Koonce (6.3); confer with C. Thomas regarding [redacted] (.2); correspondence with retaining wall contractor regarding start date (.2); correspondence with J. Silvasan regarding same (.2); review correspondence regarding Texas Secretary of state filings (.2); review mail for legal issues (.3) | | | |
| 07/02/2025 | TBW | Prepare revised calculations in preparation for call with lender (1.2); patriciate in call with counsel for lender (.6); confer with C. Thomas regarding same (.4); review and coordinate payment of Rock Creek property taxes (.3); correspondence with accountants regarding entity status (.3); review past orders from Court based on request from C. Koonce (1.3); correspondence with mowing service for Ridgeview (.2). | 4.30 | $200.00 | $860.00 |
| 07/03/2025 | TBW | Correspondence with accountants regarding entity status (.2); review correspondence regarding Texas Secretary of State filings (.3); confer with C. Thomas regarding [redacted] (.2); correspondence with D. Buncher regarding same (.2); research past orders based on request from C. Koonce (1.7); confer with C. Thomas regarding [redacted] (.2); correspondence with mowing service regarding same (.4); research certiorari deadline and prepare correspondence regarding same(.7); confer with C. Thomas regarding same (.2). | 4.10 | $200.00 | $820.00 |
| 07/07/2025 | CCK | Review draft response to Grievance and begin extensive revisions and further drafting regarding same. | 6.20 | $385.00 | $2,387.00 |
| 07/07/2025 | TBW | Correspondence with B. Lepper regarding Ridgeview mowing (.3); correspondence with C. Koonce regarding [redacted] (.3); confer with C. Thomas regarding [redacted] (.3); correspondence with D. Crow regarding inquiry from same (.5); correspondence with B. Oliver regarding Opelika property (.3). | 1.70 | $200.00 | $340.00 |
| 07/08/2025 | CCK | Review order denying 12(e) motion; continue drafting and revising Response to | 4.40 | $385.00 | $1,694.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Grievance. | | | |
| 07/08/2025 | TBW | Correspondence with J. Silvasan regarding Dallas Housing Authority (.3); reset Dallas Housing Authority account (.3); correspondence with R. Weeks regarding Elite Jet settlement (.4); correspondence with inspector for Amerigold (.6); review correspondence from JAMS regarding mediation with Southern properties (.3); confer with C. Thomas regarding same (.2); begin reviewing and revising working draft of [redacted] (2.2). | 4.30 | $200.00 | $860.00 |
| 07/09/2025 | CCK | Review emails from team regarding [redacted]; continue drafting Response to Grievance; draft email to mediator for SPC matter, summarizing briefly dispute and providing additional information. | 2.60 | $385.00 | $1,001.00 |
| 07/09/2025 | TBW | Continue reviewing and revising working draft of [redacted] (5.2); correspondence with landscaper regarding updates and payment (.2); coordinate payment for same (.2); correspondence with counsel for McCormick 101 regarding status of inspection (.3); correspondence with C. Hancock regarding transferring plane (.3); review Goldmark repair bill and coordinate payment of same (.2); brief meeting with C. Thomas to discuss [redacted] (.3); correspondence with B. Oliver regarding Opelika (.4). | 7.10 | $200.00 | $1,420.00 |
| 07/10/2025 | TBW | Continue reviewing and revising working draft of [redacted] (4.3); correspondence with C. Koonce regarding same (.3); correspondence with retaining wall contractor regarding completion of project and payment (.5); coordinate payment for same (.2); correspondence with C. Hancock regarding airplane transfer (.5); review documents related to same (.3); confer with C. Thomas regarding same (.2); review privilege order and prepare email summary for C. Thomas regarding [redacted] (.9). | 7.20 | $200.00 | $1,440.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07/11/2025 | TBW | Correspondence with C. Hancock regarding finalizing plane transfer (.3); prepare status report for Frisco v. FHC (.9); confer with C. Thomas regarding same (.2); coordinate filing same (.3); lengthy call with R. Weeks and C. Hancock regarding documents needed to transfer plane (.6). | 2.30 | $200.00 | $460.00 |
| 07/14/2025 | TBW | Correspondence with Air Texas regarding invoices (.3); review same and coordinate payment (.3); correspondence with J. Silvasan regarding same (.2); review payroll and coordinate payment for same (.3); correspondence with R. Weeks and C. Hancock regarding transferring plane (.4); correspondence regarding certified copies of filings (.3); correspondence with B. Olvier regarding call about Opelika (.2); confer with C. Thomas regarding same (.2). | 2.20 | $200.00 | $440.00 |
| 07/15/2025 | TBW | Correspondence with C. Hancock regarding certified filings (.3); briefly review receipt of certified documents (.2); coordinate sending of same to C. Hancock (.2); [redacted] and confer with C. Thomas (.2); correspondence with Sunridge Management regarding financials (.3); correspondence with G. Darby regarding same (.2); correspondence with accountants regarding status of entities (.2); review email from T. Barton and confer with C. Koonce and C. Thomas regarding same (.3). | 1.90 | $200.00 | $380.00 |
| 07/16/2025 | TBW | Correspondence with G. Darby regarding D4 financials (.3); continue preparing strategy summary in light of Fifth Circuit decision (3.4); participate in call with B. Oliver regarding Opelika (.5); review mail for legal issues (.3). | 4.50 | $200.00 | $900.00 |
| 07/17/2025 | TBW | Correspondence regarding plane transfer (.3); continue preparing strategy summary in light of Fifth Circuit decision (3.5); | 3.80 | $200.00 | $760.00 |
| 07/18/2025 | JFH | Review letter from Barton's counsel re. citing case that does not exist. | 0.10 | $300.00 | $30.00 |
| 07/18/2025 | TBW | Review order from bankruptcy court regarding Dallas Real Estate Investors (.2); continue preparing strategy summary in light | 2.60 | $200.00 | $520.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | of Fifth Circuit decision (2.4). | | | |
| 07/21/2025 | JFH | Review Fifth Circuit's opinion affirming ruling in BM318, LLC v. The Dixon Water Foundation adversary proceeding. | 0.10 | $300.00 | $30.00 |
| 07/21/2025 | CCK | Review Rebuttal filed by Barton (Norred) regarding Grievance and outline further reply to same, conferring with team regarding [redacted]. | 0.80 | $385.00 | $308.00 |
| 07/21/2025 | TBW | Correspondence with Amerigold inspector (.2); continue preparing strategy summary in light of Fifth Circuit decision (2.1). | 2.30 | $200.00 | $460.00 |
| 07/22/2025 | TBW | Review PACER for new Barton appeal filings (.3); continue preparing strategy summary in light of Fifth Circuit decision (2.6). | 2.90 | $200.00 | $580.00 |
| 07/23/2025 | CCK | Continue drafting Sur-Reply to Barton's Response to Grievance. | 5.80 | $385.00 | $2,233.00 |
| 07/24/2025 | CCK | Continue drafting Sur-Reply to Grievance; review Show Cause Order issued by the Fifth Circuit to Norred. | 3.90 | $385.00 | $1,501.50 |
| 07/24/2025 | TBW | Begin revising calculations for receiver's report (1.7). | 1.70 | $200.00 | $340.00 |
| 07/24/2025 | TBW | Continue preparing strategy summary in light of Fifth Circuit decision. | 3.80 | $200.00 | $760.00 |
| 07/28/2025 | JFH | Review and edit notices of appearances. | 0.10 | $300.00 | $30.00 |
| 07/28/2025 | TBW | Continue preparing strategy summary in light of Fifth Circuit decision (6.2); review Amerigold payroll and coordinate payment of same (.2). | 6.40 | $200.00 | $1,280.00 |
| 07/29/2025 | JFH | Review emails regarding Terminix invoices and Southern Star Capital's pursuit of lifting the stay. | 0.20 | $300.00 | $60.00 |
| 07/29/2025 | TBW | Finish preparing strategy summary in light of Fifth Circuit decision. | 7.30 | $200.00 | $1,460.00 |
| 07/30/2025 | JFH | Email and confer with C. Thomas and T. Wells regarding [redacted]. [No charge] | 1.30 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07/30/2025 | TBW | Review and revise working draft of receiver's twelfth quarterly report (3.9); review Amerigold repair bill and coordinate payment for same (.3). | 4.20 | $200.00 | $840.00 |
| 07/30/2025 | TBW | Participate in strategy meeting with J. Hopper and C. Thomas. [No charge] | 1.30 | $0.00 | $0.00 |
| 07/31/2025 | JFH | Email and confer with T. Wells regarding [redacted] [No charge] | 0.30 | $0.00 | $0.00 |
| 07/31/2025 | TBW | Prepare status update for Dallas Real Estate Investors bankruptcy. | 0.60 | $200.00 | $120.00 |
| 08/01/2025 | JFH | Review letter to Elite Jet Solutions from Federal Aviation Administration rejecting registration. | 0.10 | $300.00 | $30.00 |
| 08/04/2025 | JFH | Email with C. Thomas regarding [redacted]. | 0.10 | $300.00 | $30.00 |
| 08/05/2025 | JFH | Email and confer with C. Thomas regarding [redacted]. | 0.20 | $300.00 | $60.00 |
| 08/06/2025 | JFH | Email and telephone conference with City of Frisco, M. Bridger, and A. Nino regarding FHC Acquisition Property (.4); review emails from J. Silvasan regarding Veritex deposits (.2). | 0.60 | $300.00 | $180.00 |
| 08/07/2025 | JFH | Email and telephone conference with City of Frisco, C. Thomas, and A. Nino regarding [redacted] (.3); review correspondence regarding S. Norred's motion to withdraw as Barton's counsel (.1). | 0.40 | $300.00 | $120.00 |
| 08/11/2025 | JFH | Email with C. Thomas and K. O'Rourke regarding [redacted]. | 0.50 | $300.00 | $150.00 |
| 08/11/2025 | CAC | Meet with C. Thomas regarding [redacted]. | 0.10 | $300.00 | $30.00 |
| 08/12/2025 | JFH | Draft notice letters to Revenue Systems Inc. and Associated Industries Insurance Company in response to collection notices (.8); email and confer with C. Thomas and K. O'Rourke regarding same (.2); review | 1.20 | $300.00 | $360.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | case summary in advance of call with M. Klingler (.2) | | | |
| 08/12/2025 | JJM | Draft Ninth Amendment to Residential Lease Agreement and deliver to C. Thomas. | 0.20 | $275.00 | $55.00 |
| 08/12/2025 | CAC | Strategize with Receiver regarding [redacted]. | 0.20 | $300.00 | $60.00 |
| 08/13/2025 | JFH | Review sanctions order against W. Norred. | 0.10 | $300.00 | $30.00 |
| 08/13/2025 | CAC | Confer with Receiver regarding [redacted]. | 1.20 | $300.00 | $360.00 |
| 08/14/2025 | JFH | Review email from lender's counsel regarding 4107 Rock Creek. | 0.10 | $300.00 | $30.00 |
| 08/15/2025 | JFH | Email and text message with Blake Lepper and Alfredo Nino regarding lawn services. | 0.40 | $300.00 | $120.00 |
| 08/18/2025 | JFH | Email with S. Cumber's representative requesting in person meeting with receiver (.1); review emails from R. Weeks and C. Hancock regarding FAA notice (.1). | 0.20 | $300.00 | $60.00 |
| 08/18/2025 | CAC | Analyze service of process matters for 2999TC bankruptcy case. | 0.10 | $300.00 | $30.00 |
| 08/19/2025 | JFH | Draft and revise creditor notice letters to Virginia Department of Transportation, Associated Industries Insurance Company, and their respective collection agencies (1.2); attention to paying A. Nino for lawn services (.2). | 1.40 | $300.00 | $420.00 |
| 08/20/2025 | JFH | Email with JAMS Case Manager, C. Koonce, and C. Thomas regarding [redacted] (.3); email with C. Thomas and counsel from Brown Sims [redacted] (.2); review emails from B. Lepper and J. Silvasan regarding invoicing (.3). | 0.80 | $300.00 | $240.00 |
| 08/21/2025 | JFH | Email regarding upcoming mediation with Judge Hale. | 0.20 | $300.00 | $60.00 |
| 08/22/2025 | CAC | Analyze appeals docket entries for deadlines (.2); confer with C. Thomas regarding same (.1); review notice of appearance for Barton's pro se appeal regarding new receivership order. | 0.80 | $300.00 | $240.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/26/2025 | JFH | Attend meeting with D. Wallace, S. Cumber, C. Thomas, and C. Koonce regarding [redacted] (1.2); skim through binders provided by Cumber and debrief same with C. Thomas and C. Koonce (.5); email with C. Thomas regarding [redacted] (.2); email with Pioneer Finance and Truist Bank's counsel regarding update on receivership (.5). | 2.40 | $300.00 | $720.00 |
| 08/29/2025 | JFH | Email with Ahuja Consultant accounts regarding comptroller notice (.1); confer with counsel for Pioneer Finance and with Standridge Properties regarding status of receivership (.7) | 0.80 | $300.00 | $240.00 |
| 09/05/2025 | CAC | Confer with Receiver regarding [redacted] (.2); review Fifth Circuit's orders denying Barton's motion to strike attorney appearance and dismissing appeal for want of prosecution (.1). | 0.30 | $300.00 | $90.00 |
| 09/08/2025 | JFH | Review IRS and debt collection notices and other mail addressed to Barton-related entities. | 0.40 | $300.00 | $120.00 |
| 09/09/2025 | JFH | Email and confer with C. Thomas and Ahuja consultants regarding [redacted] (.5); continue drafting renewed motion to stay (.4); review emails from J. Hale regarding pending mediation (.1). | 1.00 | $300.00 | $300.00 |
| 09/18/2025 | JFH | Revise and finalize Second Motion to Stay (.8); review and email with Ahuja Consultants regarding IRS notices received in mail (.3). | 1.10 | $300.00 | $330.00 |
| 09/18/2025 | CCK | Call with SEC appellate counsel regarding status of various sales and settlements which inform briefing; call with C. Thomas to confirm information regarding same and further call with the SEC; review email from DLP counsel regarding lis pendens filed by Barton and conference on motion regarding same. | 0.40 | $385.00 | $154.00 |
| | | | | **Quantity Subtotal** | **125.0** |

| | |
|---|---|
| **Subtotal** | **$30,413.50** |

## SEC v. Barton - Non-Receiver - Fu, et al. Litigation

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 08/15/2025 | CCK | Confer with C. Thomas about [redacted]. | 0.20 | $385.00 | $77.00 |
| 08/26/2025 | CCK | Brief review of Complaint against Sada Cumber and source documents regarding same to prep for meeting; meet with Mr. Cumber, representative, C. Thomas, and J. Hopper to discuss facts underlying fraudulent transfer claim asserted against him; meet and confer with C. Thomas regarding [redacted]. | 2.00 | $385.00 | $770.00 |
| 09/16/2025 | CCK | Review and revise second motion to stay (severed lawsuit). | 1.00 | $385.00 | $385.00 |
| 09/18/2025 | CCK | Further edits to motion to reimpose stay in Relative Defendants case. | 0.30 | $385.00 | $115.50 |

| | |
|---|---|
| **Quantity Subtotal** | **3.5** |
| **Subtotal** | **$1,347.50** |

## SEC v. Barton – Non-Receiver - Privilege Review

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 08/27/2025 | FZ | Go through additional storage unit boxes to identify potentially privileged documents in accordance with protocol. | 1.30 | $175.00 | $227.50 |
| 08/28/2025 | FZ | Go through additional storage unit boxes to identify potentially privileged documents in accordance with protocol. | 5.20 | $175.00 | $910.00 |
| 09/02/2025 | FZ | Go through additional storage unit boxes to identify potentially privileged documents in accordance with protocol. | 2.10 | $175.00 | $367.50 |
| 09/04/2025 | FZ | Finish going additional through storage unit boxes to identify potentially privileged | 1.80 | $175.00 | $315.00 |

| | |
|---|---|
| | documents in accordance with protocol. |

| | |
|---|---|
| **Quantity Subtotal** | **10.4** |
| **Subtotal** | **$1,820.00** |
| | |
| **Hours Total** | **251.3** |
| **Subtotal** | **$69,455.50** |
| **Client Total** | **$69,455.50** |

**Current Statement payable upon receipt and due within 30 days.**

Federal Tax ID 61-1764390

**Credit, Debit, or eCheck Payments** **https://www.brownfoxlaw.com/payments**
When selecting payment by credit, please note that applicable charges and fees will be itemized prior to confirming payment and paid directly to the credit card issuer, card network and payment processor.

Direct payment inquiries to the Account Services Department at accounting@brownfoxlaw.com

Thank you for choosing Brown Fox. We appreciate your business.

# EXHIBIT D

Ahuja & Consultants, Inc.
Certified Public Accountants

**Ahuja & Consultants, Inc.**
2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8237.Bar
**Invoice Date:** 09/30/2025
**Due Date**: 10/31/2025

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

**Q3 2025 BILLING SUMMARY**

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 2900 | Accounting/Auditing Services | 4.50 | $865.00 |
| 3900 | Tax Services | 86.30 | $22,171.50 |

**TOTAL** **$23,036.50**

Ahuja & Consultants, Inc.
Certified Public Accountants

**Ahuja & Consultants, Inc.**
2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8237.Bar
**Invoice Date:** 09/30/2025
**Due Date**: 10/31/2025

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

**Q3 2025 BILLING SUMMARY**

| ID | TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AH | Ammon Hall | Associate | 2.20 | $150.00 | $330.00 |
| AK | Arti Kathiriya | Senior Associate | 6.10 | $210.00 | $1,281.00 |
| DK | Devon Kwande | Manager | 60.20 | $275.00 | $16,555.00 |
| DP | Dawn Peterson | Admin | 0.50 | $95.00 | $47.50 |
| DS | Divya Shetty | Manager | 1.20 | $275.00 | $330.00 |
| JA | Jason Ashcraft | Senior Associate | 17.30 | $210.00 | $3,633.00 |
| JW | Jennifer Wallace | Senior Associate | 1.50 | $210.00 | $315.00 |
| MA | Madhu Ahuja | Engagement Leader | 1.00 | $325.00 | $325.00 |
| SH | Stacey Huser | Manager | 0.80 | $275.00 | $220.00 |

**TOTAL** **90.80** **$23,036.50**

Ahuja & Consultants, Inc.
Certified Public Accountants

## Ahuja & Consultants, Inc.

2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8237.Bar
**Invoice Date:** 09/30/2025
**Due Date:** 10/31/2025

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

| Date | ID | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 07/01/25 | JA | Preparation of release of return for year ending 2024 | 3900 | 2.20 | $462.00 |
| 07/02/25 | DK | Research Texas forfeiture notices from Mr. Wells. Assigning project to reinstate Wall016 LLC, TC Hall LLC. | 3900 | 1.40 | $385.00 |
| 07/02/25 | JA | Continue preparation of release of return for year ending 2024 | 3900 | 1.70 | $357.00 |
| 07/07/25 | JA | Preparation of tax return for the state of Texas and starting reinstatement process for WALL016, LLC | 3900 | 2.30 | $483.00 |
| 07/07/25 | SH | Questions regarding WALL016, LLC reinstatement | 2900 | 0.30 | $82.50 |
| 07/08/25 | JA | Preparation of tax return for the state of Texas and starting reinstatement process for TC Hall, LLC. Continuing reinstatement process for Wall016 LLC | 3900 | 3.60 | $756.00 |
| 07/09/25 | JA | Continue preparation of tax return for the state of Texas. Reinstatement for TC Hall, LLC & Wall016, LLC. | 3900 | 0.20 | $42.00 |
| 07/09/25 | MA | Reviewing and responding to state reinstatement questions for Mr. Thomas | 3900 | 1.00 | $325.00 |
| 07/10/25 | AH | Reconcile checking account #0700, #2290, #6623 and #2387 in financial records with statement from Veritex Bank | 2900 | 2.20 | $330.00 |
| 07/10/25 | DS | Review of Form 811 for Texas Reinstatement for Wall016 LLC. | 3900 | 0.30 | $82.50 |
| 07/10/25 | JA | Continue preparation of tax return for the state of Texas. Reinstatement for TC Hall, LLC & Wall016, LLC. | 3900 | 0.20 | $42.00 |
| 07/15/25 | DP | Sending client copy of Draft return | 3900 | 0.50 | $47.50 |
| 07/15/25 | DS | Preparation of release of return for efiling for year ending 2024 for Carnegie Development in Receivership | 3900 | 0.50 | $137.50 |
| 07/16/25 | JW | Review reconciliations and preparation of Q2 2025 Standard Fund Accounting Report (SFAR) | 2900 | 1.50 | $315.00 |
| 07/16/25 | SH | Review Q2 2025 accounting and Standard Fund Accounting Fund (SFAR) | 2900 | 0.50 | $137.50 |
| 07/22/25 | DK | Project planning and updating task sheets for Texas state returns and reinstatements | 3900 | 3.00 | $825.00 |
| 07/23/25 | DK | Continue project planning and task assignments for Texas state returns and reinstatements | 3900 | 2.10 | $577.50 |
| 07/23/25 | JA | Continue preparation of tax return for the state of Texas for Carnegie Development, LLC. | 3900 | 1.00 | $210.00 |

| Date | ID | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 07/24/25 | DK | Follow up on Texas entity reinstatements and communication with Receiver | 3900 | 0.80 | $220.00 |
| 07/28/25 | DK | Follow up on Texas entity reinstatement for Wall016 and TC Hall and communication with Receiver | 3900 | 1.90 | $522.50 |
| 07/30/25 | AK | Phone call with Texas state comptroller to work on Texas reinstatements | 3900 | 2.10 | $441.00 |
| 07/30/25 | DK | Searched Texas Comptroller and Texas SOS databases to pull entity status reports in preparation for state tax returns filing. 21 entities | 3900 | 4.60 | $1,265.00 |
| 07/30/25 | JA | Continue preparation of tax return for the state of Texas for multiple entities: 126 Villita, LLC / 2999 TC Acquisitions, LLC / AVG West, LLC / Bee2019, LLC / BM318, LLC / D4MC, LLC / DJD Land Partners, LLC / FHC Acquisitions, LLC / Gillespie Villas, LLC / LaJolla Construction Management, LLC / Mansions Apartment Homes at Marine Creek / Orchard Farms Village, LLC | 3900 | 3.60 | $756.00 |
| 07/31/25 | DK | Researched Texas comptroller and Texas SOS databases to determine taxable entity status and pull reports in preparation for state tax returns. 22 entities | 3900 | 4.10 | $1,127.50 |
| 07/31/25 | JA | Continue preparation of tax return for the state of Texas for multiple entities: Bee2019, LLC / BM318, LLC / D4KL, LLC / DJD Land Partners, LLC / FHC Acquisitions, LLC / Gillespie Villas, LLC / HR Sterling, LLC / LaJolla Construction Management, LLC / Mansions Apartment Homes at Marine Creek / Northstar PM, LLC / LC Aledo Texas, LLC / Lynco Ventures, LLC / Orchard Farms Village, LLC / Ridgeview Addition, LLC / SF Rock Creek, LLC / Venus59, LLC / WRL2019, LLC | 3900 | 2.30 | $483.00 |
| 08/01/25 | AK | Continue work on state tax issues | 3900 | 4.00 | $840.00 |
| 08/01/25 | DK | Review of Texas State returns for BEE2019, BM318, D4KL, DJD Land Partners, FHC Acquisitions and Gillespie Villas | 3900 | 3.60 | $990.00 |
| 08/04/25 | DK | Review of Texas state returns for HR Sterling, LaJolla Construction, Mansion Apartment Homes and Northstar PM | 3900 | 3.70 | $1,017.50 |
| 08/04/25 | JA | Continue preparation of tax return for the state of Texas for Carnegie Development, LLC. | 3900 | 0.20 | $42.00 |
| 08/05/25 | DK | Review and updates of Texas state returns for 126 Villita, 2999TC Acquisition, AVG West | 3900 | 2.10 | $577.50 |
| 08/06/25 | DK | Review and updates to Texas state returns for LC Aledo Texas LLC | 3900 | 0.40 | $110.00 |
| 08/07/25 | DK | Continued review and updates to Texas state returns for LC Aledo Texas LLC | 3900 | 0.40 | $110.00 |
| 08/12/25 | DS | Review and updates to Texas state returns for Lynco Ventures LLC | 3900 | 0.40 | $110.00 |
| 08/13/25 | DK | Review and updates to Texas state returns for Orchard Farms Village | 3900 | 0.80 | $220.00 |
| 08/14/25 | DK | Review and updates to Texas state returns for Ridgeview Additions and SF Rock Creek | 3900 | 1.50 | $412.50 |
| 08/15/25 | DK | Review and updates to Texas state returns for Venus59 and WRL2019 | 3900 | 1.80 | $495.00 |
| 08/19/25 | DK | Continue review of Texas state returns for Orchard Farms Village | 3900 | 0.60 | $165.00 |
| 08/21/25 | DK | Continue review of Texas state returns for WRL2019 | 3900 | 0.70 | $192.50 |
| 08/22/25 | DK | Continue review of Texas state returns mansions Apartments Village | 3900 | 0.90 | $247.50 |

| Date | ID | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/25/25 | DK | Review of Texas state combined return for Carnegie Development LLC combined with Wall007, Wall009, Wall010, Wall016, Wall017, Wall019 | 3900 | 2.20 | $605.00 |
| 08/26/25 | DK | Continued review of Texas state combined return for Carnegie Development LLC combined with Wall007, Wall009, Wall010, Wall016, Wall017, Wall019 | 3900 | 2.10 | $577.50 |
| 08/28/25 | DK | Continued review of Texas state combined return for Carnegie Development LLC combined with Wall007, Wall009, Wall010, Wall016, Wall017, Wall019 | 3900 | 1.90 | $522.50 |
| 08/29/25 | DK | Continued review of Texas state combined return for Carnegie Development LLC combined with Wall007, Wall009, Wall010, Wall016, Wall017, Wall019 | 3900 | 1.90 | $522.50 |
| 09/02/25 | DK | Review and updates to Texas state returns for Seagoville Farms and SF Rock Creek | 3900 | 1.70 | $467.50 |
| 09/08/25 | DK | Review and resolve efiling issues with regards to 2024 tax returns for: 126 Villita LLC, 2999TC Acquisitions LLC, 2999TC JMJ CMGR, D4OP LLC, JMJD4 LLC and JMR100 LLC | 3900 | 2.20 | $605.00 |
| 09/09/25 | DK | Review of notices from the Receiver's team and determining course of action | 3900 | 1.90 | $522.50 |
| 09/10/25 | DK | Review and updates to Texas state returns for JMR100, JMJAV and LDG001 | 3900 | 2.10 | $577.50 |
| 09/15/25 | DK | Review of efiling diagnostics and making changes to form 1120 for LDG001 - 2023 and 2024 | 3900 | 1.20 | $330.00 |
| 09/16/25 | DK | Review of Receivership IRS and State notices. Determining action to be taken | 3900 | 2.30 | $632.50 |
| 09/17/25 | DK | Continue review of Texas state returns | 3900 | 2.40 | $660.00 |
| 09/22/25 | DK | Continue review of Texas state returns | 3900 | 2.10 | $577.50 |
| 09/29/25 | DK | Continue review and updates to Texas state returns for Seagoville Farms and SF Rock Creek | 3900 | 0.90 | $247.50 |
| 09/30/25 | DK | Review of IRS notices from Receiver | 3900 | 0.90 | $247.50 |

**Total $23,036.50**

**Balance Due $23,036.50**

**NOTE:** Total Fees are net of write off fees of $577.50