**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,**<br><br>*Defendants,*<br><br>**DJD LAND PARTNERS, LLC, and LDG001, LLC,**<br><br>*Relief Defendants.* | § | **No. 3:22-cv-2118-X** |

**ORDER GRANTING RECEIVER'S**
**<u>THIRTEENTH QUARTERLY FEE APPLICATION</u>**

Before the Court is the Receiver's Partially Unopposed Thirteenth Quarterly Fee Application. Having considered the Application, the Court finds that Plaintiff does not oppose the relief requested in the Application and that the Application is just and appropriate and should be GRANTED.

ACCORDINGLY, it is hereby ORDERED that the Receiver is authorized to pay from the receivership assets recovered by the Receiver the following fees and expenses:

1. The sum of $15,789.60 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from October 1, 2025 through December 31, 2025.

2. The sum of $45,868.50 shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from October 1, 2025 through December 31, 2025.

3. The sum of $11,718.50 shall be paid to Ahuja & Consultants, PLLC for its services as accountant to the Receiver and expenses incurred from October 1, 2025 through December 31, 2025.

SO ORDERED this _____ day of _____________ 2026.

____________________________________

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE