**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| | § | |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § | |
| | § | |
| ***Defendants,*** | § | |
| | § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § | |
| | § | |
| ***Relief Defendants.*** | § | |

**APPENDIX IN SUPPORT OF RECEIVER'S**
**<u>THIRTEENTH QUARTERLY FEE APPLICATION</u>**

Dated September 18, 2026

Respectfully submitted,

**RECEIVER CORTNEY C. THOMAS**

*/s/ Cortney C. Thomas*
Cortney C. Thomas
State Bar No. 24075153
cort@brownfoxlaw.com
Brown Fox PLLC
2699 Howell St, Suite 500
Dallas, TX 75204
T: (214) 327-5000
F: (214) 327-5001

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic-filing system.

| EXHIBIT | DESCRIPTION | APP PAGES |
|---|---|---|
| A | Standardized Fund Accounting Report for the period October 1, 2025, through December 31, 2025 | APP001-APP003 |
| B | Receiver's invoice for services provided October 1, 2025, through December 31, 2025 | APP004-APP011 |
| C | Brown Fox invoice for services provided October 1, 2025, through December 31, 2025 | APP012-APP024 |
| D | Ahuja & Clark invoice from for services provided October 1, 2025, through December 31, 2025 | APP025-APP029 |

# EXHIBIT A

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of September 30, 2025

| | | | | | |
|---|---|---|---|---|---|
| 1 | Beginning Balance - October 1, 2025: | | $ 1,396,058.90 | | |
| 2 | Business Income | | 243,307.12 | | |
| 3 | Funds Received | | | | |
| 4 | Interest/Dividend Income | | 4,702.81 | | |
| 5 | Business Asset Liquidation | | | | |
| 6 | Personal Asset Liquidation | | | | |
| 7 | Third-Party Litigation Income | | | | |
| 8 | Miscellaneous - Other | | | | |
| 9 | Disbursements to Investors | | | | |
| 10 | Disbursements for Receivership Operations: | | 296,880.46 | | |
| 10a | Disbursements to Receiver or Other Professionals | 41,421.24 | | | |
| 10b | Business Asset and Operating Expenses | 207,443.82 | | | |
| 10c | Personal Asset Expenses | | | | |
| 10d | Investment Expenses | | | | |
| 10e | Third-Party Litigation Expenses | | | | |
| 10f | Tax Administrator Fees and Bonds | | | | |
| 10g | Federal and State Tax Expenses | 48,015.40 | | | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | - | | |
| 11a | Distribution Plan Development Expenses | | | | |
| 11b | Distribution Plan Implementation Expenses | | | | |
| 12 | Disbursements to Court/Other | | - | | |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | | | |
| 12b | Federal income taxes | | | | |
| 13 | Ending Balance - December 31, 2025 | | $ 1,347,188.37 | | |
| 14 | Ending Balance of Fund - Net Assets | | 1,347,188.37 | $ | - |
| 14a | Cash & Cash Equivalents | 1,347,188.37 | | | |
| 14b | Investments | | | | |
| 14c | Other Assets or Uncleared Funds | | | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | | | |
| 16b | Federal income taxes | | | | |
| 17 | DC & State Tax Payments | | | | |

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of September 30, 2025

18 No. of Claims

18a the number of claims received from investors during this reporting period

18b the number of claims received from investors as a result of all orders since the inception of the Fund

19 No. of Claimants/Investors

19a the number of claimants/investors receiving distributions during the reporting period

19b the number of claimants/investors receiving distributions pursuant to all orders of distribution since the inception of the Fund

# EXHIBIT B

BROWN FOX

8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
brownfoxlaw.com/payments

# INVOICE

Invoice # 2221544
Date: 02/06/2026

Barton Receivership

## SEC v. Barton – Case Administration

### Services

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 10/02/2025 | CCT | Participate in virtual meeting with accountants regarding tax abatements. | 0.10 | $385.00 | $38.50 |
| 10/03/2025 | CCT | Coordinate payment of past-due Trustee fees related to Wall bankruptcy. | 0.10 | $385.00 | $38.50 |
| 10/06/2025 | CCT | Begin preparing 3Q25 Cash Accounting Summary. | 0.20 | $385.00 | $77.00 |
| 10/07/2025 | CCT | Continue drafting Cash Accounting Summary for 3Q25. | 0.60 | $385.00 | $231.00 |
| 10/08/2025 | CCT | Meeting with Amerigold property manager to deliver paychecks. [No charge] | 0.70 | $0.00 | $0.00 |
| 10/10/2025 | CCT | Correspondence with potential creditor regarding delay of claims process. | 0.20 | $385.00 | $77.00 |
| 10/13/2025 | CCT | Cursory review of Barton pro se motion to recall mandate. | 0.20 | $385.00 | $77.00 |
| 10/16/2025 | CCT | Review Barton appellate dockets, pro se motions to withdraw mandate, and SEC responses. | 0.30 | $385.00 | $115.50 |
| 10/17/2025 | CCT | Begin reviewing Barton's petition for certiorari to Supreme Court. | 0.40 | $385.00 | $154.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/21/2025 | CCT | Review SEC's response to Barton's motion for administrative stay; correspondence with counsel to Wall entity claimants. | 0.40 | $385.00 | $154.00 |
| 10/27/2025 | CCT | Continue drafting quarterly report (3Q25). | 2.30 | $385.00 | $885.50 |
| 10/27/2025 | CCT | Begin reviewing working draft of motion for leave to file amicus brief; begin reviewing draft amicus brief; brief meeting with A. Carrillo to discuss [redacted]. | 1.20 | $385.00 | $462.00 |
| 10/28/2025 | CCT | Continue drafting Quarterly Report (3Q25). | 1.10 | $385.00 | $423.50 |
| 10/29/2025 | CCT | Continue drafting quarterly report (3Q25). | 2.00 | $385.00 | $770.00 |
| 10/30/2025 | CCT | Finish drafting quarterly report (3Q25). | 0.90 | $385.00 | $346.50 |
| 11/05/2025 | CCT | Continue drafting fee application (3Q25); meeting with Amerigold property manager to deliver paychecks; draft motion for extension of time to file Twelfth Fee Application; draft proposed order; correspondence with counsel to SEC and Barton regarding same. [No charge] | 2.30 | $0.00 | $0.00 |
| 11/07/2025 | CCT | Review 2024 state tax returns. | 0.20 | $385.00 | $77.00 |
| 11/09/2025 | CCT | Begin reviewing Barton's emergency motion to stay and Fifth Circuit's denial of Barton's prior motion to stay; correspondence with counsel regarding same. | 0.30 | $385.00 | $115.50 |
| 11/10/2025 | CCT | Continue reviewing Barton's emergency motion to stay. | 0.20 | $385.00 | $77.00 |
| 11/11/2025 | CCT | Review and execute final versions of certain state tax returns. | 0.20 | $385.00 | $77.00 |
| 11/11/2025 | CCT | Finalize motion for extension of time to file Twelfth Fee Application; coordinate filing of same. [No charge] | 0.30 | $0.00 | $0.00 |
| 11/18/2025 | CCT | Review SEC's response to Barton's motion to stay; correspondence with appraiser regarding D4 properties. | 0.50 | $385.00 | $192.50 |
| 11/19/2025 | CCT | Brief meeting with A. Carrillo to discuss [redacted] | 0.20 | $385.00 | $77.00 |
| 12/02/2025 | CCT | Meeting with J. Hopper to discuss [redacted] | 0.30 | $385.00 | $115.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | [redacted]. | | | |
| 12/12/2025 | CCT | Correspondence with counsel regarding [redacted]. | 0.20 | $385.00 | $77.00 |
| | | | **Quantity Subtotal** | | **15.4** |
| | | | **Services Subtotal** | | **$4,658.50** |

### Expenses

| Date | Description | Client Total |
|---|---|---|
| 10/13/2025 | Public Storage (2 units) - November 2025 | $961.00 |
| 10/31/2025 | GoDaddy - website renewal | $383.63 |
| 11/12/2025 | Public Storage (2 units) - December 2025 | $961.00 |
| 12/15/2025 | Public Storage (2 units) - January 2026 | $961.00 |
| 12/22/2025 | Postage sending requested copies of amicus curiae brief to Fifth Circuit | $17.50 |
| 12/31/2025 | Postage and supplies for delivering UPS Store mail during 4Q25. | $185.47 |
| | **Expenses Subtotal** | **$3,469.60** |
| | **Subtotal** | **$8,128.10** |

## SEC v. Barton – Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 10/01/2025 | CCT | Continue reviewing working draft of SPC settlement agreement; continue revising working draft of same; correspondence with potential appraiser. | 2.90 | $385.00 | $1,116.50 |
| 10/02/2025 | CCT | Review revisions to working draft of SPC settlement agreement from C. Koonce; telephone conference with C. Koonce and J. Hopper regarding [redacted]. | 0.60 | $385.00 | $231.00 |
| 10/03/2025 | CCT | Correspondence with Amerigold property manager regarding DHA payment. | 0.10 | $385.00 | $38.50 |
| 10/06/2025 | CCT | Correspondence with Hall purchaser | 0.40 | $385.00 | $154.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | regarding status of sale; correspondence with broker regarding same; continue reviewing working draft of settlement agreement; continue revising same. | | | |
| 10/07/2025 | CCT | Continue reviewing working draft of SPC settlement agreement; continue revising same; prepare for and participate in call with SPC and counsel regarding mechanics for settlement agreement; telephone conference with C. Koonce regarding same. | 1.60 | $385.00 | $616.00 |
| 10/08/2025 | CCT | Continue reviewing working draft of SPC Settlement Agreement; continue revising same. | 0.80 | $385.00 | $308.00 |
| 10/13/2025 | CCT | Continue reviewing working draft of settlement agreement; continue revising same; send same to C. Koonce and J. Hopper; send same to counsel for SPC. | 2.60 | $385.00 | $1,001.00 |
| 10/15/2025 | CCT | Begin reviewing working draft of Ridgeview settlement agreement; telephone conference with counsel regarding same and motion to ratify SPC settlement. | 0.40 | $385.00 | $154.00 |
| 10/16/2025 | CCT | Correspondence with Frisco lender regarding status of Barton's appeal. | 0.10 | $385.00 | $38.50 |
| 10/20/2025 | CCT | Correspondence with SPC regarding status of settlement agreement. | 0.20 | $385.00 | $77.00 |
| 10/21/2025 | CCT | Meeting with Amerigold property manager to deliver paychecks. [No charge] | 0.70 | $0.00 | $0.00 |
| 10/28/2025 | CCT | Telephone conference with City of Dallas inspector regarding TC Hall property; correspondence with J. Hopper regarding same; review draft letter to J. Slim; correspondence with counsel regarding same. | 0.50 | $385.00 | $192.50 |
| 10/28/2025 | CCT | Meeting with contractor at Amerigold to discuss repair of walkway. [No charge] | 0.70 | $0.00 | $0.00 |
| 10/29/2025 | CCT | Telephone conference with contractor regarding work at Amerigold Suites. | 0.10 | $385.00 | $38.50 |
| 11/04/2025 | CCT | Telephone conference and correspondence with appraiser regarding HUD properties. | 0.40 | $385.00 | $154.00 |
| 11/05/2025 | CCT | Correspondence with Amerigold property | 0.10 | $385.00 | $38.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | manager regarding DHA payment. | | | |
| 11/10/2025 | CCT | Correspondence with Amerigold broker regarding status of Barton appeal, Amerigold, and HUD properties. | 0.10 | $385.00 | $38.50 |
| 11/11/2025 | CCT | Correspondence with appraisers regarding D4 entities; meeting with J. Hopper to discuss [redacted]; correspondence with City of Dallas inspector regarding remediation. | 0.50 | $385.00 | $192.50 |
| 11/13/2025 | CCT | Begin reviewing SPC's comments to draft settlement agreement regarding D4 properties. | 0.80 | $385.00 | $308.00 |
| 11/18/2025 | CCT | Meeting with Amerigold property manager to deliver paychecks. [No charge] | 0.70 | $0.00 | $0.00 |
| 11/19/2025 | CCT | Prepare for and participate in telephone conference with counsel to SPC regarding potential revisions to settlement agreement. | 0.80 | $385.00 | $308.00 |
| 11/20/2025 | CCT | Telephone conference and correspondence with appraisers regarding needed information; review amendment to Frisco Gate PSA; correspondence with purchaser regarding same; review working draft of status update on pending bankruptcy; correspondence with A. Carrillo regarding same. | 0.80 | $385.00 | $308.00 |
| 11/25/2025 | CCT | Review updated working drafts of SPC settlement, potential PSAs, and Ridgeview settlement; correspondence with counsel regarding same; correspondence with counsel to SPC and Liberty regarding same; telephone conference and correspondence with J. Hopper regarding [redacted] cursory review of DLP status update. | 2.10 | $385.00 | $808.50 |
| 11/26/2025 | CCT | Telephone conference and correspondence with appraiser regarding HUD properties; begin reviewing NMP Killeen consents regarding donation of interest by other partner; correspondence with J. Mahaffey regarding same. | 0.30 | $385.00 | $115.50 |
| 12/01/2025 | CCT | Brief meeting with J. Hopper regarding | 0.30 | $385.00 | $115.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | [redacted]; review summary from J. Mahaffey of NMP Killeen documents; correspondence with J. Hurley regarding same. | | | |
| 12/03/2025 | CCT | Correspondence with J. Hopper regarding [redacted]; correspondence with counsel to Pallisades regarding status of receivership. | 0.30 | $385.00 | $115.50 |
| 12/03/2025 | CCT | Drop off paychecks for Amerigold property manager. [No charge] | 0.70 | $0.00 | $0.00 |
| 12/04/2025 | CCT | Correspondence with Amerigold property manager regarding DHA payment and fraudulent Oncor call; brief meeting with counsel to discus same. | 0.30 | $385.00 | $115.50 |
| 12/05/2025 | CCT | Brief meeting with J. Hopper to discuss [redacted]. | 0.20 | $385.00 | $77.00 |
| 12/09/2025 | CCT | Review and execute updated listing agreement for Rock Creek property; review working draft of Ridgeview settlement agreement; brief meeting with J. Hopper regarding same; review comments from D. Buncher to working draft of SPC settlement agreement; telephone conference with potential purchaser of receivership property; correspondence with appraiser. | 0.70 | $385.00 | $269.50 |
| 12/10/2025 | CCT | Brief meeting with J. Hopper regarding [redacted]; review draft amendment extending Rock Creek lease through April 2026; correspondence with Rock Creek Purchaser regarding same; cursory review of Barton's reply on emergency motion to stay; cursory review of Barton's objection to status report. | 0.50 | $385.00 | $192.50 |
| 12/11/2025 | CCT | Correspondence with potential purchaser of receivership property regarding status of receivership; review authorization from insurance broker regarding Amerigold renewal. | 0.30 | $385.00 | $115.50 |
| 12/12/2025 | CCT | Telephone conferences with J. Hopper regarding [redacted]; review additional appraisals of HUD Properties; | 0.20 | $385.00 | $77.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | send same to counsel for SPC. | | | |
| 12/16/2025 | CCT | Review renewal insurance quote for Goldmark; complete same; correspondence with insurance broker regarding same. | 0.20 | $385.00 | $77.00 |
| 12/16/2025 | CCT | Meeting with Amerigold property manager to deliver paychecks. [No charge] | 0.60 | $0.00 | $0.00 |
| 12/18/2025 | CCT | Telephone conference and correspondence with counsel regarding landscaping needs and payment status; correspondence with counsel regarding status of Venus culvert. | 0.30 | $385.00 | $115.50 |
| 12/30/2025 | CCT | Telephone conference and correspondence with C. Koonce regarding [redacted]. | 0.20 | $385.00 | $77.00 |
| 12/31/2025 | CCT | Correspondence with lender regarding DJD land. | 0.20 | $385.00 | $77.00 |

| | |
|---|---|
| **Quantity Subtotal** | **23.3** |
| **Subtotal** | **$7,661.50** |

| | |
|---|---|
| **Expenses Total** | **$3,469.60** |
| **Hours Total** | **38.7** |
| **Services Total** | **$12,320.00** |
| **Total** | **$15,789.60** |

**Current Statement payable upon receipt and due within 30 days.**

Federal Tax ID 61-1764390

**Credit, Debit, or eCheck Payments** https://www.brownfoxlaw.com/payments
When selecting payment by credit, please note that applicable charges and fees will be itemized prior to confirming payment and paid directly to the credit card issuer, card network and payment processor.

Direct payment inquiries to the Account Services Department at accounting@brownfoxlaw.com

Thank you for choosing Brown Fox. We appreciate your business.

# EXHIBIT C

BROWN FOX

2699 Howell Street, Suite 500
Dallas, Texas 75204
Phone: (214) 327-5000
brownfoxlaw.com/payments

# INVOICE

Invoice # 2221734
Date: 02/06/2026

Barton Receivership

## SEC v. Barton – Non-Receiver Activity: Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 10/01/2025 | CAC | Confer with Receiver regarding [redacted] (.1); review U.S. Trustee's notice of hearing resetting motion to dismiss hearing in 2999TC LP bankruptcy case (.1). | 0.20 | $300.00 | $60.00 |
| 10/02/2025 | CCK | Review and revise draft settlement with SPC and call with C. Thomas and J. Hopper to discuss [redacted]. | 1.30 | $385.00 | $500.50 |
| 10/02/2025 | CAC | Conduct legal and factual research in preparation to draft amicus brief in support of SEC in Fifth Circuit appeal case no. 24-10788. | 0.50 | $300.00 | $150.00 |
| 10/02/2025 | JFH | Revise and edit draft settlement agreement with Southern Properties Capital (2.0); conference call with C. Thomas and C. Koonce regarding same (.5). | 2.50 | $300.00 | $750.00 |
| 10/03/2025 | JFH | Begin drafting settlement agreement with Southern Properties Capital regarding Ridgeview Addition and reviewing relevant filings related to same. | 1.80 | $300.00 | $540.00 |
| 10/04/2025 | CAC | Draft amicus brief in Fifth Circuit case no. 24-10788. | 0.60 | $300.00 | $180.00 |
| 10/06/2025 | CCK | Review draft Settlement Agreement, revised by J. Hopper following conference regarding same, and further revisions to same. | 0.80 | $385.00 | $308.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/06/2025 | CAC | Continue drafting amicus brief in T. Barton's sale and settlement orders appeal (case no. 24-10788). | 0.40 | $300.00 | $120.00 |
| 10/07/2025 | JFH | Confer with SPC counsel, C. Thomas, and C. Koonce regarding [redacted] (.7); review proposed edits to same agreement (.3). | 1.00 | $300.00 | $300.00 |
| 10/07/2025 | CCK | Call with SPC representatives and counsel, C. Thomas and J. Hopper to discuss [redacted] | 0.80 | $385.00 | $308.00 |
| 10/08/2025 | CAC | Correspond with U.S. Trustee regarding T. Barton's motion challenging order granting dismissal motion in Wall bankruptcy cases (.1); | 0.10 | $300.00 | $30.00 |
| 10/08/2025 | JFH | Email and confer with C. Thomas regarding [redacted]. | 0.30 | $300.00 | $90.00 |
| 10/09/2025 | CCK | Review and revise latest draft of SPC settlement agreement. | 0.40 | $385.00 | $154.00 |
| 10/13/2025 | CAC | Continue drafting Receiver's amicus brief for case no. 24-10788. | 0.80 | $300.00 | $240.00 |
| 10/13/2025 | JFH | Draft and revise SPC settlement agreement related to the Ridgeview Property (1.2); draft responses to Tennessee Department of Revenue and B. Oliver requesting updates on the receivership (.4). | 1.60 | $300.00 | $480.00 |
| 10/15/2025 | CCK | Call with C. Thomas and J. Hopper to discuss [redacted]. | 0.30 | $385.00 | $115.50 |
| 10/16/2025 | CAC | Confer with Receiver regarding T. Barton's potential SCOTUS cert petition. | 0.10 | $300.00 | $30.00 |
| 10/16/2025 | JFH | Draft motion to ratify SPC settlement agreement (3.5); confer with C. Thomas and [redacted] (.5). | 4.00 | $300.00 | $1,200.00 |
| 10/17/2025 | CAC | Review T. Barton's brief seeking cert with SCOTUS. | 0.70 | $300.00 | $210.00 |
| 10/17/2025 | JFH | Draft settlement agreement related to the | 3.80 | $300.00 | $1,140.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Ridgeview property and review related documents for purposes of same (2.8); review and analyze Barton's petition for writ of certiorari (1.0). | | | |
| 10/18/2025 | CAC | Continue drafting Receiver's amicus brief for case no. 24-10788. | 1.60 | $300.00 | $480.00 |
| 10/19/2025 | CAC | Continue drafting Receiver's amicus brief for case no. 24-10788. | 0.90 | $300.00 | $270.00 |
| 10/20/2025 | CAC | Continue drafting Receiver's amicus brief for case no. 24-10788. | 2.40 | $300.00 | $720.00 |
| 10/20/2025 | JFH | Draft settlement agreement related to the Ridgeview property and review related documents for purposes of same. | 3.20 | $300.00 | $960.00 |
| 10/21/2025 | JFH | Draft motion to ratify settlement agreement with Southern Properties Capital. | 1.50 | $300.00 | $450.00 |
| 10/22/2025 | JFH | Draft motion to ratify settlement agreement with Southern Properties Capital (1.5); email with Reveal Insurance Group and C. Thomas regarding [redacted] (.2). | 1.70 | $300.00 | $510.00 |
| 10/23/2025 | JFH | Draft motion to ratify settlement agreement with Southern Properties Capital (1.); email with Reveal Insurance Group and C. Thomas regarding [redacted] (.2). | 1.90 | $300.00 | $570.00 |
| 10/23/2025 | CAC | Send meet and confer email correspondence to T. Barton's counsel and SEC regarding Receiver's proposed amicus brief in Case No. 24-10788. | 0.10 | $300.00 | $30.00 |
| 10/24/2025 | JFH | Draft motion to ratify settlement agreement with Southern Properties Capital. | 1.10 | $300.00 | $330.00 |
| 10/24/2025 | CAC | Continue drafting Receiver's amicus brief for case no. 24-10788. | 0.30 | $300.00 | $90.00 |
| 10/25/2025 | CAC | Continue drafting Receiver's amicus brief for case no. 24-10788. | 3.40 | $300.00 | $1,020.00 |
| 10/26/2025 | CAC | Continue drafting Receiver's amicus brief for case no. 24-10788. | 2.00 | $300.00 | $600.00 |
| 10/27/2025 | CAC | Continue drafting Receiver's amicus brief for case no. 24-10788 (7.8); draft Receiver's motion for leave to file amicus brief in same case (1.5). | 9.30 | $300.00 | $2,790.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/27/2025 | JFH | Revise and edit draft of Receiver's motion to ratify settlement agreement with Southern Properties Capital (2.9); draft letter to J. Slim regarding legal fees and his retainer (.3). | 3.20 | $300.00 | $960.00 |
| 10/28/2025 | CAC | Continue drafting Receiver's amicus brief for case no. 24-10788 (6.1); revise Receiver's motion for leave to file amicus brief in same case (.7). | 6.90 | $300.00 | $2,070.00 |
| 10/29/2025 | CAC | Finalize amicus brief and motion for leave to file same in case no. 24-10788. | 3.90 | $300.00 | $1,170.00 |
| 11/04/2025 | CAC | Review docket updates to Fifth Circuit appeal no. 24-10788. | 0.40 | $300.00 | $120.00 |
| 11/06/2025 | CAC | Review T. Barton's letter regarding proceeding in Fifth Circuit appeal no. 24-10788 pro se. | 0.10 | $300.00 | $30.00 |
| 11/13/2025 | CAC | Review bankruptcy and Fifth Circuit dockets to determine upcoming deadlines. | 0.20 | $300.00 | $60.00 |
| 11/14/2025 | JFH | Email and confer with SPC counsel and C. Thomas regarding [redacted]. | 0.30 | $300.00 | $90.00 |
| 11/17/2025 | JFH | Review and analyze SPC settlement agreement and with SPC counsel, C. Thomas, and C. Koonce regarding same (1.2); email and confer with broker interested in Parc at Ingleside (.6); | 1.80 | $300.00 | $540.00 |
| 11/17/2025 | CCK | Review, revise and annotate proposed settlement agreement, noting concerns and issues for C. Thomas. | 1.20 | $385.00 | $462.00 |
| 11/18/2025 | CCK | Call with C. Thomas and J. Hopper to discuss [redacted]; review and edit proposed settlement agreement with Liberty regarding Ridgeview Collateral. | 1.00 | $385.00 | $385.00 |
| 11/18/2025 | JFH | Review SPC settlement agreement and confer with C. Thomas and C. Koonce regarding same. | 0.30 | $300.00 | $90.00 |
| 11/19/2025 | CCK | Call with C. Thomas, J. Hopper and SPC's counsel to discuss [redacted]. | 0.50 | $385.00 | $192.50 |

| | | | | | |
|---|---|---|---|---|---|
| 11/19/2025 | JFH | Confer with SPC counsel regarding settlement agreement and review proposed edits to same. | 0.80 | $300.00 | $240.00 |
| 11/20/2025 | JFH | Revise and edit draft SPC settlement agreement (1.8); email and confer with C. Mathis and City of Venus regarding initial notice to Lynco Ventures (.7); email and confer with counsel for City of Frisco regarding stayed litigation against FHC Acquisition (.5) | 3.00 | $300.00 | $900.00 |
| 11/24/2025 | CAC | Read DLP Real Estate Capital, Inc.'s letter requesting ruling on Emergency Motion to Declare Lis Pendens Void. | 0.10 | $300.00 | $30.00 |
| 11/24/2025 | CCK | Review revised settlement agreement received from J. Hopper and continue editing same; forward same to C. Thomas with [redacted]. | 0.50 | $385.00 | $192.50 |
| 11/25/2025 | JFH | Revise and edit draft settlement agreement with SPC (2.0); email and confer with A. Nino regarding mowing payments (.3); teleconference with C. Mathis and City of Venus regarding mowing property subject to initial violation notice (.6). | 2.90 | $300.00 | $870.00 |
| 12/01/2025 | JFH | Revise and edit draft purchase and sale agreements and Ridgeview settlement for purposes of ongoing settlement talks with SPC (3.5); email with Ahuja Consultants regarding Texas Comptroller notices (.5); begin reviewing property tax chart for upcoming tax payments (.4). | 4.40 | $300.00 | $1,320.00 |
| 12/02/2025 | CAC | Finalize and file BM318 bankruptcy case status update, as requested by the Clerk's Office (.1); call with Bankruptcy Clerk's office regarding motion for final decree to be transferred in District Court in 2999TC bankruptcy case (.3). | 0.40 | $300.00 | $120.00 |
| 12/04/2025 | CAC | Coordinate transfer of motion for final decree to District Court with Bankruptcy Clerk's Office. | 0.20 | $300.00 | $60.00 |
| 12/08/2025 | JFH | Revise and edit draft Ridgeview settlement agreement (1.9); email with C. Thomas regarding [redacted] (.2). | 2.10 | $300.00 | $630.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/08/2025 | CAC | Review T. Barton's response to Receiver's status report regarding BM318 bankruptcy. | 0.20 | $300.00 | $60.00 |
| 12/09/2025 | CCK | Review and add comments to revised Ridgeview Settlement Agreement. | 0.30 | $385.00 | $115.50 |
| 12/10/2025 | JFH | Email with SPC counsel regarding SPC Settlement Agreement, Ridgeview Addition Settlement Agreement, and property appraisals (.8); initial review of Barton's reply in support of emergency motion to stay (.2). | 1.00 | $300.00 | $300.00 |
| 12/17/2025 | JFH | Email with SPC counsel regarding settlement agreement and broker opinions of value. | 0.60 | $300.00 | $180.00 |
| 12/22/2025 | JFH | Continue editing SPC's draft Purchase and Sale Agreements (.6); review and analyze spreadsheet, statements, and other documents related to 2025 property tax payments (1.5), | 2.10 | $300.00 | $630.00 |
| | | | | **Quantity Subtotal** | **89.8** |
| | | | | **Subtotal** | **$27,543.50** |

## SEC v. Barton – Non-Receiver Activity: Case Administration

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 10/01/2025 | JFH | Review emails with Ahuja & Consultants regarding IRS penalty abatements. | 0.10 | $300.00 | $30.00 |
| 10/02/2025 | CAC | Calculate U.S. Trustee fees owed in Barton entity bankruptcy cases and coordinate payment of same. | 0.20 | $300.00 | $60.00 |
| 10/03/2025 | CAC | Review docket updates in T. Barton cases. | 0.10 | $300.00 | $30.00 |
| 10/07/2025 | CAC | Review docket entries in T. Barton cases. | 0.10 | $300.00 | $30.00 |
| 10/09/2025 | JFH | Review correspondence from B. Oliver related to Opelika property (.2); email with Ahuja & Consultants regarding IRS notice (.1); revise and edit draft SPC settlement agreement (.6). | 0.90 | $300.00 | $270.00 |
| 10/10/2025 | JFH | Draft response to B. Oliver related to Opelika property. | 0.40 | $300.00 | $120.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/14/2025 | JFH | Review SEC's motion to deny motion to recall mandate or to stay response deadline. | 0.30 | $300.00 | $90.00 |
| 10/15/2025 | JFH | Review and process Barton mail including creditor notices (.9); confer with C. Thomas regarding [redacted] (1.0). | 1.90 | $300.00 | $570.00 |
| 10/22/2025 | CAC | Conduct legal research regarding [redacted]. | 2.00 | $300.00 | $600.00 |
| 10/23/2025 | CAC | Correspond with U.S. Trustee regarding T. Barton's involvement in various E.D. Tex. bankruptcy cases (.1); conduct legal research regarding same (.1). | 0.20 | $300.00 | $60.00 |
| 10/23/2025 | CAC | Correspond with U.S. Trustee regarding Chili Labs bankruptcy case (.1); draft meet and confer correspondence regarding amicus brief. | 0.30 | $300.00 | $90.00 |
| 10/28/2025 | JFH | Revise letter to J. Slims regarding legal fees and his retainer arrangement (.2); confer with A. Nino and C. Thomas regarding [redacted] (.6). | 0.80 | $300.00 | $240.00 |
| 10/28/2025 | GWG | Introductory discussion with C. Thomas regarding matter; begin review and redline of draft Quarterly Status Report and begin review of pending litigation dockets for use in same. | 3.10 | $200.00 | $620.00 |
| 10/29/2025 | GWG | Continue review and redline of draft Quarterly Status Report; continue review of related pending litigation dockets for use in same; correspond with C. Thomas regarding revisions and related. | 5.40 | $200.00 | $1,080.00 |
| 10/30/2025 | JFH | Review letter from LCH Holdings regarding the Lot Takedown Contract with the Ridgeview Addition. | 0.20 | $300.00 | $60.00 |
| 10/31/2025 | CAC | Review Barton's appeals dockets. | 0.10 | $300.00 | $30.00 |
| 10/31/2025 | JFH | Email with counsel for LCH Holdings regarding status of the receivership for purposes of the Ridgeview Addition. | 0.20 | $300.00 | $60.00 |
| 11/03/2025 | JFH | Email with J. Roberts regarding pest control invoice and payroll. | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/04/2025 | JFH | Review and analyze Barton mail (1.0); call City of Dallas inspector regarding Hall Street notice of violation (.2); email with Sunridge regarding financials for the HUD properties (.2). | 1.40 | $300.00 | $420.00 |
| 11/05/2025 | JFH | Email with Dallas City inspector regarding Hall Street property violation (.2); email with Ahuja Consultants regarding IRS invoices (.2); review creditor notice letter Galloway Law Firm regarding Mansions at Marine Creek (.1). | 0.50 | $300.00 | $150.00 |
| 11/06/2025 | JFH | Email with counsel for GWR 2020 Construction Services' mechanics and materialman's lien on the Mansions at Marine Creek. | 0.40 | $300.00 | $120.00 |
| 11/07/2025 | JFH | Prepare creditor letter to the Gate POA regarding FHC Acquisition LLC (.4); review notices of forfeiture and email with Ahuja Consults regarding same (.6); email with counsel for LCH Holdings regarding update on receivership (.3); review Barton's notice of limited termination of counsel (.2). | 1.50 | $300.00 | $450.00 |
| 11/10/2025 | JFH | Message with City of Dallas and A. Nino regarding Hall Street landscaping work in response to notice of violation (.2); review order denying Barton's request for a stay (.1); email with Gate POA regarding FHC Acquisition LLC (.1). | 0.40 | $300.00 | $120.00 |
| 11/10/2025 | CAC | Review T. Barton's motion for stay pending appeal of new receivership order; confer with Receiver regarding same. | 0.10 | $300.00 | $30.00 |
| 11/11/2025 | JFH | Review and analyze IRS notices, creditor letters, and other mail (1.5); review notice of service of process on Texas Secretary of State and First Amended Petition and revise notice of stay in City of Frisco v. FHC Acquisition (1.0); email and confer with counsel for GRW2020 Construction regarding lien on Mansions at Marine Creek (.8); review and analyze SPC edits to draft settlement agreements (1.3). | 4.30 | $300.00 | $1,290.00 |
| 11/12/2025 | JFH | Email with Ahuja Consultants regarding IRS notices and notice of forfeiture (.5); review City of Venus ordinance compliance notice | 1.00 | $300.00 | $300.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | to Lynco Ventures and call City regarding same (.5). | | | |
| 11/13/2025 | JFH | Confer with counsel for Lillian Custom Homes, City of Venus related to Lynco Ventures notice, and City of Dallas regarding Hall Street property notice. | 0.60 | $300.00 | $180.00 |
| 11/14/2025 | CAC | Confer with Receiver regarding [redacted]. | 0.40 | $300.00 | $120.00 |
| 11/18/2025 | JFH | Review and sort mail received (.2). | 0.20 | $300.00 | $60.00 |
| 11/19/2025 | CAC | Review SEC's response to Barton's motion to stay case pending appeal of new receivership order (with grievance pre-clearing requirement). | 0.10 | $300.00 | $30.00 |
| 11/19/2025 | JFH | Eemail with City of Venus regarding initial notice for Lynco Ventures. | 0.20 | $300.00 | $60.00 |
| 11/20/2025 | CAC | Review and revise update regarding Dallas Real Estate Investors case (.3); review case information for same (.1); | 0.70 | $300.00 | $210.00 |
| 11/21/2025 | JFH | Email with C. Mathis regarding mowing land owned by Lynco Ventures (2.); revise and edit SPC settlement agreement (1.8). | 2.00 | $300.00 | $600.00 |
| 11/24/2025 | JFH | Review letter from DLP's counsel to Judge Starr requesting ruling on emergency motion to declare lis pendens void (.1); email with C. Mathis and C. Thomas regarding [redacted] (.1) | 0.20 | $300.00 | $60.00 |
| 11/24/2025 | GWG | Review instruction from A. Carrillo regarding case status letter; review related case facts and begin drafting letter. | 1.40 | $200.00 | $280.00 |
| 11/26/2025 | JJM | Review proposed Resolutions, First Amendment to Partnership in Commendam, and Second Amendment to Partnership Agreement regarding NMP-Killeen LP and deliver feedback on same to C. Thomas. | 2.60 | $275.00 | $715.00 |
| 11/26/2025 | JFH | Review and categorize mail received for Barton entities (.3); revise and edit Ridgeview Settlement Agreement (.9). | 1.20 | $300.00 | $360.00 |
| 12/01/2025 | CAC | Review and revise debtor status as ordered by Court (1.3); meet with G. Godkin | 1.70 | $300.00 | $510.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | regarding same (.1); conduct research regarding next steps for motion to withdraw reference proceeding in 2999TC bankruptcy case (.3). | | | |
| 12/01/2025 | GWG | Meet with A. Carrillo regarding [redacted]. | 0.50 | $200.00 | $100.00 |
| 12/02/2025 | JFH | Review tax charts and confer with C. Thomas in advance of making 2025 tax payments (.8); revise and edit draft Ridgeview Addition settlement agreement and purchase and sale agreements for Opelika and Parc at Ingleside (3.3); email with Ahuja Consultants regarding tax notices (.4). | 4.50 | $300.00 | $1,350.00 |
| 12/03/2025 | JFH | Continue preparing 2025 tax chart (.8); email with J. Silvasan regarding Amerigold invoices (.3). | 1.10 | $300.00 | $330.00 |
| 12/04/2025 | JFH | Attention to Goldmark issue related to Oncor payment. | 0.30 | $300.00 | $90.00 |
| 12/05/2025 | JFH | Email and confer with B. Lepper and C. Thomas regarding installing culvert on Venus property (.6); continue reviewing and revising draft purchase and sale agreement for Opelika (1.2). | 1.80 | $300.00 | $540.00 |
| 12/08/2025 | JJM | Draft Tenth Amendment to Residential Lease Agreement - Rock Creek. | 0.40 | $275.00 | $110.00 |
| 12/09/2025 | JFH | Email with B. Lepper regarding installing culvert on Venus farmland (.2); email and confer with C. Thomas and C. Koonce regarding [redacted] (.8). | 1.00 | $300.00 | $300.00 |
| 12/11/2025 | JFH | Confer with Gillespie neighbor regarding animal control issue (.5); confer with A. Nino regarding ongoing lawn work (.5); review and address incoming mail with creditor notices, tax statements, and invoices (1.0); revise and edit draft Opelika and Parc at Ingleside purchase and sale agreements (.6). | 2.60 | $300.00 | $780.00 |
| 12/12/2025 | JFH | Inspect house at 3600 Gillespie Street in response to neighbor complaints about cats (1.9); confer with City of Dallas about how | 2.30 | $300.00 | $690.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | to respond to same (.3); review creditor letter to Delaware Department of Transportation (.1). | | | |
| 12/15/2025 | JFH | Review and analyze Broker Opinions of Value for the D4 Properties and incorporate same into draft SPC settlement agreement (2.9); confer with B. Lepper regarding installing culvert in Venus property (.3). | 3.20 | $300.00 | $960.00 |
| 12/16/2025 | JFH | Confer with City of Dallas and local animal shelters regarding treatment of feral cats for Gillespie Street property (.5); revise draft settlement agreement with updated figures for new broker opinions of value (.4). | 0.90 | $300.00 | $270.00 |
| 12/18/2025 | JFH | Email and confer with B. Lepper, A. Nino, and C. Thomas regarding completing the culvert on Venus land and attention to mowing and additional lawn work at Goldmark. | 0.50 | $300.00 | $150.00 |
| 12/19/2025 | JFH | Draft and revise Mathis and Goodwin farm leases (1.5); email and confer with C. Mathis and B. Lepper regarding farming additional land and invoice for culvert installation (.5); review notice of receivership to post at Gillespie house (.2); review and edit SPC's draft purchase and sale agreements (1.2). | 3.40 | $300.00 | $1,020.00 |
| 12/22/2025 | CAC | Review Fifth Circuit's order for printed copies of amicus brief in Case No. 24-10788 (.1); coordinate compliance with order (.1). | 0.20 | $300.00 | $60.00 |
| 12/23/2025 | JFH | Review emails with A. Friedman and C. Thomas regarding Freeman's demand regarding for payment related to Goldmark (.2); finalize draft leases for C. Mathis and C. Goodwin (.9). | 1.10 | $300.00 | $330.00 |
| 12/26/2025 | CAC | Review pending Barton appeals dockets and recent filings, including motions and briefs (.5); review pending Barton bankruptcy dockets and update tracker for next steps in each (1.1); correspond with Southern Star counsel regarding tolling agreement for DJD Land Partners agreement (.2). | 1.80 | $300.00 | $540.00 |
| 12/29/2025 | JFH | Email with C. Thomas regarding [redacted]. | 0.10 | $300.00 | $30.00 |
| 12/30/2025 | CAC | Correspond with Southern Star counsel | 0.30 | $300.00 | $90.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | regarding tolling agreement for DJD Land Partners agreement (.1); confer with Receiver and C. Koonce regarding same (.2). | | | |
| 12/30/2025 | JFH | Email with C. Mathis and C. Goodwin regarding farming leases (.4); review and sort through IRS notices, utility bills, and other mail received for T. Barton and related entities (1.0). | 1.40 | $300.00 | $420.00 |

| | |
|---|---|
| **Quantity Subtotal** | **64.8** |
| **Subtotal** | **$18,325.00** |

| | |
|---|---|
| **Hours Total** | **154.6** |
| **Subtotal** | **$45,868.50** |
| **Client Total** | **$45,868.50** |

**Current Statement payable upon receipt and due within 30 days.**

Federal Tax ID 61-1764390

**Credit, Debit, or eCheck Payments https://www.brownfoxlaw.com/payments**
When selecting payment by credit, please note that applicable charges and fees will be itemized prior to confirming payment and paid directly to the credit card issuer, card network and payment processor.

Direct payment inquiries to the Account Services Department at accounting@brownfoxlaw.com

Thank you for choosing Brown Fox. We appreciate your business.

# EXHIBIT D

Ahuja & Consultants, Inc.
Certified Public Accountants

**Ahuja & Consultants, Inc.**
2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8238.Bar
**Invoice Date:** 12/31/2025
**Due Date:** 1/31/2026

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

**Q4 2025 BILLING SUMMARY**

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 2900 | Accounting/Auditing Services | 12.10 | $ 2,406.50 |
| 3900 | Tax Services | 37.10 | $ 9,312.00 |

**TOTAL** **$ 11,718.50**

Ahuja & Consultants, Inc.
Certified Public Accountants

**Ahuja & Consultants, Inc.**
2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8238.Bar
**Invoice Date:** 12/31/2025
**Due Date:** 1/31/2026

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

**Q4 2025 BILLING SUMMARY**

| ID | TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AH | Ammon Hall | Associate | 3.00 | $150.00 | $ 450.00 |
| AK | Arti Kathiriya | Senior Associate | 7.70 | $210.00 | $ 1,617.00 |
| DK | Devon Kwande | Manager | 23.40 | $275.00 | $ 6,435.00 |
| DP | Dawn Peterson | Admin | 0.50 | $95.00 | $ 47.50 |
| DS | Divya Shetty | Manager | 0.70 | $275.00 | $ 192.50 |
| JA | Jason Ashcraft | Senior Associate | 5.00 | $210.00 | $ 1,050.00 |
| JW | Jennifer Wallace | Senior Associate | 8.40 | $210.00 | $ 1,764.00 |
| MA | Madhu Ahuja | Engagement Leader | 0.50 | $325.00 | $ 162.50 |

**TOTAL** **49.20** **$ 11,718.50**

Ahuja & Consultants, Inc.
Certified Public Accountants

**Ahuja & Consultants, Inc.**
2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8238.Bar
**Invoice Date:** 12/31/2025
**Due Date:** 1/31/2026

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

| Date | ID | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/07/25 | AH | Reconcile checking account #2387, #6623, #2290, and #0700 in financial records with statements from Veritex | 2900 | 3.00 | $ 450.00 |
| 10/07/25 | MA | Review of Receiver's quarterly status report to determine what needs to be included in tax returns. | 3900 | 0.50 | $ 162.50 |
| 10/07/25 | JW | Review of Q3 2025 accounting data entry and account reconciliations | 2900 | 1.10 | $ 231.00 |
| 10/08/25 | JW | Review Q3 accounting and start Q3 Standard Fund Accounting Report (SFAR) | 2900 | 2.50 | $ 525.00 |
| 10/08/25 | DS | Quarter end review of Barton QuickBooks | 2900 | 0.70 | $ 192.50 |
| 10/09/25 | JW | Make corrections to Q3 Standard Fund Accounting Report (SFAR) | 2900 | 1.60 | $ 336.00 |
| 10/13/25 | DK | Review of Texas state returns for Lynco Ventures LLC, LC Aledo TX LLC, JMJ Acquisitions LLC, Northstar PM LLC and Goldmark Hospitality LLC. | 3900 | 2.10 | $ 577.50 |
| 10/13/25 | JW | Send Q3 Standard Fund Accounting Report (SFAR) to client | 2900 | 0.20 | $ 42.00 |
| 10/16/25 | DK | Review of Texas Franchise Tax Return for Enoch Investments LLC combined with D4DS LLC, D4FR LLC, D4IN LLC and D4OP LLC | 3900 | 2.40 | $ 660.00 |
| 10/21/25 | DK | Continue review of Texas Franchise Tax Return for Enoch Investments LLC combined with D4DS LLC, D4FR LLC, D4IN LLC and D4OP LLC | 3900 | 3.40 | $ 935.00 |
| 10/22/25 | DK | Continue review of Texas state returns for Lynco Ventures LLC, LC Aledo TX LLC, JMJ Acquisitions LLC, Northstar PM LLC and Goldmark Hospitality LLC. | 3900 | 2.40 | $ 660.00 |
| 10/23/25 | DK | Continue review of Texas state returns for Lynco Ventures LLC, LC Aledo TX LLC, JMJ Acquisitions LLC, Northstar PM LLC and Goldmark Hospitality LLC. | 3900 | 2.80 | $ 770.00 |
| 10/23/25 | JA | Preparation of tax returns for the state of Texas. - 126 Villata, LLC; 2999TC Acquisitions; Bee 2019, LLC; D4KL, LLC; DJD Land Partners, LLC; Enoch Investments, LLC; FHC Acquisitions, LLC; JMJ Development LLC; JMJ Hospitality, LLC; JMJAV, LLC; JMR100, LLC; Mansions Apartment Homes at Marine Creek, LLC; Lynco Ventures, LLC | 3900 | 1.10 | $ 231.00 |

| Date | ID | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/24/25 | AK | Preparation of tax return for the state of TX. Updating/ Review-address & Registered Agent- Combined Enoch Investments, LLC; Goldmark Hospitality LLC; Wall007 LLC; Carnegie Development LLC; Seagoville Farms LLC; Wall007 LLC; Wall009 LLC; Wall0010 LLC; Wall011 LLC; Wall012 LLC; Wall016 LLC; Wall017 LLC; Wall018 LLC; Wall019 LLC | 3900 | 2.00 | $ 420.00 |
| 10/27/25 | AK | Revision of the Texas State return Combined Enoch Investments, LLC; Goldmark Hospitality LLC; Wall007 LLC; Carnegie Development LLC; Seagoville Farms LLC; Wall007 LLC; Wall009 LLC; Wall0010 LLC; Wall011 LLC; Wall012 LLC; Wall016 LLC; Wall017 LLC; Wall018 LLC; Wall019 LLC | 3900 | 1.50 | $ 315.00 |
| 10/29/25 | DK | Review of tax returns for the state of Texas. - 126 Villata, LLC; 2999TC Acquisitions; Bee 2019, LLC; D4KL, LLC; DJD Land Partners, LLC; Enoch Investments, LLC; FHC Acquisitions, LLC | 3900 | 2.10 | $ 577.50 |
| 10/30/25 | DK | Preparation of tax returns for the state of Texas. - JMJ Development LLC; JMJ Hospitality, LLC; JMJAV, LLC; JMR100, LLC; Mansions Apartment Homes at Marine Creek, LLC; Lynco Ventures, LLC | 3900 | 2.90 | $ 797.50 |
| 11/03/25 | JA | Preparing the Texas state returns packet for review by Receiver: AVG West, LLC; BM318, LLC; Gillespie Villas, LLC; HR Sterling, LLC; JMJ Hospitality, LLC; JMR100, LLC; Mansions Apartment Homes at Marine Creek, LLC; Ridgeview Addition, LLC; SF Rock Creek, LLC; 2999TC Acquisition, LLC; BEE2019, LLC; DJD Land Partners, LLC; FHC Acquisition, LLC; Goldmark Hospitality, LLC; JMJ Development, LLC; JMJAV, LLC; LDG001, LLC; Orchard Farms Village, LLC; Venus59, LLC; WRL 2019, LLC | 3900 | 3.20 | $ 672.00 |
| 11/03/25 | AK | Preparation of tax return for the state of Texas. Preparing all the receivership entity drafts for client review and approval. - Enoch Investments, LLC; Goldmark Hospitality LLC; Wall007 LLC; Carnegie Development LLC; Seagoville Farms LLC;LC Aledo TX, LLC; Lajolla Construction Management; Lynco Ventures, LLC; Northstar PM, LLC Wall007 LLC; Wall009 LLC; Wall0010 LLC; Wall011 LLC; Wall012 LLC; Wall016 LLC; Wall017 LLC; Wall018 LLC; Wall019 LLC | 3900 | 4.20 | $ 882.00 |
| 11/04/25 | DK | Review and finalization of Texas state returns for all entities before filing | 3900 | 1.30 | $ 357.50 |
| 11/04/25 | JA | Preparation of tax return for the state of Texas and Webfile Authorization forms for all Receivership entities with Texas filings | 3900 | 0.30 | $ 63.00 |
| 11/04/25 | JA | Continue preparation of tax return for the state of Texas and Webfile Authorization forms for all Receivership entities with Texas filings | 3900 | 0.40 | $ 84.00 |
| 11/06/25 | DP | Distributing drafts of the Texas franchise tax returns | 3900 | 0.50 | $ 47.50 |
| 11/10/25 | DK | Review of IRS and Texas notices from Receiver's team | 3900 | 2.10 | $ 577.50 |
| 11/11/25 | DK | Review and taking action on IRS notices from Receiver's team | 3900 | 1.90 | $ 522.50 |
| 12/10/25 | JW | Run 1099 list as of QTR 3, request W-9 | 2900 | 3.00 | $ 630.00 |

**Total $ 11,718.50**

**Balance Due $ 11,718.50**