**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON,**<br>**CARNEGIE DEVELOPMENT, LLC,**<br>**WALL007, LLC,**<br>**WALL009, LLC,**<br>**WALL010, LLC,**<br>**WALL011, LLC,**<br>**WALL012, LLC,**<br>**WALL016, LLC,**<br>**WALL017, LLC,**<br>**WALL018, LLC,**<br>**WALL019, LLC,**<br>**HAOQIANG FU (A/K/A MICHAEL FU),**<br>**STEPHEN T. WALL,** | § | |
| ***Defendants,*** | § | |
| **DJD LAND PARTNERS, LLC, and**<br>**LDG001, LLC,** | § | |
| ***Relief Defendants.*** | § | |

**APPENDIX IN SUPPORT OF RECEIVER'S**
**FOURTEENTH QUARTERLY FEE APPLICATION**

Dated September 18, 2026

Respectfully submitted,

**RECEIVER CORTNEY C. THOMAS**

*/s/ Cortney C. Thomas*
Cortney C. Thomas
State Bar No. 24075153
cort@brownfoxlaw.com
Brown Fox PLLC
2699 Howell St, Suite 500
Dallas, TX 75204
T: (214) 327-5000
F: (214) 327-5001

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic-filing system.

| EXHIBIT | DESCRIPTION | APP PAGES |
|---|---|---|
| A | Standardized Fund Accounting Report for the period January 1, 2026, through March 31, 2026 | APP001-APP003 |
| B | Receiver's invoice for services provided January 1, 2026, through March 31, 2026 | APP004-APP011 |
| C | Brown Fox invoice for services provided January 1, 2026, through March 31, 2026 | APP012-APP022 |
| D | Ahuja & Clark invoice from for services provided January 1, 2026, through March 31, 2026 | APP023-APP028 |

# EXHIBIT A

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of March 31, 2026

| | | | | | |
|---|---|---|---|---|---|
| 1 | Beginning Balance - January 1, 2026: | | $ 1,347,188.37 | | |
| 2 | Business Income | | 211,506.60 | | |
| 3 | Funds Received | | | | |
| 4 | Interest/Dividend Income | | 3,634.31 | | |
| 5 | Business Asset Liquidation | | | | |
| 6 | Personal Asset Liquidation | | | | |
| 7 | Third-Party Litigation Income | | | | |
| 8 | Miscellaneous - Other | | | | |
| 9 | Disbursements to Investors | | | | |
| 10 | Disbursements for Receivership Operations: | | 316,781.92 | | |
| 10a | Disbursements to Receiver or Other Professionals | - | | | |
| 10b | Business Asset and Operating Expenses | 187,794.36 | | | |
| 10c | Personal Asset Expenses | | | | |
| 10d | Investment Expenses | | | | |
| 10e | Third-Party Litigation Expenses | | | | |
| 10f | Tax Administrator Fees and Bonds | | | | |
| 10g | Federal and State Tax Expenses | 128,987.56 | | | |
| 11 | Disbursements for Distribution Expenses Paid by the Fund | | - | | |
| 11a | Distribution Plan Development Expenses | | | | |
| 11b | Distribution Plan Implementation Expenses | | | | |
| 12 | Disbursements to Court/Other | | - | | |
| 12a | Court Registry Investment System (CRIS) or other banking fees related to the Fund. | | | | |
| 12b | Federal income taxes | | | | |
| 13 | Ending Balance - March 31, 2026 | | $ 1,245,547.36 | | |
| 14 | Ending Balance of Fund - Net Assets | | 1,245,547.36 | $ | - |
| 14a | Cash & Cash Equivalents | 1,245,547.36 | | | |
| 14b | Investments | | | | |
| 14c | Other Assets or Uncleared Funds | | | | |
| 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund | | | | |
| 15a | Plan Development Expenses Not Paid by the Fund | | | | |
| 15b | Plan Implementation Expenses Not Paid by the Fund | | | | |
| 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | | |
| 16 | Disbursements to Court/Other Not Paid by the Fund | | | | |
| 16a | Court Registry Investment System (CRIS) or other banking fees related to the Fund | | | | |
| 16b | Federal income taxes | | | | |
| 17 | DC & State Tax Payments | | | | |

Timothy Barton Receivership Entities
Civil Action No.: 3:22-CV-2118-X
Standardized Fund Accounting Report
As of March 31, 2026

| | |
|---|---|
| 18 | No. of Claims |
| 18a | the number of claims received from investors during this reporting period |
| 18b | the number of claims received from investors as a result of all orders since the inception of the Fund |
| 19 | No. of Claimants/Investors |
| 19a | the number of claimants/investors receiving distributions during the reporting period |
| 19b | the number of claimants/investors receiving distributions pursuant to all orders of distribution since the inception of the Fund |

# EXHIBIT B

BROWN FOX

2699 Howell Street, Suite 500
Dallas, Texas 75204
Phone: (214) 327-5000
brownfoxlaw.com/payments

# INVOICE

Invoice # 2223108
Date: 05/11/2026

Barton Receivership

## SEC v. Barton – Case Administration

### Services

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 01/02/2026 | CCT | Correspondence with counsel regarding [redacted]. | 0.10 | $385.00 | $38.50 |
| 01/05/2026 | CCT | Begin drafting cash accounting summaries for 4Q25. | 0.30 | $385.00 | $115.50 |
| 01/06/2026 | CCT | Continue drafting cash accounting summaries (4Q25). | 1.10 | $385.00 | $423.50 |
| 01/08/2026 | CCT | Correspondence with counsel regarding [redacted]. | 0.20 | $385.00 | $77.00 |
| 01/12/2026 | CCT | Telephone conference regarding receivership bank's transition to new online tool, specifically regarding D4 accounts; execute property tax payments. | 0.30 | $385.00 | $115.50 |
| 01/15/2026 | CCT | Correspondence with counsel regarding [redacted]; correspondence with accountants regarding same. | 0.20 | $385.00 | $77.00 |
| 01/21/2026 | CCT | Correspondence with accountants regarding 1099. | 0.10 | $385.00 | $38.50 |
| 01/22/2026 | CCT | Review Fifth Circuit's dismissal of Barton's appeal of grant of fee application; lengthy | 1.30 | $385.00 | $500.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | telephone conferences with Receivership Bank regarding accounts. | | | |
| 01/27/2026 | CCT | Continue drafting quarterly report (4Q25). | 2.90 | $385.00 | $1,116.50 |
| 01/28/2026 | CCT | Continue drafting quarterly report (4Q25). | 2.00 | $385.00 | $770.00 |
| 01/29/2026 | CCT | Continue drafting quarterly report (4Q25). | 1.60 | $385.00 | $616.00 |
| 01/30/2026 | CCT | Finish drafting quarterly report (4Q25). | 1.70 | $385.00 | $654.50 |
| 02/06/2026 | CCT | Continue drafting fee application [4Q25]. [No charge] | 1.40 | $0.00 | $0.00 |
| 02/09/2026 | CCT | Draft motion for extension of time to file fee application for 4Q25 (and before). [No charge] | 0.30 | $0.00 | $0.00 |
| 02/19/2026 | CCT | Review correspondence from V. Shaw and T. Barton regarding Shaw's request for fees. | 0.20 | $385.00 | $77.00 |
| 02/24/2026 | CCT | Review revised working draft of response to Phelan's motion for summary judgment; revise same; correspondence with counsel regarding same. | 0.20 | $385.00 | $77.00 |
| 02/27/2026 | CCT | Cursory review of SEC's response to Barton's cert. petition. | 0.40 | $385.00 | $154.00 |
| | | | **Quantity Subtotal** | | **14.3** |
| | | | **Services Subtotal** | | **$4,851.00** |

## Expenses

| Date | Description | Client Total |
|---|---|---|
| 01/07/2026 | Purchase of padlock for crawlspace under Gillespie property. | $11.50 |
| 01/12/2026 | Public Storage (2 units) - February 2026. | $961.00 |
| 02/03/2026 | Annual renewal of Barton mailbox (2026) | $360.00 |
| 02/17/2026 | Public Storage (2 units) - March 2026. | $961.00 |
| 03/18/2026 | Public Storage (2 units) - April 2026. | $1,045.00 |
| 03/25/2026 | Texas Secretary of State fee for Certificate of Assumed Business Name (Goldmark Hospitality). | $25.68 |
| 03/31/2026 | Postage and supplies for delivering UPS Store mail during 1Q26. | $266.97 |

| | |
|---|---|
| **Expenses Subtotal** | **$3,631.15** |
| **Subtotal** | **$8,482.15** |

## SEC v. Barton – Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 01/05/2026 | CCT | Correspondence with counsel to lender regarding status of receivership; correspondence with potential purchaser of receivership property; correspondence with Hall property broker regarding status of receivership; correspondence with Amerigold property manager. | 0.50 | $385.00 | $192.50 |
| 01/07/2026 | CCT | Meeting with counsel to discuss [redacted]. | 0.30 | $385.00 | $115.50 |
| 01/13/2026 | CCT | Complete Gillespie insurance renewal; correspondence with insurance broker regarding same. | 0.20 | $385.00 | $77.00 |
| 01/18/2026 | CCT | Correspondence with counsel regarding [redacted]. | 0.20 | $385.00 | $77.00 |
| 01/19/2026 | CCT | Correspondence with counsel regarding [redacted]; review working draft of same. | 0.20 | $385.00 | $77.00 |
| 01/22/2026 | CCT | Brief meeting with counsel regarding [redacted]. | 0.20 | $385.00 | $77.00 |
| 01/23/2026 | CCT | Review proposed engagement letters from auditors for D4 entities; execute same; correspondence with auditors regarding same. | 0.50 | $385.00 | $192.50 |
| 01/26/2026 | CCT | Correspondence with property manager regarding paychecks; correspondence with auditor regarding 2026 engagement letters; multiple correspondence with Receivership Bank regarding continued access issues; correspondence with Sunridge regarding same. | 1.30 | $385.00 | $500.50 |
| 01/29/2026 | CCT | Meeting with Amerigold Suites property manager to deliver paychecks. [No charge] | 0.30 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/09/2026 | CCT | Review audit confirmations for SPC loans on D4 properties; complete same. | 0.30 | $385.00 | $115.50 |
| 02/10/2026 | CCT | Correspondence with property manager regarding DHA payment; correspondence with receivership bank regarding access issues for certain accounts. | 0.20 | $385.00 | $77.00 |
| 02/11/2026 | CCT | Correspondence with Amerigold property manager regarding needed roof repairs; telephone conference with contractor regarding potential damage to Ingleside property; correspondence with Frisco lender regarding status of receivership and tax lawsuit; correspondence with Rock Creek broker regarding status of Barton's supreme court appeal; email with Receivership bank regarding needed access to accounts. | 0.80 | $385.00 | $308.00 |
| 02/12/2026 | CCT | Continued correspondence regarding receivership bank accounts. | 0.20 | $385.00 | $77.00 |
| 02/13/2026 | CCT | Correspondence with Windmill Farms property manager regarding returned check. | 0.10 | $385.00 | $38.50 |
| 02/16/2026 | CCT | Brief meeting with C. Koonce to discuss status of SPC settlement and next steps; meeting with counsel to discuss response to Barton's latest Rock Creek motion. | 0.60 | $385.00 | $231.00 |
| 02/19/2026 | CCT | Correspondence with property tax consultant regarding Amerigold; correspondence with Amerigold property manager regarding updated rent roll; correspondence with property manager for D4 properties regarding property tax protests. | 0.30 | $385.00 | $115.50 |
| 02/23/2026 | CCT | Begin reviewing working draft of response to Phelan's motion for summary judgment; brief meeting with A. Debter to discuss [redacted]. | 1.10 | $385.00 | $423.50 |
| 02/24/2026 | CCT | Correspondence with Opelika property manager regarding check; meeting with counsel to discuss [redacted]; review working draft of creditor letter to V. Shaw and D. Welch; revise same; correspondence with counsel regarding same; correspondence with insurance broker regarding status of insurance on Amerigold Suites. | 0.70 | $385.00 | $269.50 |

| | | | | | |
|---|---|---|---|---|---|
| 02/24/2026 | CCT | Meeting with Amerigold property manager to deliver paychecks. [No charge] | 0.70 | $0.00 | $0.00 |
| 02/24/2026 | CCT | Correspondence with Sunridge regarding continued troubles with access to ICS accounts. | 0.30 | $385.00 | $115.50 |
| 02/25/2026 | CCT | Correspondence with counsel regarding [redacted]; correspondence regarding renewal of Goldmark electricity plan; correspondence with Chase Bank regarding needed Opelika bank statement; review prior correspondence between counsel and Chase for purposes of same. | 0.60 | $385.00 | $231.00 |
| 02/27/2026 | CCT | Correspondence with Receivership bank regarding remaining issues with D4DS accounts. | 0.20 | $385.00 | $77.00 |
| 03/03/2026 | CCT | Review working draft of response to Barton's motion to modify receivership order; brief meeting with A. Debter to discuss [redacted]. | 0.40 | $385.00 | $154.00 |
| 03/09/2026 | CCT | Begin reviewing working draft of motion to ratify SPC settlement. | 0.40 | $385.00 | $154.00 |
| 03/10/2026 | CCT | Correspondence with receivership bank regarding remaining account issues; correspondence with Sunridge regarding same. | 0.20 | $385.00 | $77.00 |
| 03/11/2026 | CCT | Correspondence with Amerigold property manager regarding payroll; correspondence with counsel regarding City of Dallas inspection at Amerigold; continue reviewing working -raft of motion to ratify; continue revising same; begin reviewing D4 entities' trial balances, adjusting journal entries, and draft submission from auditor. | 3.20 | $385.00 | $1,232.00 |
| 03/12/2026 | CCT | Correspondence with Chase regarding missing bank statement; access same; send same to auditor for D4OP. | 0.20 | $385.00 | $77.00 |
| 03/13/2026 | CCT | Review DJD extension agreement; correspondence with counsel to SPC regarding same; review revisions to draft PSAs on D4 properties; correspondence with counsel to SPC regarding same; telephone conference with counsel to TC Hall lender. | 1.70 | $385.00 | $654.50 |

| | | | | | |
|---|---|---|---|---|---|
| 03/16/2026 | CCT | Correspondence with Receivership Bank regarding remaining issues with accounts for D4 entities; correspondence with Sunridge regarding same. | 0.20 | $385.00 | $77.00 |
| 03/17/2026 | CCT | Correspondence with potential interested purchaser or broker of receivership property; correspondence with insurance broker regarding outstanding amounts; correspondence with Sunridge regarding returned checks to operating accounts for D4 entities. | 0.30 | $385.00 | $115.50 |
| 03/18/2026 | CCT | Correspondence with Receivership Bank regarding continued issues with D4 entities' operating accounts; correspondence with Sunridge regarding same; correspondence with counsel regarding [redacted]; correspondence with Greystone regarding replacement reserve request for Windmill Farms and Ingleside. | 0.50 | $385.00 | $192.50 |
| 03/20/2026 | CCT | Correspondence with M. Sosland regarding potential motion to lift stay. | 0.30 | $385.00 | $115.50 |
| 03/24/2026 | CCT | Begin reviewing documents from A. Wall and G. Villanueva. | 0.20 | $385.00 | $77.00 |
| 03/25/2026 | CCT | Order checks for Goldmark through Receivership Bank [No charge]. | 0.20 | $0.00 | $0.00 |
| 03/25/2026 | CCT | Review Fifth Circuit order on Hall Street appeal; correspondence with Hall Street lender regarding same; correspondence with Hall Street purchaser regarding same; continue reviewing audits for D4 entities. | 1.10 | $385.00 | $423.50 |
| 03/26/2026 | CCT | Finish completing D4 audit certifications; correspondence with auditors regarding same. | 0.30 | $385.00 | $115.50 |
| 03/26/2026 | CCT | Drop off paychecks and deposit slips with Amerigold property manager. [No charge] | 0.70 | $0.00 | $0.00 |
| 03/30/2026 | CCT | Review Barton cert. denial; correspondence with counsel to SPC regarding same; correspondence with Frisco purchaser regarding same. | 0.20 | $385.00 | $77.00 |
| 03/31/2026 | CCT | Prepare for and participate in call with counsel to SPC and J. Hopper regarding status of settlement agreement and next | 0.50 | $385.00 | $192.50 |

steps.

| | |
|---|---|
| **Quantity Subtotal** | **20.4** |
| **Subtotal** | **$7,122.50** |

| | |
|---|---|
| **Expenses Total** | **$3,631.15** |
| **Hours Total** | **34.7** |
| **Services Total** | **$11,973.50** |
| **Total** | **$15,604.65** |

**Current Statement payable upon receipt and due within 30 days.**

Federal Tax ID 61-1764390

**Credit, Debit, or eCheck Payments** https://www.brownfoxlaw.com/payments
When selecting payment by credit, please note that applicable charges and fees will be itemized prior to confirming payment and paid directly to the credit card issuer, card network and payment processor.

Direct payment inquiries to the Account Services Department at accounting@brownfoxlaw.com

Thank you for choosing Brown Fox. We appreciate your business.

# EXHIBIT C

2699 Howell Street, Suite 500
Dallas, Texas 75204
Phone: (214) 327-5000
brownfoxlaw.com/payments

BROWN FOX

# INVOICE

Invoice # 2222725
Date: 05/11/2026

Barton Receivership

## SEC v. Barton – Non-Receiver Activity: Asset Analysis and Recovery

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 01/04/2026 | CAC | Correspond with R. Phelan and J. Lindauer regarding motion to dismiss hearing in bankruptcy case no. 20-43204-mxm11 (N.D. Tex. Bankr.) (.1); correspond with same regarding motion for final decree pending in Case 3:25-cv-01949-G (N.D. Tex.) (.1). | 0.20 | $385.00 | $77.00 |
| 01/23/2026 | CAC | Meet with Receiver and A. Debter regarding [redacted]; review R. Phelan's MSJ in connection with same. | 0.90 | $385.00 | $346.50 |
| 01/23/2026 | ACD | Conference with C. Thomas and A. Carrillo regarding [redacted]. | 0.50 | $300.00 | $150.00 |
| 01/26/2026 | ACD | Confer with R. Phelan and J. Lindauer regarding extension of time to respond to motion for summary judgment; draft motion for extension of time to respond to motion for summary judgment; review and analyze motion for summary judgment and related briefing; draft outline of response to motion for summary judgment. | 7.80 | $300.00 | $2,340.00 |
| 01/29/2026 | GWG | Correspond with team regarding [redacted]. | 0.10 | $200.00 | $20.00 |
| 02/02/2026 | ACD | Draft response to motion for summary judgment. | 3.60 | $300.00 | $1,080.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/11/2026 | ACD | Review and analyze Barton's emergency motion to modify receivership over homestead. | 0.70 | $300.00 | $210.00 |
| 02/11/2026 | GWG | Draft motion to lift litigation stay and related proposed order (3.3); draft notice for bankruptcy case (.4). | 3.70 | $200.00 | $740.00 |
| 02/16/2026 | CCK | Review current version of PSA for Ingleside and further edits to same; review Barton's motion to exclude/release Rock Creek property from receivership, and confer with A. Debter and C. Thomas regarding [redacted]; review docket and confer with A. Debter regarding [redacted]. | 2.00 | $385.00 | $770.00 |
| 02/16/2026 | ACD | Conference with C. Thomas and C. Koonce regarding [redacted]. | 0.50 | $300.00 | $150.00 |
| 02/17/2026 | ACD | Work on response to Phelanlaw's motion for summary judgment. | 4.40 | $300.00 | $1,320.00 |
| 02/18/2026 | ACD | Work on summary judgment response. | 7.30 | $300.00 | $2,190.00 |
| 02/19/2026 | ACD | Work on response to Phelanlaw's motion for summary judgment. | 6.30 | $300.00 | $1,890.00 |
| 02/19/2026 | CAC | Conduct legal research for response to R. Phelan's motion for summary judgment regarding motion for final decree in 2999TC bankruptcy case removed to Receivership Court (.3); confer with A. Debter regarding [redacted] (.5). | 0.80 | $385.00 | $308.00 |
| 02/20/2026 | ACD | Work on response to Phelanlaw's Motion for Summary Judgment. | 6.70 | $300.00 | $2,010.00 |
| 02/20/2026 | CAC | Confer with Receiver and A. Debter regarding [redacted] (.6); conduct research regarding same (.5). | 1.10 | $385.00 | $423.50 |
| 02/21/2026 | ACD | Work on response to Phelanlaw's Motion for Summary Judgment. | 7.00 | $300.00 | $2,100.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/22/2026 | ACD | Work on response to Phelanlaw's Motion for Summary Judgment. | 2.50 | $300.00 | $750.00 |
| 02/23/2026 | ACD | Conference with C. Thomas regarding response to Phelanlaw's motion for summary judgment; revise same to input C. Thomas's comments. | 3.00 | $300.00 | $900.00 |
| 02/24/2026 | ACD | Work on response to Phelanlaw motion for summary judgment. | 6.50 | $300.00 | $1,950.00 |
| 02/24/2026 | CAC | Review draft response to "motion for summary judgment" filed by R. Phelan in motion for final decree proceeding in Receivership Court (from 2999TC bankruptcy case). | 0.40 | $385.00 | $154.00 |
| 02/25/2026 | CAC | Conduct legal research in connection with response to R. Phelan's motion for summary judgment in 2999TC motion for final decree proceeding. | 0.30 | $385.00 | $115.50 |
| 02/25/2026 | CCK | Begin extensive edits to motion to ratify SPC settlement agreement, conforming same to revised settlement terms and PSA terms, revising factual background and arguments; continued revisions and edits to PSA for D4IN as a template and global settlement agreement for all four D4 entities and properties. | 4.40 | $385.00 | $1,694.00 |
| 02/25/2026 | ACD | Revise response to Phelanlaw's motion for summary judgment to incorporate A. Carrillo's comments; prepare for filing. | 1.50 | $300.00 | $450.00 |
| 02/26/2026 | CCK | Review email from escrow company, confer with C. Thomas and assistant regarding [redacted]. | 0.30 | $385.00 | $115.50 |
| 02/27/2026 | ACD | Draft response to Barton's motion to modify receivership regarding the Rock Creek property. | 4.40 | $300.00 | $1,320.00 |
| 03/01/2026 | ACD | Work on response to motion to modify receivership over the Rock Creek property. | 2.00 | $300.00 | $600.00 |
| 03/02/2026 | ACD | Work on response to motion to modify receivership over Rock Creek property. | 10.60 | $300.00 | $3,180.00 |
| 03/02/2026 | CCK | Continued drafting/revisions to motion to | 3.20 | $385.00 | $1,232.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | ratify settlement with SPC and call with C. Thomas to discuss [redacted]; continued edits and drafting to motion to ratify settlement agreement with SPC and forward [redacted] to C. Thomas and J. Hopper. | | | |
| 03/03/2026 | ACD | Revise response to motion to modify receivership regarding Rock Creek property; incorporate C. Koonce's and C. Thomas's comments regarding same; call with K. Bernstein regarding same. | 4.80 | $300.00 | $1,440.00 |
| 03/03/2026 | CCK | Review and revise Response to Barton motion to release Rock Creek Property or lease it to him. | 1.20 | $385.00 | $462.00 |
| 03/03/2026 | ACD | Review and analyze reply in support of Phelanlaw's motion for summary judgment. | 0.90 | $300.00 | $270.00 |
| 03/06/2026 | ACD | Review and analyze Barton's Motion requesting United States Trustee Position and Barton's Objection to Receiver's motion for entry of final decree closing chapter 11 case. | 0.60 | $300.00 | $180.00 |
| 03/09/2026 | ACD | Draft response/notice to Barton's objection to receiver's motion for entry of final decree and Barton's motion requesting United States Trustee Position regarding final decree motion. | 3.90 | $300.00 | $1,170.00 |
| 03/16/2026 | ACD | Revise response to Barton's filings regarding motion for final decree in bankruptcy action. | 0.20 | $300.00 | $60.00 |
| 03/25/2026 | CAC | Review Fifth Circuit's opinion in Appeal No. 24-10788. | 0.30 | $385.00 | $115.50 |
| 03/30/2026 | CCK | Confer with C. Thomas regarding [redacted]. | 0.40 | $385.00 | $154.00 |
| 03/31/2026 | GWG | Correspond with team regarding [redacted]. | 0.10 | $200.00 | $20.00 |
| | | | | **Quantity Subtotal** | **105.1** |
| | | | | **Subtotal** | **$32,457.50** |

## SEC v. Barton – Non-Receiver Activity: Case Administration

| Date | Initials | Description | Hours | Rate | Client Total |
|---|---|---|---|---|---|
| 01/02/2026 | JFH | Attention to Goldmark pest control invoice. | 0.10 | $300.00 | $30.00 |
| 01/05/2026 | JFH | Confer with C. Thomas regarding [redacted] (.2); email with J. Silverstein regarding Goldmark deposits (.1); review emails from US Trustee on motion to dismiss hearing (.1). | 0.40 | $300.00 | $120.00 |
| 01/05/2026 | CAC | Confer with Receiver regarding [redacted] (.2); correspond with U.S. Trustee regarding motion to dismiss hearing in NDTX Bankruptcy Case No. 20-43204-mxm11 (.2). | 0.40 | $385.00 | $154.00 |
| 01/06/2026 | JFH | Attention to A. Nino mowing checks (.2); review emails and confer with M. Baum regarding upcoming 2999TC LP, LLC bankruptcy motion to dismiss (.4). | 0.70 | $300.00 | $210.00 |
| 01/07/2026 | JFH | Post signage at Gillespie house to deter stray animals (1.0); revise tracking spreadsheet and confer with C. Thomas regarding [redacted] (.6). | 1.60 | $300.00 | $480.00 |
| 01/07/2026 | CAC | Review T. Barton's motion for reconsideration filed in Fifth Circuit Appeal No. 25-10788. | 0.10 | $385.00 | $38.50 |
| 01/08/2026 | JFH | Attention to Barton property taxes. | 0.50 | $300.00 | $150.00 |
| 01/08/2026 | CAC | Review T. Barton's opposition to Receiver's amicus curiae brief in Fifth Circuit appeal no. 24-10788. | 0.10 | $385.00 | $38.50 |
| 01/09/2026 | JFH | Review and analyze Barton mail received (.8); email with J. Silverstein regarding Dallas Housing Authority notices (.2). | 1.00 | $300.00 | $300.00 |
| 01/12/2026 | JFH | Email with C. Mathis regarding 2026 farm lease. | 0.30 | $300.00 | $90.00 |
| 01/12/2026 | CAC | Review Fifth Circuit appeals dockets for updates (.); review bankruptcy court dockets for updates (.); coordinate assignment of motion to lift litigation stay of 2999TC LP bankruptcy case to G. Godkin (.). | 0.20 | $385.00 | $77.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01/13/2026 | CAC | Review docket updates for Fifth Circuit appeal no. 24-10788. | 0.10 | $385.00 | $38.50 |
| 01/13/2026 | JFH | Site visit to Gillespie property (1.0); email with counsel for Frisco Independent School District regarding stay in City of Frisco v FHC Acquisition lawsuit (.5). | 1.50 | $300.00 | $450.00 |
| 01/15/2026 | JFH | Email with C. Thomas and Ahuja Consultants regarding [redacted]. | 0.10 | $300.00 | $30.00 |
| 01/16/2026 | JFH | Email with C. Mathis regarding farm lease (.2); review and edit draft notice of appearance in City of Frisco litigation (.3); email with J. Silverstein and K. O'Rourke regarding [redacted] (.3) | 0.80 | $300.00 | $240.00 |
| 01/17/2026 | CAC | Review Fifth Circuit appeal dockets and related Appellant brief filings by T. Barton. | 0.40 | $385.00 | $154.00 |
| 01/18/2026 | JFH | Email with C. Thomas and A. Carillo regarding [redacted]. | 0.30 | $300.00 | $90.00 |
| 01/19/2026 | JFH | Draft renewed notice of stay and review notice of appearance in City of Frisco v. FHC Acquisition (1.1); continued attention to collecting Goldmark vendor W9s (.3). | 1.40 | $300.00 | $420.00 |
| 01/20/2026 | JFH | Review Barton's appellate brief on fee dispute (.3); confer with A. Nino regarding payment (.1); email with Sunridge regarding Bellwether Ridge bank account (.1). | 0.50 | $300.00 | $150.00 |
| 01/21/2026 | JFH | Review and sort mail received for Receivership and non-Receivership entities (.9); confer with A. Nino regarding payment (.1); continue collection of Goldmark vendor tax forms (.2). | 1.20 | $300.00 | $360.00 |
| 01/22/2026 | JFH | Review and analyze Phelanlaw's motion for summary and J. Lindauer's joinder in motion in the In re 2999TC bankruptcy proceeding. | 0.80 | $300.00 | $240.00 |
| 01/23/2026 | JFH | Email with C. Goodwin regarding farm lease and payment. | 0.10 | $300.00 | $30.00 |
| 01/26/2026 | JFH | Attention to Goldmark payroll. | 0.10 | $300.00 | $30.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01/28/2026 | GWG | Perform review of pending litigation dockets and report on same to Receiver and further develop Quarterly Status Report in relation to same. | 2.30 | $200.00 | $460.00 |
| 02/02/2026 | JFH | Review insurance and utility invoices and Texas Comptroller notices (.2); review executed lease and payment from Chris Goodwin (.1). | 0.30 | $300.00 | $90.00 |
| 02/05/2026 | JFH | Review and email with Ahuja Consultants regarding 1099s for Receivership entities. | 0.20 | $300.00 | $60.00 |
| 02/09/2026 | JFH | Review and email Ahuja consulants Texas Comptroller notices. | 0.30 | $300.00 | $90.00 |
| 02/17/2026 | JFH | Confer with G. Godkin regarding [redacted] (.2); email with C. Koonce regarding [redacted] (.1). | 0.30 | $300.00 | $90.00 |
| 02/18/2026 | JFH | Attention to City of Dallas notice of shutting off water at Amerigold Suites. | 0.40 | $300.00 | $120.00 |
| 02/19/2026 | JFH | Review tax related and other mail received for Receivership entities (.3); message A. Nino regarding payment for lawn care (.1). | 0.50 | $300.00 | $150.00 |
| 02/23/2026 | JFH | Email with C. Thomas and G. Godkin regarding TXU Amerigold contract. | 0.10 | $300.00 | $30.00 |
| 02/23/2026 | GWG | Attention to correspondence concerning Goldmark's TXU Energy renewal. | 0.10 | $200.00 | $20.00 |
| 02/24/2026 | JFH | Email and confer with C. Thomas and G. Godkin regarding [redacted] (.5); email and confer with creditors and brokers requesting status update on bankruptcy proceeding (.9); draft creditor letter to Law Office of Van Shaw regarding same (.4); email with Gillespie house neighbors regarding potential solutions for cats (.3). | 2.10 | $300.00 | $630.00 |
| 02/24/2026 | GWG | Meet and confer with J. Hopper and Receiver regarding [redacted] (.2); email TXU Energy representatives regarding same (.2); analyze related proposal (.5); email with Receiver regarding [redacted] (.1). | 1.00 | $200.00 | $200.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/25/2026 | JFH | Email with Circle H's counsel regarding status of Receivership proceedings. | 0.10 | $300.00 | $30.00 |
| 02/25/2026 | GWG | Attention to email and voicemail from TXU Energy regarding renewal and respond to same. | 0.10 | $200.00 | $20.00 |
| 02/27/2026 | JFH | Review Barton's notice of change in role of counsel. | 0.10 | $300.00 | $30.00 |
| 03/02/2026 | JFH | Review and analyze mail received and email with Ahuja Consultants regarding tax notices from same (.5); message with A. Nino regarding upcoming lawn payments (.2). | 0.70 | $300.00 | $210.00 |
| 03/04/2026 | JFH | Email with Cushman & Wakefield broker regarding status of Bellwether Ridge and Windmill Farms. | 0.20 | $300.00 | $60.00 |
| 03/05/2026 | JFH | Confer with Cushman & Wakefield broker regarding status of receivership proceedings. | 0.30 | $300.00 | $90.00 |
| 03/09/2026 | JFH | Attention to paying Goldmark checks and outstanding invoices. | 0.20 | $300.00 | $60.00 |
| 03/09/2026 | CAC | Correspond with J. Smith regarding T. Barton's request for proceed pro se in receivership case (.1); correspond with E. Young (UST) regarding UST fees in 2999TC bankruptcy case (.1). | 0.20 | $385.00 | $77.00 |
| 03/10/2026 | CAC | Review and comment on draft response to T. Barton's attempted opposition to motion for final decree in 2999TC bankruptcy case. | 0.20 | $385.00 | $77.00 |
| 03/10/2026 | JFH | Review and analyze mail and invoices received for receivership entities. | 0.20 | $300.00 | $60.00 |
| 03/11/2026 | JFH | Email with Standridge Companies looking to acquire receivership property in Venus. | 0.10 | $300.00 | $30.00 |
| 03/12/2026 | JFH | Attention to Goldmark invoice payments. | 0.10 | $300.00 | $30.00 |
| 03/13/2026 | JFH | Call Whitman Land Group regarding request for easement. | 0.40 | $300.00 | $120.00 |
| 03/18/2026 | JFH | Review and analyze creditor and IRS notices received in the mail for Barton receivership entities. | 0.30 | $300.00 | $90.00 |
| 03/23/2026 | JFH | Email with D. Johnston regarding receivership order and potential easement on | 0.40 | $300.00 | $120.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | [redacted] (.3); attention to paying A. Nino for lawn services (.1). | | | |
| 03/24/2026 | JFH | Confer with D. Johnston regarding receivership order and potential easement on land owned by Lynco Ventures and DJD Land Partners. | 0.10 | $300.00 | $30.00 |
| 03/25/2026 | JFH | Review and analyze Department of Justice notices and tax statements received in mail. | 0.30 | $300.00 | $90.00 |
| 03/26/2026 | JFH | Revise and edit creditor letters and response to City of Opelika attorney regarding impact of receivership stay. | 0.60 | $300.00 | $180.00 |
| 03/26/2026 | CAC | Confer with Receiver regarding [redacted]. | 0.10 | $385.00 | $38.50 |
| 03/27/2026 | CAC | Confer with Receiver regarding [redacted]. | 0.10 | $385.00 | $38.50 |
| 03/30/2026 | JFH | Email with SPC counsel regarding denial of Barton's petition for writ of certiorari and next steps. | 0.20 | $300.00 | $60.00 |
| 03/31/2026 | JFH | Email and confer with SPC counsel regarding draft settlement agreement, purchase and sale agreements, and motion to ratify settlement. | 0.60 | $300.00 | $180.00 |
| 03/31/2026 | CAC | Correspond with UST regarding pending Barton entity bankruptcy cases in NDTX and EDTX. | 0.30 | $385.00 | $115.50 |

| | |
|---|---|
| **Quantity Subtotal** | **26.2** |
| **Subtotal** | **$7,697.00** |
| **Hours Total** | **131.3** |
| **Subtotal** | **$40,154.50** |
| **Client Total** | **$40,154.50** |

**Current Statement payable upon receipt and due within 30 days.**

Federal Tax ID 61-1764390

**Credit, Debit, or eCheck Payments** https://www.brownfoxlaw.com/payments

When selecting payment by credit, please note that applicable charges and fees will be itemized prior to confirming payment and paid directly to the credit card issuer, card network and payment processor.

Direct payment inquiries to the Account Services Department at accounting@brownfoxlaw.com

Thank you for choosing Brown Fox. We appreciate your business.

# EXHIBIT D

Ahuja & Consultants, Inc.
Certified Public Accountants

**Ahuja & Consultants, Inc.**
2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8239.Bar
**Invoice Date:** 3/31/2026
**Due Date:** 4/30/2026

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

**Q1 2026 BILLING SUMMARY**

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 2900 | Accounting/Auditing Services | 13.30 | $2,967.50 |
| 3900 | Tax Services | 5.30 | $1,418.50 |
| | Expense Reimbursement | | $330.37 |

**TOTAL** **$4,716.37**

Ahuja & Consultants, Inc.
Certified Public Accountants

**Ahuja & Consultants, Inc.**
2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8239.Bar
**Invoice Date:** 3/31/2026
**Due Date:** 4/30/2026

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

**Q1 2026 BILLING SUMMARY**

| ID | TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| AH | Ammon Hall | Associate | 2.60 | $150.00 | $390.00 |
| AK | Arti Kathiriya | Senior Associate | 0.60 | $210.00 | $126.00 |
| DK | Devon Kwande | Manager | 4.70 | $275.00 | $1,292.50 |
| DS | Divya Shetty | Manager | 4.20 | $275.00 | $1,155.00 |
| JW | Jennifer Wallace | Senior Associate | 6.00 | $210.00 | $1,260.00 |
| MA | Madhu Ahuja | Engagement Leader | 0.50 | $325.00 | $162.50 |

**TOTAL** **18.60** **$4,386.00**

Ahuja & Consultants, Inc.
Certified Public Accountants

**Ahuja & Consultants, Inc.**
2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8239.Bar
**Invoice Date:** 3/31/2026
**Due Date:** 4/30/2026

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

**Q1 2026 Expense Reimbursement**

| DESCRIPTION | AMOUNT |
|---|---|
| Barton: CCH Axcess Consolidated Corporation Authorizations | $212.13 |
| Barton (Carnegie) 1099-NEC filing charges and postage | $8.79 |
| Barton (Goldmark Hospitality) 1099-NEC filing charges and postage | $21.98 |
| Barton (Carnegie) CCH Axcess Tax Business Federal Authorization | $87.47 |

**TOTAL** **$330.37**

Ahuja & Consultants, Inc.
Certified Public Accountants

**Ahuja & Consultants, Inc.**
2901 N. Dallas Pkwy
Suite 320
Plano, TX 75093

**Invoice #** 8239.Bar
**Invoice Date:** 3/31/2026
**Due Date:** 4/30/2026

Bill To:
Brown Fox Law – Barton Receivership
Attn: Cort Thomas

| Date | ID | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 1/7/2026 | AH | Data entry and reconcile the Veritex Bank account #2387, #0700, #2290, and #6623 | 2900 | 2.60 | $390.00 |
| 1/7/2026 | DS | Review and organization of bank statements and email correspondence regarding expense reclassification | 2900 | 0.40 | $110.00 |
| 1/8/2026 | DS | Review the books, email client for classification of expenses and prepare the Standard Fund Accounting Report (SFAR) | 2900 | 1.30 | $357.50 |
| 1/8/2026 | MA | Review Standard Fund Accounting Report (SFAR) | 2900 | 0.50 | $162.50 |
| 1/9/2026 | DS | Review and email the Standardized Fund Accounting Report (SFAR) to Receiver | 2900 | 0.30 | $82.50 |
| 1/13/2026 | JW | Prepare Forms 1099 list for approval, identify Goldmark Forms 1099 from Carnegie | 2900 | 2.80 | $588.00 |
| 1/14/2026 | DS | Review the books and review the Forms 1099 spreadsheet | 2900 | 1.80 | $495.00 |
| 1/14/2026 | JW | Prepare the Forms 1099 vendor list | 2900 | 0.50 | $105.00 |
| 1/28/2026 | JW | Make changes for payee information. Review checks for accuracy | 2900 | 2.00 | $420.00 |
| 1/29/2026 | DS | Review all Forms 1099 | 2900 | 0.40 | $110.00 |
| 1/30/2026 | JW | Research the annual reconciliation report filing | 2900 | 0.70 | $147.00 |
| 2/10/2026 | DK | Review of state notices for 3 entities from Receiver's team and respond | 3900 | 0.30 | $82.50 |
| 2/12/2026 | AK | Preparation and filing of the Texas Public Information Report (PIR) for the 2025 report year | 3900 | 0.60 | $126.00 |
| 3/3/2026 | DK | Review of and taking action on IRS and state notices for BEE2019 LLC, 2999TC JMJ CMGR LLC, Orchard Farms Village, Mansions Apartment Homes at Marine Creek and D4OP LLC | 3900 | 1.00 | $275.00 |
| 3/6/2026 | DK | Resolution of Barton tax notices | 3900 | 0.80 | $220.00 |
| 3/18/2026 | DK | Review of 2025 Form K-1 documents for Enoch Investments | 3900 | 1.20 | $330.00 |

| Date | ID | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 3/20/2026 | DK | Review of notices from Receiver's team | 3900 | 1.40 | $385.00 |

| | |
|---|---|
| **Total** | **$ 4,386.00** |
| **Balance Due** | **$ 4,716.37** |