IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>TIMOTHY BARTON et al.,<br><br>*Defendants*,<br><br>DJD LAND PARTNERS LLC and LDG001 LLC,<br><br>*Relief Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:22-CV-2118-X |

**ORDER**

Before the Court is Defendant Timothy Barton's motion to stay pending appeal and, in the alternative, for a temporary administrative stay (Doc. 883, Ex. A). To receive a stay pending appeal, the movant bears the burden of showing (1) likelihood of success on the merits, (2) an irreparable injury if the stay is not granted, (3) the balance of equities favors a stay, and (4) that the stay would serve the public interest.[1] After careful consideration, the Court concludes that Barton has not met his burden and **DENIES** the motion.

**IT IS SO ORDERED** this 18th day of September, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

[1] *Ruiz v. Estelle*, 666 F.2d 854, 856 (5th Cir. 1982).