UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BARTON,<br>CARNEGIE DEVELOPMENT, LLC,<br>WALL007, LLC,<br>WALL009, LLC,<br>WALL010, LLC,<br>WALL011, LLC,<br>WALL012, LLC,<br>WALL016, LLC,<br>WALL017, LLC,<br>WALL018, LLC,<br>WALL019, LLC,<br>HAOQIANG FU (A/K/A MICHAEL FU),<br>STEPHEN T. WALL,<br><br>Defendants,<br><br>DJD LAND PARTNERS, LLC, and<br>LDG001, LLC,<br><br>Relief Defendants. | C.A. No.: 3:22-cv-2118-X<br><br>Jury Trial Demanded |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE REGARDING CERTIFICATE OF CONFERENCE ON TIMOTHY BARTON'S RENEWED MOTION FOR LEAVE TO FILE SUPPLEMENT TO CONSOLIDATED RESPONSE AND OBJECTION (DKT. 885) AND, ALTERNATIVELY, TO EXTEND TIME AND PERMIT FILING OUT OF TIME (DKT. 920)**

Plaintiff Securities and Exchange Commission ("SEC") submits this Notice of Certificate of Conference in reference to Defendant Timothy Barton's Renewed Motion for Leave to File Supplement to Consolidated Response and Objection (DKT. 885) and Alternatively, to Extend Time and Permit Filing Out of Time (DKT. 920).

The Certificate of Conference to Barton's Motion states that agreement could not be reached because the SEC opposes renewed submission of the previously denied filing. To clarify, on September 22, 2026, counsel for the SEC sent Barton a follow-up email informing Barton that the SEC, like the Receiver, would not be opposed to his request for leave to refile the motion provided that the proposed supplement contained no substantive changes and Barton did not oppose the Receiver's opportunity to file a reply.

Dated: September 24, 2026,

Respectfully submitted,

*/s/ Keefe M. Bernstein*
Keefe M. Bernstein
Texas Bar No. 24006839
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2607 (KMB phone)
(817) 978-4927 (facsimile)
bernsteink@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

**CERTIFICATE OF SERVICE**

I affirm that on September 24, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I also emailed a copy to the email address from which *pro se* Defendant Barton has been sending counsel for the SEC communications related to this case.

*/s/ Keefe M. Bernstein*
Keefe M. Bernstein