**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| | § | |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § | |
| | § | |
| ***Defendants,*** | § | |
| | § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § | |
| | § | |
| ***Relief Defendants.*** | § | |

**RECEIVER'S VERIFIED NOTICE OF**
**<u>PUBLICATION REGARDING SALE OF D4 PROPERTIES</u>**

Cortney C. Thomas, as the Court-appointed Receiver, respectfully provides Notice of Publication in compliance with 28 U.S.C. § 2001 and the Court's consideration of the sale of Parc at Opelika and all receivership interest in D4DS, LLC; D4FR, LLC; and D4IN, LLC at the hearing set for September 29 at 1:00 p.m., [Dkt. 880] (the "Motion") as follows:

As required by 28 U.S.C. § 2001(b), a Notice of Sale and Hearing (the "Notice"), providing notice of the Court's consideration of the sale of (1) Parc at Opelika, 1375 McCoy Street, Opelika,

Alabama; (2) all receivership interest in D4DS, LLC which owns the property known as Bellwether Ridge, located at 841 S. Polk Street, DeSoto, Texas; (3) all receivership interest in D4FR, LLC, which owns the property known as the Parc at Windmill Farms, located at 1003 Windmill Farms Boulevard, Forney, Texas; and, (4) all receivership interest in D4IN, LLC, which owns the property known as the Parc at Ingleside, located at 2850 Avenue J, Ingleside, Texas including the relevant terms of each sale and a request for bona fide competing offers, and the date, time, and location of the hearing to consider the sales, was published in *The Dallas Morning News* in print and on online at www.dallasnews.com. The Notice ran on September 16, 2026.

An Affidavit of Publication reflecting publication on September 16, 2026 is attached as **Exhibit A**.

Although the Notice included solicitation of competing offers and contact information for the Receiver, no competing offers for the Property have been received as of the time of this filing.

Respectfully submitted,

**BROWN FOX PLLC**

By: */s/ Cortney C. Thomas*
Cortney C. Thomas
Texas Bar No. 24075153
cort@brownfoxlaw.com
2699 Howell Street, Suite 500
Dallas, TX 7504
T: 214.327.5000
F: 214.327.5001

**RECEIVER**

**VERIFICATION**

My name is Cortney C. Thomas. I am over the age of 18 and am fully competent to make this verification. I declare under penalty of perjury that the facts stated above are within my personal knowledge and are true and correct.

*/s/ Cortney C. Thomas*
Cortney C. Thomas

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.