# EXHIBIT A

The Dallas Morning News

# AFFIDAVIT OF PUBLICATION

STATE OF TEXAS

COUNTY OF DALLAS

Before me, a Notary Public in and for Dallas County, this day personally appeared David Ferster, Advertising Representative for *THE DALLAS MORNING NEWS* being duly sworn by oath, states the attached advertisement of: **Ad#0162970**

Brown Fox PLLC

Appeared in *The Dallas Morning News* on September 16, 2026

Dallas Morning News Sales Operations

Sworn to and subscribed before me this

Date: 09.16.2026

DANIEL NAVARRO
Notary Public, State of Texas
Comm. Expires 03-22-2028
Notary ID 134822067

NOTARY PUBLIC STATE OF TEXAS

Notary Public, State of Texas