# EXHIBIT A

The Dallas Morning News

# AFFIDAVIT OF PUBLICATION

STATE OF TEXAS

COUNTY OF DALLAS

Before me, a Notary Public in and for Dallas County, this day personally appeared David Ferster, Advertising Representative for *THE DALLAS MORNING NEWS* being duly sworn by oath, states the attached advertisement of: **Ad#0162970**

Brown Fox PLLC

Appeared in *The Dallas Morning News* on September 16, 2026

Dallas Morning News Sales Operations

Sworn to and subscribed before me this Date: 09.16.2026

DANIEL NAVARRO
Notary Public, State of Texas
Comm. Expires 03-22-2028
Notary ID 134822067

NOTARY PUBLIC STATE OF TEXAS

Notary Public, State of Texas

Case 3:22-cv-02118-X Document 937-1 Filed 09/28/26 Page 3 of 3 PageID 27372

# Classified Marketplace

One of the most trusted brands in North Texas.

Get started today at **dallasnews.com/classifieds** or call **214.745.8123.**

## Pets



CKC REGISTERED JACK RUSSELL TERRIER PUPPIES. 5 M now 4 wks old. Visit www.terriertreasures.com Phone (512) 734-1348

YORKIES, AKC, quality pups, health guar, champion lines. $1,200+ (214) 676-2385 or visit: shimmerlimeyorkies.com

## Wanted



WE BUY OLD COMIC BOOKS, POSTAGE STAMPS, SCRAP JEWELRY, COINS, OLD SPORT CARDS, and POKEMON CARDS. 972-801-7599

## Autos & More

Vehicles | Boats | RVs Motorcycles | Misc.

## Trucks, SUVs & Vans

2024 GMC Sierra 1500 Denali 9,300 miles, all black, 1 owner same as new. $57,500 or offer 214-557-9919

## Real Estate

For Sale | For Rent | Services

## Homes for Sale



20- acre barn domin. 3600 Sq ft space, 1 bed, 1 bath home Country Style Living room, Private Oasis Call 580-306-6285

Beautiful 3Bd, 1900 Sq. Ft. Move in ready home, features gourmet kitchen, granite, double oven, tile, high ceilings, baja shower, formal dinning room. No realtors. McKinney. Built 2017, og. owner, convenient location. Text 214-893-2980

## Real Estate

For Sale | For Rent | Services

## Miscellaneous



# Best Cash Offer For Your House!

Turn Your Unwanted House Into Cash

HOUSE HUNTERS of Dallas.com

30 Years Buying Homes in DFW Metroplex

$$ More Money For You $$

CALL NOW 214-906-2291

- No Repairs
- No Commissions
- No Closing Costs

Just Quick Cash! 7 Day Closings!

Eileen Petroski Licensed Realtor

We Buy Houses In Any Condition Or Location



# BillBuysHouses.com

*Trusted Texan Buying Houses "as is" Since 1991*

**Prompt Cash Offer • Bill Pays Closing Costs**
**Sell Quick Without Repairs**

Bill Jackson
*Real Estate Broker*

**214.478.8979**

## Miscellaneous

Equal Housing Opportunity

Real estate advertised in this newspaper is subject to the amended Federal Fair Housing Act of 1968, which makes it illegal to advertise any preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status or national origin or intention to make such preference, limitation or discrimination. This newspaper will not knowingly accept any advertising for real estate which is in violation of the law. For complaints call the Fair Housing Office in your city or HUD 800-669-9777

NOTICE
Residential rental locators are required to be licensed by the TX Real Estate Commission, Austin 800-250-8732
Locators may advertise apartment units in general terms & all units may not have the same features. The amount of rent quoted in an ad may be the starting rent for a basic unit which does not have all advertised features.

Scan here to place an ad.

CLASSIFIED MARKETPLACE

## Land

50 Patio Home Lots, sold as package. Cash $7M. 300 blk Ellen Dr Cedar Hill, broker/owner 972-299-6080

## Land

FOR SALE BY OWNER Box store in Burleson, TX 1.95 acres on Wilshire Blvd. $1.6M. 562-858-7268

## Funeral Planning

Thanks | Plots | Funeral Homes Funeral & Estate Services

## Other Funeral Planning

legaltalktexas.hammerle.com

HM HAMMERLE MORRIS LAW FIRM

Virginia Hammerle — Probate - Wills

2871 Lake Vista Drive, Suite 100, Lewisville, TX 75067 - 972.436.9300
Read Virginia's articles in the Sunday Metro Section

## Cemetery Plots

Restland 2 plots Together, 4 Single $7,000 ea 214-769-1351

CLASSIFIED MARKETPLACE

Place your ad or notice in Classified Marketplace today!

dallasnews.com/classifieds 214.745.8123

CLASSIFIED MARKETPLACE

## services

### Repair

**AB Creative**
Outdoor Living LLC
972-578-1802
Repairs • Landscaping • Concrete
"Free Estimates"



**ROOF REPAIRS**
Leaks, Missing Shingles
Roof Turbines, Gutter Cleaning.
19 years of exper.
Greg: 972-849-1845



**Brick Repair**, Cracks, Mail Boxes, Etc., No Job To Big or Small, 20 years Experience. Free Estimates. (469) 926-5064

### Services

**Got Junk? You Call We Haul!**

Also haul big A/C units, old cars, aluminium rims, clean garages, scrap metal, and junk removal.
**Call Mike 972.374.6985**

# legal

## Legal/Public Notices

City of Dallas

**Notice of Public Meeting**
**COMMUNITY DEVELOPMENT COMMISSION**
**Citizen Participation / Policy & Procedures Committee**

The Community Development Commission (CDC) Citizen Participation / Policy & Procedures Committee has scheduled a meeting on Tuesday, September 22, 2026 at 5:30 PM at Dallas City Hall, 1500 Marilla Street, Council Briefing Room 6ES, and by videoconference. Residents may attend the meeting in-person; access videoconference link: https://bit.ly/4sM5UB or dial phone number: 469-210-7159, access code: 2485 386 2344, password: 5P5w364kHIU. The meeting will also be broadcast on Spectrum Cable Channel 96 and available on-demand online at: https://dallascityhall.com/government/Pages/Live.aspx.

Individuals and interested parties wishing to speak or submit public comments must register with the Department at https://forms.office.com/g/6l97gKvQpy or contact Budget & Management Services/Grants Administration Division by phone at (945) 239-0735 or by email at ofscommunitydevelopment@dallascityhall.com no later than 24 hours in advance of the meeting. The City of Dallas will make "Reasonable Accommodations" to programs and/or other related activities to ensure any and all disabled individuals have access to services and resources to create an equal opportunity to participate in all City related programs, services and activities.
Anyone who requires an auxiliary aid or service to fully participate in the CDC meeting should notify Budget & Management Services/Grants Administration Division at (945) 239-0735 or TTY 1-800-735-2989, forty-eight (48) hours prior to the scheduled meeting.

La Comisión de Desarrollo Comunitario (CDC) Comité de Participación Ciudadana / Políticas y Procedimientos programado una reunión para el martes, 22 de septiembre de 2026 a las 5:30 PM en el Ayuntamiento de Dallas, 1500 Marilla Street, Sala de Reuniones del Concejo 6ES, y por videoconferencia. Los residentes pueden asistir a la reunión en persona; acceder al enlace de la videoconferencia: https://bit.ly/4sM5UB o marcar al número de teléfono: 469-210-7159, código de acceso: 2485 386 2344, contraseña: 5P5w364kHIU. La reunión también se transmitirá por el canal 96 de Spectrum Cable y estará disponible bajo demanda en línea en: https://dallascityhall.com/government/Pages/Live.aspx.

Las personas y partes interesadas que deseen hablar o presentar comentarios públicos deben registrarse en el Departamento en https://forms.office.com/g/6l97gKvQpy o comunicarse con la División de Administración de Subvenciones/Servicios de Presupuesto y Gestión por teléfono al (945) 239-0735 o por correo electrónico a ofscommunitydevelopment@dallascityhall.com a más tardar 24 horas antes de la reunión. La Ciudad de Dallas hará "Ajustes Razonables" a los programas y/u otras actividades relacionadas para asegurar que todas las personas con discapacidad tengan acceso a los servicios y recursos para crear una igualdad de oportunidades para participar en todos los programas, servicios y actividades relacionados con la Ciudad. Cualquier persona que requiera una ayuda o servicio auxiliar para participar plenamente en la reunión del CDC debe notificar a la División de Administración de Subvenciones/Servicios de Presupuesto y Gestión al (945) 239-0735 o TTY 1-800-735-2989, cuarenta y ocho (48) horas antes de la reunión programada.
IPL0MN0162620

## Legal Bids & Proposals

The North Central Texas Council of Governments is accepting applications for Fiscal Year 2027 Title III-E caregiver information services proposals. Go to https://nctcog.org/aging-services/subrecipient-and-contractor-opportunities for a proposal packet. Applications are due October 19, 2026.
IPL0MN0162754

REQUEST FOR PROPOSAL ADVERTISEMENT

Metrocare is seeking proposals for RFP 2027-09-01- Individual Coverage Health Reimbursement Arrangement (ICHRA). Submittals are due by 2:00 pm C.T. 9/24/2026.

Visit https://procurement.opengov.com/portal/metrocareservices/projects/195089 to download the request for proposal documents and to submit responses electronically. Sealed paper submittals shall be submitted in person at 3242 Romond Dr, Dallas, TX 75211. Late submittals will not be accepted.

All submittals will be opened on 9/24/2026 at 2:00 pm through a TEAMS audio meeting Dial-in # 929-352-1942, Phone conference ID: 640760098#. Contact the Purchasing Department at Purchasing@metrocareservices.org for support regarding this project.
IPL0MN0162327

## Legal Bids & Proposals

NOTICE TO BIDDERS

Description
BID #26-041 Firestone

Document Location
Euna Procurement
(Ionwave)

Publication Dates
9/9/26
9/16/26

Opening Date
9/24/26

Opening Time
3:00 pm

Submissions will only be accepted at https://carrolltonbids.ionwave.net/ until the date and time specified. Only bids duly delivered and submitted will be considered.
IPL0MN0162787

**Notice of Sale and Hearing**
Curt Thomas, as the court-appointed Receiver of the assets of numerous entities based on his appointment in SEC v. Barton, et al., Cause No. 3:22-cv-2118-X, pending in the United States District Court for the Northern District of Texas, hereby gives notice that on September 29, 2026 at 1:30 p.m., the Court will consider sale of the property known as the Parc at Opelika, located at 1375 McCoy Street, Opelika, Alabama. At the same hearing, the Court will also consider the Receiver's sale of (1) all receivership interest in D4DS, LLC which owns the property known as Bellwether Ridge, located at 341 S. Polk Street, DeSoto, Texas; (2) all receivership interest in D4FR, LLC, which owns the property known as the Parc at Windmill Farms, located at 1003 Windmill Farms Boulevard, Forney, Texas; and, (3) all receivership interest in D4IN, LLC, which owns the property known as the Parc at Ingleside, located at 2850 Avenue J, Ingleside, Texas. The hearing will be conducted in-person at the United States Courthouse, Courtroom 1525, 1100 Commerce St., Dallas, TX 75242. Bona fide offers which exceed the sale amount by at least 10% may be sent to the Receiver prior to the hearing by fax at 214-327-5001. For more information including information that should be included in a competing offer or for details for participating in the hearing, contact the Receiver at 214-327-5000.
IPL0MN0162970

**BUSINESS NEED A BOOST?**

We are here to help.

Place an ad today.
hello@hearstdallas.com

CLASSIFIED MARKETPLACE

**BUSINESS NEED A BOOST?**
We are here to help.
Place an ad today.
hello@hearstdallas.com
CLASSIFIED MARKETPLACE

# legal

## TABC Notices

**Application has been made with the Texas Alcoholic Beverage Commission for a Mixed Beverage Permit (MB) / Food and Beverage Certificate (FB) by Gayatri Enterprise USA LLC dba HOCCO THE INDIAN KITCHEN, to be located at 2693 Preston Rd Ste no-1052, FRISCO, COLLIN, Texas. Officers of said corporation OR OWNERS are Rakesh Thakkar (Manager), Palkesh Kabrawala (Manager).**
IPL0MN0162644

## Legal Bids & Proposals

City of Plano Legal Notice

Bids will be due prior to 2 p.m. on 10/5/2026 and publicly opened at the City of Plano Municipal Center at 2 p.m. on 10/5/2026.

Bid No.: 2026-0624-B Los Rios at Cottonwood Creek Erosion Repair, Project No. PKR-D-00016. Instructions for bidding may be obtained at https://www.plano.gov/1126/Procurement---Division-of-Finance, at www.planotx.ionwave.net or by calling 972-941-7557.
IPL0MN0162544

City of Plano Legal Notice

Bids will be due prior to 2 p.m. on 10/12/2026 and publicly opened at the City of Plano Municipal Center at 2 p.m. on 10/13/2026.

Bid No.: 2026-0645-B-RFB – Bruce Glasscock Park Improvements. Instructions for bidding may be obtained at https://www.plano.gov/1126/Procurement---Division-of-Finance, at www.planotx.ionwave.net or by calling 972-941-7557.
IPL0MN0162070

**REQUEST FOR PROPOSALS AQUATIC STAFFING, TRAINING, OPERATIONS, AND RELATED SERVICES**
**RFP No. 2026-090**

The North Central Texas Council of Governments (NCTCOG) is soliciting proposals for **AQUATIC STAFFING, TRAINING, OPERATIONS, AND RELATED SERVICES.** Proposals will be accepted until 2:00 pm (CT), **October 8, 2026,** on the NCTCOG Bidnet portal and will be publicly opened and read aloud shortly thereafter. Solicitation documents are available online at https://www.bidnetdirect.com/texas/nctcog.

Elisa Littrell, NIGP-CPP, CPPO, CPPB
Purchasing Agent
NCTCOG
elittrell@nctcog.org
IPL0MN0162428

## Legal/Public Notices

Notice is hereby given that the City Council of the City of Melissa will hold a Public Hearing on September 22, 2026 at 6:30 p.m. in Melissa City Hall, 2nd Floor City Council Chamber located at 3411 Barker Avenue, Melissa, Texas to hear concerns for or against a request to repeal Ordinance No. 2026-32, which granted a Specific Use Permit ("SUP") for the operation of an Automobile Repair, Major use, consisting of 0.888th acres of land, situated in the William Sanders Survey, Abstract No. 867, City of Melissa, Collin County, Texas and generally located at 2406 Sam Rayburn Highway, City of Melissa, Collin County, Texas and the granting of a new SUP for the operation of an Automobile Repair, Major use, consisting of 0.888th acres of land, situated in the William Sanders Survey, Abstract No. 867, City of Melissa, Collin County, Texas and generally located at 2406 Sam Rayburn Highway, City of Melissa, Collin County, Texas.
IPL0MN0161789

**Stay legal by posting your notice today!**

dallasnews.com/classifieds
publicnotice@dallasnews.com

CLASSIFIED MARKETPLACE

## Legal/Public Notices

"NOTICE TO ESTABLISH A BRANCH"

In the matter of the establishment of a branch of M C Bank & Trust Company.
Notice is hereby given that the M C Bank & Trust Company, whose Main Office and Office and domicile is located in Morgan City, St. Mary Parish, Louisiana, has made application to the Federal Reserve Board and the Louisiana Commissioner of Financial Institutions to establish a branch to be located at 5814 W Lovers Ln, Dallas, TX 75225.

Any person wishing to comment on this application with the Louisiana Office of Financial Institutions may file his or her comments, in writing, with the Commissioner of Financial Institutions, Post Office Box 94095, Baton Rouge, Louisiana, 70804-9095. The Office of Financial Institutions is not required to consider any comments received more than 30 days after the date of publication of this Notice. The Public Section of the application will be available at the Office of Financial Institutions for public inspection during the regular business hours of 8:00 a.m. to 4:30 p.m., Monday through Friday.

M C Bank & Trust Company whose head office is in Morgan City, LA intends to apply to the Federal Reserve Board for permission to establish a branch at 5814 W Lovers Ln, Dallas, TX 75225. The Federal Reserve considers a number of factors in deciding whether to approve the application including the record of performance of applicant banks in helping to meet local credit needs. You are invited to submit comments in writing on this application to the Federal Reserve Bank of Atlanta, 1000 Peachtree Street N.E., Atlanta, Georgia 30309-4470. The comment period will not end before October 1, 2026. The Board's procedures for processing applications may be found at 12 C.F.R. Part 262. Procedures for processing protested applications may be found at 12 C.F.R. 262.25. To obtain a copy of the Federal Reserve Board's procedures, or if you need more information about how to submit your comments on the application, contact Erien Terry, Assistant Vice President, at (404) 384-0267. The Federal Reserve will consider your comments and any request for a public meeting or formal hearing on the application if they are received in writing by the Reserve Bank on or before the last day of the comment period.

M C Bank & Trust Company
(Name of Institution)
1204 Greenwood Street, Morgan City, LA 70380
(Address)
By: Mark Tipton
(President)
IPL0MN0162318

IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

In re: And Go Concepts, LLC, et al., Debtors.[1] § Chapter 11, Case No. 26-90753 (ARP) § (Jointly Administered)

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On August 4, 2026 and August 5, 2026 (collectively, the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). Set forth below are the name, federal tax identification number, and case number for each of the Debtors: **Name of Debtor, Case Number, Employer Identification Number:** [illegible]

[illegible]

**LEGAL NOTICES & ANNIVERSARIES**

TWO THINGS THAT KEEP YOU UP AT NIGHT

Stay legal by posting your notice today!
publicnotice@dallasnews.com

dallasnews.com/classifieds

CLASSIFIED MARKETPLACE