**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** <br><br> ***Defendants*****,** <br><br> **DJD LAND PARTNERS, LLC, and LDG001, LLC,** <br><br> ***Relief Defendants*****.** | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **No. 3:22-cv-2118-X** |

**RECEIVER'S PARTIALLY UNOPPOSED MOTION TO EXTEND**
**TIME TO FILE STATUS REPORT REGARDING LENDER PROPOSALS**

Cort Thomas, as the court-appointed Receiver ("Receiver") requests an extension of the Court's October 6, 2026, deadline to file his status report regarding lender proposals, as directed by the Court's Order (Dkt. 792). In support, the Receiver respectfully shows the Court as follows:

1. In light of the Supreme Court's denial of Defendant Timothy Barton's petition for certiorari, on July 8, 2026, the Court ordered the Receiver "to solicit proposals from lenders for each Receivership Property to determine if there is a path forward to accomplish sales, pay down

some or all the outstanding pre-Receivership balances on the loans, and allow remaining claims to be dealt with as part of the Receivership's claims process."[1] The Court further directed the Receiver to file a status report detailing the outcome of these conversations within 90 days.[2]

2. The Receiver's current deadline to file the report is October 6, 2026. Since the Court issued its order, the Receiver has been diligently engaging with lenders, yet several of the Receiver's conversations with lenders are still ongoing. Due to the Receiver's ongoing conversations, the Receiver requests an extension of the deadline for filing his status report to October 30, 2026.

3. The Receiver's next quarterly status report required under the Receivership Order is due on October 30, 2026.[3] The Receiver believes it would be most efficient to detail the specifics of his conversations with lenders within his quarterly status report. He therefore also requests permission from the Court to incorporate his lender status report within his quarterly status report due on October 30, 2026.

4. This extension is not sought for purposes of delay but to accommodate the ongoing work required for this status report and to provide the Court with complete information in the most efficient manner.

5. In sum, the Receiver respectfully requests that the Court enter an order extending his lender status report deadline to October 30, 2026, and granting him permission to incorporate his lender status report within his quarterly status report.

[1] Dkt. 792 at 1–2.

[2] *See id.* at 2.

[3] *See* Dkt. 650 at 25.

Respectfully submitted,

By: */s/ Timothy B. Wells*

Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfoxlaw.com
Timothy B. Wells
Texas Bar No. 24131941
tim@brownfoxlaw.com
BROWN FOX PLLC
2699 Howell Street, Suite 500
Dallas, TX 75204
Tel. 214.327.5000
Fax. 214.327.5001

**ATTORNEYS FOR RECEIVER CORTNEY C. THOMAS**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on September 30, 2026, counsel for the Receiver conferred via email with counsel for the SEC and with Defendant Barton regarding the relief requested above. The SEC indicated that it is unopposed to the requested relief. Defendant Barton indicated that he is opposed to this Motion.

*/s/Timothy B. Wells*
Timothy B. Wells

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.

*/s/Timothy B. Wells*
Timothy B. Wells