**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**TIMOTHY BARTON,**<br>**CARNEGIE DEVELOPMENT, LLC,**<br>**WALL007, LLC,**<br>**WALL009, LLC,**<br>**WALL010, LLC,**<br>**WALL011, LLC,**<br>**WALL012, LLC,**<br>**WALL016, LLC,**<br>**WALL017, LLC,**<br>**WALL018, LLC,**<br>**WALL019, LLC,**<br>**HAOQIANG FU (A/K/A MICHAEL FU),**<br>**STEPHEN T. WALL,**<br><br>***Defendants*,**<br><br>**DJD LAND PARTNERS, LLC, and**<br>**LDG001, LLC,**<br><br>***Relief Defendants*.** | § | **No. 3:22-cv-2118-X** |

**ORDER GRANTING RECEIVER'S PARTIALLY UNOPPOSED MOTION TO EXTEND TIME TO FILE STATUS REPORT REGARDING LENDER PROPOSALS**

Before the Court is the Receiver's Partially Unopposed Motion for Extension of Time to File Status Report Regarding Lender Proposals. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, the Receiver's deadline to file his status report ordered in Dkt. 792 is hereby **EXTENDED** to October 30, 2026. The Receiver **SHALL** incorporate his lender status report within his quarterly status report, which is also due on October 30, 2026.

**IT IS SO ORDERED,** this _____ day of _____________ 2026.

_________________________________
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE