**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| ***Plaintiff*,** | § | |
| **v.** | § | **No. 3:22-cv-2118-X** |
| **TIMOTHY BARTON, CARNEGIE DEVELOPMENT, LLC, WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC, WALL019, LLC, HAOQIANG FU (A/K/A MICHAEL FU), STEPHEN T. WALL,** | § | |
| ***Defendants*,** | § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § | |
| ***Relief Defendants*.** | § | |

**ORDER GRANTING RECEIVER'S PARTIALLY UNOPPOSED VERIFIED MOTION TO RATIFY SETTLEMENT AGREEMENT WITH LIBERTY BANKERS LIFE INSURANCE COMPANY AND AMERICAN BENEFIT LIFE INSURANCE COMPANY**

Before the Court is the Receiver's Verified Motion to Ratify Settlement Agreement with Liberty Bankers Life Insurance Company and American Benefit Life Insurance Company (the "Motion"). Having considered the Motion, and all additional briefing, if any and any response thereto, the Court is of the opinion that it should be **GRANTED**.

Accordingly, the Court **RATIFIES** the Settlement Agreement between the Receiver and Liberty Bankers Life Insurance Company and American Benefit Life Insurance Company,

attached to the Motion as Exhibit A, and **FINDS** and **ORDERS** as follows: (1) the Settlement Agreement is fair and equitable and in the best interests of the Receivership Estate; (2) the Receiver's abandonment of the Ridgeview Collateral, the Lynco Northstar Collateral, and the One Acre Northstar Collateral, each as described in Exhibit A to the Settlement Agreement (the "Receiver's Abandonment"), is authorized under Section D.1 of the Order Granting Motion for Order Governing Administration of the Receivership Estate [Dkt. 63] and is hereby approved; (3) the procedures for the sale of real property set forth in 28 U.S.C. § 2001 do not apply to the Receiver's Abandonment; (4) upon the Receiver's Abandonment, the Ridgeview Collateral, the Lynco Northstar Collateral, and the One Acre Northstar Collateral are no longer Receivership Property, and the stay and injunctive provisions of the Order Appointing Receiver do not bar foreclosure of those parcels by Liberty Bankers Life Insurance Company or American Benefit Life Insurance Company; and (5) the Receiver is authorized to execute and deliver the recordable instrument evidencing the Receiver's Abandonment described in Paragraph 4 of the Settlement Agreement.

SO ORDERED this ______ day of ___________________, 2026.

______________________________________
BRANTLEY STARR
UNITED STATES DISTRICT COURT JUDGE