**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:22-cv-02118-X** |
| | § | |
| **TIMOTHY BARTON, et al.,** | § | |
| *Defendants,* | § | |
| | § | |
| **DJD LAND PARTNERS, LLC, and LDG001, LLC,** | § | |
| *Relief Defendants.* | § | |

**OPPOSED MOTION FOR LEAVE TO FILE A STATE BAR
GRIEVANCE AGAINST CORTNEY C THOMAS AND BRIEF IN SUPPORT**

1. Defendant Timothy L. Barton, proceeding pro se, respectfully moves for leave under Dkt. 747 to present this motion and for permission under Dkt. 650 ¶ 85(a) to submit a grievance against Cortney C. Thomas to the State Bar of Texas, together with supporting materials. Barton seeks the Court's permission before submitting the grievance and states the following in support.

2. Barton intentionally submits this request without the proposed grievance or its exhibits to preserve the independence of the State Bar's disciplinary review. In the earlier Koonce proceeding, Dkt. 649 found no bad faith by the Receiver or his counsel based on the existing record. Koonce's July 11, 2025 response to the State Bar cited that ruling and attached it as Exhibit 1. Barton is concerned that a merits assessment at the permission stage could again be presented in the disciplinary proceeding as resolving the allegations.

He requests a decision limited to permission and does not assert that the earlier ruling determined the Bar's disposition.

3. Barton seeks permission to present documented concerns about professional conduct to the disciplinary authority responsible for evaluating them. He requests no determination that Thomas committed misconduct. Granting this limited request would allow the disciplinary process to evaluate the allegations and Thomas's response while leaving this Court's receivership orders in effect.

4. The grievance concerns Thomas's professional conduct in connection with the receivership, including representations, reporting, handling of records and funds, and fee-related conduct. Barton requests permission for the State Bar to evaluate those concerns within its disciplinary jurisdiction.

5. The requested relief would permit disciplinary review without requiring this Court to determine whether misconduct occurred or to modify its existing receivership rulings. Barton asks the Court to grant leave without requiring the complete grievance or merits exhibits to be filed in this action.

6. If the Court considers the general description insufficient, Barton requests that it identify the additional information required and allow him an opportunity to respond before denying leave because the grievance is not attached.

**Requested relief**

Barton respectfully requests leave to present this motion and to submit the described grievance against Cortney C. Thomas to the State Bar, with supporting materials and responses requested in that proceeding, without attaching the grievance here.

Dated: October 23, 2026

Respectfully submitted,

***/s/ Timothy L. Barton***
**Timothy L. Barton, Pro Se**
1846 East Rosemeade Parkway, #232
Carrollton, Texas 75007
Telephone: (214) 914-3811
timothy.barton@proton.me

## CERTIFICATE OF CONFERENCE

Defendant Timothy L. Barton certifies that on October 22, 2026, he conferred with Receiver Cortney C. Thomas concerning the requested leave. He is opposed to the relief requested.

***/s/ Timothy L. Barton***
**Timothy L. Barton, Pro Se**

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2026, I electronically filed the foregoing Unopposed Motion for Leave using the Court's CM/ECF system, which will send notice of the filing to all counsel of record and other registered ECF participants.

***/s/ Timothy L. Barton***
**Timothy L. Barton, Pro Se**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>*Plaintiff,*<br><br>v.<br><br>**TIMOTHY BARTON, et al.,**<br>*Defendants,*<br><br>**DJD LAND PARTNERS, LLC, and LDG001, LLC,**<br>*Relief Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 3:22-cv-02118-X** |

**PROPOSED ORDER GRANTING LEAVE TO FILE**
**A STATE BAR GRIEVANCE AGAINST CORTNEY C THOMAS**

The Court **GRANTS** Timothy L. Barton leave under Dkt. 747 to present his request for permission to file a State Bar grievance against Cortney C. Thomas.

The Court further **GRANTS** leave under Dkt. 650 ¶ 85(a) for Barton to submit the grievance described in his motion to the State Bar of Texas, together with supporting materials and responses requested in that proceeding. The complete grievance and supporting exhibits need not be filed in this action as a condition of this permission.

This Order grants permission to submit the grievance and makes no finding on its merits. All other provisions of the Court's existing orders remain in effect.

SO ORDERED this_____day of_________________, 2026.

_________________________________
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE