UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>TIMOTHY BARTON, et al.,<br><br>*Defendants*,<br><br>DJD LAND PARTNERS, LLC, and LDG001, LLC,<br><br>*Relief Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:22-CV-2118-X |

**ORDER GRANTING RECEIVER'S PARTIALLY UNOPPOSED VERIFIED SEVENTH, EIGHTH, NINTH, TENTH, ELEVENTH, TWELFTH, THIRTEENTH, FOURTEENTH, AND FIFTEENTH QUARTERLY FEE APPLICATIONS**

Before the Court are the Receiver's Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth, Fourteenth, and Fifteenth Verified Quarterly Fee Applications. (Docs. 897; 899; 901; 903; 905; 907; 909; 911; 913). Having considered the Applications, briefing, and applicable law, the Court finds that they are just and appropriate and **GRANTS** them all in its discretion.

Accordingly, the Court **ORDERS** that the Receiver is authorized to pay from the receivership assets recovered by the Receiver the following fees and expenses from each quarter at issue in these Applications:[1]

[1] The quarters at issue are: the seventh quarter (April 1, 2024, through June 30, 2024); the eighth quarter (July 1, 2024 through September 30, 2024), the ninth quarter (October 1, 2024 through December 31, 2024), the tenth quarter (January 1, 2025 through March 31, 2025), the eleventh quarter

1. The sum of $21,444.50 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from April 1, 2024 through June 30, 2024.

2. The sum of $104,754.00 shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from April 1, 2024 through June 30, 2024.

3. The sum of $34,415.01 shall be paid to Ahuja & Clark, PLLC for its services as accountant to the Receiver and expenses incurred from April 1, 2024 through June 30, 2024.

4. The sum of $10,772.46 shall be paid to Veracity Forensics for its services as digital asset and discovery advisor to the Receiver from October 1, 2024 through June 30, 2026.

5. The sum of $20,868.50 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from July 1, 2024 through September 30, 2024.

6. The sum of $112,509.50 shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from July 1, 2024 through September 30, 2024.

7. The sum of $69,639.18 shall be paid to Ahuja & Clark, PLLC for its services as accountant to the Receiver and expenses incurred from July 1, 2024 through September 30, 2024.

8. The sum of $13,885.41 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from October 1, 2024 through December 31, 2024.

---

(April 1, 2025 through June 30, 2025), the twelfth quarter (July 1, 2025 through September 30, 2025), the thirteenth quarter (October 1, 2025 through December 31, 2025), the fourteenth quarter (January 1, 2026 through March 31, 2026), and the fifteenth quarter (April 1, 2026 through June 30, 2026).

9. The sum of $56,740.50 shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from October 1, 2024 through December 31, 2024.

10. The sum of $31,248.65 shall be paid to Ahuja & Clark, PLLC for its services as accountant to the Receiver and expenses incurred from October 1, 2024 through December 31, 2024.

11. The sum of $20,592.48 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from January 1, 2025 through March 31, 2025.

12. The sum of $39,180.00 shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from January 1, 2025 through March 31, 2025.

13. The sum of $18,963.10 shall be paid to Ahuja & Clark, PLLC for its services as accountant to the Receiver and expenses incurred from January 1, 2025 through March 31, 2025.

14. The sum of $16,278.70 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from April 1, 2025 through June 30, 2025.

15. The sum of $52,729.00 shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from April 1, 2025 through June 30, 2025.

16. The sum of $51,016.50 shall be paid to Ahuja & Clark, PLLC for its services as accountant to the Receiver and expenses incurred from April 1, 2025 through June 30, 2025.

17. The sum of $23,096.19 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from July 1, 2025 through September 30, 2025.

18. The sum of $69,455.50 shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from July 1, 2025 through September 30, 2025.

19. The sum of $23,036.50 shall be paid to Ahuja & Clark, PLLC for its services as accountant to the Receiver and expenses incurred from July 1, 2025 through September 30, 2025.

20. The sum of $15,789.60 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from October 1, 2025 through December 31, 2025.

21. The sum of $45,868.50 shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from October 1, 2025 through December 31, 2025.

22. The sum of $11,718.50 shall be paid to Ahuja & Consultants, PLLC for its services as accountant to the Receiver and expenses incurred from October 1, 2025 through December 31, 2025.

23. The sum of $15,604.65 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from January 1, 2026 through March 31, 2026.

24. The sum of $40,154.50 shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from January 1, 2026 through March 31, 2026.

25. The sum of $4,716.37 shall be paid to Ahuja & Consultants, PLLC for its services as accountant to the Receiver and expenses incurred from January 1, 2026 through March 31, 2026.

26. The sum of $22,738.39 shall be paid to Cort Thomas for his services as Receiver and expenses incurred from April 1, 2026, through June 30, 2026.

27. The sum of $44,231.50 shall be paid to Brown Fox, PLLC for its services as counsel to the Receiver from April 1, 2026, through June 30, 2026.

28. The sum of $34,633.50 shall be paid to Ahuja & Consultants, PLLC for its services as accountant to the Receiver and expenses incurred from April 1, 2026, through June 30, 2026.

29. In its discretion, the Court declines to impose a 20% holdback given the unique circumstances of this receivership (including serial appeals, illiquid assets, and continued delays) and the fact that the Receiver has already written off nearly 100 hours ($38,500) of time.

30. Accordingly, the Court **OVERRULES** all of Barton's objections beyond the $500.50 difference identified in the Fifteenth Quarterly Fee Application[2] and the $200 difference identified in the Seventh Quarterly Fee Application.[3] The Court's Order reflects those minor changes.

**IT IS SO ORDERED** this 2nd day of November, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

[2] Doc. 935 at 3; Doc. 946 at 10.

[3] Doc. 927 at 5; Doc. 946 at 7.